Jennifer M. Selendy
Faith E. Gay
Temidayo Aganga-Williams
Claire O'Brien
**SELENDY GAY ELSBERG PLLC**
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-390-9000
Email: jselendy@selendygay.com
      fgay@selendygay.com
      taganagawilliams@selendygay.com
      cobrien@selendygay.com

*Co-Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FIFTH DECLARATION OF JENNIFER M. SELENDY IN SUPPORT OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
SELENDY GAY ELSBERG PLLC AS CO-COUNSEL EFFECTIVE AS OF
<u>JANUARY 8, 2023</u>**

      I, Jennifer M. Selendy, pursuant to 28 U.S.C. § 1746, hereby declare that the following is

true and correct to the best of my knowledge, information, and belief:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1.       I am a partner of the law firm Selendy Gay Elsberg PLLC ("**Selendy Gay Elsberg**" or the "**Firm**"),[2] which maintains offices for the practice of law at 1290 Avenue of the Americas, New York, NY 10104. I am a member in good standing of the Bar of the State of New York, and I have been admitted to practice in New York. There are no disciplinary proceedings pending against me in any jurisdiction.

2.       I submit this fifth declaration (the "**Fifth Declaration**") pursuant to sections 328(a) and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014(a) and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1, 2016 and Rule 9013-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York (the **"Local Bankruptcy Rules"**), and consistent with Paragraph 344 of the Confirmation Order terminating such obligations as of November 9, 2023, in support of *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel Effective as of January 8, 2023* [Docket No. 1964] (the "**Application**") for Selendy Gay Elsberg's services to the Committee up to November 9, 2023.[3] My first declaration was submitted as Exhibit B to the Application (the "**First Declaration**"). My second declaration was filed on March 7, 2023 [Docket No. 2191] (the "**Second Declaration**"). My third declaration was filed on May 12, 2023 [Docket No.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application or *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3972] (the "**Confirmation Order**") or the confirmed *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (the "**Plan**") [Docket No. 3972-1].

[3] Under the Confirmation Order, "[a]fter the Confirmation Date, any requirement that Professionals comply with sections 327 through 331, 363, and 1103 of the Bankruptcy Code in seeking retention or compensation for services rendered after such date shall terminate." Confirmation Order ¶ 344.

2636] (the "**Third Declaration**"). My fourth declaration was filed on September 29, 2023 [Docket No. 3640] (the "**Fourth Declaration**") (collectively, the "**Prior Declarations**").

3.      On March 16, 2023, the Court entered the *Order Authorizing the Employment and Retention of Selendy Gay Elsberg PLLC as Co-Counsel for the Official Committee of Unsecured Creditors Effective as of January 8, 2023* [Docket No. 2251] (the "**Retention Order**").

4.      To the extent that Selendy Gay Elsberg determines that any information disclosed herein requires amendment or modification upon Selendy Gay Elsberg's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting the same. Except as otherwise noted, I have personal knowledge of the matters set forth herein.[4]

5.      As stated in the Prior Declarations, Selendy Gay Elsberg reviewed its files periodically during these chapter 11 cases with respect to known and newly identified parties in interest, and consistent with Paragraph 344 of the Confirmation Order, has continually done so through November 9, 2023.

6.      This Fifth Declaration discloses information from (i) Selendy Gay Elsberg's continued periodic review of Parties in Interest through November 9, 2023, and (ii) Selendy Gay Elsberg's review of the Second Supplemental Parties in Interest through November 9, 2023, as those terms are defined below.

## Periodic Review of Parties in Interest

7.      In connection with the Application, Selendy Gay Elsberg conducted a disclosure review based on a list of names supplied by the Debtors' counsel and provided to Selendy Gay

---

[4] Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of Selendy Gay Elsberg and are based on information provided by them.

Elsberg by White & Case LLP ("**White & Case**"), co-counsel to the Committee, which were first listed on Schedule 1 of the Application, annexed thereto (the **"Application Parties in Interest"**).

8.    Thereafter, the Debtors' counsel supplied additional names of potential Parties in Interest provided to Selendy Gay Elsberg by White & Case. The Third Declaration identified these additional Parties in Interest which were set out in Schedule 1 annexed thereto (the "**First Supplemental Parties in Interest**," together with the Application Parties in Interest, and the Additional First Supplemental Parties in Interest as defined below, **"Parties in Interest"**).

9.    In connection with the Prior Declarations, Selendy Gay Elsberg conducted searches on its electronic databases for potential connections to Parties in Interest. Based on those searches, Selendy Gay Elsberg made certain disclosures in the Application and Third Declaration regarding certain Parties in Interest either (i) that Selendy Gay Elsberg currently represents or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such parties' claims against or interest in the Debtors; or (ii) that have a relationship with an entity or individual that Selendy Gay Elsberg currently represents, or has represented within the last two (2) years, in matters unrelated to the Debtors, these chapter 11 cases, or such entities' claims against or interest in the Debtors.[5]

10.    The Prior Declarations stated that Selendy Gay Elsberg would continue to review and periodically refresh the search results regarding the Parties in Interest. Since filing the Prior

---

[5] Where particular name(s) supplied by the Debtors and provided to Selendy Gay Elsberg by White & Case are incomplete or ambiguous, Selendy Gay Elsberg's search was broad and inclusive and erred on the side of disclosure. Additionally, Selendy Gay Elsberg's disclosures are over-inclusive generally, and Selendy Gay Elsberg erred on the side of disclosure when identifying potential relationships. Finally, the Application, Prior Declarations, and this Declaration are for convenience and are not, and shall not be construed as, an acknowledgement or admission regarding any potential party in interest, including with respect to any claims or relationships that such potential party in interest may have with the Debtors.

Declarations, Selendy Gay Elsberg has continued its review of the Parties in Interest and conducted updated searches on its electronic databases for potential connections to the Parties in Interest.

11.     In connection with this continued review, and following the filing of the Third Declaration, Selendy Gay Elsberg discovered that certain additional names of potential Parties in Interest that Selendy Gay Elsberg searched for connections to and included in its Third Declaration disclosure review process were unintentionally omitted from the Third Declaration's First Supplemental Parties in Interest list. **Schedule 1,** annexed hereto (the **"Additional First Supplemental Parties in Interest"**), discloses these unintentionally omitted names. To avoid doubt, Selendy Gay Elsberg's disclosures on Schedule 2 of the Third Declaration of known potential Selendy Gay Elsberg relationships to the Application Parties in Interest, the First Supplemental Parties in Interest, and the Additional First Supplemental Parties in Interest, do not require correction. Selendy Gay Elsberg is disclosing the Additional First Supplemental Parties in Interest in connection with this Fifth Declaration to ensure the continued accuracy of its filings and in an abundance of caution.

12.     From Selendy Gay Elsberg's continued review of the Parties in Interest for retention and compensation of Selendy Gay Elsberg's services to the Committee through November 9, 2023, **Schedule 2**, annexed hereto, discloses a Party in Interest that has a relationship with an entity that Selendy Gay Elsberg currently represents in matters unrelated to the Debtors, these chapter 11 cases, or the Party in Interest's claims against or interest in the Debtors.

13.     The relationship to the Party in Interest listed on Schedule 2 does not represent more than 1% of Selendy Gay Elsberg's revenue for the twelve-month period through October 31, 2023.

## Review of Second Supplemental Parties in Interest

14.     Since filing the Prior Declarations, Selendy Gay Elsberg received a list of additional names supplied by the Debtors' counsel and provided to Selendy Gay Elsberg by White & Case, co-counsel to the Committee, which are identified on **Schedule 3** annexed hereto (the "**Second Supplemental Parties in Interest**").

15.     Following the procedures set forth in the First Declaration, and consistent with Paragraph 344 of the Confirmation Order, Selendy Gay Elsberg conducted a disclosure review with respect to the Firm's potential connections to the Second Supplemental Parties in Interest through November 9, 2023. Selendy Gay Elsberg conducted searches on its electronic databases for its potential connections to the Second Supplemental Parties in Interest.

16.     From this review, Selendy Gay Elsberg found no connections to any of the Second Supplemental Parties in Interest for disclosure on Schedule 2.

## Reaffirmation of Statement of Disinterestedness

17.     Based on the foregoing, to the best of my knowledge and insofar as I have been able to ascertain, for its work on behalf of the Committee through November 9, 2023, (a) Selendy Gay Elsberg is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) Selendy Gay Elsberg holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) Selendy Gay Elsberg has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Application, the Prior Declarations, or this Fifth Declaration. Accordingly, I respectfully submit that the requirements for Selendy Gay Elsberg's retention as attorneys for the Committee have been met through its work on behalf of the Committee through November 9, 2023.

Dated:  December 7, 2023
New York, New York

    */s/   Jennifer M. Selendy*

Jennifer M. Selendy
Partner, Selendy Gay Elsberg PLLC

**SCHEDULE 1**

**Additional First Supplemental Parties In Interest**

| Name | Category |
|------|----------|
| Anderson LLP | Bankruptcy Professionals - Other |
| Framework - Maple | Institutional Customers |
| SandP Solutions Inc | Institutional Customers |
| London | Insurance |
| Matsurmura, Miko | Non - Bankruptcy Advisor |
| McMillan LLP | Ordinary Course Professionals |
| Middlebrooks Shapiro, P.C. | Ordinary Course Professionals |
| Walker Morris LLP | Ordinary Course Professionals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| ███████ | Potential Bidding Parties and Principals |
| BlockFI | Significant Competitors |
| Voyager Digital Holdings, Inc. | Significant Competitors |
| Voyager Digital LLC | Significant Competitors |
| Gorintzky & Co. | UCC Professionals |

| Name | Category |
|---|---|
| Akasaka Vetoro 4F | Vendors |
| Alchemiq | Vendors |
| Alex Fasulo, LLC | Vendors |
| Customer.io | Vendors |
| Department of Financial Protection and Innovation | Vendors |
| Four Seasons Palm Beach | Vendors |
| GSuite | Vendors |
| Matthew D'Albert | Vendors |
| MTA | Vendors |
| Public Access to Court Electronic Records | Vendors |
| S.P.A. DATA4U LTD | Vendors |
| TNW Events B.V. | Vendors |

**SCHEDULE 2**

**Selendy Gay Elsberg's Connections with Parties in Interest**

| Name | Category(ies) | Active/Inactive |
|------|---------------|-----------------|
| ███████ | Potential Bidding Party | Active |

**SCHEDULE 3**

**Second Supplemental Parties in Interest**

| Name | Category |
|------|----------|
| Brett Perry | Board Observer |
| Joe Lehrfeld | Board Observer |
| Aaron Timmins | Claims Objections |
| Aaron Vittini | Claims Objections |
| Abraham Bruck | Claims Objections |
| Adam James Ellis | Claims Objections |
| Ágata López Fernández | Claims Objections |
| Allison Pleskonko | Claims Objections |
| Anabelle Dias | Claims Objections |
| Antonino Francesco Bisogni | Claims Objections |
| Arend Dirk | Claims Objections |
| Bastien Vogt | Claims Objections |
| Benjamin Landry | Claims Objections |
| Boonkit Jirapongtanavech | Claims Objections |
| Brandon Liljenquist | Claims Objections |
| BrightHouse Networks LLC | Claims Objections |
| Bum Bae Sung | Claims Objections |
| Carl Lamb | Claims Objections |
| Carlos L. Santo | Claims Objections |
| Charles Cody Dobbins | Claims Objections |
| Charles Crider | Claims Objections |
| Charles Joseph Worthman | Claims Objections |
| Charter Communications Inc. | Claims Objections |
| Christen Moody | Claims Objections |
| Christopher T. Gomez | Claims Objections |
| Cindy Followill | Claims Objections |
| Contrarian Funds LLC | Claims Objections |
| Craig Candelore | Claims Objections |
| Cristian Compagno | Claims Objections |
| Cristina Diane Boyce | Claims Objections |
| Cynthia Lynn Fuller | Claims Objections |
| Daniel Myers | Claims Objections |
| Danilo Maruccia | Claims Objections |
| Danilo Pineda | Claims Objections |
| Darryl Moase | Claims Objections |
| Daryna Padalytsya | Claims Objections |
| David Leshock | Claims Objections |
| Dean C. Chenarides, II | Claims Objections |
| Derek Le | Claims Objections |

| Name | Category |
|------|----------|
| Destiny Ministries International Inc. | Claims Objections |
| Do Kheng Tan | Claims Objections |
| Eddie William Avedikian | Claims Objections |
| Edward St. George | Claims Objections |
| Edwin H. Daniel | Claims Objections |
| Elizabeth Ordonez | Claims Objections |
| Ellen Lee | Claims Objections |
| Enrique De Castro | Claims Objections |
| Eric G. Kenny | Claims Objections |
| Evan Ahern | Claims Objections |
| Florent David | Claims Objections |
| Geoffrey Thompson | Claims Objections |
| GFL Environmental Inc. | Claims Objections |
| Gregg Robert Popkin | Claims Objections |
| Gunawan Wibisono | Claims Objections |
| Gurleen Bhinder | Claims Objections |
| Heidi Elise Newell | Claims Objections |
| Hino Munenori | Claims Objections |
| Hoang Nam | Claims Objections |
| Hoang Nhut Nguyen | Claims Objections |
| HSM Corporate Services Ltd. | Claims Objections |
| Jacob J. Ring | Claims Objections |
| Jacob Ring Roth Investment Trust | Claims Objections |
| Jacqueline Gilyard Jones | Claims Objections |
| Jared Wayne Wheetley | Claims Objections |
| Jason Chen | Claims Objections |
| Jason Weber | Claims Objections |
| Jay Y. Juch | Claims Objections |
| Jeff Neumann | Claims Objections |
| Jeremy Britton | Claims Objections |
| Jeronimo Trevino De Hoyos | Claims Objections |
| Jesper Kolbeck | Claims Objections |
| Jian Meng Hoh | Claims Objections |
| Joachim Robert A. Lebrun | Claims Objections |
| Joao Miguel Pinheiro Lopes | Claims Objections |
| Jonathan Hudson | Claims Objections |
| Joseph Barry | Claims Objections |
| Jovica Stojanovic | Claims Objections |
| Justin Baltz | Claims Objections |
| Kamila Schenk | Claims Objections |
| Kelly Donaldson | Claims Objections |
| Kim Corthout | Claims Objections |
| Kristina Knapic | Claims Objections |
| Kurt Heisey | Claims Objections |

| Name | Category |
|---|---|
| Lance Moore | Claims Objections |
| Leah Pearlman | Claims Objections |
| Leonard Yambo | Claims Objections |
| Linda Preus | Claims Objections |
| Madison Sample, Jr., MD | Claims Objections |
| Mark Tuttle | Claims Objections |
| Marvin Rougier | Claims Objections |
| Matti Tetrev | Claims Objections |
| Maurizio Margarone | Claims Objections |
| Melissa Lynne Johnson | Claims Objections |
| Miranda George | Claims Objections |
| Nazir Dhanani | Claims Objections |
| Nephi Evans | Claims Objections |
| Nicolas Hernandez | Claims Objections |
| Novawulf Digital Parallel Master Fund LP | Claims Objections |
| Olivier Laroche | Claims Objections |
| Paul Louis | Claims Objections |
| Peter Kaplan | Claims Objections |
| Pharos Fund SP of Pharos Master Fund LP | Claims Objections |
| Poandy Alisjahbana | Claims Objections |
| Prajesh Gulu Patel | Claims Objections |
| Priyank Gulu Patel | Claims Objections |
| Raymond Fong | Claims Objections |
| Richard Hicks | Claims Objections |
| Rick Hoffmann | Claims Objections |
| Ron Rossnick | Claims Objections |
| Ryan Anderson | Claims Objections |
| Saad Hamid | Claims Objections |
| Sajiv Nair | Claims Objections |
| Sara Maria De Sousa Janota | Claims Objections |
| Scott J. Reesman | Claims Objections |
| Seonmi Richard | Claims Objections |
| Seth Gray | Claims Objections |
| Shahriyar Amini | Claims Objections |
| Sivapalan SV Kandiah | Claims Objections |
| Steven Humel | Claims Objections |
| Susan Ritholz | Claims Objections |
| Tae Yeong Ham | Claims Objections |
| Tamim Aryan | Claims Objections |
| Terrance Lade | Claims Objections |
| Thuy Nguyen | Claims Objections |
| Tiber Petrovicz | Claims Objections |
| Timothy Brooks | Claims Objections |
| Trenton Krol | Claims Objections |

| Name | Category |
|------|----------|
| Tymothy Kennedy | Claims Objections |
| Vincent Bertrand Wilhelm-Wendling | Claims Objections |
| Vincenzo James Ciaravino, III | Claims Objections |
| Vitor Morouço | Claims Objections |
| Vrana Shaw | Claims Objections |
| Washington D.C., Department of Insurance, Securities & Banking | Claims Objections |
| William Joseph McFerrin, Jr. | Claims Objections |
| Yeonsun Shin | Claims Objections |
| Zabillo Mansouri | Claims Objections |
| Zach Alvarez | Claims Objections |
| Zachary Davidson | Claims Objections |
| Zachary Novak | Claims Objections |
| Adam Carver | Excluded Parties |
| Alchemy Capital Partners LP | Excluded Parties |
| Alexander Christy | Excluded Parties |
| BadgerDAO | Excluded Parties |
| Bancor | Excluded Parties |
| Battlestar Capital, LLC | Excluded Parties |
| Benjamin Armstrong | Excluded Parties |
| Berkley Insurance Company | Excluded Parties |
| Beyond Associates LLC | Excluded Parties |
| Circle Internet Financial, LLC | Excluded Parties |
| Circle UK Trading Company Limited | Excluded Parties |
| Cloudflare, Inc | Excluded Parties |
| Coin Bureau | Excluded Parties |
| Cosmos Infrastructure LLC | Excluded Parties |
| Crypto Lark | Excluded Parties |
| DeFiRate | Excluded Parties |
| Dennis Reichelt | Excluded Parties |
| Ditto PR | Excluded Parties |
| Endurance American Insurance Company | Excluded Parties |
| FTX Trading Ltd | Excluded Parties |
| Grant Thornton LLP | Excluded Parties |
| Guy Turner | Excluded Parties |
| Haines Watts London LLP | Excluded Parties |
| HDR Global Trading Limited (t/a BitMEX) | Excluded Parties |
| High Throughput Productions, LLC | Excluded Parties |
| Into the Block Corp | Excluded Parties |
| James Mullarney | Excluded Parties |
| Jason Perman | Excluded Parties |
| Jason Stone | Excluded Parties |
| Julie La Point | Excluded Parties |
| KPMG Somekh Chaikin | Excluded Parties |

| Name | Category |
|---|---|
| Lark Davis | Excluded Parties |
| Luna Squares LLC | Excluded Parties |
| Mawson Infrastructure Group Inc | Excluded Parties |
| Michael Alfred | Excluded Parties |
| MVP Workshop d.o.o. Beograd-Zemun and its shareholders | Excluded Parties |
| Nektar ACS Corp | Excluded Parties |
| Peter Graham | Excluded Parties |
| QBE Insurance Company | Excluded Parties |
| Realm Insurance Company | Excluded Parties |
| Sabre56 Corp | Excluded Parties |
| StakeHound SA | Excluded Parties |
| Tether Limited | Excluded Parties |
| The Wolf of Bitcoin | Excluded Parties |
| Timothy Shedd | Excluded Parties |
| Tom McCarthy | Excluded Parties |
| Walter Johnson | Excluded Parties |
| XL Specialty Insurance Company | Excluded Parties |
| Yarden Noy | Excluded Parties |
| Zachary Wildes | Excluded Parties |
| Zen Blockchain Foundation (d/b/a Horizen) | Excluded Parties |
| Mohsin Meghji | Litigation Administrator (Proposed) |
| Cameron Crews | Litigation Oversight Committee Members |
| David Adler | Litigation Oversight Committee Members |
| Deirdre O'Connor | Litigation Oversight Committee Members |
| Gerard Uzzi | Litigation Oversight Committee Members |
| Vik Jindal | Litigation Oversight Committee Members |
| ████████████ | Potential Bidding Parties and Principals |
| Elizabeth A. LaPuma | Proposed NewCo Board Members |
| Emmanuel Aidoo | Proposed NewCo Board Members |
| Frederick Arnold | Proposed NewCo Board Members |
| Max Holmes | Proposed NewCo Board Members |