**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joel C. Haims
Lucas B. Barrett
Christopher J. Whalen
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email(s):   dazman@mwe.com
            jhaims@mwe.com
            lbarrett@mwe.com
            chwhalen@mwe.com

*Counsel to the Galaxy Parties*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP ("McDermott") hereby enters its appearance (this "Notice of Appearance") in the above-captioned cases as counsel to Galaxy Digital Trading LLC ("Galaxy DT"), Galaxy Digital Mining LLC ("Galaxy DM"), and

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Galaxy Digital LP ("Galaxy Digital", and together with Galaxy DT and Galaxy DM, the "Galaxy Parties"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

**MCDERMOTT WILL & EMERY LLP**
Darren Azman
Joel C. Haims
Lucas B. Barrett
Christopher J. Whalen
One Vanderbilt Avenue
New York, New York 10017-3852
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email(s):   dazman@mwe.com
jhaims@mwe.com
lbarrett@mwe.com
chwhalen@mwe.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b) and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core

matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

*[remainder of page intentionally left blank]*

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 11, 2023<br>New York, New York | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ Darren Azman*<br>Darren Azman<br>Joel C. Haims<br>Lucas B. Barrett<br>Christopher J. Whalen<br>One Vanderbilt Avenue<br>New York, New York 10017-3852<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email(s): dazman@mwe.com<br>jhaims@mwe.com<br>lbarrett@mwe.com<br>chwhalen@mwe.com<br><br>*Counsel to the Galaxy Parties* |

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 11th day of December 2023, he caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of All Notices and Documents* to be served via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York (the "CM/ECF System") upon all registered users of the CM/ECF System who have appeared in these chapter 11 cases.

*/s/ Darren Azman*
Darren Azman