

**mwe.com**

Darren Azman
Attorney at Law
dazman@mwe.com
+1 212 547 5615

December 11, 2023

The Honorable Martin Glenn
Chief United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:     *In re: Celsius Network LLC, et al*. Case No. 22-10964 (MG)(Bankr. S.D.N.Y.).

Dear Chief Judge Glenn:

We write on behalf of Galaxy Digital Trading LLC, Galaxy Digital Mining, LLC, and Galaxy Digital LP (collectively, "Galaxy") in connection with the letter filed today on behalf of the Blockchain Recovery Investment Consortium. Galaxy is a creditor[1] in the above-captioned cases and, upon information and belief, is the party referred to as "[a]nother bidder" in the *Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief* [Dkt. No. 4050] (the "Joint Motion") ("Another bidder submitted a revised bid prior to the Debtors' solicitation of revised bids from the BRIC and US Bitcoin." Joint Motion ¶ 36.)

Galaxy intends to file an objection to the Joint Motion, and will also be seeking discovery from the Debtors and the Committee related to such objection prior to the hearing scheduled for December 21, 2023. We have so advised counsel to the Debtors and the Committee, and we expect to hold a meet and confer with them tomorrow. Accordingly, while we currently do not have a discovery dispute ripe for adjudication by the Court, Galaxy requests that it be included in any conference relating to discovery as to the Joint Motion for efficiency purposes, should we be unable to reach an agreement with the Debtors and the Committee.

Sincerely,

/s/  *Darren Azman*

Darren Azman

---

[1] On July 25, 2023, Galaxy filed Proof of Claim No. 31850 in the amount of $600,000.



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*