UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Lisa S. Bonsall, request admission *pro hac vice* before the Honorable Martin Glenn, hereby request admission *pro hac vice* in the above-referenced chapter 11 cases to represent the Ad Hoc Group of Retail Borrowers. I certify that I am a member in good standing of the State Bar of New Jersey and the State Bar of Pennsylvania. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Newark, New Jersey
Dated: December 12, 2023

McCARTER & ENGLISH, LLP
By:*/s/ Lisa S. Bonsall*
Lisa S. Bonsall
(A member of the Firm)
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
Email: lbonsall@mccarter.com
Attorneys for Ad Hoc Group of Borrowers

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[12] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Lisa S. Bonsall, to be admitted *pro hac vice*, to represent the Ad Hoc Group of Borrowers in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the State Bar of New Jersey and the State Bar of Pennsylvania, it is hereby

**ORDERED,** that Lisa S. Bonsall. is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases to represent the Ad hoc Group of Borrowers in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: December ___, 2023

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.