Vincent T. Goetten
*Pro Se Creditor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) Case No. 22-10964 (MG) |
|  | ) Debtors. ) (Jointly Administered) |
|  | ) |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

## **NOTICE OF WITHDRAWAL OF MOTION 4058 Objection to Motion of the Debtors and the Committee for Entry of an Order Approving the Implementation of the Miningco Transaction and Granting Related Relief (related document(s)[4050])**

Dear Chief Judge Glenn,

      As a self-represented party, I, Vincent T. Goetten, respectfully submit this Notice of Withdrawal of my objection previously filed with this Court, docketed under number 4058.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

      On November 30, 2023, I filed an objection titled "Objection to Motion of the Debtors and the Committee for Entry of an Order Approving the Implementation of the Miningco Transaction and Granting Related Relief". I hereby withdraw the objection referenced above. This withdrawal is submitted without prejudice to my right to refile such an objection at a later date.

      This withdrawal is made in good faith and not for the purpose of delay or to hinder the proceedings of this case. A copy of this notice has been served to all interested parties, including the debtor, their attorneys, and the U.S. Trustee, as well as any other parties who have appeared in the case.

      WHEREFORE, I respectfully request that the Court acknowledge and approve this Notice of Withdrawal for Objection Docket No. 4058.

Respectfully submitted,

Vincent T. Goetten,

/S/Vincent T. Goetten