**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

## ORDER SCHEDULING DISCOVERY CONFERENCE

On December 11, 2023 the Blockchain Recovery Investment Consortium (the "BRIC") filed a letter requesting a discovery conference with the Official Committee of Unsecured Creditors (the "Committee") regarding a dispute over deposing Committee members. ("BRIC Letter," ECF Doc. # 4073.)  Galaxy Digital Trading LLC, Galaxy Digital Mining, LLC, and Galaxy Galaxy Digital Trading LLC, Galaxy Digital Mining, LLC, and Galaxy Digital LP (collectively, "Galaxy") filed a letter requesting inclusion in any discovery conference that took place. ("Galaxy Letter," ECF Doc. # 4077.)  The Committee filed a letter in response to the BRIC Letter and Galaxy Letter. ("Committee Letter," ECF Doc. # 4079.)

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

That a discovery conference shall take place on Wednesday, December 13, 2023 at 3:00 p.m. ET using Zoom for government.[1]

/ / /

/ / /

---

[1] The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 8:00 a.m. (prevailing Eastern Time) the **day of the hearing**.  Any party appearing at, listening to, or observing the Hearing, must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn. Appearances must be entered **on or before 8:00 a.m. (prevailing Eastern Time) on December 13, 2023.**  After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

**IT IS SO ORDERED.**

Dated:  December 12, 2023
         New York, New York

_/s/ Martin Glenn_
MARTIN GLENN
Chief United States Bankruptcy Judge
