

mwe.com

Darren Azman
Attorney at Law
dazman@mwe.com
+1 212 547 5615

December 13, 2023

The Honorable Martin Glenn
Chief United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *In re: Celsius Network LLC, et al*. Case No. 22-10964 (MG)(Bankr. S.D.N.Y.).

Dear Chief Judge Glenn:

We write on behalf of Galaxy Digital Trading LLC, Galaxy Digital Mining, LLC, and Galaxy Digital LP (collectively, "Galaxy") in connection with the letter we filed on Monday, December 11, 2023 [Dkt. No. 4077] regarding Galaxy's intent to seek discovery from the Debtors and the Committee in connection with the objection Galaxy intends to file tomorrow to the *Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief* [Dkt. No. 4050] (the "Joint Motion").

After further consideration of the positions Galaxy intends to take in its objection to the Joint Motion, Galaxy has determined that it does not need discovery before the December 21, 2023 hearing. Galaxy is confident in its legal position and no longer believes it necessary to burden the Estates with discovery costs, and potential delay, over this issue. Accordingly, we believe our pending discovery dispute with the Debtors and the Committee has been resolved. We are available at the Court's convenience to answer any questions.

Sincerely,

/s/  *Darren Azman*

Darren Azman



One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*