UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
In re:                                          :         Chapter 11
                                                :
CELSIUS NETWORK LLC, *et al.*,[1]               :         Case No. 22-10964 (MG)
                                                :
                              Debtors.          :         (Jointly Administered)
-------------------------------------------------------X

## DECLARATION OF MARY MORONEY

I, Mary Moroney, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am a bankruptcy analyst for the United States Department of Justice, Office of the United States Trustee, with offices located at 1 Bowling Green, New York, NY 10004.

2. I am the bankruptcy analyst with responsibility for these cases. I submit this declaration in support of the Objection of the United States Trustee filed at ECF Dkt. No. 4097.

3. On December 13, 2023, consistent with the roles and responsibilities of the Office of the United States Trustee and in the ordinary course of business, I received the July 2023 bank statement (the "July Bank Statement") on behalf of Celsius Network, LLC and its affiliated debtors from retained counsel, Kirkland & Ellis LLP.

4. I have reviewed the July Bank Statement.

I declare under penalty of perjury that the information contained in this Declaration is true and correct.

Dated: New York, NY
       December 14, 2023                                    */s/ Mary Moroney*
                                                            Mary Moroney

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1