Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FOURTH SUPPLEMENTAL DECLARATION OF**
**PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS'**
**APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JULY 13, 2022**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

1.     I am the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of

Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of

Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP,

collectively, "Kirkland"). I am a member in good standing of the Bar of the State of Illinois, and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I have been admitted to practice in the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Illinois, and the United States District Court for the Eastern District of Michigan.  There are no disciplinary proceedings pending against me.

**Background**

2.      On July 13, 2022 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  On August 4, 2022, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 360] (the "Application")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules").  My declaration in support of the Application (the "Original Declaration") was attached to the Application as Exhibit B.  On October 11, 2022, the Debtors filed an unredacted version of the Application [Docket No. 1024].

3.      On August 30, 2022, in connection with the Application, I submitted the *First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 629] (the "First Supplemental Declaration"), on December 16, 2022, I submitted the *Second Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis*

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 1731] (the "Second Supplemental Declaration"), and on August 14, 2023, I submitted the *Third Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 3304] (the "Third Supplemental Declaration" and, together with the Original Declaration, the First Supplemental Declaration, and the Second Supplemental Declaration, the "Prior Declarations") in accordance with Bankruptcy Rules 2014(a) and 2016(b).

4.      I submit this supplemental declaration on behalf of Kirkland (the "Fourth Supplemental Declaration") in further support of the Application and to supplement the disclosures set forth in the Prior Declarations in accordance with Bankruptcy Rules 2014(a) and 2016(b) and as required under the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 845] (the "Retention Order").  Unless otherwise stated in this Fourth Supplemental Declaration, I have personal knowledge of the facts set forth herein.

**Additional Disclosures**

5.      This Fourth Supplemental Declaration makes certain additional disclosures.

6.      In the Original Declaration, I disclosed Kirkland's billing rates in effect at that time for matters related to these chapter 11 cases.  I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions.  Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during these chapter 11 cases.

7.      In accordance with ordinary practice, some billing rates for partners and associates will change effective as of January 1, 2024.  The rates will change due to rate increases or

3

promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion.  Kirkland's billing rates that will take effect on January 1, 2024 for matters related to these chapter 11 cases range as follows:[3]

| Billing Category | Range |
| --- | --- |
| Partners | $1,195 - $2,465 |
| Of Counsel | $820 - 2,245 |
| Associates | $745 - $1,495 |
| Paraprofessionals | $325 - 625 |

8.      As I stated in the Prior Declarations, Kirkland has searched its electronic database of representations for connections to parties in interest in these chapter 11 cases. Certain connections were disclosed in the Prior Declarations.  Since the filing of the Prior Declarations, Kirkland has updated those conflicts searches and has searched additional parties in interest in these chapter 11 cases of whom Kirkland has become aware.  In addition to the entities searched and disclosed in the Prior Declarations, Kirkland has searched its electronic database for the entities listed on **Schedule 1** attached hereto.  The following is a list of the additional categories that Kirkland has searched:[4]

| Schedule | Category |
| --- | --- |
| 1(a) | Excluded Parties |
| 1(b) | Potential NewCo Parties |

---

[3]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

[4]    Kirkland's inclusion of parties in the following schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

9.      I have included the results of Kirkland's conflicts searches of the entities included in the above-listed categories on **Schedule 2** to this Fourth Supplemental Declaration.[5] In addition, Kirkland re-ran searches in its electronic database for the entities that were previously reviewed in the Prior Declarations. The results of Kirkland's conflict searches from the entities that were re-run are listed on **Schedule 3**. All current and prior representations of the parties identified on **Schedule 2** and **Schedule 3** are in matters unrelated to the Debtors and these chapter 11 cases.

10.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search. For example, if an entity already has been disclosed in the Prior Declarations in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations unless the circumstances are such in the latter capacity that additional disclosure is required.

11.     As set forth in the Prior Declarations and herein, Kirkland in the past may have represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed in the Prior Declarations and herein) to the Debtors and these chapter 11 cases.

---

[5]   As referenced in **Schedule 2** and **Schedule 3**, the term "current" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date. As referenced in **Schedule 2** and **Schedule 3**, the term "former" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date. As referenced in **Schedule 2** and **Schedule 3**, the term "closed" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system. The list generated from Kirkland's conflicts search system is over-inclusive. As a general matter, Kirkland discloses connections with "former" or "closed" clients for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

None of the representations set forth on **Schedule 2** are materially adverse to the interests of the Debtors' estates. Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these chapter 11 cases.

(a) **Specific Disclosures**

12. As disclosed on **Schedule 2** attached hereto, Kirkland currently represents Rite Aid Corporation and various of its subsidiaries and affiliates (collectively, "Rite Aid") in its bankruptcy cases. A non-Debtor subsidiary of Debtor Celsius Network Inc., Celsius EU UAB (Lithuania), is a current creditor of Rite Aid. Kirkland has not represented, and will not represent, the Celsius EU UAB adverse to Rite Aid during the pendency of Rite Aid's bankruptcy cases. Similarly, Kirkland has not represented, and will not represent, Rite Aid adverse to the Debtors during the pendency of these chapter 11 cases. I do not believe that Kirkland's current representation of Rite Aid precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

13. David Barse, disinterested director of Celsius Network Limited, may serve from time to time in various management and/or director capacities of certain Kirkland clients or affiliates thereof, including as a disinterested director of Marine One Topco, L.P. Kirkland currently represents Marine One Topco, L.P. in matters unrelated to these chapter 11 cases. I do not believe that Kirkland's current representation of Marine One Topco, L.P. precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

14. Alan Jeffrey Carr, disinterested director of Celsius Network Limited, may serve from time to time in various management and/or director capacities of certain Kirkland clients or affiliates thereof, including as an independent director of QualTek, Services, Inc. and as an independent director of Genesis Care Pty Ltd. Kirkland currently represents QualTek, LLC and

6

Genesis Care Pty Ltd. in matters unrelated to these chapter 11 cases. I do not believe that Kirkland's current representation of QualTek, LLC and Genesis Care Pty Ltd. precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

15.    Karra Puccia, a Kirkland associate, was a judicial clerk for the Honorable Lisa G. Beckerman of the United States Bankruptcy Court for the Southern District of New York from March 2022 to March 2023. Ms. Puccia began working at Kirkland in May 2023 and had no connection with the Debtors' chapter 11 cases while working for the Court. I do not believe that Ms. Puccia's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

### Affirmative Statement of Disinterestedness

16.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Prior Declarations and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  December 14, 2023                                   Respectfully submitted,

                                                           */s/ Patrick J. Nash, Jr.*
                                                           Patrick J. Nash, Jr.
                                                           as President of Patrick J. Nash, Jr., P.C., as
                                                           Partner of Kirkland & Ellis LLP; and as Partner
                                                           of Kirkland & Ellis International LLP

**SCHEDULE 1**

The following lists contain the names of reviewed entities as described more fully in the *Fourth Supplemental Declaration of Patrick J. Nash in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of July 13, 2022* (the "<u>Fourth Supplemental Declaration</u>").  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Original Declaration, matching the incomplete or ambiguous name.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | Excluded Parties |
| 1(b) | Potential NewCo Parties |

# SCHEDULE 1(a)

## Excluded Parties

Alchemy Capital Partners LP
Alfred, Michael
Armstrong, Benjamin
BadgerDAO
Bancor
Battlestar Capital LLC
Berkley Insurance Co.
Beyond Associates LLC
Carver, Adam
Christy, Alexander
Circle Internet Financial LLC
Circle UK Trading Co. Ltd.
Cloudflare Inc.
Coin Bureau
Cosmos Infrastructure LLC
Crypto Lark
Davis, Lark
DeFiRate
Ditto PR
Endurance American Insurance Co.
FTX Trading Ltd.
Graham, Peter
Grant Thornton LLP
Haines Watts London LLP
HDR Global Trading Ltd.
High Throughput Productions LLC
Into the Block Corp.
Johnson, Walter
KPMG Somekh Chaikin
La Point, Julie
Luna Squares LLC
Mawson Infrastructure Group Inc.
McCarthy, Tom
Mullarney, James
MVP Workshop d.o.o. Beograd-Zemun
Nektar ACS Corp.
Noy, Yarden
Perman, Jason
QBE Insurance Co.
Reichelt, Dennis
Relm Insurance Co.
Sabre56 Corp.

Shedd, Timothy
StakeHound SA
Stone, Jason
Tether Ltd.
Turner, Guy
Wildes, Zachary
Wolf of Bitcoin, The
XL Specialty Insurance Co.
Zen Blockchain Foundation

## SCHEDULE 1(b)

### **Potential NewCo Parties**

BlockCore Partners LLC
Cleary Gottlieb Steen & Hamilton LLP

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Berkley Insurance Co. | W.R. Berkley Corporation | Closed |
| Grant Thornton LLP | Grant Thornton Australia Ltd. | Current |
|  | Grant Thornton International Ltd. | Closed |
| KPMG Somekh Chaikin | KPMG (HK) | Current |
|  | KPMG Auditores, S.L. | Closed |
|  | KPMG International Cooperative | Closed |
|  | KPMG International Ltd. | Current |
|  | KPMG International Services Ltd. | Current |
|  | KPMG Law Firm | Current |
|  | KPMG LLP | Current |
|  | KPMG LLP (Canada) | Current |
|  | KPMG LLP (Singapore) | Closed |

## SCHEDULE 3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Abacus<br>Abacus Labs Inc. | K4 Private Investors LP | Current |
| ABF Freight System Inc. | ArcBest Corp. | Current |
| AlixPartners LLP<br>Allied Universal<br>Caisse de dépôt et placement du Québec<br>CDP Investissements Inc.<br>USI Insurance Services LLC | AlixPartners UK LLP | Current |
| Allianz Global Assistance SAS | PIMCO | Current |
| Alvarez & Marsal Holdings LLC | Barbara Gould | Closed |
| AT&T Inc. | AT&T Billing Southeast, LLC | Current |
| | AT&T Billing Southwest, LLC | Current |
| | AT&T Communications of Indiana, Inc. | Current |
| | AT&T Communications of Indiana, LLC | Current |
| | AT&T Communications of New York Inc. | Current |
| | AT&T Communications of Texas, LLC | Current |
| | AT&T Communications of Virginia, LLC | Current |
| | AT&T Comunicaciones Digitales, S. de R.L. de C.V. | Current |
| | AT&T Corp. | Current |
| | AT&T Datacomm Holdings, LLC | Current |
| | AT&T DataComm, L.P. | Current |
| | AT&T Global Communications Services Inc. | Current |
| | AT&T Investment Fund IV, LLC | Current |
| | AT&T Investment Fund V, LLC | Current |
| | AT&T Investment Fund VI, LLC | Current |
| | AT&T Investment Operations I, LLC | Current |
| | AT&T Investment Operations II, LLC | Current |
| | AT&T Management Services, LLC | Current |
| | AT&T Mobility II LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AT&T Mobility LLC | Current |
| | AT&T MVPD Group Holdings, LLC | Current |
| | AT&T Network Supply, LLC | Current |
| | AT&T of Puerto Rico, Inc. | Current |
| | AT&T of the Virgin Islands, Inc. | Current |
| | AT&T Southeast Supply, LLC | Current |
| | AT&T Southwest Supply, LLC | Current |
| | AT&T Supply I, LLC | Current |
| | AT&T Technical Services Company, Inc. | Current |
| | AT&T Teleholdings, Inc. | Current |
| | AT&T West Supply, LLC | Current |
| Blue Edge Bulgaria EOOD SAP America Inc. SAP National Security Services Inc. | SAP National Security Services Inc. | Current |
| Centerview Partners LLC | Centerview Capital Holdings LLC | Current |
| | Centerview Capital Management LLC | Current |
| Dow Jones & Co. Inc. | Dow Jones | |
| Gogo Air International SARL | Gogo Inc. | Current |
| HMRC Shipley | Secondment to His Majesty's Courts & Tribunals Service | Current |
| Kroll Advisory Ltd. | Kroll Advisory Ltd. | Current |
| Navex Global Inc. | BC Partners Lending Corp. | Current |
| Payplus by Iris Payplus Ltd. Sovos Compliance | Hg Capital 7 LP | Current |
| | Hg Mercury 4 LP | Current |
| Phase II Block A South Waterfront Fee LLC | PGIM Luxembourg SA | Current |
| Pluralsight Inc. | Aaron Gupta | Current |
| | Adrian R. Alonso | Current |
| Reddit Inc. | Reddit Inc. | Current |
| Ritz-Carlton, The | BCP VII SBS Holdings LLC | Current |
| | Blackstone Capital Partners VII NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II ESC NQ LP | Current |
| | Blackstone Energy Family Investment Partnership II SMD LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Blackstone Energy Partners II F NQ LP | Current |
| | Blackstone Energy Partners II NQ LP | Current |
| | Blackstone Family Investment Partnership VII ESC NQ LP | Current |
| | Bruce McEvoy | Current |
| Surety Solutions | Arthur J. Gallagher & Co. | Closed |
| | Gallagher Risk and Reward Limited | Current |
| United Airlines | Christina Koenig | Current |
| | United Airlines Holdings Inc. | Current |
| US Bitcoin Corp. | Bitcoin Depot Inc. | Current |
| US Data Mining Group Inc. | U.S. Data Mining Group, Inc. | Current |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |
| Confidential | Confidential | Confidential |