Case No. 22-10964-mg

Re. Request to make sure that documents with deadlines are filed with the SUBMITTED time, rather than the filed time

Dear Chief Judge Glenn,

I noticed that the time on my submission was the time my document was **filed**, rather than the time it was **submitted**.

> 22-10964-mg    Doc 4101    Filed 12/14/23    Entered 12/14/23 17:52:28    Main Document
> Pg 1 of 83
>
> Case No. 22-10964 (MG)
>
> Re. Objection to the Mining Plan
>
> Dear Chief Judge Glenn,
>
> **Pro Se Upload Tool for Self-Represented Individuals only**
>
> Your receipt number is **1702587397**
>
> Your documents were submitted on Thursday, December 14, 2023 at 03:56:37 PM. This is the date and time your document(s), once approved, is to be filed on the Court's electronic filing system.
>
> There will be a delay in entering your documents(s) on the Court's electronic filing system, particularly when submitted after hours, on weekends, and holidays. If your filing involves a pending deadline, you must upload your document(s) at least 48 hours prior to the deadline to facilitate timely review.
>
> If filing fees are due, you must contact the Clerk's Office at 212-284-4571 to arrange immediate payment. Click here for a list of fees due for filing documents.
>
> **Please do NOT send the same files more than once. Multiple uploads of the same file will delay processing of your documents. Thank you.**
>
> Submit more documents

This is not fair, as this makes it appear to others as though I have been making late filings that have been given special privileges and been accepted anyway, when I always make a point of submitting by the deadline.

The uploading tool says that the time recorded should be the date and time I submitted it, but that has never been the case with my submissions, and as a result has always made my submissions look late, when they were made on time. This is concerning, as it has already resulted in one of my submissions being discluded, until I wrote to ask about it.

I would like to request that the people in charge of making the filings please file the **submitted** times, rather than the filed times in the future, to prevent possible misunderstandings; and that they please make sure that my filing has been counted as submitted before the deadline, at December 14, 2023, at 3:56pm.

Sincerely,

Cathy Lau
Pro Se Creditor

December 15, 2023