**KING & SPALDING LLP**
Thaddeus D. Wilson (*to be admitted pro hac vice*)
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
thadwilson@kslaw.com

*Counsel for Fireblocks Inc. and Fireblocks Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 22-10964 (MG)<br>Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF**
**THADDEUS D. WILSON**

I, Thaddeus D. Wilson, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Fireblocks Inc. and Fireblocks Ltd., in the above-referenced bankruptcy cases, and any associated adversary proceedings, including without limitation the adversary proceeding captioned *Celsius Network Limited v. Stakehound S.A.,* Adv. Proc. No. 23-01138 (MG).

I certify that I am a member in good standing of the bar of the State of Georgia and am admitted to the U.S. District Court for the Northern District of Georgia, the U.S. Bankruptcy Court for the Northern District of Georgia, the U.S. District Court for the Middle District of Georgia, the U.S. Bankruptcy Court for the Middle District of Georgia, and the U.S. Court of Appeal for the Third Circuit.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  December 15, 2023
       Atlanta, Georgia

By: */s/ Thaddeus D. Wilson*
Thaddeus D. Wilson
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
thadwilson@kslaw.com

*Counsel for Fireblocks Inc. and Fireblocks Ltd.*