**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

**ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE* OF**
**THADDEUS D. WILSON**

Upon the motion of Thaddeus D. Wilson to be admitted *pro hac vice* to represent Fireblocks Inc. and Fireblocks Ltd., a creditor in the above referenced bankruptcy cases, and upon the movant's certification the he is a member in good standing of the State of Georgia, and is admitted to the U.S. District Court for the Northern District of Georgia, the U.S. Bankruptcy Court for the Northern District of Georgia, the U.S. District Court for the Middle District of Georgia, the U.S. Bankruptcy Court for the Middle District of Georgia, and the U.S. Court of Appeal for the Third Circuit, it is hereby

ORDERED, that Thaddeus D. Wilson, Esq., is admitted to practice *pro hac vice* in the above-referenced bankruptcy cases and associated adversary proceedings to represent Fireblocks Inc. and Fireblocks Ltd. in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: December 15, 2023
      New York, New York

                                                                             /s/Martin Glenn
                                                      THE HONORABLE MARTIN GLENN
                                        CHIEF UNITED STATES BANKRUPTCY JUDGE