**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Fifteenth Monthly Fee Statement of Services Rendered and Expenses Incurred by Alvarez & Marsal North America, LLC as Financial Advisors to Debtors, for Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023** (Docket No. 4088)

Dated: December 15, 2023

*Janira Sanabria*
Janira N. Sanabria

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 15th day of December 2023 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**



## Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP CUSTODIAL ACCT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ONE PENN PLAZA SUITE 3335 | ATTN: KYLE ORTIZ & BRYAN KOTLIAR | NEW YORK | NY | 10119 |
| AD HOC GROUP WITHHOLD ACCT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS | 875 THIRD AVENUE | ATTN: DEBORAH KOVSKY-APAP | NEW YORK | NY | 10022 |
| CELSIUS NETWORK LLC | ATTN: RON DEUTSCH | 50 HARRISON ST STE 209 | | HOBOKEN | NJ | 07030-6087 |
| CELSIUS NETWORK LLC | C/O KIRKLAND & ELLIS LLP | 601 LEXINGTON AVE | ATTN: JOSHUA A. SUSSBERG | NEW YORK | NY | 10022 |
| CELSIUS NETWORK LLC | C/O KIRKLAND & ELLIS LLP | 300 N LASALLE ST | ATTN: PATRICK J. NASH | CHICAGO | IL | 60654 |
| CHAPTER 11 EXAMINER | C/O JENNER & BLOCK LLP | 353 N. CLARK STREET | ATTN CATHERINE STEEGE VINCENT LAZAR | CHICAGO | IL | 60654 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: TURETSKY, HERSHEY, WEEDMAN | NEW YORK | NY | 10020 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| UNSECURED CREDITORS COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| CELSIUS NETWORK LLC | C/O KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, P.C., & SIMON BRIEFEL | JSUSSBERG@KIRKLAND.COM<br>SIMON.BRIEFEL@KIRKLAND.COM<br>HANNAH-KUPSKY-3566@ECF.PACERPRO.COM |
| CELSIUS NETWORK LLC | C/O KIRKLAND & ELLIS LLP | ATTN: PATRICK J. NASH, JR., P.C., ROSS M. KWASTENIET, P.C., & ALISON J. WIRTZ | PATRICK.NASH@KIRKLAND.COM<br>ROSS.KWASTENIET@KIRKLAND.COM<br>ALISON.WIRTZ@KIRKLAND.COM |
| FEE EXAMINER | ATTN: CHRISTOPHER S. SONTCHI | | CELSIUSFEEEXAMINER@GKLAW.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |