**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER AUTHORIZING THE DEBTORS AND**
**THE COMMITTEE TO EXCEED THE PAGE LIMIT**
**REQUIREMENT FOR THE JOINT OMNIBUS REPLY**
**OF THE DEBTORS AND THE COMMITTEE IN SUPPORT OF**
**THE JOINT MOTION OF THE DEBTORS AND THE COMMITTEE**
**FOR ENTRY OF AN ORDER (I) APPROVING THE IMPLEMENTATION**
**OF THE MININGCO TRANSACTION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession

(collectively, the "Debtors") and the official committee of unsecured creditors (the "Committee")

appointed in the above-captioned chapter 11 cases for entry of an order (this "Order") authorizing

the Debtors and the Committee to exceed the page limit requirement for the Omnibus Reply, all

as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant

to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United

States District Court for the Southern District of New York, entered February 1, 2012; and that

this Court may decide by a final order consistent with Article III of the United States Constitution;

and this Court having found that venue of this proceeding and the Motion in this district is proper

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in

the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in

interest; and this Court having found that no other notice need be provided; and this Court having

reviewed the Motion; and this Court having determined that the legal and factual bases set forth in

the Motion establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefore, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors and the Committee are authorized to file the Omnibus Reply in excess

of the Page Limit, for a total of no more than thirty-five pages.

3.      Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of

this Order are immediately effective and enforceable upon its entry.

4.      The Debtors and the Committee are authorized to take all actions necessary to

effectuate the relief granted in this Order in accordance with the Motion.

5.      This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.


    **IT IS SO ORDERED.**


Dated:  December 20, 2023
        New York, New York


                            **/s/ Martin Glenn**
                             MARTIN GLENN
                    Chief United States Bankruptcy Judge


2