Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) Case No. 22-10964 (MG) |
| Debtors. | ) ) (Jointly Administered) |

**AMENDED[2] AGENDA FOR HEARING TO BE HELD**
**DECEMBER 21, 2023, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    December 21, 2023, at 10:00 a.m. (prevailing Eastern Time)
(the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance
Instructions:    The Hearing will be held in a hybrid format before the Honorable
Martin Glenn, Chief United States Bankruptcy Judge, in the United

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] **Amended items appear in bold.**

States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom.  Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.

At this time, no testimony is expected during the Hearing.  It is possible, however, that testimony may be required during the Hearing.  In the event that the Hearing becomes evidentiary, only parties in interest, their attorneys, and witnesses will be able to attend the hearing by Zoom.  The public, including members of the media, may only attend evidentiary hearings in the courthouse, not remotely.  As such, the hearing attendance instructions may change to the extent evidence is put on the record.  With the permission of the Court, the public, including members of the media, may dial in to listen to the Hearing remotely using the audio platform made available by the Court.  Any person or entity that is permitted to dial in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on December 20, 2023).**

This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

Copies of Motions:      A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.   <u>Contested Matters</u>.

1.  **Celsius Network Limited v. StakeHound SA (Adv. Proc. No. 23-01138).** Motion to Approve Settlement Agreement With StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(B) of the Bankruptcy Code [Docket No. 105].

Objection Deadline:  December 15, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)    Objection Of Fireblocks Ltd. to the Motion to Approve Settlement Agreement with Stakehound S.A. And Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(B) of the Bankruptcy Code [Docket No. 111].

(2)    **Joinder of Ignat Tuganov to Statement of the Official Committee of Unsecured Creditors in Support of Settlement Agreement with Stakehound S.A. and Related Transfers [Docket No. 4138].**

(3)    **Ad Hoc Group of Earn Account Holders' (I) Joinder in Statement of Ignat Tuganov in Support of Debtors' and Committee's Joint Motion for Entry of an Order Approving Implementation of the MiningCo Transaction and (II) Statement in Support of the Proposed Settlement with Stakehound SA [Docket No. 4140].**

Related Documents:

(1)    *Ex-Parte* Motion Pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to Shorten the Notice Period for the Motion to Approve Settlement Agreement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code [Docket No. 106].

(2)    *Ex-Parte* Motion for Entry of an Order Authorizing Celsius Network Limited to Redact and File Under Seal Certain Confidential Information Set Forth in the Motion to Approve Settlement Agreement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(B) of the Bankruptcy Code [Docket No. 107].

(3)    Order Authorizing Celsius Network Limited to Redact and File Under Seal Certain Confidential Information Set Forth in the Motion to Approve Settlement Agreement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(B) of the Bankruptcy Code [Docket No. 108].

(4)    Order Pursuant to Rule 9006(c) of the Federal Rules of Bankruptcy Procedure Shortening the Notice Period for the Motion to Approve Settlement with StakeHound S.A. and Related Transfers Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 363(b) of the Bankruptcy Code [Docket No. 109].

**Status**:    This matter is going forward.

2.      **Wind Down Motion**.  Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4050].

Objection Deadline:  December 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Ad Hoc Group of Earn Account Holders' Statement of Position in Support of Exit and Reservation of Rights Regarding Joint Motion of the Debtors and the Committee for Entry of an Order (i) Approving the Implementation of the MiningCo Transaction; and (ii) Granting Related Relief [Docket No. 4096].

(2)     Objection by U.S. Trustee [Docket No. 4097].

(3)     Declaration of Mary Moroney [Docket No. 4098].

(4)     Reservation of Rights of the U.S. Securities and Exchange Commission to Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4099].

(5)     Preliminary Opposition of the Ad Hoc Group of Borrowers to the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief (ECF Doc. #4050) [Docket No. 4100].

(6)     Letter Objection by Cathy Lau [Docket No. 4101].

(7)     Supplemental Objection of the Ad Hoc Group of Borrowers to the Supplemental Joint Statement Regarding the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief (ECF Doc. #4115) [Docket No. 4122].

(8)     Declaration of Christopher Villinger [Docket No. 4123].

(9)     Letter in Support of Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief by Simon Dixon and David Kahn [Docket No. 4124].

(10)    **Letter in Support of the Borrower Ad Hoc Objections to the Supplemental Joint Statement Regarding the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the**

4

**Implementation of the MiningCo Transaction and (II) Granting Related Relief (ECF Doc. # 4115) [Docket No. 4135].**[3]

(11)    **Statement of Ignat Tuganov in Support of Debtors' and Committee's Joint Motion for Entry of an Order Approving Implementation of the MiningCo Transaction [Docket No. 4136].**

(12)    **Joinder of Ignat Tuganov to Joint Omnibus Reply of the Debtors and the Committee for Entry of an Order Approving Implementation of the MiningCo Transaction [Docket No. 4137].**

(13)    **Supplemental Objection of the United States Trustee to the (A) Joint Motion for Entry of an Order Approving the Implementation of the MiningCo Transaction and (B) Supplemental Joint Statement [Docket No. 4141].**

<u>Related Documents</u>:

(1)    Declaration of Robert Campagna in Support of Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4051].

(2)    Declaration of Kenneth Ehrler in Support of the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4052].

(3)    Supplemental Joint Statement Regarding the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4115].

(4)    Letter re December 21, 2023 Omnibus Hearing [Docket No. 4117].

(5)    Declaration of Marc D. Puntus in Support of Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4128].

(6)    Joint Omnibus Reply of the Debtors and the Committee in Support of the Joint Motion of the Debtors and the Committee for Entry of an Order

---

[3]    **This letter objection was late-filed after the objection deadline of December 14, 2023, at 4:00 p.m. (prevailing Eastern Time).**

(I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4129].

(7)     Notice of Filing of Revised Proposed Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4130].

(8)     **Ninth Notice of Filing of Plan Supplement [Docket No. 4132].**

(9)     **Affidavit of Service [Docket No. 4134].**

**Status**:     This matter is going forward.

## II.     **Adversary Proceeding**.

3.     **Celsius Mining LLC v. Mawson Infrastructure Group, Inc. *et al*. (Adv. Proc. No. 23-01202).** Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to File Under Seal Certain Portions of the Adversary Complaint Against Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure LLC and Redact Certain Information Contained Therein and (II) Granting Related Relief [Docket No. 2].

Objection Deadline:  December 14, 2023, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Adversary Complaint [Docket No. 1].

**Status**:     This matter is going forward.

## III.     **Adjourned Matters**.

4.     **Zachary Wildes' Motion for Substantial Contribution**.     Substantial Contribution Application for Zachary Wildes [Docket No. 3615].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:    This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

5.      **Custody Ad Hoc Group's Motion for Substantial Contribution**. Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses [Docket No. 3660].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with

the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

6.     **Withhold Ad Hoc Group's Motion for Substantial Contribution**. Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) [Docket No. 3663].

<u>Objection Deadline</u>:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).    The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).    The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

<u>Responses Received</u>:

(1)      Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)      Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)      Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)      The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

<u>Related Documents</u>:

(1)      Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)      Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)      Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)      Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)      Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)      Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:   This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

7.    **Earn Ad Hoc Group's Motion for Substantial Contribution**.  Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)    Notice of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3708].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(8)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:   This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

8.   **Rebecca Gallagher's Motion for Substantial Contribution**.   Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Claim Action [Docket No. 3662].

Objection Deadline:   The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).   The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).   In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).   The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.   The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

9.     **Immanuel Herrmann's Motion for Substantial Contribution**.  Application Of Immanuel Herrmann Pursuant to 11 U.S.C. §§ 503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution [Docket No. 3674].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

10.     **Daniel Frishberg's Motion for Substantial Contribution**. Daniel A. Frishberg' [*sic*] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate [Docket No. 3675].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern

Time) by agreement of the parties. The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)    Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(5)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:    This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

11.    **Ignat Tuganov's Motion for Substantial Contribution**. Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3666].

<u>Objection Deadline</u>:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).    The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).    The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

<u>Responses Received</u>:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

<u>Related Documents</u>:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3665].

(5)     Amended Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3686].

(6)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(7)    Supplement to Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(B)(3)(D) and 503(B)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 4010].

(8)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(9)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:    This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

12.    **Borrower Ad Hoc Group's Motion for Substantial Contribution**. Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3671].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time). The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time). In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time). The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties. The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

13.     **Bnk to the Future's Motion for Substantial Contribution**.  Amended Notice and Amended Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3799].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Jason Amersons' [*sic*] Objection to Motion for (I) Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution (II) Granting Related Relief [Docket No. 4015].

(2)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(3)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(4)    Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(5)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

(6)    Objection to Substantial Contribution Motion for BNK to the Future/Simon Dixon [Docket No. 4034].

(7)    Letter Objection by Carol Maunder [Docket No. 4106].[4]

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)    Declaration of Simon Dixon in Support of Simon Dixon & Bnk to the Future Group (BF) to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3670].

(5)    Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3672].

(6)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(7)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

---

[4]    This letter objection was late-filed after the objection deadline of November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

(8)  Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:  This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

14.  **Pending Withdrawal Ad Hoc Group's Motion for Substantial Contribution**. Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3673].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)  Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)  Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)  Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)  The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

Related Documents:

(1)  Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)  Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)  Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3705].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(7)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to January 11, 2023, at 10:00 a.m. (prevailing Eastern Time).

## IV.     **Resolved Matters.**

15.     **Motion to Exceed Page Limit.  Joint *Ex Parte* Motion of the Debtors and the Committee for Entry of an Order Authorizing the Debtors and the Committee to Exceed the Page Limit Requirement for the Joint Omnibus Reply of the Debtors and the Committee in Support of the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4127].**

**Responses Received:  None.**

**Related Documents:**

(1)     **Order Authorizing the Debtors and the Committee to Exceed the Page Limit Requirement for the Joint Omnibus Reply of the Debtors and the Committee in Support of the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4133].**

**Status:**     **This matter has been resolved.**

New York, New York
Dated:  December 20, 2023

_/s/ Joshua A. Sussberg_

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          joshua.sussberg@kirkland.com

   - and -

Patrick J. Nash, Jr., P.C. (admitted _pro hac vice_)
Ross M. Kwasteniet, P.C. (admitted _pro hac vice_)
Christopher S. Koenig
Dan Latona (admitted _pro hac vice_)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com
                chris.koenig@kirkland.com
                dan.latona@kirkland.com

_Counsel to the Debtors and Debtors in Possession_