Case No. 22-10964 (MG)

Re. Amended Exhibits for Mining Plan Objection

Dear Chief Judge Glenn,

I forgot to include a preface to my exhibits for my mining plan objection (and just submitted them without a case number and other necessary details), and so am resubmitting my exhibits with the appropriate case number and introduction. I wasn't sure if there was a deadline for submitting exhibits, but recalled that you usually ask for them to be submitted by 5pm the day before, and so followed that guideline.

This submission is now after 5pm, but I made a previous submission of my exhibits without an introduction including formalities before 5pm:

**Pro Se Upload Tool for Self-Represented Individuals only**

Your receipt number is **1703109439**

Your documents were submitted on Wednesday, December 20, 2023 at 04:57:19 PM. This is the date and time your document(s), once approved, is to be filed on the Court's electronic filing system.

There will be a delay in entering your documents(s) on the Court's electronic filing system, particularly when submitted after hours, on weekends, and holidays. If your filing involves a pending deadline, you must upload your document(s) at least 48 hours prior to the deadline to facilitate timely review.

If filing fees are due, you must contact the Clerk's Office at 212-284-4571 to arrange immediate payment. Click here for a list of fees due for filing documents.

I hope that this introduction will suffice and request that my previous submission time be taken into consideration, and ask that you please allow my exhibits to be used, as I worked very hard to compile them.

I apologize for forgetting the protocol for submissions, as I still haven't gotten used to participating in legal proceedings.

Thank you for your time and consideration.

Sincerely,

Cathy Lau
Pro Se Creditor
December 20, 2023

**Amended Exhibits for Mining Plan Objection**

# Exhibit A: Mining Plan Conflicts of Interest

| Plan Creator | Role | Conflicting Appointment/Proposals | Conflict | FTX Connection |
|---|---|---|---|---|
| UCC | represent Celsius unsecured creditors | 1. NewCo Board member Thomas DiFiore<br>2. NewCo Board member Scott Duffy | -promised NewCo Common Stock totalling 1.5% of the total shares as part of the Employee and NewCo Board Equity Compensation (Section 102 of the plan)<br>-offer "directly links UCC members' personal financial gain to the outcome of the reorganization, raises serious questions about impartiality of their decisions and actions within the committee" | |
| | | 3. Litigation Oversight Committee member Mark Robinson | -3-year NewCo board terms | |
| M3 Advisory Partners, LP | UCC Financial Advisor | 1. Litigation Administrator Mohsin Y. Meghji<br>2. Financial Advisor to Litigation Oversight Committee | -M3 employee<br>-M3 services, including hourly fees and incentive compensation | |
| Elementus | UCC Blockchain Forensics Advisor | 1. Expert Witness for CEL Token price Max Galka | -funded by Alameda Research, sister company to FTX, which was shorting CEL token to lower its valuation to 0<br>-links to Jason Stone, being sued for stealing millions of $ worth of crypto and NFTs from Celsius<br>-Cherokee Acquisitions Founder and CEO, Vladimir Jelisavcic, on Elementus Board of Directors<br>-Cherokee aggressively buying Celsius claims on the cheap, potentially profitting from Galka's low valuation of CEL<br>-links to ParaFi Capital, which is linked to Badger Dao, which lost Celsius ~$51 million in crypto in an alleged hack targeting Celsius via phishing | -FTX beneficiary |
| Perella Weinberg Partners | UCC Investment Banker | 1. NewCo Board member Emmanuel Aidoo | -Perella Weinberg employee<br>-history of outstanding tax judgments/liens (5 counts) from 2015 to 2021 of $25,379.71, $47,267.89, $64,434.12,$15,113.68, and $9,706.45<br>-2-year NewCo board term | -Emmanuel Aidoo = FTX Executive Director<br>-FTX Investment Banker |
| | | (2. NewCo Board member Elizabeth LaPuma<br>3. NewCo Investment banker | -Ex-employee of Perella Weinberg)<br>-Perella Weinberg services | |
| White & Case | UCC Legal Counsel | 1. Litigation Oversight Committee member Gerard Uzzi | -Ex-White & Case Partner<br>-White & Case Client | -FTX Legal Counsel to Joint Provisional Liquidators, and Joint Provisional Lenders |
| | | 2. Pushed Novawulf bid backed by Novawulf and Figure Technologies<br>-Presented Novawulf as the selected sponsoring company under false pretences that no better bid had been put forward<br>-$15-18 million dollar break-up fee given for "bid protection" | -White & Case Clients | -identified as hiding information implicating FTX's enabling of the naked shorting of CEL token, and Chris Ferraro and other employees' role in delivering the critical data (unauthorized) to FTX |
| | | 3. Proposed Third Party Refinancing Option for Retail Borrowers Figure Technologies, Inc., and Figure Lending, LLC | -White & Case Clients | |
| Kirkland & Ellis | Celsius Legal Counsel | 1. 25-cent CEL token valuation | -failure to disclose to creditors that valuing CEL token at 25 cents destroys creditors' ability to win $2 billion from Celsius's case against FTX (where CEL token was valued at $2.88), as this could result in those involved in the FTX case using the $0.25 CEL valuation to revalue the FTX claim downward, resulting in a substantial loss of return for creditors | -General Counsel to FTX Ryne Miller was a former partner of Kirkland & Ellis<br>-identified as hiding information implicating FTX's enabling of the naked shorting of CEL token, and Chris Ferraro and other employees' role in delivering the critical data (unauthorized) to FTX |
| | | 2. Retainment of FLARE tokens as the property of Debtors, rather than distributing in-kind to those promised tokens that Judge Glenn authorized distribution to, offering the explanation that "it was not required to" | -retaining remaining $ value of FLARE tokens for Debtor makes more funds available to pay lawyers | |
| Alvarez & Marsal | Celsius Financial Advisor | 1. NewCo Board member Elizabeth LaPuma | -former Managing Director of Alvarez &Marsal | -FTX Financial Advisor |
| Simon Dixon | Plan Consultant | 1. NewCo Board Observer<br>2. Proposed idea of NewCo<br>3. Proposed USBTC and Asher Genoot as mining company partner in BNK to the Future's submitted bid<br>4. Proposed Stalking Horse bid that prolonged Celsius's period in bankruptcy by months and resulted in a bid selected with his proposed mining partner and proposed bid structure | -CEO of BNK to the Future<br>-headed BNK to the Future BTC projects and partnered with Max Keiser on BTC ventures based in El Salvador, include BTC mining company<br>-contacted Asher as partner for bid and had discussions with him about Latin America as a site for Celsius mining rigs<br>-links with and promoted by the three individuals associated with creating FUD regarding Celsius (Max Keiser, Corey Klippenstein, and Mike Adler), who are regarded as playing a large role in causing the Celsius bank run resulting in the pause leading up to bankruptcy (who are also all linked to El Salvador BTC projects) | |
| Chris Ferraro | Replacement Celsius CEO | 1. Plan Administrator<br>2. Overseer and large beneficiary of Employee Program/Key Employee Retention Plan | -former JPMorgan Chase & Co employee (Tradfi competitor to Celsius)<br>-not interviewed to assess qualifications for role | -identified in FOIA Confidential Treatment Requested by Celsius | Highly Confidential document as one of the Celsius staff who gave FTX critical data on Celsius's active positions to force the company into a liquidity crisis |

**Exhibit B: Video Statement by Ex-lawyer**



From "How Google, Facebook and others use our most personal secrets against us" DW Documentary

https://rumble.com/v3oqy88-how-google-facebook-and-others-use-our-most-personal-secrets-against-us-dw-.html

"I studied law in California. We were taught to view law through the lens of risk analysis -- not to ask is this legal or illegal, but rather, how likely is it that someone will sue you -- that you'll pay a fine, and how likely is it that you'll get away with it? So you think, "I'm aware this violates the law, but I potentially earned $10 million. The fine is a 100,000 Euros, and the probability of actually paying the fine is 1 in a 10 So, financially speaking, it pays off to break the law. That's an approach that "New Silicon Valley" already has in its DNA."

22:55 - 23:34

# Exhibit C: Undisclosed background of selected NewCo board member Emmanuel Aidoo hiding his employment with Celsius competitor FTX

**-Presented as Executive Director at Perella Weinberg Partners**



**EMMANUEL AIDOO**

Emmanuel Aidoo is a recognized leader in digital assets advisory, private capital, and restructuring banking. With a strong track record in navigating complex financial landscapes, he specializes in digital assets, blockchain technology, and innovative investment solutions. ==At Perella Weinberg Partners, Emmanuel leads the digital assets advisory division, driving growth and positioning the firm as a market leader in blockchain and cryptocurrencies==. Previously at Credit Suisse AG for over two decades, he played key roles, including Head of Digital Assets Markets, where he advanced the firm's blockchain strategy. Emmanuel's achievements include pioneering proof-of-concepts, strategic investments in blockchain projects, and thought leadership in the global blockchain community. Aidoo has been recognized by Forbes on their Blockchain 50 list (2020), Business Insider's list of Top 10 Transforming Finance (2019) and American Banker (2018). He has served as a member of the World Economic Forum (WEF) Digital Asset Steering Committee and as the Chair of SIFMA's Blockchain Roundtable.

Emmanuel studied Computer Science at Brunel University in Uxbridge, England.

100. One of the candidates that the Committee interviewed, and ultimately selected to serve on the New Board, is Emmanuel Aidoo. UCC Ex. 230 ¶ 11.

101. At the time of his interview, Mr. Aidoo served as Executive Director at PWP, the investment banker to the Committee in these Chapter 11 Cases. Mr. Aidoo has been advising the Committee with respect to these cases. Prior to being nominated for consideration, Mr. Aidoo disclosed that he would be stepping down in short order from his Executive Director position at PWP to serve in a senior advisory capacity as an independent contractor. UCC Ex. 230 ¶ 11.

102. At the outset of his candidacy, and prior to his interview, Mr. Aidoo disclosed to the Committee's advisors certain tax arrearages, which included liens filed against him. UCC Ex. 230 ¶ 12. As part of the board selection process, Mr. Aidoo provided a letter from his accountant explaining this situation to the Committee and informing the Committee that Mr.

41

Aidoo had entered into an installment plan with the IRS and was current on all obligations under such installment plan. UCC Ex. 230 ¶ 12.

103. The Committee asked questions regarding Mr. Aidoo's tax liens as part of its discussions in connection with Mr. Aidoo's candidacy. UCC Ex. 230 ¶ 12. Having considered these facts, the Committee concluded that the tax lien did not preclude Mr. Aidoo from serving as a director of the New Board or outweigh the other strengths of his candidacy. UCC Ex. 230 ¶ 12. These strengths include his deep institutional knowledge of the cryptocurrency industry and financial expertise, and his great credibility and familiarity among executives within the industry. UCC Ex. 230 ¶ 17. Further, Mr. Aidoo's interview demonstrated to the Committee a mindset to fiercely advocate to protect the creditors of Celsius who will become NewCo shareholders. UCC Ex. 230 ¶ 17. The Committee therefore determined that Mr. Aidoo was qualified for his role on the New Board. UCC Ex. 230 ¶ 17.

-Undisclosed role as Executive Director of competing company FTX



## SUMMARY OF BILLING BY PROFESSIONAL
## JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 72.5 |
| Kevin Cofsky | Partner | 70 |
| Michael Grace | Partner | 23 |
| Max Mesny | Partner | 8 |
| Timm Schipporeit | Partner | 7 |
| **Partner Total** | | **180.5** |
| Laura Klaassen | Managing Director | 10 |
| Ema Betts | Managing Director | 9 |
| **Managing Director Total** | | **19** |
| Matt Rahmani | Executive Director | 89.5 |
| Emmanuel Aidoo | Executive Director | 63 |
| Nathaniel Nussbaum | Executive Director | 65 |
| **Executive Director Total** | | **217.5** |
| Geoff Posess | Director | 48 |
| Wasif Syed | Director | 50 |
| **Director Total** | | **98** |

---

**FTX**
Hours Summary (Jul-23)
September 12, 2023

Case 22-11068-JTD   Doc 2515-2   Filed 09/14/23   Page 2 of 71

Strictly Private & Confidential

| | Correspondence with Debtor Advisors and Principals | Correspondence with Creditors, UCC, and Advisors | Correspondence with Third-Parties | Due Diligence and Restructuring Strategy | Sale Process Matters | Financing Matters | Court Hearings | Other Administrative Processes and Analysis | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Restructuring** | | | | | | | | | |
| Bruce Mendelsohn (Partner) | 8.0 | 9.0 | - | 55.5 | - | - | - | - | 72.5 |
| Kevin Cofsky (Partner) | 3.5 | 9.0 | 11.0 | 46.5 | - | - | - | - | 70.0 |
| Matt Rahmani (Executive Director) | 13.5 | 9.0 | 17.0 | 20.0 | 30.0 | - | - | - | 89.5 |
| Kendyl Flinn (Associate) | 13.5 | 4.0 | 8.5 | 26.5 | 36.0 | - | - | 12.0 | 100.5 |
| Bruce Baker (Associate) | 13.5 | 4.0 | 17.0 | 24.5 | 36.0 | - | - | 12.0 | 107.0 |
| Sam Saferstein (Analyst) | 13.5 | 4.0 | 17.0 | 23.0 | 34.0 | - | - | 12.0 | 103.5 |
| Nikhil Velivela (Analyst) | 13.5 | 3.0 | 15.5 | 23.0 | 36.0 | - | - | 12.0 | 103.0 |
| **Restructuring Sub-Total** | **79.0** | **42.0** | **86.0** | **219.0** | **172.0** | **-** | **-** | **48.0** | **646.0** |
| **FinTech and Digital Assets** | | | | | | | | | |
| Michael Grace (Partner) | 3.5 | - | 11.0 | 8.5 | - | - | - | - | 23.0 |
| Max Mesny (Partner) | 4.0 | 4.0 | - | - | - | - | - | - | 8.0 |
| Timm Schipporeit (Partner) | 4.0 | 3.0 | - | - | - | - | - | - | 7.0 |
| Laura Klaassen (Managing Director) | 6.0 | 4.0 | - | - | - | - | - | - | 10.0 |
| Ema Betts (Managing Director) | 6.0 | 3.0 | - | - | - | - | - | - | 9.0 |
| Emmanuel Aidoo (Executive Director) | 7.5 | - | 11.0 | 5.0 | 27.5 | - | - | 12.0 | 63.0 |
| Nathaniel Nussbaum (Executive Director) | 10.0 | - | 10.5 | 14.5 | 30.0 | - | - | - | 65.0 |
| Geoff Posess (Director) | 8.5 | - | 1.0 | 8.5 | 30.0 | - | - | - | 48.0 |
| Wasif Syed (Director) | 8.0 | 19.5 | 6.0 | 10.5 | 6.0 | - | - | - | 50.0 |
| Alexander Kalashnikov (Associate) | 4.0 | 4.0 | - | 8.0 | - | - | - | 12.0 | 28.0 |
| Eduardo Ascoli (Associate) | 2.0 | - | - | 5.0 | - | - | - | 12.0 | 19.0 |
| Jenny Zhu (Analyst) | 2.0 | - | 2.0 | 3.0 | 3.0 | - | - | 3.0 | 13.0 |
| Rohan Mekala (Analyst) | 4.0 | - | 2.0 | 8.0 | - | - | - | 1.5 | 15.5 |
| Alina Negulescu (Analyst) | 6.0 | 4.0 | 6.0 | 8.5 | 6.0 | - | - | 18.5 | 49.0 |
| **FinTech & Digital Assets Sub-Total** | **75.5** | **41.5** | **49.5** | **79.5** | **102.5** | **-** | **-** | **59.0** | **407.5** |
| **Team Grand Total** | **154.5** | **83.5** | **135.5** | **298.5** | **274.5** | **-** | **-** | **107.0** | **1,053.5** |

**PRIOR MONTHLY FEE STATEMENTS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/17/2023 | Nov. 16 - Nov. 30, 2022 | $225,000 | $7,680.97 | $225,000 | $7,680.97 |
| 2/17/2023 | Dec. 1 – Dec. 31, 2023 | $450,000 | $22,964.89 | $450,000 | $22,964.89 |
| 03/06/2023 | Jan. 1 – Jan. 31, 2023 | $450,000 | $56,774.88 | $450,000 | $56,774.88 |
| 04/04/2023 | Feb. 1 – Feb. 28, 2023 | $450,000 | $77,891.54 | Pending | Pending |
| 05/04/2023 | Mar. 1 – Mar. 31, 2023 | $2,825,000 | $28,096.34 | Pending | Pending |
| 06/05/2023 | Apr. 1 – Apr. 30, 2023 | $2,856,250 | $11,856.27 | Pending | Pending |
| 09/12/2023 | May 1 – May 31, 2023 | $2,133,616.26 | $35,765.02 | Pending | Pending |
| 09/14/2023 | June 1 – June 30, 2023 | $2,848,330.45 | $11,424.11 | Pending | Pending |

**SUMMARY OF BILLING BY PROFESSIONAL**
**JULY 1, 2023 THROUGH AND INCLUDING JULY 31, 2023**

| Timekeeper Name | Position | Total Hours Billed |
|---|---|---|
| Bruce Mendelsohn | Partner | 72.5 |
| Kevin Cofsky | Partner | 70 |
| Michael Grace | Partner | 23 |
| Max Mesny | Partner | 8 |
| Timm Schipporeit | Partner | 7 |
| **Partner Total** | | **180.5** |
| Laura Klaassen | Managing Director | 10 |
| Ema Betts | Managing Director | 9 |
| **Managing Director Total** | | **19** |
| Matt Rahmani | Executive Director | 89.5 |
| Emmanuel Aidoo | Executive Director | 63 |
| Nathaniel Nussbaum | Executive Director | 65 |
| **Executive Director Total** | | **217.5** |
| Geoff Posess | Director | 48 |
| Wasif Syed | Director | 50 |
| **Director Total** | | **98** |

14165319v1

Failure to show the extent of, and brushing aside of, Emmanuel Aidoo's tax judgments and liens, even though his management of his personal finances should be relevant, as he represents NewCo's financial expertise

https://files.brokercheck.finra.org/individual/individual_7449268.pdf





www.finra.org/brokercheck — User Guidance — FINRA

| | |
|---|---|
| **Date Filed with Court:** | 01/06/2021 |
| **Date Individual Learned:** | 02/14/2022 |
| **Type of Court:** | County Court |
| **Name of Court:** | Office of the County Clerk, Bergen, Hackensack, NJ |
| **Location of Court:** | Bergen County, Hackensack, NJ |
| **Docket/Case #:** | BK3899PG581 |
| **Judgment/Lien Outstanding?** | Yes |
| **Broker Statement** | Mr. Aidoo has a payment arrangement in place with the IRS to repay all tax, penalties, and interest. |

**Disclosure 5 of 5**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Judgment/Lien Holder:** | Emmanuel Aidoo |
| **Judgment/Lien Amount:** | $9,706.45 |
| **Judgment/Lien Type:** | Tax |
| **Date Filed with Court:** | 12/17/2018 |
| **Date Individual Learned:** | 09/01/2020 |
| **Type of Court:** | County Court |
| **Name of Court:** | Office of the County Clerk, Bergen, Hackensack, NJ |
| **Location of Court:** | Bergen County, Hackensack, NJ |
| **Docket/Case #:** | 18088174 |
| **Judgment/Lien Outstanding?** | Yes |
| **Broker Statement** | Mr. Aidoo has a payment arrangement in place with the IRS to repay all tax, penalties, and interest. |

©2023 FINRA. All rights reserved. Report about Emmanuel Aidoo.   9

https://files.brokercheck.finra.org/individual/individual_7449268.pdf

## Exhibit D: Creditor Calls for Clawbacks on Lawyers and other Professionals, citing lack of adherence to Fiduciary Duty









https://twitter.com/elveton101/status/1726963338272206958