Daniel A. Frishberg

*Pro Se*

DanielFrishbergDiscovery@gmail.com

Courtney Burks Steadman, *Pro Se*

Immanuel J. Herrmann, *Pro Se*

Rebecca Gallagher, *Pro Se*

Georges Georgiou, *Pro Se*

Mela Stewart, *Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CELSIUS NETWORK LLC, *et al.,* ) | Case No. 22-10964 (MG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## *PRO SE* CUSTOMERS' JOINDER TO AD HOC GROUP OF EARN ACCOUNT HOLDERS' STATEMENT OF POSITION IN SUPPORT OF EXIT AND RESERVATION OF RIGHTS REGARDING JOINT MOTION OF THE DEBTORS AND THE COMMITTEE FOR ENTRY OF AN ORDER (i) APPROVING THE IMPLEMENTATION OF THE MININGCO TRANSACTION; AND (ii) GRANTING RELATED RELIEF

Daniel A. Frishberg ("Mr. Frishberg"), Courtney Burks Steadman ("Ms. Steadman"), Immanuel J. Herrmann ("Mr. Herrmann"), Rebecca Gallagher ("Ms. Gallagher"), Georges Georgiou ("Mr. Georgiou"), and Mela Stewart ("Ms. Stewart") (together, the "*Pro Se* Customers") hereby file this joinder (the "Joinder") to the statement made by the Earn Ad Hoc

Group of Account Holders (the "Earn Ad Hoc") filed at ECF Docket No. 4096, and ECF Docket No. 4140 (the "Statements In Support Of Exit"). In support of their Joinder, the *Pro Se* Customers state as follows:

## Preliminary Statement

We repeat, reallege, and incorporate by reference, everything filed by the Earn Ad Hoc in their Statements In Support Of Exit as if filed completely herein.

## STATEMENT

This has been a long and hard bankruptcy for the customers of Celsius Network ("Celsius"), and the customers/victims of Celsius have paid the price for this bankruptcy, both literally (in the form of professional fees) and metaphorically. It is well past time to exit Chapter 11, and we must do so as quickly as possible. Customers overwhelmingly voted in support of the already approved plan not because we loved it, or even liked it, but because we wanted to exit Chapter 11 as soon as possible. The contents and details of the plan are not as important as exiting bankruptcy. We want our crypto, and we want it now. The MiningCo transaction is the fastest *and* best value-maximizing way to get our crypto.

Regulators, including the US Trustee, should realize that anything delaying our exit from bankruptcy risks victimizing customers *again*. As has been mentioned before, we must exit Chapter 11 before the price of cryptocurrency increases any further, as that would lead to

customers' money *potentially*[1] flowing to regulators, as documented fully in Simon Dixon and David Kahn's letter to your Honor, which is **unacceptable**.

### Reservation Of Rights

We reserve any and all rights, and we also request *pro se* relief as various *pro se*'s have done throughout this case.

### CONCLUSION

In conclusion, please just get us out of bankruptcy, customers have been through enough. For the aforementioned reasons, the joint motion should be **GRANTED**.

Respectfully Signed,

Daniel Frishberg, *Pro Se*
/s/ *Daniel A. Frishberg*
12/20/2023

Courtney Burks Steadman, *Pro Se*
/s/ *Courtney Burks Steadman*
12/20/2023

Immanuel J. Herrmann, *Pro Se*
/s/ *Immanuel J. Herrmann*
12/20/2023

Rebecca Gallagher, *Pro Se*
/s/ *Rebecca Gallagher*
12/20/2023

---

[1] If a resolicitation is required, the Earn Order will be interlocutory again, we reserve the right to object to, and appeal, *any* revised order where assets do not **completely** flow to customers.

Georges Georgiou, *Pro Se*
/s/ *Georges Georgiou*
12/20/2023

Mela Stewart, *Pro Se,*
/s/ *Mela Stewart*
12/20/2023

**CERTIFICATE OF SERVICE**

I certify that on Wednesday, December 20th, 2023, a true and correct copy of the *Pro Se Customers' Joinder To Ad Hoc Group Of Earn Account Holders' Statement Of Position In Support Of Exit And Reservation Of Rights Regarding Joint Motion Of The Debtors And Committee For An Order (i) Approving The Implementation Of The MiningCo Transaction; And (ii) Granting Related Relief* was served upon counsel to the parties to the appeal, and the Bankruptcy Court's Core/2002 Service list.

Daniel Frishberg, *Pro Se*
December 20, 2023
/s/*Daniel A. Frishberg*

*[Rest of page intentionally left blank]*