# EXHIBIT A

## TIME RECORDS

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 9/12/2023 | Sabin, Jeffrey S. | Review of/responses to email correspondence from debtors' counsel and counsel to Ad hoc groups | 0.4 | 0.4 | $1,650.00 | $660.00 | $660.00 |
| 9/13/2023 | Sabin, Jeffrey S. | Review of opinion denying Stay Relief and finding law of the case regarding Earn Accounts | 0.7 | 0.7 | $1,650.00 | $1,155.00 | $1,155.00 |
| 9/14/2023 | Sabin, Jeffrey S. | Began review/analysis of draft motion for substantial contribution and pleadings filed by client regarding same | 1.7 | 1.7 | $1,650.00 | $2,805.00 | $2,805.00 |
| 9/14/2023 | Currie, Andrew | Correspondence regarding plan supplement; analysis regarding governance and LOC issues; follow up regarding plan confirmation issues; confer with J. Sabin regarding updates | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 9/15/2023 | Sabin, Jeffrey S. | Review of recent pleadings related to confirmation; began work on draft substantial contribution motion | 1.4 | 1.4 | $1,650.00 | $2,310.00 | $2,310.00 |
| 9/15/2023 | Levy, Carol Weiner | Work on substantial contribution time record exhibit | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 9/16/2023 | Currie, Andrew | Correspondence regarding update regarding plan governance and PSA issues; correspondence regarding update regarding substantial contribution motion | 0.3 | 0.3 | $1,100.00 | $330.00 | $330.00 |
| 9/18/2023 | Levy, Carol Weiner | Conference with J. Sabin and A. Currie regarding backup for substantial contribution application; work on same; address balloting issue | 1.8 | 1.8 | $900.00 | $1,620.00 | $1,620.00 |
| 9/18/2023 | Sabin, Jeffrey S. | Review/analysis of (1) motions to approve global settlement with Core Scientific, (2) motion to approve settlement with certain CEL holders and (3) plan supplemental documents; memo to team regarding open issues; correspondence and telephone conferences with UCC counsel regarding LOC matters and open plan issues; emails with PSA/PTS parties; telephone conferences with A. Currie regarding ballot and other open issues for client; review/analysis of pleadings regarding disputes with Stakehound and effect regarding litigation trust recovery | 3.9 | 3.9 | $1,090.68 | $6,435.00 | $6,435.00 |
| 9/18/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding updates; multiple correspondence regarding plan and governance issues; correspondence and conference with J. Sabin regarding strategy regarding plan issues; multiple correspondence regarding ballot; review PSA issues and analysis regarding plan confirmation; correspondence and conference with C. Levy regarding substantial contribution; correspondence and conference with J. Sabin and C. Levy regarding plan and confirmation issues; follow up regarding plan governance and other issues | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,420.00 |
| 9/19/2023 | Levy, Carol Weiner | Attention to substantial contribution backup | 1.3 | 1.3 | $900.00 | $1,170.00 | $1,170.00 |
| 9/19/2023 | Dierdorff, Dorothy M. | Email accounting regarding time records; work on fee spreadsheet | 0.5 | 0.5 | $440.00 | $220.00 | $220.00 |
| 9/19/2023 | Sabin, Jeffrey S. | Review of multiple emails regarding open issues regarding PSA and governance matters; completed review/analysis of all recent additional plan supplement and recent pleadings regarding open confirmation issues | 1.9 | 1.9 | $1,081.03 | $3,135.00 | $3,135.00 |
| 9/19/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding strategy regarding plan confirmation; correspondence and conferences with N. Tuganov regarding plan confirmation, governance and updates; further correspondence regarding plan issues; follow up regarding ballot; analysis regarding crypto and stock issues | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 9/20/2023 | Levy, Carol Weiner | Review revised PSA and conference with J. Sabin regarding same; conference with A. Currie regarding application and backup; review recently filed pleadings; revise substantial contribution application | 4 | 4 | $900.00 | $3,600.00 | $3,600.00 |
| 9/20/2023 | Sabin, Jeffrey S. | Review/analysis and comments to multiple versions of draft PSA and Board Observer Agreements; telephone conferences; conferences with AdHoc Committee for UCC, debtors, Ad hoc Earn regarding same and open issues regarding same; telephone conferences with C. Levy and A. Currie regarding open issues; review of multiple correspondence regarding open issues regarding PSA | 3.1 | 3.1 | $1,650.00 | $5,115.00 | $5,115.00 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 9/20/2023 | Currie, Andrew | Multiple correspondence and conferences with N. Tuganov regarding update regarding PSA, plan governance and status of ballot; correspondence regarding ballot; review issues regarding ballot; correspondence and conference with J. Sabin regarding PSA and update regarding ad hoc earn and retail borrower issues; confer with C. Koenig, D. Latona (debtors), A. Coldny, K. Wofford, J. Kuhns (ad hoc earn) and D. Adler (retail borrower), S. Dixon counsel, Fahrenheit and update regarding PSA and additional revisions; follow up call with J. Sabin regarding next steps; follow up regarding PSA revisions | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,420.00 |
| 9/21/2023 | Levy, Carol Weiner | Review revised PSA; work on substantial contribution application and backup; | 2.1 | 2.1 | $900.00 | $1,890.00 | $1,890.00 |
| 9/21/2023 | Sabin, Jeffrey S. | Review/responses/calls regarding finalizing PSA, with debtors', UCC, Ad hoc Earn counsels; review/revisions to draft UCC statement regarding PSA for earn creditors town hall; telephone conferences with Chris Koenig regarding plan issues; telephone conferences with A. Currie regarding Ballot matters; telephone conference with UCC counsel regarding PSA and Statement | 2.6 | 2.6 | $1,191.67 | $4,290.00 | $4,290.00 |
| 9/21/2023 | Currie, Andrew | Multiple correspondence and conferences with N. Tuganov regarding plan ballot and PSA issues; review finalized ballot short form and follow up regarding same; analysis regarding PSA issues; multiple correspondence and conferences with J. Sabin regarding plan confirmation issues; follow up regarding plan issues; correspondence regarding plan governance issues | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,540.00 |
| 9/22/2023 | Sabin, Jeffrey S. | Review/analysis of multiple objections to Plan and outline of key open issues; review of Plan Supplement documents regarding objection issues | 3.1 | 3.1 | $1,650.00 | $5,115.00 | $5,115.00 |
| 9/22/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding plan and strategy regarding ballots; correspondence and conference with N. Tuganov regarding update regarding plan and governance issues; analysis regarding plan confirmation issues; continue work on substantial contribution motion and confer with C. Levy regarding same | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 9/23/2023 | Currie, Andrew | Confer with J. Sabin regarding plan issues; continue review of plan supplement and governance issues | 0.4 | 0.4 | $1,100.00 | $440.00 | $440.00 |
| 9/24/2023 | Currie, Andrew | Review plan supplement; confer with J. Sabin regarding plan confirmation, governance and updates; follow up regarding plan issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 9/25/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding strategy regarding plan and confirmation issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 9/26/2023 | Levy, Carol Weiner | Conference call with United States Trustee regarding substantial contribution backup; prepare emails regarding same; work on preparing same; review pleadings regarding confirmation hearing | 4.5 | 4.5 | $900.00 | $4,050.00 | $4,050.00 |
| 9/26/2023 | Sabin, Jeffrey S. | Review of Expert Report regarding CEC disputes; review/analysis of all pleadings, communications relevant to substantial contribution motion and began outline of revisions to initial draft; review/analysis of additional objections to the Plan; Conference call with US Trustee regarding motion | 3.2 | 3.2 | $1,257.14 | $5,280.00 | $5,280.00 |
| 9/26/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding updates; participate in UST call regarding plan issues and substantial contribution; analysis regarding plan issues; correspondence regarding UST and update regarding substantial contribution | 1.1 | 1.1 | $1,100.00 | $1,210.00 | $1,210.00 |
| 9/27/2023 | Levy, Carol Weiner | Prepare request for leave to make opening statement at confirmation hearing; review amended plan; prepare proposed order and notice of substantial contribution application; continue working on backup for same; review confirmation hearing procedural matters | 5.7 | 5.7 | $900.00 | $5,130.00 | $5,130.00 |
| 9/27/2023 | Sabin, Jeffrey S. | Continued review/analysis of all pleadings, communications and recent decision relevant to motion for substantial contribution; review/revisions to draft request to make Opening Statement; began review/analysis of Confirmation Pleadings, including (1) amended Plan, (2) declarations in support, (3) confirmation briefs and (4) confirmation orders; correspondence with UCC and debtors' counsel | 8.7 | 8.7 | $1,650.00 | $14,355.00 | $14,355.00 |
| 9/27/2023 | Smith, Daniel | E-file opening statement request | 0.4 | 0.4 | $415.00 | $166.00 | $166.00 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 9/27/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding opening statement; review and revise same and confer with C. Levy regarding revisions to opening statement; follow up with G. Pesce and J. Sabin regarding plan and governance issues; correspondence regarding LOC members and update; confer with C. Levy regarding plan confirmation issues | 1.1 | 1.1 | $1,100.00 | $1,210.00 | $1,210.00 |
| 9/28/2023 | Levy, Carol Weiner | Confer with J. Sabin and A. Currie regarding substantial contribution application; review documents and work on same; work on backup and confer with J. Sabin regarding same | 6.3 | 6.3 | $900.00 | $5,670.00 | $5,670.00 |
| 9/28/2023 | Sabin, Jeffrey S. | Review/analysis of all relevant documents and pleadings and drafted outline for revised motion for substantial contribution; conference/Zoom with C. Levy and A. Currie regarding same | 3.6 | 3.6 | $1,291.30 | $5,940.00 | $5,940.00 |
| 9/28/2023 | Currie, Andrew | Analysis regarding plan and governance issues; correspondence and conference with J. Sabin regarding plan confirmation; review updates regarding opening statement and confirmation issues; correspondence with N. Tuganov regarding update regarding plan and meeting; correspondence regarding hearing regarding plan issues; correspondence with J. Kuhns regarding ad hoc updates; review and revise substantial contribution motion; correspondence regarding update regarding UST response regarding invoices and redaction | 2.4 | 2.4 | $1,100.00 | $2,640.00 | $2,640.00 |
| 9/29/2023 | Sabin, Jeffrey S. | Review/revisions to draft substantial contribution motion and telephone conferences with C. Levy and meeting with A. Currie regarding open issues; review of draft confirmation order; began review of all detail time records | 4.2 | 4.2 | $1,650.00 | $6,930.00 | $6,930.00 |
| 9/29/2023 | Levy, Carol Weiner | Revise application; revise expense backup; draft summary statement of fees to be reimbursed | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 9/29/2023 | Currie, Andrew | Continue work on and revisions to substantial contribution; correspondence regarding contested court hearing and plan confirmation issues; follow up regarding Covario and possible changes to LOC; travel to NYC for meeting with J. Sabin and N. Tuganov regarding plan issues (50 percent); meet with J. Sabin regarding plan strategy and next steps; further correspondence and conferences with J. Sabin regarding substantial contribution; continue revisions to substantial contribution motion | 5.2 | 5.2 | $1,100.00 | $5,720.00 | $5,720.00 |
| 9/30/2023 | Sabin, Jeffrey S. | Review of revised draft Motion for Substantial Contribution; breakfast discussion with client and A. Currie | 1.6 | 1.6 | $1,650.00 | $2,640.00 | $2,640.00 |
| 9/30/2023 | Currie, Andrew | Meeting with N. Tuganov and J. Sabin regarding strategy regarding plan confirmation, governance, LOC, substantial confirmation; return travel from NYC (50%); follow up regarding plan confirmation issues; correspondence regarding substantial contribution motion and review same | 3.2 | 3.2 | $838.10 | $3,520.00 | $3,520.00 |
| 10/1/2023 | Sabin, Jeffrey S. | Review of opening statement presentations; began preparation of opening statement | 1.8 | 1.8 | $1,650.00 | $2,970.00 | $2,661.81 |
| 10/1/2023 | Levy, Carol Weiner | Work fee amount calculations and backup for substantial contribution application; revise application per A. Currie comments | 11.2 | 11.2 | $900.00 | $10,080.00 | $9,034.03 |
| 10/1/2023 | Currie, Andrew | Correspondence regarding substantial contribution motion; correspondence and conference with J. Sabin regarding plan and plan governance issues; correspondence with C. Levy regarding update regarding plan and substantial contribution application; further correspondence regarding confirmation hearing and updates | 0.6 | 0.6 | $1,100.00 | $660.00 | $591.51 |
| 10/2/2023 | Peled, Arie A. | Review and comment on substantial contribution motion | 1.7 | 1.7 | $850.00 | $1,445.00 | $1,295.06 |
| 10/2/2023 | Sabin, Jeffrey S. | Final review/revisions to motion for Substantial Contribution and telephone conferences with C. Levy and A. Currie; review/analysis of opening statement presentations; preparation of opening statement in support of confirmation; review of witness declarations; participation in confirmation hearing; telephone conference with A. Currie regarding highlights of hearing | 7.4 | 6.4 | $1,650.00 | $12,210.00 | $9,464.22 |
| 10/2/2023 | Levy, Carol Weiner | Finalize substantial contribution application; work on backup; emails to U.S. Trustee regarding same; confer with A. Currie and J. Sabin regarding application; coordinate filing and service of same | 8.3 | 8.3 | $900.00 | $7,470.00 | $6,694.86 |
| 10/2/2023 | Smith, Daniel | Assist with creation of table of contents and table of authorities; Format exhibit for filing; E-file motion for substantial contribution and supporting papers | 1.2 | 1.2 | $415.00 | $498.00 | $446.32 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 10/2/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding plan updates, substantial contribution, confirmation hearing and opening; multiple correspondence and conferences with C. Levy regarding substantial contribution application; review and finalize; correspondence regarding estimated fees and cap issues; correspondence and conference with J. Sabin regarding plan issues and update regarding confirmation; further correspondence regarding substantial contribution filing and updates and revisions | 2.6 | 2.6 | $1,100.00 | $2,860.00 | $2,563.23 |
| 10/3/2023 | Levy, Carol Weiner | Prepare Amended Notice of Substantial Contribution Application; review recently filed pleadings and plan confirmation pleadings; begin working on time sheet redactions for Debtors and Committee | 3 | 3 | $900.00 | $2,700.00 | $2,419.83 |
| 10/3/2023 | Sabin, Jeffrey S. | Review/analysis of additional witness statements, exhibits and demonstratives in connection with trial day 1 anticipated testimony; attendance and participation at confirmation hearings; draft summary of key testimony and potential issues for confirmation; telephone conference with A. Currie regarding summary of trial testimony | 8.2 | 7.2 | $1,650.00 | $13,530.00 | $10,647.25 |
| 10/3/2023 | Smith, Daniel | E-file amended notice of motion for substantial contribution | 0.4 | 0.4 | $415.00 | $166.00 | $148.77 |
| 10/3/2023 | Currie, Andrew | Review update regarding bankruptcy and plan issues; correspondence and conference with C. Levy regarding finalized application; review amended notice of hearing; confer with J. Sabin regarding plan issues; follow up with C. Levy regarding strategy regarding back up for substantial contribution; analysis regarding substantial contribution and strategy regarding back up and time records | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,380.20 |
| 10/4/2023 | Dierdorff, Dorothy M. | Work on workcode report | 0.7 | 0.7 | $440.00 | $308.00 | $276.04 |
| 10/4/2023 | Levy, Carol Weiner | Review docket and substantial contribution applications filed by third parties; confer with A. Currie regarding same; attention to US mail service of pleadings; confer with J. Sabin regarding confirmation hearing | 1.9 | 1.9 | $900.00 | $1,710.00 | $1,532.56 |
| 10/4/2023 | Sabin, Jeffrey S. | Review/analysis of additional demonstratives and exhibits for witnesses at trial day 2; attendance and participation at confirmation hearings; draft summary of key testimony and additional potential issues for confirmation and/or effective date; telephone conference with A. Currie | 7.9 | 7.9 | $1,650.00 | $13,035.00 | $11,682.40 |
| 10/4/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding plan confirmation issues and update regarding LOC and governance issues; correspondence and conferences with J. Sabin regarding plan strategy; review update regarding confirmation and status of objections and court proceedings | 1.5 | 1.5 | $1,100.00 | $1,650.00 | $1,478.78 |
| 10/5/2023 | Levy, Carol Weiner | Coordinate mail service of Substantial Contribution Application; prepare certificate of service regarding same; confer with D.Dierdorff regarding application backup; begin redacting same | 4.3 | 4.3 | $900.00 | $3,870.00 | $3,468.42 |
| 10/5/2023 | Sabin, Jeffrey S. | Review of additional pleadings and began review of transcript of hearings | 1.3 | 1.3 | $1,650.00 | $2,145.00 | $1,922.42 |
| 10/5/2023 | Dierdorff, Dorothy M. | Call with C. Levy; work on workcode report | 1.1 | 1.1 | $440.00 | $484.00 | $433.78 |
| 10/5/2023 | Smith, Daniel | E-file certificate of service of motion for substantial contribution | 0.4 | 0.4 | $415.00 | $166.00 | $148.77 |
| 10/6/2023 | Peled, Arie A. | Attention to ordering transcripts for confirmation hearings | 0.2 | 0.2 | $850.00 | $170.00 | $152.36 |
| 10/6/2023 | Levy, Carol Weiner | Work on Substantial Contribution backup to send to UST, Court, Debtors and Committee; confer with J. Sabin | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,209.91 |
| 10/6/2023 | Currie, Andrew | Correspondence regarding update regarding plan confirmation and governance issues; correspondence and conference with J. Sabin regarding plan issues and strategy regarding confirmation; confer with C. Levy regarding substantial contribution issues; correspondence with A. Peled regarding transcripts and review same | 0.9 | 0.9 | $1,100.00 | $990.00 | $887.27 |
| 10/7/2023 | Currie, Andrew | Confer with J. Sabin regarding strategy regarding plan confirmation and next steps | 0.3 | 0.3 | $1,100.00 | $330.00 | $295.76 |
| 10/9/2023 | Levy, Carol Weiner | Work on substantial contribution backup for UST, Court, Debtors and Committee counsel including redacting entries, revising summary statement and conferring with J. Sabin and A. Currie regarding same | 3.9 | 3.9 | $900.00 | $3,510.00 | $3,145.78 |
| 10/9/2023 | Dierdorff, Dorothy M. | Call with C. Levy; work on workcode report | 0.5 | 0.5 | $440.00 | $220.00 | $197.17 |
| 10/9/2023 | Sabin, Jeffrey S. | Review of hearing transcripts to identify key positions for comments to draft confirmation order | 2.1 | 1.1 | $1,650.00 | $3,465.00 | $1,626.66 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 10/9/2023 | Currie, Andrew | Multiple correspondence and conference with C. Levy regarding strategy regarding plan and substantial contribution application; review fee records; further correspondence regarding submission to UST and court; correspondence and conference with N. Tuganov regarding update regarding plan and governance issues; confer with J. Sabin regarding plan issues | 2.1 | 2.1 | $1,100.00 | $2,310.00 | $2,070.30 |
| 10/10/2023 | Sabin, Jeffrey S. | Review of proposed revisions to confirmation hearing procedures; review of additional docket pleadings | 0.3 | 0.3 | $1,650.00 | $495.00 | $443.64 |
| 10/10/2023 | Levy, Carol Weiner | Confer with J.Sabin regarding confirmation hearing; review pleadings related to same | 1 | 1 | $900.00 | $900.00 | $806.61 |
| 10/10/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding plan issues; review update regarding legal fees and correspondence with C. Koenig, A. Colodny regarding same | 0.5 | 0.5 | $1,100.00 | $550.00 | $492.93 |
| 10/11/2023 | Sabin, Jeffrey S. | Review/analysis of various pleadings from/to plan objectors including revisions to procedures/timing regarding next phase of confirmation | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,626.66 |
| 10/11/2023 | Currie, Andrew | Correspondence regarding legal fees; correspondence and conference with N. Tuganov regarding updates; correspondence and conference with C. Levy regarding plan and substantial contribution issues; confer with J. Sabin regarding plan issues; correspondence and conference with N. Tuganov regarding updates | 0.6 | 0.6 | $1,100.00 | $660.00 | $591.51 |
| 10/12/2023 | Bloom, Michael A. | Client discussions regarding Forms 872 and 907 statute extension | 1.8 | 0 | $1,030.00 | $1,854.00 | $0.00 |
| 10/12/2023 | Sabin, Jeffrey S. | Review of additional pleading by and responses thereto by debtors and UCC regarding objections to confirmation | 1.4 | 1.4 | $1,650.00 | $2,310.00 | $2,070.30 |
| 10/12/2023 | Currie, Andrew | Review update regarding transcripts and plan confirmation issues; correspondence and conferences with N. Tuganov regarding update regarding plan confirmation issues; correspondence and conferences with J. Sabin regarding same; follow up regarding plan issues | 1.5 | 1.5 | $1,100.00 | $1,650.00 | $1,478.78 |
| 10/13/2023 | Levy, Carol Weiner | Emails regarding extension of UST objection to substantial contribution memo | 0.2 | 0.2 | $900.00 | $180.00 | $161.32 |
| 10/13/2023 | Sabin, Jeffrey S. | Review of and responses to requests for extension of deadlines and hearing on motions of substantial contribution; correspondence with UCC and debtors' counsel regarding plan and related issues; telephone conference with A. Currie | 0.3 | 0.3 | $1,650.00 | $495.00 | $443.64 |
| 10/13/2023 | Currie, Andrew | Correspondence with K. Roth regarding substantial contribution; multiple correspondence and conferences with J. Sabin regarding plan confirmation, governance and adjournment request | 0.9 | 0.9 | $1,100.00 | $990.00 | $887.27 |
| 10/14/2023 | Currie, Andrew | Correspondence with A. Coldny regarding plan updates (confirmation, governance); correspondence with K. Roth regarding UST request for extension regarding substantial contribution claims | 0.4 | 0.4 | $1,100.00 | $440.00 | $394.34 |
| 10/15/2023 | Sabin, Jeffrey S. | Review of Order regarding Confirmation objections; review of Debtors responses/objections to evidence/documents proposed by Objectors; telephone correspondence with UCC counsel regarding LOC and other issues raised by objectors | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,626.66 |
| 10/15/2023 | Currie, Andrew | Correspondence regarding extension; correspondence with N. Tuganov regarding updates; correspondence with J. Sabin regarding strategy regarding confirmation, update and governance issues; correspondence with A. Schwartz regarding meeting; follow up with J. Sabin regarding all open plan issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $591.51 |
| 10/16/2023 | Sabin, Jeffrey S. | Review/analysis of new pleadings, exhibits, etc. of Plan objectors regarding Confirmation trial; participation in confirmation trial; telephone correspondence with A. Currie regarding results of Court hearings | 4.9 | 3.9 | $1,650.00 | $8,085.00 | $5,767.26 |
| 10/16/2023 | Currie, Andrew | Multiple correspondence and conferences with J. Sabin regarding adjournment request regarding substantial contribution; correspondence and conferences with N. Tuganov regarding same; correspondence and conference with K. Roth regarding adjourned deadlines for substantial contribution hearing; further correspondence with N. Tuganov regarding updates; conferences with J. Sabin regarding plan issues; follow up regarding confirmation proceedings and updates from court; follow up regarding court proceedings; further correspondence regarding plan governance and plan confirmation issues | 2.4 | 2.4 | $1,100.00 | $2,640.00 | $2,366.06 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 10/17/2023 | Sabin, Jeffrey S. | Participation at Court confirmation hearings; telephone correspondence with A. Currie regarding results of hearings, open issues and next steps; correspondence with counsel for Debtors and UCC regarding Confirmation Order and plan effective date issues | 3.1 | 3.1 | $1,650.00 | $5,115.00 | $4,584.23 |
| 10/17/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding updates regarding plan confirmation, LOC, objections and next steps; confer with C. Levy regarding substantial contribution claims; correspondence and conference with A. Schwartz regarding government issues; follow up regarding same | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,183.03 |
| 10/18/2023 | Sabin, Jeffrey S. | Review of transcript of last witness and evidentiary challenges; review/outline of key open issues and how Confirmation Order will address | 0.6 | 0.6 | $1,650.00 | $990.00 | $887.27 |
| 10/18/2023 | Currie, Andrew | Correspondence regarding plan and governance issues; correspondence with UST regarding update regarding plan issues; correspondence and conference with J. Sabin regarding open plan issues | 0.5 | 0.5 | $1,100.00 | $550.00 | $492.93 |
| 10/19/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding plan confirmation issues, governance, releases and update regarding UST call; correspondence regarding plan updates | 0.5 | 0.5 | $1,100.00 | $550.00 | $492.93 |
| 10/20/2023 | Sabin, Jeffrey S. | Review/analysis/comments to draft post-confirmation brief supporting plan; correspondence with debtors' counsel re: same; began review of draft findings of fact/confirmation order | 5.6 | 4.6 | $1,650.00 | $9,240.00 | $6,802.41 |
| 10/20/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding update regarding substantial contribution; correspondence with UST regarding updates; follow up regarding plan confirmation; review closing briefs; correspondence regarding update regarding LOC and open confirmation issues | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,183.03 |
| 10/21/2023 | Sabin, Jeffrey S. | Review/analysis/drafted comments/questions/revisions to proposed findings of fact, conclusions of law and confirmation order and amended plan; correspondence with debtors' counsel re: same | 3.6 | 3.6 | $1,650.00 | $5,940.00 | $5,323.62 |
| 10/21/2023 | Currie, Andrew | Correspondence with UST regarding plan issues; follow up regarding same; correspondence with J. Sabin regarding plan revisions | 0.5 | 0.5 | $1,100.00 | $550.00 | $492.93 |
| 10/23/2023 | Sabin, Jeffrey S. | Review of new pleadings (motions) re: confirmation and telephone conversations with Andrew Currie re: apparent resolution/reservation of rights with U.S. Trustee | 0.7 | 0.7 | $1,650.00 | $1,155.00 | $1,035.15 |
| 10/23/2023 | Currie, Andrew | Continue review of plan closing arguments; review update regarding plan supplement; meet with A. Schwartz regarding government and plan issues; follow up regarding same; confer with J. Sabin regarding plan confirmation issues | 2.5 | 2.5 | $1,100.00 | $2,750.00 | $2,464.64 |
| 10/24/2023 | Levy, Carol Weiner | Review docket regarding confirmation hearing and prepare letter requesting leave to make closing statement at confirmation hearing | 0.7 | 0.7 | $900.00 | $630.00 | $564.63 |
| 10/24/2023 | Sabin, Jeffrey S. | Review of new pleadings/motions re: Confirmation; review of U.S.Trustee pleadings and FOF re: same | 0.6 | 0.6 | $1,650.00 | $990.00 | $887.27 |
| 10/24/2023 | Currie, Andrew | Correspondence with UST regarding call regarding plan confirmation issues; correspondence and conferences with J. Sabin regarding plan issues; review update regarding closing statement and briefs; correspondence regarding plan supplement; review update regarding LOC and possible governance issues | 1.3 | 1.3 | $1,100.00 | $1,430.00 | $1,281.61 |
| 10/25/2023 | Sabin, Jeffrey S. | Review of U.S. Trustee pleadings and outline of key facts and open issue for discussion; Zoom event with U.S. Trustee re: plan confirmation matters; telephone conversation with Andrew Currie re: same | 1.2 | 1.2 | $1,650.00 | $1,980.00 | $1,774.54 |
| 10/25/2023 | Smith, Daniel | E-file closing statement request via ECF | 0.5 | 0.5 | $415.00 | $207.50 | $185.97 |
| 10/25/2023 | Levy, Carol Weiner | Prepare and file closing argument written request | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,209.91 |
| 10/25/2023 | Currie, Andrew | Correspondence and conferences with N. Tuganov regarding plan updates and governance; correspondence and conferences with J. Sabin regarding plan confirmation issues; follow up regarding UST call; correspondence regarding closing arguments | 0.9 | 0.9 | $1,100.00 | $990.00 | $887.27 |
| 10/26/2023 | Sabin, Jeffrey S. | Review of UCC confirmation demonstrative; review of additional pleadings and Court Rulings re: certain objections; review of Exhibit lists in connection with closing argument outline | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,626.66 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 10/26/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding update regarding plan confirmation, LOC and open governance issues; correspondence and conference with J. Sabin regarding closing argument and updates | 0.8 | 0.8 | $1,100.00 | $880.00 | $788.69 |
| 10/27/2023 | Sabin, Jeffrey S. | Review/analysis of all additional pleadings by objectors, Debtors and UCC; outline of closing argument; emails with counsel for UCC; telephone conference with A. Currie | 2.1 | 2.1 | $1,650.00 | $3,465.00 | $3,105.45 |
| 10/27/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding closing arguments; review additional closing statements; further correspondence regarding plan confirmation and release issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $591.51 |
| 10/29/2023 | Sabin, Jeffrey S. | Complete drafting of closing argument and review of pleadings regarding same; correspondence with UCC counsel | 1.4 | 1.4 | $1,650.00 | $2,310.00 | $2,070.30 |
| 10/29/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding LOC, plan and closing issues; follow up with N. Tuganov regarding updates | 0.4 | 0.4 | $1,100.00 | $440.00 | $394.34 |
| 10/30/2023 | Peled, Arie A. | Call with A. Currie regarding litigation oversight committee position; email N. Tuganov regarding same | 0.2 | 0.2 | $850.00 | $170.00 | $152.36 |
| 10/30/2023 | Sabin, Jeffrey S. | Review/analysis of additional demonstratives for closing arguments; review of revised FOF/COL and Confirmation Order; review of response/open issues from Retail/Borrower Ad hoc; preparation of revisions and additions to closing argument; participation in Court hearings on closing argument; telephone conference with A. Currie | 7.1 | 6.1 | $1,650.00 | $11,715.00 | $9,020.59 |
| 10/30/2023 | Levy, Carol Weiner | review emails regarding confirmation hearing and UST's comments to substantial contribution submission; review docket regarding same; confer with J.Sabin regarding same | 0.8 | 0.8 | $900.00 | $720.00 | $645.29 |
| 10/30/2023 | Currie, Andrew | Multiple correspondence and conferences with J. Sabin regarding strategy regarding plan confirmation, closing arguments and open governance issues; further correspondence regarding closing arguments; correspondence and conference with A. Peled regarding LOC information and update regarding government work; follow up regarding LOC issues; correspondence and conference with J. Sabin regarding plan confirmation issues (timing of newco and stock issuance, LOC, governance and objections) | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,168.88 |
| 10/31/2023 | Peled, Arie A. | Call with J. Sabin, A. Currie and C. Weiner Levy regarding substantial contribution claim; conduct research in connection with same; call with A. Currie regarding litigation oversight committee; draft email to D. Adler regarding same | 1.6 | 1.6 | $850.00 | $1,360.00 | $1,218.88 |
| 10/31/2023 | Levy, Carol Weiner | Conference with J. Sabin, A. Currie and A. Peled regarding substantial contribution application; preparation of email to UST regarding same | 1.6 | 1.6 | $900.00 | $1,440.00 | $1,290.58 |
| 10/31/2023 | Sabin, Jeffrey S. | Memo to team regarding results/highlights of closing arguments; review/analysis of guidelines/rules regarding substantial contribution and discussion of same with Venable team; revisions to draft email to US Trustee; emails to LOC members regarding client's interest in becoming a member; review of cases and articles regarding "when issued" market | 1.3 | 1.3 | $1,650.00 | $2,145.00 | $1,922.42 |
| 10/31/2023 | Currie, Andrew | Correspondence regarding resume and update regarding governance issues; correspondence and conference with N. Tuganov regarding plan updates; multiple conferences and correspondence with A. Peled regarding LOC position; call regarding strategy regarding UST request regarding unredacted time records; analysis regarding same; further calls with J. Sabin regarding plan confirmation, possible timing and appeal issues; review and revise summary for UST regarding update regarding substantial contribution and time records; further correspondence with C. Levy and J. Sabin regarding same | 2.7 | 2.7 | $1,100.00 | $2,970.00 | $2,661.81 |
| 11/1/2023 | Sabin, Jeffrey S. | Review/revisions to email to US Trustee regarding treatment of time records for Substantial Contribution Motion; conference call with C. Levy regarding same | 0.7 | 0.7 | $1,650.00 | $1,155.00 | $1,035.15 |
| 11/1/2023 | Levy, Carol Weiner | Preparation of letter to UST regarding substantial contribution application and UST guidelines; research regarding same; confer with J.Sabin and A.Currie regarding same | 3.6 | 3.6 | $900.00 | $3,240.00 | $2,903.79 |
| 11/1/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding confirmation order and updates; review update regarding LOC and plan governance issues; correspondence with N. Tuganov regarding update; correspondence with UST regarding substantial contribution; call with C. Levy regarding strategy regarding time records and analysis regarding same | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,183.03 |

| Tran Date | Tkpr Name | Narrative | ToBill Hrs | Billed Hrs | Rate | Tobill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 11/2/2023 | Currie, Andrew | Correspondence regarding update regarding UST and substantial contribution claim; correspondence and conference with J. Sabin regarding strategy regarding confirmation order and updates regarding LOC; further correspondence with C. Levy regarding updates | 0.8 | 0.8 | $1,100.00 | $880.00 | $788.69 |
| 11/3/2023 | Levy, Carol Weiner | Review docket; follow up regarding UST email; review backup and potential privilege redaction of same | 0.8 | 0.8 | $900.00 | $720.00 | $645.29 |
| 11/5/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding strategy regarding UST response regarding time records | 0.3 | 0.3 | $1,100.00 | $330.00 | $295.76 |
| 11/6/2023 | Currie, Andrew | Correspondence regarding update regarding plan confirmation issues; correspondence w US trustee regarding substantial contribution and time records; correspondence and conference with J. Sabin regarding strategy regarding plan, governance and updates; follow up regarding LOC and plan issues | 1.3 | 1.3 | $1,100.00 | $1,430.00 | $1,281.61 |
| 11/7/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding plan governance issues; correspondence with C. Levy regarding substantial contribution claim; correspondence regarding UST response regarding time records and update | 0.6 | 0.6 | $1,100.00 | $660.00 | $591.51 |
| 11/8/2023 | Currie, Andrew | Review update regarding LOC and plan issues; meeting with J. Sabin regarding confirmation and updates; correspondence regarding UST issues; follow up regarding strategy regarding confirmation and substantial contribution and meet with J. Sabim and C. Levy regarding same | 1.9 | 1.9 | $1,100.00 | $2,090.00 | $1,873.13 |
| 11/9/2023 | Sabin, Jeffrey S. | Review of Court orders and decision regarding confirmation and comparison to proposed version | 2.2 | 2.2 | $1,650.00 | $3,630.00 | $3,253.33 |
| 11/9/2023 | Currie, Andrew | Review confirmation order; correspondence and conference with J. Sabin and C. Levy regarding same; meet with C. Levy regarding strategy regarding substantial contribution and redaction issues; correspondence with J. Sabin regarding UST response and issues regarding time records | 1.9 | 1.9 | $1,100.00 | $2,090.00 | $1,873.12 |
| | | TOTAL | 256.4 | 248.6 | | $322,614.50 | $290,860.50 |