Benjamin R. Allee
Jonathan Ohring
**YANKWITT LLP**
140 Grand Street, Suite 705
White Plains, New York 10601
Phone: (914) 686-1500
Fax: (914) 487-5000
benjamin@yankwitt.com
jonathan@yankwitt.com

*Attorneys for Alex Mashinsky*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

| | |
|---|---|
| In re: | **Chapter 11** |
| CELSIUS NETWORK LLC, et al.,[1] | **Case No. 22-10964 (MG)** |
| Debtors. | **(Jointly Administered)** |

------------------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL
FROM SERVICE LISTS AND ELECTRONIC NOTICING**

**PLEASE TAKE NOTICE** that Yankwitt LLP hereby withdraws its appearance as counsel to Alex Mashinsky in the above-captioned jointly administered chapter 11 cases. Yankwitt LLP also withdraws its request for receipt of all notices including electronic notices of documents in the above-captioned matter.

The withdrawal of Yankwitt LLP will not affect the progress of this case, as Sheryl P. Giugliano, Esq., and Michael S. Amato, Esq., of Ruskin Moscou Faltischek, P.C. remain as counsel of record to Mr. Mashinsky in this matter.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

The undersigned further request that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove them from the electronic noticing matrix for the above-captioned bankruptcy cases.

Dated:   White Plains, New York
         December 22, 2023

                        **YANKWITT LLP**

By: _____
      Benjamin R. Allee
      Jonathan Ohring
      140 Grand Street, Suite 705
      White Plains, New York 10601
      Tel: (914) 686-1500
      benjamin@yankwitt.com
      jonathan@yankwitt.com

*Attorneys for Alex Mashinsky*