Johan Bronge
Pro Se
26 December 2023

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, et al. | Jointly Administered |
| Debtors. | |

Response to CORRECTED MEMORANDUM OPINION APPROVING THE CEL TOKEN SETTLEMENT AND RESOLVING ISSUE OF COLLATERAL OWNERSHIP IN THE MODIFIED JOINT CHAPTER 11 PLAN OF CELSIUS NETWORK AND ITS DEBTOR AFFILIATES (EFC#4089)

Your Honor,

The Bankruptcy Court has filed a "corrected memorandum opinion approving the cel token settlement and resolving issue of collateral ownership in the modified joint chapter 11 plan of celsius network and its debtor affiliate".

I note and would like to make it clear that nothing in this corrected version addresses any of the evidence, arguments or concerns I have raised in my; (EFC#4009) Motion to Authorize /Motion For Clarification (related document(s)[3867], [3972], [3864], [3908]); (EFC#3908) Response, Objection And Request For Relief To Debtors' Supplemental Memorandum Of Law In Support Of Confirmation Of The Joint Chapter 11 Plan Of Reorganization Of Celsius Network, LLC And Its Debtor Affiliates And Omnibus Reply To Certain Objections Thereto, And To The Revised Proposed Findings Of Fact, Conclusions Of Law, And Order Confirming The Modified Joint Chapter 11 Plan (related document(s)[3867], [3864]) or in my appeal (EFC#4065) Designation of Contents (appellant), and Statement of Issues, (related document(s)[4032])

I respectfully reiterate my request for the Court to adequately respond to the motion for clarification and actually address the correct and accurate evidence.

Sincerely

Johan Bronge
*Pro se creditor*