**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Celsius Network LLC                                    CASE NO.: 22–10964–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER: 11
87–1192148

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 11/23/23, document number 4032, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 23–cv–10368 assigned to the Honorable Lorna G. Schofield.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: December 26, 2023                                      Vito Genna
                                                              Clerk of the Court