# Notice Recipients

District/Off: 0208−1          User: admin                Date Created: 12/26/2023
Case: 22−10964−mg          Form ID: tranapl            Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Johan Bronge
tee         Johan Bronge
unk         Johan Bronge

TOTAL: 3