# EXHIBIT A

# Eduardo Glas

**Subject:** FW: Celsius Bankruptcy, Withdrawal Preference
**Attachments:** 20230927_Adam Kryskow_0d781f79_Preference.xlsx

**From:** CelsiusCreditorAnswers CelsiusCreditorAnswers@kirkland.com
**Sent:** Monday, October 2, 2023 12:11 PM
**To:** Kryskow, Adam Patrick adam_kryskow@harvard.edu
**Cc:** Koenig, Chris chris.koenig@kirkland.com; Adler, David DAdler@mccarter.com
**Subject:** RE: Incorrect Withdrawal Preference

Adam,

We looked into your history and analyzed your preference exposure. We verified that the preference exposure, as listed on your Ballot, is correct.

Please see attached an Excel spreadsheet listing all of your transactions in the 90-day period before the Petition Date and how they affect the Withdrawal Preference Exposure calculation. The relevant column in the spreadsheet is the last column, titled "Impact on Preference Exposure [USD as of the transaction]." Please note that this spreadsheet is a privileged and confidential draft to be used for discussion purposes only.

Your 30.734841 BTC collateral payment from your Custody account on 4/26 was not included in your preference calculation, as this is an "Effective Deposit" before the "First Effective Withdrawal," which was the incoming $585,000 loan principal payment a day later on 4/27.

The "First Effective Withdrawal" is an important marker. Under Article I.A.270 of the Plan, attached here for your reference, "Withdrawal Preference Exposure" is defined as (i) the aggregate value of all assets an Account Holder withdrew from the Debtors' platform in the 90 days prior to the Petition Date (i.e., on or after April 14, 2022), valued as of the time of such withdrawals less (ii) the aggregate value of any deposits such Account Holder made **after such Account Holder's first withdrawal in such period**, valued as of the time of such deposits.