# EXHIBIT B

**Privileged & Confidential**
**DRAFT - For Discussion Purposes Only**

| Date | Time | Transaction Type | Incoming / Outgoing | Account Type | Coin / Asset | Amount | Amount [USD as of the transaction] | Impact on Preference Exposure [USD as of the transaction] | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | User's Total Preference Exposure: | $ 231,736.23 |
| 04/15/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001264 | $ 50.76 | | | |
| 04/22/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001264 | $ 51.34 | | | |
| 04/26/2022 | 08:25:33 PM | deposit | incoming | CUSTODY | BTC | 1.000000 | $ 38,055.34 | | | |
| 04/26/2022 | 08:52:11 PM | deposit | incoming | CUSTODY | BTC | 32.000000 | $ 1,219,264.00 | | | |
| 04/26/2022 | 09:01:42 PM | collateral | outgoing | CUSTODY | BTC | (30.734841) | $ (1,170,000.00) | | | *Effective Deposit before First Effective Withdrawal (no in* |
| 04/27/2022 | 08:02:56 PM | loan_principal_payment | incoming | NONE (USD PAYMENT) | USD | 585,000.000000 | $ 585,000.00 | $ 585,000.00 | | **First Effective Withdrawal** |
| 04/29/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001089 | $ 43.14 | | | |
| 05/06/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001090 | $ 39.67 | | | |
| 05/10/2022 | 07:01:37 AM | loan_interest_payment | outgoing | CUSTODY | BTC | (0.003222) | $ (104.26) | $ (104.26) | | |
| 05/12/2022 | 11:20:47 AM | deposit | incoming | CUSTODY | BTC | 11.000000 | $ 313,119.96 | | | |
| 05/12/2022 | 11:58:36 AM | collateral | outgoing | CUSTODY | BTC | (10.498102) | $ (297,887.52) | $ (297,887.52) | | |
| 05/13/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001090 | $ 33.23 | | | |
| 05/20/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001091 | $ 32.80 | | | |
| 05/26/2022 | 07:02:42 AM | loan_interest_payment | outgoing | CUSTODY | BTC | (0.004498) | $ (133.46) | $ (133.46) | | |
| 05/26/2022 | 07:02:54 AM | loan_interest_payment | outgoing | CUSTODY | BTC | (0.011245) | $ (333.64) | $ (333.64) | | |
| 05/27/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001091 | $ 31.61 | | | |
| 05/27/2022 | 07:04:11 AM | loan_interest_payment | outgoing | CUSTODY | BTC | (0.151149) | $ (4,367.11) | $ (4,367.11) | | |
| 06/03/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001092 | $ 33.27 | | | |
| 06/10/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001092 | $ 32.86 | | | |
| 06/10/2022 | 07:07:09 AM | loan_interest_payment | outgoing | CUSTODY | BTC | (0.003465) | $ (104.26) | $ (104.26) | | |
| 06/17/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.001093 | $ 22.49 | | | |
| 06/18/2022 | 12:16:13 PM | collateral | outgoing | CUSTODY | BTC | (2.593478) | $ (50,003.33) | $ (50,003.33) | | |
| 06/20/2022 | 12:56:18 PM | internal_account_transfer | incoming | CUSTODY | BTC | 2.144114 | $ 43,922.18 | $ 43,922.18 | | |
| 06/20/2022 | 12:56:18 PM | internal_account_transfer | outgoing | YIELD | BTC | (2.144114) | $ (43,922.18) | | | |
| 06/22/2022 | 02:04:31 PM | collateral | outgoing | CUSTODY | BTC | (2.144114) | $ (44,252.37) | $ (44,252.37) | | |
| 06/24/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.000522 | $ 10.98 | | | |
| 07/01/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.000003 | $ 0.06 | | | |
| 07/08/2022 | 05:00:01 AM | interest | incoming | YIELD | BTC | 0.000003 | $ 0.07 | | | |
| 07/14/2022 | 12:00:02 AM | interest | incoming | YIELD | BTC | 0.000003 | $ 0.06 | | | |