**Hearing Date:  January 11, 2024, at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline:  January 8, 2024, at 4:00 p.m. (prevailing Eastern Time)**

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace C. Brier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and*
*Debtors in Possession*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
           sam.hershey@whitecase.com
           jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
           gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF HEARING ON DEBTORS' AND THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS' JOINT MOTION SEEKING ENTRY OF AN ORDER (I)
DESIGNATING ADDITIONAL ITEMS TO BE INCLUDED IN APPELLANT'S
DESIGNATION OF RECORD ON APPEAL; (II) STRIKING CERTAIN ITEMS
FROM APPELLANT'S DESIGNATION OF RECORD ON APPEAL; AND
(III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that a hearing on the *Debtors' and the Official Committee of Unsecured Creditors' Joint Motion Seeking Entry of an Order (I) Designating Additional Items to Be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief* (the "Motion") shall be heard before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, on **January 11, 2024** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held in person before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. This Hearing is not expected to involve the taking of testimony (a "Non-Testimonial Hearing"). With the permission of the Court, only

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the Hearing by Zoom must certify that it is appearing in a permitted capacity by registering its appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., the business day before the Hearing (prevailing Eastern Time) (*i.e.*, on January 10, 2024)**.

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the public, including members of the media, may dial-in to Non-Testimonial Hearings remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the Hearing by using the audio platform must register its appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., the business day before the Hearing, (prevailing Eastern Time) (*i.e.*, January 10, 2024)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative*

*Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "<u>Case Management Order</u>")

by **January 8, 2024, at 4:00 p.m., prevailing Eastern Time**, to (i) the entities on the Master

Service List (as defined in the Case Management Order and available on the case website of

the Debtors at https://cases.stretto.com/celsius) and (ii) any person or entity with a particularized

interest in the subject matter of the Motion.

       **PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are

timely filed, served, and received will be considered at the Hearing.  Failure to file a timely

objection may result in entry of a final order granting the Motion as requested by the Debtors and

the Official Committee of Unsecured Creditors.

       **PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these

chapter 11 cases may be obtained free of charge by visiting the website of Stretto at

https://cases.stretto.com/Celsius.  You may also obtain copies of all pleadings filed in these

chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance

with the procedures and fees set forth therein.

| | |
|---|---|
| Washington, D.C.<br>Dated: December 26, 2023 | */s/ T.J. McCarrick*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Judson Brown, P.C. (admitted *pro hac vice*)<br>T.J. McCarrick (admitted *pro hac vice*)<br>Grace C. Brier (admitted *pro hac vice*)<br>1301 Pennsylvania Avenue NW<br>Washington, D.C. 20004 |

Telephone:     (202) 389-5000
Facsimile:      (202) 389-5200
Email:           judson.brown@kirkland.com
                    tj.mccarrick@kirkland.com
                    grace.brier@kirkland.com

- and -

Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           jsussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           patrick.nash@kirkland.com
                    ross.kwasteniet@kirkland.com

*Counsel to the Debtors and*
*Debtors in Possession*

Dated:    December 26, 2023
          Los Angeles, CA

/s/ Aaron E. Colodny
**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com

– and –

WHITE & CASE LLP
Michael C. Andolina (*pro hac vice* forthcoming)
Gregory F. Pesce (*pro hac vice* forthcoming)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

WHITE & CASE LLP
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

WHITE & CASE LLP
Aaron E. Colodny (*pro hac vice* forthcoming)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace C. Brier (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:    (202) 389-5000
Facsimile:    (202) 389-5200

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and*
*Debtors in Possession*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Aaron Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**DEBTORS' AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
JOINT MOTION SEEKING ENTRY OF AN ORDER (I) DESIGNATING ADDITIONAL
ITEMS TO BE INCLUDED IN APPELLANT'S DESIGNATION OF RECORD ON
APPEAL; (II) STRIKING CERTAIN ITEMS FROM APPELLANT'S DESIGNATION
OF RECORD ON APPEAL; AND (III) GRANTING RELATED RELIEF**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and

the Official Committee of Unsecured Creditors (the "Committee", together with the Debtors, the

"Appellees") state the following in support of this motion (the "Motion"):

**Preliminary Statement[2]**

1.      After nearly a year and a half in bankruptcy, rife with hard-fought battles and

compromises with the Committee, the United States Trustee, other state and federal government

entities, various represented and *pro se* creditors, as well as others, Celsius presented its plan for

reorganization to its creditor constituency for approval.  Out of over 400,000 parties solicited to

vote, and approximately 80,000 tabulated votes, over 95% of voting Account Holders by both

number and dollar amount voted in support of the Plan. Following this overwhelming support

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Terms not capitalized in the Preliminary Statement shall have the meanings ascribed to them elsewhere in the Motion.

from the creditor body, Celsius presented its case for confirmation to the Bankruptcy Court in October 2023. In November 2023, this Court issued its comprehensive *Findings of Fact and Conclusions of Law* confirming the Plan as satisfying all requirements of the Bankruptcy Code. Confirmation of the Plan was a significant achievement for the Debtors and their creditors, as well as the Committee and all advisors.

2.       Despite widespread approval of the Plan from the creditor constituency, *pro se* creditor Richard Phillips filed a notice of appeal of the Confirmation Order and an order denying his request to reopen discovery. Mr. Phillips's statement of the issues on appeal includes items related to the Plan's release and exculpation provisions, third-party releases in the Plan, and the Court's denial of Mr. Phillips's request to obtain fact discovery after the noticed deadline to do so and during the Confirmation Hearing. Mr. Phillips's designated record on appeal fails to present an accurate reflection of the record before the Bankruptcy Court in issuing its Confirmation Order or Discovery Order. ***First***, the designated record omits a significant number of items that the Court considered in issuing its Confirmation Order and Discovery Order. ***Second***, the designated record includes several extraneous items that were not considered by the Court in rendering its confirmation order and opinion. Therefore, the Debtors and the Committee respectfully move to designate additional items to be included on the record on appeal and to strike certain items from the Appellant's designation of the record on appeal.

## **Relief Requested**

3.       The Debtors and the Committee seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Proposed Order"), (a) designating certain additional items to be included in the record on appeal, (b) striking certain items in the Appellant's designation of the record on appeal, and (c) granting related relief.

**Jurisdiction and Venue**

4.      The United States Bankruptcy Court for the Southern District of New York has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012.  The Debtors and the Committee confirm their consent to the Court entering a final order in connection with this Motion to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

5.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

6.      The statutory basis for the relief requested herein is Rule 8009(e) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

7.      Eight Celsius entities filed voluntary petitions under chapter 11 of the Bankruptcy Code (the "Initial Debtors") with the United States Bankruptcy Court for the Southern District of New York (the "Court").  On December 7, 2022, GK8 Ltd., GK8 UK Limited, and GK8 USA LLC each filed voluntary petitions under chapter 11 of the Bankruptcy Code in the Court (such debtors, "GK8" and, together with the Initial Debtors, the "Debtors").  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

8.      On November 2, 2022, the Court entered the *Order (I) Approving the Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets, (II) Scheduling Certain Dates with Respect Thereto, (III) Approving the Form and Manner of*

*Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief* [Docket No. 1272][3] (the "WholeCo Bidding Procedures").

9.      On March 31, 2023, the Debtors filed their *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 2358] (the "Plan").  Following an Auction in April and May 2023 for the sale of substantially all of the Debtors assets in accordance with the WholeCo Bidding Procedures, the Debtors filed a revised *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 2807] on June 15, 2023.  The Debtors also filed the *Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 2902] on June 27, 2023.  The Debtors further revised the Plan and Disclosure Statement on July 29, 2023, August 9, 2023, August 15, 2023, and September 27, 2023. *See* Docket Nos. 3116, 3117, 3222, 3223, 3319, 3320, 3577.  The Debtors filed several Notices of Plan Supplements on July 28, 2023, August 13, 2023, September 8, 2023, September 15, 2023, September 23, 2023, September 27, 2023, October 20, 2023, and October 30, 2023. *See* Docket Nos. 3115, 3273, 3444, 3483, 3550, 3583, 3869, 3935.

10.     The Debtors filed a further revised Disclosure Statement on August 17, 2023, *see* Docket No. 3332, and obtained an *Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to the Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief* [Docket No. 3337] (the "Disclosure Statement

---

[3]    Unless otherwise indicated, all docket citations are to the docket in Case No. 22-10964 (MG) in the United States Bankruptcy Court for the Southern District of New York.

Order") approving the Disclosure Statement.  Among other things, the Disclosure Statement Order approved the Solicitation Deadline, Voting Record Date, Voting Deadline, Confirmation Brief Deadline, Plan Objection Deadline, Plan Objection Reply Deadline, 3018 Motion Objection Deadline, Publication Deadline, Plan Supplement Filing Deadline, and the deadline to file the Voting Report, as well as approved the forms and manner of the Confirmation Hearing Notice, the Non-Voting Status Notices, the Ballots, the Publication Notice, and the Solicitation and Voting Procedures.

11.    Upon the entry of the Disclosure Statement Order, the Debtors commenced solicitation of the Plan.  The Debtors caused their Solicitation Agent, Stretto, to distribute the Solicitation Package (as defined in the Disclosure Statement Order) by the August 25, 2023, the Solicitation Deadline, which included a cover letter, the Plan, the Disclosure Statement and all exhibits thereto, the Confirmation Hearing Notice, and the applicable Ballot.

12.    On September 15, 2023, the Court entered an *Order Establishing Case Management Procedures for the Confirmation Hearing.*  [Docket No. 3478].

13.    On September 27, 2023, the Debtors filed the *Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto* [Docket No. 3604] (the "Confirmation Brief"), along with several declarations in support of the Confirmation Brief.  The Debtors filed the *Debtors' Supplemental Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Certain Objections Thereto* [Docket No. 3864] (the "Supplemental Confirmation Brief") on October 20, 2023.

6

14.     On September 22, 2023, creditor Richard Phillips ("Mr. Phillips" or "Appellant") voted in favor of the Plan and filed a limited objection and reservation of rights to confirmation of the Plan. *See* Docket No. 3548.

15.     Beginning on October 2, 2023, the Court commenced a hearing to consider confirmation of the Plan (the "Confirmation Hearing").  The Confirmation Hearing continued on October 3, 2023, October 4, 2023, October 16, 2023, October 17, 2023, and concluded on October 30, 2023.  Mr. Phillips participated in the confirmation hearing, had the opportunity to present evidence, cross examine witnesses, and give a closing statement.

16.     On October 10, 2023, after the Confirmation Hearing had commenced and the noticed deadline to complete fact discovery had passed, Mr. Phillips filed a letter which the Court interpreted as a request to reopen discovery to depose fact witnesses.  On October 11, 2023, the Court issued an order denying Mr. Phillips' request to reopen discovery [Docket No. 3765] (the "Discovery Order").

17.     On November 9, 2023, the Court issued its *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972] (the "Confirmation Order") approving the Plan and its *Memorandum Opinion Approving the CEL Token Settlement and Resolving Issue of Collateral Ownership in the Modified Joint Chapter 11 Plan of Celsius Network and Its Debtor Affiliates* [Docket No. 3974] (the "Confirmation Opinion") approving the CEL token settlement and resolving the issue of ownership of collateral deposited through Celsius's Borrow program.

18.     On November 27, 2023, Mr. Phillips filed a *Notice of Appeal* [Docket No. 4039] (the "Phillips Appeal"), appealing the Confirmation Order and the Discovery Order.[4]    On

---

[4]     The Debtors note that Mr. Phillips's appeal of the Discovery Order is untimely under the Bankruptcy Rules. *See* Fed. R. Bankr. P. 8002(a)(1) (noting that a notice of appeal "must be filed with the bankruptcy clerk within

December 11, 2023, Mr. Phillips filed the *Designation of Contents (Appellant), and Statement of Issues* [Docket No. 4083] (the "Phillips Record Designation").[5]

19.    On December 18, 2023, the Debtors filed a letter with the District Court in each of the pending *pro se* appeals requesting consolidation of the appeals into a single proceeding. *See LETTER MOTION to Consolidate Cases 1:23-cv-10368-LGS, 1:23-cv-10373-LJL, and 1:23-cv-10755-UA addressed to Judge Lewis J. Liman from Christopher S. Koenig dated December 18, 2023* [Case No. 23-cv-10373, Docket No. 7]; *LETTER MOTION to Consolidate Cases 1:23-cv-10368-LGS, 1:23-cv-10373-LJL, and 1:23-cv-10755-UA addressed to Judge Lorna G. Schofield from Christopher S. Koenig dated December 18, 2023* [Case No. 23-cv-10368, Docket No. 8]; *LETTER MOTION to Consolidate Cases 1:23-cv-10368-LGS, 1:23-cv-10373-LJL, and 1:23-cv-10755-UA addressed to Judge Lorna G. Schofield from Christopher S. Koenig dated December 18, 2023* [Case No. 23-cv-10755, Docket No. 7].[6]

---

14 days after entry of the judgment, order, or decree being appealed"). As an interlocutory order, the Discovery Order became final upon the Court's issuance of the Confirmation Order on November 9, 2023. Mr. Phillips did not appeal the Discovery Order until November 27, 2023, outside of the fourteen-day period to appeal. Although Mr. Phillips's late appeal of the Confirmation Order is timely pursuant to Bankruptcy Rule 8002(a)(3), *see* Fed. R. Bankr. P. 8002(a)(3) ("If one party files a timely notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise allowed by this rule, whichever period ends later."), there has been no appeal of the Discovery Order extending Mr. Phillips's time to appeal that Order.

[5]    Two other *pro se* creditors, Mr. Johan Bronge and Mr. Otis Davis, have filed notices of appeal of the Confirmation Order. *See Notice of Appeal* [Docket No. 4032] (the "Bronge Appeal"); *Notice of Appeal and Civil Cover Sheet* [Docket No. 4033] (the "Davis Appeal"). The Debtors previously filed a motion counter-designating items for the record on appeal and striking other items in the Bronge Appeal. *See Debtors' Motion Seeking Entry of an Order (I) Designating Additional Items to be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief* [Docket No. 4126].

[6]    Through these letter motions, the Debtors have requested that the appeals be consolidated into a single proceeding and that a single deadline of January 2, 2024, be set for the Debtors to file their counter-designations of the record on appeal. In an abundance of caution, the Debtors file their counter-designations to the Phillips Record Designation here. The Debtors will file a supplemental or amended record designation as necessary if their request for consolidation is granted.

## Basis for Relief

20.     Pursuant to Bankruptcy Rule 8009, the Debtors and the Committee seek to designate additional items for the record on appeal, including items that were admitted or otherwise considered by the Court in issuing the Confirmation Order and Discovery Order. The Debtors and the Committee also seek to strike certain items from the Phillips Record Designation, including items that were not admitted into evidence during the Confirmation Hearing or otherwise were not considered by the Court in issuing the Confirmation Order or Discovery Order.

21.     Following an initial designation of items to be included on the record on appeal, Bankruptcy Rule 8009(a) permits appellees to file a "designation of additional items to be included in the record." Fed. R. Bankr. P. 8009(a)(2). As a general rule, "[t]he record on appeal should contain all items considered by the bankruptcy court in reaching a decision." *In re Ames Dep't Stores, Inc.*, 320 B.R. 518, 521 (Bankr. S.D.N.Y. 2005); *see also id.* ("[T]he touchstone for the designation of matter as part of the record is whether the matter was before the lower court (or at least considered by that court) in entering the order or judgment appealed from."); *In re W.T. Grant Co.*, 432 F. Supp. 105, 106 (S.D.N.Y. 1977) ("[T]he record on appeal should contain all documents and evidence bearing on the proceedings below and considered by the bankruptcy judge in reaching his decision."). Bankruptcy Rule 8009(a) also specifies items required to be included in the record on appeal, including "docket entries kept by the bankruptcy clerk," "items designated by the parties," "the judgment, order, or decree being appealed," and "any opinion, findings of fact, and conclusions of law relating to the issues on appeal, including transcripts of all oral hearings," among other things. *See* Fed. R. Bankr. P. 8009(a)(4).

22.     Bankruptcy Rule 8009(e) assigns disputes regarding the adequacy and accuracy of the record on appeal to the bankruptcy court and permits either party to "move to strike" any item that "has been improperly designated as part of the record on appeal." Fed. R. Bankr. P. 8009(e)(1). "[I]f an item was not considered by the [bankruptcy] court, it should be stricken from the record on appeal." *In re Ames*, 320 B.R. at 521 (quoting *In re Barrick Grp., Inc.*, 100 B.R. 152, 154 (Bankr. D. Conn. 1989)); *In re Enron Corp.*, 2003 WL 223455, at *4 n.3 (Bankr. S.D.N.Y. Feb. 3, 2003) ("On appeal, this Court will only consider the record that was before the bankruptcy court."). The party seeking to expand the record on appeal bears the burden of persuasion. *See In re Ames*, 320 B.R. at 522 n.8 (quoting hearing transcript from *Enron Power Mktg. Inc. v. Nev. Power Co.*, Case No. 1:02-ap-2520 (AJG) (Bankr. S.D.N.Y.)).

23.     Here, Mr. Phillips's record designations omit critical items admitted into evidence or otherwise referenced as having been considered by the Court in issuing the Confirmation Order or related Discovery Order, including items required to be included in the record on appeal by Bankruptcy Rule 8009. Specifically, the Phillips Record Designation omits, among other things, this Court's Confirmation Opinion, filings related to the Plan and Confirmation Hearing, including the Debtors' briefs in support and objections thereto, various filings of which the Court took judicial notice, and the transcripts from each of the Confirmation Hearing days. These items were explicitly considered by the Court in issuing the Confirmation Order, *see* Confirmation Order at 5–7, and therefore are necessary to establish a complete record on appeal of that Order. Accordingly, the Debtors and the Committee respectfully request that the Court add as additional items to the record on appeal all items included in the table attached as Exhibit 1 to the attached Proposed Order.

24.     At the same time, the Phillips Record Designations includes several items that (1) were not admitted into evidence during the Confirmation Hearing; (2) were not referenced as having been considered by the Court in issuing the Confirmation Order or Discovery Order; or (3) do not contain information relevant to the issues on appeal.  For instance, Mr. Phillips' proposed record designates several docket entries reflecting the availability of transcripts for various Confirmation Hearing days, rather than the transcripts themselves.  Further, Mr. Phillips designates an order from the Court requiring a separate *pro se* creditor to sit for deposition by the Debtors and the Committee, which has no relation to any of his issues on appeal.

25.     The Court should strike all items from the Phillips Record Designation that were not considered by the Court in rendering the Confirmation Order or Discovery Order or are not relevant to the issues on appeal.  *See In re Ames*, 320 B.R. at 521 ("[I]f an item was not considered by the court, it should be stricken from the record on appeal."); *In re Candor Diamond Corp.*, 26 B.R. 844, 847 (Bankr. S.D.N.Y. 1983) (striking items from the bankruptcy record on appeal because the items were "not necessary for the District Court to have a full understanding of the particular proceeding being reviewed by it").  The Bankruptcy Court should therefore strike from the Phillips Record Designation all items in Exhibit 2 to the attached Proposed Order.  *In re Ames*, 320 B.R. at 521 n.4 (quoting *Saco Local Dev. Corp. v. Armstrong Bus. Cred. Corp.*, 13 B.R. 226, 229 n.5 (Bankr. D. Me. 1981)).

**Motion Practice**

26.     This Motion includes citations to the applicable rules and statutory authorities upon which the relief requested herein is predicated and a discussion of its application to this Motion.  Accordingly, the Debtors and the Committee submit that this Motion satisfies Local Rule 9013-1(a).

**Notice**

27.     The Debtors and the Committee will provide notice of this Motion to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) the United States Attorney's Office for the Southern District of New York; (d) the Internal Revenue Service; I the offices of the attorneys general in the states in which the Debtors operate; (f) the Securities and Exchange Commission; (g) Mr. Phillips; and (h) any party that has requested notice pursuant to Bankruptcy Rule 2002. The Debtors and the Committee submit that, in light of the nature of the relief requested, no other or further notice need be given.

**No Prior Request**

28.     No prior request for the relief sought in this Motion has been made to this or any other court.

WHEREFORE, the Debtors and the Committee respectfully request that the Court enter

the Proposed Order granting the relief requested herein and such other relief as the Court deems

appropriate under the circumstances.

Washington, D.C.
Dated: December 26, 2023

*/s/ T.J. McCarrick*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Judson Brown, P.C. (admitted *pro hac vice*)
T.J. McCarrick (admitted *pro hac vice*)
Grace C. Brier (admitted *pro hac vice*)
1301 Pennsylvania Avenue NW
Washington, D.C. 20004
Telephone:      (202) 389-5000
Facsimile:      (202) 389-5200
Email:          judson.brown@kirkland.com
                tj.mccarrick@kirkland.com
                grace.brier@kirkland.com

- and –

Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          jsussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                ross.kwasteniet@kirkland.com

*Counsel to the Debtors and*
*Debtors in Possession*

13

Los Angeles, CA
Dated:      December 26, 2023

*/s/ Aaron E. Colodny*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email:   david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (*pro hac vice* forthcoming)
Gregory F. Pesce (*pro hac vice* forthcoming)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
       gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744
Email: kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (*pro hac vice* forthcoming)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured
Creditors*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### [PROPOSED] ORDER (I) DESIGNATING ADDITIONAL ITEMS TO BE INCLUDED IN APPELLANT'S DESIGNATIONS OF RECORD ON APPEAL; (II) STRIKING CERTAIN ITEMS FROM APPELLANT'S DESIGNATIONS OF RECORD ON APPEAL; AND (III) GRANTING RELATED RELIEF

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee") for entry of an order (this "Order"), (a) designating additional items to be included in Appellant's designation of the record on appeal, (b) striking certain items from Appellant's designations of the record on appeal, and (c) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

having found that the Debtors' and the Committee's notice of the Motion and opportunity for a

hearing thereon were appropriate under the circumstances and no other notice need be provided;

and this Court having reviewed the Motion and having heard the statements in support of the

relief requested therein at a hearing before this Court (the "Hearing"); and this Court having

determined that the legal and factual bases set forth in the Motion and at the Hearing establish

just cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefor, it is HEREBY ORDERED THAT:

1.       The Motion is granted on a final basis as set forth herein.

2.       All items in the table attached hereto as **Exhibit 1**, including all documents,

statements, appendices, exhibits, attachments, declarations, and/or related affidavits referenced

within any particular item, are hereby added as additional items to the record on appeal for the

appeal docketed in the District Court for the Southern District of New York at Case No. 1:23-cv-

10755-ALC.

3.       Notwithstanding the designation of such items in the Phillips Record Designation,

all items in the table attached hereto as **Exhibit 2** are hereby stricken from the record on appeal

for the appeal docketed in the District Court for the Southern District of New York at Case No.

1:23-cv-10755-ALC.

4.       This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**Additional Items Designated by Appellees for the Record on Appeal**

| Docket No.[3] | Docket Entry |
|---|---|
| Dkt. No. 1 | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Case Designated As Mega as per LBR 1073-1. Filed by Joshua Sussberg of Kirkland & Ellis LLP on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/13/2022) |
| Dkt. No. 2 | Motion for Joint Administration / Debtors' Motion Seeking Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 4 (Case No. 22-11645) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 UK Limited. |
| Dkt. No. 4 (Case No. 22-11644) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC |
| Dkt. No. 4 (Case No. 22-11643) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 Ltd. |
| Dkt. No. 4 (Case No. 22-10971) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius US Holding LLC |
| Dkt. No. 4 (Case No. 22-10970) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Lending LLC |
| Dkt. No. 4 (Case No. 22-10969) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Networks Lending LLC |
| Dkt. No. 4 (Case No. 22-10968) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Mining LLC |

---

[3]    Unless otherwise indicated, all docket numbers refer to the docket in *In re Celsius Network et al.*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.).

| Dkt. No. 4 (Case No. 22-10967) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius KeyFi LLC |
|---|---|
| Dkt. No. 4 (Case No. 22-10966) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Limited |
| Dkt. No. 5 (Case No. 22-10965) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Inc. |
| Dkt. No. 5 (Case No. 22-10967) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius KeyFi LLC |
| Dkt. No. 5 (Case No. 22-11645) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 UK Limited |
| Dkt. No. 5 (Case No. 22-10968) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Mining LLC |
| Dkt. No. 5 (Case No. 22-11644) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC |
| Dkt. No. 5 (Case No. 22-11643) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 Ltd. |
| Dkt. No. 5 (Case No. 22-10971) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius US Holding LLC |
| Dkt. No. 5 (Case No. 22-10969) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Networks Lending LLC |
| Dkt. No. 6 (Case No. 22-10966) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of Celsius Network Limited |
| Dkt. No. 7 | Amended Motion for Joint Administration/Debtors' Amended Motion Seeking Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and |

| | |
|---|---|
| | (II) Granting Related Relief (Related Document(s)[2]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 9 (Case No. 22-11645) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 UK Limited. |
| Dkt. No. 9 (Case No. 22-11644) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 USA LLC. |
| Dkt. No. 9 (Case No. 22-11643) | Notice of Filing of Amended Global Notes and Schedule F on Behalf of GK8 Ltd. |
| Dkt. No. 13 (Case No. 22-10971) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius US Holding LLC. |
| Dkt. No. 13 (Case No. 22-10970) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Lending LLC. |
| Dkt. No. 13 (Case No. 22-10969) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Networks Lending LLC. |
| Dkt. No. 13 (Case No. 22-10968) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Mining LLC. |
| Dkt. No. 14 (Case No. 22-11644) | Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs filed on Behalf of GK8 USA LLC. |
| Dkt. No. 14 (Case No. 22-10965) | Amended Global Notes and Schedule F. |
| Dkt. No. 15 (Case No. 22-10967) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius KeyFi LLC. |
| Dkt. No. 15 (Case No. 22-10966) | Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F on Behalf of Celsius Network Limited. |

| Dkt. No. 53 | Order signed on 7/19/2022 Granting Motion Directing (I) Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief (Related Doc # [2]) . (Gomez, Jessica) |
|---|---|
| Dkt. No. 75 | Letter to The Honorable Martin Glenn, dated 7/20/2022 Re: Re: Recommending that the value of CEL token claims be either entirely zeroed out when selecting people for the creditors' committee and when valuing claims, or that the value of these claims be reduced in value by 90-95%, etc. Filed by Immanuel Herrmann. (Suarez, Aurea) |
| Dkt. No. 154 | Letter to The Honorable Martin Glenn, dated 7/21/2022 Re: Transactions Celsius and Mashinsky have made; if there is evidence that they dumped all of their CEL tokens on the open market prior to the mid-June pause, then these people need to be jailed for their actions, starting with Alex Mashinsky. Their property seized and sold carefully so-as to make certain that enough funds are raised to fully refund all depositors their crypto, but this should be done quickly, etc. Filed by Jonathan Rabroker. (Suarez, Aurea) |
| Dkt. No. 241 | Notice Appointing Creditors Committee The Official Committee of Unsecured Creditors filed by Shara Claire Cornell on behalf of United States Trustee. (Cornell, Shara) |
| Dkt. No. 393 (pp. 14-1114) | Declaration of Alex Mashinsky, Chief Executive Officer of Celsius Network LLC, Providing Terms of Use Dating Back to February 18, 2018 Filed by Joshua Sussberg on Behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 670 | Motion to Authorize / Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers with Respect to Certain Assets Held in the Custody Program and Withhold Accounts and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 10/6/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 9/29/2022,. (Sussberg, Joshua) |
| Dkt. No. 687 | Order, Signed on 9/1/2022, (A) Approving Bidding Procedures for the Potential Sale of Certain of the Debtors' Assets, (B) Scheduling Certain Dates with Respect Thereto, (C) Approving the Form and Manner of Notice Thereof, (D) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief.(Related Doc # [188]). Hearing to be held on 10/6/2022 at 10:00 AM at Videoconference (ZoomGov) (MG). (Anderson, Deanna) |
| Dkt. No. 832 | Motion to Approve / Debtors' Motion Seeking Entry of an Order (I) Permitting the Sale of Stablecoin in the Ordinary Course and (II) Granting Related Relief (related document(s)[528]) filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 10/6/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 9/29/2022,. (Sussberg, |

|  | Joshua) |
| --- | --- |
| Dkt. No. 846 | Order, Signed on 9/16/2022, (I) Authorizing the Employment and Retention of Centerview Partners LLC as Investment Banker for the Debtors Effective as of July 13, 2022, (II) Approving the Terms of the Centerview Agreement, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (IV) Granting Related Relief (related document(s)[844]) (Anderson, Deanna) |
| Dkt. No. 973 | Statement of Financial Affairs – Non-Individual Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 974 | Schedules filed: Schedule A/B – Non-Individual, Schedule D – Non-Individual, Schedule E/F – Non-Individual, Schedule G – Non-Individual, Schedule H – Non-Individual Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Attachments: # (1) Part 2 # (2) Part 3)(Sussberg, Joshua) |
| Dkt. No. 1044 | Joint Stipulation and Agreed Scheduling Order signed on 10/11/2022 By and Among the Debtors, the Committee, and the Ad Hoc Groups with Respect to the Custody and Withhold Issues. Status Conference to be held on 11/22/2022 at 10:00 AM at Videoconference (ZoomGov) (MG). (Gomez, Jessica) |
| Dkt. No. 1152 | Final Order signed on 10/21/2022 (I) Authorizing the Debtors to (a) Continue to Operate Their Cash Management System, (b) Honor Certain Prepetition Obligations Related Thereto, (c) Maintain Existing Business Forms, and (d) Continue to Perform Intercompany Transactions, (II) Granting Superpriority Administrative Expense Status to Postpetition Intercompany Balances, and (III) Granting Related Relief (Related Doc # [21]). (Anderson, Deanna) |
| Dkt. No. 1272 | Order, Signed on 11/2/2022, (I) Approving the Bidding Procedures in Connection With the Sale of Substantially all of the Debtors Assets (II) Scheduling Certain Dates With Respect Thereto, (III) Approving the Form an Manner of Notice Thereof, (IV) Approving Contract Assumption and Assignment Procedures, and (V) Granting Related Relief (Related Doc # [929]). (Anderson, Deanna) |
| Dkt. No. 1284 | Statement /Second Verified Statement Pursuant to Bankruptcy Rule 2019 (Attachments: Exhibit A: Statement of Disclosable Economic Interests) (related document(s)[547]) filed by Bryan Kotliar on behalf of Ad Hoc Group of Custodial Account Holders. (Kotliar, Bryan) |
| Dkt. No. 1324 | Notice of Proposed Order/Notice of Proposed Scheduling Order Regarding Title to Earn Program Assets and the Sale of Certain Stablecoins (related document(s)[832]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. | Amended Motion to Authorize/Debtors' Amended Motion for Entry of an Order (I) Establishing Ownership of Assets in the Debtors' Earn Program, (II) |

8

| 1325 | Permitting the Sale of Stablecoin in the Ordinary Course and (III) Granting Related Relief (related document(s)[832]) filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 12/5/2022 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 11/29/2022,. (Sussberg, Joshua) |
|---|---|
| Dkt. No. 1338 | Motion to Approve/Debtors' Motion Seeking Entry of an Order (I) Setting A Briefing Schedule and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 12/5/2022 at 02:00 PM at Videoconference (ZoomGov) (MG) Responses due by 12/2/2022,. (Sussberg, Joshua) |
| Dkt. No. 1426 | Amended Motion to Authorize / Debtors' Amended Motion for Entry of an Order (I) Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 12/5/2022 at 02:00 PM at Videoconference (ZoomGov) (MG) Responses due by 12/2/2022,. (Sussberg, Joshua) |
| Dkt. No. 1549 | Statement/Notice of Successful Bidder (related document(s)[1548], [687]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 1686 | Order Signed on 12/13/2022 (I) Approving the Sale of the GK8 Debtors' Assets Free and Clear of All Claims, Liens, Rights, Interests and Encumbrances, (II) Authorizing the GK8 Debtors to Enter into and Perform Their Obligations Under the Asset Purchase Agreement, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief (Related Doc # [1615]). (Anderson, Deanna) |
| Dkt. No. 1767 | Order, Signed on 12/20/2022, (I) Authorizing the Debtors to Reopen Withdrawals for Certain Customers With Respect to Certain Assets held in the Custody Program and Withhold Accounts and (II) Granting Related Relief (Related Doc # [670], [1755]). (Anderson, Deanna) |
| Dkt. No. 1822 | Memorandum Opinion and Order, Signed on 1/4/2023, Regarding Ownership of Earn Account Assets. (Related Document(s)[1325], [832]) (Anderson, Deanna) |
| Dkt. No. 1886 | Affidavit / Corrected Fourth Supplemental Verified Statement Pursuant to Bankruptcy Rule 2019 (related document(s)[1860]) Filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders and Other Transferees. (Attachments: # (1) Exhibit A)(Kovsky-Apap, Deborah) |
| Dkt. No. 1920 | Statement /First Supplemental Verified Statement Pursuant To Bankruptcy Rule 2019 filed by David J. Adler on behalf of Ad Hoc Group of Borrowers. (Adler, David) |
| Dkt. No. | Examiner's Report / Final Report of Shoba Pillay, Examiner Filed by Vincent Edward Lazar on behalf of Shoba Pillay. (Attachments: # (1) Appendix 1 # (2) |

| 1956 | Appendix 2 # (3) Appendix 3 # (4) Appendix 4 # (5) Appendix 5 # (6) Appendix 6 # (7) Appendix 7 # (8) Appendix 8 # (9) Appendix 9 # (10) Appendix 10 # (11) Appendix 11 # (12) Appendix 12 # (13) Appendix 13 # (14) Appendix 14 # (15) Appendix 15 # (16) Appendix 16 # (17) Appendix 17 # (18) Appendix 18 # (19) Appendix 19 # (20) Appendix 20 # (21) Appendix 21 # (22) Appendix 22 # (23) Appendix 23 # (24) Appendix 24 # (25) Appendix 25 # (26) Appendix 26 # (27) Appendix 27 # (28) Appendix 28 # (29) Appendix 29 # (30) Appendix 30 # (31) Appendix 31)(Lazar, Vincent) |
|---|---|
| Dkt. No. 1972 | Motion to Approve / Debtors' Motion for an Order (I) Approving (A) Omnibus Claims Objection Procedures and Form of Notice, (B) Omnibus Substantive Claims Objections, and (C) Satisfaction Procedures and Form of Notice and (II) Modifying Bankruptcy Rule 3007(e)(6) filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 2/15/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 2/13/2023,. (Sussberg, Joshua) |
| Dkt. No. 2054 | Motion to Approve / Notice of Motion of the Official Committee of Unsecured Creditors to Approve Joint Stipulation and Agreed Order between the Official Committee of Unsecured Creditors and the Debtors with respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors with hearing to be held on 3/8/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 3/1/2023,. (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit A) (Colodny, Aaron) |
| Dkt. No. 2147 | Motion to Authorize / Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees, and (III) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 3/21/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 3/14/2023,. (Sussberg, Joshua) |
| Dkt. No. 2148 | Motion to Approve / Joint Motion for Entry of an Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 3/21/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 3/14/2023,. (Sussberg, Joshua) |
| Dkt. No. 2151 | Motion to Authorize / Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 3/21/2023 at 10:00 AM at Videoconference |

| | (ZoomGov) (MG) Responses due by 3/14/2023,. (Sussberg, Joshua) |
|---|---|
| Dkt. No. 2155 | Statement Verified Statement Pursuant to Bankruptcy Rule 2019 filed by Adrienne Woods on behalf of Gilbert Castillo, Philip Harris Stewart, Georges Georgiou. (Woods, Adrienne) |
| Dkt. No. 2201 | Joint Stipulation and Agreed Order, Signed on 3/8/2023, Between the Official Committee of Unsecured Creditors and the Debtors with respect to Certain Claims and Causes of Action Belonging to the Debtors' Estates. (related document(s)[2054]) (Anderson, Deanna) |
| Dkt. No. 2205 | Memorandum Opinion signed on 3/9/2023, Regarding Which Debtor Entities Have Liability for Customer Claims Under the Terms of Use. (related document(s)[1747]) (Anderson, Deanna) |
| Dkt. No. 2265 | Order, Signed on 3/17/2023, Regarding Which Debtor Entities Have Liability for Customer Contract Claims Under The Terms of Use. (related document(s)[2259]) (Anderson, Deanna) |
| Dkt. No. 2291 | Order (I) Approving (A) the Settlement by and Among the Debtors, the Committee, and the Custody Ad Hoc Group and (B) the Election Form and (II) Granting Related Relief (Related Doc # [2148]) signed on 3/21/2023. (Anderson, Deanna) |
| Dkt. No. 2297 | Reply to Motion / Reply in Support of Debtors Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief (related document(s)[2085]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2310 | Amended Motion to Set Last Day to File Proofs of Claim / Notice of Amended Bar Date for Submission of Proofs of Claim (related document(s)[1368]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2311 | Statement / Notice of Filing of Amended Global Notes, Statement of Financial Affairs 3 and 4, and Schedule F (related document(s)[974]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2317 | Transcript regarding Hearing Held on 3/23/2023 at 11:00am RE: Debtor's Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief. Remote electronic access to the transcript is restricted until 6/26/2023. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [2218], [2229], [2151], [2224], [2277], [2226], [2236], [2190], [2225], [2066], [2243], [2293], [2267], [2256]). Notice of Intent to Request Redaction Deadline Due By 4/4/2023. Statement of Redaction Request Due By 4/18/2023. Redacted |

11

| | Transcript Submission Due By 4/28/2023. Transcript access will be restricted through 6/26/2023. (Garcia, Pedro) |
|---|---|
| Dkt. No. 2326 | Statement / Debtors' Statement in Further Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief (related document(s)[2151]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2334 | Joint Motion to Approve / Joint Motion for Entry of an Order (I) Approving the Settlement By and Among the Debtors, the Committee, and the Withhold Ad Hoc Group and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 4/18/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 4/11/2023,. (Sussberg, Joshua) |
| Dkt. No. 2336 | Motion to Approve / Debtors' Motion for Entry of an Order (I) Approving the Debtors' Key Employee Incentive Program and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2358 | Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 03/31/2023) |
| Dkt. No. 2498 | Order, Signed on 4/18/2023, (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor, Effective as of February 21, 2023, and (II) Granting Related Relief (Related Doc # [2335]). (Anderson, Deanna) |
| Dkt. No. 2509 | Order Signed on 4/20/2023 (I) Approving the Settlement By and Among the Debtors, the Committee, and the Withhold Ad Hoc Group and (II) Granting Related Relief (Related Doc # [2334]). (Anderson, Deanna) |
| Dkt. No. 2553 | Statement VERIFIED STATEMENT PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE filed by Joyce A. Kuhns on behalf of Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry. (Attachments: # (1) Exhibit Bankruptcy Rule 2019 List) (Kuhns, Joyce) |
| Dkt. No. 2563 | Motion to Approve / Debtors' Motion Seeking Entry of an Order (I) Substantively Consolidating the Estates of Celsius Network Limited and Celsius Network LLC and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2648 | Statement / Cash and Coin Report filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. | Motion to Approve / Motion of The Official Committee of Unsecured Creditors |

| 2670 | to (I) Certify the Class of Account Holders Asserting Non-Contract Claims Against the Debtors, (II) Appoint Thomas DiFiore, Rebecca Gallagher, and Ignat Tuganov as the Class Representatives, and (III) Appoint White & Case LLP as Class Counsel, in each Case Pursuant to Bankruptcy Rule 7023 [REDACTED] (related document(s)[2496]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
|---|---|
| Dkt. No. 2713 | Statement / Notice of Successful Bidder and Backup Bidder (related document(s)[1272]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2759 | Statement / Notice of Debtors' Entry into a Plan Sponsor Agrement (related document(s)[1272]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2774 | Motion to Approve / Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 6/28/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 6/21/2023,. (Sussberg, Joshua) |
| Dkt. No. 2807 | Amended Plan / Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[2358]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2807 | Amended Plan / Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)2358) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/15/2023) |
| Dkt. No. 2840 | Objection to Motion / The Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 (related document(s)[2240], [2216]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 2844 | Declaration of Aaron Colodny in Support of The Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 (related document(s)[2840]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Exhibit 6 # (7) Exhibit 7 # (8) Exhibit 8 # (9) Exhibit 9 # (10) Exhibit 10 # (11) Exhibit 11 # (12) Exhibit 12 # (13) Exhibit 13 # (14) Exhibit 14 # (15) Exhibit 15 # (16) Exhibit 16 # (17) Exhibit 17 # (18) Exhibit 18 # (19) Exhibit 19 # (20) Exhibit 20 # (21) Exhibit 21 # (22) Exhibit 22 # (23) Exhibit 23 # (24) Exhibit 24 # (25) Exhibit 25 # (26) |

|  | Exhibit 26) (Colodny, Aaron) |
|---|---|
| Dkt. No. 2845 | Declaration of Maxwell Galka in Support of The Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565 (related document(s)[2840]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 2872 | Letter to The Honorable Martin Glenn, dated 6/25/2023 Re: The UCC has unilaterally decided to give me $0.20 per CEL token with no justification or reason, they simply did it based on what they believe that retail CEL token holders like myself should get $0.20 for their claim and not petition date price because thats what they feel like giving us. (related document(s)[2240], [2840]) Filed by Otis Davis. (Suarez, Aurea) |
| Dkt. No. 2874 | Letter to The Honorable Martin Glenn, dated 6/25/2023 Re: My concerns that the legal counsel to the Celsius UCC has filed an objection to a Pro Se motion put forth by Celsius Creditor, Mr. Caceres. It is my understanding that Mr. Caceres is advocating for fair and equal treatment of the CEL token. (related document(s)[2240], [2840]) Filed by Marlowe Bennett. (Suarez, Aurea) |
| Dkt. No. 2895 | Letter to The Honorable Martin Glenn, dated 6/26/2023 Re: Request for Equitable Treatment of CEL Token Creditors (related document(s)[2240], [2840]) Filed by Madhu Kutty. (Suarez, Aurea) |
| Dkt. No. 2899 | Joint Motion to Approve / Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 7/18/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 7/11/2023,. (Sussberg, Joshua) |
| Dkt. No. 2902 | Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 06/27/2023) |
| Dkt. No. 2970 | Motion to Approve / Debtors' Motion for Entry Of an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees And Expenses, and (VI) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 8/10/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 8/3/2023,. (Sussberg, Joshua) (Entered: 07/07/2023) |

| Dkt. No. 2971 | Statement / Exhibits to Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/07/2023) |
|---|---|
| Dkt. No. 2978 | Motion to Approve / Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 7/18/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 7/14/2023,. (Sussberg, Joshua) |
| Dkt. No. 2979 | Motion to Shorten Time / Debtors' Motion to Schedule an Expedited Hearing and Shorten the Notice Period on the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief (related document(s)[2978]) filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 7/18/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 7/14/2023,. (Sussberg, Joshua) |
| Dkt. No. 2983 | Statement / Notice of Amended and Restated Backup Plan Sponsor Agreement and Deadline to Submit Backup Bids (related document(s)[2978]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 2984 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the Backup Plan Sponsor, and (II) Granting Related Relief (related document(s)[2979], [2978] filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3058 | Order Signed on 7/20/2023 (I) Approving the Settlement by and Among the Debtors, the Committee, and the Consenting Series B Preferred Holders and (II) Granting Related Relief (Related Doc # 2899). (Anderson, Deanna) |
| Dkt. No. 3064 | Joint Motion to Approve / Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors and the Committee with Respect to the Committee's Class Claim and (II) Granting Related Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 8/10/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 8/3/2023,. (Sussberg, Joshua) |
| Dkt. No. | Statement / Notice of Filing of Plan Supplement (related document(s)[2807]) |

| 3115 | filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
|---|---|
| Dkt. No. 3116 | Second Amended Plan / Second Notice of Filing of Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)2358) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/29/2023) |
| Dkt. No. 3117 | Amended Disclosure Statement / Notice of Filing of Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)2902) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 07/29/2023) |
| Dkt. No. 3146 | Statement / Ad Hoc Group of Withhold Account Holders and Other Transferees' Statement and Reservation of Rights with Respect to The Debtors Motion for Entry of an Order (I) Approving The Adequacy of The Debtors Disclosure Statement, (II) Approving The Solicitation and Voting Procedures with Respect to Confirmation of The Debtors Joint Plan of Reorganization, (III) Approving The form of Ballots and notices in Connection therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of The Plan Sponsors Fees and Expenses, and (VI) Granting Related Relief (related document(s)2970) filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders. (Kovsky-Apap, Deborah) (Entered: 08/03/2023) |
| Dkt. No. 3149 | Objection to Confirmation of Plan, Objection to Disclosure Statement (related document(s)2970) filed by Michael S. Etkin on behalf of Proposed Lead Plaintiffs In Securities Class Action Litigation. (Etkin, Michael) (Entered: 08/03/2023) |
| Dkt. No. 3163 | Statement / Reservation of Rights of the BRIC in Response to the Debtors' Entry for an Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedure with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)2970) filed by Brian S. Lennon on behalf of Blockchain Recovery Investment Consortium. (Lennon, Brian) (Entered: 08/03/2023) |
| Dkt. No. 3220 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of an Order Authorizing and Approving Certain Fees and Expenses for the Plan Sponsor (related document(s)[2970]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |

| Dkt. No. 3222 | Amended Plan / Revised Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)2807, 3116, 2358) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/09/2023) |
|---|---|
| Dkt. No. 3223 | Amended Disclosure Statement / Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)3117, 2902) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/09/2023) |
| Dkt. No. 3224 | Notice of Proposed Order / Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees And Expenses, and (VI) Granting Related Relief (related document(s)3223, 2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/09/2023) |
| Dkt. No. 3225 | Reply to Motion / Debtors' Omnibus Reply in Support of the Adequacy of the Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/09/2023) |
| Dkt. No. 3273 | Statement / Second Notice of Filing of Plan Supplement (related document(s)3115, 3222) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/13/2023) |
| Dkt. No. 3274 | Statement / Notice of Filing of Disclosure Statement Hearing Presentation filed by Joshua Sussberg on behalf of Celsius Network LLC. With hearing to be held on 8/14/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) (Sussberg, Joshua) (Entered: 08/13/2023) |
| Dkt. No. 3275 | Statement / Notice of Filing of Revised Exhibits to Proposed Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)3224, 2971) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/14/2023) |
| Dkt. No. 3293 | Statement / Notice of Consensual Resolutions of Government Investigations (related document(s)[3016]) filed by Joshua Sussberg on behalf of Celsius |

17

| (p. 6-10) | Network LLC. (Sussberg, Joshua) |
|---|---|
| Dkt. No. 3321 | Notice of Proposed Order / Second Revised Proposed Order (I) Approving the Adequacy of the Debtors Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/15/2023) |
| Dkt. No. 3334 | Notice of Proposed Order / Notice of Filing of Third Revised Proposed Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)3224, 2971, 3321, 3275, 2970) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 08/17/2023) |
| Dkt. No. 3337 | Order signed on 8/17/2023 (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to the Confirmation of the Debtors' Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief (related document(s)[3332]). Confirmation hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) and Zoom. (Gomez, Jessica) |
| Dkt. No. 3338 | Affidavit of Service re: Second Notice of Filing of Plan Supplement (Docket No. 3273), Notice of Filing of Disclosure Statement Hearing Presentation (Docket No. 3274), Notice of Filing of Revised Exhibits to Proposed Order (I) Approving the Adequacy of the Debtors Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Debtors Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsors Fees and Expenses, and (VI) Granting Related Relief (Docket No. 3275), Amended Agenda for Hearing to Be Held August 14, 2023, at 10:00 A.M. (Prevailing Eastern Time) (Docket No. 3276), Third Interim Fee Application of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance, Tax Advisory and Financial Accounting Advisory Services Provider for the Time Period March 1, 2023 Through June 30, 2023 (Docket No. 3280), Order (I) Approving the Settlement by and Among the |

| | |
|---|---|
| | Debtors and the Committee with Respect to the Committee Class Claim and (II) Granting Related Relief (Docket No. 3288), Joint Stipulation and Agreed Order Between the Federal Trade Commission and the Debtors to Enter into Stipulated Order in the District Court (Docket No. 3289), Combined Fifth Monthly Fee Statement of Ernst & Young LLP for Compensation for Services Rendered and Reimbursement of Expenses as Tax Compliance, Tax Advisory Services and Financial Accounting Advisory Services Provider for the Time Period May 1, 2023 Through June 30, 2023 (Docket No. 3290), Third Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period March 1, 2023 Through and Including June 30, 2023 (Docket No. 3291), Third Interim Application of Latham & Watkins LLP for Compensation for Services and Reimbursement of Expenses Incurred as Special Counsel to the Debtors for The Period from March 1, 2023 Through May 31, 2023 (Docket No. 3292), Notice of Consensual Resolutions of Government Investigations (Docket No. 3293), Second Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for This Period from June 1, 2023 Through and Including June 30, 2023 (Docket No. 3297), Third Monthly Fee Statement of Services Rendered by KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Compensation for This Period from July 1, 2023 Through and Including July 31, 2023 (Docket No. 3299), First Interim Fee Application of KE Andrews as Property Tax Service Providers for the Debtors and Debtors in Possession, for Interim Allowance of Compensation for Professional Services Rendered from March 6, 2023 Through and Including June 30, 2023 (Docket No. 3301), Third Application of Alvarez & Marsal North America, LLC as Financial Advisors for the Debtors, for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from March 1, 2023 Through and Including June 30, 2023 (Docket No. 3302), Third Interim Fee Application of Centerview Partners LLC, as Investment Banker to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2023 Through June 30, 2023 (Docket No. 3303) (related document(s)[3289], [3291], [3292], [3280], [3297], [3276], [3288], [3293], [3299], [3303], [3274], [3273], [3275], [3290]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3344 | Notice of Hearing / Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines filed by Joshua Sussberg on behalf of Celsius Network LLC. With hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) Objections due by 9/22/2023, (Sussberg, Joshua) |
| Dkt. No. 3357 | Fourth Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement / Debtors' Fourth Motion for Entry of an Order (I) Extending the Debtors' Exclusive Period to Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related |

| | |
|---|---|
| | Relief filed by Joshua Sussberg on behalf of Celsius Network LLC with hearing to be held on 9/7/2023 at 10:00 AM at Videoconference (ZoomGov) (MG) Responses due by 8/31/2023,. (Sussberg, Joshua) (Entered: 08/24/2023) |
| Dkt. No. 3362 | Letter to The Honorable Martin Glenn, Re: Support of Objections to Adequacy of Disclosure Statement and Request for CEL Token Class Formation (related document(s)3084, 3118) Filed by Sebastien Martin. (Suarez, Aurea) (Entered: 08/25/2023) |
| Dkt. No. 3365 | Affidavit of Service re: Second Notice of Filing of Plan Supplement (Docket No. 3273) (related document(s)[3273]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3367 | Affidavit of Publication in The New York Times (National Edition) of the Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines (related document(s)[3337]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3368 | Affidavit of Publication in The New York Times (International Edition) of the Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines (related document(s)[3337]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3369 | Letter dated 8/25/2023 Re: Requesting that a clause be added to the settlement that allows custody holders to forfeit any value amount they choose to bring their settlement under the $100,000 threshold. Filed by Elizabeth Bohon. (Suarez, Aurea) (Entered: 08/25/2023) |
| Dkt. No. 3389 | Letter to The Honorable Martin Genn Re: Concerns Pertaining To The Treatment of Loans Within The Proposed Plan. Filed by Travis Keeney. (Suarez, Aurea) (Entered: 08/29/2023) |
| Dkt. No. 3400 | Letter /Amended Letter to The Honnorable Martin Glenn Re: Concerns Pertaining To The Treatment of Loans Within The Proposed Plan. (related document(s)3389) Filed by Travis Keeney. (Suarez, Aurea) (Entered: 08/30/2023) |
| Dkt. No. 3409 | Notice of Adjournment of Hearing (related document(s)[3197]) filed by Michael R. Herz on behalf of Mawson Infrastructure Group, Inc., Luna Squares LLC, and Cosmos Infrastructure. With hearing to be held on 10/5/2023 at 10:00 AM at Courtroom 523 (MG) (Herz, Michael) |
| Dkt. No. 3412 | Affidavit of Service |
| Dkt. No. 3431 | Memorandum of Law / Debtors' Brief in Support of CEL Token Settlement (related document(s)[3356]) filed by Joshua Sussberg on behalf of Celsius |

| | |
|---|---|
| | Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3432 | Memorandum of Law / Brief of The Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors Plan of Reorganization (related document(s)[3356]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3433 | Declaration of Aaron Colodny in support of the Brief of The Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors Plan of Reorganization [REDACTED] (related document(s)[3432]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3434 | Memorandum of Law / Brief of The Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors Plan of Reorganization (related document(s)[3356]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3435 | Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement (related document(s)[3431]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3499 | Affidavit of Service re: Notice of Filing of Plan Supplement (Docket No. 3115), Second Notice of Filing of Plan Supplement (Docket No. 3273), Agenda for Hearing to Be Held September 7, 2023, at 10:00 A.M. (Prevailing Eastern Time) (Docket No. 3424), Notice of Filing of September 7, 2023, Hearing Presentation (Docket No. 3428), Amended Agenda for Hearing to Be Held September 7, 2023, at 10:00 a.m. (Prevailing Eastern Time) (Docket No. 3429), Notice Regarding Apple ID Login Issues to Vote on the Plan (Docket No. 3430) (related document(s)[3115], [3428], [3429], [3272], [3424], [3430]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3500 | Affidavit of Service re: Third Notice of Filing of Plan Supplement (Docket No. 3444) (related document(s)[3444]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3502 | Affidavit of Service re: Notice of Filing of Plan Supplement (Docket No. 3115), Second Notice of Filing of Plan Supplement (Docket No. 3273), Third Notice of Filing of Plan Supplement (Docket No. 3444), The Debtors Ex Parte Motion for an Order Under Federal Rules of Bankruptcy Procedure 2004 and 9016 for Subpoenas for Examination of, and Production of Documents From, Montana OP LLC (Docket No. 3448), Order Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to Montana OP LLC Granting Related Relief (Docket No. 3449), Joint Stipulation and Agreed Order Between the Debtors, the Official Committee of Unsecured Creditors and |

|  | the United States Attorneys Office for the Southern District of New York With Respect to Agreement to Stay the Proceedings with Respect to Equitably Subordinated Claims (Docket No. 3450), Memorandum Opinion and Order Denying Joshua B. Coles Motion for Relief of Automatic Stay and Declaration of Secured Creditor Status (Docket No. 3452), Notice of (I) Executory Contracts and Unexpired Leases to Be Potentially Assumed and Assigned by the Debtors Pursuant to the Plan, (II) Cure Amounts, if Any, and (III) Related Procedures in Connection Therewith (Docket No. 3453), Notice of (I) Executory Contracts and Unexpired Leases to Be Rejected by the Debtors Pursuant to the Plan and (II) Related Procedures in Connection Therewith (Docket No. 3454), Notice of Abandonment of Certain De Minimis Assets (Docket No. 3459) (related document(s)[3115], [3449], [3448], [3453], [3459], [3444], [3450], [3273], [3454], [3452]) filed by Stretto, Inc.(Klamsel, Robert) |
|---|---|
| Dkt. No. 3507 | Affidavit of Publication in CoinDesk's Protocol email newsletter of Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines (related document(s)[3337]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3509 | Order Signed on 9/20/2023 Clarifying Case Management Procedures for the Confirmation Hearing (Modification # 1). (related document(s)[3489], [3478]) (Anderson, Deanna) |
| Dkt. No. 3511 | Objection to Confirmation of Plan /Limited Objection to Debtors' Plan filed by Johan Bronge. (Suarez, Aurea) (Entered: 09/20/2023) |
| Dkt. No. 3514 | Affidavit of Service re: Solicitation Materials (related document(s)[3337], [3332], [3319]) filed by Stretto Claims Agent.(Klamser, Robert) |
| Dkt. No. 3516 | Statement / Notice of Entry into Plan Support Agreement filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/21/2023) |
| Dkt. No. 3520 | Letter to Chief Judge Glenn re: Requests for Additions to or Modifications to Confirmation Hearing Procedures |
| Dkt. No. 3522 | Objection to Confirmation of Plan Limited Objection and Reservation of Rights of the U.S. Securities and Exchange Commission to Confirmation of the Debtors' Chapter 11 Plan (related document(s)3319) filed by Therese Scheuer on behalf of U.S. Securities and Exchange Commission. (Scheuer, Therese) (Entered: 09/22/2023) |
| Dkt. No. 3523 | Memorandum Endorsed So Ordered Letter Signed on 9/22/2023. The Committees' request that the Court extend the deadline to October 11, 2023 at 5:00 p.m. for the testimony of two fact witnesses that it may call at the second week of the Confirmation Hearing concerning the value of CEL Token is DENIED.  The Court will, however, extend the deadline until October 2, 2023 at |

|  | 4:00 pm ET. |
|---|---|
| Dkt. No. 3524 | Response Reservation of Rights of New Jersey Bureau of Securities (related document(s)3319) filed by Jeffrey Bernstein on behalf of The New Jersey Bureau of Securities. (Attachments: # 1 Certificate of Service) (Bernstein, Jeffrey) (Entered: 09/22/2023) |
| Dkt. No. 3526 | Statement / Notice of Revised Plan Language Regarding Treatment of State Regulatory Claims (related document(s)3319) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) (Entered: 09/22/2023) |
| Dkt. No. 3527 | Objection to Confirmation of Amended Plan (related document(s)3319) filed by Jeffrey Chubak on behalf of Pharos USD Fund SP of Pharos Master SPC, Pharos Fund SP of Pharos Master SPC. With hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Chubak, Jeffrey) (Entered: 09/22/2023) |
| Dkt. No. 3529 | Objection to Confirmation of Plan Objection of Harrison Schoenau to Confirmation Insofar as It Pertains to Debtors Request for Approval of Alternative Dispute Resolution Procedures filed by Matthew J. Gold on behalf of Harrison Schoenau. (Gold, Matthew) (Entered: 09/22/2023) |
| Dkt. No. 3531 | Objection to Confirmation of Amended Plan /Limited Objection, Reservation of Rights and Joinder of 168 Trading Limited in Response to (A) Notice Of (I) Executory Contracts and Unexpired Leases to Be Rejected by the Debtors Pursuant to the Plan and (II) Related Procedures in Connection Therewith; and (B) Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)3454, 3319) filed by Joseph Cioffi on behalf of 168 Trading Limited. (Cioffi, Joseph) (Entered: 09/22/2023) |
| Dkt. No. 3532 | Objection (Limited) to the Debtors' Entry for an Order (I) Approving the Settement of Cel Token at $0.25 for the Purpose of Confirming the Debtors Plan of Reorganization (II) Granting Related Relief filed by Otis Davis. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3533 | Letter Dated 9/21/2023 to Judge Glenn In Re: Joinder to Motion for Repayment of Loans and Return of Collateral by Johan Bronge, Pro Se Creditor Filed by Michael D Windom. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3536 | Statement / Reservation of Rights of Core Scientific, Inc. and Core Scientific Operating Company Regarding (I) Voting Deadline and (II) Plan Confirmation Objection Deadline for Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and its Debtors Affiliates (related document(s)3319) filed by Ronit Berkovich on behalf of Core Scientific Operating Company, Core Scientific, Inc.. (Berkovich, Ronit) (Entered: 09/22/2023) |
| Dkt. No. | Letter to Judge Glenn In Re: Loan Agreement Filed by James Johantgen. (Bush, |

| 3538 | Brent) (Entered: 09/22/2023) |
|---|---|
| Dkt. No. 3539 | Objection to Motion / Koala 2 LLC's Limited Objection to Confirmation of the Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates filed by Michael R. Handler on behalf of Koala 2 LLC. (Handler, Michael) (Entered: 09/22/2023) |
| Dkt. No. 3540 | Letter Dated 9/22/2023 to Judge Glenn In Re: Joinder to Limited Objection to Debtors' Plan Filed by Caroline Abruzese. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3541 | Letter Dated 9/22/2023 to Judge Glenn In Re: Joinder to Limited Objection to Debtors' Plan Filed by Peter Maurice Truss. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3542 | Objection to Confirmation of the Chapter 11 Plan (related document(s)3319) filed by Victor Ubierna De las Heras. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3543 | Letter Dated 9/22/2023 to Judge Glenn In Re: Joinder to Objection to Confirmation of Plan/Limited Objection to Debtors' Plan Filed by Benjamin Dame. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3544 | Objection (Limited) to Chapter 11 Plan of Reorganization (related document(s)3319) filed by Michael S. Etkin on behalf of Proposed Lead Plaintiffs In Securities Class Action Litigation. (Etkin, Michael) (Entered: 09/22/2023) |
| Dkt. No. 3546 | Letter Dated 9/22/2023 to Judge Glenn In Re: Support of Orderly Wind Down and to Allow Retail Borrowers to Fulfill Loan Contracts Filed by Michael D Windom. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3547 | Objection to Plan Confirmation (related document(s)611, 3332, 2054) filed by David Schneider. (Bush, Brent) (Entered: 09/22/2023) |
| Dkt. No. 3552 | Affidavit of Service re: Notice of Additional Omnibus Hearing Scheduled for October 24, 2023 (Docket No. 3480), Notice of Hearing on Debtors Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Terms of the Coinbase Distribution Services Agreement (Docket No. 3482), Fourth Notice of Filing of Plan Supplement (Docket No. 3483) (related document(s)[3483], [3482], [3480]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3553 | Affidavit of Service re: Fourth Notice of Filing of Plan Supplement (Docket No. 3483), Notice of Presentment of Debtors Application for Entry of an Order (I) Authorizing the Retention and Employment of RSM US LLP as Independent Auditor for the Debtors and Debtors in Possession Effective as of August 1, 2023, and (II) Granting Related Relief (Docket No. 3487), Notice Regarding Calculation of Withdrawal Preference Exposure (Docket No. 3488), Letter: In re Celsius Network LLC, No. 22-10964 (MG) Requested Clarification to |

24

|  | Confirmation Case Management Procedures Supplement (Docket No. 3489) (related document(s)[3489], [3483], [3488], [3487]) filed by Stretto, Inc.(Klamser, Robert) |
|---|---|
| Dkt. No. 3557 | Objection to Confirmation of Amended Plan /Limited Objection and Reservation of Rights with Respect to Confirmation of the Revised Joint Chapter 11 Plan of Reorganization (related document(s)3444, 3319) filed by Richard Phillips. (Suarez, Aurea) (Entered: 09/25/2023) |
| Dkt. No. 3558 | Objection to Confirmation of Amended Plan (related document(s)3488, 3319) filed by Elizabeth Bohon. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C-1 # 4 Exhibit C-2)(Suarez, Aurea) (Entered: 09/25/2023) |
| Dkt. No. 3561 | Letter to Judge Glenn Regarding Request for Remote Testimony |
| Dkt. No. 3562 | Letter to The Honorable Martin Glenn, dated 9/22/2023 Re: Objecting to Request For Additions or Modifications to Confirmation Hearing Procedures, etc. (related document(s)3520, 3532) Filed by Michael Gonzalez. (Suarez, Aurea) (Entered: 09/25/2023) |
| Dkt. No. 3563 | Response (related document(s)3544) filed by Daniel Frishberg. (Suarez, Aurea) (Entered: 09/25/2023) |
| Dkt. No. 3566 | Notice of Withdrawal (related document(s)3564) filed by Daniel Frishberg. (Suarez, Aurea) (Entered: 09/26/2023) |
| Dkt. No. 3567 | Letter to The Honorable Martin Glenn Re: In Support of the release of FOIA confidential treatment requested by Mr. Otis Davis (related document(s)3532) Filed by Carol Maunder. (Suarez, Aurea) (Entered: 09/26/2023) |
| Dkt. No. 3570 | Notice of Hearing / Revised Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines (related document(s)[3337] filed by Joshua Sussberg on behalf of Celsius Network LLC. With hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) |
| Dkt. No. 3575 | Letter to The Honorable Martin Glenn Re: In Support of the release of FOIA confidential treatment requested by Mr. Otis Davis. (related document(s)3532) Filed by Maria Helioti. (Suarez, Aurea) (Entered: 09/27/2023) |
| Dkt No. 3578 | Official Committee of Unsecured Creditors' Initial Disclosure of Fact and Expert Witnesses for Confirmation Hearing |
| Dkt. No. 3579 | Letter to Chief Judge Glenn as Written Request to make Opening Statement at Confirmation Hearing (related document(s)[3478], [3319]) Filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, |

| | Aaron) |
|---|---|
| Dkt. No. 3580 | Declaration of Maxwell Galka on behalf of The Official Committee of Unsecured Creditors in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network, LLC and Its Debtor Affiliates (related document(s)[3319]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3585 | Statement / Opening Statement Request Pursuant to Confirmation Hearing Case Management Order (related document(s)[3527], [3478]) filed by Jeffrey Chubak on behalf of Pharos Fund SP of Pharos Master SPC, Pharos USD Fund SP of Pharos Master SPC. (Chubak, Jeffrey) |
| Dkt. No. 3586 | Declaration / Declaration of Allison Hoeinghaus in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3587 | Statement / Official Committee of Unsecured Creditors' Confirmation Hearing Exhibit List (related document(s)[ 3478 ], [ 3319 ]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Attachments: # (1) Appendix) (Colodny, Aaron) |
| Dkt. No. 3588 | Declaration / Declaration of Joel E. Cohen in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3591 | Declaration / Declaration of Steven Kokinos in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3592 | Declaration / Declaration of Ryan Kielty in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577], [846]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3593 | Debtors' Witness List and Exhibit List for Matters Set for Hearing October 2, 2023 |
| Dkt. No. 3594 | Letter / Request for Opening Statement Pursuant to Order Establishing Cae Management Procedures for the Confirmation Hearing (related document(s)[3577], [3478]) Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. | Letter /Request For Opening Statement Pursuant To Order Establishing Case |

26

| 3596 | Management Procedures For The Confirmation Hearing (related document(s)[3478]) Filed by David J. Adler on behalf of Ad Hoc Group of Borrowers. (Adler, David) |
|---|---|
| Dkt. No. 3597 | Letter Request to Make Opening Statement at Confirmation Hearing (related document(s)[3478]) Filed by Deborah Kovsky-Apap on behalf of Ad Hoc Group of Withhold Account Holders. (Kovsky-Apap, Deborah) |
| Dkt. No. 3599 | Letter request of Ad Hoc Earn Group for 10 minutes for its Opening Statement at the Confirmation Hearing (related document(s)[3319]) Filed by Joyce A. Kuhns on behalf of Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry. (Kuhns, Joyce) |
| Dkt. No. 3600 | Letter to The Honorable Martin Glenn, dated 9/27/2023 Re: Request to make Opening Statement at Confirmation Hearing (related document(s)[3542], [3478], [3319]) Filed by Victor Ubierna de las Heras. (Suarez, Aurea) |
| Dkt. No. 3601 | Statement Opening Statement Request of Ignat Tuganov (related document(s)[3478]) filed by Jeffrey S. Sabin on behalf of Ignat Tuganov. with hearing to be held on 10/2/2023 (check with court for location) (Sabin, Jeffrey) |
| Dkt No. 3602 | Order Signed on 9/27/2023 Granting Motion of the Creditors Committee that Mark Robinson be Permitted to Testify Remotely for Cross-Examination and Redirect Examination |
| Dkt. No. 3604 | Memorandum of Law / Debtors' Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates and Omnibus Reply to Objections Thereto (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3605 | Statement / The Official Committee of Unsecured Creditors' (I) Joinder to the Debtors' Confirmation Brief and (II) Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization (related document(s)[3319]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3606 | Notice of Proposed Order / Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. With hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG) (Sussberg, Joshua) |
| Dkt. No. 3607 | Notice of Hearing / Further Revised Notice of Hearing to Consider Confirmation of the Debtors' Chapter 11 Plan and Related Voting and Objection Deadlines (related document(s)[3337]) filed by Joshua Sussberg on behalf of Celsius Network LLC. With hearing to be held on 10/2/2023 at 02:00 PM at Courtroom |

|  | 523 (MG) (Sussberg, Joshua) |
|---|---|
| Dkt. No. 3609 | Memorandum of Law / Debtors' (Revised) Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3611 | Order Signed on 9/28/2023 Granting Requests to Make Opening Statements, Demonstratives and Handling of Exhibits. (related document(s)[3478]) Hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG). (Anderson, Deanna) |
| Dkt. No. 3612 | Corrected Order Signed on 9/28/2023 Granting Requests to Make Opening Statements, Demonstratives and Handling of Exhibits. Hearing to be held on 10/2/2023 at 02:00 PM at Courtroom 523 (MG). (related document(s) [3478], [3611]) (Anderson, Deanna) |
| Dkt. No. 3614 | Letter to Judge Glenn In Re: Written Request to Make Opening Statement at Confirmation Hearing (related document(s)[3478], [3319]) Filed by Daniel A. Frishberg. (Bush, Brent) |
| Dkt. No. 3616 | Letter Dated 9/27/2023 to Judge Glenn In Re: Joinder to Objection to Plan Confirmation (related document(s)3547) Filed by Michael D Windom. (Bush, Brent) (Entered: 09/28/2023) |
| Dkt. No. 3619 | Statement / Notice Regarding Official Committee of Unsecured Creditors' Confirmation Hearing Exhibits (related document(s)[ 3587 ], [ 3478 ], [ 3319 ]) filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3620 | Affidavit in Support of Objections of Otis Davis (related document(s)3084, 3532) Filed by Otis Davis. (Bush, Brent) (Entered: 09/28/2023) |
| Dkt. No. 3622 | Letter Dated 9/22/2023 to Judge Glenn In Re: Late Request for 5 Minutes to Make Opening Statement (related document(s)[3612], [3478]) Filed by Richard Phillips. (Bush, Brent) |
| Dkt. No. 3628 | Letter to The Honorable Martin Glenn, Re: Custody CEL Valuation, etc. Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 09/29/2023) |
| Dkt. No. 3629 | Letter /AMENDED Letter to The Honorable Martin Glenn, Re: Custody CEL Valuation, etc. (related document(s)3628) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 09/29/2023) |
| Dkt No. 3632 | Official Committee of Unsecured Creditors' Confirmation Hearing Presentation |

| Dkt. No. 3641 | Response to Debtor's Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC And Its Debtor Affiliates (related document(s)3609) filed by Johan Bronge. (Acosta, Annya) (Entered: 09/29/2023) |
|---|---|
| Dkt. No. 3647 | Letter to The Honorable Martin Glenn Re: Follow up to my letter yesterday, listed in docket 3629, with regards to the debtors intent to distribute assets to Hawaii and follow up concerns around Custody valuation and deactivation date pricing. (related document(s)3629) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/02/2023) |
| Dkt. No. 3648 | Letter to The Honorable Martin Glenn Re: Request To Participate Remotely in the Evidentiary Portions of the Confirmation Hearing (related document(s)3478) Filed by Richard Phillips. (Suarez, Aurea) (Entered: 10/02/2023) |
| Dkt. No. 3649 | Amended Motion to Approve /Corrected Motion seeking the court's permission to fulfill the Loan Agreements with Celsius and repay my outstanding loans in full, including any accrued interest. (related document(s)3533) filed by Johan Bronge. (Suarez, Aurea) (Entered: 10/02/2023) |
| Dkt. No. 3651 | Statement Pursuant to Bankruptcy Rule 2019 filed by Victor Noskov on behalf of Pharos Fund SP of Pharos Master SPC, Pharos USD Fund SP of Pharos Master SPC. (Noskov, Victor) (Entered: 10/02/2023) |
| Dkt. No. 3652 | Statement (Supplement to Verified Statement Pursuant to Rule 2019) filed by Victor Noskov on behalf of Pharos Fund SP of Pharos Master SPC, Pharos USD Fund SP of Pharos Master SPC. (Noskov, Victor) (Entered: 10/02/2023) |
| Dkt. No. 3653 | Declaration /Supplemental Declaration of Robert Campagna in Support of Confirmation of the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3582]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3658 | Letter to The Honorable Martin Glenn Re: Request to take into consideration my Objections to the Confirmation of the Celsius Plan in the Confirmation Hearings; due to my objection letter, attached and submitted by the deadline to the wrong place; due to misinformation from Stretto staff Filed by Cathy Lau. (Suarez, Aurea) (Entered: 10/02/2023) |
| Dkt. No. 3659 | Memorandum Endorsed So Ordered Letter Signed on 10/2/2023. The Committees request is APPROVED. (related document(s)[3646]) (Anderson, Deanna) |
| Dkt. No. 3668 | Notice of Debtors' Confirmation Hearing Witnesses for October 3, 2023 |
| Dkt. No. | Debtors' Witness List and Revised Exhibit List for Matters Set for Hearing |

| 3669 | October 2, 2023 |
|---|---|
| Dkt. No. 3679 | Affidavit of Service re: Fifth Notice of Filing of Plan Supplement (Docket No. 3550), Debtors Ex Parte Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto (Docket No. 3554), Order Granting the Debtors Ex Parte Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto (Docket No. 3559), Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3560) (related document(s)[3559], [3554], [3550], [3560]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3682 | Affidavit of Service re: Amended Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3574), Notice of Filing of Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3577), Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3581), Declaration of Robert Campagna in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3582), Sixth Notice of Filing of Plan Supplement (Docket No. 3583), Declaration of Allison Hoeinghaus in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3586), Declaration of Joel E. Cohen in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3588), Declaration of Steven Kokinos in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3591), Declaration of Ryan Kielty in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3592), Debtors Witness List and Exhibit List for Matters Set for Hearing October 2, 2023 (Docket No. 3593), Letter Re: In re Celsius Network LLC, No. 22-10964 (MG) Request for Opening Statement pursuant to Order Establishing Case Management Procedures for the Confirmation Hearing [Docket No. 3478] (the Confirmation Case Management Procedures) (Docket No. 3594), Affidavit of Publication (Docket No. 3598), Debtors Memorandum of Law in Support of Confirmation of the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates and Omnibus Reply to Objections Thereto (Docket No. 3604), Notice of Filing of Proposed Findings of Fact, Conclusions of Law, |

| | |
|---|---|
| | and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates (Docket No. 3606), Further Revised Notice of Hearing to Consider Confirmation of the Debtors Chapter 11 Plan and Related Voting and Objection Deadlines (Docket No. 3607), Certificate of No Objection to Debtors Application for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 (I) Authorizing the Retention and Employment of FTI Consulting Technology LLC for Expert Services Effective as of January 30, 2023 and (II) Granting Related Relief (Docket No. 3608) (related document(s)[3598], [3583], [3577], [3591], [3606], [3593], [3592], [3586], [3582], [3588], [3604], [3608], [3581], [3574], [3607], [3594]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3688 | Letter to The Honorable Martin Glenn Re: Best Interests under Section 1129 of the Bankruptcy Code Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/03/2023) |
| Dkt. No. 3692 | Transcript regarding Hearing Held on 09/29/2023 At 10:30 AM RE: Hearing Using Zoom For Government. Remote electronic access to the transcript is restricted until 1/2/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [3626]). Notice of Intent to Request Redaction Deadline Due By 10/10/2023. Statement of Redaction Request Due By 10/24/2023. Redacted Transcript Submission Due By 11/3/2023. Transcript access will be restricted through 1/2/2024. (Ramos, Jonathan) |
| Dkt. No. 3710 | Letter to The Honorable Martin Glenn, dated 10/4/2023 Re: Request to make myself available for cross-examination at the Confirmation Hearing on October 4, 2023 (and/or later Confirmation hearing dates), for the permittance of the entry of my objection into evidence, as well as request to submit additional exhibits to my submitted Objection to the plan Filed by Cathy Lau. (Suarez, Aurea) (Entered: 10/04/2023) |
| Dkt. No. 3716 | Letter to The Honorable Martin Glenn, Re: Section 1127(a) Violation – If it is determined that the proposed modification does have an adverse effect on the claims of non-consenting creditors, then another balloting must take place. (related document(s)3577) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/05/2023) |
| Dkt. No. 3717 | Letter to The Honorable Martin Glenn Re: Withdrawing request to review a Section 1127(a) (related document(s)3716) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/05/2023) |
| Dkt. No. 3721 | Letter to The Honorable Martin Glenn, Re: Section 1127(a) Violation Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/05/2023) |
| Dkt. No. | Motion to Allow/Request for a Discovery Conference Pursuant to Local Rule 7007-1(a) and Local Rule 7007-1(b) filed by Daniel Frishberg. (Suarez, Aurea) |

| 3724 | (Entered: 10/06/2023) |
|---|---|
| Dkt. No. 3729 | Letter to The Honorable Martin Glenn Re: Hawaii Distribution Agents and the lack of clarification from the Debtor (related document(s)1420, 3332) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/06/2023) |
| Dkt. No. 3733 | Statement / First Amended Verified Statement of The Official Committee of Unsecured Creditors of Celsius Network, et al., Pursuant to Bankruptcy Rule 2019 (related document(s)[909]) filed by Gregory F Pesce on behalf of The Official Committee of Unsecured Creditors. (Pesce, Gregory) |
| Dkt. No. 3740 | Order signed on 10/10/2023 Clarifying Case Management Procedures for the Confirmation Hearing (Modification #2) (related document(s)[3509], [3478], [3738]). (Gomez, Jessica) |
| Dkt. No. 3741 | Letter to The Honorable Martin Glenn Re: I do believe a 1127(a) violation did occur and I would motion to request a hearing the matter, etc. (related document(s)1420) Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3742 | Letter to The Honorable Martin Glenn, dated 10/8/2023 Re: Subpoena for production of documents (related document(s) 3714, 3724) Filed by Otis Davis. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3744 | Letter to The Honorable Martin Glenn Re: Inequitable Subordination Section 510(c), Unfair and Inequitable Section 1129, etc. Filed by Thomas Anusic. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3745 | Letter to The Honorable Martin Glenn Re: Nugenesis Report Filed by Carol Maunder. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3747 | Letter to The Honorable Martin Glenn Re: Request to allow new evidence in providing the petition date price for CEL token requested by the court Filed by Maria Helioti. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3749 | Letter to The Honorable Martin Glenn Re: Allowing new Expert Evidence for CEL token petition date price. Filed by Jonathan Kelly. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3750 | Letter to The Honorable Martin Glenn Re: In Response To Mr. Davis' Letter Re: Discovery Dispute (related document(s)3742) Filed by Daniel Frishberg. (Suarez, Aurea) (Entered: 10/10/2023) |
| Dkt. No. 3751 | Notice of Withdrawal of Confirmation Objection (related document(s)3527) filed by Jeffrey Chubak on behalf of Pharos Fund SP of Pharos Master SPC, Pharos USD Fund SP of Pharos Master SPC. (Chubak, Jeffrey) (Entered: 10/11/2023) |
| Dkt. No. | Motion to Allow Expert Report of Hussein Faraj filed by Otis Davis. (Suarez, |

| 3752 | Aurea) (Entered: 10/11/2023) |
|---|---|
| Dkt. No. 3753 | Statement /Post Hearing Supplemental Submission filed by Otis Davis. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3754 | Letter to The Honorable Martin Glenn Re: Requesting review of the Nugenesis Report Filed by Shirley Thandiwe Carroll. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3755 | Letter to The Honorable Martin Glenn Re: Requesting review of the Nugenesis Report Filed by Michael Cheng. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3756 | Letter to the Court Re: Richard Phillips' "Comment on Request for Clarifications, Additions, and Modifications to Confirmation Hearing Procedures" (related document(s)[3746]) Filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3768 | Letter to The Honorable Martin Glenn Re: Request regarding the admission of new expert evidence in the matter of determining the petition date price for CEL tokens, a subject that has far-reaching consequences for the interests of creditors and stakeholders in the Celsius estate. Filed by Felipe Lucas. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3769 | Statement Under Oath filed by Otis Davis. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3771 | Letter to The Honorable Martin Glenn, dated 10/11/2023 Re: Request NUGENISIS document as expert testimony and add CEL token question to the ballot (related document(s)3745) Filed by Carol Maunder. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3772 | Objection to Confirmation of Amended Plan /Objections to Debtors Proposed Plan and amendments after the balloting, best interests and fair and equitable treatment concerns, safety concerns. (related document(s)2807, 3577, 3116, 2358, 3319) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3773 | Letter to The Honorable Martin Glenn Re: Request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Filed by Shantel Higgins. (Suarez, Aurea) (Entered: 10/11/2023) |
| Dkt. No. 3787 | Letter to The Honorable Martin Glenn, dated 10/11/2023 Re: Requesting to Allow Expert Report of Hussein Faraj and CEL Token Evaluation (related document(s)3646, 3520, 3532, 3620, 3639, 3605, 3672, 3464, 3753, 3658, 3580, 3331, 3752, 3476) Filed by Michael Gonzalez. (Suarez, Aurea) (Entered: 10/12/2023) |
| Dkt. No. | Letter to The Honorable Martin Glenn Re: Request the Court exercise its |

| 3789 | equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Filed by Francois R. Schaller. (Suarez, Aurea) (Entered: 10/12/2023) |
|---|---|
| Dkt. No. 3790 | Letter to The Honorable Martin Glenn Re: Request the Court exercise its equitable discretion to grant an exception and admit the Nugenesis Report as critical expert testimony. Filed by Yolande Schaller. (Suarez, Aurea) (Entered: 10/12/2023) |
| Dkt. No. 3796 | Affidavit of Service of Muhammad Azeem Regarding Letter to the Honorable Martin Glenn Regarding Request for Additions or Modifications to Confirmation Hearing Procedures (related document(s)3520) filed by Kroll Restructuring Administration LLC.(Steele, Benjamin) (Entered: 10/12/2023) |
| Dkt. No. 3806 | Letter / Notice of Errata Regarding Previously Filed Letter (related document(s)3787) Filed by Michael Gonzalez. (Rouzeau, Anatin) (Entered: 10/13/2023) |
| Dkt. No. 3807 | Letter Regarding Abiding by Court's Order Filed by Otis Davis. (Rouzeau, Anatin) (Entered: 10/13/2023) |
| Dkt. No. 3808 | Letter Requesting an Exception and Admitting the Nugenesis Report as Critical Expert Testimony Filed by Juanita Kolodychuk. (Rouzeau, Anatin) (Entered: 10/13/2023) |
| Dkt. No. 3809 | Letter Request to Admit the CEL Report by Hussein Faraj, CEO of NuGenesis Filed by Jason Amerson. (Rouzeau, Anatin) (Entered: 10/13/2023) |
| Dkt. No. 3811 | Objection to Debtor Motion to Exclude Confirmation of Testimony of Oren Blonstein filed by Johan Bronge. (Rouzeau, Anatin) (Entered: 10/13/2023) |
| Dkt. No. 3817 | The Debtors' and the Official Committee of Unsecured Creditors' Joint Motion to Exclude the Expert Testimony of Hussein Faraj |
| Dkt. No. 3828 | Objection (related document(s)3802) filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/16/2023) |
| Dkt. No. 3830 | Letter to The Honorable Martin Glenn Re: In Support of Johan Bronge's line of questioning regarding asset ownership. Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/16/2023) |
| Dkt. No. 3835 | Motion to Allow/Motion seeking the production of an average calculation of the dilutive nature of CEL token by the Debtors at the Petition date price, within the same datasets and formulas as seen on the ballot [Exhibit 1], so that all creditors and parties of interest can compare the previous average recovery as seen on the ballot to one with CEL token at the Petition date. Filed by Artur Abreu. (Suarez, Aurea) (Entered: 10/16/2023) |

| Dkt. No. 3843 | Letter to The Honorable Martin Glenn Re: Support for Recent Pro Se Motions on Behalf of CEL Token Holders in Celsius Network LLC, et al (related document(s)3835 Filed by James Foley. (Suarez, Aurea) (Entered: 10/18/2023) |
|---|---|
| Dkt. No. 3851 | Order signed on 10/18/2023 Establishing Deadlines and Procedures for Closing Arguments. Closing Arguments to be Heard on 10/30/2023 at 02:00 PM at Courtroom 523 (MG). (Anderson, Deanna) |
| Dkt. No. 3853 | Letter to The Honorable Martin Glenn, dated 10/18/2023 Re: Request for 10 Minutes to Make a Closing Statement (related document(s)[3612], [3478]) Filed by Richard Phillips. (Suarez, Aurea) |
| Dkt. No. 3857 | Declaration / Supplemental Declaration of Brian Karpuk Regarding the Solicitation and Tabulation of Votes on the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[841], [3560], [3574], [3319]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3860 | Letter / Requested Clarification to Closing Arguments Procedures (related document(s)[3851]) Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3861 | Affidavit of Service |
| Dkt. No. 3866 | Motion to Allow Rights of Creditor in Examination of Two Expert Witnesses, etc. filed by Otis Davis. (Suarez, Aurea) (Entered: 10/20/2023) |
| Dkt. No. 3867 | Notice of Proposed Order / Notice of Filing of Revised Proposed Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (related document(s)[3577]) filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3870 | Affidavit of Service re Extended Deadline for all Holders of Class 4 Claims (Convenience Claims) to opt out of the Class Claim Settlement (related document(s)[3857], [3560], [3574], [3319]) filed by Stretto Claims Agent.(Klamser, Robert) |
| Dkt. No. 3873 | Letter to The Honorable Martin Glenn, dated 10/20/2023 Re: Request to make a closing statement supporting confirmation of the Joint Chapter 11 Plan of Reorganization (related document(s)3319) Filed by Daniel Frishberg. (Suarez, Aurea) (Entered: 10/23/2023) |
| Dkt. No. 3874 | Motion to Join /Closing Brief In Support of Confirmation and Joins In All Relevant Parts With All Briefs Which Support The Plan. Filed by Daniel |

| | Frishberg. (Suarez, Aurea) |
|---|---|
| Dkt. No. 3876 | Letter to The Honorable Martin Glenn, dated 10/20/2023 Re: Request to make closing statement. Filed by Otis Davis. (Suarez, Aurea) |
| Dkt. No. 3877 | Letter to The Honorable Martin Glenn Re: Unfair treatment and alleged voting by the Debtor and ballot discrepancies Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/23/2023) |
| Dkt. No. 3878 | Motion to Allow/Motion To Enforce A Breach Of Settlement As A Result Of The Debtors' Failure To Distribute The Custody Settlement Initial Distribution In A Timely Manner And In Accordance To The Settlement Agreement. Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/23/2023) |
| Dkt. No. 3879 | Order signed on 10/23/2023 Clarifying Case Managment Procedures for Closing Arguments (Modification #1). Closing Arguments to be Heard on 10/30/2023 at 02:00 PM at Courtroom 523 (MG). (related document(s)[3851]) (Anderson, Deanna) |
| Dkt. No. 3886 | Objection to Motion (related document(s)3866) filed by Daniel A. Frishberg. (Suarez, Aurea) (Entered: 10/24/2023) |
| Dkt. No. 3887 | Letter to The Honorable Martin Glenn Re: Misclassification of Creditor Status in Celsius' Filed Voting Instructions and Refund Claim Dispute. Filed by Robert S. Dalley. (Suarez, Aurea) (Entered: 10/24/2023) |
| Dkt. No. 3889 | Letter / Official Committee of Unsecured Creditors' Written Request to Make Closing Argument at the Confirmation Hearing (related document(s)[3879], [3577], [3851]) Filed by Aaron Colodny on behalf of The Official Committee of Unsecured Creditors. (Colodny, Aaron) |
| Dkt. No. 3896 | Letter to The Honorable Martin Glenn Re: Request to make a closing argument of up to 20 minutes in opposition to confirmation. Filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Dkt. No. 3897 | Letter to The Honorable Martin Glenn, dated 10/24/2023 Re: In Support of (related document(s)3835, 3878, 3877) Filed by Michael Gonzalez. (Suarez, Aurea) (Entered: 10/25/2023) |
| Dkt. No. 3898 | Letter / Request for Closing Statement (related document(s)[3879], [3577], [3851]) Filed by Joshua Sussberg on behalf of Celsius Network LLC. (Sussberg, Joshua) |
| Dkt. No. 3899 | Letter /Written Request Of The Ad Hoc Borrowers To Make Closing Argument (related document(s)[3879], [3851]) Filed by David J. Adler on behalf of Ad Hoc Group of Borrowers. (Adler, David) |
| Dkt. No. | Letter Ignat Tuganov Request to Make Closing Argument at the Confirmation |

36

| 3900 | Hearing (related document(s)[3879], [3577], [3851]) Filed by Jeffrey S. Sabin on behalf of Ignat Tuganov. (Sabin, Jeffrey) |
|---|---|
| Dkt. No. 3901 | Letter Request for Participation in Closing Argument (re: Confirmation of Plan) Filed by Shara Claire Cornell on behalf of United States Trustee. (Cornell, Shara) |
| Dkt. No. 3902 | Letter / Closing Statement Request Filed by Joyce A. Kuhns on behalf of Ad Hoc Group of Earn Account Holders including Immanuel Herrmann, Nicholas Farr and Brett Perry. (Kuhns, Joyce) |
| Dkt. No. 3903 | Letter to The Honorable Martin GLenn, dated 10/25/2023 Re: Request to Make Closing Statement at Confirmation Hearing Re: Filed by Daniel A. Daniel A. Frishberg. (Suarez, Aurea) |
| Dkt. No. 3904 | Affidavit of Service (Supplemental) re: Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Joint Motion for Entry of an Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Initial Consenting Series B Preferred Holders and (II) Granting Related Relief (Docket No. 2967), Notice of Hearing to Consider Approval of Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Docket No. 2977), Notice of Filing of Revised Proposed Order (I) Approving the Settlement by and Among the Debtors, the Committee, and the Consenting Series B Preferred Holders and (II) Granting Related Relief (Docket No. 2998), Notice of Filing of Plan Supplement (Docket No. 3115), Second Notice of Filing of Plan Supplement (Docket No. 3273), Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant (Docket No. 3332), [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3336], Order (I) Approving the Adequacy of the Debtors Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Debtors Joint Plan of Reorganization, (III) Approving the Form of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, (V) Authorizing and Approving Reimbursement of Certain of the Plan Sponsors Fees and Expenses, and (VI) Granting Related Relief (Docket No. 3337), [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3381], [Customized for Rule 3001(e)(1)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(1) [Re: Docket No. 3458], Sixth Notice of Filing of Plan Supplement (Docket No. 3583) (related document(s)[3115], [3458], [2977], [3583], [3337], [2998], [2967], [3336], [3273], [3332], [3381]) filed by Stretto, Inc.(Klamser, Robert) |
| Dkt. No. 3906 | Letter to The Honorable Martin Glenn, dated 10/25/2023 Re: In support of Dimitry Kirsanovs letter which states, in sum and substance, that his vote was changed without his knowledge or consent, with respect to the Custody Class, etc. (related document(s)3864, 3877) Filed by Otis Davis. (Suarez, Aurea) |

| | |
|---|---|
| | (Entered: 10/26/2023) |
| Dkt. No. 3907 | Letter to The Honorable Martin Glenn, dated 10/25/2023 Re: Requesting the opportunity to deliver a closing statement lasting no more than 10 minutes regarding the confirmation of the Plan. (related document(s)3612, 3478) Filed by Artur Abreu. (Suarez, Aurea) (Entered: 10/26/2023) |
| Dkt. No. 3909 | Letter Request to Make Closing Argument (related document(s)[3879], [3851]) Filed by Therese Scheuer on behalf of U.S. Securities and Exchange Commission. (Scheuer, Therese) |
| Dkt. No. 3910 | Letter to The Honorable Martin Glenn, dated 10/24/2023 Re: Request that the Court grant me a maximum of ten (10) minutes to make a closing argument (related document(s)[3879], [3577], [3851]) Filed by Immanuel J. Herrmann. (Suarez, Aurea) |
| Dkt. No. 3911 | Letter to The Honorable Martin Glenn, dated 10/23/2023 Re: My concerns about balloting discrepancies in the Celsius Chapter 11 hearing, and Kirkland and Elliss entangled in this matter. Filed by Carol Maunder. (Suarez, Aurea) (Entered: 10/26/2023) |
| Dkt. No. 3912 | Letter to The Honorable Martin Glenn, dated 10/25/2023 Re: Request to make closing argument of up to 10 minutes and an additional 10 minutes for possible rebuttal. Filed by Johan Bronge. (Suarez, Aurea) |
| Dkt. No. 3916 | Motion to Authorize /Motion for Declaratory Judgment Excluding Preferential Withdrawal Exposure Based on Ordinary Business Terms Pursuant to Section 547(c)(2) of the Bankruptcy Code. Filed by John Ankeney. (Suarez, Aurea) (Entered: 10/26/2023) |
| Dkt. No. 3918 | Statement /Demonstratives for Closing Argument in Opposition to Confirmation filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 10/26/2023) |
| Dkt. No. 3919 | Letter to The Honorable Martin Glenn, dated 10/26/2023 Re: Request to reserve time to make a closing argument in support of Schneiders Objection to Plan Confirmation, with an estimated time of 10 minutes. I also request to reserve time to make rebuttal arguments if necessary. Filed by David Schneider. (Suarez, Aurea) |
| Dkt. No. 3920 | Letter to The Honorable Martin Glenn Re: Request to include additional forgotten demonstrative to demonstratives already filed, and request for clarification as to what constitutes a demonstrative, and, if needed, request to amend my submitted demonstrative to meet any requirements by the court for my submissions to qualify as demonstratives Filed by Cathy Lau. (Suarez, Aurea) (Entered: 10/26/2023) |
| Dkt. No. | Letter /SECOND Letter to The Honorable Martin Glenn, dated 10/26/2023 Re: |

| 3921 | Request to have my demonstratives that were submitted incorrectly (plus an additional demonstrative) permitted for use in my Closing Statement (related document(s)3920) Filed by Cathy Lau. (Suarez, Aurea) (Entered: 10/26/2023) |
|---|---|
| Dkt. No. 3922 | Letter to The Honorable Martin Glenn, dated 10/26/2023 Re: Request up to 30 minutes to make a Closing Argument, and also request that time be reserved to make a rebuttal argument, if necessary. (related document(s)[3920], [3921]) Filed by Cathy Lau. (Suarez, Aurea) |
| Dkt. No. 3923 | Order signed on 10/26/2023 Granting Requests to Make Closing Arguments (related document(s)[3879], [3851]) (Bush, Brent) |
| Dkt. No. 3924 | Letter to The Honorable Martin Glenn, dated 10/26/2023 Re: Request to know why my request to make a closing statement was not included in approved submissions, when it was submitted by me at 12:00:19 Pacific Time (3:00:19 New York Time) (related document(s)[3923], [3922]) Filed by Cathy Lau. (Suarez, Aurea) |
| Dkt. No. 3926 | Order, Signed on 10/27/2023, Granting Requests to Make Closing Arguments (Modification #1). (related document(s)[3923]) (Anderson, Deanna) |
| Dkt. No. 3927 | Motion to Join , Response, Objection and Request for Relief (related document(s)3867, 3864, 3908) filed by Michael D. Windom. (Suarez, Aurea) (Entered: 10/27/2023) |
| Dkt. No. 3938 | Statement /Proposed Findings of Fact, Conclusions of Law, And Additional Briefing for Objection to Confirmaiton of Plan (related document(s)3582, 393, 3332, 3547) filed by David Schneider. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3939 | Statement /Closing Brief Objecting to Plan of Confirmaiton and $0.25 Cel Token Settlement (related document(s)3688, 2291, 3646, 3891, 1956, 3716, 3694, 3647, 974, 3332, 2271, 3629, 3577, 3628, 3717, 2771, 3721, 3877, 3729, 3625) filed by Otis Davis. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3940 | Letter to The Honorable Martin Glenn Re: In Support of John Bronge's Request for Collateral Ownership (related document(s)3827, 3908) Filed by Thomas Anusic. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3942 | Response /AMENDMENT TO Proposed Findings of Fact, Conclusions of Law, And Additional Briefing for Objection to Confirmaiton of Plan to add citation to Table of Authoriities (related document(s)3758, 3938, 3582, 3885, 3332, 3881, 3851, 3547, 3780) filed by David Schneider. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3943 | Motion to Join , and Request to Restore the Litigation Oversight Committee's Oversight of Hiring and Budget Decisions (related document(s)3869, 3928, |

| | |
|---|---|
| | 3929) filed by Cameron Crews. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3944 | Motion to Authorize /AMENDED Motion for Declaratory Judgment Excluding Preferential Withdrawal Exposure Based on Ordinary Business Terms/Ordinary Course of Business Pursuant to Section 547(e)(2) of the Bankruptcy Code (related document(s)3916) filed by John Ankeney. (Suarez, Aurea) (Entered: 10/30/2023) |
| Dkt. No. 3950 | Letter /Response Of The Ad Hoc Group Of Borrowers With Agreed Language With Respect To Paragraph 269 Of The Proposed Confirmation Order (ECF Doc. # 3937) (related document(s)3937) Filed by David J. Adler on behalf of Ad Hoc Group of Borrowers. (Adler, David) (Entered: 10/31/2023) |
| Dkt. No. 3954 | Letter to The Honorable Martin Glenn, dated 11/1/2023 Re: Suggested alternative language with respect to the proposed confirmation order. (related document(s)3937) Filed by Johan Bronge. (Suarez, Aurea) (Entered: 11/01/2023) |
| Dkt. No. 3955 | Letter /AMENDED Letter to The Honorable Martin Glenn, dated 11/1/2023 Re: Suggested alternative language with respect to the proposed confirmation order. (related document(s)3954) Filed by Johan Bronge. (Suarez, Aurea) (Entered: 11/01/2023) |
| Dkt. No. 3956 | Letter to The Honorable Martin Glenn Re: Request for the court to convert this matter into a Chapter 7 Bankruptcy proceeding. Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/01/2023) |
| Dkt. No. 3961 | Letter to The Honorable Martin Glenn Re: Correction to suggested alternative language with respect to paragraph 269 of Proposed Plan Confirmation Order. (related document(s)3937, 3908) Filed by Johan Bronge. (Suarez, Aurea) (Entered: 11/03/2023) |
| Dkt. No. 3967 | Letter to The Honorable Martin Glenn Re: Critical Balloting Integrity Discrepancies, etc. Filed by Dimitry Kirsanov. (Suarez, Aurea) (Entered: 11/07/2023) |
| Dkt. No. 3974 | Memorandum Opinion signed on 11/9/2023 Approving the CEL Token Settlement and Resolving Issue of Collateral Ownership in the Modified Joint Chapter 11 Plan of Celsius Network and its Debtor Affiliates. (related document(s)[3972]) (Anderson, Deanna) |
| Dkt. No. 3999 | Statement /Notice of Filing of Transcript of Hearing on Closing Arguments Related to Confirmation of the Plan held on October 30, 2023. (related document(s)[3577], [3881]) filed by Dimitry Kirsanov. (Suarez, Aurea) |
| Dkt. No. 4039 | Notice of Appeal filed by Rick Phillips |

40

| Dkt. No. 4089 | Corrected Memorandum Opinion Signed on 11/9/2023 Approving CEL Token Settlement and Resolving Issue of Collateral Ownership in the Modified Joint Chapter 11 Plan of Celsius Network and its Debtors Affiliates |
|---|---|
| Celsius Ex. 118 | May 25, 2023 Post from @CryptoYOLO7 |
| UCC-236 | Email from Rick Phillips to Aaron Colodny dated August 25, 2023 |
| UCC-237 | Email from Rick Phillips to Aaron Colodny dated August 30, 2023 |
| UCC-238 | Email from Rick Phillips to Aaron Colodny dated September 14, 2023 |

**Exhibit 2**

**Items to Be Stricken from Phillips Record Designation**

| Docket No.[4] | Docket Entry |
|---|---|
| Dkt. No. 3693 | Transcript regarding Hearing Held on 10/2/2023 At 2:13 PM RE: Hybrid Confirmation Hearing.; Etc. Remote electronic access to the transcript is restricted until 1/2/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [3644], [3635]). Notice of Intent to Request Redaction Deadline Due By 10/10/2023. Statement of Redaction Request Due By 10/24/2023. Redacted Transcript Submission Due By 11/3/2023. Transcript access will be restricted through 1/2/2024. (Ramos, Jonathan) |
| Dkt. No. 3728 | Transcript regarding Hearing Held on 10/4/2023 At 9:05 AM RE: Confirmation Hearing. Remote electronic access to the transcript is restricted until 1/4/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 10/13/2023. Statement of Redaction Request Due By 10/27/2023. Redacted Transcript Submission Due By 11/6/2023.<br>Transcript access will be restricted through 1/4/2024. (Ramos, Jonathan) |
| Dkt. No. 3748 | Transcript regarding Hearing Held on 10/5/2023 At 10:03 AM RE: Hybrid Confirmation Hearing.; Motion For Entry Of An Order (I) Approving The Settlement By And Between The Debtors And Walter Johnson And (II) Granting Related Relief..; Etc. Remote electronic access to the transcript is restricted until 1/8/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) [3482], [3474], [3473], [3522], [3472], [3504], [3503]). Notice of Intent to Request Redaction Deadline Due By 10/17/2023. Statement of Redaction Request Due By 10/31/2023. Redacted Transcript Submission Due By 11/13/2023. Transcript access will be restricted through 1/8/2024. (Ramos, Jonathan) |
| Dkt. No. 3797 | Order Signed on 10/12/2023 Requiring Otis Davis To Appear For Virtual Deposition. It is So-Ordered. (related document(s)[3794]) (Suarez, Aurea) |
| Dkt. No. 3850 | Transcript regarding Hearing Held on 10/16/2023 At 2:05 PM RE: Hybrid Confirmation Hearing. Remote electronic access to the transcript is restricted until 1/16/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service |

---

[4]    Unless otherwise indicated, all docket numbers refer to the docket in *In re Celsius Network et al.*, Case No. 22-10964 (MG) (Bankr. S.D.N.Y.).

| | |
|---|---|
| | Agency.). Notice of Intent to Request Redaction Deadline Due By 10/25/2023. Statement of Redaction Request Due By 11/8/2023. Redacted Transcript Submission Due By 11/20/2023. Transcript access will be restricted through 1/16/2024. (Ramos, Jonathan) |
| Dkt. No. 3858 | Transcript regarding Hearing Held on 10/17/2023 At 9:03 AM RE: Hybrid Confirmation Hearing. Remote electronic access to the transcript is restricted until 1/18/2024. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 10/27/2023. Statement of Redaction Request Due By 11/13/2023. Redacted Transcript Submission Due By 11/20/2023. Transcript access will be restricted through 1/18/2024. (Ramos, Jonathan) |