**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before December 20, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the Miningco Transaction and (II) Granting Related Relief** (Docket No. 4050)

Dated: December 27, 2023

Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 27th day of December, 2023, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: ______________

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**

STRETTO

# Exhibit A

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ANDREW WARD | ON FILE |
| ANTHONY WANNER | ON FILE |
| ANTONIA MARIE ROBERTS | ON FILE |
| ARON ALLEN MCCLAIN | ON FILE |
| BENJAMIN AGUILERA | ON FILE |
| BRIAN CHARLES POLACHEK | ON FILE |
| BROCKLAN PLEDGER | ON FILE |
| CARL HAYNES | ON FILE |
| CELESTE WUNDERLI | ON FILE |
| CHARLSON GAINES | ON FILE |
| CHERYL HINES | ON FILE |
| CHRIS FUNK | ON FILE |
| CHRISTINA BESSE | ON FILE |
| CHRISTOPHER ALLEN JOHNSON | ON FILE |
| CHRISTOPHER MASSEY | ON FILE |
| CHRISTOPHER PEARSON | ON FILE |
| CHRISTOPHER SMITH | ON FILE |
| CORDELL BARTRUM | ON FILE |
| DALE ARMITAGE | ON FILE |
| DAN WOODS | ON FILE |
| DANIEL RIVERA | ON FILE |
| DOMINIC ALLAN MARKS | ON FILE |
| DOUG BEATY | ON FILE |
| ERIC RIGBY | ON FILE |
| ERNEST TURBESSI JR | ON FILE |
| ERVIN CANIGUR | ON FILE |
| EVAN LUCIE | ON FILE |
| EVELYN HUERTAS | ON FILE |
| GURINDER SINGH | ON FILE |
| HECTOR MANUEL HARO AVILA | ON FILE |
| ISABEL VALENTIN | ON FILE |
| JASON KRUK | ON FILE |
| JASON SIMS | ON FILE |
| JEFF MCCOURT | ON FILE |
| JEREMY LAWN | ON FILE |
| JESSICA YU | ON FILE |
| JOHN MICHAEL LEWIS | ON FILE |
| JOSE MARTINEZ | ON FILE |
| JOSEFA GOMEZ | ON FILE |

STRETTO

# Exhibit A

Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| JOSHUA A EMERALD | ON FILE |
| JOSHUA SUMMERS | ON FILE |
| JULIE SEEL | ON FILE |
| KAY HERBST | ON FILE |
| KELSEY HORN | ON FILE |
| KEVIN WALDRON | ON FILE |
| LANDON CARTER | ON FILE |
| LUIS CASILLAS | ON FILE |
| MARK AARON HELSER | ON FILE |
| MATT WESTERN | ON FILE |
| MECCA BUTLER | ON FILE |
| MEGAN HOBSON | ON FILE |
| MICHAEL ITALIANO | ON FILE |
| MICHELLE MONIN | ON FILE |
| MIKE MCLOGAN | ON FILE |
| NICKET PATEL | ON FILE |
| PARKER SIMMONS | ON FILE |
| REALYNN M BIRKY | ON FILE |
| RICH VANDORT | ON FILE |
| ROBERT NELSON | ON FILE |
| ROMADELYS CHIRINOS | ON FILE |
| SARASWATHI SINDHU MUTHIAH | ON FILE |
| SCOTT HADLEY | ON FILE |
| SHELBY WALTERS | ON FILE |
| SIMON POLLAYIL | ON FILE |
| SYLWIA KRUPINSKA | ON FILE |
| TERESA EARP | ON FILE |
| THEE SAENG | ON FILE |
| TREVOR THOMPSON | ON FILE |
| TROY HUNTER | ON FILE |
| VA MOUA | ON FILE |
| VANESSA POZO | ON FILE |
| VINCENT RUSSELL | ON FILE |
| YEVGENY OPALKA | ON FILE |