**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

| | |
|---|---|
| IN RE: Celsius Network LLC | CASE NO.: 22−10964−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 87−1192148 | CHAPTER: 11 |

# NOTICE OF TRANSMITTAL OF RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 11/23/23, document number 4032, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 23−cv−10368 assigned to the Honorable Lorna G. Schofield.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: December 26, 2023                                 Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-10964-mg |
| Celsius Network LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 12 |
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Johan Bronge |
| tee | | Johan Bronge |
| unk | | Johan Bronge |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 28, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Colodny | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.colodny@whitecase.com jdisanti@whitecase.com,mco@whitecase.com |
| Aaron Garber | on behalf of Creditor Renard Ulrey agarber@wgwc-law.com |
| Aaron L. Casagrande | on behalf of Defendant Alexander Christy aaron.casagrande@icemiller.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board aryan@sneedvine.com |
| Adrienne Woods | on behalf of Plaintiff Gilbert Castillo awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Plaintiff Georges Georgiou awoods@wzmplaw.com |
| Adrienne Woods | |

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 3 of 13

| District/off: 0208-1 | User: admin | Page 2 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Adrienne Woods
    on behalf of Creditor Philip Harris Stewart awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Michael Bottjer awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Celsius SPV1 Ltd awoods@wzmplaw.com

Adrienne Woods
    on behalf of Plaintiff Philip Harris Stewart awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Gilbert Castillo awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Georges Georgiou awoods@wzmplaw.com

Alexandra Steinberg Barrage
    on behalf of Unknown Ripple Labs Inc. abarrage@dwt.com

Alyson M. Fiedler
    on behalf of Defendant Alexander Christy alyson.fiedler@icemiller.com
    john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com

Andrea Amulic
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors andrea.amulic@whitecase.com
    jdisanti@whitecase.com,mco@whitecase.com

Andrew Jones
    on behalf of Transferee Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com

Andrew R. Gottesman
    on behalf of Unknown Symbolic Capital Partners gottesman@mintzandgold.com gottesman@mintzandgold.com

Annemarie V. Reilly
    on behalf of Debtor Celsius Network LLC annemarie.reilly@lw.com

Anthony J. DeGirolamo
    on behalf of Creditor Eric Wohlwend tony@ajdlaw7-11.com

Arie Peled
    on behalf of Creditor Ignat Tuganov aapeled@venable.com

Avi Weitzman
    on behalf of Interested Party Adrian Alisie  Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda Ramos, and Rodney Sunada-Wong aweitzman@paulhastings.com

Avi Weitzman
    on behalf of Interested Party Hanoch "Nuke" Goldstein aweitzman@paulhastings.com

Barry R. Kleiner
    on behalf of Creditor Harrison Schoenau dkleiner@kkwc.com

Barry R. Kleiner
    on behalf of Creditor Brendan White dkleiner@kkwc.com

Barry R. Kleiner
    on behalf of Transferee Oroboros Cel 1  LLC dkleiner@kkwc.com

Benjamin Finestone
    on behalf of Unknown Blockchain Recovery Investment Consortium benjaminfinestone@quinnemanuel.com
    lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com

Benjamin R. Allee
    on behalf of Unknown Alex Mashinsky benjamin@yankwitt.com

Bonnie R. Golub
    on behalf of Creditor Matthew Pinto bgolub@wgpllp.com

Brian D. Glueckstein
    on behalf of Creditor Alameda Research LLC gluecksb@sullcrom.com
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian G. Hannon
    on behalf of Creditor Peter Polombo bhannon@norgaardfirm.com
    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Brian S. Lennon
    on behalf of Unknown Blockchain Recovery Investment Consortium maosbny@willkie.com  blennon@willkie.com

Bryan Kotliar
    on behalf of Interested Party Ad Hoc Group of Custodial Account Holders bkotliar@teamtogut.com
    eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;dperson@teamtogut.com;agla

22-10964-mg  Doc 4176  Filed 12/28/23  Entered 12/29/23 00:08:16  Imaged
Certificate of Notice  Pg 4 of 13

| District/off: 0208-1 | User: admin | Page 3 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | ubach@teamtogut.com |
| Bryan Kotliar | on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders bkotliar@teamtogut.com eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;dperson@teamtogut.com;aglaubach@teamtogut.com |
| Carl D. Neff | on behalf of Unknown New Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carl D. Neff | on behalf of Creditor PREH Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carl D. Neff | on behalf of Creditor MRK Spanish Ridge  LLC carl.neff@fisherbroyles.com |
| Carla O. Andres | on behalf of Examiner Sontchi  LLC candres@gklaw.com, kboucher@gklaw.com |
| Carol Weiner Levy | on behalf of Plaintiff Ignat Tuganov cwlevy@venable.com  cwlevy@venable.com |
| Catherine Steege | on behalf of Examiner Shoba Pillay csteege@jenner.com  jeffrey_cross@discovery.com |
| Chase Aleksander Stone | on behalf of Interested Party Simon Dixon cstone@ecjlaw.com |
| Daniel Eggermann | on behalf of Unknown Tether International Limited deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Daniel J. McCarthy | on behalf of Creditor A2E  aka Anything2Everything dmccarthy@hillfarrer.com |
| Darren T. Azman | on behalf of Interested Party Galaxy Digital LP dazman@mwe.com  mco@mwe.com;dnorthrop@mwe.com |
| Darren T. Azman | on behalf of Interested Party Galaxy Digital Mining LLC dazman@mwe.com  mco@mwe.com;dnorthrop@mwe.com |
| Darren T. Azman | on behalf of Interested Party Cred Inc. Liquidation Trust dazman@mwe.com  mco@mwe.com;dnorthrop@mwe.com |
| Darren T. Azman | on behalf of Interested Party Galaxy Digital Trading LLC dazman@mwe.com  mco@mwe.com;dnorthrop@mwe.com |
| David Turetsky | on behalf of Creditor Committee The Official Committee of Unsecured Creditors david.turetsky@whitecase.com jdisanti@whitecase.com,mco@whitecase.com |
| David J. Adler | on behalf of Creditor Zaryn Dentzel dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Keith Suckno dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Anabelle Dias dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Chris Villinger dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Joseph Eduardo dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Christopher Little dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Martin Langlois dadler@mccarter.com |
| David J. Adler | on behalf of Creditor John Dzaran dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Paola Leano Peralta dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Michael Conlon dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Ad Hoc Group of Borrowers dadler@mccarter.com |

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 5 of 13

| District/off: 0208-1 | User: admin | Page 4 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| David J. Adler | on behalf of Unknown Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Monika Kosa dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Gregory Kieser dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Michael Conlon dadler@mccarter.com |
| David J. Adler | on behalf of Plaintiff Ad Hoc Group of Borrowers dadler@mccarter.com |
| David M Pohl | on behalf of Unknown Bradley Condit david.pohl@parkerpohl.com |
| Dawn R. Copley | on behalf of Unknown Thomas Shannon D.D.S. dcopley@dickinsonwright.com, tcorey@dickinsonwright.com |
| Dean Lindsay Chapman, Jr. | on behalf of Defendant Celsius Mining LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network Limited dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius KeyFi LLC dchapman@akingump.com nymco@akingump.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders and Other Transferees deborah.kovsky@troutman.com kay.kress@troutman.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders deborah.kovsky@troutman.com kay.kress@troutman.com |
| Devin Freedman | on behalf of Defendant Jason Stone vel@fnf.law |
| Devin Freedman | on behalf of Defendant KeyFi Inc. vel@fnf.law |
| Dina L. Yunker Frank | on behalf of Creditor Washington State Taxing Agencies bcuyunker@atg.wa.gov |
| Eduardo J. Glas | on behalf of Creditor Gregory Kieser ejglas@gmail.com |
| Edward J. LoBello | on behalf of Creditor Natakom Chulamorkodt elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Edward J. LoBello | on behalf of Creditor Nol and Nhat Van Meyer elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Edward J. LoBello | on behalf of Creditor Diana Thant elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Elizabeth Scott | on behalf of Plaintiff Celsius Network Limited edscott@akingump.com |
| Elizabeth Scott | on behalf of Plaintiff Celsius KeyFi LLC edscott@akingump.com |
| Elizabeth Scott | on behalf of Defendant Celsius Mining LLC edscott@akingump.com |
| Emily K. Devan | on behalf of Unknown Josh Tornetta edevan@milesstockbridge.com |
| Eric Goldstein | on behalf of Creditor Gartner Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com |
| Erica Kravchenko | on behalf of Creditor Keith Ryals ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com |
| Erica Kravchenko | on behalf of Creditor Stuart McLean ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com |

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 6 of 13

| District/off: 0208-1 | User: admin | Page 5 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Evan J. Zucker
    on behalf of Interested Party John Marchioni ezucker@blankrome.com eDocketing@blankrome.com

Gregory Juell
    on behalf of Defendant Equities First Holdings LLC gregory.juell@us.dlapiper.com, gregory-juell-7748@ecf.pacerpro.com

Gregory Kopacz
    on behalf of Creditor Illumiti Corp a/k/a Syntax Systems USA LP gkopacz@sillscummis.com

Gregory F Pesce
    on behalf of Other Prof. Elementus Inc. gregory.pesce@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
    on behalf of Consultant Elementus Inc. gregory.pesce@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
    on behalf of Interested Party Perella Weinberg Partners LP gregory.pesce@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
    on behalf of Financial Advisor M3 Advisory Partners LP gregory.pesce@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

Gregory F Pesce
    on behalf of Other Prof. Gornitzky & Co. gregory.pesce@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Hollace T. Cohen
    on behalf of Creditor Vincent Theodore Goetten hollace.cohen@fisherbroyles.com

Howard Steel
    on behalf of Defendant Prime Trust LLC HSteel@goodwinlaw.com

Hugh R. McCullough
    on behalf of Unknown Ripple Labs Inc. hughmccullough@dwt.com sherriparsons@dwt.com;SEADocket@dwt.com

Isaac M. Hoenig
    on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure ihoenig@foxrothschild.com

James I. Glasser
    on behalf of Unknown Connor Nolan c/o Wiggin and Dana LLP jglasser@wiggin.com

Jason A Nagi
    on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann Nicholas Farr and Brett Perry jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jeffrey Bernstein
    on behalf of Creditor The New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com

Jeffrey Bernstein
    on behalf of Interested Party New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com

Jeffrey Chubak
    on behalf of Transferee Lantern Ventures Ltd. jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak
    on behalf of Unknown Pharos Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak
    on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Alan Latov
    on behalf of Defendant Celsius Mining LLC jlatov@akingump.com

Jeffrey R. Gleit
    on behalf of Interested Party Ashraf Elshafei jeffrey.gleit@afslaw.com lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey S. Cianciulli
    on behalf of Creditor Matthew Pinto jcianciulli@wgpllp.com imarciniszyn@weirparters.com

Jeffrey S. Sabin
    on behalf of Creditor Ignat Tuganov jssabin@venable.com

Jeffrey S. Sabin
    on behalf of Plaintiff Ignat Tuganov jssabin@venable.com

Jennifer Rood

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 7 of 13

| District/off: 0208-1 | User: admin | Page 6 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Vermont Dept. of Financial Regulation jennifer.rood@vermont.gov |
| Jennifer Selendy | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jselendy@selendygay.com |
| Jessica Mannon | |
| | on behalf of Plaintiff Celsius KeyFi LLC jmannon@akingump.com |
| Jessica Mannon | |
| | on behalf of Plaintiff Celsius Network Limited jmannon@akingump.com |
| Joel L Perrell, Jr | |
| | on behalf of Unknown Josh Tornetta joel.perrell@wbd-us.com |
| John Kane | |
| | on behalf of Plaintiff Celsius Network LLC jkane@akingump.com |
| John Kane | |
| | on behalf of Plaintiff Celsius Network Limited jkane@akingump.com |
| John Reding | |
| | on behalf of Creditor Illinois Secretary of State john.reding@ilag.gov |
| John D Giampolo | |
| | on behalf of Unknown Jonathan Kelly jgiampolo@rosenbergestis.com |
| Jonathan Ohring | |
| | on behalf of Unknown Alex Mashinsky jonathan@yankwitt.com |
| Joseph Cioffi | |
| | on behalf of Unknown 168 Trading Limited jcioffi@dglaw.com  jheatherton@dglaw.com |
| Joshua Mester | |
| | on behalf of Stockholder CDP Investissements Inc. jmester@jonesday.com |
| Joshua Sussberg | |
| | on behalf of Debtor Celsius Network LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Defendant Celsius Network Limited jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Debtor Celsius Network Limited jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Debtor Celsius Network Inc. jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Plaintiff Celsius KeyFi LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Defendant Celsius Network LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Debtor Celsius KeyFi LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Financial Advisor Alvarez & Marsal North America  LLC jsussberg@kirkland.com,<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Other Prof. Ernst & Young LLP jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Debtor Celsius Networks Lending LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Defendant Celsius Networks Lending LLC jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | |
| | on behalf of Debtor GK8 UK Limited jsussberg@kirkland.com<br>hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 8 of 13

| District/off: 0208-1 | User: admin | Page 7 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Joshua Sussberg
    on behalf of Defendant Celsius Network Inc. jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Other Prof. Stout Risius Ross  LLC jsussberg@kirkland.com,
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Keyfi LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Celsius Network LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Attorney Kirkland & Ellis LLP and Kirkland & Ellis International LLP jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Mining LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Unknown Lucy L. Thomson jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Celsius Mining LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius US Holding LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor GK8 USA LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Celsius US Holding LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Lending LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Celsius Network Limited jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Celsius Mining LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Celsius Lending LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Other Prof. Centerview Partners LLC jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor GK8 Ltd. jsussberg@kirkland.com
    hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Weedman
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jweedman@whitecase.com
    jdisanti@whitecase.com,mco@whitecase.com

Joyce A. Kuhns
    on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann  Nicholas Farr and Brett Perry
    jkuhns@offitkurman.com

Juandisha Harris
    on behalf of Creditor State of Michigan Department of Treasury harrisj12@michigan.gov

Julie F. Montgomery
    on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Julie Marissa Wolf

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 9 of 13

| District/off: 0208-1 | User: admin | Page 8 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

on behalf of Stockholder Community First Partners LLC jwolf@milbank.com

Julie Marissa Wolf

on behalf of Stockholder Celsius New SPV Investors LP jwolf@milbank.com

Julie Marissa Wolf

on behalf of Stockholder Celsius SPV Investors LP jwolf@milbank.com

Karen Cordry

on behalf of Attorney Karen Cordry kcordry@naag.org

Karen Cordry

on behalf of Interested Party Alabama Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and Oklahoma kcordry@naag.org

Katherine Johnson

on behalf of Interested Party Federal Trade Commission kjohnson3@ftc.gov kaizpuru@ftc.gov

Katherine Stadler

on behalf of Examiner Sontchi LLC kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler

on behalf of Attorney Godfrey & Kahn S.C. kstadler@gklaw.com, kboucher@gklaw.com

Kenneth Aulet

on behalf of Unknown Fahrenheit LLC kaulet@brownrudnick.com, hcohen@brownrudnick.com;tburns@brownrudnick.com

Kevin J. Windels

on behalf of Interested Party Kevin Windels Euclid Financial Institution Underwriters LLC kwindels@kdvlaw.com, ecf@damato-lynch.com;managingclerk@damato-lynch.com

Kimberly Anne Havlin

on behalf of Creditor Committee The Official Committee of Unsecured Creditors kim.havlin@whitecase.com jdisanti@whitecase.com;mco@whitecase.com

Kyle J. Ortiz

on behalf of Interested Party Ad Hoc Group of Custodial Account Holders kortiz@teamtogut.com dperson@teamtogut.com;aoden@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;lebrahimi@teamtogut.com;jgallego@teamtogut.com

Kyle J. Ortiz

on behalf of Plaintiff Ad Hoc Group of Custodial Account Holders kortiz@teamtogut.com dperson@teamtogut.com;aoden@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;lebrahimi@teamtogut.com;jgallego@teamtogut.com

Kyle William Roche

on behalf of Creditor KeyFi Inc. kyle@kyleroche.law akaradjas@rochefreedman.com

Kyle William Roche

on behalf of Creditor Jason Stone kyle@kyleroche.law akaradjas@rochefreedman.com

Kyle William Roche

on behalf of Defendant Jason Stone kyle@kyleroche.law akaradjas@rochefreedman.com

Kyle William Roche

on behalf of Defendant KeyFi Inc. kyle@kyleroche.law, akaradjas@rochefreedman.com

Lawrence J. Kotler

on behalf of Creditor Adrian Perez-Siam ljkotler@duanemorris.com

Layla Milligan

on behalf of Interested Party Texas Department of Banking layla.milligan@oag.texas.gov

Layla Milligan

on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Leigh Nathanson

on behalf of Unknown Koala 2 LLC lnathanson@kslaw.com

Lucian Murley

on behalf of Interested Party Willis Towers Watson US LLC luke.murley@saul.com robyn.warren@saul.com

Lucy Thomson

on behalf of Unknown Lucy L. Thomson lucythomson_cpo@earthlink.net

Lucy Thomson

on behalf of Consumer Privacy Ombudsman Consumer Privacy Ombudsman lucythomson_cpo@earthlink.net

Malcolm M Bates

on behalf of Creditor Adrian Perez-Siam mbates@duanemorris.com

Mario O. Gazzola

on behalf of Unknown Blockchain Recovery Investment Consortium mariogazzola@quinnemanuel.com

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 10 of 13

| District/off: 0208-1 | User: admin | Page 9 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Mark Bruh
    on behalf of U.S. Trustee United States Trustee mark.bruh@usdoj.gov

Mark Norgaard
    on behalf of Creditor Peter Polombo mnorgaard@norgaardfirm.com crose@norgaardfirm.com;sferreira@norgaardfirm.com

Mark A. Lindsay
    on behalf of Creditor Courtney Burks Steadman mlindsay@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Stuart McLean mlindsay@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Brett Flora mlindsay@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Keith Ryals mlindsay@bernsteinlaw.com

Mark A. Lindsay
    on behalf of Creditor Kim David Flora mlindsay@bernsteinlaw.com

Mark B Joachim
    on behalf of Interested Party Galaxy Digital Trading LLC mjoachim@polsinelli.com

Mark Warren Hancock
    on behalf of Examiner Sontchi LLC mhancock@gklaw.com

Marvin E. Clements, Jr.
    on behalf of Creditor TN Dept of Commerce and Insurance agbanknewyork@ag.tn.gov

Mary Stephanie Wickouski
    on behalf of Defendant StakeHound SA swickouski@lockelord.com dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Matthew A. Lafferman
    on behalf of Interested Party Terraform Labs PTE Ltd. matthew.lafferman@dentons.com

Matthew J. Gold
    on behalf of Creditor Harrison Schoenau mgold@kkwc.com jremi@kkwc.com;etaylor@kkwc.com

Melissa L. Van Eck
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov

Michael Andolina
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors mandolina@whitecase.com jdisanti@whitecase.com,mco@whitecase.com

Michael Chen
    on behalf of Plaintiff Celsius KeyFi LLC mchen@akingump.com

Michael Chen
    on behalf of Plaintiff Celsius Network Limited mchen@akingump.com

Michael D. Morris
    on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions Morrismd@doj.state.wi.us radkeke@doj.state.wi.us

Michael P. Broadhurst
    on behalf of Creditor Matthew Pinto mbroadhurst@wgpllp.com

Michael R. Handler
    on behalf of Unknown Koala 2 LLC mhandler@kslaw.com jcmccullough@kslaw.com;LShermohammed@KSLAW.com

Michael R. Herz
    on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure mherz@foxrothschild.com, cbrown@formanlaw.com

Michael R. Herz
    on behalf of Creditor Nuno Saravia mherz@foxrothschild.com cbrown@formanlaw.com

Michael S. Etkin
    on behalf of Interested Party Proposed Lead Plaintiffs In Securities Class Action Litigation metkin@lowenstein.com mseymour@lowenstein.com

Michael Todd Parker
    on behalf of Unknown Bradley Condit todd.parker@parkerpohl.com

Mitchell Hurley
    on behalf of Defendant Celsius Mining LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com

Mitchell Hurley
    on behalf of Plaintiff Celsius Network LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 11 of 13

| District/off: 0208-1 | User: admin | Page 10 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Mitchell Hurley
on behalf of Debtor Celsius Network LLC mhurley@akingump.com
bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com

Mitchell Hurley
on behalf of Plaintiff Celsius KeyFi LLC mhurley@akingump.com
bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com

Mitchell Hurley
on behalf of Plaintiff Celsius Network Limited mhurley@akingump.com
bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com

Monique Debrikka Jewett-Brewster
on behalf of Creditor Jonathan Jerry Shroyer mjb@hopkinscarley.com ngonzalez@hopkinscarley.com

Morris D. Weiss
on behalf of Creditor RH Montgomery Properties Inc. morris.weiss@hklaw.com,
sherri.savala@wallerlaw.com;annmarie.jezisek@wallerlaw.com

Nelly Cessiska Almeida
on behalf of Stockholder Community First Partners LLC nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida
on behalf of Stockholder Celsius New SPV Investors LP nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida
on behalf of Stockholder Celsius SPV Investors LP nalmeida@milbank.com,
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nelly Cessiska Almeida
on behalf of Stockholder CDP Investissements Inc. nalmeida@milbank.com
jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nicole A Leonard
on behalf of Creditor The New Jersey Bureau of Securities nleonard@mdmc-law.com sshidner@mdmc-law.com

Patricia B. Tomasco
on behalf of Unknown Swissblock Capital AG pattytomasco@quinnemanuel.com barbarahowell@quinnemanuel.com

Paul N. Silverstein
on behalf of Interested Party Creditor Rights Coalition paulsilverstein@huntonak.com

Paul R. Shankman
on behalf of Creditor Resources Connection, LLC, dba Resources Global Professionals, aka RGP pshankman@fortislaw.com

Pieter Van Tol
on behalf of Interested Party Shlomi Daniel Leon pieter.vantol@hoganlovells.com pieter-vantol-0733@ecf.pacerpro.com

Pieter Van Tol
on behalf of Interested Party Aliza Landes pieter.vantol@hoganlovells.com pieter-vantol-0733@ecf.pacerpro.com

Raniero D'Aversa
on behalf of Interested Party Galaxy Digital Trading LLC rdaversa@orrick.com
mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com

Ray C Schrock
on behalf of Unknown Core Scientific Inc. ray.schrock@weil.com, matthew.goren@weil.com

Richard J. Pilson
on behalf of Creditor Lisa T Vickers richardjpilson@aol.com

Roma N Desai
on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Ronit Berkovich
on behalf of Unknown Core Scientific Operating Company Ronit.Berkovich@weil.com

Ronit Berkovich
on behalf of Unknown Core Scientific Inc. Ronit.Berkovich@weil.com

Samir Vora
on behalf of Stockholder Community First Partners LLC svora@milbank.com

Samir Vora
on behalf of Stockholder Celsius New SPV Investors LP svora@milbank.com

Samir Vora
on behalf of Stockholder Celsius SPV Investors LP svora@milbank.com

Samuel P Hershey
on behalf of Creditor Committee The Official Committee of Unsecured Creditors shershey@whitecase.com

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 12 of 13

| District/off: 0208-1 | User: admin | Page 11 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | mco@whitecase.com,jdisanti@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors shershey@whitecase.com mco@whitecase.com,jdisanti@whitecase.com |
| Sarah M. Schrag | |
| | on behalf of Interested Party Terraform Labs PTE Ltd. sarah.schrag@dentons.com |
| Scott I. Davidson | |
| | on behalf of Creditor Fireblocks Ltd. sdavidson@kslaw.com  jcmccullough@kslaw.com |
| Sean Andrew Feener | |
| | on behalf of Defendant StakeHound SA sean.feener@lockelord.com |
| Seth H. Lieberman | |
| | on behalf of Creditor Thomas DiFiore slieberman@pryorcashman.com  bankruptcydocketing@pryorcashman.com |
| Shara Claire Cornell | |
| | on behalf of U.S. Trustee United States Trustee shara.cornell@usdoj.gov |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shaya Rochester | |
| | on behalf of Interested Party Perella Weinberg Partners LP shaya.rochester@katten.com  nyc.bknotices@katten.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Alexander Mashinsky sgiugliano@rmfpc.com  samiel@rmfpc.com,smcgrath@rmfpc.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor AM Ventures Holdings Inc. sgiugliano@rmfpc.com  samiel@rmfpc.com,smcgrath@rmfpc.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Koala1 LLC sgiugliano@rmfpc.com  samiel@rmfpc.com,smcgrath@rmfpc.com |
| Stephen Manning | |
| | on behalf of Unknown State of Washington Stephen.Manning@atg.wa.gov  GCEEF@atg.wa.gov |
| Steven Mulligan | |
| | on behalf of Creditor Joe Breher smulligan@cp2law.com  agarcia@cp2law.com |
| Stuart P. Gelberg | |
| | on behalf of Creditor Kyle Farmery spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Clint Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Jyoti Sukhnani spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Yasmine Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Brandon Voss spg@13trustee.net |
| Susan L Adler | |
| | on behalf of Creditor JR Investment Trust nycsa@aol.com  susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Creditor David Hoffman nycsa@aol.com  susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Unknown Odette Wohlman nycsa@aol.com  susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Stockholder Andersen Invest Luxembourg S.A SPF nycsa@aol.com  susannycsa@gmail.com |
| Thaddeus D. Wilson | |
| | on behalf of Unknown Fireblocks Ltd thad-wilson-5971@ecf.pacerpro.com jcmccullough@kslaw.com;christine-camp-7595@pacerpro.com |
| Thaddeus D. Wilson | |
| | on behalf of Unknown Fireblocks Inc. thad-wilson-5971@ecf.pacerpro.com jcmccullough@kslaw.com;christine-camp-7595@pacerpro.com |
| Therese Scheuer | |
| | on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov |
| Thomas Robert Dominczyk | |
| | on behalf of Creditor AmTrust North America  Inc. on behalf of Associated Industries Insurance Company, Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |

22-10964-mg    Doc 4176    Filed 12/28/23    Entered 12/29/23 00:08:16    Imaged
Certificate of Notice    Pg 13 of 13

| District/off: 0208-1 | User: admin | Page 12 of 12 |
|---|---|---|
| Date Rcvd: Dec 26, 2023 | Form ID: tranapl | Total Noticed: 0 |

Thomas S. Kessler
    on behalf of Interested Party Coinbase Inc. tkessler@cgsh.com, maofiling@cgsh.com

Thomas Scott Leo
    on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY sleo@leolawpc.com emartinez@leolawpc.com

Tyler Nathaniel Layne
    on behalf of Creditor RH Montgomery Properties Inc. tyler.layne@hklaw.com, chris.cronk@wallerlaw.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Victor Noskov
    on behalf of Unknown Pharos Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com

Victor Noskov
    on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com

Vincent Edward Lazar
    on behalf of Examiner Shoba Pillay vlazar@jenner.com

Virginia T. Shea
    on behalf of Creditor The New Jersey Bureau of Securities vshea@mdmc-law.com

Warren E. Gluck
    on behalf of Unknown Foreign Representatives of Three Arrows Capital Ltd. warren.gluck@hklaw.com, elvin.ramos@hklaw.com,glenn.huzinec@hklaw.com,elliot.magruder@hklaw.com,hapi@hklaw.com

William C. Manderson
    on behalf of Interested Party Simon Dixon cmanderson@ecjlaw.com

William D Schroeder, Jr
    on behalf of Creditor EMCO Technology Inc. schroeder@jrlaw.org, healey@jrlaw.org

William Matthew Uptegrove
    on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

TOTAL: 270