**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

  Upon the motion of Lisa S. Bonsall, to be admitted *pro hac vice*, to represent the Ad Hoc Group of Borrowers in the above-referenced chapter 11 cases, and upon the movant's certification that the movant is a member in good standing of the State Bar of New Jersey and the State Bar of Pennsylvania, it is hereby,

  **ORDERED,** that Lisa S. Bonsall. is admitted to practice, *pro hac vice*, in the above-referenced chapter 11 cases to represent the Ad Hoc Group of Borrowers in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

New York, New York
Dated: January 4, 2024

                    /s/Martin Glenn
                  THE HONORABLE MARTIN GLENN
                  CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.