# EXHIBIT A

## SUMMARY OF WORK PERFORMED AND TIME ALLOCATED

# VENABLE LLP

## SUMMARY OF WORK PERFORMED AND TIME ALLOCATED

| WORK PERFORMED | ESTIMATE[1] OF HOURS BILLED | ESTIMATE OF AMOUNT BILLED |
|---|---|---|
| Expanding Scope of Examiner's Investigation/Mediation Request | 61 | $62,118.00 |
| Ponzi and Substantive Consolidation Complaint Matters | 269.4 | $273,630.00 |
| Class Claim Matters | 220.1 | $255,706 |
| Mediation/Plan Term Sheet/Plan Support Agreement Matters | 507.9 | $609,334.00 |
| Other[2] | 161.3 | $182,301.00 |
| **TOTAL FEES BILLED THROUGH 9/11/23** | **1,219.7** | **$1,383,089.00** |
| Anticipated Work Through Plan Effective Date | | $300,000.00 |
| **TOTAL FEES TO BE REIMBURSED** | | **$1,683,089.00** |
| **TOTAL COSTS TO BE REIMBURSED** | | **$6,803.46** |

---

[1] The hours billed are an estimate, because Venable did not initially know that it would be filing an application for substantial contribution and would need to bill each task individually, so most of its time entries contain blocks of several tasks related to different categories of work. The estimates are a good faith effort, after having reviewed each time entry, at estimating how much of a single entry would likely be attributable to one of the categories of work set forth in this Summary.

[2] The "Other" category reflects work needed to be performed by Venable to be prepared for participating in the case, such as reviewing pleadings, internal strategy conferences, and conferring generally with estate professionals. For example, it would have been impossible to have participated meaningfully in the Mediation had Venable not been reviewing proposed settlement agreements, versions of proposed chapter 11 plans, and other pleadings relevant to critical issues. The "Other" category does not include any work performed from the Petition Date through September 18, 2023 in connection with (i) Mr. Tuganov's proofs of claim, (ii) work performed in connection with stablecoin sales, (iii) work performed in connection with the bid procedures, the auction, or the sale of any assets, or (iv) work performed in preparing the substantial contribution application.