# EXHIBIT B

# Exhibit B

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/11/2022 | DKA | Correspond with ad hoc group members re information needed for Rule 2019 statement | 0.1 | 76.00 | B150 |
| 8/11/2022 | SMH | Prepare notice of appearance | 0.3 | 114.00 | B110 |
| 8/11/2022 | SMH | Prepare e-mail to and telephone call with D. Kovsky-Apap re notice of appearance | 0.2 | 76.00 | B110 |
| 8/11/2022 | SMH | File notice of appearance | 0.2 | 76.00 | B110 |
| 8/11/2022 | SMH | Arrange for service of notice of appearance | 0.1 | 38.00 | B110 |
| 8/26/2022 | DKA | Draft Rule 2019 statement | 0.5 | 380.00 | B150 |
| 8/26/2022 | DKA | Correspond with ad hoc group members re Rule 2019 statement and privacy/safety concerns | 0.4 | 304.00 | B150 |
| 8/29/2022 | SMH | Prepare service list, email block and mailing labels for verified statement re Rule 2019 and statement in support of motion to redact | 1.2 | 456.00 | B110 |
| 8/29/2022 | SMH | Prepare e-mail to and telephone call with Stretto re confidential service information | 0.2 | 76.00 | B110 |
| 8/29/2022 | SMH | Prepare e-mails to and telephone call with D. Kovsky re confidential service information | 0.3 | 114.00 | B110 |
| 8/29/2022 | SMH | Prepare COS for verified statement re Rule 2019 and statement in support of motion to redact | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | Prepare e-mail to Parcels Inc. re service of verified statement and statement in support of motion to redact | 0.1 | 38.00 | B110 |
| 8/30/2022 | SMH | Prepare e-mail to and telephone call with D. Kovsky re verified statement re Rule 2019 and statement in support of motion to redact | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | Finalize COS for verified statement and statement in support of motion to redact | 0.4 | 152.00 | B110 |
| 8/30/2022 | SMH | File COS for verified statement and statement in support of motion to redact | 0.2 | 76.00 | B110 |
| 8/30/2022 | SMH | File verified statement re Rule 2019 | 0.2 | 76.00 | B110 |

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 8/30/2022 | SMH | Prepare e-mails to service list re verified statement and statement in support of motion to redact | 0.3 | 114.00 | B110 |
| 8/30/2022 | SMH | Prepare service lists for confidential and non confidential service | 1.2 | 456.00 | B110 |
| 9/6/2022 | DKA | Update and correct Rule 2019 statement | 0.3 | 228.00 | B150 |
| 9/7/2022 | SMH | File First Supplemental 2019 Statement | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | Prepare e-mails to service lists re first supplemental 2019 statement and motion for relief from stay | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Prepare e-mails to Parcels Inc. re mail service of first supplemental 2019 statement and motion for relief from stay | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Arrange for delivery of chambers copies of first supplemental 2019 statement and motion for relief from stay to court | 0.3 | 114.00 | B110 |
| 9/7/2022 | SMH | Prepare COS for first supplemental 2019 statement and motion for relief from stay | 0.2 | 76.00 | B110 |
| 9/7/2022 | SMH | Update service list for COS for first supplemental 2019 statement and motion for relief from stay | 0.6 | 228.00 | B110 |
| 9/8/2022 | DKA | Correspond with ad hoc group members re additional privacy and safety concerns raised re potential disclosure of their PII | 0.2 | 152.00 | B150 |
| 9/19/2022 | SMH | Prepare e-mail to A. Sima re Parcels Inc. invoice for service | 0.1 | 38.00 | B110 |
| 11/4/2022 | SMH | Research re service information for phase I brief and second supplemental verified 2019 statement | 0.4 | 152.00 | B110 |
| 11/4/2022 | SMH | Prepare COSs for phase I brief and second supplemental verified 2019 statement | 0.3 | 114.00 | B110 |
| 11/5/2022 | SMH | File second supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mail to US Bankruptcy Court re chambers copies of phase I brief and second supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mails to service list re phase I brief and second supplemental verified 2019 statement | 0.5 | 190.00 | B110 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/5/2022 | SMH | Prepare e-mail to D. Kovsky re service information for second supplemental verified 2019 statement and phase I brief | 0.2 | 76.00 | B110 |
| 11/5/2022 | SMH | Prepare e-mails to D. Kovsky re filing second supplemental verified 2019 statement and phase I brief | 0.1 | 38.00 | B110 |
| 11/5/2022 | SMH | Further research re service information for phase I brief and second supplemental verified 2019 statement | 1.2 | 456.00 | B110 |
| 11/7/2022 | SMH | Prepare e-mail to service list member re second supplemental verified 2019 statement and phase I brief | 0.1 | 38.00 | B110 |
| 11/7/2022 | SMH | Arrange for service of second supplemental verified 2019 statement and phase I brief | 0.4 | 152.00 | B110 |
| 11/7/2022 | SMH | Communications with Mailroom re costs for mailing second supplemental 2019 statement and phase I brief | 0.5 | 190.00 | B110 |
| 11/7/2022 | SMH | Prepare e-mails to and telephone call with Resource Center re revisions to master mailing list | 0.3 | 114.00 | B110 |
| 11/7/2022 | SMH | Revise master mailing list | 0.7 | 266.00 | B110 |
| 11/7/2022 | SMH | Telephone calls with and prepare e-mail to D. Kovsky re service of second supplemental verified 2019 statement and phase I brief | 0.4 | 152.00 | B110 |
| 11/8/2022 | SMH | Prepare e-mail to D. Kovsky re service of chambers copy of second supplemental verified 2019 statement and phase I brief | 0.1 | 38.00 | B110 |
| 11/8/2022 | SMH | Arrange for hand delivery of chambers copy of second supplemental verified 2019 statement and phase I brief | 0.1 | 38.00 | B110 |
| 11/9/2022 | SMH | Prepare e-mail to D. Kovsky re filing COS for second supplemental verified 2019 statement and phase I brief | 0.1 | 38.00 | B110 |
| 11/29/2022 | SMH | Prepare e-mail to D. Kovsky re returned service envelops re phase I brief and second supplemental 2019 statement | 0.1 | 38.00 | B110 |
| 11/29/2022 | SMH | Review returned service envelopes re phase I brief and second supplemental 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | File phase I response brief and third supplemental verified 2019 statement | 0.5 | 190.00 | B110 |

| Date | Initials | Description | Hours | Amount | Code |
|---|---|---|---|---|---|
| 12/2/2022 | SMH | Prepare COS for phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Prepare e-mail to service lists re phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Arrange for mail service of phase I response brief and third supplemental verified 2019 statement | 0.2 | 76.00 | B110 |
| 12/2/2022 | SMH | Arrange for overnight delivery of chambers copies of phase I response brief and third supplemental verified 2019 statement | 0.1 | 38.00 | B110 |
| 12/2/2022 | SMH | Prepare e-mail to US Bankruptcy Court re chambers copy of phase I response brief and third supplemental verified 2019 statement | 0.1 | 38.00 | B110 |
| 12/2/2022 | SMH | Telephone calls with and prepare e-mails to D. Kovsky re phase I response brief and third supplemental verified 2019 statement | 0.6 | 228.00 | B110 |
| 5/17/2023 | DKA | Follow up with Kirkland re KYC for ad hoc group members | 0.1 | 109.00 | B190 |
| 5/22/2023 | DKA | Correspond with ad hoc group member and C. Koenig re KYC and unavailability of distribution | 0.2 | 218.00 | B190 |
| 5/23/2023 | DKA | Confer with ad hoc group and Kirkland ream re issues with KYC and withdrawals | 0.3 | 327.00 | B190 |
| 6/2/2023 | DKA | Confer with Kirkland re continuing issues with KYC and withdrawals | 0.2 | 218.00 | B190 |
| | | **Total:** | **17.6** | **7,826.00** | |