# EXHIBIT C

# Invoice



| Date | Invoice # | Sales Order #754219 |
|---|---|---|
| 9/19/2022 | 987015 | |

**Customer**
601 Troutman Pepper Hamilton Sanders LLP -

**Bill To**
Accounts Payable
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia PA 19103

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 987015 | 601 Troutman Pepper Hamilton Sanders LLP - Philadelphia | Net 30 | 10/19/2022 |

| Reference/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 262786.000001 | 9/7/2022 | 5:16 pm | Sales Order #754219 | 9/19/2022 |

**Contact**
601 Troutman Pepper Hamilton Sanders LLP - Philadelphia :
Susan Henry
215-981-4887

**Caller**

**Job Detail**
Bankruptcy Service of 2 documents on 148 parties via first class mail
"Case No. 22-10964; DI 736 and 737"

**Parcels Division**

Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 18,648 | Bankruptcy Service Copies | 0.11 | 2,051.28 |
| 122 | USPS Postage | 3.60 | 439.20 |
| 2 | USPS Postage | 5.80 | 11.60 |
| 7 | USPS Postage | 12.48 | 87.36 |
| 17 | USPS Postage | 12.98 | 220.66 |
| 148 | Envelopes (9.5" X 12.5") | 0.39 | 57.72 |
| 15 | Sheet Labels | 1.00 | 15.00 |
| | | **Total** | **$2,882.82** |

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising. Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.

# Invoice



| Date | Invoice # | Created From |
|---|---|---|
| 9/6/2022 | 985115 | Sales Order #753518 |

**Customer**
601 Troutman Pepper Hamilton Sanders LLP -

**Bill To**
Accounts Payable
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia PA 19103

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 646
New Castle, DE 19720
United States
(302) 658-9926

For all inquiries regarding your account, please call 302-658-9926 or email, accounting@parcelsinc.com

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

---

| Invoice # | Customer | Terms | Payment Due |
|---|---|---|---|
| 985115 | 601 Troutman Pepper Hamilton Sanders LLP - Philadelphia | Net 30 | 10/6/2022 |

| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
|---|---|---|---|---|
| 262786.000001 | 8/30/2022 | 4:32 pm | Sales Order #753518 | 9/6/2022 |

**Contact**
601 Troutman Pepper Hamilton Sanders LLP - Philadelphia :
Susan Henry
215-981-4887

**Caller**

**Job Detail**
Bankruptcy Service of 2 documents on 143 parties via first class mail
"Case No. 22-10964; DI 632 and 633"

**Parcels Division**
Production Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,573 | Bankruptcy Service Copies | 0.11 | 173.03 |
| 117 | USPS Postage | 1.44 | 168.48 |
| 2 | USPS Postage | 3.03 | 6.06 |
| 7 | USPS Postage | 3.85 | 26.95 |
| 17 | USPS Postage | 3.90 | 66.30 |
| 143 | Envelopes (9.5" X 12.5") | 0.39 | 55.77 |
| 15 | Sheet Labels | 1.00 | 15.00 |

| | Total | $511.59 |
|---|---|---|

NOTICE: Parcels, Inc. ("Parcels") has provided the above-listed services ("Services") pursuant to the instructions of the recipient hereof ("Client"). To the fullest extent permitted under applicable law, Client agrees that Parcels' liability hereunder shall solely be for its own negligence, mistake or omission and the total aggregate liability of Parcels in connection with the provision of the Services shall not exceed the amount of this Invoice. Client hereby agrees that the aforesaid limitation shall apply to any and all liability or cause of action against Parcels however alleged or arising, Parcels shall not in any event be liable for any consequential, incidental, special punitive or indirect damages, including loss of profits, revenue, data, use of money or business opportunities, regardless of whether notice has been given or there is an awareness that such damages have been or may be incurred.