UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) |

## ORDER REQUIRING RESPONSE FROM DEBTORS

On January 3, 2024 *pro se* creditor Georgios Krasadakis filed a letter ("Krasadakis Letter," ECF Doc. #4190) regarding the "CelsiusX" Token, which was entered on the docket on January 4, 2024. Counsel for the Debtors and the Committee shall each file a response to the Krasadakis Letter on or before 5:00 pm on January 12, 2024. Unless otherwise ordered, the Court expects to enter an order resolving the Krasadakis Letter without a hearing.

**IT IS SO ORDERED.**

Dated:  January 5, 2024
         New York, New York

                                                   /s/ Martin Glenn
                                          MARTIN GLENN
                                          Chief United States Bankruptcy Judge