RICHARD PHILLIPS (*In pro per*)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re:* <br><br> CELSIUS NETWORK LLC, *et al.*[1] <br><br> Debtor. | Case No. 22-10964 (MG) <br><br> **Chapter 11** <br> **(Jointly Administered)** |

# **RESPONSE TO DESIGNATION OF RECORD FOR APPEAL [4083, 4166]**

Richard Phillips, ("**Appellant**"), and counsel for the Debtor and Official Committee for the Unsecured Creditors, (collectively "**Appellees**") have conferred and reached an agreement in principle on the record for appeal to be transmitted to the US District Court, SDNY in this matter, which resolves the differences from the competing records filed at ECF 4083 and 4166.

Appellant hereby reserves his rights in all respects with regards to the record until the agreement in principle is finalized and filed with the court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Dated: Los Angeles, California
January 4, 2024

/s/ RICHARD PHILLIPS
RICHARD PHILLIPS, *Creditor*