Johan Bronge
*Pro Se*
07 January 2024

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

_____

In re:

CELSIUS NETWORK LLC, et al.

Debtors.

Chapter 11
Case No. 22-10964 (MG)
Jointly Administered

**Joinder in Support of US Trustee's Objection to Substantial Contribution Applications**

Your Honor,

I, Johan Bronge, a creditor in the aforementioned Chapter 11 case, hereby join the US Trustee's Omnibus Objection to Substantial Contribution Applications.

I concur with the US Trustee's objections and share their concerns regarding individual creditors and Ad Hoc's requests for reimbursements of expenses due to substantial contributions. Specifically, I believe there is no evidence to suggest that the applicants' involvement has increased the estate value and/or assets available for creditors. It is rather more plausible that the costs of the cases have escalated without proportional benefits. Furthermore, it is reasonable to presume that the fundamental motivation behind the applicants' involvement primarily has been in self interest and not altruistic. The request for compensation is indicative that so has been the case. A more convincing assumption is that the motivation was to maximize the share available to themselves (or their class of creditors), evidently at the expense of other creditors and classes.

I affirm the US Trustee's request for the Court to sustain the objection.

Respectfully,

Johan Bronge
*Pro Se creditor*