# EXHIBIT A

## TIME RECORDS/EXPENSE RECORDS

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 11/10/2023 | Currie, Andrew | Multiple correspondence regarding US trustee and redaction issues; correspondence and conference with N. Tuganov regarding update regarding plan and substantial contribution; confer with J. Sabin regarding strategy regarding LOC and vacancy; correspondence and conference with A. Peled regarding plan issues; further correspondence regarding distribution and timing issues; follow up regarding plan issues | 1.6 | 1.6 | $1,100.00 | $1,760.00 | $1,760.00 |
| 11/12/2023 | Currie, Andrew | Correspondence regarding update regarding plan and substantial contribution issues | 0.3 | 0.3 | $1,100.00 | $330.00 | $330.00 |
| 11/13/2023 | Peled, Arie A. | Review and analyze confirmation order and modified plan; email A. Currie regarding same | 1 | 1 | $850.00 | $850.00 | $850.00 |
| 11/13/2023 | Levy, Carol Weiner | Confer with J. Sabin and A. Currie regarding UST request to file time records; begin working on motion to redact and preparation of time records for same | 3.5 | 3.5 | $900.00 | $3,150.00 | $3,150.00 |
| 11/13/2023 | Sabin, Jeffrey S. | Telephone conferences with counsels to Ad Hoc Earn Group and Retail Group re: "rumors" concerning Effective Date matters; telephone conference with counsel to debtors re: same; outline of issues and possible solutions | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,815.00 |
| 11/13/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding updates regarding plan and potential confirmation issues; correspondence and conference with A. Peled regarding distribution issues; correspondence and conference with J. Sabin regarding strategy regarding plan and amendment issues; correspondence regarding LOC issues; multiple correspondence regarding UST response and issues regarding redaction; analysis regarding Saqme; confer with C. Levy regarding redaction issues | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,540.00 |
| 11/14/2023 | Levy, Carol Weiner | Research regarding redaction/sealing of time records; work on redaction pleadings regarding time records per UST request; confer with J. Sabin regarding same | 5.8 | 5.8 | $900.00 | $5,220.00 | $5,220.00 |
| 11/14/2023 | Dierdorff, Dorothy M. | Work on fee application for C. Levy | 0.2 | 0.2 | $440.00 | $88.00 | $88.00 |
| 11/14/2023 | Currie, Andrew | Multiple correspondence and conference with C. Levy regarding redaction strategy; correspondence and conference with J. Sabin regarding strategy regarding plan and illiquid assets and potential plan amendment; analysis regarding same; further correspondence regarding redaction motion and declaration | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,540.00 |
| 11/15/2023 | Levy, Carol Weiner | Work on redaction motion, redacted time sheets and expenses, and related pleadings; preparation for filing and services and emails regarding same | 7 | 7 | $900.00 | $6,300.00 | $6,300.00 |
| 11/15/2023 | Dierdorff, Dorothy M. | Work on fee application for C. Levy | 0.1 | 0.1 | $440.00 | $44.00 | $44.00 |
| 11/15/2023 | Smith, Daniel | Call with C.W. Levy re: supplemental filing | 0.2 | 0.2 | $415.00 | $83.00 | $83.00 |
| 11/15/2023 | Currie, Andrew | Multiple correspondence and conference with C. Levy regarding redaction motion; correspondence with N. Tuganov regarding updates; further correspondence and conference with J. Sabin regarding strategy regarding plan amendments, potential auction and toggle issues; further correspondence regarding redaction; review and revise affidavit regarding redaction | 1.6 | 1.6 | $1,100.00 | $1,760.00 | $1,760.00 |
| 11/16/2023 | Peled, Arie A. | Conduct research regarding substantial contribution motion; email J. Sabin regarding same | 0.5 | 0.5 | $850.00 | $425.00 | $425.00 |
| 11/16/2023 | Dierdorff, Dorothy M. | Work on fee application for C. Levy | 0.4 | 0.4 | $440.00 | $176.00 | $176.00 |
| 11/16/2023 | Levy, Carol Weiner | Telephone call with A.Schwartz (UST) regarding substantial contribution application; confre with J.Sabin regarding same; attention to retention pleadings; review time records; prepare time records for filing; preparation of supplement to substantial contribution application; coordinate same; emails regarding same; | 7.6 | 7.6 | $900.00 | $6,840.00 | $6,840.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 11/16/2023 | Currie, Andrew | Correspondence with UST regarding redaction and update regarding objections; correspondence and conferences with C. Levy regarding supplement; correspondence and follow up regarding UST calls and objections; further correspondence and conferences with N. Tuganov and C. Levy regarding redaction; follow up with C. Levy regarding same; follow up; review and revise supplement; correspondence with UST regarding redaction; correspondence and conference with J. Sabin regarding plan issues; follow up regarding strategy regarding plan amendment and illiquid assets | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,420.00 |
| 11/16/2023 | Smith, Daniel | E-file supplement to substantial contribution application | 0.6 | 0.6 | $415.00 | $249.00 | $249.00 |
| 11/17/2023 | Levy, Carol Weiner | Follow up regarding filing and service of supplement and time records; attention to second supplement; review and respond to emails | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 11/17/2023 | Sabin, Jeffrey S. | Telephone conferences with counsel to Retail Borrower Ad hoc and Earn Ad hoc regarding rumors regarding SEC refusal to consent to Newco; Zoom event with counsels to Debtors, UCC, Retail Borrower and Ad hoc Earn regarding SEC's position and open issues regarding same; telephone conference with A. Currie | 2.1 | 2.1 | $1,650.00 | $3,465.00 | $3,465.00 |
| 11/17/2023 | Currie, Andrew | Review update regarding plan confirmation and possible amendments regarding same; analysis regarding illiquid assets; multiple correspondence and conferences with J. Sabin regarding plan amendment strategy; follow up with C. Levy regarding additional supplement and next steps | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 11/19/2023 | Sabin, Jeffrey S. | Drafted "Note" to counsel to Retail Borrower Ad hoc Ad hoc and Earn Ad hoc regarding understanding the "new plan proposal" and key factual and legal issues; began review of Plan, Confirmation Order and other relevant documents | 4.2 | 4.2 | $1,650.00 | $6,930.00 | $6,930.00 |
| 11/19/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding all plan updates; correspondence regarding plan amendment, new structure SEC and illiquid issues; follow up regarding same | 0.7 | 0.7 | $1,100.00 | $770.00 | $770.00 |
| 11/20/2023 | Levy, Carol Weiner | Confer with J.Sabin regarding Debtor and Committee offer to support substantial contribution request; review emails | 0.4 | 0.4 | $900.00 | $360.00 | $360.00 |
| 11/20/2023 | Sabin, Jeffrey S. | Continued analysis of new plan proposal and all issues related thereto and telephone conferences with counsels to Earn Ad hoc and Retail Borrowers; review of cases and articles regarding effect of potential confirmation appeals on Bankruptcy Court jurisdiction, stands for plan modification and comparison of treatment of creditors; review of draft Press Release; review of Delaware Trust alternative; Zoom call with Debtors/UCC counsel and report regarding same to AJC/client regarding same | 6.2 | 6.2 | $1,650.00 | $10,230.00 | $10,230.00 |
| 11/20/2023 | Currie, Andrew | Multiple correspondence regarding press release; continue analysis regarding plan amendment, LOC, SEC and timing issues; calls with J. Kuhns, D. Adler and J. Sabin regarding plan issues; correspondence and conference with C. Levy regarding redaction motion and strategy regarding same; further correspondence and conference with J. Sabin regarding plan issues and updates; review UST objection; correspondence with C. Levy regarding same | 1.7 | 1.7 | $1,100.00 | $1,870.00 | $1,870.00 |
| 11/21/2023 | Peled, Arie A. | Review legal research in connection with reply in further support of substantial contribution motion; call with C. Weiner Levy regarding same | 0.3 | 0.3 | $850.00 | $255.00 | $255.00 |
| 11/21/2023 | Levy, Carol Weiner | Review UST Objection to Substantial Contribution Application; confer with J.Sabin and A.Currie regarding same; work on same | 6.8 | 6.8 | $900.00 | $6,120.00 | $6,120.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 11/21/2023 | Sabin, Jeffrey S. | Completed comparison chart regarding alleged "New Plan Proposal" and issues regarding same; review of as-filed Press Release; telephone conferences with A. Currie and C. Levy regarding same; review of US Trustee objection to NT's substantial contribution; correspondence with Debtors' counsel and UCC counsel regarding fee redaction | 4.4 | 4.4 | $1,650.00 | $7,260.00 | $7,260.00 |
| 11/21/2023 | Currie, Andrew | Multiple correspondence and conferences with J. Sabin regarding debtor and UCC update regarding plan amendment, substantial contribution and updates regarding same; correspondence and conference with N. Tuganov regarding plan updates; follow up calls with N. Tuganov regarding substantial contribution; correspondence regarding update; confer with C. Levy regarding supplement and UST objection | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,420.00 |
| 11/22/2023 | Sabin, Jeffrey S. | Review of responses of Debtors and UCC to Tuganov's Substantial Contribution Motion; telephone conference with A. Currie regarding reply papers and request for delay of hearing; telephone conference with C. Levy regarding reply pleading | 1.2 | 1.2 | $1,650.00 | $1,980.00 | $1,980.00 |
| 11/22/2023 | Levy, Carol Weiner | Work on reply to UST Objection; review Debtor and Committee pleadings in support of Substantial Contribution Application; confer with J.Sabin regarding same; emails regarding same | 2.5 | 2.5 | $900.00 | $2,250.00 | $2,250.00 |
| 11/22/2023 | Currie, Andrew | Correspondence with K. Roth regarding adjournment; multiple correspondence regarding press release; correspondence and conference with N. Tuganov regarding plan updates; correspondence and conference with J. Sabin regarding plan updates; correspondence and conference with C. Levy regarding supplement and reply to UST regarding substantial contribution; review and revise response; correspondence regarding UST response and next steps regarding supplement | 1.6 | 1.6 | $1,100.00 | $1,760.00 | $1,760.00 |
| 11/24/2023 | Sabin, Jeffrey S. | Review/revisions to draft reply to US Trustee's objection to client's Substantial Contribution Motion; review of correspondence regarding request for delay of hearing | 1.3 | 1.3 | $1,650.00 | $2,145.00 | $2,145.00 |
| 11/24/2023 | Levy, Carol Weiner | Work on revised reply to UST objection | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 11/24/2023 | Currie, Andrew | Correspondence and conference with J. Sabin and C. Levy regarding response to UST; further correspondence regarding plan issues; correspondence with K. Roth regarding adjournment regarding omnibus hearing; further correspondence regarding plan amendment and re-solicitation issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 11/26/2023 | Sabin, Jeffrey S. | Zoom event with counsels for Ad hoc Earn and Retail Borrowers regarding: (1) request for adjournment of Substantial Contribution Motions and (2) issues regarding new plan proposal; drafted Note to client regarding update on all matters and correspondence with Venable team regarding same; review of disclosure statement regarding issues related to plan proposal | 1.7 | 1.7 | $1,650.00 | $2,805.00 | $2,805.00 |
| 11/26/2023 | Levy, Carol Weiner | Prepare update for client; revise Reply to UST Objection; emails regarding same | 3.2 | 3.2 | $900.00 | $2,880.00 | $2,880.00 |
| 11/26/2023 | Currie, Andrew | Review and revise update for N. Tuganov; correspondence and conference with J. Sabin regarding plan strategy, amendment, SEC and potential jurisdiction issues; analysis regarding same; correspondence with C. Levy regarding updates | 0.8 | 0.8 | $1,100.00 | $880.00 | $880.00 |
| 11/27/2023 | Levy, Carol Weiner | Confer with A. Currie regarding invoices for Substantial Contribution Application second supplement; review docket and emails regarding adjournment of hearing | 0.7 | 0.7 | $900.00 | $630.00 | $630.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 11/27/2023 | Sabin, Jeffrey S. | Review of correspondence and order adjourning hearing regarding Substantial Contribution Motions; review of appeal regarding confirmation order; review of motion to reconsider confirmation order; telephone conference with counsel to Ad hoc Earn regarding all open plan matters | 1.7 | 1.7 | $1,650.00 | $2,805.00 | $2,805.00 |
| 11/27/2023 | Currie, Andrew | Multiple correspondence regarding adjournment; correspondence and conference with C. Levy regarding supplement and update regarding same | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 11/28/2023 | Sabin, Jeffrey S. | Review of appeals of Confirmation Order and recent cases regarding jurisdiction divestiture and B.R. 8008; outline of key issues for upcoming Zoom with counsels for debtors, UCC and Ad hoc PSA parties | 2.1 | 2.1 | $1,650.00 | $3,465.00 | $3,465.00 |
| 11/29/2023 | Levy, Carol Weiner | Review recently filed pleadings; review client update; | 0.4 | 0.4 | $900.00 | $360.00 | $360.00 |
| 11/29/2023 | Sabin, Jeffrey S. | Participation in Zoom with counsels for debtors, UCC and Ad hoc groups regarding outline of new proposal and motion to approve same; telephone conferences Ad hoc Earn regarding open issues; began review/analysis of motion and declarations | 2.2 | 2.2 | $1,650.00 | $3,630.00 | $3,630.00 |
| 11/29/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding plan amendment; review motion to amend plan; review appeals regarding confirmation; correspondence and conference with J. Sabin regarding strategy regarding hearing; correspondence with N. Tuganov regarding all plan updates | 1.7 | 1.7 | $1,100.00 | $1,870.00 | $1,870.00 |
| 11/30/2023 | Sabin, Jeffrey S. | Completed review/analysis of new Plan Proposal Motion and declarations; drafted possible Court presentation regarding same; participated in Court hearing regarding same; telephone conference with Joyce Kuhns regarding results of hearing, responses of clients and key open issues and next steps | 4.1 | 4.1 | $1,650.00 | $6,765.00 | $6,765.00 |
| 11/30/2023 | Currie, Andrew | Correspondence with J. Mavretich regarding insurance update; correspondence with N. Kosmas regarding update | 0.8 | 0.8 | $1,100.00 | $880.00 | $880.00 |
| 12/1/2023 | Sabin, Jeffrey S. | Review/analysis of cases regarding divestiture rule; review/analysis of Plan, OWD Motion, PSA and disclosure statement regarding outline of all PSA obligations/rights; outline of all open legal and factual issues regarding OWD motion; telephone conference with counsels for Ad hoc Earn and RB | 3.7 | 3.7 | $1,650.00 | $6,105.00 | $6,105.00 |
| 12/1/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding hearing, all updates, plan amendment, LOC and appeal issues; review response; correspondence and conference with C. Levy regarding strategy regarding response; follow up regarding supplement and timing | 1.8 | 1.8 | $1,100.00 | $1,980.00 | $1,980.00 |
| 12/4/2023 | Sabin, Jeffrey S. | Review/revisions to revised draft Substantial Contribution Motion; telephone conferences with counsel for Ad hoc Earn regarding open issues regarding OWD motion | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,815.00 |
| 12/4/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding strategy regarding plan amendment and open issues; follow up regarding same | 0.4 | 0.4 | $1,100.00 | $440.00 | $440.00 |
| 12/5/2023 | Levy, Carol Weiner | Work on Reply to UST Objection to Substantial Contribution Application and confer with J.Sabin regarding same | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 12/5/2023 | Sabin, Jeffrey S. | Review of recent pleadings regarding (a) Stakehound Settlement and (b) OWD Motion; telephone conference with A. Currie | 0.6 | 0.6 | $1,650.00 | $990.00 | $990.00 |
| 12/5/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding plan updates and next steps regarding amendment, hearing and possible crypto allocation issues; confer with J. Sabin regarding strategy regarding plan confirmation, re-solicitation; review update regarding all plan issues; review and revise reply; confer with C. Levy regarding substantial contribution | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,540.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 12/6/2023 | Levy, Carol Weiner | Confer with A.Currie regarding Reply to UST Objection to Substantial Contribution Application and work on same; work on preparing Second Supplement backup | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 12/6/2023 | Currie, Andrew | Review update regarding Celsius mining and status of all plan issues; confer with C. Levy regarding substantial contribution response; review and revise supplement; review and revise reply; correspondence and conference with N. Tuganov regarding Celsius mining meeting and updates | 1.3 | 1.3 | $1,100.00 | $1,430.00 | $1,430.00 |
| 12/7/2023 | Dierdorff, Dorothy M. | Work on fee application for C. Levy | 0.9 | 0.9 | $440.00 | $396.00 | $396.00 |
| 12/7/2023 | Levy, Carol Weiner | Work on Second Supplement backup to Substantial Contribution Application; emails regarding same | 2.3 | 2.3 | $900.00 | $2,070.00 | $2,070.00 |
| 12/8/2023 | Levy, Carol Weiner | Work on Second Supplement to Substantial Contribution Application | 1.2 | 1.2 | $900.00 | $1,080.00 | $1,080.00 |
| 12/8/2023 | Currie, Andrew | Correspondence with C. Levy and J. Sabin regarding reply and substantial contribution issues | 0.3 | 0.3 | $1,100.00 | $330.00 | $330.00 |
| 12/10/2023 | Currie, Andrew | Correspondence with C. Levy regarding revisions to reply and supplement; review update regarding plan issues and upcoming hearing | 0.3 | 0.3 | $1,100.00 | $330.00 | $330.00 |
| 12/11/2023 | Levy, Carol Weiner | Work on Second Supplement, backup for same, and revise Reply to UST Objection; emails regarding same | 3.2 | 3.2 | $900.00 | $2,880.00 | $2,880.00 |
| 12/11/2023 | Sabin, Jeffrey S. | Review of pleadings from UCC, debtors and various objectors to OWD Motion related to discovery | 0.6 | 0.6 | $1,650.00 | $990.00 | $990.00 |
| 12/11/2023 | Currie, Andrew | Correspondence and conference with C. Levy regarding substantial contribution issues; review supplement; review and revise response; review update from ad hoc earn and request to adjourn hearing | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 12/12/2023 | Levy, Carol Weiner | Revise Second Supplement; confer with J.Sabin regarding updates on plan issues and wind down motion; review motion and related pleadings | 2.5 | 2.5 | $900.00 | $2,250.00 | $2,250.00 |
| 12/12/2023 | Sabin, Jeffrey S. | Review/analysis of pleadings/letters regarding discovery disputes among BRIC, Galaxy and debtors regarding objection to "OWD" Motion; review of statements of issue on appeal; telephone conferences with counsel for Retail Borrowers regarding their SEC discovery requests and objections to OWD; telephone conference with counsel for UCC regarding all matters regarding OWD Motion and open issues; correspondence/call with counsel for Earn Ad hoc | 3.4 | 3.4 | $1,650.00 | $5,610.00 | $5,610.00 |
| 12/12/2023 | Currie, Andrew | Correspondence with J. Kuhns regarding updates and adjournment request; correspondence with J. Sabin regarding multiple plan updates, amendment, BRIC, Galaxy, re-solicitation; review plan objections and updates regarding appeal; review response regarding substantial contribution; correspondence and conference with C. Levy regarding same; correspondence with K. Roth regarding adjournment | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 12/13/2023 | Levy, Carol Weiner | Finalize second supplement; review recently filed pleadings, confer with J.Sabin regarding plan updates | 1.5 | 1.5 | $900.00 | $1,350.00 | $1,350.00 |
| 12/13/2023 | Sabin, Jeffrey S. | Review of new pleadings regarding OWD Motion and discovery disputes; outline of all possible response | 1.2 | 1.2 | $1,650.00 | $1,980.00 | $1,980.00 |
| 12/13/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding plan amendment, open issues with retail borrowers and additional plan confirmation issues; correspondence with K. Roth regarding adjournment; follow up with C. Levy regarding supplement and response; correspondence with N. Tuganov regarding plan updates | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 12/14/2023 | Levy, Carol Weiner | Prepare second supplement to substantial contribution application for filing | 0.5 | 0.5 | $900.00 | $450.00 | $450.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 12/14/2023 | Sabin, Jeffrey S. | Review of plan and disclosure statement and confirmation order regarding beginning outline of responses to objections to OWD Motion; began review of objections; telephone conference with counsel for Ad hoc Earn | 3.1 | 3.1 | $1,650.00 | $5,115.00 | $5,115.00 |
| 12/14/2023 | Currie, Andrew | Correspondence and conference with N. Tuganov regarding plan strategy and all updates; confer with J. Sabin regarding plan strategy; review supplement and confer with C. Levy regarding same; multiple correspondence regarding ad hoc borrower and earn statements and opposition to plan amendment | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 12/15/2023 | Sabin, Jeffrey S. | Completed initial review/analysis of all objections to OWD Motion; review/analysis of all relevant pleadings and outline of possible responses and open issues; Zoom events regarding same with Joyce Kuhn, Aaron Colodny and Chris Koenig; Zoom event with UCC and Ad hoc Earn regarding terms of likely settlement with BRIC; correspondence with counsel for RBs; telephone conference with A. Currie; drafted client update; review/analysis of Stakehound Settlement and objections thereto and telephone conference with UCC counsel regarding same | 7.4 | 7.4 | $1,650.00 | $12,210.00 | $12,210.00 |
| 12/15/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding plan amendment, all open issues regarding wind-down and potential settlement discussions; review response of ad hoc borrowers and objections; analysis regarding same; prepare update to N. Tuganov regarding all matters | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 12/16/2023 | Sabin, Jeffrey S. | Review/analysis of Supplement to OWD Motion and outline of key open issues and possible response by client; revised "Note" to client | 2.1 | 2.1 | $1,650.00 | $3,465.00 | $3,465.00 |
| 12/16/2023 | Currie, Andrew | Correspondence with J. Kuhns regarding ad hoc earn update and call; correspondence and conference with J. Sabin regarding update for N. Tuganov; finalize update to N. Tuganov regarding wind-down, plan amendment and all updates; further correspondence regarding same | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 12/17/2023 | Sabin, Jeffrey S. | Preparation of possible responses to objections to OWD Motion; Conference Settlement call with counsel for Retail Borrowers | 1.1 | 1.1 | $1,650.00 | $1,815.00 | $1,815.00 |
| 12/18/2023 | Sabin, Jeffrey S. | Review of additional pleadings and preparation of Statement of Support; Zoom calls with counsesl for Retail Borrowers, Ad hoc Earn and UCC regarding possible settlement, preparation for hearing and Reply; Zoom call with A. Currie and C. Levy regarding draft; Zoom call with counsels for UCC and Ad hoc Earn | 3.6 | 3.6 | $1,650.00 | $5,940.00 | $5,940.00 |
| 12/18/2023 | Levy, Carol Weiner | Telephone conference with J.Sabin and A. Currie regarding Statement in Support of OWD Motion; review pleadings regarding same | 0.8 | 0.8 | $900.00 | $720.00 | $720.00 |
| 12/18/2023 | Currie, Andrew | Correspondence and conferences with J. Sabin and C. Levy regarding strategy regarding plan and update regarding hearing issues; review and revise statement; review and revise second supplement and confer with C. Levy regarding same; confer with J. Sabin regarding all plan updates and issues regarding wind-down and plan amendment | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 12/19/2023 | Levy, Carol Weiner | Confer with J.Sabin and A.Currie regarding Statement in Support of OWD; work on same; emails to client regarding Second Supplement to Substantial Contribution Application | 2.1 | 2.1 | $900.00 | $1,890.00 | $1,890.00 |

Page 6 of 8

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 12/19/2023 | Sabin, Jeffrey S. | Review/analysis of all relevant pleadings and documents to draft Response/Reply to all objections to OWD Motion; review of case law and articles regarding same; drafted initial Reply/Joinder and Zoom calls with counsels to UCC, Ad hoc Earn and debtors; drafted Note/Memo to client; telephone conference with A. Currie | 6.4 | 6.4 | $1,650.00 | $10,560.00 | $10,560.00 |
| 12/19/2023 | Currie, Andrew | Correspondence and conference with C. Levy regarding supplement, response and revisions; multiple correspondence and conference with J. Sabin regarding strategy regarding plan amendment, hearing and all open plan issues; correspondence with P. Loureiro regarding draft joint statement; review same | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 12/20/2023 | Levy, Carol Weiner | Prepare, file and serve statement in support, joinder to reply, and joinder to Stakehound Settlement; confer with J.Sabin regarding same; research and respond to J.Sabin plan inquiries; review numerous pleadings filed in connection with 12/21 hearing | 7.1 | 7.1 | $900.00 | $6,390.00 | $6,390.00 |
| 12/20/2023 | Sabin, Jeffrey S. | Review/analysis of supplemental objections to OWD Motion; review/analysis of debtors'/UCC Reply and declaration of Marc Puntas; review of cases regarding Reserves for disputed/contingent claims; review of recent article regarding Section 1145 issues; multiple Zooms with counsels for debtors, UCC, Ad hoc Earn regarding OWD Motion and Stakehound Motion; review/analysis of unredacted Stakehound pleadings and agreements; drafted revisions to Joinder and Response to objections to OWD Motion; drafted joinder to Stakehound Motion; review/analysis of Core Scientific Settlement pleadings | 9.6 | 9.6 | $1,650.00 | $15,840.00 | $15,840.00 |
| 12/20/2023 | Smith, Daniel | E-file statement in support of OWD; E-file joinder to OWD Reply; E-file Joinder to Stakehound Settlement | 1.4 | 1.4 | $415.00 | $581.00 | $581.00 |
| 12/20/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding plan amendment and strategy regarding hearing; follow up with C. Levy and N. Tuganov regarding supplement, joinder and statements; review same | 1.2 | 1.2 | $1,100.00 | $1,320.00 | $1,320.00 |
| 12/21/2023 | Sabin, Jeffrey S. | Preparation of possible cross-examination of declarants; preparation of outline for oral argument; participation in Court hearings on OWD Motion and Stakehound Motion; draft Update Report to client; telephone conference with A. Currie | 6.8 | 6.8 | $1,650.00 | $11,220.00 | $11,220.00 |
| 12/21/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding court hearing and opinion; follow up with J. Sabin regarding additional issues regarding hearing and court opinion | 0.9 | 0.9 | $1,100.00 | $990.00 | $990.00 |
| 12/22/2023 | Smith, Daniel | E-file Second Supplement to Substantial Contribution Application | 0.5 | 0.5 | $415.00 | $207.50 | $207.50 |
| 12/22/2023 | Currie, Andrew | Correspondence with N. Tuganov regarding update regarding hearing; confer with J. Sabin regarding same; correspondence with C. Levy regarding supplement and updates | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| 12/26/2023 | Currie, Andrew | Correspondence and conference with J. Sabin regarding follow up regarding plan issues; correspondence with C. Levy regarding supplement and response | 0.4 | 0.4 | $1,100.00 | $440.00 | $440.00 |
| 12/27/2023 | Sabin, Jeffrey S. | Review/analysis of Opinion/OWD Order; drafted Note to client; telephone conference with A. Currie; telephone conferences with counsels for debtors and Ad hoc Earn | 1.6 | 1.6 | $1,650.00 | $2,640.00 | $2,640.00 |

| Tran Date | Tkpr Name | Narrative | To Bill Hrs | Billed Hrs | Rate | To bill Amt | Billed Amt |
|---|---|---|---|---|---|---|---|
| 12/27/2023 | Currie, Andrew | Confer with N. Tuganov regarding all plan updates; confer with J. Sabin regarding plan and effective date issues; correspondence and conference with C. Levy regarding supplement and response; review plan and Judge Glenn order; correspondence with N. Tuganov and J. Sabin regarding plan amendment and next steps regarding plan effective date; further correspondence regarding board issues | 2.2 | 2.2 | $1,100.00 | $2,420.00 | $2,420.00 |
| 12/28/2023 | Sabin, Jeffrey S. | Outline of key plan terms regarding timing to go "Effective" | 0.4 | 0.4 | $1,650.00 | $660.00 | $660.00 |
| 12/28/2023 | Levy, Carol Weiner | Respond to client inquiries regarding billing and reimbursement amounts per A.Currie | 0.8 | 0.8 | $900.00 | $720.00 | $720.00 |
| 12/28/2023 | Currie, Andrew | Confer with J. Sabin regarding effective date and plan amendment issues; continue review of Judge Glenn opinion; correspondence and conference with C. Levy regarding supplement and response; confer with J. Sabin regarding same | 1.4 | 1.4 | $1,100.00 | $1,540.00 | $1,540.00 |
| 12/29/2023 | Currie, Andrew | Multiple correspondence and conference with J. Sabin regarding plan and effective date issues; follow up with C. Levy regarding response and supplement issues | 0.6 | 0.6 | $1,100.00 | $660.00 | $660.00 |
| | | Total | 198 | 198 | | $248,014.50 | $248,014.50 |

| Tran Date | To bill Amt | Billed Amt | Narrative |
|---|---|---|---|
| 11/10/2023 | $43.61 | $43.61 | VENDOR: Vital Transportation Services, Inc. INVOICE#: 6093640 DATE: 11/10/2023 Car service charges - VCH# 3787573 (10/30/23) - Jeffrey Sabin |
| 12/28/2023 | $288.90 | $288.90 | VENDOR: Veritext INVOICE#: 7071366 DATE: 12/28/2023 Bankruptcy Court Hearing Transcript |
| 11/30/2023 | $39.48 | $39.48 | Jeffrey S. Sabin Taxi Cab from Venable office to Court hearing |
|  | $371.99 | $371.99 |  |