**Hearing Date:  January 11, 2024 at 10:00 am**
**Objection Deadline:  January 4, 2024 at 4:00 pm**

**VENABLE LLP**
Jeffrey S. Sabin
151 West 42nd St.
New York, New York 1003
Telephone (212) 503-0896
Facsimile: (212) 307-5598
Email: JSSabin@venable.com

Andrew Currie (*admitted pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4586
Facsimile: (202) 344-8300
Email: AJCurrie@venable.com

*Counsel to Ignat Tuganov*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.* [1] | : | Case No. 22-10964 (MG) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | Ref: Dkt. No. 3666 |

**NOTICE OF FILING OF REVISED PROPOSED ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4), GRANTING APPLICATION OF IGNAT TUGANOV FOR ALLOWANCE AND REIMBURSEMENT OF ADMINISTRATIVE EXPENSES FOR SUBSTANTIAL CONTRIBUTION**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

**PLEASE TAKE NOTICE** that on October 2, 2023, Ignat Tuganov ("Tuganov"), a creditor in the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and one of three class representatives (collectively, the "Class Representatives") in connection with the Official Unsecured Creditors' Committee's efforts to certify the class of account holders holding non-contract claims against the Debtors, through his counsel, filed his *Application of Ignat Tuganov For Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) For the Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases* [Dkt. No. 3666] (the "Substantial Contribution Application").

**PLEASE TAKE FURTHER NOTICE** that Mr. Tuganov hereby files a revised *Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), Granting Application of Ignat Tuganov For Allowance and Reimbursement of Administrative Expenses For Substantial Contribution*, a copy of which is attached hereto as **Exhibit A** (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that a comparison between the original proposed order filed as Exhibit A to the Substantial Contribution Application and the Revised Proposed Order is attached hereto as **Exhibit B**.

Dated: January 9, 2024
New York, New York

                            VENABLE LLP

                        By:   */s/ Jeffrey S. Sabin*
                              Jeffrey S. Sabin
                              Carol Weiner Levy
                              Arie Peled
                              151 West 42nd St.
                              New York, New York 10036
                              Telephone: (212) 503-0896
                              Facsimile: (212) 307-5598
                              Email: JSSabin@venable.com

- and -

Andrew J. Currie (*admitted pro hac vice*)
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4586
Facsimile: (202) 344-8300
Email: AJCurrie@venable.com

*Counsel for Ignat Tuganov*