# EXHIBIT A

# REVISED PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――x
                                          :
In re:                                    :    Chapter 11
                                          :
CELSIUS NETWORK LLC, et al.,[1]           :    Case No. 22-10964 (MG)
                                          :    Jointly Administered
                        Debtors.          :
                                          :
―――――――――――――――――――――――――――――x

**ORDER, PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND 503(b)(4),
GRANTING APPLICATION OF IGNAT TUGANOV
FOR ALLOWANCE AND REIMBURSEMENT OF ADMINISTRATIVE
<u>EXPENSES FOR SUBSTANTIAL CONTRIBUTION</u>**

Upon the application (the "Tuganov Application") of Ignat Tuganov ("Tuganov") for allowance and reimbursement of an administrative expense for having made a substantial contribution to the above-captioned chapter 11 cases; and upon the *Supplement to Application of Ignat Tuganov For Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(d) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to these Cases* [Dkt. No. 4010], the *Second Supplement to Application of Ignat Tuganov For Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(d) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to these Cases* [Dkt. No. 4158], and the *Third Supplement to Application of Ignat Tuganov For Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(d) and 503(b)(4), for Allowance and Reimbursement of*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to these Cases* [Dkt. No.4211] (collectively, the "Supplements"); and after sufficient notice of the Tuganov Application and the Supplements and an opportunity to be heard; and the Court having jurisdiction to consider the Tuganov Application and the Supplements and render a final order thereon; and the Court having considered the Tuganov Application and the Supplements and the objections thereto; and good cause appearing therefore; it is hereby:

ORDERED that the Tuganov Application (as supplemented by the Supplements) be and hereby is GRANTED in all respects; and it is further

ORDERED that Mr. Tuganov be and hereby is entitled to an administrative expense claim pursuant to 11 U.S.C. §§ 503(b)(3) and (4) in the amount of $1,436,408.60 (the "Administrative Claim") for having made substantial contributions to these chapter 11 cases; and it is further

ORDERED that the Debtors be and hereby are authorized and directed to make a distribution in full to Mr. Tuganov on the Administrative Claim in accordance with the terms of the Plan; and it is further

ORDERED that any and all objections filed with respect to the Tuganov Application (and/or the Supplements) be and hereby are denied and overruled, including, without limitation, the *Omnibus Objection of the United States Trustee to Substantial Contribution Applications* [Dkt. No. 4016] solely as such Omnibus Objection relates to the Tuganov Application.

Dated: January ___, 2024
New York, New York

> THE HONORABLE MARTIN GLENN
> CHIEF UNITED STATES BANKRUPTCY
> JUDGE