Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**JANUARY 11, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:    January 11, 2024, at 10:00 a.m. (prevailing Eastern Time)
(the "Hearing")

Location of Hearing:    The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance
Instructions:    The Hearing will be held in a hybrid format before the Honorable
Martin Glenn, Chief United States Bankruptcy Judge, in the United
States Bankruptcy Court for the Southern District of New York, in

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on January 10, 2024).**

This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I.    <u>Uncontested Matters</u>.

1. **Motion to Seal**. Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information in the BRIC Agreement [Docket No. 4116].

   <u>Objection Deadline</u>: January 4, 2024, at 4:00 p.m. (prevailing Eastern Time).

   <u>Responses Received</u>: None.

   <u>Related Documents</u>:

   (1)    Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4050].

(2)     Supplemental Joint Statement Regarding the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4115].

(3)     Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the BRIC in Connection with the Implementation of the MiningCo Transaction, and (II) Granting Related Relief [Docket No. 4151].

**Status**:     This matter is going forward.

2.     **Motion to Approve Fees**.  Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Fees and Expenses for the BRIC in Connection with the Implementation of the MiningCo Transaction, and (II) Granting Related Relief [Docket No. 4151].

Objection Deadline:  January 4, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)     Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4050].

(2)     Supplemental Joint Statement Regarding the Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief [Docket No. 4115].

(3)     Debtors' Motion for Entry of an Order Authorizing the Debtors to Redact and File Under Seal Certain Confidential Information in the BRIC Agreement [Docket No. 4116].

**Status**:     This matter is going forward.

II.     **Substantial Contribution Applications.**

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution

3

applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.  The reply deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)     Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)     Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)     Debtors' Omnibus Objection to Certain Applications for Substantial Contribution to the Debtors' Estates [Docket No. 4025].

(4)     The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

(5)     Joinder in Support of US Trustee's Objection to Substantial Contribution Applications [Docket No. 4205].

Related Documents:

(1)     Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)     Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)     Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

3.     **Custody Ad Hoc Group's Motion for Substantial Contribution**.  Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses [Docket No. 3660].

4

Related Documents:

(1)    Reply and Statement in Further Support of the Application of the Custody Ad Hoc Group, Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code, for Allowance and Payment of Professional Fees and Expenses [Docket No. 4188].

**Status**:    This matter is going forward.

4.    **Withhold Ad Hoc Group's Motion for Substantial Contribution**.  Application of the Ad Hoc Group of Withhold Account Holders for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) [Docket No. 3663].

Related Documents:

(1)    Reply of the Ad Hoc Group of Withhold Account Holders in Support of Its Application for Allowance and Payment of Fees Under Bankruptcy Code Sections 503(b)(3)(D) and 503(b)(4) [Docket No. 4186].

**Status**:    This matter is going forward.

5.    **Earn Ad Hoc Group's Motion for Substantial Contribution**.  Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

Related Documents:

(1)    Notice of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3708].

(2)    Reply of Ad Hoc Group of Earn Account Holders to Omnibus Objection of the United States Trustee to Its Application Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses [Docket No. 4185].

(3)    Declaration Of Joyce A. Kuhns in Support of Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution and Reply to Office of the United States Trustee's Omnibus Objection [Docket No. 4187].

**Status**:    This matter is going forward.

6.      **Immanuel Herrmann's Motion for Substantial Contribution**.  Application Of Immanuel Herrmann Pursuant to 11 U.S.C. §§ 503 for Allowance and Payment of Expenses Incurred in Making a Substantial Contribution [Docket No. 3674].

Related Documents:

(1)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(2)     Reply in Support of Immanuel Herrmann's Substantial Contribution Application [Docket No. 4194].

**Status**:     This matter is going forward.

7.      **Daniel Frishberg's Motion for Substantial Contribution**.  Daniel A. Frishberg' [*sic*] Motion for Expenses and Fees to be Paid for a Substantial Contribution to the Estate [Docket No. 3675].

Related Documents:

(1)     Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(2)     Daniel A. Frishberg's Response to U.S. Trustee's Objection to Substantial Contribution Motion [Docket No. 4193].

**Status**:     This matter is going forward.

8.      **Ignat Tuganov's Motion for Substantial Contribution**.  Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3666].

Related Documents:

(1)     Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3665].

(2)     Amended Notice of Application of Ignat Tuganov for Entry of an Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and

Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3686].

(3)     Supplement to Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(B)(3)(D) and 503(B)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 4010].

(4)     Second Supplement to Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Case [Docket No. 4158].

(5)     Reply to Omnibus Objection of the United States Trustee to Substantial Contribution Application of Ignat Tuganov [Docket No. 4184].

(6)     Third Supplement to Application of Ignat Tuganov for Entry of an Order Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Reasonable Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 4211].

(7)     Notice of Filing of Revised Proposed Order, Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4), Granting Application of Ignat Tuganov for Allowance and Reimbursement of Administrative Expenses for Substantial Contribution [Docket No. 4214].

**Status**:     This matter is going forward.

9.     **Bnk to the Future's Motion for Substantial Contribution**.  Amended Notice and Amended Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3799].

Related Documents:

(1)     Jason Amersons' [*sic*] Objection to Motion for (I) Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution (II) Granting Related Relief [Docket No. 4015].

(2)     Objection to Substantial Contribution Motion for BNK to the Future/Simon Dixon [Docket No. 4034].

(3)    Letter Objection by Carol Maunder [Docket No. 4106].[2]

(4)    Declaration of Simon Dixon in Support of Simon Dixon & Bnk to the Future Group (BF) to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3670].

(5)    Application of Bnk to the Future (BF) Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3672].

(6)    Response on Behalf of Simon Dixon and Bnk to the Future to Objections to the Application Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 4189].

**Status**:    This matter is going forward.

10.    **Zachary Wildes' Motion for Substantial Contribution**.    Substantial Contribution Application for Zachary Wildes [Docket No. 3615].

**Status**:    This matter is going forward.

11.    **Rebecca Gallagher's Motion for Substantial Contribution**.    Substantial Contribution Claim of Rebecca Gallagher, Lead Plaintiff in Committee Class Claim Action [Docket No. 3662].

Related Documents:

(1)    Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution [Docket No. 3654].

(2)    Reply to Omnibus Objections of the US Trustee [ECF Dkt. No 3662] and the Debtors [ECF Dkt. No 4025] to Substantial Contribution Application by Rebecca Gallagher [ECF Dkt. No 3662] [Docket No. 4191].

**Status**:    This matter is going forward.

---

[2]    This letter objection was late-filed after the objection deadline of November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).

12.     **Pending Withdrawal Ad Hoc Group's Motion for Substantial Contribution**.
Application of the Pending Withdrawal Ad Hoc Group Pursuant to 11 U.S.C. §§
503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and
Expenses Incurred in Making a Substantial Contribution [Docket No. 3673].

Related Documents:

(1)     Notice of Application of the Pending Withdrawal Ad Hoc Group Pursuant
to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of
Professional Fees and Expenses Incurred in Making a Substantial
Contribution [Docket No. 3705].

**Status**:     This matter is going forward.

## III.     Contested Matters.

13.     **Motion to Designate (Bronge Appeal, 23-10368-LGS).**  Debtors' Motion Seeking
Entry of an Order (I) Designating Additional Items to Be Included in Appellant's
Designation of Record on Appeal; (II) Striking Certain Items from Appellant's
Designation of Record on Appeal; and (III) Granting Related Relief
[Docket No. 4126].

Objection Deadline:  January 4, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Response and Objection to Motion to Authorize / Debtors' Motion Seeking
Entry of an Order (I) Designating Additional Items to be Included in
Appellant's Designation of Record on Appeal; (II) Striking Certain Items
from Appellant's Designation of Record on Appeal; and (III) Granting
Related Relief (EFC#4126) [Docket No. 4163]

Related Documents:

(1)     Findings of Fact, Conclusions of Law, and Order Confirming the Modified
Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates
[Docket No. 3972].

(2)     Notice of Appeal [Docket No. 4032].

(3)     Debtors' and the Official Committee of Unsecured Creditors' Joint
Supplemental Motion Seeking Entry of an Order (I) Designating Additional
Items to Be Included in Appellant's Designation of Record on Appeal;

(II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief [Docket No. 4180].

**Status**:      This matter is going forward.

14.    **Motion to Designate (Bronge Appeal, 23-10368-LGS).** Debtors' and the Official Committee of Unsecured Creditors' Joint Supplemental Motion Seeking Entry of an Order (I) Designating Additional Items to Be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief [Docket No. 4180].

Objection Deadline:  January 4, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:  None.

Related Documents:

(1)    Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates [Docket No. 3972].

(2)    Notice of Appeal [Docket No. 4032].

(3)    Debtors' Motion Seeking Entry of an Order (I) Designating Additional Items to Be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief [Docket No. 4126].

**Status**:      This matter is going forward.

## IV.    Adjourned Matters.

15.    **Borrower Ad Hoc Group's Motion for Substantial Contribution**. Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3671].

Objection Deadline:  The initial deadline to object was September 27, 2023, at 4:00 p.m. (prevailing Eastern Time).  The filing deadline for substantial contributions was extended several times, and as a result, the deadline to object was first extended to October 4, 2023, at 4:00 p.m. (prevailing Eastern Time) and then to October 16, 2023, at 4:00 p.m. (prevailing Eastern Time).  In connection with the adjournment of all substantial contribution applications, the deadline to object was further extended until November 23, 2023, at 4:00 p.m. (prevailing Eastern Time).  The deadline to file replies in support of substantial contribution applications was extended to December 14, 2023, at 4:00 p.m. (prevailing Eastern

Time) by agreement of the parties. The reply deadline was extended again to January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement of the parties.

Responses Received:

(1)    Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4016].

(2)    Amended Omnibus Objection of the United States Trustee to Substantial Contribution Applications [Docket No. 4018].

(3)    The Official Committee of Unsecured Creditors' Statement in Support of and Objection to Certain Substantial Contribution Motions [Docket No. 4027].

(4)    Debtors' Objection to the Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(3)(4), for Allownace [*sic*] and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 4179].

(5)    The Official Committee of Unsecured Creditors' Joinder to the Debtors' Objection to the Application of the Borrower Ad Hoc Group for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Chapter 11 Cases [Docket No. 4183].

(6)    Joinder in Support of US Trustee's Objection to Substantial Contribution Applications [Docket No. 4205].

Related Documents:

(1)    Notice of Discovery Schedule for Confirmation Hearing [Docket No. 3356].

(2)    Notice of Revised Schedule for Substantial Contribution Applications [Docket No. 3467].

(3)    Notice of Further Revised Schedule for Substantial Contribution Applications [Docket No. 3498].

(4)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 3836].

(5)    Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4035].

(6)     Notice of Adjournment Regarding the Hearing to Consider the Substantial Contribution Applications [Docket No. 4093].

**Status**:     This matter has been adjourned to February 15, 2023 at 2:00 p.m. (prevailing Eastern Time).

16.     **Celsius Mining LLC v. Mawson Infrastructure Group, Inc. *et al.* (Adv. Proc. No. 23-01202).** Hybrid Pretrial Conference.

Related Documents:

(1)     Adversary Complaint [Docket No. 1].

(2)     Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 5].

**Status**:     This matter has been adjourned to February 21, 2023 at 10:00 p.m. (prevailing Eastern Time).

## V.     Withdrawn Matter.

17.     **Motion to Designate (Phillips Appeal, 23-10755-ALC)**. Debtors' and the Official Committee of Unsecured Creditors' Joint Motion Seeking Entry of an Order (I) Designating Additional Items to Be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief [Docket No. 4166].

Objection Deadline:  January 8, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)     Response to Designation of Record for Appeal [4083, 4166] [Docket No. 4200].

Related Documents:

(1)     Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates [Docket No. 3972].

(2)     Notice of Appeal [Docket No. 4039].

(3)     Appellant's Designation of the Record and Statement of Issues to Be Presented on Appeal [Docket No. 4083].

**Status**:     This matter has been withdrawn.

New York, New York
Dated:  January 10, 2024

_/s/ Joshua A. Sussberg_

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             joshua.sussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted _pro hac vice_)
Ross M. Kwasteniet, P.C. (admitted _pro hac vice_)
Christopher S. Koenig
Dan Latona (admitted _pro hac vice_)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             patrick.nash@kirkland.com
                       ross.kwasteniet@kirkland.com
                       chris.koenig@kirkland.com
                       dan.latona@kirkland.com

_Counsel to the Debtors and Debtors in Possession_