David J. Adler
McCARTER & ENGLISH, LLP
825 8th Avenue
Worldwide Plaza
New York, New York 10019
Telephone: (212) 609-6847
Facsimile: (212) 609-6921
E-mail: dadler@mccarter.com
*Attorneys for Ad Hoc Group of Borrowers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>Jointly Administered |

**NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION
OF THE BORROWER AD HOC GROUP FOR ENTRY OF AN ORDER
PURSUANT TO 11 U.S.C. §§503(B)(3)(D) AND 503(B)(4), FOR
ALLOWANCE AND REIMBURSEMENT OF PROFESSIONAL
FEES AND ACTUAL, NECESSARY EXPENSES IN MAKING
A SUBSTANTIAL CONTRIBUTION TO THESE CASES [DOCKET NO. 3671]**

**PLEASE TAKE NOTICE** that the hearing on the *Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases* [Docket No. 3671] (the "Borrower Ad Hoc Group Substantial Contribution Application"), that was scheduled to be heard on **January 11, 2023, at 10:00 a.m. (prevailing Eastern Time)** is hereby adjourned.

**PLEASE TAKE FURTHER NOTICE** that the Borrower Ad Hoc Group Substantial

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business is 121 River Street, PH05, Hoboken, New Jersey 07030.

1

Contribution Application will be heard at a hearing on **February 15, 2024, at 2:00 p.m. (prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the deadline to file a reply in support of the Borrower Ad Hoc Group Substantial Contribution was January 4, 2024, at 4:00 p.m. (prevailing Eastern Time) by agreement. The reply deadline has been extended to February 8, 2024 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** the Hearing will take place in a hybrid fashion both in person and via Zoom for Government. Those wishing to participate in the Hearing in person may appear before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408. For those wishing to participate remotely, in accordance with General Order M-543 dated March 20, 2020, the Hearing will be conducted remotely using Zoom for Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on February 14, 2024).**

**PLEASE TAKE FURTHER NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Hearing at 2:00 p.m. prevailing Eastern Time on February 15, 2024, must connect to the Hearing beginning at 1:00

2

p.m., prevailing Eastern Time on February 15, 2024. When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person to the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourtAppearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Borrower Ad Hoc Group Substantial Contribution Application and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius. You may also obtain copies of the Borrower Ad Hoc Group Substantial Contribution Application and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

New York, New York
Dated: January 10, 2024

                                                      **McCARTER & ENGLISH, LLP**

                                      By: *David J. Adler*
                                            Email: dadler@mccarter.com
                                            825 8th Avenue
                                            Worldwide Plaza
                                            New York, New York 10019
                                            Telephone: (212) 609-6847
                                            Facsimile: (212) 609-6921
                                            *Attorneys for Ad Hoc Group of Borrowers*