UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

**ORDER AUTHORIZING THE DEBTORS TO REDACT AND FILE UNDER
SEAL CERTAIN CONFIDENTIAL INFORMATION IN THE BRIC AGREEMENT**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), authorizing the Debtors to (a) redact the Asset Recovery Assessments from the Wind Down Motion Supplement and file the Wind Down Motion Supplement under seal for the remainder of these chapter 11 cases, (b) provide unredacted versions of the Wind Down Motion Supplement solely to the Receiving Parties, and (c) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having the power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

Debtors' Estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rule 9018-1, to redact the Asset Recovery Assessments from the Wind Down Motion Supplement and file the Wind Down Motion Supplement under seal.

3. The Debtors are authorized to cause the unredacted versions of the Wind Down Motion Supplement to be served on and made available, on a confidential basis, to the Receiving Parties.

4. The unredacted version of the Wind Down Motion Supplement shall remain confidential and shall not be made available to anyone other than the Receiving Parties without the Debtors' consent, may not be filed on the public docket, and shall remain under seal until the closure of these chapter 11 cases absent further order of the Court.

5. The Clerk of this Court shall treat the Asset Recovery Assessments contained in the Wind Down Motion Supplement as confidential, and counsel for the BRIC, the Plan Administrator, or the Post-Effective Date Debtors shall contact the Clerk's Office regarding the return or disposition of the unredacted Wind Down Motion Supplement as soon as practicable following the effective date of any chapter 11 plan in this case or any successor cases.

6. Any party authorized to receive the unredacted versions of the Wind Down Motion Supplement shall be authorized and directed, subject to Local Rule 9018-1, to redact

specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases. If the Asset Recovery Assessments are attached or referred to in any future pleadings or documents filed with this Court relating to these chapter 11 cases, this Order shall apply to such pleading or document.

7. Any party who receives access to the unredacted Asset Recovery Assessments in accordance with this Order shall not disclose or otherwise disseminate the Asset Recovery Assessments to any other person or entity, including in response to a request under the Freedom of Information Act, without further order of the Court.

8. The requirements of the Bankruptcy Rules and Local Rules, including Local Rules 9013-1 and 9018-1, are satisfied by the contents of the Motion.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED**

Dated:   January 11, 2024
         New York, New York

                                            **/s/ Martin Glenn**
                                            MARTIN GLENN
                                            Chief United States Bankruptcy Judge