AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1001

*Special Litigation Counsel for Debtors*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**SIXTEENTH MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER &
FELD LLP FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS
FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 9, 2023**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893) and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Name of Applicant: | Akin Gump Strauss Hauer & Feld LLP |
| Authorized to Provide Professional Services To: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2022 (effective as of July 13, 2022) |
| Period for Which Compensation and Reimbursement Is Sought: | November 1, 2023 through November 9, 2023 |
| Fees Incurred: | $156,027.15 |
| 20% Holdback: | $31,205.43 |
| Total Compensation Less 20% Holdback: | $124,821.72 |
| Monthly Expenses Incurred: | $79,270.03 |
| Total Fees (80%) and Expenses Requested: | $204,091.75 |

This is a  x  monthly _____ interim _____ final application

1.      Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel to the debtors and debtors in possession (the "Debtors"), hereby submits this statement of fees and disbursements (the "Sixteenth Monthly Fee Statement") covering the period from November 1, 2023 through and including November 9, 2023 (the "Compensation Period") in accordance with the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket No. 1745].  By the Sixteenth Monthly Fee Statement, and after taking into account certain voluntary discounts and reductions,[2] Akin requests (a) interim allowance and payment of compensation in the amount of $124,821.72 (80% of $156,027.15) for fees on account

---

[2]    The total amount for fees and expenses ($235,297.18) reflects voluntary reductions for the Compensation Period of $17,659.35 in fees (which total is based on the agreed-upon 10% discount) and $436.20 in expenses.  For the avoidance of doubt, these voluntary reductions do not include the aggregated fee reduction resulting from the agreed-upon 10% discount.

of reasonable and necessary professional services rendered to the Debtors by Akin and (b) reimbursement of actual and necessary costs and expenses in the amount of $79,270.03 incurred by Akin during the Compensation Period.

### FEES FOR SERVICES RENDERED
### DURING THE COMPENSATION PERIOD

2.       **Exhibit A** sets forth a timekeeper summary that includes the respective names, positions, departments, bar admissions, hourly billing rates and aggregate hours spent by each Akin professional and paraprofessional who provided services to the Debtors during the Compensation Period.  The rates charged by Akin for services rendered to the Debtors are the same rates that Akin charges generally for professional services rendered to its non-bankruptcy clients, subject to an agreed-upon 10% discount on its standard billing rates for all timekeepers.

3.       **Exhibit B** sets forth a task code summary that includes the aggregate hours per task code spent by Akin professionals and paraprofessionals in rendering services to the Debtors during the Compensation Period.

4.       **Exhibit  C** sets forth a complete itemization of tasks performed by Akin professionals and paraprofessionals who provided services to the Debtors during the Compensation Period.

### EXPENSES INCURRED
### DURING THE COMPENSATION PERIOD

5.       **Exhibit D** sets forth a disbursement summary that includes the aggregate expenses, organized by general disbursement categories, incurred by Akin in connection with services rendered to the Debtors during the Compensation Period.

6.       **Exhibit E** sets forth a complete itemization of disbursements incurred by Akin in connection with services rendered to the Debtors during the Compensation Period.

3

## NOTICE AND OBJECTION PROCEDURES

7.      Notice of this Sixteenth Monthly Fee Statement shall be given by hand or overnight delivery or email where available upon: (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654; Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Alison J. Wirtz; (iii) the U.S. Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the Official Committee of Unsecured Creditors, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Ave, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Los Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block, LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn.: Catherine L. Steege, and Vincent E. Lazar, (vi) counsel to the *Ad Hoc* Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the *Ad Hoc* Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, NY 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to proposed counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com and (ix) any other statutory committee appointed in these Chapter 11 Cases (collectively, the "Notice Parties").

8.      Objections to this Sixteenth Monthly Fee Statement, if any, must be filed with the Court and served upon the Notice Parties so as to be received no later than **January 26, 2024 at**

**12:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"), and shall set forth the nature of the objection and the amount of fees or expenses at issue.

9.      If no objections to this Sixteenth Monthly Fee Statement are filed and served as set forth above, the Debtors shall promptly pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses identified herein.

10.     If an objection to this Sixteenth Monthly Fee Statement is received on or before the Objection Deadline, the Debtors shall withhold payment of that portion of this Sixteenth Monthly Fee Statement to which the objection is directed and promptly pay the remainder of the fees and disbursements in the percentages set forth above.  To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing to be held by the Court.

Dated: January 12, 2024                          AKIN GUMP STRAUSS HAUER & FELD LLP
        New York, New York

                                                 By: _/s/ Mitchell P. Hurley_
                                                     Mitchell P. Hurley
                                                     Dean L. Chapman Jr.
                                                     One Bryant Park
                                                     New York, New York 10036
                                                     Telephone: (212) 872-1000
                                                     Facsimile: (212) 872-1002
                                                     mhurley@akingump.com
                                                     dchapman@akingump.com

                                                     *Special Litigation Counsel*
                                                     *for Debtors*

**<u>Exhibit A</u>**

**Timekeeper Summary**

## TIMEKEEPER SUMMARY

| Partners | Department | Office | Year of Admission | 2023 Rate | Hours | Amount ($) |
|---|---|---|---|---|---|---|
| Dean L. Chapman | Litigation | NY | 2006 | $1,552.50 | 23.10 | $35,862.75 |
| Mitchell Hurley | Litigation | NY | 1997 | $1,795.50 | 17.90 | $32,139.45 |
| Eli Miller | Corporate | NY | 2009 | $1,296.00 | 4.40 | $5,702.40 |
| Elizabeth Scott | Litigation | DA | 2007 | $1,278.00 | 27.90 | $35,656.20 |
| **Partner Total:** | | | | | **73.30** | **$109,360.80** |
| **Senior Counsel & Counsel** | **Department** | **Office** | **Year of Admission** | **2023 Rate** | **Hours** | **Amount ($)** |
| Nicholas R. Lombardi | Litigation | DA | 2018 | $1,188.00 | 4.10 | $4,870.80 |
| Jessica Mannon | Litigation | DA | 2017 | $1,008.00 | 4.60 | $4,636.80 |
| Joanna F. Newdeck | Financial Restructuring | DC | 2005 | $1,350.00 | 5.40 | $7,290.00 |
| Tiffanye Threadcraft | Corporate | NY | 2013 | $1,242.00 | 6.30 | $7,824.60 |
| **Senior Counsel & Counsel Total:** | | | | | **20.40** | **$24,622.20** |
| **Associates** | **Department** | **Office** | **Year of Admission** | **2023 Rate** | **Hours** | **Amount ($)** |
| Michael Chen | Litigation | NY | 2019 | $1,012.50 | 4.80 | $4,860.00 |
| Patrick Glackin | Litigation | NY | 2019 | $1,012.50 | 11.30 | $11,441.25 |
| Michael Stanley | Litigation | DA | 2022 | $661.50 | 6.60 | $4,365.90 |
| **Associate Total:** | | | | | **22.70** | **$20,667.15** |
| **Paraprofessionals/ Staff Attorneys** | **Department** | **Office** | **Year of Admission** | **2023 Rate** | **Hours** | **Amount ($)** |
| Amy Laaraj | Paralegal, Financial Restructuring | NY | N/A | $459.00 | 3.00 | $1,377.00 |
| **Paraprofessional Total:** | | | | | **3.00** | **$1,377.00** |
| **Total Hours / Fees Requested:** | | | | | **119.40** | **$156,027.15** |

| ALL PROFESSIONALS | BLENDED RATE ($) | TOTAL BILLED HOURS | TOTAL COMPENSATION ($) |
|---|---|---|---|
| Partners | $1,491.96 | 73.30 | $109,360.80 |
| Senior Counsel & Counsel | $1,206.97 | 20.40 | $24,622.20 |
| Associates | $910.45 | 22.70 | $20,667.15 |
| Paralegals/EDiscovery | $459.00 | 3.00 | $1,377.00 |
| **Blended All Timekeepers Rate:** | **$1,306.76** | **119.40** | **$156,027.15** |

**<u>Exhibit B</u>**

**Task Code Summary**

## TASK CODE SUMMARY

| Task Code | Matter | Hours | Value ($) |
|---|---|---|---|
| 2 | Akin Gump Monthly and Interim Fee Applications | 4.50 | $6,075.00 |
| 4 | Case Administration | 3.40 | $2,362.50 |
| 5 | Stone/KeyFi | 19.20 | $21,232.35 |
| 10 | Voyager Digital | 0.40 | $621.00 |
| 13 | StakeHound | 91.90 | $125,736.30 |
| | **TOTAL:** | **119.40** | **$156,027.15** |

## **Exhibit C**

### **Itemized Fees**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



CELSIUS NETWORK LLC
50 HARRISON STREET
SUITE 209F
HOBOKEN, NJ  07030
ATTN: RON  DEUTSCH

| | |
|---|---|
| Invoice Number | 2076694 |
| Invoice Date | 01/08/24 |
| Client Number | 103606 |
| Matter Number | 0025 |

Re: SPECIAL LITIGATION COUNSEL

FOR PROFESSIONAL SERVICES RENDERED THROUGH  11/15/23  :

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Akin Gump Monthly and Interim Fee Applications | 4.50 | $6,075.00 |
| 0004 | Case Administration | 3.40 | $2,362.50 |
| 0005 | Stone/KeyFi | 19.20 | $21,232.35 |
| 0010 | Voyager Digital | 0.40 | $621.00 |
| 0013 | StakeHound | 91.90 | $125,736.30 |
| | TOTAL | 119.40 | $156,027.15 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/01/23 | M P HURLEY | 0013 | Review proposed term sheet changes. | 1.60 | $2,872.80 |
| 11/01/23 | E M SCOTT | 0013 | Confer with Akin team regarding draft Settlement Agreement (.2); analyze issues related to 9019 draft (.2) and confer with M. Chen and P. Glackin regarding same (.2); analyze additional comments regarding draft term sheet from UCC and NewCo representatives (.4); continue drafting 9019 sections (.8). | 1.80 | $2,300.40 |
| 11/01/23 | E N MILLER | 0013 | Review settlement term sheet (1.0); call with plaintiff re term sheet markup (.5). | 1.50 | $1,944.00 |
| 11/01/23 | D L CHAPMAN | 0013 | Turn edits to draft settlement agreement (3.5) and confer with team re: same (.2); participate in call with plaintiff group re: term sheet (.5) and follow-up email to M. Hurley re: same (.1); review and response to correspondence re: same (.3). | 4.60 | $7,141.50 |
| 11/01/23 | M CHEN | 0013 | Review, revise and circulate draft of settlement agreement (.7); call with E. Scott and P. Glackin re same (.2). | 0.90 | $911.25 |
| 11/01/23 | P J GLACKIN | 0013 | Review and revise draft settlement agreement (.7) and email M. Chen regarding the same (.2); review and revise draft Rule 9019 motion, notice regarding the same, and proposed order (2.5); confer with L. Scott and M. Chen regarding same (.2); call with team re same (.2). | 3.80 | $3,847.50 |
| 11/02/23 | M P HURLEY | 0013 | Review comments from W&C to Term Sheet and respond (.9); revise term sheet (1.6). | 2.50 | $4,488.75 |
| 11/02/23 | J F NEWDECK | 0004 | Emails to client (.1) and with FTI (.1) re FTI compensation and staffing report; email to Akin para re same (.1); emails to M. Hurley re case admin issues (.2). | 0.50 | $675.00 |
| 11/02/23 | E M SCOTT | 0013 | Analyze updated term sheet in light of additional UCC and NewCo comments and related correspondence (.8) and begin revising 9019 motion in light of same (2.9); analyze open issues re next steps regarding the settlement (.2); analyze research in support of 9019 motion (.1) and email to Akin team regarding same (.2). | 4.20 | $5,367.60 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/02/23 | D L CHAPMAN | 0005 | Confer with team re: next steps (.2) and review draft stipulation (.1). | 0.30 | $465.75 |
| 11/02/23 | D L CHAPMAN | 0013 | Review edits to Term Sheet (.5); incorporate edits into revised Term Sheet document (1.2); confer with Plaintiff group re: same (.4); circulate diligence materials (.2). | 2.30 | $3,570.75 |
| 11/02/23 | P J GLACKIN | 0013 | Legal research regarding issues in connection with Rule 9019 motion (1.8) and revise draft Rule 9019 motion based on the same (.3). | 2.10 | $2,126.25 |
| 11/02/23 | M STANLEY | 0005 | Meet with Akin team re: ongoing workstreams (.2); draft an email to Nifty's re: document production (.1); draft stipulation extending the stay period (1.4). | 1.70 | $1,124.55 |
| 11/02/23 | A LAARAJ | 0004 | File FTI first monthly fee statement on court docket (.3); emails with J. Newdeck re same (.2); circulate to team (.2); monitor, update docket materials and circulate to team (.3). | 1.00 | $459.00 |
| 11/02/23 | J J MANNON | 0005 | Attend team call regarding strategy (.2); email opposing counsel (.2); consider next steps (.2). | 0.60 | $604.80 |
| 11/03/23 | M P HURLEY | 0013 | Correspondence with StakeHound regarding staking matters (.3); further revise term sheet (.7); revise draft long form settlement agreement (1.1). | 2.10 | $3,770.55 |
| 11/03/23 | J F NEWDECK | 0002 | Review Oct invoice for privilege, confidentiality and UST compliance. | 4.00 | $5,400.00 |
| 11/03/23 | E M SCOTT | 0013 | Confer with Akin team members regarding draft settlement approval materials (.3); review further updated StakeHound term sheet (.3); analyze transfer issues associated with Settlement Agreement (.4) and review research regarding same (.4) and email to Akin team regarding same (.3); revise draft Notice of Motion and proposed Order regarding 9019 motion (1.8); email Akin team regarding draft formal agreement (.4); consider issues regarding draft motion to shorten notice on the 9019 (.2) and review documents regarding same (.3); continue updating draft 9019 in light of additional updates to the settlement term sheet (2.2). | 6.60 | $8,434.80 |
| 11/03/23 | E N MILLER | 0013 | Review term sheet and settlement agreement (.7); | 1.10 | $1,425.60 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | correspond with Akin re same (.4). | | |
| 11/03/23 | D L CHAPMAN | 0005 | Review correspondence from opposing counsel re stip extending the stay (.2) and analysis of next steps re: same (.2). | 0.40 | $621.00 |
| 11/03/23 | D L CHAPMAN | 0013 | Turn edits to Settlement Agreement (.8) and confer with team re: same (.3). | 1.10 | $1,707.75 |
| 11/03/23 | M CHEN | 0013 | Revise draft of settlement agreement (1.8); revise draft motion to expedite and shorten notice period for 9019 Motion (1.2); review research re same (.6); call with Akin team re same (.3). | 3.90 | $3,948.75 |
| 11/03/23 | M STANLEY | 0005 | Review email from Stone counsel (.1); review Amended TRO (.2); draft email to the Akin team re: same (.1). | 0.40 | $264.60 |
| 11/03/23 | A LAARAJ | 0004 | Monitor, update docket materials and circulate to team. | 0.20 | $91.80 |
| 11/04/23 | E M SCOTT | 0013 | Confer with P. Glackin regarding updates to the 9019 materials (.3); review internal comments to draft Agreement (.2); review draft motion to shorten notice (.6) and research in support of same (.4); call with P. Glackin regarding 9019 updates (.1) and correspondence to team regarding same (.2). | 1.80 | $2,300.40 |
| 11/04/23 | P J GLACKIN | 0013 | Call with E. Scott regarding draft Rule 9019 motion (.3) and legal research regarding the same (.5); further call with E. Scott re same (.1). | 0.90 | $911.25 |
| 11/04/23 | M STANLEY | 0005 | Draft email to Defendants' counsel re: extending the stay period. | 0.10 | $66.15 |
| 11/05/23 | E M SCOTT | 0013 | Correspondence with Akin team members regarding updated draft 9019 materials (.4); revise updated draft 9019 motion (1.9); review StakeHound comments to the updated draft settlement term sheet (.5). | 2.80 | $3,578.40 |
| 11/05/23 | D L CHAPMAN | 0013 | Review mark-up of term sheet and related communications (.4); review and respond to internal correspondence re same (.4); follow-up with SH counsel re: diligence (.1). | 0.90 | $1,397.25 |
| 11/05/23 | D L CHAPMAN | 0005 | Confer with FTI re: Stone matters. | 0.30 | $465.75 |
| 11/05/23 | P J GLACKIN | 0013 | Research rule 9019 issues (1.4); revise draft motion to approve settlement based on the same (1.7); revise draft filings related | 3.40 | $3,442.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | to draft Rule 9019 motion (.3). | | |
| 11/06/23 | M P HURLEY | 0013 | Correspondence with mediator and StakeHound re settlement update (.4); prepare for call with UCC and Newco re same (.9); call with UCC and Newco re same (.7); correspondence with SC re same (.3); correspondence with SH counsel re same (.3). | 2.60 | $4,668.30 |
| 11/06/23 | M P HURLEY | 0005 | Correspondence with SC and team re Stone status. | 0.30 | $538.65 |
| 11/06/23 | E M SCOTT | 0013 | Revise updated motion, memorandum, and proposed 9019 approval order (3.3) and emails with Akin team members regarding same (.4); review additional research regarding same (.3); participate in call with UCC, Celsius, and NewCo teams regarding StakeHound comments to the updated draft term sheet (.7). | 4.70 | $6,006.60 |
| 11/06/23 | E N MILLER | 0013 | Correspond with Akin team re term sheet (.2); review settlement agreement re same (.3); call with T. Threadcraft re same (.3). | 0.80 | $1,036.80 |
| 11/06/23 | D L CHAPMAN | 0005 | Review draft presentation and related FTI materials. | 3.20 | $4,968.00 |
| 11/06/23 | D L CHAPMAN | 0013 | Prepare for (.1) and participate in (.7) call with settlement parties, Committee re: term sheet; confer with various parties re: diligence items (.7). | 1.50 | $2,328.75 |
| 11/06/23 | T S THREADCRAFT | 0013 | Review settlement agreement (.5); call with E. Miller re same (.3); correspond with Akin team re same (.2). | 1.00 | $1,242.00 |
| 11/06/23 | P J GLACKIN | 0013 | Email E. Scott regarding draft Rule 9019 motion issues (.3); legal research regarding the same (.8). | 1.10 | $1,113.75 |
| 11/06/23 | M STANLEY | 0005 | Revise joint stipulation extending the stay period for filing (.8); finalize same for filing (.1); draft email to chambers re: the joint stipulation (.1). | 1.00 | $661.50 |
| 11/06/23 | M STANLEY | 0013 | Analyze due diligence questions from the UCC. | 0.10 | $66.15 |
| 11/06/23 | N R LOMBARDI | 0013 | Revise (.1) and proofread (.3) diligence list. | 0.40 | $475.20 |
| 11/07/23 | M P HURLEY | 0013 | Call with SH counsel re term sheet matters (1.4); revise proposal (2.8); correspondence with team re same (.7). | 4.90 | $8,797.95 |
| 11/07/23 | E M SCOTT | 0013 | Participate in call with StakeHound regarding StakeHound comments to the updated draft term sheet. | 1.40 | $1,789.20 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/07/23 | E N MILLER | 0013 | Call with T. Threadcraft re SH settlement matters. | 0.30 | $388.80 |
| 11/07/23 | D L CHAPMAN | 0005 | Confer with J. Mannon and M. Stanley re: presentation (.5); review correspondence re same (.2) and email to team re: TRO request (.2). | 0.90 | $1,397.25 |
| 11/07/23 | D L CHAPMAN | 0013 | Participate in call with StakeHound (1.4) and internal correspondence (.2) re: term sheet; review same (.2); follow-up email to E. Miller re: same (.1). | 1.90 | $2,949.75 |
| 11/07/23 | T S THREADCRAFT | 0013 | Review settlement agreement (.7); correspond with Akin team (.4); call with E. Miller re same (.3). | 1.40 | $1,738.80 |
| 11/07/23 | M STANLEY | 0005 | Confer with D. Chapman and J. Mannon re: presentation on tracing analysis (.5); confer with J. Mannon re: same (.1); review third-party subpoena responses (1.2); draft PowerPoint slide on subpoena findings (.6). | 2.40 | $1,587.60 |
| 11/07/23 | A LAARAJ | 0004 | Monitor, update docket materials and circulate to team. | 0.20 | $91.80 |
| 11/07/23 | A LAARAJ | 0005 | Monitor, update docket materials and circulate to team (.3); prepare and circulate calendar marker (.2). | 0.50 | $229.50 |
| 11/07/23 | J J MANNON | 0005 | Revise slides reflecting forensic accountant findings for presentation (.9); call with D. Chapman and M. Stanley regarding same (.5); confer with M. Stanley re same (.1). | 1.50 | $1,512.00 |
| 11/08/23 | M P HURLEY | 0013 | Confer with team re settlement documentation (.4); review open issues re same (.2); call with SH counsel re same (.7). | 1.30 | $2,334.15 |
| 11/08/23 | J F NEWDECK | 0002 | Review CEL September fee statement (.1) and Oct fee statement matters (.2); review issues re same (.2). | 0.50 | $675.00 |
| 11/08/23 | E M SCOTT | 0013 | Revise draft motion to shorten notice and proposed order (1.6) and confer with Akin litigation team members regarding same (.4); review StakeHound's additional comments to the updated draft term sheet (.2); review StakeHound's diligence responses (.4). | 2.60 | $3,322.80 |
| 11/08/23 | E N MILLER | 0013 | Review open issues re settlement agreement (.3); confer with team re same (.4). | 0.70 | $907.20 |
| 11/08/23 | D L CHAPMAN | 0005 | Call with J. Mannon re tracing slides. | 0.20 | $310.50 |
| 11/08/23 | D L CHAPMAN | 0013 | Confer with team re: term sheet, settlement, and motion papers. | 0.40 | $621.00 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 11/08/23 | T S THREADCRAFT | 0013 | Review and revise settlement agreement (3); correspond with Akin team re same (.4). | 3.40 | $4,222.80 |
| 11/08/23 | M STANLEY | 0005 | Draft PowerPoint slides re: third-party subpoena findings. | 0.50 | $330.75 |
| 11/08/23 | A LAARAJ | 0004 | Monitor, update docket materials and circulate to team. | 0.20 | $91.80 |
| 11/08/23 | J J MANNON | 0005 | Review and revise slides reflecting forensic accountant findings for presentation (.8); call with D. Chapman regarding same (.2). | 1.00 | $1,008.00 |
| 11/09/23 | M P HURLEY | 0013 | Review and comment on Term Sheet (1.4); call with team re related matters (.4). | 1.80 | $3,231.90 |
| 11/09/23 | M P HURLEY | 0005 | Attend meet and confer with Stone counsel (.4); call with team regarding Stone request (.4). | 0.80 | $1,436.40 |
| 11/09/23 | J F NEWDECK | 0004 | Review CEL plan and confirmation order re professional fee compensation (.3); email to Kirkland re same (.1). | 0.40 | $540.00 |
| 11/09/23 | E M SCOTT | 0013 | Call with Akin team regarding diligence responses (.3); revise draft motion to shorten notice in light of initial Akin team comments (.5); analyze discovery responses and diligence responses in light of remaining diligence questions (.8); participate in call with Akin team regarding next steps (.4). | 2.00 | $2,556.00 |
| 11/09/23 | D L CHAPMAN | 0005 | Participate in meet and confer with opposing counsel (.4); call with J. Mannon re go forward matters (.5); confer with team re: requests pursuant to TRO (.3) (partial). | 1.20 | $1,863.00 |
| 11/09/23 | D L CHAPMAN | 0013 | Review diligence materials from StakeHound (1.5); confer with team re: same (.3); confer with client re: same (.3); follow-up with StakeHound re: same (.2); strategize re: potential third party claims (.8); confer with team re: same and next steps (.4). | 3.50 | $5,433.75 |
| 11/09/23 | D L CHAPMAN | 0010 | Turn edits to stipulation (.2); consider open issues re same (.1); confer with client (.1) re: same. | 0.40 | $621.00 |
| 11/09/23 | T S THREADCRAFT | 0013 | Review settlement agreement (.3); correspond with Akin team regarding same (.2). | 0.50 | $621.00 |
| 11/09/23 | M STANLEY | 0005 | Meet with team re Stone TRO matters. | 0.40 | $264.60 |
| 11/09/23 | A LAARAJ | 0004 | Monitor, update docket materials and circulate to team (.7); | 0.90 | $413.10 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | prepare and circulate calendar markers (.2). | | |
| 11/09/23 | J J MANNON | 0005 | Prepare for meet and confer with opposing counsel (.2); meet and confer with opposing counsel regarding TRO (.4); discuss go-forward strategy with D. Chapman. (.5); call with team re TRO matters (.4). | 1.50 | $1,512.00 |
| 11/09/23 | N R LOMBARDI | 0013 | Review settlement related documents and summarize terms (2); review SH responses to due diligence and other documents (1); call with team re same (.3). | 3.30 | $3,920.40 |
| 11/09/23 | N R LOMBARDI | 0013 | Attend call re: settlement matters. | 0.40 | $475.20 |

|  |  |
|--|--|
| Total Hours | 119.40 |

**TIMEKEEPER TIME SUMMARY:**

| Timekeeper | Hours | | Rate | | Value |
|------------|-------|--|------|--|-------|
| M P HURLEY | 17.90 | at | $1795.50 | = | $32,139.45 |
| E M SCOTT | 27.90 | at | $1278.00 | = | $35,656.20 |
| E N MILLER | 4.40 | at | $1296.00 | = | $5,702.40 |
| D L CHAPMAN | 23.10 | at | $1552.50 | = | $35,862.75 |
| J F NEWDECK | 5.40 | at | $1350.00 | = | $7,290.00 |
| T S THREADCRAFT | 6.30 | at | $1242.00 | = | $7,824.60 |
| M CHEN | 4.80 | at | $1012.50 | = | $4,860.00 |
| P J GLACKIN | 11.30 | at | $1012.50 | = | $11,441.25 |
| J J MANNON | 4.60 | at | $1008.00 | = | $4,636.80 |
| N R LOMBARDI | 4.10 | at | $1188.00 | = | $4,870.80 |
| M STANLEY | 6.60 | at | $661.50 | = | $4,365.90 |
| A LAARAJ | 3.00 | at | $459.00 | = | $1,377.00 |

| | |
|--|--|
| Current Fees | $156,027.15 |

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|--|--|
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $38.80 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,563.94 |
| Color Copy | $164.00 |
| Professional Fees - Miscellaneous | $75,855.12 |
| Recruiting - Transcript Fees | $535.95 |
| Travel - Ground Transportation | $56.84 |
| Local Transportation - Overtime | $55.38 |

| | |
|--|--|
| Current Expenses | $79,270.03 |

| | |
|--|--|
| **Total Amount of This Invoice** | **$235,297.18** |

**Exhibit D**

**Disbursement Summary**

## DISBURSEMENT SUMMARY

| Disbursement Activity | Amount ($) |
|---|---|
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $2,563.94 |
| Computerized Legal Research - Courtlink - In Contract 50% discount | $38.80 |
| Color Copy | $164.00 |
| Professional Fees - Miscellaneous | $75,855.12 |
| Recruiting - Transcript Fees | $535.95 |
| Local Transportation - Overtime | $55.38 |
| Travel - Ground Transportation | $56.84 |
| **TOTAL:** | **$79,270.03** |

**Exhibit E**

**Itemized Disbursements**

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
44th Floor
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com



CELSIUS NETWORK LLC
50 HARRISON STREET
SUITE 209F
HOBOKEN, NJ  07030
ATTN: RON  DEUTSCH

| | |
|---|---|
| Invoice Number | 2076694 |
| Invoice Date | 01/08/24 |
| Client Number | 103606 |
| Matter Number | 0025 |

Re: SPECIAL LITIGATION COUNSEL

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $38.80 |
| Computerized Legal Research - Westlaw - in contract 30% discount | $2,563.94 |
| Color Copy | $164.00 |
| Professional Fees - Miscellaneous | $75,855.12 |
| Recruiting - Transcript Fees | $535.95 |
| Travel - Ground Transportation | $56.84 |
| Local Transportation - Overtime | $55.38 |
| Current Expenses | $79,270.03 |

| Date | | Value |
|---|---|---|
| 10/16/23 | Professional Fees - Miscellaneous | $25,549.93 |
| | VENDOR: HOMBURGER AG (WIRE) INVOICE#: 95009700 DATE: 10/16/2023 Professional services rendered through September 30, 2023 | |

| | | |
|---|---|---|
| 10/18/23 | Travel - Ground Transportation VENDOR: DIAL CAR INC INVOICE#: 56033 DATE: 10/25/2023 Vendor: Dial Car Voucher #: 509616 Date: 10/18/2023 Name: Amy Laaraj\|\|Car Service, Vendor: Dial Car Voucher #: 509616 Date: 10/18/2023 Name: Amy Laaraj | $56.84 |
| 10/20/23 | Recruiting - Transcript Fees  VENDOR: VERITEXT INVOICE#: 6921431 DATE: 10/20/2023 Transcript Services for Celsius case | $236.25 |
| 11/01/23 | Recruiting - Transcript Fees  VENDOR: VERITEXT INVOICE#: 6950509 DATE: 11/1/2023 Transcript Services for Celsius case | $299.70 |
| 11/01/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 11/1/2023 AcctNumber: 1000193694 ConnectTime: 0.0 | $255.20 |
| 11/01/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 11/02/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 11/03/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.55 |
| 11/04/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 11/4/2023 AcctNumber: 1000193694 ConnectTime: 0.0 | $195.50 |
| 11/05/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 11/5/2023 AcctNumber: 1000193694 ConnectTime: 0.0 | $1,280.48 |
| 11/06/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: GLACKIN PATRICK Date: 11/6/2023 AcctNumber: 1000193694 ConnectTime: 0.0 | $447.72 |
| 11/06/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 11/07/23 | Computerized Legal Research - Courtlink | $5.54 |

|  |  |  |
|---|---|---|
|  | - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 |  |
| 11/08/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 11/08/23 | Computerized Legal Research - Westlaw - in contract 30% discount  User: HURLEY MITCHELL P Date: 11/8/2023 AcctNumber: 1000193694 ConnectTime: 0.0 | $385.04 |
| 11/09/23 | Computerized Legal Research - Courtlink - In Contract 50% Discount  Service: COURTLINK TRACK; Employee: LEHRKE  SARAH; Charge Type: OTHER FREQUENCY TRACKS; Quantity: 1.0 | $5.54 |
| 11/09/23 | Local Transportation - Overtime VENDOR: MITCHELL P. HURLEY INVOICE#: 6304903511212206 DATE: 11/21/2023 Working Late in Office Taxi/Car/etc, 11/09/23, M. Hurley Working late in office re Celsius - Uber from office to home, Uber | $55.38 |
| 11/09/23 | Color Copy  REQUESTOR: N. LOMBARDI  DESCRIPTION: COLOR COPIES QUANTITY: 164  DATE ORDERED: 11/09/2023 | $164.00 |
| 11/15/23 | Professional Fees - Miscellaneous VENDOR: HOMBURGER AG (WIRE) INVOICE#: 95090300 DATE: 11/15/2023 Service rendered through October 31, 2023 | $50,305.19 |
|  | Current Expenses | $79,270.03 |

**Total Amount of This Invoice**                    **$235,297.18**