January 12, 2024

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

Re: Celsius Network LLC, et al., Case No. 22-10964 (MG)


Dear Honorable Chief Judge Glenn,

I am writing to ask the court to exempt me from having "preference liability" in the Celsius case.  I am just a small retail investor that was doing two things by depositing my money with Celsius:

1) I was using it as a savings account for my net worth of USD.  They allowed me to park my USD's there via USDC, a stablecoin.  The interest rate was better than my bank (Bank of America). It was not an investment, it was just as savings account.
2) I was trying to earn interest on my cryptocurrencies.  I had BTC, ETH, and relatively small balance of AVAX.  I did not tell Celsius they could loan my coins out or do anything risky with it.  Their fine print clearly defrauded everyone, hence this court case.  I was just trying to earn interest.

In early June 2022, I traveled to Maine to bury my grandfather with my family. In this stressful time, as I needed to help foot the bill for things in my family (he was like a dad to me, but no one else in the family has their "stuff together").  On June 11th, after the burial, I withdrew $126k in USDC.  This was dollar savings, not risky crypto.  I'm asking that the court see this and not allow the litigators to make me pay $35k of that back, just to hope that I'll get a portion of my BTC, ETH, and AVAX.  That amount isn't even clear what I may get back… I don't feel comfortable. What if I don't even get $35k worth back?

Also, to give notice on January 10th that I owe $35k by January 31st is not fair.  I have to sell things and move money around, and it's not right.  I was literally just taking out USD's!

I understand that were hundreds of thousands of victims.  I understand that cryptocurrencies are risky and Celsius hurt a lot of us, and I'm fine with the judgment that is seeking to make investors as whole as possible.  I am hoping for the best with my crypto balances.  But withdrawing USD's after a death in the family (yes, an emotional decision) should not penalize me for my claim for my crypto.

Judge, could you please grant me a court order of exemption?  I was just over the $100k arbitrary threshold.  If I had taken $99k I would be fine, but I happened to have $126k withdrawn (and I think $130k total USD balance at the time).

I would be happy to discuss this further if needed.  My cell is (203)564-633 and my email is
tommypell@gmail.com


Thank you for your time,

Thomas Pelletier