**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:       david.turetsky@whitecase.com
             sam.hershey@whitecase.com
          jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:       mandolina@whitecase.com
             gregory.pesce@whitecase.com

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:       kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email:       aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>NOTICE OF FOURTH INTERIM FEE APPLICATION</u>

**TO:**   the Debtors; counsel to the Debtors; the U.S. Trustee; counsel to the Fee Examiner; the Fee
Examiner; and all parties requesting notice pursuant to Bankruptcy Rule 2002.[2]

   **PLEASE TAKE NOTICE** that Elementus Inc. has filed the attached *Fourth Interim*

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius
Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending
LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited
(0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service
address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]   Capitalized terms used, but not defined, in this notice shall have the meaning ascribed to it in the attached Application.

*Application of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC,* et al., *for the Period from July 1, 2023 through November 9, 2023* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that, if any party other than the U.S. Trustee or the Fee Examiner wishes to file a response or objection to the Application, any such responses or objections must be filed on or before **Feb 6, 2024 at 12:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Application by a later date pursuant to the fee review schedule set forth in the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1746] or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed in accordance with this Notice, a hearing on the Application will be held at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of Page Left Intentionally Blank]*

Dated:    January 16, 2024

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
Email:    david.turetsky@whitecase.com
          sam.hershey@whitecase.com
          jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:    (312) 881-5400
Facsimile:    (312) 881-5450
Email:    mandolina@whitecase.com
          gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:    (305) 371-2700
Facsimile:    (305) 358-5744
Email:    kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 620-7700
Facsimile:    (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[3] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**COVERSHEET FOR FOURTH INTERIM APPLICATION OF
ELEMENTUS INC. FOR COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS
ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF CELSIUS NETWORK, LLC, *ET AL.*, FOR THE PERIOD
OF JULY 1, 2023 THROUGH NOVEMBER 9, 2023**

| | |
|---|---|
| **Name of Applicant:** | Elementus Inc. |
| **Name of Client:** | Official Committee of Unsecured Creditors |
| **Petition Date:** | July 13, 2022 |
| **Retention Date:** | October 18, 2022, effective as of August 1, 2022 |
| **Date of Order Approving Retention:** | October 18, 2022 [Docket No. 1097] |
| **Fourth Interim Fee Application** | |
| **Time Period Covered by Application:** | July 1, 2023 through November 9, 2023 |
| **Total Fees Requested in This Application:** | $1,197,610.00 |
| **Total Expenses Requested in This Application:** | $283,414.02 |
| **Total Fees Requested for Fee Application Preparation for First through Third Interim Periods in This Application:** | $26,720 |
| **Total Fees and Expenses Requested in This Application:** | $1,507,794.02 |

---

[3]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**Summary of Monthly Fee Statements for Fourth Interim Period**

| Dated Filed & Docket No. | Statement Period | Total Requested Fees (100%) | Interim Fees Paid (80%) | Fee Holdback (20%) | Total Expenses Requested (100%) | Interim Expenses Paid (100%) |
|---|---|---|---|---|---|---|
| 8/30/2023<br><br>Docket No. 3397 | 7/1/23 - 7/31/23 | $87,220.00 | $69,776.00 | $17,444.00 | $51,595.27 | $51,595.27 |
| 10/02/2023<br><br>Docket No. 3664 | 8/1/23 - 8/31/23 | $117,450.00 | $93,960.00 | $23,490.00 | $53,004.81 | $53,004.81 |
| 11/07/2023<br><br>Docket No. 3966 | 9/1/23 - 9/30/23 | $818,740.00 | $654,992.00 | $163,748.00 | $95,388.26 | $95,388.26 |
| 11/22/2023<br><br>Docket No. 4023 | 10/1/23 - 10/31/23 | $174,200.00 | $139,360.00 | $34,840.00 | $83,475.68 | $83,475.68 |

**Prior Interim Compensation Orders**

*Omnibus Order Granting Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for the First Interim Compensation Period from July 13, 2022 Through October 31, 2022* [Docket No. 2523], April 24, 2023.

*Second Omnibus Order Granting Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for The First and Second Interim Compensation Periods from July 13, 2022 Through October 31, 2022 and November 1, 2022 Through February 28, 2023* [Docket No. 3055], July 19, 2023.

*Third Omnibus Order Granting Applications for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for The Second and Third Interim Fee Periods from November 1, 2022 Through February 28, 2023 and March 1, 2023 Through June 30, 2023* [Docket No. 4056], November 30, 2023.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[4] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FOURTH INTERIM APPLICATION OF ELEMENTUS INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BLOCKCHAIN FORENSICS ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CELSIUS NETWORK LLC., *ET AL.*, FOR THE PERIOD OF JULY 1, 2023 <u>THROUGH NOVEMBER 9, 2023</u>

Elementus Inc. ("**Elementus**"), blockchain forensics advisor for the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the cases of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby files its fourth interim application (the "**Application**") for allowance of reasonable compensation for services rendered and reimbursement of actual and necessary expenses incurred on behalf of the Committee in the aggregate amount of $1,507,794.02 for the period from July 1, 2023 through November 9, 2023 (the "**Fourth Interim Period**"). Elementus has previously been paid $958,088.00 in fees and $283,414.02 in expenses for services rendered and expenses incurred during the Fourth Interim Period, and therefore Elementus only seeks payment of $266,242.00, which has not been paid to date for the Fourth Interim Period.

---

[4]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## JURISDICTION, VENUE, AND STATUTORY PREDICATES

1.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.     The statutory bases for the relief requested herein are sections 328, 330, 331, and 1103 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-l(a) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases pursuant to Local Rule 2016-1(a) (as updated June 17, 2013)* (the "**Local Guidelines**"), and the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013* (together with the Local Guidelines, the "**Guidelines**"). Attached hereto as **Exhibit A** is a certification regarding compliance with the Local Guidelines.

## BACKGROUND

3.     On July 13, 2022 (the "**Petition Date**"), Celsius Network LLC and certain affiliates each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code, and, on December 7, 2022, GK8 Ltd., GK8 USA LLC, and GK8 UK Limited each commenced voluntary Chapter 11 Cases with this Court (collectively, the "**Chapter 11 Cases**"). The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these Chapter 11 Cases.

4. On July 27, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Committee, which is comprised of seven members, each of whom holds crypto (or digital) assets through the Celsius platform [Docket No. 241]. The Committee's goal is to maximize the recoveries of account holders and unsecured creditors, as more fully stated in *The Official Committee of Unsecured Creditors' Statement Regarding These Chapter 11 Cases* [Docket No. 390]. On September 14, 2022, the Court entered an order approving the appointment of Shoba Pillay as examiner pursuant to section 1104(d) of the Bankruptcy Code [Docket No. 923]. On October 20, 2022, the Court entered an order appointing the Hon. Christopher Sontchi as fee examiner (the "**Fee Examiner**") pursuant to section 105(a) of the Bankruptcy Code [Docket No. 1151], later amended at [Docket No. 1746].

5. On August 24, 2022, the Committee filed its *Application for Entry of an Order Authorizing the Employment and Retention of Elementus Inc. as Blockchain Forensics Advisor Effective as of August 1, 2022* [Docket No. 605] (the "**Retention Application**").

6. By order entered on October 18, 2022 [Docket No. 1097] (the "**Retention Order**"), the Court approved the Retention Application and authorized the Committee to retain Elementus, effective as of August 1, 2022, to serve as its blockchain forensics advisor in these Chapter 11 Cases. The Retention Order approved Elementus' compensation under section 328(a) of the Bankruptcy Code, and not subject to the standard of review under section 330 of the Bankruptcy Code as to all parties except the Court and the U.S. Trustee, which retained the right to review Elementus' compensation based on the reasonableness standard of section 330. Retention Order ¶ 2. In addition, the Retention Order modified certain timekeeping and other requirements for Elementus such that "Elementus shall maintain summary time records in half-hour increments which shall indicate the total hours incurred by each professional for each day and provide a brief

description of the nature of the work performed. Elementus is excused from all other timekeeping requirements." *Id.* ¶ 7.

## SUMMARY OF MONTHLY STATEMENTS

7.      On December 19, 2022, the Court entered the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745] (the "**Interim Compensation Procedures**"). Pursuant to the Interim Compensation Procedures, Elementus is authorized to file and serve monthly fee statements ("**Monthly Statements**") on the Monthly Fee Statement Recipients (as defined in the Interim Compensation Procedures). If no objections are raised prior to the expiration of the applicable objection deadline established by the Interim Compensation Procedures, the Debtors are authorized to pay 80% of the fees and 100% of the expenses identified in such monthly fee statements.

8.      On August 30, 2023, Elementus filed its *Twelfth Monthly Fee Statement of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC for the Period from July 1, 2023 through July 31, 2023* [Docket No. 3397] (the "**Twelfth Monthly Fee Statement**") on the notice parties.

9.      On October 2, 2023, Elementus filed its *Thirteenth Monthly Fee Statement of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC for the Period from August 1, 2023 through August 31, 2023* [Docket No. 3664] (the "**Thirteenth Monthly Fee Statement**") on the notice parties.

10.     On November 7, 2023, Elementus filed its *Fourteenth Monthly Fee Statement of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as*

*Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC for the Period from September 1, 2023 through September 30, 2023* [Docket No. 3966] (the "**Fourteenth Monthly Fee Statement**") on the notice parties.

11.     On November 22, 2023, Elementus filed its *Fifteenth Monthly Fee Statement of Elementus Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Blockchain Forensics Advisor to the Official Committee of Unsecured Creditors of Celsius Network LLC for the Period from October 1, 2023 through October 31, 2023* [Docket No. 4023] (the "**Fifteenth Monthly Fee Statement**") on the notice parties.

12.     Any amounts paid in respect of the Monthly Fee Statements submitted by Elementus are subject to a 20% holdback as provided for in the Compensation Procedures Order. As of the filing of this Application, Elementus has unpaid holdback from the Twelfth through Fifteenth Monthly Fee Statements as well as Fee Application Preparation Time for the First through Third Interim Applications. The aggregate amount of Elementus' current holdback is $266,242.00.

### SUMMARY OF PROFESSIONAL COMPENSATION
### AND REIMBURSEMENT OF EXPENSES REQUESTED BY THIS APPLICATION

13.     By this Application, Elementus seeks interim allowance and award of compensation for the professional services rendered by Elementus as blockchain forensics advisor to the Committee during the Fourth Interim Period with regard to (i) Elementus' fees for blockchain forensics services in the amount of $1,197,610.00 and (ii) expenses in the amount of $283,464, representing actual and necessary expenses incurred by Elementus during the Fourth Interim Period in connection with rendering such services. Elementus also seeks allowance and award of compensation for the professional services rendered by Elementus in preparation of the First through Third Interim Fee Applications in the amount of $26,720.00.

14.     In accordance with the Retention Order, Elementus has maintained computerized records of the time spent by Elementus professionals in providing blockchain forensics services to the Committee during the Fourth Interim Period. Attached hereto as **Exhibit B** is a schedule of the total amount of hours spent by Elementus professionals under each of Elementus' internal project categories during the Fourth Interim Period and time records maintained by Elementus professionals during the Fourth Interim Period, which indicate the total hours incurred by each professional for each day and provide a brief description of the nature of the work performed as required by the Retention Order. Additionally, **Exhibit B** contains a schedule of the total amount of hours spent by Elementus professionals preparing the First through Third Interim Fee Applications as allowed by the Fee Examiner as part of This Application. Attached hereto as **Exhibit C** are invoices detailing the expenses Elementus incurred in connection with its services during the Fourth Interim Period.

15.     Pursuant to the Guidelines, Elementus provided a copy of this Application to the Committee prior to filing. Elementus will also provide the U.S. Trustee and the Fee Examiner with the Application contemporaneously with filing. Elementus will work with the parties to address any comments and requested modifications to the amounts requested herein during the Fee Examiner's review period.

**SUMMARY OF SERVICES RENDERED
DURING THE FOURTH INTERIM PERIOD**

16.     All services for which Elementus requests compensation were performed during the Fourth Interim Period on behalf of the Committee, with the exception of the First, Second, and Third Fee Application preparation time, as requested by the Examiner. During the Fourth Interim Period, Elementus performed significant services on behalf of the Committee, which included providing advisory services with respect to the on-chain flow of the Debtors' funds and the

Debtors' on-chain posture; mapping Debtor entities, the Debtors' counterparties, and related parties on-chain; tracing the flow of funds between the Debtors and counterparties, insiders, and other parties; providing a reconciliation of all of the Debtors' transactions on-chain; and producing written reports and materials to illustrate and support Elementus' on-chain findings.

17.    In accordance with the Retention Order, Elementus has kept track of its post-petition time in half-hour increments. During the Fourth Interim Period, Elementus professionals spent approximately 1,415 hours providing blockchain forensics services to the Committee. In addition, Elementus professionals spent approximately 33 hours preparing the First through Third Interim Fee Applications.

18.    Elementus also has included invoices detailing the expenses Elementus incurred in connection with its services during the Fourth Interim Period. Such invoice records are attached hereto as **<u>Exhibit C</u>**.

19.    The fees charged by Elementus have been billed in accordance with the Retention Order and Elementus' engagement letter with the Committee, and are comparable to those fees charged by Elementus for professional services rendered in connection with similar Chapter 11 Cases and non-bankruptcy matters. Elementus submits that such fees are reasonable based upon the customary compensation charged by similarly skilled practitioners in comparable bankruptcy cases and non-bankruptcy matters in the competitive market in which Elementus competes.

20.    There is no agreement or understanding between Elementus and any other person, other than the managers or partners of Elementus, for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.

**<u>THE REQUESTED COMPENSATION SHOULD BE ALLOWED</u>**

21.    The Retention Order approved Elementus' compensation under section 328(a) of the Bankruptcy Code, and not subject to the standard of review under section 330 of the

Bankruptcy Code as to all parties except the Court and the U.S. Trustee, which retained the right to review Elementus' compensation based on the reasonableness standard of section 330. Retention Order ¶ 2.

22.     Section 330 of the Bankruptcy Code provides for the award of compensation to professionals. 11 U.S.C. § 330. Section 330, by its terms, is "subject to" the provisions of section 328 of the Bankruptcy Code. Pursuant to section 328(a) of the Bankruptcy Code, the Committee:

> [M]ay employ or authorize the employment of a professional person under section 327 . . . of [the Bankruptcy Code] on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis. Notwithstanding such terms and conditions, the court may allow compensation different from the compensation provided under such terms and conditions after the conclusion of such employment, if such terms and conditions prove to have been improvident in light of developments not capable of being anticipated at the time of the fixing of such terms and conditions.

11 U.S.C. § 328(a).  If a court has entered an order authorizing a professional's employment that "pre-approves the terms and conditions of the retention under section 328(a)," the court's "power to amend those terms is severely constrained." *In re Smart World Techs., LLC*, 552 F.3d 228, 232-33 (2d Cir. 2009).  When applied to hourly rates, while the rates themselves are only subject to the improvident standard, the hours (and thus fees) incurred may be reviewed for reasonableness under section 330.

23.     Here, Elementus submits that the services for which it seeks compensation and the expenses for which it seeks reimbursement in this Application were necessary for, and beneficial to, the Committee and the Debtors' estates, in light of (a) the time spent on such services provided; (b) the rates charged; (c) that such services were necessary and beneficial to the Committee's role in these chapter 11 cases; (d) that such services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature; (e) the highly skilled and

specialized nature of Elementus' services; and (f) that such compensation is comparable to other

such cryptocurrency experts.  During the Fourth Interim Period, Elementus worked diligently to

preserve and maximize the value of the Debtors' estates for the benefit of all account holders and

general unsecured creditors, including by tracing the location and disbursement of the Debtors'

assets and investigating the estates' potential claims against potential defendants, including former

insiders of the Debtors. Elementus respectfully submits that the foregoing professional services

for which it seeks compensation in this Fee Application were, at the time rendered, reasonable,

necessary for, beneficial to, and appropriate to the Committee, the Debtors, their estates, and the

administration of these Chapter 11 Cases.  Elementus further believes that it performed the services

for the Committee economically, effectively, and efficiently, and the results obtained benefited not

only the Committee and its constituents, but also the Debtors' estates.  Elementus further submits

that the compensation requested herein is reasonable in light of the nature, extent, and value of

such services to the Committee and all parties in interest.

24.     In addition, the compensation requested in this Application is in accordance with

the terms of Elementus' engagement letter as approved by the Retention Order pursuant to section

328(a) of the Bankruptcy Code, and no unforeseeable developments have arisen during the Chapter

11 Cases that would render the approval of Elementus' fees to have been "improvident" within the

meaning of section 328(a) of the Bankruptcy Code.

25.     As a result of the services provided, Elementus incurred expenses which it billed.

The disbursements for such services are not included in Elementus' overhead for the purpose of

setting billing rates and Elementus has made every effort to minimize its disbursements in these

Chapter 11 Cases.   Nonetheless, the unique and specialized nature of Elementus' services

necessarily means that Elementus' expenses are proportionally higher than other, non-

9

cryptocurrency bankruptcy professionals typically incur.  But, section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals and paraprofessionals employed in a Chapter 11 Case.  Accordingly, Elementus seeks reimbursement for expenses incurred in connection with services rendered by Elementus to the Committee during the Fourth Interim Period.  The expenses incurred in the rendition of professional services were necessary, reasonable, and justified under the circumstances to serve the Committee.

26.     Accordingly, Elementus requests that the Court allow Elementus compensation and reimbursement of expenses in the amounts set forth herein. To the extent that any amounts for fees or expenses related to the Fourth Interim Period were not processed prior to the preparation of this Application, Elementus reserves the right to supplement this Application.

## NOTICE

27.     Elementus will provide notice of this Application to the following parties or their respective counsel: (a) the U.S. Trustee; (b) the Debtors; (c) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (d) the United States Attorney's Office for the Southern District of New York; (e) the Internal Revenue Service; (f) the offices of the attorneys general in the states in which the Debtors operate; (g) the Securities and Exchange Commission; (h) the Chapter 11 examiner; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.

28.     Elementus submits that, in light of the nature of the relief requested, no other or further notice need be given.

## CONCLUSION

29.     Elementus respectfully requests that the Court enter an order (i) authorizing the final of compensation for professional services rendered during the Fourth Interim Period and reimbursement of actual and necessary expenses incurred in the aggregate amount of

$1,507,794.02, consisting of $1,197,610.00, representing 100% of fees incurred during the Fourth Interim Period, reimbursement of $283,414.02, representing 100% of actual and necessary expenses incurred during the Fourth Interim Period, and $26,720, representing 100% of fees incurred in the preparation of the First through Third Interim Fee Applications, (ii) directing payment by the Debtors of the difference between the amounts allowed and any amounts previously paid by the Debtors pursuant to the Interim Compensation Procedures, and (iii) granting such other or further relief as the Court deems just and proper. Elementus will confer with the Fee Examiner with respect to a proposed form of order after the conclusion of the Fee Examiner's review period for this Application under the Interim Compensation Procedures.

Dated:      January 16, 2024                Respectfully submitted,
            New York, New York

                                            /s/ Matt Austin
                                            Matt Austin
                                            COO
                                            Elementus Inc.

## EXHIBIT A

**Guidelines Certification**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[5] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATION UNDER GUIDELINES
### FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT
### OF THE FOURTH INTERIM APPLICATION OF ELEMENTUS INC.
### FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
### AND REIMBURSEMENT OF EXPENSES INCURRED AS BLOCKCHAIN
### FORENSICS ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED
### CREDITORS FROM JULY 1, 2023 THROUGH NOVEMBER 9, 2023

I, Matt Austin, hereby certify that:

1.      I am the Chief Operating Officer of Elementus Inc. ("**Elementus**"), which serves as blockchain forensics advisor to the Official Committee of Unsecured Creditors in the Chapter 11 Cases of Celsius Network LLC and its affiliated debtors and debtors in possession.

2.      This certification is made in respect of Elementus' compliance with the Local Guidelines in connection with Elementus' Application[6] filed contemporaneously herewith. The information in this certification is true and correct to the best of my knowledge, information, and belief.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

a.   I have read the Application;

b.   To the best of my knowledge, information, and belief formed after reasonable

---

[5]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[6]      Capitalized terms used, but not defined, shall have the meaning ascribed to them in the attached Application.

inquiry, the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application;

c.  Except to the extent that fees or disbursements are prohibited by the Local Guidelines, the fees and disbursements sought by the Application are billed at rates and in accordance with practices customarily employed by Elementus and generally accepted by Elementus' clients; and

d.  In providing any reimbursable service, Elementus did not make a profit on such service, whether performed by Elementus in-house or through a third party.

4.      I certify that Elementus has complied with the notice provisions of the Interim Compensation Procedures with respect to notice of its monthly statements of fees and disbursements and this Application.

Dated: Jan 16, 2024                              _/s/ Matt Austin_____
                                                 Matt Austin
                                                 COO
                                                 Elementus Inc.

## <u>Exhibit B</u>

**Project Summary By Timekeeper**

| Employee Name | Role |
|---|---|
| Sarah Cox | Senior Data Scientist |

## Summary

| Categories | Hours |
|---|---|
| Communications with M3, W+C, A+M, and external parties | 0.2 |
| Internal Development | 12.4 |
| **Total** | **12.6** |

## Details

| Date | Day | Hours | Activity | Category |
|---|---|---|---|---|
| 3/2/2023 | Thursday | 0.5 | N. Goldstein wallet clarification analysis | Internal Development |
| 3/15/2023 | Wednesday | 0.2 | Meeting with M. Galka, B. Young, U. Kohli re external presentation | Communications |
| 3/16/2023 | Thursday | 0.4 | CEL movement investigation w/ B. Young | Internal Development |
| 3/17/2023 | Friday | 1.5 | CEL analysis for White and Case w/ U. Kohli and B. Young | Internal Development |
| 3/18/2023 | Saturday | 2.8 | CEL analysis for White and Case | Internal Development |
| 3/20/2023 | Monday | 0.5 | Internal meeting on presentation w/ N. Shaker and U. Kohli | Internal Development |
| 3/20/2023 | Monday | 0.7 | Insiders selling into buybacks slide for W&C | Internal Development |
| 3/21/2023 | Tuesday | 2 | Insiders selling into buybacks slides review for W&C deck | Internal Development |
| 3/21/2023 | Tuesday | 1.5 | External slide deck preparation | Internal Development |
| 3/22/2023 | Wednesday | 1.5 | Insider sales Data Review internal call | Internal Development |
| 3/24/2023 | Friday | 1 | Additional buyback transaction analysis | Internal Development |

| Employee Name | Role | Date | Day | Hours | Activity | Category |
|---|---|---|---|---|---|---|
| Umber Kohli | Project Manager | 7/5/2023 | Tuesday | 1.2 | Weekly UCC Call | Communications |
| Umber Kohli | Project Manager | 7/10/2023 | Monday | 0.6 | Call w/ Selendy Gay re: anaylsis w/ M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/10/2023 | Monday | 0.6 | Call w/ Selendy Gay re: anaylsis w/ U Kohli | Communications |
| Umber Kohli | Project Manager | 7/10/2023 | Monday | 0.9 | Discuss FTX production data w/ A Mologoko, B Young, and M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/10/2023 | Monday | 0.9 | Discuss FTX production data w/ A Mologoko, B Young, and U Kohli | Communications |
| Bryan Young | Vice President | 7/10/2023 | Monday | 0.9 | Discuss FTX production data w/ A Mologoko, M Lam, and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/10/2023 | Monday | 0.9 | Discuss FTX production data w/ B Young, M Lam, and U Kohli | Communications |
| Matthew Lam | Senior Data Scientist | 7/10/2023 | Monday | 6 | FTX naked short analysis | Communications |
| Umber Kohli | Project Manager | 7/10/2023 | Monday | 0.5 | Sync up on FTX analyis w/ M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/10/2023 | Monday | 0.5 | Sync up on FTX analyis w/ U Kohli | Communications |
| Umber Kohli | Project Manager | 7/11/2023 | Tuesday | 0.6 | Discuss Kaiko <> FTX / CEL files w/ A Mologoko and E Salinger | Communications |
| Eric Salinger | Software Engineer | 7/11/2023 | Tuesday | 0.6 | Discuss Kaiko <> FTX / CEL files w/ A Mologoko and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/11/2023 | Tuesday | 0.6 | Discuss Kaiko <> FTX / CEL files w/ E Salinger and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/11/2023 | Tuesday | 6.5 | FTX analysis | Internal Development |
| Matthew Lam | Senior Data Scientist | 7/11/2023 | Tuesday | 4 | FTX naked short analysis | Internal Development |
| Umber Kohli | Project Manager | 7/11/2023 | Tuesday | 5 | FTX short-sell writeup for Selendy Gay | Internal Development |
| Eric Salinger | Software Engineer | 7/11/2023 | Tuesday | 6 | Internal data syncing to support FTX short sell analysis | Internal Development |
| Umber Kohli | Project Manager | 7/11/2023 | Tuesday | 0.7 | Sync up - FTX analysis w/ A Mologoko, B Young, and M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/11/2023 | Tuesday | 0.7 | Sync up - FTX analysis w/ A Mologoko, B Young, and U Kohli | Communications |
| Bryan Young | Vice President | 7/11/2023 | Tuesday | 0.7 | Sync up - FTX analysis w/ A Mologoko, M Lam, and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/11/2023 | Tuesday | 0.7 | Sync up - FTX analysis w/ B Young, M Lam, and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/12/2023 | Wednesday | 7.3 | FTX analysis | Internal Development |
| Umber Kohli | Project Manager | 7/12/2023 | Wednesday | 6 | FTX short-sell writeup for Selendy Gay | Internal Development |
| Umber Kohli | Project Manager | 7/12/2023 | Wednesday | 0.5 | Sync up - FTX write-up w/ A Mologoko and B Young | Communications |
| Bryan Young | Vice President | 7/12/2023 | Wednesday | 0.5 | Sync up - FTX write-up w/ A Mologoko and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/12/2023 | Wednesday | 0.5 | Sync up - FTX write-up w/ B Young and U Kohli | Communications |
| Max Galka | CEO/Chief Data Scientist | 7/14/2023 | Friday | 1 | U Kohli | Communications |
| Umber Kohli | Project Manager | 7/14/2023 | Friday | 1 | M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/14/2023 | Friday | 1 | U Kohli | Communications |
| Bryan Young | Vice President | 7/14/2023 | Friday | 1 | U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/14/2023 | Friday | 1 | Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/14/2023 | Friday | 7 | FTX naked shorting allegations analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 7/17/2023 | Monday | 8 | FTX naked shorting allegations analysis | Internal Development |
| Umber Kohli | Project Manager | 7/19/2023 | Wednesday | 1 | June billing roundup | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 7/24/2023 | Monday | 6.5 | FTX questions report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 7/25/2023 | Tuesday | 0.7 | Regroup - Celsius <> FTX w/ U Kohli and M Lam | Communications |
| Umber Kohli | Project Manager | 7/25/2023 | Tuesday | 0.7 | Regroup - Celsius <> FTX w/ A Mologoko and M Lam | Communications |
| Matthew Lam | Senior Data Scientist | 7/25/2023 | Tuesday | 0.7 | Regroup - Celsius <> FTX w/ A Mologoko and U Kohli | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/25/2023 | Tuesday | 7.3 | FTX questions report | Internal Development |
| Umber Kohli | Project Manager | 7/25/2023 | Tuesday | 2.5 | Weekly UCC call | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/26/2023 | Wednesday | 0.2 | Regroup on FTX questions report | Communications |
| Umber Kohli | Project Manager | 7/26/2023 | Wednesday | 0.2 | Regroup on FTX questions report | Communications |
| Umber Kohli | Project Manager | 7/26/2023 | Wednesday | 1 | FTX questions report write-up | Internal Development |
| Umber Kohli | Project Manager | 7/26/2023 | Wednesday | 1.5 | Elementus + Selendy Gay | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/26/2023 | Wednesday | 1.5 | Elementus + Selendy Gay | Communications |
| Matthew Lam | Senior Data Scientist | 7/26/2023 | Wednesday | 1.5 | Elementus + Selendy Gay | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 7/28/2023 | Wednesday | 6.3 | CEL market manipulation at FTX investigation | Internal Development |
| Umber Kohli | Project Manager | 8/1/2023 | Tuesday | 0.9 | Weekly UCC call | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/4/2023 | Friday | 4.9 | KeyFi exposure investigation | Internal Development |
| Umber Kohli | Project Manager | 8/8/2023 | Tuesday | 0.3 | FTX write-up sync w/ A. Mologoko | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 8/8/2023 | Tuesday | 0.3 | FTX write-up sync w/ U. Kohli | Communications |
| Umber Kohli | Project Manager | 8/8/2023 | Tuesday | 1.5 | Weekly UCC call | Internal Development |
| Umber Kohli | Project Manager | 8/9/2023 | Wednesday | 1 | Elementus + Selendy Gay w/ A. Mologoko | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 8/9/2023 | Wednesday | 1 | Elementus + Selendy Gay w/ U. Kohli | Communications |
| Umber Kohli | Project Manager | 8/9/2023 | Wednesday | 1.5 | FTX write-up for Selendy Gay | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 8/21/2023 | Monday | 0.7 | Celsius - Meeting re CEL Token Expert Report with White & Case and M3. | Communications |

| Max Galka | CEO/Chief Data Scientist | 8/21/2023 | Monday | 1 | Discuss report w/ B. Young: conduct individual market research | Internal Development |
|---|---|---|---|---|---|---|
| Bryan Young | Vice President | 8/21/2023 | Monday | 1 | Discuss report w/ M Galka: conduct individual market research | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 8/22/2023 | Tuesday | 1 | Discuss report w/ B. Young: conduct individual market research | Internal Development |
| Bryan Young | Vice President | 8/22/2023 | Tuesday | 1 | Discuss report w/ M. Galka: conduct individual market research | Internal Development |
| Umber Kohli | Project Manager | 8/22/2023 | Tuesday | 7.2 | Expert report analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 8/23/2023 | Wednesday | 0.5 | Call with M3 re Magic | Communications |
| Bryan Young | Vice President | 8/23/2023 | Wednesday | 0.5 | Check-in w/ M3 | Communications |
| Max Galka | CEO/Chief Data Scientist | 8/23/2023 | Wednesday | 0.5 | Check-in w/ M3 | Communications |
| Umber Kohli | Project Manager | 8/23/2023 | Wednesday | 0.5 | Check-in w/ M3 | Communications |
| Max Galka | CEO/Chief Data Scientist | 8/23/2023 | Wednesday | 1 | Discuss report w/ B. Young: conduct individual market research | Internal Development |
| Bryan Young | Vice President | 8/23/2023 | Wednesday | 1 | Discuss report w/ M. Galka: conduct individual market research | Internal Development |
| Umber Kohli | Project Manager | 8/23/2023 | Wednesday | 6.3 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/23/2023 | Wednesday | 6.7 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/23/2023 | Wednesday | 0.5 | Expert report check-in w/ W&C | Communications |
| Bryan Young | Vice President | 8/23/2023 | Wednesday | 0.5 | Expert report check-in w/ W&C | Communications |
| Max Galka | CEO/Chief Data Scientist | 8/23/2023 | Wednesday | 0.5 | Expert report check-in w/ W&C | Communications |
| Umber Kohli | Project Manager | 8/23/2023 | Wednesday | 0.5 | Expert report check-in w/ W&C | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 8/23/2023 | Wednesday | 0.8 | Expert Report Check-In w/ W&C | Communications |
| Max Galka | CEO/Chief Data Scientist | 8/23/2023 | Wednesday | 0.5 | Expert Report Check-In with W&C | Communications |
| Umber Kohli | Project Manager | 8/24/2023 | Thursday | 7.1 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/24/2023 | Thursday | 7.5 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/25/2023 | Friday | 0.5 | Celsius expert witness regroup w/ W&C | Internal Development |
| Bryan Young | Vice President | 8/25/2023 | Friday | 0.5 | Celsius expert witness regroup w/ W&C | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 8/25/2023 | Friday | 0.5 | Celsius expert witness regroup w/ W&C | Communications |
| Umber Kohli | Project Manager | 8/25/2023 | Friday | 0.5 | Celsius expert witness regroup w/ W&C | Internal Development |
| Umber Kohli | Project Manager | 8/25/2023 | Friday | 6.5 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/25/2023 | Friday | 7.5 | Expert report analysis | Internal Development |
| Bryan Young | Vice President | 8/28/2023 | Monday | 2.4 | Draft expert witness report outline | Internal Development |
| Umber Kohli | Project Manager | 8/28/2023 | Monday | 5 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/28/2023 | Monday | 0.6 | Internal sync on expert witness report | Communications |
| Bryan Young | Vice President | 8/28/2023 | Monday | 0.6 | Internal sync on expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 8/28/2023 | Monday | 0.6 | Internal sync on expert witness report | Communications |
| Umber Kohli | Project Manager | 8/28/2023 | Monday | 0.6 | Internal sync on expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 8/28/2023 | Monday | 6.9 | Expert report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/29/2023 | Tuesday | 0.5 | Call w/ Selendy Gay re: FTX analysis | Communications |
| Umber Kohli | Project Manager | 8/29/2023 | Tuesday | 0.5 | Call w/ Selendy Gay re: FTX analysis | Communications |
| Umber Kohli | Project Manager | 8/29/2023 | Tuesday | 0.5 | Connect w/ A. Mologoko on expert report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 8/29/2023 | Tuesday | 0.5 | Connect w/ U. Kohli on expert report | Communications |
| Bryan Young | Vice President | 8/29/2023 | Tuesday | 4.3 | Draft expert witness report outline | Internal Development |
| Umber Kohli | Project Manager | 8/29/2023 | Tuesday | 5.7 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/29/2023 | Tuesday | 7.5 | Expert witness report analysis | Internal Development |
| Umber Kohli | Project Manager | 8/30/2023 | Wednesday | 0.5 | Check in w/ B. Young re: expert witness report | Communications |
| Bryan Young | Vice President | 8/30/2023 | Wednesday | 0.5 | Check in w/ U. Kohli re: expert witness report | Communications |
| Bryan Young | Vice President | 8/30/2023 | Wednesday | 4.4 | Draft expert witness report outline | Internal Development |
| Umber Kohli | Project Manager | 8/30/2023 | Wednesday | 5.9 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/30/2023 | Wednesday | 7.5 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 8/31/2023 | Thursday | 6.6 | Draft expert witness report outline | Internal Development |
| Umber Kohli | Project Manager | 8/31/2023 | Thursday | 8.3 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 8/31/2023 | Thursday | 8.5 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/1/2023 | Friday | 0.6 | Call w/ W&C re: expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/1/2023 | Friday | 6 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/1/2023 | Friday | 0.8 | Internal sync re: expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/1/2023 | Friday | 0.7 | Internal sync w/ M Galka re: expert witness report | Internal Development |
| Bryan Young | Vice President | 9/1/2023 | Friday | 0.6 | Call w/ W&C re: expert witness report | Communications |
| Bryan Young | Vice President | 9/1/2023 | Friday | 0.8 | Internal sync re: expert witness report | Internal Development |
| Bryan Young | Vice President | 9/1/2023 | Friday | 0.7 | Internal sync w/ M Galka re: expert witness report | Internal Development |
| Bryan Young | Vice President | 9/1/2023 | Friday | 6.4 | Expert witness report, analysis | Internal Development |

| Matt Lam | Senior Data Scientist | 9/1/2023 | Friday | 4.6 | Data Analysis re flow of funds - expert witness report | Internal Development |
|---|---|---|---|---|---|---|
| Max Galka | CEO/Chief Data Scientist | 9/1/2023 | Friday | 7.6 | Expert witness report – analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/1/2023 | Friday | 0.6 | Call w/ W&C re: expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/1/2023 | Friday | 0.7 | Internal sync w/ team re: expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/1/2023 | Friday | 0.6 | Call w/ W&C re: expert witness report | Communications |
| Umber Kohli | Project Manager | 9/1/2023 | Friday | 5.9 | Expert witness report analysis | Internal Development |
| Umber Kohli | Project Manager | 9/1/2023 | Friday | 0.8 | Internal sync re: expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/1/2023 | Friday | 0.7 | Internal sync w/ M Galka re: expert witness report | Internal Development |
| Bryan Young | Vice President | 9/2/2023 | Saturday | 1.1 | Internal sync with Matt Austin and Max Galka to discuss expert witness report staffing, | Internal Development |
| Matt Austin | Vice President | 9/2/2023 | Saturday | 1.1 | Internal sync with Max Galka and Bryan Young to discuss expert witness report staffing, | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/2/2023 | Saturday | 1.1 | Internal sync with Bryan Young and Matt Austin to discuss expert witness report staffing, | Internal Development |
| Matt Lam | Senior Data Scientist | 9/4/2023 | Monday | 8 | Data Analysis re flow of funds - expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/4/2023 | Monday | 0.5 | Call w/ C Elizabeth at W&C on Celsius | Communications |
| Bryan Young | Vice President | 9/4/2023 | Monday | 0.5 | Call w/ C Elizabeth at W&C on Celsius | Communications |
| Bryan Young | Vice President | 9/4/2023 | Monday | 8 | Expert witness report, drafting, analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 9/4/2023 | Monday | 8.2 | Expert witness report, research, hypothesis generation | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/4/2023 | Monday | 6 | Expert witness report, research, hypothesis generation | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/5/2023 | Tuesday | 1.1 | Discuss expert witness report w/ W&C | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/5/2023 | Tuesday | 5.2 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/5/2023 | Tuesday | 0.5 | Internal sync on expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/5/2023 | Tuesday | 1.2 | Internal working session on expert report | Internal Development |
| Bryan Young | Vice President | 9/5/2023 | Tuesday | 1.1 | Discuss expert witness report w/ W&C | Communications |
| Bryan Young | Vice President | 9/5/2023 | Tuesday | 4.3 | Draft / edit expert witness report | Internal Development |
| Bryan Young | Vice President | 9/5/2023 | Tuesday | 0.5 | Internal sync on expert witness report | Internal Development |
| Bryan Young | Vice President | 9/5/2023 | Tuesday | 1.2 | Internal working session on expert report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/5/2023 | Tuessda | 8.8 | Analysis for expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/5/2023 | Tuesday | 8 | Expert witness report, analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/5/2023 | Tuesday | 2 | Analyses related to Expert WItness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/5/2023 | Tuesday | 1.1 | Discuss expert witness report w/ W&C | Communications |
| Umber Kohli | Project Manager | 9/5/2023 | Tuesday | 1.1 | Discuss expert witness report w/ W&C | Communications |
| Umber Kohli | Project Manager | 9/5/2023 | Tuesday | 4.9 | Draft expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/5/2023 | Tuesday | 0.5 | Internal sync on expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/5/2023 | Tuesday | 1.2 | Internal working session on expert report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/6/2023 | Wednesday | 8 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/6/2023 | Wednesday | 6.6 | Expert witness report, drafting, analysis | Internal Development |
| Bryan Young | Vice President | 9/6/2023 | Wednesday | 3.4 | Draft / edit expert witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/6/2023 | Wednesday | 8.2 | Analysis re expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/6/2023 | Wednesday | 8 | Expert WItness report, analysis | Internal Development |
| Umber Kohli | Project Manager | 9/6/2023 | Wednesday | 5.7 | Draft expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/7/2023 | Thursday | 8 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/7/2023 | Thursday | 7.6 | Expert witness report, drafting, analysis | Internal Development |
| Bryan Young | Vice President | 9/7/2023 | Thursday | 5.4 | Draft / edit expert witness report | Internal Development |
| Matt Austin | Vice President | 9/7/2023 | Thursday | 2.8 | Call with third-party data provider re: additional market price data for expert report: review | Internal Development |
| Matt Lam | Senior Data Scientist | 9/7/2023 | Thursday | 6 | Data Analysis re flow of funds - expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/7//2023 | Thursday | 8.4 | Expert witness report, hypothesis generation, analysis | Internal Development |
| Umber Kohli | Project Manager | 9/7/2023 | Thursday | 3.4 | Draft expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/8/2023 | Friday | 8 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/8/2023 | Friday | 6.5 | Draft / edit expert witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/8/2023 | Friday | 8 | Data Analysis re flow of funds - expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/8/2023 | Friday | 8.4 | Analysis of market correlation for expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/8/2023 | Friday | 6.9 | Draft expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/9/2023 | Saturday | 1.9 | Expert report working session | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/9/2023 | Saturday | 6.1 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/9/2023 | Saturday | 6.4 | Analysis and drafting of expert witness report | Internal Development |
| Bryan Young | Vice President | 9/9/2023 | Saturday | 1.9 | Expert report working session | Internal Development |
| Matt Lam | Senior Data Scientist | 9/9/2023 | Saturday | 8.2 | Analysis for expert witness report - CEL, FTT, HEX token | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/9/2023 | Saturday | 6.8 | Analysis for expert witness report | Internal Development |

| Name | Title | Date | Day | Hours | Description | Category |
|---|---|---|---|---|---|---|
| Umber Kohli | Project Manager | 9/9/2023 | Saturday | 1.9 | Expert report working session | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/10/2023 | Sunday | 0.7 | Expert report check-in | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/10/2023 | Sunday | 7.3 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/10/2023 | Sunday | 0.7 | Expert report check-in | Internal Development |
| Bryan Young | Vice President | 9/10/2023 | Sunday | 1.2 | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development |
| Matt Austin | Vice President | 9/10/2023 | Sunday | 1.2 | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development |
| Matt Lam | Senior Data Scientist | 9/10/2023 | Sunday | 10.8 | Expert witness report – analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/10/2023 | Sunday | 6.2 | Expert witness report – analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/10/2023 | Sunday | 1.2 | Internal call to discuss expert witness report and outstanding deliverables for the week ahead | Internal Development |
| Umber Kohli | Project Manager | 9/10/2023 | Sunday | 0.7 | Expert report check-in | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/11/2023 | Monday | 1 | Call w/ W&C and M3 on expert report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/11/2023 | Monday | 0.5 | Call w/ W&C on expert report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/11/2023 | Monday | 7.5 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/11/2023 | Monday | 1 | Internal sync on expert witness report | Communications |
| Bryan Young | Vice President | 9/11/2023 | Monday | 1 | Call w/ W&C and M3 on expert report | Communications |
| Bryan Young | Vice President | 9/11/2023 | Monday | 8.6 | Draft / edit witness report | Internal Development |
| Bryan Young | Vice President | 9/11/2023 | Monday | 1 | Internal sync on expert witness report | Communications |
| Matt Lam | Senior Data Scientist | 9/11/2023 | Monday | 8 | Expert witness report – data analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/11/2023 | Monday | 1 | Call w/ W&C and M3 on expert report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/11/2023 | Monday | 2 | Expert witness report analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/11/2023 | Monday | 1 | Internal sync on expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/11/2023 | Monday | 6 | Expert witness report – data science analysis | Internal Development |
| Umber Kohli | Project Manager | 9/11/2023 | Monday | 1 | Call w/ W&C and M3 on expert report | Communications |
| Umber Kohli | Project Manager | 9/11/2023 | Monday | 0.5 | Call w/ W&C on expert report | Communications |
| Umber Kohli | Project Manager | 9/11/2023 | Monday | 9 | Expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/11/2023 | Monday | 1 | Internal sync on expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/12/2023 | Tuesday | 0.4 | Call w/ Michael Jaoude from W&C on data files walk-through | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/12/2023 | Tuesday | 9.1 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/12/2023 | Tuesday | 0.4 | Call w/ Michael Jaoude from W&C on data files walk-through | Communications |
| Bryan Young | Vice President | 9/12/2023 | Tuesday | 5.7 | Draft / edit expert witness report | Internal Development |
| Bryan Young | Vice President | 9/12/2023 | Tuesday | 8 | Expert witness report, drafting, analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 9/12/2023 | Tuesday | 8.6 | Expert witness report, data analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/12/2023 | Tuesday | 0.4 | Call w/ Michael Jaoude from W&C on data files walk-through | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/12/2023 | Tuesday | 8.4 | Expert witness report, data analysis | Internal Development |
| Umber Kohli | Project Manager | 9/12/2023 | Tuesday | 0.4 | Call w/ Michael Jaoude from W&C on data files walk-through | Communications |
| Umber Kohli | Project Manager | 9/12/2023 | Tuesday | 9 | Expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/13/2023 | Wednesday | 1.1 | Call w/ W&C + M3 on expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/13/2023 | Wednesday | 8.9 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/13/2023 | Wednesday | 1.1 | Call w/ W&C + M3 on expert witness report | Communications |
| Bryan Young | Vice President | 9/13/2023 | Wednesday | 1.2 | Discuss expert report | Communications |
| Bryan Young | Vice President | 9/13/2023 | Wednesday | 6.8 | Draft / edit expert witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/13/2023 | Wednesday | 8.6 | Analysis of flow of funds, expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/13/2023 | Wednesday | 8.4 | Data Analysis expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/13/2023 | Wednesday | 1.1 | Call w/ W&C + M3 on expert witness report | Communications |
| Umber Kohli | Project Manager | 9/13/2023 | Wednesday | 1.2 | Discuss expert report | Communications |
| Umber Kohli | Project Manager | 9/13/2023 | Wednesday | 9 | Draft / edit expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/14/2023 | Thursday | 9.6 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/14/2023 | Thursday | 0.6 | Call w/ M3 to discuss expert witness report | Communications |
| Bryan Young | Vice President | 9/14/2023 | Thursday | 9 | Draft / edit witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/14/2023 | Thursday | 9.8 | Analysis of market correlation for expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/14/2023 | Thursday | 0.6 | Call w/ M3 to discuss expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/14/2023 | Thursday | 4.8 | Research and analysis for expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/14/2023 | Thursday | 0.6 | Call w/ M3 to discuss expert witness report | Communications |
| Umber Kohli | Project Manager | 9/14/2023 | Thursday | 7.9 | Draft / edit expert witness report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/15/2023 | Friday | 1 | Call w/ W&C + M3 on expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/15/2023 | Friday | 9 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/15/2023 | Friday | 0.9 | Workshopping w/ W&C and M3 on expert witness report timelines | Communications |

| Bryan Young | Vice President | 9/15/2023 | Friday | 1.6 | Call w/ M3 to discuss expert witness report | Communications |
|---|---|---|---|---|---|---|
| Bryan Young | Vice President | 9/15/2023 | Friday | 1 | Call w/ W&C + M3 on expert witness report | Communications |
| Bryan Young | Vice President | 9/15/2023 | Friday | 10.1 | Draft expert witness report | Internal Development |
| Bryan Young | Vice President | 9/15/2023 | Friday | 0.2 | Internal sync on correlation | Communications |
| Bryan Young | Vice President | 9/15/2023 | Friday | 0.9 | Workshopping w/ W&C and M3 on expert witness report timelines | Communications |
| Matt Austin | Vice President | 9/15/2023 | Friday | 1.7 | Review 9/14 draft of expert witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/15/2023 | Friday | 10.4 | Analysis of market correlation for expert witness report | Internal Development |
| Matt Lam | Senior Data Scientist | 9/15/2023 | Friday | 0.2 | Internal sync on correlation | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/15/2023 | Friday | 1.6 | Call w/ M3 to discuss expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/15/2023 | Friday | 1 | Call w/ W&C + M3 on expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/15/2023 | Friday | 9.7 | Draft expert witness report: Analysis of market correlation for expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/15/2023 | Friday | 1.6 | Call w/ M3 to discuss expert witness report | Communications |
| Umber Kohli | Project Manager | 9/15/2023 | Friday | 1 | Call w/ W&C + M3 on expert witness report | Communications |
| Umber Kohli | Project Manager | 9/15/2023 | Friday | 8.3 | Draft expert witness report | Internal Development |
| Umber Kohli | Project Manager | 9/15/2023 | Friday | 0.2 | Internal sync on correlation | Communications |
| Umber Kohli | Project Manager | 9/15/2023 | Friday | 0.9 | Workshopping w/ W&C and M3 on expert witness report timelines | Communications |
| Bryan Young | Vice President | 9/16/2023 | Saturday | 4.3 | Drafting and analysis re expert witness report | Internal Development |
| Matt Austin | Vice President | 9/16/2023 | Saturday | 2.6 | Call with Max Galka to discuss latest witness report draft and outstanding items | Internal Development |
| Matt Lam | Senior Data Scientist | 9/16/2023 | Saturday | 8.2 | Data Analysis re expert witness report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/16/2023 | Saturday | 5.4 | Magic expert witness report editing / drafting | Internal Development |
| Bryan Young | Vice President | 9/17/2023 | Sunday | 8.4 | Expert witness report, drafting, analysis | Internal Development |
| Matt Lam | Senior Data Scientist | 9/17/2023 | Sunday | 10.4 | Expert witness report, data analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/17/2023 | Sunday | 9.6 | Expert witness report, hypothesis refinement | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 0.5 | Expert report check in #1 w/ M3 | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 0.6 | Expert report check in #2 w/ M3 | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 8 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 1.1 | Expert witness report check-in w/ W&C and M3 | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 0.5 | Expert witness report morning check-in w/ M3 | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/18/2023 | Monday | 0.4 | Internal team sync re: expert witness report | Communications |
| Bryan Young | Vice President | 9/18/2023 | Monday | 0.5 | Expert report check in #1 w/ M3 | Communications |
| Bryan Young | Vice President | 9/18/2023 | Monday | 0.6 | Expert report check in #2 w/ M3 | Communications |
| Bryan Young | Vice President | 9/18/2023 | Monday | 1.1 | Expert witness report check-in w/ W&C and M3 | Communications |
| Bryan Young | Vice President | 9/18/2023 | Monday | 7.1 | Expert witness report drafting and revising | Internal Development |
| Bryan Young | Vice President | 9/18/2023 | Monday | 0.5 | Expert witness report morning check-in w/ M3 | Communications |
| Bryan Young | Vice President | 9/18/2023 | Monday | 0.4 | Internal team sync re: expert witness report | Communications |
| Matt Austin | Vice President | 9/18/2023 | Monday | 2.3 | Review latest draft of expert witness report and provide feedback on content and exhibits | Internal Development |
| Matt Lam | Senior Data Scientist | 9/18/2023 | Monday | 0.4 | Internal team sync re: expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/18/2023 | Monday | 0.5 | Expert report check in #1 w/ M3 | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/18/2023 | Monday | 0.6 | Expert report check in #2 w/ M3 | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/18/2023 | Monday | 7.5 | Expert Witness Report Analysis | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/18/2023 | Monday | 1.1 | Expert witness report check-in w/ W&C and M3 | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/18/2023 | Monday | 0.4 | Internal team sync re: expert witness report | Communications |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 0.5 | Expert report check in #1 w/ M3 | Communications |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 0.6 | Expert report check in #2 w/ M3 | Communications |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 1.1 | Expert witness report check-in w/ W&C and M3 | Communications |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 7.6 | Expert witness report drafting and revising | Internal Development |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 0.3 | Expert witness report morning check-in w/ M3 (joined late) | Communications |
| Umber Kohli | Project Manager | 9/18/2023 | Monday | 0.4 | Internal team sync re: expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/19/2023 | Tuesday | 0.9 | Check in w/ M3 re: expert witness report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/19/2023 | Tuesday | 7.1 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/19/2023 | Tuesday | 0.9 | Check in w/ M3 re: expert witness report | Communications |
| Bryan Young | Vice President | 9/19/2023 | Tuesday | 5.5 | Expert witness report drafting and revising | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/19/2023 | Tuesday | 0.9 | Check in w/ M3 re: expert witness report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/19/2023 | Tuesday | 9.4 | Expert witness report drafting and revising | Internal Development |
| Umber Kohli | Project Manager | 9/19/2023 | Tuesday | 0.9 | Check in w/ M3 re: expert witness report | Communications |
| Umber Kohli | Project Manager | 9/19/2023 | Tuesday | 7.6 | Expert witness report drafting and revising | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/20/2023 | Wednesday | 3.3 | Call w/ M3 re: methodology | Communications |

| Alexander Mologoko | Senior Blockchain Expert | 9/20/2023 | Wednesday | 1.1 | Check-in w/ W&C and M3 on expert witness report | Communications |
|---|---|---|---|---|---|---|
| Alexander Mologoko | Senior Blockchain Expert | 9/20/2023 | Wednesday | 6.1 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/20/2023 | Wednesday | 3.3 | Call w/ M3 re: methodology | Communications |
| Bryan Young | Vice President | 9/20/2023 | Wednesday | 0.4 | Call w/ W&C on VWAP calculation | Communications |
| Bryan Young | Vice President | 9/20/2023 | Wednesday | 1.1 | Check-in w/ W&C and M3 on expert witness report | Communications |
| Bryan Young | Vice President | 9/20/2023 | Wednesday | 9.3 | Expert witness report drafting and revising | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/20/2023 | Wednesday | 0.4 | Call w/ W&C on VWAP calculation | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/20/2023 | Wednesday | 10.8 | Expert witness report drafting and revising | Internal Development |
| Umber Kohli | Project Manager | 9/20/2023 | Wednesday | 3.3 | Call w/ M3 re: methodology | Communications |
| Umber Kohli | Project Manager | 9/20/2023 | Wednesday | 0.4 | Call w/ W&C on VWAP calculation | Communications |
| Umber Kohli | Project Manager | 9/20/2023 | Wednesday | 1.1 | Check-in w/ W&C and M3 on expert witness report | Communications |
| Umber Kohli | Project Manager | 9/20/2023 | Wednesday | 5.7 | Expert witness report drafting and revising | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/21/2023 | Thursday | 0.3 | Check-in w/ M3 on methodology | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/21/2023 | Thursday | 8.1 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/21/2023 | Thursday | 0.3 | Check-in w/ M3 on methodology | Communications |
| Bryan Young | Vice President | 9/21/2023 | Thursday | 6.8 | Expert witness report drafting and revising | Internal Development |
| Bryan Young | Vice President | 9/21/2023 | Thursday | 0.6 | Touchbase w/ W&C on expert report | Communications |
| Matt Lam | Senior Data Scientist | 9/21/2023 | Thursday | 0.3 | Check-in w/ M3 on methodology | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/21/2023 | Thursday | 0.3 | Check-in w/ M3 on methodology | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/21/2023 | Thursday | 9.6 | Expert witness report drafting and revising | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/21/2023 | Thursday | 0.7 | Touchbase w/ AC from W&C on expert report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/21/2023 | Thursday | 0.6 | Touchbase w/ W&C on expert report | Communications |
| Umber Kohli | Project Manager | 9/21/2023 | Thursday | 0.3 | Check-in w/ M3 on methodology | Communications |
| Umber Kohli | Project Manager | 9/21/2023 | Thursday | 7.1 | Expert witness report drafting and revising | Internal Development |
| Umber Kohli | Project Manager | 9/21/2023 | Thursday | 0.6 | Touchbase w/ W&C on expert report | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/22/2023 | Friday | 8.1 | Expert witness report drafting and revising | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/22/2023 | Friday | 0.2 | Shorts / perp swaps mtg w/ W&C and M3 | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/22/2023 | Friday | 1.1 | Touchbase w/ W&C and M3 on expert report | Communications |
| Bryan Young | Vice President | 9/22/2023 | Friday | 7.6 | Expert witness report drafting and revising | Internal Development |
| Bryan Young | Vice President | 9/22/2023 | Friday | 1.1 | Touchbase w/ W&C and M3 on expert report | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/22/2023 | Friday | 10.7 | Expert witness report drafting and revising | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/22/2023 | Friday | 1.1 | Touchbase w/ W&C and M3 on expert report | Communications |
| Umber Kohli | Project Manager | 9/22/2023 | Friday | 6.4 | Expert witness report drafting and revising | Internal Development |
| Umber Kohli | Project Manager | 9/22/2023 | Friday | 0.2 | Shorts / perp swaps mtg w/ W&C and M3 | Communications |
| Umber Kohli | Project Manager | 9/22/2023 | Friday | 1.1 | Touchbase w/ W&C and M3 on expert report | Communications |
| Bryan Young | Vice President | 9/23/2023 | Saturday | 4.3 | Analysis of CEL token and comps | Internal Development |
| Matt Austin | Vice President | 9/23/2023 | Saturday | 1.3 | Reviewed plan objection filing | Internal Development |
| Matt Austin | Vice President | 9/23/2023 | Saturday | 3.7 | Review expert report and provide feedback to team | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/23/2023 | Saturday | 5.7 | Analysis of CEL token and comps | Internal Development |
| Bryan Young | Vice President | 9/24/2023 | Sunday | 0.4 | Call with S. Cox at Elementus, C. Eliaszadeh W/C - re filing re CEL token | Internal Development |
| Bryan Young | Vice President | 9/24/2023 | Sunday | 0.7 | Call with Matt Austin to discuss status of expert witness report and team staffing | Internal Development |
| Matt Austin | Vice President | 9/24/2023 | Sunday | 0.7 | Call with Bryan Young to discuss status of expert witness report and team staffing | Internal Development |
| Sarah Cox | Data Scientist | 9/24/2023 | Sunday | 0.4 | Call with B. Young at Elementus, C. Eliaszadeh W/C - re filing re CEL token | Internal Development |
| Bryan Young | Vice President | 9/25/2023 | Monday | 7.5 | Expert Witness Report – testimony prep | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/25/2023 | Monday | 6.4 | Expert Witness Report – Testimony prep | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/25/2023 | Monday | 2.4 | Expert Witness Report – Testimony prep | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/26/2023 | Tuesday | 7.5 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/26/2023 | Tuesday | 0.7 | Plan Objection Discussion w/ M3 | Communications |
| Bryan Young | Vice President | 9/26/2023 | Tuesday | 0.7 | Plan Objection Discussion w/ M3 | Communications |
| Bryan Young | Vice President | 9/26/2023 | Tuesday | 6.5 | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development |
| Matt Austin | Vice President | 9/26/2023 | Tuesday | 1.5 | Debrief with Max Galka and Bryan Young re: rebuttal analysis and trial prep | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/26/2023 | Tuesday | 7.6 | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development |
| Sarah Cox | Data Scientist | 9/26/2023 | Tuesday | 3.7 | ETH / ERC20 token balance analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/27/2023 | Wednesday | 10 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/27/2023 | Wednesday | 7.7 | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/27/2023 | Wednesday | 8.8 | Expert Witness Report - Rebuttal Analysis / Trial Prep | Internal Development |
| Sarah Cox | Data Scientist | 9/27/2023 | Wednesday | 3.3 | ETH / ERC20 token balance analysis | Internal Development |

| | | | | | | |
|---|---|---|---|---|---|---|
| Alexander Mologoko | Senior Blockchain Expert | 9/28/2023 | Thursday | 6.5 | Expert witness report analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/28/2023 | Thursday | 3.0 | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications |
| Bryan Young | Vice President | 9/28/2023 | Thursday | 6.5 | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/28/2023 | Thursday | 6.5 | In-person meeting w/ W&C to finalize expert witness report and supplemental filing | Communications |
| Sarah Cox | Data Scientist | 9/28/2023 | Thursday | 4.1 | ETH / ERC20 token balance analysis | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 9/29/2023 | Friday | 1.5 | Call with W&C- Expert Testimony Prep | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/29/2023 | Friday | 0.5 | Call with W&C- re Supplemental Expert Declaration | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 9/29/2023 | Friday | 6 | Expert witness report analysis | Internal Development |
| Bryan Young | Vice President | 9/29/2023 | Friday | 8.5 | Analysis re supplemental expert declaration filing | Internal Development |
| Matt Austin | Vice President | 9/29/2023 | Friday | 1.5 | Listen in to call with W/C regarding supplemental expert declaration and debrief on next steps | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/29/2023 | Friday | 0.5 | Call w/ W&C regarding the supplemental expert declaration | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/29/2023 | Friday | 1.5 | Call with W&C- Expert Testimony Prep | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/29/2023 | Friday | 3.3 | Research / hypothesis formulation re: supplemental expert declaration | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/29/2023 | Friday | 7.1 | Analysis re supplemental expert declaration filing | Internal Development |
| Sarah Cox | Data Scientist | 9/29/2023 | Friday | 4 | ETH / ERC20 token balance analysis | Internal Development |
| Matt Austin | Vice President | 9/30/2023 | Saturday | 2.1 | Call with Max Galka re:supplemental expert declaration and expert witness prep | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/30/2023 | Saturday | 1 | Discussion w/ W&C (calls + texts) on expert witness report and supplemental declaration | Communications |
| Max Galka | CEO/Chief Data Scientist | 9/30/2023 | Saturday | 2.9 | Research / hypothesis formulation re: supplemental expert declaration | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 9/30/2023 | Saturday | 2.1 | Call with M. Austin re:supplemental expert declaration and expert witness prep | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/2/2023 | Monday | 8 | Testimony supporting materials preparation for Max | Internal Development |
| Bryan Young | Vice President | 10/2/2023 | Monday | 8 | Expert witness testimony prep w/ M. Galka | Communications |
| Bryan Young | Vice President | 10/2/2023 | Monday | 3.5 | Review of Twitter, re Otis Davis tweets re expert witness testimony prep | Communications |
| Max Galka | CEO/Chief Data Scientist | 10/2/2023 | Monday | 8.6 | Expert witness testimony prep | Communications |
| Umber Kohli | Project Manager | 10/2/2023 | Monday | 2.4 | Confirmation hearing | Communications |
| Umber Kohli | Project Manager | 10/3/2023 | Tuesday | 2.8 | Confirmation hearing | Communications |
| Bryan Young | Vice President | 10/3/2012 | Tuesday | 2.7 | Review of Twitter, social media, re Otis Davis tweets re expert witness testimony prep | Communications |
| Max Galka | CEO/Chief Data Scientist | 10/3/2023 | Tuesday | 0.5 | Call w/ W&C to prep for testimony | Communications |
| Max Galka | CEO/Chief Data Scientist | 10/3/2023 | Tuesday | 6.5 | Documents review for testimony | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/4/2023 | Wednesday | 5.0 | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications |
| Bryan Young | Vice President | 10/4/2023 | Wednesday | 5.2 | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications |
| Max Galka | CEO/Chief Data Scientist | 10/4/2023 | Wednesday | 5.4 | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications |
| Umber Kohli | Project Manager | 10/4/2023 | Wednesday | 4.9 | In-person attendance at SDNY Bankruptcy court's for M. Galka's expert witness testimony | Communications |
| Bryan Young | Vice President | 10/5/2023 | Thursday | 0.6 | Call w/ M3 regarding Celsius token balances | Communications |
| Sarah Cox | Data Scientist | 10/5/2023 | Thursday | 0.6 | Call w/ M3 regarding Celsius token balances | Communications |
| Sarah Cox | Data Scientist | 10/5/2023 | Thursday | 0.5 | Prep for call w/ M3 on Celsius token balances | Internal Development |
| Umber Kohli | Project Manager | 10/5/2023 | Thursday | 0.6 | Call w/ M3 regarding Celsius token balances | Communications |
| Bryan Young | Vice President | 10/6/2023 | Friday | 0.5 | Creation of dashboards for Cel Token Balances | Internal Development |
| Sarah Cox | Data Scientist | 10/6/2023 | Friday | 0.8 | Analysis ETH / ERC20 token balances | Internal Development |
| Sarah Cox | Data Scientist | 10/8/2023 | Sunday | 3.3 | ETH / ERC20 token balance analysis follow up | Internal Development |
| Sarah Cox | Data Scientist | 10/9/2023 | Monday | 2.1 | ETH / ERC20 token balance analysis follow up | Internal Development |
| Bryan Young | Vice President | 10/10/2023 | Tuesday | 0.5 | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert | Communications |
| Max Galka | CEO/Chief Data Scientist | 10/10/2023 | Tuesday | 0.5 | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert | Communications |
| Alexander Mologoko | Senior Blockchain Expert | 10/10/2023 | Tuesday | 0.5 | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert | Communications |
| Umber Kohli | Project Manager | 10/10/2023 | Tuesday | 0.5 | Call with A. Colodny, K. Gunderson at WC, U.Kohli, M. Galka, A. Mologoko, re Nugenesis Expert | Communications |
| Bryan Young | Vice President | 10/10/2023 | Wednesday | 6.5 | Initial review of Neugneises Expert Report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 10/11/2023 | Wednesday | 4.6 | Initial review of Neugneises Expert Report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/11/2023 | Wednesday | 7.4 | Initial review of Neugneises Expert Report | Internal Development |
| Matt Austin | Vice President | 10/11/2023 | Wednesday | 6.4 | Initial review of Neugneises Expert Report | Internal Development |
| Bryan Young | Vice President | 10/12/2023 | Thursday | 6.5 | Review and analysis of Neugenesis Expert Report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 10/12/2023 | Thursday | 8.5 | Review and analysis of Neugenesis Expert Report | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/12/2023 | Thursday | 6.4 | Review and analysis of Neugenesis Expert Report | Internal Development |
| Matt Austin | Vice President | 10/12/2023 | Thursday | 5.4 | Review and analysis of Neugenesis Expert Report | Internal Development |
| Bryan Young | Vice President | 10/13/2023 | Friday | 4.4 | Review and analysis of Neugenesis Expert Report | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 10/13/2023 | Friday | 7.5 | Review of methodology and data sources used in the Neugneises Report for accuracy and comp | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/13/2023 | Friday | 8.4 | Review of methodology and data sources used in the Neugneises Report for accuracy and | Internal Development |
| Matt Austin | Vice President | 10/13/2023 | Friday | 6.4 | Review and analysis of Neugenesis Expert Report, review of claims made | Internal Development |
| Bryan Young | Vice President | 10/16/2023 | Monday | 5.5 | Review and analysis of Neugenesis Expert Report, review of claims made | Internal Development |

| Max Galka | CEO/Chief Data Scientist | 10/16/2023 | Monday | 6.5 | Review and analysis of Neugenesis Expert Report, data methods | Internal Development |
|---|---|---|---|---|---|---|
| Alexander Mologoko | Senior Blockchain Expert | 10/16/2023 | Monday | 8.5 | Review and analysis of Neugenesis Expert Report, data methods | Internal Development |
| Matt Austin | Vice President | 10/16/2023 | Monday | 6.4 | Review and analysis of Neugenesis Expert Report, claims | Internal Development |
| Bryan Young | Vice President | 10/17/2023 | Tuesday | 3.6 | Review and analysis of Neugenesis Expert Report, claims | Internal Development |
| Max Galka | CEO/Chief Data Scientist | 10/17/2023 | Tuesday | 4.6 | Review and analysis of Neugenesis Expert Report, data, methods, sources | Internal Development |
| Alexander Mologoko | Senior Blockchain Expert | 10/17/2023 | Tuesday | 8.4 | Review and analysis of Neugenesis Expert Report, data, methods, sources | Internal Development |
| Matt Austin | Vice President | 10/17/2023 | Tuesday | 2.5 | Review and analysis of Neugenesis Expert Report, claims | Internal Development |
| Umber Kohli | Project Manager | 10/24/2023 | Tuesday | 1.4 | Attend Weekly UCC call | Communications |

| Employee Name | Role | Date | Day | Hours | Rate | Cost | Activity | Category |
|---|---|---|---|---|---|---|---|---|
| Matt Austin | Vice President | 12/1/2022 | Thursday | 8.3 | $800 | $6,640 | 1st Interim fee application preparation | Administrative tasks |
| Matt Austin | Vice President | 12/2/2022 | Friday | 6.9 | $800 | $5,520 | 1st Interim fee application preparation | Administrative tasks |
| Matt Austin | Vice President | 4/6/2023 | Thursday | 5.4 | $800 | $4,320 | 2nd interim fee application preparation | Administrative tasks |
| Matt Austin | Vice President | 4/7/2023 | Friday | 4.1 | $800 | $3,280 | 2nd interim fee application preparation | Administrative tasks |
| Matt Austin | Vice President | 7/27/2023 | Thursday | 5.5 | $800 | $4,400 | 3rd interim fee application preparation | Administrative tasks |
| Matt Austin | Vice President | 7/28/2023 | Friday | 3.2 | $800 | $2,560 | 3rd interim fee application preparation | Administrative tasks |
| Totals | | | | 33.4 | | $26,720 | | |

## Exhibit C

**Invoices with Time Records and Expense Detail**



## Expense Allocation Detail – July 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $80,120.98 | $40,060.49 | 50% allocated to Celsius UCC |
| Google Cloud Platform | 21,885.98 | 10,942.99 | 50% allocated to Celsius UCC |
| Google Voice | 108.79 | 54.40 | 50% allocated to Celsius UCC |
| Asana - Project Management | 829.90 | 414.95 | 50% allocated to Celsius UCC |
| Atlassian - Project Management | 131.46 | 65.73 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 81.66 | 40.83 | 50% allocated to Celsius UCC |
| Miro | 31.75 | 15.88 | 50% allocated to Celsius UCC |
| **Other Expenses Totals** | **$103,190.53** | **$51,595.27** | |



Account number:

███████████████

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1408492153 |
| Invoice Date: | August 3 , 2023 |
| **TOTAL AMOUNT DUE ON August 3 , 2023** | **$80,120.98** |

## This invoice is for the billing period July 1 - July 31 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

| Summary | |
|---|---|
| **AWS Service Charges** | **$80,120.98** |
| Charges | $80,120.93 |
| Credits | $0.00 |
| Tax | $0.05 |
| **Total for this invoice** | **$80,120.98** |

| Detail for Consolidated Bill | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$576.55** |
| Charges | $576.55 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$5,164.90** |
| Charges | $5,164.90 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

1



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 29045 | | |
| --- | --- | --- | --- |
| DATE | Aug 6, 2023 | TERMS | Net 30 |
| DUE DATE | Sep 5, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **GCP Consumption**<br>July Google Cloud Platform Consumption | 1 | $20,101.92 | $20,101.92 |

| | |
| --- | --- |
| SUBTOTAL | $20,101.92 |
| TAX | $1,784.05 |
| TOTAL DUE | $21,885.97 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ███████
ABA Number: ███████
Company ID# ███████ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO    Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 28592 | | |
|---|---|---|---|
| DATE | Jul 9, 2023 | TERMS | Net 30 |
| DUE DATE | Aug 8, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Google Voice Standard**<br>June License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>State sales tax (4%) $3.86<br>Local sales tax (4.5%) $4.32<br>Local sales tax (0.375%) $0.36<br>Federal Regulatory Assessment Fee $0.83<br>Federal Universal Service Fund $11.14<br>Local 911 Surcharge $4<br>Local Gross Receipts Tax $1.82<br>New York MTA Surcharge on Excise Tax $0.46<br>State Excise Tax $2 | 1 | $28.79 | $28.79 |

| SUBTOTAL | $108.79 |
|---|---|
| TOTAL DUE | $108.79 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**
Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**
Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▆▆▆▆▆▆
ABA Number: ▆▆▆▆▆▆
Company ID# ▆▆▆▆▆▆ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**
Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# Customer Invoice

**For billing inquiries email us at:** customer-service@asana.com

| **Bill To** | **Ship To** | | |
|---|---|---|---|
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Account #** | ▉▉▉▉▉ |
| **Matthew Austin** | **Matthew Austin** | **Invoice #** | INV02206178 |
| 347 Fifth Ave, Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **PO #** | |
| New York, New York  10016 | New York, New York  10016 | **Billed On** | Aug 07, 2023 |
| United States | United States | **Currency** | USD |
| maustin@elementus.io | | **Payment Term** | Due on receipt |
| | | **Due On** | Aug 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Aug 07, 2023 to Sep 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Aug 07, 2023 | P-02384974 | Payment | | -$829.90 |

Payment Method: ***********7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

Asana, Inc. 633 Folsom St. San Francisco, CA 94107 United States

**▲ ATLASSIAN**

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ██████████

| | |
|---|---|
| **Invoice number:** | IN-000-362-027 |
| **Invoice date:** | Jul 21, 2023 |

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ██████████

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ██████████

---

### RECEIPT

| | |
|---|---|
| Invoice Total: | USD 131.46 |
| Amount paid via credit card: | USD 131.46 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

---

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

---

Got questions? Contact us: https://www.atlassian.com/contact

Page 1 of 2

**▲ ATLASSIAN**                                        **Tax Invoice / Receipt**

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|-------|---------|-----------:|----------:|-----------------:|----:|-------:|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 21 users<br><br>**Billing period:** Jul 20, 2023 - Aug 20, 2023<br>**Entitlement number:** E-3TS-MHX-XPS-HP3<br>**Licensed to:** maustin@elementus.io | USD 120.75 | | USD 120.75 | USD 10.71 (8.875% Sales Tax) | USD 131.46 |
| | Total amount excl. tax | | | | | USD 120.75 |
| | Total tax applied | | | | | USD 10.71 |
| | *(8.875% Sales Tax)* | | | | | |
| | **Total billed amount** | | | | | **USD 131.46** |
| | **Total amount paid** | | | | | **USD 131.46** |
| | Payment due | | | | | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

 **Microsoft**

# Invoice

August 2023
Invoice Date: 08/02/2023
Invoice Number: E0300OI6EF
Due Date: 08/02/2023
**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 07/02/2023 - 08/01/2023 | Tax: | 6.66 |
| Due Date: | 08/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Invoice



**Invoice number**  5B02943E-0029
Date of issue      July 15, 2023
Date due           July 15, 2023

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN  ████████

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $31.75 USD due July 15, 2023

Pay online

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
| --- | --- | --- | --- |
| Remaining time on 26 × Starter_yearly after 16 Jun 2023<br>Jun 16 – Oct 15, 2023 | 26 | | $825.64 |
| Unused time on 25 × Starter_yearly after 16 Jun 2023<br>Jun 16 – Oct 15, 2023 | 25 | | -$793.89 |
| | | Subtotal | $31.75 |
| | | Total | $31.75 |
| | | **Amount due** | **$31.75 USD** |



## Expense Allocation Detail – August 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $66,217.81 | $43,108.91 | 66% allocated to Celsius UCC |
| Google Cloud Platform | $18,613.78 | $9,306.89 | 50% allocated to Celsius UCC |
| Google Voice | $109.89 | $54.95 | 50% allocated to Celsius UCC |
| Asana - Project Management | $829.90 | $414.95 | 50% allocated to Celsius UCC |
| Atlassian - Project Management | $137.72 | $68.86 | 50% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | $81.66 | $40.83 | 50% allocated to Celsius UCC |
| Miro | $18.84 | $9.42 | 50% allocated to Celsius UCC |
| **Other Expenses Totals** | **$86,009.60** | **$53,004.81** | |



Account number:

█████████████████

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1422455061 |
| Invoice Date: | September 2 , 2023 |
| **TOTAL AMOUNT DUE ON September 2 , 2023** | **$66,217.81** |

## This invoice is for the billing period August 1 - August 31 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$66,217.81** |
| Charges | $66,217.75 |
| Credits | $0.00 |
| Tax | $0.06 |
| **Total for this invoice** | **$66,217.81** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$576.81** |
| Charges | $576.81 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$5,967.56** |
| Charges | $5,967.56 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 29648 | | |
|---|---|---|---|
| DATE | Sep 6, 2023 | TERMS | Net 30 |
| DUE DATE | Oct 6, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>August Google Cloud Platform Consumption | 1 | $17,096.47 | $17,096.47 |

| | |
|---|---|
| SUBTOTAL | $17,096.47 |
| TAX | $1,517.31 |
| TOTAL DUE | $18,613.78 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▮▮▮▮
ABA Number: ▮▮▮▮▮
Company ID# ▮▮▮▮▮ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO    Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 29180 | | |
|---|---|---|---|
| DATE | Aug 9, 2023 | TERMS | Net 30 |
| DUE DATE | Sep 8, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Google Voice Standard**<br>July License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>State sales tax (4%) $3.86<br>Local sales tax (4.5%) $4.34<br>Local sales tax (0.375%) $0.36<br>Federal Regulatory Assessment Fee $0.83<br>Federal Universal Service Fund $11.21<br>Local 911 Surcharge $5<br>Local Gross Receipts Tax $1.83<br>New York MTA Surcharge on Excise Tax $0.46<br>State Excise Tax $2 | 1 | $29.89 | $29.89 |

| SUBTOTAL | $109.89 |
|---|---|
| TOTAL DUE | $109.89 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**
Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**
Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ███████
ABA Number: ███████
Company ID# ███████ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**
Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# asana

# Customer Invoice

**For billing inquiries email us at: https://asana.com/support**

| Bill To | Ship To | | |
|---|---|---|---|
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Account #** | ▮▮▮▮▮ |
| **Matthew Austin** | **Matthew Austin** | **Invoice #** | INV02287720 |
| 347 Fifth Ave, Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **PO #** | |
| New York, New York  10016 | New York, New York  10016 | **Billed On** | Sep 07, 2023 |
| United States | United States | **Currency** | USD |
| maustin@elementus.io | | **Payment Term** | Due on receipt |
| | | **Due On** | Sep 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Sep 07, 2023 to Oct 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Sep 07, 2023 | P-02474861 | Payment | | -$829.90 |

Payment Method: ************7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

# ▲ ATLASSIAN

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ████████████

**Invoice number:**   IN-000-505-217
**Invoice date:**    Sep 21, 2023

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ████████

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ████████

---

## RECEIPT

| | |
|---:|:---|
| Invoice Total: | USD 137.72 |
| Amount paid via credit card: | USD 137.72 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

---

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

---

Got questions? Contact us: https://www.atlassian.com/contact

**▲ ATLASSIAN**                                    **Tax Invoice / Receipt**

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 22 users <br><br> **Billing period:** Sep 20, 2023 - Oct 20, 2023 <br> **Entitlement number:** E-3TS-MHX-XPS-HP3 <br> **Licensed to:** maustin@elementus.io | USD 126.50 | | USD 126.50 | USD 11.22 (8.875% Sales Tax) | USD 137.72 |

|  |  |
|---|---|
| Total amount excl. tax | USD 126.50 |
| Total tax applied | USD 11.22 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 137.72** |
| **Total amount paid** | **USD 137.72** |
| Payment due | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

 **Microsoft**

# Invoice

September 2023
Invoice Date: 09/02/2023
Invoice Number: E0300OWHTS
Due Date: 09/02/2023

**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 08/02/2023 - 09/01/2023 | Tax: | 6.66 |
| Due Date: | 09/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Receipt

miro

| | |
|---|---|
| **Invoice number** | **5B02943E-0030** |
| Receipt number | 2612-3022 |
| Date paid | August 15, 2023 |
| Payment method | Visa - 8226 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN  ▊▊▊▊▊▊▊

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
maustin@elementus.io

## $18.84 paid on August 15, 2023

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Remaining time on 27 × Starter_yearly after 04 Aug 2023<br>Aug 4 – Oct 15, 2023 | 27 | | $508.72 |
| Unused time on 26 × Starter_yearly after 04 Aug 2023<br>Aug 4 – Oct 15, 2023 | 26 | | -$489.88 |
| | | Subtotal | $18.84 |
| | | Total | $18.84 |
| | | **Amount paid** | **$18.84** |



## Expense Allocation Detail – September 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $62,259.76 | $62,259.76 | 100% allocated to Celsius UCC |
| Google Cloud Platform | 21,761.65 | 21,761.65 | 100% allocated to Celsius UCC |
| Google Voice | 109.02 | 109.02 | 100% allocated to Celsius UCC |
| Asana - Project Management | 829.90 | 829.90 | 100% allocated to Celsius UCC |
| Atlassian - Project Management | 137.72 | 137.72 | 100% allocated to Celsius UCC |
| Kaiko | 9,869.52 | 9,869.52 | 100% allocated to Celsius UCC; two separate invoices |
| Microsoft 365 Subscriptions | 81.66 | 81.66 | 100% allocated to Celsius UCC |
| Miro | 6.53 | 6.53 | 100% allocated to Celsius UCC |
| Bryan Cave legal fees | 332.50 | 332.50 | 100% allocated to Celsius UCC |
| **Other Expenses Totals** | **$95,388.26** | **$95,388.26** | |



Account number:

██████████████████

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1448946705 |
| Invoice Date: | October 2 , 2023 |
| **TOTAL AMOUNT DUE ON October 2 , 2023** | **$62,259.76** |

## This invoice is for the billing period September 1 - September 30 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$62,259.76** |
| Charges | $62,259.71 |
| Credits | $0.00 |
| Tax | $0.05 |
| **Total for this invoice** | **$62,259.76** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$556.10** |
| Charges | $556.10 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$5,767.99** |
| Charges | $5,767.99 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO
Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 30251 | | |
|---|---|---|---|
| DATE | Oct 6, 2023 | TERMS | Net 30 |
| DUE DATE | Nov 5, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>September Google Cloud Platform Consumption | 1 | $19,987.74 | $19,987.74 |

| | |
|---|---|
| SUBTOTAL | $19,987.74 |
| TAX | $1,773.91 |
| TOTAL DUE | $21,761.65 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: █████████
ABA Number: ████████
Company ID# ████████ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 30251 | | |
|---------|-------|---|---|
| DATE | Oct 6, 2023 | TERMS | Net 30 |
| DUE DATE | Nov 5, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **GCP Consumption**<br>September Google Cloud Platform Consumption | 1 | $19,987.74 | $19,987.74 |

| | |
|---|---|
| SUBTOTAL | $19,987.74 |
| TAX | $1,773.91 |
| TOTAL DUE | $21,761.65 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ▉▉▉▉▉
ABA Number: ▉▉▉▉▉
Company ID# ▉▉▉▉▉ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# asana

# Customer Invoice

**For billing inquiries email us at:** https://asana.com/support

| **Bill To** | **Ship To** | **Account #** | ▮▮▮▮▮ |
|---|---|---|---|
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Invoice #** | INV02369650 |
| **Matthew Austin** | **Matthew Austin** | **PO #** | |
| 347 Fifth Ave,Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **Billed On** | Oct 07, 2023 |
| New York, New York  10016 | New York, New York  10016 | **Currency** | USD |
| United States | United States | **Payment Term** | Due on receipt |
| maustin@elementus.io | | **Due On** | Oct 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Oct 07, 2023 to Nov 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Oct 07, 2023 | P-02565502 | Payment | | -$829.90 |

Payment Method: ************7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

# ▲ ATLASSIAN

# Tax Invoice / Receipt

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ▮▮▮▮▮▮▮▮▮

**Invoice number:**   IN-000-505-217
**Invoice date:**     Sep 21, 2023

**Bill to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮

**Sold to:**
maustin@elementus.io
347 5th Avenue
1402-337
New York NY 10016
United States
**EIN:** ▮▮▮▮▮▮▮

## RECEIPT

|  |  |
|---|---|
| Invoice Total: | USD 137.72 |
| Amount paid via credit card: | USD 137.72 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

Got questions? Contact us: https://www.atlassian.com/contact

**ATLASSIAN**                                        **Tax Invoice / Receipt**

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence (Cloud, Standard, Monthly, Advantaged (Starter Tier 1), USD, 2023)** 22 users<br><br>**Billing period:** Sep 20, 2023 - Oct 20, 2023<br>**Entitlement number:** E-3TS-MHX-XPS-HP3<br>**Licensed to:** maustin@elementus.io | USD 126.50 | | USD 126.50 | USD 11.22 (8.875% Sales Tax) | USD 137.72 |

| | |
|---|---|
| Total amount excl. tax | USD 126.50 |
| Total tax applied | USD 11.22 |
| *(8.875% Sales Tax)* | |
| **Total billed amount** | **USD 137.72** |
| **Total amount paid** | **USD 137.72** |
| Payment due | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.



# INVOICE

Elementus
347 5th Avenue, Suite 1402-337
NEW YORK NY 10016
UNITED STATES

**Invoice Date**
Aug 28, 2023

**Invoice Number**
INV-0472

Challenger Deep Kaiko INC
WeWork Office 03-134
980 6th Avenue
Company Number:
38-4127112
NEW YORK 10018
UNITED STATES OF
AMERICA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| 08/08/2023-11/07/2024 - Kaiko data subscription quarterly invoice - Analytics | 1.00 | 4,500.00 | 8.875% | 4,500.00 |
| | | | Subtotal | 4,500.00 |
| | | | TOTAL TAX | 399.38 |
| | | | **TOTAL USD** | 4,899.38 |
| | | | Less Amount Paid | 4,899.38 |
| | | | **AMOUNT DUE USD** | **0.00** |

**Due Date: Sep 28, 2023**
Wire Instructions:
Account Name: ██████████████
Vendor Phone Number: +33 (0) 6 64 97 91 47
Bank Name: Silicon Valley Bank
Bank Account Address: 3003 Tasman Drive, Santa Clara, CA 95054, USA
BIC CODE/SWIFT: ████████
Routing & Transit: ████████
Credit Account #: ██████████

Registered Office: 750 Lexington Ave, Company Number: 38-4127112, New York, 10022, United States of America.



# INVOICE

Elementus
347 5th Avenue, Suite 1402-337
NEW YORK NY 10016
UNITED STATES

**Invoice Date**
Sep 13, 2023

**Invoice Number**
INV-0479

Challenger Deep Kaiko INC
WeWork Office 03-134
980 6th Avenue
Company Number:
38-4127112
NEW YORK 10018
UNITED STATES OF
AMERICA

| Description | Quantity | Unit Price | Tax | Amount USD |
|---|---|---|---|---|
| 09/13/2023-05/07/2024 - Kaiko data subscription - Analytics | 1.00 | 1,910.78 | 8.875% | 1,910.78 |
| 09/13/2023-05/07/2024 - Kaiko data subscription - Off-chain | 1.00 | 2,654.22 | 8.875% | 2,654.22 |
| | | | Subtotal | 4,565.00 |
| | | | TOTAL TAX | 405.14 |
| | | | **TOTAL USD** | **4,970.14** |

**Due Date: Oct 13, 2023**
Wire Instructions:
Account Name: ███████████████
Vendor Phone Number: +33 (0) 6 64 97 91 47
Bank Name: Silicon Valley Bank
Bank Account Address: 3003 Tasman Drive, Santa Clara, CA 95054, USA
BIC CODE/SWIFT: ██████
Routing & Transit: ████████
Credit Account #: ████████

     

**View and pay online now**

Registered Office: 750 Lexington Ave, Company Number: 38-4127112, New York, 10022, United States of America.

 **Microsoft**

# Invoice

October 2023
Invoice Date: 10/02/2023
Invoice Number: E0300PA5ZQ
Due Date: 10/02/2023
**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 09/02/2023 - 10/01/2023 | Tax: | 6.66 |
| Due Date: | 10/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Invoice

miro

| | |
|---|---|
| **Invoice number** | **5B02943E-0031** |
| Date of issue | October 10, 2023 |
| Date due | October 10, 2023 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com
US EIN ████████

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
ap@elementus.io

## $6.53 USD due October 10, 2023

[Pay online](#)

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Amount |
|---|---|---|---|
| Remaining time on 28 × Starter_yearly after 20 Sep 2023<br>Sep 20 – Oct 15, 2023 | 28 | | $182.86 |
| Unused time on 27 × Starter_yearly after 20 Sep 2023<br>Sep 20 – Oct 15, 2023 | 27 | | -$176.33 |
| | | Subtotal | $6.53 |
| | | Total | $6.53 |
| | | **Amount due** | **$6.53 USD** |



BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street  Suite 4300
Chicago  IL 60601 3315
T: +1 312 602 5000
F: +1 312 602 5050
www.bclplaw.com

Brigid Ndege
Direct: + 1 312 602-5104
Brigid.ndege@bclplaw.com

**<u>VIA ELECTRONIC MAIL</u>**

October 30, 2023

Matt Austin
Elementus Inc.
347 Fifth Avenue, Suite 1402-337
New York, NY 10016

Dear Matt:

Enclosed please find our invoice for professional services and disbursements incurred in connection with our representation of Elementus Inc. during the month of September 2023.

Please call me if you have any questions.

Very truly yours,

Brigid Ndege

BN/th

Enclosure

BRYAN
CAVE
LEIGHTON
PAISNER **BCLP**

BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
T: +1 312 602 5000
F: +1 312 602 5050
www.bclplaw.com
Employer ID # 43-0602162

Elementus Inc.
Matt Austin
347 Fifth Avenue, Suite 1402-337
New York, NY 10016

**PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| Invoice | 1002334561 |
| Date | Oct 27 2023 |
| Our Ref | J. J. DeJonker | 3011328.000002 |

---

STATEMENT OF ACCOUNT

Re: In re Celsius Network LLC, et al., Case No. 22-10964

For legal services rendered through Sep 30 2023

CURRENT CHARGES FOR MATTER:

| | | | |
|---|---|---|---:|
| Total Fees | | USD | 332.50 |
| **TOTAL CHARGES THIS INVOICE** | | **USD** | **332.50** |
| | | | |
| Statement Total | | USD | 332.50 |

PAYMENT INSTRUCTIONS

Check Payment Instructions:
Bryan Cave Leighton Paisner LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

ACH Payment Instructions:
ACH to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101

    Routing #081000032
    Account #

Wire Instructions:
Wire to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101
    ABA #
    Account #

Swift Codes:
    (incoming US wires)
    (incoming Non-US wires)

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.
**Please include the Client, Matter, or Invoice Number with all payments.**

Invoice No     1002334561
Date           Oct 27 2023
Matter No      3011328.000002
Client Name    Elementus Inc.
Page           2



## Professional Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/09/23 | B. Ndege | 0.10 | Review email from fee examiner. |
| 09/10/23 | B. Ndege | 0.10 | Review email from client. |
| 09/11/23 | B. Ndege | 0.10 | Email from client regarding issue highlighted by fee examiner. |
| 09/14/23 | B. Ndege | 0.20 | Email from fee examiner regarding missing entries. |
| Total | | 0.50 | |

## TIMEKEEPER SUMMARY OF FEES

| Name | Title | Billed Hours | Billed Amount |
|------|-------|--------------|---------------|
| B. Ndege | Associate | 0.50 | 332.50 |
| Total | | 0.50 | USD 332.50 |

BRYAN
CAVE
LEIGHTON
PAISNER BCLP

BRYAN CAVE LEIGHTON PAISNER LLP
161 North Clark Street, Suite 4300
Chicago, IL 60601–3315
T: +1 312 602 5000
F: +1 312 602 5050
www.bclplaw.com
Employer ID # 43-0602162

Elementus Inc.
Matt Austin
347 Fifth Avenue, Suite 1402-337
New York, NY 10016

**PAYMENT IS DUE UPON RECEIPT**

| | |
|---|---|
| Invoice | 1002334561 |
| Date | Oct 27 2023 |
| Our Ref | J. J. DeJonker \| 3011328.000002 |

---

Remittance Advice

Re: In re Celsius Network LLC, et al., Case No. 22–10964

For legal services rendered through Sep 30 2023

CURRENT CHARGES FOR MATTER:

| | | |
|---|---|---|
| Total Fees | USD | 332.50 |
| **TOTAL CHARGES THIS INVOICE** | **USD** | **332.50** |
| Statement Total | USD | 332.50 |

PAYMENT INSTRUCTIONS

Check Payment Instructions:
Bryan Cave Leighton Paisner LLP
P.O. Box 503089
St. Louis, MO  63150-3089

Please return Remittance Advice with
payment in the enclosed envelope.

ACH Payment Instructions:
ACH to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101

Routing #081000032
Account # ▮▮▮▮▮▮▮

Wire Instructions:
Wire to:
    Bank of America
    One Bank of America Plaza
    St. Louis, MO  63101
ABA # ▮▮▮▮▮▮▮
Account # ▮▮▮▮▮▮▮
Swift Codes:
▮▮▮▮▮▮ (incoming US wires)
▮▮▮▮▮▮ (incoming Non-US wires)

To verify wiring instructions or for any questions regarding payment confirmations, please call (314) 259-6562.
**Please include the Client, Matter, or Invoice Number with all payments.**



## Expense Allocation Detail – October 2023

| Description | Total Cost | Celsius UCC | Notes |
|---|---|---|---|
| Amazon Web Services Costs | $58,565.89 | $58,565.89 | 100% allocated to Celsius UCC |
| Google Cloud Platform | 23,476.09 | 23,476.09 | 100% allocated to Celsius UCC |
| Google Voice | 105.04 | 105.04 | 100% allocated to Celsius UCC |
| Asana - Project Management | 829.90 | 829.90 | 100% allocated to Celsius UCC |
| Atlassian - Project Management | 144.91 | 144.91 | 100% allocated to Celsius UCC |
| Microsoft 365 Subscriptions | 81.66 | 81.66 | 100% allocated to Celsius UCC |
| Miro | 272.19 | 272.19 | 100% allocated to Celsius UCC |
| **Other Expenses Totals** | **$83,475.68** | **$83,475.68** | |



Account number:

████████████

Bill to Address:
ATTN: Matthew Austin
347 5th Avenue
Suite 1402-337
New York , NY , 10016 , US

# Amazon Web Services, Inc. Invoice

Email or talk to us about your AWS account or bill, visit aws.amazon.com/contact-us/
Submit feedback on your Invoice Experience here.

## Invoice Summary

| | |
|---|---|
| Invoice Number: | 1476447189 |
| Invoice Date: | November 2 , 2023 |
| **TOTAL AMOUNT DUE ON November 2 , 2023** | **$58,565.89** |

## This invoice is for the billing period October 1 - October 31 , 2023

Greetings from Amazon Web Services, we're writing to provide you with an electronic invoice for your use of AWS services. Additional information about your bill, individual service charge details, and your account history are available on the Account Activity Page.

## Summary

| | |
|---|---|
| **AWS Service Charges** | **$58,565.89** |
| Charges | $58,565.84 |
| Credits | $0.00 |
| Tax | $0.05 |
| **Total for this invoice** | **$58,565.89** |

## Detail for Consolidated Bill

| | |
|---|---|
| **Amazon Managed Workflows for Apache Airflow** | **$579.66** |
| Charges | $579.66 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **Amazon Simple Storage Service** | **$5,863.12** |
| Charges | $5,863.12 |
| VAT ** | $0.00 |
| GST | $0.00 |
| Estimated US sales tax to be collected | $0.00 |
| CT | $0.00 |
| **AWS Lambda** | **$0.00** |

* May include estimated US sales tax, VAT, ST, GST and CT.
Amazon Web Services, Inc. is registered under the Singapore GST Overseas Vendor Registration Pay-Only Regime and GST registration number is M90373009E
AWS, Inc. is a "Registered Foreign Supplier" under Japanese Consumption Tax Law and therefore AWS, Inc. is required to declare and pay consumption tax in respect of this transaction (as a "Digital Service") to the Japan Tax Authority.
** This is not a VAT, ST or GST invoice. Related tax invoices can be accessed by going to the Bills page on your Billing Management Console.
**** Please reference the tax invoice for a breakout of the Canadian taxes by type
† Usage and recurring charges for this statement period will be charged on your next billing date. The amount of your actual charges for this statement period may differ from the charges shown on this page. The charges shown on this page do not include any additional usage charges accrued during this statement period after the date you are viewing this page. Also, one-time fees and subscription charges are assessed separately, on the date that they occur.
All charges and prices are in US Dollars
All AWS Services are sold by Amazon Web Services, Inc.
Amazon Web Services, Inc's US Federal Tax Identification Number is: 20-4938068.

Service Provider:
(Not to be used for payment remittance)
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210, US

1



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 30825 | | |
|---|---|---|---|
| DATE | Nov 6, 2023 | TERMS | Net 30 |
| DUE DATE | Dec 6, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **GCP Consumption**<br>October Google Cloud Platform Consumption | 1 | $21,562.42 | $21,562.42 |

| | |
|---|---|
| SUBTOTAL | $21,562.42 |
| TAX | $1,913.67 |
| TOTAL DUE | $23,476.09 |

## PAYMENT & REMITTANCE INFORMATION

**Pay by Client Portal**

Suitebriar Client Portal



**Pay by Wire or ACH (US domestic only)**

Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ███████
ABA Number: ███████
Company ID# ███████ (if needed)

*If you are sending payment from outside of the US, please contact
us at billing@suitebriar.com for your payment options.

**Pay by Check**

Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685



Suitebriar, Inc.
13800 Coppermine Road
Herndon, VA 20171

BILL TO

Elementus Inc
347 5th Avenue
Suite 1402-337
New York, NY 10016

| INVOICE | 30919 | | |
|---------|-------|---|---|
| DATE | Nov 7, 2023 | TERMS | Net 30 |
| DUE DATE | Dec 7, 2023 | | |

| ACTIVITY | QTY | RATE | AMOUNT |
|----------|-----|------|--------|
| **Google Voice Standard**<br>October License Usage (20% off discount) | 5 | $16.00 | $80.00 |
| **Google Taxes and Fees**<br>State sales tax (4%) $3.71<br>Local sales tax (0.375%) $0.35<br>Local sales tax (4.5%) $4.18<br>ET federal regulatory assessment fee $0.95<br>ET federal universal service fund $7.73<br>ET local 911 surcharge $4<br>NY local gross receipts tax $1.75<br>NY new york mta surcharge on excise tax $0.45<br>NY state excise tax $1.92 | 1 | $25.04 | $25.04 |

| | |
|---|---|
| SUBTOTAL | $105.04 |
| TOTAL DUE | $105.04 |

## PAYMENT & REMITTANCE INFORMATION



**Pay by Client Portal**
Suitebriar Client Portal

**Pay by Wire or ACH (US domestic only)**
Suitebriar Inc.
Freedom Bank
10555 Main Street, Suite 200 Fairfax VA 22030
Account Number: ███████
ABA Number: ███████
Company ID# ███████ (if needed)

*If you are sending payment from outside of the US, please contact us at billing@suitebriar.com for your payment options.

**Pay by Check**
Pay to the order of: Suitebriar, Inc.
Mail to:
Suitebriar, Inc.
13800 Coppermine Road
Herndon VA 20171
888 545 3685
billing@suitebriar.com

www.suitebriar.com | billing@suitebriar.com | 888-545-3685

# asana

# Customer Invoice

**For billing inquiries email us at: https://asana.com/support**

| **Bill To** | **Ship To** | | |
|---|---|---|---|
| Matthew Austin - elementus.io | Matthew Austin - elementus.io | **Account #** | ▮ |
| **Matthew Austin** | **Matthew Austin** | **Invoice #** | INV02452543 |
| 347 Fifth Ave, Suite 1402-337 | 347 Fifth Ave,Suite 1402-337 | **PO #** | |
| New York, New York  10016 | New York, New York  10016 | **Billed On** | Nov 07, 2023 |
| United States | United States | **Currency** | USD |
| maustin@elementus.io | | **Payment Term** | Due on receipt |
| | | **Due On** | Nov 07, 2023 |

**Your VAT ID**:

| Date | Description | Quantity | Subtotal | Tax | Total |
|---|---|---|---|---|---|
| Nov 07, 2023 to Dec 06, 2023 | Business (Monthly)-Recurring Fee | 25 | 762.25 | 67.65 | 829.90 |

| Tax Name | Tax Rate | Tax Amount |
|---|---|---|
| METROPOLITAN COMMUTER TRANSPORTATION DISTRICT | 0.375% | 2.86 |
| NEW YORK | 4.500% | 34.30 |
| NEW YORK | 4.000% | 30.49 |

**Customer Notes:**

| | |
|---|---|
| **Subtotal:** | 762.25 |
| **Tax:** | 67.65 |
| **Total:** | 829.90 |
| **Payment Due:** | 0.00 |

| Date | Transaction Number | Type | Description | Applied Amount |
|---|---|---|---|---|
| Nov 07, 2023 | P-02657327 | Payment | | -$829.90 |

Payment Method: ************7125

**Note:** Please add your invoice number(s) and account number to your payments to ensure timely processing.

Asana, Inc. 633 Folsom St. San Francisco, CA 94107 United States

**▲ ATLASSIAN**                                        **Tax Invoice / Receipt**

Atlassian Pty Ltd,
Level 6, 341 George St,
Sydney NSW 2000, Australia
**Tax ID:** ▮▮▮▮▮▮▮▮

**Invoice number:**  IN-000-578-870
**Invoice date:**  Oct 21, 2023

---

**Bill to:**                                **Sold to:**
maustin@elementus.io                        maustin@elementus.io
347 5th Avenue                              347 5th Avenue
1402-337                                    1402-337
New York NY 10016                           New York NY 10016
United States                              United States
**EIN:** ▮▮▮▮▮▮▮                            **EIN:** ▮▮▮▮▮▮▮

---

### RECEIPT

| | |
|---|---|
| Invoice Total: | USD 144.91 |
| Amount paid via credit card: | USD 144.91 |
| **Payment due:** | **USD 0.00** |
| Credit Card Number: | xxxxxxxxxxxx7247 |
| Cardholder's Name: | Matthew Austin |

Thank you for your payment!

---

To learn how to manage subscriptions and billing for your cloud products, read
https://support.atlassian.com/subscriptions-and-billing/resources/

To manage billing for your cloud products, visit https://admin.atlassian.com/billing

---

**ATLASSIAN**                                    **Tax Invoice / Receipt**

| S.no. | Product | List price | Discounts | Amount excl. tax | Tax | Amount |
|---|---|---|---|---|---|---|
| 1 | **Confluence Monthly Standard (USD, ADV - FIXED STARTER 1, 2024)** <br> 22 users <br><br> **Billing period:** <br> Oct 20, 2023 - Nov 20, 2023 <br> **Entitlement number:** <br> E-3TS-MHX-XPS-HP3 <br> **Licensed to:** <br> maustin@elementus.io | USD 133.10 | | USD 133.10 | USD 11.81 (8.875% Sales Tax) | USD 144.91 |
| | Total amount excl. tax | | | | | USD 133.10 |
| | Total tax applied | | | | | USD 11.81 |
| | *(8.875% Sales Tax)* | | | | | |
| | **Total billed amount** | | | | | **USD 144.91** |
| | **Total amount paid** | | | | | **USD 144.91** |
| | Payment due | | | | | USD 0.00 |

## Additional notes

- All dates and timestamps on the invoice are as per Coordinated Universal Time (UTC) timezone.

Got questions? Contact us: https://www.atlassian.com/contact                    Page 2 of 2

 **Microsoft**

# Invoice

November 2023
Invoice Date: 11/02/2023
Invoice Number: E0300POSM0
Due Date: 11/02/2023

**81.66 USD**

**Sold-To**
Elementus
347 5th Ave
SUITE 1402-337
New York ny 10016-5010
United States

**Bill-To**
Elementus
347 5th Ave
Ste 1402-337
New York ny 10016-5010
United States

**Service Usage Address**
Elementus
150 E 57th St, 29A
New York ny 10022
United States

| Order Details | | Billing Summary | |
|---|---|---|---|
| Product: | Online Services | Charges: | 75.00 |
| Customer PO Number: | | Discounts: | 0.00 |
| Order Number: | 879f2084-91ab-42bd-9558-ee8ffdf2c3d3 | Credits: | 0.00 |
| Billing Period: | 10/02/2023 - 11/01/2023 | Tax: | 6.66 |
| Due Date: | 11/02/2023 | **Total:** | **81.66** |

**Payment Instructions:**    Please DO NOT PAY. You will be charged the amount due through your selected method of payment.

# Invoice



| | |
|---|---|
| **Invoice number** | **5B02943E-0032** |
| Date of issue | October 16, 2023 |
| Date due | October 16, 2023 |

**RealtimeBoard Inc. dba Miro**
201 Spear Street Suite 1100
San Francisco, California 94105
United States
billing_requests@miro.com

US EIN ▮▮▮▮▮▮▮▮▮

**Bill to**
Elementus Inc.
347 Fifth Ave, Suite 1402-337
New York, ny 10016
United States
ap@elementus.io

## $272.19 USD due October 16, 2023

[Pay online](#)

To get in contact with our Support team, please reach out to us here https://help.miro.com/hc/en-us/requests/new
All $ amounts shown are in USD unless specified

| Description | Qty | Unit price | Tax | Amount |
|---|---|---|---|---|
| Starter_monthly<br>Oct 16 – Nov 16, 2023 | 25 | $10.00 | 8.875% | $250.00 |

| | |
|---|---|
| Subtotal | $250.00 |
| Total excluding tax | $250.00 |
| Sales Tax - New York (8.875% on $250.00) | $22.19 |
| Total | $272.19 |
| **Amount due** | **$272.19 USD** |