Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:          shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF TWELFTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023

**PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP ("**PWP**") filed its *Twelfth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from July 1, 2023 through July 31, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779 ¶ 3.a.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First* [sic] *Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

      **PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

*[Remainder of page left intentionally blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:   January 17, 2024                    Respectfully submitted,
       New York, New York

                                        */s/ Kevin Cofsky*
                                        Kevin Cofsky
                                        Partner
                                        Perella Weinberg Partners LP

Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:    shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**TWELFTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM JULY 1, 2023 THROUGH JULY 31, 2023**

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | July 1, 2023 – July 31, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $100,000.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $80,000.00 |
|---|---|
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $20,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $8,889.07 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $108,889.07 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $88,889.07 |

This is a underline monthly fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $88,889.07, consisting of 80% of the $100,000.00 in fees earned and 100% of the $8,889.07 in expenses incurred.

## **Background**

1.    On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.    On August 24, 2022, the Committee filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of*

---

[2]    Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

*Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.      On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.      The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.      The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.      The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

**<u>Professional Services Rendered and Expense Disbursements Incurred</u>**

7.      For the Compensation Period, PWP:

a.  Earned monthly fees in the amount of $100,000.00 and is entitled to the reimbursement of third-party legal[3] and other out-of-pocket expenses in the amount of $8,889.07; and

b.  In accordance with the Interim Compensation Procedures, seeks payment in the amount of $88,889.07 (representing 80% of the amount of PWP's monthly fees earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.      An invoice detailing the monthly fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**. The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.      The amount of fees and third-party legal and other out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PWP has never billed its clients based on the number of hours expended by its professionals. Accordingly, PWP does not have hourly rates for its professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments.  *See* Retention Order ¶ 7.  Time records with respect to the 117.0 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

10.     A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

---

[3]     *See* Retention Order ¶ 9.

| | |
|---|---|
| General Committee Administration | 64.5 |
| Correspondence with Debtor and Advisors | 0.0 |
| Correspondence with Third-Parties | 0.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 52.5 |
| Court Administration | 0.0 |
| Total Hours | 117.0 |

## **Reservation of Rights**

11.     Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period.  PWP reserves the right to seek payment of such expenses not included herein.

*[Remainder of page left intentionally blank.]*

## Notice

12.     PWP will provide notice of this Monthly Statement to the Monthly Fee Statement

Recipients [*see* Docket No. 2779 ¶ 3.a.] in accordance with the Interim Compensation Procedures.

Dated:   January 17, 2024                    Respectfully submitted,
         New York, New York

                                             */s/ Kevin Cofsky*
                                             Kevin Cofsky
                                             Partner
                                             Perella Weinberg Partners LP

## Exhibit A

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** December 19, 2023
**Invoice Number:** CUS_INV-004951
**Project:** Cyclops
**TAX ID:** ████████

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Monthly Retainer Fee – July 2023 | $ 100,000.00 |
| Less: 20% Holdback | *(20,000.00)* |
| **Total Retainer Due** | **$ 80,000.00** |
| Third Party Legal Expenses | 8,442.50 |
| Out-of-Pocket Expenses | 446.57 |
| **Invoice Total** | **$ 88,889.07** |

**Payment Terms:** Due Upon Receipt

**Please Remit Payment to:**
**Beneficiary Bank:** Cadence Bank
**Account Number:** ████████
**Bank ID:** ██████
**SWIFT ID:** ██████
**Company Name:** Perella Weinberg Partners LP
**Reference:** CUS_INV-004951

If you have any questions concerning this invoice or need to confirm wire instructions, please contact Grace Solano by phone at +1 (347) 969-3583 or by email at AR@pwpartners.com.

**Exhibit B**

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

August 22, 2023

**Perella Weinberg Partners LLP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020145645 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through July 31, 2023

| | | |
|---|---|---|
| Fees Total........................................................................................................................................ | 8,442.50 | |
| **Total Amount Due** ........................................................................................................................ | **8,442.50** | **USD** |



Matter:            342720.00002
Invoice #:         9020145645                                                          August 22, 2023
Invoice Due Date:  Payable Upon Receipt

RE:  Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 07/02/2023 | Rosella, Michael | Review proposed settlement terms from Fee Examiner regarding PWP second interim fee application (.30); emails with S. Rochester regarding same (.20) | 0.50 |
| 07/05/2023 | Rochester, Shaya | Correspondence with Fee Examiner regarding Interim Fee Application (.20) | 0.20 |
| 07/07/2023 | Rosella, Michael | Review as-filed Fee Examiner report and prepare emails to S. Rochester regarding same (.40) | 0.40 |
| 07/12/2023 | Rosella, Michael | Respond to emails from PWP regarding fee matters (.30); emails with White & Case regarding same (.20) | 0.50 |
| 07/12/2023 | Rochester, Shaya | Correspondence with M. Rosella regarding fee applications and timing (.20) | 0.20 |
| 07/18/2023 | Rosella, Michael | Attend hearing on second interim fee applications (1.30); prepare emails to Katten and PWP regarding same (.30); respond to questions from PWP (.20) | 1.80 |
| 07/19/2023 | Rosella, Michael | Prepare emails to PWP regarding next steps on third interim fee application (.40); begin to review White & Case draft of same (.40); prepare emails to S. Rochester regarding next steps (.20); review second omnibus interim fee order (.20); emails with PWP regarding same (.20) | 1.40 |
| 07/20/2023 | Rosella, Michael | Prepare comments to PWP third interim fee application draft (.70); emails with Katten and PWP regarding same (.30) | 1.00 |
| 07/21/2023 | Rosella, Michael | Call with S. Rochester regarding next steps in third interim fee application process (.30); prepare emails to PWP regarding same (.40) | 0.70 |
| 07/21/2023 | Rochester, Shaya | Review and provide comments on Interim Fee Application (.20); call with M. Rosella regarding Interim Fee Application (.30) | 0.50 |
| 07/24/2023 | Rosella, Michael | Emails with S. Rochester regarding third interim fee application matters (.30) | 0.30 |
| 07/25/2023 | Rosella, Michael | Emails with PWP regarding third interim fee application matters (.30) | 0.30 |
| 07/27/2023 | Rosella, Michael | Emails with Katten regarding third interim fee application matters (.30) | 0.30 |
| 07/28/2023 | Rosella, Michael | Emails with PWP, Katten, and White & Case regarding next steps with interim fee application (.30); respond to questions from PWP regarding same (.20) | 0.50 |
| 07/31/2023 | Rosella, Michael | Respond to questions from PWP regarding third interim fee application (.30) | 0.30 |
| | | **Total Hours :** | **8.90** |

Katten

| Matter: | 342720.00002 | |
| Invoice #: | 9020145645 | |
| Invoice Due Date: | Payable Upon Receipt | August 22, 2023 |

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 0.90 | 1,425.00 | 1,282.50 |
| Rosella, Michael | 8.00 | 895.00 | 7,160.00 |
| | | | |
| **Sub Total :** | **8.90** | **Sub Total :** | **8,442.50** |
| **Total Hours :** | **8.90** | **Total Fees** | **8,442.50   USD** |

**Katten**

## Exhibit C

**Time Records**

**Celsius Networks**
Hours Summary

*Strictly Private & Confidential*

| Category | | Restructuring | | | | | | Crypto | | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Ryan Moon (Associate) | Saferstein (Analyst) | Emil Tu (Analyst) | RX Sub-Total | Emmanuel Aidoo (Exec Director) | Crypto Sub-Total | Grand Total |
| General Committee Administration | 12.5 | 13.0 | 13.0 | 13.0 | - | 51.5 | 13.0 | 13.0 | **64.5** |
| Correspondence with Debtor and Advisors | - | - | - | - | - | - | - | - | **-** |
| Correspondence with Third-Parties | - | - | - | - | - | - | - | - | **-** |
| Due Diligence, Operations, Business Plan, and Strategy | 3.5 | 17.5 | 17.5 | 14.0 | - | 52.5 | - | - | **52.5** |
| Court Administration | - | - | - | - | - | - | - | - | **-** |
| **Total Hours** | **16.0** | **30.5** | **30.5** | **27.0** | **0.0** | **104.0** | **13.0** | **13.0** | **117.0** |

*Note: "Hours" spans the Restructuring and Crypto column groups.*

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 12.5 |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 3.5 |
| Court Administration | - |
| **Total** | **16.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 07/05/23 | Wednesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/05/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/06/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/06/23 | Thursday | 3.5 | Analysis and review of emergence workplan | Due Diligence, Operations, Business Plan, and Strategy |
| 07/11/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/14/23 | Friday | 1.5 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/18/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/20/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/21/23 | Friday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/25/23 | Tuesday | 3.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/26/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**

Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| 07/27/23 Thursday | 0.5 | Weekly Committee Status Update Discussion | General Committee Administration |

## Celsius Networks
**Matt Rahmani (Exec Director)**

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | Hours |
| General Committee Administration | 13.0 |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 17.5 |
| Court Administration | - |
| **Total** | **30.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 07/05/23 | Wednesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/05/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/06/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/06/23 | Thursday | 3.5 | Analysis and review of emergence workplan | Due Diligence, Operations, Business Plan, and Strategy |
| 07/10/23 | Monday | 4.0 | Analysis and preparation of materials on retail borrowers and loans | Due Diligence, Operations, Business Plan, and Strategy |
| 07/11/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/11/23 | Tuesday | 3.0 | Preparation of loan settlement discussion materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/12/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/13/23 | Thursday | 2.0 | Preparation and review of UCC meeting materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/13/23 | Thursday | 2.0 | Analysis and internal discussion on mediation term sheet | Due Diligence, Operations, Business Plan, and Strategy |
| 07/14/23 | Friday | 1.5 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 07/18/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/20/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/20/23 Thursday | 3.0 | Analysis and preparation of materials on mining and cash flow | Due Diligence, Operations, Business Plan, and Strategy |
| 07/21/23 Friday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/25/23 Tuesday | 3.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/26/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/27/23 Thursday | 0.5 | Weekly Committee Status Update Discussion | General Committee Administration |

# Celsius Networks
**Ryan Moon (Associate)**

*Strictly Private & Confidential*

| Ryan Moon (Associate) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 13.0 |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 17.5 |
| Court Administration | - |
| **Total** | **30.5** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 07/05/23 | Wednesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/05/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/06/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/06/23 | Thursday | 3.5 | Analysis and review of emergence workplan | Due Diligence, Operations, Business Plan, and Strategy |
| 07/10/23 | Monday | 4.0 | Analysis and preparation of materials on retail borrowers and loans | Due Diligence, Operations, Business Plan, and Strategy |
| 07/11/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/11/23 | Tuesday | 3.0 | Preparation of loan settlement discussion materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/12/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/13/23 | Thursday | 2.0 | Preparation and review of UCC meeting materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/13/23 | Thursday | 2.0 | Analysis and internal discussion on mediation term sheet | Due Diligence, Operations, Business Plan, and Strategy |
| 07/14/23 | Friday | 1.5 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| 07/18/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/20/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/20/23 Thursday | 3.0 | Analysis and preparation of materials on mining and cash flow | Due Diligence, Operations, Business Plan, and Strategy |
| 07/21/23 Friday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/25/23 Tuesday | 3.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/26/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/27/23 Thursday | 0.5 | Weekly Committee Status Update Discussion | General Committee Administration |

## Celsius Networks
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 13.0 |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 14.0 |
| Court Administration | - |
| **Total** | **27.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 07/05/23 | Wednesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/05/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/06/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/10/23 | Monday | 4.0 | Analysis and preparation of materials on retail borrowers and loans | Due Diligence, Operations, Business Plan, and Strategy |
| 07/11/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/11/23 | Tuesday | 3.0 | Preparation of loan settlement discussion materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/12/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/13/23 | Thursday | 2.0 | Preparation and review of UCC meeting materials | Due Diligence, Operations, Business Plan, and Strategy |
| 07/13/23 | Thursday | 2.0 | Analysis and internal discussion on mediation term sheet | Due Diligence, Operations, Business Plan, and Strategy |
| 07/14/23 | Friday | 1.5 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/18/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |

**Celsius Networks**
Sam Saferstein (Analyst)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 07/20/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/20/23 Thursday | 3.0 | Analysis and preparation of materials on mining and cash flow | Due Diligence, Operations, Business Plan, and Strategy |
| 07/21/23 Friday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/25/23 Tuesday | 3.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/26/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/27/23 Thursday | 0.5 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 13.0 |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | - |
| Court Administration | - |
| **Total** | **13.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 07/05/23 | Wednesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/05/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/06/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/11/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/12/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/14/23 | Friday | 1.5 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/18/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/20/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 07/21/23 | Friday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 07/25/23 | Tuesday | 3.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 07/26/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**
**Emmanuel Aidoo (Exec Director)**

*Strictly Private & Confidential*

| 07/27/23 Thursday | 0.5 | Weekly Committee Status Update Discussion | General Committee Administration |
|---|---|---|---|