Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:    shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FIFTEENTH MONTHLY STATEMENT OF PERELLA WEINBERG**
**PARTNERS LP FOR INTERIM COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES AS INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**OCTOBER 1, 2023 THROUGH NOVEMBER 9, 2023**

      **PLEASE TAKE NOTICE** that on the date hereof, Perella Weinberg Partners LP ("**PWP**") filed its *Fifteenth Monthly Statement of Perella Weinberg Partners LP for Interim Compensation and Reimbursement of Expenses as Investment Banker for the Official Committee of Unsecured Creditors for the Period from October 1, 2023 through November 9, 2023* (the "**Monthly Statement**") with the United States Bankruptcy Court for the Southern District of New York and served it on the Monthly Fee Statement Recipients. *See* Docket No. 2779¶ 3.a.

      **PLEASE TAKE FURTHER NOTICE** that any responses or objections (an "**Objection**") to the Monthly Statement, if any, shall: (a) conform to title 11 of the United States Code (the "**Bankruptcy Code**"), the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 USA LLC (9450); GK8 Ltd. (1209); and GK8 UK Limited (0893). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York, and the *First* [sic] *Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Interim Compensation Procedures**"); (b) be served via email so as to be actually received by **12:00 p.m., prevailing Eastern Time on the date that is 14 days following the service of this Monthly Statement**, by (i) Perella Weinberg Partners LP and (ii) the Monthly Fee Statement Recipients; and (c) set forth the nature of the Objection and the amount of fees or expenses at issue. *See* Docket No. 2779 ¶ 3.d.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures, if no Objection to the Monthly Statement is served, the Debtors shall promptly pay 80% of the fees and 100% of the expenses identified in the Monthly Statement to PWP.

**PLEASE TAKE FURTHER NOTICE** that if an Objection to the Monthly Statement is timely served, the Debtors shall withhold payment of only that portion of the Monthly Statement to which the Objection is directed and promptly pay 80% of the fees and 100% of the expenses of the unobjected-to remainder.

*[Remainder of page left intentionally blank.]*

**PLEASE TAKE FURTHER NOTICE** that copies of the Monthly Statement and other pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/celsius.  You may also obtain copies of the Monthly Statement and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated:  January 17, 2024          Respectfully submitted,
        New York, New York

                                  */s/ Kevin Cofsky*
                                  Kevin Cofsky
                                  Partner
                                  Perella Weinberg Partners LP

Shaya Rochester
**KATTEN MUCHIN ROSEMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone:    (212) 940-8800
Facsimile:    (212) 940-8776
Email:        shaya.rochester@katten.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIFTEENTH MONTHLY STATEMENT OF PERELLA WEINBERG PARTNERS LP**
**FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS**
**INVESTMENT BANKER FOR THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD FROM**
**OCTOBER 1, 2023 THROUGH NOVEMBER 9, 2023**

| | |
|---|---|
| Name of Applicant: | Perella Weinberg Partners LP ("**PWP**") |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases |
| Date of Retention: | October 18, 2022 [Docket No. 1096], *Effective as of* August 2, 2022 |
| Period for Which Interim Compensation and Reimbursement of Expenses Is Sought: | October 1, 2023 – November 9, 2023 (the "**Compensation Period**") |
| Total Amount of Interim Compensation Sought as Actual, Reasonable and Necessary (100%): | $5,880,000.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| Amount of Interim Compensation To Be Paid Under Interim Compensation Procedures (80%): | $4,704,000.00 |
| Amount of Interim Compensation To Be Held Back Under Interim Compensation Procedures (20%): | $1,176,000.00 |
| Amount of Reimbursement of Expenses Sought as Actual and Necessary: | $39,829.50 |
| Total Interim Compensation and Reimbursement of Expenses Sought: | $5,919,829.50 |
| Total Interim Compensation and Reimbursement of Expenses To Be Paid Under Interim Compensation Procedures: | $4,743,829.50 |

This is a <u>monthly</u> fee statement.

Pursuant to sections 330 and 331 of the Bankruptcy Code,[2] Bankruptcy Rule 2016, Local Rule 2016-1, the *Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases*, dated January 29, 2013 (Morris, C.J.) (Administrative Order M-447), and the Interim Compensation Procedures, PWP, as investment banker to the Committee, hereby submits this Monthly Statement for the Compensation Period, and hereby requests that the Debtors promptly pay an aggregate amount of $4,743,829.50, consisting of 80% of the $5,880,000 in fees earned and 100% of the $39,829.50 in expenses incurred.

### **Background**

1.    On July 13, 2022, Celsius Network LLC and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") commenced with this Court these voluntary cases under chapter 11 of title 11 of the U.S. Code.

2.    On August 24, 2022, the Committee filed *The Official Committee of Unsecured*

---

[2]    Capitalized terms not defined herein shall have the meaning ascribed to such terms in the Notice of Monthly Statement attached hereto.

*Creditors' Application for Entry of an Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 606] (the "**Retention Application**").

3.      On October 18, 2022, the Court entered the *Order (I) Authorizing the Employment and Retention of Perella Weinberg Partners LP as Investment Banker to the Official Committee of Unsecured Creditors Effective as of August 2, 2022, (II) Approving the Terms of the Perella Engagement Letter, (III) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016, and (IV) Granting Related Relief* [Docket No. 1096] (the "**Retention Order**") thereby granting the Retention Application.

4.      The Retention Order approved, among other things, PWP's Monthly Fee. Retention Order ¶ 3.

5.      The Retention Order modifies certain timekeeping and other requirements for PWP "such that PWP (a) shall be permitted to keep professional time records in half-hour (0.50) increments; (b) shall not be required to provide or conform to any schedule of hourly rates; and (c) shall be permitted to maintain time records of its services rendered for the Committee, setting forth, in summary format, a description of the services rendered and the professionals rendering such services." Retention Order ¶ 10.

6.      The Retention Order "authorize[s] and direct[s] [the Debtors] to perform their payment, reimbursement … [and other] obligations … in accordance with the terms and conditions of, and at the times specified in, the Engagement Letter." Retention Order ¶ 12; *see also* Retention Order ¶ 6.

3

**Professional Services Rendered and Expense Disbursements Incurred**

7.      For the Compensation Period, PWP:

   a.   Earned monthly fees in the amount of $130,000.00 and is entitled to the reimbursement of third-party legal[3] and other out-of-pocket expenses in the amount of $39,829.50;

   b.   Earned a Transaction Fee[4] in the amount of $5,750,000; and

   c.   In accordance with the Interim Compensation Procedures, seeks payment in the amount of $4,743,829.50 (representing 80% of the amount of PWP's monthly fees and Transaction Fee earned during the Compensation Period and 100% of unbilled expenses incurred during the Compensation Period).

8.      An invoice detailing the monthly fee and Transaction Fee earned by PWP during the Compensation Period is attached hereto as **Exhibit A**. The invoices detailing PWP's third-party legal expenses are attached hereto as **Exhibit B**.

9.      The amount of fees and third-party legal and other out-of-pocket expenses sought in this Monthly Statement and PWP's compensation practices are consistent with market practices both in and out of a bankruptcy context.  PWP has never billed its clients based on the number of hours expended by its professionals.  Accordingly, PWP does not have hourly rates for its

---

[3]    *See* Retention Order ¶ 9.

[4]    Pursuant to the terms of PWP's engagement letter with the Committee, dated as of August 24, 2022 (the "**Engagement Letter**"), PWP is entitled to a Transaction Fee upon the consummation of a Transaction (as defined therein).  The definition of Transaction includes, among other things, "a confirmed chapter 11 plan of reorganization going effective or conversion to chapter 7 or any other liquidation of the Debtors in connection with the Bankruptcy Cases under the [Bankruptcy Code]." Although the Effective Date of the Debtors' chapter 11 plan has not yet occurred, PWP is seeking (a) interim allowance and award of the Transaction Fee by this Monthly Statement (b) and final allowance and award of the Transaction Fee by the Final Fee Application filed contemporaneously herewith in order to comply with the deadline for filing final fee applications set forth by the Fee Examiner to all estate-retained professionals. For the avoidance of doubt, notwithstanding anything to the contrary in the Application, the Transaction Fee is not payable unless and until Debtors' chapter 11 plan becomes effective or as otherwise provided in the Engagement Letter.

professionals and PWP's professionals generally do not maintain detailed time records of the work performed for its clients. However, consistent with the Retention Order, PWP has maintained contemporaneous time records in one-half hour increments. *See* Retention Order ¶ 7. Time records with respect to the 135.5 hours expended by PWP professionals in providing restructuring investment banking services to the Committee during the Compensation Period are provided in **Exhibit C.**

10.     A summary of the total amount of hours expended by PWP professionals during the Compensation Period is provided below:

| General Committee Administration | 66.5 |
|---|---|
| Correspondence with Debtor and Advisors | 5.0 |
| Correspondence with Third-Parties | 0.0 |
| Due Diligence, Operations, Business Plan, and Strategy | 7.5 |
| Court Administration | 56.5 |
| Total Hours | 135.5 |

## **Reservation of Rights**

11.     Although PWP has made every effort to include all expenses incurred during the Compensation Period, some expenses might not be included in this Monthly Statement due to delays caused by accounting and processing during the Compensation Period.  PWP reserves the right to seek payment of such expenses not included herein.

*[Remainder of page left intentionally blank.]*

**Notice**

12.    PWP will provide notice of this Monthly Statement to the Monthly Fee Statement

Recipients [*see* Docket No.2779 ¶ 3.a.] in accordance with the Interim Compensation Procedures.


Dated:   January 17, 2024                    Respectfully submitted,
         New York, New York

                                        */s/ Kevin Cofsky*
                                        Kevin Cofsky
                                        Partner
                                        Perella Weinberg Partners LP

## Exhibit A

**Invoice**



Perella Weinberg Partners LP
767 Fifth Avenue
10th Floor
New York, NY 10153
United States of America

**Invoice Date:** January 4, 2024
**Invoice Number:** CUS_INV-004950
**Project:** Cyclops
**TAX ID:** ▮▮▮▮▮▮

## INVOICE

Celsius Network Ltd
1221 Avenue of the Americas
New York, NY 10020
United States of America

Currency: USD

| DESCRIPTION | AMOUNT |
|---|---|
| Transaction Fee | $ 5,750,000.00 |
| Monthly Retainer Fee – October  2023 | 100,000.00 |
| Pro-rated November Retainer Fee (for the period from 11/1/2023 to 11/9/2023) | 30,000.00 |
| Less: 20% Holdback | *(1,176,000.00)* |
| **Total Retainer Due** | **$ 4,704,000.00** |
| Third Party Legal Expenses | 39,829.50 |
| **Invoice Total** | **$ 4,743,829.50** |

**Payment Terms:** Due Upon Receipt

**Please Remit Payment to:**

**Beneficiary Bank:** Cadence Bank
**Account Number:** ▮▮▮▮▮▮
**Bank ID:** ▮▮▮▮▮
**SWIFT ID:** ▮▮▮▮▮
**Company Name:** Perella Weinberg Partners LP
**Reference:** CUS_INV-004950

If you have any questions concerning this invoice or need to confirm wire instructions, please contact Grace Solano by phone at +1 (347) 969-3583 or by email at AR@pwpartners.com.

## <u>Exhibit B</u>

**Invoices for Third-Party Legal Expenses**

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

November 17, 2023

**Perella Weinberg Partners LP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020160603 |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through October 31, 2023

| | | |
|---|---|---|
| Fees Total.......................................................................................................................................... | 37,486.50 | |
| Disbursements ................................................................................................................................... | 825.00 | |
| **Total Amount Due** ........................................................................................................................ | **38,311.50** | **USD** |



| | | |
|---|---|---|
| Matter: | 342720.00002 | |
| Invoice #: | 9020160603 | |
| Invoice Due Date: | Payable Upon Receipt | |

November 17, 2023

RE:  Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/02/2023 | Rosella, Michael | Emails with S. Rochester regarding confirmation hearing matters affecting PWP (.30); prepare draft email to White and Case regarding confirmation hearing matters affecting PWP (.20); review docket for updates from confirmation hearing relevant to PWP (.30) | 0.80 |
| 10/06/2023 | Rosella, Michael | Review emails from White & Case regarding plan discovery matters affecting PWP (.40) | 0.40 |
| 10/07/2023 | Rosella, Michael | Emails with Katten and White and Case regarding discovery inquiries from R. Phillips with respect to matters related to PWP (.40) | 0.40 |
| 10/09/2023 | Rosella, Michael | Review response from R. Phillips regarding discovery matters pertaining to PWP (.20); emails with White and Case and Katten regarding responding to same (.30) | 0.50 |
| 10/09/2023 | Rochester, Shaya | Attend to issues regarding Richard Phillips request for a deposition (.20); emails with M. Rosella and PWP team regarding Richard Phillips request for a deposition (.30); review pleadings related thereto (.50) | 1.00 |
| 10/10/2023 | Rosella, Michael | Attend call with Katten and W&C regarding PWP discovery matters (.50); prepare for same (.20); attend call with S. Rochester regarding same (.20); prepare emails to PWP regarding proposed response to discovery requests from R. Phillips (.60); review emails from PWP regarding same (.20); review White & Case draft response letter to R. Phillips (.60) | 2.30 |
| 10/10/2023 | Rochester, Shaya | Prep for call with Katten and W&C to discuss Phillips request for deposition of Aidoo and objection to exculpation provisions in chapter 11 plan (.30); call with W&C and Katten regarding PWP discovery matters (.50); follow-up call with M. Rosella regarding same (.20); respond to client questions regarding same (.30); review Phillips Letter to Court regarding deposition schedule (.10); emails with M. Rosella regarding same (.20) | 1.60 |
| 10/11/2023 | Rosella, Michael | Review Phillips objections with respect to discovery matters involving PWP (.30); emails with S. Rochester and W&C regarding same and next steps for PWP (.30); review order denying Phillips request to reopen discovery (.20); emails with Katten regarding same (.20) | 1.00 |
| 10/11/2023 | Rochester, Shaya | Review draft response to letter to Court submitted by R. Phillips (.20); review confirmation objection with respect to PWP exculpation, filed by R. Phillips (.50); call with PWP regarding same (.40); call with White & Case regarding same (.40); review Court order denying Phillips request to reopen discovery (.10); emails with M. Rosella and client regarding same (.10); review supplemental objection filed by Phillips regarding exculpation (.60); emails with client regarding same (.40) | 2.70 |
| 10/13/2023 | Rosella, Michael | Review Debtors' letter to the court seeking to compel R. Phillips deposition and corresponding court order (.50); prepare emails to PWP regarding same (.30); emails with W&C and Kirkland regarding upcoming R. Phillips deposition (.30); emails with S. Rochester regarding same (.30) | 1.40 |
| 10/13/2023 | Rochester, Shaya | Emails with PWP, White & Case, and M. Rosella regarding R. Phillips deposition and related preparations (.70) | 0.70 |
| 10/14/2023 | Rosella, Michael | Emails with Kirkland and White and Case regarding R. Phillips deposition scheduling (.30) | 0.30 |
| 10/15/2023 | Rochester, Shaya | Attend and take notes of deposition of R. Phillips (3.50); prepare summary of R. Phillips deposition and send to PWP (.30) | 3.80 |

Katten

Matter:          342720.00002
Invoice #:       9020160603
Invoice Due Date:   Payable Upon Receipt

November 17, 2023

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 10/16/2023 | Rochester, Shaya | Emails with White & Case and PWP regarding next steps with respect to Phillips objection and cross-examination at Confirmation Hearing (.20); attend portion of Confirmation Hearing in which R. Phillips testified and was cross-examined (.80); prepare summary of Confirmation Hearing for client (.40) | 1.40 |
| 10/17/2023 | Rochester, Shaya | Emails with White & Case regarding closing argument and joint submission of findings of fact and brief (.40) | 0.40 |
| 10/18/2023 | Rosella, Michael | Review closing arguments procedures order (.20); respond to questions from S. Rochester regarding same (.20); emails with White & Case regarding closing arguments matters with respect to PWP (.30) | 0.70 |
| 10/18/2023 | Rochester, Shaya | Review order governing proposed findings of fact and final briefing (.20); emails with White & Case and M. Rosella regarding same (.10) | 0.30 |
| 10/19/2023 | Rochester, Shaya | Provide comments on Proposed Findings of Fact and Conclusions of Law (.60); emails with PWP and White & Case regarding same (.80) | 0.80 |
| 10/20/2023 | Rosella, Michael | Review updated proposed findings of fact and conclusions of law (.20); emails with S. Rochester regarding same (.20) | 0.40 |
| 10/20/2023 | Rochester, Shaya | Emails with PWP regarding comments to Proposed Findings of Fact and Conclusions of Law (.20); emails with White & Case and M. Rosella regarding same (.20) | 0.40 |
| 10/23/2023 | Rosella, Michael | Review chapter 11 plan with respect to exculpation provisions affecting PWP (.30); emails with S. Rochester regarding same (.20); emails with W&C regarding closing argument (.20) | 0.70 |
| 10/23/2023 | Rochester, Shaya | Emails with White & Case regarding closing argument (.20); review Proposed Findings of Fact and Conclusions of Law with respect to exculpation provisions (.30) | 0.50 |
| 10/24/2023 | Rosella, Michael | Emails with PWP and W&C regarding closing arguments matters affecting PWP and exculpation provisions in plan (.30) | 0.30 |
| 10/24/2023 | Rochester, Shaya | Emails with White & Case and PWP regarding closing argument at Confirmation Hearing (.30) | 0.30 |
| 10/26/2023 | Rosella, Michael | Emails with Katten regarding preparations for closing arguments hearing (.20) | 0.20 |
| 10/26/2023 | Rochester, Shaya | Review closing argument presentations and demonstratives filed by Phillips, UCC and Debtors (.40); emails with White & Case, M. Rosella, and PWP regarding same (.60) | 0.60 |
| 10/27/2023 | Rosella, Michael | Review portion of Phillips confirmation hearing closing brief (.30); emails with PWP regarding same (.10) | 0.40 |
| 10/27/2023 | Rochester, Shaya | Review Phillips closing statement (.30); emails with M. Rosella regarding same (.40) | 0.40 |
| 10/29/2023 | Rochester, Shaya | Emails with White & Case and PWP regarding Phillips closing statement (.30) | 0.30 |
| 10/30/2023 | Rosella, Michael | Emails with S. Rochester regarding confirmation hearing closing arguments preparations (.20); review S. Rochester summary of hearing (.20) | 0.40 |
| 10/30/2023 | Rochester, Shaya | Communications with PWP, M. Rosella, and White & Case regarding closing argument and objections to exculpation provisions (.40); review revised Proposed Findings of Fact and Conclusions of Law with respect to exculpation provisions and other related issues (.60); attend closing argument on behalf of PWP (3.50); take notes and send summary of hearing to client (.20) | 4.70 |

**Total Hours :**   **30.10**

**Katten**

Matter:              342720.00002
Invoice #:           9020160603
Invoice Due Date:    Payable Upon Receipt

November 17, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 19.90 | 1,425.00 | 28,357.50 |
| Rosella, Michael | 10.20 | 895.00 | 9,129.00 |
| **Sub Total :** | **30.10** | **Sub Total :** | **37,486.50** |
| **Total Hours :** | **30.10** | **Total Fees** | **37,486.50    USD** |

**Katten**

Matter:            342720.00002
Invoice #:         9020160603                                    November 17, 2023
Invoice Due Date:  Payable Upon Receipt

---

**DISBURSEMENTS**

| Description | Cost Description | Amount |
|---|---|---|
| Court Reporter Fees | Evolution Reporting Inc.; 10/23/23; inv. #1024; transcript of Richard Phillips. | 825.00 |

| | **Total  Disbursements:** | **825.00**    **USD** |

Katten

# Katten

Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York NY  10020-1605

Tel: 212-940-8800
Fax: 212-940-8776

Federal Tax ID:36-2796532
www.katten.com

December 06, 2023

**Perella Weinberg Partners LP**
**c/o Legal & Compliance Office of the**
**General Counsel / Asset Management**
**767 5th Avenue**
**New York, NY 10153**

| | |
|---|---|
| Client: | 0000342720 |
| Payer: | 0000342720 |
| Matter: | 342720.00002 |
| Invoice #: | 9020164006A |
| Invoice Due Date: | Payable Upon Receipt |

**Summary**

RE: Celsius Network Chapter 11

For Professional Services Rendered Through November 9, 2023

Fees Total...................................................................................................................................... 1,518.00
**Total Amount Due** ...................................................................................................................... **1,518.00**   **USD**



Matter:                342720.00002
Invoice #:             9020164006A
Invoice Due Date:      Payable Upon Receipt

December 06, 2023

RE:  Celsius Network Chapter 11

## TIME DETAILS

| Date | Timekeeper | Description | Hours |
|------|------------|-------------|-------|
| 11/08/2023 | Rosella, Michael | Emails with White & Case and Katten regarding final fee application matters (.40) | 0.40 |
| 11/09/2023 | Rosella, Michael | Respond to emails from PWP regarding final fee application matters (.50) | 0.50 |
| 11/09/2023 | Rochester, Shaya | Briefly review Confirmation Order with respect to exculpation matters (.50) | 0.50 |

**Total Hours :**                                                                    **1.40**

Matter:              342720.00002
Invoice #:           9020164006
Invoice Due Date:    Payable Upon Receipt

December 06, 2023

---

**TIME SUMMARY**

**United States**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Rochester, Shaya | 0.50 | 1,425.00 | 712.50 |
| Rosella, Michael | 0.90 | 895.00 | 805.50 |
| **Sub Total :** | **1.40** | **Sub Total :** | **1,518.00** |
| **Total Hours :** | **1.40** | **Total Fees** | **1,518.00    USD** |

Katten

**Exhibit C**

**Time Records**

**Celsius Networks**
Hours Summary

*Strictly Private & Confidential*

| Category | | Hours | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Restructuring | | | | | | Crypto | | |
| | Kevin Cofsky (Partner) | Matt Rahmani (Exec Director) | Ryan Moon (Associate) | Saferstein (Analyst) | Emil Tu (Analyst) | RX Sub-Total | Emmanuel Aidoo (Exec Director) | Crypto Sub-Total | | Grand Total |
| General Committee Administration | 12.0 | 13.0 | 13.5 | - | 14.0 | 52.5 | 14.0 | 14.0 | | **66.5** |
| Correspondence with Debtor and Advisors | 1.0 | 1.0 | 1.0 | - | 1.0 | 4.0 | 1.0 | 1.0 | | **5.0** |
| Correspondence with Third-Parties | - | - | - | - | - | - | - | - | | **-** |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 | 1.5 | 1.5 | - | 1.5 | 6.0 | 1.5 | 1.5 | | **7.5** |
| Court Administration | 10.5 | 10.5 | 12.5 | - | 12.5 | 46.0 | 10.5 | 10.5 | | **56.5** |
| **Total Hours** | **25.0** | **26.0** | **28.5** | **0.0** | **29.0** | **108.5** | **27.0** | **27.0** | | **135.5** |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| Kevin Cofsky (Partner) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 12.0 |
| Correspondence with Debtor and Advisors | 1.0 |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 |
| Court Administration | 10.5 |
| **Total** | **25.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/02/23 | Monday | 2.5 | Virtual attendance at confirmation hearing | Court Administration |
| 10/03/23 | Tuesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/05/23 | Thursday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/06/23 | Friday | 1.0 | Discussion with committee advisors on litigation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/10/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/11/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/12/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/16/23 | Monday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/17/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/18/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/19/23 | Thursday | 0.5 | Discussion on Legal Mediation | Due Diligence, Operations, Business Plan, and Strategy |

**Celsius Networks**
Kevin Cofsky (Partner)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 10/19/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/24/23 Tuesday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/24/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/25/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/26/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/30/23 Monday | 2.0 | Virtual attendance at confirmation closing arguments hearing | Court Administration |
| 10/31/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/01/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/04/23 Saturday | 1.0 | Discussion with UCC and Debtor advisors | Correspondence with Debtor and Advisors |
| 11/07/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/08/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/09/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| Matt Rahmani (Exec Director) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 13.0 |
| Correspondence with Debtor and Advisors | 1.0 |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 |
| Court Administration | 10.5 |
| **Total** | **26.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| Date | Day | Hours | Activity | Category |
| 10/02/23 | Monday | 2.5 | Virtual attendance at confirmation hearing | Court Administration |
| 10/03/23 | Tuesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/04/23 | Wednesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/05/23 | Thursday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/06/23 | Friday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/06/23 | Friday | 1.0 | Discussion with committee advisors on litigation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/10/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/11/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/12/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/16/23 | Monday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/17/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |

**Celsius Networks**
Matt Rahmani (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 10/18/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/19/23 Thursday | 0.5 | Discussion on Legal Mediation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/24/23 Tuesday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/24/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/25/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/26/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/31/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/01/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/02/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 11/04/23 Saturday | 1.0 | Discussion with UCC and Debtor advisors | Correspondence with Debtor and Advisors |
| 11/07/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/08/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/09/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
**Ryan Moon (Associate)**

*Strictly Private & Confidential*

| Ryan Moon (Associate) - Case Hours Summary | |
| --- | --- |
| **Categories** | **Hours** |
| General Committee Administration | 13.5 |
| Correspondence with Debtor and Advisors | 1.0 |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 |
| Court Administration | 12.5 |
| **Total** | **28.5** |

| Case Hours Detail | | | | |
| --- | --- | --- | --- | --- |
| Date | Day | Hours | Activity | Category |
| 10/02/23 | Monday | 2.5 | Virtual attendance at confirmation hearing | Court Administration |
| 10/03/23 | Tuesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/04/23 | Wednesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/05/23 | Thursday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/06/23 | Friday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/06/23 | Friday | 1.0 | Discussion with committee advisors on litigation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/10/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/12/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/16/23 | Monday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/17/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/18/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |

**Celsius Networks**
Ryan Moon (Associate)

*Strictly Private & Confidential*

| Date | Hours | Description | Category |
|---|---|---|---|
| 10/19/23 Thursday | 0.5 | Discussion on Legal Mediation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/19/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/24/23 Tuesday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/24/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/25/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/26/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/30/23 Monday | 2.0 | Virtual attendance at confirmation closing arguments hearing | Court Administration |
| 10/31/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/01/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/02/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 11/04/23 Saturday | 1.0 | Discussion with UCC and Debtor advisors | Correspondence with Debtor and Advisors |
| 11/07/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/08/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/09/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |

# Celsius Networks

**Sam Saferstein (Analyst)**

*Strictly Private & Confidential*

| Sam Saferstein (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | Hours |
| General Committee Administration | - |
| Correspondence with Debtor and Advisors | - |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | - |
| Court Administration | - |
| **Total** | **0.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |

# Celsius Networks

**Emil Tu (Analyst)**

*Strictly Private & Confidential*

| Emil Tu (Analyst) - Case Hours Summary | |
|---|---|
| **Categories** | **Hours** |
| General Committee Administration | 14.0 |
| Correspondence with Debtor and Advisors | 1.0 |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 |
| Court Administration | 12.5 |
| **Total** | **29.0** |

| Case Hours Detail | | | | |
|---|---|---|---|---|
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/02/23 | Monday | 2.5 | Virtual attendance at confirmation hearing | Court Administration |
| 10/03/23 | Tuesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/04/23 | Wednesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/05/23 | Thursday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/06/23 | Friday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/06/23 | Friday | 1.0 | Discussion with committee advisors on litigation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/10/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/11/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/12/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/16/23 | Monday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/17/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |

**Celsius Networks**
Emil Tu (Analyst)

Strictly Private & Confidential

| Date | Hours | Description | Category |
|------|-------|-------------|----------|
| 10/18/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/19/23 Thursday | 0.5 | Discussion on Legal Mediation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/19/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/24/23 Tuesday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/24/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/25/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/26/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/30/23 Monday | 2.0 | Virtual attendance at confirmation closing arguments hearing | Court Administration |
| 10/31/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/01/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/02/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 11/04/23 Saturday | 1.0 | Discussion with UCC and Debtor advisors | Correspondence with Debtor and Advisors |
| 11/07/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/08/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/09/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| Emmanuel Aidoo (Exec Director) - Case Hours Summary | |
| --- | --- |
| **Categories** | **Hours** |
| General Committee Administration | 14.0 |
| Correspondence with Debtor and Advisors | 1.0 |
| Correspondence with Third-Parties | - |
| Due Diligence, Operations, Business Plan, and Strategy | 1.5 |
| Court Administration | 10.5 |
| **Total** | **27.0** |

| Case Hours Detail | | | | |
| --- | --- | --- | --- | --- |
| **Date** | **Day** | **Hours** | **Activity** | **Category** |
| 10/02/23 | Monday | 2.5 | Virtual attendance at confirmation hearing | Court Administration |
| 10/03/23 | Tuesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/04/23 | Wednesday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/05/23 | Thursday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/06/23 | Friday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/06/23 | Friday | 1.0 | Discussion with committee advisors on litigation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/10/23 | Tuesday | 1.5 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/11/23 | Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/12/23 | Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/16/23 | Monday | 2.0 | Virtual attendance at confirmation hearing | Court Administration |
| 10/17/23 | Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |

**Celsius Networks**
Emmanuel Aidoo (Exec Director)

*Strictly Private & Confidential*

| | | | |
|---|---|---|---|
| 10/18/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/19/23 Thursday | 0.5 | Discussion on Legal Mediation | Due Diligence, Operations, Business Plan, and Strategy |
| 10/19/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/24/23 Tuesday | 1.0 | Virtual attendance at omnibus hearing | Court Administration |
| 10/24/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 10/25/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 10/26/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 10/31/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/01/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/02/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |
| 11/04/23 Saturday | 1.0 | Discussion with UCC and Debtor advisors | Correspondence with Debtor and Advisors |
| 11/07/23 Tuesday | 1.0 | Weekly Discussion with UCC Members and W&C | General Committee Administration |
| 11/08/23 Wednesday | 0.5 | Mining Sub-Committee Discussion with UCC Co-Chairs (W&C & M3) | General Committee Administration |
| 11/09/23 Thursday | 1.0 | Weekly Committee Status Update Discussion | General Committee Administration |