**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST MONTHLY FEE STATEMENT OF STRETTO, INC. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS
ADMINISTRATIVE ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION
FOR THE PERIOD FROM JULY 13, 2022 THROUGH NOVEMBER 9, 2023**

| | | |
|---|---|---|
| **Name of Applicant:** | **Stretto, Inc.** | |
| **Applicant's Role in Case:** | **Administrative Advisor to Celsius Network LLC, *et al.*** | |
| **Date Order of Employment Signed:** | **September 16, 2022 [Docket No. 841]** | |
| **Time Period covered by this statement:** | **Beginning Period** | **End Period** |
| | **July 13, 2022** | **November 9, 2023** |

| | |
|---|---|
| **Summary of Total Fees and Expenses Requested:** | |
| **Total fees requested in this statement:** | **$55,832.26**<br>**(80% of $69,790.32)** |
| **Total expenses requested in this statement:** | **$0.00** |
| **Total fees and expenses requested in this statement:** | **$55,832.26** |
| This is a(n): __X__ Monthly Application ____ Interim Application ____ Final Application | |

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Bankruptcy

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Rules for the United States Bankruptcy Court for the Southern District of New York, the *Order Authorizing the Retention and Employment of Stretto, Inc. as Administrative Advisor to the Debtors and Debtors in Possession Effective as of July 13, 2022* [Docket No. 841], and the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket No. 1745], as further amended on June 8, 2023 [Docket No. 2779] (the "Amended Interim Compensation Order"), Stretto, Inc. ("Stretto"), administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits this *First Monthly Fee Statement of Stretto, Inc. for Compensation for Services and Reimbursement of Expenses as Administrative Advisor to the Debtors and Debtors in Possession for the Period from July 13, 2022 through November 9, 2023* (this "Fee Statement").[2] Specifically, Stretto seeks: (i) interim allowance of $69,790.32 for the reasonable compensation for actual, necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $55,832.26, which is equal to 80% of the total amount of reasonable compensation for actual, necessary professional administrative services that Stretto incurred in connection with such services during the Fee Period (*i.e.*, $69,790.32); and (iii) allowance and payment of $0.00 for the actual, necessary expenses that Stretto incurred in connection with such services during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1.      Attached hereto as **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Stretto professionals during the Fee Period with respect to each of the project categories Stretto established in accordance with its internal billing

---

[2]     The period from July 13, 2022, through and including November 9, 2023, is referred to herein as the "Fee Period."

procedures. As reflected in **Exhibit A**, Stretto incurred $69,790.32[3] in fees during the Fee Period. Pursuant to this Fee Statement, Stretto seeks reimbursement for 80% of such fees (*i.e.*, $55,832.26 in the aggregate).

2.    Attached hereto as **Exhibit B** is a schedule of Stretto professionals, including the standard hourly rate for each professional who rendered services to the Debtors in connection with these chapter 11 cases during the Fee Period and the title, hourly rate, aggregate hours worked, and the amount of fees earned by each professional. The blended hourly billing rate of professionals for all services provided during the Fee Period is $154.30.

3.    Attached hereto as **Exhibit C** is a schedule for the Fee Period setting forth the total amount of payment sought with respect to each category of expenses for which Stretto is seeking payment in this Fee Statement. All of these disbursements comprise the requested sum for Stretto's out-of-pocket expenses, which total $0.00.

4.    Attached hereto as **Exhibit D** are the time records of Stretto, which provide a daily summary of the time spent by each Stretto professional during the Fee Period.

## **Notice**

5.    Stretto will provide notice of this Fee Statement on: (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C., and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654; Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Alison J. Wirtz; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, Room 534, New York, New York 10004, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to

---

[3]    Listed amount of fees requested is net of a contractual discount in the amount of $17,447.58.

the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Ave, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Los Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block, LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn.: Catherine L. Steege, and Vincent E. Lazar, (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, NY 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, NY 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. A copy of this Fee Statement is also available on the website of the Debtors' solicitation agent at https://cases.stretto.com/celsius. Stretto submits that no other or further notice need be given.

*[Remainder of page intentionally left blank]*

WHEREFORE, Stretto, in connection with services rendered on behalf of the Debtors, respectfully requests: (i) interim allowance of $69,790.32 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Fee Period; (ii) compensation in the amount of $55,832.26, which is equal to 80% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors (i.e., $69,790.32); and (iii) allowance and payment of $0.00 for the actual and necessary expenses that Stretto incurred in connection with such services during the Fee Period.

Dated: January 16, 2024
     Irvine, California

Respectfully submitted,

*/s/ Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel:  (312) 523-9564
Email:  brian.karpuk@stretto.com

*Administrative Advisor for Debtors*
*and Debtors in Possession*

**<u>Exhibit A</u>**

**Statement of Fees and Expenses By Project Category**

### Statement of Fees and Expenses By Project Category

| Project Category | Hours | Fees |
|---|---|---|
| Distributions | 15.4 | $2,972.20 |
| Hearings | 18.1 | $3,493.30 |
| Non-working Travel | 14.0 | $1,351.00 |
| Retention and Fee Applications | 1.3 | $250.90 |
| Solicitation and Tabulation | 403.5 | $79,170.50 |
| Less Contractual Discount | | ($17,447.58) |
| **Totals** | **452.3** | **$69,790.32** |

## **Exhibit B**

**Summary of Timekeepers Included in this Fee Statement**

## Summary of Timekeepers Included in this Fee Statement

| Name | Position | Rate | Hours | Total |
|------|----------|------|-------|-------|
| Alvarao Salas Jr. | Solicitation Associate | $243.00 | 17.7 | $4,301.10 |
| Ana Galvan | Solicitation Associate | $243.00 | 5.7 | $1,385.10 |
| Jamila Dennis | Solicitation Associate | $243.00 | 2.5 | $607.50 |
| Brian Karpuk | Managing Director | $193.00 / $96.50 | 417.1 | $79,149.30 |
| Fred Brown | Managing Director | $193.00 | 0.8 | $154.40 |
| Riordan Robinson | Director | $193.00 | 2.2 | $424.60 |
| Stephen Cady | Director | $193.00 | 6.3 | $1,215.90 |
| Less Contractual Discount | | | | ($17,447.58) |
| **Grand Total** | | | **452.3** | **$69,790.32** |
| **Blended Rate** | | | | **$154.30** |

**<u>Exhibit C</u>**

**Summary of Actual and Necessary Expenses for the Fee Period**

## **Summary of Actual and Necessary Expenses for the Fee Period**

| Expense Category | Expenses |
|---|---|
| None | $0.00 |

## **Exhibit D**

**Detailed Description of Time Records**

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/13/2023 | Stephen Cady | Director | Distributions | Communication with Stretto team re: retail borrower repayment election process | 0.2 | $193.00 | $38.60 |
| 10/13/2023 | Riordan Robinson | Director | Distributions | Internal communcation re: repayment election, bank account setup | 0.2 | $193.00 | $38.60 |
| 10/16/2023 | Fred Brown | Managing Director | Distributions | Review, respond to details, questions re: borrow repayment election requirements | 0.6 | $193.00 | $115.80 |
| 10/16/2023 | Stephen Cady | Director | Distributions | Conference with A. Golic, E. Jones re: retail borrower repayment election process (.6); attention to banking issues (1.2) | 1.8 | $193.00 | $347.40 |
| 10/17/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with Celsius | 1.3 | $193.00 | $250.90 |
| 10/17/2023 | Stephen Cady | Director | Distributions | Attention to banking requirements for retail borrower repayment election process (1.1); communication with banking partners re: same (.4) | 1.5 | $193.00 | $289.50 |
| 10/17/2023 | Riordan Robinson | Director | Distributions | Update distribution PRD, agreement in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/19/2023 | Fred Brown | Managing Director | Distributions | Review communication re: creditor data, information required for GUC distribution | 0.2 | $193.00 | $38.60 |
| 10/19/2023 | Brian Karpuk | Managing Director | Distributions | Correspondence w/ O Blonstein re: distribution process | 0.6 | $193.00 | $115.80 |
| 10/19/2023 | Stephen Cady | Director | Distributions | Attention to request for information re: handling KYC, PII, changes of address | 2.3 | $193.00 | $443.90 |
| 10/19/2023 | Riordan Robinson | Director | Distributions | Respond to client re: authentication questions | 0.5 | $193.00 | $96.50 |
| 10/20/2023 | Riordan Robinson | Director | Distributions | Review distribution PRD, agreement in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/20/2023 | Stephen Cady | Director | Distributions | Communication with Stretto team re: banking requirements for fiat distributions | 0.4 | $193.00 | $77.20 |
| 10/20/2023 | Riordan Robinson | Director | Distributions | Locate, send standard fee rate sheet in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/24/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with K. Osadetz, A&M | 1.2 | $193.00 | $231.60 |
| 10/24/2023 | Stephen Cady | Director | Distributions | Correspondence with B. Karpuk via email re: timing of retail borrower repayment election process | 0.1 | $193.00 | $19.30 |
| 10/27/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with K. Osadetz, A&M | 1.1 | $193.00 | $212.30 |
| 11/02/2023 | Brian Karpuk | Managing Director | Distributions | Call w/ Celsius, K&E re: distribution process | 0.8 | $193.00 | $154.40 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|--------------|-------------|-------|------|-------|
| 11/07/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call w/ company | 1.1 | $193.00 | $212.30 |
| | | | | | | | ($594.44) |
| | **TOTAL** | | | | **15.4** | | **$2,377.76** |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Call w/ H Simson, K&E Team re: confirmation hearing testimony prep | 1.0 | $193.00 | $193.00 |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Review voting data, prep for confirmation hearing testimony | 1.4 | $193.00 | $270.20 |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Review plan objections in advance of confirmation hearing testimony | 1.0 | $193.00 | $193.00 |
| 09/29/2023 | Brian Karpuk | Managing Director | Hearings | Review voting data, prep for confirmation hearing testimony | 2.2 | $193.00 | $424.60 |
| 10/01/2023 | Brian Karpuk | Managing Director | Hearings | Confirmation hearing prep session w/ H. Simson | 2.0 | $193.00 | $386.00 |
| 10/02/2023 | Brian Karpuk | Managing Director | Hearings | Hearing preparation with H. Simson | 1.0 | $193.00 | $193.00 |
| 10/02/2023 | Brian Karpuk | Managing Director | Hearings | Attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 10/03/2023 | Brian Karpuk | Managing Director | Hearings | Attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 10/03/2023 | Brian Karpuk | Managing Director | Hearings | Attend, testify at confirmation hearing | 3.0 | $193.00 | $579.00 |
| | Contractual Discount | | | | | | ($698.66) |
| | **TOTAL** | | | | **18.1** | | **$2,794.64** |
| 10/01/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non-working travel to NYC for confirmation hearing | 4.0 | $96.50 | $386.00 |
| 10/01/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non-working travel to NYC for confirmation hearing | 3.0 | $96.50 | $289.50 |
| 10/05/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non working travel from NYC to KC | 4.0 | $96.50 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/05/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non working travel from NYC to KC | 3.0 | $96.50 | $289.50 |
| | Contractual Discount | | | | | | ($270.20) |
| | **TOTAL** | | | | **14.0** | | **$1,080.80** |
| | | | | | | | |
| 01/13/2023 | Brian Karpuk | Managing Director | Retention and Fee Applications | Attention to filing of supplemental retention declaration | 0.5 | $193.00 | $96.50 |
| 01/23/2023 | Brian Karpuk | Managing Director | Retention and Fee Applications | Review, correspondence re: Stretto supplemental retention declaration | 0.8 | $193.00 | $154.40 |
| | Contractual Discount | | | | | | ($50.18) |
| | **TOTAL** | | | | **1.3** | | **$200.72** |
| | | | | | | | |
| 04/03/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review filed plan; strategize re: solicitation process | 2.3 | $193.00 | $443.90 |
| 04/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review filed plan; strategize re: solicitation process | 2.8 | $193.00 | $540.40 |
| 04/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Strategy, planning, correspondence re: build out of online form of ballot | 1.5 | $193.00 | $289.50 |
| 04/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Strategize re: online form build out | 0.8 | $193.00 | $154.40 |
| 04/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment of draft form of ballot | 2.3 | $193.00 | $443.90 |
| 07/03/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 2.2 | $193.00 | $424.60 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning re Solicitation Email Campaign | 1.0 | $193.00 | $193.00 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 3.4 | $193.00 | $656.20 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 2.7 | $193.00 | $521.10 |
| 07/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 3.1 | $193.00 | $598.30 |
| 07/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 3.6 | $193.00 | $694.80 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 07/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 2.9 | $193.00 | $559.70 |
| 07/21/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Review service for Order Establishing Account Holder Bar Date (DN 3066) mailing including service lists, documents, fulfillment | 0.6 | $243.00 | $145.80 |
| 07/21/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Review current claim register in preparation for Solicitation | 1.9 | $243.00 | $461.70 |
| 07/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Internal case team call re: solicitation process | 1.1 | $193.00 | $212.30 |
| 07/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Internal case team call re: solicitation process | 0.5 | $193.00 | $96.50 |
| 07/27/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review current claim register in preparation for Solicitation | 2.5 | $193.00 | $482.50 |
| 07/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 3.7 | $193.00 | $714.10 |
| 07/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review amended disclosure statement, related documents | 1.9 | $193.00 | $366.70 |
| 07/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review amended plan; update plan classing tracking documents | 2.5 | $193.00 | $482.50 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Revise Voting Amount Report for noncustomer claims to reflect review, classification of claims under Plan | 3.2 | $193.00 | $617.60 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 4.0 | $193.00 | $772.00 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.2 | $193.00 | $231.60 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review non-customer claims vs customer claims reporting | 0.9 | $193.00 | $173.70 |
| 08/02/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review draft solicitation data provided by A&M | 1.7 | $193.00 | $328.10 |
| 08/02/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification; planning re: implementation of online voting platform | 2.0 | $193.00 | $386.00 |
| 08/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/07/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.6 | $243.00 | $388.80 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot mapping files, data for online voting platform | 4.0 | $193.00 | $772.00 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Plan class non-customer claims in preparation for Solicitation mailing | 1.6 | $193.00 | $308.80 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot mapping files, data for online voting platform | 3.2 | $193.00 | $617.60 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Plan class non-customer claims in preparation for Solicitation mailing | 4.0 | $193.00 | $772.00 |
| 08/08/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with A&M, K&E re: Solicitation update | 0.8 | $243.00 | $194.40 |
| 08/08/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.8 | $243.00 | $437.40 |
| 08/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Continue plan classing non-customer claims in preparation for Solicitation mailing | 3.2 | $193.00 | $617.60 |
| 08/09/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 0.3 | $193.00 | $57.90 |
| 08/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence re: load of Coin Balances into customized ballots | 1.8 | $193.00 | $347.40 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 4.0 | $193.00 | $772.00 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.1 | $193.00 | $405.30 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, test online voting platform | 4.0 | $193.00 | $772.00 |
| 08/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 0.6 | $193.00 | $115.80 |
| 08/14/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Prepare ballot landing page template | 0.6 | $243.00 | $145.80 |
| 08/15/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.7 | $243.00 | $413.10 |
| 08/15/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with K&E, A&M teams re: Solicitation update | 0.9 | $243.00 | $218.70 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence regarding online voting platform buildout | 2.5 | $193.00 | $482.50 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence regarding online voting platform buildout | 4.0 | $193.00 | $772.00 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, provide feedback for the non-voting online portal in preparation for Solicitation | 0.5 | $193.00 | $96.50 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, provide feedback for the ballot online portal in preparation for Solicitation | 1.6 | $193.00 | $308.80 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, update non-customer voting amount spreadsheet in preparation for Solicitation mailing | 1.7 | $193.00 | $328.10 |
| 08/15/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Review electronic ballot | 0.7 | $243.00 | $170.10 |
| 08/16/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with A&M team re: Solicitation update | 0.6 | $243.00 | $145.80 |
| 08/16/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Meeting re: CEL - Ballot / Class Calculations Follow Up | 0.6 | $243.00 | $145.80 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.6 | $193.00 | $694.80 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Conference call with A&M team re: Solicitation update | 0.6 | $193.00 | $115.80 |
| 08/16/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Prepare, circulate solicitation email templates | 0.6 | $243.00 | $145.80 |
| 08/17/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.6 | $193.00 | $694.80 |
| 08/17/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.0 | $193.00 | $579.00 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.2 | $193.00 | $424.60 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.5 | $193.00 | $675.50 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.8 | $193.00 | $347.40 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.2 | $193.00 | $617.60 |
| 08/21/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 1.2 | $243.00 | $291.60 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 4.0 | $193.00 | $772.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 4.0 | $193.00 | $772.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review online forms of non-customer ballots | 1.5 | $193.00 | $289.50 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/22/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 2.0 | $243.00 | $486.00 |
| 08/22/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 0.7 | $243.00 | $170.10 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.2 | $193.00 | $617.60 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.0 | $193.00 | $386.00 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.0 | $193.00 | $579.00 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review non-customer ballots | 0.5 | $193.00 | $96.50 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review opt out forms | 0.7 | $193.00 | $135.10 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/22/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Update ballot landing page, email templates | 0.6 | $243.00 | $145.80 |
| 08/23/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Update voting amount spreadsheet for non-customer claims register | 1.9 | $243.00 | $461.70 |
| 08/23/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Email correspondence with A&M team re: voting amount spreadsheet for non-customer claims register | 0.5 | $243.00 | $121.50 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.1 | $193.00 | $598.30 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on voting amount spreadsheet | 1.2 | $193.00 | $231.60 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Prepare, format Class 11 - De Minimis Claims list | 1.7 | $243.00 | $413.10 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Update voting amount spreadsheet for non-customer claims register | 1.6 | $243.00 | $388.80 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to update voting amount spreadsheet for non-customer claims register | 1.8 | $243.00 | $437.40 |
| 08/24/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots in core non voting class 1, 3, 6B, 15, 17 | 1.0 | $243.00 | $243.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.0 | $193.00 | $193.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.4 | $193.00 | $270.20 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on plan classing reports | 1.7 | $193.00 | $328.10 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on plan classing reports | 0.7 | $193.00 | $135.10 |
| 08/28/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 08/28/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.4 | $193.00 | $463.20 |
| 08/28/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 3.5 | $193.00 | $675.50 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.8 | $193.00 | $540.40 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/30/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 1.6 | $193.00 | $308.80 |
| 08/31/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with K&E, Celsius re: Loan Repayment, Fiat Distributions | 0.3 | $243.00 | $72.90 |
| 08/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |
| 08/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Call w/ K&E, Celsius re: distribution, loan pay off process | 0.5 | $193.00 | $96.50 |
| 09/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, incorporate in tabulation report | 2.5 | $193.00 | $482.50 |
| 09/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.7 | $193.00 | $521.10 |
| 09/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.3 | $193.00 | $636.90 |
| 09/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.6 | $193.00 | $501.80 |
| 09/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.6 | $193.00 | $694.80 |
| 09/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.8 | $193.00 | $540.40 |
| 09/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.8 | $193.00 | $540.40 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.2 | $193.00 | $424.60 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.0 | $193.00 | $579.00 |
| 09/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.5 | $193.00 | $675.50 |
| 09/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.3 | $193.00 | $636.90 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.0 | $193.00 | $579.00 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 0.8 | $193.00 | $154.40 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 1.1 | $193.00 | $212.30 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.9 | $193.00 | $559.70 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.0 | $193.00 | $386.00 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 0.6 | $193.00 | $115.80 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.8 | $193.00 | $733.40 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.2 | $193.00 | $617.60 |
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 2.3 | $193.00 | $443.90 |
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 1.7 | $193.00 | $328.10 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 0.5 | $193.00 | $96.50 |
| 10/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot reporting | 1.2 | $193.00 | $231.60 |
| 10/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare report of all submitted ballots for A&M | 2.5 | $193.00 | $482.50 |

**Exhibit D**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare report of all Class 4 opt outs | 1.6 | $193.00 | $308.80 |
| 10/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot detail report for G. Hensley | 0.9 | $193.00 | $173.70 |
| 10/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot data package for H. Simson | 1.2 | $193.00 | $231.60 |
| 10/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot detail report for H. Simson | 1.5 | $193.00 | $289.50 |
| 10/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare list of equitably subordinated claims for G. Wang | 0.4 | $193.00 | $77.20 |
| 10/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Correspondence w/ G. Hensley re: class claim opt out results | 0.7 | $193.00 | $135.10 |
| 10/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare Potential CEL Token Litigants report | 1.1 | $193.00 | $212.30 |
| | Contractual Discount | | | | | | ($15,834.10) |
| | **TOTAL** | | | | 403.5 | | $63,336.40 |
| | Total Contractual Discount | | | | | | ($17,447.58) |
| | **GRAND TOTAL** | | | | 452.3 | | $69,790.32 |