**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                      Debtors. | Case No. 22-10964 (MG)<br>Chapter 11<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 23639 OF PENNSYLVANIA**
**DEPARTMENT OF REVENUE**

PLEAST TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Pennsylvania Department of Revenue creditor in the above-captioned Ch. 11 case, by and through counsel, hereby withdraws its proof of claim number 23639, which was filed on February 7, 2023, in the amount of $965,768.37.

                                                          Respectfully submitted,

                                                          MICHELLE A. HENRY
                                                          Attorney General

                                       By:    *s/ Melissa L. Van Eck*
                                                          Melissa L. Van Eck

Office of Attorney General                               Chief Deputy Attorney General
Financial Enforcement Section                            Attorney ID 85869
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-5176
mvaneck@attorneygeneral.gov

                                                                    *Counsel for Commonwealth of Pennsylvania*
Date:  January 17, 2024                                              *Department of Revenue*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4114); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.