Stout Risius Ross, LLC
120 West 45th Street
Suite 2900
New York, NY 10036
Telephone (212) 400-7299
Fax (866) 430-6183

*Valuation Advisors for the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**EIGHTH MONTHLY FEE STATEMENT OF SERVICES RENDERED AND EXPENSES INCURRED BY STOUT RISIUS ROSS, LLC AS VALUATION ADVISORS FOR THE DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| Name of Applicant | Stout Risius Ross, LLC |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | April 18, 2023, effective as of February 21, 2023 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $146,137.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

This is the EIGHTH monthly fee application filed in this case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Stout Risius Ross, LLC ("Stout"), as valuation advisors to the Debtor, Celsius Network, LLC *et al.*, and its affiliated debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's *Order (I) Authorizing the Retention and Employment of Stout Risius Ross, LLC as Valuation Advisor Effective as of February 21, 2023, and (II) Granting Related Relief* [Docket No. 2498], dated April 18, 2023, seeking compensation and reimbursement of expenses for the period October 1, 2023 through October 31, 2023 (the "Eighth Monthly Period"). By this Fee Statement, Stout seeks payment of $116,910.00, which is equal to eighty percent (80%) of the total amount of compensation sought for actual and necessary professional services rendered during the Eighth Monthly Period (*i.e.*, $146,137.50).

Attached hereto as Exhibits A-C are summary reports outlining the hours and fees worked by task, hours and fees worked by professional and hours and fees worked by task by professional for the Eighth Monthly Period. Also attached as Exhibit D are time entry records for the Eighth Monthly Period that were recorded in tenths of an hour by project task, maintained in the ordinary course of Stout's practice, and which set forth a detailed description of services performed by each professional on behalf of the Debtors.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual and (iii) hourly billing rate for each such individual at Stout's current billing rates.

2

SUMMARY OF TOTAL FEES BY PROFESSIONAL
FOR STOUT RISIUS ROSS, LLC
October 1, 2023 through October 31, 2023

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 50.20 | $800.00 | $40,160.00 |
| Fotis Konstantinidis | Managing Director | 8.80 | $800.00 | $7,040.00 |
| Harris Antoniades | Managing Director | 2.80 | $800.00 | $2,240.00 |
| Joel Cohen | Managing Director | 51.00 | $800.00 | $40,800.00 |
| Niall Ledwidge | Managing Director | 10.40 | $800.00 | $8,320.00 |
| Adam Bakula | Director | 7.60 | $500.00 | $3,800.00 |
| Carolina Capatto | Director | 4.20 | $500.00 | $2,100.00 |
| Ian McCready | Director | 5.70 | $575.00 | $3,277.50 |
| Tiffany Chi | Director | 10.00 | $575.00 | $5,750.00 |
| Joshua Ceaser | Senior Vice President | 5.50 | $500.00 | $2,750.00 |
| Katarina Quach | Vice President | 1.30 | $425.00 | $552.50 |
| Mitcheel Marrujo | Vice President | 15.00 | $425.00 | $6,375.00 |
| Prasanthkumar Chunduru | Vice President | 1.00 | $450.00 | $450.00 |
| Sidharth Kandoi | Manager | 14.00 | $425.00 | $5,950.00 |
| Doug Hall | Associate | 15.80 | $225.00 | $3,555.00 |
| Jack Wang | Associate | 14.30 | $300.00 | $4,290.00 |
| Katie Alexanderson | Associate | 15.80 | $350.00 | $5,530.00 |
| Alexandros Bougias | Analyst | 7.50 | $275.00 | $2,062.50 |
| Orfeas Konstantopoulos | Analyst | 4.60 | $225.00 | $1,035.00 |
| Wendy Mo | Analyst | 0.40 | $250.00 | $100.00 |
| **TOTAL** | | **245.90** | | **$146,137.50** |

SUMMARY OF TOTAL FEES BY TASK CATEGORY
FOR STOUT RISIUS ROSS, LLC
October 1, 2023 through October 31, 2023

| Task | Description | Total Hours | Total Requested Fees |
|---|---|---|---|
| Asset Valuation | Revise valuations of certain of the Debtors' assets, including: an analysis of agreements for staking and market data; research on crypto exchange marketplaces and staked ETH data; an analysis of historical crypto price data, transactional volume, and market depth; an analysis of loans and alternative investments; creation of ranking of crypto marketplaces; development of average pricing based fair market valuation methodology; and application of pricing models to staked cryptocurrency. Prepare valuation of crypto mining assets. | 230.30 | $140,542.50 |
| Case Administration | Ensure efficient administration of valuation services related to the Debtors' chapter 11 cases. Stout professionals spent time reviewing court documents; coordinating, managing, and administering the engagement; attending case status meetings with the Debtors' management team and other retained professionals; conducting regular meetings internally regarding the overall case status, staffing, workstreams, and strategy; general case management. | 0.30 | 105.00 |
| Fee Applications | Review the Interim Compensation Order and applicable provisions of the Bankruptcy Code; prepare and distribute Stout's monthly fee statement and interim fee application in accordance with the Interim Compensation Order; review monthly fee statement and interim fee application to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code; revise monthly fee statement and interim fee application for privilege and confidentiality. | 15.30 | $5,490.00 |
| | | | |
| **TOTAL** | | **245.90** | **$146,137.50** |

<u>Notice</u>

No trustee has been appointed in these chapter 11 cases. Pursuant to the Amended Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., Christopher S. Koenig, and Alison J. Wirtz; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, New York, New York 10004-1408, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Stout submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREOF, Stout respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, i.e., payment of $116,910.00, which represents eighty percent (80%) of the compensation sought (i.e., $146,137.50).

Dated:  January 17, 2024

STOUT RISIUS ROSS, LLC
By: /s/ *Joel Cohen*
Joel Cohen
STOUT RISIUS ROSS, LLC
120 West 45th Street
Suite 2900
New York, NY 10036
Telephone (212) 400-7299
Fax (866) 430-6183

*Valuation Advisors for the*
*Debtors and Debtors-in-*
*Possession*

**Exhibit A**

**Celsius Network, LLC, *et al.*,**
**Summary of Time Detail by Task**
**October 1, 2023 through October 31, 2023**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Asset Valuation | 230.30 | $140,542.50 |
| Case Administration | 0.30 | $105.00 |
| Fee Applications | 15.30 | $5,490.00 |
| **TOTAL** | **245.90** | **$146,137.50** |

**Exhibit B**

**Celsius Network, LLC, *et al.*,**
**Summary of Time Detail by Professional**
**October 1, 2023 through October 31, 2023**

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 50.20 | $800.00 | $40,160.00 |
| Fotis Konstantinidis | Managing Director | 8.80 | $800.00 | $7,040.00 |
| Harris Antoniades | Managing Director | 2.80 | $800.00 | $2,240.00 |
| Joel Cohen | Managing Director | 51.00 | $800.00 | $40,800.00 |
| Niall Ledwidge | Managing Director | 10.40 | $800.00 | $8,320.00 |
| Adam Bakula | Director | 7.60 | $500.00 | $3,800.00 |
| Carolina Capatto | Director | 4.20 | $500.00 | $2,100.00 |
| Ian McCready | Director | 5.70 | $575.00 | $3,277.50 |
| Tiffany Chi | Director | 10.00 | $575.00 | $5,750.00 |
| Joshua Ceaser | Senior Vice President | 5.50 | $500.00 | $2,750.00 |
| Katarina Quach | Vice President | 1.30 | $425.00 | $552.50 |
| Mitcheel Marrujo | Vice President | 15.00 | $425.00 | $6,375.00 |
| Prasanthkumar Chunduru | Vice President | 1.00 | $450.00 | $450.00 |
| Sidharth Kandoi | Manager | 14.00 | $425.00 | $5,950.00 |
| Doug Hall | Associate | 15.80 | $225.00 | $3,555.00 |
| Jack Wang | Associate | 14.30 | $300.00 | $4,290.00 |
| Katie Alexanderson | Associate | 15.80 | $350.00 | $5,530.00 |
| Alexandros Bougias | Analyst | 7.50 | $275.00 | $2,062.50 |
| Orfeas Konstantopoulos | Analyst | 4.60 | $225.00 | $1,035.00 |
| Wendy Mo | Analyst | 0.40 | $250.00 | $100.00 |
| | | | | |
| **TOTAL** | | **245.90** | | **$146,137.50** |

**Exhibit C**

**Celsius Network, LLC,** *et al.,*
**Summary of Task by Professional**
**October 1, 2023 through October 31, 2023**

_**Asset Valuation:**_
Revise valuations of certain of the Debtors' assets, including: an analysis of agreements for staking and
market data; research on crypto exchange marketplaces and staked ETH data; an analysis of historical
crypto price data, transactional volume, and market depth; an analysis of loans and alternative
investments; creation of ranking of crypto marketplaces; development of average pricing based fair
market valuation methodology; and application of pricing models to staked cryptocurrency. Prepare
valuation of crypto mining assets.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Brent Sloan | Managing Director | 50.20 | $800.00 | $40,160.00 |
| Fotis Konstantinidis | Managing Director | 8.80 | $800.00 | $7,040.00 |
| Harris Antoniades | Managing Director | 2.80 | $800.00 | $2,240.00 |
| Joel Cohen | Managing Director | 51.00 | $800.00 | $40,800.00 |
| Niall Ledwidge | Managing Director | 10.10 | $800.00 | $8,080.00 |
| Adam Bakula | Director | 7.60 | $500.00 | $3,800.00 |
| Carolina Capatto | Director | 4.20 | $500.00 | $2,100.00 |
| Ian McCready | Director | 5.70 | $575.00 | $3,277.50 |
| Tiffany Chi | Director | 10.00 | $575.00 | $5,750.00 |
| Joshua Ceaser | Senior Vice President | 5.50 | $500.00 | $2,750.00 |
| Katarina Quach | Vice President | 1.30 | $425.00 | $552.50 |
| Mitcheel Marrujo | Vice President | 15.00 | $425.00 | $6,375.00 |
| Prasanthkumar Chunduru | Vice President | 1.00 | $450.00 | $450.00 |
| Sidharth Kandoi | Manager | 14.00 | $425.00 | $5,950.00 |
| Doug Hall | Associate | 15.80 | $225.00 | $3,555.00 |
| Jack Wang | Associate | 14.30 | $300.00 | $4,290.00 |
| Katie Alexanderson | Associate | 0.50 | $350.00 | $175.00 |
| Alexandros Bougias | Analyst | 7.50 | $275.00 | $2,062.50 |
| Orfeas Konstantopoulos | Analyst | 4.60 | $225.00 | $1,035.00 |
| Wendy Mo | Analyst | 0.40 | $250.00 | $100.00 |
| **Total** | | **230.30** | | **$140,542.50** |

*Case Administration:*
Ensure efficient administration of valuation services related to the Debtors' chapter 11 cases. Stout professionals spent time reviewing court documents; coordinating, managing, and administering the engagement; attending case status meetings with the Debtors' management team and other retained professionals; conducting regular meetings internally regarding the overall case status, staffing, workstreams, and strategy; general case management.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Katie Alexanderson | Associate | 0.30 | $350.00 | $105.00 |
| **Total** | | **0.30** | | **$105.00** |

*Fee Applications:*
Review the Interim Compensation Order and applicable provisions of the Bankruptcy Code; prepare and distribute Stout's monthly fee statement and interim fee application in accordance with the Interim Compensation Order; review monthly fee statement and interim fee application to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code; revise monthly fee statement and interim fee application for privilege and confidentiality.

| Professional | Title | Hours | Rate | Sum of Fees |
|---|---|---|---|---|
| Niall Ledwidge | Managing Director | 0.30 | $800.00 | $240.00 |
| Katie Alexanderson | Associate | 15.00 | $350.00 | $5,250.00 |
| **Total** | | **15.30** | | **$5,490.00** |

**Exhibit D**

**Celsius Network, LLC,** *et al.,*
**Time Detail of Task by Professional**
**October 1, 2023 through October 31, 2023**

| Asset Valuation | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Hours** | **Rate** | **Amount** | **Description** |
| Brent Sloan | 10/1/2023 | 1.10 | 800.00 | 880.00 | Reviewed draft Mining valuation narrative report |
| Brent Sloan | 10/1/2023 | 1.90 | 800.00 | 1,520.00 | Prepared changes to draft Mining valuation narrative report |
| Joel Cohen | 10/1/2023 | 1.20 | 800.00 | 960.00 | Mock testimony preparation for defense of declaration at confirmation hearing |
| Adam Bakula | 10/2/2023 | 1.30 | 500.00 | 650.00 | Personal Property valuation analysis - preparation of audit support workpapers (mining rig market data inputs, functional obsolescence analysis, facility replacement cost new data) |
| Adam Bakula | 10/2/2023 | 2.10 | 500.00 | 1,050.00 | Personal Property valuation analysis - preparation of audit support workpapers (mining rig replacement cost new inputs, mining rig consolidated summary table, normal useful life supporting data) |
| Adam Bakula | 10/2/2023 | 1.70 | 500.00 | 850.00 | Personal Property valuation analysis - preparation of audit support workpapers (price index input data, indirect and direct cost approach model) |
| Adam Bakula | 10/2/2023 | 0.50 | 500.00 | 250.00 | Personal Property valuation analysis - exhibit revisions |
| Brent Sloan | 10/2/2023 | 0.90 | 800.00 | 720.00 | Call with J. Block, EY and RSM re: Celsius investment valuation |
| Brent Sloan | 10/2/2023 | 0.70 | 800.00 | 560.00 | Submit draft Mining valuation narrative report and related exhibits to J. Block for review |
| Brent Sloan | 10/2/2023 | 0.60 | 800.00 | 480.00 | Internal meeting with M. Marrujo re: following up with previous responses regarding questions on the SAFES valuation approach |
| Doug Hall | 10/2/2023 | 3.90 | 225.00 | 877.50 | Finished draft narrative report for internal review |
| Doug Hall | 10/2/2023 | 0.80 | 225.00 | 180.00 | Addressed internal review comments on draft narrative report |
| Doug Hall | 10/2/2023 | 2.20 | 225.00 | 495.00 | Compiled real property and personal property teams' narrative write ups into one report. |
| Doug Hall | 10/2/2023 | 0.90 | 225.00 | 202.50 | Prepared the report to be deliverable ready. |
| Fotis Konstantinidis | 10/2/2023 | 0.60 | 800.00 | 480.00 | Read and kept notes on disclosure statements and documents filed on the Celsius case. |
| Fotis Konstantinidis | 10/2/2023 | 0.50 | 800.00 | 400.00 | Internal meeting with J. Cohen, N. Ledwidge, I. McCready, S. Kandoi, K. Alexanderson regarding Celsius hearing opening debrief. |

| Ian McCready | 10/2/2023 | 0.70 | 575.00 | 402.50 | Mock testimony and preparation with K&E for defense of declaration at confirmation hearing |
| Ian McCready | 10/2/2023 | 1.30 | 575.00 | 747.50 | Worked on testimony support documentation, building out decision waterfall for treatment of various crypto assets dependent on liquidity, and reviewing EFH loans treatment notes |
| Ian McCready | 10/2/2023 | 0.70 | 575.00 | 402.50 | Market research from news and Twitter sources for potential issues at testimony (i.e., any fallout the UCC issue from 9/29/2023) |
| Ian McCready | 10/2/2023 | 0.50 | 575.00 | 287.50 | Internal meeting with J. Cohen, N. Ledwidge, F. Konstantinidis, S. Kandoi, K. Alexanderson regarding Celsius hearing opening debrief. |
| Jack Wang | 10/2/2023 | 1.60 | 300.00 | 480.00 | Update financial analysis models for the alternative asset investments to September valuation date. |
| Jack Wang | 10/2/2023 | 0.40 | 300.00 | 120.00 | Review updated documents for each alternative investments assets to track any changes in terms |
| Joel Cohen | 10/2/2023 | 0.70 | 800.00 | 560.00 | Mock testimony and preparation with K&E for defense of declaration at confirmation hearing |
| Joel Cohen | 10/2/2023 | 2.10 | 800.00 | 1,680.00 | Review of report and full exhibits for testimony and preparation for defense of declaration at confirmation hearing |
| Joel Cohen | 10/2/2023 | 5.70 | 800.00 | 4,560.00 | Attending confirmation hearing |
| Joel Cohen | 10/2/2023 | 0.50 | 800.00 | 400.00 | Internal meeting with F. Konstantinidis, N. Ledwidge, I. McCready, S. Kandoi, K. Alexanderson regarding Celsius hearing opening debrief. |
| Joel Cohen | 10/2/2023 | 0.60 | 800.00 | 480.00 | Meeting with N. Ledwidge and S. Kandoi re debtor's liquidation analysis. |
| Joshua Ceaser | 10/2/2023 | 0.40 | 500.00 | 200.00 | Meeting with W. Mo to prepare DLOM models for testimony. |
| Katie Alexanderson | 10/2/2023 | 0.50 | 350.00 | 175.00 | Internal meeting with J. Cohen, N. Ledwidge, I. McCready, S. Kandoi, F. Konstantinidis regarding Celsius hearing opening debrief. |
| Mitcheel Marrujo | 10/2/2023 | 0.60 | 425.00 | 255.00 | Internal meeting with B. Sloan re: following up with previous responses regarding questions on the SAFES valuation approach |
| Niall Ledwidge | 10/2/2023 | 0.50 | 800.00 | 400.00 | Internal meeting with J. Cohen, F. Konstantinidis, I. McCready, S. Kandoi, K. Alexanderson regarding Celsius hearing opening debrief. |
| Niall Ledwidge | 10/2/2023 | 2.40 | 800.00 | 1,920.00 | Attending confirmation hearing re: anticipating and preparing responses to potential queries for J. Cohen's upcoming testimony. |
| Niall Ledwidge | 10/2/2023 | 0.70 | 800.00 | 560.00 | Mock testimony and preparation with K&E for defense of declaration at confirmation hearing |

| Niall Ledwidge | 10/2/2023 | 0.60 | 800.00 | 480.00 | Meeting with J. Cohen and S. Kandoi re debtor's liquidation analysis. |
|---|---|---|---|---|---|
| Orfeas Konstantopoulos | 10/2/2023 | 1.20 | 225.00 | 270.00 | Prepared the alternative assets' valuations as of 9/27/2023. |
| Sidharth Kandoi | 10/2/2023 | 1.80 | 425.00 | 765.00 | Attended confirmation hearing via Zoom to review opening statements for J. Cohen's testimony preparation |
| Sidharth Kandoi | 10/2/2023 | 0.60 | 425.00 | 255.00 | Meeting with J. Cohen and N. Ledwidge re debtor's liquidation analysis. |
| Sidharth Kandoi | 10/2/2023 | 2.10 | 425.00 | 892.50 | Reconciling and analyzing the liquidation analysis compared to Stout valuation |
| Sidharth Kandoi | 10/2/2023 | 0.70 | 425.00 | 297.50 | Mock testimony and preparation with K&E for defense of declaration at confirmation hearing |
| Sidharth Kandoi | 10/2/2023 | 0.50 | 425.00 | 212.50 | Internal meeting with J. Cohen, N. Ledwidge, I. McCready, F. Konstantinidis, K. Alexanderson regarding Celsius hearing opening debrief. |
| Tiffany Chi | 10/2/2023 | 1.20 | 575.00 | 690.00 | Review and comment on updated valuation date of institutional loans and EFH loans |
| Wendy Mo | 10/2/2023 | 0.40 | 250.00 | 100.00 | Meeting with J. Ceaser to prepare DLOM models for testimony. |
| Brent Sloan | 10/3/2023 | 0.70 | 800.00 | 560.00 | Call with M. Marrujo re: auditor queries |
| Brent Sloan | 10/3/2023 | 0.30 | 800.00 | 240.00 | Call with J. Block re: RSM request |
| Fotis Konstantinidis | 10/3/2023 | 1.20 | 800.00 | 960.00 | Attended confirmation hearing via Zoom to understand line of questioning for J. Cohen's testimony preparation |
| Joel Cohen | 10/3/2023 | 7.40 | 800.00 | 5,920.00 | Attendance and testimony at Confirmation hearing including preparation |
| Mitcheel Marrujo | 10/3/2023 | 0.70 | 425.00 | 297.50 | Call with B. Sloan re: auditor queries |
| Niall Ledwidge | 10/3/2023 | 4.20 | 800.00 | 3,360.00 | Attending confirmation hearing and advising team ahead of testimony |
| Prasanthkumar Chunduru | 10/3/2023 | 1.00 | 450.00 | 450.00 | Roll forward loan portfolio analysis to a new valuation date of 9/28/2023 |
| Sidharth Kandoi | 10/3/2023 | 5.50 | 425.00 | 2,337.50 | Attended confirmation hearing with J. Cohen |
| Sidharth Kandoi | 10/3/2023 | 1.70 | 425.00 | 722.50 | Preparing and reviewing report notes to support prep for J. Cohen's Testimony |
| Brent Sloan | 10/4/2023 | 0.90 | 800.00 | 720.00 | Call with M. Marrujo re: RSM request |
| Brent Sloan | 10/4/2023 | 0.60 | 800.00 | 480.00 | Review RSM request |
| Joel Cohen | 10/4/2023 | 7.80 | 800.00 | 6,240.00 | Attending confirmation hearing |
| Mitcheel Marrujo | 10/4/2023 | 0.90 | 425.00 | 382.50 | Call with B. Sloan re: RSM request |
| Sidharth Kandoi | 10/4/2023 | 1.10 | 425.00 | 467.50 | Attending confirmation hearing via Zoom |
| Mitcheel Marrujo | 10/5/2023 | 0.40 | 425.00 | 170.00 | Reviewing follow up auditor questions |
| Mitcheel Marrujo | 10/5/2023 | 1.10 | 425.00 | 467.50 | Preparing responses to the follow up auditor questions |
| Brent Sloan | 10/6/2023 | 0.70 | 800.00 | 560.00 | Discuss auditor queries with M. Marrujo |
| Brent Sloan | 10/6/2023 | 1.30 | 800.00 | 1,040.00 | Call with J. Block to review draft Mining valuation analysis |
| Mitcheel Marrujo | 10/6/2023 | 0.70 | 425.00 | 297.50 | Discuss auditor queries with B. Sloan |
| Mitcheel Marrujo | 10/6/2023 | 2.30 | 425.00 | 977.50 | Reviewing guidance and key investment terms from the right and obligation agreement of the SAFEs investment |
| Joel Cohen | 10/8/2023 | 0.40 | 800.00 | 320.00 | At the request of K&E, review of CEL Tokenomics Report and sections on digit currency platform token |

| | | | | | |
|---|---|---|---|---|---|
| Joel Cohen | 10/8/2023 | 0.70 | 800.00 | 560.00 | At the request of K&E, review of CEL Tokenomics Report and sections on digit currency market and nuances |
| Joel Cohen | 10/8/2023 | 0.90 | 800.00 | 720.00 | At the request of K&E, review of CEL Tokenomics Report and sections on valuation methodology |
| Joel Cohen | 10/8/2023 | 0.60 | 800.00 | 480.00 | At the request of K&E, review of CEL Tokenomics Report and sections on Token and economics |
| Brent Sloan | 10/9/2023 | 0.70 | 800.00 | 560.00 | Prepared responses to RSM re: Core Scientific Note valuation for 2021 |
| Brent Sloan | 10/9/2023 | 2.30 | 800.00 | 1,840.00 | Prepared responses to RSM |
| Brent Sloan | 10/9/2023 | 1.30 | 800.00 | 1,040.00 | Review of valuation analytic as of June 2021 |
| Brent Sloan | 10/9/2023 | 0.40 | 800.00 | 320.00 | Call with J. Block and EY to discuss review of draft Mining valuation (fair value adjustments, balance sheet update, and potential need for warrant valuation) |
| Brent Sloan | 10/9/2023 | 0.30 | 800.00 | 240.00 | Internal meeting with M. Marrujo on adjustments and feedback regarding document prepared for RSM auditor questions. |
| Brent Sloan | 10/9/2023 | 1.30 | 800.00 | 1,040.00 | Review of revised financial statements and disclosures for Mining |
| Doug Hall | 10/9/2023 | 0.40 | 225.00 | 90.00 | Call with J. Block and EY to discuss review of draft Mining valuation (fair value adjustments, balance sheet update, and potential need for warrant valuation) |
| Doug Hall | 10/9/2023 | 1.40 | 225.00 | 315.00 | Incorporated newly received financials into the model and analysis. |
| Doug Hall | 10/9/2023 | 1.30 | 225.00 | 292.50 | Adjusted portions of the model due to the addition of the newly added financials. |
| Joel Cohen | 10/9/2023 | 1.90 | 800.00 | 1,520.00 | Review of court documents and court transcripts |
| Katarina Quach | 10/9/2023 | 0.40 | 425.00 | 170.00 | Call with J. Block and EY to discuss review of draft Mining valuation (fair value adjustments, balance sheet update, and potential need for warrant valuation) |
| Mitcheel Marrujo | 10/9/2023 | 0.30 | 425.00 | 127.50 | Internal meeting with B. Sloan on adjustments and feedback regarding document prepared for RSM auditor questions. |
| Niall Ledwidge | 10/9/2023 | 0.20 | 800.00 | 160.00 | Reviewing and commenting on CEL token valuation report re: potential rebuttal. |
| Adam Bakula | 10/10/2023 | 0.40 | 500.00 | 200.00 | Personal Property valuation - updating personal property analysis for WACC revision |
| Brent Sloan | 10/10/2023 | 0.40 | 800.00 | 320.00 | Call with J. Block and EY re: additional work request - valuation of warrants |
| Brent Sloan | 10/10/2023 | 0.80 | 800.00 | 640.00 | Review of May 2023 valuation |
| Brent Sloan | 10/10/2023 | 0.60 | 800.00 | 480.00 | Call with J. Block and EY re: valuations for 2021 |
| Brent Sloan | 10/10/2023 | 0.40 | 800.00 | 320.00 | Call with J. Block and J. Cohen re: additional work request - valuation of warrants |

| Brent Sloan | 10/10/2023 | 1.80 | 800.00 | 1,440.00 | Reviewed revised draft Mining valuation narrative report and related exhibits |
|---|---|---|---|---|---|
| Brent Sloan | 10/10/2023 | 0.60 | 800.00 | 480.00 | Finalized the revised draft Mining valuation narrative report and related exhibits and submitted to J. Block for review |
| Doug Hall | 10/10/2023 | 1.20 | 225.00 | 270.00 | Quality check the analysis for newly added financials and additional changes |
| Doug Hall | 10/10/2023 | 1.40 | 225.00 | 315.00 | Formatted draft exhibits and updated the report to be client deliverable ready. |
| Doug Hall | 10/10/2023 | 0.40 | 225.00 | 90.00 | Call with K. Quach to discuss changes to the historical financials provided by EY, and explanation of assumptions made. |
| Fotis Konstantinidis | 10/10/2023 | 2.10 | 800.00 | 1,680.00 | Reviewed and kept notes on the CEL Tokenomics report. |
| Joel Cohen | 10/10/2023 | 1.90 | 800.00 | 1,520.00 | Review of and updates to Celsius rebuttal points to CEL Tokenomics report for K&E |
| Joel Cohen | 10/10/2023 | 0.40 | 800.00 | 320.00 | Call with J. Block and B. Sloan re: additional work request - valuation of warrants |
| Katarina Quach | 10/10/2023 | 0.40 | 425.00 | 170.00 | Call with D. Hall to discuss changes to the historical financials provided by EY, and explanation of assumptions made. |
| Niall Ledwidge | 10/10/2023 | 0.60 | 800.00 | 480.00 | Call with J. Block and EY re: valuations for 2021 |
| Brent Sloan | 10/11/2023 | 2.30 | 800.00 | 1,840.00 | Reviewed SEC S-1 filing for information regarding the SAFEs |
| Brent Sloan | 10/11/2023 | 0.70 | 800.00 | 560.00 | Reviewed RSM's additional questions re: Celsius investment valuation |
| Brent Sloan | 10/11/2023 | 0.80 | 800.00 | 640.00 | Reviewed revised draft Mining valuation narrative report and related exhibits |
| Doug Hall | 10/11/2023 | 0.40 | 225.00 | 90.00 | Updated exhibits to new changes to financials as provided by EY. |
| Doug Hall | 10/11/2023 | 0.50 | 225.00 | 112.50 | Call with K. Quach to review impact to analysis from reclassing other receivables from current to non-current and treatment of operating leases in the DCF and WARA. |
| Doug Hall | 10/11/2023 | 1.00 | 225.00 | 225.00 | Updated the report for new changes in the analysis and to be deliverable ready and sent to client. |
| Ian McCready | 10/11/2023 | 1.60 | 575.00 | 920.00 | Review CEL Tokenomics Report sent to Counsel to determine if an official response/rebuttal was warranted |
| Ian McCready | 10/11/2023 | 0.30 | 575.00 | 172.50 | Drafted and sent email with Stout talking points, based on SME responses, to Counsel |
| Joel Cohen | 10/11/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Block to go over questions from auditors on valuation and related methodology discussion |
| Katarina Quach | 10/11/2023 | 0.50 | 425.00 | 212.50 | Call with D. Hall to review impact to analysis from reclassing other receivables from current to non-current and treatment of operating leases in the DCF and WARA. |
| Niall Ledwidge | 10/11/2023 | 0.40 | 800.00 | 320.00 | Meeting with J. Block to go over questions from auditors on valuation and related methodology discussion |

| | | | | | |
|---|---|---|---|---|---|
| Brent Sloan | 10/12/2023 | 1.90 | 800.00 | 1,520.00 | Prepared responses to RSM's additional questions re Celsius investment valuation |
| Brent Sloan | 10/12/2023 | 0.70 | 800.00 | 560.00 | Meeting with J. Cohen, F. Konstantinidis, J. Ceaser, T. Chi, C. Capatto, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Carolina Capatto | 10/12/2023 | 0.70 | 500.00 | 350.00 | Meeting with J. Cohen, B. Sloan, J. Ceaser, T. Chi, F. Konstantinidis, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Fotis Konstantinidis | 10/12/2023 | 0.70 | 800.00 | 560.00 | Meeting with J. Cohen, B. Sloan, J. Ceaser, T. Chi, C. Capatto, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Ian McCready | 10/12/2023 | 0.30 | 575.00 | 172.50 | Replied to Counsel's queries for further elaboration on some of Stout's talking points |
| Jack Wang | 10/12/2023 | 0.70 | 300.00 | 210.00 | Meeting with J. Cohen, B. Sloan, J. Ceaser, T. Chi, C. Capatto, F. Konstantinidis, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Joel Cohen | 10/12/2023 | 0.60 | 800.00 | 480.00 | Response to K&E questions on Stout commentary to Tokenomics Report |
| Joel Cohen | 10/12/2023 | 0.70 | 800.00 | 560.00 | Preparation for meeting with auditors re: questions on valuation |
| Joel Cohen | 10/12/2023 | 0.70 | 800.00 | 560.00 | Meeting with F. Konstantinidis, B. Sloan, J. Ceaser, T. Chi, C. Capatto, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Joshua Ceaser | 10/12/2023 | 0.60 | 500.00 | 300.00 | Preparation for audit meeting with RSM. |
| Joshua Ceaser | 10/12/2023 | 0.70 | 500.00 | 350.00 | Meeting with J. Cohen, B. Sloan, F. Konstantinidis, T. Chi, C. Capatto, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Mitcheel Marrujo | 10/12/2023 | 1.50 | 425.00 | 637.50 | Preparing models with adjustment required for approach integrating RSM comments regarding SAFEs analysis being treated as debt-like instrument and apply a risky discount rate to the payoff assumptions. |
| Tiffany Chi | 10/12/2023 | 0.70 | 575.00 | 402.50 | Meeting with J. Cohen, B. Sloan, J. Ceaser, F. Konstantinidis, C. Capatto, J. Wang, J. Block (US Bitcoin Corp), R. Hoover (RSM), H. Siegal (RSM), S. Riley (EY), K. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Tang (Celsius) re: audit-related questions for Stout valuation report. |
| Brent Sloan | 10/13/2023 | 1.70 | 800.00 | 1,360.00 | Reviewed debt-like analyses for 2021 |
| Brent Sloan | 10/13/2023 | 1.30 | 800.00 | 1,040.00 | Discuss with M. Marrujo RSM's request for 2021 be valued as debt-like instruments |
| Brent Sloan | 10/13/2023 | 1.30 | 800.00 | 1,040.00 | Prepared changes to debt-like analyses for 2021 |
| Ian McCready | 10/13/2023 | 0.30 | 575.00 | 172.50 | Drafted and sent email with Stout's findings, based on SME responses, to Counsel |
| Joel Cohen | 10/13/2023 | 0.70 | 800.00 | 560.00 | Response to K&E questions on Stout commentary to Tokenomics Report |
| Mitcheel Marrujo | 10/13/2023 | 1.30 | 425.00 | 552.50 | Discuss with B. Sloan RSM's request for 2021 be valued as debt-like instruments |
| Mitcheel Marrujo | 10/13/2023 | 0.60 | 425.00 | 255.00 | Finalizing responses to RSM questions on approach |
| Mitcheel Marrujo | 10/13/2023 | 0.60 | 425.00 | 255.00 | Presenting conclusion with concluded decision to adjust the model to account for the riskiness of the SAFEs and being treated as debt-like instrument |
| Brent Sloan | 10/15/2023 | 1.30 | 800.00 | 1,040.00 | Prepared debt-like back solve analysis requested by RSM re Celsius investment valuation |
| Brent Sloan | 10/16/2023 | 0.30 | 800.00 | 240.00 | Call with J. Block and EY to discuss debt-like back solve analysis requested by RSM re Celsius investment valuation |
| Mitcheel Marrujo | 10/16/2023 | 0.30 | 425.00 | 127.50 | Call with J. Block and EY to discuss debt-like back solve analysis requested by RSM re Celsius investment valuation |
| Brent Sloan | 10/19/2023 | 0.70 | 800.00 | 560.00 | Call w/ M. Marrujo re analysis requested by RSM re Celsius investment valuation |
| Brent Sloan | 10/19/2023 | 1.20 | 800.00 | 960.00 | Prepare response and workpaper requested by RSM re: Celsius investment valuation |
| Brent Sloan | 10/19/2023 | 0.30 | 800.00 | 240.00 | Review response and workpaper requested by RSM re: Celsius investment valuation |
| Mitcheel Marrujo | 10/19/2023 | 0.70 | 425.00 | 297.50 | Call w/ B. Sloan re analysis requested by RSM re Celsius investment valuation |
| Mitcheel Marrujo | 10/19/2023 | 0.40 | 425.00 | 170.00 | Preparing response and confirming assumptions utilized in the S-1 filing |
| Mitcheel Marrujo | 10/19/2023 | 0.30 | 425.00 | 127.50 | Reviewing question received by RSM regarding equity value utilized in the issuance date of the SAFEs |
| Mitcheel Marrujo | 10/19/2023 | 1.00 | 425.00 | 425.00 | Reviewing equity analysis performed by VPA for S-1 filings for reference |
| Adam Bakula | 10/23/2023 | 0.60 | 500.00 | 300.00 | Personal Property valuation - compiling audit support documents requested by RSM |
| Brent Sloan | 10/23/2023 | 0.30 | 800.00 | 240.00 | Consolidated and sent responses to RSM's audit review questions to J. Block and EY for review |
| Brent Sloan | 10/23/2023 | 1.80 | 800.00 | 1,440.00 | Prepared responses to RSM's audit review questions regarding investment valuations |
| Brent Sloan | 10/23/2023 | 0.60 | 800.00 | 480.00 | Review of RSM's audit review questions regarding investment valuations |
| Brent Sloan | 10/23/2023 | 0.60 | 800.00 | 480.00 | Review of RSM's audit review questions regarding Mining |

| | | | | | |
|---|---|---|---|---|---|
| Mitcheel Marrujo | 10/23/2023 | 0.90 | 425.00 | 382.50 | Reviewing and responding additional questions required by RSM |
| Mitcheel Marrujo | 10/23/2023 | 0.40 | 425.00 | 170.00 | Preparing responses to RSM questions for review by B. Sloan |
| Brent Sloan | 10/24/2023 | 0.60 | 800.00 | 480.00 | Meeting with J. Block and EY re Management Warrant valuation |
| Brent Sloan | 10/24/2023 | 0.50 | 800.00 | 400.00 | Meeting with J. Cohen, N. Ledwidge, F. Konstantinidis, C. Capatto, T. Chi regarding valuation of warrants and crypto. |
| Carolina Capatto | 10/24/2023 | 0.50 | 500.00 | 250.00 | Meeting with J. Cohen, N. Ledwidge, B. Sloan, F. Konstantinidis, T. Chi regarding valuation of warrants and crypto. |
| Fotis Konstantinidis | 10/24/2023 | 0.50 | 800.00 | 400.00 | Meeting with J. Cohen, N. Ledwidge, B. Sloan, C. Capatto, T. Chi regarding valuation of warrants and crypto. |
| Joel Cohen | 10/24/2023 | 0.50 | 800.00 | 400.00 | Meeting with F. Konstantinidis, N. Ledwidge, B. Sloan, C. Capatto, T. Chi regarding valuation of warrants and crypto. |
| Niall Ledwidge | 10/24/2023 | 0.50 | 800.00 | 400.00 | Meeting with J. Cohen, F. Konstantinidis, B. Sloan, C. Capatto, T. Chi regarding valuation of warrants and crypto. |
| Tiffany Chi | 10/24/2023 | 0.50 | 575.00 | 287.50 | Meeting with J. Cohen, N. Ledwidge, B. Sloan, C. Capatto, F. Konstantinidis regarding valuation of warrants and crypto. |
| Brent Sloan | 10/25/2023 | 0.70 | 800.00 | 560.00 | Prepared responses to RSM's audit review questions |
| Brent Sloan | 10/25/2023 | 0.80 | 800.00 | 640.00 | Review of RSM's audit review questions regarding Stakehound, Mawson, MATIC and QRDO |
| Harris Antoniades | 10/25/2023 | 0.70 | 800.00 | 560.00 | Alternative Investments valuation analysis |
| Joel Cohen | 10/25/2023 | 0.70 | 800.00 | 560.00 | Review of latest round of topics auditors valuation team want to discuss and related correspondence with client |
| Brent Sloan | 10/26/2023 | 0.80 | 800.00 | 640.00 | Researched and selected guideline public companies for warrant valuation |
| Brent Sloan | 10/26/2023 | 0.80 | 800.00 | 640.00 | Meeting with F. Konstantinidis, J. Cohen, T. Chi, C. Capatto, J. Ceaser, S. Schreiber (A&M), C. Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Carolina Capatto | 10/26/2023 | 0.60 | 500.00 | 300.00 | Internal call with O. Konstantopoulos and J. Wang re: audit questions with regards to the Alternative Assets valuation. |
| Carolina Capatto | 10/26/2023 | 0.80 | 500.00 | 400.00 | Meeting with B. Sloan, J. Cohen, T. Chi, F. Konstantinidis, J. Ceaser, S. Schreiber (A&M), C. Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Fotis Konstantinidis | 10/26/2023 | 0.40 | 800.00 | 320.00 | Reviewed 5/31 valuation to prepare for meeting regarding audit questions sent. |
| Fotis Konstantinidis | 10/26/2023 | 0.80 | 800.00 | 640.00 | Meeting with B. Sloan, J. Cohen, T. Chi, C. Capatto, J. Ceaser, S. Schreiber (A&M), C. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Harris Antoniades | 10/26/2023 | 0.90 | 800.00 | 720.00 | Alternative Investments valuation financial analysis |
| Harris Antoniades | 10/26/2023 | 1.20 | 800.00 | 960.00 | Retail Loan valuation update |
| Jack Wang | 10/26/2023 | 0.60 | 300.00 | 180.00 | Internal call with O. Konstantopoulos and C. Capatto re: audit questions with regards to the Alternative Assets valuation. |
| Joel Cohen | 10/26/2023 | 0.80 | 800.00 | 640.00 | Preparation for meeting with J. Block by reviewing valuation analysis, approach, and methodologies |
| Joel Cohen | 10/26/2023 | 0.80 | 800.00 | 640.00 | Meeting with B. Sloan, F. Konstantinidis, T. Chi, C. Capatto, J. Ceaser, S. Schreiber (A&M), C. Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Joel Cohen | 10/26/2023 | 0.90 | 800.00 | 720.00 | Correspondence with client regarding valuation analysis and approach |
| Joshua Ceaser | 10/26/2023 | 0.60 | 500.00 | 300.00 | Verify historical data for volatility to export for audit. |
| Joshua Ceaser | 10/26/2023 | 0.80 | 500.00 | 400.00 | Meeting with B. Sloan, J. Cohen, T. Chi, C. Capatto, F. Konstantinidis, S. Schreiber (A&M), C. Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Joshua Ceaser | 10/26/2023 | 0.30 | 500.00 | 150.00 | Export historical data from 5/31 report for audit |
| Joshua Ceaser | 10/26/2023 | 0.40 | 500.00 | 200.00 | Verify historical data exported for audit of 5/31 valuation. |
| Orfeas Konstantopoulos | 10/26/2023 | 0.60 | 225.00 | 135.00 | Internal call with C. Capatto and J. Wang re: audit questions with regards to the Alternative Assets valuation. |
| Orfeas Konstantopoulos | 10/26/2023 | 2.80 | 225.00 | 630.00 | Prepared and provided answers to the audit questions about the Alternative Assets analyses. |
| Tiffany Chi | 10/26/2023 | 0.80 | 575.00 | 460.00 | Meeting with B. Sloan, J. Cohen, F. Konstantinidis, C. Capatto, J. Ceaser, S. Schreiber (A&M), C. Dailey (A&M), J. Block (US Bitcoin), S. Riley (EY), K. Tang (Celsius) regarding the valuation of various assets related to the audit questions for 5/31 valuation. |
| Tiffany Chi | 10/26/2023 | 1.30 | 575.00 | 747.50 | Review and comment on warrants agreement and methodology |
| Alexandros Bougias | 10/27/2023 | 0.40 | 275.00 | 110.00 | Internal call with J. Wang on the Valuation Methodology of Warrants. |
| Alexandros Bougias | 10/27/2023 | 1.60 | 275.00 | 440.00 | Valuation analysis of Warrants Investment |
| Brent Sloan | 10/27/2023 | 0.40 | 800.00 | 320.00 | Consolidated and sent responses to RSM's audit review questions to J. Block and EY for review |

| Brent Sloan | 10/27/2023 | 1.60 | 800.00 | 1,280.00 | Prepared responses to RSM's audit review questions regarding Stakehound, Mawson, MATIC and QRDO valuations |
|---|---|---|---|---|---|
| Brent Sloan | 10/27/2023 | 0.60 | 800.00 | 480.00 | Review of responses to RSM's audit review questions regarding Mawson, MATIC and QRDO |
| Brent Sloan | 10/27/2023 | 0.30 | 800.00 | 240.00 | Review of responses to RSM's audit review questions regarding Stakehound |
| Fotis Konstantinidis | 10/27/2023 | 0.70 | 800.00 | 560.00 | Reviewed 5/31 valuation documents and prior minutes of meeting to draft answers to all cryptocurrency-related audit questions. |
| Fotis Konstantinidis | 10/27/2023 | 0.70 | 800.00 | 560.00 | Meeting with J. Ceaser to finalize audit responses. |
| Jack Wang | 10/27/2023 | 0.60 | 300.00 | 180.00 | Draft responses to audit questions related to cryptocurrency |
| Jack Wang | 10/27/2023 | 0.40 | 300.00 | 120.00 | Internal call with A. Bougias on the Valuation Methodology of Warrants. |
| Joel Cohen | 10/27/2023 | 0.30 | 800.00 | 240.00 | Calls with J. Block to discuss valuation and auditor responses |
| Joel Cohen | 10/27/2023 | 0.90 | 800.00 | 720.00 | Drafting and review of responses for auditors and client |
| Joshua Ceaser | 10/27/2023 | 0.70 | 500.00 | 350.00 | Meeting with F. Konstantinidis to finalize audit responses. |
| Joshua Ceaser | 10/27/2023 | 0.40 | 500.00 | 200.00 | Review and verify responses to audit questions. |
| Tiffany Chi | 10/27/2023 | 2.00 | 575.00 | 1,150.00 | Review and comment on warrant analyses |
| Brent Sloan | 10/28/2023 | 0.60 | 800.00 | 480.00 | Reviewed Management's responses to RSM's audit review questions |
| Joel Cohen | 10/28/2023 | 0.40 | 800.00 | 320.00 | Review of draft responses for auditor and related correspondence with J. Block |
| Adam Bakula | 10/30/2023 | 0.20 | 500.00 | 100.00 | Gathering and sending supporting documents requested by RSM for their review of personal property valuation of Celsius mining assets. |
| Adam Bakula | 10/30/2023 | 0.60 | 500.00 | 300.00 | Meeting with J. Cohen, B. Sloan, C. Capatto, J. Ceaser, F. Konstantinidis, J. Block (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Adam Bakula | 10/30/2023 | 0.20 | 500.00 | 100.00 | Reviewing analysis and report in preparation of call with RSM |
| Alexandros Bougias | 10/30/2023 | 1.10 | 275.00 | 302.50 | Review of financial documents and data tapes related to Celsius NewCo. Warrants analysis as of 8/31/2023 |
| Alexandros Bougias | 10/30/2023 | 3.20 | 275.00 | 880.00 | Performed valuation analysis related to Celsius NewCo. Warrants analysis as of 8/31/2023 |
| Brent Sloan | 10/30/2023 | 1.30 | 800.00 | 1,040.00 | Prepared responses to RSM's audit review questions for Mining valuation |
| Brent Sloan | 10/30/2023 | 0.70 | 800.00 | 560.00 | Prepare for RSM call to discuss audit review questions |
| Brent Sloan | 10/30/2023 | 0.60 | 800.00 | 480.00 | Meeting with J. Cohen, F. Konstantinidis, C. Capatto, J. Ceaser, A. Bakula, J. Block |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Carolina Capatto | 10/30/2023 | 0.60 | 500.00 | 300.00 | Meeting with J. Cohen, B. Sloan, F. Konstantinidis, J. Ceaser, A. Bakula, J. Block (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Fotis Konstantinidis | 10/30/2023 | 0.60 | 800.00 | 480.00 | Meeting with J. Cohen, B. Sloan, C. Capatto, J. Ceaser, A. Bakula, J. Block (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Jack Wang | 10/30/2023 | 1.20 | 300.00 | 360.00 | Review financial documents files and data tapes related to Celsius NewCo. Warrants |
| Jack Wang | 10/30/2023 | 2.30 | 300.00 | 690.00 | Build financial models related to Celsius NewCo. Warrants analysis as of 8/31/2023 |
| Jack Wang | 10/30/2023 | 1.50 | 300.00 | 450.00 | Draft Audit Questions response on alternative assets 5/31/2023 analysis |
| Jack Wang | 10/30/2023 | 0.50 | 300.00 | 150.00 | Run back-tests regarding to different assumptions on financial models for alternative assets 5/31/2023 analysis |
| Joel Cohen | 10/30/2023 | 0.60 | 800.00 | 480.00 | Meeting with F. Konstantinidis, B. Sloan, C. Capatto, J. Ceaser, A. Bakula, J. Block (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Joel Cohen | 10/30/2023 | 0.80 | 800.00 | 640.00 | Review requested questions from today's call in writing from auditors and related Stout documentation |
| Joel Cohen | 10/30/2023 | 0.60 | 800.00 | 480.00 | Review of written responses to auditors |
| Joel Cohen | 10/30/2023 | 2.70 | 800.00 | 2,160.00 | Warrant valuation and methodology |
| Joshua Ceaser | 10/30/2023 | 0.60 | 500.00 | 300.00 | Meeting with J. Cohen, B. Sloan, C. Capatto, F. Konstantinidis, A. Bakula, J. Block (US Bitcoin Corp), H. Siegal (RSM), R. Hoover (RSM), S. Croce (RSM), L. Bowers (RSM), L. Hills (RSM), S. Riley (EY), S. Schreiber (A&M), K. Tang (Celsius) regarding valuation questions raised in the audit process. |
| Tiffany Chi | 10/30/2023 | 1.80 | 575.00 | 1,035.00 | Review and comment on warrant analyses |
| Alexandros Bougias | 10/31/2023 | 1.20 | 275.00 | 330.00 | Finalized valuation analysis and reviewed the model of the Warrants Investment. |

| Brent Sloan | 10/31/2023 | 1.10 | 800.00 | 880.00 | Prepared responses to RSM's audit review questions |
| Brent Sloan | 10/31/2023 | 0.40 | 800.00 | 320.00 | Reviewed RSM's audit review questions |
| Carolina Capatto | 10/31/2023 | 1.00 | 500.00 | 500.00 | Audit responses related to Alternative Assets |
| Jack Wang | 10/31/2023 | 1.30 | 300.00 | 390.00 | Review financial documents files and data tapes related to Celsius NewCo. Warrants |
| Jack Wang | 10/31/2023 | 2.70 | 300.00 | 810.00 | Build financial models related to Celsius NewCo. Warrants analysis as of 8/31/2023 |
| Jack Wang | 10/31/2023 | 0.50 | 300.00 | 150.00 | Internal review of the deliverables package prepared for Celsius NewCo. Warrants analysis as of 8/31/2023 |
| Joel Cohen | 10/31/2023 | 0.90 | 800.00 | 720.00 | Review of final arguments for reorganization plan |
| Joel Cohen | 10/31/2023 | 0.90 | 800.00 | 720.00 | Review of management agreements and ASC 718 (Stock compensation) and related correspondence with J. Block |
| Joel Cohen | 10/31/2023 | 1.70 | 800.00 | 1,360.00 | NewCo warrant valuation analysis and related correspondence |
| Joel Cohen | 10/31/2023 | 0.80 | 800.00 | 640.00 | Correspondence with client regarding auditor questions |
| Joel Cohen | 10/31/2023 | 0.80 | 800.00 | 640.00 | Review of responses to questions from our valuation team for |
| Tiffany Chi | 10/31/2023 | 1.70 | 575.00 | 977.50 | Review and comment on warrant analyses |
| **Total** | | **230.30** | | **$140,542.50** | |

| Case Administration | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Hours** | **Rate** | **Amount** | **Description** |
| Katie Alexanderson | 10/2/2023 | 0.30 | 350.00 | 105.00 | Preparation of invoice showing 80% of payment due |
| **Total** | | **0.30** | | **$105.00** | |

| Fee Applications | | | | | |
|---|---|---|---|---|---|
| **Professional** | **Date** | **Hours** | **Rate** | **Amount** | **Description** |
| Katie Alexanderson | 10/2/2023 | 1.80 | 350.00 | 630.00 | Preparation of monthly fee statement (August) |
| Katie Alexanderson | 10/3/2023 | 1.20 | 350.00 | 420.00 | Preparation of monthly fee statement (August) |
| Katie Alexanderson | 10/10/2023 | 0.80 | 350.00 | 280.00 | Preparation of monthly fee statement (August) |
| Katie Alexanderson | 10/10/2023 | 0.20 | 350.00 | 70.00 | Preparation of proposed filing version of monthly fee statement (August) |
| Katie Alexanderson | 10/13/2023 | 2.40 | 350.00 | 840.00 | Preparation of monthly fee statement (September) |
| Katie Alexanderson | 10/19/2023 | 2.10 | 350.00 | 735.00 | Preparation of monthly fee application (September) |
| Katie Alexanderson | 10/24/2023 | 3.30 | 350.00 | 1,155.00 | Preparation of monthly fee statement (September) |
| Niall Ledwidge | 10/26/2023 | 0.30 | 800.00 | 240.00 | Reviewing and editing fee application (September) |

| Katie Alexanderson | 10/30/2023 | 3.20 | 350.00 | 1,120.00 | Preparation of monthly fee application (September) |
|---|---|---|---|---|---|
| **Total** | | **15.30** | | **$5,490.00** | |