**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
Email: david.turetsky@whitecase.com
       sam.hershey@whitecase.com
       jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:    (305) 371-2700
Facsimile:    (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:    (312) 881-5400
Facsimile:    (312) 881-5450
Email: mandolina@whitecase.com
       gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 620-7700
Facsimile:    (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF COMBINED FOURTH INTERIM AND**
**FINAL APPLICATION OF WHITE & CASE LLP FOR COMPENSATION**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**TO:**    the Debtors; counsel to the Debtors; the U.S. Trustee; counsel to the Fee Examiner; the Fee Examiner; and all parties requesting notice pursuant to Bankruptcy Rule 2002.[2]

**PLEASE TAKE NOTICE** that on the date hereof, White & Case LLP ("**White & Case**") has filed its *Combined Fourth Interim and Final Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors* (the "**Application**").

**PLEASE TAKE FURTHER NOTICE** that, if any party other than the U.S. Trustee or the Fee Examiner wishes to file a response or objection to the Application, any such responses or objections must be filed on or before **February 7, 2024 at 12:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that the U.S. Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Application by a later date pursuant to the fee review schedule set forth in the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1746] or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any objections are timely filed in accordance with this Notice, a hearing on the Application will be held at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page left intentionally blank]*

---

[2]    Capitalized terms used, but not defined, in this notice shall have the meaning ascribed to them in the attached Application.

Dated:   January 17, 2024

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 819-8200
Facsimile:    (212) 354-8113
Email:        david.turetsky@whitecase.com
              sam.hershey@whitecase.com
              jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:    (312) 881-5400
Facsimile:    (312) 881-5450
Email:        mandolina@whitecase.com
              gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:    (305) 371-2700
Facsimile:    (305) 358-5744
Email:        kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:    (213) 620-7700
Facsimile:    (213) 452-2329
Email:        aaron.colodny@whitecase.com

*Counsel to the Official Committee of*
*Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[3] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUMMARY COVER SHEETS FOR
## COMBINED FOURTH INTERIM AND FINAL APPLICATION OF
## WHITE & CASE LLP FOR COMPENSATION FOR SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### Fee Examiner's Coversheet for Final Application

| | |
|---|---|
| **Name of Applicant:** | White & Case LLP |
| **Name of Client:** | The Official Committee of Unsecured Creditors of the above-captioned debtors and debtors-in-possession |
| **Petition Date:** | July 13, 2022 |
| **Retention Date:** | *Effective as of* July 29, 2022 |
| **Time Period Covered by this Application for which Compensation and Reimbursement Is Sought:** | July 29, 2022 through November 9, 2023 (the "**Final Period**") |
| **Amount of Final Compensation Requested as Actual, Reasonable, and Necessary:** | $50,502,967.87 |
| **Amount of Final Expense Reimbursement Requested as Actual, Reasonable, and Necessary:** | $601,895.84 |
| **Blended rate[4] in this Application for all Partners, Counsel, and Associates:** | $1,173 |
| **Blended rate in this Application for all timekeepers:** | $1,130 |

---

[3]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[4]    The blended rates included in this Application are calculated by taking the total of fees billed and dividing by the total number of hours billed, rounded to the nearest dollar. Accordingly, they do not account for reductions agreed to with the Fee Examiner or other parties after such amounts were billed and included in a statement or application.

The total time expended for fee application preparation for White & Case during the Final Period is approximately 535.9 hours and the corresponding compensation requested is approximately $509,444.00.[5]

**SUMMARY OF PRIOR INTERIM FEE APPLICATIONS:**

| Date [Docket No.] | Interim Fee Period ("IFP") Covered | Fees and Expenses Approved | | Date and Docket No. of Fee Orders | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Date | [Docket No.] |
| 12/15/22 [1715] | *First IFP* 7/29/22 to 10/31/22 | $9,966,806.55 | $12,339.02 | 4/24/23 | [2523] |
| 4/14/23 [2457] | *Second IFP* 11/1/22 to 2/28/23 | $14,188,156.27 | $109,279.19 | 7/19/23 | [3055] |
| 8/14/23 [3296] | *Third IFP* 3/1/23 to 6/30/23 | $14,217,135.05 | $117,120.26 | 11/30/23 | [4056] |
| *TBD* | *Fourth IFP* 7/1/23 to 11/9/23 | *N/A* | *N/A* | *N/A* | *N/A* |
| **Total fees and expenses approved by interim orders to date:** | | **$38,372,097.87** | **$238,738.47** | | |

---

[5]    The figures provided here are based on the guideline certifications attached to White & Case's first, second, and third interim fee applications, and attached hereto as Exhibit A.  As such, it does not account for reductions previously made by White & Case in connection with the prior interim fee applications or with the Fee Examiner's review of such hours and compensation.

**<u>Coversheet for Fourth Interim Application</u>**

| | |
|---|---|
| **Time Period Covered by this Application:** | July 1, 2023 through November 9, 2023 (the "**Fourth Interim Period**") |
| **Total Compensation Requested for Fourth Interim Period:** | $12,130,870.00 |
| **Total Expenses Requested for Fourth Interim Period:** | $363,157.37 |
| **Blended rate in this Application for all Partners, Counsel, and Associates for Fourth Interim Period:** | $1,210 |
| **Blended rate in this Application for all timekeepers for Fourth Interim Period:** | $1,167 |
| **Compensation sought for Fourth Interim Period in this Application already paid pursuant to a monthly compensation order but not yet allowed:** | $9,694,308.00 |
| **Expenses sought for Fourth Interim Period in this Application already paid pursuant to a monthly compensation order but not yet allowed:** | $363,083.81 |

**Summary of Monthly Fee Statements of White & Case LLP**
**During Fourth Interim Period**

| # | Date Filed & Docket No. | Statement Period | Total Fees Requested (100%) | Interim Fees Paid (80%) | Fee Holdback (20%) | Total Expenses Requested (100%) | Interim Expenses Paid (100%) |
|---|---|---|---|---|---|---|---|
| 12th | 09/06/23 Docket No. 3426 | 7/1/2023-7/31/2023 | $1,838,908.00 | $1,471,126.40 | $367,781.60 | $50,631.17 | $50,631.17 |
| 13th | 10/04/23 Docket No. 3709 | 8/1/2023-8/31/2023 | $3,624,684.00 | $2,899,747.20 | $724,936.80 | $59,021.30 | $59,021.30 |
| 14th | 11/07/23 Docket No. 3925 | 9/1/2023-9/30/2023 | $3,831,397.00 | $3,065,117.60 | $766,279.40 | $167,341.08 | $167,341.08 |
| 15th | 12/01/23 Docket No. 4061 | 10/1/2023-11/9/2023 | $2,822,896.00 | $2,258,316.80 | $564,579.20 | $86,090.26 | $86,090.26 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[6] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## COMBINED FOURTH INTERIM AND FINAL APPLICATION OF WHITE & CASE LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

White & Case LLP ("**White & Case**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**"), hereby files its combined fourth interim and final application (the "**Application**") seeking allowance of reasonable compensation for services rendered and reimbursement of actual and necessary expenses incurred on behalf of the Committee in the aggregate amount of $51,104,863.71 for the period from July 29, 2022 through November 9, 2023 (the "**Final Period**"), inclusive of the aggregate holdback amounts for the period from July 1, 2023 through November 9, 2023 (the "**Fourth Interim Period**").

In support of this Application, White & Case submits the declaration of Gregory Pesce, a partner at White & Case (the "**Certification in Support**"), which is attached hereto as **Exhibit A** and incorporated by reference herein. In support of the Application, White & Case respectfully

---

[6]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

represents as follows:

### **Preliminary Statement**

1.     Since July 2022, White & Case has served as counsel to the Committee appointed in these Chapter 11 Cases.  When White & Case was first engaged, the Debtors had paused withdrawals and plunged into bankruptcy under uncertain circumstances with no apparent plan forward.  At that time, the facts regarding Celsius's insolvency were unknown and the law concerning cryptocurrency was undeveloped.  Now, after nearly a year and a half, Celsius is on the brink of consummating a successful reorganization of its mining business and equitably distributing billions in cryptocurrency to its unsecured creditors.

2.     These Chapter 11 Cases were extraordinarily complex.  Cryptocurrency is a novel industry.  The laws and regulations governing cryptocurrency were written during these cases.  A lack of clarity in the regulations regarding cryptocurrency and the applications of those laws and regulations to cryptocurrency required extensive analysis of legal issues regarding the Debtors' business and how to restructure that business.  The application of the Bankruptcy Code to cryptocurrency also required significant analysis and litigation before the Court.

3.     The Chapter 11 Cases required the concurrent execution of three primary workstreams by White & Case: (1) an investigation of the Debtors' assets, liabilities, and prepetition conduct; (2) the determination of key legal questions regarding the appropriate division of the Debtors' estates; and (3) the formulation of a plan for how to reorganize and maximize the value of the Debtors' regulatory compliant businesses.

4.     **First**, White & Case led the Committee's investigation of Celsius and its prepetition conduct.  The Debtors filed these cases under Alex Mashinsky's leadership and, when the Committee was appointed, Mr. Mashinsky remained in control of the Debtors.  The facts and

2

circumstances surrounding the filing required a great deal of scrutiny by the Committee. White & Case immediately began investigating allegations of misconduct. An examiner (the "**Examiner**") was subsequently appointed by the Court. White & Case understood that, as representatives of a fiduciary for hundreds of thousands of creditors, it would be required to conduct its own investigation to assert claims and recover assets, but was mindful not to duplicate the efforts of the Examiner. White & Case negotiated an appropriate scope for the Examiner's review, cooperated with the Examiner, and participated in the Examiner's investigation in an efficient manner, including by attending joint interviews to ensure testimony was preserved.

5.     White & Case and the Examiner's investigation (along with the investigations of the U.S. DOJ, SEC, FTC, and CFTC) uncovered significant fraud at Celsius. That fraud included a complicated scheme orchestrated by Celsius's prepetition management to manipulate the price of the CEL token and a corporate coverup of pervasive misrepresentations by Mr. Mashinsky and others. It also uncovered a complete lack of governance and financial controls. Celsius ran a complicated lending, trading, venture capital, mining, and decentralized finance business on QuickBooks and manually updated excel spreadsheets. Much of Celsius's prepetition affairs were simply too entangled to decipher or audit without incurring enormous expense. White & Case and the Committee's financial advisors worked diligently initially to ensure that the Debtors' assets were accounted for and secure, and secondarily to establish claims that could be brought for the benefit of unsecured creditors.

6.     White & Case's investigation resulted in the drafting and filing of a complaint against certain members of the Debtors' prepetition management team on account of their wrongful conduct. As a result of White & Case's efforts, the claims in that complaint have been preserved for prosecution after the effective date of the Plan, for the further benefit of all unsecured

creditors. White & Case's investigation also resulted in the filing and prosecution of a class proof of claim on behalf of all account holders. That class proof of claim became the cornerstone of the resolution of the relative treatment of Earn and Borrow claims, as well as hundreds of thousands of fraud and other non-contract claims. The settlement of the class proof of claim will result in the distribution of hundreds of millions of dollars more equity and cryptocurrency on the Effective Date than would have otherwise been possible.

7.      **Second**, White & Case spent considerable time advising the Committee with respect to the respective rights and entitlements of the Debtors' various creditor and other constituencies and regarding potential equitable distribution of the Debtors' estates among such constituencies. The Debtors' disregard for corporate formalities and poorly-drafted legal agreements presented unique issues that needed to be determined before a plan of reorganization could be proposed. White & Case litigated where necessary and negotiated when possible to reach an efficient resolution of those issues. White & Case then worked with the Debtors and others to develop, negotiate and implement the resolutions and settlements of those gating issues. Those efforts included:

- the analysis of contract and novel property issues in connection with the ownership of cryptocurrency associated with the Celsius's Earn, Custody, Withhold, and Borrow programs;

- the analysis of issues regarding the value of claims on account of cryptocurrency transferred to Celsius;

- the analysis of the validity of avoidance actions and defenses regarding transfers from Celsius to account holders;

- the analysis of the application and interplay of bankruptcy, securities, commodities, and other regulatory laws related to the foregoing;

- the prosecution of litigation regarding whether (1) the Debtors could retain amounts in Custody and Withhold accounts pending the resolution of avoidance actions, and (2) whether the Debtors or their account holders owned assets transferred to Celsius to participate in the Earn program;

- the prosecution of litigation regarding which Debtor entity was liable to the Debtors' account holders under the Debtors' Terms of Use;

- the formulation and prosecution of four litigation actions and an appeal to vindicate the entitlement of account holders to the value of the coins they had deposited following the Court's determination that only Celsius Network LLC was obligated to its account holders for contract claims;

- the formulation and prosecution of a motion to approve a class claim and filing of a class claim against all Debtors on account of the fraud and deceptive practices perpetrated by Celsius prior to the Petition Date;

- the formulation and negotiation of a settlement proposal to extend the maturity of Borrow claims (which was never accepted by the self-appointed representatives of the Borrowers) and development of a second settlement proposal which was incorporated in the Plan;

- the successful mediation of the issues regarding the treatment of Earn and Borrow claims; and

- the successful litigation regarding the nature, priority, and value of claims on account of the CEL Token.

8.    **Third**, White & Case and the Committee's other professionals developed a plan to reorganize the Debtors' businesses.  When the Debtors entered bankruptcy, it was uncertain whether their business could be reorganized due to the uncertain regulatory response to the misconduct and lack of disclosure in the cryptocurrency industry, generally, and Celsius, specifically.  White & Case negotiated a competitive bidding process with the Debtors to solicit bids to purchase or sponsor the reorganization of the Debtors' businesses, most importantly its large, but undeveloped, bitcoin mining business.  No acceptable cash (or cryptocurrency) bids for the Debtors' assets were received as part of that process.  The Debtors received a bid from NovaWulf to sponsor the creation of a new cryptocurrency company that would (1) restructure and continue the Debtors' retail lending business, (2) stake Ethereum, (3) operate the Debtors' Bitcoin mining business, (4) develop new cryptocurrency businesses for the benefit of the Debtors' creditors, and (5) list the new company's equity with Figure Technologies on the Provenance

blockchain.    White & Case performed extensive diligence and legal analysis on the many complicated and novel elements of NovaWulf's proposed plan.    When the Committee determined to pursue a reorganization of the Debtors business, White & Case participated in the development of alternative bids from the Fahrenheit group and the Blockchain Recovery Investment Consortium ("**BRIC**"), leading to the month-long competitive auction process.    That auction process resulted in a significant improvement of the terms of the proposed plan sponsorship as compared to the stalking horse bid and the unanimous selection of Fahrenheit as the winner of the auction by the members of the Committee.

9.    Following the selection of Fahrenheit, White & Case led the negotiation and documentation of the corporate transaction that would result in the creation of a proposed new cryptocurrency company.    White & Case, on behalf of the Committee, was also the primary counterparty to the Debtors' plan of reorganization and vigorously advocated for the best terms for unsecured creditors.    White & Case also spent significant time drafting and revising the 407-page Disclosure Statement to ensure that it provided adequate information and was accessible to its constituency.    White & Case also provided input into the solicitation materials, including the account holder ballot, and developed tutorials to help creditors make an informed decision with respect to their votes on the Plan.    During the six-day confirmation hearing, White & Case prosecuted the successful confirmation of the Plan, including the presentation of expert testimony on the value of the CEL Token.    Finally, when the SEC denied the Debtors' request for a waiver with respect to the proposed financial presentation in the Form 10 for NewCo on the eve of confirmation, White & Case advised the Committee with respect to the pivot to the Orderly Wind Down, bidding and negotiation of the MiningCo transaction with US Bitcoin and led the revision of the transaction documents for MiningCo (as defined in the Plan).    In a case that began with an

immense amount of distrust, account holders holding over $2.85 billion of claims voted to accept the Plan with a 96% acceptance rate. Moreover, only two primary parties (5 borrowers and the U.S. Trustee) objected to the Wind Down Motion. The overwhelming creditor support for the Debtors' restructuring is a product of the deliberate and cooperative approach that White & Case took in the Chapter 11 Cases on behalf of the Committee.

10.    These cases did not proceed in a straight line. White & Case provided advice and implemented the Committee's strategy against an ever-changing factual backdrop. That included developing a factual understanding of both Celsius's internal affairs and its business relationships, transfers, and contracts with third parties. Celsius's business and reorganization were also significantly impacted by the competing chapter 11 proceedings and other insolvencies of several important counterparties, including:

- Core Scientific, which filed for chapter 11 and rejected the Debtors' largest hosting contract, requiring a significant restructuring of the Debtors' mining operations during these Chapter 11 Cases.

- Equities First Holdings, LLC, which defaulted on its more than $439 million obligation to Celsius;

- Mawson Infrastructure Group Inc., which defaulted on its obligations to Celsius mining and caused Celsius to exit its hosting facilities;

- StakeHound, which sought to drag Celsius into arbitration in Switzerland over a dispute that was subsequently successfully resolved with the active involvement of the Committee, resulting in over $100 million of additional cryptocurrency being available to distribute to account holders on the Effective Date.

11.    As described by the Debtors' counsel in his opening arguments regarding confirmation of the Plan, the Debtors often turned to the Committee, as the representative of the primary economic stakeholder in these cases, for its opinion on important issues regarding the Debtors' restructuring. White & Case advised the Committee on the complicated legal aspects of chapter 11 and the changing circumstances as the cases developed so that it could make fully

informed decisions.  That included preparing for, attending, and leading more than 120 official

Committee meetings.  White & Case took direction from its clients and executed on the strategy

selected by the Committee members.  White & Case represented the Committee in negotiations

with, among others, the Debtors, the ad hoc groups of creditors, the Examiner, the U.S. Attorney

for the Southern District of New York, the SEC, the CFTC, the FTC, the U.S. Trustee, state

government bodies, regulators, competing bidders, litigation counterparties, and contract

counterparties.  White & Case also diligently responded to the questions and concerns of its

constituents throughout these processes and worked with the Debtors on a communication strategy

and encouraged them to do the same.

12.    Managing the simultaneous execution of many of the workstreams described above

was no small task.  The matter was overseen by three lead attorneys who leveraged the broad

experience and expertise of White & Case to efficiently prosecute these cases, including

investigators, litigation and trial attorneys, corporate attorneys, and specialists in regulatory,

financial technology, securities, tax, lending, and white collar law, among others.  The lead

attorneys at White & Case appropriately delegated tasks to junior associates and coordinated to

avoid duplicating efforts.  White & Case also appropriately oversaw the Debtors' actions during

these cases, performing diligence, questioning, coordinating, and participating in discussions with

regulators, litigation, and negotiations alongside the Debtors where appropriate to ensure that the

rights of unsecured creditors were represented and protected.  White & Case also deferred to the

Debtors on certain issues where its participation would have been duplicative.

13.    Due to the size and complexity of these cases, there was some unavoidable

duplication of efforts require to ensure that the White & Case team stayed coordinated and

knowledgeable about the facts of the case to provide effective representation and ensure that no

issues were overlooked.  White & Case has voluntarily agreed to not seek reimbursement for $1,919,459.13 of attorney fees (~3.66% of the total amount incurred) and of expenses $140,846.55 (~18.96% of the total amount incurred) incurred through its representation of the Committee. Certain of those amounts were based on previous discussions and resolutions with the Fee Examiner.

14.     White & Case attorneys have kept time in accordance with the Fee Guidelines, detailing each specific task completed in tenth-of-an-hour increments and submitting all time records for review.  White & Case disclosed all connections in these Chapter 11 Cases when it became aware of such connections.  White & Case will cooperate with the Fee Examiner and U.S. Trustee regarding any issues that they have with this Application.

15.     The Debtors filed for chapter 11 protection approximately a year and a half ago.  At that time, their business was in complete disarray and mired with allegations of misconduct.  The confirmed Plan is the product of a significant amount of hard work to reorganize the business under difficult and uncertain circumstances.  This result could not be achieved but for the actions taken by White & Case throughout these Chapter 11 Cases to materially advance the interests of the Debtors' estates and their unsecured creditors.  Those efforts will result in, as of the Effective Date, among many other things:

- the equitable distribution of more than $2 billion of dollars in cryptocurrency (or fiat where cryptocurrency distributions cannot be made) to creditors around the world,

- the development of a new bitcoin mining company that will be owned by creditors and, hopefully, publicly listed in the near future,

- the recovery of hundreds of millions of dollars of assets to the estate, and

- the development and preservation of valuable causes of action to be prosecuted after the Effective Date for the benefit of creditors.

9

Most importantly, White & Case's hard work in these cases has contributed to the successful conclusion of one of the more novel and complicated reorganizations in recent memory.

### Jurisdiction, Venue, and Legal Basis

16.     The district court has jurisdiction to hear bankruptcy matters under 28 U.S.C. § 1334.  The district court has referred jurisdiction over this proceeding to this Court pursuant to 28 U.S.C. § 157 and the *Amended Standing Order of Reference M-431*, dated January 31, 2012 (Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

17.     The legal basis for relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**") with guidance from General Order M-447, the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York promulgated pursuant to Local Bankruptcy Rule 2016-1(a) (as updated February 5, 2013)* (the "**Local Guidelines**") and the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective as of November 1, 2013* (the "**U.S. Trustee Guidelines**," and together with the Local Guidelines, the "**Fee Guidelines**"), and the Court's Compensation Procedures Order (as defined below).[7]

---

[7]     Capitalized terms not defined herein shall have the meanings ascribed to them (including by reference) in the Compensation Procedures Order.

**Background**

A.    **The Debtors' Chapter 11 Cases**

18.    On July 13, 2022, Celsius Network LLC and certain affiliates each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code, and, on December 7, 2022, GK8 Ltd., GK8 USA LLC, and GK8 UK Limited each commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code (respectively, the "**Petition Date**").  The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee has been appointed in these Chapter 11 Cases.

19.    On July 27, 2022, the Office of the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed the Committee [Docket No. 241].  The Committee was reconstituted on September 29, 2023 [Docket No. 3631].  The Committee's goal is to maximize the recoveries of account holders and unsecured creditors, as more fully stated in *The Official Committee of Unsecured Creditors' Statement Regarding These Chapter 11 Cases* [Docket No. 390].

B.    **Retention of White & Case LLP as Counsel**

20.    On August 24, 2022, the Committee filed its *Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of July 29, 2022* [Docket No. 603] (the "**Retention Application**").

21.    On September 15, 2022 [Docket No. 829] (the "**Retention Order**"), the Court entered an order approving the retention of White & Case, effective as of July 29, 2022, to serve as counsel to the Committee in these Chapter 11 Cases.  The Court also approved the retention of Selendy Gay Elsberg PLLC ("**S&G**") as conflict counsel to the Committee.

11

### C.     Interim Compensation and Expenses Procedures

22.     On August 17, 2022, the Court entered the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 521].  On October 20, 2022, the Court entered an order appointing the Hon. Christopher Sontchi as fee examiner (the "**Fee Examiner**") pursuant to section 105(a) of the Bankruptcy Code and establishing procedures for the review of fee applications by retained professionals [Docket No. 1151].  On December 19, 2022, the Court entered the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Docket No. 1746] (the "**Fee Examiner Order**").

23.     Also on December 19, 2022, the Court entered the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 1745].  On June 8, 2023, the Court entered a further *Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779] (the "**Compensation Procedures Order**"), which is the current operative order concerning compensation procedures for estate-retained professionals.

### D.     Interim Compensation and Expenses

24.     During these Chapter 11 Cases, White & Case filed the following monthly fee statements (collectively, the "**Monthly Fee Statements**") and interim fee applications (collectively, the "**Interim Fee Applications**"), and the Court entered the following interim fee orders:

| Abbreviated Filing Name | Date Filed | Docket No. |
|---|---|---|
| First Monthly Fee Statement | 10/28/2022 | Docket No. 1224 |
| Second Monthly Fee Statement | 11/23/2022 | Docket No. 1450 |

| Third Monthly Fee Statement | 12/07/2022 | Docket No. 1635 |
| First Interim Fee Application | 12/15/2022 | Docket No. 1715 |
| Fourth Monthly Fee Statement | 01/20/2023 | Docket No. 1899 |
| Fifth Monthly Fee Statement | 02/17/2023 | Docket No. 2099 |
| Sixth Monthly Fee Statement | 03/10/2023 | Docket No. 2214 |
| Seventh Monthly Fee Statement | 04/04/2023 | Docket No. 2368 |
| Second Interim Fee Application | 04/14/2023 | Docket No. 2457 |
| First Interim Fee Order | 04/24/2023 | Docket No. 2523 |
| Eighth Monthly Fee Statement | 05/02/2023 | Docket No. 2678 |
| Ninth Monthly Fee Statement | 06/23/2023 | Docket No. 2858 |
| Tenth Monthly Fee Statement | 07/01/2023 | Docket No. 2955 |
| Second Interim Fee Order | 07/19/2023 | Docket No. 3055 |
| Eleventh Monthly Fee Statement | 08/01/2023 | Docket No. 3127 |
| Third Interim Fee Application | 08/14/2023 | Docket No. 3296 |
| Twelfth Monthly Fee Statement | 09/06/2023 | Docket No. 3426 |
| Thirteenth Monthly Fee Statement | 10/04/2023 | Docket No. 3709 |
| Fourteenth Monthly Fee Statement | 10/27/2023 | Docket No. 3925 |
| Third Interim Fee Order | 11/30/2023 | Docket No. 4056 |
| Fifteenth Monthly Fee Statement | 12/01/2023 | Docket No. 4061 |

25.     Any amounts paid in respect of the Monthly Fee Statements submitted by White & Case are subject to a 20% holdback as provided for in the Compensation Procedures Order. Under the Compensation Procedures Order, that holdback is released upon the Court's approval of an interim fee application.  As of the filing of this Application, White & Case has not been paid 20% of the amounts sought in the Twelfth through Fifteenth Monthly Fee Statements and remains unpaid for certain other amounts specified herein.  The aggregate amount in fees and expenses for which White & Case has submitted fee applications but remains unpaid is $2,449,620.56.

### Summary of Professional Compensation and Reimbursement of Expenses Requested

26.     By this Application, White & Case seeks final allowance and award for the professional services rendered by White & Case as counsel to the Committee during the Final Period in the aggregate amount of $51,104,863.71, comprised of (i) fees for legal services in the amount of $50,502,967.87, representing approximately 45,310.6 hours of services rendered, and

(ii) expenses in the amount of $601,895.84, representing actual and necessary expenses incurred

by White & Case during the Final Period in connection with rendering such services.

27.    Prior to filing each respective Monthly Fee Statement covering the Final Period,

White & Case reviewed its fees worked (which totaled 46,398.7 hours and $52,409,168.00 across

all Monthly Fee Statements) and expenses incurred (which totaled $722,880.51 across all Monthly

Fee Statements).  Following that review, White & Case voluntarily elected to reduce its fees and

expenses prior to filing each Monthly Fee Statement.  Throughout these Chapter 11 Cases, under

this process, White & Case has voluntarily elected to reduce, in the aggregate, its fees by 1,097.9

hours (~2.37%) or $1,206,625.00 (~2.30%) and its expenses by $115,354.61 (~15.96%).  White

& Case has not sought, and does not here seek, payment for the fees and expenses that it agreed to

voluntarily reduce prior to filing each respective Monthly Fee Statement.

28.    Further, White & Case has reached agreement with the Fee Examiner regarding

each Interim Fee Application approved to date.  In connection therewith, White & Case voluntarily

agreed, following discussions with the Fee Examiner, to voluntarily reduce, in the aggregate, its

billed fees by $680,455.33 (~1.33%) and its expenses by $5,703.62 (~0.94%).  White & Case has

not sought, and does not here seek, payment for the fees and expenses that it agreed to voluntarily

reduce in connection with the Fee Examiner.[8]

29.    Accordingly, as a result of the foregoing, a $32,104.80 credit (the "**Credit**")

provided at the beginning of these cases and amounts White & Case has voluntarily agreed to not

seek in connection with the Fourth Interim Application, White & Case has voluntarily elected to

---

[8]    Because such voluntary reductions agreed to in connection with the Fee Examiner's review are not precisely allocable to
particular time entries or expenses, the summary tables attached as exhibits hereto do not reflect such reductions by project
category or timekeeper, but instead are included as bottom-line reductions.  White & Case also provided the Committee with
a $32,104.80 credit in connection with its First Monthly Fee Statement, which credit is similarly deducted from the total
request for compensation in this Application.

reduce, in the aggregate, its fees by $1,919,459.13 (~3.66%) and its expenses by $140,846.55 (~18.96%).[9]

30.    All services for which White & Case requests compensation in this Application were performed on behalf of the Committee.  During the Final Period, other than pursuant to the Compensation Procedures Order, White & Case has received no payment and no promises of payment from any source for services rendered or to be rendered in connection with the matters covered by this Application.  There is no agreement or understanding between White & Case and any other person (other than the partners of White & Case) for the sharing of compensation to be received for services rendered in these Chapter 11 Cases.  The last day in the Final Period was November 9, 2023 (the date the Confirmation Order[10] was entered).  After that date, White & Case incurred fees on behalf of the Committee pursuing the MiningCo Transaction through the Wind Down Motion and negotiating and implementing the MiningCo Transaction once it was approved by the Court.  Work during that period will be compensated under paragraph 344 of the Confirmation Order.[11]

31.    Attached hereto, White & Case provides the following in support for the Fourth Interim Period:

---

[9]    On September 29, 2023, the U.S. Trustee removed Keith Noyes as the corporate representative of Covario AG from the Committee.  [Docket No. 3631].  The U.S. Trustee has disputed the propriety of certain of Mr. Noyes' actions during his tenure as a Committee member.  The Committee respectfully disagrees with the U.S. Trustee's position on the matter and reserves all rights with respect thereto.  Out of an abundance of caution, White & Case has voluntarily reduced $19,490.45 of travel and lodging expenses incurred by Mr. Noyes during the pendency of these chapter 11 cases, which amount is reflected in the figure about the line.  White & Case will not seek reimbursement for any such expenses under this Application or otherwise.

[10]   *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates* [Docket No. 3972] (the "**Confirmation Order**").

[11]   Confirmation Order ¶ 344 ("From and after the Confirmation Date, the Debtors . . . shall, in the ordinary course of business and without any further notice to or action, order, or approval of the Bankruptcy Court, pay in Cash the reasonable and documented legal, professional, or other fees and expenses incurred by the Debtors . . . including fees and expenses of . . . counsel to the Committee incurred prior to the Committee's dissolution in accordance with Article XIII.K. of the Plan.  After the Confirmation Date, any requirement that Professionals comply with sections 327 through 331, 363, and 1103 of the Bankruptcy Code in seeking retention or compensation for services rendered after such date shall terminate, and the Debtors . . . may employ and pay any Professional in the ordinary course of business without any further notice to or action, order, or approval of the Bankruptcy Court").

- **Exhibit B** to this Application sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Fourth Interim Period; (b) the aggregate hours spent by each individual for which compensation is sought by White & Case; (c) the hourly billing rate for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by White & Case. The blended rate for compensation requested in this Application for the Fourth Interim Period is approximately $1,167 per hour.[12]

- **Exhibit C** to this Application sets forth a project summary that includes the aggregate hours and fees per project category spent by White & Case timekeepers in rendering services to the Committee during the Fourth Interim Period.

- **Exhibit D** to this Application sets forth a summary by project category and by timekeeper of the hours and fees spent by White & Case timekeepers in rendering services to the Committee during the Fourth Interim Period.

- **Exhibit E** to this Application sets forth a summary of blended hourly rates for timekeepers who billed to nonbankruptcy matters and blended hourly rates for timekeepers who billed to the estates in the Chapter 11 Cases during the Fourth Interim Period. As set forth on this exhibit, the fees charged by White & Case in these Chapter 11 Cases are billed in accordance with White & Case's existing billing rates and procedures in effect during the Fourth Interim Period. The rates White & Case charges for the services rendered by its professionals and paraprofessionals in the Chapter 11 Cases are the same rates White & Case charges for services rendered in comparable bankruptcy and nonbankruptcy related matters. Such fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable bankruptcy and nonbankruptcy matters in a competitive legal market.

- White & Case's computerized time records for White & Case timekeepers for which compensation is sought by White & Case, including a complete itemization of tasks performed in rendering services to the Committee organized by project category during the Fourth Interim Period, are attached as exhibits to its Monthly Fee Statements filed at Docket Nos. 3426, 3709, 3925, and 4061, and are incorporated by reference herein.

- **Exhibit F** to this Application sets forth both a summary of (i) expenses for which White & Case seeks reimbursement; and (ii) expenses of Committee members, for the Fourth Interim Period.

---

[12] The blended rate is calculated by taking the total of fees sought in this Application and dividing by the total of hours sought in this Application, rounded to the nearest dollar.

- Detailed line-item entries for such expenses are attached as exhibits to its Monthly Fee Statements filed at Docket Nos. 3426, 3709, 3925, and 4061, and are incorporated by reference herein.

32. Attached hereto, White & Case provides the following in support for the Final Period:

- **Exhibit G** to this Application sets forth a timekeeper summary that includes: (a) the name, title, year of admission to practice (if applicable), and area of expertise of each individual who provided services during the Final Period; (b) the aggregate hours spent by each individual for which compensation is sought by White & Case; (c) the hourly billing rates for each such individual; and (d) the amount of fees for each such individual for which compensation is sought by White & Case. The blended rate for compensation requested in this Application for the Final Period is approximately $1,130 per hour.

- **Exhibit H** to this Application sets forth a project summary that includes the aggregate hours and fees per project category spent by White & Case timekeepers in rendering services to the Committee during the Final Period.

- **Exhibit I** to this Application sets forth a summary by project category and by timekeeper of the hours and fees spent by White & Case timekeepers in rendering services to the Committee during the Final Period.

- White & Case's computerized time records for White & Case timekeepers for which compensation is sought by White & Case, including a complete itemization of tasks performed in rendering services to the Committee organized by project category during the Final Period, are attached as exhibits to its Monthly Fee Statements, and are incorporated by reference herein.

  **Exhibit J** to this Application sets forth both a summary of (i) expenses for which White & Case seeks reimbursement; and (ii) expenses of Committee members for the Final Period. Detailed line-item entries for such expenses are attached as exhibits to its Monthly Fee Statements and are incorporated by reference herein.

- **Exhibit K** to this Application is a composite Exhibit consisting of all of the budgets and staffing plans that White & Case prepared during the Final Period.

33. In addition, White & Case included in this Application fees and expenses incurred during the Final Period which were not included in any prior Monthly Fee Statement. For such

fees and expenses not previously included in any prior Monthly Fee Statement, attached as **Exhibit L** are computerized time records for White & Case timekeepers for which compensation is sought by White & Case; and attached as **Exhibit M** are detailed line-item entries for expenses for which White & Case seeks reimbursement. While such fees and expenses were not included in any prior Monthly Fee Statement, they have been included in the summary information provided in **Exhibit B** through **Exhibit J**.

34.     White & Case provided a copy of this Application to the Committee prior to filing who has approved the amount sought in this Application. White & Case will also serve the U.S. Trustee and the Fee Examiner with the Application contemporaneously with filing. White & Case will work with such parties to address any comments and requested modifications to the amounts requested herein during the Fee Examiner's review period.

**Summary of Legal Services**
**Rendered During the Final Period**

35.     White & Case has provided legal services to the Committee with the paramount goal of enhancing recoveries for, and protecting the rights of, account holders and unsecured creditors. Since the Committee's engagement of White & Case, White & Case has worked to stabilize the Debtors' operations, determine the relative rights of key constituencies to the Debtors' assets (including account holders with balances in Earn, Custody, and Withhold accounts and loans from the Borrow program), and develop a plan to maximize the value of the Debtors' assets and fairly distribute those assets to the Debtors' creditors according to their legal entitlements. The confirmed Plan is the culmination of those efforts.

36.     To provide an orderly and meaningful summary of the services rendered by White & Case during the Final Period, White & Case used project categories in connection with the Chapter 11 Cases, as required by the Fee Guidelines. The following is a summary of the most

18

significant professional services rendered by White & Case during the Final Period, organized in accordance with White & Case's project categories.[13]

### B01.    Asset Analysis / Disposition
### Fees:  $2,333,251.50; Hours:  1,925.9

37.     In general, White & Case advised the Committee with respect to value-maximizing transactions involving the Debtors' assets, including: (i) the Debtors' equity interest in GK8 Ltd.; (ii) the Debtors' bitcoin mining operations; and (iii) various minority investments in other businesses.

38.     White & Case participated in the bidding process with respect to the sale of GK8 and negotiated with the Debtors to ensure that the process encouraged competition and got the best price possible under the circumstance.  White & Case appeared at the sale hearing on December 8, 2022, and further supported the final approval of the sale of GK8 by a brief filed December 12, 2022 [Docket No. 1674].  The sale was later approved by the Court on December 13, 2022 and closed on February 23, 2023.

39.     White & Case also monitored the ongoing bidding processes for certain of the Debtors' other non-core assets, participated in discussions and diligence with bidders over the terms of their bids, and negotiated transaction documents with bidders, the Debtors, and their respective counsel.  Those sales included the Debtors' interest in the Osprey Bitcoin Trust and its portfolio of alternative cryptocurrency coins ("**Alt Coins**").  Finally, White & Case conducted diligence and worked with the Debtors to determine the best way to address an issue that was raised by many account holders, regarding the airdrop of Flare Tokens that the Debtors were entitled to.

---

[13]    A similar summary was provided in connection with each of the First, Second and Third Interim Applications.  This Application does not provide a separate summary with respect to the Fourth Interim Period.

40.     White & Case also closely monitored the litigation and attempted arbitration with StakeHound, SA, and was active in the efforts to resolve that litigation.  White & Case participated and informed the Committee during the mediation before Judge Wiles, advocated the Committee's positions during that mediation, and undertook substantial efforts to negotiate and document the settlement with StakeHound.  This settlement resulted in over $100 million in liquid and marketable cryptocurrency being returned to the Debtors' estates at the end of 2023 to fund distributions under the Plan, without the requirement for further litigation against StakeHound.

41.     During the Fourth Interim Period, White & Case corresponded with and attended telephone conferences with the Committee and other certain parties regarding: the Osprey BTC sale (described above), the Jason Stone litigation and the proposed sale of a significant NFT held by Mr. Stone that was purchased with Celsius funds, the issues regarding the Debtors' defaulted loan to Equities First Holdings, LLC, the sale of the Debtors' Alt Coins, and the proposed settlement and disposition of the Debtors' interest in a SAFE note from Rhodium Enterprises, which proposal was later withdrawn due to issues regarding the transaction Rhodium had proposed.

### B02.  <u>Automatic Stay Issues</u>
### Fees:  $126,001.50; Hours:  114.8

42.     White & Case advised the Committee with respect to numerous motions by creditors and a former employee seeking relief from the automatic stay.  Early in these cases, White & Case filed an objection to a stay relief motion filed by account holder Daniel Frishberg, which, if granted, would have opened a race to the courthouse and depleted the value of the Debtors' estates to the detriment of those creditors who elected not to act [Docket No. 620].  The Court sustained White & Case's objection and denied Mr. Frishberg's stay relief motion [Docket No. 695].  White & Case monitored and responded to similar requests for relief from the stay

throughout these cases, largely deferring to the Debtors once law of the case had been established. In addition, White & Case negotiated a stipulation with the former employee and the Debtors that resulted in a consensual resolution of a relief from stay motion and the former employee's agreement only to seek recovery from insurance proceeds, a stipulation that the Court approved [Docket No. 1246].[14]  That employee had sought relief from an English court, which could have caused significant issues to the Debtors' restructuring.

43.      During the Fourth Interim Period, White & Case devoted minimal time to automatic stay issues, primarily revolving around the stay relief motion regarding Mawson Infrastructure, several automatic stay motions filed by account holders, drafting the omnibus response to those account holder motions, and responding to a motion filed by the Three Arrows debtor seeking relief from the stay to preserve their right to set off.

**B03.    Avoidance Actions**
**Fees:  $570,152.50; Hours:  535.5**

44.      White & Case analyzed potential avoidance claims against: insiders who withdrew amounts and profited from the manipulation of the CEL Token, customers who withdrew amounts from the Celsius platform, and other third parties.  Pursuant to the Bankruptcy Code, that investigation required a detailed analysis of potential defenses to such avoidance actions.  *See* 11 U.S.C. 547(b).  White & Case advised the Committee in developing a strategy to preserve the value of such claims which at the time totaled in the billions of dollars and a global settlement offer to all account holders who were not Excluded Parties under the Plan.  White & Case also drafted and filed an objection to an account holder's motion to immediately compel the prosecution of insider clawback claims [Docket No. 1212].

---

[14]    The insurance company later required a small cash payment by the Debtors to consummate the settlement.  White & Case performed diligence with respect to that payment and the potential costs of litigation to advise the Committee with respect to the change in settlement terms.

45.     White & Case encouraged the Debtors' conflicts counsel, Akin Gump, to seek relief in the Voyager case for Celsius to assert a potentially significant avoidance action claim, including by drafting a standing motion on behalf of the Committee to preserve the estate's rights if necessary.   Time billed to this project category also includes time spent by White & Case investigating and drafting its complaint against former officers and directors of the Debtors, asserting avoidance actions.   Time for that matter has also been recorded in the Discovery (B12) and Investigations (B19) and, ultimately, entered into a stipulation on behalf of the Committee with the Debtors to preserve those causes of action for prosecution by a post-Effective Date fiduciary for creditors [Docket No. 2201].  A junior White & Case associate also telephonically attended the June 15, 2023 hearing on the FTX preference claim in the Genesis bankruptcy which could have been precedential for how preference actions are handled in cryptocurrency bankruptcy cases.  The preference actions between the FTX and Genesis estates were subsequently resolved by settlement.

46.     During the Fourth Interim Period, White & Case devoted minimal time to researching case law related to avoidance actions and the FTX preference claim in the Genesis bankruptcy.  White & Case conducted analysis on the strength of equitable subordination claims against Hanoch "Nuke" Goldstein, who had requested that the Committee consider a settlement offer prior to the prosecution of equitable subordination claims at the confirmation hearing.  That evaluation required assessing the strength of avoidance actions against Mr. Goldstein.

### B04.    Bitcoin Mining, Crypto Matters, and Business Operations
### Fees:  $3,470,262.50; Hours:  2,627.1

47.     White & Case advised the Committee with respect to cryptocurrency security and best practices, the nature and legal treatment of crypto assets, the Debtors' mining operations and

management, business operations, data protection, and hosting.[15]  Those efforts included, at the outset of these Chapter 11 Cases, negotiating and documenting an innovative stipulation governing the security of the Debtors' cryptocurrency and digital assets [Docket No. 813], which the Court approved [Docket No. 969].  At the outset of these cases, White & Case also advised the Committee with respect to the Debtors' motion to sell mined bitcoin, including preparing and filing an objection to same, which White & Case ultimately resolved its objection through negotiations with the Debtors [Docket No. 428].

48.    White & Case spent significant time advising the Committee with respect to the Debtors' bitcoin mining operations.  During these Chapter 11 Cases, the Debtors bitcoin mining operations were in a near constant state of flux due to the insolvency, default, or failure to perform or uphold contractual terms by several of the Debtors' counterparties that hosted a significant amount of the Debtors' mining rigs.  White & Case advised the Committee on the restructuring of the Debtors' bitcoin mining business during these Chapter 11 Cases, which included new hosting relationships, the completion of construction on the Debtors' four Midland, TX sites, and the development of a vertically integrated business plan to avoid similar disruptions from counterparties in the future.  White & Case operated through a sub-committee specifically focused on the Debtors' bitcoin mining operations, which reported to the full Committee.  White & Case's advice included:  (i) analyzing the terms of key contracts; (ii) evaluating the Debtors' strategy to manage counterparty relationships and exposure; (iii) working collaboratively with the Debtors to develop a new vertically integrated business plan; (iv) conducting diligence and negotiating potential transactions involving the bitcoin mining business and its assets; (v) reviewing and negotiating a potential settlement with Core Scientific, which resulted in the purchase of the

---

[15]    White & Case also devoted substantial time to the StakeHound adversary proceeding and its related matters, which was split among several different project categories.

Cedarvale site (one of the proposed cornerstones of MiningCo's go-forward business), averting costly litigation in two bankruptcy courts; and (vi) taking other steps to maximize the value of the bitcoin mining business.[16]  As part of those efforts, one White & Case partner, along with certain of the Committee members and the Committee's other retained professionals, conducted site visits to the Debtors' bitcoin mining facilities in Texas and potential sites offered by bidders at the auction to perform diligence and evaluate those operations.  The bitcoin mining business later formed the core of the Debtors' plan of reorganization.

49.    During the Fourth Interim Period, White & Case dedicated substantial time to advising the Committee on various matters related to the Debtors' bitcoin mining operations, including: evaluating a proposal from Mawson Infrastructure regarding the appointment of a Chief Restructuring Officer for that entity in connection with litigation brought by the Debtors, reviewing proposals from one of the Debtors' significant counterparties for energy services at an undeveloped mining site, and other negotiations with energy counterparties.  White & Case also led the negotiation of the corporate documents implementing the Plan, including the management agreements with Fahrenheit and US Bitcoin, the Cedarvale Interim Services Agreement, and the evaluation of bids to manage the Debtors' mining assets.  White & Case also presented to the prospective NewCo Board members regarding the evolution and current status of the Debtors' mining business.

### B05.    Case Administration
#### Fees:  $1,633,704.00; Hours:  1,860.9

50.    The efficient management of these cases required substantial attention due to, among other things, the size, complexity of both the business, legal, and regulatory issues, number

---

[16]    White & Case also advised the Committee with respect to the relief requested with respect to the Debtors' stablecoin motion and advised the Committee with respect to the report prepared by the privacy ombudsman.

of counterparties, amount of litigation and number of filings on the Court docket, and simultaneous prosecution of significantly different workstreams. As part of this project category, White & Case professionals and paraprofessionals participated in: (i) efficient conference calls with the White & Case team to delegate tasks, ensure that coordination and that attorneys tasked with responding to motions or diligencing transactions were aware of the material facts and progress of the cases to create and execute a single case strategy; (ii) conference calls with the other Committee advisors to discuss and coordinate work product, including materials for the weekly Committee meetings; (iii) monitoring information produced by the Debtors and other third parties to ensure access to complete information and the availability and accessibility of that information for all team members; (iv) preparing and filing papers on the court docket and arranging for the service of the same; and (v) attending to internal file management, including updating the case calendar, reviewing relevant critical dates, organizing court filings and transcripts, preparing hearing binders, and monitoring work in progress by the White & Case and broader Committee advisor team. White & Case also prepared and filed a 2019 statement, and later an amended statement, on behalf of the Committee's members [Docket No. 909, 3733].[17]

**B06.   Case Strategy**
**Fees: $1,566,939.50; Hours: 1,281.2**

51.    These Chapter 11 Cases were exceptionally complex, requiring significant attention by high level personnel across the Committee's and the Debtors' professionals to develop and execute a coordinated strategy to maximize the value for unsecured creditors in dynamic circumstances. In the first half of the cases, these efforts primarily focused on the strategy to adjudicate the rights of account holders who transferred assets to participate in the Earn, Custody and Withhold programs and the impact of bankruptcy law on rights, develop and execute a strategy

---

[17]    Work on the 2019 statements was also billed under Code B08.

to address the issues raised by the preferred equity holders and the migration of the Debtors' customer facing business from Celsius Network Limited (UK) ("**CNL**") to Celsius Network LLC (US) ("**LLC**"), and developing a competitive bidding process for the Debtors assets. Later, these efforts focused on developing and improving those bids at the auction, coordinating regulatory outreach with the Debtors, building constituent support through negotiation and mediation, and a developing a strategy to drive these cases to confirmation and conclusion.

52.     White & Case professionals communicated to discuss and develop the Committee's overall strategy, which took place: (i) internally with other White & Case professionals, (ii) with one or more representatives from some or all of the Committee's other professional advisors, (iii) the Committee members, and (iv) with one or more representatives from some or all of the Debtor's professionals and the Debtors to ensure alignment on the overall progress of the Chapter 11 Cases. Generally, White & Case worked to develop a strategy that would leverage competitive tension and push the Debtors to a resolution for these cases that maximized value retuned to account holders and unsecured creditors in these Chapter 11 Cases. Without a comprehensive strategy directed by the Committee members, these cases had the potential to languish in Chapter 11 to the detriment of unsecured creditors, who are the true economic stakeholders effected by any further delay.

### B07.   Claims Administration and Objections
**Fees:  $710,692.50; Hours:  608.0**

53.     White & Case advised the Committee and conferred with the Debtors with respect to the Debtors' bar date motion and proposed bar date noticing program and filed a statement by the Committee concerning the same [Docket No. 1332]. White & Case advised the Committee and conferred with the Debtors with respect to the amended bar date and the claim filing process.

White & Case conducted research on preferential transfers, intercompany claims, potential cryptocurrency claims, and administrative expense claims.

54.    Early in these Chapter 11 Cases, White & Case performed research on the valuation of claims against a chapter 11 debtor based on cryptocurrency.  The work was included in a statement that White & Case drafted and filed a statement on behalf of the Committee concerning the Series B Preferred Equity Holders' motion to amend the Debtors' schedules of assets and liabilities and statements of financial affairs to dollarize claims [Docket No. 1303].  White & Case also drafted a motion to dismiss the preferred equity class claim appeal, which was filed on May 30, 2023.

55.    Work in this category also included White & Case's strategy to respond to the Court's ruling that account holders only had contract claims against Celsius Network LLC (the "**Customer Claims Ruling**").  Specifically, White & Case conducted research regarding avoidance actions, intercompany claims, potential other claims between and the substantive consolidation of CNL and LLC.  Those efforts resulted in the filing of a motion to estimate intercompany claims between the two entities filed on April 4, 2023 [Docket No. 2369], and a complaint to avoid certain transfers between the same entities, the preparation of an estimation motion with respect to certain of these claims, and a motion to substantively consolidate the estates of CNL and LLC [Docket No. 2565].

56.    White & Case also conducted research regarding waivers of consequential damages.

57.    The Debtors initially pursued bellwether claims objections in an attempt to set precedent with respect to claims for fraud and other non-contract claims.  Committee counsel participated extensively in the discussions regarding those asserted objections, including helping

27

the *pro se* litigants negotiate a proposed litigation schedule.  That experience demonstrated the collective action problem presented by account holders asserting fraud claims on an individual basis and the issues and costs that would be incurred adjudicating those claims on an individual basis.

58.    Ultimately, White & Case drafted, filed, and successfully prosecuted a motion requesting Court authorization to file a class proof of claim.  Once that motion was granted, White & Case drafted the class claim and accompanying certification motion, which were filed on April 29, 2023 [Docket No. 2556] and May 17, 2023 [Docket No. 2670], respectively.  White & Case's efforts regarding the class claim included, among other things: documenting the pervasive misrepresentations and fraud committed by Celsius, interviewing potential class claimants, including drafting the conflicts waiver and joint interest privilege agreement for class claimants, assisting those class claimants in drafting their declarations in support of the class claim, developing a timeline and strategy to prosecute the class certification motion in connection with confirmation.

59.    As of the final bar date, creditors had filed more than 30,000 claims totaling over $78 billion against the Debtors.  Unless those claims were resolved prior to the Effective Date, the Debtors would be required to hold back a significant amount of cryptocurrency and stock that otherwise could have been distributed on the Effective Date to account for creditors holding disputed claims that may be determined to be valid.  To ensure the fair and equitable treatment of all account holders and that those account holders receive as much value as possible on the Effective Date of the Plan, the Committee agreed to settle its class claim with the Debtors in exchange for a 5% increase to the scheduled amount of all Account Holder Claims (other than Custody Claims).  That settlement was not done in a vacuum, but at a mediation before Judge

Wiles, where it was agreed to by the Earn and Borrow ad hoc groups.  The settlement was an essential part of the resolution of the intercreditor disputes between Borrow and Earn holders, the confirmation of the Plan, and the efficient distribution of billions in value to unsecured creditors.

60.    The settlement of the class claim did not resolve all claims against the Debtors.  To the extent that creditors did not wish to participate in the class claim settlement or the Debtors have claims, such as potential avoidance actions, against those creditors, those disputes will have to be resolved by the Litigation Administrator after the Effective Date.  White & Case drafted and negotiated alternative dispute procedures that will provide a mechanism for creditors and the Debtors' estates to resolve those issues after the Effective Date in an efficient matter.

61.    White & Case advised the Committee on several issues concerning administrative claims against the estate, including assessing the claims of cooperating employees and witnesses of the Debtors, drafting responses and objections to the payment of certain of their fees, and negotiating procedures for the Debtors and Committee to consider and pay those requests, subject to Court supervision and the ability of all parties in interest to object.

62.    Finally, White & Case took the lead in responding to the claims from CEL Token holders that they were entitled to claims based on the prepetition trading price of CEL Token.  That effort required significant research into securities law, including developments that occurred during these cases.  *See, e.g. SEC v. Ripple Labs, Inc.,* 2023 U.S. Dist. LEXIS 120486 (S.D.N.Y. July 13, 2023).  White & Case's efforts to that effect resulted in *The Official Committee of Unsecured Creditors' Omnibus Objection to Motions for Entry of an Order to Dollarize Non-Insider CEL Token Claims at the Petition Date Price of $0.81565* [Docket No. 2840], which set forth the Committee's position on the legal issues with respect to CEL Token, provided a potential

opportunity to settle with CEL Token holders, and framed the potential issues to be heard at the confirmation hearing with respect to CEL Token.

63.     During the Fourth Interim Period, White & Case finalized and filed the *Notice of Status Conference Regarding Bar Date and Class Certification Motion* [Docket No. 3032] which was brought before the Court and resulted in the closing of the bar date prior to confirmation. White & Case devoted minimal time to the analysis of claims administration issues and objections, including an efficient negotiation of the alternative dispute resolution procedures and conducting legal research in response to similar issues.

### B08.    Committee Meetings / Communications
**Fees:  $3,716,835.00; Hours:  3,128.7**

64.     The Committee in this case was unlike most other large chapter 11 cases in that it was made up of individuals that had no prior bankruptcy experience and were not compensated by their employer for the time spent on Committee matters.  Committee matters were also under a significant amount of scrutiny from the other account holder creditors in these cases.  White & Case made it a priority to ensure that the Committee members were aware of all material facts concerning these Chapter 11 Cases and up to date on legal and financial analysis with respect to those facts.  Those communications were primarily done through email updates and weekly Committee meetings.  During the auction, the Committee met nearly daily to discuss updates and make determinations on how to proceed.  During the Chapter 11 Cases, White & Case also arranged for shorter weekly calls in the evening for those members that could not join the regularly scheduled weekly meeting on a particular week due to other commitments and also communicated with those members individually to make sure they were up to date.  Those shorter update calls were only attended by a limited group of attorneys (most often one partner and one junior associate).  White & Case also communicated with Committee members individually to make sure

they were up to date and informed. The Committee formed a subcommittee to focus on the Debtors' Bitcoin mining business that also held weekly calls with a smaller group on that specific topic and would brief the entire Committee on major issues at the weekly meeting.

65.     Committee members as fiduciaries requested and required direct communication with the parties in these Chapter 11 Cases to fulfill their duties and White & Case was extremely mindful not to have messages from bidders, creditors, and other third parties filtered to Committee members through counsel. The Committee co-chairs had weekly management-level meetings with the Debtors to discuss important business issues. Before, during, and after the auction White & Case organized and participated in meetings directly between the bidders and the Committee members so that they could interview prospective management teams, hear those parties' understandings and ideas regarding the complicated issues and transactions on the table, and determine for themselves the best path forward. White & Case would follow up with the Committee after certain of those meetings to provide its perspective on the legal issues raised by each of the bidders and their proposed structures.

66.     As of the confirmation hearing, White & Case has prepared for and led over 120 official meetings of the Committee (not including meetings of the mining subcommittee, which met an additional one to two times per week or the smaller update calls described above), including 19 meetings in connection with the auction process. White & Case led each of the Committee meetings and spent significant time setting the agenda for meetings and preparing materials for those meetings. It was necessary for several attorneys to attend each meeting so that specialists could provide advice on the different areas of law at issue. Specialists were only invited to specific meetings as required to discuss their areas of expertise And, when possible, specialists would only attend the portion of the meeting applicable to their specific issues. The core team of White &

Case restructuring and financial technology associates attended the meetings when needed to ensure they were informed, coordinated, and to address specific issues they were working on in connection with the Chapter 11 Cases.  Junior associates who attended the meetings were tasked with keeping the official meeting minutes, which were typically reviewed by one partner prior to being distributed to the Committee members for review, comment, and approval.

### B09.    Communications with Account Holders
Fees:  $1,008,222.00; Hours:  1,014.5

67.    These Chapter 11 Cases were exceptionally unusual due to the lack of any funded debt group and the hundreds of thousands of account holders who were general unsecured creditors of the Debtors.  White & Case endeavored to ensure that the Committee communicated with account holders during these cases.  White & Case operated an email address for creditors to ask questions, which was hosted by its claims and information agent to minimize cost and included an escalation mechanism to ensure that critical requests were elevated to attorneys to answer in an appropriate manner.  White & Case hosted town halls on X (f/k/a Twitter), including around important events such as the Customer Claims Ruling and Plan sponsorship auction.  White & Case drafted several FAQs and tutorials for account holders, including on filing proofs of claims, the Customer Claims Ruling, and the Account Holder Ballot and the various elections available to creditors under the Plan.  Overall, White & Case found written material such as FAQs and direct responses to email inquiries to be a more effective way to provide information to its constituents than cold questions from those that could tune into a live X town hall event.  Accordingly, it adjusted its communications strategy as the cases progressed.  White & Case also leveraged the various ad hoc groups of creditors, and their counsel, to collect questions and provide thorough responses to relay to the groups.  White & Case billed time for participating in X town hall events; however, based on its review of its time records, White & Case does not believe it billed any time

(other than in connection with discovery related to confirmation) for time spent reviewing X (f/k/a Twitter) or other channels to identify important issues for account holders.

68.    Recently, White & Case has worked with the Debtors to compile and answer creditor questions regarding distributions and the Effective Date through a single FAQ posted by the Debtors to avoid confusion and duplication of efforts.   White & Case has contributed meaningfully to those publications by making sure important questions from its constituents are included and answered in a manner that provides them with the information that they require.

69.    White & Case tried to answer every direct email inquiry from account holders and listen to all information provided by account holders, including the various corner cases and different circumstances of individual creditors.   White & Case collected emails and public comments and presented those to the Committee so that they were aware of the discussions and opinions of unsecured creditors.   White & Case worked with the various ad hoc groups to understand the issues of their members and attempt to often find creative solutions to individual creditors' issues.

### B10.    Corporate / Securities Issues
#### Fees:  $4,010,861.00; Hours:  3,124.3

70.    White & Case advised the Committee with respect to corporate, securities, and other regulatory law issues as applied to the Debtors and the Debtors' proposed restructuring.  This included extensive research, due diligence, and analysis on important issues, including (1) the distribution of equity in the reorganized entity, (2) state and federal regulations applicable to cryptocurrency, money transmission, banking, and lending regulations, (3) significant analysis of the Investment Company Act and its application to the reorganized entity, (4) the preparation and filing of the Form 10 and requests for regulatory relief from the U.S. Securities and Exchange Commission with respect to certain financial statement requirements, (5) the issuance of securities

33

under section 1145, (6) whether certain tokens are securities and the application of securities laws to those tokens, and (7) claims and causes of action for violating securities laws. White & Case coordinated with the Debtors' professionals regarding the same and generally deferred to the Debtors' professionals to directly communicate with the SEC to avoid a duplication of efforts. After noting an apparent lack of progress, a securities and financial restructuring partner from White & Case began to join calls with the SEC due to the critical nature of the issue. White & Case also arranged calls with state regulators and helped to ensure all state regulators were apprised of the progress of the Chapter 11 Cases.

71.     White & Case also provided a presentation on the CEL Token and Debtors actions with respect to the CEL Token to several government agencies. The development of the Plan and evaluation of the bids submitted at the auction required consideration of many securities laws and many conversations with the Committee regarding securities law considerations. The lack of clarity in regulations regarding cryptocurrency required White & Case to provide the Committee with advice regarding the risk of various restructuring options. Particular consideration was also taken in connection with the loan settlement that was developed prior to the auction and the treatment of the Retail Borrow claims contained in the confirmed Plan.

72.     The Committee, through White & Case also opposed the formation of an official equity committee, which would have cost the estate millions (the preferred equity holders allocated $23 million to their attorney fees in connection with the settlement approved by the Court). [Docket No. 1048].

73.     White & Case investigated matters related to the liquidation of many Retail Borrow customers prior to the Petition Date and whether those liquidations violated laws such that the customers would have superior or additional claims against the Debtors.

74.     White & Case also coordinated the Committee's process to select the board for NewCo (as defined in the Plan), which began in the spring of 2023.  The Committee's overall goal was to select a NewCo board whose members would be a significant counterweight to the outside managers of NewCo, but also have the expertise and credibility to work with those managers to build a successful business, without taking unnecessary or disproportionate risk with creditors' assets.  The Committee ran an open process to identify potential NewCo board members, which was described in detail at the confirmation hearing.

75.     During the Fourth Interim Period, White & Case analyzed specific securities issues related to the Debtors' staking business.  White & Case also led the negotiation and documentation of the corporate and securities agreements with respect to the NewCo and MiningCo transaction.  White & Case has spent significant time addressing issues relating to the distribution of cryptocurrency and equity to creditors worldwide.  White & Case has been working with the Debtors to develop public company policies and procedures that are intended to protect the rights of creditors who will become shareholders of MiningCo.  Finally, White & Case has been working with the Debtors on the repayment and refinancing of its retail loans.  Since the Debtors are primarily in charge of distributions, White & Case has shared advice when appropriate under common interest and avoided duplication where possible.

### B11.   Customer Issues
Fees:  $2,983,336.00; Hours:  2,631.4

76.     White & Case advised the Committee with respect to issues pertaining to customers' claims against the Debtors and potential recoveries from the Debtors' estates.  At the outset of these cases, White & Case supported the Debtors' efforts to seal customer information from being publicly disclosed, filed joinders in support of that request, and supplied expert testimony in connection thereto [Docket No. 399, 785].

35

77.     White & Case participated extensively in the determination of whether Earn assets were property of the Debtors' estates.  White & Case's efforts included analyzing the Debtors' Terms of Use, how those documents changed over time, and research and analysis of the legal issues regarding the different services offered by the Debtors (including the Custody, Earn, and Borrow programs), and the different property rights implicated by those services.  White & Case drafted an extensive memorandum for the Committee members addressing the various issues related to the ownership of cryptocurrency, potential arguments related to other property and equitable rights that could be asserted by account holders, and the treatment of the various competing claims for the Debtors' cryptocurrency assets.  White & Case negotiated with the Debtors to frame the issues for litigation concerning whether the Debtors or their account holders own the cryptocurrency transferred in connection with the Earn program, including the ability for creditors to participate *pro se* in a coordinated discovery process.  *See, e.g.,* Docket Nos. 1324, 1326, 1327, 1328, 1345, 1388, 1389, 1406, 1418, & 1186.  After establishing the coordinated schedule, White & Case participated in substantial discovery efforts concerning those issues, solicited input from account holders on the facts necessary to resolve that question, and met with account holders, government officials, and regulators regarding their views on the issue.  White & Case collected written deposition questions and submitted those to the Debtors.  White & Case briefed the issue and had the Debtors provide additional disclosure as to how account holders accepted the Terms of Use.  [Docket No. 1502].  White & Case appeared before the Court to argue its position on the issue.

78.     White & Case participated extensively in the negotiation of the Custody Settlement, which allowed participating creditors the ability to receive a distribution in kind and a partial

distribution prior to the Effective Date of the Plan, both important points to Custody account holders.

79.     White & Case analyzed and responded to various motions by account holders appearing *pro se* to establish a priority for themselves or a secured claim against the Debtors or to seek relief from the automatic stay.  *See, e.g. Omnibus Objection to Motion / Omnibus Objection of the Official Committee of Unsecured Creditors to (I) Motion to Consider USDC Investors as Secured Creditors, (II) Motion to Consider Stablecoin Creditors as Secured Creditors, and (III) Motion to Consider Tethergold (XAUT) Creditors as Secured Creditors* [Docket No. 1185].  White & Case also responded to the requests of creditors to address the legal status of other cryptocurrency assets, including the Flare token airdrop which was raised by many account holders.  The Court approved crediting the Debtors with the Flare tokens by order on January 24, 2023 [Docket No. 1931].

80.     White & Case also did extensive analysis into the Debtors' Borrow program, the rights of creditors with loans on account of the Debtors' Borrow program, and many tax and other issues that were specific to those Borrowers.  White & Case provided that analysis as part of settlement discussions with the Ad Hoc Borrower Group and to all creditors that participated in the mediation, through its confidential mediation statement.  White & Case attempted on numerous occasions to try to find creative solutions to solve the complicated value, regulatory, and tax problems posed by the Debtors' retail lending program.  Those efforts included leading the development of a proposal (and documenting that proposal in a detailed term sheet) to extend the retail loans that was negotiated at length with, but never accepted by, the Ad Hoc Borrower Group.  That settlement construct was ultimately removed during the plan sponsorship auction.

81.     White & Case also analyzed the Debtors' motion to return customers' postpetition transfers to the Debtors.

82.     Finally, White & Case spent substantial time researching and analyzing potential preference claims and the application of potential defenses of account holders to those preference claims.  White & Case communicated the Committee's decision on how to settle preference claims with respect to the vast majority of account holders in the *Statement of the Official Committee of Unsecured Creditors Regarding the Debtors' Exclusive Periods* [Docket No. 2159], filed March 1, 2023.

### B12.   Discovery
### Fees:  $3,777,138.00; Hours:  4,526.7

83.     White & Case conducted a thorough investigation of the Debtors' assets, liabilities, and prepetition conduct.  That investigation will now be used for the Litigation Administrator to bring claims against the Excluded Parties and other entities.  This work included preparing and serving numerous discovery requests on the Debtors, Mr. Alex Mashinsky, and other parties that may be targets of litigation or possess information and documents regarding the estates' potentially valuable claims and causes of action.  White & Case received over 1.5 million documents from the Debtors and counterparties.  White & Case efficiently reviewed those document productions as needed to develop the Committee's litigation positions and potential claims and causes of action.  White & Case used technology to streamline its review and efficiently analyze the vast volumes of documents produced.  White & Case also engaged in extensive efforts to obtain the requested information and documents, a process that required significant interaction with Kirkland & Ellis LLP and Latham & Watkins LLP, counsel to the Debtors, as well as counsel to other parties.  White & Case conducted research to ensure that its efforts to obtain information from individuals located in foreign jurisdictions, including the State of Israel, were successful.  Finally, White & Case

litigation staff performed various technical tasks related to the processing of discovery documents and other materials.

84.     White & Case led many of the interviews with previous employees of the Debtors. White & Case worked cooperatively with the Examiner to avoid the duplication of work.  The Examiner and the Committee conducted many 4-hour interviews where the party who initially requested the interview, oftentimes the Examiner, first interviewed the witness for 2 hours, and the other counsel took the second two hours.  The Committee deferred to the Examiner on many parts of its investigation to avoid duplication and best use the Examiner's report to substantiate future claims and litigation positions.

85.     White & Case's discovery effort led to many important discoveries in the investigation of Celsius.  Those efforts ultimately resulted in the filing of a complaint that brought claims against Mr. Mashinsky and the Debtors' other prepetition officers and directors.  [Docket Nos. 2054, 2349].

86.     White & Case also conducted significant discovery with respect to the dispute with the Series B Preferred Equity Holders dispute concerning which entities unsecured creditors may assert contractual claims against under the Terms of Use.  White & Case worked with financial experts at M3 to investigate the facts relating to each of these claims and provided M3 with the information needed for it to conduct its analysis with respect to the Debtors' financial affairs. White & Case prepared for a hearing on substantive consolidation, estimation, and fraudulent transfer issues by reviewing documents and preparing for depositions of key fact witnesses.  White & Case prepared the Committee's expert witnesses for their testimony in connection with those matters as well.  Ultimately that work led to the successful settlement of the Preferred Equity Holders' entitlement to the Debtors' estate.

87.     Prior to the confirmation hearing, White & Case continued to investigate certain insiders and develop a case against those insiders to equitably subordinate their claims.  Ultimately, the Debtors and the Committee agreed to the U.S. Department of Justice's request to stay the equitable subordination pleadings.  White & Case immediately suspended discovery when that decision was made.  White & Case participated in discovery with respect to the confirmation hearing, careful to cooperate with and not duplicate the work of the Debtors.  White & Case took the lead on discovery issues related to CEL Token and the Committee's board selection process. White & Case also helped to prepare its expert witness Max Galka to testify as to issues regarding the CEL Token, including the Debtors' prepetition manipulation of the value of the token.

### B13.   Employee Issues
**Fees:  $464,751.00; Hours:  406.6**

88.     At the outset of these cases, White & Case advised the Committee on its opposition to the Debtors' motion to retain their former chief financial officer as a highly paid consultant [Docket No. 191].  As a result of the Committee's opposition, the Debtors agreed to voluntarily withdraw that motion [Docket No. 379].  White & Case advised the Committee with respect to the Debtors' first day wages motion, including filing an objection thereto that was consensually resolved [Docket No. 402].

89.     White & Case also advised the Committee with respect to the resignation of Mr. Alex Mashinsky, Mr. S. Daniel Leon, and Mr. Roni Cohen-Pavon, and certain employment issues raised thereby.  White & Case prepared and filed a statement on behalf of the Committee regarding the resignation of Messrs. Mashinsky and Leon. [Docket No. 903].

90.     White & Case advised the Committee with respect to the Debtors' proposed program to retain certain key non-insider employees, conducted an analysis of the proposed program, investigated prepetition transfers by certain proposed participants, assisted the

40

Committee's financial advisor, M3, in the negotiation of those programs, and drafted and filed a statement by the Committee in support of the program as revised to reflect the Committee's input. [Docket No. 1187].

91.    White & Case analyzed Celsius's KEIP issues and the Debtors' proposed metrics under what ultimately became the EIP that is included in the Plan.  White & Case also spent time researching precedent related to the *Debtors' Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees, (II) Authorizing Reimbursement of Past and Future Out-Of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees and (II) Granting Related Relief* [Docket No. 2147], filed an objection that motion [Docket No. 2227].  As a result of that research, White & Case developed and negotiated procedures through which the Debtors could propose current and former employees whose fees and expenses it sought to reimburse, with all parties' ability to object preserved.

92.    During the Fourth Interim Period, White & Case investigated parties that the Debtors' intended to release under the Plan, certain settlement agreements with employees, and discovery with respect to each of those issues.  White & Case devoted additional time to analyzing cooperating witness issues and other employee requests.

### B14.    Executory Contracts / Unexpired Leases
### Fees:  $33,140.00; Hours:  35.0

93.    White & Case spent relatively limited time on the assumption and rejection of various executory contracts and unexpired leases.  Its efforts were primarily aimed to ensure such actions were in the best interests of the estates, account holders, and unsecured creditors.  White & Case also reviewed the assumption and rejection procedures in the Plan and analyzed contract revisions and reviewed rejection notices.

### B15.   Financing Matters
**Fees:  $102,361.00; Hours:  67.0**

94.      White & Case spent limited time analyzing and advising the Committee with respect to the Debtors' early attempts to identify potential debtor-in-possession financing options. Analysis of liquidity issues, cash forecasts, cash management issues, and coin reports was primarily conducted by the Committee's financial advisors.   White & Case later advised the Committee on financing matters related to the bid and auction process, including addressing staking services, the future business plan, and tax structuring issues.

### B16.   First Day Pleadings
**Fees:  $347,703.00; Hours:  321.8**

95.      White & Case advised the Committee with respect to the Debtors' first- and second-day motions and the relief sought.   This included revising and commenting on the Debtors' proposed orders for these motions and, where appropriate, drafting and filing objections to the same [Docket Nos. 401, 402, 428, 420, 430].   The subjects of these motions included, but was not limited to, cash management, wages, bitcoin mining, *de minimis* asset sales, reporting obligations, critical vendor payments, preserving net operating loss tax attributes, the retention of ordinary course professionals, Compensation Procedures Order, and the proposed retention of the Debtors' former Chief Financial Officer as a consultant.   White & Case consensually resolved the Committee's objections in a manner that preserved the rights of account holders and unsecured creditors while avoiding value-destructive litigation.

### B17.   Hearings and Court Matters
**Fees:  $956,198.00; Hours:  734.0**

96.      White & Case prepared for, participated in, and led the questioning of Christopher Ferraro at the Debtors' section 341(a) meeting of creditors held on August 19, 2022, and October 13, 2022.   Through the Third Interim Period, White & Case prepared for and participated in more

than 26 hearings and status conferences that occurred during the Chapter 11 Cases. White & Case also prepared for and attended hearings in the Core Scientific Chapter 11 Cases regarding Core's rejection of its contracts with the Debtors.

97.     During the Fourth Interim Period, White & Case prepared for and attended 16 hearings, including 7 days of confirmation hearings and other omnibus hearings and status conferences.

### B18.    Insurance Issues
### Fees:  $26,816.00; Hours:  26.3

98.     White & Case devoted relatively limited time to insurance matters, primarily reviewing and analyzing certain insurance policies and the rights of account holders and unsecured creditors with respect to the same. White & Case also worked on materials related to the directors' and officers' motion for relief from the automatic stay and, cognizant of the Court's prior ruling on a similar issue, filed a limited objection that successfully sought the right to additional information from the insurers [Docket No. 2839].

### B19.    Lien Review / Investigation
### Fees:  $2,615,526.00; Hours:  2,371.0

99.     Since its retention, White & Case has pursued a broad investigation of the Debtors and their current and former insiders.[18] The Committee has received over 1.5 million documents as a result of the discovery requests served in these Chapter 11 Cases and discussed this investigation under the discovery category above. Because of the multi-faceted nature of the Committee's investigation, such time has been billed in multiple project categories, including, but not limited to, B12 (Discovery) and B19 (Investigation). The Committee does not repeat the matters covered by the description in B12 (Discovery) here but incorporates it by reference. As

---

[18]    This narrative summary should be read in conjunction with the narrative summary for B12 Discovery.

part of its investigation, White & Case analyzed, among other things: (i) the conduct of the Debtors' insiders (including Mr. Mashinsky and Mr. Leon); (ii) the Debtors' transactions with its insiders and their affiliates; (iii) the Debtors' decision to implement the "Pause"; (iv) the Debtors' prepetition investments; (v) the Debtors' financial data; (vi) the Debtors' interactions with, and representations to, account holders; (vii) the Debtors' promotion of the CEL token and transactions with respect to the CEL Token; (viii) the Debtors' blockchain activity; (ix) withdrawals from the Debtors' platform; (x) transfers to and from wallets associated with insiders of the Debtors; and (xi) the Debtors' potential claims against contract counterparties.

100.    As part of this project category, White & Case also advised the Committee with respect to the Debtors' proposed settlement of estate claims against third parties, including Prime Trust LLC, StakeHound, and Jason Stone.  White & Case participated in the Debtors' negotiations of settlement with those parties, without duplicating the Debtors' efforts, and successfully sought modifications to the settlement terms to protect the rights of account holders.  This project category also included some time incurred by White & Case attorneys to prepare briefing and a declaration with respect to the dispute with the preferred equity holders regarding customer claims, which papers were filed on December 28, 2022. [Docket Nos. 1797, 1798].  During the Fourth Interim Period, White & Case conducted factual research to facilitate attempts to settle with insiders regarding claims that were brought by the Committee in its Complaint and the equitable subordination proposed under the Plan.  As described above, White & Case also investigated the current employees that stayed with the Debtors throughout the Chapter 11 Cases and who the Debtors proposed to release under the Plan, to ensure that the proposed releases were proper and narrowly tailored to employees that did not engage in inequitable conduct.

### B20. Nonworking Travel Time Billed
### Fees: $48,368.00; Hours: 30.5

101.    White & Case billed minimal nonworking travel time, primarily for attorneys to travel to New York to attend hearings and the confirmation hearing.  When possible, White & Case aimed to minimize the amount of any non-working time billed to this matter by working in transit where possible and wrote off a significant amount of this time.  The amounts presented for review and the request for payment in the Application reflect both a reduction of one half the charges for travel time, consistent with the Fee Guidelines, and further reductions thereafter in White & Case's billing judgment.

### B21. Plan / Disclosure Statement
### Fees: $7,582,522.00; Hours: 5,753.2

102.    White & Case analyzed potential structures and terms for the Debtors' plan of reorganization, analyzed proposals from certain potential plan sponsors, and advised the Committee with respect to such plan structures and proposals.  White & Case also analyzed the Debtors' first motion to extend their exclusivity periods [Docket Nos. 1317] and formulated recommendations for the Committee's strategy with respect to the same.  Ultimately, White & Case negotiated a limited extension of the exclusivity periods with the Debtors and filed a statement explaining the Committee's view on exclusivity and the need for an expeditious resolution of these Chapter 11 Cases [Docket No. 1536].  Finally, when the cases were uncertain and the Debtors were not making sufficient progress prior to the expiration of their first exclusivity period, White & Case began to draft a plan and disclosure statement for filing in the event that exclusivity terminated, and the Committee was permitted to file a plan that maximized value to account holders and unsecured creditors.

103.    Thereafter, the Debtors filed a second motion to extend their exclusivity periods [Docket No. 1940].  As of the deadline to object to that motion, the Committee and the Debtors had not agreed on the terms for a confirmable chapter 11 plan or an acceptable exit strategy. Accordingly, on February 8, 2023, White & Case filed the Committee's objection to the further extension of the Debtors' exclusivity periods [Docket No. 2011], requesting that the Court, absent a change in circumstances prior to the hearing on the motion, lift exclusivity to permit solely the Committee to file and prosecute its own liquidating chapter 11 plan.  That plan would return liquid digital assets to account holders and create post-effective date trusts or similar entities to monetize the Debtors' illiquid assets for account holders' benefit.  White & Case continued drafting such plan and a corresponding disclosure statement for filing in the event that the Court terminated exclusivity.  White & Case kept those efforts to a minimum so that it could be ready, if needed, and ceased all efforts on that workstream when it became apparent that it would not be required. White & Case also used many of the concepts in its initial plan in the Plan that was ultimately proposed by the Debtors.

104.    By the end of the Second Interim Period, the Committee had reached agreement with the Debtors and NovaWulf regarding the terms of a restructuring transaction to be implemented in a plan of reorganization.   White & Case spent significant time analyzing, researching, negotiating, and revising a plan term sheet, a plan sponsor agreement, and settlement term sheets for various disputes in these Chapter 11 Cases, which were attached to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Certain Bid Protections for the Proposed Plan Sponsor and (II) Granting Related Relief* [Docket No. 2151], filed the evening of February 28, 2023.  And, thereafter, the Committee agreed to an extension of exclusivity [Docket

No. 2159] to allow the parties to finalize the terms of the NovaWulf transaction and to solicit higher and better offers pursuant to the Debtors' and Committee's fiduciary duties.

105.    Pursuant to the broad "fiduciary out" under the plan sponsor agreement with NovaWulf, White & Case continued to engage with the Debtors and other bidders with respect to alternative proposals and advised the Committee with respect to the same.  White & Case attorneys spent significant time reviewing, analyzing, and commenting on the Debtors' proposed plan of reorganization and participating in internal conferences and conferences with the Debtor's professionals regarding various aspects of the plan.  White & Case also prepared and filed on behalf of the Committee a statement with respect to the bid protections for NovaWulf as the proposed plan sponsor [Docket No. 2302].

106.    Following the selection of NovaWulf as the stalking horse bidder, two additional qualified bidders submitted bids for the Debtors' assets, Fahrenheit and BRIC.  White & Case attorneys participated in an auction, which commenced on April 25, 2023 and featured multiple rounds of bidding over the following month.  The auction was unique.  White & Case worked with the Committee's other professionals and the Debtors' professionals to assess both quantitative and qualitative factors to determine which team was best qualified and had the best plan for the new company that would return the most value to creditors.  On May 24, 2023, the Debtors and the Committee jointly selected the Fahrenheit group as the winning bidder and BRIC as the backup bidder.[19]

107.    Fahrenheit's winning bid preserved the NewCo structure proposed in the stalking horse bid and unlocked potentially hundreds of millions of dollars of additional value for creditors (*e.g.*, by significantly reducing the fees associated with operating NewCo and by increasing the

---

[19]    *See Notice of Successful Bidder and Backup Bidder* [Docket No. 2713].

consideration that would be invested in, and contributed to, NewCo). It also provided guarantees and other consideration that significantly de-risked the buildout of the Debtors' mining business.

108.    Following the conclusion of the auction, White & Case worked with the Debtors' and Fahrenheit's professionals to finalize a plan sponsor agreement and incorporate the terms of Fahrenheit's winning bid into the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 2807] (the "**Plan**"). White & Case attorneys also negotiated a backup plan sponsor agreement with counsel to the Debtors and the BRIC.

109.    White & Case then began working with the Debtors' professionals on a related disclosure statement (the "**Disclosure Statement**") and related solicitation materials to be distributed to account holders and other creditors so that they could make an informed vote on the Plan. Specifically, White & Case attorneys spent significant time reviewing, analyzing, and commenting on the Debtors' proposed account holder ballots and Disclosure Statement, participating in internal conferences and conferences with the Debtor's professionals regarding various aspects of the Disclosure Statement.

110.    White & Case also spent significant efforts attempting to negotiate a proposed treatment for Borrow claims with the Ad Hoc Group of Borrowers. Prior to the auction, the parties spent over a month discussing a potential settlement; however, they were unable to come to terms with respect to a deal that was acceptable to both sides and had a likelihood of being confirmed. With no deal in place at the beginning of the auction despite protracted negotiations, the Debtors and Committee turned their focus to maximizing value for all creditors. Following the auction, White & Case attorneys worked to develop a revised settlement proposal which was communicated to the Borrow group prior to the filing of the Plan. White & Case proposed a mediation between the Borrow group and a group of active Earn creditors to attempt to bridge the gap. White & Case

then prepared the mediation statement and other materials related to the mediation.  That mediation occurred between July 17 and 19, 2023, and was attended by representatives of the Debtors, the Committee, the Ad Hoc Group of Borrowers, the Ad Hoc Group of Earn Account Holders, Ignat Tuganov (a proposed class claimant), and certain *pro se* creditors.  The mediation was a success and all parties agreed to a settlement of all existing disputes with respect to the relative entitlements of creditors with Earn and Borrow accounts.  Specifically, all holders of Account Holder Claims (other than Custody Claims) that did not opt out of the settlement of the Committee's class action claim will receive a 5% increase to their scheduled claim.  Borrowers were also provided the option to pay back all or a portion of their loan and receive an equal amount of either Bitcoin or Ethereum, at their choice—an option that could provide tax benefits to electing Borrowers on that portion of their claim.

111.    During the Fourth Interim Period, White & Case analyzed regulatory issues and advised the Committee with respect to the same.  White & Case reviewed, analyzed, and commented on the Debtors' proposed Plan, Plan supplements, and Disclosure Statement, alternative dispute resolution procedures and participating in internal conferences and conferences with the Debtor's professionals regarding various aspects of the plan.  White & Case also devoted substantial time to the legal research and drafting of the *Brief of the Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors' Plan of Reorganization* [Docket No. 3432], which was filed on September 6, 2023, and *The Official Committee of Unsecured Creditors' (I) Joinder to the Debtors' Confirmation Brief and (II) Statement in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 3605], which was filed on September 27, 2023.

### B22.   Reports and Schedules Review
### Fees: $73,341.00; Hours:  60.9

112.     White & Case analyzed the Debtors' schedules, statements, and other reports with the goal of developing the Committee's potential claims and causes of action and ensuring that the Debtors are appropriately managing their estates during these Chapter 11 Cases.  White & Case also communicated with the Committee's other professionals and the Debtors' counsel regarding such schedules, statements, and reports.

### B23.   Tax Issues
### Fees: $367,720.00; Hours:  244.4

113.     The tax issues presented by this case were novel in many respects.  In particular, relevant guidance was lacking on the applicable tax treatment of holders' claims on the platform, and the tax consequences of different types of recoveries.  White & Case spent considerable time researching, by looking at analogous areas of law, the expected tax consequences for account holders of recoveries under the Plan and applying assumptions as to the tax characteristics of such holders.  For example, it was ultimately concluded that holders could take the position that a like-kind for like-kind crypto exchange could be reported in a manner that does not give rise to current tax.  This conclusion, which is reflected in the Plan and Disclosure Statement, was critical in alleviating the potential tax burden for certain holders.  White & Case also researched, analyzed, and discussed tax issues associated with various potential plans of reorganization and other transactions within these Chapter 11 Cases, including various proposals for the retail borrowers. White & Case spent considerable time reviewing the Plan and Disclosure Statement to ensure that the various conclusions and determinations were properly memorialized.  White & Case also coordinated closely with counsel for the Debtors and counsel for Fahrenheit and US Bitcoin to ensure that the restructuring transactions were effectuated in a tax efficient manner, including with

50

respect to the settlement and unwinding of intercompany loans among the Debtors and their affiliates.

114. During the combined Fourth Interim Period, White & Case reviewed and analyzed tax issues in connection with the appointment of a litigation administrator as well as other tax considerations relating to the Debtors' plan of reorganization, and in particular, on the structure of the applicable restructuring transactions.

### B24.  Utilities Issues
### Fees:  $0.00; Hours:  0.0

115. White & Case did not bill any time to this project category.

### B25.  Retention/Fee Applications - W&C
### Fees:  $1,043,328.50; Hours:  1,042.4

116. White & Case drafted its Retention Application as counsel to the Committee and conducted extensive analysis of its connections to potential parties in interest to make appropriate disclosures under the Bankruptcy Code.  After filing the Retention Application [Docket No. 603], White & Case conferred with the U.S. Trustee regarding their informal comments to the Retention Application and then filed a revised proposed Retention Order and a supplemental declaration to consensually resolve the U.S. Trustee's comments [Docket No. 814, 15].  The Court ultimately approved the Retention Application and entered the Retention Order [Docket No. 829].  After entry of the Retention Order, White & Case periodically prepared and filed supplemental declarations as a result of newly identified potential parties in interest, updated searches of potential parties in interest, or for other reasons [Docket Nos. 603, 814, 829, 1215, 1727, 2100, 2140, 2533, 2589, 3590, 3625, 3934, 4113].  Finally, White & Case prepared and periodically updated a budget and staffing plan for its work for the Committee.

117.    In accordance with the Compensation Procedures Order and Fee Examiner Order, White & Case filed fifteen Monthly Fee Statements over the Final Period [Docket Nos. 1224, 1450, 1635, 1899, 2099, 2214, 2368, 2678, 2858, 2955, 3127, 3426, 3709, 3925, 4061]. White & Case also worked on and filed interim applications during the first three interim periods [Docket Nos. 1715, 2457, 3296], and began work on this final application. White & Case spent considerable time reviewing its time entries and expenses for compliance with U.S. Trustee guidelines, Fee Examiner guidelines and other requirements, including reviewing for any privilege and confidential information. With regard to each interim application, White & Case also spent time providing additional information to the Fee Examiner, carefully examining and considering the Fee Examiner's initial reports, and achieved a resolution with the Fee Examiner regarding their comments.

### B26.    Responding to Fee Objections or Comments
**Fees:  $39,042.00; Hours:  31.7**

118.    White & Case responded to objections to the Committee's interim fee applications [Docket No. 2488] and prepared for the interim fee application hearing. This project category also contains some overlapping time with B25 related to reviewing, analyzing, and summarizing the Fee Examiner report.

### B27.    Expense Reimbursement for Committee Members
**Fees:  $629.50; Hours:  0.9**

119.    White & Case inadvertently billed minimal time to this project category, which should have been billed to B25.

### B28.    Retention/Fee Applications – Others
**Fees:  $704,361.00; Hours:  689.5**

120.    White & Case advised the Committee with respect to the engagement letters for the Committee's other professionals, including the Committee's financial advisor (M3 Advisory

Partners, LP ("**M3**")), investment banker (Perella Weinberg Partners LP ("**PWP**")), blockchain

forensics advisor (Elementus Inc. ("**Elementus**")), and communications advisor (Kroll

Restructuring Administration LLC ("**Kroll**")), and assisted in the drafting and filing of retention

applications for these professionals.  [Docket Nos. 433, 604, 605, 606].  White & Case conferred

with the U.S. Trustee regarding its informal comments to the Committee's retention of M3, PWP,

Elementus, and Kroll.  In response to the same, White & Case worked with these professionals in

modifying and filing revised proposed retention orders and preparing and filing supplemental

declarations [Docket Nos. 775, 776, 1090, 1091, 1092, 1093, 1094].  The Court ultimately

approved the Committee's retention of each of the Committee's proposed professionals.  [Docket

Nos. 827, 1096, 1097, 1098].  Finally, White & Case advised the Committee with respect to the

proposed fee structure of the Debtors' investment banker, Centerview Partners LLC, and

negotiated revisions to its proposed fee structure, which the Court ultimately approved as modified

[Docket No. 846].

121.    During the Second Interim Period, White & Case drafted and filed the Committee's

application to retain Gornitzky & Co. ("**Gornitzky**") as Israeli counsel to advise the Committee

with respect to the sale of GK8, an Israeli entity [Docket No. 1298].  White & Case conferred with

the U.S. Trustee's Office regarding their informal comments to the Committee's retention of

Gornitzky (which were consensually resolved) and the retention was approved by the Court on

December 20, 2022 [Docket No. 1760].  White & Case also assisted the Committee's other retained

professionals (M3, PWP, Elementus, and Kroll) with respect to their compliance with the

Compensation Procedures Order and with drafting monthly fee statements and interim fee

applications, the latter of which were filed circa December 15, 2022.  White & Case also assisted

and interfaced with Selendy Gay Elsberg PLLC ("**Selendy**") in connection with the preparation of

the firm's retention application as co-counsel to the Committee, which was filed on January 31, 2023 [Docket No. 1964], and later approved on March 16, 2023 [Docket No. 2251]. Finally, White & Case also analyzed Centerview's supplemental retention application [Docket Nos. 2005, 2104], later negotiating a consensual resolution of same [Docket No. 2196], which included the preparation of a formal objection to same.

122.    During the Third and Fourth Interim Periods, White & Case continued to assist the Committee's other retained professionals (M3, PWP, Elementus, Kroll, Selendy, and Gornitzky) with respect to their compliance with the Compensation Procedures Order and with drafting monthly fee statements, and with drafting and filing their interim fee applications for the Second Interim Period.  White & Case also analyzed various substantial contribution motions filed by parties and filed objections in response to same [Docket Nos. 2616 and 4027].

### B29.   Examiner
**Fees:  $567,097.00; Hours:  495.1**

123.    White & Case negotiated the scope of the Examiner's investigation with the U.S. Trustee in an effort to avoid a duplication of effort and expense.  White & Case also conferred with the Examiner about the scope of the Examiner's investigation and coordinated witness interviews to ensure that testimony and estate claims were preserved.  Some of the entries in this category are also contained in B12 (Discovery) and B19 (Lien Review/Investigation).  Further, White & Case analyzed the Examiner's interim report, particularly with respect to matters at issue in the Custody and Withhold litigation and, later, reviewed the Examiner's final report, which was issued on January 31, 2023 [Docket No. 1956].  White & Case also conferred both internally and externally regarding the Examiner's interim and final reports.

124.    White & Case's cooperation with the Examiner is emblematic of the approach White & Case took with the various enforcement and regulatory authorities investigating and

overseeing Celsius.  White & Case proactively sought to keep regulators informed, asked for guidance to hopefully avoid time consuming and costly detours, and deferred to enforcement agencies' investigation and prosecution of bad actors, when appropriate.

### B30.   Custody & Withhold Matters
**Fees:  $1,715,648.00; Hours:  1,544.4**

125.    The Debtors, the Ad Hoc Group of Custodial Account Holders, and the Ad Hoc Group of Withhold Account Holders all sought Court authorization for the Debtors to return digital assets held in Custody and Withhold accounts to the account holders who transferred such assets to the Debtors [Docket Nos. 670, 737; Adv. No. 22-01142, Adv. Docket No. 1].  These disputes presented case-critical legal issues that required the development of a complex evidentiary record for the Committee to make an informed determination as to whether Custody and Withhold assets should be returned to account holders, and whether doing so was in the best interests of all account holders.  White & Case led the development of the stipulation governing the scheduling and discovery issues in these disputes, as well as a stipulation permitting the Committee's intervention in the Custody adversary proceeding.  The parties ultimately presented consensual scheduling and intervention stipulations to the Court, which the Court approved [Docket No. 1044; Adv. No. 22-01142, Adv. Docket Nos. 5, 6].

126.    White & Case devoted substantial time (in both this billing category and others) to researching common legal issues in respect of the Custody and Withhold accounts and drafting the Committee's Phase I brief [Docket No. 1290] and responsive brief [Docket No. 1571] pursuant to the Court-approved scheduling order entered in the Custody and Withhold litigation. White & Case also prepared for and attended the evidentiary hearings on the Custody and Withhold issues that occurred on December 7 and 8, 2022.

127.    White & Case ultimately negotiated a settlement with respect to custody accounts, which was later attached to the plan support agreement filed on March 1, 2023 [Docket No. 2151]. Specifically, each Custody account holder had the option to settle all preference actions with respect to their applicable Custody claim in exchange for electing to receive cryptocurrency equal to 72.5% of their allowed Custody claim.  In connection with the foregoing, White & Case also researched and carefully considered related preference issues and defenses thereto.

128.    White & Case monitored the Debtors' implementation of the process by which a significant portion of custody users were permitted to withdraw certain assets [Docket No. 1958]. Limited time was spent on that category and White & Case largely deferred to the Debtors with respect to distributions.

129.    White & Case also participated in the negotiation of a settlement with the Debtors and the Withhold Ad Hoc Group respecting withhold accounts [Docket No. 2334].  Pursuant to the settlement, settling Withhold account holders received, within 30 days of the entry of the settlement order, (a) an in-kind distribution equal to 15% of the value, as of the Petition Date, of such holder's Withhold claim, and (b) the treatment of such holder's remaining 85% of the Withhold claim as an Earn claim under the Plan.  In connection with the foregoing, White & Case also researched and carefully considered related preference issues and defenses thereto.

### B31.    Core Mining Issues
**Fees:  $1,101,219.50; Hours:  994.2**

130.    White & Case devoted substantial time to reviewing and responding to the Debtors' motion to enforce the automatic stay against Core Scientific, Core Scientific's objection to the same, and Core Scientific's affirmative motion for relief from the automatic stay.  White & Case drafted and filed a joinder in support of the Debtors' motion [Docket No. 1139].  White & Case

also participated in significant discovery in connection with this litigation, including reviewing the parties' document productions and participating in depositions.

131.    White & Case also advised the Committee with respect to Core Scientific, Inc.'s (and ten affiliated debtors') own chapter 11 cases, which were filed on December 21, 2022. This included: (i) Core Scientific's rejection of its hosting contract with the Debtors; and (ii) Core Scientific's first day hearing matters, including DIP Financing and RSA matters.

132.    White & Case then advised the Committee with respect to Core mining issues, including preparation and analysis of settlement documents, assessment of bid structures for mining facilities, non-disclosure agreements, and proposal and associated term sheet for mining assets.  White & Case also conducted due diligence on bid proposals and legal research on proof of claims.  In addition to the litigation over the disputed hosting agreements discussed above, the Committee was also active in analysis and discussion of the $54 million secured notes position owed by Core to the Celsius estates, which was settled through the plan mediation in the Core bankruptcy cases.  Furthermore, White & Case advised the Committee with respect to Core litigation and mediation and claim objection and mediation with the debtors.

133.    During the Fourth Interim Period, White & Case continued to work on Core mining matters, including advising the Committee with respect to Core litigation, the hosting agreement, Plan Support Agreement review, claim objection, and the settlement with Core Scientific and the Cedarvale sale transaction.

### B32.    <u>Customer Claim Appeal & Preferred Equity Issues</u>
### Fees:  $4,130,926.50; Hours:  3,898.0

134.    White & Case prepared to appeal the Court's *Order Regarding Which Debtor Entities Have Liability for Customer Claims Under the Terms of Use* [Docket No. 2265], which *Notice of Appeal* was filed on March 31, 2023 [Docket No. 2356].  White & Case attorneys

conducted extensive legal research and analysis related to the same. White & Case also began preparing for the possibility of the Committee asserting a class proof of claim on behalf of all account holders, for which a motion seeking authority was filed on April 10, 2023, which is described in detail above [Docket No. 2399].

135.    White & Case conducted substantial work on matters related to the preferred equity litigation, customer claims estimation, and substantive consolidation issues. White & Case conducted extensive legal research on conversion and intercompany transactions, intercompany operations, loan agreements and subsidiary-parent company relations. On May 1, 2023, White & Case commenced an adversary proceeding against Debtor CNL [Docket No. 2564] and filed the *Motion to Substantially Consolidate the Estates of Celsius Network Limited and Celsius Network LLC, and Joinder in the Debtors' Motion Seeking the Same Relief* [Docket No. 2565].

136.    The extent of stakeholders' respective entitlements to recover value from CNL's estate was one of the major issues in the Chapter 11 Cases, resulting in multiple contested matters, many of which were set to culminate in a multi-day, fact-intensive trial in July 2023. Facing the prospect of protracted litigation and the associated costs, the Committee reengaged in a final round of settlement negotiations with counsel to the Debtors and the Series B Preferred Holders following the completion of written discovery. White & Case worked with the Committee's co-counsel, Selendy in connection with that settlement and was careful not to duplicate the work performed by the Selendy team. These negotiations were successful—the parties reached agreement on a $25 million cash settlement (to be paid from proceeds from the prior sale of the GK8 platform) and the release of all claims between the Consenting Series B Preferred Holders, on the one hand, and the Debtors and the Committee, on the other hand. The settlement ended all ongoing litigation between the parties regarding substantive consolidation, the allowance of an

intercompany claim between CNL and Celsius Network LLC, and an alleged constructive fraudulent transfer.

### B33.   Confirmation Litigation & Discovery
### Fees:  $3,308,813.00; Hours:  3,126.1

137.   During the Fourth Interim Period, White & Case devoted substantial time to work on matters related to confirmation litigation and discovery, including serving, reviewing and responding to discovery, preparing for depositions of the equitably subordinated parties and certain CEL token holders, analyzing proposed releases, conducting legal research and analysis, and drafting documents related to the same.  White & Case also devoted substantial time to the legal research and drafting of the *Brief of the Official Committee of Unsecured Creditors Regarding Legal Issues with respect to the Treatment of CEL Token Under the Debtors' Plan of Reorganization* [Docket No. 3432], which was filed on September 6, 2023.

138.   White & Case devoted substantial time to work on matters related to the confirmation litigation predominantly in preparation for the confirmation hearing.  This included, among other work, preparation of the Committee's expert, discovery and depositions of adversary expert and fact witnesses, a motion to exclude an adversary expert report, exhibits in connection with the hearing, and participating in the confirmation hearing.  White & Case also worked on matters related to the entry of the Confirmation Order, including collaborating with the relevant professionals on the findings of fact and conclusions of law in preparation of the Confirmation Order and reviewing that order.

### B34.   Covario AG Matters
### Fees:  $78,621.00; Hours:  58.6

139.   On September 29, 2023, the U.S. Trustee reconstituted the Committee to remove Covario AG.  Thereafter, White & Case devoted time to Covario AG's role and participation on

the Committee. This included corresponding with the U.S. Trustee, addressing the consequences of the Court's September 29, 2023 hearing, and reviewing documents with respect to the same.

## The Requested Compensation and Expenses Should Be Allowed

140.    Section 330 of the Bankruptcy Code authorizes the Court to award "reasonable compensation for actual, necessary services rendered by the . . . professional person." 11 U.S.C. § 330. White & Case respectfully submits that its request for final allowance of compensation for the Final Period, satisfies that standard. White & Case is an international law firm with a widely recognized expertise in the area of bankruptcy and corporate reorganizations. Given the size, complexity, and extreme litigiousness of these Chapter 11 Cases, the professional services rendered by White & Case on behalf of the Committee during the Final Period required a high degree of legal services. Thus, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, White & Case submits that the amount requested herein by White & Case is fair and reasonable in light of (a) the nature of the Chapter 11 Cases, (b) the time and labor required to effectively provide counsel to the Committee, (c) the specialized nature and extent of the services rendered, (d) White & Case's experience, reputation, and ability, (e) the value of White & Case's services, and (f) the cost of comparable services outside of cases under the Bankruptcy Code. White & Case respectfully submits that the above-described professional services for which it seeks compensation in this Application were, at the time rendered, reasonable, necessary for, beneficial to, and appropriate to the Committee, the Debtors, their estates, and the administration of these Chapter 11 Cases. White & Case further believes that it performed the services for the Committee economically, effectively, and efficiently, and the results obtained benefited not only the Committee and its constituents, but also the Debtors' estates. White & Case further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Committee and all parties in interest.

141.    During the Final Period, White & Case's U.S. hourly billing rates for attorneys (though not necessarily billed to the Debtors' estates) ranged from, in 2022, $680 to $1,900 and, in 2023, from $740 to $2,100.  The hourly rates and corresponding rate structure utilized by White & Case in these Chapter 11 Cases are equivalent to the hourly rates and corresponding rate structure used by White & Case for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  White & Case strives to be efficient in the staffing of matters.  These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and urgent time pressures— all of which were present in these Chapter 11 Cases.

142.    Indeed, the summaries by project categories—together with the time detail attached to its Monthly Fee Statements—demonstrate that White & Case was heavily involved in performing services for the Committee on a daily basis, often including night and weekend work, to meet the needs of the Committee in these Chapter 11 Cases.

143.    Moreover, White & Case's hourly rates are set at a level designed to compensate White & Case fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged by both White & Case and other premier law firms.

144.    Approximately 56.3% of the hours worked were by attorneys in White & Case's Financial Restructuring and Insolvency Practice, a practice which enjoys a national and international reputation for its expertise in financial restructurings.  In addition, due to the facts

and circumstances of these Chapter 11 Cases, attorneys from White & Case's Commercial Litigation Practice also played a prominent role in White & Case's representation of the Committee, with over 24.6% of the hours worked by attorneys within such practice. The Commercial Litigation Practice also enjoys a national and international reputation for their expertise. Overall, White & Case brings to these Chapter 11 Cases a particularly high level of skill and knowledge, which inured to the benefit of the Committee and all parties in interest.

145.    In conclusion, the services provided by White & Case have been necessary to the Committee's role in these Chapter 11 Cases during the Final Period and were beneficial at the time at which the services were rendered toward the successful prosecution of the unsecured creditors' interests in these Chapter 11 Cases. Further, White & Case performed the services within a reasonable amount of time commensurate with the complexity, importance, nature of the problems, issues, and tasks addressed on behalf of the Committee. Finally, the compensation sought is reasonable based on the customary compensation charged by comparably skilled practitioners in chapter 11 cases. White & Case requests that the Court determine that the nature, extent, and value of these services were appropriate under the circumstances at the time the services were rendered.

146.    As a result of the services provided, White & Case incurred expenses which it billed. The disbursements for such services are not included in White & Case's overhead for the purpose of setting billing rates and White & Case has made every effort to minimize its disbursements in these Chapter 11 Cases. Section 330 of the Bankruptcy Code authorizes "reimbursement for actual, necessary expenses" incurred by professionals and paraprofessionals employed in a Chapter 11 Case. Accordingly, White & Case seeks reimbursement for expenses incurred in connection with services rendered by White & Case to the Committee during the Final Period. White & Case made every effort to minimize its expenses in these Chapter 11 Cases. The

expenses incurred in the rendition of professional services were necessary, reasonable, and justified under the circumstances to serve the Committee.

## Compliance with Guidelines

147.    White & Case believes that this Application, including the certification contained in the Certification in Support and the information in the other exhibits attached hereto, complies in all material respects with the Fee Guidelines.  To the extent this Application does not comply in every respect with the requirements of such Fee Guidelines, White & Case respectfully requests a waiver for any such technical non-compliance.

## No Prior Request

148.    No prior request for the relief sought herein has been made to this Court or any other court.

## Notice

149.    White & Case will provide notice of this Application to the Monthly Fee Statement Recipients [*see* Docket No. 2779 ¶ 3.a.] in accordance with the Compensation Procedures Order.

## Conclusion

WHEREFORE, White & Case respectfully requests entry of an order (a) allowing on a final basis compensation for professional services provided by White & Case during the Final Period in the amount of $50,502,967.87 and, reimbursement of actual, reasonable and necessary expenses incurred in the Final Period in the amount of $601,895.84; (b) authorizing and directing the Debtors to remit payment to White & Case for such fees and expenses; and (c) granting any such other relief that is necessary or appropriate.

*{signature on following page}*

Dated:  January 17, 2024
New York, New York

Respectfully submitted,

*/s/ Gregory F. Pesce*

**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
Email:  david.turetsky@whitecase.com
        sam.hershey@whitecase.com
        jweedman@whitecase.com

– and –

**WHITE & CASE LLP**
Michael C. Andolina (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:  (312) 881-5400
Facsimile:  (312) 881-5450
Email:  mandolina@whitecase.com
        gregory.pesce@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
Email:  kwofford@whitecase.com

– and –

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329
Email:  aaron.colodny@whitecase.com

*Counsel to the Official Committee of
Unsecured Creditors*

## Exhibit A

## Certification Under Guidelines

I, Gregory Pesce, hereby certify that:

1.      I am a partner of the firm of White & Case LLP ("**White & Case**"), an international law firm, which maintains offices for the practice of law at, among other locations, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606.  Among other admissions, I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in Illinois.  I have been admitted *pro hac vice* in connection with the above-captioned cases.  There are no disciplinary proceedings pending against me in any jurisdiction.

2.      This certification is made in respect of White & Case's compliance with the Local Guidelines in connection with the *Combined Fourth Interim and Final Application of White & Case LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors*, dated January 17, 2024, to which this certification is attached as Exhibit A (the "**Application**").  The information in this certification is true and correct to the best of my knowledge, information, and belief.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

a.      I have read the Application;

b.      To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Fee Guidelines, except as specifically noted in this certification and described in the Application;

c.      Except to the extent that fees or disbursements are prohibited by the Local Guidelines, the fees and disbursements sought by the Application are billed at rates and in accordance with practices customarily employed by White & Case and generally accepted by White & Case's clients; and

d.      In providing any reimbursable service, White & Case did not make a profit on such service, whether performed by White & Case in-house or through a third party.

4.        With respect to section C.5 of the U.S. Trustee Guidelines, I certify the following:

**Question**:        Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement?

Response:        No.

**Question**:        If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client?

Response:        For the Fourth Interim Period, White & Case has not exceeded by 10% or more any amounts thus budgeted for the Committee.

**Question**:        Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case?

Response:        No.

**Question**:        Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices?  (This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.).  If so, please quantify by hours and fees.

Response:        Yes.  This Application includes time and fees related to reviewing or revising time records or preparing, reviewing, or revising invoices in connection with the preparation of Monthly Fee Statements during the Fourth Interim Period.  White & Case is seeking compensation for approximately 71.9 hours and $69,255.00 in fees with respect to reviewing and revising time records to prepare such fee applications.

**Question**:        Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify by hours and fees.

Response:        Yes.  Such time spent by White & Case to ensure that the time entries subject to this Application do not disclose privileged or confidential information is included in the answer to the previous question.  This review and any revisions associated therewith are a necessary component of White & Case's fee applications.

**Question:**        If the fee application includes any rate increases since retention:  Did your client review and approve those rate increases in advance?  Did your client agree when retaining the law firm to accept all future rate increases?  If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA

2

Formal Ethics Opinion 11–458?

Response:      Yes, yes, and not applicable.

5.       With respect to section B.2 of the Local Guidelines, I certify that the Committee has been provided during the Application period with statements of fees and out-of-pocket expenses, containing lists of professionals and paraprofessionals providing services, their respective billing rates, the work hours expended by each individual, a general description of services rendered, and a reasonably detailed breakdown of out-of-pocket expenses incurred.

6.       With respect to section B.3 of the Local Guidelines, I certify that I will cause this Application to be served on the Monthly Fee Statement Recipients [*see* Docket No. 2779 ¶ 3.a.] in accordance with the Compensation Procedures Order.

7.       In accordance with Bankruptcy Rule 2016(a) and section 504 of the Bankruptcy Code, I certify that no agreement or understanding exists between White & Case and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the above cases except as authorized pursuant to the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  All services for which compensation is sought were professional services on behalf of the Committee and not on behalf of any other person.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

 Dated:  January 17, 2024

                                                                      */s/ Gregory F. Pesce*
                                                                      Gregory F. Pesce

3

**Exhibit B**

**Fourth Interim Period – Summary by Timekeeper**

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| Abdallah, Rashad | Associate | 2022 | Commercial Litigation Practice | 17.90 | $740.00 | $13,246.00 |
| Al-Buainain, Jarrah | Associate | 2020 | Technology Transactions Practice | 21.20 | $1,020.00 | $21,624.00 |
| Amrein, Steven | Associate | 2021 | Capital Markets Practice | 100.20 | $830.00 | $83,166.00 |
| Amulic, Andrea | Associate | 2017 | Financial Restructuring & Insolvency (FRI) Practice | 185.00 | $1,180.00 | $218,300.00 |
| Aquije, Alonso | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 0.70 | $740.00 | $518.00 |
| Armand, Jasmine | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 330.90 | $830.00 | $274,647.00 |
| Ash, Nikita | Associate | 2021 | Commercial Litigation Practice | 14.00 | $960.00 | $13,440.00 |
| Baccash, Laura | Counsel | 2003 | Financial Restructuring & Insolvency (FRI) Practice | 3.70 | $1,310.00 | $4,847.00 |
| Bah, Estelle | Legal Assistant | N/A | Intellectual Property Practice | 0.50 | $380.00 | $190.00 |
| Branson, Ariell | Associate | 2023 | Commercial Litigation Practice | 44.00 | $740.00 | $32,560.00 |
| Butler, Joshua | Associate | 2016 | M&A - Corporate Practice | 240.40 | $1,060.00 | $254,824.00 |
| Calaycay - De la Cruz, Rodelyn | Manager of Litigation Support | N/A | Timekeeper Pool | 1.40 | $340.00 | $476.00 |
| Cange, Gloria | Associate | 2023 | Commercial Litigation Practice | 9.00 | $740.00 | $6,660.00 |
| Chemborisov, Gleb | Litigation Specialist | N/A | Timekeeper Pool | 62.00 | $380.00 | $23,560.00 |
| Chen, Tony | Project Manager - Litigation Support | N/A | Timekeeper Pool | 144.80 | $380.00 | $55,024.00 |
| Colodny, Aaron | Partner | 2013 | Financial Restructuring & Insolvency (FRI) Practice | 843.70 | $1,370.00 | $1,155,869.00 |
| Cuccaro, Sydney | Research Professional | N/A | Research & Information Services | 1.20 | $505.00 | $606.00 |
| Cuevas, Guillermo | Litigation Specialist | N/A | Practice Technology - Disputes | 18.00 | $340.00 | $6,120.00 |
| Curtis, Lucas | Associate | 2020 | Commercial Litigation Practice | 78.50 | $960.00 | $75,360.00 |
| Daker, Angela | Partner | 1998 | Commercial Litigation Practice | 9.10 | $1,370.00 | $12,467.00 |
| Das, Adyasha | Associate | 2023 | M&A - Corporate Practice | 150.60 | $960.00 | $144,576.00 |
| Diamond, Colin | Partner | 2000 | Securities Practice | 0.50 | $1,950.00 | $975.00 |
| Dreier, David | Partner | 1995 | Tax Practice | 3.60 | $1,950.00 | $7,020.00 |
| Eckstut, Burr | Partner | 2009 | Technology Transactions Practice | 47.30 | $1,370.00 | $64,801.00 |
| Edmonds, Chloe | Associate | 2022 | Commercial Litigation Practice | 30.10 | $830.00 | $24,983.00 |
| Eliaszadeh, Chante | Associate | 2021 | Bank Advisory Practice | 445.50 | $960.00 | $427,680.00 |
| Ellis, Debra | Associate | 2013 | M&A - Corporate Practice | 25.40 | $1,140.00 | $28,956.00 |
| Ericksen, A.J. | Partner | 2005 | Securities Practice | 181.20 | $1,460.00 | $264,552.00 |
| Fay, Dylan | Associate | 2016 | Commercial Litigation Practice | 30.00 | $1,180.00 | $35,400.00 |
| Feuer, Aaron | Counsel | 2013 | Employment Compensation & Benefits (ECB) Practice | 23.80 | $1,310.00 | $31,178.00 |
| Fryman, Scott | Partner | 2015 | Tax Practice | 12.00 | $1,460.00 | $17,520.00 |
| Funderburk, Kelly | Associate | 2020 | Technology Transactions Practice | 12.70 | $1,020.00 | $12,954.00 |

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Fees |
|------|-------|---------------|--------------------|-------|------|------|
| Galvan, Paolo | Litigation Specialist | N/A | Practice Technology - Disputes | 1.50 | $340.00 | $510.00 |
| Gez, Maia | Partner | 2008 | Securities Practice | 26.20 | $1,460.00 | $38,252.00 |
| Gorman, Sean | Partner | 1988 | Commercial Litigation Practice | 19.00 | $1,370.00 | $26,030.00 |
| Gundersen, Kathryn | Associate | 2022 | Commercial Litigation Practice | 453.10 | $830.00 | $376,073.00 |
| Gurland, Carolyn | Partner | 1995 | Commercial Litigation Practice | 266.90 | $1,370.00 | $365,653.00 |
| Hafiz, Abdul | Associate | 2020 | Commercial Litigation Practice | 26.90 | $1,020.00 | $27,438.00 |
| Haqqani, Mira | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 594.00 | $740.00 | $439,560.00 |
| Havlin, Kim | Partner | 2008 | Commercial Litigation Practice | 11.30 | $1,590.00 | $17,967.00 |
| Hernandez, Sarah | Associate | 2017 | M&A - Corporate Practice | 12.30 | $1,060.00 | $13,038.00 |
| Hershey, Samuel | Partner | 2013 | Commercial Litigation Practice | 121.30 | $1,460.00 | $177,098.00 |
| Hirshorn, Deanna | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | 9.40 | $380.00 | $3,572.00 |
| Holmes, Chanel | Associate | N/A | Pool Associates - Corporate | 10.00 | $740.00 | $7,400.00 |
| Hovsepian, Arev | Associate | 2022 | Commercial Litigation Practice | 0.80 | $740.00 | $592.00 |
| Hu, James | Partner | 2013 | M&A - Private Equity Practice | 124.70 | $1,460.00 | $182,062.00 |
| Huang, Keith | Project Manager - Litigation Support | N/A | Practice Technology - Disputes | 4.50 | $380.00 | $1,710.00 |
| Irukera, Michelle Ife | Associate | 2021 | Commercial Litigation Practice | 13.70 | $960.00 | $13,152.00 |
| Jaoude, Michael | Associate | 2018 | Commercial Litigation Practice | 326.90 | $1,180.00 | $385,742.00 |
| Kakon, Yarden | Associate | 2019 | Commercial Litigation Practice | 73.20 | $1,020.00 | $74,664.00 |
| Kessler, Daniel | Senior PSL | 1997 | M&A - Corporate Practice | 1.00 | $1,240.00 | $1,240.00 |
| Konstantynovski, Alex | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | 12.30 | $960.00 | $11,808.00 |
| Kuethman, Kathryn | Associate | 2021 | Commercial Litigation Practice | 223.10 | $960.00 | $214,176.00 |
| Landy, Douglas | Partner | 1994 | Bank Advisory Practice | 329.50 | $1,840.00 | $606,280.00 |
| Laursen, Lucee | Associate | 2022 | Pool Associates - Corporate | 13.20 | $740.00 | $9,768.00 |
| Lesoravage, Arden | Legal Assistant | N/A | Debt Finance Practice | 4.50 | $380.00 | $1,710.00 |
| Levine, Esther | Associate | 2022 | Commercial Litigation Practice | 214.00 | $830.00 | $177,620.00 |
| Lingle, Barrett | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | 99.60 | $1,020.00 | $101,592.00 |
| Litz, Dominic | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 50.80 | $1,060.00 | $53,848.00 |
| Ludovici, Stephen | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | 59.60 | $1,240.00 | $73,904.00 |
| Magnaye, Maclin | Litigation Specialist | N/A | Practice Technology - Disputes | 0.80 | $340.00 | $272.00 |
| Mann, Laura Katherine | Partner | 2012 | Securities Practice | 52.20 | $1,370.00 | $71,514.00 |
| Mederos, Rudy | Project Manager - Litigation Support | 2001 | Timekeeper Pool | 30.60 | $640.00 | $19,584.00 |
| Moxon, Jack | Associate | 2016 | EIPF Practice | 110.50 | $1,140.00 | $125,970.00 |
| O'Connell, Caitlin | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 512.00 | $1,020.00 | $522,240.00 |
| Ofner, Charlie | Partner | 2007 | M&A - Corporate Practice | 261.70 | $1,370.00 | $358,529.00 |
| Patel, Henrik | Partner | 2002 | Employment Compensation & Benefits (ECB) Practice | 21.70 | $1,750.00 | $37,975.00 |
| Pesce, Gregory | Partner | 2011 | Financial Restructuring & Insolvency (FRI) Practice | 353.20 | $1,460.00 | $515,672.00 |
| Pradhan, Saaket | Associate | N/A | Pool Associates - Litigation | 23.10 | $740.00 | $17,094.00 |

| Name | Title | Year Admitted | Areas of Expertise | Hours | Rate | Fees |
|---|---|---|---|---|---|---|
| **Radek, Mariel** | **Associate** | 2022 | Commercial Litigation Practice | 8.10 | $830.00 | $6,723.00 |
| **Ramirez, John** | **Associate** | 2009 | Financial Restructuring & Insolvency (FRI) Practice | 1.50 | $1,270.00 | $1,905.00 |
| **Rosamond, Victoria** | **Partner** | 2006 | Employment Compensation & Benefits (ECB) Practice | 5.50 | $1,370.00 | $7,535.00 |
| **Rosen, Richard** | **Associate** | 2023 | Pool Associates - Litigation | 6.70 | $740.00 | $4,958.00 |
| **Rubashkin, Hannah** | **Associate** | 2020 | Commercial Litigation Practice | 19.10 | $1,020.00 | $19,482.00 |
| **Rudolph, Andrew** | **Associate** | 2021 | Financial Restructuring & Insolvency (FRI) Practice | 403.70 | $960.00 | $387,552.00 |
| **Sachdeva, Prena** | **Associate** | N/A | Pool Associates - Corporate | 15.90 | $740.00 | $11,766.00 |
| **Sim, Linda** | **Partner** | 2014 | Technology Transactions Practice | 11.10 | $1,370.00 | $15,207.00 |
| **Simkins, Clint** | **Associate** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 0.80 | $740.00 | $592.00 |
| **Smith, Erin** | **Associate** | 2014 | Commercial Litigation Practice | 10.50 | $1,270.00 | $13,335.00 |
| **Smith, Trudy** | **Associate** | 2016 | Financial Restructuring & Insolvency (FRI) Practice | 59.60 | $1,180.00 | $70,328.00 |
| **Spencer, Paige** | **Project Manager - Litigation Support** | 2014 | Practice Technology - Disputes | 8.30 | $640.00 | $5,312.00 |
| **Stone, Chris** | **Project Manager - Litigation Support** | N/A | Timekeeper Pool | 5.40 | $380.00 | $2,052.00 |
| **Swingle, Adam** | **Associate** | 2018 | Financial Restructuring & Insolvency (FRI) Practice | 441.40 | $1,060.00 | $467,884.00 |
| **Taylor, Kyla** | **Associate** | 2021 | Commercial Litigation Practice | 15.40 | $1,020.00 | $15,708.00 |
| **Turetsky, David** | **Partner** | 2003 | Financial Restructuring & Insolvency (FRI) Practice | 128.40 | $1,750.00 | $224,700.00 |
| **Urschel, Eric** | **Associate** | 2015 | Tax Practice | 2.80 | $1,220.00 | $3,416.00 |
| **Venes, Aileen** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 83.10 | $380.00 | $31,578.00 |
| **Vora, Pankti** | **Associate** | 2016 | M&A - Private Equity Practice | 145.30 | $1,060.00 | $154,018.00 |
| **Walker, Cecilia** | **Associate** | 2014 | Commercial Litigation Practice | 170.90 | $1,240.00 | $211,916.00 |
| **Waterfield, Amy** | **Project Manager - Litigation Support** | 1997 | Practice Technology - Disputes | 21.10 | $640.00 | $13,504.00 |
| **Weedman, Joshua** | **Partner** | 2005 | Commercial Litigation Practice | 268.80 | $1,370.00 | $368,256.00 |
| **Wick, Katie** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | 163.50 | $380.00 | $62,130.00 |
| **Wofford, Keith** | **Partner** | 1994 | Financial Restructuring & Insolvency (FRI) Practice | 843.90 | $1,950.00 | $1,645,605.00 |
| **Grand Total** | | | | **10398.80** | | **$12,130,870.00** |

**Exhibit C**

**Fourth Interim Period – Summary by Project Category**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Analysis / Disposition | 83.7 | $114,078.00 |
| B02 | Automatic Stay Issues | 38.4 | $39,779.00 |
| B03 | Avoidance Actions | 40.0 | $42,719.00 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 1055.4 | $1,423,958.00 |
| B05 | Case Administration | 240.0 | $182,219.00 |
| B06 | Case Strategy | 171.2 | $195,259.00 |
| B07 | Claims Administration and Objections | 36.6 | $43,314.00 |
| B08 | Committee Meetings / Communications | 733.1 | $791,777.00 |
| B09 | Communications with Account Holders | 124.6 | $127,244.00 |
| B10 | Corporate / Securities Issues | 1363.0 | $1,764,325.00 |
| B11 | Customer Issues | 23.1 | $32,455.00 |
| B12 | Discovery | 386.2 | $247,565.00 |
| B13 | Employee issues | 77.9 | $91,472.00 |
| B14 | Executory Contracts / Unexpired Leases | 2.2 | $2,462.00 |
| B15 | Financing Matters | 0.0 | $0.00 |
| B16 | First Day Pleadings | 0.0 | $0.00 |
| B17 | Hearings and Court Matters | 309.6 | $406,910.00 |
| B18 | Insurance Issues | 0.8 | $1,096.00 |
| B19 | Lien Review / Investigation | 104.2 | $142,754.00 |
| B20 | Nonworking Travel Time Billed | 29.1 | $46,198.00 |
| B21 | Plan / Disclosure Statement | 2040.1 | $2,670,900.00 |
| B22 | Reports and Schedules Review | 0.2 | $262.00 |
| B23 | Tax Issues | 18.4 | $27,956.00 |
| B24 | Utilities Issues | 0.0 | $0.00 |
| B25 | Retention/Fee statements - W&C | 143.9 | $133,478.00 |
| B26 | Responding to Fee Objections or Comments | 1.4 | $1,736.00 |
| B27 | Expense Reimbursement for Committee Members | 0.0 | $0.00 |
| B28 | Retention/Fee statements - Others | 75.1 | $61,003.00 |
| B29 | Examiner | 5.7 | $3,648.00 |
| B30 | Custody & Withhold Matters | 0.3 | $411.00 |
| B31 | Core Mining Issues | 60.9 | $94,950.00 |
| B32 | Customer Claim Appeal & Preferred Equity Issues | 49.0 | $53,508.00 |
| B33 | Confirmation Litigation & Discovery | 3126.1 | $3,308,813.00 |
| B34 | Covario AG Matters | 58.6 | $78,621.00 |
| | **Grand Total** | **10398.8** | **$12,130,870.00** |

## Exhibit D

### Fourth Interim Period – Summary by Project Category & by Timekeeper

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| **B01** | **Asset Analysis / Disposition** | Colodny, Aaron | 4.3 | $5,891.00 |
| | | Eliaszadeh, Chante | 24.5 | $23,520.00 |
| | | Gundersen, Kathryn | 2.5 | $2,075.00 |
| | | Haqqani, Mira | 5.6 | $4,144.00 |
| | | Hershey, Samuel | 0.9 | $1,314.00 |
| | | Landy, Douglas | 5.5 | $10,120.00 |
| | | O'Connell, Caitlin | 12.2 | $12,444.00 |
| | | Turetsky, David | 2.1 | $3,675.00 |
| | | Wofford, Keith | 26.1 | $50,895.00 |
| **B01 Total** | | | **83.7** | **$114,078.00** |
| **B02** | **Automatic Stay Issues** | Colodny, Aaron | 1.5 | $2,055.00 |
| | | Curtis, Lucas | 7.4 | $7,104.00 |
| | | Eliaszadeh, Chante | 0.4 | $384.00 |
| | | Haqqani, Mira | 1.1 | $814.00 |
| | | Rudolph, Andrew | 5.8 | $5,568.00 |
| | | Smith, Trudy | 0.3 | $354.00 |
| | | Swingle, Adam | 21.1 | $22,366.00 |
| | | Walker, Cecilia | 0.6 | $744.00 |
| | | Wofford, Keith | 0.2 | $390.00 |
| **B02 Total** | | | **38.4** | **$39,779.00** |
| **B03** | **Avoidance Actions** | Colodny, Aaron | 10.7 | $14,659.00 |
| | | Gundersen, Kathryn | 21.9 | $18,177.00 |
| | | Turetsky, David | 0.2 | $350.00 |
| | | Venes, Aileen | 0.7 | $266.00 |
| | | Walker, Cecilia | 4.8 | $5,952.00 |
| | | Wofford, Keith | 1.7 | $3,315.00 |
| **B03 Total** | | | **40** | **$42,719.00** |
| **B04** | **Bitcoin Mining, Crypto Matters, and Business Operations** | Armand, Jasmine | 1.1 | $913.00 |
| | | Colodny, Aaron | 6.6 | $9,042.00 |
| | | Eliaszadeh, Chante | 9.2 | $8,832.00 |
| | | Ericksen, A.J. | 8.9 | $12,994.00 |
| | | Haqqani, Mira | 0.8 | $592.00 |
| | | Hershey, Samuel | 20 | $29,200.00 |
| | | Lingle, Barrett | 3.1 | $3,162.00 |
| | | O'Connell, Caitlin | 387.6 | $395,352.00 |
| | | Ofner, Charlie | 245.8 | $336,746.00 |
| | | Pesce, Gregory | 17.1 | $24,966.00 |
| | | Rudolph, Andrew | 32 | $30,720.00 |
| | | Smith, Trudy | 0.2 | $236.00 |
| | | Turetsky, David | 0.9 | $1,575.00 |
| | | Venes, Aileen | 0.4 | $152.00 |
| | | Wofford, Keith | 237 | $462,150.00 |
| | | Amrein, Steven | 2.8 | $2,324.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Moxon, Jack | 7.4 | $8,436.00 |
| | | Eckstut, Burr | 47.3 | $64,801.00 |
| | | Sim, Linda | 11.1 | $15,207.00 |
| | | Butler, Joshua | 3.4 | $3,604.00 |
| | | Funderburk, Kelly | 12.7 | $12,954.00 |
| B04 Total | | | **1055.4** | **$1,423,958.00** |
| B05 | Case Administration | Amulic, Andrea | 3 | $3,540.00 |
| | | Armand, Jasmine | 22.2 | $18,426.00 |
| | | Colodny, Aaron | 3.2 | $4,384.00 |
| | | Eliaszadeh, Chante | 18.8 | $18,048.00 |
| | | Ericksen, A.J. | 0.2 | $292.00 |
| | | Gundersen, Kathryn | 2.9 | $2,407.00 |
| | | Haqqani, Mira | 55.5 | $41,070.00 |
| | | Hirshorn, Deanna | 8.3 | $3,154.00 |
| | | Irukera, Michelle Ife | 0.1 | $96.00 |
| | | Landy, Douglas | 2.2 | $4,048.00 |
| | | Lingle, Barrett | 5.7 | $5,814.00 |
| | | Litz, Dominic | 3.2 | $3,392.00 |
| | | Ludovici, Stephen | 0.4 | $496.00 |
| | | O'Connell, Caitlin | 5.7 | $5,814.00 |
| | | Pesce, Gregory | 1.2 | $1,752.00 |
| | | Rudolph, Andrew | 9.9 | $9,504.00 |
| | | Smith, Trudy | 6.4 | $7,552.00 |
| | | Swingle, Adam | 21 | $22,260.00 |
| | | Turetsky, David | 1.2 | $2,100.00 |
| | | Venes, Aileen | 49.6 | $18,848.00 |
| | | Walker, Cecilia | 1.1 | $1,364.00 |
| | | Wick, Katie | 17.1 | $6,498.00 |
| | | Wofford, Keith | 0.6 | $1,170.00 |
| | | Bah, Estelle | 0.5 | $190.00 |
| B05 Total | | | **240** | **$182,219.00** |
| B06 | Case Strategy | Armand, Jasmine | 0.9 | $747.00 |
| | | Colodny, Aaron | 32.7 | $44,799.00 |
| | | Eliaszadeh, Chante | 24.1 | $23,136.00 |
| | | Gundersen, Kathryn | 14.3 | $11,869.00 |
| | | Haqqani, Mira | 2.2 | $1,628.00 |
| | | Landy, Douglas | 4.6 | $8,464.00 |
| | | Lingle, Barrett | 1.8 | $1,836.00 |
| | | O'Connell, Caitlin | 16.2 | $16,524.00 |
| | | Pesce, Gregory | 3.4 | $4,964.00 |
| | | Ramirez, John | 0.5 | $635.00 |
| | | Rudolph, Andrew | 11.4 | $10,944.00 |
| | | Swingle, Adam | 0.5 | $530.00 |
| | | Turetsky, David | 0.7 | $1,225.00 |
| | | Wick, Katie | 1.3 | $494.00 |
| | | Wofford, Keith | 2.5 | $4,875.00 |
| | | Moxon, Jack | 51.1 | $58,254.00 |
| | | Gez, Maia | 2.5 | $3,650.00 |
| | | Gorman, Sean | 0.5 | $685.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| **B06 Total** | | | **171.2** | **$195,259.00** |
| **B07** | **Claims Administration and Objections** | Colodny, Aaron | 8.3 | $11,371.00 |
| | | Haqqani, Mira | 9.1 | $6,734.00 |
| | | Landy, Douglas | 1.4 | $2,576.00 |
| | | Turetsky, David | 0.5 | $875.00 |
| | | Venes, Aileen | 1.7 | $646.00 |
| | | Walker, Cecilia | 2 | $2,480.00 |
| | | Weedman, Joshua | 13.6 | $18,632.00 |
| **B07 Total** | | | **36.6** | **$43,314.00** |
| **B08** | **Committee Meetings / Communications** | Amulic, Andrea | 0.9 | $1,062.00 |
| | | Armand, Jasmine | 78.9 | $65,487.00 |
| | | Colodny, Aaron | 75.9 | $103,983.00 |
| | | Eliaszadeh, Chante | 76.3 | $73,248.00 |
| | | Haqqani, Mira | 239.1 | $176,934.00 |
| | | Hershey, Samuel | 29.6 | $43,216.00 |
| | | Landy, Douglas | 22.2 | $40,848.00 |
| | | Lingle, Barrett | 17.9 | $18,258.00 |
| | | Litz, Dominic | 5.7 | $6,042.00 |
| | | O'Connell, Caitlin | 9.6 | $9,792.00 |
| | | Ofner, Charlie | 6.8 | $9,316.00 |
| | | Pesce, Gregory | 39.2 | $57,232.00 |
| | | Ramirez, John | 1 | $1,270.00 |
| | | Rudolph, Andrew | 26.2 | $25,152.00 |
| | | Smith, Erin | 10.5 | $13,335.00 |
| | | Swingle, Adam | 27.6 | $29,256.00 |
| | | Turetsky, David | 6 | $10,500.00 |
| | | Weedman, Joshua | 2 | $2,740.00 |
| | | Wick, Katie | 4.2 | $1,596.00 |
| | | Wofford, Keith | 52 | $101,400.00 |
| | | Aquije, Alonso | 0.7 | $518.00 |
| | | Simkins, Clint | 0.8 | $592.00 |
| **B08 Total** | | | **733.1** | **$791,777.00** |
| **B09** | **Communications with Account Holders** | Colodny, Aaron | 18.5 | $25,345.00 |
| | | Eliaszadeh, Chante | 61.1 | $58,656.00 |
| | | Haqqani, Mira | 2.9 | $2,146.00 |
| | | Levine, Esther | 5.3 | $4,399.00 |
| | | Lingle, Barrett | 2 | $2,040.00 |
| | | Pesce, Gregory | 2.5 | $3,650.00 |
| | | Rudolph, Andrew | 32.3 | $31,008.00 |
| **B09 Total** | | | **124.6** | **$127,244.00** |
| **B10** | **Corporate / Securities Issues** | Colodny, Aaron | 2.6 | $3,562.00 |
| | | Das, Adyasha | 150.6 | $144,576.00 |
| | | Diamond, Colin | 0.5 | $975.00 |
| | | Eliaszadeh, Chante | 22.1 | $21,216.00 |
| | | Ericksen, A.J. | 168.6 | $246,156.00 |
| | | Landy, Douglas | 240.3 | $442,152.00 |
| | | Lingle, Barrett | 2.1 | $2,142.00 |
| | | O'Connell, Caitlin | 11.6 | $11,832.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Wofford, Keith | 27.5 | $53,625.00 |
| | | Amrein, Steven | 86.9 | $72,127.00 |
| | | Moxon, Jack | 43.9 | $50,046.00 |
| | | Al-Buainain, Jarrah | 21.2 | $21,624.00 |
| | | Gez, Maia | 23.7 | $34,602.00 |
| | | Mann, Laura Katherine | 52.2 | $71,514.00 |
| | | Vora, Pankti | 145.3 | $154,018.00 |
| | | Kessler, Daniel | 1 | $1,240.00 |
| | | Butler, Joshua | 154.2 | $163,452.00 |
| | | Hu, James | 121.5 | $177,390.00 |
| | | Feuer, Aaron | 23.6 | $30,916.00 |
| | | Hernandez, Sarah | 12.3 | $13,038.00 |
| | | Ellis, Debra | 25.4 | $28,956.00 |
| | | Sachdeva, Prena | 15.9 | $11,766.00 |
| | | Holmes, Chanel | 10 | $7,400.00 |
| **B10 Total** | | | **1363** | **$1,764,325.00** |
| **B11** | **Customer Issues** | Amulic, Andrea | 4.1 | $4,838.00 |
| | | Eliaszadeh, Chante | 0.2 | $192.00 |
| | | Rudolph, Andrew | 3 | $2,880.00 |
| | | Swingle, Adam | 4.5 | $4,770.00 |
| | | Turetsky, David | 11.3 | $19,775.00 |
| **B11 Total** | | | **23.1** | **$32,455.00** |
| **B12** | **Discovery** | Ash, Nikita | 8.5 | $8,160.00 |
| | | Branson, Ariell | 1.3 | $962.00 |
| | | Calaycay - De la Cruz, Rodelyn | 1.4 | $476.00 |
| | | Cange, Gloria | 9 | $6,660.00 |
| | | Chemborisov, Gleb | 58 | $22,040.00 |
| | | Chen, Tony | 133.2 | $50,616.00 |
| | | Colodny, Aaron | 20 | $27,400.00 |
| | | Gundersen, Kathryn | 15.8 | $13,114.00 |
| | | Huang, Keith | 4.5 | $1,710.00 |
| | | Irukera, Michelle Ife | 4 | $3,840.00 |
| | | Jaoude, Michael | 15 | $17,700.00 |
| | | Kuethman, Kathryn | 7.3 | $7,008.00 |
| | | Levine, Esther | 56.3 | $46,729.00 |
| | | Magnaye, Maclin | 0.8 | $272.00 |
| | | Mederos, Rudy | 15.5 | $9,920.00 |
| | | Rubashkin, Hannah | 3.2 | $3,264.00 |
| | | Rudolph, Andrew | 3.7 | $3,552.00 |
| | | Spencer, Paige | 8.3 | $5,312.00 |
| | | Venes, Aileen | 0.2 | $76.00 |
| | | Walker, Cecilia | 10.4 | $12,896.00 |
| | | Waterfield, Amy | 5.2 | $3,328.00 |
| | | Wofford, Keith | 0.6 | $1,170.00 |
| | | Galvan, Paolo | 1.5 | $510.00 |
| | | Cuevas, Guillermo | 2.5 | $850.00 |
| **B12 Total** | | | **386.2** | **$247,565.00** |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| B13 | **Employee issues** | Ash, Nikita | 2.1 | $2,016.00 |
| | | Branson, Ariell | 4.3 | $3,182.00 |
| | | Colodny, Aaron | 3.1 | $4,247.00 |
| | | Pesce, Gregory | 0.6 | $876.00 |
| | | Swingle, Adam | 17.2 | $18,232.00 |
| | | Venes, Aileen | 0.9 | $342.00 |
| | | Walker, Cecilia | 17.6 | $21,824.00 |
| | | Laursen, Lucee | 13.2 | $9,768.00 |
| | | Patel, Henrik | 13.4 | $23,450.00 |
| | | Rosamond, Victoria | 5.5 | $7,535.00 |
| **B13 Total** | | | **77.9** | **$91,472.00** |
| B14 | **Executory Contracts / Unexpired Leases** | Pesce, Gregory | 0.7 | $1,022.00 |
| | | Rudolph, Andrew | 1.5 | $1,440.00 |
| **B14 Total** | | | **2.2** | **$2,462.00** |
| B17 | **Hearings and Court Matters** | Amulic, Andrea | 33.4 | $39,412.00 |
| | | Colodny, Aaron | 53.1 | $72,747.00 |
| | | Eliaszadeh, Chante | 14.4 | $13,824.00 |
| | | Gundersen, Kathryn | 32 | $26,560.00 |
| | | Haqqani, Mira | 1.6 | $1,184.00 |
| | | Hershey, Samuel | 20.2 | $29,492.00 |
| | | Kuethman, Kathryn | 35.6 | $34,176.00 |
| | | Landy, Douglas | 8.5 | $15,640.00 |
| | | O'Connell, Caitlin | 8.3 | $8,466.00 |
| | | Pesce, Gregory | 10.5 | $15,330.00 |
| | | Swingle, Adam | 2.7 | $2,862.00 |
| | | Turetsky, David | 11.8 | $20,650.00 |
| | | Venes, Aileen | 0.2 | $76.00 |
| | | Weedman, Joshua | 41.8 | $57,266.00 |
| | | Wofford, Keith | 35.5 | $69,225.00 |
| **B17 Total** | | | **309.6** | **$406,910.00** |
| B18 | **Insurance Issues** | Colodny, Aaron | 0.8 | $1,096.00 |
| **B18 Total** | | | **0.8** | **$1,096.00** |
| B19 | **Lien Review / Investigation** | Gurland, Carolyn | 104.2 | $142,754.00 |
| **B19 Total** | | | **104.2** | **$142,754.00** |
| B20 | **Nonworking Travel Time Billed** | Amulic, Andrea | 1.5 | $1,770.00 |
| | | Colodny, Aaron | 10.7 | $14,659.00 |
| | | Ericksen, A.J. | 3.3 | $4,818.00 |
| | | Gundersen, Kathryn | 0.7 | $581.00 |
| | | Wick, Katie | 0.5 | $190.00 |
| | | Wofford, Keith | 12.4 | $24,180.00 |
| **B20 Total** | | | **29.1** | **$46,198.00** |
| B21 | **Plan / Disclosure Statement** | Amulic, Andrea | 41.5 | $48,970.00 |
| | | Armand, Jasmine | 66.2 | $54,946.00 |
| | | Baccash, Laura | 3.7 | $4,847.00 |
| | | Colodny, Aaron | 310.1 | $424,837.00 |
| | | Curtis, Lucas | 70.1 | $67,296.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Eliaszadeh, Chante | 25.7 | $24,672.00 |
| | | Ericksen, A.J. | 0.2 | $292.00 |
| | | Gundersen, Kathryn | 30.9 | $25,647.00 |
| | | Haqqani, Mira | 134 | $99,160.00 |
| | | Hershey, Samuel | 10.4 | $15,184.00 |
| | | Hirshorn, Deanna | 0.4 | $152.00 |
| | | Jaoude, Michael | 29 | $34,220.00 |
| | | Konstantynovski, Alex | 12.3 | $11,808.00 |
| | | Kuethman, Kathryn | 5.1 | $4,896.00 |
| | | Landy, Douglas | 17.6 | $32,384.00 |
| | | Lingle, Barrett | 55.3 | $56,406.00 |
| | | Litz, Dominic | 39.4 | $41,764.00 |
| | | O'Connell, Caitlin | 17.6 | $17,952.00 |
| | | Ofner, Charlie | 9.1 | $12,467.00 |
| | | Pesce, Gregory | 206.7 | $301,782.00 |
| | | Rudolph, Andrew | 136.4 | $130,944.00 |
| | | Smith, Trudy | 48.9 | $57,702.00 |
| | | Swingle, Adam | 195.2 | $206,912.00 |
| | | Turetsky, David | 33.6 | $58,800.00 |
| | | Venes, Aileen | 4.1 | $1,558.00 |
| | | Walker, Cecilia | 20.5 | $25,420.00 |
| | | Weedman, Joshua | 0.6 | $822.00 |
| | | Wick, Katie | 5.1 | $1,938.00 |
| | | Wofford, Keith | 404.1 | $787,995.00 |
| | | Amrein, Steven | 5 | $4,150.00 |
| | | Moxon, Jack | 6.2 | $7,068.00 |
| | | Fay, Dylan | 0.8 | $944.00 |
| | | Patel, Henrik | 8.3 | $14,525.00 |
| | | Butler, Joshua | 82.8 | $87,768.00 |
| | | Hu, James | 3.2 | $4,672.00 |
| **B21 Total** | | | **2040.1** | **$2,670,900.00** |
| **B22** | **Reports and Schedules Review** | Feuer, Aaron | 0.2 | $262.00 |
| **B22 Total** | | | **0.2** | **$262.00** |
| **B23** | **Tax Issues** | Dreier, David | 3.6 | $7,020.00 |
| | | Fryman, Scott | 12 | $17,520.00 |
| | | Urschel, Eric | 2.8 | $3,416.00 |
| **B23 Total** | | | **18.4** | **$27,956.00** |
| **B25** | **Retention/Fee statements - W&C** | Armand, Jasmine | 63.3 | $52,539.00 |
| | | Haqqani, Mira | 12.9 | $9,546.00 |
| | | Lingle, Barrett | 0.8 | $816.00 |
| | | Ludovici, Stephen | 44.1 | $54,684.00 |
| | | Pesce, Gregory | 3.7 | $5,402.00 |
| | | Swingle, Adam | 3.6 | $3,816.00 |
| | | Venes, Aileen | 3.9 | $1,482.00 |
| | | Wick, Katie | 11.1 | $4,218.00 |
| | | Wofford, Keith | 0.5 | $975.00 |
| **B25 Total** | | | **143.9** | **$133,478.00** |
| **B26** | **Responding to Fee Objections or Comments** | Ludovici, Stephen | 1.4 | $1,736.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| B26 Total | | | **1.4** | **$1,736.00** |
| B28 | **Retention/Fee statements - Others** | Armand, Jasmine | 23.2 | $19,256.00 |
| | | Colodny, Aaron | 0.7 | $959.00 |
| | | Eliaszadeh, Chante | 0.9 | $864.00 |
| | | Haqqani, Mira | 12.9 | $9,546.00 |
| | | Ludovici, Stephen | 13.7 | $16,988.00 |
| | | Pesce, Gregory | 0.3 | $438.00 |
| | | Rudolph, Andrew | 7 | $6,720.00 |
| | | Venes, Aileen | 12.3 | $4,674.00 |
| | | Wick, Katie | 4.1 | $1,558.00 |
| B28 Total | | | **75.1** | **$61,003.00** |
| B29 | **Examiner** | Waterfield, Amy | 5.7 | $3,648.00 |
| B29 Total | | | **5.7** | **$3,648.00** |
| B30 | **Custody & Withhold Matters** | Colodny, Aaron | 0.3 | $411.00 |
| B30 Total | | | **0.3** | **$411.00** |
| B31 | **Core Mining Issues** | O'Connell, Caitlin | 14.5 | $14,790.00 |
| | | Rudolph, Andrew | 6.2 | $5,952.00 |
| | | Smith, Trudy | 3.8 | $4,484.00 |
| | | Venes, Aileen | 0.8 | $304.00 |
| | | Wofford, Keith | 35.6 | $69,420.00 |
| B31 Total | | | **60.9** | **$94,950.00** |
| B32 | **Customer Claim Appeal & Preferred Equity Issues** | Colodny, Aaron | 3.5 | $4,795.00 |
| | | Gundersen, Kathryn | 4.2 | $3,486.00 |
| | | Hershey, Samuel | 4.3 | $6,278.00 |
| | | Swingle, Adam | 21.1 | $22,366.00 |
| | | Taylor, Kyla | 15.4 | $15,708.00 |
| | | Turetsky, David | 0.5 | $875.00 |
| B32 Total | | | **49** | **$53,508.00** |
| B33 | **Confirmation Litigation & Discovery** | Abdallah, Rashad | 17.9 | $13,246.00 |
| | | Amulic, Andrea | 100.6 | $118,708.00 |
| | | Armand, Jasmine | 75.1 | $62,333.00 |
| | | Ash, Nikita | 3.4 | $3,264.00 |
| | | Branson, Ariell | 38.4 | $28,416.00 |
| | | Chemborisov, Gleb | 4 | $1,520.00 |
| | | Chen, Tony | 11.6 | $4,408.00 |
| | | Colodny, Aaron | 270.9 | $371,133.00 |
| | | Curtis, Lucas | 1 | $960.00 |
| | | Eliaszadeh, Chante | 167.8 | $161,088.00 |
| | | Gundersen, Kathryn | 327.9 | $272,157.00 |
| | | Gurland, Carolyn | 162.7 | $222,899.00 |
| | | Hafiz, Abdul | 26.9 | $27,438.00 |
| | | Haqqani, Mira | 116.3 | $86,062.00 |
| | | Hershey, Samuel | 35.9 | $52,414.00 |
| | | Hirshorn, Deanna | 0.7 | $266.00 |
| | | Irukera, Michelle Ife | 9.6 | $9,216.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Jaoude, Michael | 282.9 | $333,822.00 |
| | | Kuethman, Kathryn | 168.5 | $161,760.00 |
| | | Landy, Douglas | 27.2 | $50,048.00 |
| | | Levine, Esther | 152.4 | $126,492.00 |
| | | Lingle, Barrett | 10.9 | $11,118.00 |
| | | Litz, Dominic | 2.5 | $2,650.00 |
| | | Mederos, Rudy | 15.1 | $9,664.00 |
| | | O'Connell, Caitlin | 28.7 | $29,274.00 |
| | | Pesce, Gregory | 60.2 | $87,892.00 |
| | | Radek, Mariel | 8.1 | $6,723.00 |
| | | Rubashkin, Hannah | 15.9 | $16,218.00 |
| | | Rudolph, Andrew | 128.3 | $123,168.00 |
| | | Swingle, Adam | 125.7 | $133,242.00 |
| | | Turetsky, David | 48.7 | $85,225.00 |
| | | Venes, Aileen | 8.3 | $3,154.00 |
| | | Walker, Cecilia | 113.9 | $141,236.00 |
| | | Waterfield, Amy | 10.2 | $6,528.00 |
| | | Weedman, Joshua | 210.8 | $288,796.00 |
| | | Wick, Katie | 120.1 | $45,638.00 |
| | | Wofford, Keith | 7.6 | $14,820.00 |
| | | Amrein, Steven | 5.5 | $4,565.00 |
| | | Moxon, Jack | 1.9 | $2,166.00 |
| | | Gorman, Sean | 18.5 | $25,345.00 |
| | | Fay, Dylan | 29.2 | $34,456.00 |
| | | Kakon, Yarden | 73.2 | $74,664.00 |
| | | Edmonds, Chloe | 30.1 | $24,983.00 |
| | | Pradhan, Saaket | 23.1 | $17,094.00 |
| | | Rosen, Richard | 6.7 | $4,958.00 |
| | | Cuevas, Guillermo | 15.5 | $5,270.00 |
| | | Cuccaro, Sydney | 1.2 | $606.00 |
| | | Lesoravage, Arden | 4.5 | $1,710.00 |
| B33 Total | | | 3126.1 | $3,308,813.00 |
| B34 | Covario AG Matters | Colodny, Aaron | 6.2 | $8,494.00 |
| | | Havlin, Kim | 11.3 | $17,967.00 |
| | | Hovsepian, Arev | 0.8 | $592.00 |
| | | Kuethman, Kathryn | 6.6 | $6,336.00 |
| | | Pesce, Gregory | 7.1 | $10,366.00 |
| | | Swingle, Adam | 1.2 | $1,272.00 |
| | | Turetsky, David | 10.9 | $19,075.00 |
| | | Daker, Angela | 9.1 | $12,467.00 |
| | | Stone, Chris | 5.4 | $2,052.00 |
| B34 Total | | | 58.6 | $78,621.00 |
| Grand Total | | | 10,398.80 | $12,130,870.00 |

**Exhibit E**

**Fourth Interim Period –
Customary and Comparable Compensation Disclosures for White & Case**

The blended hourly rate for White & Case timekeepers (including both professionals and paraprofessionals) who have billed time to the Committee during the Fourth Interim Period was approximately $1,167 per hour (the "**Committee Blended Hourly Rate**").[20]

The non-bankruptcy blended hourly rate for White & Case's timekeepers during the 12-month period from November 1, 2022 to and including October 31, 2023 (the "**Comparable Period**")[21] was, in the aggregate, approximately $1,013 per hour (the "**Non-Bankruptcy Blended Hourly Rate**").[22]

A detailed comparison of these rates is as follows:

| Position | Committee Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners | $1,568 | $1,423 |
| Counsel | $1,310 | $1,168 |
| Associates[23] | $969 | $860 |
| Paraprofessionals[24] | $408 | $360 |
| **Total** | **$1,167** | **$1,013** |

---

[20]   White & Case calculated the blended rate for timekeepers who billed to the Committee by dividing the total dollar amount billed by such timekeepers during the Third Interim Period by the total number of hours billed by such timekeepers during the Third Interim Period. Accordingly, it does not reflect the voluntary reductions made by White & Case in preparing Monthly Statements or in consultation with the Fee Examiner.

[21]   On an annual basis, White & Case re-examines and adjusts for increases in seniority and changes in experience, expertise, and status in January of each year the rates for professionals and paraprofessionals. The calculation of the Non-Bankruptcy Blended Hourly Rate includes the rates White & Case billed in 2022 during the Comparable Period. Further, while the Committee Blended Hourly Rate is calculated based on the time and fees worked during the Fourth Interim Period, the Non-Bankruptcy Blended Hourly Rate is calculated based on when the invoices were issued.

[22]   White & Case calculated the Non-Bankruptcy Blended Hourly Rate by dividing the total dollar amount billed by non-bankruptcy timekeepers in the applicable offices to all matters invoiced during the Comparable Period by the total number of hours billed by non-bankruptcy timekeepers in the applicable offices to all matters invoiced during the Comparable Period. For purposes of the foregoing calculation, White & Case included New York, Chicago, Los Angeles, and Miami as the applicable offices.

[23]   Includes law clerks.

[24]   May include individuals who have been admitted to the bar.

## **Exhibit F**

**Fourth Interim Period – Summary of Expenses**

| Description | Amt |
|---|---|
| Airfare | $33,401.97 |
| Computer Services | $238.00 |
| Court Costs | $141.31 |
| Deposition Transcripts | $36,500.18 |
| E-Discovery Data Hosting / Storage | $75,447.86 |
| E-Discovery Data Processing | $10,795.94 |
| E-Discovery User Fees | $17,025.00 |
| Express Mail | $826.37 |
| Hotel Expense | $34,584.94 |
| Overtime Meals | $350.80 |
| Printing | $408.90 |
| Professional Service | $138,875.90 |
| Taxi - Business | $9,240.43 |
| Taxi - Overtime | $1,223.92 |
| Telephone | $2.00 |
| Travel Meals | $131.50 |
| Parking | $589.97 |
| Business Meals | $245.00 |
| UCC Filing Fees | $912.37 |
| Document Research | $7.40 |
| External Document Production | $1,956.61 |
| Train - Out of Town | $251.00 |
| **Grand Total** | **$363,157.37** |

## Exhibit G

## Final Period – Summary by Timekeeper

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| Abdallah, Rashad | Associate | 2022 | Commercial Litigation Practice | $740.00 | 25.5 | $18,870.00 |
| Adamu, Arziki | Associate | 2022 | Commercial Litigation Practice | $960.00 | 123.4 | $118,464.00 |
| Al-Buainain, Jarrah | Associate | 2020 | Technology Transactions Practice | $890.00 | 40.8 | $36,312.00 |
| | | | | $1,020.00 | 28.7 | $29,274.00 |
| Amrein, Steven | Associate | 2021 | Capital Markets Practice | $830.00 | 100.2 | $83,166.00 |
| Amulic, Andrea | Associate | 2017 | Financial Restructuring & Insolvency (FRI) Practice | $1,060.00 | 537.4 | $569,644.00 |
| | | | | $1,180.00 | 656.6 | $774,788.00 |
| Andolina, Michael | Partner | 1999 | Commercial Litigation Practice | $1,470.00 | 24.5 | $36,015.00 |
| | | | | $1,750.00 | 11.9 | $20,825.00 |
| Aquije, Alonso | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | $740.00 | 0.7 | $518.00 |
| Armand, Jasmine | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | $830.00 | 509.8 | $423,134.00 |
| Ash, Nikita | Associate | 2021 | Commercial Litigation Practice | $770.00 | 54.4 | $41,888.00 |
| | | | | $960.00 | 420.0 | $403,200.00 |
| Baccash, Laura | Counsel | 2003 | Financial Restructuring & Insolvency (FRI) Practice | $1,310.00 | 29.1 | $38,121.00 |
| Bah, Estelle | Legal Assistant | N/A | Intellectual Property Practice | $380.00 | 0.5 | $190.00 |
| Baldwin, Harriet | Associate | 2021 | Financial Institutions Advisory Practice | $770.00 | 31.3 | $24,101.00 |
| Balmain, Charles | Partner | 2003 | Commercial Litigation Practice | $1,590.00 | 10.6 | $16,854.00 |
| Bao, Allieana | Associate | 2023 | Pool Associates - Corporate | $680.00 | 55.3 | $37,604.00 |
| | | | | $740.00 | 0.3 | $222.00 |
| Beaton, Alexander | Associate | 2015 | Commercial Litigation Practice | $1,240.00 | 21.6 | $26,784.00 |
| Beguiristain, Maria | Partner | 1995 | White Collar Practice | $1,460.00 | 3.7 | $5,402.00 |
| Branson, Ariell | Associate | 2023 | Commercial Litigation Practice | $680.00 | 58.0 | $39,440.00 |
| | | | | $740.00 | 351.7 | $260,258.00 |
| Braun, Viktor | Associate | 2005 | Financial Restructuring & Insolvency (FRI) Practice | $1,060.00 | 5.8 | $6,148.00 |
| Brazil, Joseph | Partner | 1997 | Debt Finance Practice | $1,750.00 | 11.3 | $19,775.00 |
| Brountzas, Katina | Staff Attorney | 2002 | Financial Restructuring & Insolvency (FRI) Practice | $890.00 | 123.0 | $109,470.00 |
| | | | | $960.00 | 0.7 | $672.00 |
| Butler, Joshua | Associate | 2016 | M&A - Corporate Practice | $1,060.00 | 240.4 | $254,824.00 |
| Calaycay - De la Cruz, Rodelyn | Manager of Litigation Support | N/A | Timekeeper Pool | $340.00 | 4.1 | $1,394.00 |
| Cange, Gloria | Associate | 2023 | Commercial Litigation Practice | $680.00 | 44.5 | $30,260.00 |
| | | | | $740.00 | 112.0 | $82,880.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| Chemborisov, Gleb | Litigation Specialist | N/A | Timekeeper Pool | $355.00 | 86.1 | $30,565.50 |
| | | | | $380.00 | 231.7 | $88,046.00 |
| Chen, Michelle | Associate | 2022 | Pool Associates - Corporate | $680.00 | 35.5 | $24,140.00 |
| Chen, Tony | Project Manager - Litigation Support | N/A | Timekeeper Pool | $355.00 | 134.5 | $47,747.50 |
| | | | | $380.00 | 465.4 | $176,852.00 |
| Chin, Sylvia | Partner of Counsel | 1978 | Securities Practice | $1,470.00 | 0.6 | $882.00 |
| Cohen, Joel | Partner | 1989 | White Collar Practice | $1,750.00 | 7.2 | $12,600.00 |
| Colodny, Aaron | Partner | 2013 | Financial Restructuring & Insolvency (FRI) Practice | $1,270.00 | 688.1 | $873,887.00 |
| | | | | $1,370.00 | 2,040.4 | $2,795,348.00 |
| Corbett-Graham, Will | Associate | 2015 | Commercial Litigation Practice | $1,240.00 | 0.5 | $620.00 |
| Crowley, Michael | Associate | 2022 | Trade Practice | $740.00 | 20.9 | $15,466.00 |
| Cuccaro, Sydney | Research Professional | N/A | Research & Information Services | $505.00 | 1.2 | $606.00 |
| Cuevas, Guillermo | Litigation Specialist | N/A | Practice Technology - Disputes | $315.00 | 6.0 | $1,890.00 |
| | | | | $340.00 | 18.0 | $6,120.00 |
| Cuillerier, Ian | Partner | 1996 | Derivatives Practice | $1,700.00 | 0.3 | $510.00 |
| Curtis, Lucas | Associate | 2020 | Commercial Litigation Practice | $770.00 | 332.9 | $256,333.00 |
| | | | | $960.00 | 836.5 | $803,040.00 |
| Daker, Angela | Partner | 1998 | Commercial Litigation Practice | $1,370.00 | 9.1 | $12,467.00 |
| Das, Adyasha | Associate | 2023 | M&A - Corporate Practice | $890.00 | 143.2 | $127,448.00 |
| | | | | $960.00 | 155.9 | $149,664.00 |
| Demoulin, Renza | Associate | 2019 | Commercial Litigation Practice | $1,060.00 | 119.7 | $126,882.00 |
| Diamond, Colin | Partner | 2000 | Securities Practice | $1,810.00 | 17.2 | $31,132.00 |
| | | | | $1,950.00 | 7.2 | $14,040.00 |
| Dreier, David | Partner | 1995 | Tax Practice | $1,810.00 | 12.6 | $22,806.00 |
| | | | | $1,950.00 | 51.6 | $100,620.00 |
| Dufner, Emily | Associate | N/A | Pool Associates - Litigation | $680.00 | 17.8 | $12,104.00 |
| | | | | $740.00 | 0.7 | $518.00 |
| Eckstut, Burr | Partner | 2009 | Technology Transactions Practice | $1,270.00 | 3.2 | $4,064.00 |
| | | | | $1,370.00 | 47.3 | $64,801.00 |
| Edgington, Christopher | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | $1,090.00 | 22.1 | $24,089.00 |
| | | | | $1,220.00 | 4.3 | $5,246.00 |
| Edmonds, Chloe | Associate | 2022 | Commercial Litigation Practice | $830.00 | 30.1 | $24,983.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| Edwards, Juliesa | Associate | 2016 | Debt Finance Practice | $1,180.00 | 20.5 | $24,190.00 |
| Eliaszadeh, Chante | Associate | 2021 | Bank Advisory Practice | $770.00 | 589.3 | $453,761.00 |
| | | | | $960.00 | 1,035.1 | $993,696.00 |
| Ellis, Debra | Associate | 2013 | M&A - Corporate Practice | $1,140.00 | 25.4 | $28,956.00 |
| Ericksen, A.J. | Partner | 2005 | Securities Practice | $1,350.00 | 77.0 | $103,950.00 |
| | | | | $1,460.00 | 315.6 | $460,776.00 |
| Fajar, Jimmy | Sr Manager of Litigation Support | N/A | Timekeeper Pool | $415.00 | 3.4 | $1,411.00 |
| Fay, Dylan | Associate | 2016 | Commercial Litigation Practice | $1,180.00 | 30.0 | $35,400.00 |
| Ferrier, Kyle | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | $1,060.00 | 90.8 | $96,248.00 |
| Feuer, Aaron | Counsel | 2013 | Employment Compensation & Benefits (ECB) Practice | $1,310.00 | 23.8 | $31,178.00 |
| Fryman, Scott | Partner | 2015 | Tax Practice | $1,350.00 | 8.1 | $10,935.00 |
| | | | | $1,460.00 | 83.4 | $121,764.00 |
| Fuhr, Mark | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | $415.00 | 0.2 | $83.00 |
| Funderburk, Kelly | Associate | 2020 | Technology Transactions Practice | $1,020.00 | 12.7 | $12,954.00 |
| Gaertner, Reilly | Associate | 2016 | Real Estate Practice | $1,180.00 | 18.2 | $21,476.00 |
| Galvan, Paolo | Litigation Specialist | N/A | Practice Technology - Disputes | $340.00 | 5.0 | $1,700.00 |
| Gez, Maia | Partner | 2008 | Securities Practice | $1,460.00 | 26.2 | $38,252.00 |
| Gilson, Jeff | Partner | 2014 | M&A - Private Equity Practice | $1,370.00 | 8.1 | $11,097.00 |
| Gorman, Sean | Partner | 1988 | Commercial Litigation Practice | $1,370.00 | 19.0 | $26,030.00 |
| Gorsich, Ronald | Partner | 2001 | Financial Restructuring & Insolvency (FRI) Practice | $1,270.00 | 5.0 | $6,350.00 |
| | | | | $1,370.00 | 2.5 | $3,425.00 |
| Govindgari, Shravya | Associate | 2021 | Commercial Litigation Practice | $770.00 | 32.3 | $24,871.00 |
| Graham, Richard | Counsel | 2003 | Financial Restructuring & Insolvency (FRI) Practice | $1,210.00 | 20.8 | $25,168.00 |
| Greenagel, Kelsey | Associate | N/A | Pool Associates - Litigation | $680.00 | 36.6 | $24,888.00 |
| Greene, Rick | Research Professional | N/A | Research & Information Services | $505.00 | 0.4 | $202.00 |
| Gundersen, Kathryn | Associate | 2022 | Commercial Litigation Practice | $680.00 | 31.7 | $21,556.00 |
| | | | | $830.00 | 1,177.7 | $977,491.00 |
| Gurland, Carolyn | Partner | 1995 | Commercial Litigation Practice | $1,270.00 | 472.9 | $600,583.00 |
| | | | | $1,370.00 | 496.9 | $680,753.00 |
| Hafiz, Abdul | Associate | 2020 | Commercial Litigation Practice | $1,020.00 | 30.0 | $30,600.00 |
| Hancock, Trace | Associate | 2021 | Pool Associates - Corporate | $680.00 | 11.7 | $7,956.00 |
| Haqqani, Mira | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | $680.00 | 271.0 | $184,280.00 |
| | | | | $740.00 | 1,204.2 | $891,108.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|------|-------|---------------|--------------------|---------|-------|------|
| **Harper, Thomas** | **Associate** | 2022 | Intellectual Property Practice | $680.00 | 3.6 | $2,448.00 |
| **Hassan Ali, Fatima** | **Associate** | 2015 | Securities Practice | $940.00 | 44.4 | $41,736.00 |
| | | | | $1,060.00 | 11.9 | $12,614.00 |
| **Havlin, Kim** | **Partner** | 2008 | Commercial Litigation Practice | $1,350.00 | 35.6 | $48,060.00 |
| | | | | $1,590.00 | 77.5 | $123,225.00 |
| **Heitmann, Marlin** | **Associate** | 2023 | Commercial Litigation Practice | $535.00 | 2.9 | $1,551.50 |
| | | | | $740.00 | 23.6 | $17,464.00 |
| **Hernandez, Sarah** | **Associate** | 2017 | M&A - Corporate Practice | $1,060.00 | 12.3 | $13,038.00 |
| **Hershey, Samuel** | **Partner** | 2013 | Commercial Litigation Practice | $1,270.00 | 487.9 | $619,633.00 |
| | | | | $1,460.00 | 703.8 | $1,027,548.00 |
| **Hirshorn, Deanna** | **Legal Assistant** | N/A | Financial Restructuring & Insolvency (FRI) Practice | $355.00 | 64.9 | $23,039.50 |
| | | | | $380.00 | 39.5 | $15,010.00 |
| **Holmes, Chanel** | **Associate** | N/A | Pool Associates - Corporate | $740.00 | 10.0 | $7,400.00 |
| **Hong, Alice** | **Associate** | 2020 | Commercial Litigation Practice | $890.00 | 9.2 | $8,188.00 |
| **Hovsepian, Arev** | **Associate** | 2022 | Commercial Litigation Practice | $740.00 | 6.7 | $4,958.00 |
| **Howard, Joshua** | **Associate** | 2022 | Pool Associates - Litigation | $680.00 | 6.0 | $4,080.00 |
| **Hu, James** | **Partner** | 2013 | M&A - Private Equity Practice | $1,270.00 | 23.6 | $29,972.00 |
| | | | | $1,460.00 | 124.7 | $182,062.00 |
| **Huang, Keith** | **Project Manager - Litigation Support** | N/A | Practice Technology - Disputes | $355.00 | 0.5 | $177.50 |
| | | | | $380.00 | 12.0 | $4,560.00 |
| **Iloegbunam, Michael** | **Associate** | 2022 | Tax Practice | $830.00 | 3.0 | $2,490.00 |
| **Irukera, Michelle Ife** | **Associate** | 2021 | Commercial Litigation Practice | $960.00 | 23.6 | $22,656.00 |
| **Jaoude, Michael** | **Associate** | 2018 | Commercial Litigation Practice | $1,060.00 | 442.6 | $469,156.00 |
| | | | | $1,180.00 | 522.9 | $617,022.00 |
| **Jividen, David** | **Staff Attorney** | 1988 | Trade Practice | $340.00 | 6.6 | $2,244.00 |
| | | | | $640.00 | 3.2 | $2,048.00 |
| **Johnson, Mary** | **Associate** | 2018 | M&A - Corporate Practice | $890.00 | 103.5 | $92,115.00 |
| **Jones, Charlotte** | **Trainee Lawyer** | N/A | Financial Restructuring & Insolvency (FRI) Practice | $500.00 | 9.8 | $4,900.00 |
| | | | | $535.00 | 9.2 | $4,922.00 |
| **Kakon, Yarden** | **Associate** | 2019 | Commercial Litigation Practice | $1,020.00 | 73.2 | $74,664.00 |
| **Kassem, Hana** | **Associate** | N/A | Pool Associates - Litigation | $680.00 | 0.6 | $408.00 |
| **Kava, Sam** | **Associate** | 2020 | Financial Restructuring & Insolvency (FRI) Practice | $770.00 | 606.5 | $467,005.00 |
| | | | | $960.00 | 228.3 | $219,168.00 |
| **Kessie, Nana-Gyasi** | **Associate** | N/A | M&A - Corporate Practice | $680.00 | 21.5 | $14,620.00 |
| | | | | $830.00 | 3.2 | $2,656.00 |
| **Kessler, Daniel** | **Senior PSL** | 1997 | M&A - Corporate Practice | $1,240.00 | 1.0 | $1,240.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|------|-------|---------------|--------------------|---------|-------|------|
| Kirk, Elizabeth | Partner | 2010 | Debt Finance Practice | $1,460.00 | 4.9 | $7,154.00 |
| Kitchen, Laura | Associate | 2015 | Financial Institutions Advisory Practice | $1,130.00 | 7.6 | $8,588.00 |
| Kong, James | Counsel | 2014 | Bank Advisory Practice | $1,210.00 | 72.7 | $87,967.00 |
| Konstantynovski, Alex | Associate | 2022 | Financial Restructuring & Insolvency (FRI) Practice | $770.00 | 25.6 | $19,712.00 |
| | | | | $960.00 | 133.0 | $127,680.00 |
| Koster, Charles | Partner | 2009 | Financial Restructuring & Insolvency (FRI) Practice | $1,270.00 | 5.1 | $6,477.00 |
| | | | | $1,460.00 | 3.5 | $5,110.00 |
| Kozakevich, Esther | Associate | 2022 | Commercial Litigation Practice | $680.00 | 47.8 | $32,504.00 |
| | | | | $830.00 | 84.8 | $70,384.00 |
| Kuethman, Kathryn | Associate | 2021 | Commercial Litigation Practice | $770.00 | 25.7 | $19,789.00 |
| | | | | $960.00 | 593.5 | $569,760.00 |
| Landy, Douglas | Partner | 1994 | Bank Advisory Practice | $1,700.00 | 353.2 | $600,440.00 |
| | | | | $1,840.00 | 1,041.6 | $1,916,544.00 |
| Laursen, Lucee | Associate | 2022 | Pool Associates - Corporate | $740.00 | 13.2 | $9,768.00 |
| Lesoravage, Arden | Legal Assistant | N/A | Debt Finance Practice | $380.00 | 4.5 | $1,710.00 |
| Levine, Esther | Associate | 2022 | Commercial Litigation Practice | $830.00 | 221.5 | $183,845.00 |
| Liebers, Alexander | Associate | 2019 | M&A - Corporate Practice | $1,060.00 | 48.0 | $50,880.00 |
| Lin, Leslie | Associate | 2022 | Tax Practice | $680.00 | 3.5 | $2,380.00 |
| Ling, Adrian | Associate | 2022 | Capital Markets Practice | $680.00 | 2.6 | $1,768.00 |
| Lingle, Barrett | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | $890.00 | 345.9 | $307,851.00 |
| | | | | $1,020.00 | 599.3 | $611,286.00 |
| Litz, Dominic | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | $940.00 | 587.3 | $552,062.00 |
| | | | | $1,060.00 | 236.1 | $250,266.00 |
| Ludovici, Stephen | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | $1,130.00 | 318.7 | $360,131.00 |
| | | | | $1,240.00 | 284.7 | $353,028.00 |
| Lupinacci, Frank | Partner | 2008 | M&A - Private Equity Practice | $1,460.00 | 19.9 | $29,054.00 |
| Madriz, Katherine | Associate | N/A | Commercial Litigation Practice | $770.00 | 6.9 | $5,313.00 |
| | | | | $960.00 | 18.4 | $17,664.00 |
| Magnaye, Maclin | Litigation Specialist | N/A | Practice Technology - Disputes | $340.00 | 5.4 | $1,836.00 |
| Mahjoub, Samer | Associate | 2012 | EIPF Practice | $980.00 | 14.5 | $14,210.00 |
| Mann, Laura Katherine | Partner | 2012 | Securities Practice | $1,370.00 | 52.2 | $71,514.00 |
| Marnin, Tal | Partner | 1997 | Employment Compensation & Benefits (ECB) Practice | $1,270.00 | 4.8 | $6,096.00 |
| | | | | $1,370.00 | 1.5 | $2,055.00 |
| Mason, Kyle | Associate | 2019 | Commercial Litigation Practice | $1,020.00 | 41.6 | $42,432.00 |
| McCombs, Sam | Associate | 2022 | Pool Associates - Corporate | $740.00 | 1.7 | $1,258.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| McCullough, Katherine | Partner | 2008 | Investment Funds Practice | $1,270.00 | 2.9 | $3,683.00 |
| McNulty, Richard | Associate | 10/25/2019 | EIPF Practice | $1,020.00 | 23.7 | $24,174.00 |
| Mederos, Rudy | Project Manager - Litigation Support | 2001 | Timekeeper Pool | $595.00 | 89.8 | $53,431.00 |
| | | | | $640.00 | 211.9 | $135,616.00 |
| Mildorf, Karalyn | Partner | 2006 | Trade Practice | $1,370.00 | 16.0 | $21,920.00 |
| Moradi, Sadi | Associate | 2020 | Employment Compensation & Benefits (ECB) Practice | $770.00 | 36.0 | $27,720.00 |
| | | | | $960.00 | 13.7 | $13,152.00 |
| Moxon, Jack | Associate | 2016 | EIPF Practice | $1,140.00 | 110.5 | $125,970.00 |
| Nyer, Damien | Partner | 2008 | Arbitration Practice | $1,590.00 | 4.3 | $6,837.00 |
| O'Connell, Caitlin | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | $940.00 | 815.9 | $766,946.00 |
| | | | | $1,020.00 | 1,305.0 | $1,331,100.00 |
| Ofner, Charlie | Partner | 2007 | M&A - Corporate Practice | $1,270.00 | 20.4 | $25,908.00 |
| | | | | $1,370.00 | 285.8 | $391,546.00 |
| Pados, Gyorgy | Associate Director | N/A | Timekeeper Pool | $415.00 | 19.6 | $8,134.00 |
| Parra Criste, Amanda | Associate | 2015 | Financial Restructuring & Insolvency (FRI) Practice | $1,090.00 | 29.2 | $31,828.00 |
| Patel, Henrik | Partner | 2002 | Employment Compensation & Benefits (ECB) Practice | $1,750.00 | 21.7 | $37,975.00 |
| Pesce, Gregory | Partner | 2011 | Financial Restructuring & Insolvency (FRI) Practice | $1,350.00 | 958.6 | $1,294,110.00 |
| | | | | $1,460.00 | 1,226.4 | $1,790,544.00 |
| Phillips, Nastascia | Associate | 2021 | M&A - Corporate Practice | $830.00 | 82.1 | $68,143.00 |
| Pico, Gabriella | Associate | 2022 | Commercial Litigation Practice | $680.00 | 70.9 | $48,212.00 |
| | | | | $740.00 | 23.4 | $17,316.00 |
| Pradhan, Saaket | Associate | N/A | Pool Associates - Litigation | $740.00 | 23.1 | $17,094.00 |
| Quinn, Logan | Associate | 2021 | Commercial Litigation Practice | $890.00 | 96.5 | $85,885.00 |
| | | | | $1,020.00 | 73.1 | $74,562.00 |
| Radek, Mariel | Associate | 2022 | Commercial Litigation Practice | $680.00 | 64.9 | $44,132.00 |
| | | | | $830.00 | 34.0 | $28,220.00 |
| Radlow, Morvyn | Partner | 2011 | Financial Restructuring & Insolvency (FRI) Practice | $1,370.00 | 5.5 | $7,535.00 |
| Ramirez, John | Associate | 2009 | Financial Restructuring & Insolvency (FRI) Practice | $1,170.00 | 305.3 | $357,201.00 |
| | | | | $1,270.00 | 335.4 | $425,958.00 |
| Repel, Noah | Associate | 2021 | Commercial Litigation Practice | $680.00 | 93.7 | $63,716.00 |
| | | | | $830.00 | 38.9 | $32,287.00 |
| Rivero, Devin | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | $770.00 | 14.1 | $10,857.00 |
| Rogers, Jonathan | Partner | 2006 | Financial Institutions Advisory Practice | $1,350.00 | 5.8 | $7,830.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| Rosamond, Victoria | Partner | 2006 | Employment Compensation & Benefits (ECB) Practice | $1,370.00 | 5.5 | $7,535.00 |
| Rosen, Richard | Associate | 2023 | Pool Associates - Litigation | $740.00 | 6.7 | $4,958.00 |
| Rozell, Samantha | Counsel | 2014 | Employment Compensation & Benefits (ECB) Practice | $1,210.00 | 11.8 | $14,278.00 |
| Rubashkin, Hannah | Associate | 2020 | Commercial Litigation Practice | $1,020.00 | 130.9 | $133,518.00 |
| Rudolph, Andrew | Associate | 2021 | Financial Restructuring & Insolvency (FRI) Practice | $770.00 | 816.3 | $628,551.00 |
| | | | | $960.00 | 1,284.2 | $1,232,832.00 |
| Saber, Leili | Associate | 2022 | Commercial Litigation Practice | $830.00 | 5.6 | $4,648.00 |
| Sachdeva, Prena | Associate | N/A | Pool Associates - Corporate | $740.00 | 15.9 | $11,766.00 |
| Saunders, Coleman | Associate | 2021 | Commercial Litigation Practice | $960.00 | 18.9 | $18,144.00 |
| Seck, Ndeye Aita | Associate | N/A | Pool Associates - Litigation | $680.00 | 16.2 | $11,016.00 |
| | | | | $740.00 | 4.2 | $3,108.00 |
| Sen, Sunrita | Associate | 2017 | M&A - Corporate Practice | $940.00 | 43.8 | $41,172.00 |
| | | | | $1,140.00 | 1.4 | $1,596.00 |
| Shabir, Zarka | Associate | N/A | Pool Associates - Litigation | $680.00 | 11.3 | $7,684.00 |
| | | | | $740.00 | 18.5 | $13,690.00 |
| Shelburne, Peter | Associate | 2020 | Employment Compensation & Benefits (ECB) Practice | $1,020.00 | 10.5 | $10,710.00 |
| Sim, Linda | Partner | 2014 | Technology Transactions Practice | $1,370.00 | 11.1 | $15,207.00 |
| Simkins, Clint | Associate | N/A | Financial Restructuring & Insolvency (FRI) Practice | $740.00 | 0.8 | $592.00 |
| Sinai, Leel | Associate | 2013 | Bank Advisory Practice | $1,090.00 | 51.6 | $56,244.00 |
| | | | | $1,220.00 | 36.4 | $44,408.00 |
| Smith, Erin | Associate | 2014 | Commercial Litigation Practice | $1,270.00 | 174.1 | $221,107.00 |
| Smith, Trudy | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | $1,060.00 | 433.5 | $459,510.00 |
| | | | | $1,180.00 | 304.5 | $359,310.00 |
| Sorab, Katherine | Trainee Lawyer | N/A | Commercial Litigation Practice | $535.00 | 5.8 | $3,103.00 |
| Spasoff, Sean | Legal Assistant | N/A | Antitrust Practice | $355.00 | 0.6 | $213.00 |
| Spencer, Paige | Project Manager - Litigation Support | 2014 | Practice Technology - Disputes | $595.00 | 161.5 | $96,092.50 |
| | | | | $640.00 | 171.9 | $110,016.00 |
| Spennicchia, Kerri | Research Professional | N/A | Research & Information Services | $470.00 | 0.7 | $329.00 |
| | | | | $505.00 | 4.6 | $2,323.00 |
| Sporn, Zachary | Associate | N/A | Pool Associates - Litigation | $680.00 | 13.2 | $8,976.00 |
| Spurgeon, Bryan | Associate | 2017 | M&A - Private Equity Practice | $770.00 | 39.7 | $30,569.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| Stone, Chris | Project Manager - Litigation Support | N/A | Timekeeper Pool | $355.00 | 3.4 | $1,207.00 |
| | | | | $380.00 | 7.5 | $2,850.00 |
| Stoner, Will | Partner | 2013 | Financial Restructuring & Insolvency (FRI) Practice | $1,270.00 | 0.3 | $381.00 |
| Storch, Charlotte | Associate | 2021 | Commercial Litigation Practice | $960.00 | 53.1 | $50,976.00 |
| Strother, Michael | Associate | 2022 | Debt Finance Practice | $830.00 | 7.6 | $6,308.00 |
| Sutherland, Gabe | Associate | N/A | Financial Restructuring & Insolvency (FRI) Practice | $740.00 | 18.0 | $13,320.00 |
| Sutherland-Smith, Kathryn | Associate | 2014 | Financial Restructuring & Insolvency (FRI) Practice | $1,090.00 | 130.9 | $142,681.00 |
| Swingle, Adam | Associate | 2018 | Financial Restructuring & Insolvency (FRI) Practice | $940.00 | 531.0 | $499,140.00 |
| | | | | $1,060.00 | 1,069.2 | $1,133,352.00 |
| Taylor, Kyla | Associate | 2021 | Commercial Litigation Practice | $890.00 | 7.6 | $6,764.00 |
| | | | | $1,020.00 | 78.2 | $79,764.00 |
| Taylor, Miles | Associate | 2019 | Financial Restructuring & Insolvency (FRI) Practice | $940.00 | 124.3 | $116,842.00 |
| | | | | $1,060.00 | 12.9 | $13,674.00 |
| Telemi, Romer | Associate | 2021 | Commercial Litigation Practice | $890.00 | 120.8 | $107,512.00 |
| | | | | $1,020.00 | 374.8 | $382,296.00 |
| Thatch, David | Partner | 1997 | Securitization Practice | $1,950.00 | 36.5 | $71,175.00 |
| Thomson, Suzanne | Counsel | 2013 | Financial Restructuring & Insolvency (FRI) Practice | $1,310.00 | 4.3 | $5,633.00 |
| Tuffey, Claire | Associate | 2020 | Financial Restructuring & Insolvency (FRI) Practice | $960.00 | 22.3 | $21,408.00 |
| Turetsky, David | Partner | 2003 | Financial Restructuring & Insolvency (FRI) Practice | $1,620.00 | 731.4 | $1,184,868.00 |
| | | | | $1,750.00 | 968.7 | $1,695,225.00 |
| Urbina, Alondra | Associate | 2022 | Debt Finance Practice | $830.00 | 5.7 | $4,731.00 |
| Urschel, Eric | Associate | 2015 | Tax Practice | $1,090.00 | 17.2 | $18,748.00 |
| | | | | $1,220.00 | 55.8 | $68,076.00 |
| Venes, Aileen | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | $355.00 | 176.2 | $62,551.00 |
| | | | | $380.00 | 266.5 | $101,270.00 |
| Vora, Pankti | Associate | 2016 | M&A - Private Equity Practice | $1,060.00 | 145.3 | $154,018.00 |
| Walker, Cecilia | Associate | 2014 | Commercial Litigation Practice | $1,130.00 | 211.1 | $238,543.00 |
| | | | | $1,240.00 | 699.2 | $867,008.00 |
| Warren, Gregory | Associate | 2016 | Financial Restructuring & Insolvency (FRI) Practice | $1,060.00 | 795.4 | $843,124.00 |
| | | | | $1,180.00 | 184.8 | $218,064.00 |
| Waterfield, Amy | Project Manager - Litigation Support | 1997 | Practice Technology - Disputes | $595.00 | 121.4 | $72,233.00 |
| | | | | $640.00 | 148.6 | $95,104.00 |
| Weedman, Joshua | Partner | 2005 | Commercial Litigation Practice | $1,370.00 | 517.2 | $708,564.00 |
| Wick, Katie | Legal Assistant | N/A | Financial Restructuring & Insolvency (FRI) Practice | $355.00 | 1.8 | $639.00 |

| Name | Title | Year Admitted | Areas of Expertise | Rate(s) | Hours | Fees |
|---|---|---|---|---|---|---|
| | | | | $380.00 | 179.7 | $68,286.00 |
| **Wofford, Keith** | **Partner** | 1994 | Financial Restructuring & Insolvency (FRI) Practice | $1,810.00 | 797.1 | $1,442,751.00 |
| | | | | $1,950.00 | 1,932.0 | $3,767,400.00 |
| **Zatz, Andrew** | **Partner** | 2008 | Financial Restructuring & Insolvency (FRI) Practice | $1,350.00 | 104.0 | $140,400.00 |
| | | | | $1,460.00 | 4.0 | $5,840.00 |
| **Zeve, Andrew** | **Partner** | 2003 | Commercial Litigation Practice | $1,370.00 | 13.4 | $18,358.00 |
| | | | **Total** | | **45,310.6** | **$51,215,528.00** |
| | | | **Less Credit** | | | **$32,104.80** |
| | | | **Less Fee Examiner Reductions** | | | **$680,455.33** |
| | | | **Grand Total** | | | **$50,502,967.87** |

**Exhibit H**

**Final Period – Summary by Project Category**

| Cat. No. | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| B01 | Asset Analysis / Disposition | 1,925.9 | $2,333,251.50 |
| B02 | Automatic Stay Issues | 114.8 | $126,001.50 |
| B03 | Avoidance Actions | 535.5 | $570,152.50 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 2,627.1 | $3,470,262.50 |
| B05 | Case Administration | 1,860.9 | $1,633,704.00 |
| B06 | Case Strategy | 1,281.2 | $1,566,939.50 |
| B07 | Claims Administration and Objections | 608.0 | $710,692.50 |
| B08 | Committee Meetings / Communications | 3,128.7 | $3,716,835.00 |
| B09 | Communications with Account Holders | 1,014.5 | $1,008,222.00 |
| B10 | Corporate / Securities Issues | 3,124.3 | $4,010,861.00 |
| B11 | Customer Issues | 2,631.4 | $2,983,336.00 |
| B12 | Discovery | 4,526.7 | $3,777,138.00 |
| B13 | Employee issues | 406.6 | $464,751.00 |
| B14 | Executory Contracts / Unexpired Leases | 35.0 | $33,140.00 |
| B15 | Financing Matters | 67.0 | $102,361.00 |
| B16 | First Day Pleadings | 321.8 | $347,703.00 |
| B17 | Hearings and Court Matters | 734.0 | $956,198.00 |
| B18 | Insurance Issues | 26.3 | $26,816.00 |
| B19 | Lien Review / Investigation | 2,371.0 | $2,615,526.00 |
| B20 | Nonworking Travel Time Billed | 30.5 | $48,368.00 |
| B21 | Plan / Disclosure Statement | 5,753.2 | $7,582,522.00 |
| B22 | Reports and Schedules Review | 60.9 | $73,341.00 |
| B23 | Tax Issues | 244.4 | $367,720.00 |
| B24 | Utilities Issues | 0.0 | $0.00 |
| B25 | Retention/Fee statements - W&C | 1,042.4 | $1,043,328.50 |
| B26 | Responding to Fee Objections or Comments | 31.7 | $39,042.00 |
| B27 | Expense Reimbursement for Committee Members | 0.9 | $629.50 |
| B28 | Retention/Fee statements - Others | 689.5 | $704,361.00 |
| B29 | Examiner | 495.1 | $567,097.00 |
| B30 | Custody & Withhold Matters | 1,544.4 | $1,715,648.00 |
| B31 | Core Mining Issues | 994.2 | $1,101,219.50 |
| B32 | Customer Claim Appeal & Preferred Equity Issues | 3,898.0 | $4,130,926.50 |
| B33 | Confirmation Litigation & Discovery | 3,126.1 | $3,308,813.00 |
| B34 | Covario AG Matters | 58.6 | $78,621.00 |
| | **Total** | **45,310.6** | **$51,215,528.00** |
| | **Less Credit** | | **$32,104.80** |
| | **Less Fee Examiner Reductions** | | **$680,455.33** |
| | **Grand Total** | | **$50,502,967.87** |

**Exhibit I**

**Final Period – Summary by Project Category & by Timekeeper**

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| **B01** | **Asset Analysis / Disposition** | Amulic, Andrea | 2.1 | $2,358.00 |
| | | Brazil, Joseph | 1.8 | $3,150.00 |
| | | Colodny, Aaron | 37.0 | $48,870.00 |
| | | Das, Adyasha | 64.8 | $57,672.00 |
| | | Diamond, Colin | 0.7 | $1,267.00 |
| | | Edwards, Juliesa | 11.8 | $13,924.00 |
| | | Eliaszadeh, Chante | 70.4 | $61,827.00 |
| | | Ericksen, A.J. | 6.2 | $8,766.00 |
| | | Fryman, Scott | 0.7 | $1,022.00 |
| | | Gundersen, Kathryn | 2.5 | $2,075.00 |
| | | Haqqani, Mira | 16.6 | $12,284.00 |
| | | Hershey, Samuel | 4.3 | $6,088.00 |
| | | Hirshorn, Deanna | 0.5 | $190.00 |
| | | Kava, Sam | 20.0 | $15,552.00 |
| | | Landy, Douglas | 111.2 | $200,240.00 |
| | | Liebers, Alexander | 45.6 | $48,336.00 |
| | | Lingle, Barrett | 24.2 | $24,229.00 |
| | | Ludovici, Stephen | 0.2 | $226.00 |
| | | Lupinacci, Frank | 18.5 | $27,010.00 |
| | | McNulty, Richard | 20.0 | $20,400.00 |
| | | Nyer, Damien | 0.8 | $1,272.00 |
| | | O'Connell, Caitlin | 158.9 | $160,470.00 |
| | | Ofner, Charlie | 33.7 | $44,129.00 |
| | | Pesce, Gregory | 139.9 | $194,112.00 |
| | | Ramirez, John | 40.0 | $48,770.00 |
| | | Rudolph, Andrew | 23.4 | $20,830.00 |
| | | Sen, Sunrita | 5.1 | $4,794.00 |
| | | Sinai, Leel | 10.8 | $12,916.00 |
| | | Swingle, Adam | 68.4 | $64,812.00 |
| | | Taylor, Miles | 10.6 | $9,964.00 |
| | | Turetsky, David | 54.0 | $90,132.00 |
| | | Venes, Aileen | 8.8 | $3,124.00 |
| | | Walker, Cecilia | 4.6 | $5,704.00 |
| | | Warren, Gregory | 396.1 | $424,570.00 |
| | | Wofford, Keith | 198.9 | $381,051.00 |
| | | Zatz, Andrew | 53.1 | $71,729.00 |
| | | Hu, James | 5.6 | $7,112.00 |
| | | Moradi, Sadi | 13.7 | $13,152.00 |
| | | Johnson, Mary | 93.1 | $82,859.00 |
| | | Edgington, Christopher | 6.0 | $6,540.00 |
| | | Marnin, Tal | 1.5 | $2,055.00 |
| | | Spennicchia, Kerri | 2.9 | $1,464.50 |
| | | Mahjoub, Samer | 14.5 | $14,210.00 |
| | | Phillips, Nastascia | 81.8 | $67,894.00 |
| | | Strother, Michael | 7.6 | $6,308.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Jividen, David | 0.6 | $204.00 |
| | | Gaertner, Reilly | 18.2 | $21,476.00 |
| | | Beguiristain, Maria | 3.7 | $5,402.00 |
| | | Shelburne, Peter | 10.5 | $10,710.00 |
| B01 Total | | | 1,925.9 | $2,333,251.50 |
| B02 | Automatic Stay Issues | Brountzas, Katina | 0.1 | $89.00 |
| | | Colodny, Aaron | 4.5 | $5,865.00 |
| | | Curtis, Lucas | 7.4 | $7,104.00 |
| | | Eliaszadeh, Chante | 0.4 | $384.00 |
| | | Haqqani, Mira | 1.1 | $814.00 |
| | | Hershey, Samuel | 0.4 | $508.00 |
| | | Kava, Sam | 1.4 | $1,078.00 |
| | | Ludovici, Stephen | 0.1 | $113.00 |
| | | Nyer, Damien | 3.5 | $5,565.00 |
| | | Ramirez, John | 8.8 | $10,296.00 |
| | | Rudolph, Andrew | 24.0 | $19,658.00 |
| | | Smith, Trudy | 1.8 | $1,944.00 |
| | | Swingle, Adam | 21.1 | $22,366.00 |
| | | Turetsky, David | 4.0 | $6,636.00 |
| | | Venes, Aileen | 1.1 | $390.50 |
| | | Walker, Cecilia | 31.1 | $38,432.00 |
| | | Warren, Gregory | 1.1 | $1,250.00 |
| | | Wofford, Keith | 1.2 | $2,200.00 |
| | | Rivero, Devin | 1.7 | $1,309.00 |
| B02 Total | | | 114.8 | $126,001.50 |
| B03 | Avoidance Actions | Branson, Ariell | 57.0 | $42,180.00 |
| | | Colodny, Aaron | 23.5 | $32,085.00 |
| | | Curtis, Lucas | 44.2 | $40,722.00 |
| | | Ferrier, Kyle | 44.7 | $47,382.00 |
| | | Gundersen, Kathryn | 33.5 | $27,805.00 |
| | | Gurland, Carolyn | 62.5 | $79,375.00 |
| | | Haqqani, Mira | 6.1 | $4,514.00 |
| | | Hershey, Samuel | 2.5 | $3,270.00 |
| | | Jaoude, Michael | 17.1 | $18,498.00 |
| | | Kava, Sam | 18.0 | $13,860.00 |
| | | Kuethman, Kathryn | 15.2 | $14,592.00 |
| | | Lingle, Barrett | 2.3 | $2,138.00 |
| | | Litz, Dominic | 19.5 | $19,302.00 |
| | | Pesce, Gregory | 25.6 | $34,560.00 |
| | | Quinn, Logan | 9.1 | $8,099.00 |
| | | Radek, Mariel | 1.4 | $952.00 |
| | | Rudolph, Andrew | 8.7 | $8,352.00 |
| | | Smith, Trudy | 4.8 | $5,088.00 |
| | | Swingle, Adam | 11.8 | $11,284.00 |
| | | Telemi, Romer | 4.8 | $4,272.00 |
| | | Turetsky, David | 20.3 | $34,238.00 |
| | | Venes, Aileen | 9.2 | $3,363.50 |
| | | Walker, Cecilia | 74.1 | $89,277.00 |
| | | Wofford, Keith | 8.4 | $15,442.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Sutherland-Smith, Kathryn | 4.6 | $5,014.00 |
| | | Sporn, Zachary | 6.6 | $4,488.00 |
| **B03 Total** | | | **535.5** | **$570,152.50** |
| **B04** | **Bitcoin Mining, Crypto Matters, and Business Operations** | Amulic, Andrea | 10.4 | $11,180.00 |
| | | Armand, Jasmine | 1.1 | $913.00 |
| | | Ash, Nikita | 5.4 | $4,158.00 |
| | | Branson, Ariell | 11.0 | $7,480.00 |
| | | Colodny, Aaron | 29.7 | $38,959.00 |
| | | Das, Adyasha | 1.6 | $1,424.00 |
| | | Diamond, Colin | 1.2 | $2,340.00 |
| | | Dufner, Emily | 8.0 | $5,440.00 |
| | | Edwards, Juliesa | 6.6 | $7,788.00 |
| | | Eliaszadeh, Chante | 97.8 | $87,903.00 |
| | | Ericksen, A.J. | 13.4 | $19,234.00 |
| | | Greene, Rick | 0.4 | $202.00 |
| | | Hafiz, Abdul | 3.1 | $3,162.00 |
| | | Haqqani, Mira | 5.7 | $4,068.00 |
| | | Hershey, Samuel | 61.7 | $89,094.00 |
| | | Hirshorn, Deanna | 0.4 | $152.00 |
| | | Kava, Sam | 0.2 | $192.00 |
| | | Kessie, Nana-Gyasi | 3.2 | $2,656.00 |
| | | Landy, Douglas | 64.9 | $113,648.00 |
| | | Liebers, Alexander | 1.1 | $1,166.00 |
| | | Lingle, Barrett | 14.9 | $15,198.00 |
| | | Litz, Dominic | 2.6 | $2,756.00 |
| | | Ludovici, Stephen | 0.1 | $113.00 |
| | | Lupinacci, Frank | 0.3 | $438.00 |
| | | Madriz, Katherine | 6.9 | $5,313.00 |
| | | Mason, Kyle | 41.6 | $42,432.00 |
| | | McNulty, Richard | 3.7 | $3,774.00 |
| | | O'Connell, Caitlin | 795.3 | $800,278.00 |
| | | Ofner, Charlie | 253.4 | $347,158.00 |
| | | Pesce, Gregory | 112.0 | $154,984.00 |
| | | Quinn, Logan | 4.9 | $4,361.00 |
| | | Ramirez, John | 10.9 | $12,753.00 |
| | | Rudolph, Andrew | 57.8 | $54,481.00 |
| | | Seck, Ndeye Aita | 14.1 | $9,804.00 |
| | | Smith, Trudy | 0.4 | $448.00 |
| | | Swingle, Adam | 97.0 | $92,296.00 |
| | | Taylor, Miles | 19.6 | $18,424.00 |
| | | Turetsky, David | 38.4 | $63,651.00 |
| | | Venes, Aileen | 6.7 | $2,496.00 |
| | | Walker, Cecilia | 10.6 | $11,978.00 |
| | | Warren, Gregory | 11.5 | $12,682.00 |
| | | Wofford, Keith | 641.8 | $1,225,540.00 |
| | | Zatz, Andrew | 26.6 | $35,910.00 |
| | | Zeve, Andrew | 13.4 | $18,358.00 |
| | | Amrein, Steven | 2.8 | $2,324.00 |
| | | Moxon, Jack | 7.4 | $8,436.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Al-Buainain, Jarrah | 7.5 | $7,650.00 |
| | | Eckstut, Burr | 47.3 | $64,801.00 |
| | | Sim, Linda | 11.1 | $15,207.00 |
| | | Butler, Joshua | 3.4 | $3,604.00 |
| | | Funderburk, Kelly | 12.7 | $12,954.00 |
| | | Hancock, Trace | 11.7 | $7,956.00 |
| | | Govindgari, Shravya | 3.6 | $2,772.00 |
| | | Sutherland-Smith, Kathryn | 0.5 | $545.00 |
| | | Braun, Viktor | 2.5 | $2,650.00 |
| | | Bao, Allieana | 0.8 | $562.00 |
| | | Spennicchia, Kerri | 0.9 | $454.50 |
| | | McCombs, Sam | 1.7 | $1,258.00 |
| | | Phillips, Nastascia | 0.3 | $249.00 |
| | | Mildorf, Karalyn | 1.5 | $2,055.00 |
| B04 Total | | | 2,627.1 | $3,470,262.50 |
| B05 | Case Administration | Amulic, Andrea | 33.1 | $36,682.00 |
| | | Andolina, Michael | 1.5 | $2,205.00 |
| | | Armand, Jasmine | 42.5 | $35,275.00 |
| | | Branson, Ariell | 0.8 | $592.00 |
| | | Brazil, Joseph | 0.2 | $350.00 |
| | | Brountzas, Katina | 19.4 | $17,266.00 |
| | | Cange, Gloria | 0.7 | $476.00 |
| | | Chemborisov, Gleb | 10.0 | $3,637.50 |
| | | Colodny, Aaron | 54.1 | $70,577.00 |
| | | Curtis, Lucas | 6.9 | $5,598.00 |
| | | Eliaszadeh, Chante | 91.1 | $80,160.00 |
| | | Ericksen, A.J. | 0.2 | $292.00 |
| | | Gilson, Jeff | 0.6 | $822.00 |
| | | Gundersen, Kathryn | 14.1 | $10,788.00 |
| | | Gurland, Carolyn | 2.6 | $3,402.00 |
| | | Haqqani, Mira | 246.9 | $176,094.00 |
| | | Hershey, Samuel | 18.6 | $25,294.00 |
| | | Hirshorn, Deanna | 61.4 | $22,294.50 |
| | | Irukera, Michelle Ife | 0.1 | $96.00 |
| | | Jaoude, Michael | 27.8 | $29,468.00 |
| | | Kava, Sam | 35.0 | $31,130.00 |
| | | Kessie, Nana-Gyasi | 0.7 | $476.00 |
| | | Konstantynovski, Alex | 23.5 | $22,560.00 |
| | | Kuethman, Kathryn | 4.1 | $3,936.00 |
| | | Landy, Douglas | 34.6 | $61,592.00 |
| | | Lingle, Barrett | 58.6 | $55,690.00 |
| | | Litz, Dominic | 59.8 | $58,540.00 |
| | | Ludovici, Stephen | 30.6 | $35,656.00 |
| | | O'Connell, Caitlin | 72.4 | $69,824.00 |
| | | Pesce, Gregory | 18.3 | $26,410.00 |
| | | Ramirez, John | 65.9 | $80,523.00 |
| | | Repel, Noah | 5.7 | $3,876.00 |
| | | Rudolph, Andrew | 205.1 | $168,434.00 |
| | | Saunders, Coleman | 2.3 | $2,208.00 |
| | | Seck, Ndeye Aita | 2.5 | $1,700.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Sinai, Leel | 6.2 | $7,564.00 |
| | | Smith, Trudy | 63.3 | $71,538.00 |
| | | Swingle, Adam | 55.4 | $56,984.00 |
| | | Taylor, Miles | 5.6 | $5,264.00 |
| | | Tuffey, Claire | 0.1 | $96.00 |
| | | Turetsky, David | 27.2 | $45,624.00 |
| | | Venes, Aileen | 267.5 | $98,667.50 |
| | | Walker, Cecilia | 12.0 | $14,066.00 |
| | | Warren, Gregory | 94.2 | $104,544.00 |
| | | Weedman, Joshua | 13.7 | $18,769.00 |
| | | Wick, Katie | 27.3 | $10,356.50 |
| | | Wofford, Keith | 23.6 | $43,192.00 |
| | | Zatz, Andrew | 2.6 | $3,510.00 |
| | | Bah, Estelle | 0.5 | $190.00 |
| | | Parra Criste, Amanda | 0.7 | $763.00 |
| | | Sutherland-Smith, Kathryn | 4.0 | $4,360.00 |
| | | Bao, Allieana | 0.4 | $272.00 |
| | | Fuhr, Mark | 0.2 | $83.00 |
| | | Pico, Gabriella | 2.9 | $1,972.00 |
| | | Spasoff, Sean | 0.6 | $213.00 |
| | | Koster, Charles | 1.2 | $1,752.00 |
| B05 Total | | | 1,860.9 | $1,633,704.00 |
| B06 | Case Strategy | Amulic, Andrea | 17.5 | $19,114.00 |
| | | Andolina, Michael | 7.9 | $11,865.00 |
| | | Armand, Jasmine | 0.9 | $747.00 |
| | | Baccash, Laura | 0.5 | $655.00 |
| | | Colodny, Aaron | 175.3 | $233,901.00 |
| | | Curtis, Lucas | 0.7 | $672.00 |
| | | Diamond, Colin | 3.5 | $6,335.00 |
| | | Eliaszadeh, Chante | 113.0 | $102,039.00 |
| | | Fryman, Scott | 1.0 | $1,460.00 |
| | | Gundersen, Kathryn | 41.0 | $34,030.00 |
| | | Gurland, Carolyn | 2.2 | $2,794.00 |
| | | Haqqani, Mira | 11.8 | $8,468.00 |
| | | Havlin, Kim | 1.7 | $2,295.00 |
| | | Hershey, Samuel | 23.3 | $30,864.00 |
| | | Hirshorn, Deanna | 0.3 | $114.00 |
| | | Kava, Sam | 2.6 | $2,116.00 |
| | | Kessie, Nana-Gyasi | 0.6 | $408.00 |
| | | Kuethman, Kathryn | 1.6 | $1,536.00 |
| | | Landy, Douglas | 60.0 | $104,184.00 |
| | | Lingle, Barrett | 35.0 | $33,516.00 |
| | | Litz, Dominic | 18.6 | $18,648.00 |
| | | O'Connell, Caitlin | 198.3 | $197,938.00 |
| | | Pesce, Gregory | 172.7 | $243,705.00 |
| | | Ramirez, John | 76.4 | $92,328.00 |
| | | Rudolph, Andrew | 53.3 | $47,786.00 |
| | | Shabir, Zarka | 1.2 | $816.00 |
| | | Sinai, Leel | 2.5 | $2,933.00 |
| | | Smith, Trudy | 31.8 | $34,596.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Sutherland, Gabe | 0.3 | $222.00 |
| | | Swingle, Adam | 3.5 | $3,710.00 |
| | | Turetsky, David | 48.5 | $79,376.00 |
| | | Venes, Aileen | 5.5 | $2,052.50 |
| | | Warren, Gregory | 11.4 | $12,804.00 |
| | | Weedman, Joshua | 25.9 | $35,483.00 |
| | | Wick, Katie | 1.3 | $494.00 |
| | | Wofford, Keith | 66.0 | $123,212.00 |
| | | Zatz, Andrew | 2.5 | $3,375.00 |
| | | Moxon, Jack | 51.1 | $58,254.00 |
| | | Gez, Maia | 2.5 | $3,650.00 |
| | | Gorman, Sean | 0.5 | $685.00 |
| | | Hu, James | 4.7 | $5,969.00 |
| | | Sutherland-Smith, Kathryn | 0.8 | $872.00 |
| | | Cuillerier, Ian | 0.3 | $510.00 |
| | | Jividen, David | 1.2 | $408.00 |
| B06 Total | | | 1,281.2 | $1,566,939.50 |
| B07 | Claims Administration and Objections | Amulic, Andrea | 1.5 | $1,590.00 |
| | | Armand, Jasmine | 18.4 | $15,272.00 |
| | | Ash, Nikita | 1.1 | $1,056.00 |
| | | Balmain, Charles | 3.4 | $5,406.00 |
| | | Brazil, Joseph | 3.5 | $6,125.00 |
| | | Colodny, Aaron | 90.1 | $122,517.00 |
| | | Demoulin, Renza | 2.4 | $2,544.00 |
| | | Eliaszadeh, Chante | 2.0 | $1,920.00 |
| | | Gundersen, Kathryn | 20.8 | $17,264.00 |
| | | Haqqani, Mira | 22.0 | $16,280.00 |
| | | Hershey, Samuel | 12.8 | $18,688.00 |
| | | Hirshorn, Deanna | 9.3 | $3,529.00 |
| | | Landy, Douglas | 1.4 | $2,576.00 |
| | | Lingle, Barrett | 24.2 | $21,746.00 |
| | | Litz, Dominic | 8.1 | $8,586.00 |
| | | O'Connell, Caitlin | 33.3 | $33,734.00 |
| | | Pesce, Gregory | 37.9 | $53,497.00 |
| | | Ramirez, John | 4.9 | $6,223.00 |
| | | Rudolph, Andrew | 33.9 | $32,050.00 |
| | | Smith, Trudy | 38.4 | $43,980.00 |
| | | Sutherland, Gabe | 17.7 | $13,098.00 |
| | | Swingle, Adam | 28.5 | $30,210.00 |
| | | Turetsky, David | 43.5 | $75,267.00 |
| | | Venes, Aileen | 7.3 | $2,661.50 |
| | | Walker, Cecilia | 42.4 | $52,576.00 |
| | | Warren, Gregory | 69.2 | $81,368.00 |
| | | Weedman, Joshua | 26.4 | $36,168.00 |
| | | Wick, Katie | 0.9 | $342.00 |
| | | Wofford, Keith | 1.5 | $2,799.00 |
| | | Zatz, Andrew | 1.2 | $1,620.00 |
| B07 Total | | | 608.0 | $710,692.50 |
| B08 | Committee Meetings / Communications | Amulic, Andrea | 74.6 | $84,236.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Andolina, Michael | 1.3 | $1,911.00 |
| | | Armand, Jasmine | 117.4 | $97,442.00 |
| | | Brazil, Joseph | 5.8 | $10,150.00 |
| | | Brountzas, Katina | 0.5 | $445.00 |
| | | Colodny, Aaron | 271.1 | $363,647.00 |
| | | Curtis, Lucas | 3.2 | $3,072.00 |
| | | Dreier, David | 2.8 | $5,460.00 |
| | | Dufner, Emily | 0.5 | $340.00 |
| | | Eliaszadeh, Chante | 232.2 | $214,875.00 |
| | | Ericksen, A.J. | 6.2 | $9,052.00 |
| | | Fryman, Scott | 2.3 | $3,358.00 |
| | | Gundersen, Kathryn | 3.3 | $2,739.00 |
| | | Gurland, Carolyn | 7.2 | $9,554.00 |
| | | Haqqani, Mira | 362.7 | $267,474.00 |
| | | Hershey, Samuel | 114.9 | $163,023.00 |
| | | Jaoude, Michael | 0.6 | $636.00 |
| | | Kava, Sam | 9.5 | $9,120.00 |
| | | Konstantynovski, Alex | 5.1 | $4,896.00 |
| | | Kuethman, Kathryn | 2.4 | $2,304.00 |
| | | Landy, Douglas | 117.2 | $208,760.00 |
| | | Lingle, Barrett | 145.8 | $145,375.00 |
| | | Litz, Dominic | 172.7 | $168,794.00 |
| | | Ludovici, Stephen | 0.4 | $474.00 |
| | | O'Connell, Caitlin | 93.7 | $92,710.00 |
| | | Ofner, Charlie | 6.8 | $9,316.00 |
| | | Pesce, Gregory | 241.5 | $341,304.00 |
| | | Ramirez, John | 237.3 | $291,111.00 |
| | | Rudolph, Andrew | 263.1 | $242,031.00 |
| | | Sinai, Leel | 3.8 | $4,636.00 |
| | | Smith, Erin | 10.5 | $13,335.00 |
| | | Smith, Trudy | 75.3 | $80,130.00 |
| | | Swingle, Adam | 76.8 | $77,376.00 |
| | | Taylor, Miles | 1.2 | $1,128.00 |
| | | Telemi, Romer | 1.2 | $1,224.00 |
| | | Turetsky, David | 161.5 | $273,980.00 |
| | | Urschel, Eric | 2.2 | $2,528.00 |
| | | Walker, Cecilia | 4.2 | $5,208.00 |
| | | Warren, Gregory | 38.6 | $41,324.00 |
| | | Weedman, Joshua | 7.3 | $10,001.00 |
| | | Wick, Katie | 4.2 | $1,596.00 |
| | | Wofford, Keith | 232.0 | $441,424.00 |
| | | Zatz, Andrew | 1.8 | $2,430.00 |
| | | Aquije, Alonso | 0.7 | $518.00 |
| | | Simkins, Clint | 0.8 | $592.00 |
| | | Kassem, Hana | 0.6 | $408.00 |
| | | Koster, Charles | 0.5 | $730.00 |
| | | Mildorf, Karalyn | 3.4 | $4,658.00 |
| B08 Total | | | 3,128.7 | $3,716,835.00 |
| B09 | **Communications with Account Holders** | Amulic, Andrea | 8.7 | $9,642.00 |
| | | Armand, Jasmine | 31.2 | $25,896.00 |
| | | Brountzas, Katina | 95.2 | $84,777.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Colodny, Aaron | 77.7 | $102,999.00 |
| | | Curtis, Lucas | 4.4 | $3,483.00 |
| | | Eliaszadeh, Chante | 226.2 | $203,833.00 |
| | | Haqqani, Mira | 23.1 | $16,218.00 |
| | | Hershey, Samuel | 2.7 | $3,942.00 |
| | | Kava, Sam | 7.2 | $5,734.00 |
| | | Landy, Douglas | 4.5 | $7,650.00 |
| | | Levine, Esther | 5.3 | $4,399.00 |
| | | Lingle, Barrett | 3.0 | $2,930.00 |
| | | Litz, Dominic | 19.0 | $17,860.00 |
| | | Ludovici, Stephen | 0.4 | $452.00 |
| | | O'Connell, Caitlin | 44.5 | $41,870.00 |
| | | Pesce, Gregory | 82.0 | $112,361.00 |
| | | Ramirez, John | 17.7 | $20,709.00 |
| | | Rudolph, Andrew | 280.2 | $231,125.00 |
| | | Smith, Trudy | 43.9 | $46,570.00 |
| | | Turetsky, David | 12.6 | $20,841.00 |
| | | Warren, Gregory | 1.9 | $2,014.00 |
| | | Wofford, Keith | 23.1 | $42,917.00 |
| B09 Total | | | 1,014.5 | $1,008,222.00 |
| B10 | Corporate / Securities Issues | Amulic, Andrea | 3.9 | $4,206.00 |
| | | Armand, Jasmine | 0.1 | $83.00 |
| | | Branson, Ariell | 0.8 | $592.00 |
| | | Brountzas, Katina | 0.9 | $801.00 |
| | | Colodny, Aaron | 23.9 | $31,293.00 |
| | | Das, Adyasha | 230.4 | $215,969.00 |
| | | Diamond, Colin | 17.4 | $32,334.00 |
| | | Eliaszadeh, Chante | 365.1 | $307,746.00 |
| | | Ericksen, A.J. | 335.6 | $482,232.00 |
| | | Gilson, Jeff | 7.5 | $10,275.00 |
| | | Gundersen, Kathryn | 3.6 | $2,988.00 |
| | | Gurland, Carolyn | 6.4 | $8,618.00 |
| | | Haqqani, Mira | 1.8 | $1,248.00 |
| | | Havlin, Kim | 3.1 | $4,185.00 |
| | | Hershey, Samuel | 3.8 | $4,826.00 |
| | | Kava, Sam | 3.9 | $3,003.00 |
| | | Kuethman, Kathryn | 1.3 | $1,248.00 |
| | | Landy, Douglas | 772.3 | $1,404,540.00 |
| | | Levine, Esther | 3.0 | $2,490.00 |
| | | Liebers, Alexander | 1.3 | $1,378.00 |
| | | Lingle, Barrett | 53.2 | $48,076.00 |
| | | Litz, Dominic | 41.6 | $39,788.00 |
| | | Ludovici, Stephen | 0.1 | $113.00 |
| | | Lupinacci, Frank | 1.1 | $1,606.00 |
| | | O'Connell, Caitlin | 13.4 | $13,668.00 |
| | | Pesce, Gregory | 33.0 | $44,968.00 |
| | | Ramirez, John | 2.3 | $2,691.00 |
| | | Rudolph, Andrew | 8.3 | $7,569.00 |
| | | Sen, Sunrita | 14.5 | $13,810.00 |
| | | Sinai, Leel | 0.8 | $872.00 |
| | | Smith, Trudy | 1.1 | $1,166.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Thatch, David | 10.6 | $20,670.00 |
| | | Turetsky, David | 50.2 | $84,899.00 |
| | | Walker, Cecilia | 2.3 | $2,599.00 |
| | | Warren, Gregory | 3.0 | $3,180.00 |
| | | Wofford, Keith | 52.5 | $100,093.00 |
| | | Zatz, Andrew | 2.3 | $3,105.00 |
| | | Amrein, Steven | 86.9 | $72,127.00 |
| | | Moxon, Jack | 43.9 | $50,046.00 |
| | | Al-Buainain, Jarrah | 61.3 | $57,313.00 |
| | | Gez, Maia | 23.7 | $34,602.00 |
| | | Eckstut, Burr | 3.2 | $4,064.00 |
| | | Mann, Laura Katherine | 52.2 | $71,514.00 |
| | | Vora, Pankti | 145.3 | $154,018.00 |
| | | Kessler, Daniel | 1.0 | $1,240.00 |
| | | Butler, Joshua | 154.2 | $163,452.00 |
| | | Hu, James | 129.4 | $187,423.00 |
| | | Feuer, Aaron | 23.6 | $30,916.00 |
| | | Hernandez, Sarah | 12.3 | $13,038.00 |
| | | Ellis, Debra | 25.4 | $28,956.00 |
| | | Sachdeva, Prena | 15.9 | $11,766.00 |
| | | Holmes, Chanel | 10.0 | $7,400.00 |
| | | Spurgeon, Bryan | 39.7 | $30,569.00 |
| | | Hassan Ali, Fatima | 56.3 | $54,350.00 |
| | | Johnson, Mary | 10.4 | $9,256.00 |
| | | Baldwin, Harriet | 2.7 | $2,079.00 |
| | | Chen, Michelle | 35.5 | $24,140.00 |
| | | Kong, James | 11.5 | $13,915.00 |
| | | Harper, Thomas | 3.6 | $2,448.00 |
| | | Rogers, Jonathan | 2.6 | $3,510.00 |
| | | Bao, Allieana | 54.1 | $36,788.00 |
| | | Chin, Sylvia | 0.6 | $882.00 |
| | | Ling, Adrian | 2.6 | $1,768.00 |
| | | Mildorf, Karalyn | 11.1 | $15,207.00 |
| | | Crowley, Michael | 20.9 | $15,466.00 |
| | | Jividen, David | 8.0 | $3,680.00 |
| **B10 Total** | | | **3,124.3** | **$4,010,861.00** |
| **B11** | **Customer Issues** | Amulic, Andrea | 255.4 | $281,236.00 |
| | | Andolina, Michael | 1.5 | $2,625.00 |
| | | Armand, Jasmine | 13.4 | $11,122.00 |
| | | Ash, Nikita | 4.7 | $4,512.00 |
| | | Brountzas, Katina | 0.4 | $356.00 |
| | | Chemborisov, Gleb | 1.5 | $532.50 |
| | | Colodny, Aaron | 147.6 | $190,482.00 |
| | | Curtis, Lucas | 55.3 | $51,891.00 |
| | | Demoulin, Renza | 4.2 | $4,452.00 |
| | | Eliaszadeh, Chante | 52.3 | $40,575.00 |
| | | Ericksen, A.J. | 0.9 | $1,314.00 |
| | | Ferrier, Kyle | 12.3 | $13,038.00 |
| | | Gundersen, Kathryn | 70.5 | $58,515.00 |
| | | Gurland, Carolyn | 5.8 | $7,366.00 |
| | | Haqqani, Mira | 40.5 | $28,314.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Havlin, Kim | 13.9 | $20,661.00 |
| | | Heitmann, Marlin | 5.0 | $3,700.00 |
| | | Hershey, Samuel | 107.8 | $150,377.00 |
| | | Hirshorn, Deanna | 2.0 | $742.50 |
| | | Jaoude, Michael | 58.6 | $62,968.00 |
| | | Kava, Sam | 171.6 | $142,544.00 |
| | | Konstantynovski, Alex | 9.9 | $9,504.00 |
| | | Kozakevich, Esther | 16.5 | $11,865.00 |
| | | Kuethman, Kathryn | 7.6 | $7,296.00 |
| | | Landy, Douglas | 48.7 | $87,116.00 |
| | | Lingle, Barrett | 22.0 | $19,645.00 |
| | | Litz, Dominic | 164.4 | $156,324.00 |
| | | O'Connell, Caitlin | 35.5 | $34,858.00 |
| | | Pesce, Gregory | 40.6 | $57,142.00 |
| | | Ramirez, John | 21.5 | $26,735.00 |
| | | Rubashkin, Hannah | 8.9 | $9,078.00 |
| | | Rudolph, Andrew | 229.0 | $187,711.00 |
| | | Sinai, Leel | 26.5 | $29,834.00 |
| | | Smith, Erin | 58.9 | $74,803.00 |
| | | Smith, Trudy | 74.3 | $80,618.00 |
| | | Swingle, Adam | 110.7 | $107,034.00 |
| | | Taylor, Miles | 12.9 | $13,674.00 |
| | | Telemi, Romer | 93.9 | $95,427.00 |
| | | Turetsky, David | 185.4 | $313,283.00 |
| | | Venes, Aileen | 1.4 | $497.00 |
| | | Walker, Cecilia | 109.7 | $132,805.00 |
| | | Warren, Gregory | 103.9 | $110,698.00 |
| | | Wofford, Keith | 118.2 | $220,970.00 |
| | | Zatz, Andrew | 0.3 | $405.00 |
| | | Edgington, Christopher | 0.7 | $763.00 |
| | | Baldwin, Harriet | 9.1 | $7,007.00 |
| | | Parra Criste, Amanda | 6.3 | $6,867.00 |
| | | Govindgari, Shravya | 0.4 | $308.00 |
| | | Sutherland-Smith, Kathryn | 10.0 | $10,900.00 |
| | | Sporn, Zachary | 4.3 | $2,924.00 |
| | | Kong, James | 60.7 | $73,447.00 |
| | | Kitchen, Laura | 7.6 | $8,588.00 |
| | | Spennicchia, Kerri | 1.5 | $733.00 |
| | | Kirk, Elizabeth | 4.9 | $7,154.00 |
| B11 Total | | | 2,631.4 | $2,983,336.00 |
| B12 | Discovery | Adamu, Arziki | 96.4 | $92,544.00 |
| | | Amulic, Andrea | 0.5 | $590.00 |
| | | Andolina, Michael | 5.1 | $7,777.00 |
| | | Armand, Jasmine | 0.3 | $249.00 |
| | | Ash, Nikita | 75.8 | $68,094.00 |
| | | Branson, Ariell | 100.4 | $71,926.00 |
| | | Brountzas, Katina | 1.0 | $890.00 |
| | | Calaycay - De la Cruz, Rodelyn | 4.1 | $1,394.00 |
| | | Cange, Gloria | 124.2 | $89,832.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Chemborisov, Gleb | 302.3 | $112,921.50 |
| | | Chen, Tony | 588.3 | $220,191.50 |
| | | Colodny, Aaron | 195.3 | $259,531.00 |
| | | Curtis, Lucas | 264.0 | $223,743.00 |
| | | Demoulin, Renza | 4.2 | $4,452.00 |
| | | Dufner, Emily | 10.0 | $6,842.00 |
| | | Eliaszadeh, Chante | 24.5 | $18,998.00 |
| | | Gundersen, Kathryn | 81.7 | $66,341.00 |
| | | Gurland, Carolyn | 258.6 | $328,982.00 |
| | | Haqqani, Mira | 3.0 | $2,040.00 |
| | | Havlin, Kim | 3.7 | $5,043.00 |
| | | Hershey, Samuel | 177.0 | $231,212.00 |
| | | Hirshorn, Deanna | 5.8 | $2,066.50 |
| | | Huang, Keith | 12.5 | $4,737.50 |
| | | Irukera, Michelle Ife | 8.4 | $8,064.00 |
| | | Jaoude, Michael | 405.7 | $444,202.00 |
| | | Kessie, Nana-Gyasi | 18.9 | $12,852.00 |
| | | Kozakevich, Esther | 102.3 | $79,914.00 |
| | | Kuethman, Kathryn | 35.6 | $32,314.00 |
| | | Landy, Douglas | 7.0 | $11,900.00 |
| | | Levine, Esther | 60.8 | $50,464.00 |
| | | Madriz, Katherine | 18.4 | $17,664.00 |
| | | Magnaye, Maclin | 5.4 | $1,836.00 |
| | | Mederos, Rudy | 190.9 | $118,670.50 |
| | | O'Connell, Caitlin | 4.8 | $4,576.00 |
| | | Pesce, Gregory | 56.5 | $77,584.00 |
| | | Quinn, Logan | 128.9 | $122,521.00 |
| | | Radek, Mariel | 25.5 | $17,475.00 |
| | | Repel, Noah | 94.1 | $68,233.00 |
| | | Rubashkin, Hannah | 3.2 | $3,264.00 |
| | | Rudolph, Andrew | 21.5 | $17,429.00 |
| | | Saunders, Coleman | 13.2 | $12,672.00 |
| | | Seck, Ndeye Aita | 3.8 | $2,620.00 |
| | | Sen, Sunrita | 1.3 | $1,222.00 |
| | | Shabir, Zarka | 13.0 | $9,422.00 |
| | | Smith, Erin | 4.7 | $5,969.00 |
| | | Smith, Trudy | 9.1 | $9,646.00 |
| | | Spencer, Paige | 258.0 | $159,184.50 |
| | | Storch, Charlotte | 28.1 | $26,976.00 |
| | | Swingle, Adam | 5.7 | $5,358.00 |
| | | Taylor, Kyla | 70.4 | $70,820.00 |
| | | Telemi, Romer | 32.5 | $30,849.00 |
| | | Turetsky, David | 28.3 | $46,652.00 |
| | | Venes, Aileen | 14.0 | $5,140.00 |
| | | Walker, Cecilia | 88.5 | $103,107.00 |
| | | Warren, Gregory | 0.9 | $954.00 |
| | | Waterfield, Amy | 185.5 | $113,743.00 |
| | | Weedman, Joshua | 24.5 | $33,565.00 |
| | | Wick, Katie | 1.5 | $570.00 |
| | | Wofford, Keith | 59.4 | $108,046.00 |
| | | Galvan, Paolo | 5.0 | $1,700.00 |
| | | Cuevas, Guillermo | 6.0 | $1,952.50 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Stone, Chris | 3.2 | $1,188.50 |
| | | Edgington, Christopher | 2.3 | $2,507.00 |
| | | Baldwin, Harriet | 1.6 | $1,232.00 |
| | | Govindgari, Shravya | 27.6 | $21,252.00 |
| | | Hong, Alice | 9.2 | $8,188.00 |
| | | Sutherland-Smith, Kathryn | 47.4 | $51,666.00 |
| | | Fajar, Jimmy | 3.4 | $1,411.00 |
| | | Howard, Joshua | 6.0 | $4,080.00 |
| | | Bao, Allieana | 0.3 | $204.00 |
| | | Pados, Gyorgy | 19.6 | $8,134.00 |
| | | Pico, Gabriella | 4.9 | $3,332.00 |
| | | Greenagel, Kelsey | 21.2 | $14,416.00 |
| B12 Total | | | 4,526.7 | $3,777,138.00 |
| B13 | Employee issues | Amulic, Andrea | 4.4 | $5,048.00 |
| | | Ash, Nikita | 2.1 | $2,016.00 |
| | | Branson, Ariell | 8.2 | $6,068.00 |
| | | Cohen, Joel | 0.9 | $1,575.00 |
| | | Colodny, Aaron | 31.8 | $41,536.00 |
| | | Curtis, Lucas | 4.9 | $4,704.00 |
| | | Eliaszadeh, Chante | 0.3 | $231.00 |
| | | Gurland, Carolyn | 1.5 | $2,055.00 |
| | | Haqqani, Mira | 6.8 | $4,624.00 |
| | | Havlin, Kim | 0.1 | $135.00 |
| | | Hershey, Samuel | 22.2 | $32,412.00 |
| | | Landy, Douglas | 1.0 | $1,840.00 |
| | | Lingle, Barrett | 2.6 | $2,314.00 |
| | | O'Connell, Caitlin | 6.2 | $5,828.00 |
| | | Pesce, Gregory | 23.5 | $32,682.00 |
| | | Ramirez, John | 18.6 | $23,622.00 |
| | | Rudolph, Andrew | 35.1 | $33,468.00 |
| | | Smith, Trudy | 3.0 | $3,180.00 |
| | | Swingle, Adam | 56.7 | $55,362.00 |
| | | Telemi, Romer | 9.5 | $9,690.00 |
| | | Turetsky, David | 26.9 | $44,748.00 |
| | | Venes, Aileen | 1.8 | $679.00 |
| | | Walker, Cecilia | 36.6 | $45,384.00 |
| | | Warren, Gregory | 6.3 | $7,350.00 |
| | | Wofford, Keith | 2.5 | $4,637.00 |
| | | Laursen, Lucee | 13.2 | $9,768.00 |
| | | Patel, Henrik | 13.4 | $23,450.00 |
| | | Rosamond, Victoria | 5.5 | $7,535.00 |
| | | Rozell, Samantha | 11.8 | $14,278.00 |
| | | Moradi, Sadi | 36.0 | $27,720.00 |
| | | Edgington, Christopher | 0.4 | $436.00 |
| | | Marnin, Tal | 4.8 | $6,096.00 |
| | | Jones, Charlotte | 8.0 | $4,280.00 |
| B13 Total | | | 406.6 | $464,751.00 |
| B14 | Executory Contracts / Unexpired Leases | Haqqani, Mira | 2.4 | $1,776.00 |
| | | O'Connell, Caitlin | 1.9 | $1,786.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Pesce, Gregory | 3.0 | $4,127.00 |
| | | Ramirez, John | 1.8 | $2,106.00 |
| | | Rudolph, Andrew | 23.9 | $21,082.00 |
| | | Turetsky, David | 0.1 | $162.00 |
| | | Warren, Gregory | 1.6 | $1,696.00 |
| | | Zatz, Andrew | 0.3 | $405.00 |
| B14 Total | | | 35.0 | $33,140.00 |
| B15 | Financing Matters | Colodny, Aaron | 1.2 | $1,524.00 |
| | | Edwards, Juliesa | 2.1 | $2,478.00 |
| | | Ericksen, A.J. | 1.0 | $1,350.00 |
| | | Pesce, Gregory | 10.9 | $14,715.00 |
| | | Ramirez, John | 1.8 | $2,106.00 |
| | | Smith, Trudy | 0.4 | $424.00 |
| | | Swingle, Adam | 4.2 | $3,948.00 |
| | | Turetsky, David | 2.0 | $3,240.00 |
| | | Warren, Gregory | 6.0 | $6,408.00 |
| | | Wofford, Keith | 31.7 | $61,437.00 |
| | | Urbina, Alondra | 5.7 | $4,731.00 |
| B15 Total | | | 67.0 | $102,361.00 |
| B16 | First Day Pleadings | Amulic, Andrea | 2.0 | $2,120.00 |
| | | Colodny, Aaron | 15.1 | $19,177.00 |
| | | Eliaszadeh, Chante | 1.2 | $924.00 |
| | | Landy, Douglas | 1.0 | $1,700.00 |
| | | Ludovici, Stephen | 3.8 | $4,294.00 |
| | | O'Connell, Caitlin | 48.4 | $45,496.00 |
| | | Pesce, Gregory | 18.1 | $24,435.00 |
| | | Ramirez, John | 27.8 | $32,526.00 |
| | | Rudolph, Andrew | 32.9 | $25,333.00 |
| | | Smith, Trudy | 47.2 | $50,032.00 |
| | | Swingle, Adam | 46.7 | $43,898.00 |
| | | Turetsky, David | 16.7 | $27,054.00 |
| | | Warren, Gregory | 48.7 | $51,622.00 |
| | | Wofford, Keith | 5.7 | $10,317.00 |
| | | Zatz, Andrew | 6.5 | $8,775.00 |
| B16 Total | | | 321.8 | $347,703.00 |
| B17 | Hearings and Court Matters | Amulic, Andrea | 60.6 | $69,216.00 |
| | | Armand, Jasmine | 2.6 | $2,158.00 |
| | | Colodny, Aaron | 105.8 | $142,506.00 |
| | | Curtis, Lucas | 2.7 | $2,459.00 |
| | | Eliaszadeh, Chante | 32.9 | $30,919.00 |
| | | Gundersen, Kathryn | 52.0 | $43,160.00 |
| | | Gurland, Carolyn | 1.8 | $2,286.00 |
| | | Haqqani, Mira | 7.5 | $5,550.00 |
| | | Havlin, Kim | 2.4 | $3,816.00 |
| | | Hershey, Samuel | 71.8 | $97,361.00 |
| | | Hirshorn, Deanna | 1.7 | $646.00 |
| | | Jaoude, Michael | 11.5 | $12,430.00 |
| | | Kava, Sam | 1.0 | $960.00 |
| | | Kuethman, Kathryn | 35.6 | $34,176.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Landy, Douglas | 16.6 | $29,774.00 |
| | | Lingle, Barrett | 3.3 | $3,197.00 |
| | | Litz, Dominic | 6.7 | $6,826.00 |
| | | O'Connell, Caitlin | 8.3 | $8,466.00 |
| | | Pesce, Gregory | 46.5 | $65,338.00 |
| | | Ramirez, John | 11.1 | $13,787.00 |
| | | Rudolph, Andrew | 4.7 | $3,619.00 |
| | | Sinai, Leel | 3.6 | $4,093.00 |
| | | Smith, Erin | 0.5 | $635.00 |
| | | Smith, Trudy | 12.7 | $13,582.00 |
| | | Swingle, Adam | 7.9 | $8,374.00 |
| | | Turetsky, David | 73.3 | $123,270.00 |
| | | Venes, Aileen | 7.4 | $2,722.00 |
| | | Walker, Cecilia | 1.1 | $1,364.00 |
| | | Warren, Gregory | 14.4 | $15,540.00 |
| | | Weedman, Joshua | 44.0 | $60,280.00 |
| | | Wick, Katie | 1.5 | $570.00 |
| | | Wofford, Keith | 71.2 | $134,822.00 |
| | | Zatz, Andrew | 4.3 | $5,805.00 |
| | | Sutherland-Smith, Kathryn | 0.8 | $872.00 |
| | | Koster, Charles | 4.2 | $5,619.00 |
| B17 Total | | | 734.0 | $956,198.00 |
| B18 | Insurance Issues | Colodny, Aaron | 1.7 | $2,239.00 |
| | | Gorsich, Ronald | 7.5 | $9,775.00 |
| | | Gurland, Carolyn | 0.8 | $1,016.00 |
| | | Hershey, Samuel | 0.4 | $508.00 |
| | | Ramirez, John | 1.0 | $1,170.00 |
| | | Rudolph, Andrew | 0.9 | $864.00 |
| | | Warren, Gregory | 1.6 | $1,696.00 |
| | | Rivero, Devin | 12.4 | $9,548.00 |
| B18 Total | | | 26.3 | $26,816.00 |
| B19 | Lien Review / Investigation | Amulic, Andrea | 4.4 | $4,664.00 |
| | | Andolina, Michael | 18.4 | $29,428.00 |
| | | Ash, Nikita | 41.5 | $39,840.00 |
| | | Beaton, Alexander | 17.5 | $21,700.00 |
| | | Branson, Ariell | 20.0 | $14,536.00 |
| | | Cohen, Joel | 6.3 | $11,025.00 |
| | | Colodny, Aaron | 166.9 | $225,583.00 |
| | | Curtis, Lucas | 364.1 | $329,377.00 |
| | | Eliaszadeh, Chante | 0.3 | $288.00 |
| | | Ericksen, A.J. | 4.1 | $5,986.00 |
| | | Gundersen, Kathryn | 218.3 | $179,959.00 |
| | | Gurland, Carolyn | 435.1 | $583,897.00 |
| | | Haqqani, Mira | 1.8 | $1,332.00 |
| | | Havlin, Kim | 21.7 | $29,415.00 |
| | | Hershey, Samuel | 34.7 | $46,216.00 |
| | | Jaoude, Michael | 27.3 | $29,490.00 |
| | | Kava, Sam | 12.9 | $12,384.00 |
| | | Kessie, Nana-Gyasi | 1.3 | $884.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Kozakevich, Esther | 3.5 | $2,905.00 |
| | | Kuethman, Kathryn | 128.9 | $122,870.00 |
| | | Lingle, Barrett | 0.7 | $623.00 |
| | | Litz, Dominic | 26.2 | $27,256.00 |
| | | Pesce, Gregory | 51.6 | $73,202.00 |
| | | Quinn, Logan | 11.8 | $12,036.00 |
| | | Radek, Mariel | 18.5 | $15,355.00 |
| | | Ramirez, John | 0.7 | $819.00 |
| | | Rudolph, Andrew | 86.2 | $80,339.00 |
| | | Sen, Sunrita | 23.8 | $22,372.00 |
| | | Sinai, Leel | 2.2 | $2,684.00 |
| | | Smith, Trudy | 60.4 | $65,416.00 |
| | | Spencer, Paige | 3.2 | $2,048.00 |
| | | Swingle, Adam | 3.5 | $3,710.00 |
| | | Telemi, Romer | 143.0 | $137,059.00 |
| | | Turetsky, David | 69.3 | $116,686.00 |
| | | Walker, Cecilia | 200.2 | $243,584.00 |
| | | Warren, Gregory | 2.4 | $2,568.00 |
| | | Wofford, Keith | 12.5 | $23,297.00 |
| | | Al-Buainain, Jarrah | 0.7 | $623.00 |
| | | Hu, James | 3.5 | $4,445.00 |
| | | Edgington, Christopher | 11.1 | $12,658.00 |
| | | Baldwin, Harriet | 6.6 | $5,082.00 |
| | | Sutherland-Smith, Kathryn | 0.7 | $763.00 |
| | | Rogers, Jonathan | 3.2 | $4,320.00 |
| | | Pico, Gabriella | 82.9 | $57,776.00 |
| | | Stoner, Will | 0.3 | $381.00 |
| | | Jones, Charlotte | 11.0 | $5,542.00 |
| | | Sorab, Katherine | 5.8 | $3,103.00 |
| **B19 Total** | | | **2,371.0** | **$2,615,526.00** |
| **B20** | **Nonworking Travel Time Billed** | Amulic, Andrea | 1.5 | $1,770.00 |
| | | Colodny, Aaron | 10.7 | $14,659.00 |
| | | Ericksen, A.J. | 3.3 | $4,818.00 |
| | | Gundersen, Kathryn | 1.2 | $996.00 |
| | | Wick, Katie | 0.5 | $190.00 |
| | | Wofford, Keith | 13.3 | $25,935.00 |
| **B20 Total** | | | **30.5** | **$48,368.00** |
| **B21** | **Plan / Disclosure Statement** | Amulic, Andrea | 112.1 | $129,722.00 |
| | | Armand, Jasmine | 76.9 | $63,827.00 |
| | | Baccash, Laura | 28.6 | $37,466.00 |
| | | Colodny, Aaron | 779.8 | $1,066,876.00 |
| | | Curtis, Lucas | 75.9 | $72,864.00 |
| | | Diamond, Colin | 1.6 | $2,896.00 |
| | | Dreier, David | 1.7 | $3,315.00 |
| | | Eliaszadeh, Chante | 112.8 | $107,129.00 |
| | | Ericksen, A.J. | 21.7 | $31,682.00 |
| | | Fryman, Scott | 4.4 | $6,424.00 |
| | | Gundersen, Kathryn | 31.9 | $26,477.00 |
| | | Gurland, Carolyn | 1.8 | $2,286.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Haqqani, Mira | 226.9 | $167,150.00 |
| | | Havlin, Kim | 0.2 | $318.00 |
| | | Heitmann, Marlin | 1.8 | $1,332.00 |
| | | Hershey, Samuel | 56.3 | $81,400.00 |
| | | Hirshorn, Deanna | 2.2 | $793.50 |
| | | Jaoude, Michael | 29.0 | $34,220.00 |
| | | Kava, Sam | 75.1 | $59,404.00 |
| | | Konstantynovski, Alex | 90.4 | $86,784.00 |
| | | Kuethman, Kathryn | 5.1 | $4,896.00 |
| | | Landy, Douglas | 98.0 | $180,320.00 |
| | | Lingle, Barrett | 500.2 | $493,226.00 |
| | | Litz, Dominic | 73.6 | $78,016.00 |
| | | Ludovici, Stephen | 0.2 | $248.00 |
| | | O'Connell, Caitlin | 55.5 | $55,882.00 |
| | | Ofner, Charlie | 9.1 | $12,467.00 |
| | | Pesce, Gregory | 714.5 | $1,032,181.00 |
| | | Radlow, Morvyn | 5.5 | $7,535.00 |
| | | Ramirez, John | 66.7 | $84,709.00 |
| | | Rudolph, Andrew | 415.8 | $391,264.00 |
| | | Sinai, Leel | 2.9 | $3,538.00 |
| | | Smith, Trudy | 50.7 | $59,826.00 |
| | | Swingle, Adam | 506.5 | $536,890.00 |
| | | Thatch, David | 25.9 | $50,505.00 |
| | | Thomson, Suzanne | 4.3 | $5,633.00 |
| | | Tuffey, Claire | 22.2 | $21,312.00 |
| | | Turetsky, David | 406.5 | $704,381.00 |
| | | Urschel, Eric | 4.6 | $5,612.00 |
| | | Venes, Aileen | 10.1 | $3,775.50 |
| | | Walker, Cecilia | 23.1 | $28,644.00 |
| | | Warren, Gregory | 8.4 | $9,408.00 |
| | | Weedman, Joshua | 0.6 | $822.00 |
| | | Wick, Katie | 5.1 | $1,938.00 |
| | | Wofford, Keith | 846.8 | $1,647,396.00 |
| | | Zatz, Andrew | 3.6 | $5,256.00 |
| | | Amrein, Steven | 5.0 | $4,150.00 |
| | | Moxon, Jack | 6.2 | $7,068.00 |
| | | Fay, Dylan | 0.8 | $944.00 |
| | | Patel, Henrik | 8.3 | $14,525.00 |
| | | Butler, Joshua | 82.8 | $87,768.00 |
| | | Hu, James | 3.2 | $4,672.00 |
| | | Sutherland-Smith, Kathryn | 47.4 | $51,666.00 |
| | | McCullough, Katherine | 2.9 | $3,683.00 |
| B21 Total | | | 5,753.2 | $7,582,522.00 |
| B22 | Reports and Schedules Review | Colodny, Aaron | 9.1 | $11,557.00 |
| | | Hershey, Samuel | 2.1 | $2,705.00 |
| | | Kava, Sam | 0.6 | $462.00 |
| | | Lingle, Barrett | 3.4 | $3,026.00 |
| | | O'Connell, Caitlin | 15.2 | $14,288.00 |
| | | Pesce, Gregory | 0.7 | $945.00 |
| | | Rudolph, Andrew | 2.3 | $1,771.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Smith, Trudy | 1.8 | $1,908.00 |
| | | Swingle, Adam | 8.0 | $7,520.00 |
| | | Turetsky, David | 1.2 | $1,944.00 |
| | | Warren, Gregory | 3.4 | $3,604.00 |
| | | Wofford, Keith | 12.9 | $23,349.00 |
| | | Feuer, Aaron | 0.2 | $262.00 |
| B22 Total | | | 60.9 | $73,341.00 |
| B23 | Tax Issues | Colodny, Aaron | 4.2 | $5,564.00 |
| | | Dreier, David | 59.7 | $114,651.00 |
| | | Fryman, Scott | 83.1 | $120,435.00 |
| | | Landy, Douglas | 3.0 | $5,520.00 |
| | | Lingle, Barrett | 1.0 | $890.00 |
| | | Pesce, Gregory | 2.5 | $3,441.00 |
| | | Turetsky, David | 5.6 | $9,410.00 |
| | | Urschel, Eric | 66.2 | $78,684.00 |
| | | Warren, Gregory | 0.1 | $118.00 |
| | | Wofford, Keith | 12.5 | $24,137.00 |
| | | Lin, Leslie | 3.5 | $2,380.00 |
| | | Iloegbunam, Michael | 3.0 | $2,490.00 |
| B23 Total | | | 244.4 | $367,720.00 |
| B25 | Retention/Fee statements - W&C | Amulic, Andrea | 1.8 | $1,944.00 |
| | | Armand, Jasmine | 99.8 | $82,834.00 |
| | | Colodny, Aaron | 3.6 | $4,672.00 |
| | | Haqqani, Mira | 122.8 | $89,126.00 |
| | | Hirshorn, Deanna | 3.7 | $1,351.00 |
| | | Kava, Sam | 127.0 | $111,356.00 |
| | | Konstantynovski, Alex | 29.7 | $23,648.00 |
| | | Lingle, Barrett | 1.8 | $1,836.00 |
| | | Litz, Dominic | 3.3 | $3,102.00 |
| | | Ludovici, Stephen | 332.3 | $394,859.00 |
| | | O'Connell, Caitlin | 47.8 | $45,044.00 |
| | | Pesce, Gregory | 67.7 | $93,375.00 |
| | | Ramirez, John | 3.2 | $3,744.00 |
| | | Rudolph, Andrew | 53.7 | $44,902.00 |
| | | Smith, Trudy | 0.2 | $212.00 |
| | | Swingle, Adam | 105.9 | $106,086.00 |
| | | Turetsky, David | 11.8 | $19,753.00 |
| | | Venes, Aileen | 8.5 | $3,225.00 |
| | | Warren, Gregory | 3.5 | $3,710.00 |
| | | Wick, Katie | 12.2 | $4,608.50 |
| | | Wofford, Keith | 2.1 | $3,941.00 |
| B25 Total | | | 1,042.4 | $1,043,328.50 |
| B26 | Responding to Fee Objections or Comments | Ludovici, Stephen | 17.9 | $22,196.00 |
| | | O'Connell, Caitlin | 0.2 | $204.00 |
| | | Pesce, Gregory | 6.4 | $9,344.00 |
| | | Rudolph, Andrew | 6.3 | $6,048.00 |
| | | Swingle, Adam | 0.5 | $470.00 |
| | | Wofford, Keith | 0.4 | $780.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| B26 Total | | | **31.7** | **$39,042.00** |
| B27 | **Expense Reimbursement for Committee Members** | Ludovici, Stephen | 0.4 | $452.00 |
| | | Venes, Aileen | 0.5 | $177.50 |
| B27 Total | | | **0.9** | **$629.50** |
| B28 | **Retention/Fee statements - Others** | Armand, Jasmine | 30.1 | $24,983.00 |
| | | Brountzas, Katina | 5.8 | $5,162.00 |
| | | Colodny, Aaron | 4.6 | $5,912.00 |
| | | Eliaszadeh, Chante | 1.2 | $1,095.00 |
| | | Haqqani, Mira | 42.1 | $30,452.00 |
| | | Hirshorn, Deanna | 6.5 | $2,315.00 |
| | | Kava, Sam | 35.5 | $30,603.00 |
| | | Landy, Douglas | 2.4 | $4,080.00 |
| | | Lingle, Barrett | 0.3 | $306.00 |
| | | Litz, Dominic | 25.4 | $24,008.00 |
| | | Ludovici, Stephen | 215.9 | $252,789.00 |
| | | O'Connell, Caitlin | 68.5 | $64,846.00 |
| | | Pesce, Gregory | 33.1 | $46,687.00 |
| | | Ramirez, John | 4.1 | $5,137.00 |
| | | Rudolph, Andrew | 38.5 | $36,751.00 |
| | | Smith, Trudy | 2.4 | $2,544.00 |
| | | Swingle, Adam | 51.2 | $51,788.00 |
| | | Turetsky, David | 8.1 | $13,590.00 |
| | | Venes, Aileen | 30.1 | $11,248.00 |
| | | Warren, Gregory | 74.0 | $79,364.00 |
| | | Wick, Katie | 5.0 | $1,900.00 |
| | | Wofford, Keith | 4.7 | $8,801.00 |
| B28 Total | | | **689.5** | **$704,361.00** |
| B29 | **Examiner** | Amulic, Andrea | 8.2 | $8,692.00 |
| | | Andolina, Michael | 0.7 | $1,029.00 |
| | | Ash, Nikita | 1.2 | $1,152.00 |
| | | Brountzas, Katina | 0.2 | $178.00 |
| | | Colodny, Aaron | 18.9 | $24,143.00 |
| | | Das, Adyasha | 2.3 | $2,047.00 |
| | | Gurland, Carolyn | 7.2 | $9,144.00 |
| | | Hershey, Samuel | 16.2 | $20,935.00 |
| | | Hirshorn, Deanna | 0.7 | $248.50 |
| | | Kava, Sam | 29.1 | $22,673.00 |
| | | Lingle, Barrett | 35.8 | $32,083.00 |
| | | Litz, Dominic | 1.4 | $1,448.00 |
| | | Ludovici, Stephen | 1.0 | $1,174.00 |
| | | O'Connell, Caitlin | 43.5 | $40,986.00 |
| | | Pesce, Gregory | 76.9 | $104,794.00 |
| | | Ramirez, John | 1.4 | $1,638.00 |
| | | Rudolph, Andrew | 1.0 | $846.00 |
| | | Smith, Trudy | 62.5 | $66,250.00 |
| | | Swingle, Adam | 24.8 | $23,312.00 |
| | | Turetsky, David | 36.3 | $59,638.00 |
| | | Venes, Aileen | 6.5 | $2,307.50 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Walker, Cecilia | 5.0 | $6,200.00 |
| | | Warren, Gregory | 68.1 | $72,186.00 |
| | | Waterfield, Amy | 5.7 | $3,648.00 |
| | | Wofford, Keith | 17.8 | $32,764.00 |
| | | Hu, James | 1.9 | $2,413.00 |
| | | Graham, Richard | 20.8 | $25,168.00 |
| B29 Total | | | 495.1 | $567,097.00 |
| B30 | Custody & Withhold Matters | Amulic, Andrea | 254.4 | $272,880.00 |
| | | Branson, Ariell | 3.1 | $2,108.00 |
| | | Brountzas, Katina | 0.2 | $178.00 |
| | | Cange, Gloria | 3.9 | $2,652.00 |
| | | Colodny, Aaron | 90.7 | $116,819.00 |
| | | Curtis, Lucas | 40.3 | $31,031.00 |
| | | Eliaszadeh, Chante | 31.9 | $24,563.00 |
| | | Gundersen, Kathryn | 2.3 | $1,909.00 |
| | | Gurland, Carolyn | 3.8 | $4,826.00 |
| | | Hershey, Samuel | 101.2 | $129,284.00 |
| | | Hirshorn, Deanna | 1.0 | $355.00 |
| | | Kava, Sam | 279.2 | $219,696.00 |
| | | Kozakevich, Esther | 2.3 | $1,564.00 |
| | | Kuethman, Kathryn | 6.2 | $4,774.00 |
| | | Landy, Douglas | 15.2 | $26,022.00 |
| | | Litz, Dominic | 170.2 | $160,492.00 |
| | | O'Connell, Caitlin | 24.4 | $22,992.00 |
| | | Pesce, Gregory | 64.6 | $87,210.00 |
| | | Quinn, Logan | 4.4 | $3,916.00 |
| | | Radek, Mariel | 6.9 | $4,692.00 |
| | | Ramirez, John | 16.8 | $19,656.00 |
| | | Repel, Noah | 11.7 | $7,956.00 |
| | | Rudolph, Andrew | 7.1 | $5,505.00 |
| | | Shabir, Zarka | 6.8 | $4,624.00 |
| | | Sinai, Leel | 28.7 | $31,582.00 |
| | | Smith, Trudy | 1.9 | $2,014.00 |
| | | Spencer, Paige | 2.0 | $1,190.00 |
| | | Swingle, Adam | 3.9 | $3,666.00 |
| | | Telemi, Romer | 27.9 | $24,831.00 |
| | | Turetsky, David | 199.5 | $326,479.00 |
| | | Venes, Aileen | 7.3 | $2,754.00 |
| | | Walker, Cecilia | 23.4 | $26,442.00 |
| | | Warren, Gregory | 8.7 | $9,246.00 |
| | | Wofford, Keith | 47.4 | $86,326.00 |
| | | Zatz, Andrew | 2.9 | $3,915.00 |
| | | Edgington, Christopher | 5.9 | $6,431.00 |
| | | Baldwin, Harriet | 11.3 | $8,701.00 |
| | | Parra Criste, Amanda | 22.2 | $24,198.00 |
| | | Sporn, Zachary | 2.3 | $1,564.00 |
| | | Kong, James | 0.5 | $605.00 |
| B30 Total | | | 1,544.4 | $1,715,648.00 |
| B31 | Core Mining Issues | Ash, Nikita | 24.4 | $18,788.00 |
| | | Cange, Gloria | 5.3 | $3,604.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Colodny, Aaron | 0.6 | $762.00 |
| | | Curtis, Lucas | 4.9 | $3,773.00 |
| | | Gundersen, Kathryn | 7.6 | $5,168.00 |
| | | Gurland, Carolyn | 5.9 | $7,493.00 |
| | | Haqqani, Mira | 37.1 | $25,552.00 |
| | | Hershey, Samuel | 65.7 | $83,876.00 |
| | | Hirshorn, Deanna | 5.2 | $1,846.00 |
| | | Jaoude, Michael | 28.8 | $30,528.00 |
| | | Kava, Sam | 5.0 | $4,306.00 |
| | | Kuethman, Kathryn | 5.1 | $3,927.00 |
| | | Landy, Douglas | 3.6 | $6,274.00 |
| | | Lingle, Barrett | 0.5 | $445.00 |
| | | Litz, Dominic | 6.2 | $6,236.00 |
| | | Mederos, Rudy | 11.9 | $7,080.50 |
| | | O'Connell, Caitlin | 216.2 | $204,908.00 |
| | | Ofner, Charlie | 3.2 | $4,384.00 |
| | | Pesce, Gregory | 18.5 | $25,261.00 |
| | | Quinn, Logan | 9.2 | $8,188.00 |
| | | Radek, Mariel | 35.8 | $24,914.00 |
| | | Repel, Noah | 10.5 | $7,140.00 |
| | | Rudolph, Andrew | 55.5 | $48,967.00 |
| | | Sen, Sunrita | 0.5 | $570.00 |
| | | Smith, Trudy | 3.8 | $4,484.00 |
| | | Spencer, Paige | 27.6 | $16,422.00 |
| | | Swingle, Adam | 35.4 | $33,972.00 |
| | | Taylor, Miles | 87.3 | $82,062.00 |
| | | Turetsky, David | 3.5 | $5,709.00 |
| | | Venes, Aileen | 6.8 | $2,504.00 |
| | | Walker, Cecilia | 10.5 | $11,865.00 |
| | | Warren, Gregory | 1.2 | $1,284.00 |
| | | Waterfield, Amy | 10.8 | $6,426.00 |
| | | Wofford, Keith | 194.9 | $364,431.00 |
| | | Cuevas, Guillermo | 2.5 | $787.50 |
| | | Stone, Chris | 2.3 | $816.50 |
| | | Govindgari, Shravya | 0.7 | $539.00 |
| | | Sutherland-Smith, Kathryn | 14.7 | $16,023.00 |
| | | Braun, Viktor | 3.3 | $3,498.00 |
| | | Pico, Gabriella | 3.6 | $2,448.00 |
| | | Greenagel, Kelsey | 15.4 | $10,472.00 |
| | | Koster, Charles | 2.7 | $3,486.00 |
| B31 Total | | | 994.2 | $1,101,219.50 |
| B32 | Customer Claim Appeal & Preferred Equity Issues | Abdallah, Rashad | 7.6 | $5,624.00 |
| | | Adamu, Arziki | 27.0 | $25,920.00 |
| | | Amulic, Andrea | 236.3 | $278,834.00 |
| | | Ash, Nikita | 314.8 | $302,208.00 |
| | | Balmain, Charles | 7.2 | $11,448.00 |
| | | Beaton, Alexander | 4.1 | $5,084.00 |
| | | Branson, Ariell | 170.0 | $125,800.00 |
| | | Cange, Gloria | 22.4 | $16,576.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Colodny, Aaron | 76.9 | $105,353.00 |
| | | Corbett-Graham, Will | 0.5 | $620.00 |
| | | Curtis, Lucas | 289.5 | $277,920.00 |
| | | Demoulin, Renza | 108.9 | $115,434.00 |
| | | Eliaszadeh, Chante | 1.0 | $960.00 |
| | | Ferrier, Kyle | 33.8 | $35,828.00 |
| | | Gundersen, Kathryn | 297.2 | $246,676.00 |
| | | Gurland, Carolyn | 3.9 | $5,343.00 |
| | | Haqqani, Mira | 170.2 | $125,948.00 |
| | | Havlin, Kim | 55.0 | $87,450.00 |
| | | Heitmann, Marlin | 19.7 | $13,983.50 |
| | | Hershey, Samuel | 255.4 | $372,884.00 |
| | | Hirshorn, Deanna | 3.0 | $1,140.00 |
| | | Hovsepian, Arev | 5.9 | $4,366.00 |
| | | Irukera, Michelle Ife | 5.5 | $5,280.00 |
| | | Jaoude, Michael | 76.2 | $89,916.00 |
| | | Kozakevich, Esther | 8.0 | $6,640.00 |
| | | Kuethman, Kathryn | 195.4 | $187,584.00 |
| | | Landy, Douglas | 5.0 | $9,200.00 |
| | | Lingle, Barrett | 1.5 | $1,530.00 |
| | | Litz, Dominic | 1.6 | $1,696.00 |
| | | Mederos, Rudy | 83.8 | $53,632.00 |
| | | O'Connell, Caitlin | 106.0 | $108,120.00 |
| | | Pesce, Gregory | 19.2 | $28,032.00 |
| | | Quinn, Logan | 1.3 | $1,326.00 |
| | | Radek, Mariel | 2.7 | $2,241.00 |
| | | Repel, Noah | 10.6 | $8,798.00 |
| | | Rubashkin, Hannah | 102.9 | $104,958.00 |
| | | Saber, Leili | 5.6 | $4,648.00 |
| | | Saunders, Coleman | 3.4 | $3,264.00 |
| | | Shabir, Zarka | 8.8 | $6,512.00 |
| | | Smith, Erin | 99.5 | $126,365.00 |
| | | Smith, Trudy | 146.8 | $173,224.00 |
| | | Spencer, Paige | 42.6 | $27,264.00 |
| | | Storch, Charlotte | 25.0 | $24,000.00 |
| | | Swingle, Adam | 139.2 | $147,552.00 |
| | | Taylor, Kyla | 15.4 | $15,708.00 |
| | | Telemi, Romer | 182.8 | $186,456.00 |
| | | Turetsky, David | 105.8 | $185,150.00 |
| | | Venes, Aileen | 33.9 | $12,882.00 |
| | | Walker, Cecilia | 117.0 | $145,080.00 |
| | | Waterfield, Amy | 57.8 | $36,992.00 |
| | | Weedman, Joshua | 164.0 | $224,680.00 |
| | | Wick, Katie | 1.9 | $722.00 |
| | | Wofford, Keith | 18.5 | $36,075.00 |
| B32 Total | | | 3,898.0 | $4,130,926.50 |
| B33 | **Confirmation Litigation & Discovery** | Abdallah, Rashad | 17.9 | $13,246.00 |
| | | Amulic, Andrea | 100.6 | $118,708.00 |
| | | Armand, Jasmine | 75.1 | $62,333.00 |
| | | Ash, Nikita | 3.4 | $3,264.00 |
| | | Branson, Ariell | 38.4 | $28,416.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Chemborisov, Gleb | 4.0 | $1,520.00 |
| | | Chen, Tony | 11.6 | $4,408.00 |
| | | Colodny, Aaron | 270.9 | $371,133.00 |
| | | Curtis, Lucas | 1.0 | $960.00 |
| | | Eliaszadeh, Chante | 167.8 | $161,088.00 |
| | | Gundersen, Kathryn | 327.9 | $272,157.00 |
| | | Gurland, Carolyn | 162.7 | $222,899.00 |
| | | Hafiz, Abdul | 26.9 | $27,438.00 |
| | | Haqqani, Mira | 116.3 | $86,062.00 |
| | | Hershey, Samuel | 35.9 | $52,414.00 |
| | | Hirshorn, Deanna | 0.7 | $266.00 |
| | | Irukera, Michelle Ife | 9.6 | $9,216.00 |
| | | Jaoude, Michael | 282.9 | $333,822.00 |
| | | Kuethman, Kathryn | 168.5 | $161,760.00 |
| | | Landy, Douglas | 27.2 | $50,048.00 |
| | | Levine, Esther | 152.4 | $126,492.00 |
| | | Lingle, Barrett | 10.9 | $11,118.00 |
| | | Litz, Dominic | 2.5 | $2,650.00 |
| | | Mederos, Rudy | 15.1 | $9,664.00 |
| | | O'Connell, Caitlin | 28.7 | $29,274.00 |
| | | Pesce, Gregory | 60.2 | $87,892.00 |
| | | Radek, Mariel | 8.1 | $6,723.00 |
| | | Rubashkin, Hannah | 15.9 | $16,218.00 |
| | | Rudolph, Andrew | 128.3 | $123,168.00 |
| | | Swingle, Adam | 125.7 | $133,242.00 |
| | | Turetsky, David | 48.7 | $85,225.00 |
| | | Venes, Aileen | 8.3 | $3,154.00 |
| | | Walker, Cecilia | 113.9 | $141,236.00 |
| | | Waterfield, Amy | 10.2 | $6,528.00 |
| | | Weedman, Joshua | 210.8 | $288,796.00 |
| | | Wick, Katie | 120.1 | $45,638.00 |
| | | Wofford, Keith | 7.6 | $14,820.00 |
| | | Amrein, Steven | 5.5 | $4,565.00 |
| | | Moxon, Jack | 1.9 | $2,166.00 |
| | | Gorman, Sean | 18.5 | $25,345.00 |
| | | Fay, Dylan | 29.2 | $34,456.00 |
| | | Kakon, Yarden | 73.2 | $74,664.00 |
| | | Edmonds, Chloe | 30.1 | $24,983.00 |
| | | Pradhan, Saaket | 23.1 | $17,094.00 |
| | | Rosen, Richard | 6.7 | $4,958.00 |
| | | Cuevas, Guillermo | 15.5 | $5,270.00 |
| | | Cuccaro, Sydney | 1.2 | $606.00 |
| | | Lesoravage, Arden | 4.5 | $1,710.00 |
| B33 Total | | | 3,126.1 | $3,308,813.00 |
| B34 | Covario AG Matters | Colodny, Aaron | 6.2 | $8,494.00 |
| | | Havlin, Kim | 11.3 | $17,967.00 |
| | | Hovsepian, Arev | 0.8 | $592.00 |
| | | Kuethman, Kathryn | 6.6 | $6,336.00 |
| | | Pesce, Gregory | 7.1 | $10,366.00 |
| | | Swingle, Adam | 1.2 | $1,272.00 |
| | | Turetsky, David | 10.9 | $19,075.00 |

| Phase-Code | Phase | Timekeeper Name | Sum of Hrs | Sum of Amt |
|---|---|---|---|---|
| | | Daker, Angela | 9.1 | $12,467.00 |
| | | Stone, Chris | 5.4 | $2,052.00 |
| **B34 Total** | | | **58.6** | **$78,621.00** |
| | **Total** | | **45,310.6** | **$51,215,528.00** |
| | **Less Credit** | | | **$32,104.80** |
| | **Less Fee Examiner Reductions** | | | **$680,455.33** |
| | **Grand Total** | | | **$50,502,967.87** |

**<u>Exhibit J</u>**

**Final Period – Summary of Expenses**

| Description | Bill Amt |
|---|---|
| Airfare | 55,015.98 |
| Computer Services | $692.11 |
| Court Costs | $841.31 |
| Deposition Transcripts | $112,909.42 |
| E-Discovery Data Hosting / Storage | $144,757.68 |
| E-Discovery Data Processing | $16,243.54 |
| E-Discovery User Fees | $37,950.00 |
| Express Mail | $1,627.25 |
| Hotel Expense | $54,016.86 |
| Overtime Meals | $1,064.32 |
| Printing | $2,030.67 |
| Professional Service | $147,035.90 |
| Taxi - Business | $15,942.34 |
| Taxi - Overtime | $2,250.48 |
| Telephone | $14.00 |
| Travel Meals | $257.58 |
| Parking | $729.97 |
| Business Meals | $245.00 |
| UCC Filing Fees | $912.37 |
| Document Research | $7.40 |
| External Document Production | $3,989.71 |
| Train - Out of Town | $251.00 |
| Binding | 6.19 |
| Courier Service | 732.15 |
| Photocopying | 336.66 |
| Supplies | 27.05 |
| Miscellaneous Other | 1,102.80 |
| Conference Room Dining | 443.07 |
| Service Fees | 1,680.00 |
| Legal Research | 84.20 |
| E-Discovery Production | 572.00 |
| E-Discovery Machine Translation | 3,830.45 |
| **Total** | **$607,599.46** |
| **Less Fee Examiner Reductions** | **$5,703.62** |
| **Grand Total** | **$601,895.84** |

**Exhibit K**

**Budgets & Staffing Plans**

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP FEE ESTIMATE

White & Case's estimated fees are expected to run approximately $3,250,000 per month for the first several months of these chapter 11 cases. This estimate is preliminary and subject to revision, including if chapter 11 cases are more or less contentious than expected, are shorter or longer than expected, the investigations of the debtors, its CEO and other insiders reveal greater-than-expected misconduct or there are other unforeseen events. White & Case notes that chapter 11 cases can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided. Included below is a list of project categories relating to services that are anticipated to be provided and an estimate of the hours and fees associated with each, which may vary significantly from month-to-month and over the course of these chapter 11 cases. The particular set of project categories may vary from time to time.

| No. | Category Name | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B01 | Asset Analysis / Disposition (e.g., sales or abandonment) | 170-290 | $170,000-$290,000 |
| B02 | Automatic Stay Issues | 0-10 | $0-$10,000 |
| B03 | Avoidance Actions | 280-440 | $280,000-$440,000 |
| B04 | Business Operations / Crypto Matters | 170-270 | $170,000-$270,000 |
| B05 | Case Administration (e.g., WIP, case calendar, general tasks) | 90-150 | $90,000-$150,000 |
| B06 | Case Strategy | 90-150 | $90,000-$150,000 |
| B07 | Claims Administration and Objections | 20-30 | $20,000-$30,000 |
| B08 | Committee Meetings / Communications | 200-280 | $200,000-$280,000 |
| B09 | Communications with Account Holders | 90-150 | $90,000-$150,000 |
| B10 | Corporate / Securities Issues | 50-90 | $50,000-$90,000 |
| B11 | Customer Issues | 90-150 | $90,000-$150,000 |
| B12 | Discovery | 260-400 | $260,000-$400,000 |
| B13 | Employee Issues | 20-30 | $20,000-$30,000 |
| B14 | Executory Contracts / Unexpired Leases | 230-350 | $230,000-$350,000 |
| B15 | Financing / Cash Collateral | 50-90 | $50,000-$90,000 |
| B16 | First Day Pleadings | 170-270 | $170,000-$270,000 |
| B17 | Hearings and Court Matters | 90-150 | $90,000-$150,000 |
| B18 | Insurance Issues | 0-10 | $0-$10,000 |
| B19 | Lien Review / Investigation | 40-60 | $40,000-$60,000 |
| B20 | Nonworking Travel Time Billed | 0-10 | $0-$10,000 |
| B21 | Plan / Disclosure Statement | 230-330 | $230,000-$330,000 |
| B22 | Reports and Schedules Review | 0-10 | $0-$10,000 |
| B23 | Tax Issues | 20-30 | $20,000-$30,000 |
| B24 | Utilities Issues | 0-10 | $0-$10,000 |
| B25 | Retention/Fee Applications - W&C | 70-110 | $70,000-$110,000 |
| B26 | Responding to Fee Objections or Comments | 0-10 | $0-$10,000 |
| B27 | Expense Reimbursement for Committee Members | 0-10 | $0-$10,000 |
| B28 | Retention/Fee Applications - Others | 70-110 | $70,000-$110,000 |
| | **TOTAL** | **2500-4000** | **$2,500,000-$4,000,000** |

White & Case Draft: August 24, 2022

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP STAFFING PLAN

Included below is White & Case's staffing plan for advising the Official Committee of Unsecured Creditors in these chapter 11 cases. Representing official committees generally requires the work of lawyers across several practice areas, including financial restructuring and insolvency, corporate/M&A, finance, capital markets, tax, employment, litigation, and others. Given the international operations of the business, lawyers across jurisdictions will also be required. Given the novelty and complexity of the issues raised in the case, lawyers from other practice areas, such as fintech and white collar, may be required. Additional expertise may also be required depending upon the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represents only White & Case's best estimate of certain of the lawyers who will be involved during the chapter 11 cases. The staffing plan is subject to change, and additional or fewer attorneys may become involved as circumstances dictate. It is also anticipated that the level of involvement of the listed and unlisted attorneys will vary depending upon the circumstances.

| | SUMMARY OF ATTORNEYS & PARAPROFESSIONALS CURRENTLY EXPECTED TO WORK ON MATTER[1] | | |
|---|---|---|---|
| **Timekeeper Category** | **Expected Number of Timekeepers per Month** | **Average Hourly Rate** | **Range of Hourly Rates** |
| Partners | 7 | $1,435 | $1,270 - $1,900 |
| Counsel | 1 | $1,210 | $1,210 |
| Associates | 16 | $910 | $680 - $1,170 |
| Paraprofessionals | 2 | $380 | $200 - $595 |

White & Case's representation of the committee will be led by partners David M. Turetsky, Keith H. Wofford, Gregory F. Pesce, and Aaron E. Colodny of the Firm's financial restructuring and insolvency practice, and Michael C. Andolina and Samuel P. Hershey of the Firm's commercial litigation practice with the assistance of other partners, counsel, associates and paraprofessionals.

---

[1] The rates provided are based upon all U.S. timekeepers with the Firm.

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP FEE ESTIMATE

White & Case's estimated fees are expected to run approximately $4,500,000 per month during these chapter 11 cases. This estimate is preliminary and subject to revision, including if the chapter 11 cases are more or less contentious than expected, are shorter or longer than expected, the investigations of the debtors, its former-CEO and other insiders reveal greater-than-expected misconduct or there are other unforeseen events. White & Case notes that chapter 11 cases can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided. Included below is a list of project categories relating to services that are anticipated to be provided and an estimate of the hours and fees associated with each, which may vary significantly from month-to-month and over the course of these chapter 11 cases. The particular set of project categories may vary from time to time.

| No. | Category Name | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B01 | Asset Analysis / Disposition | 232-317 | $250,000-$340,000 |
| B02 | Automatic Stay Issues | 0-10 | $0-$10,000 |
| B03 | Avoidance Actions | 139-187 | $150,000-$200,000 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 139-187 | $150,000-$200,000 |
| B05 | Case Administration | 120-177 | $130,000-$190,000 |
| B06 | Case Strategy | 111-149 | $120,000-$160,000 |
| B07 | Claims Administration and Objections | 37-56 | $40,000-$60,000 |
| B08 | Committee Meetings / Communications | 195-261 | $210,000-$280,000 |
| B09 | Communications with Account Holders | 37-56 | $40,000-$60,000 |
| B10 | Corporate / Securities Issues | 176-252 | $190,000-$270,000 |
| B11 | Customer Issues | 427-587 | $460,000-$630,000 |
| B12 | Discovery | 446-596 | $480,000-$640,000 |
| B13 | Employee Issues | 0-10 | $0-$10,000 |
| B14 | Executory Contracts / Unexpired Leases | 0-10 | $0-$10,000 |
| B15 | Financing Matters | 9-10 | $10,000-$10,000 |
| B16 | First Day Pleadings | 0-10 | $0-$10,000 |
| B17 | Hearings and Court Matters | 186-252 | $200,000-$270,000 |
| B18 | Insurance Issues | 0-10 | $0-$10,000 |
| B19 | Lien Review / Investigation | 130-187 | $140,000-$200,000 |
| B20 | Nonworking Travel Time Billed | 18-19 | $20,000-$20,000 |
| B21 | Plan / Disclosure Statement | 306-428 | $330,000-$460,000 |
| B22 | Reports and Schedules Review | 0-10 | $0-$10,000 |
| B23 | Tax Issues | 27-38 | $30,000-$40,000 |
| B24 | Utilities Issues | 0-10 | $0-$10,000 |
| B25 | Retention/Fee statements - W&C | 102-140 | $110,000-$150,000 |
| B26 | Responding to Fee Objections or Comments | 0-10 | $0-$10,000 |
| B27 | Expense Reimbursement for Committee Members | 0-10 | $0-$10,000 |
| B28 | Retention/Fee statements - Others | 74-103 | $80,000-$110,000 |
| B29 | Examiner | 27-47 | $30,000-$50,000 |
| B30 | Custody & Withhold Matters | 316-447 | $340,000-$480,000 |
| B31 | Core Mining Issues | 223-317 | $240,000-$340,000 |
| **TOTAL** | | **3477-4903** | **$3,750,000-$5,250,000** |

**IN RE CELSIUS NETWORK LLC, *ET AL.***
**WHITE & CASE LLP STAFFING PLAN**

Included below is White & Case's staffing plan for advising the Official Committee of Unsecured Creditors in these chapter 11 cases.  Representing official committees generally requires the work of lawyers across several practice areas, including financial restructuring and insolvency, corporate/M&A, finance, capital markets, tax, employment, litigation, and others.  Given the international operations of the business, lawyers across jurisdictions will also be required.  Given the novelty and complexity of the issues raised in the case, lawyers from other practice areas, such as fintech and white collar, may be required.  Additional expertise may also be required depending upon the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represents only White & Case's best estimate of certain of the lawyers who will be involved during the chapter 11 cases.  The staffing plan is subject to change, and additional or fewer attorneys may become involved as circumstances dictate.  It is also anticipated that the level of involvement of the listed and unlisted attorneys will vary depending upon the circumstances.

| | SUMMARY OF ATTORNEYS & PARAPROFESSIONALS CURRENTLY EXPECTED TO WORK ON MATTER[1] | | |
|---|---|---|---|
| **Timekeeper Category** | **Expected Number of Timekeepers per Month** | **Average Hourly Rate** | **Range of Hourly Rates** |
| Partners | 18 | $1,435 | $1,270 - $1,900 |
| Counsel | 1 | $1,210 | $1,210 |
| Associates | 40 | $910 | $680 - $1,170 |
| Paraprofessionals | 10 | $380 | $200 - $595 |

White & Case's representation of the committee will be led by partners David M. Turetsky, Keith H. Wofford, Gregory F. Pesce, and Aaron E. Colodny of the Firm's financial restructuring and insolvency practice, and Michael C. Andolina and Samuel P. Hershey of the Firm's commercial litigation practice with the assistance of other partners, counsel, associates and paraprofessionals.

---

[1] The rates provided are based upon all U.S. timekeepers with the Firm for calendar year 2022.

White & Case Draft: February 24, 2023

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP FEE ESTIMATE

White & Case's estimated fees are expected to run approximately $4,000,000 per month during these chapter 11 cases. This estimate is preliminary and subject to revision, including if the chapter 11 cases are more or less contentious than expected, are shorter or longer than expected, the investigations of the debtors, its former-CEO and other insiders reveal greater-than-expected misconduct or there are other unforeseen events. White & Case notes that chapter 11 cases can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided. Included below is a list of project categories relating to services that are anticipated to be provided and an estimate of the hours and fees associated with each, which may vary significantly from month-to-month and over the course of these chapter 11 cases. The particular set of project categories may vary from time to time.

| No. | Category Name | Estimated Hours | Estimated Fees |
|-----|---------------|-----------------|----------------|
| B01 | Asset Analysis / Disposition | 214-284 | $250,000-$330,000 |
| B02 | Automatic Stay Issues | 0-9 | $0-$10,000 |
| B03 | Avoidance Actions | 25-35 | $30,000-$40,000 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 154-207 | $180,000-$240,000 |
| B05 | Case Administration | 42-52 | $50,000-$60,000 |
| B06 | Case Strategy | 103-138 | $120,000-$160,000 |
| B07 | Claims Administration and Objections | 17-26 | $20,000-$30,000 |
| B08 | Committee Meetings / Communications | 188-249 | $220,000-$290,000 |
| B09 | Communications with Account Holders | 25-35 | $30,000-$40,000 |
| B10 | Corporate / Securities Issues | 180-249 | $210,000-$290,000 |
| B11 | Customer Issues | 274-378 | $320,000-$440,000 |
| B12 | Discovery | 240-335 | $280,000-$390,000 |
| B13 | Employee Issues | 0-9 | $0-$10,000 |
| B14 | Executory Contracts / Unexpired Leases | 0-9 | $0-$10,000 |
| B15 | Financing Matters | 0-9 | $0-$10,000 |
| B16 | First Day Pleadings | 0-9 | $0-$10,000 |
| B17 | Hearings and Court Matters | 42-52 | $50,000-$60,000 |
| B18 | Insurance Issues | 0-9 | $0-$10,000 |
| B19 | Lien Review / Investigation | 849-1176 | $990,000-$1,370,000 |
| B20 | Nonworking Travel Time Billed | 0-9 | $0-$10,000 |
| B21 | Plan / Disclosure Statement | 240-327 | $280,000-$380,000 |
| B22 | Reports and Schedules Review | 0-9 | $0-$10,000 |
| B23 | Tax Issues | 42-52 | $50,000-$60,000 |
| B24 | Utilities Issues | 0-9 | $0-$10,000 |
| B25 | Retention/Fee statements - W&C | 111-146 | $130,000-$170,000 |
| B26 | Responding to Fee Objections or Comments | 0-9 | $0-$10,000 |
| B27 | Expense Reimbursement for Committee Members | 0-9 | $0-$10,000 |
| B28 | Retention/Fee statements - Others | 25-35 | $30,000-$40,000 |
| B29 | Examiner | 17-26 | $20,000-$30,000 |
| B30 | Custody & Withhold Matters | 51-69 | $60,000-$80,000 |
| B31 | Core Mining Issues | 25-35 | $30,000-$40,000 |
| TOTAL | | 2864-4005 | $3,350,000-$4,650,000 |

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP STAFFING PLAN

Included below is White & Case's staffing plan for advising the Official Committee of Unsecured Creditors in these chapter 11 cases.  Representing official committees generally requires the work of lawyers across several practice areas, including financial restructuring and insolvency, corporate/M&A, finance, capital markets, tax, employment, litigation, and others.  Given the international operations of the business, lawyers across jurisdictions will also be required.  Given the novelty and complexity of the issues raised in the case, lawyers from other practice areas, such as fintech and white collar, may be required.  Additional expertise may also be required depending upon the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represents only White & Case's best estimate of certain of the lawyers who will be involved during the chapter 11 cases.  The staffing plan is subject to change, and additional or fewer attorneys may become involved as circumstances dictate.  It is also anticipated that the level of involvement of the listed and unlisted attorneys will vary depending upon the circumstances.

| | SUMMARY OF ATTORNEYS & PARAPROFESSIONALS CURRENTLY EXPECTED TO WORK ON MATTER[1] | | |
|---|---|---|---|
| **Timekeeper Category** | **Expected Number of Timekeepers per Month** | **Average Hourly Rate** | **Range of Hourly Rates** |
| Partners | 22 | $1,550 | $1,370 - $2,100 |
| Counsel | 1 | $1,310 | $1,310 |
| Associates | 46 | $950 | $740 - $1,270 |
| Paraprofessionals | 10 | $500 | $215 - $640 |

White & Case's representation of the committee will be led by partners David M. Turetsky, Keith H. Wofford, Gregory F. Pesce, and Aaron E. Colodny of the Firm's financial restructuring and insolvency practice, and Michael C. Andolina and Samuel P. Hershey of the Firm's commercial litigation practice with the assistance of other partners, counsel, associates and paraprofessionals.

---

[1] The rates provided are based upon all U.S. timekeepers with the Firm for calendar year 2023.

White & Case Draft: April 24, 2023

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP FEE ESTIMATE

White & Case's estimated fees are expected to run approximately $4,000,000 per month during these chapter 11 cases. This estimate is preliminary and subject to revision, including if the chapter 11 cases are more or less contentious than expected, are shorter or longer than expected, the investigations of the debtors, its former-CEO and other insiders reveal greater-than-expected misconduct or there are other unforeseen events. White & Case notes that chapter 11 cases can involve significant uncertainty, which makes it inherently difficult to predict the full scope and magnitude of services that will be provided. Included below is a list of project categories relating to services that are anticipated to be provided and an estimate of the hours and fees associated with each, which may vary significantly from month-to-month and over the course of these chapter 11 cases. The particular set of project categories may vary from time to time.

| No. | Category Name | Estimated Hours | Estimated Fees |
|---|---|---|---|
| B01 | Asset Analysis / Disposition | 75-100 | $90,000-$120,000 |
| B02 | Automatic Stay Issues | 0-9 | $0-$10,000 |
| B03 | Avoidance Actions | 25-34 | $30,000-$40,000 |
| B04 | Bitcoin Mining, Crypto Matters, and Business Operations | 283-375 | $340,000-$450,000 |
| B05 | Case Administration | 75-100 | $90,000-$120,000 |
| B06 | Case Strategy | 150-217 | $180,000-$260,000 |
| B07 | Claims Administration and Objections | 350-467 | $420,000-$560,000 |
| B08 | Committee Meetings / Communications | 133-184 | $160,000-$220,000 |
| B09 | Communications with Account Holders | 50-67 | $60,000-$80,000 |
| B10 | Corporate / Securities Issues | 233-317 | $280,000-$380,000 |
| B11 | Customer Issues | 166-217 | $200,000-$260,000 |
| B12 | Discovery | 116-159 | $140,000-$190,000 |
| B13 | Employee Issues | 16-25 | $20,000-$30,000 |
| B14 | Executory Contracts / Unexpired Leases | 0-9 | $0-$10,000 |
| B15 | Financing Matters | 8-17 | $10,000-$20,000 |
| B16 | First Day Pleadings | 0-9 | $0-$10,000 |
| B17 | Hearings and Court Matters | 66-84 | $80,000-$100,000 |
| B18 | Insurance Issues | 0-9 | $0-$10,000 |
| B19 | Lien Review / Investigation | 8-17 | $10,000-$20,000 |
| B20 | Nonworking Travel Time Billed | 16-25 | $20,000-$30,000 |
| B21 | Plan / Disclosure Statement | 450-625 | $540,000-$750,000 |
| B22 | Reports and Schedules Review | 0-9 | $0-$10,000 |
| B23 | Tax Issues | 8-17 | $10,000-$20,000 |
| B24 | Utilities Issues | 0-9 | $0-$10,000 |
| B25 | Retention/Fee statements - W&C | 58-75 | $70,000-$90,000 |
| B26 | Responding to Fee Objections or Comments | 16-25 | $20,000-$30,000 |
| B27 | Expense Reimbursement for Committee Members | 0-9 | $0-$10,000 |
| B28 | Retention/Fee statements - Others | 41-50 | $50,000-$60,000 |
| B29 | Examiner | 0-9 | $0-$10,000 |
| B30 | Custody & Withhold Matters | 0-9 | $0-$10,000 |
| B31 | Core Mining Issues | 50-67 | $60,000-$80,000 |
| B32 | Customer Claim Appeal & Preferred Equity Issues | 391-542 | $470,000-$650,000 |
| TOTAL | | 2784-3887 | $3,350,000-$4,650,000 |

## IN RE CELSIUS NETWORK LLC, *ET AL.*
## WHITE & CASE LLP STAFFING PLAN

Included below is White & Case's staffing plan for advising the Official Committee of Unsecured Creditors in these chapter 11 cases.  Representing official committees generally requires the work of lawyers across several practice areas, including financial restructuring and insolvency, corporate/M&A, finance, capital markets, tax, employment, litigation, and others.  Given the international operations of the business, lawyers across jurisdictions will also be required.  Given the novelty and complexity of the issues raised in the case, lawyers from other practice areas, such as fintech and white collar, may be required.  Additional expertise may also be required depending upon the circumstances and events in the particular chapter 11 case, which cannot be predicted with certainty.

The staffing plan below, therefore, represents only White & Case's best estimate of certain of the lawyers who will be involved during the chapter 11 cases.  The staffing plan is subject to change, and additional or fewer attorneys may become involved as circumstances dictate.  It is also anticipated that the level of involvement of the listed and unlisted attorneys will vary depending upon the circumstances.

| | SUMMARY OF ATTORNEYS & PARAPROFESSIONALS CURRENTLY EXPECTED TO WORK ON MATTER[1] | | |
|---|---|---|---|
| Timekeeper Category | Expected Number of Timekeepers per Month | Average Hourly Rate | Range of Hourly Rates |
| Partners | 22 | $1,550 | $1,370 - $2,100 |
| Counsel | 1 | $1,310 | $1,310 |
| Associates | 46 | $950 | $740 - $1,270 |
| Paraprofessionals | 10 | $500 | $215 - $640 |

White & Case's representation of the committee will be led by partners David M. Turetsky, Keith H. Wofford, Gregory F. Pesce, and Aaron E. Colodny of the Firm's financial restructuring and insolvency practice, and Michael C. Andolina, Joshua Weedman, and Samuel P. Hershey of the Firm's commercial litigation practice with the assistance of other partners, counsel, associates and paraprofessionals.

---

[1] The rates provided are based upon all U.S. timekeepers with the Firm for calendar year 2023.

**<u>Exhibit L</u>**

**Additional Time Records**

**WHITE & CASE**

Official Committee of Account Holders of Celsius Network Ltd.
RE: Celsius Bankruptcy Advice

OUR REF: 1900867-0002

For professional services for the period ending 8 December 2023

| DATE | DESCRIPTION | TIMEKEEPER | HOURS |
|------|-------------|------------|-------|
| **Bitcoin Mining, Crypto Matters, and Business Operations** | | | |
| 2 November 2023 | Review correspondence and documentation with respect to the energization of the Cedarvale site by Priority Power Management (0.5); discuss the same with W&C team (0.3); review closing documents to Core-Celsius sale and purchase of Cedarvale site (0.7); correspondence regarding the same (0.2). | C Ofner | 1.70 |
| 5 November 2023 | Correspondence with John Magliano regarding Barber Lake LOI and presentation (0.2); correspondence with J. Moxon regarding the same (0.2); review M3 presentation regarding Barber Lake (0.6); review prior documentation regarding Barber Lake (0.7); begin draft of LOI (0.8). | C Ofner | 2.50 |
| 7 November 2023 | Attend conference call to discuss alignment on Cedarvale agreement, and follow-up correspondence and call regarding the same (1.3); draft and revise Cedarvale Interim Services Agreement (0.8); discuss the same with K. Wofford (0.2); address Fahrenheit-Celsius questions regarding Cedarvale acquisition with A. Ericksen and J. Moxon (0.6). | C Ofner | 2.90 |
| 8 November 2023 | Review revised draft of Cedarvale Interim Services Agreement received from Brown Rudnick, and email with internal team regarding the same (0.8); correspondence with J. Golding-Ochsner regarding the same (0.3); correspondence and discussion with M3 regarding timing of monthly payments to USBTC (0.5); discuss the foregoing with K. Wofford (0.4). | C Ofner | 2.00 |
| **SUBTOTAL: Bitcoin Mining, Crypto Matters, and Business Operations** | | | **9.10** |
| **Committee Meetings / Communications** | | | |
| 7 November 2023 | Correspond with Committee re: committee presentation (0.3); revise slides (0.4). | M Haqqani | 0.70 |
| **SUBTOTAL: Committee Meetings / Communications** | | | **0.70** |
| **TOTAL** | | | **9.80** |

**<u>Exhibit M</u>**

**Additional Expense Detail**

| Date | Timekeeper | English Narrative | Category | Amount |
|------|-----------|-------------------|----------|--------|
| 10/4/2023 | Gundersen, Kathryn | Taxi - Taxi expense from hearing at the courthouse to the expert's offices for a conference with Aaron Colodny (Partner). - 28-Sep-2023 | Taxi - Business | $73.56 |
| | | | | **$73.56** |