## Exhibit D

**Budget and Staffing Plan**

## Budget and Staffing Plan

### (For Matter Categories for the Period Beginning on July 13, 2022 and Ending on November 9, 2023)

## Budget

| Matter Number | Matter Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 2 | Chapter 11 Bankruptcy Filing | 650-700 | $650,000-$700,000 |
| 3 | Adversary Proceeding & Contested Matters | 7,000 - 7,500 | $7,000,000.00-$7,500,000.00 |
| 4 | Automatic Stay Matters | 750-1000 | $650,000.00-$800,000.00 |
| 5 | Business Operations | 1,000 - 1,250 | $1,100,000.00-$1,400,000.00 |
| 6 | Case Administration | 3,100 - 3,500 | $3,100,000-$3,500,000 |
| 7 | Cash Management and DIP Financing | 500 – 650 | $550,000.00-$650,000.00 |
| 8 | Customer and Vendor Communications | 1,250-1,350 | $1,200,000.00-$1,300,000.00 |
| 9 | Claims Administration and Objections | 1,750-1,900 | $1,800,000.00-$1,950,000.00 |
| 10 | Official Committee Matters and Meetings | 1,400 – 1,550 | $1,450,000.00-$1,600,000.00 |
| 11 | Use, Sale, and Disposition of Property | 7,500-8,000 | $7,000,000.00-$8,000,000.00 |
| 12 | Corp., Governance, & Securities Matters | 1,750-1,850 | $2,400,000-$2,550,000 |
| 13 | Employee Matters | 1,800-1,950 | $2,050,000.00-$2,150,000.00 |
| 14 | Executory Contracts and Unexpired Leases | 425-475 | $425,000.00-$450,000.00 |
| 15 | SOFAs and Schedules | 800-900 | $900,000.00-$1,000,000.00 |
| 16 | Hearings | 2,500-2,800 | $2,500,000.00-$2,700,000.00 |
| 17 | Insurance and Surety Matters | 300-350 | $400,000.00-$450,000.00 |
| 18 | Disclosure Statement, Plan, Confirmation | 12,000-13,000 | $14,000,000.00-$15,000,000.00 |
| 19 | International Issues | 350-400 | $450,000.00-$550,000.00 |
| 20 | K&E Retention Matters | 1,600-1,800 | $1,400,000-$1,500,000 |

| Matter Number | Matter Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 21 | Non-K&E Retention Matters | 1,200-1,300 | $1,150,000-$1,300,000 |
| 22 | Tax Matters | 730-760 | $900,000-$1,050,000 |
| 23 | Non-Working Travel | 400-500 | $500,000-$600,000 |
| 24 | U.S. Trustee Communications & Reporting | 500-600 | $600,000-$700,000 |
| 26 | Special Committee Matters | 4,000-4,300 | $4,250,000-$4,800,000 |
| 27 | Stone Litigation | 20-40 | $20,000-$40,000 |
| 28 | Prime Trust Litigation | 10-30 | $10,000-$30,000 |
| 29 | Equities First Holdings Litigation | 180-200 | $210,000-$230,000 |
| 30 | Stake Hound Litigation | 20-30 | $25,000-$35,000 |
| 31 | Badger DAO Litigation | 1-5 | $1,000-$5,000 |
| 32 | HDR Global Trading Litigation | 0-5 | $500.00-$3000.00 |
| 33 | Reliz Limited Litigation | 5-15 | $10,000.00-$15,000.00 |
| 38 | Blockchain Access UK Litigation | 0-5 | $500-$3000.00 |
| 39 | Three Arrows Capital Litigation | 0-10 | $500.00-$5,000.00 |
| 41 | Tether Limited Litigation | 15-20 | $15,000.00-$25,000.00 |
| 42 | Core Scientific Litigation | 1,500-1,750 | $1,500,000.00-$1,750,000.00 |
| 43 | Examiner Matters | 2,000-2,250 | $2,000,000.00-$2,500,000.00 |
| 44 | GK8 | 1,500-1,750 | $1,500,000.00-$1,750,000.00 |
| 45 | Frishberg Litigation | 100-125 | $100,000-$125,000 |
| 46 | Core Scientific, Chapter 11 Filing | 600-700 | $700,000.00-$800,000.00 |
| 47 | Tiffany Fong Litigation | 70-80 | $70,000.00-$80,000.00 |
| 48 | K&E Fee Matters | 1,150-1,250 | $1,100,000.00-$1,250,000.00 |
| 49 | Non-K&E Fee Matters | 200-250 | $200,000.00-$250,000.00 |
| 50 | Government and Regulatory Investigations | 6,000-6,500 | $7,000,000.00-$7,750,000.00 |
| 51 | Appeals | 200-250 | $150,000.00-$250,000.00 |
| **TOTAL** | | **66815-73655** | **$71,037,500.00-$79,096,000.00** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 80-100 | $1,250-$1,500 |
| Counsel | 1-5 | $1,100-$1,300 |
| Associate | 130-150 | $800-$1200 |
| **Total** | 215-260 | $1,050-$1,333 |

---

[1]    The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.