**Exhibit F**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Olivia Adendorff, P.C. | Partner | Litigation - General | 2009 | 17,167.50 | 10.50 | N/A | 1,635.00 | 1,635.00 | 17,167.50 |
| Bob Allen, P.C. | Partner | Litigation - General | 2012 | 760,770.00 | 474.00 | N/A | 1,605.00 | 1,605.00 | 760,770.00 |
| Kon Asimacopoulos | Partner | Restructuring | 2000 | 91,696.50 | 49.70 | N/A | 1,845.00 | 1,845.00 | 91,696.50 |
| Brooksany Barrowes | Partner | Energy Regulatory | 2004 | 3,310.00 | 2.00 | N/A | 1,655.00 | 1,655.00 | 3,310.00 |
| Brian A. Benczkowski, P.C. | Partner | Litigation - General | 1994 | 6,032.00 | 3.20 | N/A | 1,885.00 | 1,885.00 | 6,032.00 |
| Zachary S. Brez, P.C. | Partner | Litigation - General | 2000 | 324,825.00 | 183.00 | 1 | 1,775.00 | 1,775.00 | 324,825.00 |
| | | | | 539,523.00 | 271.80 | | 1,985.00 | 1,775.00 | 482,445.00 |
| Judson Brown, P.C. | Partner | Litigation - General | 2004 | 955,597.50 | 643.50 | 1 | 1,485.00 | 1,485.00 | 955,597.50 |
| | | | | 522,432.50 | 311.90 | | 1,675.00 | 1,485.00 | 463,171.50 |
| Rich Cunningham, P.C. | Partner | Litigation - General | 2010 | 242,190.00 | 138.00 | N/A | 1,755.00 | 1,755.00 | 242,190.00 |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | 1,116.50 | 0.70 | N/A | 1,595.00 | 1,595.00 | 1,116.50 |
| Edwin S. del Hierro, P.C. | Partner | Corporate - Banking Regulatory | 1986 | 36,121.50 | 20.70 | 1 | 1,745.00 | 1,745.00 | 36,121.50 |
| | | | | 21,945.00 | 11.00 | | 1,995.00 | 1,745.00 | 19,195.00 |
| Mark Filip, P.C. | Partner | Litigation - General | 1995 | 1,125.00 | 0.60 | 1 | 1,875.00 | 1,875.00 | 1,125.00 |
| | | | | 48,970.00 | 23.60 | | 2,075.00 | 1,875.00 | 44,250.00 |
| Emma L. Flett | Partner | Technology & IP Transactions | 2009 | 35,197.50 | 24.70 | 1 | 1,425.00 | 1,425.00 | 35,197.50 |
| | | | | 34,284.50 | 19.10 | | 1,795.00 | 1,425.00 | 27,217.50 |
| David Foster, P.C. | Partner | Taxation | 2006 | 613.50 | 0.30 | N/A | 2,045.00 | 2,045.00 | 613.50 |
| Asheesh Goel, P.C. | Partner | Litigation - General | 1995 | 93,879.00 | 51.30 | 1 | 1,830.00 | 1,830.00 | 93,879.00 |
| | | | | 202,704.00 | 98.40 | | 2,060.00 | 1,830.00 | 180,072.00 |
| Richard Husseini, P.C. | Partner | Taxation | 1991 | 5,166.00 | 2.80 | 1 | 1,845.00 | 1,845.00 | 5,166.00 |
| | | | | 2,454.00 | 1.20 | | 2,045.00 | 1,845.00 | 2,214.00 |
| Jacquelyn M. Kasulis, P.C. | Partner | Litigation - General | 2004 | 5,505.00 | 3.00 | N/A | 1,835.00 | 1,835.00 | 5,505.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 18,306.00 | 10.80 | N/A | 1,695.00 | 1,695.00 | 18,306.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 32,311.00 | 15.80 | N/A | 2,045.00 | 1,695.00 | 26,781.00 |
| Ross M. Kwasteniet, P.C. | Partner | Restructuring | 2002 | 2,324,331.00 | 1,259.80 | 1 | 1,845.00 | 1,845.00 | 2,324,331.00 |
| | | | | 4,322,925.50 | 2,113.90 | | 2,045.00 | 1,845.00 | 3,900,145.50 |
| Jennifer Levy, P.C. | Partner | Litigation - General | 1998 | 269,382.50 | 138.50 | N/A | 1,945.00 | 1,945.00 | 269,382.50 |
| Aaron Lorber, P.C. | Partner | Technology & IP Transactions | 2008 | 17,500.00 | 12.50 | 1 | 1,400.00 | 1,400.00 | 17,500.00 |
| | | | | 508.50 | 0.30 | | 1,695.00 | 1,400.00 | 420.00 |
| Mario Mancuso, P.C. | Partner | International Trade | 1997 | 366.00 | 0.20 | N/A | 1,830.00 | 1,830.00 | 366.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Prem Mohan | Partner | Corporate - Financial Services Reg | 2010 | 3,221.50 | 1.70 | N/A | 1,895.00 | 1,895.00 | 3,221.50 |
| James H. Mutchnik, P.C. | Partner | Litigation - General | 1989 | 1,062.50 | 0.50 | N/A | 2,125.00 | 2,125.00 | 1,062.50 |
| Patrick J. Nash Jr., P.C. | Partner | Restructuring | 1996 | 846,670.50 | 458.90 | 1 | 1,845.00 | 1,845.00 | 846,670.50 |
| | | | | 593,050.00 | 290.00 | | 2,045.00 | 1,845.00 | 535,050.00 |
| Mavnick Nerwal | Partner | Taxation | 2008 | 56,653.00 | 31.30 | 1 | 1,810.00 | 1,810.00 | 56,653.00 |
| | | | | 29,652.50 | 14.50 | | 2,045.00 | 1,810.00 | 26,245.00 |
| Jeffery S. Norman, P.C. | Partner | Technology & IP Transactions | 1992 | 118,215.00 | 66.60 | 1 | 1,775.00 | 1,775.00 | 118,215.00 |
| | | | | 1,311,513.00 | 657.40 | | 1,995.00 | 1,775.00 | 1,166,885.00 |
| Scott D. Price, P.C. | Partner | ECEB - Executive Compensation | 1998 | 18,117.00 | 9.90 | 1 | 1,830.00 | 1,830.00 | 18,117.00 |
| | | | | 2,658.50 | 1.30 | | 2,045.00 | 1,830.00 | 2,379.00 |
| Nabil Sabki, P.C. | Partner | Corporate - Investment Funds | 1999 | 20,149.50 | 10.10 | 1 | 1,995.00 | 1,995.00 | 20,149.50 |
| | | | | 44,626.50 | 21.10 | | 2,115.00 | 1,995.00 | 42,094.50 |
| Leslie M. Schmidt, P.C. | Partner | IP Litigation | 2008 | 782.50 | 0.50 | N/A | 1,565.00 | 1,565.00 | 782.50 |
| Julian J. Seiguer, P.C. | Partner | Corporate - Capital Markets | 2013 | 112,203.50 | 64.30 | 1 | 1,745.00 | 1,745.00 | 112,203.50 |
| | | | | 304,976.00 | 156.80 | | 1,945.00 | 1,745.00 | 273,616.00 |
| Anthony Vincenzo Sexton, P.C. | Partner | Taxation | 2011 | 164,198.00 | 110.20 | 1 | 1,490.00 | 1,490.00 | 164,198.00 |
| | | | | 275,520.00 | 164.00 | | 1,680.00 | 1,490.00 | 244,360.00 |
| Joshua L. Simmons | Partner | IP Litigation | 2011 | 1,212.00 | 0.80 | N/A | 1,515.00 | 1,515.00 | 1,212.00 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | 167,895.00 | 91.00 | 1 | 1,845.00 | 1,845.00 | 167,895.00 |
| | | | | 18,200.50 | 8.90 | | 2,045.00 | 1,845.00 | 16,420.50 |
| Marcus Thompson | Partner | Litigation - General | 1996 | 830.00 | 0.50 | N/A | 1,660.00 | 1,660.00 | 830.00 |
| Kate Vera, P.C. | Partner | ECEB - Executive Compensation | 2016 | 712.50 | 0.50 | N/A | 1,425.00 | 1,425.00 | 712.50 |
| Joshua Westerholm, P.C. | Partner | Corporate - Investment Funds | 2004 | 24,445.50 | 12.90 | N/A | 1,895.00 | 1,895.00 | 24,445.50 |
| Debbie Yee, P.C. | Partner | Corporate - M&A/Private Equity | 2006 | 4,414.50 | 2.70 | N/A | 1,635.00 | 1,635.00 | 4,414.50 |
| Christie M. Alcala | Partner | ECEB - Labor/Employment | 2010 | 43,327.50 | 32.70 | N/A | 1,325.00 | 1,325.00 | 43,327.50 |
| Richard Boynton | Partner | Litigation - General | 2006 | 3,387.50 | 2.50 | 1 | 1,355.00 | 1,355.00 | 3,387.50 |
| | | | | 1,515.00 | 1.00 | | 1,515.00 | 1,355.00 | 1,355.00 |
| Grace C. Brier | Partner | Litigation - General | 2017 | 200,694.00 | 161.20 | N/A | 1,245.00 | 1,110.00 | 178,932.00 |
| Steven M. Cantor | Partner | Taxation | 2017 | 71,514.00 | 54.80 | 1 | 1,305.00 | 1,305.00 | 71,514.00 |
| | | | | 169,216.50 | 116.30 | | 1,455.00 | 1,305.00 | 151,771.50 |
| Cassandra Catalano | Partner | Litigation - General | 2016 | 65,376.00 | 57.60 | 1 | 1,135.00 | 1,135.00 | 65,376.00 |
| | | | | 474,096.00 | 380.80 | | 1,245.00 | 1,135.00 | 432,208.00 |
| Jacqueline Clover | Partner | Technology & IP Transactions | 2012 | 4,812.50 | 3.50 | N/A | 1,375.00 | 1,235.00 | 4,322.50 |
| Hannah Crawford | Partner | Restructuring | 2015 | 100,405.50 | 81.30 | 1 | 1,235.00 | 1,235.00 | 100,405.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| | | | | 78,258.50 | 55.70 | | 1,405.00 | 1,235.00 | 68,789.50 |
| Bryan D. Flannery | Partner | Corporate - Capital Markets | 2014 | 164,220.00 | 128.80 | 1 | 1,275.00 | 1,275.00 | 164,220.00 |
| | | | | 380,224.50 | 246.10 | | 1,545.00 | 1,275.00 | 313,777.50 |
| Philipp Gnatzy | Partner | Antitrust/Competition | 2015 | 4,940.00 | 4.00 | N/A | 1,235.00 | 1,235.00 | 4,940.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | 434,476.00 | 330.40 | 1 | 1,315.00 | 1,315.00 | 434,476.00 |
| | | | | 290,132.50 | 196.70 | | 1,475.00 | 1,315.00 | 258,660.50 |
| Luci Hague | Partner | International Trade | 2015 | 741.00 | 0.60 | N/A | 1,235.00 | 1,235.00 | 741.00 |
| Max Harris | Partner | Technology & IP Transactions | 2014 | 26,400.00 | 19.20 | N/A | 1,375.00 | 1,375.00 | 26,400.00 |
| Erik Hepler | Partner | Corporate - Debt Finance | 1990 | 8,775.00 | 5.40 | N/A | 1,625.00 | 1,625.00 | 8,775.00 |
| Carla A.R. Hine | Partner | Antitrust/Competition | 2005 | 786.00 | 0.60 | N/A | 1,310.00 | 1,310.00 | 786.00 |
| Emily Hogan | Partner | Corporate - Debt Finance | 2016 | 28,652.00 | 23.20 | 1 | 1,235.00 | 1,235.00 | 28,652.00 |
| | | | | 8,250.00 | 6.00 | | 1,375.00 | 1,235.00 | 7,410.00 |
| Marcia Hook | Partner | Energy Regulatory | 2013 | 647.50 | 0.50 | N/A | 1,295.00 | 1,295.00 | 647.50 |
| Julian Hui | Partner | Corporate - Financial Services Reg | 2012 | 7,129.50 | 4.90 | N/A | 1,455.00 | 1,455.00 | 7,129.50 |
| Sydney Jones | Partner | ECEB - Labor/Employment | 2014 | 61,992.00 | 49.20 | 1 | 1,260.00 | 1,260.00 | 61,992.00 |
| | | | | 16,245.00 | 11.40 | | 1,425.00 | 1,260.00 | 14,364.00 |
| Michael Kalis | Partner | Litigation - General | 2014 | 4,158.00 | 3.60 | N/A | 1,155.00 | 1,155.00 | 4,158.00 |
| Hanaa Kaloti | Partner | Litigation - General | 2014 | 474,243.00 | 410.60 | 1 | 1,155.00 | 1,155.00 | 474,243.00 |
| | | | | 772,900.00 | 590.00 | | 1,310.00 | 1,155.00 | 681,450.00 |
| Mike Kilgarriff | Partner | Litigation - General | 2015 | 338,373.00 | 258.30 | N/A | 1,310.00 | 1,310.00 | 338,373.00 |
| Chris Koenig | Partner | Restructuring | 2014 | 1,237,194.00 | 981.90 | 1 | 1,260.00 | 1,260.00 | 1,237,194.00 |
| | | | | 3,330,225.00 | 2,337.00 | | 1,425.00 | 1,260.00 | 2,944,620.00 |
| Dan Latona | Partner | Restructuring | 2016 | 707,778.50 | 573.10 | 1 | 1,235.00 | 1,235.00 | 707,778.50 |
| | | | | 1,972,575.00 | 1,434.60 | | 1,375.00 | 1,235.00 | 1,771,731.00 |
| Christopher B. Leach | Partner | Litigation - General | 2011 | 63,434.50 | 43.30 | N/A | 1,465.00 | 1,465.00 | 63,434.50 |
| Ieuan Adrian List | Partner | Corporate - Capital Markets | 2016 | 73,837.50 | 53.70 | N/A | 1,375.00 | 1,235.00 | 66,319.50 |
| Allison Lullo | Partner | Litigation - General | 2011 | 594,625.00 | 475.70 | 1 | 1,250.00 | 1,250.00 | 594,625.00 |
| | | | | 1,113,900.00 | 790.00 | | 1,410.00 | 1,250.00 | 987,500.00 |
| Jaime A. Madell | Partner | Corporate - Derivatives | 2012 | 1,275.00 | 1.00 | N/A | 1,275.00 | 1,275.00 | 1,275.00 |
| T.J. McCarrick | Partner | Litigation - General | 2016 | 350,261.00 | 308.60 | 1 | 1,135.00 | 1,135.00 | 350,261.00 |
| | | | | 781,517.00 | 617.80 | | 1,265.00 | 1,135.00 | 701,203.00 |
| Peter J. Mee | Partner | ECEB - Labor/Employment | 2009 | 339.00 | 0.20 | N/A | 1,695.00 | 1,695.00 | 339.00 |
| Roberto S. Miceli | Partner | Real Estate | 2000 | 25,961.50 | 13.70 | N/A | 1,895.00 | 1,895.00 | 25,961.50 |
| Katherine C. Nemeth | Partner | ECEB - Executive Compensation | 2018 | 687.50 | 0.50 | N/A | 1,375.00 | 1,170.00 | 585.00 |

11

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Leah Davis Patrick | Partner | Taxation | 2011 | 10,895.50 | 7.70 | N/A | 1,415.00 | 1,415.00 | 10,895.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | 44,275.00 | 32.20 | 1 | 1,375.00 | 1,375.00 | 44,275.00 |
| | | | | 97,185.00 | 62.70 | | 1,550.00 | 1,375.00 | 86,212.50 |
| Noah Qiao | Partner | Corporate - Investment Funds | 2015 | 436.50 | 0.30 | N/A | 1,455.00 | 1,455.00 | 436.50 |
| Jeffrey S. Quinn | Partner | ECEB - Employee Benefits | 1998 | 13,789.50 | 8.70 | N/A | 1,585.00 | 1,585.00 | 13,789.50 |
| John Reinert | Partner | Corporate - Investment Funds | 2013 | 7,758.50 | 5.90 | 1 | 1,315.00 | 1,315.00 | 7,758.50 |
| | | | | 83,275.50 | 53.90 | | 1,545.00 | 1,315.00 | 70,878.50 |
| Laura K. Riff | Partner | Litigation - General | 2011 | 228,593.50 | 162.70 | N/A | 1,405.00 | 1,405.00 | 228,593.50 |
| Tom Roberts | Partner | Corporate - Debt Finance | 2015 | 3,091.00 | 2.20 | N/A | 1,405.00 | 1,405.00 | 3,091.00 |
| Anthony Sanderson | Partner | Corporate - Capital Markets | 2017 | 41,387.50 | 30.10 | N/A | 1,375.00 | 1,375.00 | 41,387.50 |
| Joanna Schlingbaum | Partner | Technology & IP Transactions | 2016 | 43,348.50 | 35.10 | 1 | 1,235.00 | 1,235.00 | 43,348.50 |
| | | | | 244,750.00 | 178.00 | | 1,375.00 | 1,235.00 | 219,830.00 |
| Tricia Schwallier Collins | Partner | Restructuring | 2015 | 2,964.00 | 2.40 | N/A | 1,235.00 | 1,235.00 | 2,964.00 |
| Sunil Shenoi | Partner | Litigation - General | 2009 | 2,331.00 | 1.80 | N/A | 1,295.00 | 1,295.00 | 2,331.00 |
| Michelle Six | Partner | Litigation - General | 2005 | 8,877.00 | 6.60 | N/A | 1,345.00 | 1,345.00 | 8,877.00 |
| Christine Strumpen-Darrie | Partner | Corporate - Capital Markets | 2003 | 697.50 | 0.50 | 1 | 1,395.00 | 1,395.00 | 697.50 |
| | | | | 466.50 | 0.30 | | 1,555.00 | 1,395.00 | 418.50 |
| Joanna Thomson | Partner | Technology & IP Transactions | 2010 | 255.00 | 0.20 | N/A | 1,275.00 | 1,275.00 | 255.00 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | 244,959.00 | 171.30 | 1 | 1,430.00 | 1,430.00 | 244,959.00 |
| | | | | 295,222.00 | 182.80 | | 1,615.00 | 1,430.00 | 261,404.00 |
| Matthew D. Turner | Partner | Corporate - Capital Markets | 2015 | 75,458.50 | 61.10 | 1 | 1,235.00 | 1,235.00 | 75,458.50 |
| | | | | 153,004.50 | 108.90 | | 1,405.00 | 1,235.00 | 134,491.50 |
| Sarah Ullathorne | Partner | Restructuring | 2004 | 3,208.50 | 2.30 | N/A | 1,395.00 | 1,395.00 | 3,208.50 |
| Alan Walker | Partner | Taxation | 2004 | 76,843.00 | 51.40 | 1 | 1,495.00 | 1,495.00 | 76,843.00 |
| | | | | 53,920.00 | 32.00 | | 1,685.00 | 1,495.00 | 47,840.00 |
| Ben Wallace | Partner | Litigation - General | 2016 | 155,463.00 | 134.60 | 1 | 1,155.00 | 1,155.00 | 155,463.00 |
| | | | | 16,824.50 | 13.30 | | 1,265.00 | 1,155.00 | 15,361.50 |
| Wayne E. Williams | Partner | Corporate - Capital Markets | 2006 | 1,300.00 | 0.80 | 1 | 1,625.00 | 1,625.00 | 1,300.00 |
| | | | | 3,051.50 | 1.70 | | 1,795.00 | 1,625.00 | 2,762.50 |
| Jenny Wilson | Partner | Technology & IP Transactions | 2012 | 33,022.50 | 25.50 | 1 | 1,295.00 | 1,295.00 | 33,022.50 |
| | | | | 14,674.00 | 9.20 | | 1,595.00 | 1,295.00 | 11,914.00 |
| Matthew Wood | Partner | ECEB - Executive Compensation | 2016 | 26,676.00 | 21.60 | 1 | 1,235.00 | 1,235.00 | 26,676.00 |
| | | | | 2,248.00 | 1.60 | | 1,405.00 | 1,235.00 | 1,976.00 |
| Paul Zier | Partner | Corporate - Investment Funds | 2000 | 5,932.50 | 3.50 | 1 | 1,695.00 | 1,695.00 | 5,932.50 |
| | | | | 21,792.50 | 11.50 | | 1,895.00 | 1,695.00 | 19,492.50 |

12

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Jack N. Bernstein | Of Counsel | ECEB - Employee Benefits | 1995 | 4,755.00 | 3.00 | N/A | 1,585.00 | 1,585.00 | 4,755.00 |
| Lamina Bowen | Of Counsel | Litigation - General | 2016 | 3,844.50 | 3.30 | N/A | 1,165.00 | 1,165.00 | 3,844.50 |
| Elizabeth N. Aghili | Associate | Litigation - General | 2023 | 11,880.00 | 13.20 | N/A | 900.00 | 900.00 | 11,880.00 |
| Anna Alekseeva | Associate | Restructuring | 2023 | 30,888.00 | 46.80 | N/A | 660.00 | 660.00 | 30,888.00 |
| Anthony Antioch | Associate | Taxation | 2017 | 27,888.00 | 22.40 | N/A | 1,245.00 | 1,245.00 | 27,888.00 |
| Rebecca H. Arnall | Associate | ECEB - Executive Compensation | 2017 | 6,598.50 | 8.30 | 1 | 795.00 | 795.00 | 6,598.50 |
| | | | | 1,770.00 | 2.00 | | 885.00 | 795.00 | 1,590.00 |
| Damani Ashton | Associate | Corporate - General | 2023 | 15,214.50 | 20.70 | N/A | 735.00 | 735.00 | 15,214.50 |
| Joey Daniel Baruh | Associate | Litigation - General | 2021 | 190,890.00 | 212.10 | 1 | 900.00 | 900.00 | 190,890.00 |
| | | | | 55,160.00 | 56.00 | | 985.00 | 900.00 | 50,400.00 |
| Nicholas Benham | Associate | Litigation - General | 2021 | 89,190.00 | 99.10 | 1 | 900.00 | 900.00 | 89,190.00 |
| | | | | 159,373.00 | 161.80 | | 985.00 | 900.00 | 145,620.00 |
| Nicholas Benham | Associate | Litigation - General | 2021 | 13,500.00 | 12.50 | N/A | 1,080.00 | 900.00 | 11,250.00 |
| Ziv Ben-Shahar | Associate | Restructuring | 2022 | 343,380.00 | 388.00 | N/A | 885.00 | 885.00 | 343,380.00 |
| Michael Berger | Associate | Restructuring | 2020 | 5,705.00 | 7.00 | 1 | 815.00 | 815.00 | 5,705.00 |
| | | | | 2,338.00 | 2.80 | | 835.00 | 815.00 | 2,282.00 |
| Nicholas A. Binder | Associate | Restructuring | 2019 | 103,810.50 | 100.30 | N/A | 1,035.00 | 1,035.00 | 103,810.50 |
| Simon Briefel | Associate | Restructuring | 2018 | 1,057,020.00 | 948.00 | 2 | 1,115.00 | 1,115.00 | 1,057,020.00 |
| | | | | 289,089.00 | 232.20 | | 1,245.00 | 1,115.00 | 258,903.00 |
| | | | | 29,914.50 | 23.10 | | 1,295.00 | 1,115.00 | 25,756.50 |
| Grace C. Brier | Associate | Litigation - General | 2017 | 792,762.00 | 714.20 | 2 | 1,110.00 | 1,110.00 | 792,762.00 |
| | | | | 689,269.50 | 567.30 | | 1,215.00 | 1,110.00 | 629,703.00 |
| | | | | 149,524.50 | 120.10 | | 1,245.00 | 1,110.00 | 133,311.00 |
| Matthew C. Burner | Associate | Corporate - General | 2023 | 16,905.00 | 23.00 | N/A | 735.00 | 735.00 | 16,905.00 |
| Jeff Butensky | Associate | Corporate - General | 2017 | 264,446.00 | 290.60 | 2 | 910.00 | 910.00 | 264,446.00 |
| | | Corporate - M&A/Private Equity | | 108,355.50 | 108.90 | | 995.00 | 910.00 | 99,099.00 |
| | | | | 10,048.50 | 8.70 | | 1,155.00 | 910.00 | 7,917.00 |
| Steven M. Cantor | Associate | Taxation | 2017 | 37,323.00 | 28.60 | N/A | 1,305.00 | 1,305.00 | 37,323.00 |
| Cassandra Catalano | Associate | Litigation - General | 2016 | 86,827.50 | 76.50 | N/A | 1,135.00 | 1,135.00 | 86,827.50 |
| Chris Ceresa | Associate | Restructuring | 2020 | 288,661.50 | 278.90 | N/A | 1,035.00 | 1,035.00 | 288,661.50 |
| Brick Christensen | Associate | Corporate - Capital Markets | 2021 | 5,221.50 | 5.90 | N/A | 885.00 | 885.00 | 5,221.50 |
| Jacqueline Clover | Associate | Technology & IP Transactions | 2012 | 29,763.50 | 24.10 | N/A | 1,235.00 | 1,235.00 | 29,763.50 |
| Stephanie Cohen | Associate | Restructuring | 2018 | 205,048.50 | 183.90 | N/A | 1,115.00 | 1,115.00 | 205,048.50 |
| Parker Conway | Associate | Corporate - General | 2021 | 91,504.50 | 115.10 | N/A | 795.00 | 795.00 | 91,504.50 |
| Stephen Coudounaris | Associate | Technology & IP Transactions | 2015 | 8,431.50 | 7.30 | N/A | 1,155.00 | 1,155.00 | 8,431.50 |
| | Associate | Litigation - General | 2021 | 707,490.00 | 786.10 | 2 | 900.00 | 900.00 | 707,490.00 |

13

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Joseph A. D'Antonio | | | | 598,387.50 | 607.50 | | 985.00 | 900.00 | 546,750.00 |
| | | | | 260,604.00 | 241.30 | | 1,080.00 | 900.00 | 217,170.00 |
| Matt Davis | Associate | Corporate - General | 2022 | 735.00 | 1.00 | N/A | 735.00 | 735.00 | 735.00 |
| Kevin Decker | Associate | Litigation - General | 2022 | 82,940.00 | 116.00 | 2 | 715.00 | 715.00 | 82,940.00 |
| | | | | 191,675.00 | 225.50 | | 850.00 | 715.00 | 161,232.50 |
| Meng Ding | Associate | Corporate - General | 2022 | 11,022.00 | 16.70 | N/A | 660.00 | 660.00 | 11,022.00 |
| Kathy Dzienkowski | Associate | Energy Regulatory | 2022 | 7,522.50 | 8.50 | N/A | 885.00 | 885.00 | 7,522.50 |
| Emily C. Eggmann | Associate | Restructuring | 2021 | 172,263.00 | 189.30 | N/A | 910.00 | 910.00 | 172,263.00 |
| Isabel Falkner | Associate | Restructuring | 2018 | 34,007.50 | 30.50 | N/A | 1,115.00 | 1,115.00 | 34,007.50 |
| Mariana del Carmen Fernandez | Associate | Antitrust/Competition | 2023 | 107,530.50 | 146.30 | 1 | 735.00 | 735.00 | 107,530.50 |
| | | | | 23,010.00 | 26.00 | | 885.00 | 735.00 | 19,110.00 |
| Patrick Forte | Associate | Litigation - General | 2021 | 103,320.00 | 114.80 | 1 | 900.00 | 900.00 | 103,320.00 |
| | | | | 104,016.00 | 105.60 | | 985.00 | 900.00 | 95,040.00 |
| Lindsey Foster | Associate | Litigation - General | 2023 | 51,480.00 | 72.00 | 1 | 715.00 | 715.00 | 51,480.00 |
| | | | | 850.00 | 1.00 | | 850.00 | 715.00 | 715.00 |
| Kelsey Fuller | Associate | Corporate - Debt Finance | 2018 | 9,315.00 | 9.00 | N/A | 1,035.00 | 1,035.00 | 9,315.00 |
| Michal Galayevich | Associate | ECEB - Executive Compensation | 2022 | 16,107.00 | 17.70 | N/A | 910.00 | 910.00 | 16,107.00 |
| Isabel Gao | Associate | Restructuring | 2023 | 5,214.00 | 7.90 | N/A | 660.00 | 660.00 | 5,214.00 |
| Bella Gianani | Associate | Restructuring | Pending | 98,122.50 | 133.50 | N/A | 735.00 | 735.00 | 98,122.50 |
| Victoria Giorgio | Associate | Restructuring | Pending | 90,772.50 | 123.50 | N/A | 735.00 | 735.00 | 90,772.50 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | 54,219.00 | 68.20 | 1 | 795.00 | 795.00 | 54,219.00 |
| | | | | 6,018.00 | 6.80 | | 885.00 | 795.00 | 5,406.00 |
| Amila Golic | Associate | Restructuring | 2021 | 704,767.50 | 886.50 | 2 | 795.00 | 795.00 | 704,767.50 |
| | | | | 602,065.50 | 680.30 | | 885.00 | 795.00 | 540,838.50 |
| | | | | 561,279.50 | 564.10 | | 995.00 | 795.00 | 448,459.50 |
| Anna L. Grilley | Associate | Corporate - General | 2017 | 27,427.50 | 34.50 | 2 | 795.00 | 910.00 | 31,395.00 |
| | | Restructuring | | 25,298.00 | 27.80 | | 910.00 | 910.00 | 25,298.00 |
| | | Corporate - General | | 39,494.00 | 43.40 | | 910.00 | 910.00 | 39,494.00 |
| Iris Michelle Grossman | Associate | ECEB - Employee Benefits | 2021 | 2,730.00 | 3.00 | N/A | 910.00 | 910.00 | 2,730.00 |
| Leah A. Hamlin | Associate | Litigation - General | 2017 | 903,451.50 | 872.90 | 1 | 1,035.00 | 1,035.00 | 903,451.50 |
| | | | | 214,174.50 | 188.70 | | 1,135.00 | 1,035.00 | 195,304.50 |
| Seantyel Hardy | Associate | Litigation - General | 2019 | 163,530.00 | 158.00 | 2 | 1,035.00 | 1,035.00 | 163,530.00 |
| | | | | 66,965.00 | 59.00 | | 1,135.00 | 1,035.00 | 61,065.00 |
| | | | | 1,579.50 | 1.30 | | 1,215.00 | 1,035.00 | 1,345.50 |
| Max Harris | Associate | Technology & IP Transactions | 2014 | 14,575.00 | 10.60 | N/A | 1,375.00 | 1,375.00 | 14,575.00 |
| Zach Heater | Associate | Litigation - General | 2021 | 70,370.00 | 90.80 | N/A | 775.00 | 775.00 | 70,370.00 |
| Gabriela Zamfir Hensley | Associate | Restructuring | 2018 | 530,740.00 | 476.00 | 2 | 1,115.00 | 1,115.00 | 530,740.00 |
| | | | | 949,686.00 | 762.80 | | 1,245.00 | 1,115.00 | 850,522.00 |

14

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| | | | | 618,492.00 | 477.60 | | 1,295.00 | 1,115.00 | 532,524.00 |
| Candace Ho | Associate | Litigation - General | 2021 | 19,004.50 | 19.10 | N/A | 995.00 | 995.00 | 19,004.50 |
| Heidi Hockberger | Associate | Restructuring | 2017 | 678,132.00 | 579.60 | N/A | 1,170.00 | 1,170.00 | 678,132.00 |
| Emily Hogan | Associate | Corporate - Debt Finance | 2016 | 29,146.00 | 23.60 | N/A | 1,235.00 | 1,235.00 | 29,146.00 |
| Victor Hollenberg | Associate | Litigation - General | 2021 | 71,842.50 | 92.70 | 2 | 775.00 | 775.00 | 71,842.50 |
| | | | | 42,670.00 | 50.20 | | 850.00 | 775.00 | 38,905.00 |
| | | | | 2,265.50 | 2.30 | | 985.00 | 775.00 | 1,782.50 |
| Adnan Muhammad Hussain | Associate | Corporate - Debt Finance | 2021 | 13,674.00 | 17.20 | 1 | 795.00 | 795.00 | 13,674.00 |
| | | | | 4,602.00 | 5.20 | | 885.00 | 795.00 | 4,134.00 |
| Matthew C. Hutchinson | Associate | Corporate - M&A/Private Equity | 2018 | 344,312.00 | 308.80 | 1 | 1,115.00 | 1,115.00 | 344,312.00 |
| | | | | 14,442.00 | 11.60 | | 1,245.00 | 1,115.00 | 12,934.00 |
| Ben Isherwood | Associate | Restructuring | Pending | 61,308.00 | 52.40 | 1 | 1,170.00 | 1,170.00 | 61,308.00 |
| | | | | 10,360.00 | 8.00 | | 1,295.00 | 1,170.00 | 9,360.00 |
| Anthony Ji | Associate | ECEB - Executive Compensation | 2019 | 1,755.00 | 1.50 | N/A | 1,170.00 | 1,170.00 | 1,755.00 |
| Evan Johnson | Associate | Corporate - M&A/Private Equity | 2018 | 18,012.50 | 13.10 | N/A | 1,375.00 | 1,375.00 | 18,012.50 |
| Elizabeth Helen Jones | Associate | Restructuring | 2018 | 843,835.50 | 815.30 | 2 | 1,035.00 | 1,035.00 | 843,835.50 |
| | | | | 1,099,560.00 | 952.00 | | 1,155.00 | 1,035.00 | 985,320.00 |
| | | | | 693,838.50 | 557.30 | | 1,245.00 | 1,035.00 | 576,805.50 |
| Heather Jones | Associate | Corporate - Capital Markets | 2020 | 19,701.00 | 19.80 | N/A | 995.00 | 995.00 | 19,701.00 |
| Meena Kandallu | Associate | Taxation | 2022 | 9,869.00 | 14.20 | 2 | 695.00 | 695.00 | 9,869.00 |
| | | | | 47,817.50 | 61.70 | | 775.00 | 695.00 | 42,881.50 |
| | | | | 147,449.50 | 157.70 | | 935.00 | 695.00 | 109,601.50 |
| Charlie Kassir | Associate | ECEB - Labor/Employment | 2019 | 34,264.50 | 43.10 | 1 | 795.00 | 795.00 | 34,264.50 |
| | | | | 5,310.00 | 6.00 | | 885.00 | 795.00 | 4,770.00 |
| Aidan Katz | Associate | Litigation - General | 2023 | 49,692.50 | 69.50 | 1 | 715.00 | 715.00 | 49,692.50 |
| | | | | 595.00 | 0.70 | | 850.00 | 715.00 | 500.50 |
| Maggie Kate King | Associate | Technology & IP Transactions | 2021 | 21,328.50 | 24.10 | 1 | 885.00 | 885.00 | 21,328.50 |
| | | | | 133,628.50 | 134.30 | | 995.00 | 885.00 | 118,855.50 |
| Tamar Kofman | Associate | Restructuring | 2019 | 145,964.00 | 160.40 | 1 | 910.00 | 910.00 | 145,964.00 |
| | | | | 5,174.00 | 5.20 | | 995.00 | 910.00 | 4,732.00 |
| Weng Keong Kok | Associate | Litigation - General | 2019 | 27,966.00 | 31.60 | N/A | 885.00 | 885.00 | 27,966.00 |
| Erika Krum | Associate | International Trade | 2021 | 455.00 | 0.50 | N/A | 910.00 | 910.00 | 455.00 |
| Amanda Lamothe-Cadet | Associate | Litigation - General | 2019 | 125,496.00 | 116.20 | 1 | 1,080.00 | 1,080.00 | 125,496.00 |
| | | | | 607.50 | 0.50 | | 1,215.00 | 1,080.00 | 540.00 |
| Dan Latona | Associate | Restructuring | 2016 | 206,368.50 | 167.10 | N/A | 1,235.00 | 1,235.00 | 206,368.50 |
| Michael Lemm | Associate | Restructuring | 2019 | 556,830.00 | 538.00 | N/A | 1,035.00 | 1,035.00 | 556,830.00 |
| Nir A. Levin | Associate | Restructuring | 2020 | 5,175.00 | 5.00 | N/A | 1,035.00 | 1,035.00 | 5,175.00 |

15

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Matthew Lewis | Associate | Litigation - General | 2023 | 32,961.50 | 46.10 | N/A | 715.00 | 715.00 | 32,961.50 |
| Ieuan Adrian List | Associate | Corporate - Capital Markets | 2016 | 617.50 | 0.50 | N/A | 1,235.00 | 1,235.00 | 617.50 |
| Patricia Walsh Loureiro | Associate | Restructuring | 2020 | 709,285.50 | 685.30 | 2 | 1,035.00 | 1,035.00 | 709,285.50 |
| | | | | 646,569.00 | 559.80 | | 1,155.00 | 1,035.00 | 579,393.00 |
| | | | | 615,777.00 | 494.60 | | 1,245.00 | 1,035.00 | 511,911.00 |
| Jack Lui | Associate | Litigation - General | 2020 | 58,506.00 | 58.80 | N/A | 995.00 | 995.00 | 58,506.00 |
| Sean Magill | Associate | Corporate - Debt Finance | 2021 | 11,343.00 | 11.40 | 1 | 995.00 | 995.00 | 11,343.00 |
| | | | | 16,285.50 | 14.10 | | 1,155.00 | 995.00 | 14,029.50 |
| Nima Malek Khosravi | Associate | Restructuring | Pending | 364,914.00 | 552.90 | 2 | 660.00 | 660.00 | 364,914.00 |
| | | | | 541,695.00 | 737.00 | | 735.00 | 660.00 | 486,420.00 |
| | | | | 27,612.00 | 31.20 | | 885.00 | 660.00 | 20,592.00 |
| Jennifer Mancini | Associate | Litigation - General | 2022 | 43,472.00 | 60.80 | N/A | 715.00 | 715.00 | 43,472.00 |
| Rebecca J. Marston | Associate | Restructuring | 2021 | 349,895.00 | 384.50 | 2 | 910.00 | 910.00 | 349,895.00 |
| | | | | 344,071.00 | 345.80 | | 995.00 | 910.00 | 314,678.00 |
| | | | | 460,614.00 | 398.80 | | 1,155.00 | 910.00 | 362,908.00 |
| Caitlin McAuliffe | Associate | Restructuring | 2021 | 95,400.00 | 120.00 | N/A | 795.00 | 795.00 | 95,400.00 |
| Caitlin McGrail | Associate | Restructuring | Pending | 168,828.00 | 255.80 | 2 | 660.00 | 660.00 | 168,828.00 |
| | | | | 213,003.00 | 289.80 | | 735.00 | 660.00 | 191,268.00 |
| | | | | 52,923.00 | 59.80 | | 885.00 | 660.00 | 39,468.00 |
| Miranda Means | Associate | IP Litigation | 2018 | 1,701.00 | 1.40 | N/A | 1,215.00 | 1,215.00 | 1,701.00 |
| Angelina Moore | Associate | Litigation - General | 2019 | 99,091.00 | 100.60 | 2 | 985.00 | 985.00 | 99,091.00 |
| | | | | 119,556.00 | 110.70 | | 1,080.00 | 985.00 | 109,039.50 |
| | | | | 3,178.00 | 2.80 | | 1,135.00 | 985.00 | 2,758.00 |
| Annika Morin | Associate | ECEB - Employee Benefits | 2022 | 2,442.00 | 3.70 | N/A | 660.00 | 660.00 | 2,442.00 |
| Sarah Mosisa | Associate | Litigation - General | 2023 | 25,382.50 | 35.50 | N/A | 715.00 | 715.00 | 25,382.50 |
| Joel McKnight Mudd | Associate | Restructuring | 2021 | 452,911.50 | 569.70 | 2 | 795.00 | 795.00 | 452,911.50 |
| | | | | 425,862.00 | 481.20 | | 885.00 | 795.00 | 382,554.00 |
| | | | | 142,384.50 | 143.10 | | 995.00 | 795.00 | 113,764.50 |
| Jai Mudhar | Associate | Restructuring | 2020 | 6,097.00 | 6.70 | N/A | 910.00 | 910.00 | 6,097.00 |
| Katherine C. Nemeth | Associate | ECEB - Executive Compensation | 2018 | 38,727.00 | 33.10 | 2 | 1,170.00 | 1,170.00 | 38,727.00 |
| | | | | 9,324.00 | 7.20 | | 1,295.00 | 1,170.00 | 8,424.00 |
| | | | | 275.00 | 0.20 | | 1,375.00 | 1,170.00 | 234.00 |
| Kimberly Pageau | Associate | Restructuring | 2017 | 196,351.50 | 176.10 | N/A | 1,115.00 | 1,115.00 | 196,351.50 |
| Alex D. Pappas | Associate | Litigation - General | 2021 | 2,520.00 | 2.80 | 1 | 900.00 | 900.00 | 2,520.00 |
| | | | | 61,070.00 | 62.00 | | 985.00 | 900.00 | 55,800.00 |
| Faadil Patel | Associate | Restructuring | 2020 | 29,850.00 | 30.00 | 1 | 995.00 | 995.00 | 29,850.00 |
| | | | | 28,875.00 | 25.00 | | 1,155.00 | 995.00 | 24,875.00 |
| Krishan Patel | Associate | Taxation | 2019 | 11,605.00 | 11.00 | 2 | 1,055.00 | 1,055.00 | 11,605.00 |
| | | | | 587.50 | 0.50 | | 1,175.00 | 1,055.00 | 527.50 |

16

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| | | | | 807.00 | 0.60 | | 1,345.00 | 1,055.00 | 633.00 |
| Morgan Lily Phoenix | Associate | Litigation - General | 2022 | 86,645.00 | 133.30 | 2 | 650.00 | 650.00 | 86,645.00 |
| | | | | 156,013.00 | 218.20 | | 715.00 | 650.00 | 141,830.00 |
| | | | | 81,940.00 | 96.40 | | 850.00 | 650.00 | 62,660.00 |
| John Poulos | Associate | Technology & IP Transactions | 2016 | 45,229.50 | 43.70 | 1 | 1,035.00 | 1,035.00 | 45,229.50 |
| | | | | 30,261.00 | 26.20 | | 1,155.00 | 1,035.00 | 27,117.00 |
| Joseph Cermak Profancik | Associate | Corporate - General | 2022 | 76,587.00 | 104.20 | N/A | 735.00 | 735.00 | 76,587.00 |
| Joshua Raphael | Associate | Restructuring | 2023 | 183,744.00 | 278.40 | 2 | 660.00 | 660.00 | 183,744.00 |
| | | | | 594,909.00 | 809.40 | | 735.00 | 660.00 | 534,204.00 |
| | | | | 241,516.50 | 272.90 | | 885.00 | 660.00 | 180,114.00 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | 273,306.00 | 414.10 | 2 | 660.00 | 660.00 | 273,306.00 |
| | | | | 416,892.00 | 567.20 | | 735.00 | 660.00 | 374,352.00 |
| | | | | 239,127.00 | 270.20 | | 885.00 | 660.00 | 178,332.00 |
| Chloe Reum | Associate | Litigation - General | 2023 | 82,725.50 | 115.70 | N/A | 715.00 | 715.00 | 82,725.50 |
| | | | | 8,755.00 | 10.30 | N/A | 850.00 | 715.00 | 7,364.50 |
| Hunter A. Richey | Associate | Corporate - Capital Markets | 2020 | 5,373.00 | 5.40 | 1 | 995.00 | 995.00 | 5,373.00 |
| | | | | 61,099.50 | 52.90 | | 1,155.00 | 995.00 | 52,635.50 |
| Bryant Roby Jr. | Associate | Litigation - General | 2021 | 2,856.50 | 2.90 | N/A | 985.00 | 985.00 | 2,856.50 |
| Roy Michael Roman | Associate | Restructuring | 2023 | 174,570.00 | 264.50 | 2 | 660.00 | 660.00 | 174,570.00 |
| | | | | 226,747.50 | 308.50 | | 735.00 | 660.00 | 203,610.00 |
| | | | | 228,949.50 | 258.70 | | 885.00 | 660.00 | 170,742.00 |
| Kelby Roth | Associate | Restructuring | 2022 | 150,612.00 | 228.20 | 2 | 660.00 | 660.00 | 150,612.00 |
| | | | | 124,656.00 | 169.60 | | 735.00 | 660.00 | 111,936.00 |
| | | | | 95,845.50 | 108.30 | | 885.00 | 660.00 | 71,478.00 |
| Jimmy Ryan | Associate | Restructuring | 2022 | 504,030.00 | 634.00 | 2 | 795.00 | 795.00 | 504,030.00 |
| | | | | 559,585.50 | 632.30 | | 885.00 | 795.00 | 502,678.50 |
| | | | | 260,292.00 | 261.60 | | 995.00 | 795.00 | 207,972.00 |
| Seth Sanders | Associate | Restructuring | 2021 | 667,005.00 | 839.00 | 2 | 795.00 | 795.00 | 667,005.00 |
| | | | | 394,090.50 | 445.30 | | 885.00 | 795.00 | 354,013.50 |
| | | | | 139,897.00 | 140.60 | | 995.00 | 795.00 | 111,777.00 |
| Taylor E. Santori | Associate | Corporate - Capital Markets | 2022 | 2,112.00 | 3.20 | 2 | 660.00 | 660.00 | 2,112.00 |
| | | | | 4,290.00 | 6.50 | | 660.00 | 660.00 | 4,290.00 |
| | | | | 6,027.00 | 8.20 | | 735.00 | 660.00 | 5,412.00 |
| Tommy Scheffer | Associate | Restructuring | 2019 | 1,186,025.50 | 1,063.70 | N/A | 1,115.00 | 1,115.00 | 1,186,025.50 |
| Joanna Schlingbaum | Associate | Technology & IP Transactions | 2016 | 8,768.50 | 7.10 | N/A | 1,235.00 | 1,235.00 | 8,768.50 |
| Tricia Schwallier Collins | Associate | Restructuring | 2015 | 235,638.00 | 190.80 | N/A | 1,235.00 | 1,235.00 | 235,638.00 |
| Michael Scian | Associate | Restructuring | 2022 | 235,690.00 | 259.00 | N/A | 910.00 | 910.00 | 235,690.00 |
| Samuel J. Seneczko | Associate | Restructuring | 2019 | 124,821.00 | 120.60 | N/A | 1,035.00 | 1,035.00 | 124,821.00 |
| Gelareh Sharafi | Associate | Restructuring | 2023 | 108,900.00 | 165.00 | N/A | 660.00 | 660.00 | 108,900.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| | | | | 31,458.00 | 42.80 | N/A | 735.00 | 660.00 | 28,248.00 |
| | | | | 16,018.50 | 18.10 | N/A | 885.00 | 660.00 | 11,946.00 |
| Scottie Shermetaro | Associate | Technology & IP Transactions | 2018 | 22,659.00 | 18.20 | 1 | 1,245.00 | 1,245.00 | 22,659.00 |
| | | | | 777.00 | 0.60 | | 1,295.00 | 1,245.00 | 747.00 |
| Hannah C. Simson | Associate | Litigation - General | 2019 | 438,226.50 | 444.90 | 2 | 985.00 | 985.00 | 438,226.50 |
| | | | | 427,896.00 | 396.20 | | 1,080.00 | 985.00 | 390,257.00 |
| | | | | 453,205.50 | 399.30 | | 1,135.00 | 985.00 | 393,310.50 |
| D. Ryan Slaugh | Associate | Corporate - M&A/Private Equity | 2016 | 50,611.50 | 48.90 | 1 | 1,035.00 | 1,035.00 | 50,611.50 |
| | | | | 42,735.00 | 37.00 | | 1,155.00 | 1,035.00 | 38,295.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | 40,054.50 | 38.70 | 2 | 1,035.00 | 1,035.00 | 40,054.50 |
| | | | | 71,263.50 | 61.70 | | 1,155.00 | 1,035.00 | 63,859.50 |
| | | | | 14,193.00 | 11.40 | | 1,245.00 | 1,035.00 | 11,799.00 |
| Leonor Beatriz Suarez | Associate | Technology & IP Transactions | 2023 | 6,666.00 | 10.10 | 2 | 660.00 | 660.00 | 6,666.00 |
| | | | | 16,758.00 | 22.80 | | 735.00 | 660.00 | 15,048.00 |
| | | | | 48,409.50 | 54.70 | | 885.00 | 660.00 | 36,102.00 |
| Michael Dylan Thompson | Associate | ECEB - Executive Compensation | 2022 | 3,180.00 | 4.00 | N/A | 795.00 | 795.00 | 3,180.00 |
| William Thompson | Associate | Restructuring | 2021 | 402,948.00 | 442.80 | 1 | 910.00 | 910.00 | 402,948.00 |
| | | | | 465,660.00 | 468.00 | | 995.00 | 910.00 | 425,880.00 |
| Kyle Nolan Trevett | Associate | Restructuring | 2020 | 177,364.50 | 223.10 | 2 | 795.00 | 795.00 | 177,364.50 |
| | | | | 233,463.00 | 263.80 | | 885.00 | 795.00 | 209,721.00 |
| | | | | 96,714.00 | 97.20 | | 995.00 | 795.00 | 77,274.00 |
| Lorenza A. Vassallo | Associate | Litigation - General | 2022 | 210,800.00 | 248.00 | 1 | 850.00 | 850.00 | 210,800.00 |
| | | | | 377,846.00 | 383.60 | | 985.00 | 850.00 | 326,060.00 |
| Luke Vaz | Associate | Technology & IP Transactions | 2020 | 19,900.00 | 20.00 | N/A | 995.00 | 995.00 | 19,900.00 |
| Kruthi Venkatesh | Associate | Corporate - General | Pending | 10,216.50 | 13.90 | N/A | 735.00 | 735.00 | 10,216.50 |
| Ben Wallace | Associate | Litigation - General | 2016 | 14,091.00 | 12.20 | N/A | 1,155.00 | 1,155.00 | 14,091.00 |
| Lindsay Wasserman | Associate | Restructuring | 2021 | 732,368.00 | 804.80 | 2 | 910.00 | 910.00 | 732,368.00 |
| | | | | 130,842.50 | 131.50 | | 995.00 | 910.00 | 119,665.00 |
| | | | | 9,933.00 | 8.60 | | 1,155.00 | 910.00 | 7,826.00 |
| Logan Weissler | Associate | Corporate - Capital Markets | 2018 | 11,261.50 | 10.10 | N/A | 1,115.00 | 1,115.00 | 11,261.50 |
| Nick Wetzeler | Associate | Corporate - Capital Markets | 2020 | 44,044.00 | 48.40 | N/A | 910.00 | 910.00 | 44,044.00 |
| Ashton Taylor Williams | Associate | Restructuring | 2022 | 212,026.50 | 266.70 | 1 | 795.00 | 795.00 | 212,026.50 |
| | | | | 25,576.50 | 28.90 | | 885.00 | 795.00 | 22,975.50 |
| Alison Wirtz | Associate | Restructuring | 2016 | 1,407,510.00 | 1,203.00 | 2 | 1,170.00 | 1,170.00 | 1,407,510.00 |
| | | | | 993,006.00 | 766.80 | | 1,295.00 | 1,170.00 | 897,156.00 |
| | | | | 59,812.50 | 43.50 | | 1,375.00 | 1,170.00 | 50,895.00 |
| Michael Denney Wright | Associate | Corporate - Capital Markets | 2018 | 6,690.00 | 6.00 | 1 | 1,115.00 | 1,115.00 | 6,690.00 |
| | | | | 44,944.50 | 36.10 | | 1,245.00 | 1,115.00 | 40,251.50 |

18

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Alex Xuan | Associate | Restructuring | 2023 | 323,334.00 | 489.90 | 2 | 660.00 | 660.00 | 323,334.00 |
| | | | | 468,930.00 | 638.00 | | 735.00 | 660.00 | 421,080.00 |
| | | | | 280,545.00 | 317.00 | | 885.00 | 660.00 | 209,220.00 |
| Baya Yantren | Associate | Litigation - General | 2019 | 181,732.50 | 184.50 | 1 | 985.00 | 985.00 | 181,732.50 |
| | | | | 3,888.00 | 3.60 | | 1,080.00 | 985.00 | 3,546.00 |
| Alex Zapalowski | Associate | Technology & IP Transactions | Pending | 49,394.50 | 44.30 | 1 | 1,115.00 | 1,115.00 | 49,394.50 |
| | | | | 6,349.50 | 5.10 | | 1,245.00 | 1,115.00 | 5,686.50 |
| Grace Zhu | Associate | Litigation - General | 2022 | 59,699.50 | 46.10 | N/A | 1,295.00 | 1,295.00 | 59,699.50 |
| **Total** | | | | **$73,701,614.50** | **64,050.70** | | | | |

19

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Amelia Weiss | Law Clerk | Restructuring | N/A | 123.00 | 0.30 | N/A | 410.00 | 410.00 | 123.00 |
| Cathy Alton | Paralegal | Litigation - General | N/A | 57,792.00 | 137.60 | 1 | 420.00 | 420.00 | 57,792.00 |
| | | | | 2,861.50 | 5.90 | | 485.00 | 420.00 | 2,478.00 |
| Carita D. Anderson | Paralegal | Corporate - Debt Finance | N/A | 7,847.50 | 21.50 | 1 | 365.00 | 365.00 | 7,847.50 |
| | | | | 1,777.50 | 4.50 | | 395.00 | 365.00 | 1,642.50 |
| Joanna Aybar | Paralegal | Corporate - M&A/Private Equity | N/A | 3,029.50 | 8.30 | 1 | 365.00 | 365.00 | 3,029.50 |
| | | | | 5,511.50 | 15.10 | | 365.00 | 365.00 | 5,511.50 |
| Megan Bowsher | Paralegal | Litigation - General | N/A | 30,331.50 | 83.10 | 1 | 365.00 | 365.00 | 30,331.50 |
| | | | | 75,800.50 | 191.90 | | 395.00 | 365.00 | 70,043.50 |
| Janet Bustamante | Paralegal | Litigation - General | N/A | 47,085.00 | 129.00 | 1 | 365.00 | 365.00 | 47,085.00 |
| | | | | 142,792.50 | 361.50 | | 395.00 | 365.00 | 131,947.50 |
| Kimberly A.H. Chervenak | Paralegal | Litigation - General | N/A | 28,608.00 | 59.60 | N/A | 480.00 | 480.00 | 28,608.00 |
| Jessica Davis | Paralegal | Litigation - General | N/A | 1,698.50 | 4.30 | N/A | 395.00 | 395.00 | 1,698.50 |
| Amy Donahue | Paralegal | Restructuring | N/A | 11,745.00 | 29.00 | 1 | 405.00 | 405.00 | 11,745.00 |
| | | | | 9,216.00 | 19.20 | | 480.00 | 405.00 | 7,776.00 |
| Gary A. Duncan | Paralegal | Litigation - General | N/A | 22,470.00 | 53.50 | N/A | 420.00 | 420.00 | 22,470.00 |
| Michael Salo Fellner | Paralegal | Litigation - General | N/A | 5,225.00 | 11.00 | N/A | 475.00 | 475.00 | 5,225.00 |
| Julia R. Foster | Paralegal | Restructuring | N/A | 5,953.50 | 14.70 | 1 | 405.00 | 405.00 | 5,953.50 |
| | | | | 4,656.00 | 9.70 | | 480.00 | 405.00 | 3,928.50 |
| Noreen Gosselin | Paralegal | Technology & IP Transactions | N/A | 7,290.00 | 18.00 | 1 | 405.00 | 405.00 | 7,290.00 |
| | | | | 240.00 | 0.50 | | 480.00 | 405.00 | 202.50 |
| Sara Handibode | Paralegal | Real Estate | N/A | 16,416.00 | 28.80 | N/A | 570.00 | 570.00 | 16,416.00 |
| Angela Leonard | Paralegal | Litigation - General | N/A | 550.00 | 1.00 | N/A | 550.00 | 550.00 | 550.00 |
| Christina Losiniecki | Paralegal | Corporate - M&A/Private Equity | N/A | 1,350.50 | 3.70 | N/A | 365.00 | 365.00 | 1,350.50 |
| Robert D. Mason | Paralegal | Corporate - Debt Finance | N/A | 969.00 | 1.70 | N/A | 570.00 | 570.00 | 969.00 |
| Luis E. Moreau | Paralegal | Technology & IP Transactions | N/A | 1,620.00 | 4.00 | N/A | 405.00 | 405.00 | 1,620.00 |
| Michelle L. Nowicki | Paralegal | Technology & IP Transactions | N/A | 544.50 | 1.10 | N/A | 495.00 | 495.00 | 544.50 |
| Robert Orren | Paralegal | Restructuring | N/A | 181,632.00 | 378.40 | 1 | 480.00 | 480.00 | 181,632.00 |
| | | | | 204,060.00 | 358.00 | | 570.00 | 480.00 | 171,840.00 |
| LaFaye Roberts | Paralegal | Litigation - General | N/A | 4,753.00 | 9.80 | N/A | 485.00 | 485.00 | 4,753.00 |

20

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Sandy Ruiz | Paralegal | Corporate - M&A/Private Equity | N/A | 57.00 | 0.10 | N/A | 570.00 | 570.00 | 57.00 |
| Laura Saal | Paralegal | Restructuring | N/A | 2,880.00 | 6.00 | 1 | 480.00 | 480.00 | 2,880.00 |
| | | | | 855.00 | 1.50 | | 570.00 | 480.00 | 720.00 |
| Barbara M. Siepka | Paralegal | Technology & IP Transactions | N/A | 912.50 | 2.50 | N/A | 365.00 | 365.00 | 912.50 |
| Rob Soneson | Paralegal | Technology & IP Transactions | N/A | 2,976.00 | 6.20 | N/A | 480.00 | 480.00 | 2,976.00 |
| Ken Sturek | Paralegal | Litigation - General | N/A | 163,488.00 | 340.60 | 1 | 480.00 | 480.00 | 163,488.00 |
| | | | | 421,905.00 | 767.10 | | 550.00 | 480.00 | 368,208.00 |
| Casllen Timberlake | Paralegal | Litigation - General | N/A | 10,619.50 | 31.70 | N/A | 335.00 | 280.00 | 8,876.00 |
| Morgan Willis | Paralegal | Restructuring | N/A | 100,338.50 | 274.90 | N/A | 365.00 | 365.00 | 100,338.50 |
| | | | | 68,453.50 | 173.30 | N/A | 395.00 | 365.00 | 63,254.50 |
| Lydia Yale | Paralegal | Restructuring | N/A | 1,038.50 | 3.10 | N/A | 335.00 | 295.00 | 914.50 |
| Matthew Beach | Junior Paralegal | Litigation - General | N/A | 26,897.50 | 101.50 | 1 | 265.00 | 265.00 | 26,897.50 |
| | | | | 3,864.50 | 13.10 | | 295.00 | 265.00 | 3,471.50 |
| Kara Blasingame | Junior Paralegal | Litigation - General | N/A | 2,684.50 | 9.10 | N/A | 295.00 | 295.00 | 2,684.50 |
| Nicholas Graves | Junior Paralegal | Litigation - General | N/A | 2,979.50 | 10.10 | N/A | 295.00 | 295.00 | 2,979.50 |
| Jacqueline Hahn | Junior Paralegal | Restructuring | N/A | 5,487.00 | 18.60 | 1 | 295.00 | 295.00 | 5,487.00 |
| | | | | 390.00 | 1.20 | | 325.00 | 295.00 | 354.00 |
| Anika Vasanthi Krishnan | Junior Paralegal | Litigation - General | N/A | 20,182.50 | 62.10 | N/A | 325.00 | 325.00 | 20,182.50 |
| Anna Makowski | Junior Paralegal | Corporate - Capital Markets | N/A | 1,681.50 | 5.70 | N/A | 295.00 | 295.00 | 1,681.50 |
| Kieran Smith McGovern | Junior Paralegal | Corporate - Investment Funds | N/A | 442.50 | 1.50 | N/A | 295.00 | 295.00 | 442.50 |
| Georgia Meadow | Junior Paralegal | Restructuring | N/A | 41,470.00 | 127.60 | N/A | 325.00 | 325.00 | 41,470.00 |
| Brendan Narko | Junior Paralegal | Litigation - General | N/A | 1,121.00 | 3.80 | N/A | 295.00 | 295.00 | 1,121.00 |
| Luke Spangler | Junior Paralegal | Restructuring | N/A | 206.50 | 0.70 | 1 | 295.00 | 295.00 | 206.50 |
| | | | | 54,210.00 | 166.80 | | 325.00 | 295.00 | 49,206.00 |
| Casllen Timberlake | Junior Paralegal | Litigation - General | N/A | 9,828.00 | 35.10 | N/A | 280.00 | 280.00 | 9,828.00 |
| Danielle Walker | Junior Paralegal | Restructuring | N/A | 46,698.50 | 158.30 | 1 | 295.00 | 295.00 | 46,698.50 |
| | | | | 14,137.50 | 43.50 | | 325.00 | 295.00 | 12,832.50 |
| Lydia Yale | Junior Paralegal | Restructuring | N/A | 1,357.00 | 4.60 | N/A | 295.00 | 295.00 | 1,357.00 |
| Tanzila Zomo | Junior Paralegal | Restructuring | N/A | 103,751.50 | 351.70 | 1 | 295.00 | 295.00 | 103,751.50 |
| | | | | 133,575.00 | 411.00 | | 325.00 | 295.00 | 121,245.00 |

21

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Library Business Research | Support Staff | Administrative Mgt - Office | N/A | 810.00 | 2.00 | 1 | 405.00 | 405.00 | 810.00 |
| | | | | 667.50 | 1.50 | | 445.00 | 405.00 | 607.50 |
| Library Document Retrieval | Support Staff | Administrative Mgt - Office | N/A | 120.00 | 0.40 | N/A | 300.00 | 300.00 | 120.00 |
| Library Factual Research | Support Staff | Administrative Mgt - Office | N/A | 8,343.00 | 20.60 | 1 | 405.00 | 405.00 | 8,343.00 |
| | | | | 534.00 | 1.20 | | 445.00 | 405.00 | 486.00 |
| Library IP Research | Support Staff | Administrative Mgt - Office | N/A | 2,430.00 | 6.00 | N/A | 405.00 | 405.00 | 2,430.00 |
| Lib Legislative Research | Support Staff | Administrative Mgt - Office | N/A | 607.50 | 1.50 | N/A | 405.00 | 405.00 | 607.50 |
| Library People Research | Support Staff | Administrative Mgt - Office | N/A | 810.00 | 2.00 | 1 | 405.00 | 405.00 | 810.00 |
| | | | | 1,557.50 | 3.50 | | 445.00 | 405.00 | 1,417.50 |
| Alli Beckett | Support Staff | Conflicts Analysis | N/A | 2,762.50 | 6.50 | N/A | 425.00 | 425.00 | 2,762.50 |
| Noah Berkley | Support Staff | Presentation Design | N/A | 29,016.00 | 62.40 | N/A | 465.00 | 465.00 | 29,016.00 |
| Michael Y. Chan | Support Staff | Conflicts Analysis | N/A | 14,322.00 | 43.40 | 1 | 330.00 | 330.00 | 14,322.00 |
| | | | | 5,840.00 | 16.00 | | 365.00 | 330.00 | 5,280.00 |
| Marta Dudyan | Support Staff | Conflicts Analysis | N/A | 9,547.50 | 33.50 | 1 | 285.00 | 285.00 | 9,547.50 |
| | | | | 13,072.50 | 41.50 | | 315.00 | 285.00 | 11,827.50 |
| Michael Gallo | Support Staff | Investigator | N/A | 1,820.00 | 4.00 | N/A | 455.00 | 455.00 | 1,820.00 |
| Eric Nyberg | Support Staff | Conflicts Analysis | N/A | 16,957.50 | 59.50 | 1 | 285.00 | 285.00 | 16,957.50 |
| | | | | 16,695.00 | 53.00 | | 315.00 | 285.00 | 15,105.00 |
| John Sorrentino | Support Staff | Technology Support | N/A | 1,501.50 | 3.30 | N/A | 455.00 | 455.00 | 1,501.50 |
| Jake Alves | Support Staff | Litigation & Practice Tech | N/A | 1,237.50 | 2.50 | N/A | 495.00 | 495.00 | 1,237.50 |
| Hunter Appler | Support Staff | Litigation & Practice Tech | N/A | 53,890.00 | 126.80 | 1 | 425.00 | 425.00 | 53,890.00 |
| | | | | 36,527.50 | 76.90 | | 475.00 | 425.00 | 32,682.50 |
| Chris Everhart | Support Staff | Litigation & Practice Tech | N/A | 59,375.00 | 125.00 | N/A | 475.00 | 475.00 | 59,375.00 |
| Mark Malone | Support Staff | Litigation - General | N/A | 704.00 | 1.60 | 1 | 440.00 | 440.00 | 704.00 |
| | | | | 37,747.50 | 71.90 | | 525.00 | 440.00 | 31,636.00 |
| Dana R. Bucy Miller | Support Staff | Litigation & Practice Tech | N/A | 2,580.00 | 4.00 | N/A | 645.00 | 645.00 | 2,580.00 |
| Dan Raffle | Support Staff | Litigation - General | N/A | 545.00 | 1.00 | N/A | 545.00 | 545.00 | 545.00 |
| Daniel Shin | Support Staff | Litigation & Practice Tech | N/A | 6,175.00 | 13.00 | N/A | 475.00 | 475.00 | 6,175.00 |
| Antonio Soto Jr. | Support Staff | Litigation - General | N/A | 237.50 | 0.50 | N/A | 475.00 | 475.00 | 237.50 |

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | |
| Stuart Norton Strommen | Support Staff | Litigation & Practice Tech | N/A | 3,562.50 | 7.50 | N/A | 475.00 | 475.00 | 3,562.50 |
| Maryam Tabrizi | Support Staff | Litigation & Practice Tech | N/A | 28,413.00 | 57.40 | 1 | 495.00 | 495.00 | 28,413.00 |
| | | | | 77,278.50 | 132.10 | | 585.00 | 495.00 | 65,389.50 |
| Snow Yuan | Support Staff | Litigation & Practice Tech | N/A | 902.50 | 1.90 | N/A | 475.00 | 475.00 | 902.50 |
| Nicholas Benyo | Support Staff | Trial Technology | N/A | 3,367.00 | 7.40 | N/A | 455.00 | 455.00 | 3,367.00 |
| Jose Lopez | Support Staff | Trial Technology | N/A | 4,200.00 | 10.00 | 1 | 420.00 | 420.00 | 4,200.00 |
| | | | | 17,517.50 | 38.50 | | 455.00 | 420.00 | 16,170.00 |
| Don Stump | Support Staff | Trial Technology | N/A | 6,142.50 | 13.50 | N/A | 455.00 | 455.00 | 6,142.50 |
| Jeremy Young | Support Staff | Trial Technology | N/A | 25,753.00 | 56.60 | N/A | 455.00 | 455.00 | 25,753.00 |
| Total | | | | $2,622,006.50 | 6,207.60 | | | | |

23