## Exhibit G

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Final Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | 565.51 |
| Standard Copies or Prints | | | 26,638.90 |
| Binding | | | - |
| Tabs/Indexes/Dividers | | | - |
| Color Copies or Prints | | | 67,476.10 |
| Large Format Copy/Print | | | 96.00 |
| Scanned Images | | | - |
| File Conversion | | | - |
| 4" Binders | | | - |
| 5" Binders | | | - |
| Flash Drives | | | 160.00 |
| Postage | | | 91.53 |
| Outside Messenger Services | | | 2,159.78 |
| Local Transportation | | | 23,978.46 |
| Travel Expense | | | 188,985.96 |
| Airfare | | | 81,202.08 |
| Transportation to/from airport | | | 22,131.46 |
| Travel Meals | | | 14,782.30 |
| Other Travel Expenses | | | 2,064.67 |
| Court Reporter Fee/Deposition | | | 134,885.90 |
| Filing Fees | | | 44,886.78 |
| Other Court Costs and Fees | | | 147,955.12 |
| Expert Fees | | | 2,860.44 |
| Professional Fees | | | 28,000.39 |
| Barrister Fees | | | 3,055.25 |
| Investigators | | | 36,800.00 |
| Process Server Fees | | | 887.80 |
| Court Reporter Fee/Trial | | | 7,570.55 |
| Other Trial Expenses | | | 103,303.96 |
| Outside Computer Services | | | 200.00 |
| Outside Printing Services | | | 32,968.08 |
| Outside Copy/Binding Services | | | 263,170.00 |
| Working Meals/K&E Only | | | 5,335.01 |
| Catering Expenses | | | 80,710.25 |
| Outside Retrieval Service | | | 103,831.16 |
| Computer Database Research | | | 29,136.23 |
| Westlaw Research | | | 106,506.04 |
| LexisNexis Research | | | 65,408.30 |
| Overtime Transportation | | | 11,775.55 |
| Overtime Meals - Non-Attorney | | | 1,100.00 |
| Overtime Meals - Attorney | | | 5,360.00 |
| Secretarial Overtime | | | - |
| Document Services Overtime | | | 46.01 |
| Rental Expenses | | | 11,369.83 |
| Miscellaneous Office Expenses | | | 10.00 |
| Client Electronic Data Storage | | | 50,645.58 |
| Overnight Delivery - Hard | | | 4,328.88 |
| Computer Database Research - Soft | | | 5,856.30 |
| **Total** | | | **1,719,338.75** |