# Exhibit H

**Summary of Fees and Expenses by Matter for the Final Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 2 | Chapter 11 Bankruptcy Filing | 650-700 | 670.00 | $650,000-$700,000 | $672,198.00 | - | $672,198.00 |
| 3 | Adversary Proceeding & Contested Matters | 7,000 - 7,500 | 7,012.80 | $7,000,000.00-$7,500,000.00 | $7,277,983.00 | - | $7,277,983.00 |
| 4 | Automatic Stay Matters | 750-1000 | 808.80 | $650,000.00-$800,000.00 | $791,369.50 | - | $791,369.50 |
| 5 | Business Operations | 1,000 - 1,250 | 1,179.50 | $1,100,000.00-$1,400,000.00 | $1,383,368.00 | - | $1,383,368.00 |
| 6 | Case Administration | 3,100 - 3,500 | 3,226.30 | $3,100,000-$3,500,000 | $3,174,369.50 | - | $3,174,369.50 |
| 7 | Cash Management and DIP Financing | 500 – 650 | 564.20 | $550,000.00-$650,000.00 | $603,910.50 | - | $603,910.50 |
| 8 | Customer and Vendor Communications | 1,250-1,350 | 1,305.50 | $1,200,000.00-$1,300,000.00 | $1,220,143.50 | - | $1,220,143.50 |
| 9 | Claims Administration and Objections | 1,750-1,900 | 1,863.50 | $1,800,000.00-$1,950,000.00 | $1,876,454.00 | - | $1,876,454.00 |
| 10 | Official Committee Matters and Meetings | 1,400 – 1,550 | 1,425.20 | $1,450,000.00-$1,600,000.00 | $1,565,688.50 | - | $1,565,688.50 |
| 11 | Use, Sale, and Disposition of Property | 7,500-8,000 | 7,727.10 | $7,000,000.00-$8,000,000.00 | $7,887,540.50 | - | $7,887,540.50 |
| 12 | Corp., Governance, & Securities Matters | 1,750-1,850 | 1,794.40 | $2,400,000-$2,550,000 | $2,472,076.00 | - | $2,472,076.00 |
| 13 | Employee Matters | 1,800-1,950 | 1,885.90 | $2,050,000.00-$2,150,000.00 | $2,111,342.00 | - | $2,111,342.00 |
| 14 | Executory Contracts and Unexpired Leases | 425-475 | 444.20 | $425,000.00-$450,000.00 | $431,020.50 | - | $431,020.50 |
| 15 | SOFAs and Schedules | 800-900 | 832.80 | $900,000.00-$1,000,000.00 | $932,890.50 | - | $932,890.50 |
| 16 | Hearings | 2,500-2,800 | 2,756.40 | $2,500,000.00-$2,700,000.00 | $2,594,401.00 | - | $2,594,401.00 |
| 17 | Insurance and Surety Matters | 300-350 | 338.90 | $400,000.00-$450,000.00 | $415,949.50 | - | $415,949.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 12,000-13,000 | 12,689.70 | $14,000,000.00-$15,000,000.00 | $14,918,073.50 | - | $14,918,073.50 |
| 19 | International Issues | 350-400 | 396.40 | $450,000.00-$550,000.00 | $491,058.50 | - | $491,058.50 |
| 20 | K&E Retention Matters | 1,600-1,800 | 1,665.40 | $1,400,000-$1,500,000 | $1,438,083.00 | - | $1,438,083.00 |
| 21 | Non-K&E Retention Matters | 1,200-1,300 | 1,221.00 | $1,150,000-$1,300,000 | $1,205,203.00 | - | $1,205,203.00 |
| 22 | Tax Matters | 730-760 | 743.80 | $900,000-$1,050,000 | $1,002,582.50 | - | $1,002,582.50 |
| 23 | Non-Working Travel | 400-500 | 429.50 | $500,000-$600,000 | $556,225.00 | - | $556,225.00 |
| 24 | U.S. Trustee Communications & Reporting | 500-600 | 589.10 | $600,000-$700,000 | $636,171.50 | - | $636,171.50 |
| 25 | Expenses | | - | | | $1,719,338.75 | $1,719,338.75 |
| 26 | Special Committee Matters | 4,000-4,300 | 4,149.90 | $4,250,000-$4,800,000 | $4,760,627.50 | - | $4,760,627.50 |

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 27 | Stone Litigation | 20-40 | 25.60 | $20,000-$40,000 | $38,389.00 | - | $38,389.00 |
| 28 | Prime Trust Litigation | 10-30 | 12.40 | $10,000-$30,000 | $17,182.50 | - | $17,182.50 |
| 29 | Equities First Holdings Litigation | 180-200 | 193.10 | $210,000-$230,000 | $224,968.50 | - | $224,968.50 |
| 30 | Stake Hound Litigation | 20-30 | 23.90 | $25,000-$35,000 | $29,023.50 | - | $29,023.50 |
| 31 | Badger DAO Litigation | 1-5 | 3.40 | $1,000-$5,000 | $3,519.00 | - | $3,519.00 |
| 32 | HDR Global Trading Litigation | 1-5 | 0.40 | $750.00-$1,000.00 | $818.00 | - | $818.00 |
| 33 | Reliz Limited Litigation | 5-10 | 9.90 | $10,000.00-$15,000.00 | $13,930.00 | - | $13,930.00 |
| 38 | Blockchain Access UK Litigation | 1-5 | 0.50 | $500.00-$1,000.00 | $737.50 | - | 737.50 |
| 39 | Three Arrows Capital Litigation | 1-10 | 4.70 | $4,000.00-$5,000.00 | $4,535.50 | - | 4,535.50 |
| 41 | Tether Limited Litigation | 10-40 | 15.70 | $17,900.00-$20,000.00 | $19,277.00 | - | 19,277.00 |
| 42 | Core Scientific Litigation | 1,500-1,750 | 1,657.90 | $1,250,000.00-$2,000,000.00 | $1,572,783.50 | - | 1,572,783.50 |
| 43 | Examiner Matters | 2,000-2,250 | 2,167.30 | $2,000,000.00-$2,500,000.00 | $2,346,388.50 | - | 2,346,388.50 |
| 44 | GK8 | 1,500-1,750 | 1,612.10 | $1,250,000.00-$2,000,000.00 | $1,561,794.00 | - | 1,561,794.00 |
| 45 | Frishberg Litigation | 100-150 | 109.40 | $100,000.00-$150,000.00 | $113,055.50 | - | 113,055.50 |
| 46 | Core Scientific, Chapter 11 Filing | 625-700 | 652.30 | $750,000.00-$800,000.00 | $793,025.00 | - | 793,025.00 |
| 47 | Tiffany Fong Litigation | 50-100 | 77.00 | $25,000.00-$90,000.00 | $72,476.50 | - | 72,476.50 |
| 48 | K&E Fee Matters | 1,100-1,200 | 1,154.20 | $1,000,000.00-$1,500,000.00 | $1,193,278.50 | - | 1,193,278.50 |
| 49 | Non-K&E Fee Matters | 150-225 | 222.60 | $200,000.00-$250,000.00 | $223,469.00 | - | 223,469.00 |
| 50 | Government and Regulatory Investigations | 6,000-6,500 | 6,383.20 | $6,500,000.00-$8,000,000.00 | $7,479,869.50 | - | 7,479,869.50 |
| 51 | Appeals | 175-225 | 212.40 | $150,000.00-$200,000.00 | $196,371.50 | - | 196,371.50 |
| | TOTAL | 66,815-73655 | 70,258.30 | $71,375,000.00-$79,096,000.00 | $76,323,621.00 | $1,719,338.75 | $78,042,959.75 |