**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF FINAL APPLICATION OF STRETTO, INC.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FINAL PERIOD**
**FROM JULY 13, 2022 THROUGH NOVEMBER 9, 2023**

| | |
|---|---|
| Name of applicant: | Stretto, Inc. |
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | Order entered on September 16, 2022, retaining Stretto effective to July 13, 2022 |
| Period for which compensation and reimbursement is sought: | July 13, 2022 through November 9, 2023 |
| Amount of compensation sought as actual, reasonable and necessary for the Final Fee Period: | $69,790.32[2] |
| Amount of expense reimbursement sought as actual, reasonable and necessary for the Final Fee Period: | $0.00 |
| Total Payment Sought: | $69,790.32 |

This is a(n): ____ monthly ____ interim _ X _ final application.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Listed Amount of Compensation Sought is net of Client Contractual Discount in the amount of $17,447.58.

The total time expended for fee application preparation is approximately 0.0 hours and the corresponding compensation requested is approximately $0.00.

**MONTHLY FEE STATEMENTS - JULY 13, 2022 THROUGH NOVEMBER 9, 2023**

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees Paid to Date | Expenses Requested |
|---|---|---|---|---|---|
| 01/16/2024 [D.I. 4241] | 07/13/2022 - 11/09/2023 | $69,790.32 | $13,958.06 | $0.00 | $0.00 |
| **TOTAL FOR ALL FEE PERIODS** | | **$69,790.32** | **$13,958.06** | **$0.00** | **$0.00** |

**SUMMARY OF FEES BILLED BY CATEGORY
DURING THE FINAL FEE PERIOD**

| Project Category | Hours | Fees |
|---|---|---|
| Distributions | 15.4 | $2,972.20 |
| Hearings | 18.1 | $3,493.30 |
| Non-working Travel | 14.0 | $1,351.00 |
| Retention and Fee Applications | 1.3 | $250.90 |
| Solicitation and Tabulation | 403.5 | $79,170.50 |
| Less Client Contractual Discount | | ($17,447.58) |
| **Total** | **452.3** | **$69,790.32** |

**SUMMARY OF FEES BILLED BY EMPLOYEE
DURING THE FINAL FEE PERIOD**

| Name | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Alvarao Salas Jr. | Solicitation Associate | $243.00 | 17.7 | $4,301.10 |
| Ana Galvan | Solicitation Associate | $243.00 | 5.7 | $1,385.10 |
| Jamila Dennis | Solicitation Associate | $243.00 | 2.5 | $607.50 |
| Brian Karpuk | Managing Director | $193.00 / $96.50 | 417.1 | $79,149.30 |
| Fred Brown | Managing Director | $193.00 | 0.8 | $154.40 |
| Riordan Robinson | Director | $193.00 | 2.2 | $424.60 |
| Stephen Cady | Director | $193.00 | 6.3 | $1,215.90 |
| Less Client Contractual Discount | | | | ($17,447.58) |
| **Grand Total** | | | **452.3** | **$69,790.32** |
| **Blended Rate** | | | | **$154.30** |

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES
## DURING THE FINAL FEE PERIOD

| Expense Category | Amount |
|---|---:|
| N/A | $0.00 |
| **Total** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## FINAL APPLICATION OF STRETTO, INC.
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS
## ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FINAL PERIOD
## FROM JULY 13, 2022 THROUGH NOVEMBER 9, 2023

By this application (this "Application"), pursuant to sections 330 and 331 of title 11 of the

United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), rule 2016-1 of the Local Rules of the United States

Bankruptcy Court for the Southern District of New York (the "Local Rules"), the *Amended*

*Guidelines for Fees and Disbursements for Professionals in Southern District of New York*

*Bankruptcy Cases*, effective February 5, 2013 (as adopted by General Order M-447) (the "Local

Guidelines"), the *U.S. Trustee Guidelines for Reviewing Applications for Compensation and*

*Reimbursement of Expenses Filed under 11 U.S.C. § 330*, effective June 17, 2013 (the "UST

Guidelines", together with the Local Guidelines, the "Fee Guidelines"), and the *First Amended*

*Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Retained Professionals and (II) Granting Related Relief*, dated December 19, 2022 [Docket

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

No. 1745], as further amended on June 8, 2023 [Docket No. 2779] (the "Amended Interim Compensation Order"), Stretto, Inc. ("Stretto") hereby requests: (i) final allowance of $69,790.32 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the period from July 13, 2022 through November 9, 2023 (the "Final Fee Period"); and (ii) compensation in the amount of $69,790.32, which is equal to 100% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors during the Final Fee Period.

## Jurisdiction and Venue

1.      The Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rule 2016-1, and the Fee Guidelines. Pursuant to the Local Guidelines. A certification of compliance with the Local Guidelines is attached hereto as **Exhibit A**.

## Background

4.      On July 13, 2022, each of the Debtors filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases. The Debtors are debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5.      On July 19, 2022, the Court entered an order [Docket No. 54] (the "Notice and Claims Agent Order") authorizing the employment and retention of Stretto as claims and noticing agent to the Debtors effective as of July 13, 2022. On September 16, 2022, the Court entered an

2

order [Docket No. 841] (the "<u>Administrative Advisor Order</u>") authorizing the employment and retention of Stretto as administrative advisor (in this capacity, the "<u>Administrative Advisor</u>") to the Debtors effective as of July 13, 2022. On June 8, 2023, the Court entered the Amended Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for professionals retained in these chapter 11 cases.

6.    Under the Administrative Advisor Order, Stretto is authorized to provide the Debtors with a range of bankruptcy-related administrative services on an as-needed basis pursuant to the Engagement Agreement (as defined in the Administrative Advisor Order), including, among other things, (a) assisting with the preparation of the Debtors' schedules of assets and liabilities, schedules of executory contracts and unexpired leases and statements of financial affairs; (b) assisting with solicitation, balloting, tabulation and calculation of votes, as well as preparing any appropriate reports required in furtherance of confirmation of any chapter 11 plan; (c) generating an official ballot certification and testifying, if necessary, in support of the ballot tabulation results for any chapter 11 plan(s) in these chapter 11 cases; (d) generating, providing and assisting with claims objections, exhibits, claims reconciliation and related matters; and (e) providing such other claims processing, noticing, solicitation, balloting and administrative services, as may be requested by the Debtors from time to time.

7.    On November 9, 2023, the Court entered its *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972] (the "<u>Confirmation Order</u>"), whereby the Court approved the *Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtors Affiliates* [Docket No. 2358] (as amended, modified, or supplemented from time to time, the "<u>Plan</u>").

**Relief Requested**

8.      By this Application, Stretto requests entry of an order: (i) allowing on a final basis

$69,790.32 for the reasonable and necessary professional administrative services that Stretto

rendered to the Debtors during the Final Fee Period; and (ii) directing payment in the amount of

$69,790.32, which is equal to 100% of the total amount of compensation sought for reasonable

and necessary legal services that Stretto rendered to the Debtors during the Final Fee Period.

**Compensation Sought and Paid and its Source**

9.      All services for which compensation is sought by Stretto herein were performed for

or on behalf of the Debtors.

10.      Except to the extent of any retainer paid to Stretto, Stretto has neither sought nor

received any payment or promises for payment from any source during the fee period in connection

with the matters described in this Application.  There is no agreement or understanding between

Stretto and any other person, other than affiliates, partners, managers, directors and employees of

Stretto, for sharing of the compensation to be received for services rendered to the Debtors in these

chapter 11 cases.

11.      Pursuant to the Amended Interim Compensation Order, on January 16, 2024,

Stretto filed an application [Docket No. 4241] (the "First Monthly Fee Application") for interim

approval of compensation in the amount of $69,790.32 for professional services rendered to the

Debtors during the period from July 13, 2022 through November 9, 2023.  As of the date hereof,

the Debtor has paid Stretto $0.00 on account of the amounts requested in the First Monthly Fee

Application.

12.      The fees sought by this Application do not include any fees or expenses that may

be payable by the Debtors for services provided by Stretto under the Notice and Claims Agent

4

Order, which provides separate procedures for the payment of such fees and expenses. Furthermore, no fees or expenses sought by this Application have been sought to be paid under the Notice and Claims Agent Order.

**Summary of Services Rendered**

13.    Stretto maintains computerized records of the time spent by employees in connection with Stretto's role as Administrative Advisor to the Debtors.  Detailed statements of hours spent rendering services to the Debtors in support of the compensation for fees and expenses incurred during the Final Fee Period is attached hereto as **Exhibit B**, respectively, which (a) identifies each employee that rendered services in each task category; (b) describes each service such employees performed; (c) sets forth the number of hours in increments of one-tenth of an hour spent by each employee providing services; and (d) as applicable, lists the particular type of expenses incurred.

14.    The following are summaries by category of the professional services provided by Stretto during the Final Fee Period.

**Final Fee Period**

15.    Stretto's employees provided 452.3 hours of services as Administrative Advisor to the Debtors during the Final Fee Period with a reasonable value of $69,790.32.

A.    **Distributions** –

Total Fees:    $2,377.76
Total Hours:   15.4

16.    The services in this category include coordination of distributions and related communications.

B.        **Hearings** –

Total Fees:    $2,794.64
Total Hours:   18.1

17.     The services in this category include preparation for and attendance at Debtors'
confirmation hearing.

**C.**          **Non-Working Travel** –

Total Fees:    $1,080.80
Total Hours:   14.0

18.     The services in this category include travel to and from New York in connection
with the Debtors' confirmation hearing.

**F.**          **Retention and Fee Applications**

Total Fees:    $200.72
Total Hours:   1.3

19.     The services in this category include review of the motions seeking entry of the
Notice and Claims Agent Order and the Retention Order.

**G.**          **Solicitation and Tabulation**

Total Fees:    $63,336.40
Total Hours:   403.5

20.     This category includes work related to the solicitation and tabulation of Plan votes,
including but not limited to: (i) reviewing draft solicitation documents, including the Disclosure
Statement Order, Plan, Disclosure Statement, Ballots, and related notices; (ii) reviewing Plan class
descriptions and comparing to claim and schedule records for correct grouping of records for
service of voting and non-voting Solicitation Packages; (iii) receiving, reviewing, and tabulating
voted Ballots submitted in connection with the Plan; and (iv) preparation of draft voting
declaration.

**Stretto's Requested Compensation Should Be Allowed**

21.    Section 331 of the Bankruptcy Code provides for compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, extent, and the value of such services, taking into account all relevant factors, including
>
> (a)    the time spent on such services;
>
> (b)    the rates charged for such services;
>
> (c)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (f)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

22.    Stretto respectfully submits that the compensation sought herein by Stretto is reasonable, necessary, and appropriate given the complexity of these chapter 11 cases, the issues

involved, the time expended, the rates charged for such services, the nature and extent of services provided, and the cost of comparable services outside of bankruptcy.

23.     As demonstrated in this Application and the exhibits hereto, Stretto's services were performed timely, efficiently, and effectively and without unnecessary duplication. In addition, the requisite work was carefully assigned to appropriate professionals according to the experience and level of expertise required for each particular task. Further, this Application has been prepared in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Fee Guidelines.

24.     **Exhibit B** hereto: (a) identifies the individuals that rendered services; (b) describes each activity or service that each individual performed; and (c) states the number of hours (in increments of tenths of an hour) spent by each individual providing the services. Stretto believes that the time entries set forth on **Exhibit B** complies with the requirements of Local Bankruptcy Rule 2016-1 and the Fee Guidelines.

25.     Accordingly, Stretto respectfully requests approval of the compensation sought herein.

## Certification of Compliance and Waiver

26.     The undersigned has reviewed the requirements of Local Rule 2016-1 and believes that this Application substantially complies therewith. To the extent that this Application does not comply in all respects with the requirements of Local Rule 2016-1, Stretto believes that such deviations are not material and respectfully requests that any such requirements be waived.

## Notice

27.     Stretto will provide notice of this Application in accordance with the Amended Interim Compensation Order.  A copy of this Application is also available on the website of the Debtors' claims, noticing, and solicitation agent at https://cases.stretto.com/Celsius.   Stretto submits that no other or further notice be given.

**WHEREFORE**, Stretto respectfully requests entry of an order (i) allowing on a final basis $69,790.32 for the reasonable and necessary professional administrative services that Stretto rendered to the Debtors during the Final Fee Period; and (ii) directing payment in the amount of $69,790.32, which is equal to 100% of the total amount of compensation sought for reasonable and necessary legal services that Stretto rendered to the Debtors during the Final Fee Period.

Dated: January 18, 2024
Irvine, California

Respectfully submitted,

*/s/ Brian Karpuk*
Brian Karpuk
410 Exchange, Ste. 100
Irvine, California 92602
Tel:  (714) 479-2027
Email:  brian.karpuk@stretto.com

*Administrative Advisor for Debtors
and Debtors in Possession*

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF STRETTO, INC. REGARDING**
**FINAL APPLICATION OF STRETTO, INC.**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS**
**ADMINISTRATIVE ADVISOR TO THE DEBTORS FOR THE FINAL PERIOD**
**FROM JULY 13, 2022 THROUGH NOVEMBER 9, 2023**

I, Brian Karpuk, hereby certify that:

1.        I am Managing Director of Stretto, Inc. ("Stretto"), Administrative Advisor to the Debtors.

2.        I submit this certification in connection with Stretto's Final Application of Stretto, Inc. (the "Application) [2] for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Administrative Advisor to the Debtors for the Final Fee Period from July 13, 2022 through November 9, 2023 (the "Fee Period").

3.        In compliance with the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Case,* effective February 5, 2013 (as adopted by General Order M-447) (the "Local Guidelines"), the *U.S. Trustee Guidelines for*

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

*Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C.*

*§ 330*, effective June 17, 2013 (the "UST Guidelines", together with the Local Guidelines, the "Fee

Guidelines"), and rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the

Southern District of New York, I certify that:

4.    I am the Certifying Professional designated by Stretto in respect of compliance with

the Fee Guidelines.

5.    I am thoroughly familiar with the work performed on behalf of the Debtors by

Stretto's professionals.

6.    In compliance with the Guidelines, I certify that:

a.    I have read the Application;

b.    to the best of my knowledge, information, and belief formed after

reasonable inquiry, the fees and disbursements sought fall within the Fee Guidelines;

c.    the fees and disbursements sought are billed at rates and in accordance with

practices customarily employed by Stretto and generally accepted by Stretto's clients;

d.    in providing a reimbursable service in these chapter 11 cases, Stretto does

not make a profit on such service, whether the service is performed by Stretto in house or through

a third-party;

e.    no agreement or understanding exists between Stretto and any other person

for the sharing of compensation to be received in connection with these chapter 11 cases;

f.    all services for which compensation is sought were provided on behalf of

the Debtors and not on behalf of any other person; and

*[Remainder of Page Intentionally Left Blank]*

2

g.      Stretto has provided the Debtors, their attorneys, and the U.S. Trustee with

a statement of Stretto's fees and expenses accrued during the Fee Period contemporaneously with

the service of a copy of the Application.

Dated: January 18, 2024
        Irvine, California

                                                                    /s/ Brian Karpuk
                                                                    Brian Karpuk

**EXHIBIT B**

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|--------------|-------------|-------|------|-------|
| 10/13/2023 | Stephen Cady | Director | Distributions | Communication with Stretto team re: retail borrower repayment election process | 0.2 | $193.00 | $38.60 |
| 10/13/2023 | Riordan Robinson | Director | Distributions | Internal communcation re: repayment election, bank account setup | 0.2 | $193.00 | $38.60 |
| 10/16/2023 | Fred Brown | Managing Director | Distributions | Review, respond to details, questions re: borrow repayment election requirements | 0.6 | $193.00 | $115.80 |
| 10/16/2023 | Stephen Cady | Director | Distributions | Conference with A. Golic, E. Jones re: retail borrower repayment election process (.6); attention to banking issues (1.2) | 1.8 | $193.00 | $347.40 |
| 10/17/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with Celsius | 1.3 | $193.00 | $250.90 |
| 10/17/2023 | Stephen Cady | Director | Distributions | Attention to banking requirements for retail borrower repayment election process (1.1); communication with banking partners re: same (.4) | 1.5 | $193.00 | $289.50 |
| 10/17/2023 | Riordan Robinson | Director | Distributions | Update distribution PRD, agreement in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/19/2023 | Fred Brown | Managing Director | Distributions | Review communication re: creditor data, information required for GUC distribution | 0.2 | $193.00 | $38.60 |
| 10/19/2023 | Brian Karpuk | Managing Director | Distributions | Correspondence w/ O Blonstein re: distribution process | 0.6 | $193.00 | $115.80 |
| 10/19/2023 | Stephen Cady | Director | Distributions | Attention to request for information re: handling KYC, PII, changes of address | 2.3 | $193.00 | $443.90 |
| 10/19/2023 | Riordan Robinson | Director | Distributions | Respond to client re: authentication questions | 0.5 | $193.00 | $96.50 |
| 10/20/2023 | Riordan Robinson | Director | Distributions | Review distribution PRD, agreement in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/20/2023 | Stephen Cady | Director | Distributions | Communication with Stretto team re: banking requirements for fiat distributions | 0.4 | $193.00 | $77.20 |
| 10/20/2023 | Riordan Robinson | Director | Distributions | Locate, send standard fee rate sheet in response to K. Osadetz | 0.5 | $193.00 | $96.50 |
| 10/24/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with K. Osadetz, A&M | 1.2 | $193.00 | $231.60 |
| 10/24/2023 | Stephen Cady | Director | Distributions | Correspondence with B. Karpuk via email re: timing of retail borrower repayment election process | 0.1 | $193.00 | $19.30 |
| 10/27/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call with K. Osadetz, A&M | 1.1 | $193.00 | $212.30 |
| 11/02/2023 | Brian Karpuk | Managing Director | Distributions | Call w/ Celsius, K&E re: distribution process | 0.8 | $193.00 | $154.40 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 11/07/2023 | Brian Karpuk | Managing Director | Distributions | Distribution planning call w/ company | 1.1 | $193.00 | $212.30 |
| | | | | | | | ($594.44) |
| | **TOTAL** | | | | **15.4** | | **$2,377.76** |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Call w/ H Simson, K&E Team re: confirmation hearing testimony prep | 1.0 | $193.00 | $193.00 |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Review voting data, prep for confirmation hearing testimony | 1.4 | $193.00 | $270.20 |
| 09/28/2023 | Brian Karpuk | Managing Director | Hearings | Review plan objections in advance of confirmation hearing testimony | 1.0 | $193.00 | $193.00 |
| 09/29/2023 | Brian Karpuk | Managing Director | Hearings | Review voting data, prep for confirmation hearing testimony | 2.2 | $193.00 | $424.60 |
| 10/01/2023 | Brian Karpuk | Managing Director | Hearings | Confirmation hearing prep session w/ H. Simson | 2.0 | $193.00 | $386.00 |
| 10/02/2023 | Brian Karpuk | Managing Director | Hearings | Hearing preparation with H. Simson | 1.0 | $193.00 | $193.00 |
| 10/02/2023 | Brian Karpuk | Managing Director | Hearings | Attend confirmation hearing | 2.5 | $193.00 | $482.50 |
| 10/03/2023 | Brian Karpuk | Managing Director | Hearings | Attend confirmation hearing | 4.0 | $193.00 | $772.00 |
| 10/03/2023 | Brian Karpuk | Managing Director | Hearings | Attend, testify at confirmation hearing | 3.0 | $193.00 | $579.00 |
| | Contractual Discount | | | | | | ($698.66) |
| | **TOTAL** | | | | **18.1** | | **$2,794.64** |
| 10/01/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non-working travel to NYC for confirmation hearing | 4.0 | $96.50 | $386.00 |
| 10/01/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non-working travel to NYC for confirmation hearing | 3.0 | $96.50 | $289.50 |
| 10/05/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non working travel from NYC to KC | 4.0 | $96.50 | $386.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 10/05/2023 | Brian Karpuk | Managing Director | Non-working Travel | Non working travel from NYC to KC | 3.0 | $96.50 | $289.50 |
| | Contractual Discount | | | | | | ($270.20) |
| | **TOTAL** | | | | **14.0** | | **$1,080.80** |
| 01/13/2023 | Brian Karpuk | Managing Director | Retention and Fee Applications | Attention to filing of supplemental retention declaration | 0.5 | $193.00 | $96.50 |
| 01/23/2023 | Brian Karpuk | Managing Director | Retention and Fee Applications | Review, correspondence re: Stretto supplemental retention declaration | 0.8 | $193.00 | $154.40 |
| | Contractual Discount | | | | | | ($50.18) |
| | **TOTAL** | | | | **1.3** | | **$200.72** |
| 04/03/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review filed plan; strategize re: solicitation process | 2.3 | $193.00 | $443.90 |
| 04/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review filed plan; strategize re: solicitation process | 2.8 | $193.00 | $540.40 |
| 04/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Strategy, planning, correspondence re: build out of online form of ballot | 1.5 | $193.00 | $289.50 |
| 04/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Strategize re: online form build out | 0.8 | $193.00 | $154.40 |
| 04/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment of draft form of ballot | 2.3 | $193.00 | $443.90 |
| 07/03/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 2.2 | $193.00 | $424.60 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning re Solicitation Email Campaign | 1.0 | $193.00 | $193.00 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 3.4 | $193.00 | $656.20 |
| 07/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 2.7 | $193.00 | $521.10 |
| 07/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, strategy re: creation of customer ballot, plan solicitation | 3.1 | $193.00 | $598.30 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 07/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 3.6 | $193.00 | $694.80 |
| 07/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 2.9 | $193.00 | $559.70 |
| 07/21/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Review service for Order Establishing Account Holder Bar Date (DN 3066) mailing including service lists, documents, fulfillment | 0.6 | $243.00 | $145.80 |
| 07/21/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Review current claim register in preparation for Solicitation | 1.9 | $243.00 | $461.70 |
| 07/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Internal case team call re: solicitation process | 1.1 | $193.00 | $212.30 |
| 07/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Internal case team call re: solicitation process | 0.5 | $193.00 | $96.50 |
| 07/27/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review current claim register in preparation for Solicitation | 2.5 | $193.00 | $482.50 |
| 07/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, classify claims in anticipation of solicitation | 3.7 | $193.00 | $714.10 |
| 07/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review amended disclosure statement, related documents | 1.9 | $193.00 | $366.70 |
| 07/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review amended plan; update plan classing tracking documents | 2.5 | $193.00 | $482.50 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Revise Voting Amount Report for noncustomer claims to reflect review, classification of claims under Plan | 3.2 | $193.00 | $617.60 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 4.0 | $193.00 | $772.00 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.2 | $193.00 | $231.60 |
| 08/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review non-customer claims vs customer claims reporting | 0.9 | $193.00 | $173.70 |
| 08/02/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review draft solicitation data provided by A&M | 1.7 | $193.00 | $328.10 |
| 08/02/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification; planning re: implementation of online voting platform | 2.0 | $193.00 | $386.00 |
| 08/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/07/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.6 | $243.00 | $388.80 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot mapping files, data for online voting platform | 4.0 | $193.00 | $772.00 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Plan class non-customer claims in preparation for Solicitation mailing | 1.6 | $193.00 | $308.80 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot mapping files, data for online voting platform | 3.2 | $193.00 | $617.60 |
| 08/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Plan class non-customer claims in preparation for Solicitation mailing | 4.0 | $193.00 | $772.00 |
| 08/08/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with A&M, K&E re: Solicitation update | 0.8 | $243.00 | $194.40 |
| 08/08/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.8 | $243.00 | $437.40 |
| 08/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Continue plan classing non-customer claims in preparation for Solicitation mailing | 3.2 | $193.00 | $617.60 |
| 08/09/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 0.3 | $193.00 | $57.90 |
| 08/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence re: load of Coin Balances into customized ballots | 1.8 | $193.00 | $347.40 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 4.0 | $193.00 | $772.00 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.1 | $193.00 | $405.30 |
| 08/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, test online voting platform | 4.0 | $193.00 | $772.00 |
| 08/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 0.6 | $193.00 | $115.80 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/14/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Prepare ballot landing page template | 0.6 | $243.00 | $145.80 |
| 08/15/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to prepare voting amount spreadsheet in preparation for Solicitation mailing | 1.7 | $243.00 | $413.10 |
| 08/15/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with K&E, A&M teams re: Solicitation update | 0.9 | $243.00 | $218.70 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence regarding online voting platform buildout | 2.5 | $193.00 | $482.50 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Planning, correspondence regarding online voting platform buildout | 4.0 | $193.00 | $772.00 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, provide feedback for the non-voting online portal in preparation for Solicitation | 0.5 | $193.00 | $96.50 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, provide feedback for the ballot online portal in preparation for Solicitation | 1.6 | $193.00 | $308.80 |
| 08/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, update non-customer voting amount spreadsheet in preparation for Solicitation mailing | 1.7 | $193.00 | $328.10 |
| 08/15/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Review electronic ballot | 0.7 | $243.00 | $170.10 |
| 08/16/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with A&M team re: Solicitation update | 0.6 | $243.00 | $145.80 |
| 08/16/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Meeting re: CEL - Ballot / Class Calculations Follow Up | 0.6 | $243.00 | $145.80 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.7 | $193.00 | $521.10 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.6 | $193.00 | $694.80 |
| 08/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Conference call with A&M team re: Solicitation update | 0.6 | $193.00 | $115.80 |
| 08/16/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Prepare, circulate solicitation email templates | 0.6 | $243.00 | $145.80 |
| 08/17/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.6 | $193.00 | $694.80 |
| 08/17/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.0 | $193.00 | $579.00 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.2 | $193.00 | $424.60 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.5 | $193.00 | $675.50 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.5 | $193.00 | $289.50 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.8 | $193.00 | $347.40 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.0 | $193.00 | $386.00 |
| 08/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.2 | $193.00 | $617.60 |
| 08/21/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 1.2 | $243.00 | $291.60 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 4.0 | $193.00 | $772.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 4.0 | $193.00 | $772.00 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review online forms of non-customer ballots | 1.5 | $193.00 | $289.50 |
| 08/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/22/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 2.0 | $243.00 | $486.00 |
| 08/22/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots | 0.7 | $243.00 | $170.10 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.2 | $193.00 | $617.60 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 2.0 | $193.00 | $386.00 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Update electronic ballot platform to reflect plan class information, solicitation procedures | 3.0 | $193.00 | $579.00 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review non-customer ballots | 0.5 | $193.00 | $96.50 |
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review opt out forms | 0.7 | $193.00 | $135.10 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/22/2023 | Jamilla Dennis | Solicitation Associate | Solicitation and Tabulation | Update ballot landing page, email templates | 0.6 | $243.00 | $145.80 |
| 08/23/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Update voting amount spreadsheet for non-customer claims register | 1.9 | $243.00 | $461.70 |
| 08/23/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Email correspondence with A&M team re: voting amount spreadsheet for non-customer claims register | 0.5 | $243.00 | $121.50 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.1 | $193.00 | $598.30 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.0 | $193.00 | $386.00 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on voting amount spreadsheet | 1.2 | $193.00 | $231.60 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Prepare, format Class 11 - De Minimis Claims list | 1.7 | $243.00 | $413.10 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Update voting amount spreadsheet for non-customer claims register | 1.6 | $243.00 | $388.80 |
| 08/24/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Continue to update voting amount spreadsheet for non-customer claims register | 1.8 | $243.00 | $437.40 |
| 08/24/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Set-up non-customer ballots in core non voting class 1, 3, 6B, 15, 17 | 1.0 | $243.00 | $243.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.0 | $193.00 | $193.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 1.4 | $193.00 | $270.20 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 2.5 | $193.00 | $482.50 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review plan classification files, implement to online voting platform | 3.0 | $193.00 | $579.00 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on plan classing reports | 1.7 | $193.00 | $328.10 |
| 08/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review, comment on plan classing reports | 0.7 | $193.00 | $135.10 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 08/28/2023 | Ana Galvan | Solicitation Associate | Solicitation and Tabulation | Review ballots input in case management system for accuracy, completeness | 0.2 | $243.00 | $48.60 |
| 08/28/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.4 | $193.00 | $463.20 |
| 08/28/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 3.5 | $193.00 | $675.50 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.8 | $193.00 | $540.40 |
| 08/29/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |
| 08/30/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 1.6 | $193.00 | $308.80 |
| 08/31/2023 | Alvaro Salas Jr. | Solicitation Associate | Solicitation and Tabulation | Conference call with K&E, Celsius re: Loan Repayment, Fiat Distributions | 0.3 | $243.00 | $72.90 |
| 08/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review and incorporate submitted ballots into tabulation reporting | 2.0 | $193.00 | $386.00 |
| 08/31/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Call w/ K&E, Celsius re: distribution, loan pay off process | 0.5 | $193.00 | $96.50 |
| 09/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/01/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, incorporate in tabulation report | 2.5 | $193.00 | $482.50 |
| 09/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.7 | $193.00 | $521.10 |
| 09/05/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.3 | $193.00 | $636.90 |
| 09/06/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.6 | $193.00 | $501.80 |
| 09/07/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.6 | $193.00 | $694.80 |
| 09/08/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.8 | $193.00 | $540.40 |
| 09/11/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.8 | $193.00 | $540.40 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.2 | $193.00 | $424.60 |
| 09/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.0 | $193.00 | $579.00 |
| 09/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.5 | $193.00 | $675.50 |
| 09/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/15/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.3 | $193.00 | $636.90 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.0 | $193.00 | $579.00 |
| 09/18/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 0.8 | $193.00 | $154.40 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 1.1 | $193.00 | $212.30 |
| 09/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.9 | $193.00 | $559.70 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/21/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 2.0 | $193.00 | $386.00 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 0.6 | $193.00 | $115.80 |
| 09/22/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/23/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.8 | $193.00 | $733.40 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 4.0 | $193.00 | $772.00 |
| 09/24/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Review submitted ballots, update tabulation report | 3.2 | $193.00 | $617.60 |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 2.3 | $193.00 | $443.90 |
| 09/25/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Finalize Vote Certification | 1.7 | $193.00 | $328.10 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 4.0 | $193.00 | $772.00 |
| 09/26/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Audit voting data, prepare amended Vote Certification | 0.5 | $193.00 | $96.50 |
| 10/04/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot reporting | 1.2 | $193.00 | $231.60 |
| 10/10/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare report of all submitted ballots for A&M | 2.5 | $193.00 | $482.50 |
| 10/12/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare report of all Class 4 opt outs | 1.6 | $193.00 | $308.80 |
| 10/13/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot detail report for G. Hensley | 0.9 | $193.00 | $173.70 |
| 10/14/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot data package for H. Simson | 1.2 | $193.00 | $231.60 |
| 10/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare ballot detail report for H. Simson | 1.5 | $193.00 | $289.50 |
| 10/16/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare list of equitably subordinated claims for G. Wang | 0.4 | $193.00 | $77.20 |
| 10/19/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Correspondence w/ G. Hensley re: class claim opt out results | 0.7 | $193.00 | $135.10 |
| 10/20/2023 | Brian Karpuk | Managing Director | Solicitation and Tabulation | Prepare Potential CEL Token Litigants report | 1.1 | $193.00 | $212.30 |
| | Contractual Discount | | | | | | ($15,834.10) |
| | **TOTAL** | | | | **403.5** | | **$63,336.40** |

**Exhibit B**
*Labor Detail*

| Date | Name | Role | Task Category | Description | Hours | Rate | Total |
|------|------|------|---------------|-------------|-------|------|-------|
| | Total Contractual Discount | | | | | | ($17,447.58) |
| | **GRAND TOTAL** | | | | **452.3** | | **$69,790.32** |