Johan Bronge
Pro Se
25 January 2024

### UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, et al. | Jointly Administered |
| | |
| | Appeal |
| Debtors. | Case No. 23-cv-10368 |

**Addition to Response and Objection to Motion to Authorize / Debtors' Motion Seeking Entry of an Order (I) Designating Additional Items to be Included in Appellant's Designation of Record on Appeal; (II) Striking Certain Items from Appellant's Designation of Record on Appeal; and (III) Granting Related Relief (EFC#4126)**

Your Honor,

Just prior the the last hearing on January 11, the Debtor counsel contacted me to ask if I would accept not to argue in court as they were ready to accept most of my list except the item 4009. They said they also would significantly shorten their list. I agreed to this on condition they would produce such list with the rational for why each document needed to be included. After several enquiries, I received this new list of documents in the evening of 23 January (my local time). It is still a massive amount of documents and no rational was given for these. I contacted K&E and we managed to have a short discussion around their general, overview rational but without a detailed analysis of individual documents.

I have no possibility to check all the documents in the time available. I have made a quick appraisal of the list of documents and conclude that many, possibly the vast majority, in my view have no bearing whatsoever on the narrow issues in my Appeal.

I will therefore stand by my original objection, but taking K&E's general rational into account, I will, in a general way, add that I will accept and have no objections to any document;

- describing the Plan and Disclosure Statement.
- regarding contract interpretation where any loans are involved.
- regarding contract interpretation where Earn accounts are involved and/or the Earn account status is involved.
- that gives relevant and appropriate context in relation to Celsius that compliments the Examiner Report.
- all hearings transcripts.

I do apologize for not having time to review all Debtor's documents one by one. I hope the Court will be able to make a balanced judgment on an appropriate Record on Appeal.

Respectfully

Johan Bronge

*Pro se creditor*