January 25, 2024

To the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408500

Re: Celsius Network LLC, et al., Case No. 22-10964 (MG)

Dear Chief Judge Glenn,

I am a European citizen who is a creditor of the bankrupt Celsius, better identified in Annex F Line #: 3.1.576977, I have now learned that the transfer referred to in [Docket no. 4006], was rejected by the debtor because it was received after the registration date.

It is extremely important that this transfer is effectively processed, as I am the only legitimate owner of this claim since 10/20/2023, the date on which the evidence of transfer of claim was signed by me and Márcia Ferreira.

The entire process of understanding how to transfer credits and pay the fee was a real adventure, not being in the United States, I was given no other option by the court than to make payment through certified check, in which, in addition to much more time-consuming (banks practically no longer use this type of process) had associated costs and delays, namely sending all documents to the court in physical format, with a bank transfer being much more convenient, quick and efficient, and then sending the entire document to the court. documentation digitally, uploading the documents directly to your services, but as this cannot be the case, on 10/23/2023 I sent all the documentation by mail registered by CTT (national mail), with registration number RL194248627PT, which left Portugal for the USA on 10/24/2023, the date after which it was no longer possible to follow up (which continues to this day) because no more information was loaded into the tracking system, which is why I filed a complaint with the national post office with registration number SR0017804972, which only on 11/22/2023 informed me that *"Following the investigations carried out with the Destination Postal Operator, I inform you that the postal item is available for collection in 90 Church St, STE 200, New York, NY."*, which immediately turns out to be untrue as the documentation finally arrived at its destination and was entered under [Docket no. 4006] with filed date of 11/13/2023 and entry of 11/14/2023.

Related to the subject in 01/22/2024 was filed with the court the [Docket nº. 4272], whose content I am unaware of because I have not yet received anything, and that the Debtors have not told me what it is, despite several requests.

From what I know, we are very close to the date for distribution to the Debtors, hence the urgency in resolving this matter,

In view of all of the above, I ask Your Excellency to order the debtor to immediately process the aforementioned transfer of credits to my name as they belong to me, thus avoiding further damage and inconvenience in this truly harmful process for the creditors.


Respectfully submitted,
/s/ Vítor Cunha
Vítor Cunha, *Pro Se*