# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Case No. 22-10964 (MG)<br>Chapter 11<br><br>Jointly Administered |

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 23021 OF PENNSYLVANIA DEPARTMENT OF REVENUE

PLEAST TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Pennsylvania Department of Revenue creditor in the above-captioned Ch. 11 case, by and through counsel, hereby withdraws its proof of claim number 23021, which was filed on February 9, 2023, in the amount of $965,768.37.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MICHELLE A. HENRY
　　　　　　　　　　　　　　　　　　　　　Attorney General


　　　　　　　　　　　　　　　　　By:　　*s/ Melissa L. Van Eck*
　　　　　　　　　　　　　　　　　　　　Melissa L. Van Eck
Office of Attorney General　　　　　　　　Chief Deputy Attorney General
Financial Enforcement Section　　　　　　Attorney ID 85869
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-5176
mvaneck@attorneygeneral.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for Commonwealth of Pennsylvania*
Date:  January 29, 2024　　　　　　　　　*Department of Revenue*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4114); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.