Pierson Ferdinand LLP
Carl D. Neff, Esq.
CSC Station
112 S. French Street
Wilmington, DE 19801

*Counsel for New Spanish Ridge, LLC,*
*MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.,*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**

PLEASE TAKE NOTICE that below is the new contact information for Carl D. Neff, Esq., counsel for New Spanish Ridge, LLC, MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC.

Request is made that the documents filed in this case now be served on the undersigned counsel at the below address:

Carl D. Neff
**PIERSON FERDINAND LLP**
CSC Station
112 S. French Street
Wilmington, DE 19801
Tel.: (302) 482-4244
carl.neff@pierferd.com

**PIERSON FERDINAND LLP**

*/s/ Carl D. Neff*
Carl D. Neff (NY Bar No. 5057435)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

CSC Station
112 S. French Street
Wilmington, DE 19801
Tel.: (302) 482-4244
carl.neff@pierferd.com

Dated: January 29, 2024

*Counsel for New Spanish Ridge, LLC,
MRK Spanish Ridge, LLC and PREH Spanish Ridge, LLC*

2