| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200 |

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF FINAL FEE APPLICATIONS FOR PROFESSIONALS**

**PLEASE TAKE NOTICE** that A.M. Saccullo Legal, LLC, Latham & Watkins LLP, Alvarez & Marsal North America, LLC, Ernst & Young LLP, White & Case LLP, Elementus Inc., Gornitzky & Co., Perella Weinberg Partners LP, Centerview Partners LLC, M3 Advisory Partners, LP, Mark Andrews and Company, LLC, Selendy Gay Elsberg PLLC, RSM US LLP, Stout Risius Ross, LLC, Kirkland & Ellis LLP, and Stretto, Inc. (and collectively with Huron Consulting Services LLC and Akin Gump Strauss Hauer & Feld LLP, the "Retained Professionals") have filed their final fee applications for the fee period from July 13, 2022 through and including November 9, 2023 at Docket Nos. 4254, 4249, 4250, 4253, 4256, 4257, 4258, 4259, 4260, 4261, 4262, 4263, 4264, 4265, 4266, and 4268 respectively, (and collectively with the below, the "Final Fee Applications"). If any party other than the United States Trustee or the Fee Examiner wishes to file a response or objection to these Final Fee Applications, any such responses or objections must

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

be filed on or before **February 7, 2024 at 12:00 p.m. (prevailing Eastern Time)**.  A copy of the objection or response must also be served on the applicable Retained Professionals.

**PLEASE TAKE FURTHER NOTICE** that Huron Consulting Services LLC and Andersen LLP have filed their final fee applications for the fee period from July 13, 2022 through and including November 9, 2023 at Docket Nos. 4270 & 4271.  If any party other than the United States Trustee or the Fee Examiner wishes to file a response or objection to these Fee Applications, any such responses or objections must be filed on or before **February 9, 2024 at 12:00 p.m. (prevailing Eastern Time)**.  A copy of the objection or response must also be served on the applicable Retained Professionals.

**PLEASE TAKE FURTHER NOTICE** that Akin Gump Strauss Hauer & Feld LLP filed its final fee application for the fee period from July 13, 2022 through and including November 9, 2023 at Docket No. 4273.  If any party other than the United States Trustee or the Fee Examiner wishes to file a response or objection to this Fee Application, any such responses or objections must be filed on or before **February 12, 2024 at 12:00 p.m. (prevailing Eastern Time)**.  A copy of the objection or response must also be served on the applicable Retained Professionals.

**PLEASE TAKE FURTHER NOTICE** that the United States Trustee and the Fee Examiner shall be entitled to review, and potentially object to, the Interim Fee Applications until ten days prior to the hearing on the Interim Fee Applications pursuant to the fee review schedule set forth in the *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779].

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Final Fee Applications will be held at a date and time convenient to the Court.

**PLEASE TAKE FURTHER NOTICE** that copies of the Final Fee Applications and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| New York, New York<br>Dated:  January 29, 2024 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |