**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**THIRD SUPPLEMENTAL DECLARATION OF MARTIN FLASHNER IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF ERNST & YOUNG LLP AS TAX COMPLIANCE AND TAX ADVISORY SERVICES PROVIDER, EFFECTIVE AS OF JULY 13, 2022, AND (II) GRANTING RELATED RELIEF**

I, Martin Flashner, hereby declare under penalty of perjury, pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure as follows:

1. I am a tax professional and retired EY LLP[2] partner and a part-time independent contractor retained by EY Israel. I hold a CPA license from Connecticut.

2. The facts set forth in this declaration are based upon my personal knowledge, upon information and belief, and upon records kept and reviewed by me.[3]

3. I understand that on October 12, 2023, Debtors' counsel provided EY LLP with the names of additional Parties in Interest that had not been shared with EY LLP at the time my previous declarations were filed [Docket Nos. 1404, Ex. D, 1994, and 2724, respectively] (the "Third Set of Additional Parties in Interest").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Terms defined in my previous declarations in these chapter 11 cases have the same definitions herein.

[3] I do not have copies of client matter records from my time as an EY LLP partner.

4. Based on a review of my personal files and my recollections, in my capacity as an EY LLP partner and/or as an independent contractor to EY Israel, I have not provided services to the Parties in Interest listed on the Third Set of Additional Parties in Interest.

5. In addition, I re-reviewed the names of the Parties in Interest, Additional Parties in Interest, and Second Set of Additional Parties in Interest (as defined in my previous declarations) and I have not provided services to any of the parties on those lists except as otherwise disclosed in my previous declarations.

6. Paragraph 12 of my November 18, 2022 declaration [Docket No. 1404, Ex. D] stated: "I do not directly hold any debt or equity securities of the Debtors. I may hold interests in mutual funds or other investment vehicles that may own securities of the Debtors *or Parties in Interest* from time to time, but I am not currently aware of any such holdings and do not control the investment decisions of any such mutual funds or other investment vehicles." (Emphasis added.) While preparing this supplemental declaration, I concluded that I should clarify that I have held and continue to hold listed securities in some Parties in Interest, Additional Parties in Interest, Second Set of Additional Parties in Interest, and/or Third Set of Additional Parties in Interest. I have not held and do not hold securities in the Debtors or their non-debtor affiliates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: January 30, 2024

*/s/ Martin Flashner*
MARTIN FLASHNER

2