AKIN GUMP STRAUSS HAUER & FELD LLP
Mitchell P. Hurley
Dean L. Chapman Jr.
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Special Litigation Counsel*
*to the Debtors and the Debtors in Possession*

**UNITED STATES DISTRICT BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | Jointly Administered |

**SUPPLEMENT TO FINAL FEE APPLICATION**
**OF AKIN GUMP STRAUSS HAUER & FELD LLP AS**
**SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND**
**DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION FOR**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE**
**PERIOD JULY 13, 2022 THROUGH AND INCLUDING NOVEMBER 9, 2023**

Akin Gump Strauss Hauer & Feld LLP ("Akin"), special litigation counsel to the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits this supplement (the "Expense Supplement") to its final fee application [Docket No. 4273] (the "Application"), pursuant to sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network, Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

of New York, requesting final allowance of compensation for services rendered to the Debtors for the period July 13, 2022 through and including November 9, 2023 and for reimbursement of expenses incurred in connection therewith. In support of this Expense Supplement, Akin respectfully represents as follows:

### RELIEF REQUESTED

1. By the Application, Akin requested approval on a final basis of a final fee allowance as special litigation counsel for the Debtors in the amount of $16,386,734.43, together with reimbursement of expenses in the amount of $521,732.63.

2. As set forth in the Application, Akin files this Expense Supplement seeking compensation of additional actual out-of-pocket expenses from a third-party vendor that was not captured in the original Application in the amount of $2,498.55 (the "Trailing Expenses"). The Trailing Expenses for which reimbursement is sought herein were incurred on behalf of the Debtors solely in connection with these Chapter 11 Cases.

3. Akin maintains records of all actual and necessary out-of-pocket expenses incurred in connection with its representation of the Debtors in these Chapter 11 Cases. A revised schedule of the categories of expenses and amounts for which reimbursement is requested is set forth on **Exhibit A** attached hereto. **Exhibit B**, attached hereto, is a blackline that compares the revised schedule of the categories of expenses and amounts with the original version filed in the Application.

4. Akin respectfully requests that this Court enter an order approving, on a final basis, the amounts requested in the Application plus the Trailing Expenses requested in this Expense Supplement.

### RESERVATION OF RIGHTS

5. To the extent that there are services rendered or expenses incurred that relate to the Final Compensation Period (as defined in the Application) but were not processed prior to the

preparation of the Application or this Expense Supplement, Akin reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application or supplement.

## CONCLUSION

WHEREFORE, Akin respectfully requests: (i) final allowance of compensation for professional services rendered to the Committee during the Final Compensation Period in the amount of $16,386,734.43 and (ii) reimbursement of actual and necessary expenses in the amount of $524,231.18; and (iii) such other and further relief as the Court deems just, proper and equitable.

Dated: January 31, 2024　　　　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**
New York, New York

By: */s/ Mitchell P. Hurley*
　　Mitchell P. Hurley
　　Dean L. Chapman
　　One Bryant Park
　　New York, New York 10036
　　Telephone: (212) 872-1000
　　Facsimile: (212) 872-1002
　　mhurley@akingump.com
　　dchapman@akingump.com

　　*Special Litigation Counsel to the Debtors and Debtors
　　 in Possession*

**EXHIBIT A**

**SUMMARY OF EXPENSES BY CATEGORY**

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $8,517.78 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $269,274.98 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $3,004.68 |
| Computerized Legal Research - Westlaw - out of contract | $794.16 |
| Computerized Legal Research - Other | $557.54 |
| Corporate Service Fees | $1,181.57 |
| Courier Service/Messenger Service - Off Site | $3,685.94 |
| Court Cost | $400.00 |
| Color Copy | $2,958.80 |
| Contract Labor - Attorney | $5,850.00 |
| Document Retrieval | $34.00 |
| Duplication - In House | $3,701.80 |
| Duplication - Off Site | $538.60 |
| Filing Fees | $1,450.00 |
| Imaging/Computerized Litigation Support | $962.50 |
| Meals - Business | $687.70 |
| Meals - Overtime | $485.00 |
| Meals - In House Catering | $1,265.61 |
| Postage | $39.25 |
| Professional Fees - Consultant Fees | $41,210.00 |
| Professional Fees - Legal | $83,951.90 |
| Professional Fees - Miscellaneous | $92,435.68 |
| Professional Fees - Process Server | $5,913.78 |
| Professional Fees - Translation Services | $2,693.55 |
| Research | $903.62 |
| Telephone - Long Distance | $280.00 |
| Deposition | $82.80 |
| Transcripts | $18,626.16 |
| Recruiting - Transcript Fees | $535.95 |
| Local Transportation - Overtime | $3,771.77 |

| | |
|---|---:|
| Travel - Airfare | $2,102.35 |
| Travel - Ground Transportation | $2,169.92 |
| Travel - Incidentals - Out-of-Town Travel | $216.00 |
| Travel - Lodging (Hotel, Apt, Other) | $4,317.23 |
| Travel - Telephone & Fax | $8.00 |
| **TOTAL:** | **$564,608.62** |
| **TOTAL EXPENSES LESS FEE EXAMINER REDUCTIONS:** | **$524,231.18** |

## **EXHIBIT B**

## SUMMARY OF EXPENSES BY CATEGORY

| Disbursement Activity | Amount ($) |
|---|---:|
| Computerized Legal Research - Lexis - In Contract 30% Discount | $8,517.78 |
| Computerized Legal Research - Westlaw - In Contract 30% Discount | $269,274.98 |
| Computerized Legal Research - Courtlink - In Contract 50% Discount | $3,004.68 |
| Computerized Legal Research - Westlaw - out of contract | $794.16 |
| Computerized Legal Research - Other | $557.54 |
| Corporate Service Fees | $1,181.57 |
| Courier Service/Messenger Service - Off Site | $3,685.94 |
| Court Cost | $400.00 |
| Color Copy | $2,958.80 |
| Contract Labor - Attorney | $5,850.00 |
| Document Retrieval | $34.00 |
| Duplication - In House | $3,701.80 |
| Duplication - Off Site | $538.60 |
| Filing Fees | $1,450.00 |
| Imaging/Computerized Litigation Support | $962.50 |
| Meals - Business | $687.70 |
| Meals - Overtime | $485.00 |
| Meals - In House Catering | $1,265.61 |
| Postage | $39.25 |
| Professional Fees - Consultant Fees | $41,210.00 |
| Professional Fees - Legal | $83,951.90 |
| Professional Fees - Miscellaneous | $92,435.68 |
| Professional Fees - Process Server | $5,913.78 |
| Professional Fees - Translation Services | $~~195.00~~2,693.55 |
| Research | $903.62 |
| Telephone - Long Distance | $280.00 |
| Deposition | $82.80 |
| Transcripts | $18,626.16 |
| Recruiting - Transcript Fees | $535.95 |
| Local Transportation - Overtime | $3,771.77 |

| | |
|---|---:|
| Travel - Airfare | $2,102.35 |
| Travel - Ground Transportation | $2,169.92 |
| Travel - Incidentals - Out-of-Town Travel | $216.00 |
| Travel - Lodging (Hotel, Apt, Other) | $4,317.23 |
| Travel - Telephone & Fax | $8.00 |
| **TOTAL:** | **$~~562,110.07~~564,608.62** |
| **TOTAL EXPENSES LESS FEE EXAMINER REDUCTIONS:** | **$~~521,732.63~~524,231.18** |