**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ——————————————————— | x : | |
| In re: | : : | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | : : | Case No. 22-10964 (MG) |
| Debtors. | : : | Jointly Administered |
| ——————————————————— | x : | |
| IGNAT TUGANOV, | : : | |
| Plaintiff, | : : | Adversary Proceeding |
| v. | : : | Case No. 23-01024 (MG) |
| CELSIUS NETWORK LLC; CELSIUS KEYFI LLC; CELSIUS LENDING LLC; CELSIUS MINING LLC; CESIUS NETWORK INC.; CELSIUS NETWORK LIMITED; CELSIUS NETWORKS LENDING LLC; CELSIUS US HOLDING LLC, GK8 LTD., GK8 UK LIMITED, AND GK8 USA LLC | : : : : : : : | |
| Defendants. | : | |
| ——————————————————— | x | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), and in accordance with the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* filed in the above-captioned chapter 11 cases [Dkt. No. 4289] (the "<u>Plan</u>"), Plaintiff, IGNAT TUGANOV, by and through his undersigned counsel, hereby voluntarily dismisses, with prejudice, Plaintiff's Complaint in the above-captioned adversary proceeding against Celsius Network LLC, Celsius KeyFi LLC, Celsius

---

[1] The above-captioned debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956), GK8 Ltd. (1209), GK8 UK Limited (0893), and GK8 USA LLC (9450). The location of Celsius Network LLC's principal place of business and the debtors' service address in these chapter 11 cases is 50 Harrison St., Suite 209F, Hoboken, New Jersey 07030.

Lending LLC, Celsius Mining LLC, Celsius Network Inc., Celsius Network Limited, Celsius Networks Lending LLC, Celsius U.S. Holding LLC, GK8 Ltd., GK8 UK Limited and GK8 USA LLC.  This voluntary dismissal shall be deemed effective as of the "Effective Date" of the Plan (as that term is defined in the Plan). Each party shall bear it own attorneys' fees and costs.

Dated: New York, New York
      February 1, 2024

                 **VENABLE LLP**

                 By:     */s/ Jeffrey S. Sabin*
                       Jeffrey S. Sabin
                       1270 Avenue of the Americas, 24th Floor
                       New York, New York 10020
                       Telephone: (212) 307-5500
                       Facsimile: (212) 307-5598
                       Email: JSSabin@Venable.com

                 -and-

                       Andrew J. Currie (*admitted pro hac vice*)
                       600 Massachusetts Avenue, NW
                       Washington, DC 20001
                       Telephone: (202) 344-4586
                       Facsimile: (202) 344-8300
                       Email: AJCurrie@venable.com

                 *Counsel for Ignat Tuganov*