UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
CELSIUS NETWORK LLC, et al.,[1]                                   :   Case No. 22-10964 (MG)
                                                                  :
                      Debtors.                                    :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------X

## SECOND STAFFING AND COMPENSATION REPORT OF FTI CONSULTING TECHNOLOGY LLC FOR THE PERIOD OCTOBER 1, 2023 THROUGH NOVEMBER 9, 2023

| Name of Applicant: | FTI Consulting Technology LLC ("FTI") |
|---|---|
| Authorized to provide professional services to: | Debtors and Debtors in Possession |
| Date of retention: | September 28, 2023 effective as of January 30, 2023. |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through November 9, 2023. |
| Amount of compensation sought as actual, reasonable, and necessary: | $15,505 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $66,497.81 |
|  |  |
| Exhibit A: | Summary of Professional Fees |
| Exhibit B: | Summary of Fees by Professional[2] |
| Exhibit C: | Summary of Fees by Activity and Professional |
| Exhibit D: | Summary of Expenses by Expense Type |

FTI Consulting Technology LLC ("FTI") hereby provides its second staffing and

compensation report for the period of October 1, 2023, through November 9, 2023, (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2] Pursuant to the Retention Order (defined below), the names of the FTI professionals providing expert services to the Debtors have been redacted.

"Second Staffing and Compensation Report" and the "Second Staffing and Compensation Report Period," as the context indicates) in accordance with that certain *Order Pursuant to 11 U.S.C. §§ 105 and 363 (I) Authorizing the Retention and Employment of FTI Consulting Technology LLC for Expert Services Effective as of January 30, 2023 and (II) Granting Related Relief* [Doc. 3613] (the "Retention Order").

As set forth in the Second Staffing and Compensation Report, FTI incurred $15,505.00 in aggregate compensation and $66,497.81 for actual and necessary expenses during the Second Staffing and Compensation Report Period.

**WHEREFORE**, pursuant to the Retention Order, FTI hereby submits its Second Staffing and Compensation Report for the Second Staffing and Compensation Report Period.

Dated: February 2, 2024
Washington, DC

FTI CONSULTING TECHNOLOGY LLC

By:    */s/ Bryce Snape*
Bryce Snape
Managing Director
555 12th Street NW | Suite 700
Washington, DC 20004

Celsius Network, LLC, et al.
Case No. 22-10964 (MG)

Summary of Professional Fees
For the Period of October 1, 2023 Through November 9, 2023

| Fee Category | Total Amount |
|---|---|
| Hourly Fees | $ 15,505.00 |
| Expenses | $ 66,497.81 |
| **Report Total** | **$ 82,002.81** |

Exhibit A

Celsius Network, LLC, et al.
Case No. 22-10964 (MG)

Summary of Fees by Professional
For the Period of October 1, 2023 Through November 9, 2023

| Professional | Title | Rate | Hours Worked | Total Amount |
|---|---|---|---|---|
| #1 | Senior Managing Director | 990.00 | 0.00 | $ 0.00 |
| #2 | Managing Director | 860.00 | 2.70 | $ 2,322.00 |
| #3 | Senior Director | 800.00 | 2.50 | $ 2,000.00 |
| #4 | Director | 675.00 | 0.00 | $ 0.00 |
| #5 | Senior Consultant | 530.00 | 0.40 | $ 212.00 |
| #6 | Senior Consultant | 530.00 | 2.00 | $ 1,060.00 |
| #7 | Senior Consultant | 530.00 | 18.70 | $ 9,911.00 |
| #8 | Consultant | 420.00 | 0.00 | $ 0.00 |
| | **Total** | | **26.30** | **$ 15,505.00** |

Exhibit B

Celsius Network, LLC, et al.
Case No. 22-10964 (MG)

Summary of Fees by Activity and Professional
For the Period of October 1, 2023 Through November 9, 2023

| Professional | Title | Rate | Hours Worked | Total Amount |
|---|---|---|---|---|
| #1 | Senior Managing Director | 990.00 | - | - |
| #2 | Managing Director | 860.00 | 2.70 | 2,322.00 |
| | Transaction Monitoring | | 2.70 | 2,322.00 |
| #3 | Senior Director | 800.00 | 2.50 | 2,000.00 |
| | Project Management | | 2.50 | 2,000.00 |
| #4 | Director | 675.00 | - | - |
| #5 | Senior Consultant | 530.00 | 0.40 | 212.00 |
| | Ad hoc[3] | | 0.40 | 212.00 |
| #6 | Senior Consultant | 530.00 | 2.00 | 1,060.00 |
| | Transaction Monitoring | | 2.00 | 1,060.00 |
| #7 | Senior Consultant | 530.00 | 18.70 | 9,911.00 |
| | Transaction Monitoring | | 3.20 | 1,696.00 |
| | Investment Analysis | | 13.50 | 7,155.00 |
| | Ad hoc | | 2.00 | 1,060.00 |
| #8 | Consultant | 420.00 | - | - |
| | **Total** | | **26.30** | **$ 15,505.00** |

Exhibit C

---

[3] Time in this category refers to time spent responding to specific requests from counsel unrelated to other workstreams.

Celsius Network, LLC, et al.
Case No. 22-10964 (MG)

Summary of Expenses by Expense Type
For the Period of October 1, 2023 Through November 9, 2023

| Expense Type | Total Amount |
|---|---|
| Data Attribution/Monitoring | $ 228.26 |
| Legal Fees | $ 66,269.55 |
| **Total** | **$ 66,497.81** |

Exhibit D

Exhibit D includes certain trailing expenses incurred prior to October 1, 2023, but were not processed to include in the first interim report.