United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Phone: 212.668.2870



United States Bankrupcy Court Southern
Distric O New York.

One Bowling Green
New York, NY 10004-1408
Phone: 212.668.2870

Hi, My name is Sabas E Montiel, I have an account with Celsius Network and I have not received any of my assets. I have tried calling the phone number they provide and I get no answer. I have tried to send emails to the email address they provide and is not a good email address.

Now they send me an email saying Celsius will wind down its operations. (I included part of their email below). Will you please help me recover my assets from Celsius?

Thank you very much

Sincerely

Sabas E Montiel          JANUARY 28, 2024

This email is to notify you that as part of our Plan and transition, Celsius will wind down its operations, including discontinuing Celsius mobile and web apps. Beginning on or around February 28, 2024, the Celsius app will no longer be available on iOS and Android devices, nor on the web.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.