Honorable Martin Glenn,

Thank you, sir, for your tremendous work on behalf of all of us who were afflicted by the Celsius travesty.

I have a concern about handling of my claim payment.

I received a notice that my claim distribution was ready to be processed through PayPal.  I followed all instructions but it did not work.  Then I received another notice from Stretto Celsius Network saying that my claim can not be serviced by PayPal.  They refer me to the FAQ which indicates that, under these circumstances, I will receive my payment in US Dollars.

I have held accounts with both PayPal and Coinbase for several years.  I feel certain that arrangements could easily be made to administer my distribution through one of these two exchanges.

If I receive US Dollars, I will lose the benefit of over $13,000 due to the recent price increase of BTC and ETH.  If I receive US Dollars, someone besides me is going to benefit from that $13,000 price increase.

I have already lost more than I can stomach through this deal.  I don't want to lose this one positive break.  Please don't let them deny me another $13,000 of my rightful money.  Please don't let them get away with failing to pursue the distribution of my BTC and ETH.  Please don't let them get away with sending me a check instead.

Thank you for your attention, and thank your for your earnest fight for us.

Sincerely,
Robert Steele