February 18, 2024

To the Honorable Martin Glenn

United States Bankruptcy Court

for the Southern District of New York

One Bowling Green

New York, NY 10004-1408500

Dear Chief Judge Glenn,

My name is Jin Wu. I am a Canadian living in the U.S. To date, I have not received any of my assets. I believe this is because I have multiple accounts with Celsius, which resulted in my accounts being suspended. One of my accounts has a portion of the money in custody, and the rest in earn. The others are all in earn. I have received emails telling me to prepare my Coinbase/PayPal/Venmo accounts to receive the funds (I have both U.S. and Canadian accounts). I have also received emails telling me I can now withdraw my custody amounts but haven't been able to do so due to my suspended accounts. I have been reaching out via email and tickets for months now with no response from Celsius. I believe that even though my accounts are suspended, I still have a right to receive my assets back. Now that Celsius is winding down, I am very concerned about my assets. Please, could you help me to recover my assets?

Thank you.

Respectfully,

Jin Wu