Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200

*Counsel to Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**FEBRUARY 21, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time and Date of Hearing:     February 21, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")

Location of Hearing:     The Honorable Chief Judge Martin Glenn
United States Bankruptcy Court for the
Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green, Courtroom No. 523
New York, New York 10004

Hearing Attendance Instructions:     The Hearing will be held in a hybrid format before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

        Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.

        With the permission of the Court, only parties in interest, their attorneys, and witnesses may attend hearings by Zoom. Any person or entity that is permitted to attend the hearing by Zoom must certify that they are appearing in a permitted capacity by registering their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial in to the hearing by using the audio platform must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on February 20, 2024).**

        This change in practice reflects the policies of the Judicial Conference of the United States that became effective on September 22, 2023.

Copies of Motions:    A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

## I. Adversary Proceedings.

1. **Celsius Mining LLC v. Mawson Infrastructure Group, Inc. *et al*. (Adv. Proc. No. 23-01202).** Defendants' Motion to Compel Arbitration and Dismiss or Stay Adversary Proceeding [Docket No. 11].

    Related Documents:

    (1)    Joint Stipulation and Agreed Order Between the Debtors and Defendants Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos

        Infrastructure LLC Regarding Adjournment of Hearings and Extension of Deadline to Respond [Docket No. 19].

    (2)    Debtor Celsius Mining LLC's Opposition to Defendants' Motion to Compel Arbitration and Dismiss or Stay Adversary Proceeding and Incorporated Memorandum of Law [Docket No. 21].

    (3)    Reply in Support of Defendants' Motion to Compel Arbitration and Dismiss or Stay Adversary Proceeding Pending Arbitration [Docket No. 23].

    **Status**:    The hearing on this matter was originally set for January 20, 2024. By agreement of the parties, the hearing was adjourned until February 21, 2024. The deadline to respond to this matter was also extended to January 30, 2024, and the deadline to file a reply brief was extended until February 16, 2024.

2.    **Celsius Mining LLC v. Mawson Infrastructure Group, Inc. *et al*. (Adv. Proc. No. 23-01202).** Pretrial Conference.

    Related Documents:

    (1)    Adversary Complaint [Docket No. 1].

    (2)    Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 5].

    **Status**:    This matter is going forward.

3.    **Adam Kryskow v. Celsius Networks [*sic*] LLC *et al*. (Adv. Proc. No. 23-01209).** Post-Effective Date Debtors' Motion to Dismiss Plaintiff's Complaint for Declaratory Judgment and Other Relief and Incorporated Memorandum of Law [Docket No. 4].

    Related Documents:

    (1)    Plaintiff's Opposition to Debtors' Motion to Dismiss Adversary Complaint for Declaratory Judgment and Other Relief [Docket No. 6].

    **Status**:    This matter is going forward.

4. **Adam Kryskow v. Celsius Networks [*sic*] LLC *et al*. (Adv. Proc. No. 23-01209).** Pretrial Conference.

   <u>Related Documents</u>:

   (1) Complaint for Declaratory Judgment and Other Relief [Docket No. 1].

   (2) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 2].

   **<u>Status</u>**:   This matter is going forward.


   [*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: February 20, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: patrick.nash@kirkland.com<br>ross.kwasteniet@kirkland.com<br>chris.koenig@kirkland.com<br>dan.latona@kirkland.com<br><br>*Counsel to Post-Effective Date Debtors* |