**To the Honorable Judge Martin Glenn,**

I am writing to express my deep concern and frustration regarding the lack of communication and access to my assets held within the Celsius Network "Earn" program. As a US-based Earn creditor, I am deeply troubled by the ongoing delays and lack of transparency surrounding the distribution of funds.

On December 31, 2023, I received an email from Celsius Network stating that I would receive a distribution of my assets via PayPal or Venmo. However, since that date, I have not received any further communication or updates regarding the distribution process. I also haven't received any information regarding my entitled Ionic shares of the New Co.

My attempts to contact Celsius Network for clarification have been met with automated messages and a complete lack of personalized support. This further exacerbates the anxiety and financial hardship caused by the initial withdrawal freeze and the ongoing delays.

Furthermore, recent reports regarding the completion of the distribution through the Stretto platform leave me even more confused and concerned, as I have not received any notification or access to my funds.

Given the complete lack of transparency and communication from Celsius Network, I am unsure of how to proceed or who to contact to resolve this issue. I am reaching out to you, Judge Glenn, in the hope that you can intervene and hold Celsius Network accountable for their actions.

I believe that your intervention is crucial in protecting the rights of Earn creditors and ensuring a fair and transparent resolution to this ongoing situation.

Thank you for your time and consideration.

Respectfully,

My Hanh Do