Dear Honorable Martin Glenn,

I hope this letter finds you well and in good spirits amidst the challenging circumstances we all face. First and foremost, I would like to express my deepest gratitude for your unwavering dedication and hard work on behalf of individuals like myself, affected by the unfortunate situation with Celsius. Your efforts have not gone unnoticed and are immensely appreciated.

I am writing to you today to share a concern that deeply affects not only my financial stability but also my future. After receiving notification that my claim distribution was ready to be processed through PayPal, I diligently followed all provided instructions. Unfortunately, despite my best efforts and numerous hours spent with PayPal support, my claim could not be serviced through PayPal. Subsequent communications from Stretto suggested that I would be receiving my payment in US Dollars, as per the FAQ, in cases where PayPal servicing is not possible.

My account with PayPal has been established for decades, and my Venmo account is also valid for over 5 years. I am unable to use Coinbase for reasons they will not share. I firmly believe that a resolution facilitating my distribution through PayPal or Venmo is within reach. However, the prospect of receiving my claim in US Dollars poses a significant financial loss to me, in the tens of thousands, due to recent fluctuations in the cryptocurrency market. This is not just a number for me, but represents my life's savings, accumulated through years of hard work and dedication.

The impact of converting my claim into US Dollars rather than cryptocurrency would be devastating, effectively diminishing the value of my life's savings due to market dynamics beyond my control. Moreover, the lack of communication and responsiveness from Stretto regarding inquiries and alternative options has left me feeling helpless and ignored in a time of significant need.

I am reaching out to you, with a humble heart and a plea for understanding and assistance. The resolution of this matter is critical for me, and your intervention could significantly alter the outcome in a positive way. I am not seeking preferential treatment, but rather a fair and equitable solution that recognizes the value of the assets in question and the profound impact this situation has on my life and others in a similar situation as there are many of us.

I believe in the justice system and the processes established to protect individuals in situations like mine. It is with a gentle but hopeful spirit that I ask for your attention to this matter, hoping that a resolution can be found that preserves the value of my claim in the form it was intended – as cryptocurrency.

Thank you once again for your dedication to justice and fairness. Your efforts give me hope in these challenging times.

With Gratitude,
Bryan Barrett