To the Honorable Judge Martin Glenn

My name is Matthew Johnson, I am a creditor with a <50k claim.
I am an international creditor from South Africa.

I am writing this letter to you in the hope that you can understand mine and many others' frustration.

In December when I received an email stating that I will be receiving my distribution through Coinbase I got excited and I was so relieved that this nightmare that we have all been in is nearly over.
I rushed over to my PC and onto the Coinbase platform and created my account. Immediately my account was put under something called manual review. They sent me an email requesting some documents which is normal, so I sent them. To my dismay I heard nothing until 3 weeks later. They have asked for more documents confirming my sources of funds, tax certificates etc etc. I sent these through.
It has been 2 months now I have still heard nothing from Coinbase with regards to the status of my account. I have sent multiple follow up emails, spoken to the support team (bot),  no one can or will give me an answer with regards to the status of my account. Because of this I was unable to receive my distribution.
The fate of me receiving my distribution lies in the hands of a business that does not care what we have been through nor are they making any effort to reassure us that we will get our claim.

You can imagine the frustration and the anger that one feels to just be ignored and denied what is mine because of incompetent service.

 I, like many others, do wish to receive our crypto back. We don't want USD. I did not deposit USD onto the platform, I deposited crypto.

My worry is that if the review process takes 6 months and then Coinbase turns around and denies our accounts then we will be at even more of a loss financially. If the price of btc increases in the next 6 months which it is most likely going to do and we receive USD based on January 16 prices we are going to miss the opportunity to at least make some of our losses back.

There are other exchanges that are available to service international creditors. Kraken for example is a safe and reputable exchange that is available to international creditors. Please consider this as an option.

Thank you for your time

Kind regards

Matthew