Nicholas A Wells
7012 Northledge Dr
Austin, TX, 78731
drew.wells00@gmail.com
8655678366
2/21/2024

Honorable Martin Glenn
United States Bankruptcy Judge
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Celsius Network Bankruptcy Case No. 22-10964 (MG)

Dear Judge Glenn,

I am writing to you as a claimant in the Celsius Network bankruptcy case, which is under your
esteemed jurisdiction. I am reaching out to seek your guidance and assistance regarding
several issues that have not only impacted my financial stability but also had profound personal
consequences.

The bankruptcy of Celsius Network has resulted in the locking of my funds, a situation that has
had a significant impact on my life. Unfortunately, this financial setback was a contributing factor
to the dissolution of my marriage. My ex-wife perceived the loss of access to our funds as a
result of my actions, which led to irreparable damage to our relationship. As a result, I now only
see my children half of the time and have lost the home we lived in.

In addition to these personal challenges, I have faced technical issues with PayPal, which was
designated to handle certain aspects of the claims process. These technical difficulties have
prevented me from claiming a portion of my assets. Furthermore, my experience with Stretto,
the claims agent in this case, has been concerning. Their approach to managing claims and the
lack of clear communication have left me feeling helpless and without recourse.

Given these circumstances, I respectfully request your honor's intervention to address the
following:

1. The resolution of technical issues with PayPal to enable claimants to access their assets.
2. Transparency and accountability in the handling of claimants' assets by Stretto.
3. Clear communication and options for claimants who face obstacles in claiming their assets.

Your honor's oversight is crucial to ensuring a fair and just process for all claimants involved in
this case. I am hopeful that with your intervention, we can find a resolution that not only

addresses the financial aspects but also acknowledges the personal toll this situation has taken on individuals like myself.

Thank you for your attention to this matter. I am available to provide any further information or clarification as needed.

Sincerely,

Nicholas A Wells