February 20, 2024

Dear Judge Glenn,

Thank you for working through the Celsius case so quickly, but I need help regarding the mishandling of my claim. I am distraught and feel hopeless about this situation because I have been taken advantage of for a second time by the attorneys

I am a retired grandmother living on a fixed income while raising my grandson. I put all of retirement (49 Ethereum) into Celsius, which at this time is worth over $120,000+. I realized I wasn't going to get it all back, but the attorneys are only offering me and many others only $5000. Plus, we will not receive any shares in the mining company. The attorneys say that this is due to something called Convenience Class. I do not remember choosing this option on the ballot and even if I accidentally did, why would anyone intentionally choose $5000 over $100,000+? Why would there even be an option to choose a lesser amount on such a ballot? Plus, I only received ONE email regarding the Convenience Class election, which was lost in my emails. Many people never even received their one email. I only saw this email recently because I was searching for the claim code redemption email. The attorneys never sent out any postal mail notifications of any kind. I feel as if they did not communicate effectively, especially about the Convenience Class issue. There are many victims who have been affected by this ballot "selection". There wasn't a way to download the ballot for our records. I assumed when I filled it out that it would be similar to a DocuSign document, and I would receive a copy for my records.

First, Celsius hoodwinked us. Now, I feel as if the attorneys have failed by making the whole process confusing, especially by putting unnecessary wording on the ballot. They never provided any information explaining to people about the Convenience Class election. Most importantly, their failure to send proper notifications about the loss that could occur if we chose incorrectly. Sending one email that can be lost in a spam folder is simply not enough. I know you're wise and you see my point. This is my livelihood and all that I have. Being that you're an older gentleman and a man of law, you know the importance of postal mail notifications of such legal matters that could have such life altering consequences.

Please give me guidance. I can't afford an attorney and I have been robbed of all my savings. This time by the attorneys and not just Celsius.

I have enclosed the claim amount the attorneys would like me to accept and the amount that is in my Celsius account at this time, so you can see how wrong this is. I will not accept this claim until I hear from you. Please help me and my grandson.

Thank you.

Carla Moore - 850-377-2299




