Hello,

My name is Brandon Lee Logan Beck, I am a creditor in the Celsius bankruptcy case 22-10964. I recently received a percentage of the crypto that was owed me through PayPal, the numbers looked small compared to what I was supposed to get but I heard rumors that more would come in time. After a while I didn't receive an email regarding the stocks I was due to receive and started to get suspicious that something was off. After seeing other people in similar situations have similar crypto distributions and propose that they were mistakenly lumped into the convenience class, I looked into it more. I am %100 sure I did not elect the convenience class, my claim was over $16 thousand dollars, so to elect convenience would have meant that I was giving up over $6 thousand dollars in immediate crypto distribution not to mention the stock I was due. I and a host of other creditors now in another horrible situation are flabbergasted at how everything could be mismanaged so badly. I like others want to put this ordeal behind us and right when we believe we are reaching that point we are scammed again. Please hear our pleas and do what is right. A give us the crypto and stock we were due.

Thank you,

Brandon Beck