To: Judge Martin Glen
From: Mr. Perry D Holloman (Celsius Creditor)
Case # 22-10964

Dear Judge Glenn,

I am a Celsius creditor with a large claim (after the bankruptcy judgement $290,000). I have been put in the "convenience class" although I did not check that box and am being offered a small fraction of what I am owed. Stretto and their representatives are not responding to my e-mails requesting to see my ballot. I am asking that you provide those of us in my situation relief and demand Kirkland and Ellis to make these ballots available to us. I also never received any kind of communication that I may have erroneously filled out a part of the ballot that put me in "convenience class" which I know I did not do. Please see the documents below included in this PDF. The first two show that I am being offered .045 BTC and .67 ETH when Celsius held 12.5 BTC and 21 ETH at its bankruptcy (3rd file below).

Please help by looking into this matter and seeing what can be done. My retirement depends on it.

Respectfully,

Perry D Holloman

Dear PERRY DUNCAN HOLLOMAN

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 0c860375-3619-4d05-888d-6d9b42e9c2d8 |
|---|---|
| Claim Distribution Type | BTC |
| Claim Distribution Amount | 0.04509751 |

*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If you are eligible to receive both BTC and ETH, you will receive separate emails with your claim information for each asset.

Dear PERRY DUNCAN HOLLOMAN

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 09875670-0585-416d-a78c-2f06a2a82790 |
|---|---|
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 0.673924847856761707 |

*Note: Each cryptocurrency asset you are entitled to as part of your claim distribution will have a unique claim code. This email includes information for one (1) claim code. If

