I am writing to express my concerns regarding a significant discrepancy in the allocation of assets, specifically related to a claim of 36.85 ETH. It has come to my attention that an allocation of 0.04509751 BTC and 0.67392484 ETH was made, which seems to markedly diverge from what I was expecting under the "Earn" class. This reclassification to the "Convenience" class, seemingly without my consent or prior notification, has raised serious concerns about the integrity of the asset distribution process.

The intention behind adjusting my preferences to receive a lesser amount of stock was clear, and it should not have resulted in an unintended downgrade of my claim's class. The lack of communication regarding this significant change in class status, especially given my substantial standing as a creditor, is particularly troubling.

I hereby request an immediate review and reversal of the vote that led to this reclassification. It is crucial for me to be reinstated to the "Earn" class to ensure I receive the full extent of assets I am rightfully entitled to. Should this issue not be addressed promptly, I am prepared to consider further legal actions to rectify the situation.

I trust that you will treat this matter with the urgency and seriousness it deserves and look forward to a swift response to rectify the allocation accordingly.

In consultation with my lawyer, Marthe Holm, we emphasize the importance of resolving this matter expediently to avoid further legal steps.

Marthe Holm
Lawyer
Email: mho@aav.no

Mobile: (+47) 974 83 375