Dear Honorable judge Glenn,

Hello,
My name is Youri Lee.
I have made a post-petition deposit By the end of May 2023.
According to this [docket No.1929] celsius can return post-petition deposits.
I have already received a mail from Celsius Network saying that I can claim of my post-petition deposits on June 24th last year However, In addition, they were informed that I had to stop repeated deposits to be guaranteed, and I immediately stopped making additional deposits after that. (tickets number:#1134866)
However, I suddenly confirmed that my account was suspended around October last year.
I have repeatedly asked to Celsius customer support center for inquiries about this since then, but they have not replied.

And not long ago, I checked a celsius customer's inquiry in Court [Docket No.4234] who was experiencing the same problem as me, but I could not find an answer to this and if the answer has already been made to these customers, I would also like to get a confirmation.

Thank you.
Respectfully,

Youri Lee