February 20, 2024

Judge Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Honorable Martin Glenn,

My name is Ashley Swim and I was a Celsius earn customer. I voted on Sept 22 to help the progression of the bankruptcy trial. What I did not realize is that somehow me voting could cause a significant loss, my life savings. My claim, I have attached screen shots, was for $78,422.07 and somehow I got placed in convenience class decreasing my claim to $5,000.00. I don't know or exactly understand how this happened. Why would the voting even allow me to accidentally decrease my claim that significantly, I feel like I should not have even voted . I am extremely discouraged at the amount of lost cryptocurrency, mathematically I feel like this is fraudulent. Should not the lawyers be looking out for our best interest.? This is my life savings and I am asking for you to please have mercy on me. Please can you help my request to be placed back in earn? Everything I screen shot during voting said earn, so thought I was still in that category. Thank you for your time and consideration.

Respectfully,

Ashley Swim

104 HUNTERSTREET DOTHAN,AL (254)760-0397