I am a Celsius creditor with a large claim in the bankruptcy judgement.

I have been put in the "convenience class" although I did not check that box and I am being offered a small fraction about 5% of what I am owed.

Stretto and their representatives are not responding to my emails requesting to see my ballot. I am asking for the courts help for myself in my situation.

I would like to kindly ask that the court demand Kirkland and Ellis make these ballots available to us.

Please compel the team to reach out to us and provide proof there was no human error or if this is malicious miss management.

Respectfully,

Piotr Ujma [puuk01@gmail.com]

Contact tel.: +48 608 243 500