To: Judge Martin Glenn
From: Mr. Florent David (Celsius Creditor)
Case # 22-10964

Dear Judge Glenn,

My name is Florent David, French citizen living in Belgium.

I am an unfortunate creditor in the Celsius bankruptcy case 22-10964.

At the time Celsius announced to be in bankruptcy (July 2022), the value of my Celsius account was $ 51,373.58.

On September 18th, 2023, at the time Stretto asked me to vote, I completed a document that was very hard to understand for a lay person. Please check my ballot with reference number CELB-57489. I was interested to recover as much as possible from my savings placed in Celsius and did not chose to be placed in the "convenience class". Why would there even be an option to choose a lesser amount on such a ballot in all honesty?

On February 16th, 2024, I received on my Coinbase account 0.045098 BTC and 0.673925 ETH, equivalent to $ 3,674.68 on the distribution day, which was only 30.06% of what I should have received. My total claim value +5% is $ 21,112.69. My Liquid Crypto distribution (57.9%) should have been equivalent to $ 12,224.25 (0.142232 BTC and 2.371798 ETH).

It seems I have been put in the "convenience class" although I did not check that box and I am being offered a small fraction of what I am owed. I did not receive a copy of my ballot by email or by post. The attorneys never sent out any email or physical copy to inform me that I was placed in the "convenience class". This decision was made without my consent. Apparently, an email was sent to ask some people that were placed in the "convenience class" to confirm if this choice was not a mistake. I have never received an email regarding this matter. Celsius fooled us and now, I feel as if the attorneys had continued this process even further. My question is how things can have been mismanaged so badly?

Today, Celsius/Stretto owes me in ETH/BTC equivalent $ 8,549.57 (on distribution day). Furthermore, by having my claim properly classified (not in "convenience class") in the "earn class", I am also expecting some mining company shares and possibly more.

Judge Glenn, I trust the justice of your country and you as a man of law. I hereby request an immediate review and reclassification of my claim into the "earn class" to receive the full extent of the assets I am rightfully entitled to.

Best regards,

Florent David