Dear Honorable Martin Glenn,

I hope this message finds you well. I wish to express my deep appreciation for your commitment to equity and justice, notably in the challenging context of the Celsius case. Your dedication has not gone unnoticed and is deeply valued by those of us affected.

I am compelled to write to you about a crucial issue concerning my claim distribution from the Celsius bankruptcy. Despite my best efforts to receive this distribution through PayPal, as initially directed, I encountered insurmountable technical difficulties.

According to a communication from Stretto, "If for any reason PayPal or Venmo cannot service your claim, you will be notified that you will not be able to receive your distribution through PayPal or Venmo…. If you are not eligible to receive a distribution in cryptocurrency due to your particular circumstances, you will receive your distribution in US dollars."

This statement has placed me in a precarious position, as it implies that despite these issues being beyond my control, I am to receive my distribution in USD. Given the current cryptocurrency market, this change would result in an *additional* loss exceeding $100,000 for me. This was my life's savings and I've already been devastated, and this would reduce my recovery.

My accounts with PayPal and Venmo have been in good standing for years, affirming my capability and readiness to receive my distribution as originally intended. The technical glitch, now resolved on my end, necessitates a simple yet crucial request: for Stretto to re-issue my claim code to attempt the transaction with PayPal once more.

I humbly seek your assistance in this matter, not for preferential treatment, but for the opportunity to rectify this issue in a way that preserves the intended value of my claim in cryptocurrency. This would significantly mitigate a substantial financial loss and I hope would align with your intention for the fair treatment of creditors under the bankruptcy process.

Thank you for your understanding and for the pivotal role you play in these proceedings.

With deepest respect and gratitude,


Bryan Barrett