Case celsius network LLC

Case No: 22-10964

Claim No: 4936

To the Honorable Judge Martin Glenn,

Thank you for taking the time to read this letter which I write pro se in reference to my claim 4936. It seems to be added to the convenience class for the recovery of assets, which I never intended to do. I tried to communicate with stretto, but got general replies pointing to the FAQ on the site twice now.

Of the original class 5 Earn claim of **1.075390** BTC (for which I paid 56K USD of my life savings at the time) I seem to have received **0.0804188** BTC (after conversion of ETH into BTC, which totals to less than 4K USD when I received it). This is not the intention of my vote in the ballot and seems to be an execution error. It also does not do justice to my claim compared to, or reflect in any way the balance of Celsius Network of debts and assets at the time of the filing for of Chapter 11.

So at the current price of 56401 USD for 1 BTC, I could have received 60653 USD without this chapter 11 filing by Celsius Network, versus the current value of 4535 USD (minus transfer costs).

Can you please look into this matter and right the injustice inflicted upon me and many others, if I read the letters of other claimants.

Thank you very much for your time and I hope you can right this wrong. Not just for me, but also for all others in a similar position.

Sincerely yours,

Maarten Maan,

Zwin 12 5324AW Ammerzoden,

The Netherlands

PS Forgive me, I had to provide a wrong phone number in the [form](form) because it would not accept a non-American number. My real phone number is + 31 6 53426927