Dear Mr. Glenn,

I am international creditor of Celsius network.

We are at the point when Stretto (Celsius bankruptcy facilitator) should distribute the rest of our crypto after bankruptcy.

For this distribution, the company Coinbase was chosen.

Unfortunately, Coinbase is completely overloaded and if you find yourself in a situation where you have to deal with any problem with Coinbase support, you have no way to resolve the situation in any reasonable time frame. For example, my Coinbase account has been under review for over a month.

In this situation I received an email from Stretto that my issue will be handled by USD distribution instead of crypto distribution.

This decision would effectively mean that what we fought for about 2 years is completely ruined. Resulting in lower (around 30%) distribution which is really devastating for my family.

I guess one company probably can't serve hundreds of thousands of people without issue.

I can see on the internet that hundreds of creditors are in the same or similar situation.

Therefore, I am kindly asking you to intervene in this matter.

To help arrange one more crypto distribution agent. In case it is not overwhelmingly difficult.
I believe there are dozens of companies that will be ready to cooperate in this situation.

It would be amazing from Stretto to give us this opportunity.

Thank you.

Best regards

Vit Blazej