Andersen LLP
80 Coleman Street,
London, EC2R 5BJ,
United Kingdom
Telephone:  +44 (0)20 7242 5000
Fax:  +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**FIFTH MONTHLY FEE STATEMENT**
**OF SERVICES RENDERED AND EXPENSES INCURRED**
**BY ANDERSEN LLP AS UK TAX SERVICES PROVIDER FOR THE**
**DEBTORS, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**

| Name of Applicant | Andersen LLP |
|---|---|
| Authorized to Provide Professional Services to: | Debtors |
| Retention Date | June 6, 2023, effective as of February 13, 2023 |
| Period for which compensation and reimbursement is sought: | October 1, 2023 through October 31, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $24,709.44 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0 |
| This is a(n) | Monthly Application |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

This is the fifth monthly fee application filed in this case.

Andersen LLP ("Andersen"), as valuation advisors to the debtors and debtors in possession in these chapter 11 cases (collectively, the "Debtors"), hereby submits this monthly fee statement (the "Fee Statement"), pursuant to this Court's *First Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 2779], dated June 8, 2023 (the "Amended Interim Compensation Order"), and this Court's Order under 11 U.S.C. § 1103, Fed. R. Bankr. P. 2014 and 5002, and S.D.N.Y. LBR 2014-1, *Order (I) Authorizing the Retention and Employment of Andersen LLP as UK Tax Services Provider Effective as of February 28, 2023, and (II) Granting Related Relief* [Docket No. 2755], dated June 6, 2023, seeking compensation and reimbursement of expenses for the period October 1, 2023 through October 31, 2023 (the "Monthly Period"). By this Fee Statement, Andersen seeks payment of $19,767.55, which is equal to 80 percent of the total amount of compensation sought for actual and necessary professional services rendered during the Monthly Period, $24,709.44.

Attached hereto as Exhibit A is a summary report outlining the hours and fees worked by task, hours and fees worked by professional, and hours and fees worked by task by professional for the Monthly Period.

This Fee Statement also includes a billing summary by individual, setting forth the (i) name and title of each individual for whose work on these cases compensation is sought, (ii) aggregate time expended by each such individual, and (iii) hourly billing rate for each such individual at Andersen's current billing rates.

## NOTICE

Pursuant to the Interim Compensation Order, notice of this Fee Statement has been served upon (i) Celsius Network LLC, 50 Harrison Street, Suite 209F, Hoboken, New Jersey 0703, Attn: Ron Deutsch; (ii) counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Joshua A. Sussberg, P.C. and Simon Briefel, and 300 North LaSalle, Chicago, Illinois 60654, Attn: Patrick J. Nash, Jr., P.C., Ross M. Kwasteniet, P.C., and Christopher S. Koenig; (iii) the U.S. Trustee, Alexander Hamilton Custom House, 1 Bowling Green, New York, New York 10004, Attn: Shara Cornell, Mark Bruh, and Brian S. Masumoto; (iv) counsel to the UCC, White & Case LLP, 111 South Wacker Drive, Suite 5100, Chicago, Illinois 60606, Attn: Gregory F. Pesce, 1221 6th Avenue, New York, New York 10020, Attn: David Turetsky, and 555 South Flower Street, Suite 2700, Lost Angeles, California 90071, Attn: Aaron E. Colodny; (v) counsel to the Chapter 11 Examiner, Jenner & Block LLP, 353 N. Clark Street, Chicago, Illinois 60654, Attn: Catherine L. Steege, and Vincent E. Lazar; (vi) counsel to the Ad Hoc Group of Custodial Account Holders, Togut, Segal & Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119, Attn: Kyle J. Ortiz and Bryan M. Kotliar; (vii) counsel to the Ad Hoc Group of Withhold Account Holders, Troutman Pepper Hamilton Sanders, 875 Third Avenue, New York, New York 10022, Attn: Deborah Kovsky-Apap; (viii) via electronic mail to counsel to the Fee Examiner, Christopher S. Sontchi, at CelsiusFeeExaminer@gklaw.com; and (ix) any other statutory committee appointed in these chapter 11 cases. Andersen submits that, in view of the facts and circumstances, such notice is sufficient, and no other or further notice need be provided.

WHEREFORE, Andersen respectfully requests payment and reimbursement in accordance with the procedures set forth in the Interim Compensation Order, *i.e.*, payment of $19,767.55, which represents 80 percent of the compensation sought, $24,709.44.

Dated: February 28, 2024

ANDERSEN LLP
By: */s/ Zoe Wyatt*
Zoe Wyatt
Andersen LLP
80 Coleman Street
London, EC2R 5BJ
United Kingdom.
Telephone: +44 (0)20 7242 5000
Fax: +44 (0)20 7282 4337

*UK Tax Services Provider*
*for the Debtors and Debtors-in-Possession*

**Exhibit A**

SUMMARY OF TOTAL FEES
BY PROFESSIONAL FOR ANDERSEN LLP
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| Professional | Title | Hours | Rate | Total Requested Fees ($) |
|---|---|---|---|---|
| Zoe Wyatt | Engagement Partner and Head of Crypto & Digital Assets | 11 | $1168 | **9,493** |
| Sarah Shears | VAT Partner | 3.08 | $1112 | **3,424.96** |
| Dion Seymour | Crypto Technical Director | 11 | $863 | **9,493** |
| Huw Griffiths | Director - Corporate Tax | 7.58 | $863 | **6,541.54** |
| **TOTAL** | | **25.74** | | **$24,224.94** |
| *Less 15% Discount* | | | | *$(3,633.74)* |
| **SUB TOTAL** | | | | **$20,591.20** |
| **VAT** | | | | **$4,118.24** |
| **TOTAL** | | | | **$24,709.44** |

SUMMARY OF TOTAL FEES
BY TASK CATEGORY FOR ANDERSEN LLP
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| Task | Description | Total Hours | Total Requested Fees ($) |
|---|---|---|---|
| Accounts | Preparation and completion of Corporation Tax Returns for 2021 onward | 16.92 | **16,028.96** |
| Ad hoc | Completion of additional works not included within the original Statement of Work | 0 | **0** |
| Administrative | Activities in relation to Chapter 11 including review of court submissions and necessary documents | 3 | **2,589** |
| General | Time related to weekly catch-up calls and other such activity | 5.57 | **5,328.98** |
| VAT Return | Review and completion of VAT registration process and filing of VAT returns | 0.25 | **278** |
| SUB TOTAL | | **25.74** | **$24,224.94** |
| *Less 15% Discount* | | | *$(3,633.74)* |
| **SUB TOTAL** | | | **$20,591.20** |
| **VAT** | | | **$4,118.24** |
| **TOTAL** | | | **$24,709.44** |

SUMMARY OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023

| Professional | Task | Hours | Total Requested Fees ($) |
|---|---|---|---|
| Dion Seymour | Accounts | 6.17 | 5,324.71 |
| | Administrative | 3 | 2589 |
| | General | 1.83 | 1,579.28 |
| Huw Griffiths | Accounts | 5.75 | 4,962.25 |
| | General | 1.83 | 1,579.29 |
| Sarah Shears | Accounts | 1.75 | 1,946 |
| | General | 1.08 | 1,200.96 |
| | VAT Return | 0.25 | 278 |
| Zoe Wyatt | Accounts | 3.25 | 3,796 |
| | General | 0.83 | 969.44 |
| **SUB TOTAL** | | **25.74** | **$24,224.94** |
| *Less 15% Discount* | | | *$(3,633.74)* |
| **SUB TOTAL** | | | **$20,591.20** |
| **VAT** | | | **$4,118.24** |
| **TOTAL** | | | **$24,709.44** |

DETAIL OF TOTAL FEES BY PROFESSIONAL AND
BY TASK CATEGORY FOR ANDERSEN LLP
September 1, 2023 through September 30, 2023

| Date | Professional | Task | Tax consulting services | Hours | Rate ($) | Charge ($) |
|------|-------------|------|------------------------|-------|----------|-----------|
| 03-Oct-23 | Huw Griffiths | General | Weekly call | 0.50 | 863 | 431.5 |
| 03-Oct-23 | Zoe Wyatt | General | Weekly call | 0.50 | 1168 | 584 |
| 03-Oct-23 | Dion Seymour | General | Weekly update call | 0.50 | 863 | 431.5 |
| 03-Oct-23 | Sarah Shears | General | Weekly update call | 0.50 | 1112 | 556 |
| 04-Oct-23 | Dion Seymour | Accounts | Call regarding IC debt with Lithuania | 1.00 | 863 | 863 |
| 04-Oct-23 | Zoe Wyatt | Accounts | Call with Celsius and Kirkland re Lithuania and UK IC Agreement | 1.00 | 1168 | 1168 |
| 04-Oct-23 | Huw Griffiths | Accounts | Celsius query re registered office | 0.25 | 863 | 215.75 |
| 04-Oct-23 | Huw Griffiths | Accounts | Discuss Lithuanian elimination internally and on Kirkland call | 1.00 | 863 | 863 |
| 05-Oct-23 | Huw Griffiths | Accounts | Registered office query from Lior | 0.25 | 863 | 215.75 |
| 06-Oct-23 | Dion Seymour | Accounts | Discussion with CT director on response to Kirkland | 0.25 | 863 | 215.75 |
| 06-Oct-23 | Huw Griffiths | Accounts | Looking through information on file regarding intercompany balances | 0.50 | 863 | 431.5 |
| 06-Oct-23 | Dion Seymour | Accounts | Review of email from Kirkland and reply on IC balances, call with Dion. | 0.25 | 863 | 215.75 |
| 09-Oct-23 | Dion Seymour | Accounts | Call with EY and Kirkland regarding IC debt | 1.00 | 863 | 863 |
| 09-Oct-23 | Huw Griffiths | Accounts | Discuss intercompany balances and call with Kirkland | 1.00 | 863 | 863 |
| 09-Oct-23 | Zoe Wyatt | Accounts | Internal call with Dion and Huw re iner-co balances | 0.25 | 1168 | 292 |
| 09-Oct-23 | Sarah Shears | Accounts | Intercompany Account call w. Kirkland | 0.50 | 1112 | 556 |
| 10-Oct-23 | Huw Griffiths | Accounts | Call with Aswan re intercompany | 0.75 | 863 | 647.25 |
| 10-Oct-23 | Sarah Shears | General | Catch up re: weekly call | 0.25 | 1112 | 278 |
| 10-Oct-23 | Huw Griffiths | General | Weekly call | 0.50 | 863 | 431.5 |

4

| 10-Oct-23 | Dion Seymour | General | Weekly catch-up call | 0.50 | 863 | 431.5 |
| 11-Oct-23 | Dion Seymour | Accounts | Call with A&M, EY and Celsius on i/c debt | 0.67 | 863 | 578.21 |
| 11-Oct-23 | Sarah Shears | Accounts | Celcius Intercompany call and post follow up with Dion and EY | 1.00 | 1112 | 1112 |
| 11-Oct-23 | Huw Griffiths | Accounts | Discussion with A&M re intercompany balances | 0.50 | 863 | 431.5 |
| 11-Oct-23 | Dion Seymour | Accounts | Follow-up call with EY re intercompany debt | 1.00 | 863 | 863 |
| 11-Oct-23 | Zoe Wyatt | Accounts | Inter-co balance call with all parties | 0.50 | 1168 | 584 |
| 12-Oct-23 | Dion Seymour | Administrative | Administrative tasks re court billing process | 1.00 | 863 | 863 |
| 12-Oct-23 | Huw Griffiths | Accounts | Call with Aswan and HW audit team to discuss UK accounting and tax filing requirements for 2022 and beyond | 0.50 | 863 | 431.5 |
| 12-Oct-23 | Dion Seymour | Accounts | Call with HW audit team, Celsius and EY discussion 2022 tax return requirements | 0.50 | 863 | 431.5 |
| 12-Oct-23 | Zoe Wyatt | Accounts | Call with Kirkland, Haines Watts (auditors) re filing requirements | 0.50 | 1168 | 584 |
| 17-Oct-23 | Sarah Shears | Accounts | Celsius Tax Weekly update call | 0.25 | 1112 | 278 |
| 17-Oct-23 | Dion Seymour | Accounts | Weekly catch-up call + prep | 0.50 | 863 | 431.5 |
| 19-Oct-23 | Dion Seymour | Administrative | Administrative tasking including check court status | 1.00 | 863 | 863 |
| 19-Oct-23 | Sarah Shears | VAT Return | VAT registration follow up | 0.25 | 1112 | 278 |
| 24-Oct-23 | Huw Griffiths | General | Weekly call | 0.50 | 863 | 431.5 |
| 24-Oct-23 | Dion Seymour | General | Weekly meeting | 0.50 | 863 | 431.5 |
| 31-Oct-23 | Huw Griffiths | Accounts | Celsius call with EY re intercompany balances | 1.00 | 863 | 863 |
| 31-Oct-23 | Huw Griffiths | General | Celsius weekly call | 0.33 | 863 | 284.79 |
| 31-Oct-23 | Dion Seymour | Administrative | Court administrative tasks | 1.00 | 863 | 863 |
| 31-Oct-23 | Dion Seymour | Accounts | Call with EY - IC balances | 1.00 | 863 | 863 |
| 31-Oct-23 | Dion Seymour | General | Weekly catchup | 0.33 | 863 | 284.79 |
| 31-Oct-23 | Zoe Wyatt | Accounts | Call with EY on inter-co balances | 1.00 | 1168 | 1168 |
| 31-Oct-23 | Zoe Wyatt | General | Weekly call | 0.33 | 1168 | 385.44 |

5

| 31-Oct-23 | Sarah Shears | General | Weekly update catch up | 0.33 | 1112 | 366.96 |