## 22-10964

## Honorable Judge Glenn-

I am sorry to provide yet another letter for review.

I also have gotten substantially less back than the expected 57.9% on my claim. I have received less than 5% of my claim and have not gotten any explanation from Stretto as to why.

We all, as creditors, have already been settling for less, and to not even receive what has been legally agreed upon is devastating.

We are already setting for much less.

*Is there anyone whom to contact regarding claim discrepancies?*

I have invested so much time and energy reviewing the numbers. I have read and re-read all of the dockets, and disappointed, I understand what little monies I will be receiving back, but yet, Stretto has no answers for me and I do not know who to turn to.

Thank you for your time and for reading.

Sincerely,
Rich Rodgers
Denver, Colorado
richrodgers@mac.com
303-960-7000


For the record:

I am to be credited with:
0.199063 BTC and 3.319492 ETH

I received Claim Codes for only:
0.04509751 BTC and 0.673924848 ETH

The +$10,000 difference (and increasing every week in this market) is substantial for my household.