February 27th, 2024

Dear Judge Glenn,

I am a Celsius creditor living in Colorado with a claim of $135,464.01. I received my claim codes from Celsius on February 8th. However, I have been unable to claim them on Paypal and Venmo and receive an error each time. I submitted a ticket with Celsius on February 12th and heard back on February 13th that my claim cannot be serviced by PayPal of Venmo. Celsius said they would be in touch with more information regarding my claim distribution, but I have not heard anything yet.

I've been in touch with quite a few other creditors in the same situation, and we are still waiting to receive information on our distributions. We want to make sure Celsius pays out our claim distribution in crypto, the same as other Celsius creditors received. Both BTC and ETH have gone up significantly since the January 31st effective date, and we are still awaiting our distributions. We want to make sure our distributions are not paid in US Dollar, as that is the fear we have.

Can you please help ensure that creditors in our situation will receive crypto and not be paid out in US Dollar? Many of us have accounts at Coinbase, and would love to receive our crypto distributions there, since we were told our claims cannot be serviced by PayPal or Venmo.

Thank you in advance for helping to expedite our crypto distributions, since it's been almost a month since the effective date.

Kind regards,
Emily Conkey