Chun Ho Wu
133-27 39th Ave 3H
Flushing NY 11354
dxallydx@gmail.com

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Chambers: (212) 284-4551
Courtroom: 523
Case No.22-10964

Dear Judge Martin Glenn,

I am writing to address a significant discrepancy I've encountered in the BTC and ETH Claim Distribution Amount I recently received.

Upon meticulous review, it has become apparent that the distributed amounts do not align with the figures initially promised. According to my records, I was expecting distributions of BTC 1.040551 and ETH 18.691229. However, the actual allocations amount to only a fraction of these figures: BTC 0.04509751 and ETH 0.673924847856761707, respectively.

Furthermore, I believe there may have been a misunderstanding regarding my classification. Given that my claim exceeds $5000, I should not have been placed in the convenience class.

To clarify, based on my calculations, the expected distributions should have been as follows:

- BTC Distribution (28.95%): 0.290206 BTC
- ETH Distribution (28.95%): 4.839354 ETH

These amounts represent my entire life's savings. It's crucial to emphasize that this issue goes beyond mere inconvenience; it directly impacts my financial security and well-being.

This matter is of utmost importance, as it affects not only my own livelihood but also that of my family. I am at a loss for how to face them in light of this situation.

Attached for your reference is a screenshot clearly illustrating my original holdings and the distribution that was given to me.

I kindly request that this discrepancy be rectified urgently and with the utmost sincerity. Your immediate attention to this matter is greatly appreciated.

Warm regards,
Chun Ho Wu







 Alan Wu <dxallydx@gmail.com>

## Your Celsius Claim distribution in ETH was received at PayPal or Venmo
1 message

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>  Thu, Feb 8, 2024 at 6:19 AM
To: dxallydx@gmail.com

Dear CHUN HO WU

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed** at PayPal or Venmo

| Claim Distribution Type | ETH |
|---|---|
| Claim Distribution Amount | 0.673924847856761707 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**
We *strongly* suggest you refer to the Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

 Gmail                                                                Alan Wu <dxallydx@gmail.com>

**Your Celsius Claim distribution in BTC was received at PayPal or Venmo**
1 message

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>           Thu, Feb 8, 2024 at 6:38 AM
To: dxallydx@gmail.com

Dear CHUN HO WU

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed** at PayPal or Venmo

| Claim Distribution Type | BTC |
|---|---|
| Claim Distribution Amount | 0.04509751 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**
We *strongly* suggest you refer to the Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe