28th February 2024

Sir I,m writing this letter to you in the hope that you can somehow intervene in this absurd attempt at Celsius/ Stretto trying to distribute my funds to me through Coinbase (CB)

I live in South Africa and it is one of the countries serviced by CB, I have ben trying to get my KYC sorted with them since November of 2023, every time I submit what they ask for they come back up to 3 weeks later with, more requests including information I have already submitted. There is no logic to their requests and there is no contact person to talk to in order to resolve the queries directly.

To date after sending all the information they have requested I still do not have a reply. I truly believe that there is fraud at play here as I,m on a Telegram group and hundreds of people are having the exact same issue. I have received a letter from Stretto as have hundreds of others saying that our distribution can,t be made through CB and so I presume as others that we will then receive US$, this is not acceptable as the Crypto market is in a bull run and so our view is that some one is purposefully delaying this so they can take advantage of the rise in both BTC and ETH, This is

unethical and amounts to fraud!

The purpose of this letter is to make you aware of this very untennable situation in the hopoe you can immediately intervene and help us Creditors

Regards

*CC Brand*

Christopher Charles Brand

ID 5709305033087

Mail: cb@tort.co.za