Mark Casey Miller
221 Turner Loop Road
Humboldt, TN 38343
(731) 437-6953
2/28/2024


Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004


RE: Celsius Network Bankruptcy Case No. 22-10964 (MG)


Dear Honorable Judge Martin Glenn,

I am writing to you as a claimant / creditor in the Celsius Network bankruptcy case, which is under your esteemed jurisdiction. I am reaching out to seek your guidance and assistance regarding several issues regarding updates and communication that are currently met with "canned" auto responses or in most cases no responses at all from Stretto.

I initially received via email on 2/8/2024 Stretto emails for my Celsius claim in liquid cryptocurrency distribution in BTC and ETH respectively for claiming through PayPal or Venmo. As a customer of PayPal for over twenty years I went into the claim process assuming there would be no issues since I've had such an outstanding relationship with PayPal. When attempting to redeem the claim distribution codes PayPal acknowledged with a green checkmark letting me know "codes are verified, let's confirm some details". Through this part of the process after confirming social security number and address information PayPal requested to send me a text verification alert which would not send to my mobile number on file. At this point I was looped through this process two times before getting an error message stating that I "couldn't be verified at this time". At this point I made several calls to PayPal crypto support who was as helpful as they could be verifying every piece of information was matching with Celsius side information and that I was one hundred percent verified both financial side and crypto side on PayPal. These technical difficulties with PayPal have prevented me from claiming my liquid cryptocurrency distribution and have locked me out of even attempting to go through Venmo to attempt claiming with them instead.

The following morning after attempting redemption of claim distribution codes I received a follow up email on 2/10/2024 titled "IMPORTANT: Your claim cannot be serviced at PayPal or Venmo" that communicated they will be in touch with information regarding my claim and to have patience as they work with their distribution partners. At this point I've reached out to Stretto support, the claims agent in this case, with canned responses pointing to their distribution FAQs or alarmingly in most cases no response at all. Their lack of clear communication have left me feeling helpless and without recourse at this point. In the last attempt to contact them regarding the Celsius app / web-app shutdown tomorrow 2/29/2024 has been met with no responses and only a canned response pointing back to their distribution FAQs which has no information regarding the Celsius app shutdown.

I along with a group of claimants / creditors in this same position are worried that we won't have access to the Celsius side to update and confirm any information needed for alternate distribution through another crypto distribution agent (Coinbase) for re-routing of our liquid

cryptocurrency distribution. I personally have reached out to Celsius support recently who was prompt to respond individually to my concerns, Celsius ensured all my information was matching on Celsius side along with ensuring my "Alternate Email for Coinbase Distribution" was active and correct for the distribution agent Coinbase. Moving forward past tomorrow 2/29/2024 I and other claimants / creditors will not have any access to validating that information with Celsius in this process.

Based on the information updated by the Debtors through Docket No. 4319 that was entered on 2/15/2024 further drives those feelings due to unclear communication being given individually at this time.

"Now that the Debtors have successfully completed the initial wave of distribution emails, they will be able to assist more in troubleshooting issues that certain creditors have had in claiming their Liquid Cryptocurrency distributions."

"If for any reason Coinbase or PayPal/Venmo cannot service your Claim distribution, you will be notified that your distribution will need to be routed to another Distribution Agent. This process must be done securely and individually and will take time for the Debtors and their Distribution Agents to facilitate. Accordingly, please have patience if you receive such a notification."

I along with a group of claimants / creditors in this same position are just looking for clarification and reassurance on our liquid cryptocurrency distributions with the movement of the market to ensure we sustain the best possible recovery out of this bankruptcy process. I respectfully request your honor's intervention to address these concerns and believe with your intervention and assistance in this a better communication and update path can be established.

1. The resolution of technical issues with PayPal to enable claimants / creditors to access their distributed liquid cryptocurrency distributions.
2. Transparency and accountability in the handling of claimants / creditors liquid cryptocurrency distributions by Stretto.
3. Clear communication to claimants / creditors individually who face obstacles in claiming their liquid cryptocurrency distributions.

Your honor's oversight is critical to ensuring a fair and just process for all claimants / creditors involved in this case. I personally thank you for your time, assistance, and guidance in this matter.

Respectfully,

Mark Casey Miller