Dear Honorable Judge Glenn,

I am Samuel Degregori, one of the creditors in the Celsius Bankruptcy (Case 22-10964). My claim was worth $14,000 ($18,000 in today's prices) and I am getting $9,000 back.

I and many other users have received the Paypal and Venmo errors stating an invalid claim code and to "contact Stretto". I am also aware that many Coinbase users have experienced similar issues. A recent reddit poll with 146 votes showed that about half of users have experienced some kind of error and are unable to get their claims (explicative redacted).



I know this is not representative of the entire population but it is meaningful nonetheless.

I have called Paypal, Venmo, Stretto, I have filed 10 different customer tickets with Stretto and the only meaningful response I have received is this, roughly two weeks ago:



Since then, Stretto has changed their FAQ to state that claims can take up to a year to resolve instead of two weeks as they had written previously. It has been nearly three weeks and Stretto has chosen to remain silent on this issue. According to customer support at Paypal, most of the errors have to do with the SMS verification system Paypal and Venmo are using and certain phone carriers/phone plans do not work with the verification. A simple switch to email verification would fix a majority of the problems. But we have heard absolutely nothing from Stretto on this issue. If they decide to send USD checks this will be yet another massive haircut to our claims.

I please urge the Court to utilize any sway it has on pushing Stretto and its Distribution partners to resolve this issue so that we get our claims in the BTC/ETH split we were promised in a swift manner. If anything, better communication from Stretto on this issue would be incredibly helpful for the thousands of creditors that are likely experiencing issues with their claim codes. With the recent crypto price increases, a lot of creditors will be receiving much more than they expected which has been a silver lining in our unfortunate experience with Celsius. I thank you for the time and effort you have spent on lawfully aiding us in getting back our funds and I thank you and your office for this consideration.

Thank you,

Sam Degregori