Respected Sir
Judge Glen

I am a non US ( Indian) celsius creditor,
I have my entire life saving stuck in Celsius.
After long process I was expecting some releif
My family is completely distressed with the financial
loss,

However as india does not support coinbase, wire
transfer is causing exponential financial loss to me
including tax implications.

Request you to please allow in kind distribution
instead of wire transfer. That would mean a world to
us.

Thank you and having full faith in justice system 

Deep karan Singh
+919915000352

deepkaranpadda@gmail.com