Sean Ritter
5217 Sherman St. #B
Houston, TX 77011
sean.ritt@gmail.com
02/28/2024

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York

Dear Honorable Martin Glenn,

I am writing to you with a heavy heart regarding the bankruptcy proceedings of Celsius Inc. I must express my profound disappointment in the entire ordeal, from its inception to its culmination. As a stakeholder in Celsius, I have witnessed firsthand the tumultuous journey we have all been subjected to, grappling with financial uncertainty and the consequent ramifications on our lives.

Now that the bankruptcy proceedings have finally reached a conclusion, it pains me to inform you of yet another obstacle in this arduous journey. The redemption codes provided by Stretto, intended to facilitate the retrieval of funds via PayPal, have unfortunately proven ineffective. This unexpected setback has only added insult to injury, compounding the frustration and distress experienced by all parties involved.

Furthermore, I must emphasize the disparity inherent in the proposed resolution of distributing dollars instead of cryptocurrency. While the former may seem like a straightforward solution, it fails to account for the potential gains that could be accrued from holding onto cryptocurrency. Given the volatile nature of digital assets, opting for dollars would effectively deprive stakeholders of the opportunity to benefit from any future upswings in valuation.

It strikes me as fundamentally unjust that what remains of Celsius should be allowed the chance to capitalize on its failure. I implore you to consider a more equitable solution that allows stakeholders to retain a stake in the company's potential resurgence. By providing stakeholders with the option to receive cryptocurrency instead of dollars, we can ensure that they are not unfairly disadvantaged by the outcome of these proceedings.

In conclusion, I respectfully urge you to reevaluate the proposed distribution plan and explore alternative avenues that better serve the interests of all stakeholders involved. Your wisdom and discernment in this matter are paramount, and I trust that you will strive to achieve a resolution that upholds fairness and justice.

Thank you for your attention to this matter.

Sincerely,

Sean Ritter