**To:**

Chief Judge Martin Glenn
One Bowling GreenNew York, NY 10004-1408
Chambers: (212) 284-4551
Courtroom: 523

**From:**

Dan Rogozea
Victim of Celsius Bankruptcy

Dear Judge Martin Glenn,

I am writing to you as I have been unable to obtain any help with my issue after numerous attempts.

I have received codes for distribution of funds from my Earn Account on Celsius, but these codes give the "Your claim cannot be serviced by PayPal/Venmo" error. These codes have never worked for me and I am unable to collect the funds. I believe this is a widespread issue and does not just affect me.

I have been calling PayPal twice a week and emailing Stretto multiple times. Voicemails do not get answered as well. Nothing has been done yet to fix the issue. This has been an ongoing issue for four weeks now and Stretto has not even given me a personalized response.

I fear that if this continues, I will never be able to receive even part of the funds I held in Celsius. I have already lost the majority value of the funds held in the account, now I fear I will loose it all. Due to the current rise in Crypto prices, I would not like to take another haircut and receive the funds in USD. Crypto was promised and I do not wish to alter that agreement. USD distribution are not an option for me.

Could you please help me or provide me a number to call for support? The Stretto emails and hotline do not have human help and no one responds to voicemails left.

I have few options left and hope I can at least get a small part of the value left in my account. Hope you can help.

Thank you,
Dan Rogozea