Christopher Vella
8011 Romaine St. APT 215
Los Angeles, CA 90046
christopher.lee.vella@gmail.com
8145058921
Feb 28, 2024

Honorable Judge Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: Chapter 11 Bankruptcy Settlement of Celsius Network - Case No. 22-10964

Dear Judge Glenn,

I am writing to you as a claimant in the Chapter 11 bankruptcy case involving Celsius Network, currently being managed through Stretto. I understand the complexities and challenges that come with administering such settlements, especially in cases with a large number of claimants. However, I find myself in a unique and challenging situation that necessitates your attention and intervention.

Due to circumstances beyond my control, I have been banned from using PayPal and Venmo, the primary distribution partners selected for disbursing the settlement payouts. This ban prevents me from utilizing the claim codes provided to access my legally owed distribution from the settlement. Despite multiple attempts to resolve this issue through Stretto's support channels, I have received only vague responses and assurances of patience while the matter is addressed with the distribution partners.

It is my understanding that Stretto has also partnered with Coinbase for the purpose of distributing funds to claimants. I have a valid Coinbase account, with my email address and mailing address matching those on file for my claim. This presents a viable alternative for receiving my distribution, yet, despite my situation being acknowledged by Stretto, no progress has been made towards utilizing this option for my case.

The delay in receiving my distribution not only places financial strain on me but also undermines the trust and efficacy of the bankruptcy settlement process. I am aware that many other claimants find themselves in similarly precarious positions, awaiting distributions that are rightfully theirs.

In light of these circumstances, I respectfully request your intervention to ensure that the distribution process is expedited for all affected claimants. Specifically, I ask that Stretto be directed to make every effort to accommodate alternative distribution methods, such as through Coinbase, for claimants who are unable to use PayPal or Venmo. Such measures would not

only address the immediate financial needs of the claimants but also reinforce the integrity of the settlement process.

I am fully committed to complying with all necessary procedures and providing any additional information required to facilitate this request. I deeply appreciate your consideration of my situation and your dedication to ensuring a fair and efficient resolution for all parties involved in this case.

Thank you for your time and attention to this matter. I look forward to a resolution that allows all claimants equitable access to their settlements.

Respectfully,
Christopher Vella