To the Honourable Judge Martin Glenn

I am a Celsius International Creditor with significant funds awaiting Initial Liquid Crypto Distribution. Distribution to South Africa Celsius creditors, the country in which I reside, are to be done through Coinbase, but I among others are being hindered by a Know Your Customer (KYC) procedure implied by Coinbase that appears not to be working.

In my case I successfully opened a Coinbase account, and my information provided was verified by Coinbase. Coinbase subsequently enabled my ability to Send and Receive Cryptocurrency.

I am still to receive any Liquid Crypto distribution from Celsius and believe this is due to an unresolved manual review restriction on my Coinbase account, outstanding now for more than a month. Both Coinbase and Stretto remain unresponsive to my inquiries to have this restriction resolved.

I respectfully request that I be given the one-year time promised in Doc#3332, to go through the Coinbase review process, before simply being mailed a USD Cheque.

Thank you for your consideration in this matter.

Respectfully submitted.

Kevin Makings