Case Name: Celsius Network LLC, et al.
Case No.: 22-10964
Southern District of New York
Honorable Martin Glenn;

Tendille Romuald
International Earn Creditor
France

Letter: Challenging the Convenience Claim Election

Honorable Martin Glenn;

I've read the new court filing (Doc 4372) from Kirkland & Ellis and I have to say I at least partially disagree with their arguments about reversing the Convenience Claim Election.

The instructions on the ballot were explicit. Four lines of text were placed next to the checkbox for this selection. The text essentially conveyed, 'I voluntarily agree to reduce my claim to the Convenience Claim Threshold of $5,000.'

Also, in the group with less than 10k, many people who opted in did so knowingly and deliberately. They might have been bearish on the crypto market or pessimistic about the final recovery, and wanted a guaranteed return of $3500. Now that their bet has gone the other way, they have the option to change their minds. I'm not sure if it's fair to everyone else to allow them to switch their preference.

Respectfully.