<u>**29.02.2024**</u>

**<u>FOR THE ATTENTION OF JUDGE MARTIN GLENN</u>**

**<u>Re : Celsius Network LLC / CASE- 22-10964</u>**

**<u>+16465553890</u>**

**<u>Deposited into Celsius 90 days prior to Bankruptcy</u>**

On 27th -29th April 2022 I began to deposit a vast amount of cryptocurrency onto the Celsius platform, this included 20 ETH, 0.5 BTC,9.300 XRP,961 ADA & 13 XTZ.

The date Celsius Network filed for bankruptcy was 13th July 2022 which was **76 days** after my deposit.



All the while Celsius had a negative balance sheet and Chapter 11 bankruptcy was looming, Alex Mashinsky and his team were making insider withdrawals whilst the creditors were being advised to deposit more crypto.

Weeks prior to bankruptcy being filed Celsius has paused withdrawals.

**My argument here is if inside clawback have been implemented 90 days prior to bankruptcy then why were creditors allowed to make deposits into Celsius? Surely Celsius should not have allowed for anyone to deposit 90 days prior to bankruptcy?**

I would request for Mr Judge Glenn to look into the possibility in returning all of my crypto that had been deposited 90 days prior to Celsius filing for bankruptcy as deposits being made on the app should have been paused at the beginning of April 2022 as Alex Mashinsky and his team knew that there was a negative balance sheet.

Kirkland & Ellis, employee's and all other members have extorted huge salaries from this process.

***I reiterate that I would like all of my assets returned urgently and not the 1/4 , as I should never have been allowed to deposit my crypto in the first instance as this was within the 90 days of filing for chapter 11.***

Regards Mr.A Ijaz

( Celsius Creditor )