29th February 2024

Dear Judge Glenn,

I am a Celsius creditor and I was deemed eligible to receive my crypto distribution through Coinbase, but there seems to be a problem with my distribution for reasons unknown to me.

Since the effective date, January 31st, the price of cryptocurrencies went up significantly higher. For this reason, I want to make sure that I am receiving my distribution in cryptocurrencies like other creditors did calculated at the day of the effective date. I want to make sure I am not receiving my distribution in US dollars. A platform like Kraken could help as Coinbase and Celsius have not been helpful in this matter, with no answers from them so far.

I hope you can relate to this matter as I had my life savings in Celsius.

Thank you for your concern.

Kind Regards,

Pierre Haccart