Letter to the Court regarding Celsius Bankruptcy administration failure.

February 29, 2024

To: Bankruptcy Judge
From: Menno D. Wagler
RE: Case 22-10964

To the Court:

I am a creditor in the Celsius bankruptcy.  Celsius instructed me to claim my settlement cryptocurrency through PayPal.  This has been a complete disaster.  I was issued a code for claiming.  I have tried numerous times and numerous ways to use my code but with zero success.  PayPal is completely unresponsive through its customer service portal to address this issue.  Stretto is unresponsive as well.

I am putting the court on notice that I, along with other creditors, intend to pursue all remedies to collect what is due to us according to the bankruptcy agreement.

Sincerely,

Menno D. Wagler.
7535 W 700 S
Hudson IN 46747
waglermd@gmail.com