Dear Judge Martin Glenn,

I am reaching out to you amidst circumstances that have left me in a difficult position, with no resolution in sight despite numerous attempts to seek assistance. As a customer of the Celsius Earn program, I was supposed to receive distributions in various forms, including ETH, Stock shares, and importantly, BTC. While I have received the former two, the BTC distribution, crucial to my claim, has not been processed or received.

Despite repeated engagements with Stretto, my inquiries and requests for updates regarding the missing BTC distribution have been met with silence or generic responses, offering no resolution or timeline for when this oversight will be corrected.

The lack of communication and resolution not only exacerbates the financial strain experienced by many due to Celsius's bankruptcy but also undermines the trust and process established by the court for equitable distribution among victims. The absence of the BTC distribution represents a significant loss, given the volatility and potential value recovery of cryptocurrencies.

I kindly request your intervention or guidance on how to proceed to ensure that those affected, including myself, receive the full distributions as entitled. The situation demands urgency, and your support in addressing this matter would be invaluable.

I appreciate your time and consideration in this distressing matter and hope for a resolution that respects the rights and expectations of all victims of the Celsius bankruptcy.

Thank you for your attention and assistance.

Sincerely,

Sean Doyle
Victim of Celsius Bankruptcy