# EXHIBIT A
# INVOICES

# TAX INVOICE



**Invoice # 1580255**
Customer VRN:

ORACLE CORPORATION UK LIMITED
Oracle Parkway, Thames Valley Park
Reading, Berkshire, RG6 1RA
Registered Office Oracle Parkway, Thames Valley Park,
Reading, Berkshire, RG6 1RA
Registered in England No.
VAT REG No.

**Bill To**
Celsius Network Limited.
The Harley Building, 77-79 New Cavendish St.
London W1W 6XB
United Kingdom

**Ship To**
Celsius Network Limited.
The Harley Building, 77-79 New Cavendish St.
London W1W 6XB
United Kingdom

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 19 April 2023 | Net 30 | 30 May 2023 | Daley, Bryan |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 0.8055 | | Estimate #1029193 |

Page 1 of 4

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess FinancialsFirst Premium Cloud Service | NetSuite SuiteSuccess Financials First Cloud Prm Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>**NetSuite Subsidiary Management within customer's home country for a single currency. Additional countries/currencies require separate purchase of OneWorld<br>** Productivity tools including contacts/calendar/events<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Fixed Asset Management Cloud Service<br>** NetSuite Advanced Electronic Bank Payments Cloud Service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.netsuite.com/portal/resource/terms-of-service.shtml<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteCloud+ license | 1 | 0.333 | $47,988.00 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite OneWorld Cloud Service | NetSuite OneWorld includes:<br>** Management of multiple subsidiaries, business units and legal entities<br>** Support of consistent processes across countries<br>** Unlimited (dependent on customer's requirements) subsidiaries in a single country for a single currency<br>** Includes 1 country/currency combination. Additional purchase required for new country/currency combination<br>** Comprehensive Language Management<br>** Support for 27 different languages<br>** Comprehensive Multi-Currency Management<br>** Audit and Compliance Reporting<br>** Always-on audit trail, built-in analytics, access logs and workflow<br>** Supports global compliance of internal and external processes<br>** Real-time global business insight<br>** Configurable Tax Engine<br>** Pre-configuration of tax codes and localized reporting where applicable<br>** Flexible indirect tax engine automates calculations<br>** Cross border sales and Intrastat reporting across EU countries<br>** Indirect Tax Compliance; Payment processing<br>** Pay vendor bills and employee expenses across the globe<br>** Take payments directly from customers.<br><br>Customer understands and agrees that once NetSuite OneWorld has been provisioned to the NetSuite Service, the NetSuite Service and Customer Data cannot be switched back to a non OneWorld state. | 1 | 0.333 | $23,988.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 12 | 4 | $14,256.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 1 | 0.333 | $14,400.00 |
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 1 | 0.333 | $8,623.20 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.333 | $8,623.20 |
| Subtotal | | | | $117,878.40 |
| Discount | Discount | | | ($47,139.57) |
| Subtotal | | | | $70,738.83 |

| Tax Rate | Tax Total (GBP) |
|---|---|
| 20% | 11396.54 |

|  |  |
|---|---|
| Subtotal | $70,738.83 |
| Tax Total | $14,147.77 |
| Total | $84,886.60 |

---

CHECK PAYMENT:
(US Mail)
Oracle Corporation UK Limited
JPMorgan Chase Bank N.A.
National Bank by Mail
P.O. Box 36520
KY1-0900

(Overnight Mail)
Oracle Corporation UK Limited
JPMorgan Chase Bank N.A.
National Bank by Mail
416 West Jefferson, Floor L1
Louisville, KY 40202-3202

Remittance by Credit Card is limited to Visa and Mastercard only

**Remittance Slip**

| Customer | 8189729 Celsius Network Limited. |
|---|---|
| Invoice # | 1580255 |
| Amount Due | $84,886.60 |
| Amount Paid | _____ |

ELECTRONIC PAYMENT:
JPMorgan Chase Bank N.A.
270 Park Avenue
New York, NY 10017 USA
Account Name: Oracle Corporation UK Limited
Account #:
ABA #:
SWIFT:

---

# TAX INVOICE



**Invoice # 1339426**
Customer VRN:

ORACLE CORPORATION UK LIMITED
Oracle Parkway, Thames Valley Park
Reading, Berkshire, RG6 1RA
Registered Office Oracle Parkway, Thames Valley Park, Reading, Berkshire, RG6 1RA
Registered in England No. ■■■■■■
VAT REG No. ■■■■■■■■■■

**Bill To**
Celsius Network Limited.
The Harley Building, 77-79 New Cavendish St.
London W1W 6XB
United Kingdom

**Ship To**
Celsius Network Limited.
The Harley Building, 77-79 New Cavendish St.
London W1W 6XB
United Kingdom

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 01 June 2022 | Net 30 | 01 July 2022 | Daley, Bryan |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 0.7919 | | Estimate #1029193 |

Page 1 of 4

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess FinancialsFirst Premium Cloud Service | NetSuite SuiteSuccess Financials First Cloud Prm Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>**NetSuite Subsidiary Management within customer's home country for a single currency. Additional countries/currencies require separate purchase of OneWorld<br>** Productivity tools including contacts/calendar/events<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Fixed Asset Management Cloud Service<br>** NetSuite Advanced Electronic Bank Payments Cloud Service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.netsuite.com/portal/resource/terms-of-service.shtml<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteCloud+ license | 1 | 0.333 | $47,988.00 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite OneWorld Cloud Service | NetSuite OneWorld includes:<br>** Management of multiple subsidiaries, business units and legal entities<br>** Support of consistent processes across countries<br>** Unlimited (dependent on customer's requirements) subsidiaries in a single country for a single currency<br>** Includes 1 country/currency combination. Additional purchase required for new country/currency combination<br>** Comprehensive Language Management<br>** Support for 27 different languages<br>** Comprehensive Multi-Currency Management<br>** Audit and Compliance Reporting<br>** Always-on audit trail, built-in analytics, access logs and workflow<br>** Supports global compliance of internal and external processes<br>** Real-time global business insight<br>** Configurable Tax Engine<br>** Pre-configuration of tax codes and localized reporting where applicable<br>** Flexible indirect tax engine automates calculations<br>** Cross border sales and Intrastat reporting across EU countries<br>** Indirect Tax Compliance; Payment processing<br>** Pay vendor bills and employee expenses across the globe<br>** Take payments directly from customers.<br><br>Customer understands and agrees that once NetSuite OneWorld has been provisioned to the NetSuite Service, the NetSuite Service and Customer Data cannot be switched back to a non OneWorld state. | 1 | 0.333 | $23,988.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 12 | 4 | $14,256.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 1 | 0.333 | $14,400.00 |
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 1 | 0.333 | $8,623.20 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.333 | $8,623.20 |
| Subtotal | | | | $117,878.40 |
| Discount | Discount | | | $-47,139.57 |
| Subtotal | | | | $70,738.83 |

| Tax Rate | Tax Total (GBP) |
|---|---|
| 20% | 11203.49 |

| | |
|---|---|
| Subtotal | $70,738.83 |
| Tax Total | $14,147.77 |
| Total | $84,886.60 |

**Remittance Slip**

CHECK PAYMENT:
(US Mail)
Oracle Corporation UK Limited
JPMorgan Chase Bank N.A.
National Bank by Mail
P.O. Box 36520
KY1-0900

(Overnight Mail)
Oracle Corporation UK Limited
JPMorgan Chase Bank N.A.
National Bank by Mail
416 West Jefferson, Floor L1
Louisville, KY 40202-3202

Remittance by Credit Card is limited to Visa and Mastercard only

| Customer | 8189729 Celsius Network Limited. |
|---|---|
| Invoice # | 1339426 |
| Amount Due | $84,886.60 |
| Amount Paid | _____ |

ELECTRONIC PAYMENT:
JPMorgan Chase Bank N.A.
270 Park Avenue
New York, NY 10017 USA
Account Name: Oracle Corporation UK Limited
Account #:
ABA #: