# EXHIBIT A
# INVOICES

 **NET**SUITE

**Invoice # 1492100**

Oracle America, Inc.
2300 Oracle Way
Austin, TX 78741
United States
1 877 638 7848
Tax ID No.: ▮▮▮▮▮▮▮

**Bill To**
Celsius Mining LLC.
221 River St
9th Floor
Hoboken NJ 07030
United States

**Ship To**
Celsius Mining LLC.
221 River St
9th Floor
Hoboken NJ 07030
United States

| Invoice Date | Terms | Due Date | Sales Rep |
|---|---|---|---|
| 28 December 2022 | Net 30 | 27 January 2023 | Finley, Allison |
| **Currency** | **FX Rate** | **PO #** | **Estimate #** |
| USD | 1 | | Estimate #1105947 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite SuiteSuccess FinancialsFirst Premium Cloud Service | NetSuite SuiteSuccess Financials First Cloud Prm Service includes:<br>** ERP with G/L, Accounts Payable, Purchasing, Inventory, Order Entry, A/R, Expense Reporting, Advanced Shipping with integrated shipping depending on your location, use of Fulfillment Requests and Automatic Location Assignment for up to 5000 orders annually.<br>** NetSuite CRM Sales Force Automation with quote and order management, Marketing Automation with campaigns; Customer Service/Support<br>**NetSuite Subsidiary Management within customer's home country for a single currency. Additional countries/currencies require separate purchase of OneWorld<br>** Productivity tools including contacts/calendar/events<br>** NetSuite Financial Management Cloud Service<br>** NetSuite Fixed Asset Management Cloud Service<br>** NetSuite Advanced Electronic Bank Payments Cloud Service<br>** Real-time Dashboards with key business metrics, report snapshots<br>** Customer, Vendor and Partner Center logins<br>** NetSuite Basic Customer Support. Current URL Terms for support are located at www.netsuite.com/supportterms.<br>** 5 Employee Self-Service Users<br>** 30,000 integrated bulk mail merges per month<br>** 120,000 campaign emails per year with no single blast exceeding 10,000 recipients<br>** Includes 1 Learning Cloud Support Pass-single user license pursuant to the Learning Cloud Support Pass terms and conditions found at https://www.netsuite.com/portal/resource/terms-of-service.shtml<br>NetSuite Standard Service Tier:<br>** Maximum of 100GB of File Cabinet Storage, which is included with Standard Service Tier.<br>** Maximum 100 Full Licensed Users Provisioned (excluding Employee Center, Partner Center, Advanced Partner Center, Vendor Center and Customer Center)<br>** Maximum 200,000 monthly transaction lines<br>** Maximum of 1 SuiteCloud+ license | 1 | 0.25 | $11,997.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 3 | 0.75 | $891.00 |
| NetSuite General Access Cloud Service User | General access user for NetSuite. | 3 | 0.75 | $891.00 |
| NetSuite Premium Support | Users of NetSuite Premium Support are authorized to access the services: Users of NetSuite Premium Support are authorized to access the services: 24x7 access for critical support; Extended hours for non-critical issues (S3's); improved Response Time Goals; functional questions logged via SuiteAnswers, and additional Authorized Contacts are provided (4). Current URL Terms for support are located at https://www.oracle.com/corporate/contracts/cloud-services/netsuite/ | 1 | 0.25 | $1,377.90 |

| Item | Description | Quantity Ordered | Quantity Billed | Amount |
|---|---|---|---|---|
| NetSuite Sandbox Environment Cloud Service | Sandbox Environment for NetSuite Customers<br>** Replicates production environment including data and customizations<br>** Isolated environment – changes shielded from live production account<br>** One production environment replication for each month of term is included<br>** Administrators may provide sandbox access to all production users as needed<br><br>NetSuite uptime guarantee does not apply to Sandbox Environments. | 1 | 0.25 | $1,497.00 |
| Customer Learning Cloud Support Company Pass - Premium | The Customer Learning Cloud Support Company Pass - Premium provides Go-Live training and ongoing adoption as described in the Training Service Descriptions https://www.oracle.com/corporate/contracts/cloud-services/netsuite/descriptions.html#training | 1 | 0.25 | $3,600.00 |
| Subtotal | | | | $20,253.90 |
| Discount | Discount | | | ($7,792.51) |
| Subtotal | | | | $12,461.39 |

| | |
|---|---|
| **Subtotal** | $12,461.39 |
| **Tax Total** | $0.00 |
| **Total** | $12,461.39 |

## Remittance Slip

Payment Address:
Oracle America, Inc.
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693

Payment by Wire:
Bank of America
Account #
Account Name: Oracle America, Inc.
Bank Routing No. ACH/EFT:
Bank Routing No. Dom. Wires:
Swift Code:

| Customer | 5290481 Celsius Mining LLC. |
|---|---|
| Invoice # | 1492100 |
| Amount Due | $12,461.39 |
| Amount Paid | |

To view or pay your invoice securely online, contact Collections for access.

Email: CollectionsTeam_US@Oracle.com
Toll Free: +1-877-638-7848 option 4