Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Concerns Regarding Distribution Codes for Celsius Network Creditors

Dear Judge Martin Glenn,

I hope this letter finds you well. I am writing to bring to your attention an issue I am currently facing as a creditor of Celsius Network in the ongoing bankruptcy proceedings. My name is Jessica Ling Ling Yu.
I recently received a notice that Celsius Network dated February 16, 2024, informing me that distribution codes for the retrieval of my cryptocurrency were sent via email. However, as of today, February 29, 2024, I have not received any such email containing the necessary codes.
I want to emphasize that I have diligently followed all the procedures outlined by Celsius Network to ensure the alignment of my information on their platform and linked accounts such as PayPal and Venmo. Additionally, I opened a support ticket on Stretto's website approximately two weeks ago, seeking clarification on the delay in receiving the distribution codes. Regrettably, I have not received any responses to date.
Given the critical nature of these distribution codes for qualified creditors like myself, I am concerned about the delay and the potential impact on my ability to participate in the distribution process. Moreover, I believe there may be others facing similar challenges and uncertainties.
I kindly request your attention and intervention in this matter. I urge you to investigate the issue and ensure that creditors who have fulfilled the necessary requirements promptly receive the distribution codes. This is crucial for a fair and transparent distribution process, and it would greatly alleviate the concerns of creditors like myself.
Thank you for your time and consideration. I trust that you will address this matter with the utmost diligence and fairness.

Sincerely,

Jessica Ling Ling Yu