# FOR THE ATTENTION OF JUDGE MARTIN GLENN

Re : Celsius Network LLC / CASE- 22-10964

## Deposited into Celsius 30 days prior to Bankruptcy

On 13th June 2022 I deposited 1.9995 BTC and 1.7745 BTC (total 3.774 BTC) into my "Earn" account on the Celsius platform which was than transferred by Celsius as additional collateral.

The date Celsius Network filed for bankruptcy was 13th July 2022 which was 30 days after my deposit.

All the while Celsius had a negative balance sheet and Chapter 11 bankruptcy was looming, Alex Mashinsky and his team were making insider withdrawals whilst the creditors were being advised to deposit more crypto.

Weeks prior to bankruptcy being filed Celsius has paused withdrawals.

My argument here is if inside clawback have been implemented 90 days prior to bankruptcy then why were creditors allowed to make deposits into Celsius? Surely Celsius should not have allowed for anyone to deposit 90 days prior to bankruptcy?

I would request for Mr Judge Glenn to look into the possibility in returning all of my crypto that had been deposited 90 days prior to Celsius filing for bankruptcy as deposits being made on the app should have been paused at the beginning of April 2022 as Alex Mashinsky and his team knew that there was a negative balance sheet.

Kirkland & Ellis, employee's and all other members have extorted huge salaries from this process.

I reiterate that I would like to request to have my assets (total 3.774 BTC as shown above) returned urgently without being subjected to the haircut as I should never have been allowed to deposit my crypto in the first instance as this was within the 90 days of filing for chapter 11.

Regards Mr. Tan Chye Teck
( Celsius Creditor )