Dear Honorable Judge Glenn,

I truly appreciate your efforts to provide recovery to Celsius customers all around the world. This is to inform you that some of the countries listed as supported by Coinbase at the time of distribution partner confirmation, are not supported to begin with. Coinbase does not allow Sri Lankans to register for a new account with an error massage " Country not supported". Their customer service confirmed Coinbase is currently not supported in Sri Lanka. I have informed STRETTO about the possible issue to Sri Lankan customers if they are to select Coinbase as the only distributing partner at the time of selection. Still, I was informed to create a Coinbase account by STRETTO on February 16th.  I reminded them several times the plight of Sri Lankan customers. Heartbreaking stories about Celsius customers in the US and other countries upsets me to the core. At the same time please consider the victimization of Sri Lankan customers due to no fault of their own and deserve to be treated at least like rest of the customers in US and other countries. I recommend selecting another service provider like Binance which has a vigorous KYC process or request Coinbase to open up services in my country. A wire transfer will result in a 50% hair cut for Sri Lankans compared to Celsius customers who already received the initial recovery.

Kind Regards

*Dhananjaya*

Dr. Dhananjaya Bulathwatta

dbulathwatta@gmail.com