March 1st 2024

Dear Honorable Judge Glenn,

Hello. Thank you for spending so much time over the past 1 ½ - 2 years on the celsius bankruptcy case. It means a lot for the hundreds of thousands of us little guys. At the time of bankruptcy I had just had my first born child, if it were not for him I may not still be here. I have been anxious for this case to come to an end and for us to get a portion of our life savings back.

However I'm writing in concern to not receiving any distribution. It has been 1 month since they started and 2 weeks since they ended and celsius has stated that they are done sending emails. I along with many others never received an email with claim codes or even an explanation as to why. We have submitted tickets and still haven't gotten any response other than an automated FAQ response. I have double checked all the qualifications, ID verification etc. voted yes on the plan, and am under the withdrawal preference exposure threshold so there should be no reason why so many aren't getting a crypto distribution.

I hope this will be heard and action will be taken. Please help. Thank you.

Sincerely,

Adam Thomas Lehmann