Viraj Anand

VP Investments & Assets LLC

4141 Frisco Green Ave Apt 412

Frisco, TX 75034

vp.investments02@gmail.com

614-499-5061

March 01, 2024

Honorable Judge Glenn

One Bowling Green

New York, NY 10004-1408

Dear Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention a matter concerning the distribution process in the ongoing bankruptcy case. As a corporate account holder with Celsius, I am deeply concerned about the unequal treatment of **corporate** account creditors in the distribution of assets.

I understand that the US Bankruptcy Court ensures that all creditors are treated equally in such cases. However, it has come to my attention that while the top 100 corporate accounts and other retail creditors have been offered various options for receiving their distributions, including cryptocurrency via Coinbase, corporate account holders like myself have been informed that we will only receive a USD Check with no alternative options. This is due to the fact, my corporate account is not a top 100 corporate account.

This discrepancy is troubling for several reasons. Firstly, it unfairly burdens corporate account holders with a tax liability that could have been avoided if distributions were made in cryptocurrency. Additionally, given the significant increase in the prices of cryptocurrencies such as ETH and BTC since the effective date, receiving a USD Check means that we are not only missing out on potential gains but also effectively losing value.

I find it particularly concerning that while some creditors have been offered the option to receive distributions in cryptocurrency, others, like corporate account holders below top 100, have not been extended the same courtesy. It seems unjust and discriminatory that certain creditors are given preferential treatment over others.

I respectfully urge the court to intervene and ensure that all corporate creditors are treated fairly and equally in the distribution process. If the top 100 corporate accounts can receive their distributions via Coinbase, there is no reason why the same option cannot be extended to all corporate account holders.

Thank you for taking the time to consider my concerns. I trust that the court will take the necessary steps to rectify this matter and ensure that justice is served for all creditors involved.

Sincerely,

Viraj Anand
Managing Member

VP Investments & Assets LLC