February 28, 2024



To the Honorable Martin Glenn
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004-1408500

Dear Chief Judge Glenn,

I am a U.S. creditor of Celsius and received my claim codes via email on February 8, 2024.

Due to technical problems on the side of Stretto I have been unable to redeem the claim codes on Paypal.

Requesting your assistance to resolve this urgent matter.

Have discussed the matter with Paypal numerous times, and was told that all steps were completed in order to receive the distribution. Have also contacted Stretto numerous times, and received only template answers in response.

My concern is that Stretto will send me a check for the USD value of the crypto assets on February 8, 2024 instead of the cryptocurrency amounts listed in their February 8, 2024 emails.

Bitcoin and Ether have increased in value approx. 25% since February 8, 2024.

If Stretto sends a USD check instead of cryptocurrency, then I will effectively lose money 3 times:

- Receiving only fraction of crypto assets held on Celsius in July 2022 when bankruptcy occurred
- Claim dollarized when BTC & ETH prices were low, then converted back to BTC & ETH when prices were much higher. Thus, receiving less BTC & ETH.
- Losing 25% in USD terms from February 8, 2024 to present due to technical failures on Stretto's part

Eric Kurtzman and Robert Klamser, the CEO and CRO of Stretto, are CC-ed on this letter.

Thank you in advance for your assistance.

Sincerely,

Daniel Winters

CC: Eric Kurtzman, Robert Klamser