Case Name: Celsius Network LLC et al

Case Number: 22-10964

February 26, 2024



Judge Martin Glenn
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Dear Honorable Martin Glenn:

My name is Larry Schoenick and I was a Celsius earn customer. My claim was for 12009.46. I filled out the claim form and DID NOT choose to be placed in the convenience class. However, apparently, I have been placed there, as my recovery in Bitcoin and Ethereum is on par with what convenience customers have been allocated.

Please allow for a review of the claim forms, so that I and others who have been erroneously placed in the convenience class can receive the distribution that is deserved.

Respectfully,

Larry Schoenick