QUARLES & BRADY LLP
2020 K Street, NW, Suite 400
Washington, DC 20006-1806
Telephone: (202) 372-9600
Facsimile: (202) 372-9599
Lauren C. Bolcar, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

QUARLES & BRADY LLP, attorneys for Plaid Inc. ("Plaid"), hereby notices its appearance and requests that it receive notice of all proceedings in this matter, including, but not limited to, any notices in the above-referenced administrative matter and any related adversary proceedings and that the following name be added to the creditor matrix:

> Lauren C. Bolcar, Esq.
> QUARLES & BRADY LLP
> 2020 K Street, NW, Suite 400
> Washington, DC 20006-1806
> Telephone: (202) 372-9600
> Fax: (202) 372-9599
> E-mail: lauren.bolcar@quarles.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of Plaid's:

---

[1] The "Debtors" in the Bankruptcy Cases are Celsius Network LLC; Celsius KeyFi LLC; Celsius Lending LLC; Celsius Mining LLC; Celsius Network Inc.; Celsius Network Limited; Celsius Networks Lending LLC; and Celsius US Holding LLC.

QB\178918.00001\88622563.1

(a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

(b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Plaid without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in this matter.

Dated: Washington, DC  
March 1, 2024

/s/ Lauren C. Bolcar  
Lauren C. Bolcar (NY Bar No. 5215148)  
Catherine M.G. Allen (*not admitted in NY*)  
QUARLES & BRADY LLP  
2020 K Street, NW, Suite 400  
Washington, DC 20006-1806  
Telephone: (202) 372-9600  
Facsimile: (202) 372-9599  
Email: lauren.bolcar@quarles.com  

Attorneys for Plaid Inc.

QB\178918.00001\88622563.1