March 1, 2024

Dear Judge Glenn,

I am a Celsius creditor in the USA. I received my claim codes for BTC & ETH from Stretto Celsius Network on 02/12/24. I attempted to redeem these codes at the Paypal website using a desktop computer and was not successful. On 02/12/24 the Paypal website gave an error of "We're Unable to Redeem That Claim Code. Contact Stretto for more information." I also received two emails on 02/13/24 with the subject line "IMPORTANT: Your Claim cannot be serviced at PayPal or Venmo".

So, I went ahead and opened a ticket with Stretto on 02/12/24. As many creditors have already mentioned via their letters on the docket, the response received is just a canned answer that doesn't provide any help in resolving the issue with the claim codes not working. I made sure that the required information in my Paypal account matched what's in my Celsius account. I made sure that there were no errors in either entering the claim code numbers or date of birth on the Paypal website. I also called Paypal to make sure I had successfully completed the KYC process, and they confirmed that the process was completed successfully. I have had a Paypal account for 13 years that is currently in good standing so it makes no sense that the claim can not be serviced.

As some others have mentioned in their letters filed on the docket, I also attempted to obtain a timeline from Stretto on when this matter might be resolved and they produced another canned answer via email that stated the following:

*"Any distribution that is unclaimed or otherwise remains undeliverable for a period of one year after the first attempt to deliver, shall be treated as unclaimed property under the Plan and returned to the Estate for future distributions made under the Plan to eligible creditors. "*

Creditors have already waited close to two years to receive their crypto/funds and now Stretto has the audacity to say they may treat my claim as "unclaimed property" due to their (and their sub-contractor's) negligence and incompetence? This response is totally unacceptable and extremely worrisome as the court has entrusted Stretto and its sub-contractors to properly distribute crypto that creditors are entitled to under the rulings and orders made by the court.

Nearly three weeks have passed and Stretto/Paypal have left me with no other option but to contact the court to seek help in resolving this matter since they have been pretty much unresponsive with the exception of these canned responses, some of which are worrisome to say the least. I, along with many others, are not able to receive their crypto distributions due to faulty claim codes. One can't help but to wonder if Stretto and their sub-contractors even have the required crypto to distribute to all creditors given how the situation is being handled.

Any assistance you can provide to help resolve this matter would be appreciated.

Thank you,

Kameron Behnam