March 3, 2024

Dear Judge Glenn,

Firstly, thank you for your management and oversight over this complex case.  I am writing to request review and assistance for those corporate accounts, like myself, who are awaiting information and instructions on an outcome.  My claim is under a corporate account structured as a self directed IRA trust.   Like many others around the world, I put my faith and trust in Celsius and have faced significant losses.  I now look to the judicial system to help creditors claw back as much as possible and in a fair way *across all creditor classes*.   I am compelled to bring to your attention the following points and request your review and adjudication as soon as feasible:

- Lack of communication:  Overall, the level of communication from Stretto in administering claims to corporate users has been extremely poor.  Any inquiry is met with canned responses, days after submitted.  Responses point back to FAQ that does not address with any detail corporate users.
- Distribution Partner:  It appears corporate users are subject to a decision to remit distribution in USD, aside from a small number of users who are eligible for Coinbase (where there is no rationale or explanation on who/why these are able to be on Coinbase).  There is no clear reason why or rationale provided, only that is the determination and that creditors may not choose a distribution partner.  All creditors have been expecting an in-kind distribution.  Learning of a USD distribution is troubling for two very important reasons:
    1) Valuation – depending on the date of USD distribution, the value has increased significantly since the effective date.  IF the USD valuation is based on the effective date, creditors have additional losses in terms of market movement over the past month.  We would be severely harmed if this were the case.  There are many rumors and no FAQ has been updated to clarify this point for corporate creditors.  I am hopeful that you see the additional harm to creditors by holding USD distributions in this volatile market and request that a solution be developed to move quicker for corporate users to mitigate this risk.  Surely you cannot allow the in-kind assets to continue to be held while the value increases, only to distribute in USD the value based on the effective date?  Likewise, if the in-kind value was sold for USD at the effective date, surely you cannot allow that to be held for over a month (or more) for distributions? Either way we are harmed.  The only outcome is an in-kind transfer to corporate accounts through some distribution method(s).  That is really the only way to ensure fair distribution to corporate accounts.  I urge you to closely review this scenario.
    2) USD vs In-Kind -  Most creditors DO NOT want USD and have gone through KYC processes as a corporate entity at Celsius and other exchanges / entities in order to even make deposits at Celsius in the first place.  Distributions in USD are putting undue hurdles on corporate entities and complicating the process unnecessarily.  I request that other options be considered to allow corporate entities to designate distribution partner, or use the Celsius app to make the in-kind withdrawal

Thank you for your review and attention to this inquiry

Sincerely,

John Wesner