March 4th, 2024

Honorable Judge Glenn,

I have a personal retirement account with Celsius (RCLTR Investments, LLC) filed with a Tax ID instead of an SSN, and I am still awaiting distributions on my account. My account is part of my self-directed IRA and my life's savings. I have patiently been waiting and have reached out to the Celsius network multiple times for my distribution information and have received no substantive response as to the status of my $313,159 claim.  This is over a month since the effective date was set on January 31st and I am no closer to getting an adequate response let alone a resolution of my crypto assets.

I want to ensure that my distribution will be in **BTC** and **ETH and not USD**. The collective settlement agreement that I signed stated that creditors would be getting back **57.9% liquid crypto distributions, 14.9% Stock Shares of New Co., and roughly another 6.4% of illiquid Assets Recovery outside of the Litigation Trust**. The agreement already cuts my effective crypto recovery to ~26% on average and my wife and I made peace with that. Instead getting back USD at this point for my retirement would be financially catastrophic at this stage. Both crypto assets promised in the agreement have appreciated significantly by the time of writing of this letter now **BTC is around $66,519, which is over 55% higher than the January 31st effective date price of $42,972. ETH is also up over 38% at ~$3549 from the effective date price of $2577.** It is extremely inequitable and unfair for some creditors to get crypto and other creditors US dollars in this scenario due to the significant asset value loss in dollar terms. My wife and I can't even begin to recover our assets lost at this price.

I have my PayPal account and if needed a Coinbase account all set up, but again have not heard anything regarding my claim codes or if I am getting crypto or USD back, despite reaching out multiple times and receiving the same auto responses.

Given that the price of BTC and ETH has gone up substantially since the January 31st effective date, we feel IRA retirement investors should receive crypto distributions, just as all other Celsius creditors received, so as not to lose out on the rise in crypto prices. If IRA investors are not able to be paid in crypto, I feel we should be paid the USD equivalent at today's trading prices of BTC and ETH, since it has now been more than a month since the effective date. I am just asking to be treated equitably and fairly as every other creditor who received their cryptocurrency already.

Please help me and many others who are in the same situation as me and correct this major wrong.

Sincerely,
Chad Kennedy

1462 S Cholla St

Gilbert, AZ 85233

Account: RCLTR Investments, LLC.