*Catherine Ann Blair * 32 Wildwood Park, Weaverville, NC 28787*
*(503) 675-1328 * 6995blair80@protonmail.com*

The Honorable Martin Glenn
One Bowling Green
New York, NY 10004-1408

March 4, 2024

Re: Celsius Creditor Claim for Catherine Ann Blair
(6995blair80@protonmail.com)

Dear Judge Glenn:

I am a creditor of Celsius Network in the Celsius Earn class. I have not been able to collect my distribution yet, and the Stretto Law Firm has done a non-existent job of servicing my claim.

My husband is a PhD computer engineer, and I am a biochemist with an advanced degree and have done considerable computer programming myself. In addition, we are veteran cryptocurrency investors. So, the fact that I am unable to collect my distribution says a lot about Stretto's level of competence and commitment.

I received my claim notifications on 7-Feb for BTC and ETH. I had already completed the KYC on both PayPal and Venmo for cryptos in early January. I even bought some BTC on PayPal to make sure the account works. However, the claim codes did not work on either PayPal or Venmo. I have contacted Stretto multiple times. They told me to file a "ticket," which I have done many times. Stretto only responds with "canned" replies telling me to consult the FAQ list. I also spoke with a crypto specialist on PayPal, and he confirmed that my account was properly set up, including KYC, and that it would accept external transfers of cryptocurrency.

I moved shortly after Celsius filed for bankruptcy. All this time, neither Celsius nor Stretto have managed to change my address. However, the PayPal crypto expert said this makes no difference.

The delay is frustrating but what I am particularly worried about is that Stretto will simply eventually pay out my claim in USD based on the BTC and ETH values of early January, when the claim amounts were calculated. Since this time, BTC and ETH have appreciated more than 50%. As you can imagine, a cash disbursement would amount to thousands of dollars less, and my reimbursement is already far short of the 15 ETH that was held in my Celsius account.

I would certainly appreciate your office contacting Stretto to direct them to deal with individual claimants, rather than sending canned replies to "tickets." And please require them to give me crypto.

Sincerely,

*Catherine Ann Blair*

Catherine Ann Blair