**Subject: Urgent: Distribution Code Issue for Celsius Network Bankruptcy Claim**

Dear Judge Glenn,

I am writing to express my urgent concern regarding the distribution process for the Celsius Network bankruptcy case. I am a creditor and have not been able to successfully utilize the provided distribution codes to receive my allocated cryptocurrency.

I have attempted to use the codes on the designated platform PayPal, but have encountered the following issue(s):

- PayPal returns error "We're unable to redeem that code. Contact Stetto for more information."
- I have verified that I am using the correct codes and platform. I also spoke with PayPal technical support, and verified that my account is fully authenticated for Crypto purchases and transfers, and my profile details for authentication are all updated.

Due to this technical difficulty, I am unable to access my rightful share of the distributed cryptocurrency. I am deeply concerned about the potential delay and its impact on my financial situation.

I kindly request your urgent attention to this matter. I would be grateful if the court could:

- Investigate the cause of the malfunctioning distribution code for my claim.
- Provide a solution to enable me to successfully claim my allocated cryptocurrency as soon as possible.

I am available to provide any additional information or clarification that may be required. I have not included my personalized BTC and ETH claim codes in this message for security purposes. Thank you for your time and consideration.

Sincerely,

Nils Dahl
nils.a.dahl@gmail.com