Dear Judge Glenn,

I hope this email finds you well. I'm a participant in the Celsius crypto bankruptcy case. I'm encountering difficulties with my distribution codes for receiving crypto assets, and my attempts to resolve this issue through regular channels have been unsuccessful.

I appreciate your dedication to overseeing this case. Urgent attention to this matter is crucial for a fair distribution process. I am committed to complying with legal procedures and prefer receiving crypto assets instead of a cash settlement.

I want to emphasize that I am unable to accept my crypto claim settlement due to issues with my PayPal verification even though I am registered and able to buy and sell crypto like requested in the FAQs. Unfortunately, PayPal is denying my claim (along with many others) as I am part of a family cell plan for which I am not the main policy holder even though I am registered and verified as requested by paypal. I have already lost enough through this process. Having to receive cash would be an even bigger blow with how this journey has played out.

Please request that paypal use a different verification method or just use our existing government identification on file to verify the codes.

Best Regards,

Alexander Bruski