Dear Honorable Martin Glenn,

I hope this message finds you well. I am writing to bring to your attention a pressing matter regarding the Celsius crypto bankruptcy case. As a participant in this case, I have encountered significant difficulty with the distribution codes provided to me for receiving my crypto assets. Despite repeated attempts, the distribution codes I have been provided with are not functioning as expected.

It seems an error from PayPal resulted in funds not being distributed to many creditors.

Reaching any support from customer services from either Stretto or Paypal does not seem to work and is now ongoing a month since this matter has been brought up.

Thank you for your attention to this matter. I look forward to your prompt response.

Sincerely,

Darren Kubo
(831) 332-0708