Dear Honorable Glenn,

I hope this message finds you well. I am writing to bring to your attention a pressing issue within the ongoing Celsius crypto bankruptcy case.

Unfortunately, the distribution codes provided by Celsius for accessing our crypto assets have proven ineffective. Despite multiple attempts, redemption through PayPal/Venmo, the designated channels, has not been possible. This has led to significant frustration and uncertainty among myself and other affected parties.

Given the importance of accessing these assets, I respectfully request your urgent attention to expedite a resolution to this matter.

Thank you for your consideration.

Sincerely,
Yonus Hammer