March 6, 2024

Dear Honorable Judge Glenn,

I'm a Celsius creditor who finally received the much-anticipated claims codes to redeem my crypto assets on February 12, 2024.  As a US resident, the distributing agent assigned to distribute my crypto assets is US PayPayl or Venmo.  However, I've been unable to redeem the claim codes provided despite making multiple attempts and following all troubleshooting steps.  I also contacted PayPal to ensure that my personal information was correct and that it matched that listed on my Celsius account which it was. Nonetheless, the US Paypal/Venmo representative was unable to assist further and deferred to Stretto Pay Pal/Venmo for further assistance. I contacted Stretto on February 18, 2024, but only received a generic message back on February 20 outlining the troubleshooting steps that I've been already attempting. Unsatisfied with the generic repones, I submitted a second ticket on February 29, 2024, received a reply on the same day but the reply was also generic.

To that end, please consider acting on this very important issue. My partner, Sean M logan and many other Celsius creditors are having the same issue based on posted messages on social media. In considering the next steps, I urge you to consider ordering Stretto to send our crypto assets to another distributing agent, such as Coinbase for distribution.  As the owner of my crypto effective on the distribution set of January 31,2024, I'm entitled to do whatever I please with my assets, including but not limited to its sale, re-investment and/or safekeeping.  It's yet unclear what the outcome will be for creditors in my situation based on the Distribution FAQ's updated on February 29,2024 as it does not provide a definitive answer on this issue.  It reads, "Please note that if for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo" and to "Please be patient as we work on rerouting your distribution  with our Distribution partners and prepare any actions that will required of you." An unfavorable and unjust outcome would be for Stretto to provide a dollarized amount based on the distribution's effective date prices of the corresponding cryptocurrencies. I therefore plea that you do not consider this option.

Respectfully,

Frances Bono

E-mail address: Frances_1984@protonmail.com

Phone number: 818-903-9015