Dear Judge Glenn,

I am a customer who has been using the cx token of CelsiusX, the DEFI division provided by Celsius, since the beginning of 2022.
cx token converted crypto assets such as BTC into wrapped assets through Celsius, enabling the utilization of DEFI.
They have confirmed to customers that cxtokens are safe assets through system links such as Chainlink Proof of Reserve (PoR) and Enzyme vault reserves.
 And I made post-petition transfers deposit cx token In may 30, 2023. **(#See image on page 2)**
after that I got an email from Celsius Network *<support@celsius.network>* in Jun 23, 2023. **(#see image on page 3)**
[Looking at the contents in the red box in this email, it certainly means that my post-petition transfer claim was possible at that time.]
After receiving this email, I stopped the deposit and disabled the recurring deposit as advised by them.
and at that time, enzyme's amount of proof-of-reserve reserves was 1:1, but it was redeemed in Oct 11,2023 **(#see image on page 4)**
Also, My account was suddenly suspended without any notice without being able to withdraw of my post-petition transfer deposit funds.
According to [doc no.4227] holders of CX tokens are classified as unsecured claimants.
I don't know when my funds were classified as unsecured claims, but according to page3, the amount of proof-of-reserve was sufficient at that time.
Also, at that time apparently Celsius informed me in the email that my funds could be returned.
Here's what I understand.
I think there was a time when I could get enough of my funds, but Celsius blocked my account and gave me no communication opportunity at the same time.
For my part, the tokens that were deposited into Celsius were also part of my assets.
That is why I respectfully ask you to give me a clear reason for this situation.


Sincerely,
Youri Lee



**Hash tx:**
0xc92bd71c80bfb043abcc4d42c32b7c5fa536dc5738b48034488cd964a6a9dbf6
0x11baeaa67e779917021f35791376a99972d26abadf1d85c0164b8baedbbbd6ab
0x916096deca15563e97679f033d8cc1dd6edffb1495f3a9e6795f2ef4fb46f4bb
0x976ec4433dfa2d4bebcd040c6ab06e9560ec7a861539019c8336f8361171c5c1
0x25bec401d3b4028f0ea2d4b96765cbd91f1faf63cb65a128e409ae8a6878d006
0xe4d8eba8a220a48e08117d7cf327a88a1e0c86b0fc1df72588fe560fc76f0da3

**Customer Care and Loans Expert** (Celsius Network)
Jun 23, 2023, 16:28 UTC

Dear Youri,

We hope this message finds you well. Your account has been flagged by our customer care team because you have made a post-petition deposit and/or have recurring deposits enabled.

**Immediate Action Required**
We kindly request that you complete the following:

1. Stop making deposits into your account; and
2. Disable any recurring deposits that may be set up for your Celsius account.

Pursuant to the Court's Order *(I) Authorizing the Debtors to Return Postpetition Cryptocurrency Transfers to Account Holders and (II) Granting Related Relief* [Docket No. 1929], Celsius may return post-petition deposits but must comply with certain noticing requirements. As such, in the event that you continue to make deposits or leave recurring deposits active, Celsius cannot guarantee the timeline on which you may be eligible to have post-petition transfers returned.

We appreciate your attention to this matter, and thank you for your cooperation.

Best regards!

Read our FAQs and learn more from our Help Center https://support.celsius.network/hc/en-us

**(text)**

Dear Youri,
We hope this message finds you well. Your account has been flagged by our customer care team because you have made a post-petition deposit and/or have recurring deposits enabled.

**Immediate Action Required**
We kindly request that you complete the following:

1. Stop making deposits into your account; and
2. Disable any recurring deposits that may be set up for your Celsius account.

Pursuant to the Court's Order *(I) Authorizing the Debtors to Return Postpetition Cryptocurrency Transfers to Account Holders and (II) Granting Related Relief* [Docket No. 1929], **Celsius may return post-petition deposits but must comply with certain noticing requirements. As such, in the event that you continue to make deposits or leave recurring deposits active, Celsius cannot guarantee the timeline on which you may be eligible to have post-petition transfers returned.**

We appreciate your attention to this matter, and thank you for your cooperation.



**Etherscan Link:**

https://etherscan.io/address/0x0a5f93e1ecbe398464abf8ffb60acf0522ad0ee7#tokentxns