6 March 2024                                               Bisogni  Antonino Francesco

                                                           V Camilluccia 589 /c 00135   Rome Italy

**Honorable Judge Glenn One Bowling Green**
**New  York, NY 10004-1408**

Dear Judge Glenn,

I am writing to bring to your attention a matter concerning the distribution process in the ongoing bankruptcy case. As international account earn with Celsius,I have all my life savings  assets were invested into cryptocurrency on the Celsius platform. I have patiently been waiting and have reached out to the Celsius network multiple times for my distribution information and have received no substantive response as to the status of Claim No.  10256  Date Filed 11/22/2022. This is over a month since the effective date was set on January 31st and I am no closer to getting an adequate response let alone a resolution of my crypto assets.they just give automatic response.
 I am deeply concerned about the delay  of  in the distribution of assets.

After I recived in date 30.12.2023 an email to Prepare for my Celsius Claim Distribution through Coinbase,and  I was ready , at the date of today I have not still recived comunication or email about my distribution of asset.This is no longer acceptable after long stressing case.
 I am just asking to be treated equally  as every other creditor who received their cryptocurrency already.

Please help me and many others who are in the same situation as me to have  the wait for long time distribution of asset.

Thank you for taking the time to consider my concerns. I trust that the court will take the necessary steps to resolve the problem of distribution.

Thank you for your review and attention to this inquiry.

Best reguards

Bisogni Antonino Francesco