**William James Fullagar – 2 Poets Street, Randhart, Alberton, 1449, South Africa**
**Mobile: +27 79 114 9374  Email: willfull78@yahoo.com**

**The Honorable Martin Glenn,**
**Chief United States Bankruptcy Judge,**
**In the United States Bankruptcy Court for the Southern District of New York.**
**One Bowling Green, New York, NY-10004-1408**

**5 March 2024**

Dear Judge Glenn,

I am writing to you in a desperate plea for you to intervene in this Celsius Creditor Distribution fiasco. We as creditors have been through a tremendous amount of stress, uncertainty, pain and anxiety over the past 20 months. It has been unbearable, since most of us do not have an endless pile of funds to keep us going, and we are desperate for this tiny distribution that we are suppose to get.

We all believed that we would receive our initial distribution through the Celsius app, and last minute we were told as International creditors, that we MUST use Coinbase. Now, that in itself, would not be a problem, if we could get our accounts open and verified, in order to receive our distributions. Me myself, like plenty of other creditors have been struggling to get our Coinbase accounts verified since late December, early January, still without success.

By Coinbase's inability to get the job done and their lack of compassion, I missed my distribution, like many, many others on 15 Feb 2024. The only replies to a multitude of emails, support tickets and "X" messages, I only receive AI generated responses both from Coinbase, Celsius & Stretto. There seem to be no direction from anybody to fix this issue and get our distribution IN KIND to us.

It would also be totally unacceptable to receive our distribution in USD, since BTC & ETH has gone up by 55% and 45% respectively. Celsius need to assign another Distribution Partner who is more streamlined with KYC verification than Coinbase, or, at the very least, they should sell our Crypto at market price, then send the full USD amount to us by wire straight away, so we have a reasonable chance to buy back what we had. After all, they ARE currently still sitting with OUR Coins for distribution. If they would give us back only the USD for prices on 31 Jan 2024, and pocket the rest, that would be blatant thieving, which I definitely do not believe you would allow under you supervision, Your Honor!

Please help us to get back our fair share and pick up our lives from the ashes…

Sincerely,
William James Fullagar
+27 79 114 9374

Willfull78@yahoo.com