*Subject: Urgent Request: Issue with Distribution Codes in Celsius Crypto Bankruptcy Case*

Dear Judge Glenn,

I hope this email finds you well. My name is Guofei Gu, and I am a participant in the Celsius crypto bankruptcy case. I am writing to bring to your attention an urgent matter regarding the distribution codes provided to me to receive my crypto assets at Paypal/Venmo.

Despite my attempts to use the distribution codes provided, I have encountered difficulties in accessing my allocated crypto assets at Paypal/Venmo. Every time I attempt to utilize the codes, I am met with errors or the process fails to complete successfully. This issue has persisted despite multiple attempts on my part to rectify it.

I have tried all the ways listed at Stretto's FAQ website but all failed. My information is correct and I have verified through KYC at Paypal/Venmo. I got the email saying, "You are receiving this email because we have been notified that your claim distribution cannot be serviced by PayPal or Venmo." However, I still didn't get any follow-up on how my issue will be resolved for many weeks now. I have called Paypal and they said everything seems set up correctly at their end, and they suggest there's some issue with the code and Stretto.

As you know, we suffered badly in the Celsius disaster, and now we suffered further during this redemption. Given the gravity of the situation and the importance of accessing my crypto assets in a timely manner, I kindly request your urgent attention to resolve this matter. As a participant in this case, the distribution of these assets is crucial for my financial well-being, and any delays in resolving this issue could have significant implications for me.

I am available at your convenience to provide any additional information or assistance necessary to expedite the resolution of this matter. Your prompt attention to this issue would be greatly appreciated.

Thank you for your time and consideration.

Sincerely,

Guofei Gu

Email: smartgophy@gmail.com