Your Honor,

I am writing today to request you intercede on behalf of the claimants of the Celsius bankruptcy. In particular, to encourage Stretto to operate in good faith and allow adequate opportunity to claim our distributions.

I have no doubt about the complexity of providing distributions of this magnitude. As this is not a common process or something that to my knowledge any of the parties (Stretto, PayPal, Venmo, or the consumers) have extensive experience with, there has naturally arisen issues for certain claimants when attempting to collect their distribution.

While technological issues should be expected, it does not appear that Stretto has operated in good faith by allowing for anything other than perfect performance from their distribution partners. While I cannot speak for all claimants, I will share my experience below in hopes of painting a picture of why action from you is requested.

I have followed the bankruptcy news diligently for the past 2 years. This particular bankruptcy has been very costly for my family and I wanted to ensure that I was compliant and prepared to recover as much as possible. As such, I have looked for updates at a minimum every week since Celsius froze all assets. When it was announced that distributions would be made through PayPal/Venmo (for US citizens), I quickly created an account and ensured it was compliant. I spoke on the phone with PayPal on at least two occasions to ensure my account was prepared properly and no issues would arise with my claim. Likewise, I logged into the Celsius app and ensured all my information was up to date and consistent with PayPal as well.

Once the distribution email was sent, I waited a few days to ensure the process was functioning as promised. Having spoken with PayPal, I attempted to claim my codes from Stretto. The code was accepted and PayPal sent a code to my phone for security. The code, however, was never received and an error message popped up on the screen. I quickly received a message from Stretto saying my distribution could not be serviced and I would receive a paper check (insinuated to be based off the January 15th value).

I immediately called PayPal and they notified me of the error on their end. They aren't sure why but their system selected a secondary phone number rather than the primary one. When they texted it, Verizon notified them that the phone number was in a family member's name, not my own. As a result, they denied the claim. However, in speaking with them, they were quick to fix the error and confirmed numerous times that I was eligible to receive my claim, I just needed new codes from Stretto.

Although such an issue seems natural to occur in a process of this magnitude, I do not feel that Stretto has allowed for such occurrences. Personally, I have filed numerous tickets with Stretto. From their responses, they don't seem to read any of the details of my emails or requests (I have read online that this is not an isolated experience). Instead, they simply send a generic response that doesn't address the issue. When I respond asking for clarification or

consideration, they sit unresponded to. I have spoken with them on the phone (after numerous attempts) only to be told that they cannot address anything over the phone but instead must be reached by filling out an online ticket. All in all, I have done this a half a dozen times and they have responded with unhelpful and unspecific form responses every time.

I have spoken with PayPal numerous times for advice. They have assured me that everything is fine on their end, but that Stretto didn't provide a way for them to contact Stretto and notify them of this fact. As a workaround, they sent me an email indicating my account could receive the distribution. I have forwarded that email to Stretto and requested them to activate my codes so I can receive my distribution. Unfortunately, Stretto has chosen not to respond with specificity to this request.

I do not believe that this process has allowed adequate opportunity to claim distributions. Instead, an easily correctible technological error has derailed the entire process. It seems to me that by operating in good faith, Stretto would allow adequate opportunity to claim one's rightful distribution. Offering a physical check based off months old valuations when cryptocurrency has gone up in value exponentially is insulting and unjust, particularly when we have already lost so much from the Celsius debacle.

I appreciate your consideration and help in this matter,

Brandon Hirth