Subject: Urgent Assistance Needed: Distribution Code Issue in Celsius Crypto Bankruptcy Case

Dear Judge Glenn,

I hope this email finds you well. My name is Joshua Max Jones and I am writing to bring to your attention a pressing matter related to the Celsius crypto bankruptcy case.

I am one of the affected parties in this case, and I appreciate the efforts being made to facilitate the distribution of crypto assets. However, I am currently facing a significant issue with my distribution codes, which are not working as expected. This situation has caused me considerable concern, and I am reaching out to request your urgent attention to resolve this matter.

I understand the complexities involved in managing such cases, and I truly appreciate the work that has been done thus far. I believe that addressing this issue promptly is crucial for all parties involved, as the timely resolution of distribution code problems is essential for the fair and efficient execution of the asset distribution process.

To provide you with the necessary details for investigation and resolution, I have included my case reference number, which is 22-10964.

I kindly request your assistance in directing the appropriate parties to investigate and rectify the issue with my distribution codes as soon as possible. Your attention to this matter is crucial, and I am hopeful that with your guidance, we can ensure a smooth and fair distribution process for all affected individuals.

If there is any additional information or documentation required from my end, please do not hesitate to contact me at jjones18@gmail.com or 949.334.7234.

Thank you for your time and consideration. I look forward to a swift resolution to this matter.

Sincerely,

Joshua Max Jones