Roberto Yadiel Chaparro Ruiz

HC-03 BOX 32603

Aguada, Puerto Rico, 00602

Robertoycr@gmail.com

787-546-8713

2/28/2024



Chief Judge Martin Glenn

One Bowling GreenNew York, NY 10004-1408

Chambers: (212) 284-4551

Courtroom: 523

## LETTER OF CONCERN: TROUBLE WITH CELSIUS CLAIM CODE REDEMPTION

Dear Judge Glenn,

I am writing to bring to your attention a matter regarding the distribution of the Celsius claim codes/crypto distribution, which has led to an issue I have been unable to resolve through conventional channels. I am hopeful that your intervention may facilitate a resolution.

On February 7, 2024, I received my two claim codes related to Celsius, intending to redeem them for cryptocurrency assets. Despite numerous attempts to redeem these claim codes through my provider PayPal, and multiple contacts with stretto, the administrator overseeing the distribution, I have encountered insurmountable obstacles in accesing my crypto distribution.

I have diligently pursue assitance from PayPal, but regrettably, they have been unable to provide a satisfactory resolution. Similary, my attempts to communicate with stretto have yielded no response regarding the next steps to resolve the issue and facilitate  the redemptions of my crypto asset.

My primary concerns is the potential loss of appreciation in the value of these assets. The delay in the redemption means that I am unable to benefit from any increase in the value of the token since the date of receipts. Consequently, any alternative resolution, such as receiving a monetary check, would not adequately compensate for the appreciation lost.

In light of these circumstances, I respectfully request your assitance in urging stretto to rectify the issue promptly and facilitate the redemption of the claim codes through alternative platforms such as PayPal Venmo or Coinbase. This solution will ensure that affected individuals, including myself, can realize the full appreciation of their assets on a timely manner.

Your attention  to this matter would be greatly appreciated, as it would help enure fair treatment for all claimants involved. Thank you for your consideration and assitance resolving this issue.

Sincerely, Roberto Chaparro