RE Case # 22-10964, Celsius Network LLC

To:  The Honorable Judge Martin Glenn

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

My name is Evan R Heck and I was (presumably) mistakenly placed in the connivance class. I am an "Earn" customer. All communications to Celsius have gone unanswered with the exception if a standard blanket style email I received from them asking me to read a few docket filings. These filings do not address my mistakenly being classified to received roughly 5% of what I had on file. Others have received roughly 30% plus stock and I got 5% and no stock.

Also I feel they intentionally made the ballots unreasonably complicated, presumably to create mistakes like this. I am seeing dozens of people misclassified as I was. This does not seem fair. Why would anyone elect to get 5% instead of 30%? This smells fishy to me (to be blunt).

Would you kindly instruct them to correctly classify myself and others and pay us out at the same rate of 30% of amounts on file with Celsius plus stock.

Thank you kindly for your assistance in this manner.

Evan R Heck
2164 200th Street
St Corydon, IA 50060

