Judge Martin Glenn
US Bankruptcy court
Southern District of New York
One Bowling Green
New York
NY 10004-1408



Mr Domenico Ricciardi
9 Carysfort Close
Yaxley
Peterborough
PE7 3ZG
United Kingdom

27th February 2024

Dear Honourable Martin Glenn.

My Name is Mr Domenico Ricciardi, I was a Celsius customer, with a substantial claim, I have been desperately waiting to hear about how much would be returned to me through the proceedings, but still have not had the correct information.

I am very concerned that I received a very complicated form many months ago and in that form which I did not understand it asked me, I think in error I was placed in convenience class which returns me a much lower return, I have been desperately trying to contact customer support, I am need of as much as my funds as possible and I am worried just by ticking an incorrect box that I am going to get much lower, I did not get legal advice as I should have done because the form was so complicated, but I could not afford any legal advice.

I ask you if possible that I just want to get as much as my funds back as possible. And not be placed in any special class please.

I understand that this is a very small thing as I am sure you have many hundreds of letters, but this is extremely important to me as it's a lot of money and most of my life savings.

I do hope this letter makes sense to you, and respectfully ask for your help.

Thank you your honour.

Best wishes Mr Domenico Ricciardi

RECEIVED
[illegible]
U.S. BANKRUPTCY COURT

Mr Dominic [illegible]
[illegible] Close
[illegible]
[illegible]borough
[illegible]
United Kingdom

Judge Martin Glenn
US Bankruptcy court
Southern District of New York
One Bowling Green
New York
NY 10004-1408

[illegible] February 2024

Dear Honourable Martin Glenn,

My name is Mr Dominic [illegible] I [illegible] Celsius [illegible] been desperately waiting [illegible] proceedings, but [illegible] not had the correct [illegible]

I am very concerned [illegible] I received a very complicated form [illegible] form which I did not understand [illegible] class which [illegible] customer support [illegible] details [illegible] should [illegible]

I [illegible] that I had [illegible] placed in [illegible]

I [illegible] that [illegible] very [illegible] but [illegible]

I do hope [illegible] to you, and [illegible]

Thank you [illegible]

[illegible] Mr Dominic [illegible]