To: The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.

Thursday, 29 February 2024

From: Thomas Joseph Pick
159/240 Moo 12, Jomtien Beach Road
Nongprue, Banglamung,
Chonburi 20150
THAILAND

Email: pickf@hotmail.com
Cell phone: +1 414 446 2601
Social Security number: xxx-xx-5543
Date of birth: 31 July 1952

RECEIVED
MAR - 4 2024
U.S BANKRUPTCY COURT

Subject: Case Number: 22-10964 (MG)
Unable to open a Coinbase account

Dear Your Honor;

Could you please help me get my liquid crypto distribution from Celsius?

I, Thomas Joseph Pick, am a Celsius Earn Creditor. I have a U.S.A. citizenship and passport.
At 71 years old, I am retired and am a resident of Thailand.

It appears I am supposed to open a Coinbase account and receive my liquid crypto coin distributions of Bitcoin and Ethereum via a Coinbase account. However, I am unable to open a Coinbase account.

Attorney Aaron Colodny, from White and Case, had communicated with a member that Coinbase was now supported in Thailand. Where did he get that idea? As you can see from my attachments, when I try to create an account, the Coinbase website says things like: Country not supported currently. Invalid credentials. Reset your password. Blocked. I tried to sign into the Help Center, but was unable.

I have heard of people using X twitter. I do not know how to use X. I am afraid I might send them a KYC (know your customer) document on the public forum for all to see. I thought I saw a reading that said do not communicate with a company by a social media platform. X twitter, is a social media platform.

I am unable to get an email address of a human being at Coinbase, so I can email them. I would like a phone number, so I can talk to someone at Coinbase. I would prefer one person I could build a relationship at Coinbase with to handle my case to completion.

If Coinbase cannot service me, due to my living in Thailand, what alternatives can we develop? Binance has KYC. We could transfer the assets there. I have a Ledger hardware wallet. We could transfer my liquid crypto of BTC and ETH there.

If you sent me a $US Dollar check, wired to my Bank of America account in New York, you would need to adjust the amount upwards significantly.
The price of the coins and tokens on January 16, 2024 was: BTC $42,972.9948 ETH $2,577.4752
You made your calculations on the 16th of January, but now the price of both assets have gone up, so you have to recalculate and send more money.

Market prices on Thursday, 29 February 2024, at 08:00 pm = 20:00 Thailand time is:
BTC = $62,661.00
ETH = $3,473.28

So, a recalculation must be done to take into account the rise in the price of these crypto currencies.

Celsius already stole from us and bankrupted the company, and committed fraud. Now, they are trying to swindle us again. Our payouts are already meager compared to the bulk of my life savings I invested in Celsius. I believed in Alex Mashinsky and he cheated me! Now, Celsius is trying to cheat me again! Let the Earn Creditors try to make back some of our loses.

Simon Dixon spoke before your Honor in December 2023. Mr. Dixon explained about rug pulls. He emphasized the Earn Creditors need their liquid crypto back.

If you are going to give us a wire transfer into our bank, it must be at a recomputed price. We have to go back out on the market and buy back our BTC and ETH at much higher prices, if even possible, and there are additional fees involved.

Please, you Honor, can you help me and the other Earn Creditors get our settlement at a fair price? Coinbase is not working for me.

It is a long journey. It has not ended yet. Thank you for you and your team's efforts you have put in so far. I am happy we got out of Chapter 11. Now I would like my settlement, please.

Sincerely,

Thomas Joseph Pick

Thomas Joseph Pick- Earn Creditor

Attachments: letter to Honorable Judge Warren Glenn
Attempts to Log-in to Coinbase to create an account.
Celsius website: Personal Information, Portfolio pages 1 and 2.
Celsius Scheduled Claim letter from: October 13, 2022.
Doc 974-2 page 3177 of 4416 has Thomas Pick name and list of Earn Account assets.

Sign up - Coinbase
https://www.coinbase.com/signup
m T...
New folder
Tammy Wynette So...
Buy/Sell Bitcoin, Eth...
Bank of America - B...
Required fields have an asterisk: *
Legal first name*
Thomas Joseph
Legal last name*
Pick
Email*
pickf@hotmail.com
Password*
•••••••••••••
Moderate
I certify that I am 18 years of age or older, I agree to the User Agreement, and I have read the Privacy Policy.
Country not supported currently. Try Coinbase Wallet instead!
Create free account
Sign up for a business account
Search
hp

coinbase
Sign in to Coinbase
Not your device? Use a private or incognito window to sign in.
pickf@hotmail.com
Password
Invalid credentials
Forgot password?
Continue
Search
hp

ord
Buy/Sell Bitcoin, Eth...
Bank of America - B...
Social Security
New tab
coinbase
Reset your password
Use a device you've recently signed into Coinbase with to reset your password.
Email
pickf@hotmail.com
Reset password
Cancel
hp

/Sell Bitcoin, Eth...
Bank of America - B...
SSA
Social Security
New tab
coinbase
Blocked
Sorry, account temporarily disabled. Please contact support
Try again

Buy/Sell Bitcoin, Eth...
Bank of America - B...
Social Security
New tab
coinbase
Sign in to Help Center
Not your device? Use a private or incognito window to sign in.
pickf@hotmail.com
Password
Forgot password?
Continue
hp

# Personal Information

used for communications.

tompick240@gmail.com

TIN

PROFILE DETAILS

ADDRESS INFO

Street address
159 240 Moo 12, Jomtien Beach Road

City
Nongprue, Banglamung, Chonburi

ZIP / Postal Code
20150

Country
Thailand

 Welcome THOMAS JOSEPH

Earn Account Balance →

$744,278.12

Rewards →

$76,682.03

Coins

Available Coins

| Coin | Value |
| --- | --- |
| Bitcoin<br>N/A | $331,922.28<br>6.454744 BTC |
| TrueUSD<br>N/A | $288,749.84<br>288,749.850316 TUSD |
| PAX Gold<br>N/A | $71,588.88<br>35.763683 PAXG |
| Ethereum<br>N/A | $40,871.79<br>13.674710 ETH |

Portfolio

Transfer

Buy

Swap

Borrow

Welcome THOMAS JOSEPH

| | | |
|---|---|---|
| TrueUSD | N/A | $288,749.84<br>288,749.850316 TUSD |
| PAX Gold | N/A | $71,588.88<br>35.763683 PAXG |
| Ethereum | N/A | $40,871.79<br>13.674710 ETH |
| Paxos Standard | N/A | $6,796.33<br>6,796.327106 PAX |
| Celsius | N/A | $2,773.63<br>14,681.137700 CEL |
| Polygon | N/A | $1,575.35<br>1,576.658750 MATIC |

Portfolio

Transfer

Buy

Swap

Borrow

**From:** Celsius Network LLC Restructuring
**Sent:** Thursday, October 13, 2022 2:10 AM
**To:** pickf@hotmail.com
**Subject:** Celsius Network LLC Scheduled Claim Request

To: THOMAS PICK

**You are receiving this email because you recently requested your scheduled claim information from Stretto at cases.stretto.com/celsius.**

## Step 1: Review the amount of your claim listed in the Schedules of Assets and Liabilities. The details about your claim are here:

**Celsius Account Email:** pickf@hotmail.com
**Creditor Name:** THOMAS PICK

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim is not subject to a setoff.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 6.45474378752638 | 0 | 0 | 0 |
| CEL | 14681.1377016964 | 0 | 0 | 0 |
| Ethereum (ETH) | 13.6747096727726 | 0 | 0 | 0 |
| Polygon (MATIC) | 1576.65875042749 | 0 | 0 | 0 |
| PAX | 6796.32710592686 | 0 | 0 | 0 |
| PAXG | 35.7636831129887 | 0 | 0 | 0 |
| TrueUSD (TUSD) | 288749.850315904 | 0 | 0 | 0 |

## Step 2: If you agree with the type and amount of your claim listed above, you do not need to file a claim and no further action is required at this time.

Schedule F
Non-Priority Unsecured Retail Customer Claims

| SCHEDULE F LINE | CREDITOR'S NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON OUTSTANDING RETAIL LOANS |
|---|---|---|---|---|---|---|---|---|
| 3.1.550645 | THOMAS PHELAN | ADDRESS REDACTED | | | AAVE 1.13349043371157<br>ADA 7528.92635229254<br>BTC 1.45741245986517<br>DASH 0.718036941322871<br>ETH 5.82079254712457<br>LUNA 7.40633042437346<br>USDC 83.5188545478156<br>XLM 5477.95216756908 | | | |
| 3.1.550646 | THOMAS PHILIP | ADDRESS REDACTED | | | ETH 0.00040938151005159 | | | |
| 3.1.550647 | THOMAS PHILIP HARRIS | ADDRESS REDACTED | | | CEL 0.00371455767875895<br>DOT 83.9530125753917<br>LTC 0.00093408549578367 | | | |
| 3.1.550648 | THOMAS PHILIPP MICHAEL MOLLEKOPF | ADDRESS REDACTED | | | BTC 0.00006487381824401 | | | |
| 3.1.550649 | THOMAS PHILLIPPS | ADDRESS REDACTED | | | AVAX 0.00007949497322901<br>BTC 0.00372369803808216<br>ETH 0.62313042728923<br>GUSD 0.0134245215190062<br>SOL 0.00001001890390098<br>USDC 0.00115311807579944 | AVAX 0.0058248805527546<br>BTC 0.0000000004172002586<br>GUSD 7.42571654936679<br>SOL 0.0123436361285138<br>USDC 0.640537945154661 | | |
| 3.1.550650 | THOMAS PHIPPS | ADDRESS REDACTED | | | BTC 0.0000000007853136764<br>CEL 3.09661903764301 | | | |
| 3.1.550651 | THOMAS PHONESAY | ADDRESS REDACTED | | | BTC 0.0054544385135062<br>ETH 0.00023081836196435<br>MCDAI 42.3568112954572 | | | |
| 3.1.550652 | THOMAS PHU | ADDRESS REDACTED | | | AAVE 8.96160258144957<br>ADA 1960.68034931069<br>AVAX 101.118738731589<br>BTC 1.04270808837667<br>ETH 20.7212964767804<br>MATIC 17183.5919627125 | | | |
| 3.1.550653 | THOMAS PIBRAC | ADDRESS REDACTED | | | BTC 0.00445001348189142<br>CEL 3.20090746456723<br>USDC 77.00282 | | | |
| 3.1.550654 | THOMAS PICCIANO | ADDRESS REDACTED | | | BTC 0.00013149563586632<br>ETH 0.00240475634771613 | | BTC 0.0000000037794400682 | |
| 3.1.550655 | THOMAS PICCIONE | ADDRESS REDACTED | | | BTC 0.000034684290189789<br>USDC 2.04819733874037 | BTC 0.0000000025640714759<br>USDC 0.000000839126446213 | | |
| 3.1.550656 | THOMAS PICK | ADDRESS REDACTED | | | BTC 6.45474376752630<br>CEL 14681.1377016964<br>ETH 13.6747096727726<br>MATIC 1578.65875042743<br>PAX 6796.32710552668<br>PAXG 15.7636631129087<br>TUSD 283749.852315904 | | | |
| 3.1.550657 | THOMAS PICKARD | ADDRESS REDACTED | | | BTC 0.000273427984718872 | | | |
| 3.1.550658 | THOMAS PICOT | ADDRESS REDACTED | | | CEL 0.0574711280564742<br>ETH 0.00000793043532139 | | | |
| 3.1.550659 | THOMAS PIERRE BOULTIF | ADDRESS REDACTED | | | BTC 0.0780049315460287 | | | |
| 3.1.550660 | THOMAS PIERRE GOUREAU | ADDRESS REDACTED | | | BTC 0.000010925729540626 | | | |
| 3.1.550661 | THOMAS PIERRE HOARAU | ADDRESS REDACTED | | | BNB 1.02833365485567<br>BTC 0.00196371539796328<br>DOT 3.20853329871201 | | | |
| 3.1.550662 | THOMAS PIERREPONT | ADDRESS REDACTED | | | BTC 0.0000000796711193831<br>CEL 0.0192502361194164<br>MCDAI 0.0585534299995105 | | | |
| 3.1.550663 | THOMAS PIERSON | ADDRESS REDACTED | | | USDC 1.12901964111114 | | | |
| 3.1.550664 | THOMAS PIERSON | ADDRESS REDACTED | | | BTC 0.00294257701509435<br>CEL 0.99921157368014<br>LTC 0.302849964277729 | | | |
| 3.1.550665 | THOMAS PIETER KAZIMIERZ HUS | ADDRESS REDACTED | | | BTC 0.0026461191086086<br>ETH 2.34190277341854<br>USDC 0.644122047718642 | | | |
| 3.1.550666 | THOMAS PIETRO HEROLD | ADDRESS REDACTED | | | BTC 0.000000000378707207<br>CEL 0.0141807786871767<br>USDC 0.0130135430230085 | | | |
| 3.1.550667 | THOMAS PILCHER | ADDRESS REDACTED | | | BTC 0.00085302638445846<br>ETH 8.53895318173438<br>XRP 0.576180446312955 | | | |
| 3.1.550668 | THOMAS PILEGAARD | ADDRESS REDACTED | | | CEL 0.0028169868673032<br>XLM 36.7150002 | | | |
| 3.1.550669 | THOMAS PINATARO | ADDRESS REDACTED | | | AAVE 0.115153023008062<br>BTC 0.000345540825600672<br>ETH 0.00417278308427746<br>USDC 0.767322327192285 | | | |
| 3.1.550670 | THOMAS PINNINGTON | ADDRESS REDACTED | | | BTC 0.0000017531238549618<br>CEL 0.302705342278293<br>DOT 0.056772554183286<br>USDT ERC20 20<br>XRP 0.21921065311636 | | | |
| 3.1.550671 | THOMAS PINTO | ADDRESS REDACTED | | | ETH 0.412776789492515 | | | |
| 3.1.550672 | THOMAS PIOTR KLOZIORA | ADDRESS REDACTED | | | BTC 0.000010090504471341<br>MATIC 1.70700799950609 | | | |
| 3.1.550673 | THOMAS PIPPEL | ADDRESS REDACTED | | | CEL 124.327918354315<br>ETH 0.00282654402901347<br>UNI 25.7136675526631 | | | |
| 3.1.550674 | THOMAS PIQUE | ADDRESS REDACTED | | | ADA 0.0894968641146721<br>BTC 0.000000009492108327<br>CEL 0.834787962135181 | | | |
| 3.1.550675 | THOMAS PIRAS | ADDRESS REDACTED | | | BTC 0.0494125283577937<br>CEL 853.280876713999<br>ETH 1.93 | | | |
| 3.1.550676 | THOMAS PLATACZ | ADDRESS REDACTED | | | BTC 0.0000010062913976053<br>LTC 0.00717114232194537<br>XLM 0.703367511129197<br>XRP 2600.173033 | | | |
| 3.1.550677 | THOMAS PLATT | ADDRESS REDACTED | | | BTC 0.0030068703903113<br>USDC 434.502183908653 | | | |
| 3.1.550678 | THOMAS PLUCH | ADDRESS REDACTED | | | BCH 1.039<br>BTC 0.02108491175816137<br>CEL 473.557958002913<br>DASH 3.77980086<br>LTC 16.85130647<br>SGB 428.646754478842<br>USDC 112.426576<br>USDT ERC20 227.845145<br>XLM 1020.0300327<br>XRP 2776.619138 | | | |
| 3.1.550679 | THOMAS PLUMMER | ADDRESS REDACTED | | | BTC 0.0513887663731958<br>CEL 1874.51135718061<br>SNX 536.10944 | | | |
| 3.1.550680 | THOMAS PODERZIN | ADDRESS REDACTED | | | BTC 0.000002194270367708<br>CEL 0.675436739561545<br>DOT 1.57995161827939 | | | |
| 3.1.550681 | THOMAS POGUE | ADDRESS REDACTED | | | BTC 0.022553008722136<br>ETH 0.518152827314374<br>USDC 1996.97243151844 | | | |
| 3.1.550682 | THOMAS POLAK | ADDRESS REDACTED | | | BTC 0.00135802943830385<br>USDC 4115.38080847806 | | | |
| 3.1.550683 | THOMAS POLICARP | ADDRESS REDACTED | | | CEL 0.447492623974935 | | | |
| 3.1.550684 | THOMAS POLITO | ADDRESS REDACTED | | | ADA 1378.41772335341<br>BTC 0.00660363004782162<br>MATIC 320.482567131745 | | | |
| 3.1.550685 | THOMAS POLLACK | ADDRESS REDACTED | | | ADA 344.280425156805<br>BTC 0.0346343387941667<br>DOT 50.1354736312159<br>ETH 0.302396763529027<br>LINK 21.9586918456538<br>USDC 17031.9448234217<br>XLM 2811.00872306623<br>XRP 0.0000001681599180273 | | | |
| 3.1.550686 | THOMAS POLOS | ADDRESS REDACTED | | | ADA 0.0118750033118408<br>BTC 0.000034378477003243<br>DOT 0.00392706664023326<br>GUSD 0.00496487680655994<br>LINK 0.00275189378109833<br>MATIC 0.033577007355175<br>SNX 0.034462154425144<br>USDC 2.96502773363899 | ADA 18.1796145431601<br>BTC 0.0000000007855155853 | | |