March 6, 2024

Dear Judge Glenn,

I am writing to express my urgent concern regarding the distribution process for the Celsius Network bankruptcy case.

I am an International "earn" class creditor and have not been able to successfully receive my crypto holdings via Coinbase, despite being a verified Coinbase customer for many years.

Stretto, despite earning massive fees from this case, are either unresponsive to tickets lodged or provide a form letter response pointing to a list of FAQ's, all of which have been followed to the letter since over six (6) weeks ago.

Stretto have been provided by me, on multiple occasions, screenshots from both the Celsius App, and the Coinbase Customer information page, which show clearly that ALL details such as full legal name, D.O.B, physical address, email address etc...match exactly, yet requests to Stretto do not acknowledge this fact, and ask for me to contact Coinbase support.  Coinbase support confirms my account is in good standing, has met every requirement necessary and claims that Stretto have not released my funds without any further explanation, and I should contact Stretto.

I feel like a tennis ball going between Stretto and Coinbase, with neither party acting in good faith in this matter.

It is my contention that this is a deliberate act of maleficence in order to delay the distribution of owners assets, so that the point is reached where I'm told to expect a USD check in the mail based on the January 2024 price of the asset.  As others have pointed out, that would represent less than 50% of the current value of the assets.

I, like many other retail creditors, are deeply concerned about the ongoing delays and its impact on my financial situation. I kindly request your urgent attention to this matter. I would be grateful if the court could hold back funds to Stretto for "services" until they actually provide a reason as to why creditors continue to have enormous struggles to get their assets returned in a timely manner, rather than constantly send out form letters which provide little to no help on an individual level.

Thank you for your time and consideration, and I, and all creditors pray that the service provided by Stretto/Coinbase can come under much greater scrutiny in order to settle the thousands of unpaid claims which could net the interested parties many millions of dollars of ill-gotten gains due to a non-transparent matching process.

Yours Sincerely,

Timothy Fielding