Honorable Judge Glenn,

I am writing to bring to your immediate attention a pressing issue I have encountered in the distribution process of the Celsius crypto bankruptcy case. Despite my efforts to resolve this matter through the designated channels, myself and hundreds other claimants have hit a continuous wall of silence, compelling me to seek your intervention.

The crux of the problem lies with my distribution codes for receiving my cryptocurrency assets as stipulated in the bankruptcy resolution plan. These codes abruptly ceased to function following a minor and swiftly resolved identity verification issue with PayPal. This error, trivial in nature and rectified within minutes, has unfortunately prevented me from claiming my assets. Since first encountering this issue on February 12th, I have reached out to Stretto on multiple occasions. Regrettably, my communications have only been answered by a generic and unhelpful FAQ, leaving me in a state of uncertainty and concern.

My apprehension is further exacerbated by the current market conditions, where Bitcoin (BTC) prices are at a record high. **This situation fuels my concern that the delay in resolving my issue might not be incidental but a calculated delay, potentially leading to a scenario where I am offered a cash distribution in USD instead of the cryptocurrency assets I was promised**. Such an outcome would not only deviate from the prescribed plan but also unjustly enrich the estate at my expense, leveraging the significant difference between the cash value and the current value of the crypto assets.

Given the gravity of the situation and the potential implications on my financial wellbeing, I implore you to compel Stretto to address this matter. Ensuring the integrity of the distribution process and the equitable treatment of all claimants is paramount, and I trust that under your oversight, a fair and swift resolution can be achieved.

I am willing to provide any further information or documentation required to expedite the resolution of this issue.

Thank you for your time and consideration.

Sincerely,

J. Weaver