Andrew K Rasmussen

3/6/2024

Case # 22-10964

Dear Judge Glenn,

I am writing to you regarding the Celsius bankruptcy case and the distribution of cryptocurrency holdings to creditors and account holders.

I am a former Celsius customer who had cryptocurrency assets held in my account prior to the company's bankruptcy filing. However, I have not received any distribution codes or means to recover my share of the cryptocurrency holdings that are being disbursed through this bankruptcy process.

Despite carefully following the instructions provided and monitoring my email and regular mail, I have not received any codes or information on how to claim my distribution. I have also reached out multiple times to the Stretto customer support team handling inquiries related to this process, but my emails have gone unanswered.

As more time passes, I grow increasingly concerned about missing the window to recover my cryptocurrency assets. The lack of response from Stretto's support team has only compounded my concerns.

I urgently request your attention to this matter. As a creditor impacted by Celsius' bankruptcy, I should have received the necessary codes and information to participate in the distributions. Please look into my case and provide guidance on the proper steps I need to take to finally receive my distribution codes.

Thank you for your time and consideration of this important issue. I appreciate any assistance you can provide to ensure I am able to recover my cryptocurrency holdings through the approved bankruptcy process.

Sincerely,

Andrew K Rasmussen