Dear Court,

I hope this email finds you well. I am writing to bring to your attention a critical issue regarding the distribution codes assigned for the Celsius Crypto bankruptcy case. My name is Se Hoon Park, and I am one of the stakeholders in this case.

I appreciate the efforts being made to facilitate the distribution of crypto assets to the rightful owners. However, I am encountering significant difficulties with the distribution codes provided to me. Despite multiple attempts to input the codes, I have been unable to access my allocated crypto assets.

Given the urgency of the matter and the potential impact on my financial situation, I kindly request your immediate attention to resolve this issue. It is imperative that I am able to access my rightful share of assets as soon as possible.

If there are any additional steps or information required from my end to expedite the resolution process, please do not hesitate to let me know. I am fully committed to cooperating and providing any assistance necessary to ensure a swift and satisfactory outcome.

Thank you for your attention to this matter. I look forward to your prompt response and resolution of the distribution code issue.

Sincerely,

Se Hoon park

Sehoonpark19@gmail.com

214 735 8747