Your Honor,

I am writing to request explicit consideration for those of us who received distribution codes from Stretto for claiming our portion of the Celsius Bankruptcy settlement via Paypal or Venmo. Upon trying to redeem the codes following the listed instructions several claimants, including myself encountered errors and were told to contact Stretto. Stretto has been unable to be reached via their phone service or support email for any meaningful assistance responding to all requests with boiler plate automated emails that do not address the issue. There is a lot of speculation about what is going on. On major concern is this is intentional error so that the assets set aside for distribution which have since increased significantly in value may be liquidated and cash equivalents distributed based on the lesser dollar value of the claim at bankruptcy, allowing for third parties to unduly profit from the assets that were stolen from the creditors. Something as simple as a clear statement on the source of the redemption issue and a statement of intent to return the assets that the distribution plan laid out, and not just their dollar equivalent would help in ensuring transparency throughout this process and give creditors the ability to be made as whole as possible.

Thank you,

James Mason