FROM THE DESK OF

# Sender Name

6 March AD 2024

Honorable Judge Martin Glenn

Dear Judge Glen,

I am writing to you regarding dead end issues I am have regarding my Celsius Distribution Claims.  I have two redeem codes that were sent to me via my verified email from Celsius/Stretto for both .48 BTC and 7.16 ETH.  The problem is that PayPal will not accept my redeem codes because I attempted the redemption while traveling out of the country.  I am newly semi retired in northern Thailand and have been for the last two months.  I plan on living about halftime here and half in my native USA.  All of my KYC on PayPal is fine and correct and matches Celsius's according to PayPal.  The problem started because PayPal only offers one way of verification and that is through a USA phone number only which I disconnected about two months ago.  I have since even tried giving my login information and my codes to a close friend who lives in Oregon, and using her verified phone number now listed on my PayPal account and that didn't work either.

I have been trying for nearly a month to get some help from via the contact page on the Celsius / Stretto website.  Both PayPal and Stretto have given out contact phone numbers that basically put you in an endless loop and funnel you back to the only alternative, which is the Celsius/Stretto contact page on the Stretto website.  The one live customer service agent I did get to speak with at Celsius was after weeks of trying was very rude and unhelpful and said basically that the only way forward is through the Celsius stretto contact page.  This may not be so bad if I could get some response and see some way forward.  I know that there are many others in the same boat.  If there is any way for you to intervene and help us out it would be greatly appreciated by all.  Thank you for your time.

Sincerely yours,


John Hill

818 SW 3rd Ave #221-7546

Portland OR 97204

United States