Dear Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention a concern regarding the ongoing Celsius Crypto Distribution case. My name is Mark Gruenbacher, and I am a participant in the distribution process. I appreciate the effort and diligence the court has invested in ensuring a fair resolution for all parties involved.

I recently became aware that the distribution of crypto assets may be conducted through platforms such as PayPal or Venmo. Unfortunately, I find myself in a situation where I am unable to claim my codes using these methods due to certain restrictions and limitations. As a result, I am concerned that I may miss out on receiving my entitled crypto assets.

In light of this, I kindly request your assistance in ensuring that alternative methods of distribution are considered for individuals facing similar issues. It is crucial for me, and potentially others, to receive the crypto assets directly rather than opting for a cash distribution.

I understand the complexities of the case and the importance of a fair and efficient distribution process. I am willing to provide any additional information or documentation required to facilitate the resolution of this matter. Your guidance and consideration on this matter are highly appreciated, as it will help ensure that all participants, including myself, receive their rightful share of the crypto assets.

Thank you for your time and attention to this matter. I have full confidence in the court's commitment to justice, and I am hopeful that a suitable resolution can be reached for all parties involved.

Sincerely,
Mark Gruenbacher