Dear Judge Glenn,

I am writing to you as one of the creditors of Stretto, the company that is supposed to distribute the crypto assets of the bankrupt exchange. I am very frustrated and disappointed with the way Stretto is handling this process. I would like to bring to your attention the following issues:

- Stretto has failed to provide functional codes for many creditors, including myself, to access their crypto wallets. This is despite the fact that they have verified our identities through KYC procedures. As a result, we are still unable to receive our crypto assets, which we have been waiting for years.
- Stretto has already informed us of the amount of crypto we are entitled to, which means they have allocated the crypto to each creditor. There is no valid reason for them to delay the distribution of the crypto any further. We have the right to receive our crypto as soon as possible, as per the plan that they proposed and you approved.
- I urge you to enforce Stretto to follow the plan that they submitted, and that you approved. The plan clearly stated that the creditors would receive their crypto assets in their original form, not in USD. If Stretto is allowed to send us USD checks instead of crypto, that would be a violation of the plan and a breach of trust. Moreover, it would raise the suspicion that Stretto is selling our crypto at the current market prices, which are much higher than the prices at the time of allocation, and keeping the difference for themselves.

With the crypto prices rising, this delay is costing us a lot of money and opportunities. We deserve to recover the largest percentage of our losses, as promised by the plan. Please intervene and ensure that Stretto delivers our crypto assets without further delay.

Thank you for your attention and action.
-Justin Luke