Rungrote Atchariyaphuk

Life Sukhumvit 48 15/394 Klongtoey Phra Kanong Bangkok THAILAND 10110

The Honorable Martin Glenn,

Chief United States Bankruptcy Judge,

In the United States Bankruptcy Court for the Southern District of New York

One Bowling Green, New York, NY-10004-1408

Dear Judge Glenn,

I am writing to express my deep concern and disappointment regarding the ongoing asset distribution following the conclusion of Celsius Network LLC's bankruptcy.

While I received my eligible stock distribution, I have not received any information about the remaining assets.  Specifically, I am concerned that my country, Thailand, is incorrectly listed as a Coinbase-supported country. As I understand, Coinbase does not currently operate in Thailand.

Although I appreciate that alternative options like direct deposit or USD checks are available for unsupported countries, I am concerned about the lack of communication regarding the timeline for these alternative forms of distribution. This lack of information is causing significant hardship, especially considering the current positive trend in the cryptocurrency market.

Having already lost a significant portion of my savings during the Celsius bankruptcy, I am deeply concerned about missing out on potential gains during this favorable market period. I believe that receiving my remaining assets in a timely manner could help mitigate some of the financial losses incurred.

Therefore, I respectfully request that you consider investigating this matter. I believe there are many individuals in a similar situation, anxiously awaiting their USD checks/deposits.

Sincerely,

Rungrote Atchariyaphuk