March 6, 2024
To: Bankruptcy Court
From: Sean M. Logan
RE: Case 22-10964

Dear Honorable Judge Glenn,

I'm a Celsius creditor who received the much-anticipated claims codes to redeem my crypto assets on February 8, 2024. As a US resident, the distributing agent assigned to distribute my crypto assets is US Pay Pal/Venmo. However, I've been unable to redeem the claim codes provided despite making multiple attempts and following all troubleshooting steps in Stretto's Celsius Distribution FAQ. I also contacted US PayPal on February 10, 2024, to ensure that my personal information was correct and that it matched that listed on my Celsius account which it was. However, the US PayPal representative was unable to assist further and deferred to Stretto PayPal/Venmo for further assistance. I contacted Stretto on February 10, 2024, but only received a generic message back on February 12, 2024, outlining the troubleshooting steps that I've been already attempting. Unsatisfied with the generic repones, I submitted a second ticket on February 18, 2024, received a reply on the February 26,2024 but the reply was also generic.

To that end, please consider acting on this very important issue. My partner, Frances Bono is having the same issue redeeming her claim codes on Pay Pay/Venmo. In considering a resolution, I urge you to consider ordering Stretto to send our crypto assets to another distributing agent such as Coinbase for distribution or to order Stretto to rectify the

technical problems with PayPal/Venmo and/or reissue new claim codes.  As the owner of my crypto effective on the distribution set of January 31,2024, I'm entitled to do whatever I please with my crypto assets, including but not limited to their sale, re-investment and/or safekeeping.  It's yet unclear what the outcome will be for creditors in my situation based on Celsius Distribution FAQ's updated on February 29,2024 as it does not provide a definitive answer on this issue.  It reads: "Please note that if for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo" and to "Please be patient as we work on rerouting your distribution with our Distribution partners and prepare any actions that will be required of you." An unfavorable and unjust outcome would be for Stretto to provide a dollarized amount based on the distribution's effective date prices of the corresponding cryptocurrencies. I therefore plea that you do not consider this option.

Respectfully,

Sean M. Logan
Address: 620 Prescott St., Pasadena, CA., 91104
E-mail address: seanboy36@protonmail.com
Phone number: (661) 673-3115