**From:** Zaryn Dentzel <dentzel@gmail.com>
**Sent:** Tuesday, March 5, 2024 9:12 AM
**To:** NYSBml_Glenn's_Chambers
**Cc:** dadler_mccarter.com <DAdler@McCarter.com>; Andrew Yoon <Andrewyoon91@gmail.com>; Chris <cpags823@protonmail.com>; Chris Villinger <chris.villinger@protonmail.com>; Ronan <mronanjc@gmail.com>; Tony Vejseli <veton.vejseli1@gmail.com>; keri@taiaroa.au; shara.cornell@usdoj.gov; william.k.harrington_usdoj.gov <william.k.harrington@usdoj.gov>
**Subject:** Save celsius loan holders please.

**CAUTION - EXTERNAL:**

Dear honorable Judge Glenn,

We met in New York during the mediation between earn and loans. I helped found the loans ad hoc, represented by David Adler who has been fighting for creditors like no other attorneys in this case. All our claims to UCC and debtors fell on deaf ears but David tried to make a case for us. That being said he isn't even getting answers from the debtors anymore on whats happening with loans distributions and you ruled to not pay his firm for contributions so we are now even more on the dark. I didn't want to have to take your time during these two years with a personal letter but as of recently i have felt compelled to write you— please help us get a fair and fast distribution and let us out of this bankruptcy. I have still not gotten one single coin back from the nearly 800 btc I had in celsius.

I'm writing you unfortunately, as weeks have gone by since earn distributions have been finalized and executed, and loans have not been treated fairly and still have no timeline for when we will be able to refinance. When we met in New York we agreed with you to seek fair and equal terms both for earn and loans, while I begrudgingly agreed to certain terms in New York, since then I've seen that while earn has been issued final effective date pricing at bitcoin prices around 43k Btc, weeks have gone by and loans has not been given fair effective date pricing over our full claims ( both excess and principal amounts). This bankruptcy was always about returning coins for coins and loans right now are getting the short end of the stick.

Loans should be immediately given effective date pricing on our claims for all our coins and allowed to refinance out of this bankruptcy.

Today's prices increases coupled with the debtors back and forth on how we will be compensated is resulting in increasing uncertainty and lack of fair treatment.  You decided as judge almighty to accept many material changes without a revote and that's not fair. You have caused massive harm to loans with your omnipotent dictates. First we were supposed to get all our coins at effective date and now they want to pay out our principal at current market prices that have increased almost 50%. This will mean i will get many less coins for my principal amount and will make it so that loans get much less than earn.  Meanwhile the estate has taken more out for the mining company operations and to hold funds for unknowns.  The coins are there just give them to us please..

We kindly request that you immediately have debtor allow us to exit this with full effective date pricing. Any other treatment would not be fair to loans. Please don't trample the little guy here. We respect you and humbly ask for your consideration.

Kindly,

Zaryn Dentzel


dentzel@gmail.com


(7th largest creditor in celsius )