Dear Judge Martin Glenn,

I hope this email finds you well. My name is Jacob Feist, and I am a creditor in the Celsius Network bankruptcy case (Case No. 22-10964). I am writing to bring to your attention an urgent matter regarding the distribution of my crypto assets.

As per the recent confirmation order, the Debtors and the Distribution Agents have initiated the process of making Liquid Cryptocurrency and Cash distributions to eligible creditors. However, I regret to inform you that the distribution codes provided to me are not functioning correctly. Despite following the instructions diligently, I have been unable to access my crypto holdings.

Given the critical nature of this situation, I kindly request your immediate intervention to resolve this issue. My financial well-being is directly impacted by the successful receipt of these assets, and any delay could have severe consequences.

Please find below the relevant details:

- **Creditor Name**: Jacob Tyler Feist
- **Distribution Code (censored)**:

    (ETH) b9fbefa4-████-4bb3-████-f7ce93300110

    (BTC) f0aa72dc-████-4f24-████-ac11cc1a5ae2

I understand that the volume of distributions may cause delays, but I urge you to expedite the resolution process. If there are any additional steps I need to take or if further information is required, please let me know promptly.

I appreciate your attention to this matter and look forward to a swift resolution. If necessary, I can be reached at 607-425-4352 or j.feist95@gmail.com.

Thank you for your understanding and assistance.

Sincerely,

Jacob Feist

607-425-4352

j.feist95@gmail.com