6 March 2024

Courtney Karl
18500 E Bundschu PL
Independence, MO 64056


Greetings your honor,

As a member of the class that is to receive a distribution from Stretto regarding Celsius, I am very disappointed and am looking to the court for relief.

Stretto has sent me two codes to claim my crypto distribution from the Celsius bankruptcy proceedings and I am thus far unable to retrieve that to which I am entitled with very little to no support from the company which has sent these codes.

I don't know what the court can do other than attempt to correct these lawyers or workers, but rarely have I experienced such incompetency and disregard for the person which they say they are purportedly helping.

Any help regarding this manner is appreciated.

Courtney Karl
Independence, MO