James C Roberts  
La Caserne  
Le Mont de Rozel  
St Martin  
Jersey  
JE3 6AN  
Channel Islands

United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York  
NY 10004-1408  
United States

February 29, 2024

**Debtor: Celsius Network LLC**

**Withdrawal of Proof of Claim**

I hereby withdraw my Proof of Claim filed on July 22, 2022 in the case of Celsius Network LLC, listed as Claim No. 1080, and authorize the Debtor's claims agent to reflect this withdrawal on the official claims register.

James C Roberts  
Executed on February 29, 2024.

