3/6/2024

## RE: Celsius Network

**Case Name** Celsius Network LLC, et al.
**Case No.** 22-10964

## Honorable Judge Martin Glenn,

Our family was astonished by the separate and unequal treatment for US based Corporate Earn accounts (not in top 100).
As both an individual account holder and corporate account managing member, the inequality in distribution channel, denomination, and timing between the different types of account is significant and damaging, as I am privy to experiencing both.
On one hand the individual earn accounts and top 100 U.S. earn accounts are receiving crypto distributions through coinbase or paypal while U.S. corporate earn accounts (not in the top 100) are being liquidated into USD with no option or choice or even fair and adequate apprisal on the timing for the liquidated USD distribution.

It would be fair and evenhanded to ammend the process for U.S. Corporate earn creditors to be consistent with the treatment of other account types within the same class.
Please consider many of these accounts such as mine represent assets held long-term by multiple families in corporate entities for the purpose of passing on to future generations. Being liquidated, especially with the pricing freeze (July/2022) is a catastrophic outcome and incongruent with the treatments for other classes/ account types. Clearly this different treatment represents an

additional financial loss for these creditors, such as myself and the clients I represent via our corporate entity.

Thank you for your considerations into this matter, as a solution I would recommended Crypto out on Coinbase just like the top 100 Corporate earn accounts.

Kind Regards,
Michael
MM Sarkissian
Knightlight Asset Advisory LLC