Dear Honourable Judge Glenn,

I am a Celsius creditor, and I am a resident of Hong Kong. From the court docket and Distribution FAQ, I was deemed eligible to receive my crypto distribution through Coinbase since Hong Kong is one of the jurisdictions on the list that are supported by Coinbase.

However, I have not been assigned to Coinbase but forced to receive my claims distribution in US Dollar initially for reasons unknown to me. I have reached out to Celsius support, but canned responses were received without a concrete explanation to why I am not assigned to Coinbase for crypto distribution.

Since the effective date, January 31st, the price of cryptocurrencies went up significantly higher. Given the assumption above, my loss would be minimized if I am distributed with crypto (and I have fulfilled all the requirements such as having a verified Coinbase account, aligned Celsius email wih Coinbase email as well as address etc.).

I am so confused that why I am not given back in crypto. I would accept US Dollar distribution if it is due to personal errors leading to the failure of matching the Celsius distribution with that of Coinbase, and hence being given out by the US dollar. However I am not even given a chance to receive through Coinbase without any reasons.

I hope you can relate to this matter as I had my life savings in Celsius, and I believe I am not the only victims suffering from this issue.

Thank you for your concern.

Kind Regards,

HUI KA HIN