To whom it may concern,

I'm one of the many creditors affected by the Celsius bankruptcy and after dreadful months of waiting for the return of my funds I'm struggling to get my claim.

I went through the process to register with PayPal and set up my KYC as instructed.
When going through the claim the claim code worked but I had to further verify via phone.

I still had my old address with my phone provider, which wasn't raised during the KYC or mentioned anywhere in FAQs provided by Stretto.

Long story short, the claim didn't go through as phone validation failed. Potentially due to the old address and after contacting PayPal, they told me:
Once it is updated with your phone company, please wait some time and try again. There is nothing else on our side we should need to do besides you reattempting to claim the code.

I updated my address and waited several days but my claim is now being rejected by PayPal, stating I have to contact Stretto support.
I did so but all I receive is generic answers and links to the FAQ.
All I'd need is for my claim to be re-enabled so I can properly claim my funds via PayPal.
Stretto is not being helpful in any way, there doesn't seem to be any intention to help creditors to re-gain access to their lost funds or communicate any information.

I beg you to help the victims of this bankruptcy and allow me to recover some of my life savings quickly and in crypto.

Please advise what I may do to regain access to my claim.

Thank you and looking forward to hearing from you,
Matthias Melitzer