The Honorable Martin Glenn

One Bowling Green

New York, NY 10004-1408

March 4, 2024

Re: Celsius Creditor Claim for Thomas Mahala

(tom@laytonroadgroup.com)



Dear Judge Glenn:

I am a creditor of Celsius Network in the Celsius Earn class. I have not been able to collect my distribution yet, and the Stretto Law Firm has not done anything but respond to my tickets by telling me to refer to the FAQ. I have NOT received my 'claim code' as of March5, 2024. I have screenshots of my account at Celsius up to the day that the app was taken down on February 29, 2024.

My PayPal is open and has been KYC'd, so I am ready to receive my distribution. It is incredibly frustrating to receive canned replies from Stretto whenever I submit a ticket asking a question.

This delay is incredibly frustrating! All I am asking for is some form of human communication. Not knowing the status of my claim distribution is causing great stress. My holdings are 99% BTC and ETH and the appreciation in those crypto currencies and I want to insure that I am receiving an in-kind distribution and not USDC.

I am beyond frustrated. Stretto is not qualified for this very heavy lift and distribution. That is blatantly obvious! Please require the administrator to send me a claim code so that I can put this nightmare to bed forever. Thank you!

Sincerely,

Thomas Mahala