Marco Antonio Sabal Farah
Cruz del Sur 368, Surco
Lima – Peru, LIMA33
+51-994096833
msabal@lancaster.com.pe

March 7th, 2024
Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York

Dear Honorable Martin Glenn,

I hope this letter finds you very well.

My name is Marco Antonio Sabal Farah, from Lima – Peru and I was recognized as a eligible creditor of Celsius.

I was thinking of writing this letter for a while now, but did not want to disturb you.

As you are well aware Celsius' Plan of Reorganization was approved. Nonetheless, I've sent emails to Stretto and Kirland & Ellis explaining why I can not receive my claim distribution through Paypal or Coinbase (Paypal does not support cryptocurrency in my country and I can not acces my old Coinbase account - which I've tried innumerable times -).

The reply to my emails are mostly autogenerated referring me to the Distribution F.A.Q. As of now I do not know if my claim distribution will be distributed and in which manner.

I've been waiting for a long time to receive my claim distribution and I only have uncertainty in this matter. Please, help eligible creditors that are in my position have their claims distributed effectively.

Thank you for your time and patience.

Regards,

_____
Marco Antonio Sabal Farah