To: The Honorable Martin Glenn
Re: Celius Bankruptcy (Case No. 22-10964)

Dear Judge Glenn

I hope you are doing well. I am a creditor representing the Daniel C. Eilers Revocable Trust in the Celsius Network bankruptcy case. I am writing to bring to your attention an urgent matter regarding the distribution of my cryptocurrency assets.

As per the recent confirmation order, the Debtors and the Distribution Agents have initiated the process of making Liquid Cryptocurrency and Cash distributions to eligible creditors. However, I regret to inform you that the claim codes provided to me are not functioning correctly.

Despite following the instructions diligently, I have been unable to access ALL my cryptocurrency holdings via PayPal. I say "ALL" because I was able to receive **VERY SMALL** amounts on two transactions but not on another two transactions.

For some reason I was provided four (4) Claim Codes. I received two codes for ETH and two codes for BTC. The first ETH code worked just fine… I received the approximate equivalent of $6 (USD). Similarly, the first BTC code worked just fine… I received the approximate equivalent of $9 (USD).

However, when I attempted to use the Claim Codes representing much larger amounts [approximate value: $6,000 (USD) and $9,000 (USD) for ETH, and BTC respectively], neither of these claim codes worked. Claim codes for small "insignificant" amounts worked just fine. Claim codes for larger more significant amounts don't work at all. I think you will agree, something nefarious seems to be occurring.

Given the critical nature of this situation, I kindly request your immediate intervention to resolve this issue. My financial well-being is directly impacted by the successful receipt of these assets, and any delay could have severe consequences.

I understand that the volume of distributions may cause delays, but I urge you to expedite the resolution process. If there are any additional steps I need to take or if further information is required, please contact me directly.

Thank you for all your time and effort that you have put into this case. I appreciate it. I would further very much appreciate your swift resolutions to this particular matter.

If you have any questions or need any other specifics, please don't hesitate in contacting me directly.

Enjoy the day!

Daniel C. Eilers
515.707.2405
dan_eilers@yahoo.com