3/7/2024

Judge Martin Glenn
One Bowling Green
New York, NY. 10004-1408


Melissa Guglielmi
Case #22-10964    Celsius


Dear Honorable Judge Glenn,

I am writing to plead for assistance with my claim. I have not received my claim or my shares to date. I have complete all the required steps for distribution and have not received my codes. I contacted both Stretto and PayPal several times and not once have I been contacted by a human (generic emails). My husband received his claim weeks ago. The distribution process is no longer fair and equitable due to the price action of Bitcoin. I have lost a large sum of my savings to Celsius and at risk of losing the upside that so many creditors were allowed to capitalize on in order to restore their losses. It is hard to believe this is even happening through our court system. I have three young boys and desperately need my money that has been held over a year from me. I sympathize with all of the creditors that are experiencing this issue. Please facilitate the relevant parties to solve these issue promptly.

Respectfully,
Melissa Guglielmi
262-416-2109