Dear Judge Glen,

I hope this message finds you well. My name is Philip Michael Thomas Wright, and I am writing to you as a creditor in the Celsius Bankruptcy Case.

On February 7th, 2024, I received my claim codes for distribution through Paypal/Venmo, as assigned. However, upon attempting to redeem these codes, I encountered a recurring error message stating, "We cannot redeem that code, contact Stretto for more information."

Despite ensuring that all my Know Your Customer (KYC) information is up-to-date on Paypal, I have been unable to resolve this issue. In response, I promptly contacted Stretto on February 8th, only to receive an automated email on February 9th informing me that "Your claim cannot be serviced at Paypal/Venmo." The email advised patience, promising that they would reach out to me.

In compliance with their instructions, I have remained patient. However, it has now been over a month since my initial inquiry, and I have yet to receive any further communication from Stretto regarding the status of my claim.

As a creditor, I am deeply concerned about the lack of progress in resolving this matter. Moreover, I wish to emphasize that I do not seek a traditional check as a resolution. Instead, my preference is to receive my crypto assets back.

My wife, Sarah Wright with her claim, is experiencing the exact same issues and radio silence from Stretto.

Given the urgency of this situation and the considerable delay in resolution, I respectfully request your intervention and assistance in facilitating a prompt and satisfactory resolution to this issue.

Thank you for your attention to this matter. I eagerly await your guidance and assistance.

Sincerely,

Philip Michael Thomas Wright