Weerasinghe Nanayakkara Appuhamillage

Don Sakun Kaveej Weersinghe

150/A Makilangamuwa,

Ganemulla,

Sri Lanka


Mach 8, 2024

Honorable Martin Glenn

United States Bankruptcy Court

Southern District of New York


To your Honor,


I am sending this letter due to the extreme hardships faced with my Coinbase Distribution. I am

currently a resident of Sri lanka and created my Coinbase account while studying in Australia in

2017 and I had not used it since 2018. Upon the approval of Chapter 11 proceedings, I updated

my address on Coinbase to Sri lanka as the filed documents showed Coinbase as a distribution

agent for Sri lanka. However, Coinbase is not supported in Sri lanka and trying to create a new

account would result in an error saying, "Country Not Supported". Having trusted the filed

documentation, I updated my address to Sri lanka  on Coinbase and my account got

immediately locked and sometime later I got an email saying I received funds to my Coinbase

account from Celsius LLC and that my account would be closed on 29th Feb. I have been in

constant communication with Coinbase Support for almost a month without any advancement.

I have submitted my, License, my ID, my passport and a bank statement and yet Coinbase

refuses my address/ID verification citing "Unspecified Failure". I humbly request the court to

mandate Celsius to provide myself and others in similar situations with a fair, prompt and

genuine distribution of our funds.




Signature