Dear Honorable Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention my deep concerns regarding the post-bankruptcy proceedings involving Celsius, Stretto, and the bankruptcy attorneys.

As a creditor in this case, I have experienced significant distress and frustration due to the lack of follow-through on promises made by the debtor, Stretto and the bankruptcy attorneys. Despite my diligent efforts to communicate issues with the ETH claim code, there has been no resolution or communication from Stretto in weeks.

The situation is particularly distressing given the nature of this bankruptcy, involving crypto held at Celsius. The planned distribution of BTC and ETH was a critical element for many creditors, myself included. I was able to claim the BTC through PayPal, but the ETH claim code remains unresolved, jeopardizing my rightful share in the recovery.

Moreover, the recent revelation that only the top 100 corporate accounts will receive crypto distributions, while the others receive cash based on outdated crypto prices, further compounds the challenges faced by many creditors. Being affiliated with a corporate account that does not fall within the top 100 exacerbates the situation, leaving me with a cash payout that falls considerably short of the expected recovery.

This, coupled with the unexpected surge in crypto prices since January, adds an additional layer of frustration and financial strain.

On a personal note, I had significant plans for the recovered funds, including moving my elder mother closer to me. However, these plans are now uncertain and may not come to fruition due to the shortfall in crypto distributions and the unexpected decrease in the corporate account recovery.

It is disheartening to observe what appears to be a rushed process, potentially driven by deadlines for bonuses, without due consideration for the impact on creditors. The lengthy two-year process has been an emotional roller coaster for account holders, and the recent developments only add to the disillusionment.

Moreover, the revelation that better plans may have been presented a year earlier, only to be redirected by the attorneys, raises questions about the transparency and fairness of the process.

I humbly request your intervention to hold Stretto and the bankruptcy attorneys accountable for their commitments and to ensure a fair and just resolution for all creditors. Your wisdom and guidance are crucial in providing relief to the many individuals and businesses affected by this prolonged and challenging bankruptcy process.

Thank you for your time, understanding, and consideration.

Sincerely,
Christopher Lackey