Honorable Judge Glen,

I am writing to inform you that I still have not been able to utilize my claim code in Paypal. Initially, the error appeared to be incorrect DOB in Celsius (which was correct when I checked to confirm details months ago). I contacted celsius to have them correct my DOB and this was done. However, the claim code still does not work. Celsius said that Paypal is investigating the issue. I have not heard any helpful communication from Paypal or Celsius for over two weeks, despite multiple attempts. This is devastating. I would like to know if the issue is being worked on and that my distribution will still be returned in crypto. I appreciate your help on this.

Peter Klinkner