February 28, 2024

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York One Bowling Green
New York, NY 10004-1408

RE: Celsius Network LLC, et aL Case Number. 22-10964

Dear Judge Glenn,

I'm writing to you as a result of a grave error that has been made with the improper handling of my claim as a retail borrower and creditor of Celsius Network.

My claim was lumped together with other claimants with Withdrawal Preference Exposure (WPE). In a letter I received (Please see WPE - Letter), I quote *"You have been identified as an Account Holder with a Withdrawal Preference Exposure greater than $100,000 who will need to settle your Claim or obtain a court order ruling that you have no preference liability before receiving any distributions under the Plan."*

Had the Celsius team that lumped me with the WPE claimants been more circumspect in evaluating my transactions I will not be part of the WPE claimants group. On April 26, 2022, I took a one-year loan ($40,500) equivalent to 1 BTC then but secured by almost 4 BTC.  On the same day, I withdrew / cashed-out $40,000 from Celsius to purchase a property.  I even left $500 to cover the one-year interest.  I have downloaded from Celsius app my entire transactions to show proof that the only reason I exceeded the threshold is because of the $40,000 dollars loan proceeds that I cashed-out. Excluding the $40,000 loan proceeds will put my net withdrawal way below the threshold. (Please see attached – Celsius Transactions.)

As a result of the wrongful action of the Celsius team, even if I already approved the Plan, I did not receive my distribution.  I have already suffered enough because of the agony and the miniscule distribution I am suppose to receive but my inclusion in the WPE claimants is a nail to the coffin so to speak.

Currently, there is no effective method in place for communicating with anyone about correcting this issue, more so for an international claimant like me. On this regard, I humbly request that a court ruling be issued that I have no preference liability so I could receive my distribution under the Plan.

 I am hoping for your favorable consideration so I can recover whatever is left from my lifetime savings.

 Respectfully yours,

ARTURO I. LIPIO, JR.



Art Lipio <artlipio@gmail.com>

# Urgent & Important Information Regarding Celsius Withdrawal Preference Exposure

**noreply@cases-cr.stretto-services.com** <noreply@cases-cr.stretto-services.com>   Wed, Jan 10, 2024 at 1:31 PM
To: artlipio@gmail.com

Dear ARTURO JR LIPIO,

You are receiving this email because you have been identified as an Account Holder with potential liability to the Debtors on account of Avoidance Actions due to transfers made by Account Holders in the 90 days prior to July 13, 2022 (the "Petition Date"). This potential liability is referred to in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (the "Plan") as "Withdrawal Preference Exposure." You have been identified as an Account Holder with a Withdrawal Preference Exposure greater than $100,000 who will need to settle your Claim or obtain a court order ruling that you have no preference liability before receiving any distributions under the Plan.

Please review the *Notice Regarding Procedures for Settling Withdrawal Preference Exposure and Instructions for Making Settlement Payments Pursuant to the Account Holder Avoidance Action Settlement*, available at the link below. This Notice will provide you with further information about settling your Withdrawal Preference Exposure prior to the Effective Date of the Plan, including specific instructions for making any settlement payments. The Notice also provides personalized information about your Withdrawal Preference Exposure and any settlement payments you may be required to make.

**The Notice also includes an Election Form which you must submit if you intend to make any payments to settle your Withdrawal Preference Exposure.** You may review the Notice and submit your Election Form indicating your intention to make a Withdrawal Preference Exposure settlement payment electronically (if applicable) through our online portal, HERE.

You will need the following unique password to view your notice: 4!YRGw

You must submit the Election Form by January 25, 2024, via the online portal

For questions related to submitting your Election Form, you can contact Stretto at: Toll-Free: **855-423-1530**
International: **949-669-5873**
Email: celsiusinquiries@stretto.com

[410 Exchange, Ste. 100 | Irvine, CA 92602](#)

[unsubscribe](#)

| Internal id | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward C | Reward Amount I | Confirmed |
|---|---|---|---|---|---|---|---|---|
| bc73c611-6ab8-42e3-adbe-b07978401faa | 11/20/2023 14:54 | Transfer | USDC | 33.750000 | 33.750000 | | | Yes |
| 084c7666-8fad-4e76-8d4f-ecc56a906b9f | 7/26/2022 7:01 | Loan Interest Payment | USDC | (33.750000) | (33.750000) | | | Yes |
| 9a06d21e-41ab-439e-bb20-90ae8e880564 | 7/14/2022 0:00 | Reward | USDT ERC20 | 0.000036 | 0.000036 | USDT ERC20 | | Yes |
| 0481ebf2-71e2-4d30-a28b-cd8d59156f23 | 7/14/2022 0:00 | Reward | BTC | 0.000253 | 5.136952 | BTC | | Yes |
| 21c53181-de47-4f70-b8bd-e0b11279b6c6 | 7/14/2022 0:00 | Reward | CEL | 0.099458 | 0.077481 | CEL | | Yes |
| 134fcd6d-eadd-47c9-843b-cf83417546b5 | 7/14/2022 0:00 | Reward | CEL | 0.666576 | 0.519285 | USDC | 0.519285034 | Yes |
| 4ed11edd-13d6-40f6-b4e4-23fd43ad8a6a | 7/14/2022 0:00 | Reward | DOT | 0.000047 | 0.000304 | DOT | | Yes |
| b1b2984b-a2fc-458d-8a51-92cd35c8c784 | 7/14/2022 0:00 | Reward | ETH | 0.000005 | 0.005861 | ETH | | Yes |
| de9e4517-9b62-43c9-8f9d-b43ca06987a2 | 7/8/2022 5:00 | Reward | BTC | 0.000306 | 6.745103 | BTC | | Yes |
| b6779455-d945-4b51-a1f9-b7b852803ef3 | 7/8/2022 5:00 | Reward | DOT | 0.000057 | 0.000415 | DOT | | Yes |
| e31fc51f-3621-439c-9ab9-9041bff1650f | 7/8/2022 5:00 | Reward | CEL | 0.119174 | 0.086747 | CEL | | Yes |
| 977a888e-2d8c-4c7b-96dc-599ff1531a0c | 7/8/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 23f764a3-7e77-4231-89cc-2a53961e5058 | 7/8/2022 5:00 | Reward | ETH | 0.000006 | 0.007974 | ETH | | Yes |
| 6b2fc3ab-fbd1-4c82-b0b7-95c6f14c8667 | 7/8/2022 5:00 | Reward | CEL | 0.862234 | 0.627624 | USDC | 0.627624039 | Yes |
| db209e12-a19f-42d7-bd5a-33eaf50c0718 | 7/1/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 49d3d854-3fe7-4e93-a8e6-9bf2fbbe6d83 | 7/1/2022 5:00 | Reward | ETH | 0.000006 | 0.006665 | ETH | | Yes |
| a177599b-de8f-4af6-b61b-56cc80eda2fb | 7/1/2022 5:00 | Reward | CEL | 0.117979 | 0.074573 | CEL | | Yes |
| 7858d5e4-9bb7-4733-a445-4f5869374216 | 7/1/2022 5:00 | Reward | CEL | 1.016011 | 0.642204 | USDC | 0.64220441 | Yes |
| a12f0f46-de9b-49e4-9c11-2c556230eec0 | 7/1/2022 5:00 | Reward | DOT | 0.000057 | 0.000383 | DOT | | Yes |
| d5d916eb-a453-491b-8efe-8322a61c0cf6 | 7/1/2022 5:00 | Reward | BTC | 0.000306 | 5.951884 | BTC | | Yes |
| 2cb4b3c4-fd95-4aa7-93d9-5d5af16ebc26 | 6/26/2022 7:00 | Loan Interest Payment | USDC | (33.750000) | (33.750000) | | | Yes |
| 5264d964-f69d-465a-a016-2f2afd2c7383 | 6/24/2022 5:00 | Reward | BTC | 0.000306 | 6.440395 | BTC | | Yes |
| 98ae08c9-879d-4338-a1c6-9d5075084344 | 6/24/2022 5:00 | Reward | CEL | 0.654238 | 0.676600 | USDC | 0.676600481 | Yes |
| 56b50847-1fc9-4d9d-9008-0fb03bf39d86 | 6/24/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 26396d9b-d26c-40c4-97c3-5e310aba7cc4 | 6/24/2022 5:00 | Reward | DOT | 0.000057 | 0.000447 | DOT | | Yes |
| 428c1029-9d23-4b57-a5f6-cf0795384d8d | 6/24/2022 5:00 | Reward | CEL | 0.117166 | 0.121171 | CEL | | Yes |
| 975960a5-43e6-4e5a-bba2-a035983f0bed | 6/24/2022 5:00 | Reward | ETH | 0.000006 | 0.007285 | ETH | | Yes |
| de0550f5-f75c-4ac6-ac13-7f047cfeb991 | 6/17/2022 5:00 | Reward | ETH | 0.000006 | 0.006906 | ETH | | Yes |
| 547cd8e9-8120-43bf-b6d4-3e514a96c027 | 6/17/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 43c4f2c9-1f11-4c3b-a719-5809c2d8abb7 | 6/17/2022 5:00 | Reward | BTC | 0.000306 | 6.293312 | BTC | | Yes |
| 6f84be60-3a62-4b15-a4ca-c9a1ec875c69 | 6/17/2022 5:00 | Reward | DOT | 0.000056 | 0.000407 | DOT | | Yes |
| a63a58b0-cec8-44e2-9701-983b50e181ee | 6/17/2022 5:00 | Reward | CEL | 1.215818 | 0.676600 | USDC | 0.676600481 | Yes |
| 3f24d9fe-6ec1-4abc-8a71-efb451418bda | 6/17/2022 5:00 | Reward | CEL | 0.115764 | 0.064422 | CEL | | Yes |

| ID | Date | Type | Asset | Amount | Value | Extra |
|---|---|---|---|---|---|---|
| 476dab12-908e-4e39-8477-d8e23ef33bd7 | 6/10/2022 5:00 | Reward | ETH | 0.000006 | 0.011340 ETH | Yes |
| 3bdd482f-46f6-4af1-8c30-e7e7e5ab9671 | 6/10/2022 5:00 | Reward | CEL | 0.114487 | 0.070625 CEL | Yes |
| bf932cc3-c2a4-4db9-abc5-c7166d90eded | 6/10/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 USDT ERC20 | Yes |
| a9f62dab-c6f7-40ef-8d09-7c6351f39e1c | 6/10/2022 5:00 | Reward | BTC | 0.000396 | 11.921362 BTC | Yes |
| 311f93ac-98fb-4227-8b98-bff7d78c5f2d | 6/10/2022 5:00 | Reward | CEL | 1.096814 | 0.676600 USDC | 0.676600481 Yes |
| a092f391-4de4-463a-8eaa-375ba37fce32 | 6/10/2022 5:00 | Reward | DOT | 0.000056 | 0.000522 DOT | Yes |
| 309bc9d0-2899-4753-9010-fbbf5b5a3789 | 6/4/2022 13:00 | Withdrawal | BTC | (1.001000) | (29,607.578000) | Yes |
| e1dac2bc-988a-4cd8-9556-b8658dc45a89 | 6/3/2022 5:00 | Reward | ETH | 0.005642 | 10.269316 ETH | Yes |
| 047db1d4-965d-473e-91f1-0373cad6d7c2 | 6/3/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 USDT ERC20 | Yes |
| 29c8a162-7b45-4cb8-b65e-eaba26ab265c | 6/3/2022 5:00 | Reward | CEL | 0.834129 | 0.676600 USDC | 0.676600481 Yes |
| aa46aca9-581d-4e9c-a419-12448cb717c1 | 6/3/2022 5:00 | Reward | BTC | 0.000781 | 23.794912 BTC | Yes |
| 1f84c694-fe09-40ea-920c-049910247d83 | 6/3/2022 5:00 | Reward | CEL | 0.113489 | 0.092056 CEL | Yes |
| de36c4a0-09cf-4494-bda4-8b52450181bb | 6/3/2022 5:00 | Reward | DOT | 0.000056 | 0.000551 DOT | Yes |
| 8be55cd3-88ae-4ce6-91ed-00f52189fcde | 6/2/2022 14:27 | Withdrawal | ETH | (7.219579) | (13,000.512670) | Yes |
| e7b0d379-7ca1-43fc-89a0-eaa4bc2f4ca5 | 5/27/2022 5:00 | Reward | BTC | 0.000780 | 22.607896 BTC | Yes |
| ed81b04a-6472-40e5-b63a-bcb02df6c1fd | 5/27/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 USDT ERC20 | Yes |
| 135ec492-9734-4d21-9825-491273b54c94 | 5/27/2022 5:00 | Reward | CEL | 1.217811 | 0.719173 USDC | 0.71917314 Yes |
| b04ad751-a74d-478a-b436-3f3381a637aa | 5/27/2022 5:00 | Reward | CEL | 0.112088 | 0.066193 CEL | Yes |
| 1664625c-98cf-4a48-a45a-55e8c5c77890 | 5/27/2022 5:00 | Reward | DOT | 0.000056 | 0.000497 DOT | Yes |
| 65bfacf5-8fa4-444b-8fec-53849cff0da6 | 5/27/2022 5:00 | Reward | ETH | 0.006172 | 10.835301 ETH | Yes |
| ec601e2f-f40d-4cfe-9471-fb97d339b8fa | 5/26/2022 7:01 | Loan Interest Payment | USDC | (33.750000) | (33.750000) | Yes |
| ae7c86e0-571e-4f9c-8950-ef5d5fa694c7 | 5/20/2022 5:00 | Reward | CEL | 0.111044 | 0.091503 CEL | Yes |
| 3ca0f348-57ec-4ccd-b141-57d9553fe7e7 | 5/20/2022 5:00 | Reward | CEL | 0.000000 | 0.000000 LUNC | 0.000168835 Yes |
| 75560e4e-0065-40d3-a003-f23a674e0155 | 5/20/2022 5:00 | Reward | ETH | 0.006168 | 12.450258 ETH | Yes |
| 4d854b00-0bde-494b-905d-e47aff754928 | 5/20/2022 5:00 | Reward | BTC | 0.000780 | 23.458191 BTC | Yes |
| 81c1c125-2827-4b79-b6bb-86c017c1fb8b | 5/20/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 USDT ERC20 | Yes |
| 54b1b7f4-f599-4824-b110-b6c9f37cbad2 | 5/20/2022 5:00 | Reward | DOT | 0.000056 | 0.000559 DOT | Yes |
| 306af535-19b6-4a4b-aa83-ba44ca69e586 | 5/20/2022 5:00 | Reward | CEL | 0.880523 | 0.725577 USDC | 0.725576923 Yes |
| 36fa8624-8890-4c89-b9f7-95e8e59dcb44 | 5/13/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 USDT ERC20 | Yes |
| d113f854-d10d-400e-b14a-de84a4e7282d | 5/13/2022 5:00 | Reward | LUNC | 0.000153 | 0.000002 LUNC | Yes |
| 137789e4-66cb-4f53-bfcf-d95594cb8192 | 5/13/2022 5:00 | Reward | CEL | 0.732154 | 0.725577 USDC | 0.725576923 Yes |
| 7c8e7335-06d6-4d9a-92c2-2ec665e1f0a3 | 5/13/2022 5:00 | Reward | ETH | 0.006163 | 12.854047 ETH | Yes |
| 91a5d3b8-4801-43d1-84d5-2fe7ef7f42fb | 5/13/2022 5:00 | Reward | CEL | 0.110156 | 0.109167 CEL | Yes |
| 2eb28ebd-5a46-41f1-9265-f5ce6d27e532 | 5/13/2022 5:00 | Reward | BTC | 0.000780 | 23.765714 BTC | Yes |

| ID | Date | Type | Asset | Amount | Balance | Asset2 | Extra | Yes |
|---|---|---|---|---|---|---|---|---|
| c18f79f4-a7b8-46ff-bd2f-0863690d7d18 | 5/13/2022 5:00 | Reward | DOT | 0.000056 | 0.000542 | DOT | | Yes |
| 874f4088-c4a2-4eb8-afd8-1105be804be1 | 5/6/2022 5:00 | Reward | CEL | 0.109664 | 0.222228 | CEL | | Yes |
| 80e9306e-f092-4f77-b44d-379082e10f02 | 5/6/2022 5:00 | Reward | BTC | 0.000779 | 28.371256 | BTC | | Yes |
| 9a965936-b2e4-4469-b66a-d6715cfad17f | 5/6/2022 5:00 | Reward | LUNC | 0.000153 | 0.012323 | LUNC | | Yes |
| f2379b4e-7cd7-4977-8581-7d37f8d625f8 | 5/6/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 065d8787-b864-46d2-8966-74313cac3608 | 5/6/2022 5:00 | Reward | CEL | 0.358053 | 0.725577 | USDC | 0.725576923 | Yes |
| 65bb363c-60e1-4b55-91bf-9d1ab1ce46d4 | 5/6/2022 5:00 | Reward | ETH | 0.006158 | 16.891054 | ETH | | Yes |
| 44b5a31c-dc10-461e-9d3b-c737d376f9f3 | 5/6/2022 5:00 | Reward | DOT | 0.000056 | 0.000813 | DOT | | Yes |
| eb1953cf-c56d-4c2f-886b-c40a1675bc16 | 4/29/2022 5:00 | Reward | CEL | 0.106575 | 0.224626 | CEL | | Yes |
| 546d703b-f477-41a3-8ee2-de791c0c601a | 4/29/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| 48574402-24ee-4125-8346-14e3996d9245 | 4/29/2022 5:00 | Reward | ETH | 0.007202 | 21.070379 | ETH | | Yes |
| af01b70c-6367-4151-b14c-42e1e0310f7d | 4/29/2022 5:00 | Reward | DOT | 0.000056 | 0.000943 | DOT | | Yes |
| 1b22dee6-ac46-440d-bb8c-86a5bc33f918 | 4/29/2022 5:00 | Reward | CEL | 2.824995 | 5.954164 | USDC | 5.954163651 | Yes |
| 7abf813a-d5bd-443b-9548-aa9511dc7c71 | 4/29/2022 5:00 | Reward | LUNC | 0.000153 | 0.013139 | LUNC | | Yes |
| dd37654f-0618-45ac-8dd1-a4b1adf8e8b5 | 4/29/2022 5:00 | Reward | BTC | 0.001595 | 63.180358 | BTC | | Yes |
| **3259dd39-0fe1-49b6-af1a-e61d337194d8** | **4/26/2022 23:38** | **Withdrawal** | **USDC** | **(35,000.000000)** | **(35,000.000000)** | | | **Yes** |
| **04cacf3b-2e98-4ed5-99d9-851d5835d45b** | **4/26/2022 22:13** | **Withdrawal** | **USDC** | **(5,000.000000)** | **(5,000.000000)** | | | **Yes** |
| **682fa4d3-a38d-4c6b-8755-bcede614cfd6** | **4/26/2022 7:06** | **Loan Principal Paymen** | **USDC** | **40,500.000000** | **40,500.000000** | | | **Yes** |
| **d6d6c4a9-7f9c-4dad-8650-d7be4b0ae0ac** | **4/26/2022 4:59** | **Collateral** | **BTC** | **(3.989460)** | **(162,000.000000)** | | | **Yes** |
| 364203cc-e4c1-4af7-b775-4089b383c895 | 4/22/2022 5:00 | Reward | LUNC | 0.000153 | 0.014294 | LUNC | | Yes |
| ff0607a5-e483-41e1-9a42-5b45d2d54739 | 4/22/2022 5:00 | Reward | DOT | 0.000056 | 0.001022 | DOT | | Yes |
| 9abe5611-f359-4088-b2a2-b4e2e12ca2bf | 4/22/2022 5:00 | Reward | ETH | 0.005174 | 15.576917 | ETH | | Yes |
| 3c47a3fe-efb3-4e3c-a8b1-a7c22a20fb30 | 4/22/2022 5:00 | Reward | CEL | 0.000000 | 0.000000 | USDC | 3.93E-10 | Yes |
| 7afb365d-a69d-4ea2-a056-68d8ece2144c | 4/22/2022 5:00 | Reward | CEL | 0.100457 | 0.212379 | CEL | | Yes |
| 3913e177-9eac-4f4c-8914-a78f6ea815c5 | 4/22/2022 5:00 | Reward | BTC | 0.002220 | 90.149213 | BTC | | Yes |
| b7180d1e-8fd1-4f76-9cdd-a6070ba531b2 | 4/22/2022 5:00 | Reward | CEL | 5.707508 | 12.066458 | BUSD | 12.06645831 | Yes |
| c7e52878-2e21-4cdd-8c16-0eab14fac3a2 | 4/22/2022 5:00 | Reward | USDT ERC20 | 0.000043 | 0.000043 | USDT ERC20 | | Yes |
| c6555ee0-0929-49ee-9681-ae4dbf5fc5f9 | 4/20/2022 11:45 | Transfer | BTC | 0.000174 | 7.320934 | | | Yes |
| b7c8ecab-413a-498b-bbd7-51bdc2d4bacd | 4/18/2022 12:37 | Transfer | ETH | 7.176184 | 21,138.000110 | | | Yes |
| 84616d0a-a77a-45e5-8294-9e7663dfe689 | 4/16/2022 13:21 | Withdrawal | ETH | (7.178253) | (21,854.620620) | | | Yes |
| 0e8f3c9f-9d1c-4579-a29b-8b1b2235636e | 4/16/2022 8:02 | Withdrawal | BUSD | (16,004.801420) | (16,004.801420) | | | Yes |
| 1790a416-38f8-49e5-bf60-820ac0349fb5 | 4/16/2022 3:50 | Withdrawal | BUSD | (34,500.000000) | (34,500.000000) | | | Yes |
| db704b24-e6f1-40f2-9287-4e858e69d1d0 | 4/15/2022 12:01 | Withdrawal | BUSD | (25,000.000000) | (25,000.000000) | | | Yes |
| 321075bf-48ea-4f10-b72b-229f268a4223 | 4/15/2022 5:00 | Reward | LUNC | 0.000153 | 0.012518 | LUNC | | Yes |

| ID | Date | Type | Coin | Amount | Value | Unit | Extra | Flag |
|---|---|---|---|---|---|---|---|---|
| 029b239c-101b-4a9e-9072-b36839a60432 | 4/15/2022 5:00 | Reward | DOT | 0.000056 | 0.001010 | DOT | | Yes |
| df4bd4ad-495e-4f7a-8086-2d6151ead33d | 4/15/2022 5:00 | Reward | BTC | 0.002219 | 89.111074 | BTC | | Yes |
| d1c58d61-bd4d-421b-9abf-1a5a319eb202 | 4/15/2022 5:00 | Reward | CEL | 50.962364 | 109.569083 | BUSD | 109.569083 | Yes |
| 27ab3767-7dd0-40c9-b7b3-4b8d4210fc77 | 4/15/2022 5:00 | Reward | USDT ERC20 | 0.000042 | 0.000042 | USDT ERC20 | | Yes |
| 0feb2d50-3929-49f6-8d04-ee4296c0d027 | 4/15/2022 5:00 | Reward | ETH | 0.006358 | 19.305505 | ETH | | Yes |
| a4ffb5fd-6402-48a0-9256-1c866b994058 | 4/15/2022 5:00 | Reward | CEL | 0.046721 | 0.100449 | CEL | | Yes |
| 9fe95932-dfe5-4aaf-8974-278b12fca40f | 4/15/2022 5:00 | Reward | CEL | 0.000000 | 0.000000 | USDC | 3.93E-10 | Yes |
| 1bf3642d-c2d2-45de-b9e4-a413e4073a85 | 4/11/2022 5:29 | Transfer | ETH | 1.928533 | 6,138.711928 | | | Yes |
| 570e2e08-eec9-4204-8e5b-e42f6e95a87f | 4/8/2022 5:00 | Reward | CEL | 0.000000 | 0.000000 | USDC | 3.93E-10 | Yes |
| 80249213-986f-4d82-86fb-22e887d74993 | 4/8/2022 5:00 | Reward | DOT | 0.000055 | 0.001140 | DOT | | Yes |
| 64ec1401-39e4-41d0-ac2d-a69a717bbe83 | 4/8/2022 5:00 | Reward | CEL | 0.008848 | 0.026973 | CEL | | Yes |
| 4c189061-5e93-4f41-b563-fee0e0c325ed | 4/8/2022 5:00 | Reward | BTC | 0.002218 | 96.943861 | BTC | | Yes |
| dd78b5ef-7f30-4d09-8cd6-b3c177a941a7 | 4/8/2022 5:00 | Reward | CEL | 35.941930 | 109.569083 | BUSD | 109.569083 | Yes |
| b65089ef-9c4a-43ed-9852-5e62e448fdfe | 4/8/2022 5:00 | Reward | ETH | 0.005255 | 17.162564 | ETH | | Yes |
| 20b4e94f-49b4-4747-99c5-08ff17dc5b50 | 4/8/2022 5:00 | Reward | USDT ERC20 | 0.000042 | 0.000042 | USDT ERC20 | | Yes |
| 75b9a01f-a582-4b9b-ac9d-acd6242c580c | 4/8/2022 5:00 | Reward | LUNC | 0.000152 | 0.016192 | LUNC | | Yes |
| a2050106-4350-4fa5-a4a4-dae0fd8fb7b8 | 4/1/2022 5:00 | Reward | CEL | 0.000000 | 0.000000 | USDC | 3.93E-10 | Yes |
| 763246bb-b04e-4cae-8295-9aa68acc79db | 4/1/2022 5:00 | Reward | ETH | 0.005249 | 17.075526 | ETH | | Yes |
| 2af6b8af-3d33-48de-a8db-ff84cb7fee71 | 4/1/2022 5:00 | Reward | BTC | 0.002218 | 99.212339 | BTC | | Yes |
| 916de604-c2b4-4df0-bebd-7d0d02a8ae03 | 4/1/2022 5:00 | Reward | DOT | 0.000055 | 0.001166 | DOT | | Yes |
| f2253a63-e15c-4e64-8d6e-65b1853ac65c | 4/1/2022 5:00 | Reward | LUNC | 0.134818 | 13.557283 | LUNC | | Yes |
| 4924c28b-75d0-458a-8475-6c0c5536d69f | 4/1/2022 5:00 | Reward | USDT ERC20 | 0.000042 | 0.000042 | USDT ERC20 | | Yes |
| ecf7f96e-e82a-42dd-960b-ff8941c9f412 | 4/1/2022 5:00 | Reward | CEL | 0.004436 | 0.014505 | CEL | | Yes |
| c3d9422b-11a3-48d1-8d4a-12734dc1abc9 | 4/1/2022 5:00 | Reward | CEL | 4.183711 | 13.680736 | BUSD | 13.68073628 | Yes |