# DELRAY LAW, PLLC
## ATTORNEYS AT LAW

238 NE 1st Ave, Delray Beach, FL  33444  
Phone (561) 455-0200  
Fax (561) 431-0190

*Richard Rubino, Esq.*

**Via Mail Certified**

February 28, 2024

Judge Martin Glenn  
One Bowling Green  
Courtroom 523  
New York, NY 10004

RE: My Client   :   Richard Rubino  
     Your Client  :   Celsius

Dear Judge Glenn:

Please be advised that this office has been retained to represent Mr. Rubino in a claim for benefits and compensation owed as a result of the Celsius Bankruptcy.

Mr. Rubino has filed his claim properly and was finally sent claim forms and codes to redeem his money via Paypal for BTC and ETH. After he opened a paypal account and copied the claim codes he was told the codes were not valid and has been denied his money. To make matters worse he has sent numerous emails and left numerous messages at Stretto regarding this matter with no response. Please direct us on how to proceed?

Thank You,

Sincerely,  
DELRAY LAW, LLC  
*Richard Rubino*  
RICHARD L. RUBINO, ESQ.  
RLR/bw



RECEIVED MAR - 5 2024 U.S BANKRUPTCY COURT