Dear Judge Glenn,

My name is Narendra Garapati, a creditor for Celsius and I hope this message reaches you well.

I have received my Paypal/Venmo claim codes for BTC and ETH from stretto on February 12 this year. However, I am not able to redeem them. Despite completing my KYC and verifying that it has been done by speaking to multiple Paypal representatives in the crypto department, I am shown an error message that says, "We cannot redeem that code, contact Stretto for more information." I have retriggered my KYC for my Paypal crypto account to see if it could potentially trouble shoot the issue

I have tried contacting Stretto regarding this but have only received an automated response so far. Is there any way for Stretto to re-activate my claim codes or to investigate this issue? I don't seem to be the only one facing this particular problem.

Respectfully, I beg you to intervene and help the victims of this bankruptcy. The crypto bull market is in full swing with prices rising by the day. Having our crypto back in our possession is of paramount importance to try to recover our life savings.

Thank you so much.

Sincerely,
Narendra Nath Garapati