Subject: Lack of Communication and Claim Code Issues in Celsius Network Case

Dear Honorable Judge Glenn

I hope this letter finds you well. With humility, I write to bring to your esteemed attention a pressing matter concerning the Celsius Network case. Since August 25, 2023, I have not received any essential information from Stretto despite my persistent attempts to communicate and create tickets regarding my situation.

Despite my earnest efforts, I have only received generic responses directing me to the FAQ section, which have not addressed my specific concern: the non-receipt of my claim code for my cryptocurrency assets. Enclosed with this letter, you will find documentation detailing my transaction history within the Celsius Network. Notably, my largest transfer occurred on April 4, 2022.

I wish to express my deep concern about this issue. The failure to receive my claim code has caused significant distress and hardship for my family. These assets are crucial for our financial stability and future plans, and their absence has exacerbated our difficulties.

With humility, I earnestly request your kind intervention to resolve this matter at your earliest convenience. The delay in receiving my claim code directly impacts my family's well-being and financial security. Your attention to this matter, no matter how humble, is sincerely appreciated. I am available to provide any additional information or clarification necessary.

Thank you for considering this request with kindness and understanding.

Sincerely,

Manveer Sangha

530-301-6077

manveersangha@icloud.com