Dear Honorable Judge Glenn,

I know you are being flooded with letters from creditors, so I know you may not even get to my letter, but I feel I need to make it known what I have been experiencing. The main issue I'd like to address is that as an earn creditor in the United States, I still to this day (March 8, 2024) have yet to receive my claim codes or shares of Ionic Digital.

My name is Chris Wade and I have been an active Celsius customer for several years. I, like many others, began pouring all my excess funds into Celsius as Alex Mashinsky made the claims of these funds being safer than a bank yet I could keep the upside of crypto appreciation. I was saddened to hear of the bankruptcy filing, and on 10/7/22, I received an email from Stretto confirming my name, my email address, and my claim. The claim amount was correct as shown on line 3.1.101141 of the Schedule F on the Schedule of Non-Priority Unsecured Retail Customer Claims from docket number 974. I continued to receive regular updates from Celsius and Stretto, and I read those updates with great care. I voted for the plan, (I do not believe I selected convenience class) and then on December 30, 2023 I received an email indicating I should prepare for my distribution and that my distributor would be PayPal or Venmo. I will note that the original claim email from 10/7/22 referred to me as "Chris Wade" yet my name in the Celsius app and on the email from 12/30/23 was my full legal name. I waited patiently and was thrilled of the news that distributions would take place within the first few weeks of February 2024. However, when the filing on Feb 16, 2024 indicated all creditors had been contacted, I began to panic and I submitted my first ticket on the Stretto website, as I had not received any emails with claim codes nor had I received an email with Ionic Digital shares. I waited as to not clog the system, but then submitted ticket #2 on Feb 20, 2024. All of these submissions were met with canned auto-responses that were not helpful. However, on 2/22/24, I received an email that stated "ACTION REQUIRED: Update your Celsius account Information." This email said I must update my Celsius account information and resubmit my government ID via the Celsius app. This was required before any claim distribution could be initiated. I promptly verified my information and that same day, 2/22/24, I received confirmation that my Identity verification was complete. Days went by, and no new correspondence, so I finally submitted a third ticket on 2/29/24. Since then I have not heard anything other than canned responses still. What's even more anxiety-inducing now, is that when I search my name on the Stretto website under the claims, my name does not appear under any variation of my name.

I have reached out to Odyssey separately to see why I might not have recieved an email regarding shares, but they have not responded either. I politely request some real response from anyone, to at least confirm that I am still an identified creditor, with an acknowledgement from Stretto, Celsius, or anyone that I have yet to receive any form of guidance as to what is happening or what I need to be doing. My family really needs this distribution, in crypto, and it is extremely disheartening to see that almost all of the hundreds of thousands of creditors have received their claim codes at least, when I have received absolutely nothing.

I have not moved, I have not changed my email address, I have not marked any of these emails as spam, yet something is not right and I am not receiving any correspondence about my claim and

why I have not received anything yet. I am concerned that with all the shady activity that's occurred throughout this entire process, that the debtors feel they could get away with pocketing the claims of a few creditors here or there without anyone noticing or caring.

Please do what you can to have someone provide whatever insight they are able to, with an estimate as to what the next steps would look like for me. I appreciate you are being flooded with letters, so I will exercise patience if I could at least get some form of acknowledgement that I do still have a claim and that it will be addressed in due time. Thank you for your efforts.

Chris Wade