Dear Honorable Judge Glenn,

I'm writing you this letter to voice the extreme level of concern and frustration that I have regarding those of us that are still pending receipt of our initial distributions from the Celius Bankruptcy proceedings, case number 22-10964.

To be respectful of the court's time and your time, I will focus on what I believe can be the actionable items that you may be able to assist with, Your Honor. However, I do echo the same sentiment expressed by Mr. Tony Vejseli on March 8th. I would also like to add that I had my life savings in Celsius, and desperately need my distribution.

I'm a U.S. Creditor, and did in fact receive my Paypal/Venmo link on February 12th. However, Paypal was unable to validate my mailing address, and therefore the transaction was cancelled. While I understand that this may be an issue on the side of Paypal, I was further informed by Ionic Digital/Celsius that I would be receiving a check in lieu of crypto.

**However, there's been no follow-up on behalf of Ionic Digital/Celsius regarding a timeline for the distribution of these checks for U.S. Creditors, and it appears as though they simply don't care at this point. There's nearly zero communication from their team (for *any* Creditors that are still pending our initial distribution). And my fear is that this process will continue for an unnecessarily prolonged period. I'm also concerned that they may send the dollarized amount based off substantially lower Bitcoin and Ethereum prices per the effective date (Perhaps that's not their intention, however due to lack of communication, I'm not currently sure.)**

At this point, many of us see you as our only option for timely resolution.

Thank you for your time.


Cordially,

Clarence Thomas