Dear Judge Glenn,

You are probably going to receive many letters similar to mine.

I have unfortunately been caught up in the Celsius bancrupcy.To say it has been stressful has been an understatement. I naively put all of my retirement lump sum into the company.It was earned over 35 years working as a nurse.

My issue is now with Coinbase. As I am UK base I have been given no choice in how to receive the small amount of crypto I am due back.

Having been a customer of Coinbase since 2018 I assumed there would be no issues.I was so wrong.The company decided to put me on a manual review in October 2023 with no reason given. Since then I have sent them numerous documents with very little communication back and I am no further forward. Their customer service has been atrocious. I just don't know when this nightmare is going to end.

Stretto have been no better with very few updates as to what is happening.

This is affecting my mental and physical health and I strongly plead with you to intervene.

Many thanks for taking the time to read my letter,

Best Regards

Marlyn Donald

.