Dear Honorable Judge Glenn,

I would like to bring to your attention one of the most appalling unprofessional experiences of my life in dealing with the distribution agents in this bankruptcy case. I can say for certain that Stretto is not prepared to handle this large distribution task and more resources are desperately needed to finish this important step of the bankruptcy process.

I initially received via email on 2/8/2024 Stretto emails for my Celsius claim in liquid cryptocurrency distribution in BTC and ETH respectively for claiming through PayPal or Venmo. As a customer of PayPal for many years I went into the claim process assuming there would be no issues since I've had such an outstanding relationship with PayPal *and I already bought and owned BTC in my Paypal account for many years*. When attempting to redeem the claim distribution codes PayPal acknowledged with a green checkmark letting me know "codes are verified, let's confirm some details". Through this part of the process after confirming social security number and address information PayPal requested to send me a text verification alert which would not send to my mobile number on file. *However, minutes before, when logging into Paypal, I successfully received a text message including a code without a problem for login verification.*

At this point I was looped through this process two times before getting an error message stating that I "couldn't be verified at this time". These technical difficulties with PayPal have prevented me from claiming my large liquid cryptocurrency distribution and locked the codes so they also do not work in Venmo.

The following morning after attempting redemption of claim distribution codes I received a follow up email on 2/9/2024 titled "IMPORTANT: Your claim cannot be serviced at PayPal or Venmo" that communicated they will be in touch with information regarding my claim and to have patience as they work with their distribution partners. *It has now been a full month with no communication at all.* I opened a ticket and got a generic email response like everyone else who has sent in letters to the court.

I believe this error might has been a result of using a desktop computer rather than the phone app based on letters from other creditors complaining of the same issue. How was desktop computer not tested thoroughly before going live with this distribution scheme? The debtors should have clearly specified to use the phone app if this was required. This issue happened with my BTC code and when I tried my ETH code a couple days later it straight away did not work and another email was sent titled "IMPORTANT: Your claim cannot be serviced at PayPal or Venmo". Please help to expedite this process as much as you possibly can and ensure the distributions agents procure the necessary resources to complete the job they were hired to do.

Respectfully,

Stephen Biscontine