HC03 Box 32603

Aguada, PR, 00602

March 9, 2024

Dear Honorable Martin Glenn,

I hope this email finds you well. I am writing to bring to your attention an urgent matter regarding the distribution codes for receiving crypto assets in the Celsius Crypto bankruptcy case.

As a participant in the bankruptcy proceedings, I was provided with distribution codes to receive my allocated crypto assets. However, despite multiple attempts, I have encountered issues with these codes and have been unable to access my funds. This situation is causing significant inconvenience and uncertainty for me, especially considering the rapidly changing nature of cryptocurrency markets.

I kindly request your urgent attention and action to resolve this matter promptly. It is crucial that I'm able to access my allocated crypto assets in a timely manner to address my financial needs and obligations.

If possible, I would appreciate any assistance or guidance you can provide to expedite the resolution of this issue. Alternatively, if there are any alternative procedures or channels, I should follow to address this matter, please advise accordingly.

Thank you for your attention to this matter. I look forward to your prompt response and assistance in resolving this issue.

Sincerely,

Roberto Chaparro

[787-546-8713]