Dear Honorable Judge Glenn,

I am writing to ask for your help with respect to my distribution from Celsius (Case No. 22-10964). I am a hard working young nurse who unfortunately put most of the little savings I had into Celsius. I am a US customer and have a convenience class claim for which I have not received my distribution instructions.

For some time I was trying to get support from Celsius to regain access to my account so I could verify my contact details and make sure that they were the same as my Venmo/Paypal. I wanted to do this so that there would be no problems with my distribution. For some reason, the Celsius system instructed me to re-provide documentation of my identity but would not let me do it on my own. I contacted Celsius support at that time, but they were not helpful and was left to hope that I would just get my distribution emails. I have friends and family members who have received their distributions over a month ago and I became concerned that I did not receive mine. I reached out again to Celsius support to ask why I did not get my distribution and to ask for help and I got a form letter back which didn't tell me anything other than to sit tight and that they have lots of people to help. When one of my patients needs help, I don't sit tight and hope for the best, I do something to help them.

I appreciate that there are many who lost much more than me, but the few thousand dollars I did put in Celsius means a lot to me and it is important for me to get back all that I am entitled to. I have attached the page of the claim schedule with my claim highlighted.

Please help!

Jillian Garfunkel

| SCHEDULE F LINE | CREDITORS NAME | ADDRESS | INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3.1.264602 | JILL RUHME | ADDRESS REDACTED | | | BTC 1.60154839838049<br>DOT 332.098319556176<br>ETH 19.6794575657599<br>LINK 1.04184151675146<br>LPT 207.6741<br>MATIC 5176.32617533866<br>SNX 1065.91721878125<br>USDC 951.459754096278 | | |
| 3.1.264603 | JILL SAKOWITZ | ADDRESS REDACTED | | | BTC 0.000000041641763145 | | |
| 3.1.264604 | JILL SAMUEL | ADDRESS REDACTED | | | ETH 0.90688532934163<br>USDC 377.138758340432 | | |
| 3.1.264605 | JILL SCHNIPKE | ADDRESS REDACTED | | | BTC 0.22708810889603<br>DOT 9.55445487832724<br>ETH 4.69284381614249<br>MATIC 779.994923000947<br>SNX 10.3994038536474<br>USDC 3.42539397738039 | | |
| 3.1.264606 | JILL SCHROEDER | ADDRESS REDACTED | | | AAVE 0.09936642631870 32<br>BTC 0.00559772821876921<br>DOT 10.7755201144887<br>ETH 0.0787942059895893<br>KNC 122.491216228757<br>MANA 550.390034164981<br>MATIC 1914.99932167798<br>PAX 126.06888283608<br>SNX 43.0909890315136<br>USDC 61.2887657040559<br>USDT ERC20 167.259998087832 | | |
| 3.1.264607 | JILL SHEPARD | ADDRESS REDACTED | | | BTC 0.367886873589306<br>ETH 10.2582917262121<br>USDC 21536.7063597635 | | |
| 3.1.264608 | JILL SHINN | ADDRESS REDACTED | | | BTC 0.0013901661126 1919<br>ETH 0.302794802999005<br>USDC 102.759701368642 | | |
| 3.1.264609 | JILL SNYDER | ADDRESS REDACTED | | | BTC 0.00117043357607724<br>USDC 1660.80599259565<br>XRP 9145.38075559698 | | |
| 3.1.264610 | JILL STEIDEL | ADDRESS REDACTED | | | BTC 0.000001793150761167<br>USDC 0.203306598169554 | | |
| 3.1.264611 | JILL STEWART | ADDRESS REDACTED | | | ADA 299.470206829849<br>BTC 0.431387266079807 | | |
| 3.1.264612 | JILL TALCOTT | ADDRESS REDACTED | | | BTC 0.00115994986374798<br>ETH 0.255134562652482 | | |
| 3.1.264613 | JILL TANNER | ADDRESS REDACTED | | | AAVE 6.92142855352351<br>COMP 3.95446820893503<br>SNX 85.2536933824027 | | |
| 3.1.264614 | JILL TOWNSEND | ADDRESS REDACTED | | | BTC 0.000129998012398751 | | |
| 3.1.264615 | JILL TRAUSCH | ADDRESS REDACTED | | | CEL 1.01366944444444 | | |
| 3.1.264616 | JILL VAN OSS | ADDRESS REDACTED | | | BTC 0.00123428055765908<br>USDC 1009.29738540204 | | |
| 3.1.264617 | JILL VAN PUT | ADDRESS REDACTED | | | BTC 0.0128804333948525<br>USDT ERC20 833.861648192149 | | |
| 3.1.264618 | JILL VERBEKE | ADDRESS REDACTED | | | BTC 0.25627225<br>CEL 411.586061016559<br>ETH 2.02761838<br>SNX 35.23 | | |
| 3.1.264619 | JILL WATTERS | ADDRESS REDACTED | | | MCDAI 40.6664308090169<br>SNX 87.0490589891681 | | |
| 3.1.264620 | JILL WILSON | ADDRESS REDACTED | | | BTC 0.462125714603515<br>CEL 96.5616121988806<br>ETH 3.97575159039367<br>LTC 9.86279114447888 | | |
| 3.1.264621 | JILLAINE COOK | ADDRESS REDACTED | | | BTC 1.05648116449054<br>USDC 10.1647894439847 | | |
| 3.1.264622 | JILLAINE JURCHUK | ADDRESS REDACTED | | | ADA 3037.78<br>BTC 0.000789552639474474<br>CEL 319.499004921618<br>MATIC 4821.70595958216 | | |
| 3.1.264623 | JILLE ANN GONZALES-TORRELIZA | ADDRESS REDACTED | | | BTC 0.0012045223237 9322<br>USDC 0.400466217874259 | | |
| 3.1.264624 | JILLEN HUANG | ADDRESS REDACTED | | | BTC 0.00000175905631 9482<br>CEL 2.51730224055849<br>USDT ERC20 0.000000576963037485 | | |
| 3.1.264625 | JILLENE KOH | ADDRESS REDACTED | | | BTC 0.000000559573571646<br>DOT 0.0117519511314828<br>USDT ERC20 0.213494916701962 | | |
| 3.1.264626 | JILLENE REEG | ADDRESS REDACTED | | | USDT ERC20 61986.7912852486 | | |
| 3.1.264627 | JILLES RIEMENS | ADDRESS REDACTED | | | BTC 0.000004882903463458<br>CEL 0.0738651170539998<br>DOT 0.00137726090024486 | | |
| 3.1.264628 | JILLIAN ANN HAMILTON | ADDRESS REDACTED | | | USDC 0.016213388132418 | | |
| 3.1.264629 | JILLIAN BLAKEMAN | ADDRESS REDACTED | | | BTC 0.0136657305304851<br>USDC 110.469112151922 | | |
| 3.1.264630 | JILLIAN BREECE | ADDRESS REDACTED | | | BTC 0.000425442589582674 | | |
| 3.1.264631 | JILLIAN BROWN | ADDRESS REDACTED | | | CEL 1.08427791839236 | | |
| 3.1.264632 | JILLIAN CIAFFONI | ADDRESS REDACTED | | | BTC 0.000001914872273577<br>ETH 0.000000026294779977 9999 | BTC 0.000013448211360341<br>ETH 0.000535289132591988 | |
| 3.1.264633 | JILLIAN COLOMBO | ADDRESS REDACTED | | | BTC 0.000005712827392325<br>ETH 0.000020969525711178 | | |
| 3.1.264634 | JILLIAN ELIZABETH GODSIL | ADDRESS REDACTED | | | BTC 0.0012327455648 3321<br>SGB 54695.0237841188<br>USDC 151.469586969518<br>USDT ERC20 290.728291051234 | | |
| 3.1.264635 | JILLIAN ELIZABETH ROSATI | ADDRESS REDACTED | | | BTC 0.00728689684748169<br>ETH 0.0317561521145724 | | |
| 3.1.264636 | JILLIAN GARFUNKEL | ADDRESS REDACTED | | | BTC 0.0912752393377773<br>ETH 0.678560058528827 | | |
| 3.1.264637 | JILLIAN KELLY | ADDRESS REDACTED | | | BTC 0.0336284520141691<br>DOT 18.0271114423334<br>ETH 0.668681190 30656<br>MATIC 242.820853911131 | | |
| 3.1.264638 | JILLIAN KINCAID | ADDRESS REDACTED | | | BTC 0.0112553615192852<br>ETH 0.103547897141133<br>LINK 6.6143077170901<br>MATIC 177.477835042972<br>SNX 17.5304563404071 | | |
| 3.1.264639 | JILLIAN L GREENE | ADDRESS REDACTED | | | USDC 0.378434871312752 | | |
| 3.1.264640 | JILLIAN LEE ROSENBAUM | ADDRESS REDACTED | | | BTC 0.000002532864200997<br>CEL 46.9046327835802<br>GUSD 6.17602303510131<br>USDT ERC20 208.291301861235 | BTC 0.000000007662096568 | |
| 3.1.264641 | JILLIAN MUMFORD | ADDRESS REDACTED | | | BTC 0.00120795160552386<br>MATIC 0.988385638374792 | | |
| 3.1.264642 | JILLIAN NORMAN | ADDRESS REDACTED | | | BTC 0.000331362432565362<br>CEL 0.0146155129127879<br>ETH 0.0000623109933 47341 | | |
| 3.1.264643 | JILLIAN ORME | ADDRESS REDACTED | | | BTC 0.000002554059185468 | | |
| 3.1.264644 | JILLIAN PERRY | ADDRESS REDACTED | | | BTC 0.00107940651327102<br>CEL 2.50580143021242<br>XRP 284.372 | | |