09/03/2024

Case no 22-10964

Celsius Network LLP claim.

To the Honourable Martin Glenn United States Bankruptcy Court for the Southern District of New York One Bowling Green New York, NY 10004-1408500

Dear Honourable Martin Glenn,

I thank you for your work on this case. I too would like to express concerns about receiving my distribution assets, or should I say **not** receiving my distribution.

It's been quite some time now and I haven't heard anything from Celsius regarding my distribution despite writing to them. With the rising price of Bitcoin I am sure you understand that not only is this lack of urgency deeply upsetting and worrisome but the fear of being rug pulled again by this company and being offered a cash settlement instead is causing great anxiety along with other financial issues I have been suffering.

I had invested everything I could over the last 6 years into this asset and I will already stand to lose most of it from the unethical practices of Celsius, I don't want to lose one fraction of a bitcoin more having to repurchase at higher prices.

One of the beautiful things about this asset is how easy it is to send and receive. I see no reason why the remaining creditors cant have this company spend a little time to make sure each account is settled once and for all. Outstanding claims could be sent, if need be, to a convenient wallet of their choice. It would be easy to arrange a test payment of one dollar to assure correct wallet addresses are being used.

I humbly ask your honour, to make sure our assets are safe and remain in BTC and ETH and not sold off; and that Stretto/ Celsius start treating 'us' creditors with a little urgency; they are being paid enough!

I thank you for your attention.

Yours sincerely

Richard Randall

UK resident