Dear Honorable Judge Glenn,

I am writing to respectfully request your assistance regarding a matter of distribution attempts following an initial failure in the Celsius Case No. 22-10964 involving both Celsius and Coinbase accounts.

Despite ensuring the accuracy and verification of my personal details across both platforms, the initial distribution attempt was unsuccessful. I have diligently sought confirmation from Coinbase support regarding the accuracy of my details, which have been verified as correct and complete. Moreover, my history of over two years of trouble-free usage of my Coinbase account underscores the validity of my credentials.

My primary concern lies in the absence of communication and subsequent distribution attempts since the initial failure. It is imperative that distribution efforts are made on a weekly basis, supported by a dedicated team to assist creditors throughout this process.

I kindly implore your intervention to ensure that the promised one-year period for successful distribution is honored for all eligible parties.

Furthermore, I kindly request that our eligible coins not be converted to USD until multiple re-attempts occur over the course of the one-year period. This ensures that we retain the value of our holdings until the distribution process is successfully completed.

Thank you for your attention to this matter, and I eagerly await your guidance and resolution.

Warm regards,

Balazs

PS: a few screenshots from a conversation with Coinbase support where I inquire about the accuracy of personal details.

