The Honorable Judge Martin Glenn

United States Bankruptcy Court

One Bowling Green

New York, NY 10004-1408


Dear Honorable Judge Glenn,


I hope this letter finds you well. My name is Steven M. Frangos, and I am writing to you as a concerned father, creditor of Celsius, and a resident of the United States. I am the father of three wonderful daughters from a previous marriage, and I find myself in a challenging situation regarding my investments within the Celsius platform.


I have entrusted essentially my life savings to Celsius, only to have it taken away from me. As I am in the process of rebuilding my life, I have been eagerly awaiting the resolution of my claim from Celsius, with the hope of securing a future for my children. Regrettably, despite having followed all necessary procedures and ensuring that my information is accurately verified, I have yet to receive any claim codes or meaningful correspondence from Stretto, the claims agent.


Despite my efforts to seek clarification through Stretto's ticketing system, my inquiries have been met with generic responses, leaving me in a state of uncertainty and distress. I am deeply concerned that the lack of communication and delayed resolution may jeopardize my ability to recover even a fraction of my investment.


Therefore, I respectfully urge Your Honor to consider intervening in this matter and directing Stretto to conduct a thorough review of their records and reissue communication to all affected parties. Clear and transparent communication is essential in ensuring that creditors like myself are afforded the opportunity to navigate this process with confidence and certainty.


Your Honor, I am sincerely grateful for your attention to this matter and trust in your commitment to upholding fairness and justice. May I humbly request your assistance in facilitating a resolution that will provide much-needed clarity and peace of mind during this challenging time..


Thank you for your time and consideration.

Respectfully yours,

Steven M. Frangos