# Celsius Debacle

## Dear Honorable Judge Glenn,

I am writing to you as a very concerned customer in the Celsius Case No. 22-10964. I am not educated enough to write a well written professional letter to you. I'm just a 42 year old hard working father of 2 little Boys and an amazing supportive wife who used and trusted Celsius with our money in order to better our future, we studied deep into the back grounds of Mr Machinsky and the success he had with his other projects and when we were told Celsius the company were backed by insurances against Bankruptcy and that they repeatedly assured us that our money with them is safer then with the banks we agreed to invest. Little did we know this was in fact a complete lie by him and his whole team and in fact were robbing every one of their hard-earned savings. Not only did i have so much trust in the process that i doubled down and put my Superannuation (401k) in as well.

The last 18 months have been the worst months of my life, i have hidden this secret from my entire Family as I don't want to burden them with all this uncertainty of the future outcome and the potential loss of our life savings, we are on the brink of losing our home as interest rates have jumped 13 times in the same period as all this bankruptcy restructuring has been going on. This sort of bottled-up pressure within myself has brought me to have suicidal thoughts at the realization that maybe life will be easier if i just remove myself from it all. I have been having therapy to overcome the daily thoughts of this whole issue.

I just would like you to hear from the battling people in this case and not just the rich clients who are trying to talk on behalf of us because they are only doing what benefits them. How you can approve only the top 100 contributors with corporate accounts with money in kind and the struggling ones with a cheque that hasn't even been processed meanwhile the market has jumped 50%.

Every customer should be treated as equal. No one is better than the other, if i have a corporate account or a savings account, i am investing for the same reasons. None of this was told to us and no one voted for this.

Also all my Coinbase and emails are all working fine as i receive emails and have coins in my Coinbase yet we are getting generated emails from stretto saying there is something wrong which is a complete lie from the company, i believe this is a strategy they are using just so they can pay us a cheque in USD at a lower price and collect even more.

Chapter 11 is meant to benefit the customer, but they have taken $225m in a mining company that we don't even know will work. Stole $300m in Bankruptcy fees. $100m in fees so they can sue us for withdrawing our own assets. I have invested over $180k in superannuation and savings into Celsius and I'll be lucky to see $25k of it along with some shares in a company that no one even knows will get off the ground. So, you can see why i have all this pressure on my shoulders.

All i ask of you is to side with the struggling consumers and give us a fair go.

Thank you for listening

Damien Citroni

Sydney Australia