**From**: Jesse Alexander Wood
1460 Olive St. Apt. 24
Eugene, OR 97401
541-515-5971

03/09/2024

**To**: The Honorable Judge Martin Glenn

**Re:** Issue with Distribution Codes in Celsius Crypto Bankruptcy Case. **Case No**. 22-10964

Dear Chief Judge Glenn,

I am writing to you as a party in the Celsius crypto bankruptcy case. I am writing to bring to your attention an urgent matter regarding the distribution codes provided for receiving my crypto assets.

As you are aware, the distribution of crypto assets is a critical aspect of this bankruptcy case, and I have diligently followed all instructions provided to ensure receipt of my assets. However, despite my efforts, the distribution codes I have been provided with are not functioning.

I have followed all prescribed procedures to resolve this matter, but I have been unsuccessful in accessing my allocated crypto assets. This issue is causing significant concern and distress, as these assets have been locked up for quite some time.

Furthermore, I wish to emphasize that there has been virtually no communication from the company Stretto, the designated entity handling the distribution process, regarding this matter. Despite repeated attempts to reach out to them for assistance, I have only received automated and unhelpful responses.

Given the urgency of the matter and the lack of communication from Stretto, I kindly request your attention to address this issue.

Thank you for your attention to this matter.

Warm regards,

Jesse Alexander Wood