Dear Judge Glenn,

I write to express deep concern about the handling of post-petition debtors and creditor distributions in Celsius Case No. 22-10964. As a creditor, I urge court intervention as other avenues for assistance are inaccessible.

The incompetence displayed post-emergence is alarming. Despite the implementation of the Celsius plan on January 31st, creditors are yet to receive distributions. The decision to prioritize certain employees for bonuses while leaving creditors waiting is unjust, particularly given the surge in crypto prices since the plan's commencement.

After enduring fraud and bankruptcy proceedings, creditors now face further losses due to exclusion from the top 100 corporate creditors. I implore you, on behalf of all Celsius victims, to compel the debtors and the plan administrator to fulfill their obligations promptly.

Thank you for your attention to this matter.

Sincerely,
Craig Devitt