Dear Honorable Judge Glenn,

I write this letter deeply concerned with the current performance of the post petition debtors and their distributions to creditors in the Celsius Case No. 22-10964.

I first had weird KYC issues claiming my Bitcoin claim code with Paypal with automated email responses from Stretto and absolutely no help.

After finally figuring out a successful workaround to make that code work, I then tried many unsuccessful attempts to redeem my Ethereum claim code.  The only conclusion is that the claim code is invalid or they have given me the wrong code.  I've been waiting for weeks with minimal communication, and the risk that they may cut us checks instead, of which would put me at risk of not getting the amount of Eth on my claim code and being cut a check of a lower value, and of which would be a significant tax hindrance if I were to receive cash instead of a lesser amount of the Eth I already owned.

Please help make sure that all of the individuals still receiving issues are able to get exactly what was expected, as we've already been burned a few times.

Regards,

Jesse Springer

jesselspringer@gmail.com

919-673-6416