Dear Dear Chief Judge Glenn,

My name is Felipe Da Silva Lucas, and I am writing to seek assistance in identifying my account claim and due distribution.

Here are my account details:

- Name: Felipe Da Silva Lucas
- Email: felipe.inova@gmail.com

I currently hold a Celsius claim of approximately $33,000. Initially, I opted for the NewCo plan, choosing to receive shares rather than crypto. Consequently, I did not expect to receive any crypto as part of my distribution.

On February 6th, I reached out to Odyssey regarding my account claim. However, six days later, I received a response indicating that they were unable to locate an account holder with my information.

I created and verified a Coinbase account on February 5th, using the same email address associated with my Celsius account. Unfortunately, I have not received any crypto to date either.

More recently, after contacting Coinbase support, I was informed that everything appears to be in order, and there are no restrictions on my account. However, I suspect that there may have been an issue matching my Celsius account with that of Coinbase.

It seems that I may have made a mistake in the ballot, and I am uncertain whether it pertains to the upcoming Motion scheduled for March 20th, 2024. Unfortunately, I do not have a copy of the ballot, nor can I access it at this time.

I confirm that I did not receive the email asking to rescind the election when checking my spam folder, but I wasn't aware of being concerned about it at the time.

I am reaching out to you to support the motion and ultimately for assistance and clarification regarding my status as an Automatic Reelection Claimant or under presumed mistaken election. Your prompt attention to this matter would be greatly appreciated.

Thank you for taking the time to read this email, and I look forward to your response.

Sincerely,
Felipe