Case no: 22-10964
Celsius

Your Honor,

I would be very grateful if you or one of your team could look into the Kirkland distribution on the Celsius case.
My name is Svitlana Graves and my email solinich@live.ru matches both my Coinbase account and my Alternative Email from Celsius.

I am getting very concerned by all these delays.

With kind regards,
Svitlana Graves