March 9, 2024

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Equitable distribution in cryptocurrency to all class

Dear Judge Martin Glenn;

As a victim of Celsius, I write to you on behalf of all Creditors as we have nowhere else to turned to. Many of us lost our life savings, and the process to promptly recover fraction of this savings has been exhausting. We feel the Debtor's self-serving tactics have prolonged the recovery process that resulted in draining excess of $300MM of our funds, while Stretto's incompetency has further eroded our hopes of prompt distribution.

I'm a Celsius creditor of Custody, Loans, Earn, and Corporate, who has a combined claim of seven figures at the time of bankruptcy. Stretto's responses to my inquiries on a short payment from my Loan Setoff and absence of my Earn distribution had no substance of useful content. Most of my funds are tied up in the corporate account, which is under self-directed IRA owned by an LLC that contains my 401K life savings accumulated over the past 30 years. Stretto placed a short deadline of January 23rd to respond to the January 20, 2024 email, which stated:

> *"You are receiving this notification because you are one of the corporate creditors who has the largest claims against Celsius and, as such, you may have the opportunity to receive a cryptocurrency claim distribution through Coinbase".*

The reason for rejecting my request to receive cryptocurrency was due to my account falling short of the top 100 corporate accounts. I not only find this response to lack credibility, but mostly appalled by how they can solely use their own discretion to make such decision, especially within the same class. I trust that this could not have been the ruling or approval made by the Court.

To help resolve all types of outstanding complaints once in for all, my request to you, your honor, is for the Court's ruling of swift and equitable distribution of cryptocurrency in ETH/BTC across all class of Creditors based on the Effective Date of January 16th, 2024. I feel that this is the greatest priority for all Celsius Creditors at this time, even if it means dismantling Ionic Digital Mining Company, which was a forced investment that no creditors wanted to be part of when the terms and conditions changed after voting to "Opt-In" on the Settlement Agreement.

As you are aware, the past 21 months has been agonizing, embarrassing, and sentiment filled with anger and suicidal thoughts for many Celsius Creditors. This was apparent across the social media every time the ruling was made in favor of the Debtors, citing the Chapter 11 bankruptcy law designed to protect legitimate and lawfully ran businesses. Celsius mislead and defrauded the Creditors, which make it even more painful to see OUR hard-earned money fund the new company that is already beginning to be plagued with suspicion of internal corruption. Nevertheless, we understand the main contribution to the timely emergence from the bankruptcy was due to your stance on SEC and various attorneys who submitted multiple injections, which could've dragged this process much longer. We are grateful for your expeditious closure to enable distribution process to go forward, but we still need your support to ensure this distribution is made in the utmost equitable manner.

On behalf of all creditors, your honor, please have mercy on us who have already suffered greatly. We ask for your intervention to ensure equitable distribution is made in cryptocurrency across all class of Creditors. Thank you.

Sincerely,

*WC*

Wesley C.