Subject: Appeal for Fair Distribution of Crypto Assets in Case 22-10964

Your Honor Judge Glen,

I hope this letter finds you well and in good health. I am writing to bring to your attention a matter of utmost importance regarding Case 22-10964 in the Celsius Network proceedings. Firstly, I want to express my gratitude for your attention to this case and the diligence with which you have approached the matters at hand.

However, I find myself in a precarious situation where I have yet to receive the distribution of my crypto assets as promised. Specifically, an amount totaling $22,000 or 0.31 BTC remains locked in my "Withhold" account, contrary to the terms and agreements set forth. This has caused significant financial strain and uncertainty in my life.

I implore you, Your Honor, to consider the gravity of this situation and the impact it has on my well-being. The funds in question are not merely numbers on a screen but represent my hard-earned assets and financial stability. Their release would alleviate the burden I currently face and allow me to navigate through these challenging times with greater resilience.

I assure you of my utmost sincerity in this matter and my unwavering commitment to abide by the legal processes. Your decision holds the power to restore a sense of security and justice in my life, and I humbly request your favorable consideration in expediting the release of my crypto assets.

Thank you for your time and attention to this matter, Your Honor. I trust in your wisdom and impartiality to render a just resolution.

Respectfully,

Logan romero

Loganromero@hotmail.com

P.O. Box 94 lake Charles LA 70602