**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|   | ) |   |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
|   | ) |   |
| Debtors. | ) | (Jointly Administered) |
|   | ) |   |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On February 29, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Jonathan Tyrone Hicks at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the Miningco Transaction and (II) Granting Related Relief** (Docket No. 4050)

- **Declaration of Robert Campagna in Support of Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the Miningco Transaction and (II) Granting Related Relief** (Docket No. 4051)

Furthermore, on or before March 4, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Strobilus LLC at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Omnibus Hearing Scheduled for March 20, 2024** (Docket No. 4316)

- **Notice of Adjournment of Hearing on the Application of the Borrower Ad Hoc Group for Entry of an Order Pursuant to 11 U.S.C. §§503(b)(3)(D) and 503(b)(4), for Allowance and Reimbursement of Professional Fees and Actual, Necessary Expenses in Making a Substantial Contribution to These Cases [Docket No. 3671]** (Docket No. 4317)

- **Post-Effective Date Debtors' First Update on Distributions** (Docket No. 4319)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on March 4, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Kevin Brown at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

Furthermore, on or before March 5, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Hugh Harrell V at a redacted address, pursuant to USPS forwarding instructions:

- **Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant** (Docket No. 3332)

- **Solicitation and Voting Procedures** (Substantially in the form attached as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 3337**)

- *Individualized* **Holders of Claims in Classes: Class 2 Retail Borrower Deposit Claims, Class 4 Convenience Claims, Class 5 General Earn Claims, Class 6A General Custody Claims, and Class 7 Withhold Claims – Ballot for Voting to Accept or Reject the Joint Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates** (Substantially in the form attached as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Celsius Cover Letter in Support of Plan** (Substantially in the form attached as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the form attached as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization; (III) Approving the Form of Ballots and Notices in Connections Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorization and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief** (Docket No. 3337 excluding Exhibits)

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Notice of Claims Settlement and Opportunity to Opt Out of Class Settlement** (Substantially in the form attached as **Exhibit 10** to the Disclosure Statement Order filed as **Docket No. 3337**)

      Furthermore, on or before March 6, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Conclusion of In-Application Custody Withdrawals** (Docket No. 4335)

Dated: March 11, 2024

                                                      Monica Arellano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 11th day of March, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**

Served Via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| AAHEL IYER | ON FILE |
| ADAM BIEDERMAN | ON FILE |
| BRIAN MCCREADY | ON FILE |
| JOSEPH ABRAHAM KURIAN | ON FILE |
| JOSH HELLER | ON FILE |
| KYLE RICHARD ADRIANY | ON FILE |
| MARCUS LAMARCHE | ON FILE |
| MICHAEL THOMAS CLARKE | ON FILE |
| ROBERT FITZGERALD MULVIHILL | ON FILE |
| SHAUN SHERMAN | ON FILE |
| VINCENT STRADER | ON FILE |