Laurel Borrel
406 Broad Hill Trail
Henrico, VA, 23233
l.borrel@hotmail.com
804-304-6869
03/10/2024

Honorable Judge Martin Glenn
United States Bankruptcy Court Southern District of New York
One Bowling Green
New York, NY, 10004-1408

Re: Case Number 22-10964

Dear Honorable Judge Martin Glenn,

I am writing to bring to your attention a matter regarding the bankruptcy proceedings in the above-mentioned case and to request your assistance in resolving an issue concerning the distribution of assets.

My name is Laurel Borrel, and I am a creditor in the bankruptcy case. I am writing to explain that, despite the efforts made by the court to distribute claim codes for my Bitcoin (BTC) and Ethereum (ETH) holdings, as well as for my bitcoin mining stocks with Ionic Digital, I have not received any communication or emails containing the claim codes or instructions to claim these assets.

I have diligently checked my email inbox, including spam and junk folders, but I have not found any correspondence related to these claim codes or the bitcoin mining stocks. Additionally, I have verified that the contact information provided to the court is accurate and up-to-date.

As a creditor in this bankruptcy case, it is crucial for me to receive the necessary information and claim codes to access and claim my assets. Therefore, I respectfully request your assistance in ensuring that I receive the relevant claim codes or instructions promptly.

If there are any additional steps or procedures that I need to follow to resolve this matter, please kindly inform me, and I will promptly comply with any requirements.

Thank you for your attention to this matter. I appreciate your assistance in ensuring that all creditors, including myself, receive fair treatment and access to their rightful assets in this bankruptcy case.

Sincerely,


Laurel Borrel