Lennon Borrel
1795 Lanier Pl NW Unit 2
Washington, DC, 20009
lennon.borrel@gmail.com
703-965-3847
03/10/2024

Honorable Judge Martin Glenn
United States Bankruptcy Court Southern District of New York
One Bowling Green
New York, NY, 10004-1408

Re: Case Number 22-10964

Dear Honorable Judge Martin Glenn,

I hope this letter finds you well. I am writing to provide an update regarding the bankruptcy proceedings in the above-mentioned case and to bring to your attention an issue concerning the distribution of assets.

My name is Lennon Borrel, and I am a creditor in the bankruptcy case. I am writing to inform the court that, while I received the claim codes for my Bitcoin (BTC) and Ethereum (ETH) holdings, I did not receive an email containing instructions to claim my bitcoin mining stocks with Ionic Digital.

I wish to express my gratitude for the prompt distribution of the BTC and ETH claim codes, which I successfully received and have since claimed. However, despite regularly monitoring my email inbox, including spam and junk folders, I have not received any correspondence regarding the claim process for my bitcoin mining stocks with Ionic Digital.

I understand the importance of promptly claiming all assets in this bankruptcy case, and I am eager to ensure that I fulfill my responsibilities as a creditor. Therefore, I kindly request your assistance in facilitating the issuance of the necessary instructions or claim codes for my bitcoin mining stocks with Ionic Digital.

If there are any additional steps or procedures that I need to follow to address this matter, please do not hesitate to inform me. I am fully committed to cooperating with the court to ensure the orderly resolution of this issue.

Thank you for your attention to this matter. Your assistance in resolving this matter is greatly appreciated.

Sincerely,

Lennon Borrel