Manisa Meemin

23 Thungmungkon 16 Chimpli Talingchan

Bangkok 10170  Thailand

manisameemin@gmail.com

March 11, 2024

Dear Judge Glenn

    I am Manisa Meemin, a Celsius creditor from Thailand, urgently seeking your kind consideration regarding coin distribution. As an international creditor, I am unable to receive my owned coins via Coinbase due to its lack of support for Thailand.

    I entrusted 12 Bitcoins and 61.8 Ethereums to Celsius, representing my life savings, a significant portion of which has already been lost due to the Celsius bankruptcy, which has been devastating.

    At 52 years old, this experience has been the hardest lesson of my life.

    I implore you to consider my plea to not receive a check or wire transfer. Instead, I earnestly request to receive my remaining coins. This sentiment is shared by many creditors facing similar circumstances. With the current price of Bitcoin and Ethereum and the potential they hold for future appreciation, these remaining coins provide a glimmer of hope amidst the devastation caused by Celsius. Despite the hardships we have endured, these remaining assets represent a chance to rebuild our financial security and stability.

    Your honor, I kindly ask for your consideration in exploring alternative exchanges for coin distribution, ensuring equal treatment for all creditors. By facilitating alternative methods of coin distribution, you would not only alleviate the hardship faced by countless individuals like myself but also uphold the principles of equity and justice.

    Thank you for your time and attention to this matter. I remain hopeful for favorable resolution and eagerly wait your response.

Sincerely,

Manisa Meemin