Dear Honourable Judge Glenn,

I am a current Celsius creditor and have encountered an issue with my distribution which I have since learned through the forum that other creditors are struggling with.

What has happened is as follows. Celsius communicated a few weeks ago that they were enabling 'alternate email' functionality on their app for communications during the distribution however it was not made clear that the alternate email was going to be used for the distribution attempts. I provided the email address in error and the first distribution came and went and I was notified of a failed distribution around three weeks in.

I since notified stretto via support ticket that I was going to change my Coinbase email to match the alternate on the Celsius app and requested that they re-try, but as a number of people have reported, stretto only provide cut and paste answers and nothing from a real person so I have no idea whether my request will be acted on. Also since the Celsius app is now closed, I can't even confirm which email address they will attempt next time.

As you can imagine this situation is causing distress and I would ask that this be looked into urgently. In our groups on x people are reporting the same issue widely with no reports of any direct replies to tickets from real people.

Thank you for your time, understanding and consideration.

Timothy Hand.