**Cameron Michael Perry**
**46 N Los Pinos, Green Valley, AZ 85614**
**(617) 945-4555**

March 8, 2024

Dear Honorable Judge Glenn,

I am a Celsius creditor growing increasingly concerned that I will not see any distributions due to me. Despite filing three "support tickets" with Stretto, each a week apart, I have only received their standard, auto-replies.

I have read that many creditors received their Claims weeks ago, but I have yet to receive anything except for the Iconic shares - which are questionable in value at best.

At the time of their bankruptcy, I had substantial holdings on their platform, as you can see by these screenshots from their app taken this past November.





I would greatly appreciate any assistance or pressure you may lend on my - and other creditors' behalf.

Thank you very much for your time and attention to this matter.

Cameron M. Perry