March 11, 2024

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Case: 22-10964

Subject: Urgent: Distribution Code Errors in Celsius Crypto Bankruptcy Case

Dear Chief Judge Martin Glenn,

I trust this email finds you well. I am writing to bring to your attention a critical issue regarding the distribution codes allocated for my crypto assets in the ongoing Celsius crypto bankruptcy case. Despite repeated attempts, I have been unable to access my assets due to malfunctioning distribution codes.

As the timely resolution of this matter is essential for my financial well-being and active participation in the case, I respectfully request your urgent attention to rectify the distribution code issue.

Your prompt assistance in resolving this matter is highly appreciated.

Thank you for your attention and understanding.

Sincerely,

Jacob Bradshaw