Your honor,

I am a creditor to Celsius, and have a claim No 15564 for $94,000. This makes up a substantial part of my savings. I have heard nothing from Stretto on my crypto disbursement though many I know have received theirs. There has been no communication on claim code, or any personal response to what is happening with my claim. I am concerned at this point that they will not be dispersing in BTC & ETH as agreed in our vote, for the agreed %.

I really don't know what to do so I'm writing to you. I hope you can help straighten this out with them. I have documentation of my account, and all transactions if anything is needed more than what I have submitted.

Thank you,

Matthew Hicks

c. 360.510.5838

matt_92_matt@hotmail.com