# JENELIA A. SARVER

3640 Cherokee Dr.
Lima, OH 45807                                                                                                    nealy_sk8@protonmail.com

March 11, 2024

The Honorable Martin Glenn,

    Please accept this letter on behalf of DLS Memorial LLC in response to the Celsius Network LLC, et al. bankruptcy proceedings in case number 22-10964. I am the sole member of DLS Memorial LLC. I am licensed attorney in Ohio and Texas and am a judicial attorney in the Ohio Third District Court of Appeals.

    I entrusted significant assets with Celsius Network on behalf of DLS Memorial LLC. In response to the direct communication that I received on behalf of DLS Memorial from Stretto, I performed my due diligence by timely responding to the notice of claims deadline by filing a claim in which I *specifically* elected a distribution in liquid crypto on behalf of DLS Memorial LLC. Indeed, in preparation of receiving such distribution, I opened a Coinbase and PayPal account on behalf of DLS Memorial LLC.

    Subsequently, I was informed that DLS Memorial LLC will be receiving a cash distribution which is *contrary* to the claim filed on its behalf. When I questioned why DLS Memorial LLC is being forced to accept such distribution, I was informed that *only* the corporate creditors with the largest claims were notified on January 19, 2024 of an option to apply for a liquid-crypto distribution slot. Not only is this practice unconscionable, but it is wholly unjust to similarly-situated creditors and inapposite to the specific claim filed on behalf of DLS Memorial LLC.

    In your discretion, you reversed inequitable convenience-class elections. I am requesting that you enact your discretion in this instance to authorize the affirmative claims of corporate credits to receive liquid-crypto distributions. This decision will allow the equal treatment of similarly situated creditors, which is what justice demands.

    Thank you for your time and consideration of my request as well as the requests of similarly situated persons and corporations.

                                                            Sincerely

                                                            *//signed, jas, 11 Mar 24//*
                                                            Jenelia A. Sarver