Hello your Honor,

I am reaching out to you in frustration.  I have not received an email from Stretto with my claim code to receive by bitcoin crypto via PayPal as I reside in the USA.  I have a total of 0.107239366832071 of bitcoin being held in Celsius.  I check my inbox every day, while making sure Stretto emails do not land within the Spam folder (all other communication from Stretto and/or Celsius I have gotten).

I noticed there is another person with my exact name on the list and I am concerned that maybe that person has received my bitcoin in error, and I have been forgotten about.  I am the first Rigoberto Garcia on the list under 3.1.477048 with Bitcoin only (.107239366832071)

| | | | | | |
|---|---|---|---|---|---|
| 3.1.477048 | RIGOBERTO GARCIA | ADDRESS REDACTED | | | BTC 0.107239366832071 |
| 3.1.477049 | RIGOBERTO GARCIA | ADDRESS REDACTED | | | ADA 2858.04356900841<br>BTC 0.0213867425715581<br>ETH 3.40416738233712<br>MATIC 183.980841381317<br>XLM 213.970334186606 |

All my friends have since received their emails and have been able to claim their crypto.  I ask your Honor respectfully for any assistance you can provide me, for assistance in this matter which will be greatly appreciated.

All along I have also made sure that my email address (rigolaura@sbcglobal.net) registered with Celsius is the exact same email address registered with PayPal, and one that Streetto and Celsius has been using all along to provide me with prior notices, alerts, etc. without any problem.

Thank you, your Honor.

Sincerely,


Rigoberto Bobby Garcia

rigolaura@sbcglobal.net