Stokervest LLC
6685 Slacks Road
Eldersburg, MD 21784
5 March 2024

The Honorable Martin Glenn
One Bowling Green
New York, NY  10004-1408

Re:  Celsius Creditor Claim for Stokervest LLC
stokervest@hotmail.com

Dear Judge Glenn:

I had an account on Celsius Network when they shut down transfers, and I completed the online "Primary Solicitation" forms on 25 August 2023. At the beginning of February 2024, I received notice my claim would be distributed in February 2024. Now I see lots of people are saying their claim codes do not work. However, I have not received any claim codes, no response to my email (see below), and no deposits to my Coinbase or Paypal account.

On 3 February 2024, I submitted a letter to the online portal with the content copied below:

*I am concerned about marching info so my celsius holdings will move to my coinbase account correctly. Both the celsius and coinbase accounts are in the name of my company. Stokervest LLC. Both if them are using the email address, stokervest@hotmail.com.*

*Both are using the EIN #82-2964962.*

*However, my name on the coinbase account is abbreviated as R. Bryan Stoker whereas it is Roy Bryan Stoker on celsius.*

*Also I noticed my Celsius account lists my social security number (removed for security) as well as the EIN listed above.*

*Please make any notes or changes required to ensure the transfer goes smoothly, and please respond to let me know what, if any, actions were required.*

*Thanks,*
*Bryan*
*R. Bryan Stoker*
*Manager, Stokervest LLC*

The automated system promptly sent me an email stating I should check the FAQ (which I did, but it did not allay my concerns at all). It's been over a month now, and still no one has responded to my email … and as I mentioned above, I have received no distribution and no information about my distribution.

I have attempted to track the hundreds of Stretto emails about this case, but this is a self-directed IRA, and I am concerned I will not receive my distribution.  I am also concerned if I do receive the distribution, it will not be in like-kind crypto currency which is now worth considerably more than the 2023 cash value.

Please ensure I get my distribution in cryptocurrency deposited to my Coinbase account (stokervest@hotmail.com).

Sincerely,

Dr. Bryan Stoker
Manager, Stokervest LLC


RECEIVED
MAR - 8 2024
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK