Thursday march 7

The Honorable Martin Glenn southern bankruptcy court of new York

One Bowling Green New York NY 10004 -1408

Case no. 22-10964



Celsius network/Honorable Martin Glenn

LLC claims processing C/O Stretto 410 Exchange suite 100 Irvine Ca. 92602

Deadline 3/1/2024 sent 2/24/24 See us Postal Receipts attached. This is a addendums attachment to prior one sent since I have heard no word from you and the process while I was sick with deadly staph and a hacker, I put in jail . I have proof of both: 5 trips to emergency room and a process that was obviously not intended to give people their money owed PERIOD. But to pull another fast one (screw the creditors over again). I have .58 BITCOIN AND EXPECT TO BE CASH OUT ON MY CLAIM WITH A CHECK ON .58. I am also giving this letter to the honorable Martin Glenn who has gotten all the distribution manipulation by Celsius stretto and all other shady negligent behavior done to everyone in this process. I have read the other creditors problems and agree completely with them. So don't have to explain to honorable Judge Martin Glen to please be honorable this is my (and others) life savings, and hope judge Glenn can be certain that I get paid in a check because I filed next day UPS, the 24 th my claim was there in Irvine ca. but reading everyone's distribution manipulation Etc. Etc. Shady and see by others letters the impossible road blocks corruption by Celsius was not just me for sure, none of my techy friends could figure it out. And I am writing this because its been about 2 weeks since my claim has been in their hands but given how bad everything went, I expect it has been shredded given the behavior of this claims process. **I'm sure nobody wants to give up over half a bitcoin with the 70,000 record highs of it presently.** Why I kept postal receipts tracking 1099 IRS form claim forms 410 claim forms which with ID's sent to you to see.

And I'm depending on the Honorable Martian Glen to acknowledge foul play distribution manipulation and appreciate the time and consideration in this very important time sensitive matter.

Daniel Kriger

10579 walnut dr. Nunica

49448

231-286-0865    616-837-7811

dankriger4@gmail.com