To the Honorable Judge Glen,

First, allow me to thank you for taking the time to read my appeal.

I write to you concerning the Celsius Network Case No. 22-10964 and wish to express my deep concerns about the performance of the post-petition debtors and their distributions to the creditors. I, like many of my fellow creditors, have yet to receive my distribution in any form. I have followed all instructions put forth to ensure that all of my pertinent information matches on all platforms. I have received all emails concerning this case from Stretto with the very specific exception of my distribution claim codes, despite Stretto's claim in docket No. 4319 that all creditors should have received an email containing said claim codes as of 2/15/24. As of today, 3/11/24, I have still not received my distribution, nor any indication as to why I have not. I have filed several support tickets as per their instructions on that same docket; however, there is no customer support to be found. I have only received automated email responses that provide no help or insight as to what subsequent steps to take.

There is no discernable reason as to why I should not have received my distribution by this point, and may I state as a matter of opinion that there is also no reason as to why we as creditors are locked into using only Paypal/Venmo or Coinbase as our distribution destination. As you may know, Bitcoin and Ethereum are quite easily transferred between parties. If Paypal/Venmo or Coinbase are unable to facilitate our distributions, there is no logical reason that through some form of verification we cannot have our distributions sent to a wallet of our choosing.

I humbly ask that you compel a sense of urgency and perhaps a bit of logistical re-thinking upon the debtors so that they can and will do what is right. I, like my fellow claimants, would very much like to receive the distributions we were promised so that we can move on and close this chapter in our lives.

I sincerely thank you for your time.

Chris Adkins

1