## To the Honourable Judge Glenn

Case No 22-10964

My name is Melanie Gaddin. I am a Celsius Network Earn Creditor from South Africa. I had unfortunately invested a substantial sum of cryptocurrency with Celsius Network . To date, I have not received my claim distribution.I was initially requested to open an account with Coinbase in order to receive my claim distribution. I complied fully with kyc requirements including completion of a form sent to me by Coinbase requesting additional information. I complied fully within the 15 day stipulated time period.  On the16 February 2024, I received an email from Stretto to say that they had been notified that my claim distribution cannot be serviced through Coinbase. There was no explanation given.   They stated that they would be in touch with me shortly on the next steps to receive my distribution. This was almost a month ago.
Coinbase ,however have advised that they are still reviewing my information. This has taken them months . I am finding the situation extremely concerning and respectfully request that the Honourable Judge intervene to ensure that all creditors be paid out what is rightfully theirs and that this process be expedited. The undue delay is extremely prejudicial  and unfair to creditors like myself while the crypto market appreciates in value.

Thank you for your time reading may letter . I sincerely hope that you are able to intervene and assist in this regard.

Yours faithfully

Melanie Gaddin