**Dear Honorable Judge Glenn.**

**Subject: Inquiry Regarding Claim #6648 in Celsius Network Bankruptcy Case (22-10964)**

I am writing to respectfully inquire about the status of my claim (#6648) as a creditor in the Celsius Network bankruptcy case.

**Background:**

- I submitted my vote for the distribution plan in September 2023 and received confirmation via email (CELB-75549).
- On December 30th, 2023, I received an email stating my cryptocurrency distribution would be sent through PayPal or Venmo.

**Current Situation:**

- As of today, March 11th, 2024, I have not received any distribution code or further notification.
- My attempts to contact the distribution team through the FAQ link have resulted in only generic automated responses.
- This frustrated and anxious me while Kirkland already paid the initial distribution amount.

**Request:**

I kindly request assistance in obtaining information regarding the following:

- The status of my claim and any potential delays in receiving the distribution.
- Any additional steps I may need to take to facilitate the distribution process.

I understand the complexities of the bankruptcy proceedings and appreciate the court's efforts in ensuring an orderly resolution. I am committed to cooperating fully and following any necessary procedures.

**Thank you for your time and consideration.**

Sincerely,

**Inhae Kim**