Subject: Appeal for Fair Distribution of Crypto Assets instead of US Dollar in Case 22-10964

Your Honor Judge Glen, I hope this letter finds you well and in good health. I am writing to bring to your attention a matter of utmost importance regarding Case 22-10964 in the Celsius Network proceedings.

Firstly, I want to express my gratitude for your attention to this case and the diligence with which you have approached the matters at hand. However, I find myself in a precarious situation where I am forced to accept US Dollar Distribution, instead of crypto (BTH/ ETH) as mentioned in previous docket.

I am a Hong Kong resident and Hong Kong is one of the jurisdictions supported by Coinbase, plus I own a verified account which could enable me to receive the distribution. However, Celsius Support team **rejected to disclose how their decision was made** due to **unknown reasons**. Approximately if I am given out crypto distribution, I will be receiving **0.748434 BTC & 12.480578 ETH.**

Due to the recent surge in crypto price, and the delay in distributing the US dollar. This has caused significant financial strain and uncertainty in my life. I implore you, Your Honor, to consider the gravity of this situation and the impact it has on my well-being. The funds in question are not merely numbers on a screen but represent my hard-earned assets and financial stability.

Their release would alleviate the burden I currently face and allow me to navigate through these challenging times with greater resilience. I assure you of my utmost sincerity in this matter and my unwavering commitment to abide by the legal processes. Your decision holds the power to restore a sense of security and justice in my life, and I humbly request your favorable consideration in expediting the release of my crypto assets. Thank you for your time and attention to this matter, Your Honor. I trust in your wisdom and impartiality to render a just resolution.

Respectfully,

HUI KA HIN

khhui@connect.ust.hk

[AIA – INTERNAL]