The Honorable Martin Glenn,
Chief United States Bankruptcy Judge,
in the United States Bankruptcy Court for the Southern District of New York. One Bowling Green New York, NY 10004-1408
March 12, 2024

Dear Judge Glenn

My name is Dimo Strahilov Ganovski and I hold multiple claims,I don't know if I mistakenly placed in convenience class or other errors? I'm an Earn customer and I voted the Plan not for convenience class because my 2 claims are above 5000$.
All communication to Celsius have gone unanswered with the exception of a standard blanket style email I received from them asking me to read a few docket filings.
These filings do not address my mistakenly being classified to receive roughly 11% for my 2 claims of what I had on file.I vote for General Earn Plan and I must recover about 30% for my claims.

The Claims Distribution process seems to have been an utter failure. Bankruptcy is certainly not a new thing, nor is cryptocurrency, nor (presumably) is a claims distribution process generally, but somehow,

after the estate spent hundreds of millions of dollars in preparation for the eventual distribution of funds to creditors, we have been left with nothing other than a stark example of sheer incompetence.

Best Regards
Dimo Strahilov Ganovski