Judge Martin Glenn
One Bowling Green
New York, NY 11110-1408

March 8, 2024
RE: Case 22-10964

Dear Honorable Judge Glenn,

I'm a Celsius creditor who received the much-anticipated claims codes to redeem my BTC & ETH crypto assets on February 7, 2024. As a US resident, the distributing agent assigned to distribute my crypto assets is U.S. Pay Pal/Venmo. However, I've been unable to redeem the claim codes provided despite making daily attempts since receiving the claim codes. I have been on the phone daily with PayPal Representatives. PayPal confirmed with me that my KYC & email are correct. That my PayPal account is in good standing. I had already confirmed that my Celsius account KYC & email are also correct with Celsius prior to the Celsius website shutting down. The Celsius account information is a direct match to my PayPal account info. PayPal Reps say that its not their problem, and direct me to contact Stretto. Stretto has not replied to any of my multiple direct emails or phone messages since Feb 7, 2024. Stretto only responds with a generic emails after I send an inquiry through the Stretto Website. I have sent over a dozen inquiries only to receive the same generic response, to make sure I enter my birthdate & claim code correctly, etc….

This is ridiculous as I know my account info is correct. When I press them for details in another inquiry I get this highlighted sentence at the end of another generic email:" **Please note that if for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo."** I see many Creditors are having the same issue. We deserve better. Its not fair that Stretto is blatantly not helping us Creditors retrieve our already distributed claim codes. Please Judge Glenn, Hold Stretto accountable. Have them use Coinbase to distribute a new claim code for us U.S. residents if they "say" they cannot fix the issue with PayPal/Venmo. I feel their end game is to cut me a check based on crypto prices that are low as another way of taking my rightfully owned crypto. I have waited a long time for this crypto distribution settlement.  PLEASE don't let them get away with that! Stretto should have given me a working claim code on Feb 7,2024. They did not. It's now over a month later & they are disregarding my inquiries by sending me generic nonsense responses. This is deliberate Judge Glenn. Please put a stop to it & have Stretto give me a valid claim code via PayPal, Venmo, or even Coinbase.

Respectfully,
Pasquale Vultaggio, <u>Custom-ride@optimum.net</u>, 631-482-9688