March 12, 2024

To who it may concern,

I am a Celsius Earn account holder who has not received my distribution from Celsius/Stretto at this point.

- I am a US expat living in Malaysia
- I have a Malaysia based Coinbase account as they are available here in Malaysia.

Initially I was sent an email which ended up in spam detailing my distribution and indicating that I would receive a wire transfer though I did not notice it until approximately 2 weeks ago. I contacted coinbase to have my account transferred to Malaysia as is now the case. I have had issues transferring my US Coinbase account to Malaysia but as of today it is now open.  As such I should be able to receive my distribution in crypto as it is an option here in Malaysia.  I have a substantial claim so the financial impact of assuming I could not receive crypto is huge and is not acceptable.

Please advise.

Howard Stephen Lewis
552-19-01 Skyhome condo
Jalan Tanjung Bungah
Tanjung Bungah, Penang, Malaysia 11200