Dear Honorable Judge Glenn,

In regards Case Number: 22-10964, I write this letter to make you aware that many creditors included myself, have not yet received our distributions, or even information about it.

We are concerned and scared about the situation and ask for help.

Kind regards and thank you,

Abel Aviles Roma