Anthony White

[awzw@yahoo.com](mailto:awzw@yahoo.com)

Subject: Celsius Claim Code Emails and Stock Setup Email

Hello,

My name is Anthony White and I have concerns about my claims. To this date I have yet to receive emails with my claim codes from Celsius as well an email on how to sign up to receive the stock. I have opened 2 tickets with them (Feb 23rd, and Feb 27th) and both were returned with a form letter referring me to an FAQ document answering none of my simple questions.

I know there is not an issue with my email as I have been receiving all other emails with no issue including emails unrelated to claims.  I also check my junk mail constantly and nothing has ever appeared there.

I am discouraged as I have heard all emails for claims and for stock accounts setups have been sent yet I have received nothing. Opening a ticket with them just made matters worse as I can not get a simple question answered and it is extremely frustrating.

I learned about this site and wanted to voice my frustration with this whole process. I realize there is a lot of work involved to getting this setup, but there were millions spent to have the process done and I personally do not see how that much money is being used. A simple update on twitter should be the minimum, an email giving an update on the process would be preferred.

Anyway, thank you for listening to my compliant. Have a nice day and hopefully this can get resolved in the very near future.

Sincerely,

Anthony White