Diana Munoz
The Royal Investment Group, LLC
3015 N Ocean boulevard, 3B
Fort Lauderdale, FL 33308
Phone: 708-837-1180
Email: cryptofibonacci@protonmail.com


March 12, 2024

Honorable Martin Glen, Chief Judge
Vito Gena, Clerk of Court

Dear Judge Glen:

I am one of the debtors from the Celsius case number 22-10964.

I am a nurse who invested my savings in Celsius, money earned from the COVID times. I received an email from Celsius on December 28, 2023, stating I was getting a payment from Coinbase and to verify my account. I went through the process of KYC with Coinbase and verified my account. Later on February 7, 2024, I received another email from Celsius stating I was now getting cash, a wire. I completed their form requested for the wire and never heard from them anymore. Bitcoin keeps going up, meaning now I will be getting less. I invested in coins and now I am getting cash. I am not working at the present time because I developed PTSD from working COVID, I need the money or distribution I have not received yet.

Thank you your honor.

Respectfully,

Diana Munoz