Dear Sirs,

I am writing to request your assistance in resolving and receiving my cryptocurrency coins that are currently held in Celsius. To date, I have not received any emails to initiate the process of claiming my coins. But I received the e-mail to claim the Ionic Digital Stock.

I promptly updated my account on Coinbase upon receiving the email on December 29, 2023, modifying my email address and completing the KYC process. However, on February 16, 2024, I received an email stating that they were unable to locate my account on Coinbase. Subsequently, I underwent a thorough verification process, confirming details such as email, name, address, and date of birth. I also submitted an alternative form of identification, my ID.

On February 20, 2024, I reached out to celsiusdistribution@stretto.com via email to inquire about the synchronization issues between my Celsius and Coinbase accounts. Unfortunately, the response I received was a generic message stating that distributions were still in progress, without specific information about the synchronization issues.

As of now, I have not received further assistance in understanding the synchronization problems with my Celsius account, and no additional emails have been sent to provide clarification.

I would like to emphasize that I do not wish to receive a check for the value of the coins, as I am already experiencing a significant loss. Instead, I urge you to prioritize resolving and supporting Celsius clients by responding to emails and addressing their issues in accordance with legal requirements.

Please If there is a problem with the synchronization with my Celsius account and Coinbase account, I need to know what's the problem and how can we by pass this problem.

Thank you for your prompt attention to this matter.

Sincerely,

Hugo Silva



Hugo Silva <hugo.s.silvas@gmail.com>

## Update on Celsius Distributions to Creditors
1 mensagem

**Celsius** <hello@celsius.network>    29 de dezembro de 2023 às 00:34
Responder a: hello@celsius.network
Para: hugo.s.silvas@gmail.com



Dear Customer,

You are receiving this email because we have identified that you are a creditor eligible to receive distributions, according to the Plan, which was approved by the Bankruptcy Court in November. Distributions are expected to begin on or around the Effective Date, the date the Plan enters into force, unless otherwise communicated to you.

**What you need to know:**

- **Distributions:** As stated in the Plan, Celsius is working with its distribution partners - Coinbase and PayPal - to help facilitate the distribution of cryptocurrency, and distributions will not take place through the Celsius Platform. For those receiving dollars (USD), you will receive specific instructions at a later date on how those funds will be made available to you.
- **Celsius Mobile & Web App:** Celsius will wind down its operations, including discontinuing the Celsius mobile and web apps. Beginning on or around February 27, 2024, the Celsius app will no longer be available on iOS or Android devices and the web. How to download your transaction history

**How to prepare for your claim distributions:**

1. **Confirm Your Personal Information:** In order to avoid delays in collecting your distribution and prior to the discontinuation of the Celsius mobile and web apps, we strongly encourage you to ensure that your personal information is up to date and accurate in your Celsius Account - including your full legal name, contact email, and date of birth. **This information will be used to match your identity for your claim distribution, and must match the information on your government issued ID**. How to manage your personal information

2. **Update Your Residency Information:** If you have moved, please update your mailing address. Instructions for doing so can be found here.

3. **Check Your Email:** Soon you will receive further instructions from Stretto about next steps and any actions you need to take. Please pay close attention to incoming

emails in the coming weeks, as they may include important next steps and additional actions required of you.

4. **Stay Informed:** We encourage you to stay informed by opening and reviewing email communications from Stretto and Celsius, which will contain important information on the timeline of distributions, actions required, your specific distribution partner, and instructions for how to receive your distribution.

5. **Stay Alert:** Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**If You Need Support:**

If you have any questions or need assistance with this process, please refer to our blog for helpful resources and FAQs related to this process. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each one.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

Celsius



---

Reminder: Be aware of phishing sites and always make sure you are visiting the official https://celsius.network website and app. Celsius will never ask you for confidential information such as passwords, private keys, seed phrases, or secret codes. You should store this information privately and securely and report any suspicious activity. More security tips →

Celsius Network LLC - 50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius EU UAB - Gedimino pr. 20, Vilnius 01103, Lithuania

Celsius Network Limited (UK Tax Strategy) - 167-169 Great Portland Street, 5th Floor, London W1W 5PF, UK

Celsius Lending LLC - 50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius is not a bank, depository institution, custodian or fiduciary and the assets in your Celsius account are not insured by any private or governmental insurance plan (including FDIC or SIPC), nor are they covered by any compensation scheme (including FSCS).

Holding, trading or using crypto assets carry significant risks, please carefully read our Risk Disclosure page. Celsius does not provide any financial, legal or tax advice, nor should this website be viewed as an offer or inducement to make any financial decisions.

©2023 Celsius Network

Registered as a Money Services Business (MSB) number 31000216727485 with the US Financial Crimes Enforcement Network (FinCEN).

©2023 Celsius Lending LLC - NMLS ID: 2063747

Gmail                                                                    Hugo Silva <hugo.s.silvas@gmail.com>

## Action Required: Your Claim Distribution Encountered an Error at Coinbase
2 mensagens

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>    16 de fevereiro de 2024 às 12:29
Para: hugo.s.silvas@gmail.com

Dear HUGO MIGUEL MARTINS DA SILVA

You are receiving this email because no Coinbase account was found matching the details on file for you. As such, Coinbase was unable to complete your claim distribution.

**Action Required**

- **Ensure you have an active account at Coinbase using the same email address used for your Celsius account.**
    1. If you do not already have an account at Coinbase, please create an account
    2. If you already have an existing Coinbase account, ensure the email address matches the email associated with your Celsius account. How to change your Coinbase account information
- **Ensure your personal information is up to date and accurate in your Celsius Account, including your email and date of birth.** This information will be used to verify your identity for your claim distribution with your Coinbase account, and must match your government issued ID.

**It is recommended that you change the email associated with your Coinbase account to match your Celsius information.** In the event that you cannot change your email address with Coinbase, you can add an email address to your **Profile** within your Celsius App account by adding a new **"Distribution Email."** At this time, the Distribution Email will only be used to match your account to facilitate your claim distributions and **will not** be used for communications, nor will it affect your login credentials for the Celsius App.

**If you have questions or need further support**
We *strongly* suggest you refer to the Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text

message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

---

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>      16 de fevereiro de 2024 às 13:10
Para: hugo.s.silvas@gmail.com

[Texto das mensagens anteriores oculto]



Hugo Silva <hugo.s.silvas@gmail.com>

### Re: Problems with synking the coinbase with celcius
1 mensagem

**Celsius Distribution** <celsiusdistribution@stretto.com>    21 de fevereiro de 2024 às 23:37
Responder a: Celsius Distribution <celsiusdistribution@stretto.com>
Para: hugo.s.silvas@gmail.com

Hello,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible. Coinbase is also actively working on the Celsius claims distributions and we are actively notifying them of open creditor inquiries.

Distributions made through Coinbase are still ongoing, please be patient as we work to distribute claims to hundreds of thousands of creditors around the world. In the meantime, please find more information below:

**How claim distributions at Coinbase works**
Creditors who are receiving their claim distribution from Coinbase must have an active account at Coinbase using the same email address associated with their Celsius account. Once your personal details have been matched by Coinbase, claim distributions are automatically deposited into your account.

When your claim distribution is successful, you will receive a communication from Coinbase notifying you of a deposit into your Coinbase account. You will also receive an email from Stretto confirming the receipt of your claim.

**I am receiving an error**
In the event your Coinbase email does not match the email associated with your Celsius account, you will be notified that your distribution was attempted, but an error occurred. You will continue to be notified each time an attempt is made. Please follow the instructions in our **Distributions FAQ** and outlined in the email you will receive if an error occurred.

**I received a notice that I cannot be serviced by Coinbase**
If for any reason Coinbase cannot service your claim, you will be notified that you will not be able to receive your distribution through Coinbase. Please be patient as we work on rerouting your distribution with our Distribution Partners and prepare any actions that will be required of you.

*If you are still experiencing issues or have questions in regards to your Coinbase account, please contact Coinbase support.* Please note that neither Celsius nor Stretto will be able to resolve issues with your Coinbase account.

And lastly, if you have used the Alternative Distribution Email in the Celsius App and have questions, please see our **Distributions FAQ** for more information. This includes a step by step process on how to enable this email for the purposes of matching your account, and whether or not you even need to use this optional feature.

We strongly suggest you **continue to review the Distributions FAQ,** as we are making regular updates. You may be able to receive information more quickly than if you contact our support team due to the high volume of creditor inquiries.

On Tue, Feb 20 at 8:18 AM , HUGO MIGUEL <hugo.s.silvas@gmail.com> wrote:
Dear Mr.

I'm having problems synchronizing my coinbase account with my celcius account and I've already received an email informing me that they can't find my account on coinbase. However I had already updated my email and address and sent it again my ID card to update the information on coinbase again, but I would like to know what information is not synchronized since all the information seems the same to me.

Please let me know what the differences are so I can change it on coinbase.

Best regards,
Hugo Silva