Case Number: 22-10964

Please Address this Important issue.                                          March 12, 2024
Dear Judge,

Sir, I have not received my distribution.
The Claim Codes did not process and are disabled after one attempt.
    In fact, both claim codes are disabled as per PayPal customer service, after the first attempt of one.
    On the first attempt the PayPal did accept the code but stopped for a moment and then failed to complete the transfer. Be advised the KYC had been completed on my account and I completed the BTC buying procedure so I know it works.

The distribution process has created a security problem.
    Apparently with all the correctness of my preparation prior to completing the transfer, someone has the ability to choose who gets their distribution as intended.
    At this point I don't know what happened. Could hackers have gotten to your system already. Could this be the problem?

This is a failure of the Stretto administrative process with PayPal. Note: All PayPal security measures, KYC have been met.
    We (as in all those in my position) should have claim codes sent again and we should not be treated any different than those who's claim codes worked.
    Please reconsider the problem and adjust accordingly.


    Thank you
    Jeffrey Certo
    [Albitros@hotmail.com](mailto:Albitros@hotmail.com)
    724-516-4771
    4522 Stonecroft dr.
    Murrysville Pa.
    15668