Christoph Weiss
Brückengasse 4 Top 10
1060 Vienna
Austria
burstup@gmail.com

Honorable Martin Glenn
One Bowling Green
New York, NY 10004-1408

February 23, 2024

Dear Chief Judge Martin Glenn,

my name is Christoph Weiss. I am a Celsius creditor with claims of more than one million dollars, precisely USD 1,125,336.17 (calculated at cryptocurrency prices on the date of the chapter 11 petition). My situation is probably unusual: I had two "Earn" accounts at Celsius. Both these accounts were registered with the same email address. Using the same email address for two Celsius accounts was possible because I was using two different apps for my deposits (the Celsius app, and Celsius' partner app Nuri/Bitwala). This is now causing problems for me.

In the past week, I received an incomplete distribution of liquid cryptocurrency and stock shares, according to the restructuring plan. I received the distributions of cryptocurrency for one of my two Celsius "Earn" accounts only. I also received the stock shares of the restructured company (Ionic Digital) for one of my two Celsius accounts only.
Stretto, Coinbase and Ionic Digital have been unresponsive to my questions and concerns about this.

Here are the detailed explanations and calculations regarding my two accounts and claims:
The Celsius account I did not receive a distribution for, henceforth called my "first account", was registered with email address burstup@gmail.com via Celsius' partner app Nuri/Bitwala, originally listed in Stretto's list of claims at position 3.1.104224 (see email attachment 1).
Stretto confirmed this claim in an email from January 28, 2023 (see attachment 2).
At bankruptcy petition date, this first account had a claim of
BTC 35.9619455898205 =  **USD 714,959.48** based on the bankruptcy petition date price of USD 19881.00134 per Bitcoin.

I did not receive my distribution of cryptocurrency and stock shares for this account. However, I did receive a distribution for the Celsius account that was registered in the Celsius app, henceforth called my "second account". This account used the same email address as the first account, burstup@gmail.com

The second account was listed by Stretto in the list of all creditors accounts at at position 3.1.104225 (see attachement 3) and my claim was confirmed by Stretto in an email on January 28, 2034 (see attachment 4).

At petition date, my second account - based on the bankruptcy petition date prices - had a claim of

Ethereum 366.180007923386

Dash 110.375446945015

Litecoin 149.586234952758,

EthereumClassic 0.000051457797321336,

Chainlink 0.118990579378375

= **USD 410,376.695** (calculated at the petition date prices of DASH: USD 41.79955662 ETC: USD 14.12753443  ETH: USD 1088.170943 LINK:USD 6.077201511 and LTC: USD 48.75597218).

The distribtions I received this week were:

Bitcoin (via Coinbase) BTC 3.06  = USD 131,497.364 (valued on the effective date of the bankruptcy plan)

Ethereum (via Coinbase) ETH 45.73 = USD 117,867.941 (valued on the effective date of the bankruptcy plan)

Stock shares via Odyssey:  Ionic Digital shares 3,211 = USD 64,220 (valued at $20 per share)

Based on the cryptocurrency prices on the effective date, it amounts to a distribution of USD 313,585.305 which is a distribution of 76.414014% of that account's claim - which seems correct.  This distribution exactly corresponds to the second Celsius account, but not the first account.

However, adding both accounts' petition date values, my claims add up to US$ 1,125,336.17

Therefore the distributions I received so far (USD 313,585.305) amounts to only 27.865923% of distributed dollar value of my two accounts' claims. The distribution for my first account is missing entirely.

My assumption is that my first account slipped through Stretto's distribution system, because both my accounts were registered with the same email address.

In the weeks before the effective date, I had described this as a potential problem to Stretto, but it could not be solved. I had received the advice from Stretto to link my first account (from the Nuri/Bitwala app) to the Celsius app by entering the email address of the Nuri/Bitwala account into the Celsius app - but the Celsius app didn't allow me to do so, because this same email address was registered in the app for the second account already. Therefore, merging my claims from both apps in the Celsius app was not possible - which is very likely the reason my first claim slipped through Stretto's distribution system. I had filed "proof of claims" forms for both my Celsius accounts seperately, because Stretto had always sent me emails about my claims for both the accounts seperately. Therefore my assumption was, that I would get two seperated distributions for both these accounts. But I didn't.

The missing distribution is causing me great harm. Stretto, Coinbase and Odyssey have so far been unresponsive to my questions and complaints about the missing distribution for my first Celsius account's claim.

Listings of my Celsius cryptocurrency holdings (source: Stretto's website):

| | | | | | |
|---|---|---|---|---|---|
| 3.1.104224 | CHRISTOPH WEISS | ADDRESS REDACTED | | | BTC 35.9619455898205 |
| 3.1.104225 | CHRISTOPH WEISS | ADDRESS REDACTED | | | DASH 110.375446945015 |
| | | | | | ETC 0.000051457797321336 |
| | | | | | ETH 366.180007923386 |
| | | | | | LINK 0.118990579378375 |
| | | | | | LTC 149.586234952758 |

E-Mails from Stretto confirming the claims of both my accounts:



The "proof of claims" form I filed for my first Celsius account (which I did not receive a distribution for):

Date Filed: 01/28/2023
Claim No: 22271

## Celsius Network LLC, et al. Case Number: 22-10964 (MG)

### Southern District of New York

Your Proof of Claim has been received and your reference number is CEL-22642

**Claim Details**

Debtor
All Debtors – Customer Claim

Creditor Name: CHRISTOPH WEISS
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: CHRISTOPH WEISS
Notice Address One: [Redacted]
Notice Address Two: [Redacted]
Notice Address City: [Redacted]
Notice Address State: [Redacted]
Notice Address Zip: [Redacted]
Notice Address Country: [Redacted]
Phone: [Redacted]
Celsius Email: [Redacted]

Where should payments be sent: [Redacted]
Payment Address Address One: [Redacted]
Payment Address Address Two: [Redacted]
Payment Address City: [Redacted]
Payment Address State:[Redacted]
Payment Address Zip: [Redacted]
Payment Address Country: [Redacted]
Payment Phone: [Redacted]
Payment Contact Email: [Redacted]

Does this claim amend one already filed: true
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:

1. Currency: Bitcoin (BTC)
- Earn: 35.9619455898205
- Withheld: 0
- Custody: 0

```
- Collateral: 0

Does this include interest or other charges: false

Is all or part of the claim secured: false
Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or
household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority:
Administrative Amount: [No Response]


Filer Type: Filed as Creditor

Signed on: 2023-01-28
Signed by: Christoph Weiss
First Name: Christoph
Middle Name: [No Response]
Last Name: Weiss
Title: [No Response]
Company: [No Response]

Address Street: [Redacted]
Address City: [Redacted]
Address State: [Redacted]
Address Zip: [Redacted]
Address Country: [Redacted]
Contact Phone: [Redacted]
Contact Email: [Redacted]
Supporting Documents Uploaded:
- Christoph WEISS - Celsius Proof of Claim attachment to CEL-15051 and CEL-15053-
```

Sincerely,

Christoph Weiss