Wesley Harrison
1620 Old English Road
Edmond, OK 73003



March 4, 2024

Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Subject: Celsius Network LLC, et al. Case Number: 22-10964 (MG)

Honorable Chief Judge Martin Glenn,

I understand this may come as an annoyance to you, but I feel I have exhausted all reasonable options. My father, (Calvin Wesley Harrison III) and I (Calvin Wesley Harrison IV) are creditors of the Celsius Network Bankruptcy. However, this specifically is about my dad, who unexpectedly passed away in November of 2022 from heart failure. Since that time, I have sent Celsius Network documents per their request including but not limited to: his death certificate, his self-directed IRA with Solera National Bank *as custodian with a copy of original application showing his wife,(my mother) as beneficiary, a notarized* letter from Solera National Bank affirming the aforementioned, a copy of trust/will, and a notarized letter of grant/authority allowing me to receive funds on my mother's behalf. Celsius Network originally stated they "never received" the documents even though they were confirmed as being uploaded via their secure link. In any event, I uploaded the documents again and they were confirmed again as being uploaded via their secure link. It had been several months and then I received an email from Celsius Network stating that I should forward my concerns to Stretto. I have since expressed my concern as noted above to Stretto via email and I have yet to receive any acknowledgement. I have been following directives as indicated by Celsius Network and Stretto but have not had a timely resolution. I am hoping to receive those funds in order to assist my mother in her retirement. My father handled all the finances of the household and I have taken over the responsibility per my mom's request. I understand that you are a very busy person and may not be able to assist me at all. I just wanted to exhaust all avenues and give my due diligence on my deceased father's and my living mother's behalf.

Thank you for your time and consideration,

Wesley Harrison
otrdude@gmail.com
210-784-8416