Yaron Rath
88/153 Calypso Gardens Residence, Rawai
Muaeng, Phuket, 83130
yaronrath@gmail.com
(+66)0657175509
12/03/2024

Subject: Request for Assistance with Fund Retrieval from Celsius Company in Accordance with Approved Chapter 11 Reconstruction Plan

Your Honor,

I hope this letter finds you in good health and spirits. I am writing to respectfully bring to your attention an issue I have encountered in the process of attempting to retrieve funds following the Chapter 11 reconstruction plan approved by this honorable court.

As a creditor in the aforementioned case, I had diligently followed the procedures outlined by the court and awaited the disbursement of funds from Celsius Company. However, despite the approval of the reconstruction plan, I have encountered an unforeseen obstacle in the form of inability to register with Coinbase, as mandated by the company, due to my current residence in Thailand.

Thailand's regulatory framework presents unique challenges in accessing certain financial services, including cryptocurrency exchanges such as Coinbase. Despite my earnest efforts, I have been unable to navigate these regulatory barriers to complete the registration process with Coinbase, thus hindering my ability to reclaim the funds rightfully owed to me.

I wish to emphasize that I have faithfully adhered to all directives set forth by the court and have diligently followed the steps outlined in the reconstruction plan. However, this geographical limitation beyond my control has proven to be a significant impediment in my pursuit of financial restitution.

In light of these circumstances, I respectfully request the court's assistance in resolving this matter and facilitating the release of my funds from Celsius Company through an alternative mechanism or arrangement that accommodates my geographical constraints. Your Honor's intervention in this matter would not only ensure the equitable distribution of assets to all creditors but also uphold the integrity of the legal process.

I am deeply grateful for the court's attention to this matter and remain hopeful for a swift and favorable resolution. Should Your Honor require any further information or clarification, please do not hesitate to contact me at your earliest convenience.

Thank you for your time and consideration.

Sincerely,

Yaron Rath