Case Number: 22-10964

Dear Judge Glenn:

On Feb 13 I received my Celsius Claim Codes for both BTC and ETH and went to my Venmo account to redeem them. I started with my BTC claim code. The code was accepted, and I went to the validation process. I was unable to validate because Venmo was showing a wrong birthdate for me, which I was unable to change. I contacted Venmo support on Feb 13 and have been contacting them every few days since then. They say their engineers are aware of the issue but there has been no fix. I am unable to access either of my claims (since I already started through Venmo and cannot switch to PayPal) and now I am stuck in limbo and unable to access anything. There is no ETA on a fix. Venmo just keeps emailing me the same answer, that their engineers are aware of the problem but have no timeline for fixing it.

As PayPal/Venmo was selected as a partner for this distribution, I would hope that some kind of SLA was agreed upon. I do NOT want my settlement in USD. I demand my crypto back, and the fact that Venmo can't correct one simple piece of data on my account (after I have provided them with all the supporting KYC information they requested) is beyond frustrating.

I have also opened a ticket with Stretto, with no result or response.

This is a problem for many creditors, as discussed by Aaron Bennett in his most recent YouTube video. (https://youtu.be/PvodOGNzu68?si=a3zZojR6EQWhmwzm). It is difficult not to conclude that millions of dollars have been spent to ensure that this process is designed to assist the richest and most influential creditors in receiving their crypto back while doing nothing to help "the little guy".

I have lost over $100k in this debacle. It was a huge percentage of my retirement savings. I am 55 years old, unemployed, and living on public assistance. I suppose I am one of the "little guys" who will continue to get screwed by inaction, incompetence, and indifference.

I beg you, Judge Glenn. Please help.

Thank you for your attention/assistance,
Mary Hobson