Dear Honorable Judge Glenn,

I'm a US citizen and I live in the US

I recived my email from Stretto with my claim number on 2/12/2024 and have been trying to redeem my claim through PayPal sence then.

I have verified my personal informaion is correct on PayPal and before Celsius shut down their website, I verified that my personal information was correct on their.

On Paypal I have bought BTC and sent BTC, so I have verified that my KYC has been done.

I have sent several emails to https://celsiusdistribution.stretto.com/support/tickets/new trying to get this resolved and all I'm getting back is an email's that refer me to https://celsiusnetwork.medium.com/celsius-distribution-faq-1cdd323251ef.

These responses from Celsius is just canned responses.  I need to talk to some one or have a real person responde back to my email with accual help.

My last support ticket that I sent today 3/12/2024, has requested that that they double check my birthday on Celsius and if my birthday is correct then the only other thing that could be the problem is the claim codes that Celsius sent me.

I have asked them to send me new claim codes for my BTC and ETH as this is the only other thing that could be the problem. I want my crypto back, I DO NOT WANT A CHECK!

If some one from Celius would talk to me I'm sure we could fix this.  Please convince Celius to reach out to me and stop sending these canded resposes.

Thank you

Jean