Dear Honorable Judge Glenn,

I write to you in regards to my concern about the process of distributions in the Celsius Case No. 22-10964. I have been awaiting my distribution and I have reached multiple times to Celsius but with no clear answer. I have gotten a general email with a link to frequently asked questions (FAQ) page.

I have observed that many creditors have not received their distributions with no help from Celsius. I write to you because I have nowhere to turn too, but I'm asking you on behalf of myself and all the Celsius victims involved. Please compel the debtors and plan administrators to do what is right.

I do appreciate your time in the matter.

Nitin Sachan