To whom it may concern,

After Celsius was out of chapter 11 bankruptcy I intially received an email saying I needed to further KYC my Paypal account (I am a US resident). I immediatley finished the process and as of 3/12/24 have not received any further emails or communications.

As there is no transparency through this process and I have no other way to explain my situation I can only hope that some action is taken to address people who have not been able to receive their crypto or USD equivalent.

Kevin Randall
Kevin61@zoho.com
505-261-9705