Dear Honorable Judge Glenn,
I am writing this letter deeply concerned with the current performance of the post petition debtors and their distributions to Celsius clients. I still haven't received anything.
I had a loan with Celsius with BTC as collateral and also coins in earn.
I am in Canada and I have adjusted my Coinbase account so I have the same email/full name to be the same as my Celsius account (previously my middle name was not on Coinbase but was on Celsius) I did the full KYC with both Celsius and Coinbase.
I know that I will get only a small portion of the amount I had in Celsius, but still that small amount is important.
Stretto is not really responding in a proper way to email.. it's just pre written emails they sent out in response… so not addressing my specific questions.
I just would like to end this Celsius chapter and move on with my life!
Thank you
Dominque Joel Brunet
dbrunet7@gmail.com