3/12/24, 9:51 AM          Pro Se Upload Tool for Self-Represented Individuals only | Southern District of New York | United States Bankruptcy Court

22-10964-mg    Doc 4540-1    Filed 03/12/24    Entered 03/12/24 17:13:59    Attachment
Pg 1 of 3

- The answer you entered for the CAPTCHA was not correct.
- *Warning*: file_get_contents(): Filename cannot be empty in *nysb_prosefiles_form_validate()* (line *248* of */var/www/html/sites/all/modules/custom/nysb_prosefiles/nysb_prosefiles.module*).
- All submitted files must be in Portable Document Format (PDF).

# Pro Se Upload Tool for Self-Represented Individuals only

Unrepresented individuals may use this program to upload important case documents as an alternative to mailing or bringing the documents to the courthouse or, when the Court is closed, by depositing documents in the night depository maintained by the District Clerk pursuant to Local Rule 5001-1. Please visit the Filing Without an Attorney section of the Court's website for additional resources.

**This program is not to be used by attorneys**.

---

- All documents must be in portable document format (PDF) using Adobe Acrobat or a similar product.
- Submissions will be reviewed for filing on the Court's electronic filing system.
- Once you have submitted your document(s), you will receive a confirmation screen indicating the date and time your document(s), once approved, is to be filed. There will be a delay in entering your document(s) on the Court's electronic filing system, particularly when submitted after hours, on weekends, and holidays.
- If your filing involves a pending deadline, upload your document(s) at least 48 hours prior to the deadline to facilitate timely review.
- If filing fees are due, you must contact the Clerk's Office at 212-284-4571 to arrange immediate payment. Click here for the list of fees due for filing documents.

---

3/12/24, 9:51 AM                                    PDF Upload Tool for Self-Represented Individuals Only | Southern District of New York United States Bankruptcy Court

22-10964-mg    Doc 4540-1    Filed 03/12/24    Entered 03/12/24 17:13:59    Attachment
                                      Pg 2 of 3

Important! **Do not upload a proof of claim on this page**. Please use the Electronic Proof of Claim (ePOC) application. Proofs of Claims may be filed electronically for all chapters, **except cases with a claims and noticing agent. To file a proof of claim click here**. For guidance on filing a claim electronically click here.

## Case number (e.g. 23-xxxxx)

`22-10964`

Enter the case number.

## Your first name *

`Dominique`

Enter your first name

## Your last name *

`Brunet`

Enter your last name

## Your Email address *

`dbrunet7@g`

Enter your email address

## Your Phone number *

`5147785329`

Enter your phone number including the area code. Do not enter special characters. Only enter numbers.

[ Choose Files ] Celsius_claim.pdf

- Upload PDF files only. Size limit is 20MB
- Upload all schedules as one PDF attachment.
- **PDFs must be saved using "Print as PDF" before submitting to the court.**

## Document Title or Briefly Describe the purpose of this document *

22-10964-mg    Doc 4540-1    Filed 03/12/24    Entered 03/12/24 17:13:59    Attachment
Pg 3 of 3

I had a loan with Celsius and was also in earn and I haven't received anything

Please Upload as one PDF attachment

This is a restricted site for Official Court Business only. The Math problem below must be solved for security purposes.

Upload