To Whom It May Concern,

I'm writing today to voice my frustration with the Celsius distribution process.  All creditors have waited for almost 2 years for our distributions.  Now that we have exited bankruptcy, many creditors like myself are STILL waiting for our distributions.  I have yet to receive the email with my distribution code for PayPal to get my claim.  I've written Stretto's generic inbox with no response.  Please respond!  And please do not send us our dollarized claim.  We deposited crypto and want our crypto back as per the court documents.

I've included all of my information below to get in touch with me.

Please help!


Sincerely,

Doug Whipp

5505 Larkshire Ct

Hilliard, Ohio 43026

Whippd1@gmail.com

614-499-5370