12-Mar-2024

Kerry Lemay

515 West Madison St Apt 518

Waukegan Illinois 60085

Your Honor,

I have been trying for weeks to have Stretto find a way to pay me the Celsius distribution I have been owed from monies stolen from me by fraud (Celsius). Both PayPal and Venmo cannot service my distribution for unknown reasons. Stretto has no direct customer service and only offers boilerplate responses to inquiry. What am I to do? Thank you.

Best,

Kerry LeMay