Subject: Request for Assistance Regarding Unresolved Redemption Issues in Celsius Bankruptcy Case (Case Number: 22-10964)

Honorable Martin Glenn,

I am writing to bring to your attention a matter of urgent concern related to the ongoing Celsius bankruptcy case, specifically under Case Number: 22-10964. On February 12, 2024, I, Roei Ben Haim, received communication from Stretto containing both my claim codes for ETH and BTC. Despite encountering discrepancies in the specified amounts, I diligently proceeded to redeem the codes. However, the redemption process was riddled with technical difficulties, including a verification process that failed to load properly and incessantly requested a phone number for a message that was never received via PayPal.

During the verification process, I took proactive measures by contacting PayPal support to address any potential account-related issues. To my relief, PayPal confirmed that my account was verified and functioning without any problems.

Subsequently, despite numerous attempts to seek clarification and resolution from Stretto, I have only received generic responses devoid of any personalized assistance or concrete solutions. One such response indicated that PayPal or Venmo would not facilitate the distribution, with a promise of further updates, which have yet to materialize. Additionally, there was mention of a potential distribution via a USD check in the event a distribution partner cannot be secured, an outcome which would result in considerable financial loss on my part.

The lack of accountability and failure to provide a timely resolution to this matter is unacceptable. It has caused immense distress and anxiety levels, not only to me but also to my family. The uncertainty surrounding this situation has created significant stress and strain on our well-being.

I respectfully seek your assistance, Honorable Martin Glenn, in ensuring that my concerns are addressed promptly and fairly within the framework of the Celsius bankruptcy proceedings.

Thank you for your attention to this matter.

Sincerely,

Roei Ben Haim