March 12, 2024

United States Bankruptcy Court
Southern District of New York

Re: Case 22-10964 / Celsius Network

Dear Officials,

I am writing to complain that I have NOT received any claim codes and/or settlement from Stretto/Celsius Network as of March 12, 2024. My claim number is 2985 in the amount of $20,184.15.

I fear I am being ignored along with many others. I have sent in support tickets with no success other than a BOT generated response. Please ensure they fully account that ALL creditors have been resolved.

Thank you,

William Robert Keller
Claim Number 2985
Thekellerfamily1@comcast.net
145 Bailliere Drive
Martinsville, IN 46151