12 March 2024

Dear Honorable Judge Glenn,

I am a creditor in the Celsius bankruptcy Case No: 22-10964 and am writing to you to express my concerns about the distribution of my claim and to ask for your assistance in this matter.

I completed KYC with PayPal per the instructions provided by Stretto. I have also received confirmation from PayPal that I have been verified. All of my info in PayPal matches the information in my Celsius account. Although I was able to successfully claim my ETH using the ETH claim code, I received an error when I tried to redeem using the BTC code. The error is stated below,

**"We're unable to redeem that code. Contact Stretto for more information."**

I can only conclude that there is a problem with the BTC claim code provided by Stretto. If I am able to redeem using my ETH code, why not my BTC code? I have tried opening several tickets through the Stretto portal requesting a new code to redeem my BTC, but Stretto has not directly addressed my issue. Like many other creditors, the only responses I have received from Stretto are auto reply emails asking me to carefully check my information and to review the FAQs page. The lack of updates and transparency from Stretto have left me wondering if I will ever be able to claim my crypto.

I would also like to bring to your attention that Stretto has sent emails indicating the specific amounts of crypto that I am to receive. There is no reason why the crypto should not be distributed to me since the crypto should have already been pre allocated and available for my redemption. This is a resolvable issue whether Stretto chooses to issue new codes or to reroute the distribution using another distribution agent.

I am requesting that you enforce Stretto to distribute the crypto that I am entitled to as prescribed by the plan that was submitted by Stretto and approved by this court. I would like to stress that Stretto should be doing everything possible to distribute the crypto. This will help not just me, but all creditors to recoup a larger percentage of their losses from this bankruptcy proceeding.

Thank you for your time and consideration.

Long Bui / lbui18@yahoo.com