Dear Honorable Judge Glenn,

I write this letter with deep concern for the current performance of the post-petition debtors and their distributions to creditors in Celsius Case No. 22-10964.

I am asking the court to step up for creditors because we have nowhere else to turn. With that said, an alarming level of ineptitude is currently on display post-emergence. The Celsius plan went into effect on January 31st 2024, expecting creditors to get their distributions shortly thereafter.

I get messages daily from panicked creditors who still have not gotten their distributions.

The complaints have been endless. The debtors released a notice that all initial distributions have been completed, yet more and more people come out of the woodwork stating they have yet to receive anything.

The docket is full of creditors begging for help. The plan went effective with a BTC price of $42,973 and an ETH price of $2,577. BTC is currently hovering around $70,000, while ETH trades at $3,900 as of 3/12/24, a 55% and 51% increase, respectively.

After being defrauded by Mashinsky and dragged through bankruptcy for a year and a half, these creditors are forced to take ANOTHER haircut. And for what? Because they weren't rich enough to be part of the top 100 corporate creditors? How can this be fair and equitable? Likewise, the borrowers continue to get the short end of the stick in this bankruptcy.

I don't know if the court will even read this message, but I am asking you on behalf of all the Celsius victims, please get involved.

Please compel the debtors and the plan administrator to do what's right by creditors and get us out of this mess, once and for all.

Thank you for your time.

Diyan