Case No. 22-10964.


Dear Respected Judge Glenn,


I am reaching out to you in my capacity as a Celsius creditor, deeply troubled by the current state of affairs regarding the post-petition debtors and their handling of distributions to creditors within the Celsius case.


As a creditor with a loan and earn claim, I find myself compelled to voice the concerns shared by many others in our position.


I humbly request the court's attention to the plight of creditors, as we find ourselves with limited avenues for recourse.


The recent performance following the implementation of the Celsius plan on January 31st has been disheartening. While the debtors assert readiness for effectiveness, it is evident to many that certain actions seemed hurried, perhaps to the benefit of select employees receiving incentive bonuses.


Issues abound: from erroneous redemption codes for Paypal creditors to KYC hurdles for Coinbase creditors, and instances of creditors being unable to access their accounts, the situation appears far from satisfactory.


The recent announcement claiming completion of initial distributions clashes with the reality faced by many creditors who are yet to receive any remittance.


Furthermore, the decision to liquidate all corporate accounts except the top 100, with delays in wire transfers for these creditors, is particularly distressing. Given the substantial surge in cryptocurrency prices post-emergence, this delay translates to further losses for

already beleaguered creditors. It seems unjust that those not among the top 100 are penalized in this manner.

Additionally, borrowers find themselves grappling with the aftermath of negotiations that fell short of expectations, compounded by the collapse of the Fahrenheit plan.

Despite the ability to refinance loans, market volatility poses a significant challenge. Delays in refinancing and subsequent price increases further exacerbate the financial strain on borrowers.

In essence, the situation paints a grim picture of individuals' financial well-being being eroded while awaiting resolution, further compounded by missed deadlines.

While I understand the constraints and complexities involved, I implore you, on behalf of all affected Celsius victims, to intervene. Please urge the debtors and the plan administrator to prioritize the equitable treatment of creditors and work towards resolving this crisis expediently.

Thank you immensely for considering this plea and for your time.

Sincerely,

Wayne Purser