CASE NUM: 22-10964 (MG)
Debtor(s): Celsius Network LLC

My name is Todd Canfield and I have a distrubution awarded to me but have been unsuccessfully in caliming my crypto off Paypal.  I am getting an error message that says that they are unable to redeem the claim code and to contact Stretto.

I created a ticket for assistance, but have only received an email that said they will get to me shortly. They suggested that I go through the process of re-registering KYC on Paypal.

I have followed all their instructions but still am not successful in claiming my funds.

I am asking for assistance to get this resolved.


Emails from Stretto:







Following the process to re-register with KYC:





Still unsuccessful in redeeming my claim codes:



