03/12/2024

Dear Honorable Martin Glenn,

For more than one month now I have not been unable to redeem my BTC and ETH using Paypal and the claim codes sent to me by Stretto. I get the error message: "We're unable to redeem that code. Contact Stretto for more information". I'm completely verified with Paypal and have gone through all of the general suggestions recommended by Stretto and Celsius. Nothing has worked and I continue to get these error messages. I have called Paypal multiple times and according to them, there is nothing wrong on their end. They insist that it is a problem with the claim code from Stretto.

Furthermore, I had two accounts on Celsius at the time of bankruptcy. The other Celsius account was under a different email address (with my same name) and both of these email addresses are currently linked to my one Paypal account. I was already able to claim my BTC and ETH for this second Celsius account using this same Paypal account. This also suggests that my Paypal account is working fine and the issue is with the claim codes causing this on Stretto's end.

I have opened up multiple support tickets with Stretto but I have not heard anything back from them yet. It has been more than a month now without any way to get in touch or even to get an email response from Stretto. I'm very concerned about my crypto assets being returned to me at this point. Although the amount is not large, it's a significant amount that I'm dependent on getting back for me and my family. Stretto has not given us any update on what the issue could be. I am happy to receive my crypto on my coinbase account if this is a possibility.

I hope this is taken into consideration and that Stretto will be able to provide us with a personalised update on what is happening.

Thank you.

Jacob Scott Maentz
jmaentz@gmail.com