Charles Wherritt

23921 Sofia Street

Mission Viejo, CA 92691

hodlplace@gmail.com

949-933-7266

3/12/2024

U.S. Bankruptcy Court

Subject: Request for Assistance Regarding Outstanding Payment in the Case of Celsius Network LLC, et al., Case No. 22-10964 (MG)

Dear Honorable Judge Glenn / Vito Genna,

I hope this letter finds you well. I am writing to bring to your attention a matter concerning outstanding payments owed to me by Celsius Network LLC, a company currently undergoing bankruptcy proceedings under Case No. 22-10964 (MG).

As of today, March 12, 2024, I regret to inform you that despite numerous attempts to reach out to Celsius and Stretto, the appointed trustee, I have neither received the returns owed to me nor any communication regarding the status of my claim. My efforts to seek clarification through the channels provided by Celsius's website have only yielded automated responses, lacking the substantive information I require.

On February 22, 2024, I complied promptly with a request received through the Celsius App to verify my identity. Subsequently, I received confirmation of the completion of this verification process via email at 9:21 AM PST (screenshot below), which assured me of successful identity verification. However, since that confirmation, there has been a notable absence of further communication or updates regarding the distribution of funds.

Contrary to publicized assertions by Celsius regarding the distribution of emails to all concerned parties, I wish to emphasize that I have not received any communication regarding the distribution process. I have diligently monitored my email inbox and maintained records of all correspondence related to this matter. Furthermore, I received updates pertaining to the bankruptcy case, including the notice dated March 1, 2024, titled "In re: Celsius Network LLC, et al., Case No. 22-10964 (MG)," reinforcing my active engagement in seeking resolution.

Regrettably, despite my persistent efforts and adherence to prescribed procedures, I have been met with a concerning lack of responsiveness and transparency from both Celsius and Stretto.

Considering these circumstances, I respectfully request the intervention of the U.S. Bankruptcy Court to facilitate the prompt resolution of this matter and ensure the fulfillment of my rightful entitlements as a creditor in the aforementioned bankruptcy case. I kindly urge the court to investigate the status of my claim and take appropriate measures to expedite the release of the funds owed to me.

Enclosed herewith, please find relevant documentation, including proof of identity verification and correspondence records, for your perusal and reference in furtherance of this request.



I sincerely appreciate your attention to this matter and trust in the court's commitment to upholding the principles of fairness and justice in bankruptcy proceedings.

Thank you for your time and consideration. Should you require any additional information or clarification, please do not hesitate to contact me at your earliest convenience.

Yours sincerely,

Charles Wherritt

Enclosures:

-Screenshot of identity verification complete