To the relevant court;

I am Berk Öztürk, my national identitiy number is 52960773852
I am one of the Celsius victims and I have been following the case since the beginning of the bankruptcy process. I live in Turkey and I am Turkish. I received an email that the distributions would be through Coinbase due to the region I live in. I tried to become a member of Coinbase for months, although I sent every document they asked for, my membership process was not completed. After a while, I received an email from no-reply@cases-cr.stretto-services.com as follows;
Dear BERK OZTURK

"You are receiving this email because we have been notified that your claim distribution cannot be serviced through Coinbase.

No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you."

I see from some social media sites that people have started receiving payments but I haven't seen any explanation for people in my situation.
I would like to ask for your help on the issue and what steps will be required of you in the next process.

Best regards