March 12, 2024

United States Bankruptcy Court
Southern District of New York

Re: Case 22-10964 / Celsius Network

Dear Honorable Judge Glenn,

I am a United States citizen creditor with three different accounts in the Celsius Case No. 22-10964. My life-savings as well as both my traditional and Roth IRA retirement accounts were held on the Celsius platform. To date, I've received my personal claim in BTC/ETH.

On February 16, 2024, I received notice for my traditional IRA account that I'll be receiving USD even though I have a fully KYC verified business account on Coinbase for that account. I have yet to receive any fund transfers. I do not what USD; I want BTC/ETH. Forcing me to receive USD when it is unnecessary, further harms my claim.

For my Roth IRA account, I've received no communication whatsoever since December of 2023. I also have a fully KYC verified business account on Coinbase for this account.

I've submitted several support cases stating I've received no communication about my third claim and have only received automated replies. It is inaccurate for the debtors to say all claim distribution notices have been sent out. I am proof this is not the case and I can't get anyone at Stretto to respond with any meaningful information as to why I have received no communication about my claim.

I humbly ask the court to force the debtors to respond to the further harm they've created by directing them to provide BTC/ETH coins back to every corporate account possible, especially when those accounts are our retirements and there is no legal reason why the coins cannot be returned to those of us with fully KYC verified business accounts on Coinbase.

Respectfully submitted,

Jeff K. Schneider

Claim No. 16704 – Roth IRA
Claim No. 16705 – Traditional IRA
Schedule F Line 3.1.254755 – Personal Account