Dear Judge Glenn :

I am a creditor of Celsius Network, writing to plead for assistant with my claim. I have not received my claim or my crypto and shares as of today 12th March 2024. I was given the retail claw back withdraw exposure settlement emails, and I signed the settlement agreement. I also communicated **my claim amount (~$140k based on the official price list)  was larger than the retail claw back settlement amount ~$31k.**   I requested to subtract my retail claw back settlement amount from the claim amount, and send me the remaining crypto and stocks.

Celsius bankruptcy take away a large amount of my life saving, I am currently out of job. Therefore do not have the extra money to pay for the retail claw back settlement, and requested to subtract settlement from my claim as mentioned above.

I have written nine emails to different Celsius teams (Stretto , Celsius Distribution, Celsius Litigation Admin... etc.), so far the issue was not resolved.

I am worried not able to get my remaining claim (crypto and stock), or they send me a check which is increase my loss since BTC/ETH increase substantially from they lock the price.  Therefore plead for assistant here, hope to get my crypto and stock as soon as possible.

Respectfully submitted,
Yue Chan

Celsius account email : conniec2000@gmail.com
Name : Yue Chan