Hi, I have not received a distribution email from Celsius or an email from Venmo, Paypal or Coinbase with a claim code. I also have not received any information about the Ionic stock distribution. Stretto responds to my emails with a generic form letter with a FAQ and that is it. Communication has been no existent. I have already endured significant financial loss, anxiety, and stress. All I want is to salvage what is available to me so I can move on. Anything you could please do to help is greatly appreciated.

Thank you!

Emile