Dear Chief Justice Judge Glenn,

I was sent two emails on 2/8/24 with two claim codes.
3.362861444938756399 ETH
0.22503503 BTC

Neither would work when I tried to redeem at Paypal or Venmo.

After countless hours of talking with support and buying BTC on Paypal a Crypto customer support Rep told me their internal systems had flagged me as not eligible to send or receive crypto. I immediately reach out to Celsius and Stretto only to get generic responses over and over from them talking about how busy they are and to wait. I have asked to have my distribution switched to Coinbase which wouldn't have this issue. They keep ignoring my request.  Which tells me they are trying to force me into a check.
I think I know why too.
At the date the claim codes received I would have gotten back $19,929.75 from the 5k $Link I had in my account that is worth $100,000.00

Today at current market rate and I could redeem the claim codes I would get $29,635.12 back

If they force me into a check they would send me $18,336.14. After watching Lawyers, Celsius and Celsius Execs get millions this is truly disheartening to a man that is behind two mortgage payments and unable to pay for his daughter's wedding because of all this greed!

There are countless others like me where Stretto and Celsius Again stand to make millions of a settlement by ripping off those that have already suffered a great loss.

Please can you look into this shady practice that is going on with the distributions??

Sincerely,
Richard Etienne