| Profile | Joined in 2001 |
|---|---|



| Matthew Marcus | Change Name |
|---|---|
| paypal.me/TheMarcus | Manage |

 Look and sell like a pro with Seller Profile
Create profile

# Gmail

**Matthew Marcus &lt;matthew.marcus@gmail.com&gt;**

## Re: Paypal Identification Step Failed

**Celsius Distribution** &lt;celsiusdistribution@stretto.com&gt;                                             Mon, Feb 12, 2024 at 5:20 PM
Reply-To: Celsius Distribution &lt;celsiusdistribution@stretto.com&gt;
To: matthew.marcus@gmail.com

Hi Matthew William,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible. PayPal and Venmo are also actively working on the Celsius claim's distributions, and we continue to notify them of open creditor inquiries.
There are a few reasons why you might be receiving an error at PayPal or Venmo, but please first review the following:

- **Confirm the Claim Code and your Date of Birth were entered into the form correctly.** Check for errant spaces or characters when adding your information into the form.
- **Ensure you are using the latest version of the mobile application.** If you are using the mobile app, please make sure you are using the latest version.
- **Do not try to bounce between PayPal and Venmo platforms.** If you attempt to collect your claim on PayPal or Venmo, an error may occur when you attempt to claim your code on the other platform. This is true regardless of whether you are attempting one or more claim codes.

For other error messages, PayPal suggests trying the following troubleshooting tips:

- **Retrigger the KYC process for enabling crypto on your account.** If your account is missing information, you can trigger the verification process by clicking on "Buy" under the Crypto section of PayPal (under Finances) or Venmo. *Note: you do not need to purchase crypto to complete this process.* The KYC validation process may take up to 48 hours to be completed.
- **If you are using PayPal, ensure your tax information is correct.** If your account is missing information, you may need to add or update your tax information. You can review your PayPal account by clicking here: Review in your account.
- **Confirm your Date of Birth is correct.** If your Date of Birth is incorrect, this will impact your ability to move forward. Your date of birth must be correct in both Celsius and PayPal or Venmo when you attempt to redeem your claim code.

If for any reason PayPal or Venmo cannot service your claim, you will be notified that your distribution "cannot be serviced through PayPal or Venmo".
We strongly suggest you **continue to review the** Distributions FAQ**,** as we are updating this FAQ often.
Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the FAQ.
If your error persists, please reopen this support ticket and we will continue to provide you with support.
Regards,
Stretto

> On Mon, Feb 12 at 4:02 PM , MATTHEW WILLIAM &lt;matthew.marcus@gmail.com&gt; wrote:
> Hey Team Stretto...
>
> I received my BTC and ETH claim codes today. I attempted to redeem my BTC code first, but ran into an issue.
>
> I entered the code and my date of birth and proceeded to the next step of identifcation.
>
> It presented the option to confirm my phone number by sending me a txt. I clicked the button to do this, and it then showed an error message saying the process failed with a link to try another option.

I clicked the link which allowed me to try the text again. I clicked the button again and it failed again saying I needed to contact support. BTW, no text message was ever sent to my phone.

Now when I attempt to redeem the code and try the process again, it's saying "We're unable to redeem that code." See attached screenshot.

So, I'm not sure what to do now. I don't want to attempt to redeem ETH code in case the process fails again.

Please kindly advise. Thank you!

Matthew



Matthew Marcus <matthew.marcus@gmail.com>

## Re: Paypal Identification Step Failed

**Matthew W. Marcus** <matthew.marcus@gmail.com>  Mon, Feb 12, 2024 at 9:59 PM
To: Celsius Distribution <celsiusdistribution@stretto.com>

Hello.

Unfortunately, the PayPal troubleshooting tips did not solve the problem.

1. I attempted to retrigger the KYC process, but clicking the Buy button actually allowed me to go through the process of buying crypto. No KYC process was triggered.
2. According to PayPal, my tax information is correct.
3. My date of birth is correct both in PayPal and Celsius.

I will await further instructions and support from you to remedy the situation.

Thank you!

Matthew
[Quoted text hidden]



Matthew Marcus <matthew.marcus@gmail.com>

## IMPORTANT: Your claim cannot be serviced at PayPal or Venmo
1 message

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>  Tue, Feb 13, 2024 at 3:45 AM
To: matthew.marcus@gmail.com

Dear MATTHEW WILLIAM MARCUS

You are receiving this email because we have been notified that your claim distribution **cannot be serviced by PayPal or Venmo.**

**No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If you have questions or need further support**
We *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

 **Gmail**                                                                                                    Matthew Marcus <matthew.marcus@gmail.com>

## Re: Re: IMPORTANT: Your claim cannot be serviced at PayPal or Venmo

**Celsius Distribution** <celsiusdistribution@stretto.com>                                                          Wed, Feb 28, 2024 at 6:22 PM
Reply-To: Celsius Distribution <celsiusdistribution@stretto.com>
To: matthew.marcus@gmail.com

Hello,

If for any reason PayPal or Venmo cannot service your claim, you will be notified that you will not be able to receive your distribution through PayPal or Venmo. Please be patient as we work on rerouting your distribution with our Distribution Partners and prepare any actions that will be required of you.

If you are experiencing issues opening a new account, or accessing an existing account, please contact PayPal or Venmo support. We are unable to resolve issues with your PayPal or Venmo account.

We strongly suggest you **continue to review the [Distributions FAQ](#),** as we are making regular updates. You may be able to receive information more quickly than if you contact our support team due to the high volume of creditor inquiries.

You will be notified once more information is available.

Regards,
Stretto

> On Mon, Feb 26 at 4:05 PM , MATTHEW WILLIAM <matthew.marcus@gmail.com> wrote:
> Hello Stretto Team...
>
> I received an email on February 13 stating "IMPORTANT: Your claim cannot be serviced at PayPal or Venmo."
>
> I am unsure why this is the case. I've had a PayPal account for many many years which is fully verified and up-to-date with current personal information. I understand I'm not alone in having issues with PayPal. I've seen many creditors dealing with the same thing.
>
> I'm fine if you / PayPal need more time to sort out the problem, but please note I DO NOT WANT to receive a check for the US dollar amount of my claim. I only want to receive my distribution in the BTC & ETH amounts that were shown in the claim emails I received.
>
> **BTC:** 0.63721852
> **ETH:** 9.522417474442032061
>
> Please respond at your earliest convenience with an ETA on when I will be able to successfully claim my BTC and ETH distributions.
>
> Thank you.
>
> Matthew