Dear Court/ Judge etc

I have a claim due from Celsius and have not received it,  I did get 2 emails telling me I was going to receive 6.20 ETH and .415 BTC  and a document telling me I was going to get 436 shares of mining stock from Oddyssey  on a new Co named Iconic Digatal class A  but they are not accessable to tranfer or sell.

I also received an email telling me I won't be able to use the codes to get the ETH and BTC from Paypal  here is the email

(  Dear MARK CHAPONOT

You are receiving this email because we have been notified that your claim distribution cannot be serviced by PayPal or Venmo.

No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.

I'm not sure whats going on but I feel that there is no excuse that I can't get the funds that were less then half of what I put into the Celsius website and can't understand why this is taking so long.

My address has also changed during this time

Mark Chaponot
15 Elm Street
Monson, MA  01057
978-962-2398

email   line6jackson@gmail.com