Celsius Network LLC, et al. case (22-10964)

To whom it may concern,

My name is William T Rosselle III and I have been defrauded by Celsius and they are not doing what they have told the courts and the media they are doing. Celsius has still not emailed me in regards to returning my crypto to me. They are stating publicly that they have reached out to everyone and that is definitely not true in my situation. I have reached out to them multiple times and checked my spam folder and they have never sent me anything in regards to my claim. I updated my email address with them because they have an apple relay email address as my main email and they did confirm that they have received my secondary email address. I do get general emails from them but nothing specific to my situation. I want my Bitcoin and Ethereum and do not want to be paid back in cash. Please hold them accountable and make them do what they've agreed to. They have stolen tens of thousands of dollars from me and this is wrong! They lied and defrauded me and should not be able to get away with this! Please hold them accountable. The cannot be trusted to do what they say….