Fábio Arraiolos Ferreira
8125-406 Vilamoura, PORTUGAL
fabioarraiolosferreira7@gmail.com
00351 919562563
March 12th 2024

Subject: Complaint Regarding Delayed Payment from Celsius Case

Dear Court,
I am writing to express my dissatisfaction and concern regarding the delayed payment from the recent court case involving Celsius. As one of the investors who won the case, I have yet to receive compensation for my lost funds. While I understand that the legal process can be complex and time-consuming, the extended delay in disbursing the funds is causing undue financial strain and frustration.

It has come to my attention that some creditors have already received their share of the recovered funds, while others, including myself, are still awaiting resolution. This inconsistency in the distribution of payments is deeply concerning and raises questions about the fairness and efficiency of the process.
I urge you to expedite the payment process and provide clarity on when investors like myself can expect to receive the compensation rightfully owed to us. Transparency and prompt communication regarding the status of the payments would greatly alleviate the uncertainty and anxiety experienced by those awaiting restitution.

I appreciate your attention to this matter and look forward to a swift resolution. Please do not hesitate to contact me if you require any further information or clarification regarding my situation.

Thank you for your prompt action in addressing this issue.

Sincerely,
Fábio Arraiolos Ferreira