Marlon D. Castro Viancha.

Miami, FL

3/12/2024

The Honorable Martin Glenn

Courtroom: 523

**Letter of Concern: Have not received my Celsius claim redemption codes.**

Dear Judge Martin Glenn,

I am writing to bring to your attention a matter of concern regarding the distribution of claims in the Celsius Network case. My name is Marlon D Castro Viancha, and I am one of the creditors affected by this case.

As a Celsius victim, I, along with many others, have yet to receive the claim distribution codes that were promised. On February 6, I received an email from noreply@cases-cr.stretto-services.com instructing me to update my information in PayPal or Venmo to facilitate the receipt of my distribution. I promptly followed these instructions, but unfortunately, I have not received any further communication regarding my distribution since then.

Despite my repeated attempts to seek assistance by submitting tickets to Stretto/Celsius customer service, I have not received a response or any resolution to my inquiry. This lack of communication has left me and many others in a state of uncertainty and financial hardship.

I am particularly concerned because Celsius has indicated that all creditors have been contacted with their distributions. However, it is evident that this is not the case for me and numerous others who find themselves in a similar situation.

Therefore, I respectfully request the court's intervention to investigate this matter further and ensure that individuals like myself receive the distribution to which we are entitled. It is crucial that the court's oversight helps to rectify this discrepancy and provides relief to those who have been adversely affected by the delay in distribution.

Thank you for taking the time to consider my concerns. Your assistance in addressing this issue is greatly appreciated.

Sincerely,

Marlon D Castro Viancha