March 12, 2024

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Case: 22-10964

Subject: Urgent: Distribution Not Received

Dear Honorable Judge Martin Glenn,

My name is Susanne Parker Ziolkoski and I had an account with Celsius. When the bankruptcy occurred I spoke to individuals at Stretto on the procedures to occur ahead. I was told to verify the tokens in my account, and if I agree with the stated assets, there was nothing further that needed to be done. Below are screen shots of both my accounts and assets provided to me by Stretto. I have not received any other communication from Stretto and have been waiting patiently for the bankruptcy process to conclude. I spoke to the individuals at Stretto over the past few months and was assured there are a significant number of claims and I need to be patient. I have yet to receive any communications, and when searching for my name under the "claim search", my name is no longer part of the list. This is a large part of my net worth and am concerned my account was not registered for the bankruptcy proceedings. Any assistance is appreciated.





Thank You,
Susanne Parker Ziolkoski