Dear Sirs,

I am writing to express my frustration with the lack of communication and clarity surrounding the Celsius Distributions. Despite Celsius's assurances that all emails were sent out weeks ago, I have not received any notification regarding my distributions.

Upon attempting to contact Celsius/Stretto for clarification, I have only received generic responses stating that the distribution process is ongoing due to the large number of creditors involved. This is the second form letter I have received, providing no concrete information about my situation.

Additionally, when seeking assistance from PayPal, they were unable to confirm whether I am on the distribution list or if I have already received a letter. Their only advice was to ensure consistency in my email address and birthday across both my Celsius and PayPal accounts.

It is concerning that despite having had a year to address these issues and investing $100 million in legal fees and additional services, the distribution process remains chaotic and unclear. The decision to involve lawyers and spend such significant amounts of money seems unnecessary, particularly when considering that Simon Dixon's proposed plan could have potentially saved time and resources.

Moreover, it appears that those at the top have already received their crypto assets and bonuses, leaving many creditors like myself in uncertainty. I demand transparency and accountability regarding the whereabouts of my funds. I want to know when I can expect to receive my BTC or ETH, and when I will be able to access my stock holdings to conclude this ordeal.

This ongoing lack of clarity and organization is unacceptable. I urge Celsius/Stretto to prioritize resolving these issues promptly. I await a comprehensive and satisfactory response to my concerns.

Sincerely,
Jared hertzke