Dear MARIA JIMENA SOLEDAD CARMONA

You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase.**

**No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If You Need Further Support**
If you have any questions or need assistance with this process, we *strongly suggest* you refer to our [Distributions FAQ](#) and resources related to claim distributions before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on [cases.stretto.com/celsius](#) or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto

**IMPORTANT: We are unable to process your claim at Coinbase** Inbox 

 Stretto Celsius Network  16 Feb                                                  Unsubscribe  ⋯
to me ⌄

Dear MARIA JIMENA SOLEDAD CARMONA

You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase.**

**No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If You Need Further Support**
If you have any questions or need assistance with this process, we *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

[Celsius] Alternate email is active now  Inbox

Celsius  16 Feb
to me

## Your Distribution Email Address has been Activated

You requested to add an alternate email
jimena712@hotmail.com.

**Your Distribution Email Address is now active.** The Alternative Email will only be used for the purpose of matching your identity for Coinbase claim distributions. It will not impact your login credentials nor will it be used for communications.

If you did not make this request, please contact Customer Support.

---

**Celsius Network LLC**
50 Harrison St. Suite 209F
Hoboken, NJ 07030 USA

**Celsius EU UAB**
Gedimino pr. 20
Vilnius 01103, Lithuania

**Celsius Network Limited (UK Tax Strategy)**
167-169 Great Portland Street, 5th Floor
London W1W 5PF, UK

**Celsius Lending LLC**
50 Harrison St, Suite 209F,
Hoboken, NJ 07030 USA

© Celsius 2024



**Thank you for your inquiry** Inbox

Celsius Distribution  21 Feb
to me

**Thank you for your request.** We *strongly* suggest you refer to our Distributions FAQ if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Stretto

Reply   Forward



