Dear Honorable Judge Glenn,

I am writing this short letter because I haven't yet received an email with my distribution claim code in the case Celsius Case No 22-10964

The Celsius plan went on effect January 31st, 2024, with the expectation that creditors could get their distribution shortly after.

I am a creditor with an earn claim, and after 5 weeks later I haven't received anything yet.

I am asking the court to please step up for us creditors because we have nowhere else to turn.

Regards,

Gianni  Vanni