# Letter to the Honorable Martin Glenn Re: Celsius / Stretto Case: 22-10964

March 12, 2024

Have not yet received any recent correspondence regarding the distribution of my claim after numerous support tickets with Stretto.
Filed by Brooks Duvall

Hello! Despite numerous attempts to reach Stretto and anyone that might've responded from Celsius or Stretto, I still have not yet received any information regarding distribution of my invested cryptocurrency. The corresponding email that I received was to inform me that I needed to update my Coinbase, Venmo and Paypal account for adequate access if needed, however nothing has happened. I realize that you're handling a lot of inquiries regarding this and I cannot thank you enough for your time and effort.


Sincerely,

Brooks Duvall
215.688.1998
Email: 19hrdlf@gmail.com