Honorable Martin Glenn,

I want to express my gratitude for carrying out the difficult case of the Celsius bankruptcy. While most of the creditors have been compensated, I am in the pool of those for whom the payment process is stalled. I am compiling this letter in order to raise awareness and ensuring that the process will be concluded according to the ruling.

As an EU citizen, I was expecting to receive my funds via Coinbase, where I was a verified customer since 2018. Even though I had everything set up, without a prior notification, Coinbase reset my verification and prompted me to repeat the KYC. I'm not sure if that was intended, but this was at the time when Stretto was sending the remittances, which resulted in a failed transaction.

I finished the KYC right after and contacted Stretto that everything is ready on my part and the transaction should be successful this time, only to receive an automated reply that more or less stated that the distribution is ongoing.

It has been more than a month, and I still have not received any funds. I am afraid that Stretto might take advantage of this situation and, using their incompetence as an excuse, will compensate me (and many other users) on the nominal account value at the time of the bankruptcy using a USD-denominated check. This would pose a serious issue, since it will not only result in us receiving ~50% less value with the current prices, but will also increase the cost of non-US creditors redeeming a USD check.

It is quite frustrating—being cheated, waiting for 2 years, and receiving quite a haircut to be tormented until the last minute. What I would like is for the rest of the creditors to close this chapter fairly. And it feels really unfair for a firm that received that many millions in legal fees to keep us in limbo and not allowing us to continue our lives.

I am really grateful for reading through my letter, and I want to thank you once again for your invaluable contribution. I am sure that if one can gate keep that this procedure is fair for all creditors, that would be you.

With sincere appreciation,

Dimitrios Karypidis

dim.karypidis@outlook.com