Your Honor Judge Glenn,

I am writing to bring to your attention an issue regarding the Celsius Network bankruptcy proceedings. My name is Frederic LE FEURMOU, and I am one of the affected individuals awaiting claim codes for this case.

Despite the passage of time since the initiation of the bankruptcy proceedings, I regret to inform you that I have yet to receive my claim codes. As a creditor impacted by the situation, this delay is concerning and has caused significant uncertainty and distress.

I want to assure the court that I have taken all necessary steps to ensure that the claim codes were not overlooked, including checking my spam folder regularly. However, there has been no correspondence regarding the claim codes to date.

I understand the complexities involved in handling bankruptcy cases, particularly those with a large number of claimants like the Celsius Network case. However, the lack of communication and delay in distributing claim codes have added to the frustration and anxiety experienced by affected individuals.

Given the importance of timely resolution in bankruptcy cases, I kindly request your assistance in addressing this matter promptly. I seek clarification on the timeline for the distribution of claim codes and any steps that can be taken to expedite the process.

Furthermore, I am committed to cooperating fully with the court's directives and providing any additional information or documentation required to facilitate the resolution of my claim.

Your Honor, I appreciate your attention to this matter and trust that you will take the necessary actions to ensure a fair and efficient resolution for all parties involved.

Thank you for your time and consideration.

Sincerely,

Frederic LE FEURMOU