To Whom it May Concern,

It has been over a month of Celsius distributions and I have not received any claim codes or communication from the team.

I never received the expected claim codes. During this past month, I've submitted multiple tickets over this period and have not received any response from Celsius regarding my issue. This is not a matter of checking my spam folder or having the correct email address. All communications prior to the distribution period were received and reviewed.

I'm eager to resolve this process as quickly as possible, but have been ignored and dismissed at every turn. If there's anything that can be done, I would greatly appreciate your support. My claim number is 18288.

Thank you,

Joseph Cameron Morgan
2813 Remington Ave,
Baltimore, MD 21211
(832) 974-1000
cameron.morgana@gmail.com