# Michael A. Neitzel

651-442-2500  mneitzel20@hotmail.com  17267 Marshfield Lane, Prior Lake, MN 55372

March 12, 2024

Judge Martin Glenn
One Bowling Green
New York, NY 11110-1408

Judge Glenn,

I'm US earned creditor in Case 22-10964. I have not received my distributions emails from Stretto. I have checked my inbox and spam box daily since February 1st, 2024. I am fully KYC'd with Celsius and Paypal, my email matches for both, and I have received my Ionic Shares email. I filed my first customer service ticket with Stretto on 2/15/24. In the intervening weeks, I filed five more tickets. All of them have received automated responses, the ever present FAQ page link, and no individualized response. I have called Celsius/Stretto telephone "hotline" to be sent to voicemail over and over. The two times I reached a human being, they obfuscated my questions and said to go to FAQ page. I've also emailed Kirkland and Ellis for assistance, and was stonewalled by email and phone.

Let me be blunt. I think there is more than just "incompetence" going with Celsius, Stretto, PayPal, Venmo, Coinbase, and Kirkland and Ellis. I think something stinks in Denmark, and there's malicious behavior, that creditors around the world are being subjected too.

Please put the hammer down on these companies. Thank you.


Sincerely,

Michael A. Neitzel