# Case Number 22-10964

13 March 2024

Dear Judge,

I am one of the people impacted by Celsius bankruptcy. I am currently holding ETH, BTC and Polkadot (See Screenshot Below).

I have been contacted by Stretto on 16 February 2024 (see email attached) saying that they cannot pay me through Coinbase even thought I have a Coinbase account and my Coinbase Id (email) is the same one as the one I utilized for Celsius.

I sent an email to Stretto asking them to pay me through PayPal, but they said that as I am not in the USA, but in the UAE, they cannot use PayPal.

Since then, I have been sending email after email asking them:

- Why they cannot do it through PayPal as I hold an account with them?
- What are the payment methods they suggest?
- How much money will I get in return and when?

**Absolutely no answer to any of these questions.**

I am quite frustrated and concerned because when I checked the Balance sheet, I see that Stretto is getting a lot of money **from our money** as Admin fees. However, they don't have any professional behaviour toward us or gives us explanations and solutions.

Can you please help me to get a very clear and straightforward answer from them on how much I will get paid, how and when?

Best Regards
Facundo Mendoza

**Screenshot Holdings**



### IMPORTANT: We are unable to process your claim at Coinbase

| | |
|---|---|
| From | Stretto Celsius Network <no-reply@cases-cr.stretto-services.com> |
| To | facundo.security@protonmail.com |
| Date | Friday, 16 February 2024 at 14:55 |

Dear FACUNDO MENDOZA

You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase.**

**No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If You Need Further Support**
If you have any questions or need assistance with this process, we *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.