Please help,

My name is Darren , I put my life saving into Celsius because I believed Alex Mashinsky when he said that Celsius was as safe as a bank.  But that was not the case and now I can not get my claim paid out or any communication with Celsius.  I am worried because all of my friends have received there claims paid and they have enjoyed bitcoins rise from 42k to now above 70K.  Will I still get my in kind claim in bitcoin at the 42K locked in price or are the lawyers just waiting while bitcoin appreciate so we receive less Bitcoin?

The problem with my account is that when I set up the Celsius app i used my biometrics from my Iphone that gave me an **@privaterelay.appleid.com** email address for my account.  I have been receiving all of the general emails about deadlines and court filings but nothing to help with up dating my email. It's been 5 weeks.

I don't know what to do this has been so stressful and has taking a huge toll on my marriage. PLEASE HELP!

Thanks,

Darren