Still Waiting for Celsius Claim Codes   -  13/03/2024

To Whom It May Concern,

I am writing this letter as I am still yet to receive my Claim Codes for crypto held by Celsius which are: 1.019762 Bitcoin, 1.052515 Ethereum and 1,038.996020 Polygon (Matic).

Can you please help to see my Claim Codes are forwarded to me at the earliest convenience.

I received an email from Stretto Celsius Network on the 16th of February 2024 titled as follows:

**Action Required: Your Claim Distribution Encountered an Error at Coinbase** (See Screengrab below)

> Dear ALLEN J COOK
>
> You are receiving this email because no Coinbase account was found matching the details on file for you. As such, Coinbase was unable to complete your claim distribution.
>
> **Action Required**
>
> - Ensure you have an active account at Coinbase using the same email address used for your Celsius account.
>   1. If you do not already have an account at Coinbase, please create an account
>   2. If you already have an existing Coinbase account, ensure the email address matches the email associated with your Celsius account. How to change your Coinbase account information
> - Ensure your personal information is up to date and accurate in your Celsius Account, including your email and date of birth. This information will be used to verify your identity for your claim distribution with your Coinbase account, and must match your government issued ID.
>
> It is recommended that you change the email associated with your Coinbase account to match your Celsius information. In the event that you cannot change your email address with Coinbase, you can add an email address to your **Profile** within your Celsius App account by adding a new **"Distribution Email."** At this time, the Distribution Email will only be used to match your account to facilitate your claim distributions and **will not** be used for communications, nor will it affect your login credentials for the Celsius App.
>
> **If you have questions or need further support**
> We *strongly* suggest you refer to the Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.
>
> The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.
>
> **Stay Alert**
> Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.
>
> Stretto

However, the points listed under **Action Required** are irrelevant as I have a working Coinbase Account and all details are correct so I cannot understand why Stretto are having an issue here.  I have responded to the above email twice via the proper channel by logging tickets and have not received any reply.  I am hopeful you can accelerate the resolution of this error by Stretto and see to it my Claim Codes are received soon so I can claim back my Crypto.  Please Advise.

Sincerely

Allen J Cook

Cook.allen@gmail.com , allen.cook@crayon.com (alternate email provided to confirm identity)