Dear Mr. Glenn,

i am writing because i need to draw attention to my claim distribution regarding to the celcius case.

I have not gotten any mail since February 6th. The last response on this day from Stretto has been an information because my Coinbase Account does not match with my celcius account.

Strangely enough, I've had my Coinbase account with this email address for several years...

When I saw my balance in the Celcius app for the first time after 2 years, I really thought that my crypto assets were still being paid out, but I see no reason to end the process if all creditors have not been compensated.


Best regards
Markus Geyer