Monica Sofia Borges
Rue du Golf 8
3963 Crans VS
Switzerland


March 12, 2024

Subject: Request for help with Coinbase distribution Case No. 22-10964

Dear Judge Glenn,

My issue is with Coinbase, I am a Swiss citizen and a customer of Coinbase since 2020. My email address on Coinbase is **monicasofiab@gmail.com**, my email address on Celsius **is msbprojet@gmail.com**. Celsius asked to write our Coinbase address if it's different from the Celsius app in order to match my account, which I did. I have reach out to Coinbase and Stretto none of them has responded me with personal answer. Stretto said that Coinbase is doing there best and ask for patience. I don't understand why it takes so long for us the small amount that have problem, to get a distribution. My mother is in the same situation, because of me, and I need help to recover the small amount left of our crypto. It's very hard to see the price of Bitcoin rising while my crypto is trapped on Celsius while most people has received their funds. This situation causes us a lot of anxiety and sadness. Please help, you are the only one that can help us and I am desperate.


Thank you, for your time.

Monica Borges