Date: 3/12/24

Honorable Martin Glenn,

I am writing this letter as a concerned Celsius creditor involved iun the bankruptcy case 22-10964. I have yet to receive my claim from the Celsius (Stretto) bankruptcy. This is very concerning as well as frustrating as there seems to be no transparency around this process. My account details are below.

- Name : Biwesh Pradhan
- Celsius Account email: biwesh@gmail.com
- Celsius Member ID # 148859b164

Thank you,
Biwesh Pradhan