Michael Osborn

3204 Shore Rd.

Fort Collins, CO. 80524

mcosborn@ymail.com

818-800-0866

03/12/2024

Attention: Judge Martin Glenn

Re: Case Number: 22-10964

Dear Martin Glenn,

I am writing to bring to your attention a matter of significant concern regarding the distribution process in the above-mentioned case. Despite repeated attempts to resolve issues with the distribution of assets, I have encountered persistent obstacles and a lack of responsiveness from the appointed distribution agent, Stretto.

Since the issuance of PayPal "claim codes," I have made numerous attempts to redeem them, only to find that they are not valid. Despite my efforts to communicate this issue to Stretto through email, I have received no response for at least one month. This lack of communication has left me in limbo, unable to access assets to which I am entitled.

In contrast, PayPal has informed me that the "Know Your Customer" (KYC) process is complete, and they have confirmed that there are no issues on their end that would prevent the receipt of distributions. Additionally, I have been informed that Coinbase is a viable option for receiving my Celsius distribution, yet no attempt has been made to facilitate this option.

Furthermore, I have not received any information regarding the mining shares of Ionic Digital, adding to the uncertainty and frustration surrounding the distribution process. It is deeply concerning that after waiting over 600 days to determine the fate of my assets, I am now faced with additional delays and a lack of transparency in the distribution process.

It is important to note that the Celsius creditors have already incurred substantial legal fees, and additional funds were held back specifically to address emergencies related to distribution. Moreover, $70 million dollars were set aside to ensure that distributions could be made in a timely manner. The delay and lack of transparency in this process are unacceptable and have left me and other creditors feeling frustrated and anxious.

I respectfully request that the court intervene to address these issues promptly and ensure that the distribution process is conducted in a fair, transparent, and expeditious manner. I also urge the court to hold Stretto accountable for their lack of responsiveness and failure to fulfill their obligations as the distribution agent in this case.

Thank you for your attention to this matter. I trust that the court will take the necessary steps to resolve these issues and ensure that creditors receive the distributions to which they are entitled.

Sincerely,

Michael Osborn