Subject: Urgent Appeal for Alternate Distribution Agent - Celsius Case No. 22-10964

Dear Judge Glenn,

I trust this message finds you well. I am writing to express my deep concerns regarding the ongoing operational challenges faced with Coinbase, the designated solo distribution agent for international creditors involved in the Celsius Case No. 22-10964. Given the complexities encountered, I respectfully request the court's consideration to mandate the Plan Administrator to appoint an alternative distribution agent.

My concerns primarily center around two critical issues related to Coinbase's role as the sole distribution agent:

- Protracted KYC Process: Coinbase's mandated KYC process for numerous international account applicants has proven excessively burdensome and time-consuming. The extensive documentation requirements and inquiries, including those specific to the U.S. such as W2s and 1099s, have resulted in significant delays and hurdles for international creditors. Despite my dedicated efforts, the completion of the KYC review process has been hindered by Coinbase's insistence on additional document requests and questions that may not be feasible for international creditors to fulfill.
- Delayed Responsiveness: Coinbase's responsiveness to inquiries and its comprehension of the circumstances faced by international creditors have been inadequate. This delay exacerbates the challenges encountered in the distribution process, leading to a state of uncertainty and frustration among affected individuals, especially considering the approaching one-year deadline for claiming assets.

Moreover, the time it takes for Coinbase to respond to inquiries is a matter of serious concern. The weeks-long delay in obtaining responses has further impeded the progress of this crucial process.

I initiated the KYC process in early January, and to date, I have submitted numerous documents while diligently responding to all inquiries. However, the process has been further hindered by Coinbase's insistence on more documentation and duplicate requests.

I have already experienced significant losses in both my cryptocurrency holdings and overall net worth. The prospect of Celsius now indicating they will send a check has heightened my desperation, causing sleepless nights. Despite exerting every effort to streamline the Coinbase KYC process, its complexity and the dwindling time frame have left me in a challenging position. What I truly seek is not a monetary check in the mail but the return of some of my cryptocurrency, aiming to finally conclude this distressing chapter in my life.

I deeply appreciate your attention to this matter and kindly seek your assistance.

Thank you very much.

Sincerely,


Marta Otazo

E-8-191851

Panama