David Newman
411 S. 3rd Street
Phoenix, AZ 85004
Misterdnewman@icloud.com
312.316.5317
3/12/24


Martin Glenn
Chief Judge
United States Bankruptcy Court
Southern District New York

Dear Judge Glenn,

    I hope this letter finds you well. I am writing to bring to your attention a matter of utmost urgency regarding the distribution of funds owed to me, which has been mishandled by Celsius Stretto. Despite repeated attempts to resolve the issue, I have yet to receive the funds owed to me, and it has now been over five weeks since they were due.

    As you are aware, the cryptocurrency market has experienced significant fluctuations in recent weeks, with prices soaring to all-time highs. Unfortunately, due to the delays in the distribution of my funds, I have been unable to capitalize on these favorable market conditions and am now at risk of being left behind financially.

    I have made every effort to communicate with Celsius Stretto regarding the status of my funds, but their responses have been inadequate and unhelpful. Despite their assurances of prompt payment, I have seen no progress in resolving this matter, and I am deeply concerned about the impact it is having on my financial well-being.

    I respectfully request that you intervene in this matter and take whatever action is necessary to ensure that the funds owed to me are promptly disbursed. I believe that Celsius Stretto's failure to fulfill their obligations in a timely manner constitutes a breach of contract and warrants intervention by the court.

    Thank you for your attention to this matter. I look forward to a prompt resolution and the swift receipt of the funds owed to me.

Sincerely,
David Newman