To Whom it may concerm,

I had both an Earn and a Loan claim through Celsius.  This note is regarding my loan claim.  Here is the sequence of events

1. I repaid my Loan by Wire transfer a total of $96250 on January 25th,
    a. I elected to receive the repayment in ETH only.
    b. The price at 12pm EST on CoinPaprika was $2184.6,
        1. This means I should receive a bit over 44.05 eth related to this repayment
2. I received a distribution which included my regular earn claim and what was left of my Borrow earn claim after applying the Setoff Treatment.
3. The $96250 I repaid by wire transfer was not be included in the initial distribution I received.
4. I received numerous emails from Celsius confirming that they received my loan repayment on 1/25/2024 and that the repayment was not included in my initial distributions.  They said a second distribution would arrive in "a couple weeks"
    a. Email 1 sent by Stretto/Celsius and received on 2/26/24 at 11:40 AM MST
        1. In order to make initial distributions, the Debtors were required to determine the initial distributions amounts prior to January 25th. As such, any loan repayment paid after that but prior to the deadline will be paid in a second round of distributions. The Debtors are actively working these payments and they should be made in the next couple weeks.
    b. Email 2 sent by Stretto/Celsius and received on 2/26/24 at 11:45 AM MST
        1. Your wire of  $96,250.00 was received on January 25, 2024. Therefore, your payment was not reflected in the initial distribution. Any loan repayment paid on or after the 25th that but prior to the deadline will be paid in a second round of distributions.
5. It is now past the "couple weeks" as indicated in their first email and I still have not received the second distribution as promised.  I would like to receive the 44.056 ETH I am owed.

Thank You

Jeremy Duboys