Case: 22-10964

Celsius Bankruptcy

March 12, 2024

Edmonton, Alberta, Canada.

To the Honorable Judge Martin Glenn,

Dear Judge. I will not take much of your time.

All I wish to do is grab your attention to the fact that many Celsius creditors, me included, have not received their coin distribution yet.

I live in Canada, my Coinbase account is in order and matches all my Celsius account information, yet I have not received any word about my coin distribution. I have received mass emails from Stretto, and I have received Ionic share distribution. My information is certainly on file. Yet somehow, I have not received any coin distribution from these bankruptcy proceedings.

Please help all of us that are still tied up in this process.

Sincerely,

Tom Hubert Jan Sliepen

(Tom Sliepen)