Mr. Patrice Poujol

Email: patrice.poujol@gmail.com

Telephone: +852 6449 1774

Hong Kong

Case: No. 22-10964 (MG)

Schedule F Line: 3.1.442409

Hong Kong, 08/03/2024

To whom it may concern:

Subject: Objection to claim being rescinded

Dear Sir, Madam,

I would like to confirm that I wish to maintain my election right and do not wish my Claim Election to be rescinded.

Patrice Poujol