Dear Judges

My name is Ruangwith Viwathanatepa and I writing to let you know about the messy process of Celsius distribution especially for those of us living outside the US. Please help us.

I living in Thailand and log in to the app via apple ID with hide my E-mail function on, through out the whole process I only received one relevant E-mail from Stretto informed that they can not find my Coinbase account as shown below. But I my understanding is that I will be mailed check in USD (Thailand address) which I have not receive any further update or instruction since. No voting for distribution last year, no claim code this year nothing. I can only keep up with what is happening thank to Aaron Bennett.



Here is my account information as displayed on the celsius app from 2nd Feb 2024



22-10964-mg    Doc 4595    Filed 03/12/24    Entered 03/13/24 15:24:52    Main Document
Pg 3 of 9

**14:09**   📶 5G 60

← **Personal Information**

Email Address
48cphyg5f9@privaterelay.appleid.com

Date of birth
14th April 1986

Gender
male

Citizenship
Thailand

— ADDRESS INFO —

Street address
Soi Ramkhamhaeng 43/1

Apartment number
323

City
Bangkok

ZIP / Postal Code
10310

Country

Thailand

![[



Gender

male



06:36

**Verification Required:** Alternative Email for Coinbase Distributions confirmed with primary Email Address, waiting to confirm on new Alternative Email.

OPTION ONLY FOR COINBASE DISTRIBUTION CREDITORS. If your Celsius email matches your Coinbase email, you SHOULD NOT add an Alternative Email.

Optional, if needed: This Alternative Email should only be added in the event there is an issue with your ability to match your Celsius account email to your Coinbase account email.

This Alternative Email will only be used for the purpose of matching your identity for Coinbase claim distributions. It will not impact your login credentials nor will it be used for communications.

ruangwith@live.com

TIN

PROFILE DETAILS

ADDRESS INFO



My current address is correct and, but the when and how much is not clear. This is really stressful knowing that Celsius and Stretto believed they have already reached out to every one and any attempt to contract support face with a blanket bot response.

Thanking for listening to my concern despite your incredibly busy schedule, god bless you.

Ruangwith Viwathanatepa