Dear Honorable Judge Glenn,

My aim of this brief letter is to inform you of the pain and suffering I have been through regarding the Celsius bankruptcy, and furthermore the refinancing process which seems to be getting worse.

I have lost basically my entire life saving in the Celsius bankruptcy. I started out buying bitcoin in 2013, so ended up timing this quite well. However I never really sold over the years, just held because I believed it was a great investment. Fast forward to 2021 I decided to deposit my bitcoin into Celsius because I wanted to save enough money to buy a house for my wife and kids. I never would of thought that this money would disappear and the whole thing would be a scam.

I did take out a few loans on Celsius, that's why I am in the loans group and opting to refinance the loans that I had. Now that Celsius has changed the date that they close out the loans, we are loosing almost 40% more than if they just used the effective date, which was the original deal. How can they do this? Haven't the creditors with loans already suffered enough?

If there is any chance, I plead with you to make the debtors use the effective date to settle the loans for retail creditors.

Thank you very much for your time and for all your work this far.

Kind regards,

Hayden Smith


**Below I have included the letter from Tony Vejseli which he has submitted to you a month or so ago. He goes into much more detail (far better than me) about the same situation.

Dear Honorable Judge Glenn,

I write this letter deeply concerned with the current performance of the post petition debtors and their distributions to creditors in the Celsius Case No. 22-10964. I have been an active creditor throughout the bankruptcy and have continued to advocate on behalf of creditors post emergence. I served on the steering committees of both the custody and loans ad hocs. I am a creditor with a custody, loans, and earn claim. I am asking the court to please step up for creditors because we have nowhere else to turn.

With that said, there has been an alarming level of ineptitude currently on display post emergence. The Celsius plan went into effect on January 31st, with the expectation that creditors could get their distributions shortly thereafter. The debtors would like us to believe they were prepared to go effective, but it is not lost on anyone that they rushed so certain highly paid employees could get their incentive bonuses.

Yet more than a month later, I get messages day after day from panicked creditors that still have not gotten their distributions. The stories have been appalling: Paypal creditors given wrong redemption codes, coinbase creditors unable to KYC, creditors locked out of their accounts, etc. The complaints have been endless. The debtors released a notice that all initial distributions have been completed, yet more and more people come out of the woodwork stating they have yet to receive anything at all. The docket is full of creditors begging for help. How can both of these things be true?

This goes further than that. The debtors arbitrarily decided to liquid all corporate account holders except the top 100 for cash, yet 5 weeks post emergence these creditors have STILL not received their wire transfers. Under normal circumstances this might not be a big issue. The issue, however, is that crypto prices have increased substantially since the effective date. The plan went effective with a BTC price of $42,973 and an ETH price of $2,577. BTC is currently hovering around $67,000, while ETH trades at $3,900 as of 3/7/24, a 55% and 51% increase, respectively. After being defrauded by Mashinsky and dragged through bankruptcy for a year and a half, these creditors are forced to take ANOTHER haircut. And for what? Because they weren't rich enough to be part of the top 100 corporate creditors? How can this be fair and equitable?

Likewise, the borrowers continue to get the short end of the stick in this bankruptcy. The borrower ad hoc attended a grueling mediation with Judge Wiles and left with a settlement in place that was far and away less than what we were all expecting. Then the Fahrenheit plan fell apart and all that was negotiated for went out the window. Still, the borrowers maintained the ability to refinance our loans, even if the circumstances were less than ideal. The borrowers, however, are still subject to market volatility because of the financial aspects behind a refinanced claim. In a refinance scenario, a borrower's excess collateral claim (i.e. amount of collateral minus the principal amount) is given the same haircut as earn and then locked in at effective date pricing. The second portion of the refinance (the principal value) is dynamic in nature and based on the market price of BTC or ETH at the time of the refinance (i.e. third party lender pays Celsius the principal portion on behalf of the borrower and then Celsius goes out into the open market to acquire the BTC or ETH). Similar to the corporate accounts, these delays and the subsequent run up in asset price is a further haircut to refinancing borrowers. The principal portion currently returns HALF the amount of BTC or ETH that it would have returned at the effective date. This is people's life savings evaporating before our very eyes; left at the mercy of those who have yet to find a deadline they did not miss.

I don't know if the court will even read this message, but I am asking you on behalf of all the Celsius victims, please get involved. Please compel the debtors and the plan administrator to do what's right by creditors and get us out of this mess, once and for all.

Thank you for your time.

Tony Vejseli