**Gmail**                                                                                             **Phillip Coselli <phill.coselli@gmail.com>**

## IMPORTANT: Your claim cannot be serviced at PayPal or Venmo
2 messages

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>                           Thu, Feb 8, 2024 at 6:55 AM
To: phill.coselli@gmail.com

Dear PHILLIP ROY COSELLI

You are receiving this email because we have been notified that your claim distribution **cannot be serviced by PayPal or Venmo.**

**No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If you have questions or need further support**
We *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

**Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>                           Thu, Feb 8, 2024 at 6:57 AM

To: phill.coselli@gmail.com

[Quoted text hidden]