To the Honorable Judge Martin Glenn,

I am writing seeking relief as a creditor in the case of Celsius bankruptcy (case# 22-10964). I have failed to receive my claim codes for Bitcoin and Etherium as outlined in the settlement distribution plan. I have submitted inquiry tickets with Stretto in this regards however they so far they have not been forthcoming with answers.

I am writing this in objection to Celsius' claim that all creditors have been contacted and received their claim codes. This is not so.

I have done all of the due diligence requested of the bankruptcy proceedings, with all supporting documentation, and confirmations of receipt of claims. Please see attached documents.

I ask the court to grant relief in this matter as previously ordered by the court.

Sincerest regards,

Christopher L. Smith