Francisca Borges
Rue du village 6A
1124 Gollion
Switzerland


March 12, 2024

Subject: Request for help with Coinbase distribution Case No. 22-10964

Dear Judge Glenn,

My issue is with Coinbase, I am a Swiss citizen and a customer of Coinbase. My email address on Coinbase is **franciscavarela@hotmail.ch**, my email address on Celsius is **antonina.gomes12@gmail.com**. Celsius asked to write our Coinbase address if it's different from the Celsius app in order to match my account, which I did. I have reach out to Coinbase and Stretto none of them has responded me with personal answer. Stretto said that Coinbase is doing there best and ask for patience. I don't understand why it takes so long for us the small amount that have problem, to get a distribution. I need help to recover the small amount left of our crypto. It's very hard to see the price of Bitcoin rising while my crypto is trapped on Celsius while most people has received their funds. This situation causes me a lot of anxiety and sadness. Please help, you are the only one that can do something for us.

Thank you, for your time.

Francisca Borges