Dear Honorable Judge,

First off, thank you for working on this case on behalf of all of the Creditors.  I am writing to plead for assistance with my claim and to express my deep concern with the current performance of the post petition debtors and their distribution to Creditors in the Celsius Case No. 22-10964.

I am a U.S. Creditor with an earn claim and **have still not received my claim/distribution, claim codes from PayPal or my shares to date (3/12/2024)**.  I have completed all the required steps for distribution and have not received my codes.

I've reached out multiple times via the Stretto support ticket portal and have only received generic automated responses and nearly zero communication from their teams.

I am also concerned and starting to panic that they may send the dollarized amount or a check in the mail and not the liquid distribution or I might not receive any distribution at all.

I am asking that the court please step up for the creditors because many of us including myself feel helpless and have nowhere else to turn.  Please compel the debtor and the plan administrator to

Thank you,

Tomson Mukai