Dear Judge,

My name is Brian Milo - Case #22-10964.
I am owed 0.48900369 Bitcoin and 7.3075361447902344 Ethereum.
The claims codes were sent on February 12 of 2024. The codes state "Paypal cannot distribute your claim", I get the same error with Venmo. I have called, Paypal, and Stretto multiple times as well as emailed them with no luck regarding the issue. Please see the screenshots attached. This has been a long process and I am looking forward to getting this resolved.

Thank you,
Brian Milo
815-520-4657
7160 Stearman Drive
Loves Park, IL 61111

Dear BRIAN T MILO

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 30965abb-e3ab-4d64-8183-394bc7d484d9 |
|---|---|
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 7.3075361447902344 |

Dear BRIAN T MILO

You are receiving this email because your claim distribution is **now available to collect at PayPal or Venmo.**

Please find your claim information in the table below:

| Claim Code* | 30965abb-e3ab-4d64-8183-394bc7d484d9 |
|---|---|
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 7.3075361447902344 |



# Redeem your BTC or ETH Celsius claim

Enter your Celsius claim code and date of birth to get started.
For help locating your code, **contact Stretto**.

**Claim code**
539b20c0-b8fc-4f69-b27e-611e9e0240e6

⚠️ We're unable to redeem that code. Contact Stretto for more information.

**Date of birth**
11/12/1978

MMDDYYYY

**Distribution terms apply**

**Keep your crypto in PayPal**

[ Redeem Celsius Claim ]

Dear BRIAN T MILO

You are receiving this email because we have been notified that your claim distribution **cannot be serviced by PayPal or Venmo.**

**No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If you have questions or need further support**
We *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto