March 12, 2024

Dear Judge Glen,

I am a creditor of Celsius Network. To date I have not received my Crypto back as the bankruptcy plan was supposed to work. I completed my proof of claim on 8/12/2022 at 4:40 pm PT and voted for the bankruptcy plan. I am requesting assistance in recovering my Crypto from Celsius. I have sent multiple support tickets to Stretto through the FAQ link. The only response that I receive are generic emails.

**I did not receive the ~ .76 BTC that I should receive from my claim.**

**I also did not receive my Iconic Digital stock claim that should have amounted to ~ 845 shares.**

This is a very frustrating process to go through to get back what is rightfully mine at a substantial loss. I would like a Celsius or Stretto representative contact me to help with my long-awaited recovery.

Respectfully,

John O'Connor

johnopt@att.net