Dear Judge

I am writing with my concerns about the lack of communication from stretto regarding my clesius distribution.

I received an email on Feb 16th from Stretto advising me that they could not find a coinbase account that matches my email address. This was my first communication regarding distribution and was not previously notified I needed to set up a coinbase account. I immediately created an account and received another identical email to the first one.

I logged a support ticket with stretto asking if they had attempted again as I received the same email after I created an account. They responded with generic FAQ information. I replied again complaining they did not answer my question and restated the question with more detail. Again I received generic FAQ information.

It has now been 1 month and I have not received any further communication and do not know if I need to do anything.

The Celsius subreddit is filled with hundreds of

other people in the same situation and noone has received any response to support tickets other than thr generic FAQs. Millions of dollars have been allocated to the distribution and wind down plan yet they can not communicate effectively to us.

I am checking my account everyday in hope and have given up on logging support tickets for more information

Please can you direct stretto to commit to a date for the next round iof distribution attempts and communicate this ASAP. Can you please also direct them to respond adequately to support requests

Regards
Melissa Mcfarling
Australia