The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York

I had a celsius account with the same mail of my Coinbase one.
I was patiently waiting for my distribution. but I made the terrible mistake and put an alternative mail con celsius app.
So at the time of distribution my coinbase mail and celsius one did not match anymore.
I realized the mistake after a notification of failed attemp of distribution, where they urged me to change one of the mails so they matched. I did so, I changed the Coinbase on so it did match with the alternate mail for distribution on Celsius app. They now both are gabriellaxscaglione@gmail.com.
But no more attemps of distribution was made anymore.
So now I don't have anymore my crypto. I had a lot of faith in this process, I waited for more than a year to have my cryptos back, don't let me down please.
Sincerely,
Gabriella Scaglione