Dear Honorable Judge Glenn,

I write this letter deeply concerned about the current performance of the post-petition debtors and their distributions to creditors in the Celsius Case No. 22-10964. I have been an active creditor throughout the bankruptcy, holding an earn claim. I am urging the court to step up for creditors because we have nowhere else to turn.

With that said, there has been an alarming level of ineptitude currently on display post-emergence. The Celsius plan went into effect on January 31st, with the expectation that creditors could receive their distributions shortly thereafter. The debtors would like us to believe they were prepared to go effective, but it is not lost on anyone that they rushed so certain highly-paid employees could get their incentive bonuses.

The debtors released a notice stating that all initial distributions have been completed.

However, I still have not received my claim distribution from Celsius through Paypal, and my disappointment continues. The value of my claim surpasses $717,000, reflecting a lifetime of hard-earned assets. Each day, I visit the church to prayer of receiving my claim distribution.

I don't know if the court will even read this message, but please get involved. Please compel the debtors and the plan administrator to do what's right by creditors and get us out of this mess, once and for all. Thank you for your time.