Dear Honorable Judge Glenn,

My name is Yoonah Park. I am a resident of South Korea and a creditor in the Celsius bankruptcy (Case 22-109640). I am writing you this brief letter to inform you that I have not received the distribution that I was told would be coming to me.

I initially received an email stating that I would be getting USD. However, I have not gotten any information on why my distribution would be issued in American dollars and not liquid cryptocurrency; nor have I been told how much money I would get, when I would get it, or how it would be sent to me.

As you likely already know, the creditors that will be getting, or already have gotten, liquid cryptocurrency will have a positive outcome in current market conditions. However, the creditors, like me, that are to be receiving USD are at a huge disadvantage. It seems there was disregard and a lack of concern for those that will have their distribution in USD. To make distributions equitable, creditors getting USD should have not been placed last.

I have contacted support regarding my case. The reply was a form email without any information of value.

Thank you for taking the time to read my concerns

Yoonah Park