Zürich, 12 mars 2024

Claim: 24255

Case Number : 22-10964 (MG)

Creditor Name: Sebastian Dannecker

Dear Judge:

Despite having voted and **accepted the Plan** last year, we have still not received our money back. Our claim appears in a list with the status "**unliquidated**", with the message:

*"Your Proof of Claim has been received and your reference number is CEL-24489"*

We do not understand what this means, and why the claim is still unliquidated. As many other people we trusted Celsius in the past and put money in their custody. We would be happy to receive at least the part that was promised from Celsius of our money back. We did open tickets with customer support from Celsius and Stretto, but we did not get any answer yet.

We have a family with 2 little children, and we would like to go ahead with our lives, leaving this stressful situation behind.

    We thank you for your efforts and beg you to help us to receive our money as it was promised.

    Respectfully

Sebastian Dannecker and wife.