# Michael Niemeijer

24 St Catherine's Park
Sandycove Co. Dublin A96 DD39
Ireland
+353894489944
subs@niemeyer.co.nz

13 March 2024

Judge Glenn

Dear Honorable Judge Glenn,

I am writing regarding the distribution of my Celsius payout.

I have yet to receive my crypto. It is (to me) a substantial amount and there has been no communication with regards to receiving it, other than initial communications.

I am due to receive it at Coinbase, but I have not received information about even an attempt being made either from Stretto or from Coinbase.

I am worried that my distribution has become somehow lost and I receive only standard responses when submitting a ticket.

The total lack of communication is very frustrating and not a little scary. My Celsius account contained a substantial amount of my retirement savings and I am desperate to get what little remains back out again.

If there is a problem, I'd like to know.

I also do not want to receive a dollarized cheque. I want to receive the actual crypto that I am due.

Please help!

Yours sincerely,


Michael Niemeijer