William Johnson
575 Happy Hills Lane
Madison, VA 22727

March 12, 2024

Honorable Martin Glenn
Chief Judge
United States Bankruptcy Court
Southern District Court of New York

Re:  Celsius Bankruptcy Case #22-10964 - Unable to Redeem BTC and ETH using codes

Your Honor -

I am writing because I am part of the Celsius bankruptcy case #22-10964 and am unable to redeem my BTC and ETH from the codes provided by Stretto via email one month ago on February 12, 2024..  Stretto explained to me in the email that the codes could be redeemed through PayPall.  I have tried MANY MANY MANY times, but it continually says "**We're unable to redeem that code. Contact Stretto for more information.**"  and does not allow me to redeem the BTC or ETH.

I have contacted Stretto through their website and they don't have more information to give me.  I have received a form letter from them saying they'll be in touch. But, nothing ever comes.  It's now many weeks (one month today)  since this was available and I am concerned there are bigger issues.

Please can you tell me what I should be doing?  Can you have someone from Stretto reach out to me via email or phone?  I need help getting these codes redeemed. I seem to be in an infinite loop of Stretto's never ending inability to help me redeem the code!

Thank you for your help.

William Johnson
434-466-8893
jofadude@gmail.com