Hello,

I am writing to request your assistance. I have both a paypal account registered in the email that matches my Celsius account and provided Celsius with a Coinbase account email (distribution email address). I have not received my distribution. I have been waiting patiently but have not heard anything. Can you please assist.

Thank you,
Kevin R Bays
krbays@gmail.com