Dear Ladies and Gentlemen

I am a Celsius Creditor and have been trying to do my verification (KYC) with Coinbase for two months. Each time I send the requested documents to Coinbase and ALWAYS get the same answer: "Unfortunately, it doesn't meet our requirements, so we'll need some additional information" I have sent an "employment confirmation" up to the origin of my deposits at Celsius, each time the answer is the same and Coinbase wants to see something else again. I wouldn't be surprised if Coinbase asks for a picture of my grandmother soon. I've had enough! Yes enough is enough! I've gone from the Celsius scam to the Coinbase scam and I can literally feel that my money will not be paid out no matter what documents I submit. To make matters worse for me, my English is not very good and I have to translate everything over and over again. I would have liked this Celsius nightmare to end soon and I hope you can see from the many letters you receive that there is a need for action on your part.

Many thanks and kind regards,

Roger Juninger