**Lance Martin Turner**

10223 Harley Leighton Rd.
Redding, CA 96003
no_reply@example.com

March 12, 2024

**Honorable Martin Glenn, Chief Judge**

**Celsius crypto distribution**

Dear Honorable Martin Glenn,

I received my claim codes for Paypal and it said they did not work contact stretto, which I did and they said my claim could not be serviced at PayPal or Venmo. I have had this paypal account for 9 years  and used the account to purchase crypto, there is no reason for it to not work.

I do have a coinbase account also is there a possibility that I could get my crypto there or can paypal be fixed. If I get my crypto back in US dollars it will be even less of a percentage back then from my original claim, plus I may have to pay taxes on the US dollars. Please help me get my crypto back.

Thank you

Sincerely,

Lance Martin Turner