Dear Honorable Judge

I am a customer of Celsius who had taken out a loan by depositing Bitcoin with the platform. Now that the proceedings concluded and the court-ordered payout is happening, there seem to be a lot of issues. From what I hear, many people are currently getting their crypto back, but the process is riddled with problems. That is very concerning and needs to be fixed by the people in charge (for example the Stretto Lawyers).

In my situation, I can't get Coinbase (the company "randomly" assigned to me as a distribution agent) to link my Coinbase account to my Celsius account. Coinbase does not display any funds that is owned to my by Celsius. I stand here empty handed, despite having clearly followed all the requirements:
1. I use the same name as on my Celsius
2. Same email as on Celsius
3. Same mailing address as on Celsius
4. Same ID used as on Celsius
5. Made sure that no other Coinbase account of mine is active (one defunct other account on Coinbase that previously existed has been deleted)

Coinbase seems to have issues with people who live in different countries than their nationality. I am Swiss, but for Celsius I am registered in Thailand. To Get Coinbase to understand this, took many additional steps as they almost forced me as a Swiss to be entering only Swiss addresses and using a swiss phone number to register (which I don't have). There might be other issues like KYC which I am not aware about, as talking to Coinbase is non existant.

What more can I do to get my crypto? Coinbase does not help, the customer service is simply a bad AI chatbot that is not able or willing to connect me to a human being who is able to sort out a simple issue. Now I am worried that my rightful claim will be substantially reduced due to incompetence of Coinbase, Celsius and possibly the people/lawyers who organized this payout half-haphazardly.

I am 100% determined to get my Bitcoin back, not a cash payment via a check which will represent a much diluted cash amount of my real claim that I am supposed to get paid out!

Please help me and other customers that are in the same situation, by not making a bad situation even worse, but by helping them to get their rightful claim that they deserve.


Sincerely yours


Marius Imfeld