March 12, 2024
Case: 22-10964

Dear Honorable Judge Martin Glenn,

I hope this message finds you well. I want to express my sincere appreciation for your attention to the concerns of us Celsius creditors during this challenging time.

On December 30, 2023, I received an email instructing me to prepare for a distribution via Coinbase. I promptly followed the instructions provided in the email. However, despite my efforts, I have not received any further communication or codes regarding my claim. The email stated that both email address on Celsius and on Coinbase must match and mine do. Despite my efforts to contact them, I have only received a generic reply that did not address my specific concerns.

I am a dual citizen of Serbia and the UK, and my Celsius account was registered using my Serbian ID. Due to the nature of the app, my name was automatically converted to Cyrillic script (милица ракић). I am unsure if this has impacted my claim, but I want to ensure that all necessary information is considered.

While my claim may be modest compared to others, it holds significant value for me, representing over a month's wage in my country. Receiving this claim would greatly assist me financially. If Coinbase is not feasible, I also have a verified PayPal account available for use.

I appreciate your attention to this matter and sincerely hope for a resolution. Thank you for your time and consideration.

Kind regards,

Milica Rakic