Dear Honorable Judge Glenn,

      I write this letter deeply concerned with the current performance of the post-petition debtors and their distributions to creditors in the Celsius Case No. 22-10964. In my case I am still under manually review by Coinbase KYC for about 2 months and 12 days now and counting. Coinbase will ask one request at a time with a waiting time of 2 weeks before they ask another documents to be submitted. It is a ridiculous document they are asking as if I am thieve, robber, launderer and scammer. I am from the Philippines and working as a full housewife. I am receiving monthly remittance from my husband working abroad. Please urge the debtors to give us 1 year as they promised stated in the plan to clear our KYC so that we can get our Bitcoin and Ethereum in kind.

      I don't know if the court will even read this message, but I am asking you on behalf of all the Celsius victims, please get involved. Please compel the debtors and the plan administrator to do what's right by creditors and get us out of this mess, once and for all.

Sincerely yours,

Libby Mae Magbalot Calipusan