March 12, 2024

Dear Sir,

I hope this email finds you well.

My name is Emerson Torres, and I am writing to you as a concerned Celsius customer who has encountered a significant issue with fund distribution. Despite numerous attempts to contact Celsius and Stretto, I have yet to receive a satisfactory response, with only unhelpful automatic emails being provided in return. I am reaching out to express my frustration and seek resolution to this matter.

To provide context, I have not received any communication regarding my distributions, which is concerning given the current financial climate. It is disheartening to navigate through such a situation, especially when the problem has persisted for several months. Additionally, the compensation offered thus far is notably low, further exacerbating the situation as we miss out on potential gains during market rebounds.

The funds held with Celsius are crucial for addressing pressing financial obligations, particularly amidst the challenges posed by the ongoing Covid pandemic. These funds are essential for alleviating financial distress, covering outstanding debts, and ensuring the financial security of our children's college education.

Attached to this email, you will find screenshots detailing the status of the funds in question for your reference.

I kindly request your urgent assistance in resolving this matter and facilitating the release of our funds. Your intervention would be greatly appreciated, and it would provide much-needed relief during these challenging times.

Additionally, I would like to emphasize that providing funds back to customers should reflect the same amount of tokens held. Receiving refunds in dollars at a lower evaluation has already caused considerable financial hardship for many individuals. Your consideration of this aspect would be greatly appreciated.

Thank you for your attention to this matter. I look forward to your prompt response and assistance in rectifying this issue.
Best regards,

Emerson Torres
Email: back2pali@gmail.com
Phone: (310) 903-9240