22-10964-mg    Doc 4622-1    Filed 03/13/24    Entered 03/13/24 18:54:44    Exhibit 1 (Copy of Letter From Stretto)    Pg 1 of 3



EMERSON TORRES
6319 LAKE BURDEN VIEW DR
WINDERMERE, FL 34786

**Celsius Account Email:** back2pali@gmail.com

**Celsius Network LLC** has listed your claim on Schedule **EF Part 2** as a **General Unsecured** claim comprising of the coin(s) listed in the table below. If you agree with the characterization, amount of your claim, and your claim is not listed as Contingent, Unliquidated, Disputed, you do not need to submit a claim form.

| SCHEDULE F LINE | 3.1.166913 | | |
|---|---|---|---|
| INDICATE IF CLAIM IS CONTINGENT, UNLIQUIDATED, DISPUTED | | | |
| IS THE CLAIM SUBJECT TO OFFSET? (YES/NO) | | | |
| EARN ACCOUNT | CUSTODY ACCOUNT | WITHHELD ACCOUNT | COLLATERAL ON LOAN RECEIVABLE |
| AAVE 0.0510281813631398<br>ADA 21797.3158196029<br>AVAX 0.0995535326340354<br>BTC 0.000453714389893635<br>ETH 18.2261404907737<br>LINK 0.13255628006479<br>MATIC 6.20618194169995<br>UNI 0.197321824851618<br>USDC 31.3951350566815<br>USDT ERC20 10.7755258366582 | AAVE 0.000000479807645858<br>AVAX 0.00000077136100859<br>BTC 0.000000480200958118<br>ETH 0.000000210850433699<br>LINK 0.000000824505691726<br>MATIC 0.000000745518350528 | | |

**More information about filing your claim can be found in the enclosed Bar Date Notice.**



Celsius Claims Processing
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

Return Service Requested

0404203

MRF 3547828600

EMERSON TORRES
6319 LAKE BURDEN VIEW DR
WINDERMERE, FL 34786

**** LEGAL NOTICES ENCLOSED, SEE REVERSE FOR MORE INFORMATION ***

INCLUDED IN THIS ENVELOPE ARE THE FOLLOWING DOCUMENTS:

1) NOTICE OF DEADLINE REQUIRING SUBMISSION OF PROOFS OF CLAIM ON OR BEFORE January 3, 2023, AND RELATED PROCEDURES FOR SUBMITTING PROOFS OF CLAIM IN THESE CHAPTER 11 CASES (the "Bar Date Notice")

# ***IMPORTANT***

To file a claim online, visit:
https://case.stretto.com/Celsius/file-a-claim

You may also submit your proof of claim
along with any supporting documentation via mail to:

Celsius Claims Processing
c/o Stretto
410 Exchange, Suite 100
Irvine, CA 92602

authorizing such rejection and, if no such date is provided, 30 days from the date of entry of such order (the "Rejection Bar Date"). The Debtors will provide notice of the Rejection Bar Date to the contract or lease counterparty whose contract or lease is being rejected at the time the Debtors reject any executory contract or unexpired lease.

### Supplemental Bar Date

In the event the Debtors amend or supplement their Schedules, the Debtors shall give notice of any such amendment to the holders of any Claim affected thereby, and such holders shall be afforded at least 35 days from the date on which such notice is given to submit a Proof of Claim with respect to such amended Claim (any such date, a "Supplemental Bar Date") or be forever barred from doing so.

### The Debtors' Schedules and Access Thereto

You may be listed as the holder of a Claim against one or more of the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "Schedules").

Copies of the Debtors' Schedules are available: (a) from the Notice and Claims Agent by calling 855-423-1530 for callers in the United States or by calling 949-669-5873 for callers outside the United States and/or visiting the Debtors' restructuring website at: http://cases.stretto.com/celsius; (b) by written request to Debtors' counsel at the address and telephone number set forth below; and/or (c) for inspection on the Bankruptcy Court's Internet Website at http://ecf.nysb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Court Records are required to access this information and can be obtained at http://www.pacer.psc.uscourts.gov. Copies of the Schedules may also be examined between the hours of 8:30 a.m. and 4:00 p.m., Monday through Friday, at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004.

If you rely on the Debtors' Schedules, it is your responsibility to determine that the Claim is accurately listed in the Schedules.

As set forth above, if you agree with the nature, amount, and classification of your Claim as listed in the Debtors' Schedules, and if you do not dispute that your Claim is only against the Debtor specified by the Debtors, and if your Claim is not described as "disputed," "contingent," or "unliquidated," **you need not submit a Proof of Claim**. Otherwise, or if you decide to submit a Proof of Claim, you must do so before the applicable Bar Date in accordance with the procedures set forth in this notice.

**Please note that if you believe that you have a Claim or Claims against one or more Debtors separate and apart from the return of your cryptocurrency set forth on the Debtors' Schedules, you are required to submit such Claim or Claims by the applicable Bar Date.**

### Reservation of Rights

Nothing contained in this Bar Date Notice is intended, or should be construed, as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any submitted Proof of

7

---

Claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification of such claims; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

### Consequences of Failure to Submit a Proof of Claim by the Applicable Bar Date

ANY HOLDER OF A CLAIM THAT IS NOT LISTED IN THIS NOTICE AS A CLAIM EXCEPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER AND THAT FAILS TO TIMELY SUBMIT A PROOF OF CLAIM IN THE APPROPRIATE FORM WILL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM (1) ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, (2) VOTING ON ANY CHAPTER 11 PLAN OF REORGANIZATION FILED IN THESE CASES ON ACCOUNT OF SUCH CLAIM, AND (3) PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

*[Remainder of page intentionally left blank]*

New York, New York  
Dated: November 16, 2022

BY ORDER OF THE COURT

/s/ *Joshua A. Sussberg*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:         jsussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:         patrick.nash@kirkland.com
               ross.kwasteniet@kirkland.com
               chris.koenig@kirkland.com
               dan.latona@kirkland.com

*Counsel to the Debtors and
Debtors in Possession*

8