| ID | Name | Address | Holdings |
|---|---|---|---|
| 3.1.166905 | EMERSON PALACOL | ADDRESS REDACTED | ETH 0.584787879793461<br>LUNC 45961.4789160428<br>SOL 0.275872986465195<br>USDC 0.8622606084988<br>CEL 0.037970089423697<br>LTC 0.054934198680300 |
| 3.1.166906 | EMERSON RESENDE | ADDRESS REDACTED | BTC 3.57765768631824<br>CEL 45.4543173748444<br>LINK 36108.2976999131<br>MATIC 16.05648476327<br>XRP 16.597428944227 |
| 3.1.166907 | EMERSON RUSK | ADDRESS REDACTED | BTC 0.00120367660618<br>MATIC 674.300626097693 |
| 3.1.166908 | EMERSON SALMERON RUBIO | ADDRESS REDACTED | BCH 0.06587022984037<br>BTC 0.0000715974060290<br>DASH 0.00012046773854955<br>ETC 0.0001265877639812<br>LTC 0.0001102333482960<br>ZEC 0.000448172974636 |
| 3.1.166909 | EMERSON SCOT CAMPBELL | ADDRESS REDACTED | BTC 0.004498916016732<br>ETH 0.1219512305349 |
| 3.1.166910 | EMERSON SCOTT | ADDRESS REDACTED | BTC 0.00334769357065 |
| 3.1.166911 | EMERSON SMITH | ADDRESS REDACTED | BTC 0.00005001162274881<br>USDC 3.740276802610 |
| 3.1.166912 | EMERSON SOARES | ADDRESS REDACTED | BTC 0.01467589579549 |
| 3.1.166913 | EMERSON TORRES | ADDRESS REDACTED | AAVE 0.0510281813631398<br>ADA 21797.3158196029<br>AVAX 0.0995353263403354<br>BTC 0.00045371438989363<br>ETH 18.2261404907737<br>LINK 0.132556280064779<br>MATIC 6.2061819416995<br>UNI 0.1973218248511<br>USDC 31.395135056681<br>USDT ERC20 10.775525836658<br>BTC 0.00128663698824013<br>AAVE 0.00000479807645858<br>AVAX 0.0000007713610085<br>BTC 0.0000004802009581<br>ETH 0.000000210850433699<br>LINK 0.000000824505691726<br>MATIC 0.0000007455183505 |
| 3.1.166914 | EMERSON WHITE | ADDRESS REDACTED | BTC 0.00000483716828054<br>CEL 0.266054410963168 |
| 3.1.166915 | EMERY ASBAN | ADDRESS REDACTED | BCH 0.00021014923592430<br>BTC 0.00138073193912718<br>CEL 58.9906885650<br>ETH 0.2842543549432<br>MATIC 0.01339423036231<br>SNX 0.0188912660213857<br>XRP 0.040270179990471 |
| 3.1.166916 | EMERY CASTER | ADDRESS REDACTED | BTC 0.008688926654994<br>USDC 579.661718304718 |
| 3.1.166917 | EMERY CHOUX BEAUREGARD | ADDRESS REDACTED | ADA 100.36672500609<br>CEL 0.37848346447612<br>DOT 4.4418696817676<br>MATIC 10.28 |
| 3.1.166918 | EMERY FAMILY SMSF PTY LTD ATF EMERY FAMILY SMSF | GLORIANA STREET, MORNINGSIDE, 4170 AUSTRALIA | 1INCH 583.61587813881<br>BSV 3.39883635547941<br>ETH 0.0167449834228446 |
| 3.1.166919 | EMERY JOHN CORDREY | ADDRESS REDACTED | BTC 0.01235815788337<br>CEL 1.15116897538<br>ETH 0.0387201554757765<br>LTC 11.635510741718 |

