March 12, 2024

Dear Judge or whomever receives this,

I am a creditor in the Celsius bankrupcy case #22-10964.

I have not received my claim code for my Coinbase distribution that I should have received more than a month ago. Instead, I received an email from Stretto saying that my "Claim Distribution Encountered an Error at Coinbase". This was because I was not able to change my email address with Coinbase until last week. I emailed Stretto to request they send the claim codes again since my email on Coinbase has been updated. They sent a generic email response that was of no help. They have been completely unhelpful in resolving my refund.

I feel it is important that they have some pressure on them to act quickly and make good on their job to refund our distributions. It seems there are hundreds or thousands of other people in my same situation. I think if there was a daily penalty for Stretto or the parties responsible for the distributions then this would be resolved faster. I am hoping you can help me and others in my situation.

I have a large part of my life savings here that I can't afford to lose. Please help.

The distribution I am supposed to receive is:
**1.586977 BTC and,**
**26.463773 ETH**

If you need any additional information please let me know,

Grant Romundt
Email: grant@oceanbuilders.com
Phone: +1 (415) 692-1428