I still have not received my distribution as of 11pm 3/12/24.

-Nothing has changed in my personal information on Celsius app since Celsius operations shut down.
-Nothing has changed in my Coinbase account since Celsius shut down.
-Nothing has changed in my PayPal account since Celsius shut down.
-They all use the same email address and legal name and have for YEARS.

Why have I not then received my distribution?

This is an absolute slap in the face to us as creditors and as Americans. How can this injustice stand? We are already getting absolutely screwed by this company in the percentage of funds that we will actually get back. And now stretto drag their feet getting us our LEGALLY OWED distribution. This is unreal and unbelievable considering the amount of money these blood-sucking lawyers have earned off of OUR BACKS.

PLEASE, JUDGE – DO SOMETHING HERE TOO FIX THIS!

-Michael Tuttle
tuttle@tuttlesoundlabs.com
8454640037