Dear Judge Glen,

I am writing to you regarding case number 22-10964. I am currently facing a significant issue that has prevented me from receiving my cryptocurrency distribution.

Due to my location in the Philippines, I have been unable to verify my Coinbase account, which is the platform I was told to 'Open an Account' for my cryptocurrency distribution. Unfortunately, Coinbase does not have support agents in the Philippines, and I am facing issues with the verification of such account.

Moreover, I have been experiencing delays in responses from the support teams of Stretto, Celsius, and Coinbase. It has been more than two months since I received an email notifying me of my distribution. However, the distribution was held and has not been credited to my account to date. The lack of timely communication from these platforms has exacerbated the situation and caused me considerable distress.

The inability to verify my account and the delayed responses from the support teams have resulted in my cryptocurrency distribution being held. This has caused me considerable concern, as I am worried about the potential of receiving the distribution in USD instead of the stipulated cryptocurrencies, Bitcoin (BTC) and Ethereum (ETH).

I would like to express my preference for receiving my distribution in BTC and ETH, as originally stipulated in the mandate. I believe this is not only fair but also in line with the original terms of the agreement.

I am hopeful that this issue can be resolved promptly, and I am willing to cooperate fully to expedite this process. I kindly request your assistance in this matter and look forward to a favorable resolution.

Thank you for your time and consideration.

Sincerely,
Alejandro Luis H. Gari