Dear Honorable Judge Glenn,

My name is Jason Csiszar and I am a Celsius creditor. (Case Number: 22-10964) I am an international creditor with approximately a 200k claim that is owed to me. I was told immediately that I was going to get a USD check.

My Concerns:

- I have not received a check in the mail as of today. My greatest concern is the crypto prices have gone up so high that I cannot buy back anywhere near the crypto I was supposed to receive.
- I emailed Stretto and advised that I have a KYC'd Coinbase account and it is accessible from my country of residence so why not get the distribution in crypto. This would be the quickest way to receive my distribution but their form letter just said no changes would be made.
- No one is communicating with us creditors and they generically just send out a reply to view some FAQ's that do not answer our issues or concerns.
- I did receive an email regarding them sending wire transfers instead of checks because of potential mail and check cashing issue. The problem here is I still have not received any wire with the funds and no follow-up communication. I have already provided all required info for the bank wire so again just waiting on Stretto.
- I am ok to get USD but the crypto should be sold immediately before they send the wire to ensure we are getting the closest market rate value

Now that Celsius is no more, I am not sure where us international creditors can turn for help in this matter.

Warmest Regards,

Jason Csiszar

1-307-202-9104