March 12, 2024

Your Honor,

My name is Micah Gianoulis, and I am one of the many victims of Celsius. At the time of this submittal to you I still have not yet even received my claim email. At this point I feel I should have at least received this so I can begin the process of retaining my claim. I really appreciate whatever assistance you can provide to expedite this.

Thank you very much for your time and assistance.

Sincerely,

Micah Gianoulis