Case: 22-10964
Name: Werner, Daniel H.
e-mail: danielhwerner@gmail.com

    I am Daniel H. Werner, a Celsius creditor from Brazil, urgently seeking your kind consideration regarding my coins distribuition. I have had an active account at Coinbase since 2021.
    The account has always been active, with the same e-mail and with Full KYC Information, level 2, since the beginning, as shown in the screenshot below:
    Even so, in Fev 2, 2024, I received a communication from "Stretto Celsius Network" claiming that they were unable to process my distribuition.
    All my information is/was correct.
    Today is March 12, 2024 and I still haven't received my distribution or information about what to do.
    Please, I request due attention so that I can receive my funds through Coinbase or that instructions be sent on what I must do to make the distribution happen.

With sincere thanks,
Daniel H. Werner

    Below I am showing more information about my case and my accounts, showing that the information on Coinbase is correct and the email received informing that the distribution was not carried out.
    In Fev 2, 2024, I received a communication from "Stretto Celsius Network" claiming that they were unable to process my distribuition:

> Dear DANIEL HENRIQUE WERNER
>
> You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase.**
>
> No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.

    My vote in the process was submitted on Sep 4, 2023, 10:22PM:

> Thank you for submitting your ballot. Your reference number is CELB-29601.
>
> Please continue to monitor the case website at https://cases.stretto.com/Celsius for case related information, important dates and deadlines.

    This is my Coinbase account. E-mail address and KYC has been properly done since account creation in 2021:





And this is my claim, as received by e-mail from Celsius Network LLC Restructuring <no-reply@cases-cr.stretto-services.com> at Nov 22, 2022:

**To:** DANIEL WERNER

You're receiving this email because you have a claim in the Celsius Network LLC restructuring matter. This email contains important information about your claim, and the claims filing process.

Step 1: Take note - the last date to file a claim is January 3, 2023 at 5:00 PM ET.

To review complete information about the filing process, the legal notice can be found here.

[Notice of Claims Bar Date]

Step 2: Review the amount of your claim listed by Celsius Network LLC in the Schedules of Assets and Liabilities. The details about your claim are here:

Celsius Account Email: danielhwerner@gmail.com
Creditor Name: DANIEL WERNER
Address 1: R. Bacairis
Province: Porto Alegre, 91130380

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim **IS** subject to an offset.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 0.027839601379357 | 0 | 0 | 0.336662313797008 |
| Celsius (CEL) | 1.11628084935407 | 0 | 0 | 0 |
| USD Coin (USDC) | 1924.49385896356 | 0 | 0 | 0 |