Good afternoon,

I was/am a Celsius customer. During the bankruptcy process, I was issued claim codes for Ethereum and Bitcoin to be collected via PayPal/Venmo. Unfortunately, I received error messages when trying to redeem the claim the codes. I spent hours on the phone with PayPal and have pages of conversations logged with their customer support detailing efforts taken to rectify this. Despite doing all the trouble shooting steps, I have not been able to redeem my claim codes (PayPal has pointed me to Stretto for assistance). I have reached out to Stretto several times regarding this issue. On February 9th, they wrote the following

"Dear WESTON FORREST FRANCIS BETTNER

You are receiving this email because we have been notified that your claim distribution **cannot be serviced by PayPal or Venmo.**

**No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**"

Their customer support has been virtually non-existent with canned responses referring customers to the frequently asked questions and to wait patiently.

Unfortunately, under the frequently asked questions that customers are directed to, the following is documented:

"Any distribution that is unclaimed or otherwise remains undeliverable for a period of one year after the first attempt to deliver, shall be treated as unclaimed property under the Plan and returned to the Estate for future distributions made under the Plan to eligible creditors."

I am writing, therefore, to ensure that the crypto I was promised in the Bankruptcy filing (my "claim") gets returned to me in kind. I have made hours of good-faith efforts trying to use the proposed PayPal/Venmo channels. I fear that Stretto is not incentivized to work on my behalf and I am concerned that they will offer cash in lieu of the crypto I deserve (or worse they will treat it as unclaimed property). I have had to hire a cryptocurrency accountant because this case has become so convoluted especially with this last hurdle. I would just like this nightmare to be over and to be treated as fairly as the circumstances will allow.

Sincerely,

Weston Bettner