Dear Honourable Judge,

I have lost at least 50% of my life savings due to Chapter 11 of Celsuis network. If we receive our funds via cheque in the mail, I will lose another 50%.
We were not given the option to choose between PayPal or Coinbase in order for us to get our Crypto.
I received a mail from Stretto and they informed me that they are unable to do my distribution through Coinbase and no further actions need to be done by me. I replied to the mail to tell them that I am in South Africa and distribution can be done via Paypal platform is working in South Africa.
Stretto replied on my mail saying that I cannot choose a distribution partner.
I feel that it is unfair that Coinbase, Paypal platform and Venmo is used to distribute funds, but they want to use whoever they wish regardless of which distribution agent is working in my part to the world.
Why don't they make use of PayPal platform as this is our only option to receive my funds In South Africa.

Regards
CN Schwartz
Christo01.schwartz@gmail.com