March 13, 2024

Southern District of New York

Honorable Martin Glenn, Chief Judge

Vito Genna, Clerk of Court

RE: CASE #22-10964

I have received Stretto Corporation emails since case 22-10964 was filed. They are all titled, "Stretto Document Subscription". I have checked my spam account and emails daily and still have not received my PayPal code to receive what is left of my cryptocurrency. My wife received hers the first week distributions were initiated so we know what we are looking for. Please help.

All assistance is appreciated. Please contact me as below if necessary.

Sincerely,

Timothy J. Gray

23617 N Lakeview Blvd, Rathdrum ID 83858

Timothygray33@gmailcom

2087559872