March 13, 2024

Your Honor,

Please excuse the tone of this complaint. I am writing to inform you of all my problems with the distribution of my cryptocurrency from Celsius and Stretto. I have received no word about the coins I am entitled to from the bankruptcy of Celsius. I did receive my stock in the new Ionic Digital Mining Company but no word about my coins. This is ridiculous. All the millions that were given to Celsius and Stretto to ensure a clean, speedy distribution. It is obvious these firms were not capable of handling their responsibilities. Shame on you for approving them to distribute the small returns. I must confess I am losing confidence in you and the legal system. The only people getting wealthy from this travesty are the lawyers. I hope this letter at least makes you aware of the large extent of the problems and lack of communication that remain with this process. Next time, there should be a better due diligence to discover if these companies can fulfill their responsibilities. I appreciate any assistance you can provide to push these companies to do their jobs. After all, they received over $70 million to perform their tasks. What a waste. Any help will be provided. I would appreciate a response.

Sincerely,

John Gregory Coulson

johngcoulson@yahoo.com