Respected Sir,

**Subject :** Regarding Case No 22-10964. Didn't receive distribution.

My name is Amith Nunna. I am an Celsius Earn account holder.

On 30-DEC-2023, I received email from Stretto stating that distribution of my Cryptocurrency will be received by Paypal/Venmo after Celsius effective date. In the same email, it was stated to have an active Paypal/Venmo accounts. Also same email stated that my information on Paypal/Venmo should match and have my latest email and address matching with my Celsius account.

Subsequently, I have made sure that my Email, Phone no, Home address match between Paypal/Venmo accounts and my Celsius Earn account.

But, for some reason, I never received distribution email. Also, I never received email related to Ionic Digital shares.

On 20-FEB-2023, I submitted a ticket with Stretto. Unfortunately, Stretto's website doesn't give any ticket number.On the same day, I received a 2 generic email responses from Stretto to review 'FAQ' but not specific to my account. Attached both emails received from Stretto in PDF format.

On 22-FEB-2023, I received an email from Stretto to verify my KYC identification within Celsius app once again. Same day on 22-FEB-2023, I successfully completed my KYC Identity verification within Celsius app. Attached both emails in PDF format.

But after that, the problem is that there has been no further email nor any kind of correspondance related to my distribution. Currently I am clueless with no help from anyone regarding my claim.

Can you please kindly provide your inputs ?

Thanks,

- Amith Nunna