**Subject: Appeal for Fair Distribution of Crypto Assets in Case 22-10964**

Honorable Judge Martin Glenn,

Firstly, I want to express my deep appreciation for your diligent handling of Case 22-10964 in the Celsius Network LLC, et. al proceedings. However, the current distribution plan unfairly disadvantages me due to my residence in Uruguay. As Coinbase doesn't support Uruguay and my self-custody wallet isn't compatible, I'm forced to accept a USD distribution at an outdated price, causing significant and additional financial loss due to the recent crypto surge and the over 40-day delay in distribution by Celsius.

Even worse for me, Celsius initially planned to send a check via mail. Unfortunately, mailed checks have proven unreliable for me in the past.  I've experienced issues with lost checks due to translation errors in addresses, non-delivery, and the need for multiple reissues. This method would undoubtedly lead to additional and avoidable delays, potentially causing further financial loss.

Therefore, I respectfully request the following options, which I strongly believe are easily instrumentable:

1.**Preferred:** Distribute my holdings in their original form (BTC/ETH/DAI) through an alternative platform or directly to my compatible crypto wallets or compliant exchange accounts of Celsius's choice;

2.**Alternative:** If a USD payout is unavoidable, please reappraise the amount based on the current market price of the crypto assets at the time of actual distribution (date of wire sent) and replace the mailed check with a US wire transfer to my bank account. This ensures I receive the same economic value as US residents receiving crypto.

Following either solution promptly would alleviate the financial hardship I and my family face and prevent further losses.

Thank you for your time and consideration. I trust your wisdom in rendering a just resolution.


Respectfully,
Atilio Pablo Bardelli
pablo.bardelli@gmail.com