To : US Bankruutcy Court

Southern District of New York

One Bowling Green

New York

NY10004-408

To whom it my concern

 I hereby write to you as a Celsius Creditor who have not received any emails regarding my crypto distribution. I have submitted several tickets enquiring as to why I have not received any communication but have had no reply and this is causing me some anxiety.

 I am aware that a vast number of creditors have received their distribution so  therefore, I appreciate  some correspondence regarding timeline for when I will expect to  receive my crypto distribution. I also do not wish to receive a cheque in the post for my crypto.

I look forward to hearing from you.

Kind Regards

Patricia Delmora Hanson