I'm writing to you as an investor with Celsius and someone who has still not received their crypto back with the recent distribution.

I received an email from Stretto on 16th Feb '24 (can produce on request) stating;

*"You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase**".*

They go on to say;

*"No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of*

*you."*

I appreciate it has been but a month since this notification was received, however, after watching an informative (one of many) video from Aaron Bennett on YouTube '*https://youtu.be/PvodOGNzu68?si=LGX7yIqqRNb4CZmt*' who deep dives into the Celsius case, I felt it worthwhile to reach out to you to express my sheer dismay that this process is taking Stretto so long to resolve. I would expect an option as to how I have my distribution sent back to me, as I haven't used Coinbase in years properly (the only distribution method available for UK investors) and trying to contact them to enquire as to what to do about this case is depressing and an utter waste of time.

I would like Celsius/Stretto to offer me a

choice between a cheque or PayPal as my method of distribution and for them to process the funds ASAP. I find it sickening that they are spending hundreds of millions of $ on god knows what within their budget yet not prioritising communicating options to the hundreds if not thousands of people, like myself, who have still not received their crypto.

Thanks for reading and I hope this nightmare is resolved soon.

Jamie