Jesse Jenifer
12331 Glenfield Ave,
Tampa FL 33626
+1 845 300 4631

Honorable Martin Glenn, Chief Judge
Vito Genna, Clerk of Court
United States Bankruptcy Court
Southern District of New York

Re: Case No. 22-10964 – In re Celsius Network LLC

Dear Judge Glenn,

I am reaching out once again concerning the bankruptcy case of Celsius Network LLC, specifically regarding a separate account I hold under the email address [crypto@apronheroes.com](mailto:crypto@apronheroes.com) . Unfortunately, I am confronted with a set of challenges that mirrors the frustrations and obstacles I have previously detailed, yet pertains to this distinct account.

1. **Non-Receipt of Crypto Claim Codes:** Despite my anticipation and the critical need for resolution, I have not received the claim codes for the cryptocurrency assets tied to this account. These codes are essential for me to engage in the claims process and seek the recovery of my assets.
2. **Lack of Notification for Ionic Digital Shares:** Additionally, I was supposed to receive email notifications regarding my Ionic Digital shares, which I have not received. This lack of communication has left me in the dark regarding the status of my investments and has hindered my ability to take necessary actions.
3. **Inability to Update Address Details:** Since relocating, I find myself unable to update my address information due to the inactivity of the Celsius platform. This is particularly concerning as it may result in significant communication and resolution delays or omissions regarding my claims and assets.

The compounded impact of these issues is substantial, adding to the financial and emotional toll exerted by the initial account's challenges. The inability to access critical information and updates from Celsius not only exacerbates my situation but also deepens my concern regarding the effectiveness of the resolution process for all affected creditors.

I respectfully urge the court to consider the following actions to mitigate these issues:

- Implementing a mechanism to ensure that all creditors, regardless of the number of accounts or the specifics of their claims, receive their due claim codes and notifications promptly.
- Facilitating an updated system or process allowing creditors to amend their personal and contact information to maintain accurate and up-to-date records, ensuring they receive all pertinent communications and entitlements.

Your Honor, as I navigate these challenging circumstances, your understanding and intervention are profoundly valued. The resolution of these matters is crucial not only for my financial recovery but also for reinforcing the integrity of the judicial process in addressing the complexities of this bankruptcy case.

I am immensely grateful for your consideration and am hopeful for a resolution that aligns with the principles of fairness and justice. Thank you for your attention to these additional concerns.

Respectfully,

Jesse Jenifer
03/13/2024