Your Honor,

I have not received my distributions yet. I was informed I had an issue with my Coinbase account. I went back to Coinbase, changed my home address to Hungary, since I relocated from Canada during the bankruptcy process.

Still nothing from either Stretto or Celsius. I am a dual Canadian and Hungarian citizen. I would not like to receive dollars, especially a US check, since I will have a hard time even depositing it now that I live in Hungary permanently.

Please help me moving forward. I have four children, I am the sole bread winner , real inflation is raging in Hungary and I could really use my funds after having waited for almost two years.

Respectfully yours,

Dr. Balazs Gerloczy