Subject: **I have yet to receive my claim from the Celsius (Stretto) bankruptcy.**

Honorable Martin Glenn,

I am writing this letter as a concerned Celsius creditor involved in the bankruptcy case 22-10964. I have yet to receive my claim from the Celsius (Stretto) bankruptcy. I am getting nervous because if I receive a check that is not redeemable in Europe.

Progress sofar:
- 14-feb-2024: Received e-mail from no-reply@cases-cr.stretto-services.com Your Claim Distribution Encountered an Error at Coinbase.
- 16-feb-2024: Changed my e-mail address at Coinbase to match Celsius.
- 22-feb-2024: Inquiry on progress on Celsius webform.
- 24-feb-2024 Standard response from celsiusdistribution@stretto.com which included:  "If for any reason Coinbase cannot service your claim, you will be notified that you will not be able to receive your distribution through Coinbase. Please be patient as we work on rerouting your distribution with our Distribution Partners and prepare any actions that will be required of you."

I have not received any e-mail related to distribution since 24-feb-2024.

My account details are below.
- Name : Reinier Bodemeijer (Netherlands)
- Account email: reinier@bodemeijer.nl

Thank you,
Reinier Bodemeijer