Your Honor,

I am writing to bring to your attention an urgent matter regarding a missing payment from the Celsius Chapter 11 settlement. As a concerned party affected by this settlement, I respectfully request your assistance in ensuring that all obligations outlined in the settlement agreement are met.

Despite the terms of the settlement agreement clearly stipulating the payment schedule and amounts owed, I have yet to receive the agreed-upon payment. This delay has caused financial hardship and uncertainty for myself and others involved in the settlement.

I understand that the court oversees the administration of settlements and ensures compliance with all terms and conditions. Therefore, I kindly request that you investigate the matter and take appropriate action to enforce the payment provisions outlined in the settlement agreement.

[If applicable, provide any supporting documentation or evidence to substantiate your claim.]

Your prompt attention to this matter is greatly appreciated. I trust in the court's commitment to justice and fairness, and I am confident that under your guidance, this issue will be resolved swiftly and equitably.

Sincerely,

Chad Mitchell