Hello,

I submited this request to Celsius in February 2024 as well as stretto however it still has not been resolved. Please look into it and let me know when I can expect to receive my inkind distibutions ASAP

Following is the email I sent On Mon, Feb 26 at 5:22 PM , ZOI <zoimartini9@gmail.com> wrote:
My Celsius and Coinbase emails match however I have not received distribution email for crypto and stocks yet, Please let me know if the email was already sent to me or if it's yet to be sent

ps.  I checked my inbox as well as spam folder but have not found any emails with distribution codes or mining company stocks. I belive those emails were never sent to me.

Thank you,
Zoi Xera
zoimartini9@gmail.com
cell phone: 1(917) 600-4746