Dear Judges,

I am waiting for the return of my cryptocurrency; I wonder if you could help me, please?

The email address I used to join Celsius was m9prw57hwq@privaterelay.appleid.com
The secondary email I used on Celsius was samd123@hotmail.com

The email I have with Paypal is samd123@hotmail.com
The email I have with Coinbase is samd123@hotmail.com, and my account with them is active and up to date.

The only communication I've had from Stretto is this message below, and nothing since.
Please help me. Do I need to do something?
Yours sincerely

Sam Diamond

