To whom it may concern,

I, Bostjan Bolko, did everything that I was supposed to in order to receive my part of the distribution.

I had a Coinbase account since before this ordeal, and was KYCd in 2020. The email [bostjan.bolko@gmail.com](mailto:bostjan.bolko@gmail.com) is matching and I got the email from Stretto on Feb 16th, 2024, that they couldn't find a matching email which cannot be true. I submitted a ticket and no real answers were given.

Please, we were unlucky by choosing to trust Celsius, do not let the distributions be based on luck as well, since some people got the claims and some are still waiting and we are afraid the amount will be lower now or even non existant.

Thank you, if there is anything I can do to help resolve the issue, please let me know.

Best regards,

Bostjan Bolko (bostjan.bolko@gmail.com)