Dear Judge Glenn,

I am writing you on my own behalf and on the behalf of countless other creditors in my position. I have been following this case closely over the past year and was so gratified to hear that it's closure was imminent at the beginning of February. Now, almost a month and a half later, I still have not received any communication about my claim disbursement. I have attempted to reach Celsius support to better understand the delay but have not received any meaningful response.

I am 27 years old and have lost a life-changing amount of money due to Celsius's fraudulent communications and business propositions. My claim amounts to about $160,000 or about 75 ETH at the price point for disbursements. At Ethereum's current value would be worth around $250,000.

With the current price volatility of these assets, it is becoming an increasingly pressing concern that my disbursement may be paid out in USD. This would effectively reduce my payout by $100,000. The lack of transparency, communication, and timeliness surrounding these disbursement operations is raising significant concern for me.

It really does feel existential – to be so close to the assets and wealth that I built – only to have even more of it stolen from me. It is truly gut-wrenching to keep enduring this ambiguity surrounding my financial future.

Thank you for your attention to my perspective, position, and associated feelings. I am praying for your clarity and grace in pushing these matters to closure soon.

Best,

Lorenzo