Stefan Cardamone

Celsius Network Chapter 11

Case Number 22-10964

03.14.2024

Dear Judge Martin Glenn,

      I am writing to you from Australia deeply concerned with the rollout of distribution in Celsius Networks Chapter 11. To this date, I have not received any distribution from this long and painful process and as such it is starting to impact my mental health.

What is deeply concerning is that there is no help or assistance when contacting Stretto, Celsius Network or Coinbase. I have complied with the process, my account information matches, and I have waited patiently. That patience is now wearing thin, and I have nobody else to contact for help.

I thank you for your fair ruling and hard work during this case, if there is anything you can do in your power to aid this process or hold the distributors accountable that would be much appreciated.

Kind regards,

Stefan James Cardamone

30 Lookover road Donvale 3111 Victoria Melbourne, Australia.