Hi, I'm writing regarding Celsius bankruptcy case. My claim number is CELB-46344

I have been having trouble getting a response from Celsius or Stretto regarding my crypto claim. I'm a resident of United States and meet all the requirements of getting my money back in crypto, but instead I've been give an option of wire transfer without any explanation. I've been writing them for explanation for days but not getting any response.

Also, In case if the crypto is liquidated at the recent price and the money is being wired to the creditors account -  I've submitted my wire transfer information a couple of weeks ago and still haven't received any payment. I want Celsius to pay back as soon as possible or at least respond to my emails. This process is being handled extremely poorly by Celsius.


Thanks,
Dushyant Singh Khinchi
dushyantkhinchi@gmail.com