RE: Case Number 22-10964

Dear Honorable Judge Martin Glenn,

I am an earn creditor with a claim amount of over six figures in claim amount and I reside in the California.  I wanted to bring to your attention that I have yet to received my crypto disbursement nor my Ionic shares.  I have made numerous attempts to contact stretto and Celsius and received a generic response.

For several weeks now I have checked my inbox, junk mail and have not received anything from stretto or anyone else in regards to the distribution claims.  But I have in fact received all other communications from stretto, Celsius, and all the responses from the tickets I created regarding not receiving distribution yet with stretto

Moreover, I do want to emphasize that I do have a PayPal account with the same email as my Celsius account, and I also resubmitted my Id per Celsius request on February 22, 2024.

I kindly request your help in any way to resolve this issue I have and hope you can do anything you can to help me receive my distribution, for which I would like in crypto and not in us dollars.

Thank you again for all you help with this bankruptcy case.

Best

Simon Elimelech