March 14, 2024
Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408
Case: 22-10964

Subject: Urgent Distribution Code Errors in Celsius Bankruptcy Case

Dear Chief Judge Martin Glenn,
I am writing to bring to your attention a critical issue regarding getting an error in the distribution codes provided by Stretto in the ongoing Celsius bankruptcy case.

I received the BTC and ETH claim codes for my distribution on February 12th, 2024. I tried to claim the Crypto on PayPal and immediately got an error. The next day I got an email from Stretto that my claim codes cannot be used on PayPal and Venmo. I created multiple support tickets but have got a standard response that is available on the Celsius FAQ.

A timely resolution is essential for my financial well-being and I respectfully request your urgent attention to rectify the distribution code issue.

Thank you for your attention and understanding.


Sincerely,
Naushad Kapasi