Hello, Sir/Madam.

My Name is Alireza Esfahane.

I had many coins in my Celsius account, and at the time of bankruptcy, the value was more than $26,000.

Celsius announced weeks ago that they would send emails to all coin holders. I haven't received an email from them, even though I sent multiple emails. I haven't received a reply or a reply with a link to the most common questions and answers.

The money I saved with hard life to invest for my child's future, now even I can't get a fraction back.

Please help me and thousands like me to receive our money back.

Thank you very much

Sincerely,

Alireza Esfahane