**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, et al. | : | Case No. 22-10964 (MG) |
| | : | |
| Debtor | : | Jointly Administered |

------------------------------------------------------------------X

**ORDER GRANTING AD HOC EARN GROUP'S MOTION FOR RECONSIDERATION OF MEMORANDUM OPINION GRANTING IN PART AND DENYING IN PART ITS INITIAL SUBSTANTIAL CONTRIBUTION APPLICATION AND AWARDING SUPPLEMENTAL SUBSTANTIAL CONTRIBUTION FEES**

Upon consideration of the Ad Hoc Earn Group's Motion for Reconsideration (the "**Motion to Reconsider**") of Memorandum Opinion Granting in Part and Denying in Part its Initial Substantial Contribution Application (the "**Memorandum Opinion**"); and this Court having jurisdiction to consider the Motion to Reconsider and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Reconsider and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due sufficient notice of the Motion to Reconsider having been provided; and it appearing that no other or further notice need be provided; and after due consideration and sufficient cause appearing therefor;

**IT IS HEREBY FOUND THAT** the Ad Hoc Earn Group filed its Application of Ad Hoc Group of Earn Account Holders Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and 503(b)(4) for Allowance and Payment of Professional Fees and Expenses Incurred in Making a Substantial Contribution ("**Initial Application**") on October 2, 2023 [ECF No. 3654];

**AND IT IS FURTHER FOUND THAT** on February 29, 2024, the Court issued a Memorandum Opinion Granting in Part and Denying in Part the Initial Application [ECF No. 4395];

**AND IT IS FURTHER FOUND THAT** the Ad Hoc Earn Group filed its Motion to Reconsider on March 14, 2024 requesting a supplemental award of $62,413.00 for a period not covered by its Initial Application from October 2, 2023 – January 31, 2024 [ECF No. ___].

**AND IT IS FURTHER FOUND THAT t**he Ad Hoc Earn Group has made a substantial contribution to these estates for the period from October 2, 2023 – January 31, 2024 in the amount of $62,413.00.

Now, therefore, it is hereby:

**ORDERED**, that the Motion to Reconsider is **GRANTED** as set forth herein; and it is further

**ORDERED**, that the Ad Hoc Earn Group, through its counsel Offit Kurman, P.A., is awarded a supplemental substantial contribution award in the amount of $62,413.00; and it is further

**ORDERED**, that, the Post-Effective Date Debtors are authorized and directed to pay Offit Kurman, P.A. the supplemental sum of $62,413.00 for professional fees incurred from October 2, 2023 through January 31, 2024; and it is further

**ORDERED**, that the Post-Effective Date Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

**ORDERED**, that the Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

DATED: _____, 2024

                                                       _____
                                                       HONORABLE MARTIN GLENN
                                                       CHIEF UNITED STATES BANKRUPTCY JUDGE