Dear Honorable Judge Glenn,

I write this letter to express my concern and annoyance with the current management carried by Celsius in their Case Number: 22-10964. I have been following the case in first person, reading multiple comments and allegations based on painful experiences of creditors to get what is theirs back, after a very long walk through the desert, being a source of frustration and turmoil. In my personal case, I received an email from them over four weeks ago noticing the requirement of the email in both my Celsius and Coinbase account having to match. I fixed this small issue straight away, following their instructions carefully, and here I am having to put more of my time and energy into going further with this, since I have not gotten any new piece of information or update regarding my state of affairs.

I find this utterly unfair to us, fooled users, that have been patient and collaborative from the very beginning, when all this nightmare started, and are still sleeping on it. This being already unrecoverable, in terms of mental health, at least it would be of great relief if eventually getting done completely with this.

Still hopeful of receiving a small fraction of my funds, I want to thank you for being receptive and of great help.

Yours sincerely,
Jesus Jimenez.