# EXHIBIT A

**Gartrell Certification**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No.  22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION UNDER GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT TO COMBINED FIRST INTERIM AND FINAL FEE APPLICATION OF WILLIS TOWERS WATSON US LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COMPENSATION CONSULTANT FOR THE DEBTORS**

I, Josephine Gartrell, Esq., hereby certify that:

1.      I am a senior director with Willis Towers Watson US LLC ("**WTW**"), which serves as a compensation consultant for the Debtors[2] in the Chapter 11 Cases.

2.      This certification is made in respect of WTW's compliance with *General Order M-447, Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York Bankruptcy Cases Pursuant to Local 2016-1(a)* (as updated June 17, 2013) (the "**Local Guidelines**") in connection with the Application attached hereto filed contemporaneously herewith.

3.      In respect of Section B.1 of the Local Guidelines, I certify that:

a.  I have read the Application;

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956).  The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

[2]      Capitalized terms used, but not defined, shall have the meaning ascribed to them in the attached Application.

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Local Guidelines;

c.  The fees and disbursements sought are billed at rates and in accordance with practices customarily employed by WTW and generally accepted by WTW's clients; and

d.  With respect to the expense reimbursement sought in the Application, WTW did not make a profit on account of such expenses incurred, where performed by WTW in-house or through a third party.

I certify that WTW has complied with the notice provisions of the Local Guidelines, and Interim Compensation Order with respect to this Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

San Francisco, California
Dated:  March 14, 2024

/s/ Josephine Gartrell

Name:      Josephine Gartrell, Esq.
Title:     Senior Director

51628208.2