# **EXHIBIT B**

| CATEGORY CODE | CATEGORY | HOURS | VALUE |
|---|---|---|---|
| 1 | Project Initiation, data request/review and ongoing project management | 7 | $5,940.00 |
| 2 | Pay Benchmarking – US and certain international business units | 42 | $22,815.00 |
| 3 | KEIP | 113 | $75,827.50 |
| 4 | KERP | 163.5 | $116,915.00 |
| 5 | General Plan Design | 10.25 | $7,916.25 |
| 6 | Communications | 125.5 | $83,275.00 |
| **TOTAL** | | **461.25** | **$312,688.75** |