# **EXHIBIT C**

| DATE | TIMEKEEPER | HOURLY RATE | HOURS | VALUE | DESCRIPTION | CATEGORY |
|---|---|---|---|---|---|---|
| 7/13/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | internal call (0.5); call with mgmt, re: status updates on the filing(0.5) | 6 |
| 7/13/2022 | Josephine Gartrell | 975 | 0.25 | 243.75 | Meeting with client re: COO compensation | 6 |
| 7/13/2022 | Josephine Gartrell | 975 | 2.5 | 2437.5 | Prepare for and attend meeting with client re: retention of consideratio | 4 |
| 7/13/2022 | Patrick (Patrick) Haid - trans | 100 | 1.5 | 150 | GK8 meeting and QA | 4 |
| 7/13/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Review of GK8 benchmark matches (30 minutes). Call with Shannon | 4 |
| 7/13/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | GK8 market assessment - continued benchmarking work | 2 |
| 7/13/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Internal call re: status of matter | 6 |
| 7/13/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal Touch-Base | 6 |
| 7/13/2022 | Robert Paul (Robert) Hermenze | 415 | 1.75 | 726.25 | Internal Daily Connect (30 Minutes). Discussion of GK8 benchmarkin | 6 |
| 7/13/2022 | Shannon Nicole (Shannon) Williams | 480 | 2.5 | 1200 | Internal daily check-in; client discussions | 6 |
| 7/14/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | internal call: next steps post filing; discuss data needs (revenue); client | 6 |
| 7/14/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Setting up executive benchmarking file for KEIP | Celsius Executive E | 2 |
| 7/14/2022 | Patrick (Patrick) Haid - trans | 100 | 1.5 | 150 | KEIP meeting, exec file meeting, KEIP benchmarking | 3 |
| 7/14/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | erbia tech employee retention analysis; Internal and external communi | 4 |
| 7/14/2022 | Josephine Gartrell | 975 | 1.25 | 1218.75 | Internal call re: status of matter; call with R. Hermenze and outside co | 6 |
| 7/14/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Internal meeting to discuss who may be eligible for the KEIP and KER | 5 |
| 7/15/2022 | Katherine P. (Kate) King | 820 | 1.5 | 1230 | internal and client calls, re: revenue; data review and requests | 6 |
| 7/15/2022 | Patrick (Patrick) Haid - trans | 100 | 2 | 200 | morning meeting, KEIP benchmarking doc meeting, KEIP edits for rev | 3 |
| 7/15/2022 | Josephine Gartrell | 975 | 1.25 | 1218.75 | Internal call re: status of matter; call with R. Hermenze and outside co | 6 |
| 7/15/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily team check-in call (30 minutes). Discussion of determining appr | 6 |
| 7/18/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal team meeting | 6 |
| 7/18/2022 | Patrick (Patrick) Haid - trans | 100 | 0.5 | 50 | KEIP Meeting | 3 |
| 7/18/2022 | Josephine Gartrell | 975 | 0.25 | 243.75 | Internal daily meeting | 6 |
| 7/18/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal Meeting | 6 |
| 7/18/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in (15 mins) | 6 |
| 7/18/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in call | 6 |
| 7/19/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal team meeting | 6 |
| 7/19/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | QA of pricing | Scoping data cuts for key execs and reviewing revenue | 5 |
| 7/19/2022 | Patrick (Patrick) Haid - trans | 100 | 1 | 100 | KEIP Meeting, update old deck/ clearing out info | 3 |
| 7/19/2022 | Josephine Gartrell | 975 | 1.25 | 1218.75 | Internal daily meeting; attend meeting with CEL management to expla | 6 |
| 7/19/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in | 6 |
| 7/19/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in call | 6 |
| 7/20/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | internal team meeting | 6 |
| 7/20/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review KEIP data | 3 |
| 7/20/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily check-in, which was majority discussion around insiders' benchr | 6 |
| 7/20/2022 | Patrick (Patrick) Haid - trans | 100 | 1 | 100 | KEIP morning meeting | 3 |
| 7/20/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Internal daily meeting | 6 |
| 7/20/2022 | Megan Ann Boyce | 545 | 1 | 545 |  | 6 |
| 7/20/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | Client communications | 6 |
| 7/21/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 |  | 3 |
| 7/21/2022 | Josephine Gartrell | 975 | 1 | 975 | Internal daily meeting; call with client re: plan design; call with A&M | 6 |
| 7/21/2022 | Megan Ann Boyce | 545 | 2 | 1090 |  | 6 |
| 7/21/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Daily check-in | 30 minute meeting with Shannon and Megan to discus | 3 |
| 7/21/2022 | Shannon Nicole (Shannon) Williams | 480 | 2.5 | 1200 | Internal regroups to discuss assessment approach and client compensa | 5 |
| 7/22/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Internal and external communications re: KEIP data | 3 |
| 7/22/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.25 | 600 | Internal regroup with Megan and Robert to review market assessment | 3 |
| 7/22/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Internal and external communications re: continuation of broad-based | 4 |
| 7/22/2022 | Robert Paul (Robert) Hermenze | 415 | 1.75 | 726.25 | Internal check-in on exec benchmarking. 1.25 hours | 6 |
| 7/25/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review remaining data needs and status of case; internal and external | 6 |
| 7/25/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal BK Connect | 6 |
| 7/25/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in (15 mins) | 6 |
| 7/26/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Internal and external calls with client and advisors re: programs | 6 |
| 7/26/2022 | Megan Ann Boyce | 545 | 1 | 545 | Call with A&M | 6 |
| 7/27/2022 | Josephine Gartrell | 975 | 2.25 | 2193.75 | Internal and external calls with client and advisors re: programs | 6 |
| 7/28/2022 | Megan Ann Boyce | 545 | 4 | 2180 | Creating report for Celsius network KERP, KEIP and Targeted retentio | 3 |
| 7/28/2022 | Josephine Gartrell | 975 | 1 | 975 | Review remaining data needs and status of case; internal and external | 6 |
| 7/29/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Continuing to work on Plan report and creating file to benchmark all U | 4 |
| 7/29/2022 | Megan Ann Boyce | 545 | 5 | 2725 |  | 4 |
| 7/29/2022 | Josephine Gartrell | 975 | 0.25 | 243.75 | Review remaining data needs and status of case; internal and external | 6 |
| 8/1/2022 | Megan Ann Boyce | 545 | 4 | 2180 | Benchmarking, setting up file | 4 |
| 8/1/2022 | Patrick (Patrick) Haid | 480 | 3 | 1440 | Benchmarking spreadsheet for KERP | 4 |
| 8/1/2022 | Robert Paul (Robert) Hermenze | 415 | 2.25 | 933.75 | Broad-based benchmarking. | Review of Megan and Patrick's benchma | 2 |
| 8/1/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.75 | 840 | Benchmarking non-US employees for purposes of KERP and targeted | 2 |
| 8/1/2022 | Josephine Gartrell | 975 | 2 | 1950 | Internal and external communications re: data, employee census and K | 3 |
| 8/1/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal Check-In | 6 |
| 8/1/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily check-in. Competitive base benchmarking | 6 |
| 8/1/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.75 | 360 | Daily check-in meeting | 6 |
| 8/2/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | internal team check in; PM and fee exhibit | 6 |
| 8/2/2022 | Katherine P. (Kate) King | 820 | 2 | 1640 | non-insider benchmarking: discuss methodology and consulting review | 2 |
| 8/2/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Benchmarking, reviewing pricing file | 2 |
| 8/2/2022 | Patrick (Patrick) Haid | 480 | 2.75 | 1320 | Meetings, Job Benchmarking and job leveling | 2 |
| 8/2/2022 | Robert Paul (Robert) Hermenze | 415 | 2.75 | 1141.25 | Broad based continuation benchmarking file | Broad-based benchmark | 2 |
| 8/2/2022 | Shannon Nicole (Shannon) Williams | 480 | 3.25 | 1560 | Benchmarking non-US employees for purposes of KERP and targeted | 2 |
| 8/2/2022 | Josephine Gartrell | 975 | 2 | 1950 | Internal and external communications re: data, employee census and K | 3 |
| 8/2/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Internal call, call with Trunshedda, call with Kirkland & A&M | 6 |
| 8/2/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily Check-In | 6 |
| 8/2/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in meeting | 6 |
| 8/3/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Finalizing benchmark exhibit and sharing with CN | 4 |
| 8/3/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Morning meeting | 6 |
| 8/3/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Internal and external communications re: data, employee census and K | 3 |
| 8/3/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal call& External call organizing data with Tami | 6 |
| 8/3/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Internal Check-In | 6 |
| 8/4/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | email communications | 6 |
| 8/4/2022 | Josephine Gartrell | 975 | 1 | 975 | Internal and external communications re: data, employee census and K | 3 |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 8/4/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal Call | 6 |
| 8/4/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily check-in. Meeting focused on KEIP | 3 |
| 8/4/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in meeting | 6 |
| 8/5/2022 | Josephine Gartrell | 975 | 0.75 | 731.25 | Review and revise NDA for exec Radford data; coordinate with intern | 2 |
| 8/5/2022 | Patrick (Patrick) Haid | 480 | 0.75 | 360 | Client meeting on continuation of program | 4 |
| 8/5/2022 | Josephine Gartrell | 975 | 2 | 1950 | Internal and external communications re: data, employee census and K | 3 |
| 8/5/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal debrief with SW &JG | 6 |
| 8/5/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Client discussion and follow-up debrief | 6 |
| 8/8/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal call: next steps/PM | 6 |
| 8/8/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review and analyze issues re: data; KERP details; internal and externa | 4 |
| 8/8/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Call with K&E, A&M and internal call | 6 |
| 8/8/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/9/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review and analyze issues re: data; internal and external communicati | 6 |
| 8/9/2022 | Megan Ann Boyce | 545 | 1 | 545 | Call with CN team , internal call | 6 |
| 8/10/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | retainer follow up; internal team call | 6 |
| 8/10/2022 | Patrick (Patrick) Haid | 480 | 1.5 | 720 | Team morning meeting, Insider follow-up meeting and benchmarking | 6 |
| 8/10/2022 | Megan Ann Boyce | 545 | 3.5 | 1907.5 | Reconciling new census and reviewing CN feedback | 4 |
| 8/10/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal catch-up | 6 |
| 8/10/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in | 6 |
| 8/10/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/11/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review data and analytics re: all non-exec, non-insider, US-based emp | 4 |
| 8/11/2022 | Megan Ann Boyce | 545 | 2 | 1090 | incorporating CN leveling feedback | 4 |
| 8/11/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | QA of pricing exhibit for revised incumbent files / benchmark match f | 2 |
| 8/11/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review and analyze issues re: eligibility for targeted retention program | 4 |
| 8/11/2022 | Josephine Gartrell | 975 | 2 | 1950 | Prepare for and attend meeting with outside advisors re: strategy and f | 6 |
| 8/11/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 | Internal strategizing with JG and call with K&E / A&M | 6 |
| 8/12/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal/external comms | 6 |
| 8/12/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Working on report overview & organizing data & reviewing data | 4 |
| 8/12/2022 | Patrick (Patrick) Haid | 480 | 1.5 | 720 | KEIP Meeting, KEIP Benchmark QA | 3 |
| 8/12/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | Preliminary methodology discussions on KEIP | 3 |
| 8/12/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Incorporate CN feedback on who should be included / changes to popu | 2 |
| 8/12/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | Continued QA of pricing exhibit | 2 |
| 8/12/2022 | Josephine Gartrell | 975 | 2.75 | 2681.25 | Internal and external communications re: KEIP and KERP; review and | 3 |
| 8/12/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal catch-up / call with Patrick for QA | 6 |
| 8/12/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in | 6 |
| 8/12/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/15/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | team call and weekly PM | 6 |
| 8/15/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Review radford data, finalize market pricing deliverable | 2 |
| 8/15/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 |  | 3 |
| 8/15/2022 | Robert Paul (Robert) Hermenze | 415 | 0.75 | 311.25 | Review of Radford Matches for executives | 2 |
| 8/15/2022 | Shannon Nicole (Shannon) Williams | 480 | 2 | 960 | KEIP - Insiders / executive benchmark matching | 3 |
| 8/15/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | QA of CN Benchmarking Benchmark Matches tab | 2 |
| 8/15/2022 | Josephine Gartrell | 975 | 2.25 | 2193.75 | Review and analyze issues re: status of strategy, data, report, survey m | 6 |
| 8/15/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Internal call, data call with Marian and Tammi, call with Trunshedda | 6 |
| 8/15/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | BK Daily Check-In | 6 |
| 8/15/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | Daily check-in / client discussion / follow up internal regroup | 6 |
| 8/16/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | team call; review insider benchmarking | 6 |
| 8/16/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 |  | 3 |
| 8/16/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | KEIP - Insider / executive benchmark matching / exhibit development | 3 |
| 8/16/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Two additions to broad-based benchmarking | 2 |
| 8/16/2022 | Josephine Gartrell | 975 | 1.25 | 1218.75 | Review and analyze issues re: status of strategy, data, report, survey m | 6 |
| 8/16/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal call & external outsider call | 6 |
| 8/16/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily Check-In | 6 |
| 8/16/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Daily check-in / client discussion | 6 |
| 8/17/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | team call | 6 |
| 8/17/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review and analyze issues re: status of strategy, data, report, survey m | 6 |
| 8/17/2022 | Megan Ann Boyce | 545 | 1 | 545 |  | 6 |
| 8/17/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily check-in | 6 |
| 8/17/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/18/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | tb with Megan on PM/insider workstream; potential RIF implications | 3 |
| 8/18/2022 | Megan Ann Boyce | 545 | 1 | 545 | Review internal market pricing additions | 2 |
| 8/18/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 |  | 6 |
| 8/19/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | team call | 6 |
| 8/19/2022 | Josephine Gartrell | 975 | 0.75 | 731.25 | Review and analyze issues re: KEIP; internal and external communica | 3 |
| 8/19/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 | Market pricing review with Celsius and incorporate their updates | 2 |
| 8/19/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 |  | 3 |
| 8/19/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | KEIP - preliminary market assessment | 3 |
| 8/19/2022 | Josephine Gartrell | 975 | 2.25 | 2193.75 | Review and analyze issues re: status of strategy, data, report, survey m | 5 |
| 8/19/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 |  | 6 |
| 8/19/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/22/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | team call/PM | 6 |
| 8/22/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | KEIP/ Insider Meeting | 3 |
| 8/22/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | KEIP market assessment | 3 |
| 8/22/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review available data; internal and external communications re: same | 3 |
| 8/22/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal connect, call with JG to confirm methodology, follow up with | 6 |
| 8/22/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/23/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Radford data spot check - insiders | 2 |
| 8/23/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | Pricing file development to reflect Radford data cuts | 2 |
| 8/24/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | team call; review benchamrking | 6 |
| 8/24/2022 | Patrick (Patrick) Haid | 480 | 2 | 960 | Morning meeting and insider benchmarking spot check | 6 |
| 8/24/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Pricing file updates to reflect Radford data cuts | 2 |
| 8/24/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Daily check-in | 6 |
| 8/25/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Prepare for and attend benchmark working session for KEIP; internal a | 3 |
| 8/25/2022 | Katherine P. (Kate) King | 820 | 2 | 1640 | benchmarking working session - insiders | 2 |
| 8/25/2022 | Patrick (Patrick) Haid | 480 | 1 | 480 | Benchmarking assessment | 2 |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 8/25/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Working session to review market assessment | 4 |
| 8/26/2022 | Katherine P. (Kate) King | 820 | 2 | 1640 | benchmarking working session (cont) - insiders | 2 |
| 8/26/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Meeting/ Benchmarking assessment catchup | 6 |
| 8/26/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | Client discussion to review KEIP market data available | 3 |
| 8/26/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | | 4 |
| 8/26/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Internal communications; meeting with client re: status of certain term | 6 |
| 8/26/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | Daily check-in (afternoon discussion) | 6 |
| 8/29/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | | 1 |
| 8/29/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 | internal check in, external advisor call, internal debrief | 6 |
| 8/29/2022 | Katherine P. (Kate) King | 820 | 2 | 1640 | internal and external calls, re: targeted retention/KERP | 4 |
| 8/29/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.75 | 360 | Advisor call (30 minutes), debrief (15 minutes) | 6 |
| 8/29/2022 | Josephine Gartrell | 975 | 2.5 | 2437.5 | Internal and external meetings re: Key Employee Retention Plan | 4 |
| 8/30/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | | 1 |
| 8/30/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | read KEIP strawmodel | 3 |
| 8/30/2022 | Megan Ann Boyce | 545 | 4 | 2180 | Building client report and populating with market data | 4 |
| 8/30/2022 | Patrick (Patrick) Haid | 480 | 1 | 480 | Meeting on benchmarking for KEIP | 2 |
| 8/30/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | review KERP draft deck | 4 |
| 8/30/2022 | Robert Paul (Robert) Hermenze | 415 | 0.75 | 311.25 | Check-in with Patrick and Josephine 30 mins. Updating retention file | 4 |
| 8/30/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Internal and external meetings re: Key Employee Retention Plan | 4 |
| 8/30/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily team check-in | 6 |
| 8/30/2022 | Megan Ann Boyce | 545 | 1 | 545 | | 6 |
| 8/31/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | review KEIP deck with team | 3 |
| 8/31/2022 | Megan Ann Boyce | 545 | 2 | 1090 | | 3 |
| 8/31/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Morning meeting | 6 |
| 8/31/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Daily check-in focused on retained employees only (30 minutes). Tier | 4 |
| 8/31/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | KEIP/KERP report review (1 hour) | 4 |
| 8/31/2022 | Josephine Gartrell | 975 | 1 | 975 | Internal meetings re: Key Employee Retention Plan | 4 |
| 8/31/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Retention list QA - Tier assignments | 4 |
| 8/31/2022 | Josephine Gartrell | 975 | 2.5 | 2437.5 | Review and revise report; internal communications re: same; review V | 5 |
| 8/31/2022 | Megan Ann Boyce | 545 | 1 | 545 | | 6 |
| 9/1/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal: targeted retention | 4 |
| 9/1/2022 | Josephine Gartrell | 975 | 1 | 975 | Review KEIP data; review and revise KEIP report | 3 |
| 9/1/2022 | Megan Ann Boyce | 545 | 3 | 1635 | | 3 |
| 9/1/2022 | Megan Ann Boyce | 545 | 2 | 1090 | KEIP Section of report | 3 |
| 9/1/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Internal and external meetings re: Key Employee Retention Plan; revi | 4 |
| 9/1/2022 | Patrick (Patrick) Haid | 480 | 2.75 | 1320 | Morning meeting, retentions deck edits | 4 |
| 9/1/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review and revise report; internal communications re: same; review V | 5 |
| 9/1/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | | 6 |
| 9/2/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | internal: targeted retention | 4 |
| 9/2/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | KEIP benchmarking report updates and internal discussion to review p | 3 |
| 9/2/2022 | Megan Ann Boyce | 545 | 1 | 545 | Review prelim KEIP benchmarking | 3 |
| 9/2/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Retention file tier assignments and creation of list of assumptions (15 | 4 |
| 9/2/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review and revise report; meeting with client and outside advisors; int | 6 |
| 9/2/2022 | Megan Ann Boyce | 545 | 1.25 | 681.25 | | 6 |
| 9/2/2022 | Robert Paul (Robert) Hermenze | 415 | 0.5 | 207.5 | Daily check-In | 6 |
| 9/2/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | Daily check-in | 6 |
| 9/6/2022 | Josephine Gartrell | 975 | 1 | 975 | Review KERP data and report; internal and external communications r | 4 |
| 9/7/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Reviewing KERP file, sending out exhibits | 4 |
| 9/7/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review KERP data and report; internal and external communications r | 4 |
| 9/7/2022 | Katherine P. (Kate) King | 820 | 0.5 | 410 | targeted retention - review methodologies and costing | 4 |
| 9/7/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | internal call | 6 |
| 9/7/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Daily check-in | 6 |
| 9/8/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | | 3 |
| 9/8/2022 | Josephine Gartrell | 975 | 2.25 | 2193.75 | Review KERP data and report; internal and external communications r | 4 |
| 9/8/2022 | Katherine P. (Kate) King | 820 | 1 | 820 | call with advisors, re: targeted retention. Debrief internal. | 4 |
| 9/8/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Retention meeting | 4 |
| 9/8/2022 | Megan Ann Boyce | 545 | 1 | 545 | internal call with JG, call with advisors | 6 |
| 9/8/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.75 | 360 | Client discussion and follow-up debrief | 6 |
| 9/9/2022 | Katherine P. (Kate) King | 820 | 0.25 | 205 | PM | 1 |
| 9/12/2022 | Katherine P. (Kate) King | 820 | 0.25 | 205 | PM | 1 |
| 9/12/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review status of KEIP, including benchmarking of insiders and data a | 3 |
| 9/12/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review report; data updates; internal and external communications re: | 4 |
| 9/12/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal meeting | 6 |
| 9/13/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review KEIP data internally; external communications re: same | 3 |
| 9/13/2022 | Megan Ann Boyce | 545 | 3 | 1635 | creating KERP specific deck, KEIP updates | 3 |
| 9/13/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Internal regroup to connect on Insider market assessment | 3 |
| 9/13/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | KERP file costing model using updated retention list | 4 |
| 9/13/2022 | Josephine Gartrell | 975 | 1 | 975 | Review report; data updates; internal and external communications re: | 4 |
| 9/13/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal catch-up, internal overview of updated KERP list | 4 |
| 9/14/2022 | Josephine Gartrell | 975 | 1.5 | 1462.5 | Review KEIP data; review KERP data; review and revise reports; mee | 3 |
| 9/14/2022 | Megan Ann Boyce | 545 | 3 | 1635 | Creating costing deck, updating KERP file | 4 |
| 9/14/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Internal regroup to connect on Insider market assessment, focus on be | 3 |
| 9/14/2022 | Robert Paul (Robert) Hermenze | 415 | 1.25 | 518.75 | Updates to KERP costing model based on third version of retention lis | 4 |
| 9/14/2022 | Josephine Gartrell | 975 | 3.75 | 3656.25 | Review report; data updates; internal and external communications re: | 4 |
| 9/14/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 | Internal call & External call | 6 |
| 9/15/2022 | Josephine Gartrell | 975 | 1 | 975 | Review KEIP Benchmarking; internal communications re: same | 3 |
| 9/15/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Updating KERP deck | 4 |
| 9/15/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | Internal regroup to connect on Insider market assessment, focus on ne | 3 |
| 9/15/2022 | Megan Ann Boyce | 545 | 1 | 545 | | 3 |
| 9/15/2022 | Josephine Gartrell | 975 | 2.25 | 2193.75 | Prepare for SC meeting; review and respond to external advisor questi | 4 |
| 9/15/2022 | Patrick (Patrick) Haid | 480 | 0.5 | 240 | Retention Meeting | 4 |
| 9/15/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 | Committee call, call with JG, call with Trunshedda | 6 |
| 9/16/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Incorporating costing findings and % of assets | 4 |
| 9/16/2022 | Robert Paul (Robert) Hermenze | 415 | 1 | 415 | Bringing market data into KERP file | Adding market data to KERP fil | 4 |
| 9/16/2022 | Josephine Gartrell | 975 | 0.25 | 243.75 | Review status of report | 4 |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 9/16/2022 | Megan Ann Boyce | 545 | 1 | 545 | Call with JG & Robert to go over benchmarking identification | 6 |
| 9/19/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review and analyze issues re: KEIP; internal and external communica | 3 |
| 9/19/2022 | Megan Ann Boyce | 545 | 4 | 2180 | Finalizing KERP deck, updates per advisor feedback, circulating | 4 |
| 9/19/2022 | Robert Paul (Robert) Hermenze | 415 | 2 | 830 | Check-in on KERP | Additional review of previous benchmarking repo | 4 |
| 9/19/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | KEIP internal regroup | 3 |
| 9/19/2022 | Josephine Gartrell | 975 | 3.75 | 3656.25 | Review status of KERP report; review and revise KERP report; interna | 4 |
| 9/19/2022 | Megan Ann Boyce | 545 | 2.5 | 1362.5 | Advisor call, call with JG, call with Trunshedda | 6 |
| 9/20/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review and analyze issues re: KEIP; internal and external communica | 3 |
| 9/20/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Updating KERP with K&E feedback | 4 |
| 9/20/2022 | Josephine Gartrell | 975 | 3.5 | 3412.5 | Review status of KERP report; review and revise KERP report; interna | 4 |
| 9/20/2022 | Patrick (Patrick) Haid | 480 | 1.5 | 720 | Meeting and QA of Retention documents | 4 |
| 9/20/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Call with JG | 6 |
| 9/21/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Updating KERP | 4 |
| 9/21/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | KEIP internal regroup | 3 |
| 9/21/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review status of KERP report; review and revise KERP report; interna | 4 |
| 9/21/2022 | Patrick (Patrick) Haid | 480 | 3 | 1440 | Meeting and QA or KERP spreadsheet (did morning and afternoon) | 4 |
| 9/21/2022 | Megan Ann Boyce | 545 | 1.5 | 817.5 |  | 6 |
| 9/22/2022 | Josephine Gartrell | 975 | 1 | 975 | Review and analyze issues re: KEIP; internal and external communica | 3 |
| 9/22/2022 | Megan Ann Boyce | 545 | 2.5 | 1362.5 | Confidential pricing | 3 |
| 9/22/2022 | Patrick (Patrick) Haid | 480 | 0.75 | 360 | KEIP QA | 3 |
| 9/22/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | Ad-hoc CEO benchmark assessment and report development | 3 |
| 9/22/2022 | Josephine Gartrell | 975 | 1 | 975 | Review status of KERP report; review and revise KERP report; interna | 4 |
| 9/22/2022 | Megan Ann Boyce | 545 | 1 | 545 | Internal call, calls with Bob, call with JG, call with SW | 6 |
| 9/23/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review and analyze issues re: KEIP; internal and external communica | 3 |
| 9/25/2022 | Shannon Nicole (Shannon) Williams | 480 | 1.5 | 720 | KEIP benchmarking - new file development | 3 |
| 9/26/2022 | Katherine P. (Kate) King | 820 | 0.25 | 205 | PM | 1 |
| 9/26/2022 | Josephine Gartrell | 975 | 1 | 975 | Review status of the KEIP; internal and external communications re: s | 3 |
| 9/26/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Check-in with Bob | 6 |
| 9/26/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | KEIP benchmarking - file updates | 3 |
| 9/26/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review status of KERP report; internal and external communications re: sam | 4 |
| 9/27/2022 | Megan Ann Boyce | 545 | 3.5 | 1907.5 | Review KEIP BMs | 3 |
| 9/27/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.5 | 240 | KEIP benchmarking | 3 |
| 9/27/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Internal check-in | 6 |
| 9/28/2022 | Katherine P. (Kate) King | 820 | 0.25 | 205 | PM | 1 |
| 9/28/2022 | Josephine Gartrell | 975 | 0.75 | 731.25 | Review status of the KEIP; internal and external communications re: s | 3 |
| 9/28/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Tech review of KEIP file | 3 |
| 9/28/2022 | Shannon Nicole (Shannon) Williams | 480 | 0.25 | 120 | KEIP benchmarking | 3 |
| 9/28/2022 | Josephine Gartrell | 975 | 0.5 | 487.5 | Review KERP participant inclusion; internal and external communicat | 4 |
| 9/29/2022 | Josephine Gartrell | 975 | 1 | 975 | Review status of the KEIP; internal and external communications re: s | 3 |
| 9/29/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Pulling relevant data for A&M | 3 |
| 9/29/2022 | Robert Paul (Robert) Hermenze | 415 | 0.25 | 103.75 | Cross-check of compensation increase request tracker from A&M agai | 4 |
| 9/29/2022 | Josephine Gartrell | 975 | 2 | 1950 | Review status of KERP; internal and external communications re: sam | 4 |
| 9/29/2022 | Megan Ann Boyce | 545 | 0.5 | 272.5 | Call with A&M | 6 |
| 9/30/2022 | Josephine Gartrell | 975 | 1 | 975 | Review KEIP data matches; internal communications re: same | 3 |
| 9/30/2022 | Megan Ann Boyce | 545 | 2 | 1090 | Incorporating KEIP costing & data review | 3 |
| 9/30/2022 | Shannon Nicole (Shannon) Williams | 480 | 1 | 480 | KEIP benchmarking - working session and cost modeling updates | 3 |
| 10/3/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Review data re: KEIP; internal and external communications re: same | 3 |
| 10/3/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Technical review of KEIP file | 3 |
| 10/3/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.5 | 252.5 | KEIP check-in | 3 |
| 10/3/2022 | Megan Ann Boyce | 570 | 1 | 570 | Connect with Shannon and connect with JG | 6 |
| 10/4/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | PM | 1 |
| 10/4/2022 | Megan Ann Boyce | 570 | 3 | 1710 | updating KERP report & meeting with A&M | 4 |
| 10/4/2022 | Robert Paul (Robert) Hermenze | 435 | 1.5 | 652.5 | QA of KEIP file | KEIP File; Full QA, including cost modeling, pricin | 3 |
| 10/4/2022 | Robert Paul (Robert) Hermenze | 435 | 0.25 | 108.75 | Updated KERP Costing QA for Megan | 4 |
| 10/4/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.5 | 252.5 | Discussion with A&M on next steps | 4 |
| 10/4/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Internal and external communications re: KERP; data collection on ne | 6 |
| 10/4/2022 | Robert Paul (Robert) Hermenze | 435 | 0.25 | 108.75 | Check-in with A&M to discuss alignment on the KERP and KEIP part | 3 |
| 10/5/2022 | Megan Ann Boyce | 570 | 1 | 570 | Updating KERP report (participant change) | 4 |
| 10/6/2022 | Megan Ann Boyce | 570 | 1 | 570 | review and respond to declaration | 4 |
| 10/6/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and revise report re: KERP; internal and external communicat | 6 |
| 10/7/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Provide K&E with working report and field questions | 4 |
| 10/7/2022 | Josephine Gartrell | 1025 | 2 | 2050 | Review and revise declaration; internal and external communications r | 6 |
| 10/11/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | PM | 1 |
| 10/11/2022 | Megan Ann Boyce | 570 | 1 | 570 | Review declaration and Motion | 4 |
| 10/11/2022 | Megan Ann Boyce | 570 | 1 | 570 | Internal check-in | 6 |
| 10/13/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Coordinating hearing attendance and next steps on KEIP | 3 |
| 10/13/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Internal Check-in | 6 |
| 10/14/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and analyze issues re: KEIP design methodology; internal and | 3 |
| 10/14/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Hearing preparation; internal and eternal communications re: same | 4 |
| 10/14/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 |  | 6 |
| 10/14/2022 | Megan Ann Boyce | 570 | 1 | 570 | Internal Check-in with JG& SW | 6 |
| 10/17/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | PM | 1 |
| 10/17/2022 | Josephine Gartrell | 1025 | 2 | 2050 | Review and analyze issues re: KEIP design methodology; internal and | 3 |
| 10/17/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | KEIP brainstorming session - internal call | 3 |
| 10/17/2022 | Megan Ann Boyce | 570 | 2.5 | 1425 | Developing KEIP separate deck | 3 |
| 10/17/2022 | Shannon Nicole (Shannon) Williams | 505 | 1 | 505 | Internal working session to discuss KEIP approaches (30 minutes), cli | 3 |
| 10/17/2022 | Megan Ann Boyce | 570 | 2 | 1140 | Meetings with JG,SW and Trunshedda | 6 |
| 10/18/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and analyze issues re: KEIP design methodology; internal and | 3 |
| 10/18/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Review external communications between client and third-party adviso | 4 |
| 10/18/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | call with A&M/K&E re: KERP | 4 |
| 10/19/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | QA market data for 2 execs (base salary changes) | 3 |
| 10/19/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Review and respond to correspondence re: KEIP participant proposed | 3 |
| 10/19/2022 | Megan Ann Boyce | 570 | 1.5 | 855 | Updating market data for position switch | 3 |
| 10/19/2022 | Megan Ann Boyce | 570 | 1 | 570 | Calls with JG, KK & SW | 6 |
| 10/20/2022 | Megan Ann Boyce | 570 | 1 | 570 |  | 4 |

| Date | Name | Rate | Hours | Amount | Description | Code |
|---|---|---|---|---|---|---|
| 10/21/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and analyze issues re: KEIP design methodology; internal and | 3 |
| 10/25/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Prepare for and attend meeting with CHRO | 6 |
| 10/25/2022 | Megan Ann Boyce | 570 | 3 | 1710 | KEIP call with TRunshedda, Update KERP salaries | 4 |
| 10/25/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.75 | 378.75 | Client discussion to review KEIP population / discuss approach | 3 |
| 10/26/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Internal and external communications re: KERP; hearing prep | 4 |
| 10/26/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | | 6 |
| 10/27/2022 | Josephine Gartrell | 1025 | 0.75 | 768.75 | Review status of KEIP; internal discussion re: KEIP design | 3 |
| 10/27/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Hearing prep | 4 |
| 10/27/2022 | Megan Ann Boyce | 570 | 2 | 1140 | KEIP deck | 3 |
| 10/28/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Hearing prep | 4 |
| 10/25/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | PM (retainer #6, fee recon) | 1 |
| 10/30/2022 | Josephine Gartrell | 1025 | 1 | 1025 | | 4 |
| 10/31/2022 | Megan Ann Boyce | 570 | 4 | 2280 | Trial prep | 4 |
| 10/31/2022 | Josephine Gartrell | 1025 | 4 | 4100 | Prep for hearing | 4 |
| 10/31/2022 | Megan Ann Boyce | 570 | 1 | 570 | KEIP list confirmation with Bob & KEIP design deck | 3 |
| 10/31/2022 | Robert Paul (Robert) Hermenze | 435 | 0.75 | 326.25 | Prep call with K&E for KERP Hearing (30 minutes) | Quick methodol | 4 |
| 10/31/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Review issues re: KEIP design; internal and external communications | 3 |
| 10/31/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Connect w/ JG and SW | 6 |
| 11/1/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | internal debrief on 11/1 hearing/next steps; PM | 4 |
| 11/1/2022 | Josephine Gartrell | 1025 | 8 | 8200 | Prepare for and attend hearing; debrief/follow up on next steps re: KEI | 4 |
| 11/1/2022 | Robert Paul (Robert) Hermenze | 435 | 8 | 3480 | Bankruptcy Hearing Day. Preparation and attendance at hearing. Debr | 4 |
| 11/2/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and analyze issues re: KEIP design | 3 |
| 11/2/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and analyze issues re: KERP design | 4 |
| 11/2/2022 | Patrick (Patrick) Haid | 505 | 0.5 | 252.5 | regroup strategy meeting post hearing | 6 |
| 11/2/2022 | Robert Paul (Robert) Hermenze | 435 | 0.5 | 217.5 | 30 minute call with A&M to discuss potential go-forward KERP appro | 4 |
| 11/2/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Call with A&M to discuss go-forward approach | 6 |
| 11/3/2022 | Katherine P. (Kate) King | 860 | 2 | 1720 | detailed billing exhibit - PM | 1 |
| 11/3/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Internal meeting re: KEIP design | 3 |
| 11/3/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Advisor meeting re: KERP; prep for hearing | 4 |
| 11/4/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Internal meeting re: KEIP action items | 3 |
| 11/4/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Calls with third-party advisors re: KERP and potential salary increases | 4 |
| 11/5/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review and revise amended KERP declaration | 4 |
| 10/31/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.25 | 126.25 | KEIP assessment updates | 3 |
| 11/2/2022 | Shannon Nicole (Shannon) Williams | 505 | 1.5 | 757.5 | Development of KEIP report | 3 |
| 11/3/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.75 | 378.75 | Internal regroup to discuss KEIP assessment benchmarks and address | 3 |
| 11/7/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | KEIP update; internal and external communications re: same | 3 |
| 11/7/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Review KERP design; internal and external calls re: same | 4 |
| 11/7/2022 | Megan Ann Boyce | 570 | 1 | 570 | External call with K&E, internal call | 6 |
| 11/8/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review KERP design; internal and external calls re: same | 4 |
| 11/9/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | ongoing PM: fee reconciliation/exhibit | 1 |
| 11/9/2022 | Josephine Gartrell | 1025 | 2 | 2050 | Review KERP design; internal and external calls re: same | 4 |
| 11/9/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | Internal meeting re: KEIP and KERP | 4 |
| 11/9/2022 | Megan Ann Boyce | 570 | 1 | 570 | Prep & call with Trunshedda & A&M | 6 |
| 11/10/2022 | Josephine Gartrell | 1025 | 0.5 | 512.5 | KEIP update with advisors and client | 3 |
| 11/10/2022 | Josephine Gartrell | 1025 | 1 | 1025 | Review KERP design; internal and external calls re: same | 4 |
| 11/10/2022 | Shannon Nicole (Shannon) Williams | 505 | 0.5 | 252.5 | Client discussion | 6 |
| 11/10/2022 | Megan Ann Boyce | 570 | 1 | 570 | Client discussion | 6 |
| 11/14/2022 | Katherine P. (Kate) King | 860 | 0.5 | 430 | ongoing PM | 1 |
| 11/15/2022 | Robert Paul (Robert) Hermenze | 435 | 0.5 | 217.5 | KERP changes check-in call with K&E, A&M and Celsius | 4 |
| 11/17/2022 | Josephine Gartrell | 1025 | 0.25 | 256.25 | Review updated KERP file from client | 4 |
| 11/18/2022 | Megan Ann Boyce | 570 | 1.5 | 855 | updating declaration | 4 |
| 11/18/2022 | Josephine Gartrell | 1025 | 0.75 | 768.75 | Internal and external communications re: status of KERP, salary increa | 4 |
| 11/21/2022 | Megan Ann Boyce | 570 | 0.5 | 285 | Internal check-in | 4 |
| | **TOTAL** | | **461.25** | **$312,688.75** | | |