# **EXHIBIT D**

| CATEGORY | AMOUNT |
|---|---|
| Data Charges | $14,300.00 |
| Admin Fee | $50.00 |
| **TOTAL** | $14,350.00 |