Michael David Walton
+66 89 686 8766
tlxthai@gmail.com
99/156 Moo4 Siwalee Suvarnabhumi, Bang Phli,
Bang Phli Yai, Samut Prakan 10540 Thailand

March 13, 2024

The Honorable Judge Martin Glenn
 United States Bankruptcy Court, Sothern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Celsius Bankruptcy Case – 22-10964 (MG)

Dear Chief Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention a matter regarding the distribution of assets to creditors in the Celsius Bankruptcy case.

As a creditor in this case residing in Thailand, I am facing challenges in receiving my distribution through the designated method provided by the bankruptcy proceedings. The approved methods for distribution include PayPal for creditors in the USA and Coinbase for those residing outside the USA. However, despite residing in a country listed as supported by Coinbase, I have encountered difficulties in creating an account on the Coinbase platform. Each attempt results in the message, "Country not supported currently. Please try Coinbase Wallet instead."

I have diligently followed the instructions provided by Stretto, the company representing Celsius Network, to rectify the issue. Despite numerous attempts, I have been unable to establish a Coinbase account due to the aforementioned restriction.

Understanding the importance of resolving this matter promptly, I am seeking your guidance and assistance in exploring alternative options for receiving my distribution. I have a KYC-approved account at Kraken and possess BTC and ETH addresses associated with that account. I would like to inquire whether it is possible for the distribution to be sent directly to my Kraken account using these cryptocurrency addresses.

I am aware that an alternative option for those facing difficulties with Coinbase is to receive the distribution in the form of a check in US dollars. However, I am concerned that my Thai bank may not accept a check in USD, posing a potential obstacle to accessing the funds.

I sincerely request your consideration of this matter and any guidance or assistance you can provide to ensure a smooth and timely resolution. If necessary, I am open to providing any additional information or documentation to facilitate the process.

Thank you for your attention to this matter, and I appreciate your dedication to ensuring a fair and just resolution for all parties involved in the Celsius Bankruptcy case.

Sincerely,

Michael David Walton