Lapasrada Sirichokkajorn
0066 99 297 2302
mcdlea9@gmail.com
1959 Charoen Krung Road
Bangkok 10120 Thailand

14 March 2024

The Honorable Judge Martin Glenn
 United States Bankruptcy Court, Sothern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Celsius Bankruptcy Case – 22-10964 (MG)

Dear Chief Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention a matter regarding the distribution of assets to creditors in the Celsius Bankruptcy case.

You will find this letter similar in format and context to my stepfather Michael Walton's letter.

As a creditor in this case residing in Thailand, I am facing challenges in receiving my distribution through the designated method provided by the bankruptcy proceedings. The approved methods for distribution include PayPal for creditors in the USA and Coinbase for those residing outside the USA. However, despite residing in a country listed as supported by Coinbase, I have encountered difficulties in creating an account on the Coinbase platform. Each attempt results in the message, "Country not supported currently. Please try Coinbase Wallet instead."

I have diligently followed the instructions provided by Stretto, the company representing Celsius Network, to rectify the issue. Despite numerous attempts, I have been unable to establish a Coinbase account due to the aforementioned restriction.

Understanding the importance of resolving this matter promptly, I am seeking your guidance and assistance in exploring alternative options for receiving my distribution. I have a KYC-approved account at Bitkub Bitcoin Exchange in Thailand and possess BTC and ETH addresses associated with that account. I would like to inquire whether it is possible for the distribution to be sent directly to my Bitkub account using these cryptocurrency addresses.

I am aware that an alternative option for those facing difficulties with Coinbase is to receive the distribution in the form of a check in US dollars. However, I am concerned that my Thai bank may not accept a check in USD, posing a potential obstacle to accessing the funds. In addition, I am worried that I will receive a lessor amount in US dollars than in Bitcoin and Ethereum since my ultimate goal is to have the money back in Bitcoin where it was originally.

I sincerely request your consideration of this matter and any guidance or assistance you can provide to ensure a smooth and timely resolution. If necessary, I am open to providing any additional information or documentation to facilitate the process.

Thank you for your attention to this matter, and I appreciate your dedication to ensuring a fair and just resolution for all parties involved in the Celsius Bankruptcy case.

Sincerely,

Lapasrada Sirichokkajorn