To the Honorable Judge Glenn,

First off, I'd like to express my gratitude for your work on this case. I'm certain that it was no easy task given the number of creditors and level of complexity that has defined the proceedings.

I want to express my dismay and frustration at how distributions have gone for myself and various other creditors.

I received my claim codes for distribution on February 8th. Unfortunately, due to an unknown issue, my claim codes did not go through, and I am left with the distinct "Unable to redeem claim code. Contact Stretto for more information" error message.

I have spoken with PayPal various times, with each representative making it clear that my account is in good standing, I am fully KYC'd, and I can buy/sell/receive/transfer cryptocurrency with no impediments or restrictions. In other words, PayPal is saying that they can process my claim without an issue and the fault lies on Stretto's end.

Any attempt to contact Stretto has been futile – in the rare event that they elect to respond to any emails, it is always a generic copy/paste message from the FAQ. Stretto has a phone number with a representative that has been instructed to tell creditors that they are not meant to handle distribution inquiries. Instead, we are funneled into submitting an online ticket that goes unanswered for days/weeks at a time, just for Stretto to return with an unhelpful & generic copy/paste response.

I find it surprising that they seem unable (or unwilling) to effectively communicate with creditors – they are not volunteers working out of goodwill but rather have been paid a substantial amount of money (that otherwise would have gone to the creditors) to administer this plan. I believe that they have the financial capacity to ensure that they hire, train, and retain individuals whose role would be to communicate promptly, effectively, and clearly with creditors that are having issues with their distributions.

It has now been 34 days since I've received my codes and 34 days since I've first reached out to Stretto and I have yet to receive even a minor update that isn't a copy/paste, potentially automated response telling me to review the FAQ.

I'm not an attorney – but I ask, if it is within your authority, that you request that the Debtor and/or Stretto ensure that they have personnel that can provide original, clear, and concise updates to creditors having these issues, and have these personnel provide said updates to creditors as soon as possible, rather than leave us speculating as to what the future holds.

Thank you,
Steven Diodonet