13 March 2024

Your honour,

This is a follow-on to my father's concern especially due to the fact we both supported and accepted all of the liquidation options in favour of the plan but haven't received my crypto payout..

Coinbase has also frozen my account due to kyc – I have submitted what I can but receive little to no response on how to resolve the account..

I am willing to wait for Stretto/Celsius to arrange with another exchange to receive the crypto rather than a Dollar payout as we reside in South Africa...

Your assistance in this matter would be greatly appreciated...

Regards


Jayden Jenkinson

Jaydenjenkinson99@gmail.com