13 March 2024

Your honour,

I write this with concern especially due to the fact I supported and accepted all of the liquidation options in favour of the plan but haven't received my crypto payout..

Coinbase has frozen my account due to kyc – I have submitted what I can but receive little to no response on how to resolve the account..

I am willing to wait for Stretto/Celsius to arrange with another exchange to receive the crypto rather than a Dollar payout as we reside in South Africa…

Your assistance in this matter would be greatly appreciated…

Regards

Jonathan Jenkinson

Jenkinsonjonathan77@gmail.com