Dear Honorable Judge,

I hope this letter finds you well. I write to bring to your attention to the Celsius Network case.

Despite my earnest efforts and many emails, I have not seen any human attempt by Stretto to disribute the claim to me. I have received many generic responses directing me to the FAQ section, which have not addressed my specific concern: the non-receipt of my claim code for my cryptocurrency assets.

To this day, 14 march 2024, I have not received any claim codes and distribution of any funds from Celsius.

My claim; from the Schedules PDF:
https://cases.stretto.com/public/x191/11749/CORRESPONDENCE/1174909152250000000285.pdf

**Schedule F line: 3.1.283147**
**JORIS DE RUITER**
**ADA 426.599530257663**
BTC 0.00294081315346171
CEL 0.0438506562560973
**MATIC 548.402318556098**
**USDC 5249.78200037536**

Communication from Stretto and Celsius was clear up unto the point distribution was attempted. The distribution failed twice, likely due to the Alternative Email Address filled in Celsius app. I have again checked my celsius and coinbase information (email, address, zipcode, etc) and they are matching. Yet I have no received any clear communication since on how to resolve the matching issue, only copy paste cookiecutter emails directing me to the FAQ. No visible attempt has been made by Stretto to retry distribution.

With humility, I earnestly request your kind intervention to resolve this matter at your earliest convenience. The delay in receiving my claim code directly impacts my well-being and financial security. Your attention to this matter, no matter how humble, is sincerely appreciated. I am available to provide any additional information or clarification necessary.

Thank you for considering this request with kindness and understanding.

Kind regards,
Joris de Ruiter
Nieuwe Keizersgracht 21
3514TX Utrecht
The Netherlands
jorisnachtwacht@gmail.com / joris@jdruiter.nl