Dear Honorable Judge Glenn,

I am sorry to bother you with this and understand you must be extremely busy. Please understand I would not be writing if I had not exhausted all other options. I am sending this letter out of deep frustration and concern regarding the failure of the Claims Distribution process in the Celsius Bankruptcy Case.

Neither myself, nor my family members (who I regrettably got into Celsius) have received any returned funds as of yet. Furthermore, we are unable to set up Coinbase accounts, besides being assured by both Stretto and Coinbase that our country of residence is supported.

Following a brief period of lukewarm support, Coinbase has stopped responding completely. Even after promising they would assist in opening my account. Stretto are offering no help whatsoever with this, and my emails have thus far either been ignored or met with automated responses.

This is very damaging to us as it means that we may not be receiving our funds back in crypto. As you undoubtedly know, the crypto markets have recovered and it would at least help to alleviate our losses to a small degree, if given the chance to sell at an opportune time. If we are to receive our claims in US dollars at time of bankruptcy, this will worsen our already extremely dire financial situation. My family and I have already suffered through this for two years. Without wanting to elaborate too much, it has been a very difficult time indeed. It took us all a long time to accumulate the funds we sent to Celsius and we simply cannot afford any further losses.

I have heard similar sentiment from multitudes of creditors online, especially in the international community, who have still not received their funds and have no idea what is happening. At this point it seems like almost intentional obfuscation, lacking in any real desire to help.

Honestly speaking, the way this whole process has been handled is extremely disappointing. The level of incompetence, disregard for creditors' rights, lack of systems in place to ensure effective claims distribution is alarming, especially given that such large sums of money and time have been allocated to this process. As it stands now, we are completely in the dark regarding the status of our claims.

Again, sorry to trouble you and I greatly appreciate your attention to this matter. I trust that the Court will take the necessary steps to look into this and perhaps provide some clarity. Thank you!

Yours respectfully,

Ceri Lines