Dear Honorable Judge Glenn

I wanted to respectfully communicate my concerns about the current performance of the post petition debtors and our asigned distribution in the Celsius Case No. 22-10964

We are a corporate account in Celsius bankruptcy, IBERTRADE REPRESENTACIONES SL, claim 23942, with earn and loans claim.

We are a small family business that has decided to deposit the savings from our work in CELSIUS. They were very significant to us.

The debtors released a notice that all initial distributions have been completed, we haven't received anything at all.

Earn claim

The debtors arbitrarily decided to liquid all corporate account holders except the top 100 for cash, yet 5 weeks post emergence we have not received our wire transfer. The issue, however, is that crypto prices have increased substantially since the effective date. The plan went effective with a BTC price of $42,973 and an ETH price of $2,577. BTC is currently hovering around $73,000, while ETH trades at $4,000.

We have approached Kirkland and Stretto on 13 of February to request that our earn claim be withdrawn as more collateral in the refinancing of our loan claim. From KIRKLAND answered us that for administrative cost reasons, they are unable to accommodate our request. From Stretto we have no answer one month later and we no longer expect anyone.

We need our money back as soon as possible.

Loans claim

The second portion of the refinance (the principal value) is dynamic in nature and based on the market price of BTC or ETH at the time of the refinance (i.e. third party lender pays Celsius the principal
portion on behalf of the borrower and then Celsius goes out into the open market to acquire the BTC or ETH). Similar to our issue to be a corporate account not enough rich to belong to the top 100 corporate club, these delays and the subsequent run up in asset price is a further haircut to our refinancing. The principal portion currently returns HALF the amount of BTC or ETH that it would have returned at the effective date.

From Celsius refinancing confirms us the receipt of our signed letter with SALT LENDING in time.

<u>Mining co Shares</u>

We have contacted KIRKLAND and STRETTO and IONIC DIGITAL on 2/16/23 to ask why we have not received information about our IONIC SHARES. Stretto still doesn't respond to me, Kirkland asks me to be patient and from IONIC tells us that they are not showing a record of my name or email address.

I have read with concern that the Debtors understand that Odessey Transfer and Trust has already completed email notifications to eligible creditors. We haven't received any share or mail.

<u>Treatment of our claim</u>:

On 3/10/23 we have contacted again with KIRKLAND and STRETTO worried when we realized that our claim is listed as UNLIQUIDATED on our credit detail. We don't know the reason for this treatment, no one has notified us of any errors in our communications with debtors. We have filed a proof of claim at time, and we don´t have a withdrawal preference exposure.

We are deeply concerned about how this will affect our refinancing or could reduce future stock and crypto distributions.

If they cancel our approved refinancing with SALT LENDING, They would apply the same criteria to us as to the distribution of our EARN claim (corporate account criteria) in such a way that they will set our return to Cash and at the price of BTC $42,973. In this case, our distribution would be even much lower than that the rest of the creditors.

We feel harmed in each and every aspect of our distribution; but honestly, after more than 2 years of suffering, we are totally overwhelmed, we just want to turn the page.

We only have received robotic responses to our query from KIRKLAND and STRETTO. We feel abandoned to our fate.

You have always defended the victims of CELSIUS, we have no one to turn to. We Beg for your help.

Thank you for your time.

Maria Teresa Gonzalez
IBERTRADE REPRESENTACIONES