Case: 22-10964

Celsius Bankruptcy

March 14, 2024

Dear Honorable Judge Martin Glen,

I am an internation Celsius Creditor. All my information is on file including bank wire. Yet I have not received my claim.

Our losses are piling up. We lost our life savings, our coins, our ability to choose the distribution channel.

While I am sure many international creditors have expressed their concern of not receiving their WIRE claims (in USD). Even though, many of us have the means to receive claims in crypto. Time after time we are depreciating in value.

**Time is of the essence** for us grow and try to recover what little we have of our life time savings.

I humbly request, that the **wire transfers are enforced**. Or if the delays continue that Celsius is forced to let us get our claims in ETH/BTC predetermined prices.

Sincerely,

Naif Mansouri