To whom it concerns:

My name is Dustin Penner, I have heard nothing about my claim code for PayPal or Venmo since distributions started. I have a claim for 16.7k and would love to see it back in crypto. I have sent tickets to Celsius but haven't heard anything constructive back. No claim code and no crypto.

Thank you,
Dustin Penner