Case Number: 22-10694

Dear Judge Glenn:

I am very frustrated on how the wind down and the return of my crypto assets as a claimant ae being handled and wanted to bring this to your attention. I received my Celsius Claim Codes for both BTC and ETH and went to my PayPal account to redeem them. I started with my BTC claim code then my ETH. I am unable to access either with my claim codes.  The claim codes are valid, but it is not accepting them. The error it gives says "We're unable to redeem that code. Contact Stretto for more information." I have already contacted Stretto and there has been no resolution or even communication.

I do NOT want my settlement in USD.  I have also opened a ticket with Stretto, with no result or response. This is a problem for many creditors.

The constant issues with claim codes are more insulting after this long and drawn-out process. The creditors continue to get the short end of the stick. I want to ensure I receive my BTC and ETH that was sent to me and not have it changed to USD.

I am pleading with you to do what you can to resolve this matter.


Sincerely,


Michael Ovadia