Judge Martin Glenn
One Bowling Green
New York, NY 10004 – 1408

Michael Chymbor
45 Shelley Rd.
Meriden CT 06451

March 14, 2044

Case number 22-10964
Name in Celsius Mike Chymbor
mile@chymbor.com
203-213-1923

Dear Judge Glenn:

I have not received a claim code for my crypto assets or about the stock shares.
I am becoming worried after so much time.
I am a small investor and the funds are needed for my meager lifestyle.

I see from emails that others have received a claim code for PayPal.
Celsius website has since shut down and I would like you to intervene on my behalf.

At this point my faith has dwindled in Celsius and Strettos.
Celsius and Strettos has made a mess of both PayPal and Coinbase in claim numbers that dont work.
At this time if posible I would prefer to receive a check in the mail.

Please call or email me if you have any questions.

Thank you for your time and diligence.

Sincerely:
Thomas Klein