March 14, 2024

Honorable Judge Martin Glenn US Bankruptcy Court for the Southern District of New York
Case #: 22-10964 (MG)

Dear Honorable Judge Martin Glenn,

My aim of this brief letter is to inform you of the pain and suffering that I have been through regarding the Celsius bankruptcy, and furthermore the distribution process which seems to be very inefficient.

I have received only email from Ionic Digital for my share distribution on February 15, 2024. However there is no email from any other distribution partners (Venmo, Paypal or Coinbase) for the remaining distribution amount.

I never would have thought that most of my entire life saving would disappear and the whole thing would be a scam.

I plead with you to kindly help us. Please inform the debtors to use more effective method to distribute the remaining assets to all the Celsius creditors.

Thank you very much for your time and kind understanding.

Thank you/ best regards,
Natalie Taechariyakul
Email: natalietaecha@gmail.com
Cell: 424-634-1504