Dear Honourable Judge Martin Glenn

Many thanks for your due diligence throughout the Celsius Network case over the years.

I am writing to you today to highlight the inconsistencies and unfairness of the current claim distributions process with respect to corporate creditors.

Celsius have decided, without consultation with the creditors, to only provide the 'top 100' corporate creditors with a cryptocurrency distribution. This wasn't agreed by creditors and unfairly favours the 'top 100' corporate creditors in the distribution process leaving the remaining having to receive a dollar distribution which is likely 50% less than its true value today. During the claims process, Celsius did ask all creditors their preference (Crypto or Fiat) and they should really honour this obligation rather than favour just the top 100.

The distribution process has been a shambles so far with very little clear communication from Stretto/Celsius and queries have been met with canned responses rather than responding to actual queries. I see that they have responded to this yesterday on a court docket which is progress.

Are you able to challenge the biased distributions to ensure that all those affected by this bankruptcy get a fair and equal distribution?

Many thanks

James Matthews

Get Streamlined Limited