Letter to Chief Judge Glenn

I hope this letter finds you well. I am writing to bring to your attention a matter regarding the claim distribution process pertaining to the recent Chapter 11 case involving Celsius Network.

I recently received communication from the appointed administrators, Stretto, regarding the distribution of claims. However, I encountered an issue that has hindered my ability to receive the distribution as outlined. The communication stated that no Coinbase account was found matching the details on file for me, and thus Coinbase was unable to complete my claim distribution.

I would like to bring to your attention that despite my efforts, I have been unable to open an account with Coinbase using the same email address associated with my Celsius account. Despite multiple attempts and following the provided instructions meticulously, I have not been successful in resolving this matter with Coinbase directly.

Given the urgency of the situation and the importance of receiving the distribution, I am reaching out to request assistance in providing an alternative solution. I would like to offer a new email address to Stretto, which can be used for the purpose of opening an account with Coinbase to facilitate the claim distribution process.

I understand the importance of ensuring accurate information and identity verification in this process, and I assure you that the new email address provided will be associated with my Celsius account and used solely for the purpose of claim distributions.

I kindly request your guidance on how to proceed further in this matter. Your assistance in resolving this issue would be greatly appreciated, as it directly impacts my ability to receive the distribution owed to me.

Thank you for your attention to this matter. I look forward to your prompt response and guidance on how to proceed.

Sincerely,

James Cleverley
Cleverj89@gmail.com
+61410834868