Dear Judge(s)

> Dear AURELIEN DE FERAUDY
>
> You are receiving this email because no Coinbase account was found matching the details on file for you. As such, Coinbase was unable to complete your claim distribution.
>
> **Action Required**
>
> - Ensure you have an active account at Coinbase using the same email address used for your Celsius account.
>   1. If you do not already have an account at Coinbase, please create an account
>   2. If you already have an existing Coinbase account, ensure the email address matches the email associated with your Celsius account. How to change your Coinbase account information
> - Ensure your personal information is up to date and accurate in your Celsius Account, including your email and date of birth. This information will be used to verify your identity for your claim distribution with your Coinbase account, and must match your government issued ID.
>
> It is recommended that you change the email associated with your Coinbase account to match your Celsius information. In the event that you cannot change your email address with Coinbase, you can add an email address to your Profile within your Celsius App account by adding a new "Distribution Email." At this time, the Distribution Email will only be used to match your account to facilitate your claim distributions and will not be used for communications, nor will it affect your login credentials for the Celsius App.
>
> **If you have questions or need further support**
> We *strongly* suggest you refer to the Distributions FAQ and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.
>
> The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.
>
> **Stay Alert**
> Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.
>
> Stretto

On February 16 I received the above email stating that I didn't have COINBASE account to receive my distribution.

As I didn't know where I will receive my assets, I didn't have a COINBASE account at that time. After receiving this email, I rushed to open one and the following day it was ready.

However since then, it has been 1 month, I have no news from CELSIUS or Stretto.

I'd like to raise to the court a lack of communication, or transparency, from "Celsius", even though the subject is very sensitive and brings a lot of concern and anxiety.

I would like to ask for your help, to receive from Celsius what is due: what corresponds to my claim, returned in BTC and ETH with the corresponding equity.

Thank you for your kind consideration

Aurelien de Feraudy