Dear Judge,

I am a Celsius creditor. Normally, I would receive my crypto in-kind via Coinbase. A month ago, I received an email titled: An error occurred at Coinbase with my claim distribution. In the weeks that followed, I tried everything possible. I started by contacting Coinbase's helpdesk. I had all my information checked, and everything seems to be correct. I contacted them a second time. Now, I even sent screenshots of my profile information from my Celsius account. Again, they couldn't help me. Yesterday, I did the last possible thing. I deleted my Coinbase account and created a new one with the same information. Again, without success. They cannot help me at Coinbase. In the meantime, I have submitted dozens of inquiries to Celsius. Each time, I receive an automatic email. I really can't understand how they can receive millions of dollars in bonuses, allocate extreme amounts to manage this properly, and yet it is so chaotic. I chose to reduce my claim to the convenience class at the time. This was a deliberate choice because it would result in me receiving more crypto in-kind. I believed that I would recover some of my losses in the next bull market. Meanwhile, it is already in full swing. I now fear that due to technical problems, they will pay me in dollars. I would really find this unacceptable. Can you please make them accountable to help us?

Thank you!

Kevin Wauthij