Case Number- 22-10964

Celsius Claim ID- 540117

Sze Kwing Tam

376 Broadway Apt. 23A

New York, NY 10013

March 13, 2024

Dear Judge,

I am writing because I still have not received my claim codes from Celsius to retrieve my funds from the bankruptcy settlement. I have contacted Celsius/Stretto numerous times but to no avail. I have not even received a single reply. I am becoming worried and concerned I will not receive any of my funds back. Can you please help in any way you can to push this process and have Stretto take action on these issues. Thank you.

Sincerely,

Sze Kwing Tam