**Celsuis Creditor – Non US**
**Still Awaiting Distribution + No Communication from Coinbase**

Dear Honourable Martin Glenn,

This letter is to complain in the strongest terms how terrible the claim process has been for me through CoinBase. I am barely able to get an answer from them and have non specific exchanges with them on X on a hugely important financial matter.

I have had a CoinBase account for 5 years or so and had been KYC'ed prior to the distribution in January. Then with a X messaging conversation with one of their agents I was asked to submit further proof of address and without warning my account was blocked and they have not informed me why.

I have not be able to contact CoinBase or Stretto apart from auto generated email responses and am lost now.

Whilst I await, my crypto that was fraudulently used by Celsuis is now gaining value and I risk having a US Dollar cheque being issued and a significantly lower value to what it is worth

I ask for your urgent support

Andrew Hill

Email - andrewhilluk@gmail.com
Mob - +44 7974 228232 or +971 566039313