Re: [22-10964] - Concern Regarding Delay in Claim Distribution

Dear Judge,

I am writing to you in my capacity as a claimant in the above-referenced case, to express my concern regarding an ongoing issue with the distribution of claims that has directly affected me and, potentially, other claimants involved in this matter. Despite the efforts made to rectify the situation, I find myself in a position where the resolution seems unattainable without further intervention.

On February 16, I received communication from Stretto, indicating that there was an error with my claim distribution at Coinbase due to the absence of a matching distribution email address specifically for claim distributions through Coinbase. Acting promptly on this information, I added the necessary distribution email address, and by February 19, Celcius confirmed that my Distribution Email Address had been successfully activated.

Despite these corrective actions, I regret to inform you that I have yet to receive the distribution owed to me. This delay has caused not only financial strain but also considerable stress, as the funds in question are of significant importance to me.

Given these circumstances, and the apparent inefficacy of the current system to distribute claims in a timely and error-free manner, I respectfully suggest that Stretto & Coinbase should be subjected to daily fines until all claims have been fully and properly distributed. I believe that such a measure would incentivize these entities to expedite the resolution of these distribution issues, thereby safeguarding the interests of all affected claimants.

Thank you for considering my concerns. I look forward to your guidance on how best to proceed and am hopeful for a swift resolution to this matter.

Respectfully,

James Austin