March 13th 2024

Honorable Judge Martin Glenn,

I hope this message finds you well. My name is María Jimena Carmona and I am writing to you as a creditor in the Celsius Bankruptcy Case.
On February 16th, 2024, I received an email from Stretto that my claim distribution cannot be serviced through Coinbase. In the same email said that no action was required and they will contact me shortly with new instructions. However, I haven't received any further instructions yet.
My concern is that I updated my address (KYC) in Celsius app and added an alternative email different from my Celsius account.
At the moment I'm unable to have access to my crypto assets distribution. I will plead for guarantee in the process of claiming distribution in crypto assets.

I am also deeply concerned as my loan executed by Celsius was not taking in count for distribution. I have not received an email to vote about the treatment my loan will be. Once again, I will plead for guarantees of a fair equal right to decide the treatment of my loan.
Celsius collected my crypto collateral assets as the accounts were frozen at that moment.
In compliance with their instructions, I have remained patient. However, it has now been over more than a month since my initial inquiry, and I have yet not receive any further communications from Stretto
regarding the instructions needed to a final resolution.

As a creditor, I am deeply concerned about the lack of progress in resolving this matter.I wish to emphasize that I do not seek a traditional check as a resolution as my country accepts international platforms such as PayPal and Coinbase. Instead, I will plead to receive my crypto assets back.
I respectfully request your intervention and assistance in facilitating a prompt and satisfactory resolution to this issue.
Thank you for your attention to this matter.

Sincerely,
María Jimena Carmona