If it pleases the court I would like to express my concern over getting my distribution for both my crypto holdings and my loan pay off.

One month ago, I was informed that I needed to change my email to coinbase, my distribution center, so that it matched my Celsius account. I did so immediately and have never heard anything since. I wrote stretto about this and got a form letter for both my claims.

In the meantime I have gone into financial ruin. Had to go into a debt consolidation program and sell off any other asset just to pay for my disabled mother's mounting medical expenses.

Keeping our money during this bull run is especially cruel as it would help us make up for some of the money that was stolen/ponzied/robbed from us from this case.

Celsius, Stretto and Coinbase have all been radio silent during this time.
Please issue a statement for all of us who have been delayed, about what is going one and when we can expect our payout. And please demand the execution be carried out immediately. If they are having trouble with coinbase then there are other portals I would imagine.

We have been waiting an exorbitant amount of time and the emotional toll is worth a whole other lawsuit!

Thank you,
Leslie Brockett
323-401-4267
bunnyhopfilms@sbcglobal.net