The Honorable Martin Glenn

RE: Case 22-10964 still waiting for resolution

Dear Judge Glenn:

I am a creditor of Celsius Network and a retiree.   On February 12, 2024, I was notified that my claim distributions were available to collect at PayPal.   As a long time customer of PayPal I assumed I would have little problem receiving my distribution.

However after entering my claim code and birth date which were accepted I was transferred to a KYC process that was stuck in a loop and never worked.  After several tries I was kicked out of PayPal and forced to call their help desk to be reconnected.   They were able to reconnect me but unable to help with the Celsius KYC process.

On February 20, 2024, I received an email from Stretto Celsius Network titled "IMPORTANT: Your claim cannot be serviced at PayPal or Venmo".  This email directed me to a "Distributions FAQ" link.  There read that my distribution likely would be paid in cash.   This would be highly inconvenient and cost me many thousands of dollars.

I contacted Stretto but have only received a "Thank you for your inquiry" response that offered no help and no explanation.  Several weeks have now passed so now I am writing you.

I was hoping you would be able to look into this and help me receive my Crypto.

Thank You,

Craig Jennings Foster
alcaky@protonmail.com
Celsius ID #16747377f1