**Evan Thomas**

99 Warren Rd
Townsend, MA 01469
(508) 667-1539
evan7thomas@gmail.com

15th March 2024

Case Number: 22-10964

Dear Judge,

I have a Celsius claim and I completed the KYC following the Feb 6th request.

I received two emails with PayPal claim codes for BTC and ETH on March 12th, 2024.

These codes have not worked at PayPal and they notified me that my distribution "cannot be serviced through PayPal or Venmo."

Please resolve this issue as I would greatly prefer to receive my distribution via BTC/ETH instead of in USD.

Sincerely,

*Evan Thomas*

# Evan Thomas