UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

**ORDER DIRECTING PARTIES TO CONFER REGARDING
DISCOVERY FOR MR. NOYES' REQUEST FOR JUDICIAL DETERMINATION**

On March 7, 2024 Mr. Keith Noyes filed a *Request for Judicial Determination whether or not Keith Noyes acted in an ultra vires manner while serving on the Celsius Unsecured Creditors Committee* (the "Request," ECF Doc. # 4464). The Request is scheduled for hearing on April 24, 2024. If the Debtors, Committee, or United States Trustee wish to take discovery regarding the Request, they should confer with Mr. Noyes and agree on a mutually acceptable discovery schedule, with all discovery to be completed in advance of the hearing.

**IT IS SO ORDERED.**

Dated:  March 18, 2024
        New York, New York

                                            /s/ Martin Glenn
                                           MARTIN GLENN
                                    Chief United States Bankruptcy Judge