Thomas Anusic
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

_____

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Re:** *OBJECTION 4623 & Follow-up Court Order TRANSPARENCY*

Dear Chief Judge Glenn:

Mr. Anusic respectfully writes to support Wesley Docket 4685 **OBJECTION** to the Debtors Response.

_____

As all his points are valid and the Debtor continues to breach their fiduciary duties to be equitable arguing and hiding behind technicalities whilst unjustly enriching themselves with Creditor Owed Funds by what I can only consider as deliberately making astonishingly negligent decisions that substantially affect people's livelihoods to delay the process further and continue their super-profits.

I respectfully **request a Court Order to revoke all releases** of the Debtor's Council, Directors and UCC members under bankruptcy law due to Failure to complete required courses, material misstatements and Fraud through continuously making false statements furthermore these decisions have had severe consequences on Corporate Holders outside of the Top 100. We have been the most harmed as many of us are Solo Operators who put our entire net worth into these holding companies for Protection. Some of us are retirees and single mothers. We have the most to lose compared to the Ultra-Rich who will get a substantially larger recovery.

I also follow-up on my request for a court order for transparency. They responded with a very broad answer about how the 100 slots were selected. They have made no attempt at all to reasonably source alternative distribution partners. The **conflict of interest with Kirkland's long-standing relationship representing Coinbase** screams out injustice, corruption and nepotism. Why are they allowed to exclusively use a partner for international creditors that they have represented in numerous other cases and reject competitive partners in other markets that would greatly expedite the recovery, allow more crypto to be distributed and meet all the KYC compliance criteria?

I even advised Kirkland I would introduce them to a Distribution partner in Australia that has been around for 11 years and has strict KYC where a substantial number of Celsius Users live and they did not want to hear any of it. (Furthermore, they likely would have PAID US for the user acquisitions which is the standard practice in Cryptocurrency Exchanges via Affiliate programs rather than costing the estate an alleged $1000 USD per seat and the Top 100 having **multiple** accounts meaning multiple fees at the expense of the less well off.) Literally not just costing the estate substantially more but also throwing creditor owed money away.

This exclusivity with Coinbase reeks of potential corruption. I am disgusted that they have secured their releases and respectfully request due to recent mitigating circumstance for ALL Voters (Most of which were bribed with 5% and mislead in the complex documents) to have releases retracted so after exit those who were unfairly treated can seek reparations from those responsible for our loss.

Thank you

Tom
Pro-Se