Peter Leopold Marjasin

28A Bungaloe Avenue

Balgowlah Heights 2093 NSW

Australia

e-mail: marjasin.peter@gmail.com / peter.marjasin@hubersuhner.com

tel: +61 417217285

Date : 16 March 2024

**Celsius Chapter 11 Claim Distribution CASE number 22-10964**

United States Bankruptcy Court

To Whom It May Concern,

I am writing to inquire about the status of the claim distribution process with Celsius. My name is Peter Leopold Marjasin, and I have been in contact with Celsius regarding the distribution of assets held in my account, as well as those belonging to my deceased son.

I maintained a Celsius account holding Bitcoin and Ethereum coins in order to accrue interest. Additionally, I have been representing my late son, Marcus Simon Ekengard, who also held Bitcoins in his earning account. At the request of Celsius, I have provided evidence of his passing along with necessary identification documents. However, despite my efforts, I have yet to receive any updates or resolutions regarding our deposits.

Navigating my son's affairs following his untimely passing has been a challenging process. Nevertheless, I have successfully managed and settled all his Australian business matters and bank accounts. He passed away at the age of 28, leaving behind no substantial wealth, which has streamlined the handling of his affairs.

For your reference, my son's details are as follows:

Name: Marcus Simon Ekengard

Address:

28A Bungaloe Avenue

Balgowlah Heights 2093 NSW

Australia

I am hopeful for a resolution to this matter, as it would help bring closure to the difficulties we have faced since his passing and the commencement of the Chapter 11 process.

Thank you for your attention to this matter. I kindly request an update on the status of our claims and any necessary steps we need to take to expedite the process.

Warm regards,

*[signature]*

Peter Marjasin