Frances Jones
*Pro Se*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Re:** *OBJECTION to Docket 4623 & Follow-up Court Order TRANSPARENCY*

Dear Chief Judge Glenn:

I, Frances Jones, respectfully write in support of the Court Docket 4685, **OBJECTION** to the Debtors Response filed under Docket 4623, **POST-EFFECTIVE DATE DEBTORS' SECOND UPDATE ON DISTRIBUTIONS**

I agree with all Wesley's points. The Debtor continues to breach their fiduciary duties to be equitable. They argue and hide behind technicalities whilst unjustly enriching themselves with Creditor Owed Funds. Are they deliberately making astonishingly negligent decisions that substantially affect people's livelihoods, to delay the process further and continue their super-profits?

I request a Court Order to remove **all releases** of the Debtor's Council, Directors and UCC members as these decisions have had severe consequences on Corporate Holders outside of the Top 100. We have been the most harmed as many of us are Solo Operators who put our entire net worth into these holding companies for Protection. Some of us are retirees and single mothers. We have the most to lose compared to the Ultra-Rich who will get a substantially larger recovery.

I also support Thomas Anusic's 'Request for Court Order – Transparency of Top 100,' Court Docket 4452. Kirkland and Ellis responded with a very broad answer about how the 100 slots were selected. They have made no attempt at all to reasonably source alternative distribution partners. The conflict of interest with Kirkland's long-standing relationship representing Coinbase screams out injustice, corruption, and nepotism. Why are they allowed to exclusively use a partner that they have represented in numerous other cases and reject competitive partners in other markets that would greatly expedite the recovery, allow more crypto to be distributed and meet all the KYC compliance criteria?

There are numerous potential distribution partners in Australia that have been around for years. I have corporate accounts with Coinspot and Independent Reserve which cost nothing to set up. Australian KYC and regulators seem to be more effective than American ones, considering the multiple bankruptcies in the U.S. A substantial number of Celsius Users live in Australia, but Kirkland insists on using Coinbase which charges corporate creditors $1000 USD per account.

This exclusivity with Coinbase is opaque and potentially corrupt.  It is so wrong that they have secured their releases.  I respectfully make a request for ALL Celsius creditors, voters who were bribed with a potential 5% loss and misled with complex documents, to have their releases retracted so that after exit those who have been unfairly treated can seek reparations from those responsible for our losses.

Yours Sincerely,

Frances Jones
Sole Director
Jones Asset Protection Trust
Pro-Se Creditor