To Whom it may concern

Stretto has sent me claim codes and told me to set up an account at Paypal to retrieve my money owed from Celsius after they files Chapter 11.

The problem is after setting up an account at Paypal and confirming with them that all information is correct, their online submission form won't accept my date of birth.

I contacted Paypal and they state that the date of birth is provided by Stretto so I have to contact Stretto to correct the information.

Before Celsius' web site was taken offline, I confirmed my personal information was correct (including my date of birth).

Now when I try to go through Stretto's online communication form, it does not allow me to submit my request.

There is no way for me to contact Stretto to get this issue resolved and so my money is not being returned to me.

Sincerely

Steven Pitts