Jake Faller
Sheri Faller
Laura McNeil
Ken McNeil
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Re:** *OBJECTION to Docket 4623 & Follow-up Court Order TRANSPARENCY*

Dear Chief Judge Glenn:

We are all respectfully writing in support of the Court Docket 4685, **OBJECTION** to the Debtors Response filed under Docket 4623, **POST-EFFECTIVE DATE DEBTORS' SECOND UPDATE ON DISTRIBUTIONS.** We are a group of four creditors each with corporate accounts, which are our IRA retirement life savings that are structured as single member LLCs. In addition, we also have individual creditor accounts and we represent nine total accounts with claim values of over $2,000,000 in aggregate.

We are writing to voice agreement with Wesley's points. The Debtor continues to breach their fiduciary duties to be equitable, specifically in regards to unfairly distributing Corporate Creditor funds. We feel it is extremely negligent to not seek out a partner that could handle more than 100 accounts for cryptocurrency distributions.

We request a Court Order to remove **all releases** of the Debtor's Council, Directors, and UCC members as these decisions have had severe consequences on Corporate Holders outside of the Top 100. We have been the most harmed as many of us are Solo Operators who put our entire net worth into Celsius under the false pretenses our funds would be safe.

**We also strongly support Thomas Anusic's 'Request for Court Order – Transparency of**

**Top 100,' Court Docket 4452**. Kirkland & Ellis responded with a very broad answer about how the 100 corporate account slots were selected. There is no transparency around why Coinbase was selected and why they didn't seek out other distribution partners who could handle all corporate distributions fairly in the same way.

For any distributions where fiat was absolutely necessary, there should be transparency at what prices crypto was sold, and those distributions should have been made immediately to Corporate Creditors. Individual Creditors who will get fiat distributions were told they will benefit from the upside at current market crypto prices, while Corporate Creditors who are also still waiting over two months for their distributions were told they will not. BTC and ETH have nearly doubled, thus making distributions SIGNIFICANTLY less for Corporate Creditors not selected for the 100 spots. Where is the fairness and equality in that?

We request the court to address this injustice by making distributions to all Corporate Creditors fair and equal. Corporate Creditors deserve to benefit from recent crypto appreciation, just like the top 100 Corporate Creditors and Individual Creditors are.

Sincerely,

Jake Faller
BFaller ROTH RD LLC
BFaller RD LLC
Pro-Se Creditor

Sheri Faller
SFaller TRD RD LLC
SFaller RD LLC
Pro-Se Creditor

Laura McNeil
LMcNeil RD LLC
Individual Creditor account
Pro-Se Creditor

Ken McNeil
KMcNeil RD LLC
KMcNeil II RD LLC
Individual Creditor account
Pro-Se Creditor