Tetyana Vysochanska
Kalinowa 15,
Czarny Las 05-825
Poland

tel +48735466699
tanyavvv@gmail.com

17.03.2023

Re: Case Number 22-10964, Celsius Network

Dear Sirs

I am writing to bring to your attention a matter concerning my ongoing involvement in the case referenced above, involving Celsius Network. My name is Tetyana Vysochanska, and I am a stakeholder who has been adversely affected by the situation unfolding with this company.

To provide a brief background, I am a resident of Poland, and I had invested a sum of $22,219 with Celsius Network. Despite the promises and assurances given by the company, I regret to inform you that as of the current date, I have not received any of the funds due to me.

The initial transaction and engagement with Celsius Network occurred on 21-07-2021, and despite the lapse of a considerable amount of time, my attempts to recover the invested funds have been unsuccessful. The lack of resolution and communication from Celsius Network's side has caused significant financial strain and distress.

I wish to formally bring this matter to your esteemed attention in the hope of seeking a resolution. I understand that the legal process is complex and can be time-consuming, but I am increasingly concerned about the recovery of my investment.

As a creditor in this case, I am keen to stay informed about any developments and would appreciate any guidance or information regarding the steps that I can take to assert my rights in this matter. My contact information is listed at the top of this letter for any correspondence that may be necessary.

Thank you for your time and attention to this letter. I trust that the court will continue to handle this matter with the fairness and thoroughness it requires. Any assistance or direction you can provide in this matter will be greatly appreciated.

Respectfully,

Tetyana Vysochanska

