3/15/2024

Dear Honorable Judge Glen,

**I write this letter regarding Celsius Case no. 22-10964.**

**I still have not gotten my distributions from Celsius**. I ask the court to step up/in for all creditors still waiting for their distributions. We all placed trust in Celsius and then betrayed our trust and did us wrong. We are only asking for what is legally ours that we invested for a better future for our families.

PLEASE help

Thank you in advance.

Best regards

Angela Moll

Seagaze28@gmail.com