March 15, 2024

Honorable Judge Martin Glenn US Bankruptcy Court for the Southern District of New York
Case #: 22-10964 (MG)

Dear Honorable Judge Martin Glenn,

My aim of this brief letter is to inform you of the pain and suffering that I have been through regarding the Celsius bankruptcy, and furthermore the distribution process which seems to be very inefficient.

I am a Thai citizen who get effected by Celsius bankruptcy. I was informed by Celsius that I will receive my coin distribution via Coinbase, however, I could not open Coinbase account in Thailand. Coinbase System does not provide the service in Thailand. I have tried many different ways to open Coinbase account without success. I am very disappointed of this inefficient distribution Celsius has. I do want my coin back as my distribution, not cash back.

Celsius bankruptcy really effects my entire life, both physical and mental. I have been treated with depression since then. This investment is my whole life. My present and my future depends on this money. I never would have thought that my entire life saving would disappear and the whole thing would be a scam.

I plead with you to please kindly help us, the creditors. Please inform Celsius, the debtors, to use more effective method to distribute the coin to all Celsius creditors.

Thank you very much for your time and kind understanding.

Thank you/ best regards,
Nisachon Leesawet
Email: leesanof@gmail.com
Cell: +66-86-387-5590