To: nysbinfo@nysb.uscourts.gov                                              Tuesday, 19 March 2024
Joe Aulisi Joe_Aulisi@nysb.uscourts.gov; NYSBMID_CaseFiling<CaseFiling@nysb.uscourts.gov>

From: Thomas Joseph Pick
Email: pickf@hotmail.com
Phone: +1 414 446 2601

Subject: Pleading.
Files submitted online related to: Celsius Network LLC, et al, Case Number: 22-10964 (MG),
Southern District of New York. [Collectively, the "Celsius Debtors"].
Receipt #: 1710578015    Thomas Joseph Pick- Celsius Earn Creditor.


Dear Mr. Joe Aulisi;

I am pleading with the court to find another way to get my assets to me in the Celsius bankruptcy case.

In the previous pdf file I sent, it was a photograph of my laptop computer. I did this as evidence, so you could see what URL address was used near the top of the page in my attempt to open an account with Coinbase.
At the bottom right of the toolbar, is the time and date stamp, so you can see when this attempt to contact Coinbase was made.

I am not trying to file a Proof of Claim. That information was agreed upon, as to my assets Celsius held. What Celsius will settle with me is another matter.

I am trying to get my distribution. I am a U.S.A. citizen. I am 71-years-old and am a resident of Thailand. I am supposed to get my distribution via Coinbase. However, I have gone back and forth with Coinbase (Coinbase Support Case #18133117) and am getting nowhere.
Coinbase Support <help@coinbase.com>
I cannot even open an account with Coinbase. Evidently, Thailand is a country Coinbase cannot legally operate in.
When I attempt to set up a Coinbase account, the reply comes back in red letters saying:

<span style="color:red">Country not supported currently. Try Coinbase Wallet instead!</span>

You can read this near the bottom of the pdf file I sent you. Thus, I need your court to order Celsius/Stretto to find a different way to get my assets to me.

Online now, many customers are complaining Coinbase is demanding all kinds of unreasonable KYC (Know Your Customer) documentation. I no longer trust Coinbase. I believe they are in collusion with Celsius to drag things out until January 2025. The reason for me feeling this way is because of recent Aaron Bennett YouTube videos containing complaints from frustrated people assigned to deal with Coinbase. This is unacceptable.

I have an account with other crypto firms which I also have already performed and passed KYC. We could use one of them, such as Crypto.com or Binance.

I have an account with Merrill Edge (Merrill Edge does not accept crypto assets), they are a brokerage firm.

I have an account with Fidelity (I believe they also do not accept crypto assets), they are a brokerage firm. They do accept stock. The Ionic Digital mining company stock Form 10 may be approved by the SEC after 60 days for NASDAQ listing at $20 per share (March 26, 2024). I expect the share price to go down when open market trading begins. I will want to sell my shares. I want to get away from anything having to due with Celsius and Celsius people and their corrupt lawyers.

If Celsius wants to pay me in $US Dollars, Celsius can sell the Bitcoin and Ethereum which has been set aside for me. Celsius can sell the Bitcoin and Ethereum they have been holding for me at the current market price, not the January 16, 2024 price, as this is another way the Celsius people are trying to rob investors of their assets again. I have an account with Bank of America, a major bank in New York. The money could be bank-wire-transferred directly into my savings account in Bank of America.
But, Celsius needs to let me know the moment my liquid crypto assets were sold and at what price. The money would have to be transferred immediately without delay.

I would have to attempt to repurchase my Bitcoin and Ethereum on the open market at today's prices, which are expensive and involve additional fees. The money Celsius pays me and the amount I have to pay to recover my BTC (Bitcoin) and ETH (Ethereum) will have some "slippage." I will want to send a bill to Celsius for the slippage and I expect them to pay me that money back.

I am not a lawyer. I worked hard all my life. The money I invested with Celsius represents three generations of inheritance and my earnings. I trusted Alex Mashinsky. I even convinced my 77-year-old brother to invest in Celsius and he lost money also. This is a huge embarrassment for me.

I apologize for not knowing all the intricacies of proper court protocol concerning filing.
The previous ProSe form wanted a title, which I filled in. The pdf attachments seem to indicate only one page was acceptable, thus I sent one page. I felt the title and pdf page were self-explanatory for what I sought. I am not making a Claim. The form asked us not to send any claim forms. I am making a Pleading to get my settlement assets to me by another way. Coinbase is not working and is unacceptable.

Sincerely,

*Thomas Joseph Pick*
Thomas Joseph Pick