Swalmen, March 19, 2024

Dear Sir/Madam,

I'm waiting on my Celsius distribution of BTC en ETH on Coinbase. I filled in everything correctly but apparently there was a problem. Of this I received an second email on Saturday, March 16, 2024 titled "Your Celsius distribution will be reattempted at Coinbase" from [no-reply@cases-cr.stretto-services.com](mailto:no-reply@cases-cr.stretto-services.com). So I had a conversation with the support of Coinbase (see attachment) and everything must be ok. Could you make sure that this case is looked at again. I would also like to know why you cannot deposit the distribution to me. All data match (see attachment). Please receive my distribution in BTC and ETH and hope that everything goes well now.

Kind regards,

Dide Helena Maria Lemmen

Sanrox46@hotmail.com

# Welcome DIDE HELENA MARIA

| Earn Account Balance | Rewards |
|---|---|
| **$11,985.55** | **$1,753.55** |

**Coins** | Available Coins

**Bitcoin** — $9,319.68
N/A — 0.180554 BTC

**Ethereum** — $2,655.03
N/A — 0.948077 ETH

**USD Coin** — $10.24
N/A — 10.244848 USDC

**Tether** — $0.60
N/A — 0.599752 USDT ERC20

**Celsius** — $0.00
N/A — 0.012500 CEL

Portfolio | Transfer | Buy | Swap | Borrow

# Personal Information

Taxpayer Identification Number

National ID Number
219246774

## PROFILE DETAILS

First name
DIDE HELENA MARIA

Last name
LEMMEN

Email Address
sanrox46@hotmail.com

Date of birth
5th January 1995

Gender
female

Citizenship
Netherlands

## ADDRESS INFO

# Personal Information

Last name
**LEMMEN**

Email Address
sanrox46@hotmail.com

Date of birth
5th January 1995

Gender
female

Citizenship
Netherlands

---

**ADDRESS INFO**

---

Street address
Rijksweg Zuid 72A

City
Swalmen

ZIP / Postal Code
6071 NM

Country
Netherlands

