March 13th, 2024

Yenier Mirabales

1420 47th Ave NE

Naples, FL 34120

Re: Celsius Bankruptcy

Case No. 22-10964

Dear Honorable Chief Judge Martin Glenn,

 My name is Yenier Mirabales, and I am writing you as I feel the necessity to make my voice count as one more of the many creditors involved in the bankruptcy proceedings of Celsius Network LLC.

 I would like to ask you for your help and protection on my claim; so that my rights are not violated during the bankruptcy proceedings of Celsius Network LLC. I am very concerned about where all my money and savings has gone. I trusted Celsius but where is my money?

During the voting process I was never informed that when selecting the Celsius Convenient option I was given, my original amount of fundings will be drastically reduced instead of recovering my original money.

I would like to share my crypto coin information and the balance I had prior Celsius went into bankruptcy,

Bitcoin 1.005896 Ethereum 19.042633 Polygon 8,623.112308 Solana 51.934451 Litecoin 19.846471 Polkadot 179.936924 Bitcoin cash 3.315377 Ethereum Classic 16.311742 Avalanche 8.43131304 Zcash 0.004061

As of today, this is all what I have received through my PayPal Account: Bitcoin 0.37721020 Ethereum 5.63692509 Honorable Chief Judge Martin Glenn; as you can see, this amount is way far from what I originally had. Also, I wanted to mention that I received 396 Common stocks from Ionic Digital, which does not represent any type of asset to me, it has been made without my concern and cannot be sold at the moment; in other words, it is only convenient to them and their only purpose.

Thank You,

Sincerely,

Yenier Mirabales.