UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
In re:                                                                    :    Chapter 11
                                                                          :
CELSIUS NETWORK LLC, et al[1].                                            :    Case No. 22-10964 (MG)
                                                                          :
                                                                          :    Jointly Administered
                                                         Debtor           :
-------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE OF MOTION FOR RECONSIDERATION BY THE AD HOC GROUP OF EARN ACCOUNT HOLDERS PURSUANT TO FED. R. BANKR. PROC. 9023 AND 9024 OF MEMORANDUM OPINION GRANTING IN PART AND DENYING IN PART ITS INITIAL SUBSTANTIAL CONTRIBUTION APPLICATION**

On March 14, 2024, I served a copy of the Motion for Reconsideration by the Ad Hoc Group of Earn Account Holders Pursuant to Fed. R. Bankr. Proc. 9023 and 9024 of Memorandum Opinion Granting in Part and Denying in Part its Substantial Contribution Application upon all parties on the service list annexed hereto by email.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956) (collectively, the "**Bankruptcy Cases**").

## Email Service List

AARON.COLODNY@WHITECASE.COM
ABEHLMANN@LOWENSTEIN.COM
ABIGAIL.RYAN@OAG.TEXAS.GOV
ACCOUNTING@BLOCKDAEMON.COM
ADMIN@LANTERNVENTURES.COM
ADMININFO@AG.STATE.LA.US
AG@RIAG.RI.GOV
AGARBER@WGWC-LAW.COM
AGBANKNEWYORK@AG.TN.GOV
AGLAUBACH@TEAMTOGUT.COM
AGO.INFO@VERMONT.GOV
AJCURRIE@VENABLE.COM
ALEBLANC@MILBANK.COM
ALLISON.WEISS@AFSLAW.COM
ALYSSA.FIORENTINO@AFSLAW.COM
AMILLER@MILBANK.COM
CMANDERSON@ECJLAW.COM
ANNMARIE.JEZISEK@WALLERLAW.COM
AODEN@TEAMTOGUT.COM
APELED@VENABLE.COM
ARODRIGUEZ@TEAMTOGUT.COM
ASHLEY.MOODY@MYFLORIDALEGAL.COM
ASTOLP@TEAMTOGUT.COM
ATG.CED@HAWAII.GOV
ATTORNEY.GENERAL@AG.STATE.MN.US
ATTORNEY.GENERAL@ALASKA.GOV
ATTORNEY.GENERAL@CT.GOV
ATTORNEY.GENERAL@DELAWARE.GOV
ATTORNEY.GENERAL@MAINE.GOV
ATTORNEY.GENERAL@STATE.DE.US
ATTORNEYGENERAL@DOJ.NH.GOV
ATTORNEYGENERAL@DOJ.STATE.OR.US
BANKRUPTCYNOTICESCHR@SEC.GOV
BCUYUNKER@ATG.WA.GOV
BCUYUNKER@ATG.WA.GOV
BELLERB@SULLCROM.COM
BGOLUB@WGPLLP.COM
BHANNON@NORGAARDFIRM.COM
BIRGIT.URBONS@ZG.CH
BKOTLIAR@TEAMTOGUT.COM
BKOTLIAR@TEAMTOGUT.COM
BROSSZER@LAW.GA.GOV
C10_SPC@INVICTUSCAPITAL.COM
C20_SPC@INVICTUSCAPITAL.COM
CARL.NEFF@FISHERBROYLES.COM
CELSIUSBANKRUPTCY@COVAR.IO

2

CFO@ZIGLU.IO
CGREER@MWE.COM
CHRIS.CRONK@WALLERLAW.COM
CIADONISI@DEFERRED1031.COM
COBRIEN@SELENDYGAY.COM
CONSUMER.HELP@AGO.MO.GOV
CONSUMER@AG.IOWA.GOV
CONSUMER@AZAG.GOV
CONSUMER@WVAGO.GOV
CONSUMERINTEREST@ALABAMAAG.GOV
CONTACTDOJ@MT.GOV
CONTACTUS@INNOVATIONISRAEL.ORG.IL
CORA.REQUEST@COAG.GOV
CROSE@NORGAARDFIRM.COM
CWEINERLEVY@VENABLE.COM
DADLER@MCCARTER.COM
DANIEL@INVICTUSCAPITAL.COM
DAVID.LENDER@WEIL.COM
DAVID.TURETSKY@WHITECASE.COM
DAZMAN@MWE.COM
DDUNNE@MILBANK.COM
DEBORAH.KOVSKY@TROUTMAN.COM
DEREK.SCHMIDT@AG.KS.GOV
DIETOERICHA@SULLCROM.COM
DINA.YUNKER@ATG.WA.GOV
DPERSON@TEAMTOGUT.COM
EBLANDER@TEAMTOGUT.COM
EDOCKETING@BLANKROME.COM
EDSCOTT@AKINGUMP.COM
ELAINEHUCKABEE@DWT.COM
ELLEN.ROSENBLUM@DOJ.STATE.OR.US
ELOBELLO@MSEK.COM
EVAN.ZUCKER@BLANKROME.COM
FGAY@SELENDYGAY.COM
GKOPACZ@SILLSCUMMIS.COM
GLUECKSTEINB@SULLCROM.COM
GOTTESMAN@MINTZANDGOLD.COM
GQUIST@TEAMTOGUT.COM
GREGORY.PESCE@WHITECASE.COM
GSTEINMAN@MWE.COM
HARRISJ12@MICHIGAN.GOV
HBALDERAS@NMAG.GOV
HEALEY@JRLAW.ORG
HOLLACE.COHEN@FISHERBROYLES.COM
INFO@GUBERMAN.CO.IL
INFO@IPATENT.CO.IL
INFO@LISAMADIGAN.ORG
INFO@NIKI-NIKAYON.COM

3

INFO@XTRA-MILE.CO
JASON.BINFORD@OAG.TEXAS.GOV
JBERNSTEIN@MDMC-LAW.COM
JCIANCIULLI@WGPLLP.COM
JDISANTI@WHITECASE.COM
JDISANTI@WHITECASE.COM
JEFFREY.GLEIT@AFSLAW.COM
JENNIFER.ROOD@VERMONT.GOV
JKREDER@RLRPCLAW.COM
JMANNON@AKINGUMP.COM
JMONTGOMERY@BROWNCONNERY.COM
JOSHUA@LEVINEPSTEIN.COM
JSELENDY@SELENDYGAY.COM
JSSABIN@VENABLE.COM
JSUSSBERG@KIRKLAND.COM
JWEEDMAN@WHITECASE.COM
JWEISS@MSEK.COM
JWOLF@MILBANK.COM
KAIZPURU@FTC.GOV
KAY.KRESS@TROUTMAN.COM
KCIMMINO@NORGAARDFIRM.COM
KCORDRY@NAAG.ORG
KFELL@MILBANK.COM
KJOHNSON3@FTC.GOV
KORTIZ@TEAMTOGUT.COM
KSTADLER@GKLAW.COM
KYLE@KYLEROCHE.LAW
LAYLA.MILLIGAN@OAG.TEXAS.GOV
LISA.INDELICATO@AFSLAW.COM
LJKOTLER@DUANEMORRIS.COM
MAIL@OAG.STATE.VA.US
MANDOLINA@WHITECASE.COM
MARK.BANNER@COVAR.IO
MBATES@DUANEMORRIS.COM
MBROADHURST@WGPLLP.COM
MCO@MWE.COM
MCO@WHITECASE.COM
MCOSBNY@WHITECASE.COM
MEPNER@RLRPCLAW.COM
METKIN@LOWENSTEIN.COM
MIDDLEOFFICE@B2C2.COM
MNORGAARD@NORGAARDFIRM.COM
MORRIS.WEISS@WALLERLAW.COM
MSILVERMAN@PRYORCASHMAN.COM
MVANECK@ATTORNEYGENERAL.GOV
MWYANEZ@MILBANK.COM
NALMEIDA@MILBANK.COM
NDAG@ND.GOV

4

NLEONARD@MDMC-LAW.COM
NYROBANKRUPTCY@SEC.GOV
OAG@ARKANSASAG.GOV
OAG@DC.GOV
OAG@OAG.STATE.MD.US
OFFICE@YHMTECH.CO.IL
OHSCELSIUSNOTICE@ORRICK.COM
PATRICK.NASH@KIRKLAND.COM
PKHEZRI@LOWENSTEIN.COM
PSHANKMAN@FORTISLAW.COM
QUESTIONS@OAG.OK.GOV
RAY.SCHROCK@WEIL.COM
REINACH_J@MAIL.TEL-AVIV.GOV.IL
RICHARD@ALTCOINTRADER.CO.ZA
ROMA.DESAI@OAG.TEXAS.GOV
RONIT.BERKOVICH@WEIL.COM
ROSS.KWASTENIET@KIRKLAND.COM
RPILSON@BERLINERPILSON.COM
SAM.HERSHEY@WHITECASE.COM
SCHRISTIANSON@BUCHALTER.COM
SCHROEDER@JRLAW.ORG
SEADOCKET@DWT.COM
SECBANKRUPTCY-OGC-ADO@SEC.GOV
SHARA.CORNELL@USDOJ.GOV
SHERRI.SAVALA@WALLERLAW.COM
SLIEBERMAN@PRYORCASHMAN.COM
SONDHI@MINTZANDGOLD.COM
SPG@13TRUSTEE.NET
SSHIDNER@MDMC-LAW.COM
STEPHANIE.GUYON@AG.IDAHO.GOV
STEPHEN.MANNING@ATG.WA.GOV
TDOMINCZYK@MAURICEWUTSCHER.COM
THOMAS.WALKER@FISHERBROYLES.COM
THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM
TYLER.LAYNE@WALLERLAW.COM
UAG@UTAH.GOV
USTPREGION02.NYECF@USDOJ.GOV
VEL@FNF.LAW
VSHEA@MDMC-LAW.COM
XAVIER.BECERRA@DOJ.CA.GOV
CMANDERSON@ECJLAW.COM
DTARLOW@ECJLAW.COM
CSTONE@ECJLAW.COM

Dated: New York, New York
March 19, 2024

Respectfully Submitted,

/s/ Joyce A. Kuhns
Joyce A. Kuhns (*pro hac vice*)
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093
Telephone: (410) 209-6463
Jkuhns@offitkurman.com

*Counsel to the Ad Hoc Group
of Earn Account Holders*

6