Honorable Judge Martin Glenn

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004

Dear Honorable Judge Martin Glenn,

I hope this letter finds you well. I am writing to express a concern regarding the claims process for the Celsius Network distribution as overseen by Stretto, the claims administrator. As a creditor in this matter, I have encountered difficulties in accessing the appropriate channels for submitting inquiries regarding claim codes.

Specifically, I am a creditor of Celsius Network and have yet to receive any meaningful communication from Stretto. Despite my repeated attempts to obtain information, I have not yet received my distribution claim codes. This lack of communication and delay in receiving necessary documentation is causing me great emotional and financial stress.

Furthermore, when attempting to submit inquiries through the Stretto website's Celsius Network distribution inquiries page, I have found a lack of clear categories for creditors in similar situations. This omission exacerbates the challenges faced by creditors like myself who are seeking guidance and assistance in navigating the claims process.

Given the complexity and importance of this distribution, it is crucial that all creditors have access to comprehensive and user-friendly resources for addressing their inquiries and concerns. Clear and well-defined categories on the Stretto website would greatly enhance the efficiency and effectiveness of the claims process, ensuring that all creditors receive the support they need to participate fully and fairly.

I respectfully urge the court to consider addressing this issue and working with Stretto to implement improvements to the claims submission platform. By providing clear and accessible channels for communication and assistance, we can promote transparency, fairness, and confidence in the distribution process.

Thank you for your attention to this matter. I appreciate your dedication to ensuring that all parties involved receive fair and equitable treatment throughout this process.

Sincerely,

Steven M Frangos