Mark Thomas Nagle
2445 Jadeite Way,
Santa Rosa, CA 95404, USA

DATE: March 12, 2024

RE:   Case # 22-10964, Issues with Stretto retrieving my Claims via PayPal/ Venmo

Dear Judge:

I am writing to inform you of the terrible lack of professional follow through by Stretto regarding the agreed distribution of crypto assets that I am owed.

On February 8, 2024; I received an e-mail from Stretto with a BTC Claims Code to use via PayPal/ Venmo. Also on same date received a similar e-mail from Stretto with a Claims Code to use to access ETH via PayPal/ Venmo.
Neither codes worked on either PayPay or Venmo.

I e-mail Stretto on February 9, 2024 to inform them that the Codes did not work. Also that I went through all the steps they recommended, and the steps were not successful.
I called PayPal and spoke to a supervisor who assured me that the code is valid, but that PayPal cannot verify me to send and receive crypto. I am not approved for that feature send/receive due to not being able to verify my identity...  the supervisor assured me that no amount of trouble shooting on Paypal's side will work, I have to go back to Stetto.
I have advised Stretto numerous times of the issue and received the below response (highlighted).

I have been a customer of PayPal and Venmo for over a decade, uploaded my State ID, to ensure all KYC criteria was met. When speaking with the supervisor at PayPal, I offered to do anything further to prove my identity, but was assured it was not with PayPal but with Stretto. Yet Stretto (highlighted below), on  February 15, 2024, stated they  "We have escalated your claim directly to the PayPal and Venmo team to better understand your specific situation. They are actively investigating your distribution and we (either us or PayPal/Venmo) will be in touch with more information once it's available".

We have been through enough with this process and would like some closure per what the Celsius bankruptcy afforded. I am concerned that Stretto is not responded and instead of sending the agreed amount of assets, will instead send a money order check, whereby I will lose out on the recent surge in my assets.

Thank you in advance for your understanding in this important matter.

Mark Nagle
415-850-3327

P1

P2

Communications with Stretto after PayPal assured me that they could not do anything regarding redeeming the Claim Codes sent by Stretto:

<mark>On February 9, 2024 I received the below correspondence from Stretto:</mark>

Dear MARK THOMAS NAGLE

You are receiving this email because we have been notified that your claim distribution **cannot be serviced by PayPal or Venmo.**

**No action is required of you at this time. We will be in touch with you with more information regarding your claim distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If you have questions or need further support**
We *strongly suggest* you refer to our [Distributions FAQ](#) and resources related to claim distributions if you have questions or need assistance with this process before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on [cases.stretto.com/celsius](#) or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**
Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court. Stretto

<mark>On February 15, 2024 I received the below correspondence from Stretto:</mark>



**Celsius Distribution**                                                                 Thu, Feb 15, 1:47 PM

to me

Hello,

Thank you for notifying us and we apologize for the inconvenience. As noted in the previous troubleshooting steps, there are several reasons why you may be experiencing an error. We have escalated your claim directly to the PayPal and Venmo team to better understand your specific

situation. They are actively investigating your distribution and we (either us or PayPal/Venmo) will be in touch with more information once it's available.

We appreciate your patience as we work through creditor inquiries. We strongly suggest you continue to review the [Distributions FAQ](), as we are updating this FAQ often. Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the FAQ.

Regards,
Stretto


END of letter to Judge