**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Strobilus LLC at a redacted address, pursuant to USPS forwarding instructions:

- **Agenda for Hearing to Be Held February 21, 2024, at 10:00 A.M. (Prevailing Eastern Time)** (Docket No. 4323)

Furthermore, on or before March 13, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Conclusion of In-Application Custody Withdrawals** (Docket No. 4335)

Furthermore, on March 13, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Chase N Poirier at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing on Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the Miningco Transaction and (II) Granting Related Relief** (Docket No. 4050)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Declaration of Robert Campagna in Support of Joint Motion of the Debtors and the Committee for Entry of an Order (I) Approving the Implementation of the Miningco Transaction and (II) Granting Related Relief** (Docket No. 4051)

Dated: March 19, 2024



Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 19th day of March, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| CATHERINE LOUISE ALLEN | ON FILE |
| CHRISTOPHER ANTONIO PIMENTEL | ON FILE |
| CHRISTOPHER LYNNE RUNG | ON FILE |
| DAMON DEMERS | ON FILE |
| DAMON JAMES MCCOMBER | ON FILE |
| JACOB LEO DRUKER | ON FILE |
| NICK CHOUARD | ON FILE |
| PAUL DEVOTO | ON FILE |
| REED WALKER | ON FILE |
| ROBERT BEDICK | ON FILE |
| SAMUEL APP MARSHALL | ON FILE |
| TRAVIS ANTHONY MASON | ON FILE |