**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Twelfth Notice of Filing of Plan Supplement** (Docket No. 4669)

Dated: March 19, 2024

Janira Sanabria
Janira N. Sanabria

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 19th day of March 2024 by Janira N. Sanabria.

Danielle Harnden
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A



**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 168 TRADING LIMITED | ATTN: ADRIENNE KAEMMERLEN | 5-9 MAIN STREET | | | | GX11 1AA | GIBRALTAR |
| 168 TRADING LIMITED | ATTN: JEZEBEL PINCHO | 4 CATHEDRAL SQUARE | | | | GX11 1AA | GIBRALTAR |
| 168 TRADING LIMITED | C/O DAVIS GILBERT LLP | ATTN: JOSEPH CIOFFI, MASSIMO GIUGLIANO & ADAM M. LEVY | 1675 BROADWAY | NEW YORK | NY | 10019 | |
| ADOBE | | ON FILE | | | | | |
| ADOBE CREATIVE CLOUD | | 345 PARK AVE | | SAN JOSE | CA | 95110-2704 | |
| ADOBE PRODUCTS | | 151 SOUTH ALMADEN BOULEVARD | | SAN JOSE | CA | | |
| ADTRAV | | 4555 SOUTHLAKE PKWY | | BIRMINGHAM | AL | 35244 | |
| ALAMEDA RESEARCH LTD | | TORTOLA PIER PARK | BLDG 1 SECOND FLOOR WICKHAMS CAY I | ROAD TOWN TORTOLA | | VG1110 | VIRGIN ISLANDS |
| ALAMEDA RESEARCH LTD | | TORTOLA PIER PARK, BUILDING 1 SECOND FLOOR | WICKHAMS CAY I ROAD TOWN | TORTOLA | | VG1110 | BRITISH VIRGIN ISLANDS |
| ALEX MASHINSKY | | ON FILE | | | | | |
| ASAF Y IRAM | | ON FILE | | | | | |
| ASLIHAN DENIZKURDU | | ON FILE | | | | | |
| ATLASSIAN PTY LTD | | 32151 COLLECTIONS CENTER DRIVE | | CHICAGO | IL | 60693-0321 | |
| B2C2 LTD | | 86-90 PAUL STREET | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BAMBOO HOLDINGS | ATTN: TODD BURGES, DIRECTOR | 138 HASTING ST | | SCRARBOROUGH | | 06019 | AUSTRALIA |
| BAMBOO HR | | 335 S 560 W | | LINDON | UT | 84042 | |
| BITALPHA, INC. | | PMB 61754 | 382 NE 191ST ST | MIAMI | FL | 33179-3899 | |
| BITMAIN DELAWARE HOLDING COMPANY, INC. | ATTN: XINRAN HE | 850 NEW BURTON ROAD | SUITE 210 | DOVER | DE | 19904 | |
| BITMAIN DEVELOPMENT INC | | 850 NEW BURTON ROAD | SUITE 201 DOVER | KENT | DE | 19904 | |
| BITMAIN TECHNOLOGIES LIMITED | ATTN: XINRAN HE | BUILDING #1, COURTYARD #9 | FENGHAO EAST ROAD, HAIDIAN DISTRICT | BEIJING | | | CHINA |
| BITMAIN TECHNOLOGIES LIMITED | | FLAT/RM A1 11/F SUCCESS COMMERCIAL BUILDING | 245-251 HENNESSY ROAD | | | | HONG KONG |
| BITMAIN TECHNOLOGIES LIMITED | | UNIT A1 OF UNIT A, 11TH FLOOR | SUCCESS COMMERCIAL BLDG 245-251 HENNESSY RD | | | | HONG KONG |
| BLOCKCHAIN ACCESS UK LTD | | 3RD FLOOR 86-90 PAUL STREET | | LONDON | | EC2A 4NE | UNITED KINGDOM |
| BLOCKDAEMON INC. | ATTN: KONSTANTIN RICHTER | 6060 CENTER DRIVE | 10TH FLOOR | ANGELES | CA | 90045 | |
| BLOCKDAEMON INC. | | 1055 WEST 7TH STREET | | LOS ANGELES | CA | 90017 | |
| BLOCKDAEMON LIMITED | | 1 GRANTS ROW | | DUBLIN 2 | | D02 HX96 | IRELAND |
| BLUE ROCK SEARCH, LLC | | 2946 UNIVERSITY PARKWAY | | SARASOTA | FL | 34243 | |
| CEDAR REAL ESTATE | RAMZI NABIL SOUEID | 3834 T STREET NW | | WASHINGTON | DC | 20007 | |
| CEDAR REAL ESTATE LLC | | 4532 LEE HIGHWAY | SUITE 511 | ARLINGTON | VA | 22207 | |
| CITIGROUP GLOBAL MARKETS INC. | | 388 GREENWICH STREET | | NEW YORK | NY | 10013 | |
| CITY OF DOUGLAS | | ON FILE | | | | | |
| DSV AIR & SEA INC. | | 4243 OLYMPIC BOULVEVARD, SUITE 250 | | ERLANGER | KY | 41018 | |
| EZ BLOCKCHAIN SERVICES LLC | C/O ESBROOK P.C. | ATTN: BRADLEY S. LOHSL | 321 N CLARK ST STE 1930 | CHICAGO | IL | 60654 | |
| EZ BLOCKCHAIN SERVICES LLC | | ON FILE | | | | | |
| EZ BLOCKCHAIN SERVICES, LLC | | 311 S. WACKER DRIVE | SUITE 1410 | CHICAGO | IL | 60616 | |
| FIGMENT INC. | | 545 KING ST. W | | TORONTO | ON | M5V1M1 | CANADA |
| FIGMENT INC. | | 545 KING STREET WEST | | TORONTO | ON | M5V 1M1 | CANADA |
| FIREBLOCKS | C/O KING & SPALDING LLP | ATTN: SCOTT DAVIDSON | 1185 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036 | |
| FIREBLOCKS | C/O KING & SPALDING LLP | ATTN: THADDEUS D. WILSON | 1180 PEACHTREE STREET NE, SUITE 1600 | ATLANTA | GA | 30309 | |
| FIREBLOCKS INC. | | 500 7TH AVENUE | | NEW YORK | NY | 10018 | |
| FIREBLOCKS, LTD. | DAVID PRIMACK, ESQ. | MCELROY DEUTSCH | 300 DELAWARE AVE., SUITE 1014 | WILMINGTON | DE | 19801 | |
| FOUNDRY DIGITAL LLC | | 350 EAST AVE SUITE 201 | | ROCHESTER | NY | 14604 | |
| FRONTIER MINING | | 17250 DALLAS PKWY STE 400 | | PLANO | TX | 75024 | |
| FRONTIER MINING, LLC | | 1041 FOOTHILL BLVD | | LA CANADA | CA | 91011 | |
| FRONTIER OUTPOST 13, LLC | | 7250 DALLAS PARKWAY, STE 400 | | PLANO | TX | 75024 | |
| GOLD SHIELD 1811, INC. | | 1605 OCONEE SPRINGS BLVD | | STATHAM | GA | 30666 | |
| HIRERIGHT | | 100 CENTERVIEW DRIVE | SUITE 300 | NASHVILLE | TN | 37214 | |
| LUNA SQUARES LLC | ATTN: CHIEF OPERATING OFFICER | 2015 GEORGE LYONS PARKWAY | | SANDERSVILLE | GA | 31082 | |
| LUNA SQUARES LLC | TOM HUGHES | LEVEL 5, 97 PACIFIC HIGHWAY | | NORTH SYDNEY | NSW | 02060 | AUSTRALIA |
| LUNA SQUARES LLC | | ON FILE | | | | | |
| LUNA SQUARES LLC | | ON FILE | | | | | |
| LUNA SQUARES LLC | | 5217 COTTAGE BLUFF LANE | | KNIGHTDALE | NC | 27545 | |
| LUNA SQUARES, LLC | C/O MICHAEL SWEET, FOX ROTHSCHILD LLP | ATTN: RAHUL MEWAWALLA | 950 RAILROAD AVENUE | MIDLAND | PA | 15059 | |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: ISAAC M. HOENIG & MICHAEL A. SWEET | 101 PARK AVENUE, 17TH FLOOR | NEW YORK | NY | 10178 | |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: MICHAEL R. HERZ | 49 MARKET STREET | MORRISTOWN | NJ | 07960 | |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: MARTIN R. MARTOS, II | 321 N. CLARK STREET, SUITE 1600 | CHICAGO | IL | 60654 | |
| MAWSON INFRASTRUCTURE GROUP INC | ATTN: THOMAS B. HUGHES | LEVEL 5, 97 PACIFIC HIGHWAY | | NORTH SYDNEY | | NSW 2060 | AUSTRALIA |
| MAWSON INFRASTRUCTURE GROUP INC., COSMOS INFRASTRUCTURE LLC, LUNA SQUARES LLC | | LEVEL 5 97 PACIFIC HIGHWAY | | NORTH SYDNEY | NSW | 02066 | AUSTRALIA |
| MAWSON INFRASTRUCTURE GROUP, INC. | | ON FILE | | | | | |
| MAWSON INFRASTRUCTURE GROUP, INC. | | ON FILE | | | | | |
| MEI RIGGING & CRAFTING, LLC | | 1411 FM 1101 | SUITE 102 | NEW BRAUNFELS | TX | 78130 | |
| MEI RIGGING & CRATING, LLC | | 421 WATER AVENUE NE SUITE 4300 | | ALBANY | OR | 97321 | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | |

STRETTO

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD STE 4900 | MIAMI | FL | 33131 | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 | |
| PAYPLUS BY IRIS | | OFFICE 7, 35-38 LUDGATE HILL | | LONDON | | EC4M 7JN | UNITED KINGDOM |
| PAYPLUS LTD | | 1 AMOR WAY | LETCHWORTH HERTS | GARDEN CITY | | SG6 1UG | UNITED KINGDOM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 | |
| PRIORITY POWER MANAGEMENT, LLC | ATTN: JOHN BICK, COO | 2201 E. LAMAR BLVD., SUITE 275 | | ARLINGTON | TX | 76006 | |
| PRIORITY POWER MANAGEMENT, LLC | ATTN: TRENT STOUT, SR MANAGING DIRECTOR | 2201 E. LAMAR BLVD., SUITE 275 | | ARLINGTON | TX | 76006 | |
| RICK HALFMANN AND REBBECCA HALFMANN | | ON FILE | | | | | |

# **Exhibit B**



**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| 168 TRADING LIMITED | ATTN: JEZEBEL PINCHO | | JEZ@168TRADING.FUND |
| 168 TRADING LIMITED | C/O DAVIS GILBERT LLP | ATTN: JOSEPH CIOFFI, MASSIMO GIUGLIANO & ADAM M. LEVY | JCIOFFI@DGLAW.COM MGIUGLIANO@DGLAW.COM ALEVY@DGLAW.COM |
| 168 TRADING LIMITED | | | ON FILE |
| 168 TRADING LIMITED | | | ON FILE |
| 168 TRADING LIMITED | | | JEZ@168TRADING.FUND |
| ALAMEDA RESEARCH LTD | | | ON FILE |
| ALAMEDA RESEARCH LTD | | | SAM@ALAMEDA-RESEARCH.COM |
| ALEX MASHINSKY | | | ON FILE |
| ALEX MASHINSKY | | | MARC.MUKASEY@MFSLLP.COM ROBERT.FRENCHMAN@MFSLLP.COM TORREY.YOUNG@MFSLLP.COM |
| ASAF Y IRAM | | | ON FILE |
| ASAF Y IRAM | | | ON FILE |
| ASLIHAN DENIZKURDU | | | ON FILE |
| B2C2 LTD | | | ON FILE |
| B2C2 LTD | | | MIDDLEOFFICE@B2C2.COM |
| B-BRICK INC | | | ON FILE |
| BITMAIN DEVELOPMENT INC | | | MARKETING@BITMAIN.COM |
| BLOCKCHAIN ACCESS UK LTD | | | MACRINA@BLOCKCHAIN.COM |
| BLOCKDAEMON INC. | | | ACCOUNTING@BLOCKDAEMON.COM |
| CEDAR REAL ESTATE | | | ON FILE |
| CEDAR REAL ESTATE LLC | | | ON FILE |
| DSV AIR & SEA INC. | | | BRIDGET.COURTNEY@US.DSV.COM |
| EQUITIES FIRST HOLDINGS | | | ON FILE |
| EQUITIES FIRST HOLDINGS | | | ON FILE |
| EZ BLOCKCHAIN SERVICES LLC | C/O ESBROOK P.C. | ATTN: BRADLEY S. LOHSL | BRADLEY.LOHSL@ESBROOK.COM MICHAEL.KOZLOWSKI@ESBROOK.COM |
| EZ BLOCKCHAIN SERVICES, LLC | | | SERGII@EZBLOCKCHAIN.NET |
| FIREBLOCKS | C/O KING & SPALDING LLP | ATTN: SCOTT DAVIDSON | SDAVIDSON@KSLAW.COM |
| FIREBLOCKS | C/O KING & SPALDING LLP | ATTN: THADDEUS D. WILSON | THADWILSON@KSLAW.COM |
| FIREBLOCKS, LTD. | DAVID PRIMACK, ESQ. | MCELROY DEUTSCH | DPRIMACK@MDMC-LAW.COM |
| FIREBLOCKS, LTD. | DAVID PRIMACK, ESQ. | MCELROY DEUTSCH | DPRIMACK@MDMC-LAW.COM |
| FRONTIER MINING | | | ACCOUNTING@FRONTIERMINING.CO |
| GOLD SHIELD 1811, INC. | | | INFO@GOLDSHIELD1811.COM |
| LUNA SQUARES LLC | TOM HUGHES | | TOM.HUGHES@MAWSONINC.COM |
| LUNA SQUARES LLC | | | ON FILE |
| LUNA SQUARES LLC | | | ACCOUNTS@MAWSONINC.COM |
| MAWSON | | | MHERZ@FOXROTHSCHILD.COM |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: ISAAC M. HOENIG & MICHAEL A. SWEET | MSWEET@FOXROTHSCHILD.COM IHOENIG@FOXROTHSCHILD.COM |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: MICHAEL R. HERZ | MHERZ@FOXROTHSCHILD.COM |
| MAWSON ENTITIES | C/O FOX ROTHSCHILD LLP | ATTN: MARTIN R. MARTOS, II | MMARTOS@FOXROTHSCHILD.COM |



**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| MAWSON INFRASTRUCTURE GROUP INC., COSMOS INFRASTRUCTURE LLC, LUNA SQUARES LLC | | | JAMES@MAWSONINC.COM<br>LEGAL@MAWSONINC.COM |
| MAWSON INFRASTRUCTURE GROUP, INC. | | | ON FILE |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |