Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF FILING OF MARCH 20, 2024 HEARING PRESENTATION

**PLEASE TAKE NOTICE** that the above-captioned post-effective date debtors (the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") hereby file the presentation (the "Presentation"), attached hereto as **Exhibit A**, that will be used at the hearing that will take place on **Wednesday, March 20, 2024 at 11:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York.

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

New York, New York
Dated: March 19, 2024

_/s/ Joshua A. Sussberg_
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:          joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted _pro hac vice_)
Ross M. Kwasteniet, P.C. (admitted _pro hac vice_)
Christopher S. Koenig
Dan Latona (admitted _pro hac vice_)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:          patrick.nash@kirkland.com
                  ross.kwasteniet@kirkland.com
                  chris.koenig@kirkland.com
                  dan.latona@kirkland.com

_Counsel to the Debtors and Debtors in Possession_

**<u>Exhibit A</u>**

**Presentation**



# In re Celsius Network LLC

## Distributions Update

**March 20, 2024 Hearing**

**Case No. 22-10964**
**United States Bankruptcy Court for Southern District of New York**
**Honorable Judge Martin Glenn**

# Agenda



- Distributions Update by the Numbers

- PayPal Updates and Issues

- Coinbase Updates and Issues

- Corporate Creditor Distributions

- Fiat Distributions

- Convenience Class Issues

- Loan Refinancing Process

2



# Creditor Claim Distributions by the Numbers (as of March 19, 2024)



| By Distribution Partner | Currently Eligible | $ Successfully Distributed | % Successfully Distributed | Distributions Remaining |
|---|---|---|---|---|
| PayPal/Venmo (Crypto) | $1.4 B | $1.2 B | 86 % | • **11%** require KYC/Redemption<br>• **3%** failed onboarding: migrate to Coinbase* |
| Coinbase (Crypto) | $901 M | $747 M | 83 % | Re-attempting remaining **17%**<br>• **13%** require KYC/Onboarding<br>• **4%** 2nd attempt failed: will attempt 3rd times then likely migrate to USD* |
| Stretto (USD) | $165 M | $29 M | 18 % | Distributions Now In Progress<br>• Banking partner change<br>• Wire vs Check by Mail options expanded |
| | $2.5 B | $2.0 B | 80 % | |

## 85% of Total Crypto Distributed

*Distributions to creditors who fail onboarding at PayPal/Venmo will be attempted at Coinbase, and distributions to creditors who fail onboarding at Coinbase  will be made in US Dollars.
*% Claim distributions successfully made is based on eligible creditors, which excludes creditors who are currently not eligible (due to, e.g., unresolved WPE).

3

# Asset Distribution Waterfall Review

 Celsius

- **Total Assets for Distribution** Total Assets available for distribution as of the emergence date*

- **Disputed / Unliquidated Claims Reserve** Reserves for unliquidated and disputed claims, as well as claims that have not been fully reconciled

- **Held Back Per the Plan** Claim distributions that are held back until creditor resolution. E.g., outstanding Withdrawal Preference Exposure (WPE)

- **Currently Eligible Under the Plan** Assets available for distribution excluding general reserve and reserves held back per the Plan



*Consistent with the Plan and the Notice of Emergence filed at docket 4298, the chart above and on the previous page utilize crypto pricing as of January 16, 2024.
*Chart above reflects liquid crypto and fiat distributions only (i.e. excludes any recovery on account of Mining Co equity distributions).