March 19, 2024

Chief Judge Martin Glenn
One Bowling Green
New York, NY 10004-1408

Case: 22-10964

Subject: Urgent: Distribution Not Received

Dear Honorable Judge Martin Glenn,

My name is Susanne Parker Ziolkoski and I had an account with Celsius.  I apologize for taking any of your time, but this seems to be the only way to communicate regarding this matter.  I continue to receive an email "Action Required: Your Claim Distribution encountered an Error at Coinbase.  The problem is, the Celsius App is now closed, and there is no way for me to determine what identification matter is not correct.  I have sent two inquiries to support at Celsius which was given in the recent Stretto emails, with no reply.  The only possible difference between the accounts are the email address.  Although, before Celsius closed its app, I was able to add a second email with Celsius to match the Coinbase email.  I would change my Coinbase email now, to match my Celsius, but Coinbase will not allow it with that particular email.

Neither Stretto or Celsius is not contacting myself to simply resolve this matter, and if I do not resolve it soon, a US Cheque is being issued which will be a third less if you were to receive Bitcoin/Ethereum.  This process has been stressful enough for the account holders, and to receive 33% less value, especially when Stretto/Celsius is not responding and assisting to correct these simple matters.  A drivers License was provided to both companies when opening an account, with the same name and mailing address.  Really appreciate any assistance to close this matter.

Thank You,
Susanne Parker Ziolkoski