Aline Le
4086795863
Case Number 22-10964 (MG)

To whom it may concern,

I received an email stating that I have a WPE of $109,980.12. Due to this, I have to pay back $30,244.53.

When I withdrew my Bitcoin from Celsius, I withdrew it from my Earn account to my Custody account because I had just paid back the loan. I did not withdraw any funds outside of Celsius.

I was given the option to pay $30,244.53 or await potential litigation. To this day, I have not received, nor withdrawn, the original 3.7 BTC I put into Celsius as collateral for the loan.

Timeline of events:
April 7, 2022 - Deposited 3.7 BTC to obtain a loan of $40,000 USD
June 2, 2022 - Deposited $40,000 USD to pay off the loan
June 2, 2022 - Moved 3.7 BTC from Earn account to Custody account
July 2022 - Celsius filed for bankruptcy
Present day - 3.7 BTC still remains inside my Celsius Custody account and cannot be withdrawn

I should not have to pay the WPE Settlement Payment because I did not withdraw anything out of Celsius and Celsius still has all of my money and crypto.



| Internal id | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin | Reward Amount In Original Coin | Confirmed |
|---|---|---|---|---|---|---|---|---|
| 35b1e63e-676d-48e8-9b36-... | July 1, 2022 12:00 AM | Reward | BTC | 1.267353835e-8 | 0.00025683808277853833094219965 | BTC | | Yes |
| b62bfb36-d4e0-477b-8651-5ae6... | July 1, 2022 12:00 AM | Reward | USDC | 0.464743183375965264 | 0.464743183375965264 | USDC | | Yes |
| ade70aff-8724-4954-89b4-4bbaca35f654 | July 1, 2022 12:00 AM | Reward | BTC | 1.5299097097e-8 | 0.00023699455749359844299888491 | BTC | | Yes |
| 9b0ccf44-a9da-4f23-ba0b-7773a98b3aab | July 1, 2022 5:00 AM | Reward | USDC | 0.56096302325289265 | 0.56096302325289265 | USDC | | Yes |
| 78717b63-57f4-420d-9959-69b66a252a65 | July 1, 2022 5:00 AM | Reward | BTC | 1.5280584082e-8 | 0.00029714549658301745068470081 | BTC | | Yes |
| d5e2259e-ac6f-4e6e-ad9c-e9e791b64843 | July 1, 2022 5:00 AM | Reward | USDC | 0.56022395857230336 | 0.56022395857230336 | USDC | | Yes |
| fe<b8526-1df0-4f8f-912f-69d98c1d5ea9 | June 24, 2022 5:00 AM | Reward | USDC | 0.55948586760402669 | 0.55948586760402669 | USDC | | Yes |
| 04e66613-35f6-4f5b-b023-7d6ac2ed3ef1 | June 24, 2022 5:00 AM | Reward | BTC | 1.526209346 9e-8 | 0.00032129765817649453091649013 | BTC | | Yes |
| d73974c0-ff074-48c5-94b8-b1dfbdf25cc3 | June 17, 2022 5:00 AM | Reward | BTC | 0.5587487490652023375 | 0.5587487490652023375 | USDC | | Yes |
| b39112d2-ee51-435c-a9c1-f53e7d73874e | June 17, 2022 5:00 AM | Reward | BTC | 1.5243625231e-8 | 0.00031372905058792211 | BTC | | Yes |
| cb54ecd6-81f0-4136-9fc5-58e957851b125 | June 17, 2022 5:00 AM | Reward | BTC | 1.5225129114e-8 | 0.00045812413504026 | BTC | | Yes |
| 3f73492c-c3c7-4878-a73a-e63b8e8dba1a | June 10, 2022 5:00 AM | Reward | USDC | 0.55801240585145152 | 0.55801240585145152 | USDC | | Yes |
| 49f47a16-56dc-4955-bc3e-00a41c00d8cc | June 3, 2022 5:00 AM | Reward | BTC | 0.0000125668147942775 | 0.38302394811470 7725 | BTC | | Yes |
| c21197dd-82df-4f21-b458-4bcdb40f5fc1 | June 3, 2022 5:00 AM | Reward | USDC | 45.50312186569676863 3 | 45.503121865696768633 | USDC | | Yes |
| d447cd41-b005-46d7-919e-82336 8d7be83 | June 2, 2022 4:21 AM | Reward | BTC | 3.698411711945641691 | 109930.12 | BTC | | Yes |
| 2c003a70-0e04-4085-ab23-e52d0546d36e | June 2, 2022 4:21 AM | Reward | BTC | -3.698411711945641691 | -109930.12 | | | Yes |
| 5767c90e-e146-44f1-9853-7f5575f34f99 | June 2, 2022 4:21 AM | Reward | BTC | 0.00168216 | 50.00 | | | Yes |
| 9c51b0f3-7828-4421-bbdb-39bf0dd36a68 | June 2, 2022 4:20 AM | Reward | BTC | -0.00168216 | -50.00 | | | Yes |
| bcee9519-1c3b-4046-ada8-ef86a826d4ef | June 2, 2022 4:17 AM | Collateral | BTC | 3.698590727809505798 | 109602.784885999492281772 | BTC | | Yes |
| afd05ad3-fa41-46fe-9f0c-b8630a987cd0 | June 2, 2022 4:17 AM | Loan Principal Payment | USDC | -40000 | -40000 | | | Yes |
| a38d109a-3900-4391-8ecb-a123ec27d39b | June 2, 2022 4:16 AM | Reward | USDC | 39999 | 39999.00 | | | Yes |
| 5e0fd687-f16d-41dc-9b71-9e76b8497619 | June 2, 2022 4:16 AM | Reward | USDC | -39999 | -39999.00 | | | Yes |
| 2d310ace-ca92-4735-ace1-219dd859f28b | June 2, 2022 4:14 AM | Reward | USDC | -1 | -1.00 | | | Yes |
| 9ef23775-7b7d-4a50-81d7-0c6237a717f41 | June 2, 2022 4:14 AM | Reward | USDC | 1 | 1.00 | | | Yes |
| 0545c10a-69a4-4a13-b6b6-9e7e2451e78f | May 27, 2022 5:00 AM | Reward | BTC | 53.197034858148704556 | 53.197034858148704556 | USDC | | Yes |
| 5579dc79-0a4e-4e62-83f4-4e7fe4a9a1c5 | May 27, 2022 5:00 AM | Reward | BTC | 0.00001391963732325 | 0.40328393292335905324161165 | BTC | | Yes |
| d52f97f6-9e15-480d-a057-dbc54e4935a4 | May 20, 2022 5:00 AM | Reward | USDC | 0.00001390279355420 4 | 0.41814382657561397522123381658 | BTC | | Yes |
| 6f5b66ef-a58f-45d8-af64-7ea4ecbb4010 | May 20, 2022 5:00 AM | Reward | USDC | 53.126948153774270642 | 53.126948153774270642 | USDC | | Yes |
| c2d0d892-9f8f-4ded-a39d-8832b6ca89a4 | May 13, 2022 5:00 AM | Reward | BTC | 0.0000138859701673337 | 0.42331380055126844 5 | BTC | | Yes |
| 84453553-694f-4500-0a78-1b8fed952015 | May 13, 2022 5:00 AM | Reward | USDC | 53.056953788120277965 | 53.056953788120277965 | USDC | | Yes |
| a08bd2a0-ccdf-457a-8647-67cfaf0f111e | May 6, 2022 5:00 AM | Reward | USDC | 52.987051639531137653 | 52.987051639531137653 | USDC | | Yes |
| 16883bef-853e-4e97-b2c5-947004e2d626 | May 6, 2022 5:00 AM | Reward | BTC | 0.0000138691671137987 | 0.40493574954269691627846369198 | BTC | | Yes |
| a6eafa73-b869-49e8-9720-7373e79300db | April 29, 2022 5:00 AM | Reward | BTC | 52.917241586511541183 | 52.917241586511541183 | USDC | | Yes |
| d9e219fc-f9d5-4b15-81f7-718f7cb250f5 | April 29, 2022 5:00 AM | Reward | BTC | 0.0000138523844539 87 | 0.54872625010405323853339275594402 | BTC | | Yes |
| ea0949fe-a470-4d8e-a4c6-a90184339d50 | April 22, 2022 5:00 AM | Reward | USDC | 52.847523507726248337 | 52.847523507726248337 | USDC | | Yes |
| 70dd5a86-10bb-4992-a40a-aa142b8978d1 | April 22, 2022 5:00 AM | Reward | BTC | 0.0000107200406280 93 | 0.4354051701506625288 | BTC | | Yes |