Barry Coughlan
Calle De Las Flores 11,  3 b
Nerja
29780
Spain
barry_coughlan2002@yahoo.com

20th March 2024.

To whom it may concern ;

**Re : Celsius bankruptcy return of investment distributions**

I hereby confirm that I have not received the above distributions to my Coinbase account.

I attach a snapshot of my Celsius account in the next page and I trust that you will look into my case.

Thanking you in advance

Yours sincerely

*[signature]*
Barry Coughlan

