Marco Antonio Sabal Farah
Cruz del Sur 368, Surco
Lima – Peru, LIMA33
+51-994096833
msabal@lancaster.com.pe

March 7th, 2024
Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York

Dear Honorable Martin Glenn,

I hope this letter finds you very well.

In the first place, I would like to express my sincere gratitude to your Honor for all the time and work you are investing in Celsius´ Restructuring.

My name is Marco Antonio Sabal Farah from Lima – Peru and I was recognized as a eligible creditor of Celsius. This is the second letter I send to your Honor, with the utmost respect.

In said first letter I explained what was happening (or not happening) with my claim distribution:

I have sent repetitive emails to Stretto/Celsius as well as to Kirland & Ellis explaining why I cannot receive my claim distribution through Paypal or Coinbase. The only way I can receive my claim distribution is through a check in US Dollars, which I've explained the reasons why in detail to the aforementioned parties.

To my surprise, on Friday, March 15th I received the following email, titled: "Your Celsius distribution will be reattempted at Coinbase." This means that Stretto/Celsius have not read my emails or that they have read them and decided not to consider my case.

Please, help eligible creditors that are in my position have their claims distributed effectively and that said distribution is done to the actual price of the cryptocurrency we own.

Thank you for your time.

Best regards.,

_____
Marco Antonio Sabal Farah