20 March 2024

The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York One Bowling Green
New York, NY 10004-1408
Case : Celsius Network LLC, et AL Case No. 22-10964

Dear Judge Glenn,

My name is Julie Ann A. Villegas.  I am from the Philippines, and I am writing to express my extreme frustration and disappointment, regarding the claims which I am rightfully, entitled to receive from Celsius.

As an international Celsius creditor, I was informed by Stretto-Celsius, last 30 Dec 2024, that the distribution of my assets will be sent to Coinbase. In preparation for the asset's distribution, my Coinbase account was created, but was put into "manual review" for KYC process, starting from 06 Jan 2024. I have been diligently and promptly complying to Coinbase compliance requirements to fulfill the KYC process from the very beginning, however, up until to date, they have not concluded the KYC review. The long exhausting and inefficient processes being conducted by Coinbase, jeopardized my right to claim my recoveries from the Celsius bankruptcy.

To better understand my situation, I created a timeline to show the correspondence I made with Coinbase, as well as the summary of IDs/documents they required of me for the purpose of KYC. In addition to consistent follow ups with Coinbase, I have also reached out to Stretto, multiple times since 16 of February, to assist me in confirming my personal information to match with my Coinbase account and assist me to resolve my pending KYC case with Coinbase, however, I never received any assistance from them.

I respectfully request the court to compel the assigned agent Stretto-Celsius, including Coinbase, the distribution partner they contracted, to perform their duties with urgency and fairness to fulfill the distribution of assets to eligible creditors as promised, which have long been due and demandable. I would appreciate it, if you look into this situation and aid me and other eligible creditors who are still trapped in Coinbase KYC purgatory.

Respectfully,

Julie Ann A. Villegas
Email: villegas_julieann@yahoo.com

| 1 | Unified multi-purpose ID (issued by PH Govt SSS) |
|---|---|
| 2 | Passport (issued by DFA Manila PH) |
| 3 | Tax Identification Number ID (issued by PH Bureau of Internal Revenue) |
| 4 | Cedula# (issued by Mandaluyong City Hall PH) |
| 5 | NBI Clearance (NBI PH) |
| 6 | Yr 2023 Income Tax Report from Employer |
| 7 | Certificate of Employment from HR |
| 8 | 3 months payslip from Employer's payroll system |
| 9 | 3 months Bank Statement from Banco De Oro PH (BDO Branch: Megamall Bldg B) |
| 10 | All relevant emails from stretto/celsius and personal info from Celsius app. |

| | Coinbase Requirements | | | | Responses to Coinbase/Docs submitted/Date of Follow ups | | |
|---|---|---|---|---|---|---|---|
| Date | Email Subject | Requirements | No. of days interval from last response | | Response Date to Coinbase | Response/Docs Submitted | Follow Up Date (via email & CB Support on X) |
| 06-Jan-24 | Action Required for Julie - Request for information regarding your Coinbase account Inbox | Do you expect to send and / or receive cryptocurrency or fiat into your Coinbase account from family members or friends in Philippines? | 0 | | 10-Jan-24 | NO | 25-Jan-24 |
| | | Do you expect anyone to access your Coinbase account other than yourself? | | | | NO | |
| | | Our records indicate you currently reside in Philippines. Is this accurate? If yes, please provide further details. | | | | Yes. My current home address: **** | |
| | | Our records indicate your account is registered with a phone number associated with Philippines. Is this accurate? If yes, please provide further details. | | | | Yes. +63 ***** | |
| | | Non US: Tax document from your country's tax authority (e.g. P60, P12) dated within 12 months | | | 15-Jan-24 | I have provided my response below and submitted my TIN document using the Dropzone link you provided. Appreciate your help to finish reviewing my account. I only opened this account as a requirement by Celsius for claim distribution. | |
| 25-Jan-24 | Case #17546939 | Please answer the question mentioned below:
*Our records indicate you spend time in the PH base on your IP location. Is this accurate? If yes, please provide futher details. | 19 | | 25-Jan-24 | I submitted my passport. This is by far the 3 government issued IDs I submitted just to get my account verified and it's getting frustrating.
I am not spending time in the Philippines. I am from the Philippines. | *01-Feb-24
*06-Feb-24 |
| | | Please upload any one of the following documents to our secure Coinbase SendSafely portal using the link provided below.

* Permanent Resident Card*
• Letter from the state Immigration Services in your country of residence that confirms you are a resident* | | | | Passport | |
| 12-Feb-24 | Case #17546939 | Tax document from your country's tax authority, such as a P12 or P60, that proves you are a tax resident. This document needs to be dated within the last 12 months. | 18 | | 13-Feb-24 | Cedula, BIR Form 2316 (Yr 2023) | *14-Feb-24
*16-Feb-24 |
| 19-Feb-24 | Action Required for Julie - Request for information regarding your Coinbase account Inbox | Provide additional details in relation to your current/previous occupation, any business you own/involved in

Provide one of the following documents:
1) Payslip issued within the last 3 months
2) Letter from your Human Resources department confirming your employment | 7 | | 19-Feb-24 | *Already submitted all relevat docs related to my citizenship & work & advised CB compliance in a separate email (email subject: Case #17546939)
*BIR Form 2316 (Yr 2023)
*Payslip Nov2023-Feb2024 | - |
| | Action Required for Julie - Request for information regarding your Coinbase account Inbox | Provide the source/origin of funds deposited into your Coinbase acct

Provide one of the following documents:
1) Loan agreement or statement
2) Statement from other exchanges
3) Screenshot of transactions from an unhosted wallet | | | | *I'm a celsius creditor and my account will only be used for Celsius claims. | |
| | Action Required for Julie - Request for information regarding your Coinbase account Inbox | Provide the primary source(s) through which your overall wealth/net worth was generated

Provide one of the following documents:
*Payslip
*Brokerage / investment statement
*Home sale document
*Probate or conveyancing document
*Copy of Will, Grant of Probate, Gift Letter, etc.
If your source of wealth originated from crypto or other investments, please provide additional supporting documentation. Eg. statement from a crypto exchange or broker-dealer confirming your investment portfolio. | | | | * I already provided my BIR Form 2316 (Yr 2023) | |
| xx | Case #17546939 | xx | | | 19-Feb-24 | Today I received a separate email from your team, a response email from 06Jan2024. They're requesting the same documents which I already provided and asking me the purpose of my Coinbase account. I uploaded all relevant documents already. I'm a celsius creditor and my account will only be used for my claims.

1) Unified Multi-purpose ID
2) Passport
3) Tax Identification ID
4) Cedula
5) NBI Clearance
6) BIR Form 2316 (Yr2023)
7) 3mos Payslip | |

| Coinbase Requirements | | | | Responses to Coinbase/Docs submitted/Date of Follow ups | | |
| Date | Email Subject | Requirements | No. of days interval from last response | Response Date to Coinbase | Response/Docs Submitted | Follow Up Date (via email & CB Support on X) |
|---|---|---|---|---|---|---|
| 21-Feb-24 | Case #17546939 | As per your previous and provided documents we can identify you are receiving salary fortnightly Could you please clarify and provide below requested documents.<br><br>* Please provide one bank statement, issued within the last 3 months in which 1 month proper salary income is getting credited.<br><br>* Could you confirm if your primary source of wealth originated from Employment, gambling, gifting, investments, inheritance, or life insurance , if Yes, please provide additional supporting documentation showing the initial investments resulting in your wealth? | 2 | 21-Feb-24 | I uploaded my Bank SOA. Yes from employment. I am a regular employee at ***. I included my COE. | *23-Feb-24<br>*28-Feb-24<br>*29-Feb-24 |
| 07-Mar-24 | Case #17546939 | Please answer these questions along with the supporting documents:<br><br>* Could you please confirm if your primary source of wealth  originated from Employment, gambling, gifting, investments, inheritance, or life insurance , if Yes, please provide additional supporting documentation showing the initial investments resulting in your wealth? | 7 | 07-Mar-24 | I have answered all these questions already and provided all relevant documents.<br><br>Answer:  to reiterate my answer, this is from my employment. I am a regular employee at ***, holding a position as project controller.<br><br>1) Unified Multipurpose ID<br>2) Passport<br>3) Tax Identification ID<br>4) Cedula#<br>7) NBI Clearance<br>8) Yr 2023 Income Tax Report from Employer<br>9) Certificate of Employment from HR<br> 10) 3 mos payslip<br> 11) 3 mos  Bank Statement | *08-Mar-24 |
| 14-Mar-24 | Case #17546939 | Provide the source/origin of funds deposited into your Coinbase account.<br>Please provide one of the following documents:<br><br>*Loan agreement or statement<br>*Statement from other exchanges<br>*Screenshot of transactions from an unhosted wallet<br><br>As you have mentioned in the source of funds as Celsius creditor, so kindly upload the document on source of funds. | 7 | 15-Mar-24 | I uploaded all relevant emails from stretto and personal info from Celsius app. | 19-Mar-24 |