March 21, 2024

## Celsius and their lawyers are lying to you Judge Glenn - My company is not in the top 100 and was easily able to obtain a fully verified, fully active Coinbase Business Account that has passed KYC

Dear Honourable Judge Martin Glenn,

I acknowledge that the USA Bankruptcy Court is USD centric. Nevertheless, Celsius Business Creditors voted on a chapter 11 bankruptcy plan that stipulated initial distributions in crypto (just like individuals). How is it fair and equitable for Celsius and their lawyers K&E to then decide that only the top 100 companies will be paid in crypto and the rest receive USD?

Celsius and their lawyers K&E justified their argument for Celsius business accounts outside of the top 100 receiving a USD distribution because Coinbase agreed to only allowing 100 company accounts to be verified, activated and afforded due KYC assessment. **This is not true. Celsius and their lawyers are lying to you!**

In anticipation of the Celsius initial distribution I applied for a Coinbase business account. When providing our companies KYC data I asked that Coinbase waive the $1000USD sign up fee because our Celsius business claim is relatively low (Circa $25,000USD). **Coinbase waived the $1000USD sign up fee and has fully verified and fully activated our Coinbase business account. This means our Coinbase company account successfully passed Coinbase KYC and is able to receive a crypto distribution!**

Further, I acknowledge the argument from K&E that crypto can go up and down in USD price and business creditors wouldn't be complaining if BTC and ETH prices were currently lower than Jan 31 prices. That argument would be sound in logic if our company had received the USD check on or very close to Jan 31. **The simple fact is that our company has not received a UDC distribution to date and crypto prices are higher. Therefore, K&E argument is invalidated, not fair or equitable.**

**Celsius and their lawyers are lying to you**! I therefore ask that you intervene in this matter and allow all Celsius business accounts the opportunity to apply for Coinbase (and Paypal / Venmo) business accounts, allow sufficient time for these applications to pass KYC and **mandate that Celsius must distribute crypto to <u>all</u> business accounts.**

If you do not do this you are allowing Celsius and their lawyers (K&E) to get away with an unfair and unequitable outcome.

I appreciate your assistance in this matter.

Kind regards,

T. Jukic

Director

Jukes Property Solution Limited

March 21, 2024