Honorable Judge Martin Glenn,

I, Joseph Sullivan, hold two Celsius accounts, one corporate as a ROTH IRA investment vehicle 'Xshabadux Invesments LLC' linked to one email address and a personal account in my own name Joseph Sullivan linked to a separate email address. While the first is indeed a corporate account and is apparently due to receive an extremely late payout in USD, the other is my personal account and yet is being treated as a corporate account through some error within Celsius' bookkeeping. Therefore I have yet to receive a single dime of repayment. However I've received identical emails to both accounts stating that I'll be receiving a payout in USD as my accounts are both considered corporate. Not only does this severely diminish the value of my payout, it also will no doubt cause me extra tax complications as these personal funds do not belong in my IRA.

      Furthermore, I would like to see some transparency regarding the 'top 100' corporate accounts that have managed to secure a payout in crypto while the rest of us retirement investors are getting screwed, in some instances, out of the bulk of our life savings. This seems very unfair.


Respectfully yours,

Joseph Sullivan

Sole Director

Xshabadux Investments LLC

Pro-Se Creditor