Dear Judge Martin Glenn,

I am writing regarding the Ionic stock shares that I have not yet received. As a customer of the Celsius Earn program, I was supposed to receive distributions in various forms, including ETH, BTC, and stock shares of Ionic, the new company created because of the bankruptcy. While I have received the ETH and BTC distribution, the ionic stock shares, crucial to my claim, has not been processed or received.

Despite repeated engagements with Stretto, my inquiries, and requests for updates regarding the missing stock shares have been met with silence or generic responses, offering no resolution or timeline for when this oversight will be corrected. The lack of communication and transparency is corrupt and is leading to further financial strain on my family.

I am requesting your with this issue. I appreciate your assistance.

Sincerely,

Zully Doyle
Victim of Celsius Bankruptcy