March 20, 2024

Dear Judge,

I am writing to address Case Number: 22-10964. My name is Emerson Torres.

I have attempted to contact Celsius multiple times regarding my locked funds with no response except for automated emails.

To my surprise, I received an email from Celsius this morning on March 20, 2024, instructing me to sign a document showing an amount of $34,132.62. Initially, I followed the instructions to sign the document that you will find attached, accepting what appeared to be an offer. However, as English is not my first language, upon having a friend reviewing the document received from Celsius or Stretto, I realized that Celsius was actually requesting payment from me, not refunding my funds.

**This is a significant misunderstanding, as I have never taken any loans from Celsius. Instead, I have deposited funds, as evidenced by the attached documents.**

Please find the following documents attached:

1) **DOC 1** - Dashboard screenshot since Celsius was offline, **displaying my locked balance of $72,920.33, as attached on a print screen taken on February 27, 2024, just a few days prior to Celsius making this page offline.** Please find the list of my locked funds at Celsius below:
  a. **18.22 ETH**
  b. **21,797.31 ADA**
  c. **31.39 USD Coin**
  d. **0.000454 BTC**
  e. **10.77 USDT**
  f. **6.20 MATIC**

2) **DOC 2** - Copy of the email received from Stretto today.
3) **DOC 3** - Copy of the agreement I mistakenly signed today, under the impression that it pertained to my refund rather than agreeing to pay funds to Celsius.

I urgently request your assistance in resolving this confusion and releasing my funds.

Sir, I implore you to expedite the resolution of this case. I have accumulated over $30,000 in credit card debt and need access to my funds to pay bills incurred due to COVID-19.

I eagerly await your prompt response and thank you for your attention to this matter. I would appreciate it if you could expedite the unlocking of my funds as soon as possible and clarify any confusion regarding my situation.


Sincerely,

Emerson Torres
Email: back2pali@gmail.com
Phone: (310) 903-9240