March 21, 2024

Dear Judge Glenn,

I trust this letter finds you well.

Since my letter to you of March 6, Celsius has provided to my Coinbase account what they describe as my "distribution."

I received 6.7% of my Etherium (ETH) wallet balance at the time of the bankruptcy, and 18.55% of my Bitcoin (BTC) wallet balance at the time of the bankruptcy.

My enquiries to Celsius as to why they have paid a small fraction of my holdings has gone unanswered.

I wished to report this theft of owed funds to you in the hope that the Court could take appropriate action on my behalf to resolve this matter.


Yours Sincerely,

Timothy Fielding