Dear Judge!

This is REALLY getting frustrating. Not only have Celcius ripped many of us from a lot of our hard earned money, but now we individually have to battle all these issues.

The issue I'm facing began when I registered my Celsius account using an Apple ID email that is hidden. Stretto/Celsius/Coinbase is requesting that I change my Coinbase email to match the one I used with Celsius before they can proceed with transferring my cryptocurrency. Unfortunately, I am unable to comply with this request because a hidden Apple ID email does not function as a traditional email address. Consequently, I am unable to receive a confirmation email from Coinbase, which is a necessary step according to their policy to confirm the email change. This has left me in a situation where I am unable to access my cryptocurrency.

I hope that someone will start taking these individual problems seriously soon!

Best regards with hope from Denmark

/Rene Terp Harboll Asmussen