March 26th of 2024

Honorable Judge Martin Glenn,

I hope this message finds you well. I am writing to you as a creditor in the Celsius Bankruptcy Case.
On March 18th, 2024, I received my crypto distribution from Stretto. Unfortunately I haven't received the right amount of crypto.on the contrary, I have received ⅙ part from my Bitcoin original amount in the app. Additionally, I received a different coin amount. A summary which reflects less than 30% of the value of my assets, which means I did not even received 26% of the Bitcoin assets back.I am deeply concerned, as I thought voting a ballot without pursuing a trial alone would end in an effective solution. Unfortunately, I found myself involved in continuous issues. I'm asking to return the right amount shown in the numbers filled in the court. At that moment, I filled out another ticket to Celsius pointing out the mistake. As an answer, I received a docket email answer with more than 200 or 250 pages. I found it totally unacceptable as I am not an attorney. I am asking for a personal and reasonable answer with proper number details of my account. I deserve to have an exact proportion of my assets which is not less than 30 % of my crypto assets.

I am also deeply concerned as my loan executed by Celsius was not taking in count for distribution. I have not received an email to vote about the treatment my loan will be. Once again, I will plead for guarantees of a fair equal right to decide the treatment of my loan. Celsius collected my crypto collateral assets as the account was frozen at that moment.
In compliance with their instructions, I have remained patient. However, it has now been over more two month since my initial inquiry, and I have yet not receive any further communications from Stretto
regarding the instructions needed to a final resolution.
I will plead for guarantee in the process of claiming distribution in crypto assets.


As a creditor, I am deeply concerned about the lack of progress in resolving these issues individually. I respectfully request your intervention and assistance in facilitating a prompt and satisfactory resolution to these issues.
Thank you for your attention to this matter.

Sincerely,
María Jimena Carmona