Subject: Request for Fair Distribution of Crypto Assets Owed

The Honorable Martin Glenn

Dear Judge Glenn,

I am writing to you with a sincere request regarding the distribution of crypto assets owed to creditors like myself. It is my belief that all distribution of these assets should be made at their current market value, specifically referencing Bitcoin (BTC) and Ethereum (ETH).

As you are well aware, many of us creditors entrusted our life savings into investment mechanisms that we genuinely believed had our best interests at heart. However, it has become increasingly apparent that entities like Stretto and Celsius stand to benefit disproportionately from the increased value of these assets, particularly considering the recent all-time highs of BTC and ETH.

It is fundamentally unfair for us, the creditors, to bear the brunt of this situation while others profit from our invested assets. I personally anticipated receiving whole BTCs, as that is what I am rightfully owed.

Your honor, I want to express my deepest gratitude for the extensive efforts and time you have dedicated to this matter. Your diligence and commitment have not gone unnoticed, and I trust that you will consider this request with the fairness and impartiality that have defined your tenure.

Sincerely,
Brooks Duvall
Email:19hrdlf@gmail.com
better.livin07@gmail.com