Helen F. Ferrante                                                    March 25, 2024
85 Hanson Drive
Moultonborough, NH 03253
hfferrante@protonmail.com

Honorable Chief Judge Martin Glenn
United States Bankruptcy Court Southern District of New York
One Bowling Green New York, NY 10004-1408

Subject: Re: Urgent Request Regarding Case Number 22-10964 and Handling of Distribution of Funds from James Robert Ferrante's Account

Dear Honorable Chief Judge Martin Glenn,

I hope this email finds you well.

I am writing to urgently bring to your attention certain matters concerning Case Number 22-10964 and the handling of funds from the account of my late husband, James Robert Ferrante, within the Celsius bankruptcy proceedings.

Attached to this email, you will find documentation illustrating the communication disruptions and lack of responsiveness encountered by the Celsius bankruptcy administrators, including correspondence with Celsius, Stretto, and Kirkland & Ellis. These communications span from August 24, 2023, to the present day.

Despite my repeated efforts to facilitate the transfer of my late husband's account to mine or into my Celsius account, and despite providing all requested information, documentation, and KYC requirements, including evidence of my relationship to the deceased and the Certificate of Appointment issued by the 3rd Circuit - Probate Division - Ossipee, State of New Hampshire, and the Celsius Transfer of Assets dated 10/21/2023, I have not received any substantive communication or assistance regarding the transfer of funds.

On October 21, 2023, I completed the requisite forms and submitted them to Celsius Network, designating myself as the beneficiary of James Robert Ferrante's account. However, to date, I have not received any updates or confirmation of the transfer.

The Certificate of Appointment, dated December 27, 2023, confirms my appointment as the executor of James R Ferrante's estate. This document, issued under seal by the Clerk of Court, attests to the validity of my appointment and grants me the legal authority to administer the estate of James R Ferrante.

I must emphasize the urgency of this matter, compounded by the significant value of the claim (schedule line F details as 3.1.2424599). As a nearly 74-year-old widow navigating this complex legal process alone, the burden and stress are immense, particularly following the sudden loss of my beloved husband of 53 years.

Despite numerous attempts to seek assistance through help tickets and emails, I have not received any response or acknowledgment of my inquiries. This lack of communication and transparency has caused considerable distress.

Considering the urgency and substantial value of the claim, I respectfully request your immediate attention and assistance in resolving this issue. Specifically, I urgently require clarity on the status of the account transfer and the distribution of crypto assets, preferably in Bitcoin (BTC) to my established PayPal or Coinbase account, as previously discussed.

Additionally, I implore the court to motion or order Celsius, Stretto, and Kirkland & Ellis to promptly facilitate the transfer of funds in-kind, specifically in Bitcoin (BTC), and the forced IONIC BTC Mining Shares to mitigate any further financial losses. As a retiree, I have already endured significant losses to my retirement funds, upon which I rely for my livelihood.

Your prompt assistance in addressing this matter is earnestly appreciated. I eagerly await your response and resolution to ensure the timely distribution of the assets rightfully belonging to me as James Robert Ferrante's beneficiary.

Thank you for your attention to this urgent matter.


Sincerely,

*Helen F. Ferrante*

Helen F. Ferrante

Enclosures: Appointment issued by the 3rd Circuit - Probate Division - Ossipee, State of New Hampshire, dated December 27, 2023. Evidence of communication disruptions and lack of responsiveness from Celsius, Stretto, and Kirkland & Ellis, including email exchanges with Celsius Compliance Supervisor dated August 24, 2023, August 29, 2023, September 19, 2023, November 25, 2023, and February 19, 2024. An automated response from Celsius Network acknowledging the inquiry. Email from Stretto dated December 28, 2023, directing inquiries to Celsius Network. Celsius Litigation Administrator dated March 6, 2024. See: Certificate of Document 974 filed on 10/05/22 with entry 10/05/22 22:53:30, containing the schedule line F details as 3.1.2424599.

# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### NH CIRCUIT COURT

3rd Circuit - Probate Division - Ossipee
96 Water Village Rd., Box 1
Ossipee NH  03864

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
https://www.courts.nh.gov

## CERTIFICATE OF APPOINTMENT
### (Letter of Appointment)

**Case Name:**     **Estate of James R Ferrante**

**Case Number:**   **312-2023-ET-00385**

On December 11, 2023, the following person(s) was/were appointed to administer the estate of James R Ferrante.  The named executor(s) accepted this responsibility.

Executor(s)

Helen F Ferrante                    85 Hanson Drive                      Home: 6033871554
                                    Moultonborough NH  03054

This document, when signed under seal, certifies that this appointment did occur as stated and remains in effect as dated below.

December 27, 2023                    /s/ Elaine J. Lowe
                                     Clerk of Court
                                     State of New Hampshire
                                     Carroll County



This electronic certification stamp meets the statutory requirement for certified or attested documents pursuant to Supplemental Rules of the Circuit Court of New Hampshire for Electronic Filing.

NHJB-2596-Pe (04/14/2021)

Name of the Deceased: *James Robert Ferrante*

Account number (If known):

By completing this form (the "Form"), you are indicating that you are either the beneficiary, executor, or personal representative of the deceased person named above. You are also confirming the deceased person's account to be renamed to the following format: "[Your Name], Estate of [Deceased Person's Name]." *Helen P Ferrante, Estate of James R Ferrante*

Please read the below for more information about the purpose of this Form and when any funds will be transferred to you.

As you may be aware, Celsius Network LLC and certain of its affiliates ("Celsius") filed for chapter 11 bankruptcy protection on July 13, 2022 (the "Petition Date"). At this time, all cryptocurrency on the Celsius platform, with the exception of funds related to the Custody Settlement and transfers made after the Petition Date, *is frozen and cannot be returned to customers or their beneficiaries, executors, or personal representatives*.

Celsius has proposed a Plan of Reorganization that, if approved by its creditors and the Bankruptcy Court for the Southern District of New York (the "Court"), will allow Celsius to exit, or emerge from, bankruptcy and return cryptocurrency to its customers. Cryptocurrency will begin to be returned once the Plan of Reorganization enters into force on its applicable effective date. Because the bankruptcy process is still underway, the amount and proportion of cryptocurrency that will be returned, and the respective date of any such related cryptocurrency transfer, is unknown at this time.

Accordingly, although this Form requests information that will enable a delivery of funds from the account of the Deceased to you, *please note that, unless you are otherwise informed, no cryptocurrency will actually be transferred to you until the Plan of Reorganization enters into force.*

Please also note that, once the deceased person's account is renamed so that ownership of the account is transferred to the deceased person's estate, you will be required to complete certain Know-Your-Customer ("KYC") procedures as part of the Plan of Reorganization to verify your identity in compliance with anti-money laundering laws and other regulations. You will receive further information about the KYC procedures at a later time.

**Terms**

**Please ensure that you read the below carefully before signing. By signing this Form, authorization is given by you to Celsius to:**

- Use any of the funds in the Deceased's Account(s) to pay off any balances owed by the deceased person named above to Celsius;
- Make any distributions on account of the remaining funds in the Deceased's Account(s) to you in accordance with the Plan of Reorganization terms and conditions, or as otherwise approved by the Court; and
- Subsequently close the Deceased's Account(s).

Celsius is not liable to you, or to any other person on behalf of the Deceased, for claims, costs, losses, or damages caused by an event that is beyond our reasonable control (e.g., the acts or omissions of third parties of our customer, natural disaster, emergency conditions, government action, equipment, or communications malfunction). We are not liable for special, incidental, exemplary, punitive, or consequential losses or damages of any kind, any loss of opportunity or hypothetical gains, or any exchange rate-related losses.

I hereby confirm and undertake that:

- I have read and accepted the terms of this Form, and agree to be bound by them;
- I have read and accepted Celsius' Terms of Use (available at https://celsius.network/terms-of-use);
- I will bring no further claim in relation to the Deceased's Account without first obtaining and providing evidence of probate or letters of administration;
- I am lawfully and solely entitled and authorized to the balance(s) in the Deceased's Account(s);
- I shall treat any funds transferred to me as assets of the deceased's estate, in accordance with the legal obligations applicable to me;
- Any personal information regarding the Deceased Customer shall be handled by me in the strictest confidence and in accordance with my legal obligations;
- If I have asked for any cryptocurrency to be delivered to digital wallet(s) in-kind, then I represent and warrant that I have full control over such digital wallet(s), that I know how to use them and that I shall be solely responsible to protect such cryptocurrency against theft, loss or other damages following their receipt in the digital wallet(s), and I shall hold Celsius harmless against any claim in such regard;
- By signing this Form, I will be responsible for any losses or costs Celsius suffers as a result of any other person being validly entitled to a share of the funds that Celsius transfers to me under the terms of this Form;
- I release Celsius from any and all liabilities in connection with the delivery of assets to me as instructed above, and the dissemination of any personal information distributed to me.

I give this indemnity both in my personal capacity and as the Deceased's representative.

Full Name: _Helen F Ferrante_

Relationship to the Deceased: _wife_

Address: _85 Hanson Drive, Moultonboro NH 03254 Moultonboro,_

Signature: _Helen F Ferrante_

Date: _10/21/23_

Please note that during key stages or in the event of missing documentation, we may need to contact you further.

**From** 🔒 CelsiusDistribution@stretto.com <celsiusdistribution@stretto.com>

**To** hfferrante@protonmail.com

Mar 12

Hello,

Please be patient as Celsius and its distribution partners facilitate claims to creditors and support various creditor situations over the coming weeks.

Regards,
Stretto

> On Mon, Mar 11 at 11:15 PM , Helen F <hfferrante@protonmail.com> wrote:
>
> **[External Email]**
>
> Good day,
>
> Can you please assist me? I have been in contact with Celsius since this past summer on the passing of my husband of 53 years James Robert Ferrante. I sent in all the required legal documents in to have his account transferred to mine as his beneficiary. I have not received any more information or crypto back from his account. I sent in all the required documents months ago. This is a large claim and I need some assistance and communication. I have put in multiple help tickets without getting any confirmation or updated information, this is ridiculous and I need answers or his/my crypto distribution ASAP. I would like it in BTC/ETH like my distribution into my PayPal account.
>
> Your assistance in this matter is greatly appreciated. Please help.
>
> Thank you,
>
> Helen Ferrante

# [2] Automatic reply: 3.1.242459-James Robert Ferrante distrubtion



**From**  Celsius Litigation Admin <celsiuslitigationadmin@m3-partners.com>    Mar 6

**To**  hfferrante@protonmail.com

Thank you, we received your email, and we will review it.

Regards,
Celsius Litigation Administrator

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-202-2200 and delete the message.



**From**  hfferrante@protonmail.com <Hfferrante@protonmail.com>    Mar 7

**To**  Celsius Litigation Admin

Thank you and I appreciate your prompt response and not a copy and past read FAQs. Thank you, for looking into this and eagerly awaiting your reply.

Sent with Proton Mail secure email.

# [2] 3.1.242459-James Robert Ferrante distrubtion



**From** 🔒 hfferrante@protonmail.com <Hfferrante@protonmail.com>   ⭐ ✈ Mar 6

**To** Celsius Litigation Admin   ⌄

Good day,

Can you please assist me? I have been in contact with Celsius since this past summer on the passing of my husband of 53 years James Robert Ferrante. I sent in all the required legal documents in to have his account transfered to mine as his beneficiary.  I have not received any more information or crypto back from his account. I sent in all the required documents months ago. This is a large claim and I need some assistance and communication. I have put in multiple help tickets without getting any confirmation or updated information, this is ridiculous and I need answers or his/my crypto distribution ASAP. I would like it in BTC/ETH like my distribution into my paypal account.

Your assistance in this matter is greatly appreciated. Please help.

Thank you,

Helen Ferrante

Sent with Proton Mail secure email.

---

**From** 🔒 Celsius Litigation Admin <celsiuslitigationadmin@m3-partners.com>   ☆ ✉ 📎 Mar 11 

**To** hfferrante@protonmail.com   ⌄

**From**  🔒 CelsiusDistribution@stretto.com <celsiusdistribution@stretto.com>    ☆ ✉ Feb 28

**To**  hfferrante@protonmail.com

**Thank you for your request.** We *strongly* suggest you refer to our Distributions FAQ if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Stretto

**From**  📤 🔒 celsiusinquiries@stretto.com                          ⭐ ✉ Feb 20

**To**  hfferrante@protonmail.com   Celsius Network                    ⌄

hfferrante@protonmail.com

Hello,

Thank you for contacting Stretto, the claims and noticing agent for Celsius as part of their Chapter 11 restructuring.

Please <u>initiate a support inquiry</u> (Select Submit a Ticket to the top right). Please note that the customer support team is currently experiencing a high volume of inquiries related to distributions and will answer your inquiry as soon as practicable.

Once the Celsius App closes on or around February 28th, 2024, please <u>initiate a support inquiry</u>.

***This email address is for <u>non-distribution</u> related inquiries only. Submitting distribution related inquiries to this email address will cause extremely delayed response times.***

If you have a distribution related inquiry, click <u>HERE</u> for further instructions.

Regards,

Stretto

---

**From**  🔒 Celsius Network <support@celsius.network>                ⭐ ✉ Feb 20   

**To**  hfferrante@protonmail.com                                     ⌄

---

##– Please type your reply above this line –##

Your request (<u>#1417169</u>) has been updated. To add additional comments, reply to this email.

**From**  🔒 CelsiusDistribution@stretto.com  <celsiusdistribution@stretto.com>    ☆  📥 Feb 20

**To**    hfferrante@protonmail.com    ⌄



**Thank you for your request.** We *strongly* suggest you refer to our Distributions FAQ if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.


**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.


**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.


The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.


Stretto

# Re: My late Husbands account-James Ferrante Distribution



**From** 🔒 CelsiusDistribution@stretto.com <celsiusdistribution@stretto.com>

**To** hfferrante@protonmail.com

⭐ ✉ Feb 20

Hello,

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible. PayPal and Venmo are also actively working on the Celsius claims distributions and we continue to notify them of open creditor inquiries. You will be notified directly via email once your Distribution Partner has been assigned. In the event you no longer have access to your email address associated with your Celsius account, please initiate a support inquiry.

In general, distributions to creditors residing in the United States will be made via PayPal, and distributions to creditors outside of the United States will be made by Coinbase (as long as that country is supported by Coinbase). Please see the Coinbase Cryptocurrency Distributions section of the FAQ for a list of countries supported by Coinbase. If you are not eligible to receive a distribution in cryptocurrency due to your particular circumstances, you will receive your distribution in US dollars.

**The distributions of creditor claims are being made to hundreds of thousands of creditors around the world, and this process will take time to successfully communicate instructions and distribute claims to all eligible creditors.** In the event you are a creditor who is not eligible to receive an initial claim distribution, you will not receive claim distribution instructions at this time. Creditors will be notified if and when more information is available.

Please note that you are not able to affirmatively select a Distribution Partner.

We strongly suggest you **continue to review the Distributions FAQ,** as we are updating this FAQ often.

Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the FAQ.

> On Tue, Feb 20 at 5:29 PM , Helen F <hfferrante@protonmail.com> wrote:
> I have not reviewed my late husband's distribution or any more communication on the matter. Please respond with answers and or how to get his account distributions. I have already sent in all the required paperwork on this matter. His account was undeJimferrante13@protonmail.com, I have attached his claim amount and paperwork to receive his account. Please assist, Thank you

**From** 🔒 CelsiusDistribution@stretto.com <celsiusdistribution@stretto.com>

⭐ ✉ Feb 14

**To** hfferrante@protonmail.com ⌄

**Thank you for your request.** We *strongly* suggest you refer to our [Distributions FAQ](#) if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Stretto

# Re: My Husband James Ferrante account-I did not receive the correct amount of distribution



| **From** | 🔒 CelsiusDistribution@stretto.com <celsiusdistribution@stretto.com> | ⭐ ✉ Feb 14 |
|---|---|---|
| **To** | hfferrante@protonmail.com | |

Thank you for contacting Stretto support, we appreciate your patience as we continue to work through individual creditor inquiries as quickly as possible.

Please refer to the Plan [Docket №4289], the Disclosure Statement [Docket №3332], and the Notice of Effective Date [Docket №4298] for information about the composition of distributions and estimated recoveries. The Notice of Effective Date includes an illustrative recovery for an Earn creditor (see Appendix A).

As indicated in the Disclosure Statement, recovery percentages depend on a number of factors, including the value of BTC and ETH and the implementation of the MiningCo Transaction. As a reminder, creditors hold different Claims (or combinations of Claims) against the Debtors, and may have been eligible for different elections and settlements during the voting on the Plan. Accordingly, creditor recoveries are highly individualized and dependent on a variety of factors.

Balance information currently displayed in the Celsius app is not reflective of the value used to calculate your claim. Celsius filed for bankruptcy on July 13, 2022, and the value of your claim was calculated in US dollars based on the assets showing in your Celsius account on the bankruptcy filing date (the Petition Date).
We strongly suggest you **continue to review the Distributions FAQ**, as we are making regular updates. You may be able to receive information more quickly than if you contact our support team due to the high volume of creditor inquiries.
We will be in touch with you if and when we have any more information to provide.

Regards,
Stretto

> On Wed, Feb 14 at 4:46 PM , Helen F <hfferrante@protonmail.com> wrote:
> Good day,
> I did not receive the correct distribution amount, I had been in contact with Celsius for over the last 6 months about the passing away of my husband James R. Ferrante whose account was under (Jimferrante13@protonmail.com) during the Celsius Chapter 11. I sent in all the required documents to Celsius for compliance/legal procedures for his trust, I am the beneficiary. I would like confirmation on his distributions to the trust or me and how it will proceed with ICON Digital Shares and any future payouts. I should be receiving approximately .42 BTC and 6.88 ETH for his account. 484 IconDigital Stock, plus future payouts. Please Help Thank you.

**From** ...tto.com <celsiusdistribution@stretto.com>

**To** 

Thursday, February 8th, 2024 at 5:04 PM

Thursday, February 8th, 2024 at 5:04 PM

**Thank you for your request.** We *strongly* suggest you refer to our [Distributions FAQ](#) if you have questions or need further assistance. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

**Reminder: The Celsius mobile & web apps are shutting down**

Celsius will wind-down its operations, including discontinuing the Celsius mobile and web apps. Beginning on, or around, February 28, 2024, the Celsius app will no longer be available on iOS or Android devices, nor on the web. Access to the Celsius platform and the records it contains will therefore only be available for a limited period of time.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Stretto

***Privileged and Confidential Pursuant to Federal Rules of Evidence 408
and Applicable Law***

Dear Helen:

Thank you for your message and your patience, as we have been receiving a
large volume of messages. It appears your question relates to distributions. All
questions related to distributions can be directed to Stretto at
CelsiusDistribution@stretto.com. Thank you again for your outreach.

www.m3-partners.com <http://www.m3-partners.com/>

celsiuslitigationadmin@m3-partners.com <mailto:celsiuslitigationadmin@m3-
partners.com>

From: Hfferrante <Hfferrante@protonmail.com>

Sent: Wednesday, March 6, 2024 6:48 PM

To: Celsius Litigation Admin <celsiuslitigationadmin@m3-partners.com>

Subject: 3.1.242459-James Robert Ferrante distrubtion

Good day,

Can you please assist me? I have been in contact with Celsius since this past summer on the passing of my husband of 53 years James Robert Ferrante. I sent in all the required legal documents in to have his account transfered to mine as his beneficiary.  I have not received any more information or crypto back from his account. I sent in all the required documents months ago. This is a large claim and I need some assistance and communication. I have put in multiple help tickets without getting any confirmation or updated information, this is ridiculous and I need answers or his/my crypto distribution ASAP. I would like it in BTC/ETH like my distribution into my paypal account.

Your assistance in this matter is greatly appreciated. Please help.

Thank you,

Helen Ferrante

Sent with Proton Mail <https://proton.me/>  secure email.

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply email or by calling 212-202-2200 and delete the message.

**From** 🔒 Celsius Network Secure Data Transfer System <no-reply@sendsafely.com>

⭐ 📭 Nov 25, 2023

**To** hfferrante@protonmail.com

 **Celsius**

### Confirmation of sent item (E323-T732)

You just sent an item using the Celsius Network Secure Data Transfer System, powered by SendSafely. **This item will expire on Nov 30, 2023 (17:33).**

**To:** zachary.evans@celsius.network

**From:** hfferrante@protonmail.com

[View Item]

You can copy the following URL into your browser to view the item you just sent: https://celsius.sendsafely.com/receive/?thread=E323-T732&packageCode=CVf4q1L1WMORJ7fpog0spdo4tzVPW0fMPN0jilytonc#keyCode=WeA6Xg5uGDEX-TWbUukRnJgTVVqjEBA6BiU_O24hgpg

Good day,

I sent in another form "Certificate of Appointment" using the link, please confirm you received it and let me know if you need anything else to transfer my late husband's (James R. Ferrante) account to my account.

Can you please update me on the status of transferring his account to mine? Do I need to contact Stretto or anyone else?

Also, keep me updated on the progress.

Thank you,

Helen F. Ferrante

Sent with [Proton Mail](#) secure email.



On Monday, November 27th, 2023 at 7:03 AM, Celsius Network <support@celsius.network> wrote:

> ##– Please type your reply above this line –##
>
> Your request ([#1340561](#)) has been updated. To add additional comments, reply to this email.
>
> ---
>
>  **==Compliance Manager== (==Celsius Network==)**
> ==Nov 27, 2023, 13:03 UTC==
>
> ## Hello
>
> ## Thank you for forwarding the completed document. This has been passed to our Legal team for further review. We will revert in due course with the next steps once this has been reviewed.
>
> ## Kind Regards
>
> ## Compliance Team| Celsius Network

85 Hanson Drive
**Moultonborough, NH 03254**
August 19, 1950

Jimferrante13@protonmail.com
**Compliance Supervisor** (Celsius Network)
Aug 24, 2023, 16:52 UTC

# Dear Helen,

First and foremost, our sincerest condolences for your loss. We will try to make sure that we will provide you with as much information as you need during this time.

To be able to provide the details to you we do need to follow a number of processes in order to meet our regulatory obligations as well as our obligations to our customers. Please can you provide us with the following information:

## I – Information Identifying You
Your full name, date of birth, postal address, contact telephone number, email address
Your relationship to the deceased

## II – Information about the Deceased
Full name, address, and date of birth

## III – Documentation appointing you as

## Representative
Clarifying that you have appropriate authority as Administrator/Executor for the estate

## IV – Documentation evidencing the death (one of the following):
Death certificate;
Grant of Probate;
Interim death certificate; or
Coroner's certificate;

Please also upload a copy of your own ID.

Please send the relevant documentation electronically to us at your convenience using the attached secure file transfer link
– **https://celsius.sendsafely.com/u/zachary.evans**

If any of the above documents are not in the English language, please attach a certified translation thereof.

We will then review the information received and confirm the next steps. Do reach out if you have any questions on the above.

Kind Regards

Compliance Team| Celsius Network

Sent with Proton Mail secure email.

On Thursday, January 4th, 2024 at 11:54 AM, Hfferrante <Hfferrante@protonmail.com> wrote:

> Good day,
>
> I sent in another form "Certificate of Appointment" using the link, please confirm you received it and let me know if you need anything else to transfer my late husband's (James R. Ferrante) account to my account.
>
> Can you please update me on the status of transferring his account to mine? Do I need to contact Stretto or anyone else?
>
> Also, could you keep me updated on the progress?
>
> Thank you,
>
> Helen F. Ferrante

Sent with Proton Mail secure email.

Hi Helen,

==You have contacted Stretto, th==e Court appointed claims and noticing agent in the Celsius bankruptcy
==proceedings. We do not have== access to the Debtors' books/records and cannot access your account details.
If you are a Celsius customer and you need technical support, help accessing your account, or have questions
about your loan, please submit an inquiry via the webform at https://support.celsius.network or send an email to
app@celsius.network.
Please continue to monitor the case website at https://cases.stretto.com/Celsius and the Celsius app for future
updates as they become available.
Regards,
Stretto

==On Thu, 28 Dec, 2023 at 2:22 PM , Helen <hfferrante@protonmail.com> wrote:==
==[External Email]==



**Case Name:** Celsius Network LLC, et al.

**Case No:** 22-10964

**Name:** Helen

**Company:**

**Email:** hfferrante@protonmail.com

**Phone:** 603-387-1554

**Message:** I wanted to check with you, I have sent
documents to support@celsius.network, but want to
confirm and make sure it's getting to the correct people.
My late husband Jame (Jim) R. Ferrante has passed away
and we both had separate accounts with Celsius in
Chapter 11. I am supposed to have his account transferred
or take control of but I haven't received and confirmation

from Celsius yet. Can you please advise on the course of action or status of his account in either my name or transferred to my celsius account? Thank you.

**Address:**

Moultonborogh, NH, Carroll-03254

For more information related to this case, please visit https://cases.stretto.com/Celsius

Copyright © 2023 Stretto, All rights reserved.
410 Exchange, Ste 100
Irvine, CA 92602

**From** 🔒 Celsius Network Secure Data Transfer System <no-reply@sendsafely.com>

⭐ 📥 Nov 25, 2023

**To** hfferrante@protonmail.com

 **Celsius**

## Confirmation of sent item (E323-T732)

You just sent an item using the Celsius Network Secure Data Transfer System, powered by SendSafely. **This item will expire on Nov 30, 2023 (17:33).**

**To:** zachary.evans@celsius.network

**From:** hfferrante@protonmail.com

**View Item**

You can copy the following URL into your browser to view the item you just sent:
https://celsius.sendsafely.com/receive/?thread=E323-T732&packageCode=CVf4q1L1WMORJ7fpog0spdo4tzVPW0fMPN0jiIytonc#keyCode=WeA6Xg5uGDEX-TWbUukRnJgTVVqjEBA6BiU_O24hgpg



**From** 🔒 Celsius Network Secure Data Transfer System  <no-reply@sendsafely.com>

*Helen F. Ferrante*

 Sep 7, 2023

**To** hfferrante@protonmail.com



## Confirmation of sent item (7SUL-YVN5)

You just sent an item using the Celsius Network Secure Data Transfer System, powered by SendSafely. **This item will expire on Sep 12, 2023 (19:44).**

**To:** zachary.evans@celsius.network

**From:** hfferrante@protonmail.com

**View Item**

You can copy the following URL into your browser to view the item you just sent:
https://celsius.sendsafely.com/receive/?thread=7SUL-YVN5&packageCode=yhwaFcBvptKfudATrOBBIGluS3KlQr5Y0wOmtHZeVIk#keyCode=hSFVRuidvvDxMFMgWkkpLZ8xBS01uc5taOEqJ_jF_kY



##– Please type your reply above this line –##

Your request ([#1150167](#)) has been updated. To add additional comments, reply to this email.

 **Compliance Supervisor** (Celsius Network)
Sep 20, 2023, 16:42 UTC

Hello Helen,

We have attached the form again. Please advise if you are successful in opening/downloading it.

**Please upload the file to the following secure link:**
**https://celsius.sendsafely.com/dropzone/app/1150167**
*The files are automatically encrypted before upload.*


Kind Regards

Compliance Team| Celsius Network

Attachment(s)
[Release of Account – Deceased User.docx](#)

 **Helen F Ferrante**
Sep 20, 2023, 01:30 UTC

Hello, can you please send the Release of Account document again? It will not open or download.

Helen Ferrante

Sent with [Proton Mail](#) secure email.

––––––– Original Message –––––––

On Tuesday, September 19th, 2023 at 4:09 PM, Celsius Network <support@celsius.network> wrote:

 **Compliance Supervisor** (Celsius Network)

Sep 19, 2023, 21:09 UTC

Dear Helen,

Please accept our sincere apologies for the delay in responding.

Find attached our Account Release form. In this form are the necessary terms for the release of the account to yourself. Please read, understand, sign, and return this document at your earliest convenience.

**Please upload the file to the following secure link:**

**https://celsius.sendsafely.com/dropzone/app/1143939**

*The files are automatically encrypted before upload.*

As we continue to work through the Chapter 11 cases and determine processes to support our customers going forward we will continue to share updates through our official channels and Stretto.  We encourage you to continue following these updates as they are published.

Kind Regards

Compliance Team| Celsius Network

Attachment(s)

[Release of Account – Deceased User.docx](#)

---

 **Helen F Ferrante**

Sep 6, 2023, 14:52 UTC

Can you please update me on the process of receiving or transferring my late husbands account? Will I be able to vote for distribution on his account?

Can you also provide me with an official document with the amount, worth of his account?

Thank you,

Helen Ferrante

Sent with [Proton Mail](#) secure email.

------- Original Message -------

On Thursday, August 31st, 2023 at 9:03 AM, Celsius Network <support@celsius.network> wrote:



**Compliance Supervisor** (Celsius Network)

Aug 29, 2023, 13:36 UTC

Hello,

Thank you for your inquiry. We have received all of the documentation you have submitted through the secure transfer link and it is currently being reviewed by our legal team. Once the review has been completed, we will advise younof the next steps of navigating through this process.

Please let us know if there are any questions.

Kind Regards

Compliance Team| Celsius Network



**Helen F Ferrante**

Aug 28, 2023, 21:56 UTC

I uploaded the requested information using the link, what happens now? How will it all work with the Chapter 11?

Helen F Ferrante
85 Hanson Drive
Moultonborough, NH 03254
June 8, 1950
603-387-1554
(Wife of James Ferrante of 53yrs)

James R Ferrante
85 Hanson Drive
Moultonborough, NH 03254
August 19, 1950

**Your item has been sent (N56L-FPBX)**

From   🔒 Celsius Network Secure Data Transfer System <no-reply@sendsafely.com>   ⭐ ✉ Aug 28, 2023

To   hfferrante@protonmail.com

 Celsius

**Confirmation of sent item (N56L-FPBX)**

You just sent an item using the Celsius Network Secure Data Transfer System, powered by SendSafely. **This item will expire on Sep 02, 2023 (21:34).**

**To:** zachary.evans@celsius.network

**From:** hfferrante@protonmail.com

[ **View Item** ]

You can copy the following URL into your browser to view the item you just sent:
https://celsius.sendsafely.com/receive/?thread=N56L-FPBX&packageCode=01VVyZ7wyQ7N6DPlSqo05g02mluurJzglfmaisK07oM#keyCode=ScvZW2DPQP6HPoS7GQgyueC8ME-TrB_jxGRzkqgY_F8

James R Ferrante
85 Hanson Drive
Moultonborough, NH 03254
August 19, 1950

Sent with [Proton Mail](#) secure email.

──────── Original Message ────────
On Saturday, August 26th, 2023 at 12:02 PM, Celsius Network <support@celsius.network> wrote:

 **Compliance Supervisor** (Celsius Network)
Aug 24, 2023, 16:52 UTC

Dear Helen,

First and foremost, our sincerest condolences for your loss. We will try to make sure that we will provide you with as much information as you need during this time.

To be able to provide the details to you we do need to follow a number of processes in order to meet our regulatory obligations as well as our obligations to our customers. Please can you provide us with the following information:

## I – Information Identifying You
Your full name, date of birth, postal address, contact telephone number, email address
Your relationship to the deceased

## II – Information about the Deceased
Full name, address, and date of birth

## III – Documentation appointing you as

**Representative**

Clarifying that you have appropriate authority as Administrator/Executor for the estate

**IV – Documentation evidencing the death** (one of the following):
Death certificate;
Grant of Probate;
Interim death certificate; or
Coroner's certificate;

Please also upload a copy of your own ID.

Please send the relevant documentation electronically to us at your convenience using the attached secure file transfer link –
**https://celsius.sendsafely.com/u/zachary.evans**

If any of the above documents are not in the English language, please attach a certified translation thereof.

We will then review the information received and confirm the next steps. Do reach out if you have any questions on the above.

Kind Regards

Compliance Team| Celsius Network

---

 **Helen F Ferrante**
Aug 24, 2023, 15:27 UTC

My husband James R. Ferrante passed away recently, how do I have his account transfered to me or into my celsius account? We both have accounts stuck in celsius. His email is jimferrante13@protonmail.com.

Please let me know what needs to be done

Thank you,

# Your item has been sent (ATTX-MA48)



| | |
|---|---|
| **From** | 🔒 Celsius Network Secure Data Transfer System <no-reply@sendsafely.com> |
| **To** | hfferrante@protonmail.com |

⭐ 🗄 Aug 24, 2023





## Confirmation of sent item (ATTX-MA48)

You just sent an item using the Celsius Network Secure Data Transfer System, powered by SendSafely. **This item will expire on Aug 29, 2023 (18:26).**

**To:** zachary.evans@celsius.network

**From:** hfferrante@protonmail.com

**View Item**

You can copy the following URL into your browser to view the item you just sent:
https://celsius.sendsafely.com/receive/?thread=ATTX-MA48&packageCode=aYD04bTUtQVeV9YRNOHy4RQhZBKtI78yamxXSD8i4yc#keyCode=eaTMMuKuPKgOJ-05T7N8cmpeesAKR5pZPZGW8QDMF9k



# Ticket Received - Transfer account - (1150167)



| From | 🔒 Celsius Network <support@celsius.network> | ⭐ ✉ Aug 24, 2023 |
|---|---|---|
| To | hfferrante@protonmail.com | ⌄ |



##– Please type your reply above this line –##

Dear Helen,

Thank you for emailing us at Celsius.

We are currently receiving a large number of inquiries. Due to the current Chapter 11 process, our support staff has been reduced significantly, so we appreciate your patience while we work to get back to you. If your inquiry is in regard to a pending withdrawal, please note that it may take a couple of days to process. We appreciate your patience.

Your inquiry has been assigned number: 1150167

Please use this conversation for any follow-up communication. Please note that opening a new inquiry unfortunately won't help us answer you any faster.

If you are contacting us from an email address not associated with your Celsius account, please remember to use that email and contact us again with your request. Using the email associated with your Celsius account allows our team to verify your identity when we reach your inquiry.

Sincerely,
Celsius

This email is a service from Celsius Network. Delivered by Zendesk