**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 14, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Nageswaran Thanganayagam at a redacted address, pursuant to USPS forwarding instructions:

- **Debtors' Brief in Support of CEL Token Settlement** (Docket No. 3431)

- **Declaration of Christopher Ferraro, Interim Chief Executive Officer, Chief Restructuring Officer, and Chief Financial Officer of the Debtors, in Support of the Proposed CEL Token Settlement** (Docket No. 3435)

Furthermore, on March 14, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Strobilus LLC at a redacted address, pursuant to USPS forwarding instructions:

- **Order Authorizing the Debtors to Issue Subpoenas Under Federal Rules of Bankruptcy Procedure 2004 and 9016 to Reliz Limited, Reliz Technology Group Holdings, and Nick Hammer and Granting Related Relief** (Docket No. 4371)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on or before March 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Notice of Conclusion of In-Application Custody Withdrawals** (Docket No. 4335)

Dated: March 26, 2024

_____
Monica Arellano

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 26th day of March, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| NAME | ADDRESS |
|---|---|
| DAVID RAMBARRAN | ON FILE |
| EDLUN JAMES GAULT | ON FILE |
| PUKAR HAMAL | ON FILE |
| STROBILUS LLC | ON FILE |