Case #: 22-10964 (MG)

Joshua Jenkins

Hello, I am contacting you in regards to this long tedious process of never receiving my refund or a paypal code to receive my refunds as a creditor.

I did receive an email about verifying my info by filling out KYC on the Celsius app. I went through the questions and input my info and then when it came to putting in my SSN info, I couldn't complete my info. Here is photo proof of what it said below.

 

I want to mention that I have been a long time customer on their site and never had any issues until after their debacle and not being able to withdraw funds for about 2 years now. This is ridiculous and some of my friends have received their funds, but I have yet to still receive my funds as ETH and crypto is increasing now. I have waited patiently and have contacted them plenty of times back and forth. The last email they sent was on March 15th which stated they are presently undertaking a Compliance review of my account. They said that this will be completed in the next few weeks, I want to contact you guys because I do not trust them and would like to expedite this process.



I have put my hard earned investments into this company and they have failed me many times over. I would like to mention, too, that when I originally set up an account, I used my number as SSN on my passport ID card which Celsius has documentation of this when I was working on KYC in their app. As you can see on the bottom left corner, this is the number I put as my ssn, they have this in the system. I also have a copy of my original ssn if needed on my ssn card. When I first signed onto the platform, I was a little weary of giving them my ssn info on my ssn card because of trust, this is why I provided the number below on my passport id. I am asking for your assistance in this matter to help me retrieve my funds back. If more proof of my identity is needed to send proof of my identity I would gladly provide so that I can get this issue resolved.

When I went through KYC, I used this passport id number below and they sent an automated message labeled in orange in photo 2 above. This is when I tried to proceed again and use my ssn on my ssn card to verify info and still to no avail they sent the same message in photo 2 above. I need to get this issue resolved and feel this is the best way to help out with my issue. Thanks,
Joshua Jenkins

