Subject: Urgent Request: Distribution Code Issue in Celsius Crypto Bankruptcy Case

Dear Judge Glenn,

I hope this email finds you well. My name is William Kenyon, and I am writing to you regarding the Celsius crypto bankruptcy case #22-10964 currently under your jurisdiction.

I am one of the affected parties in this case and have been diligently following the proceedings. However, I am writing to bring to your attention an urgent issue that has arisen concerning the distribution codes provided to me to receive my crypto assets.

Unfortunately, despite multiple attempts, I have not been unable to access or redeem my assets due to technical issues with the distribution codes provided to me. I have followed all the prescribed procedures and have sought assistance from the relevant channels, but the problem persists.

Given the gravity of the situation and the potential implications for my financial well-being, I kindly request your urgent attention to resolve this matter. It is imperative that I am able to access my assets in a timely manner, and any delays could have significant consequences for me.

I understand the complexities involved in such cases, but I sincerely hope that you can expedite the resolution of this issue or provide guidance on the appropriate steps to take. Your intervention in this matter would be greatly appreciated, and I am more than willing to provide any additional information or documentation necessary to facilitate a swift resolution.

Thank you for your time and attention to this matter. I look forward to your prompt response.

Warm regards,

William Kenyon

Wkenyon7@gmail.com