Michael Jaeho Song
2876 Butter Creek Dr.
Pasadena, CA 91107

March 26, 2024

The Honorable Martin Glenn
US Bankruptcy Court, Southern District of New York
1 Bowling Green
New York, NY 10004

**RE: Celsius Bankruptcy Case No.22-10964**

Dear Judge Glenn,

I am one of the many people who have lost a considerable amount of money due to Alex Mashinsky's fraud and manipulation.  I am writing this letter because I, like many others, have been promised a small distribution of the funds that I had placed in Celsius. The distribution instructions that have been laid out by the company, Stretto, have not been working for me. Stretto has communicated that if there are any issues, that we should reach out to them via email or phone.  I have sent several emails and called countless times.  I have received one automated email response that provides no specificity, and I have received no calls back from Stretto (their voicemail states that they will call you back if you leave a message).  It's been nearly 2 months since I've received those messages.  I've contacted Paypal and Venmo as well and they both direct me back to Stretto.  Now, I am writing this letter to you because I no longer know what to do.  I have only experienced radio silence from Stretto and it appears as though nothing is being done about my case.  I have also spoken to several other people who are in my same predicament.  I understand that this might be a large undertaking for Stretto to execute, but their failure to respond for 2 months (after following their instructions on what to do if there are any issues) has led me to reach out to you out of desperation.

There are many others like me who are only experiencing radio silence and false instructions that lead to no response from Stretto regarding this issue.  All I ask is that you keep Stretto accountable during this process.

Thank you for taking the time to read this.

Sincerely,
Michael Jaeho Song