28th of March 2024

Honorable Judge Martin Glenn,

I hope this message finds you well. I am writing to you as a creditor in the Celsius Bankruptcy Case.
Since the beginning of the bankruptcy process, communication from Stretto /Celsius was based on poor information. As a consequence of generic chain  notifications. I am now involved in more losses as my loan was not taked in count.
I filled many tickets asking about my loan treatment without any individual answer at that moment.
I have not received an email to vote about how my loan treatment will be. Once again, I will plead for guarantees of a fair equal  right to decide the treatment of my loan. Celsius collected my crypto collateral assets in June 2022 as the account was frozen at that moment.Now after several tickets , they answered that they did not had records of my loan. I sent all my records and extractions from my records, but Stretto pointed out that the bar date has been passed. I am extremely concerned as I will lose more assets due the rush, poor management and accuracy of the amount and treatment of each clients. I had to sent my records as they lost it or made a mistake.

In compliance with their instructions, I have remained patient. However, I will plead for guarantee in the process of claiming distribution of my loan.
We are victims of Celsius and now Stretto, if it was any mistake in the process we should not be punished. I am not an attorney, just a victim of a bankruptcy.

As a creditor, I am deeply concerned about the lack of progress in resolving these issues individually. I respectfully request your intervention and assistance in facilitating a prompt and satisfactory resolution to these this issue.
Thank you for your attention to this matter.

Sincerely,
María Jimena Carmona