Subject: Urgent Request for Assistance with Distribution Codes in Celsius Crypto Bankruptcy Case

Judge Martin Glenn,

I hope this email finds you well. I am writing to you regarding the ongoing Celsius crypto bankruptcy case, in which I am a participant. I appreciate your attention to this matter and the diligence with which you have overseen the proceedings.

Unfortunately, I am writing to bring to your attention a continuing issue that I have encountered in relation to the distribution codes provided for receiving my crypto assets. Despite numerous attempts, the distribution codes provided to me are still not functioning, thus hindering my ability to access my rightful assets.  Stretto support has been unhelpful, providing me the same prewritten message when I have reached out to their support as per PayPal's instructions.

Given the urgency of this matter and the potential implications for my financial well-being, I kindly request your attention to resolve this issue. As a participant in this case, it is crucial for me to have access to my assets in a timely manner.

I am hopeful that with your intervention this issue can be promptly addressed and resolved. Your assistance in ensuring a fair and efficient distribution process would be greatly appreciated.

If there are any additional documents or information required from my end, please let me know.


Sincerely,

Jacob Feist

607-425-4352

j.feist95@gmail.com