April 1, 2024

Honorable Martin Glenn,

I am writing to let you know that I am yet another person who has not been able to claim their funds from Stretto. (Case 22-10964) I received my claim codes in early February and, after working with Paypal on half a dozen occasions, verifying my information is correct, and emailing Stretto multiple times, nothing has changed. I received one quite useless computer-generated email and then silence. There is no phone number available where a human can be reached to discuss distribution problems. Stretto is MIA and has completely mismanaged this process.

I'm sure you know that the value of the funds we are supposed to be able to claim has grown significantly since early February. Stretto will profit greatly if people are unable to claim their cryptocurrency distributions. It seems there is not much incentive to help.

I'm sure you also realize that Celsius customers have been waiting patiently for well over a year for these distributions. This money is much needed for people like me. I ask you to please take a look at this situation and do whatever is in you power to make sure things are resolved quickly and fairly.

Thank You,
Christy Whiteman