4/1/2024

Dear Honorable Judge Glenn,

I write this letter deeply concerned with the current performance of the post petition debtors and their distributions to creditors in the Celsius Case No. 22-10964.

I am asking the court to please step up for creditors because we have nowhere else to turn. With that said, there has been an alarming level of ineptitude currently on display post emergence.

As of February 2024, Celsius began the distribution process, but unfortunately, I have not received my coins despite the passage of two months. Additionally, I recently received an email from Celsius offering "Preference Claim Settlement Offer," which I promptly accepted and made a clawback payment, and I have the acknowledgement of this payment.

However, despite my compliance, my coins remain inaccessible. I kindly request your help on the following matters: please compel the debtors and the plan administrator to do what's right by creditors in time and get us out of this mess, once and for all asap.

I understand that you are handling numerous cases, but I kindly request your urgent attention to this matter. My financial well-being is directly impacted by the timely return of my crypto assets.

Thank you for your understanding, and I look forward to your response.

Thank you,

Regards,

Sincerely yours,

Qinghua Zhang