2 April 2024

Honorable Martin Glenn

United States Bankruptcy Court for the Southern District of New York

One Bowling Green New York, NY- 10004-1408

Ref. Case Name – Celsius Network LLC, et al

Case No. 22-10964

Dear Honorable Judge Martin Glenn,

I am writing to you regarding the Celsius Network LLC bankruptcy case and the claim distribution process handled by Stretto. I held cryptocurrency with Celsius when they filed for Chapter 11 bankruptcy. On 8 February I received two claim codes as part of the claim distribution process to withdraw some of my holdings back as Bitcoin and Ethereum. As of 2 April 2024, the codes still have not been able to be claimed and I have not been receiving support from Stretto to resolve the issue.

I have made several attempts to reach out to Stretto as well as the two distribution companies, PayPal and Venmo, to resolve my claim issues. Both PayPal and Venmo have been responsive and assured me that my accounts are verified and able to receive crypto distributions however the claim codes provided to me by Stretto still fail to go through. I have purchased small amounts of crypto on both platforms and cashed them out to be certain PayPal and Venmo function to process cryptographic transactions to my bank. Both companies have directed me back to Stretto for further support, indicating the issue to be with the claim codes provided by Stretto. I have received two blanket emails from Stretto, both of which point me to read their FAQs and wait to hear more. That was back on 16 February and the company has not responded to any subsequent inquiries.

As an Active-Duty Service member of nearly 20 years and a victim of the Celsius bankruptcy, and I am respectfully requesting that the court hear my case so that the claims agent, Stretto, be held to a reasonable standard in fulfilling customer claims and that they deliver a basic level of support to customers experiencing issues. This comes as a customer who has exhausted both time and effort after work and on weekends to resolve this issue when the company who is being paid to specifically work this process has not been able to provide a single tailored email back in nearly two months.

Your honor, thank you for your time and consideration of this matter.

Sincerely,

Mr. Shawn Koutsouros