Honorable Judge Glenn

I am a Celsius creditor and I'm writing to you, kindly asking for your assistance with my claim for which I received no correspondence from Stretto/Celsius **for over 4 months.**
I had approx $80,000 with Celsius (see link and attachment below), but have not received any correspondence regarding my claim and/or answer to my inquiries with Stretto.
I believe this is due to the fact I've been using Apple relay ID as my creditor email, which does not forward emails from 3rd parties such as Stretto.

I have contacted them numerous times but never heard back.
I'd really appreciate it if you could forward my information to your contacts in Stretto so my claim can be handled.

**My Celsius account is held under fmyg2bpmjt@privaterelay.appleid.com**

Below please also find a link to my proof of claim as well as a screenshot of my Celsius account.

As I'm really helpless at this point, you're my only hope and your help will be very much appreciated.

Thank you,
Aviv Scharf
aviv.scharf@gmail.com
(201) 406-2624

Date Filed: 12/30/2022
Claim No: 18305

# Celsius Network LLC, et al. Case Number: 22-10964 (MG)

## Southern District of New York

Your Proof of Claim has been received and your reference number is CEL-18820

**Claim Details**

Debtor
All Debtors – Customer Claim

Creditor Name: Aviv Scharf
Other names used with the debtor: [No Response]
Has this claim been acquired from someone else: false
Claimed from who: [No Response]

Where should notices be sent:
Notice Name: Aviv Scharf
Notice Address One: [Redacted]
Notice Address Two: [Redacted]
Notice Address City: [Redacted]
Notice Address State: [Redacted]
Notice Address Zip: [Redacted]
Notice Address Country: [Redacted]
Phone: [Redacted]
Celsius Email: [Redacted]

Where should payments be sent: [Redacted]
Payment Address Address One: [Redacted]
Payment Address Address Two: [Redacted]
Payment Address City: [Redacted]
Payment Address State:[Redacted]
Payment Address Zip: [Redacted]
Payment Address Country: [Redacted]
Payment Phone: [Redacted]
Payment Contact Email: [Redacted]

Does this claim amend one already filed: false
Do you know if anyone else has filed a proof of claim for this claim: false

Do you have any number to identify the debtor: false

List the number of each type of coin held in your account as of the date the case was filed:

1. Currency: Bitcoin (BTC)
- Earn: 0.00242333724108359
- Withheld:
- Custody:

- Collateral:

2. Currency: Ethereum (ETH)
- Earn: 9.96147686666355
- Withheld:
- Custody:
- Collateral:

3. Currency: USD Coin (USDC)
- Earn: 53538.5403161331
- Withheld:
- Custody:
- Collateral:


Does this include interest or other charges: false

Is all or part of the claim secured: false
Nature of Property: [No Response]
Basis for Perfection: [No Response]
Value of Property: [No Response]
Amount of the claim that is secured: [No Response]
Amount of the claim that is unsecured: [No Response]
Amount necessary to cure any default as of the date of the petition: [No Response]
Annual Interest Rate: [No Response]
Annual Interest Rate Type: [No Response]

Is the claim based on a lease: false
Amount necessary to cure any default as of the date of the petition: [No Response]

Is the claim subject to a right of setoff: false
Identify the property: [No Response]

Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)? false
Domestic support obligations: [No Response]
Deposits toward purchase, lease or rental of property or services for personal, family or household use: [No Response]
Wages, salaries, or commissions: [No Response]
Taxes or penalties owed to governmental units: [No Response]
Contributions to an employee benefit plan: [No Response]
Other: [No Response]

Is all or part of the claim entitled to administrative priority:
Administrative Amount: [No Response]


Filer Type: Filed as Creditor

Signed on: 2022-12-30
Signed by: Aviv Scharf
First Name: Aviv
Middle Name: [No Response]
Last Name: Scharf

Title: [No Response]  
Company: [No Response]  

Address Street: [Redacted]  
Address City: [Redacted]  
Address State: [Redacted]  
Address Zip: [Redacted]  
Address Country: [Redacted]  
Contact Phone: [Redacted]  
Contact Email: [Redacted]  
Supporting Documents Uploaded:  
- Celsius-8c55.png