Dear Honorable Judge Glenn

I am writing to bring to your attention a matter of utmost urgency regarding the distribution of funds in the bankruptcy case [22-10964]. As a claimant in this case, I regret to inform Your Honor that I have yet to receive my entitled funds due to the apparent lack of competence exhibited by the bankruptcy law firm Stretto and Celsius.

Despite their assurances that they would promptly resend claim codes to those of us affected by technical difficulties starting March 18, I have not received any communication nor the requisite claim code via email. This prolonged silence and failure to fulfill their commitments have left me and numerous others in a state of distress and uncertainty.

Attempts to seek clarification or resolution from Stretto and Celsius have only yielded canned and generic responses, further exacerbating the frustration and sense of helplessness among the claimants. As the days pass without any progress or communication, I find myself increasingly devoid of options and resources to address this pressing issue.

Therefore, Your Honor, I implore you to intervene and expedite the resolution of this matter. The funds in question are crucial for meeting financial obligations and sustaining livelihoods, and the continued delay only serves to exacerbate the hardships faced by the affected parties. Your swift and decisive action is our only hope for obtaining the restitution we are rightfully owed.

I humbly request Your Honor's attention and assistance in ensuring that justice is served and that the distribution of funds proceeds without further delay. Your intervention would not only alleviate the immediate hardships faced by myself and others but also restore faith in the integrity of the bankruptcy proceedings.

Thank you for your attention to this matter, and I remain hopeful for a prompt and favorable resolution.

Sincerely,

Yonus Hammer