**Followup: Problems with Celsius distributions ongoing**

Case Number: 22-10964

Dear Judge Glenn:

On 2/12/24 I submitted a letter to the court, receipt #1710252432. It outlined my ongoing difficulties with the distribution process, with Stretto's non-response to my concerns (and the concerns of hundreds of other creditors in similar circumstances) and problems with Venmo/PayPal.

After that letter, I was encouraged to see action on the part of the court directing Stretto to address these concerns. However, after a small amount of additional communication, Stretto has gone radio-silent again, there has been no further information and no appreciable advance in resolving this issue.

I am sure I don't need to remind the court that Stretto was paid many millions of dollars to manage this distribution. Surely that amount of money could have been used to provide creditors with more support, assistance, information and direction than the same canned "FAQ" that they repeatedly send out. Surely, that amount of money could have been used to staff a customer service team beyond a single overworked temp (which, I am sorry to say, is the level of support we seem to be getting in this matter.)

Judge Glenn, I beg you once again. Please hold Stretto to account in this matter. Please stop allowing them to get away with being paid such exorbitant amounts of creditor funds for such incredibly shoddy, unprofessional, and embarrassing results. It is an absolute insult to creditors who have already suffered and lost so much.

Thank you for your attention and assistance,
Mary Hobson