UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Monica Arellano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On March 28, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Jacqueline A Anderson at a redacted address, pursuant to USPS forwarding instructions:

- **Disclosure Statement Relating to the Joint Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates Pursuant** (Docket No. 3332)

- **Solicitation and Voting Procedures** (Substantially in the form attached as **Exhibit 1** to the Disclosure Statement Order filed as **Docket No. 3337**)

- *Individualized* **Holders of Claims in Classes: Class 2 Retail Borrower Deposit Claims, Class 4 Convenience Claims, Class 5 General Earn Claims, Class 6A General Custody Claims, and Class 7 Withhold Claims – Ballot for Voting to Accept or Reject the Joint Plan of Reorganization of Celsius Network LLC and its Debtor Affiliates** (Substantially in the form attached as **Exhibit 3A** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Celsius Cover Letter in Support of Plan** (Substantially in the form attached as **Exhibit 4** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Unsecured Creditors Committee Letter in Support of Plan** (Substantially in the form attached as **Exhibit 5** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Order (I) Approving the Adequacy of the Debtors' Disclosure Statement, (II) Approving the Solicitation and Voting Procedures with Respect to Confirmation of the Debtors' Joint Plan of Reorganization; (III) Approving the Form of Ballots and Notices in Connections Therewith, (IV) Scheduling Certain Dates with Respect Thereto, (V) Authorization and Approving Reimbursement of Certain of the Plan Sponsor's Fees and Expenses, and (VI) Granting Related Relief** (Docket No. 3337 excluding Exhibits)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Notice of Hearing to Consider Confirmation of the Debtor's Chapter 11 Plan and Related Voting and Objection Deadlines** (Substantially in the form attached as **Exhibit 6** to the Disclosure Statement Order filed as **Docket No. 3337**)

- **Notice of Claims Settlement and Opportunity to Opt Out of Class Settlement** (Substantially in the form attached as **Exhibit 10** to the Disclosure Statement Order filed as **Docket No. 3337**)

Dated: April 2, 2024



Monica Arellano

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 2nd day of April, 2024, by Monica Arellano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE MORALES
Notary Public - California
Orange County
Commission # 2447258
My Comm. Expires May 16, 2027