04/02/2024

Dear Chief Judge Glenn,

CC: Christopher Koenig

I am reaching out to you concerning the handling of my claims in the bankruptcy proceedings. Despite completing all necessary steps of KYC and providing verified information on both Paypal and Celsius. Stretto contacted me informing me there were issues with my surname. I have been a permanent resident for more than 20 years in the United States and have been paying taxes with my issued social security number (***-**-8584). I have provided Stretto with photos of my Social Security Card, Permanent Resident Card, Passport of home country, as well as tax report statements from the last 20 years, to verify my identity. Please help, I have been losing and suffering more than enough in this process.

Sincerely,

Katiuska Cobas Beltran