Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Concerns Regarding Distribution Codes for Celsius Network Creditors

Dear Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention an ongoing issue regarding my distribution from Celsius Network, a matter which I previously communicated to you on February 29, 2024.

Despite my diligent efforts and compliance with all directives provided by Celsius Network, I regret to inform you that I have yet to receive the distribution code necessary to access my funds. Despite assurances from Celsius Network that they would address my case individually via email, I have only received generic responses that fail to provide a resolution to my predicament.

Furthermore, I have taken all necessary steps on my end, including whitelisting all email addresses associated with Celsius Network and disabling spam filtering, as per their instructions. Despite these efforts, Celsius Network has consistently failed to deliver on their promise of providing the distribution code within the specified timeframe of 48-72 hours. Additionally, their support team has ceased to respond to our support tickets, leaving me and several other creditors in the United States stranded without access to our rightful funds.

I am aware that I am not alone in facing this issue, as there are several other creditors experiencing the same frustrating circumstances. Therefore, I humbly request your intervention in investigating this matter and advocating on behalf of all affected creditors. Your assistance in resolving this issue would be greatly appreciated, as it is imperative for us to access our funds in a timely manner to fulfill our financial obligations.

Thank you for your attention to this matter, Judge Glenn. Your dedication to justice and fairness is greatly admired, and I am hopeful that your intervention will lead to a swift resolution of this unfortunate situation.
Sincerely,


Jessica Ling Ling Yu