3 April 2024

Dear Honorable Judge Glenn,

I am a creditor in the Celsius bankruptcy Case No: 22-10964 and am writing to you again to urge you to please order Celsius and Stretto to:

1. Address the issue regarding my BTC claim code.
2. Take further steps to provide better updates to the creditor community.

**BTC Claim Code Error**

I have completed KYC with PayPal per the instructions provided by Stretto. I have also received confirmation from PayPal that I have been verified. All of my info in PayPal matches the information in my Celsius account. I know this to be true because I was able to successfully claim my ETH using the ETH claim code. However, I received an error when I tried to redeem using the BTC code that was provided. The error is stated below,

**"We're unable to redeem that code. Contact Stretto for more information."**

While I have opened several support tickets with Stretto about my specific issue, I have not yet received a substantive response from them to resolve my issue. The last email I received from Stretto regarding my issue was well over one month ago on Feb 26, 2024. The email simply directed me to refer to the [Distributions FAQ](#).

**Lack of Response to Creditors from Stretto and Celsius**

Celsius and Stretto have stated during their second update to the court on March 20, 2024 that they are actively taking steps to increase their efforts to address creditor specific issues and to be more transparent in their updates to the community. However, I have seen little progress towards these goals. To date, many creditors are still reporting issues in claiming their distribution, but have yet to hear any updates from Stretto. Some creditors have indicated they still have not received their claim codes. Other creditors also claim to have received checks that bounced. Many creditors, myself included, have not received any communication from Stretto about new claim codes or details about the re-routing of distributions to another platform such as Coinbase as described in their last update to the court. Hundreds of millions of dollars are being spent on this effort and yet there seems to be very little action taken by Celsius and Stretto to help creditors successfully claim their assets.

**My Requests**

I am requesting that you order Stretto and Celsius to:

1. Resolve the claim code error so that I may successfully redeem my BTC or re-route my claim to Coinbase.
2. Disclose the number and the roles of the personnel (no personal information needed) who are currently dedicated to support the distribution of the crypto or monies prescribed by the plan. Creditors deserve to know how the millions of dollars of creditor money is being spent for this effort. No matter what updates Celsius and Stretto provide to the court, the reality on the ground from many creditors is that very little progress is actually being made.
3. Provide a centralized dashboard listing ticket numbers containing the following information:
   - when the ticket was submitted
   - a description of the issue
   - the current status of the ticket
   - when the ticket was last updated and the number of days since it was updated
   - how and when the issue was resolved
   - the total number of outstanding problems by month

   Users should be able to access, search and view their ticket to obtain a status of their specific issue. This will not only promote both transparency and accountability, but will also reduce the number of duplicate tickets submitted by frustrated creditors who simply want to close this nightmare chapter in their life.

Thank you for your time and consideration.

Long Bui / lbui18@yahoo.com

**Other References**

1. My Initial Letter: Doc 4545

2. Doc 4623 - POST-EFFECTIVE DATE DEBTORS' SECOND UPDATE ON DISTRIBUTIONS