April 3, 2024
To: Honorable Judge Glenn
From: Frances Bono
RE: Case 22-10964

Dear Honorable Judge Glenn,

     I'm a Celsius creditor who received the much-anticipated claims codes to redeem my crypto assets on February 12, 2024.  As a US resident, the distributing agent assigned to distribute my crypto assets is US Pay Pal/Venmo.  However, I've been unable to redeem the claim codes provided despite making multiple attempts and strictly following the troubleshooting steps in Stretto's Celsius Distribution FAQ. I've contacted Stretto on three separate occasions, on February 18, 2024, February 20, 2024, and on February 29,202 to resolve the issue. On February 20, 2024, I received a reply from Stretto outlining the troubleshooting steps that I've been already attempting. Stretto's reply to my second ticket submitted on February 29, 2024, reads "If for any reason PayPal or Venmo cannot service your claim, you will be notified that you will not be able to receive your distribution through PayPal or Venmo. Please be patient as we work on rerouting your distribution with our Distribution Partners and prepare any actions that will be required of you".

     In Stretto's most recent email received on 3/15/24 it reads: "You are receiving this email because we previously sent you an email containing your unique claim codes and our records indicate that your claim distribution has not been redeemed on PayPal/Venmo. You can redeem your cryptocurrency on PayPal/Venmo at any time with the claim codes that were originally sent to you. However, we will also be resending your claim codes in the coming days." It's now

4/3/24, over two weeks since that last email but I've yet to receive the claim codes that Stretto stated would be sent to me "in the upcoming days."

      To that end, please consider acting on this very important issue. It's now been a total of 51 days since Stretto purportedly distributed my crypto assets but have been unable to claim them due to Stretto's failure to rectify the issue.  I find this completely unacceptable.  As the owner of my crypto effective on the distribution date of January 31, 2024, I'm entitled to do whatever I please with my crypto assets, including but not limited to their sale, re-investment and/or custody.

Respectfully,

Frances Bono
Address: 620 Prescott St., Pasadena, CA., 91104
E-mail address: Frances_1984@protonmail.com
Phone number: (818) 903-9015