Dear Honorable Judge Glen

   I'm writing in regard to the Celsius Chapter 11 bankruptcy.  I am a creditor that has received my claim codes for PayPal/Venmo over 2months ago.  I am in the convenience class.  Neither of my claim codes work on these platforms.  I have contacted PayPal and everything is good on their end.  Stretto is offering us no support on this issue.  We continue to get the same Generic email response to check their F.A.Q.  No update on how we will receive our funds or when.  Talking with other creditors the issues seem to be surrounding their verification process.  I am one of many that are having this issue with our codes on PayPal/Venmo.  I'm bringing awareness of this issue to you, as I'm sure others are as well.  I greatly appreciate you looking into this issue for us all.  Have a blessed day your Honor,

Tom Caldwell