Ronald Nicol
6897 Memorial Drive
Frisco, TX  75034

April 3, 2024

Dear Judge Glenn,

I am writing to bring to your attention a matter regarding the Celsius bankruptcy case number 26-10964, which has unfortunately been causing considerable frustration and inconvenience for myself and numerous others affected by similar circumstances.

On February 12, 2024, I received codes to redeem both bitcoin and Ethereum through either PayPal or Venmo. However, upon attempting to redeem these codes, I encountered a persistent issue. Despite multiple attempts, neither of the codes worked. To ensure that the problem did not lie with PayPal, I conducted a test transaction involving the purchase and sale of bitcoin via PayPal, which functioned smoothly without any issues.

The error message I repeatedly receive states: "We're sorry, but we cannot redeem that code based on the information you have provided. Contact Stretto for information on future distributions." Following this instruction, I have diligently submitted two tickets to Stretto seeking resolution, but regrettably, I have only received automated responses that fail to address the underlying issue.

I have exhausted various avenues in an attempt to redeem these codes, including both the mobile app and the PayPal website, yet to no avail. Despite my patience and persistence since February, it appears that Stretto is not taking proactive steps to address this problem.

Given the importance of this matter and the collective frustration experienced by myself and others, I kindly request your attention and intervention in resolving this issue. Your guidance and oversight would be greatly appreciated in ensuring that affected individuals like myself receive the assistance and support needed to redeem the codes issued as part of the Celsius bankruptcy case.

Thank you for your time and consideration of this urgent matter. I am hopeful that with your assistance, we can reach a swift and satisfactory resolution.

Sincerely,
Ronald Nicol