Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Concerns Regarding Distribution Codes for Celsius Network Creditors

Dear Judge Glenn, I hope this letter finds you well.

I am writing to bring to your attention an ongoing issue regarding my distribution from Celsius Network. Despite my diligent efforts and compliance with all directives provided by Celsius Network, I regret to inform you that I have yet to receive distribution code that work, denying me access to my funds.

Stretto sent redemption claim codes that were meant to work on PayPay or Vemno. However, when trying to redeem on PayPal these codes failed. This is despite all necessary validation of my account being done prior to my attempts.

In trying to contact Stretto to remediate this problem, I have only received generic responses that fail to provide a resolution to my predicament.

Additionally, their support team has ceased to respond to our support tickets, leaving me and several other creditors in the United States stranded without access to our rightful funds. I am aware that I am not alone in facing this issue, as there are several other creditors experiencing the same frustrating circumstances.

It has not been over 6 weeks from the initial redemption code was sent, and no update has been provided.

Therefore, I humbly request your intervention in investigating this matter and advocating on behalf of all affected creditors. Your assistance in resolving this issue would be greatly appreciated, as it is imperative for us to access our funds in a timely manner to fulfill our financial obligations.

Thank you for your attention to this matter, Judge Glenn.

Your dedication to justice and fairness is greatly admired, and I am hopeful that your intervention will lead to a swift resolution of this unfortunate situation.

Sincerely,
S Ghael