April 4, 2024

Robert J. Mulvanny
2399 Falconer Drive
Murrieta, CA 92562-4617

The Honorable Martin Glenn

  My wife and I had been Celsius customers for several years, and like everyone else were shocked when Celsius stopped allowing withdrawals on June 12, 2022. Following this, they filed for Chapter 11 bankruptcy later that month. I followed the case closely and each time information was requested from us by Celsius or Stretto, we provided it in a timely manner, well ahead of any established deadlines. We filed our Notice of Claim in July of 2022 and the "Petition Date" was established as of July 13, 2022. On September 1, 2022 we were informed that as "Earn" customers of Celsius, we were given a lower distribution priority than the "Custody or "Withdraw" customers. On November 21, 2022, the "bar date" deadline to file claims was established as January 3, 2023 and we filed our Proof of Claim on December 5, 2022 (Reference Number: CEL-15798).  On September 12, 2023 we filed our ballot on the proposed restructuring plan (Refence Number: CELB-42534)

At the time withdrawals were stopped in June of 2022, our Celsius (Earn) account consisted of:

| | |
|---|---|
| Bitcoin (BTC) | 2.36868572786437 |
| Ethereum (ETH) | 6.19340069510597 |
| U.S. Dollar Coin (USDC) | 36953.4961544659 |
| Tezos (XTZ) | 1466.66922478182 |

  On February 12, 2024, we received notification that we could claim our distributions on PayPal or Venmo in the following amounts:

| | | |
|---|---|---|
| Bitcoin (BTC) | 0.69319349 | Net – 1.675490 BTC |
| Ethereum (ETH) | 10.35889203703944888 | Net +4.165 ETH |
| U.S. Dollar Coin (USDC) | 0 | |
| Tezos (XTZ) | 0 | |

  Despite repeated attempts to obtain our distributions on PayPal, the Claim Codes provided by Stretto did not work, so we have received nothing.

  I attempted to contact Stretto using their Support Inquiry Ticket System and e-mail. I repeatedly received the same canned auto response e-mail each time that essentially told me nothing. Repeated voice mails left with Stretto were never answered. Stretto's customer support has thus far been somewhere between very poor to non-existent.

  We were told on February 15, 2024, that as part of the settlement, we would be receiving 727 shares of Mining Stock (Ionic Digital) at $20/share. However we have no idea when we will receive these shares since they are not currently listed on any active stock exchange.

  On February 20, 2024, we were told that our claim distributions could not be done via PayPal or Venmo (but we'd already figured that out two weeks earlier) and that there was no action we needed to

take since Stretto said they were exploring other distribution options. Again, I sent more inquires and e-mails to Stretto, but we have not heard anything from them about these other options in the last 5-6 weeks.

    On April 1, 2024 we received the following response to an e-mail I had sent earlier that day requesting a status update on our claim distribution:

    " Hello, Thank you for contacting Stretto. We will attempt to resend your claim codes to you in the next 48-72 hours. Please monitor your email and make sure to include the following email address in your list of trusted senders no-reply@cases-cr.stretto-services.com. Please only reply to this email if you still have not received your codes in the next 72 hours.

Regards,
Stretto"

    72 hours has come and gone, yet I have still not received anything from Stretto.

    We are soliciting your assistance in helping us to obtain what is legally and rightfully ours; specifically to recoup the maximum amount of funds allowable per the settlement. If you require any clarification on these points, please reach out to me at: redandbon@verizon.net at (951) 698-0601 or at (951) 303-4713.

                                                                               Respectfully,


                                                                               Robert J. Mulvanny