Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Concerns Regarding Distribution Codes for Celsius Network Creditors

Dear Judge Glenn,

I hope this letter finds you well.

I am writing to seek your urgent intervention in a matter that has caused me great frustration and financial loss.

Despite complying with all directives provided by Celsius Network, I have yet to receive a working distribution code, denying me access to my funds. Stretto's redemption claim codes were supposed to work on PayPal or Venmo, but they failed. Despite all necessary validation of my account being done prior to my attempts, I have received generic responses that fail to provide a resolution to my predicament.

It has been over six weeks, and no update has been provided. I am aware that several other creditors are experiencing the same frustrating circumstances. We are stranded without access to our rightful funds, and this has caused significant financial hardship.

Your intervention in investigating this matter and advocating on behalf of all affected creditors would be greatly appreciated. We need to access our funds in a timely manner to fulfill our financial obligations.

Thank you for your attention to this matter. Your dedication to justice and fairness is greatly admired, and I am hopeful that your intervention will lead to a swift resolution of this unfortunate situation.

Sincerely,

Jeff Sommer