Dear Honorable Chief Judge Glenn,

I am writing to express my concern regarding the claim code redemption process for the Celsius bankruptcy case (Case No. 22-10964), specifically with Stretto, the third-party administrator.

While I was able to successfully redeem my claim code for Bitcoin, I have encountered difficulties redeeming my claim code for Ethereum using PayPal.  When attempting redemption, I receive an automated error message stating "We're unable to redeem that code. Contact Stretto for more information."

This generic message offers no specific guidance on resolving the issue.  Furthermore, I understand from online forums and social media discussions that this appears to be a recurring problem, particularly for users attempting redemption via PayPal or Venmo.

The automated responses from Stretto do not address these specific concerns. They lack personalized assistance and fail to provide solutions for users facing issues with particular payment platforms.

Given the significant number of creditors potentially affected, I urge you to consider the following:

Requesting a report from Stretto: A report detailing the number of claim code redemption issues specifically related to PayPal and Venmo would be helpful in understanding the scope of the problem.
Mandating improved communication: It would be beneficial if Stretto were directed to provide more specific and actionable responses to users encountering redemption errors. Ideally, these responses should offer troubleshooting steps or alternative redemption methods.
I believe that a more transparent and user-friendly claim code redemption process is essential for ensuring a fair and efficient distribution of assets in the Celsius bankruptcy case.

Thank you for your time and consideration.

Sincerely,
Erik Cholewi