Dear Honorable Chief Judge Glenn,

I am writing to express my concern regarding the support provided by the third party administrator, Stretto, in the Celsius bankruptcy case (Case No. 22-10964).

The email address I used create my Celsius account is no longer accessible to me.  I have spent over 7 months trying to update my email address so that I will receive updates on the case.  Since I did not receive any emails I only received the Convenience Class distribution.  After receiving that I updated my Coinbase account to use an email I have access to as recommended in the FAQ.

With the potential for further distributions I now no longer have a Coinbase account which matches my Celsius account and it is impossible to set up since I don't have access to the email.  I have made multiple attempts to get Stretto to update my email address, but I have had no response at all.  I feel there is zero support for Celsius customers who are under extreme financial distress due to the extremely poorly managed distribution process.


Sincerely,
Craig Dick