Dear Judge Glenn,

I hope this letter finds you well. I am writing to bring to your attention a matter of concern regarding the performance of Stretto, a company involved in [briefly mention the nature of their involvement, e.g., bankruptcy proceedings, legal representation, etc.].

Over the past quarter, it has become increasingly evident that Stretto has failed to fulfill its obligations and commitments in relation to the aforementioned matter. Despite repeated attempts to engage with the company and prompt them to take action, there has been a consistent lack of response and progress.

This lack of action from Stretto has not only resulted in delays but has also caused significant frustration and inconvenience for all parties involved. It is imperative that the necessary steps are taken promptly to address this situation and ensure that the proceedings move forward in a timely and efficient manner.

My Celsius Claim is part of my retirement funds today and I want to coordinate amicably on how to resolve the issues Stretto has presented. I'm aware you may receive thousands of these types of documents, but please I request there to be some follow up action after waiting for more than 90 days.

In light of these circumstances, I kindly request your assistance in resolving this matter. Whether through direct intervention or guidance on the appropriate course of action, your expertise and authority would be invaluable in facilitating a resolution.

Please do not hesitate to contact me should you require any further information or clarification regarding this issue. Your attention to this matter is greatly appreciated, and I am hopeful that with your assistance, we can rectify the situation promptly.

Thank you for your attention and consideration.

Sincerely,

Song Dan Lee