| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE TO OPTIONAL
REELECTION CLAIMANTS REGARDING
DISTRIBUTION OF NOTICE AND ELECTION FORM FOR
THE OPTIONAL REVOCATION OF CONVENIENCE CLAIM ELECTIONS**

**PLEASE TAKE NOTICE** that on March 21, 2024, the Bankruptcy Court entered the *Order (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief* [Docket No. 4741] (the "Order"), which authorized the Post-

---

[1]  The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Effective Date Debtors to allow Account Holders with claims valued between $6,045 and $9,333 ("Optional Reelection Claimants") who previously made the Convenience Claim Elections to elect to reverse their prior Convenience Claim Elections.

**PLEASE TAKE FURTHER NOTICE** that on April 10, 2024, the Post-Effective Date Debtors' claims, noticing, and solicitation agent, Stretto, distributed an individualized e-mail to each Optional Reelection Claimant with a link to the Notice and Election Revocation Form on Stretto's website and instructions for each Optional Reelection Claimant to follow to reverse their prior Convenience Claim Election.

**PLEASE TAKE FURTHER NOTICE** that *any Optional Reelection Claimant who wishes to reverse their prior Convenience Claim Election must properly complete and submit the Election Revocation Form as instructed so that it is actually received by 11:59 p.m., prevailing Eastern Time, on May 10, 2024.*

**PLEASE TAKE FURTHER NOTICE** that an example of the e-mail sent to Optional Reelection Claimants is attached as **Exhibit A** and a copy of the accompanying *Notice and Election Form for the Optional Revocation of Convenience Claim Elections* (the "Notice and Election Revocation Form") is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Election Revocation Form is *only* for Optional Reelection Claimants. If an Account Holder that (i) did not make the Convenience Claim Election *or* (ii) holds claims (excluding Custody Claims and Retail Borrower Deposit Claims but including Retail Borrower Post-Set Off Claims) below $6,045 submits a completed Election Revocation Form, the treatment of such Account Holder's Claim will not be altered.

**PLEASE TAKE FURTHER NOTICE** that reversal of Convenience Claim Elections for Optional Reelection Claimants is *optional*. If an Optional Reelection Claimant takes no action,

2

such Optional Reelection Claimant's Convenience Claim Election will remain in effect (*i.e.*, such Optional Reelection Claimant's claim will remain capped at $5,000 and such Optional Reelection Claimant will receive Convenience Class Treatment).  **It is not anticipated that there will be a further opportunity for Optional Reelection Claimants to revoke their Convenience Claim Elections**.

**PLEASE TAKE FURTHER NOTICE** that the Disclosure Statement, Plan, and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/Celsius.  You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated:  April 11, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |

# Exhibit A

**Example E-mail Sent to Optional Reelection Claimants**

**Notice and Election Form for the Optional Revocation of Convenience Claim Elections**

**THE DEADLINE TO SUBMIT THE ELECTION REVOCATION FORM IS 11:59 P.M., PREVAILING EASTERN TIME, ON MAY 10, 2024 (THE "REVOCATION DEADLINE"). IF YOU DO NOT SUBMIT THE ATTACHED ELECTION REVOCATION FORM IN ACCORDANCE WITH THE INSTRUCTIONS PROVIDED HEREIN BY THE REVOCATION DEADLINE, YOUR PRIOR ELECTION TO RECEIVE CONVENIENCE CLASS TREATMENT WILL REMAIN IN EFFECT (AND YOUR CLAIM WILL BE CAPPED AT $5,000).**

**PLEASE TAKE NOTICE** that on March 21, 2024, the Court entered the *Order (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief* [Docket No. 4741] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Order authorized the Post-Effective Date Debtors to allow Account Holders with claims valued between **$6,045 and $9,333** ("Optional Reelection Claimants") to elect to reverse their prior Convenience Claim Elections.

**PLEASE TAKE FURTHER NOTICE** that if you are receiving this notice, **you have been identified as an Optional Reelection Claimant who previously made the Convenience Claim Election on your Account Holder Ballot**. This Notice provides instructions if you wish to elect to reverse your Convenience Claim Election.

**PLEASE TAKE FURTHER NOTICE** that to elect to reverse your Convenience Claim Election, you must complete the form (the "Election Revocation Form") and submit your completed Election Revocation Form to the Post-Effective Date Debtors' Claims, Noticing, and Solicitation Agent, Stretto, so that Stretto actually receives it on or before **11:59 p.m., prevailing Eastern Time, on May 10, 2024** via the online portal at https://balloting.stretto.com.

- *To access the Election Revocation Form, visit* balloting.stretto.com
- *Your password is* [●]

**PLEASE TAKE FURTHER NOTICE** that if you do not elect to reverse your Convenience Claim Election (*i.e.*, you do not timely submit a completed Election Revocation Form), your Convenience Claim Election will remain in effect (*i.e.*, your

2

claim will remain capped at $5,000 and you will receive Convenience Class Treatment). For the avoidance of any doubt, Convenience Class Treatment consists of a distribution of Liquid Cryptocurrency equal to 70% of the reduced claim (*i.e.*, $3,500 of Liquid Cryptocurrency). If you have already received your initial Liquid Cryptocurrency distribution and do not elect to reverse your Convenience Claim Election, you will not receive an additional distribution.

**If you wish to revoke your Convenience Claim Election, you must complete and submit the Election Revocation Form by 11:59 p.m., prevailing Eastern Time, on May 10, 2024. If you do not timely return the Election Revocation Form, your Convenience Claim Election will remain in effect (*i.e.*, your claim will remain capped at $5,000 and you will receive Convenience Class Treatment). It is not anticipated that there will be a further opportunity for you to revoke your Convenience Claim Election.**

**PLEASE TAKE FURTHER NOTICE** that the Order and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Stretto

3

**Exhibit B**

**Notice and Election Form for the
Optional Revocation of Convenience Claim Elections**

| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | Dan Latona (admitted *pro hac vice*) |
| New York, New York 10022 | **KIRKLAND & ELLIS LLP** |
| Telephone: (212) 446-4800 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Facsimile: (212) 446-4900 | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE AND ELECTION FORM FOR**
**THE OPTIONAL REVOCATION OF CONVENIENCE CLAIM ELECTIONS**

**THE DEADLINE TO SUBMIT THE ELECTION REVOCATION FORM IS 11:59 P.M., PREVAILING EASTERN TIME, ON MAY 10, 2024 (THE "REVOCATION DEADLINE"). IF YOU DO NOT SUBMIT THE ATTACHED ELECTION REVOCATION FORM IN ACCORDANCE WITH THE INSTRUCTIONS PROVIDED HEREIN BY THE REVOCATION DEADLINE, YOUR PRIOR ELECTION TO RECEIVE CONVENIENCE CLASS TREATMENT WILL REMAIN IN EFFECT (AND YOUR CLAIM WILL BE CAPPED AT $5,000).[2]**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] The Account Holder Ballot provided "Account Holders whose Claims (excluding Custody Claims and Retail Borrower Deposit Claims but including Retail Borrower Post-Set Off Claims) total more than $5,000 may irrevocably elect to have their Claims reduced to $5,000 and receive the treatment for Class 4 as Convenience Claims. By opting to receive Convenience Class Treatment for your Claims (*i.e.*, choosing the Convenience

5

**PLEASE TAKE NOTICE** that on March 21, 2024, the Court entered the *Order (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief* [Docket No. 4741] (the "Order").

**PLEASE TAKE FURTHER NOTICE** that the Order authorized the Post-Effective Date Debtors to allow Account Holders with claims valued between **$6,045 and $9,333** ("Optional Reelection Claimants") to elect to reverse their prior Convenience Claim Elections.[3]

**PLEASE TAKE FURTHER NOTICE** that if you are receiving this notice, **you have been identified as an Optional Reelection Claimant who previously made the Convenience Claim Election on your Account Holder Ballot**. This Notice provides instructions if you wish to elect to reverse your Convenience Claim Election.

**PLEASE TAKE FURTHER NOTICE** that to elect to reverse your Convenience Claim Election, you must complete the form attached to this Notice as **Exhibit A** (the "Election Revocation Form") and submit your completed Election Revocation Form to the Post-Effective Date Debtors' Claims, Noticing, and Solicitation Agent, Stretto, so that Stretto actually receives it on or before **11:59 p.m., prevailing Eastern Time, on May 10, 2024** via the online portal at https://balloting.stretto.com.

---

Claim Election), the ***aggregate*** amount of your Account Holder Claims (excluding Custody Claims) will be irrevocably reduced to $5,000." (emphasis in original). Account Holder Ballot, Item 5.

[3]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289] (as amended, supplemented, or modified from time to time, the "Plan"), the *Findings of Fact, Conclusions of Law, and Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972] (the "Confirmation Order"), and the *Motion Seeking Entry of an Order (I) Approving Automatic Revocation of Presumed Mistaken Convenience Claim Elections, (II) Approving Optional Revocation Procedure for Eligible Convenience Claim Elections, and (III) Granting Related Relief* [Docket No. 4372] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that if you elect to reverse your Convenience Claim Election, you will receive the treatment to which you otherwise would have been entitled to under the Plan. For example, if you are an Account Holder with an Earn Claim and validly elect to reverse your Convenience Claim Election in accordance with the instructions provided herein, you will be entitled to the treatment for General Earn Claims. If you have more than one type of claim, each claim will receive the associated treatment. For ease of reference, the treatment of Retail Borrower Deposit Claims, General Earn Claims, and Withhold Claims are described in the following table:

| Voting Class | Description | Treatment |
| --- | --- | --- |
| Class 2 | Retail Borrower Deposit Claims | **Set Off Treatment:** If the Retail Borrower (1) did not make the Retail Advance Obligation Repayment Election or (2) failed to repay all or a portion of its Retail Advance Obligations in accordance with the Retail Advance Obligation Repayment Instructions by the Retail Advance Obligation Repayment Deadline, such Retail Borrower shall receive the Set Off Treatment on account of any Retail Advance Obligations not repaid;[4]<br><br>***plus***<br><br>Each Holder of an Allowed Retail Borrower Post-Set Off Claim shall receive its Pro Rata share of (a) the Liquid Cryptocurrency Distribution Amount, (b) the MiningCo Common Stock, (c) Litigation Proceeds, and (d) the Illiquid Recovery Rights. |

---

[4] As set forth in the *Notice to Holders of Retail Borrower Deposit Claims Regarding Forthcoming Notice and Election Form for Repayment or Refinancing of Retail Borrower Deposit Claims* [Docket No. 4206], the deadline to make the Retail Advance Obligation Repayment Election was January 17, 2024. As the deadline to make the Retail Advance Obligation Repayment Election has passed, reference to the treatment of repaid Retail Advance Obligations is removed herein.

| Class 5 | General Earn Claims | Each Holder of an Allowed General Earn Claim shall receive its Pro Rata share of (a) the Liquid Cryptocurrency Distribution Amount, (b) the MiningCo Common Stock, (c) Litigation Proceeds, and (d) the Illiquid Recovery Rights. |
|---|---|---|
| Class 7 | Withhold Claims | Because Class 7 voted to Accept the Plan, each Holder of an Allowed Withhold Claim that is not an Equitably Subordinated Claim shall receive a distribution of Liquid Cryptocurrency equal to 15% of the value of such Holder's Withhold Distribution Claim, calculated in accordance with the Conversion Procedure (as defined and described in the Disclosure Statement), and (b) the remaining 85% of the value of such Holder's Allowed Withhold Distribution Claim shall be satisfied with a Pro Rata share of the Unsecured Claim Distribution Consideration (*i.e.*, Liquid Cryptocurrency, Litigation Proceeds, MiningCo Common Stock, and Illiquid Recovery Rights).<br><br>For the avoidance of doubt, any former Holder of an Allowed Withhold Claim that participated in the Withhold Settlement no longer has a Withhold Claim and has an Earn Claim in accordance with the terms of the Withhold Settlement. |

**PLEASE TAKE FURTHER NOTICE** that if you do not elect to reverse your Convenience Claim Election (*i.e.*, you do not timely submit a completed Election Revocation Form), your Convenience Claim Election will remain in effect (*i.e.*, your claim will remain capped at $5,000 and you will receive Convenience Class Treatment). For the avoidance of any doubt, Convenience Class Treatment consists of a distribution of Liquid Cryptocurrency equal to 70% of the reduced claim (*i.e.*, $3,500 of Liquid Cryptocurrency). If you have already received your initial Liquid Cryptocurrency distribution and do not elect to reverse your Convenience Claim Election, you will not receive an additional distribution. **If you wish to revoke your Convenience Claim Election, you must complete and submit the Election Revocation Form by 11:59 p.m.,**

8

**prevailing Eastern Time, on May 10, 2024. If you do not timely return the Election Revocation Form, your Convenience Claim Election will remain in effect (*i.e.*, your claim will remain capped at $5,000 and you will receive Convenience Class Treatment). It is not anticipated that there will be a further opportunity for you to revoke your Convenience Claim Election.**

**PLEASE TAKE FURTHER NOTICE** that the Election Revocation Form is *only* for Optional Reelection Claimants. If an Account Holder that (i) did not make the Convenience Claim Election *or* (ii) holds claims (excluding Custody Claims and Retail Borrower Deposit Claims but including Retail Borrower Post-Set Off Claims) below $6,045 submits a completed Election Revocation Form, the treatment of such Account Holder's Claim will not be altered.

**PLEASE TAKE FURTHER NOTICE** that any Election Revocation Forms that do not properly comply with the instructions provided herein will be deemed not to have been received or accepted until any defects and irregularities have been cured or waived in writing by the Post-Effective Date Debtors. For the avoidance of doubt, if you submit an incomplete, untimely, inaccurate, or otherwise defective Election Revocation Form, your Convenience Claim Election will not be revoked, and you will receive Convenience Class Treatment on account of your reduced claim. The Post-Effective Date Debtors have the sole discretion to determine whether an Election Revocation Form is properly completed.

**PLEASE TAKE FURTHER NOTICE** that the Order and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

9

| | |
|---|---|
| New York, New York<br>Dated:  April 10, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |

**Exhibit A**

**Election Revocation Form**

# ELECTION REVOCATION FORM

# OPTIONAL CONVENIENCE CLAIM ELECTION REVOCATION

**THIS ELECTION REVOCATION FORM IS FOR ACCOUNT HOLDERS WITH CLAIMS VALUED BETWEEN $6,045 AND $9,333 THAT WISH TO REVERSE THEIR CONVENIENCE CLAIM ELECTIONS.**

**PLEASE READ THIS ELECTION REVOCATION FORM AND THE INSTRUCTIONS BELOW CAREFULLY BEFORE COMPLETING THE ELECTION REVOCATION FORM TO DETERMINE WHETHER TO ELECT TO REVOKE YOUR CONVENIENCE CLAIM ELECTION.**

The Post-Effective Date Debtors are allowing each Account Holder with claims valued between $6,045 and $9,333 (each an "Optional Reelection Claimant") the option to revoke a previously made Convenience Claim Election (the "Optional Revocation Election"). If an Optional Reelection Claimant revokes their Convenience Claim Election by making the Optional Revocation Election, such Account Holder will receive the treatment to which they otherwise would have been entitled to under the Plan.

If an Optional Reelection Claimant does not revoke their Convenience Claim Election by making the Optional Revocation Election, such Optional Reelection Claimant's Claim will remain capped at $5,000 and will receive Convenience Class Treatment (*i.e.*, 70% of the reduced claim amount, or $3,500) as previously elected.

**Item 1.**    **Amount of Account Holder Claims.**

For the avoidance of doubt, the amount of your Account Holder Claims as listed in this **Item 1** reflects the Scheduled amount of your Account Holder Claims in U.S. dollars valued as of the Petition Date (July 13, 2022) using the rates as set forth in the *Notice of Filing of Cryptocurrency Conversion Rates* [Docket No. 1420] (the "Cryptocurrency Conversion Table").

| Electing Class | Description | Claim Amount[1] |
|---|---|---|
| Class 2 | Retail Borrower Deposit Claims | Retail Borrower Deposit Claim Based on Balance of Cryptocurrency Supporting Loan: ____[TO BE PREPRINTED BY STRETTO]_____<br><br>Retail Advance Obligation (*i.e.*, your outstanding loan amount): ____[TO BE PREPRINTED BY STRETTO]____ |

---

[1] Calculated in U.S. Dollars as of the Petition Date utilizing the conversion rates provided in the Cryptocurrency Conversion Table.

| Electing Class | Description | Claim Amount[1] |
|---|---|---|
|  |  | Retail Borrower Post-Set Off Claim: ____[TO BE PREPRINTED BY STRETTO]____ [2] |
| Class 5 | General Earn Claims | ____[TO BE PREPRINTED BY STRETTO]____ |
| Class 7 | Withhold Claims | ____[TO BE PREPRINTED BY STRETTO]____ |

If you timely submit this Election Revocation Form in accordance with the instructions provided herein and make the Optional Revocation Election in **Item 2**, you will receive the treatment associated with the Claim amounts listed in this **Item 1**.

**Item 2.**   **Optional Revocation Election.**

Optional Revocation Claimants who wish to revoke their Convenience Claim Election should check the box below.

Please note that if you prefer to maintain your Convenience Claim Election and receive Convenience Class Treatment, you should not check the box in this **Item 2** and you do not need to submit this form. If you (i) submit this form and do not check the box in this **Item 2** or (ii) do not submit this form, your Convenience Claim Election will be honored and you will receive Convenience Class Treatment on account of your reduced claim (or, if you have already received such treatment, you will not receive additional consideration).

The undersigned, an Optional Revocation Claimant as set forth above, elects as follows:

> ☐ **Optional Revocation Election**. I would like to revoke my Convenience Claim Election previously made on my Account Holder Ballot.

**TO REVOKE YOUR CONVENIENCE CLAIM ELECTION, YOU MUST COMPLETE AND SUBMIT THIS ELECTION REVOCATION FORM VIA THE ONLINE PORTAL OF THE DEBTORS' CLAIMS, NOTICING, AND SOLICITATION AGENT, STRETTO, SO THAT STRETTO ACTUALLY RECEIVES IT ON OR BEFORE 11:59 P.M., PREVAILING EASTERN TIME, ON MAY 10, 2024 VIA THE ONLINE PORTAL AT HTTPS://BALLOTING.STRETTO.COM.**

---

[2]  This amount is the remaining Claim after your Retail Advance Obligation is subtracted from your Retail Borrower Deposit Claim.

2

**IF YOU DO NOTHING, YOUR PRIOR ELECTION TO RECEIVE CONVENIENCE CLASS TREATMENT WILL REMAIN IN EFFECT (AND YOUR CLAIM WILL REMAIN CAPPED AT $5,000).**

Any Election Revocation Forms that do not properly comply with the instructions provided herein will be deemed not to have been received or accepted until any defects and irregularities have been cured or waived in writing by the Post-Effective Date Debtors. For the avoidance of doubt, if an Optional Reelection Claimant submits an incomplete, untimely, inaccurate, or otherwise defective Election Revocation Form, the Optional Reelection Claimant will receive Convenience Class Treatment. The Post-Effective Date Debtors have the sole discretion to determine whether an Election Revocation Form is properly completed.

For the avoidance of doubt, the completion and submission of this Election Revocation Form will not alter a previously submitted Account Holder Ballot in any way other than as described in this Election Revocation Form (*i.e.*, revocation of a prior Convenience Claim Election if the form is properly completed and timely submitted).

**Item 3.**     **Account Holder Election Form Completion Information.**

Please fill out this **Item 3** with your information.

| Field | |
|---|---|
| Name of Holder: | |
| | |
| Signature: | |
| Signatory Name (if other than the Holder): | |
| Title (if other than the Holder): | |
| Address: | |
| Email Address: | |
| Telephone Number: | |
| Date Completed: | |

**PLEASE COMPLETE, SIGN, AND DATE THIS ELECTION REVOCATION FORM AND SUBMIT IT IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED HEREIN. THIS ELECTION REVOCATION FORM MUST BE COMPLETED, EXECUTED, AND SUBMITTED SO THAT IT IS ACTUALLY RECEIVED BY THE CLAIMS, NOTICING, AND SOLICITATION AGENT, STRETTO, PRIOR TO THE REVOCATION DEADLINE VIA THE ONLINE PORTAL AT HTTPS://BALLOTING.STRETTO.COM.**

**THE DEADLINE TO SUBMIT THE ELECTION REVOCATION FORM IS 11:59 P.M., PREVAILING EASTERN TIME, ON MAY 10, 2024.**

IF YOU HAVE ANY QUESTIONS REGARDING THIS ELECTION REVOCATION FORM, THESE ELECTION INSTRUCTIONS, OR THE PROCEDURES FOR MAKING YOUR ELECTION, PLEASE CALL THE CLAIMS, NOTICING, AND SOLICITATION AGENT, STRETTO, AT: (855) 423-1530 (TOLL-FREE) OR +1 (949) 669-587 (INTERNATIONAL) OR EMAIL CELSIUSINQUIRIES@STRETTO.COM AND REFERENCE "IN RE CELSIUS – OPTIONAL REVOCATION ELECTION."