

RE Case # 22-10964, Celsius Network LLC

To: The Honorable Judge Martin Glenn

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Letter #2

My name is Evan R Heck and I was  mistakenly placed in the connivance class or some such thing resulting in my getting about 5% of my deposits and no stock.  About two weeks ago you directed Celsius to correct this error  for everyone and return the balance of the roughly 30% of deposits  to me and issue the mining stock.  I have received no further correspondence from Celsius on this matter.

Would you please instruct them to (A) communicate with the people that were not properly paid and (B) issue the new redemption codes to correct the amounts I received?

Thank you kindly for your assistance in this manner.

Evan R Heck
2164 200th Street
St Corydon, IA 50060