**Dear Honorable Judge Glenn.**

**Subject: Inquiry Regarding Claim #6648 in Celsius Network Bankruptcy Case (22-10964)**

I am writing to respectfully inquire about the status of my claim (#6648) as a creditor in the Celsius Network bankruptcy case.

**Background:**

- I submitted my vote for the distribution plan in September 2023 and received confirmation via email (CELB-75549).
- On December 30th, 2023, I received an email stating my cryptocurrency distribution would be sent through PayPal or Venmo.
- On March 15th, 2024, the first time to update why my claim distribution could not be initiated since my SSN information was missing. I updated the information immediately. Stretto confirmed update the information on March 20
- On March 30, they sent another email, I don't understand what this email. Since I used the email for the transaction, updating the bankruptcy/ distribution process and PayPal/Venmo/Coinbase are aligned with all the same email addresses.

*"You are receiving this email because we received a request on Stretto to verify whether the account associated with this email is eligible to receive a claim distribution related to the Celsius Network LLC bankruptcy Case Number 22-10964.* **We are unable to locate a claim distribution associated with this email."**

**Current Situation:**

- As of today, April 12, 2024, I have not received any distribution code or further notification.
- My attempts to contact the distribution team through the FAQ link and email reply have resulted in only generic automated responses.
- In the last two weeks, the Stretto team has been a ghost, and no one has answered any of the emails or inquiries to clarify what the issue is and what I should do for the next step.
- This frustrated and anxious me, as Kirkland had already paid the initial distribution amount. Also, most of the creditors received their Distribution.

**Request:**

I kindly request assistance in obtaining information regarding the following:

- The status of my claim and any potential delays in receiving the distribution.
- Any additional steps I may need to take to facilitate the distribution process.

I understand the complexities of the bankruptcy proceedings and appreciate the court's efforts in ensuring an orderly resolution. I am committed to cooperating fully and following any necessary procedures.

**Thank you for your time and consideration.**

**Sincerely,**

**Inhae Kim**