**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Case No. 22-10964 (MJ) |
| | ) | |
| CELSIUS NETWORK LLC, et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Patricia Molteni, request admission *pro hac vice* before the Honorable Martin Glenn to represent: the Alabama Securities Commission; the Arkansas Securities Department; the California Commissioner of the Department of Financial Protection & Innovation; the District of Columbia Department of Insurance, Securities and Banking; the State of Hawaii Department of Commerce and Consumer Affairs; the Maine Office of Securities; the North Dakota Securities Department; and the Oklahoma Securities Department (collectively, the "States' Securities Departments") in the above-referenced case. ***I certify that I am a member in good standing of the bar of the District of Columbia***, and I have submitted the $200.00 filing fee with this motion for *pro hac vice* admission.

Dated: April 15, 2024

/s/ Patricia Molteni _____
Patricia Molteni
D.C. Bar No. 980878
National Association of Attorneys General
1850 M Street, N.W., 12th Floor
Washington D.C. 20036
202-326-6000 ext. 246
pmolteni@naag.org

*Counsel for the States' Securities Departments*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 22-10964 (MJ) |
|  | ) |  |
| CELSIUS NETWORK LLC, et al., | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) |  |
| _____ | ) |  |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Patricia Molteni, to be admitted, *pro hac vice*, to represent: the Alabama Securities Commission; the Arkansas Securities Department; the California Commissioner of the Department of Financial Protection & Innovation; the District of Columbia Department of Insurance, Securities and Banking; the State of Hawaii Department of Commerce and Consumer Affairs; the Maine Office of Securities; the North Dakota Securities Department; and the Oklahoma Securities Department (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it hereby

**ORDERED**, that Patricia Molteni, Esq., is admitted to practice, *pro hac vice*, in the above-reference case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:_____

_____, New York          /s/ _____
                                          United States Bankruptcy Judge