**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Case No. 22-10964 (MJ) |
| CELSIUS NETWORK LLC, et al., | ) Chapter 11 |
| Debtors. | ) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Patricia Molteni, to be admitted, *pro hac vice*, to represent: the Alabama Securities Commission; the Arkansas Securities Department; the California Commissioner of the Department of Financial Protection & Innovation; the District of Columbia Department of Insurance, Securities and Banking; the State of Hawaii Department of Commerce and Consumer Affairs; the Maine Office of Securities; the North Dakota Securities Department; and the Oklahoma Securities Department (the "Client") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the District of Columbia, it hereby

**ORDERED**, that Patricia Molteni, Esq., is admitted to practice, *pro hac vice*, in the above-reference case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: April 15, 2024

New York, New York

                                                                                           **/s/Martin Glenn**
                                                                       United States Bankruptcy Judge