Re: Celsius Distribution Enacted in Highly Ineffective and Irresponsible Fashion

Court Case No: 22-10964

Dear Judge Glenn:

I'm writing as an individual creditor of the Celsius Network regarding the irresponsible action taken by Celsius Network in its execution of my long delayed and misdirected distribution.

I have received multiple emails from Stretto—which I assume is the law firm dealing with the case of Celsius Network bankruptcy—since 2023 regarding my distribution.

I am a Taiwanese person without any address, social security, or bank account in the United States. Following the instruction in Celsius/Stretto's email, I opened an account at Coinbase, which is my designated distributor, <u>but could not go through the KYC</u> as it requires me to enter address in United States and social security number. (For the same reason, I cannot open accounts at Venmo or Paypal, or I can open an account but cannot receive cryptos in it.)

Since I cannot go through the KYC at Coinbase, I will not be able to send, receive, trade, or move the distributed Bitcoin and Ethereum. To circumvent this situation, I tried opening an account at Coinbase's international platform, but was informed that citizens of Taiwan are not accepted.



After my failed attempt to go through KYC or opening an international account with Coinbase, I responded to every one of Celsius/Stretto's distribution email, explaining the above fact, and requesting it to send a check denoted in U.S. dollars to my Taiwan address instead.

And each time after I received the distribution email, I also submitted a ticket at Celsius Network's support website (https://celsiusdistribution.stretto.com/support/tickets/new), explaining the same fact and making the same request.

Despite all my emails and despite the multiple support tickets I sent, Celsius/Stretto did not reply to me (other than those generic emails) and address my problem with Coinbase's KYC.

What was even more distressing is that Celsius/Stretto completely disregarded my explanation and requests, and sent my distributions to the Coinbase account associated with my email today:



Yes, I did open a Coinbase account following the link provided in the notification of distribution emails sent out by Celsius Network/Stretto; however, as stated above, I cannot go through the KYC, and therefore cannot do anything with the tokens they distributed to my account.

I do not understand why Celsius Network completely ignored the many emails I have sent, especially when they have spent millions of dollars in this lengthy distribution process. I find what they do outrageous and extremely irresponsible. While they eagerly accepted customers from outside of the United States, they have not treated their international customers right and taken our situation into consideration during the bankruptcy process.

Moreover, this Coinbase account I opened has not gone through any kind of identity verification, which means my date of birth is not even on record. How then could Celsius Network frivolously send distributions to an unverified account?

I do not know what to do with the distributed tokens I received in my unusable Coinbase account. I have submitted yet another ticket to Celsius's support site, but I highly doubt I will hear from them with a solution. This is the reason why I wrote this letter to you instead, hoping you can do something to help me get my distribution back.

Last but not least, I want to thank you for resolving the Celsius case effectively and promptly, relieving the tremendous stress faced by many creditors like me.


Sincerely,


Chih Cheng Chang

Email: samadhi815@gmail.com

Phone: (886)0906103553