Honorable Judge Martin Glenn,

I am resident of state of California and a Celsius investor. I have been trying to get my Celsius claims distribution from Stretto for over two months and have not yet received any crypto. I received non-functional Claim codes which continue to be non-functional.

All my emails get a standard response of "working on it" but never received any solid outcome.

My PayPal and Coinbase accounts are functional from multiple years and are frequently used and still their distribution has failed. No reason for distribution failure was given.

I have only received IONIC Shares but no Crypto.

Sir, Please help me in getting my crypto back from Stretto.

Thanking you in anticipation.

Regards
Amritpal Singh
Amritpalsingh77@yahoo.com

**P.S- Chronology of email communication between me (Amritpal Singh) and Stretto**

| Date | Email From | Email Content in brief |
|---|---|---|
| 2/7/2024 | Celsius/Stretto | Code for BTC for Venmo/Paypal (0.06283592 BTC) |
| 2/7/2024 | Celsius/Stretto | Code for ETH for Venmo/Paypal (0.939 ETH) |
| 2/9/2024 | Celsius/Stretto | Cannot be served by Venmo/Paypal |
| 2/10/2024 | Amritpal Singh | Opened Ticket as claim codes are not working |
| 2/18/2024 | Celsius/Stretto | Repond to my email; gave FAQ link |
| 2/22/2024 | Celsius/Stretto | Please be patient as we work on rerouting your distribution with our Distribution Partners; FAQ |
| 3/5/2024 | Amritpal Singh | Request for Updates for distribution; |
| 3/8/2024 | Celsius/Stretto | Please be patient as we work on rerouting your distribution with our Distribution Partners; FAQ |
| 3/13/2024 | Ionic Digital | Received Shares for ionia digital. |
| 3/15/2024 | Amritpal Singh | Troubleshoot step preformed - No positive result |
| 3/18/2024 | Celsius/Stretto | Troubleshoot this error; FAQ ; distribution cannot be serviced through PayPal or Venmo and the Post-Effective Date Debtors will attempt to make your distribution via Coinbase |
| 3/31/2024 | Amritpal Singh | Inquiry on distribution after 2 months passed; |
| 4/1/2024 | Celsius/Stretto | if distribution cannot be serviced through PayPal or Venmo and the Post-Effective Date Debtors will attempt to make your distribution via Coinbase |
| 4/12/2024 | Celsius/Stretto | Your Celsius claim distribution of cryptocurrency will now be sent to you through Coinbase. |
| 4/13/2024 | Celsius/Stretto | Claim distribution cannot be serviced through Coinbase. |