Dear Honorable Judge Glenn.

Subject: Request Intervention on distribution of Claims - Claim #6793 in Celsius Network Bankruptcy Case (22-10964)

I am writing to you to seek your intervention with how Celsius Claims are being distributed via Coinbase. I am a resident of Thailand and Coinbase does not support account sign up from Thailand despite what Coinbase has claimed on its website on the list of supported countries.It has been many months and I periodically received automated emails from Stretto telling me to create a Coinbase account despite me emailing their Coinbase support that I cannot create a Coinbase account from Thailand (see error below). I implore you to consider and instruct Stretto that additional crypto exchanges (e.g. Binance, Bitkub) be added into Celsius Claims distribution process to speed up claims outside of the US.

Thank you for your time and consideration

Yours Sincerely,

Boonkit Jirapongtanavech



