Lenora Burgess
Ehitajate Tee 86-83
Tallinn, 12915, Estonia
lenora@warpline.com
+(1) 507-479-1949

04/20/2024

The Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Judge Glenn,

Re: Creditor Claim Distribution Issue in Case 22-10964

I am writing to bring to your attention a matter that has significantly impacted my financial and personal circumstances. I am a creditor in the bankruptcy case currently overseen by your court, and despite repeated attempts to resolve a distribution issue with the appointed claims and noticing agent, Stretto, I have been unable to receive a satisfactory response or resolution.

Initially, I received claim codes intended for use with PayPal/Venmo, but due to my relocation from the United States to Europe, these platforms are no longer viable for my claim distribution. I have since updated my details to receive this distribution via Coinbase, a change that has been acknowledged but not acted upon by Stretto. The responses from Stretto have been either non-responsive or templated, with no real resolution offered or progress made.

Given the nature of this matter and the lack of response from Stretto, I feel compelled to seek your intervention to facilitate a resolution. The inability to access these funds has placed me in a difficult financial position, and the ongoing uncertainty only exacerbates this hardship.

I respectfully request the court to review this matter and provide guidance or assistance in rectifying the situation. I am prepared to provide any additional information required for your review or to facilitate a solution.

Thank you for your attention to this urgent matter. I look forward to your response and hope for a prompt resolution.

Sincerely,
Lenora Burgess