From:
Mr. Stadelmann, Hans Peter
20B Caperidge Drive
Peninsula Village
Discovery Bay
Hong Kong SAR, China

To:
The Honorable Mr. Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004
USA

Date: April 23, 2024

**Re: Creditor Claim Distribution issue in Case 22-10964 - Celsius**

Dear Sir

I am writing to bring to your attention a matter that significantly impacts my financial and personal circumstances. I am a creditor in the captioned bankruptcy case, and despite my repeated attempts to resolve a distribution issue with the appointed agent Stretto, I have not been able to get any satisfactory response from them.

I did receive a tiny amount of BTC and ETH into my Coinbase account, but the calculation was completely wrong and despite my repeated messages to them with claim proof (including their own emails dated back in 2022 with the correct list of my claims, they are not responsive at all, hence my respectful request to the court to review the matter and urge Stretto to provide helpful guidance and resolve the issue correctly (they do have all the necessary information from me) rather than just sending unhelpful generic emails as a reply.

Of course I am happy to provide any additional information required for your review.

Thank you in advance for your kind assistance in this matter.

Sincerely yours

Hans Peter Stadelmann