```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
IN RE CELSIUS NETWORK LLC                                        :
                                                                 :     23-cv-10373 (LJL)
                                                                 :
---------------------------------------------------------------- X     ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __4/23/24__

LEWIS J. LIMAN, United States District Judge:

      On November 28, 2023, Appellant appealed this case from the bankruptcy court.  Dkt. No. 1.  Federal Rule of Bankruptcy Procedure 8009 requires the appellant to file with the bankruptcy clerk and serve on the appellee a designation of the items to be included in the record on appeal and a statement of the issues to be presented within 14 days of the appeal being filed.  The docket reflects that no such designation or statement has been filed.  On April 1, 2024, the Court ordered Appellant to show cause by no later than April 15, 2024, why the appeal should not be dismissed for failure to comply with FRBP 8009 and failure to prosecute.  Dkt. No. 12.  Appellant has failed to do so. Accordingly, the appeal is dismissed, and the Clerk of Court is respectfully directed to close this case.

      SO ORDERED.

Dated: April 23, 2024
      New York, New York

                                                   LEWIS J. LIMAN
                                           United States District Judge