

April 11, 2024

Case Name Celsius Network LLC, et al.

Case No. 22-10964

Beneficiary client CEL-22789 Jean-Louis Ebener / July 14, 1949

Dear Honorable Martin Glenn,

I hope this email finds you well. I am writing to bring to your attention an urgent matter regarding the distribution for receiving crypto assets in the Celsius Crypto bankruptcy case.

As a participant in the bankruptcy proceedings, I was provided with distribution codes no: CEL-22789 to receive my allocated crypto assets on Coinbase.

However, and after the last mail received from Stretto they confirmed to send my crypto allocation but still at this time I have never got any crypto assets on Coinbase.

This situation is causing significant inconvenience and uncertainty for me, especially considering the rapidly changing nature of cryptocurrency markets.

I kindly request your urgent attention and action to resolve this matter promptly. It is crucial that I'm able to access my allocated crypto assets in a timely manner to address my financial needs and obligations.

If possible, I would appreciate any assistance or guidance you can provide to expedite the resolution of this issue. Alternatively, if there are any alternative procedures or channels, I should follow to address this matter, please advise accordingly.

Thank you for your attention to this matter. I look forward to your prompt response and assistance in resolving this issues.

Sincerely yours,

Jean-Louis Ebener

Email: jlebener@protonmail.com , actual mail used for coinbase and probably for Celsius

jlebener@bluewin.ch , previous email used for coinbase and (not sure) for Celsius