| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF DATA SECURITY INCIDENT**

**PLEASE TAKE NOTICE** of the statement below from the Post-Effective Date Debtors' claims and noticing agent and distribution partner, Stretto:

On April 17, 2024, Stretto discovered that certain Celsius creditor data held by Stretto had been accessed by an unauthorized user following a phishing attack. Stretto terminated all unauthorized access to the impacted account on that same day.

Stretto has retained an independent computer forensics firm to conduct an investigation to determine the extent of this data security incident. That investigation remains ongoing, but as of

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

the date hereof, Stretto has determined that the information accessed consisted of creditor names, email addresses, mailing addresses, and Claim amounts. Additionally, less than 40 creditors had provided Stretto with their tax identification number, and that information was accessed.

Based on the investigation to date, it appears that this data security incident did not affect Stretto's systems relating to distributions under the Plan, or data provided to Stretto by Celsius as part of the Bankruptcy process. Stretto's independent investigation remains ongoing, and further updates will be provided as appropriate.

Creditor support tickets have not been affected and account holders with questions about the distribution process may submit an inquiry with Stretto by following the directions at: https://cases.stretto.com/Celsius/contact-us/.

**PLEASE TAKE FURTHER NOTICE of the following statement from the Post-Effective Date Debtors regarding this data security incident:**

On April 23, 2024, we were informed by Stretto of a data security incident regarding Celsius creditor data held by Stretto. We believe that no Celsius, Coinbase, or PayPal systems have been affected by this data security incident. Additionally, Stretto has informed us that based on the investigation to date, it appears that there was no unauthorized access to any system relating to distributions under the Plan as a result of this data security incident. However, given Stretto's role in the distribution process under the Plan, out of an abundance of caution, the Post-Effective Date Debtors have temporarily paused distributions to creditors under the Plan. We hope to confirm key findings over the next week so that we can promptly resume distributions under the Plan once it is safe and secure to do so.

**PLEASE TAKE FURTHER NOTICE** that neither the Post-Effective Date Debtors nor their advisors will ever contact you by email, telephone call, text message, or otherwise to request

account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court. For the avoidance of doubt, any emails using the domain "@stretto.com" and emails from "no-reply@cases-cr.stretto-services.com" and "noreply@cases-cr.stretto-services.com" are legitimate emails from Stretto.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Post-Effective Date Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please immediately contact the Post-Effective Date Debtors' counsel at CelsiusCreditorQuestions@kirkland.com, the Post-Effective Date Debtors' claims agent at CelsiusInquiries@stretto.com, or the Litigation Administrator at celsiuslitigationadmin@m3-partners.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Plan, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.

| | |
|---|---|
| New York, New York<br>Dated: April 26, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:  (212) 446-4900<br>Email:  joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:  (312) 862-2000<br>Facsimile:  (312) 862-2200<br>Email:  patrick.nash@kirkland.com<br>         ross.kwasteniet@kirkland.com<br>         chris.koenig@kirkland.com<br>         dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |