4/26/2024

RE: Celsius Network Redistribution
Case No. 22-10964

To: The Honorable Martin Glenn
United States Bankruptcy Court for the Southern District of New York

Dear Judge Glenn,

I have an LLC set as a retirement account, so unfortunately, I fell into the category of being a "corporate" earn creditor and have been treated inequitably as a result. The funds I'm waiting on are funds that originated from a 401k, and I'm still waiting to get a small portion of what was in the account returned to me.  I am writing to let you know how Stretto has failed at every turn to wire those funds to me, even though I have provided accurate wire information to them twice now.  They haven't even attempted a wire transfer.  The first wire instructions I sent on February 16th were accurate.  I had my bank review the information I had submitted to Stretto to verify the accuracy.  However, Stretto sent an email later saying they didn't attempt the wire due to "Invalid beneficiary bank id or beneficiary bank country code."

On April 10th, I submitted the wire instructions again and have not received any communication in response to my 2nd submission.  I even sent Stretto a letter to their customer service email, attaching a letter from my bank confirming the accuracy of the wiring instructions.  I have received no response to that submission either.

Your intervention in investigating this matter is greatly appreciated! As it is, I have been holding open an empty bank account for 3 months now, paying service fees while waiting on the distribution.

Sincerely,

B. Russ