The Honorable Martin Glenn, Chief Judge

United States Bankruptcy Court, Southern District of New York

One Bowling Green

New York, NY 10004-1408

[Date]

**Re: Request for Judicial Intervention Concerning Coinbase's Non-Compliance in Reinstating Full A**

Dear Judge Glenn,

I am writing to you as a creditor in the ongoing bankruptcy proceedings of Celsius Network LLC, Case No. 22-10964, to seek your urgent intervention regarding a significant and persistent issue with Coinbase, the platform designated to facilitate the distribution of assets to international creditors like myself.

As of today, it has been 71 days since Coinbase unjustifiably restricted my account, severely limiting my ability to access and manage my funds despite my full compliance with all requested Know Your Customer (KYC) and Anti-Money Laundering (AML) requirements. Despite providing exhaustive information and clarification as requested by Coinbase, including details on my transactions, intended use of their platform, and the security of my account, my account remains only partially functional.

This prolonged restriction not only disrupts my financial management but also suggests a disregard for the urgency and sensitivity of the situation, particularly in the context of the ongoing bankruptcy resolution. Such actions by Coinbase undermine the trust and process established by the court and represent a failure to adhere to the legal directives concerning the timely distribution of assets.

Therefore, I respectfully request that you, as Chief Judge, issue an order directing Coinbase to immediately restore full functionality to my account. The continued limitations imposed by Coinbase without valid justification are unacceptable and require decisive and immediate judicial intervention to rectify.

I am prepared to provide any further information or documentation that may assist in resolving this matter swiftly. Your attention to this pressing issue is greatly appreciated, and I trust in your commitment to uphold justice and ensure compliance with all legal standards.

Thank you for considering my request. I look forward to your prompt response and resolution.

Sincerely,

Dr. Frank Postleb