The Honorable Martin Glenn

United States Bankruptcy Court, Southern District of New York

One Bowling Green

New York, NY 10004-1408

28.April.2024

**Re: Urgent Request for Judicial Intervention in the Case of Celsius Network LLC, Case No. 22-10964**

Dear Judge Glenn,

I am writing to you as a creditor in the ongoing bankruptcy proceedings of Celsius Network LLC, Case No. 22-10964. Despite my persistent and detailed communications with Stretto, the court-appointed claims agent, regarding significant discrepancies in my asset distribution, my concerns have not been adequately addressed. Therefore, I am compelled to seek your assistance in this matter.

Overview of Discrepancies:

1. Bitcoin (BTC):

   - Entitled to receive: 0.429771 BTC

   - Actually received: 0.2701849 BTC

   - Shortfall: 0.1585861 BTC

2. Ethereum (ETH):

   - Entitled to receive: 7.166678 ETH

   - Actually received: 4.0375699 ETH

   - Shortfall: 3.1291081 ETH

3. Shares:

   - Entitled to receive: 475 shares

   - Actually received: 283 shares

   - Shortfall: 192 shares

Despite repeated attempts to resolve these discrepancies through proper channels, including detailed emails on February 21, February 23, February 26, and March 21, 2023, the responses from Stretto have been generic and have not addressed the specific issues raised. Each of these correspondences has clearly outlined the discrepancies based on the documentation provided by Stretto, including the Plan, Disclosure Statement, and the Notice of Effective Date.

Given the failure of Stretto to address these errors, I respectfully request that the court intervene to ensure the following:

- Immediate review and correction of the discrepancies in the distribution of assets as per the documented entitlements.
- Direct Stretto to disburse the outstanding amounts of 0.1585861 BTC, 3.1291081 ETH, and 192 shares to my account without further delay.

The integrity of the bankruptcy process relies heavily on the fair and accurate distribution of assets. It is imperative that these discrepancies are resolved promptly to maintain trust in the proceedings and to uphold the rights of the creditors involved.

Thank you for your time and consideration of this pressing matter. I trust that with your intervention, a fair and swift resolution can be achieved.

Best regards,


Frank Postleb

E-Mail: fps@posteo.de

Mobil: 0049 163 210 777 1