UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.* | **Chapter 11**<br><br>Case No. 22-10964 (Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel in the above-captioned matter. The undersigned has accepted an offer of employment elsewhere and will be unable to continue representing the Federal Trade Commission in this matter. The Commission will continue to be represented by attorney Katherine Johnson.

Respectfully submitted,

Dated: April 30, 2024

/s/   *Katherine M. Aizpuru*
Katherine M. Aizpuru
FEDERAL TRADE COMMISSION
600 Pennsylvania Ave., NW
Mail Drop CC-6313
Washington, DC 20580
kaizpuru@ftc.gov
202-876-5673

*Attorney for Plaintiff Federal Trade Commission*