| | |
|---|---|
| **WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua D. Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email: david.turetsky@whitecase.com<br>            sam.hershey@whitecase.com<br>            jweedman@whitecase.com | **WHITE & CASE LLP**<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email: gregory.pesce@whitecase.com |
| – and – | – and – |
| **WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email: kwofford@whitecase.com | **WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email: aaron.colodny@whitecase.com |

*Counsel to Mohsin Y. Meghji as*
*Litigation Administrator and Ionic Digital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF BRIAN KARPUK IN SUPPORT OF JOINT OBJECTION BY LITIGATION ADMINISTRATOR AND IONIC DIGITAL INC. TO JASON VOELKER'S MOTION FOR LEAVE TO FILE ADVERSARY COMPLAINT**

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

AMERICAS 126846529

I, Brian Karpuk, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:[2]

1. I am a Managing Director at Stretto, the claims and noticing agent for the Debtors and Post-Effective Date Debtors in the above-captioned cases.

2. iCapital Management Inc. did not return a Ballot, which contained in Item 8 the opportunity to opt out of the Class Claim Settlement.

3. On March 19, 2024, Stretto sent iCapital Management Inc. an initial distribution under the Plan.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: April 30, 2024
       Irvine, California

                                      /s/ *Brian Karpuk*
                                      Brian Karpuk

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

AMERICAS 126846529