2024-05-02
John Alan Travis Low
2900 26th St NE
Washington DC 20018-2516

RE: Case 22-10964, Celsius Network LLC

To the Honorable Martin Glenn,

I hope you are well. I am writing to complain that your orders in the above-referenced case are not being followed. Although I am very unhappy with your decision, which turned my 4BTC collateral into unsecured debt, I do follow the law and your decision is law. If I can follow the law, so can Stretto.

Stretto has sent me multiple claim codes that I am unable to redeem. I tried to redeem them the moment I received them, but unfortunately, my PayPal account was a business account, and I ultimately found that PayPal doesn't support cryptocurrency transactions for business accounts. That tidbit of information was not in any of the initial communications from Stretto. I found out from Reddit, if you can believe that.

I finally deleted my business PayPal account and created a personal PayPal account that matches my Celsius information, but I am still unable to redeem any of my claims. The reason, according to PayPal support, is that "the deposits or claims have stopped temporarily, as there was a data issue at Stretto".

A "data problem"? I've inquired for details, but that's like if your doctor told you that you were dying of a "medical problem". What, exactly, is the problem?

This entire situation is abhorrent. From a quarter million dollars, at today's prices, of collateral, I'm supposed to get $33K back, and instead I'm getting nothing? I'm starting to feel like I would have more financial stability if I emigrated to Mexico and renounced my US citizenship.

I appreciate any assistance you can provide in this matter.

Sincerely,

John Alan Travis Low
+1 703 517 2096
travis@dawnstar.com