Subject: Urgent Inquiry Regarding Chargeback and Insolvency

Dear Honorable Martin Glenn,

I hope this email finds you well. My name is Neil Pithadia, and I am writing to seek your assistance regarding a recent financial matter involving my small business.

As a small business owner, I held a corporate account with Celsius. On April 28, 2024, I received a settlement check, which was subsequently charged back by my business bank. Upon further investigation, it was revealed that the chargeback originated from the Maker's financial institution.

Given this situation, I am concerned about the financial stability of Celsius, Stretto, and K&E. It appears that they may be facing insolvency issues, which could impact their ability to process checks and distributions.

I kindly request your guidance on how to proceed. Is there a formal process for reporting such incidents? Should I take any additional steps to protect my business interests?

For your reference, my account information is as follows:

- Business Name: NKPG Investments, LLC
- Email: nkpginvestments@gmail.com

I sincerely appreciate your attention to this matter and any assistance you can provide. If there are specific forms or procedures I need to follow, please let me know.

Thank you for your time and consideration.

Sincerely,

Neil Pithadia