Richard D. Grossman
**LAW OFFICES OF RICHARD D. GROSSMAN**
211 West Wacker Drive Ste 710
Chicago, IL  60606
(312) 750-9308
Fax (312) 750-9323
rgat135@gmail.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re** | Chapter 11 |
| **CELSIUS NETWORKS LLC**, *et al*., | **Case No. 22-10964 (MG)** |
| **Debtors.** | **NOTICE OF MOTION** |

TO:   Mitchell Hurley
mhurley@akingump.com

Annemarie V. Reilly
Annemarie.reilly@lw.com

Joshua Sussberg
jsussberg@kirkland.com

Mark Bruh
Mark.bruh@usdoj.gov

Shara Claire Cornell
Shara.cornell@usdoj.gov

PLEASE TAKE NOTICE that on **May 7, 2024** at **2:00 p.m**., I will appear before the Honorable Martin Glenn, or any Judge sitting in his place, via Zoom and present Borrower Creditors THOMAS CHERNAIK, DARIUS GHEORGHE and CHRISTIAN FUNCK's Motion For Hearing And Other Relief, a copy of which is attached.

Respectfully submitted,

*/s/ Richard D. Grossman*
Richard D. Grossman
*Attorney for Thomas Chernaik,*
*Darius Gheorghe and Christian Funck*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2024, I electronically filed the foregoing with the United States Bankruptcy Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Richard D. Grossman*
Richard D. Grossman


Richard D. Grossman
**LAW OFFICES OF RICHARD D. GROSSMAN**
211 West Wacker Drive
Suite 710
Chicago, IL  60606
(312) 750-9308
Fax (312) 750-9323
ARDC No. 1072641
rgat135@gmail.com