Richard D. Grossman
**LAW OFFICES OF RICHARD D. GROSSMAN**
211 West Wacker Drive Ste 710
Chicago, IL  60606
(312) 750-9308
Fax (312) 750-9323
rgat135@gmail.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | Chapter 11 |
| **CELSIUS NETWORKS LLC**, *et al*., | **Case No. 22-10964 (MG)** |
| Debtors. | **ORDER** |

THIS CAUSE COMING TO BE HEARD on Retail Borrower Creditors THOMAS CHERNAIK, DARIUS GHEORGHE and CHRISTIAN FUNCK Motion For Hearing and Other Relief,

IT IS HEREBY ORDERED: that Retail Borrower Creditors THOMAS CHERNAIK, DARIUS GHEORGHE and CHRISTIAN FUNCK's Motion For Hearing and Other Relief is hereby granted and

a) The entry of an order allowing Movants to pursue discovery of Debtor's use, *vel non*, of the cryptocurrency pledged as security by the class of Retail Borrowers;

b) The entry of an order allowing Movants to pursue discovery of Debtor's unexplained delays and lack of provision for sufficient reserves for claims and elections by the class of Retail Borrowers to settle all claims at Effective Date pricing, in line with Borrowers who elected to repay their loan principal;

c) The scheduling of a hearing regarding the formula described in ¶ 4 of the Motion used to deal with the claims of Retail Borrowers; and

d) Other relief this Court deems appropriate under the circumstances.

ENTER:_____

Richard D. Grossman
*Attorney for Thomas Chernaik, Darius Gheorghe and Christian Funck*
**LAW OFFICES OF RICHARD D. GROSSMAN**
211 West Wacker Drive
Suite 710
Chicago, IL  60606
(312) 750-9308
Fax (312) 750-9323
rgat135@gmail.com