# Daniel D. Brooks

Honorable Judge Glenn,

I am a US Celsius creditor and I am writing to you to express frustrations with the distribution process, and to request assistance in getting my distribution.  To recap the events that have occurred:

- Celsius fraudulently lied to its customers stating that all loans where collateralized.  All of this is documented.  This was the reason I chose to deposit money in the earn account.  I detrimentally relied on information that was blatantly false provided by their then CEO.  Justice has not yet been served for these criminal acts – I can only hope that this is remedied quickly.
- The process to close the bankruptcy was slow and as a result I have been harmed having no access to funds.  While this is typical in bankruptcies, I am harmed none the less.
- I have submitted no less than 10 tickets to Stretto.  Each received generic non-detailed and what seems to be automated responses from Stretto.  I am not fully convinced a single person is actually working on the distributions.  I pray this is not accurate, but I have had no meaningful interaction after over 10 tickets, multiple emails to the attorneys involved, emails to the executive leadership at Stretto, and emails to the executive leadership at Celsius after months upon months of patiently waiting.
- I have submitted emails to Ionic to inquire about my stock distribution as well and get organized and complete responses, but they are saying that Celsius/Stretto provide them with the information and they have received no information for me.
- As a whole we have had very few updates as to the distribution process.  It makes sense to me that Stretto/Celsius should update (perhaps on their website) the number of total claims and the number of claims distributed daily.  At least that way we could see that progress is or isn't being made.
- Stretto has failed to take basic security steps and likely has put me and others at increased risk with the recently reported data breach.

In all, the process for distribution has been recklessly flawed and mis-managed.  This is evidenced by the percentage of people's claims left undistributed, a data breach, and grossly inadequate and generic responses from Stretto/Celsius.  Many are set to make loads of money from the distribution process despite the utter lack of professionalism and organization exhibited in distribution process.  These payouts will further harm me, as disbursements (if I ever do get my rightful distribution) will be less as a result.

I humbly request someone reach out to me with a meaningful response.  I am a US creditor.  I have never had my account banned at Coinbase, Celsius, Paypal or Venmo.  I have not changed my mailing address. I have not changed my email address.  I have completed verifications on Coinbase, Paypal, and Venmo.  I can send/receive crypto on all those platforms.

Because of the lack of organization and professionalism in dealing with Stretto/Celsius I am providing a template for them to utilize that can be used in responding to my and likely every other outstanding claim.

"Mr./Ms. Victim (insert the name of the victim here), you have not received your distribution because of X (insert the reason).  You need to do Y (what actions if any does the victim need to take to receive the distribution) in order that we can proceed with your distribution.  Once you do Y (what actions if any the victim needs to do to receive the distribution) we expect your distribution will be completed by Z date (Insert the date that Stretto/Celsius will be able to complete the distribution)."

Lastly, the distribution process is simply not this difficult.  The pool of people you are dealing with have already been victims of theft so we are highly sensitive to being re-victimized.  When what seems like intentional delays in distributions occur from the grossly mis-management and negligent behavior of the distribution team it raises questions.

Questions that the victims deserve an answer to.  I request that these questions could be answered and listed in the frequently asked questions document within Stretto:

1) Is any organization or party making money off of the delays in processing distributions.  If so who? And why?
2) What are the top reasons claims have not been distributed to victims?  List the top 10 reasons, # affected claims, dollar amount of claims and appropriate action (if any) a victim may take to remedy the situation.
3) What is the expected timeline of resuming distributions from the data breach?
4) What is the expected timeline to complete all distributions?
5) How many hours are employees spending weekly answering questions from victims who haven't received distributions?
6) What data was breached? What protections are being given to the affected parties?  Credit monitoring? Etc.
7) Will the delays change the forfeit after 1 year rule that is in place?

Thank you for the time it took to read this.  I truly appreciate it.  I am looking forward to an update on my distribution.  Please help me.

Sincerely,


Daniel Dorsey Brooks
Email: danieldbrooks@yahoo.com
Schedule F Line #:  3.1.124258
Phone Number:  770-540-2628