UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

## ORDER REQUIRING POST-EFFECTIVE DATE DEBTORS TO RESPOND TO REQUEST OF DMITRY KIRSANOV

*Pro se* creditor Dimitry Kirsanov filed a letter requesting that the Court revoke the order of confirmation in this case pursuant to section 1144 of the Bankruptcy Code. (*See* Letter of Dimitry Kirsanov, Pro Se Creditor, entered on May 6, 2024 ("Kirsanov Letter," ECF Doc. # 4869).) The Kirsanov Letter was filed within 180 days of the entry of the order of confirmation on November 9, 2023 (ECF Doc. # 3972).

Counsel for the Post-Effective Date Debtors shall file a detailed response to the request for relief in the Kirsanov Letter on or before 5:00 p.m. on May 22, 2024.

After reading the response the Court will determine how to proceed with respect to Kirsanov's request for relief.

**IT IS SO ORDERED.**

Dated:   May 8, 2024
         New York, New York

*Martin Glenn*
MARTIN GLENN
Chief United States Bankruptcy Judge