April 30th 2024

Case name: Celsius Network LLC

Beneficiary name: Mr Domenico Ricciardi

Dear Honourable Martin Glenn

I am a UK Citizen, and have been desperately waiting for the return of my funds from Celsius, I have been sending emails as per the instruction, but all I get is automated responses, with no information of when and how I will get my funds.

Please could you help me in getting back my funds as soon as possible, or at least some communication that I will get my funds, this is a lot of money to me and would make a whole lot of difference to my financial circumstances right now.

Thank you for taking the time to read this, your help will be very much appreciated.

Your Sincerely

Domenico Ricciardi

Email address: domricc@gmail.com


