Dear Judge Glen!
I am asking for your help!
We never recieved our destribution!
My Father and Invested our life savings and trusted Celsius.
Neither Celsius, Stretto or the lawyers have offered any help in recovering our crypto or money!
I do not know where else to turn to
Any assistance would be grately appreciated!
This would mean the world to us!
Sincerely! Gene Kreyd