April 29, 2024



The Honorable Martin Glenn
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

RE: CELSIUS DISTRIBUTION

Dear Judge Glenn,

Celsius defrauded me of approximately $55,000 USD (value at announcement of
Celsius bankruptcy) worth of cryptocurrency including Bitcoin, Ethereum and
Ethereum Classic.

I am writing to inform you that I have received nothing from Celsius or Stretto
regarding my claim distribution. Stretto recently emailed telling me my personal
address has been changed but I've received nothing verifying it so until then, I'll
assume it has not been changed. Furthermore, I have been requesting a change to
the email and personal address I provided Celsius for over a year.

I believe the email and personal addresses which Celsius has are:

**Please redact the information inside the box if published in any fashion.**

tom@coq.network

and

Tom Gooch
418 N Clay Ave, Apt C
Kirkwood, MO 63122

FYI, if any communication has been sent to either of these addresses during the past
year to year and a half, I've not received them. Furthermore, tom@coq.network
doesn't exist anymore.

As mentioned previously, it has been over a year of sending messages to Celsius
and now Stretto.

The email and personal addresses I've asked them to change to are:

tkgmizzou@gmail.com

and

Tom Gooch
920 Kinsale Dr.
Manchester, MO 63021



In another fairly recent communication with Stretto, I was informed that PayPal was my Claim Agent but that they were trying to decide how to provide me the details. It's now been over a month with no further communication.

I thought I could get this done without involving you, but it appears as if I have no other recourse other than to query your Court.

Please demand on my behalf that I be provided my Claim details so I can take whatever sum I'm owed and end the relationship.

Kindly,

Tom Gooch