Kenneth L Clark

May 9, 2024

Honorable Martin Glenn
Southern District Court of New York

Dear Judge Glenn,

I am a creditor in the Celsius bankruptcy. I had over $600 in assets on Celsius accounts. I know that may not be a significant amount to many but to me it makes a difference as I am on a fixed income. I had put my faith in Celsius that they would keep my money safe as Alex Mashinsky had repeatedly stated publicly prior to the bankruptcy. Even years later, I still have not received the distribution I am entitled to from Stretto. They have been unresponsive to my tickets and emails. If I do get a response, it directs me to their FAQ and troubleshooting page which have not helped me. I spent an hour on the phone with PayPal to confirm everything was correct on their end. The representative informed me they had an ongoing ticket with Stretto and would add my claim to it and that they have had several issues with Stretto. I am only asking for the claim that I am entitled to even though I feel we should have received the full amount. Anything you could do to help would be greatly appreciated.

Sincerely,

Kenneth L Clark