To the Honorable Martin Glenn and trustees,

Hello your honor,

My claim is under RYAN BERYL MESTON and ryeguynew@ gmail.com It is about 22 eth and 1.5 btc .

I attempted to redeem the btc code and received a message that my kyc or identity documents were being reviewed and I would have an answer in 2-3 days. It had already been over a week.

I called Venmo and was advised that my account was "too old" and wouldn't be able to process the verification / kyc/ document review. Venmo instructed me to cancel that account and open a new one under the same email and go through the kyc process.

So I proceeded as instructed. Everything processed normally kyc wise. I was able to redeem my eth code/ balance. Received that and got a confirmation email that I received it.

The problem is the btc code. It now says it is invalid and won't let me redeem. I received NO email confirmation of transfer and am still owed about 1.5 btc.

Stretto only sends automated email responses. There is no way to contact or follow up and they have given no timeline for assistance. They were paid too much to ignore me at this stage of the game. It has been over 60 days since the last generic email. I need the code reissued so I can redeem. This should be easily verified that I haven't received it and this problem is insult to injury after this whole fiasco.

Any statement that stretto has made regarding personal service or accessibility or personal response to inquiries is a lie!

If there is anything that you as trustees or as the presiding judge can do to make Stretto do there job I would really appreciate it. I just want this to be over.

Thank You

Ryan Meston

303.547.6003

ryeguynew@gmail.com