Request for Assistance Regarding Bitcoin Retrieval

Dear Judge Glenn, I hope this letter finds you well.

My name is Edward Sanchez, and I am writing to seek your assistance in resolving an issue regarding the retrieval of my Bitcoin. Recently, I received my Bitcoin code from Celcius, but I have encountered difficulties in claiming it. It has come to my attention that PayPal has removed the option to claim such codes, adding to the complexity of the situation. Despite my repeated attempts to contact Stretto, I have yet to receive any response or assistance. Given the circumstances, I am reaching out to you in the hope that you might be able to provide guidance or support in resolving this matter. Your expertise and intervention would be greatly appreciated in helping me reclaim what is rightfully mine. Thank you for considering my request, Judge Glenn.

I am truly grateful for any assistance you can offer in facilitating the resolution of this issue.

Yours sincerely,

Edward Sanchez