May 1, 2024

Case Name Celsius Network LLC, et al.

Case No. 22-10964

Beneficiary client CEL-22789 Jean-Louis Ebener / July 14, 1949



Dear Honorable Martin Glenn,

I hope this email finds you well. I am writing to bring to your attention an urgent matter regarding the distribution for receiving crypto assets in the Celsius Crypto bankruptcy case.

As a participant in the bankruptcy proceedings, I was provided with distribution codes no: CEL-22789 to receive my allocated crypto assets on Coinbase.

On April 13,2024 I've received on Coinbase :

1,51300796 ETH           0,10124705 BTC

My initial account was :

5,807065 ETH             0,363180 BTC

I have received a small part of my initial investment.

This situation is causing significant inconvenience and uncertainty for me, especially considering the rapidly changing nature of cryptocurrency markets.

I kindly request your urgent attention and action to resolve this matter promptly. It is crucial that I'm able to access my allocated crypto assets in a timely manner to address my financial needs and obligations.

If possible, I would appreciate any assistance or guidance you can provide to expedite the resolution of this issue. Alternatively, if there are any alternative procedures or channels, I should follow to address this matter, please advise accordingly.

Thank you for your attention to this matter. I look forward to your prompt response and assistance in resolving this issues.

Sincerely yours,

Jean-Louis Ebener

Email: jlebener@protonmail.com


Attached documents :

My initial ETH and BTC number

My partial claim distribution on Coinbase

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) |  | 6256.39 | 0.363180 |  |
| Celsius (CEL) |  | 92.58 | 152.7964 |  |
| Ethereum (ETH) |  | 7467.99 | 5.807065 |  |

Does this include interest or other charges: true

Is the claim based on a lease:
Is the claim subject to a right of setoff:
Is all or part of the claim entitled to priority under 11 U.S.C. 507(a)?

Signed on: February, 6th 2022
Signed by: EBENER Jean-Louis :
Name: EBENER
Title: [No Response]
Company: [No Response]

Contact Phone: [No Response] +4179 459 19 35
Contact Email: [No Response]  jlebener@bluewin.ch
Supporting Documents Uploaded:

- Claim for Ebener Jean-Louis.pdf

Please visit https://cases.stretto.com/celsius for additional information and updates about this case. If you have additional questions, you can contact Stretto at:

Toll-Free: (855) 423-1530
International: (949) 669-5873
Email: celsiusinquiries@stretto.com

**De:** Jean-Louis Ebener jeanlouisebener@gmail.com
**Objet:** Fwd: Your Celsius Claim Distribution in ETH was received at Coinbase
**Date:** 28 avril 2024 à 20:40
**À:** Ebener Jean-Louis jlebener@bluewin.ch

---------- Message transféré ----------
De : <no-reply@cases-cr.stretto-services.com>
Date : sam. 13 avr. 2024 à 07:13
Objet : Your Celsius Claim Distribution in ETH was received at Coinbase
À : <jeanlouisebener@gmail.com>

Dear JEAN LOUIS EZIO EBENER

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed at Coinbase.**

| Claim Distribution Type | ETH |
|---|---|
| Claim Distribution Amount | 1.51300796 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**
We *strongly suggest* you refer to our Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602

**De:** Jean-Louis Ebener jeanlouisebener@gmail.com
**Objet:** Fwd: Your Celsius Claim Distribution in BTC was received at Coinbase
**Date:** 28 avril 2024 à 20:30
**À:** Ebener Jean-Louis jlebener@bluewin.ch

---------- Message transféré ---------
De : <no-reply@cases-cr.stretto-services.com>
Date : sam. 13 avr. 2024 à 07:59
Objet : Your Celsius Claim Distribution in BTC was received at Coinbase
À : <jeanlouisebener@gmail.com>

Dear JEAN LOUIS EZIO EBENER

You are receiving this email to confirm that your claim distribution of cryptocurrency was **successfully completed at Coinbase.**

| Claim Distribution Type | BTC |
|---|---|
| Claim Distribution Amount | 0.10124705 |

If you did not receive this claim distribution please immediately contact Stretto for support at cases.stretto.com/celsius.

**If you have questions or need further support**
We *strongly suggest* you refer to our Distributions FAQ if you have questions or need further assistance before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates on these Chapter 11 cases are available on cases.stretto.com/celsius or through the Celsius X account (formerly Twitter) @CelsiusNetwork.

Stretto

410 Exchange, Ste. 100 | Irvine, CA 92602