May 20, 2024

Case Name: CELSIUS NETWORK LLC, et al., 1

Case Number: Case No. 22-10964 (MG)

My Name: Roger W. Powers

Dear Judge Glenn:

Here are the facts per your order dated January 24, 2023

1. The Motion is granted as set forth herein.

2. Flare is required to comply with the Flare Agreement, including distributing Flare Tokens to the Debtors in connection with any Flare airdrop as provided in the Flare Agreement.

3. The Debtors are authorized to credit the accounts of those account holders that held XRP on the XRP Snapshot with the amount of Flare Tokens to which those account holders are entitled based on eligibility determined as of the XRP Snapshot in accordance with the Distribution Scheme as set forth in the Flare Agreement, provided that if the Debtors credit such accounts in accordance with the Flare Agreement, Flare must comply with its obligations under the Flare Agreement, including the distribution of 150 million Flare Tokens directly to the Debtors.

4. Prior to confirmation of a chapter 11 plan in any of these cases, the Debtors shall promptly inform the Committee's counsel if the Debtors determine that additional Flare Tokens are expected to be distributed to the Debtors following entry of this Order. The Debtors shall provide notice to the Committee's counsel of efforts to facilitate an equitable distribution among account holders of any Flare Tokens that are received by the Debtors following entry of this Order

Flare has NOT complied with your Order to distribute Flare tokens in connection with any Flare airdrop as provided in the Flare agreement.

I held by XRP on Celsius the day of the XRP/Flare snapshot December 12th 2020. A short time after I removed by 313,307.329511from Celsius. I have attached an image of the tokens from the Celsus app for your review.

The first date of the Flare airdrop was March 17th, 2023 (after your Order was signed)

FlareDrops can be claimed using the Flare Portal by connecting a wallet that held WFLR during the Holdings calculation period.

Celsius has the wallet address these Flare tokens are held in, they or Flare are not cooperating with your order.

The last communication for Celsus say they converted the Flare into BTC or ETH, however that is not what your Order states.

My request to the Court:

Please order Flare or Celsius to follow your Order dated January 24, 2023.

If this were just a few tokens, I would let this go, however 313,307 Flare tokens are mine to receive, about $9,000 in todays value.

Here is the snapshot from Celsius and also the last communication where they say they are converting into BTC and ETH. "distributions are only being made in BTC and ETH"  **This violates your Order dated January 24, 2023  The second image shows that Celsius recorded the snapshot represented by the Spark tokens (pre-cursor to Flare) and I had removed by XRP from Celsius.**

**Thank you in advance to help clear this up or hold Celsius or Flare or both in Contempt of your Order.  Equal Justice for all, even the retail investor.**



