Tom Anusic

Pro Se

20 May 2024

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

_____

| In re: | Chapter 11 |
| --- | --- |
|  | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC, et al. | Jointly Administered |
|  |  |
|  | Appeal |
| Debtors. | Case No. 23-cv-10368 |

**Request for the Court to answer Motion for clarification of collateral ownership, conversion rates and Earnn subordination in Celsius case 22-10964 (MG) (docket 4009)**

Your Honor,

The motion mentioned above was filed on 11 November 2023 and have yet to be answered.

Since I have not filed an appeal on the subjects in the above mentioned motion and in view of similar motion (docket 3998), requesting clarification on other issues, immediately received a response, I request that the same courtesy is awarded to this motion as well.

Respectfully

Tom Anusic

*Pro se creditor*