**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order (I) Approving Procedures for the Distribution of Deceased Account Holders' Assets to Their Respective Authorized Representatives, (II) Authorizing Such Distributions, and (III) Granting Related Relief** (Docket No. 4874)

Dated: May 20, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 20th day of May 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**



### Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| AD HOC GROUP OF BORROWERS | C/O MCCARTER & ENGLISH, LLP | ATTN: LISA S. BONSALL | FOUR GATEWAY CENTER | 100 MULBERRY STREET | NEWARK | NJ | 07102 |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | ONE PENN PLAZA | SUITE 3335 | NEW YORK | NY | 10119 |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JASON A. NAGI, ESQ. | 590 MADISON AVE | 6TH FLOOR | NEW YORK | NY | 10022 |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS, ESQ. | 7021 COLUMBIA GATEWAY DR | STE 200 | COLUMBIA | MD | 21046-2967 |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 4000 TOWN CENTER | SUITE 1800 | SOUTHFIELD | MI | 48075 |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | 125 BROAD ST | | NEW YORK | NY | 10004 |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 |
| ALEXANDER MASHINSKY | | ON FILE | | | | | |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | | UNIONDALE | NY | 11556-1425 |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | 5 WALTER FORAN BLVD | SUITE 2007 | FLEMINGTON | NJ | 08822 |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 |
| BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM (BRIC) | C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: BENJAMIN I. FINESTONE, KATE SCHERLING, MARIO O. GAZZOLA | 51 MADISON AVE | 22ND FLOOR | NEW YORK | NY | 10010 |
| BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM (BRIC) | C/O WILLKIE FARR & GALLACHER LLP | ATTN: BRIAN S. LENNON | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY ROAD SUITE 410 | | | GARDEN CITY | NY | 11530 |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 |
| CELSIUS MINING LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MITCHELL P. HURLEY, DEAN L. CHAPMAN JR., JEFFREY A. LATOV | ONE BRYANT PARK | | NEW YORK | NY | 10036 |
| CELSIUS MINING LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ELIZABETH D. SCOTT | 2300 N. FIELD STREET, SUITE 1800 | | DALLAS | TX | 75201 |
| CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JESSICA MANNON & ELIZABETH D. SCOTT | 2300 N. FIELD STREET SUITE 1800 | | DALLAS | TX | 75201 |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA, | 200 PARK AVENUE | | NEW YORK | NY | 10166 |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | | WASHINGTON | DC | 20036 |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 |
| COINBASE, INC. | C/O CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS S. KESSLER | ONE LIBERTY PLAZA | | NEW YORK | NY | 10006 |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK CHIEF DEPUTY ATTORNEY GENERAL | 15TH FLOOR, STRAWBERRY SQUARE | | HARRISBURG | PA | 17120 |
| COMMUNITY FIRST PARTNERS, LLC, CELSIUS SPV INVESTORS, LP, AND CELSIUS NEW SPV INVESTORS, LP | C/O MILBANK LLP | ATTN: DENNIS F. DUNNE, NELLY ALMEIDA, ATARA MILLER, KATHERINE FELL, & ALEXANDER B. LEES | 55 HUDSON YARDS | | NEW YORK | NY | 10001 |
| COMMUNITY FIRST PARTNERS, LLC, CELSIUS SPV INVESTORS, LP, AND CELSIUS NEW SPV INVESTORS, LP | C/O MILBANK LLP | ATTN: ANDREW M. LEBLANC, MELANIE WESTOVER YANEZ, JULIE M. WOLF, SAMIR L. VORA | 1850 K ST NW | SUITE 1100 | WASHINGTON | DC | 20006 |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 06106 |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | 767 FIFTH AVE | | NEW YORK | NY | 10153 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | | MIAMI | FL | 33131 |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | ONE VANDERBILT AVE | | NEW YORK | NY | 10017-3852 |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | 333 SE 2ND AVE | SUITE 4500 | MIAMI | FL | 33131-2184 |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O BOND, SCHOENECK & KING, PLLC | ATTN: EDWARD J. LOBELLO | 600 THIRD AVENUE 22ND FLOOR | | NEW YORK | NY | 10016-1915 |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: JORDAN D. WEISS | 1350 BROADWAY | SUITE 1420 | NEW YORK | NY | 10018 |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | 920 LENMAR DR | | | BLUE BELL | PA | 19422 |
| FAHRENHEIT, LLC | C/O BROWN RUDNICK LLP | ATTN: ANDREW M. CARTY | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 |
| FAHRENHEIT, LLC | C/O BROWN RUDNICK LLP | ATTN: SHARI I. DWOSKIN & MATTHEW A. SAWYER | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON | 600 PENNSYLVANIA AVE NW | MAIL STOP CC-9528 | | WASHINGTON | DC | 02058 |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | ONE EAST MAIN STREET, SUITE 500 | | MADISON | WI | 53703 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., ESQ. | 51 W 52ND ST | | NEW YORK | NY | 10019-6142 |
| GALAXY DIGITAL TRADING LLC, GALAXY DIGITAL MINING LLC, GALAXY DIGITAL LP | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOEL C. HAIMS, LUCAS B. BARRETT, CHRISTOPHER J. WHALEN | ONE VANDERBILT AVENUE | | NEW YORK | NY | 10017-3852 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 1 of 3



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | 200 PARK AVENUE | | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | | WASHINGTON | DC | 20036 |
| HARRISON SCHOENAU | C/O KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ATTN: MATTHEW J. GOLD & DOV R. KLEINER | 500 FIFTH AVENUE | | NEW YORK | NY | 10110 |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED | 151 W 42ND ST | FL 4R | NEW YORK | NY | 10036-6635 |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | 600 MASSACHUSETTS AVE NW | | WASHINGTON | DC | 20001 |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | ONE RIVERFRONT PLAZA | | NEWARK | NJ | 07102 |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | ATTN: VEL (DEVIN) FREEDMAN | 1 SE 3RD AVE., SUITE 1240 | | MIAMI | FL | 33131 |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE, ESQ. | 260 MADISON AVE | 8TH FLOOR | NEW YORK | NY | 10016 |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | 1271 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | 1185 AVENUE OF THE AMERICAS | 34TH FLOOR | NEW YORK | NY | 10036 |
| KOALA1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | | UNIONDALE | NY | 11556-1425 |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | 667 MADISON AVE | 5TH FLOOR | NEW YORK | NY | 10065 |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | 1339 CHESTNUT ST | SUITE 500 | PHILADELPHIA | PA | 19107 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 |
| MICHIGAN DEPARTMENT OF TREASURY | JUANDISHA HARRIS | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD | SUITE 10-400 | DETROIT | MI | 48202 |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 03301 |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | 570 BROAD ST | | NEWARK | NJ | 07102 |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | 1300 MT. KEMBLE AVENUE | P.O. BOX 2075 | MORRISTOWN | NJ | 07962-2075 |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD, ESQ. | 225 LIBERTY ST | 36TH FLOOR | NEW YORK | NY | 10281 |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 08611 |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | 60 E 42ND ST | SUITE 4700 | NEW YORK | NY | 10165 |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER | 750 HAMMOND DR | BLDG 2 | ATLANTA | GA | 30328-5537 |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O PIERSON FERDINAND LLP | ATTN: CARL D. NEFF | CSC STATION | 112 SOUTH FRENCH STREET | WILMINGTON | DE | 19801 |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 |
| NOL MEYER AND NHAT VAN MEYER | | ON FILE | | | | | |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: JORDAN D. WEISS | 1350 BROADWAY, SUITE 1420 | | NEW YORK | NY | 10018 |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | | NEW YORK | NY | 10004-1459 |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | ON FILE | | | | | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, ESQ., FAITH E. GAY, ESQ., & CLAIRE O'BRIEN, ESQ. | 1290 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10104 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | 425 MARKET ST | SUITE 2900 | SAN FRANCISCO | CA | 94105-3493 |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | WORLDWIDE PLAZA | 825 EIGHTH AVE 31ST FLOOR | NEW YORK | NY | 10019 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 |
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | 184 GRAND AVE | | ENGLEWOOD | NJ | 07631 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | | WASHINGTON | DC | 20006-1806 |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | 650 TOWN CENTER DR | SUITE 1530 | COSTA MESA | CA | 92626 |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | 100 CONGRESS AVE | 18TH FLOOR | AUSTIN | TX | 78704 |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | 511 UNION ST | SUITE 2700 | NASHVILLE | TN | 37219 |

In re: Celsius Network LLC, et al.
Case No. 22-10964 (MG)

Page 2 of 3

**Exhibit A**
Served via First-Class Mail



| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 |
| RHODIUM ENTERPRISES, INC. | C/O STRIS & MAHER LLP | ATTN: DANA BERKOWITZ & PETER K. STRIS | 777 S FIGUEROA STREET, SUITE 3850 | | LOS ANGELES | CA | 90017 |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | ATTN: JULIE F. MONTGOMERY, ESQ. | 6 N BROAD ST | SUITE 100 | | WOODBURY | NJ | 08096 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | 390 MADISON AVENUE | | NEW YORK | NY | 10017 |
| SIGNATURE BANK | C/O GOETZ FITZPATRICK LLP | ONE PENN PLAZA | 31ST FLOOR | | NEW YORK | NY | 10119 |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 |
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 |
| SWISSBLOCK CAPITAL AG | C/O QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: PATRICIA B. TOMASCO & JOANNA D. CAYTAS | 51 MADISON AVENUE, 22ND FLOOR | | NEW YORK | NY | 10010 |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ AND GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. AND AMIT SONDHI, ESQ. | 600 THIRD AVE | 25TH FLOOR | NEW YORK | NY | 10016 |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BKR DIV | ATTN: MARVIN E. CLEMENTS, JR. | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT AG | PO BOX 12548 MC008 | | AUSTIN | TX | 78711-2548 |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | PO BOX 12548 MC 008 | BKR & COLLECTIONS DIVISION | OFFICE OF THE AG TX | AUSTIN | TX | 78711-2548 |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | 7 TIMES SQUARE | | NEW YORK | NY | 10036-6569 |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER AND CONRARDY, P.C. | ATTN: AARON A. GARBER | 2580 W. MAIN ST | | LITTLETON | CO | 80120 |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | 89 MAIN ST | 3RD FLOOR | | MONTPELIER | VT | 05620 |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 05609 |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | 40 CUTTERMILL RD | SUITE 308 | GREAT NECK | NY | 11021 |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | 445 PARK AVE | 9TH FLOOR | NEW YORK | NY | 10022 |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | 800 FIFTH AVE | SUITE 2000 | SEATTLE | WA | 98104-3188 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WA GOVT COMPLIANCE AND ENFORCEMENT DIVISION | GOVERNMENT COMPLIANCE AND ENFORCEMENT DIVISION | PO BOX 40100 | OLYMPIA | WA | 98504-4010 |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | 600 OLD COUNTRY RD | SUITE 410 | | GARDEN CITY | NY | 11530 |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ. | ONE LOWENSTEIN DRIVE | | ROSELAND | NJ | 07068 |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: PHILLIP KHEZRI, ESQ. | 1251 AVENUE OF THE AMERICAS | 17TH FLOOR | NEW YORK | NY | 10020 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF BORROWERS | C/O MCCARTER & ENGLISH, LLP | ATTN: LISA S. BONSALL | LBONSALL@MCCARTER.COM |
| AD HOC GROUP OF CUSTODIAL ACCOUNT HOLDERS | C/O TOGUT SEGAL & SEGAL LLP | ATTN: KYLE J. ORTIZ & BRYAN M. KOTLIAR | KORTIZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>DPERSON@TEAMTOGUT.COM<br>AODEN@TEAMTOGUT.COM<br>AGLAUBACH@TEAMTOGUT.COM<br>EBLANDER@TEAMTOGUT.COM<br>ARODRIGUEZ@TEAMTOGUT.COM<br>BKOTLIAR@TEAMTOGUT.COM<br>GQUIST@TEAMTOGUT.COM<br>ASTOLP@TEAMTOGUT.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JASON A. NAGI, ESQ. | JASON.NAGI@OFFITKURMAN.COM |
| AD HOC GROUP OF EARN ACCOUNT HOLDERS INCLUDING IMMANUEL HERRMANN, NICHOLAS FARR AND BRETT PERRY | C/O OFFIT KURMAN, P.A. | ATTN: JOYCE A. KUHNS, ESQ. | JKUHNS@OFFITKURMAN.COM |
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDER | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM<br>KAY.KRESS@TROUTMAN.COM |
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALAMEDA RESEARCH LLC AND AFFILIATES | C/O SULLIVAN & CROMWELL LLP | ATTN: ANDREW G. DIETDERICH, BRIAN D. GLUECKSTEIN, & BENJAMIN S. BELLER | DIETDERICHA@SULLCROM.COM<br>GLUECKSTEINB@SULLCROM.COM<br>BELLERB@SULLCROM.COM |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ALEXANDER MASHINSKY | | | ON FILE |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| AMTRUST NORTH AMERICA, INC. ON BEHALF OF ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. | C/O MAURICE WUTSCHER LLP | ATTN: THOMAS R. DOMINCZYK | TDOMINCZYK@MAURICEWUTSCHER.COM<br>THOMAS-DOMINCZYK-5025@ECF.PACERPRO.COM |
| ANABELLE DIAS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM (BRIC) | C/O QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: BENJAMIN I. FINESTONE, KATE SCHERLING, MARIO O. GAZZOLA | BENJAMINFINESTONE@QUINNEMANUEL.COM<br>KATESCHERLING@QUINNEMANUEL.COM<br>MARIOGAZZOLA@QUINNEMANUEL.COM |
| BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM (BRIC) | C/O WILLKIE FARR & GALLACHER LLP | ATTN: BRIAN S. LENNON | BLENNON@WILLKIE.COM |
| BRANDON VOSS | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| CELSIUS MINING LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: ELIZABETH D. SCOTT | EDSCOTT@AKINGUMP.COM |
| CELSIUS MINING LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MITCHELL P. HURLEY, DEAN L. CHAPMAN JR., JEFFREY A. LATOV | MHURLEY@AKINGUMP.COM<br>DCHAPMAN@AKINGUMP.COM<br>JLATOV@AKINGUMP.COM |
| CELSIUS NETWORK LIMITED AND CELSIUS KEYFI LLC | C/O AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: JESSICA MANNON & ELIZABETH D. SCOTT | JMANNON@AKINGUMP.COM<br>EDSCOTT@AKINGUMP.COM |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA, | AVIWEITZMAN@PAULHASTINGS.COM<br>JOSHUAKAHANE@PAULHASTINGS.COM<br>NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| CELSIUS NETWORK POOL: ADRIAN ALISIE, AMIR AYALON, TAL BENTOV, ROD BOLGER, SHIRAN KLEIDERMAN, JASON PERMAN, TRUNSHEDDA RAMOS, AND RODNEY SUNADA-WONG | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| CHRISTOPHER J. LITTLE | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| CLINT PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| COINBASE, INC. | C/O CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS S. KESSLER | TKESSLER@CGSH.COM |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE | C/O PENNSYLVANIA OFFICE OF ATTORNEY GENERAL | ATTN: MELISSA L. VAN ECK CHIEF DEPUTY AG | MVANECK@ATTORNEYGENERAL.GOV |
| COMMUNITY FIRST PARTNERS, LLC, CELSIUS SPV INVESTORS, LP, AND CELSIUS NEW SPV INVESTORS, LP | C/O MILBANK LLP | ATTN: ANDREW M. LEBLANC, MELANIE WESTOVER YANEZ, JULIE M. WOLF, SAMIR L. VORA | ALEBLANC@MILBANK.COM<br>MWYANEZ@MILBANK.COM<br>JWOLF@MILBANK.COM<br>SVORA@MILBANK.COM |



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| COMMUNITY FIRST PARTNERS, LLC, CELSIUS SPV INVESTORS, LP, AND CELSIUS NEW SPV INVESTORS, LP | C/O MILBANK LLP | ATTN: DENNIS F. DUNNE, NELLY ALMEIDA, ATARA MILLER, KATHERINE FELL, & ALEXANDER B. LEES | DDUNNE@MILBANK.COM<br>NALMEIDA@MILBANK.COM<br>AMILLER@MILBANK.COM<br>KFELL@MILBANK.COM<br>ALEES@MILBANK.COM |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| CORE SCIENTIFIC, INC. | C/O WEIL GOTSHAL & MANGES LLP | ATTN: RAY C. SCHROCK, P.C., DAVID J. LENDER, & RONIT J. BERKOVICH | RAY.SCHROCK@WEIL.COM<br>DAVID.LENDER@WEIL.COM<br>RONIT.BERKOVICH@WEIL.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM<br>JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN | DAZMAN@MWE.COM<br>MCO@MWE.COM<br>CGREER@MWE.COM |
| CRED INC. LIQUIDATION TRUST | C/O MCDERMOTT WILL & EMERY LLP | ATTN: GREGG STEINMAN | GSTEINMAN@MWE.COM |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O BOND, SCHOENECK & KING, PLLC | ATTN: EDWARD J. LOBELLO | ELOBELLO@BSK.COM |
| DIANA THANT AND NATAKOM CHULAMORKODT | C/O MEYER, SUOZZI, ENGLISH & KLEIN, PC | ATTN: JORDAN D. WEISS | JWEISS@MSEK.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| DR. ASHRAF ELSHAFEI | C/O ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT & ALLISON H. WEISS | JEFFREY.GLEIT@AFSLAW.COM<br>ALLISON.WEISS@AFSLAW.COM<br>LISA.INDELICATO@AFSLAW.COM<br>ALYSSA.FIORENTINO@AFSLAW.COM |
| EMIL PILACIK, JR. AND EMCO TECHNOLOGY, INC. | ATTN: WILLIAM D. SCHROEDER, JR. | | SCHROEDER@JRLAW.ORG<br>HEALEY@JRLAW.ORG |
| FAHRENHEIT, LLC | C/O BROWN RUDNICK LLP | ATTN: ANDREW M. CARTY | ACARTY@BROWNRUDNICK.COM |
| FAHRENHEIT, LLC | C/O BROWN RUDNICK LLP | ATTN: SHARI I. DWOSKIN & MATTHEW A. SAWYER | SDWOSKIN@BROWNRUDNICK.COM<br>MSAWYER@BROWNRUDNICK.COM |
| FEDERAL TRADE COMMISSION | ATTN: KATHERINE JOHNSON | | KJOHNSON3@FTC.GOV |
| FEE EXAMINER, CHRISTOPHER S. SONTCHI | C/O GODFREY & KAHN, S.C. | ATTN: KATHERINE STADLER | KSTADLER@GKLAW.COM |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GALAXY DIGITAL TRADING LLC | C/O ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., ESQ. | OHSCELSIUSNOTICE@ORRICK.COM |
| GALAXY DIGITAL TRADING LLC, GALAXY DIGITAL MINING LLC, GALAXY DIGITAL LP | C/O MCDERMOTT WILL & EMERY LLP | ATTN: DARREN AZMAN, JOEL C. HAIMS, LUCAS B. BARRETT, CHRISTOPHER J. WHALEN | DAZMAN@MWE.COM<br>JHAIMS@MWE.COM<br>LBARRETT@MWE.COM<br>CHWHALEN@MWE.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | AVIWEITZMAN@PAULHASTINGS.COM<br>JOSHUAKAHANE@PAULHASTINGS.COM<br>NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| HARRISON SCHOENAU | C/O KLEINBERG, KAPLAN, WOLFF & COHEN, P.C. | ATTN: MATTHEW J. GOLD & DOV R. KLEINER | MGOLD@KKWC.COM<br>DKLEINER@KKWC.COM |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | ATG.CED@HAWAII.GOV |



Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: ANDREW J. CURRIE | AJCURRIE@VENABLE.COM |
| IGNAT TUGANOV | C/O VENABLE LLP | ATTN: JEFFREY S. SABIN, CAROL WEINER LEVY, & ARIE PELED | JSSABIN@VENABLE.COM CWEINERLEVY@VENABLE.COM APELED@VENABLE.COM |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| ILLUMITI CORP A/K/A SYNTAX SYSTEMS USA LP | C/O SILLS CUMMIS & GROSS PC | ATTN: GREGORY A. KOPACZ | GKOPACZ@SILLSCUMMIS.COM |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| JASON STONE AND KEYFI INC. | C/O FREEDMAN NORMAND FRIEDLAND LLP | ATTN: VEL (DEVIN) FREEDMAN | VEL@FNF.LAW |
| JASON STONE AND KEYFI INC. | C/O KYLE ROCHE P.A. | ATTN: KYLE W. ROCHE, ESQ. | KYLE@KYLEROCHE.LAW |
| JOHN DZARAN | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| JOHN MARCHIONI | C/O BLANK ROME LLP | ATTN: EVAN J. ZUCKER | EVAN.ZUCKER@BLANKROME.COM EDOCKETING@BLANKROME.COM |
| JYOTI SUKHNANI | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | | DEREK.SCHMIDT@AG.KS.GOV |
| KEITH SUCKNO | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | MHANDLER@KSLAW.COM LNATHANSON@KSLAW.COM |
| KOALA1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| KYLE FARMERY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARTIN LANGLOIS | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: BONNIE R. GOLUB | BGOLUB@WGPLLP.COM |
| MATTHEW PINTO | C/O WEIR GREENBLATT PIERCE LLP | ATTN: JEFFREY S. CIANCIULLI & MICHAEL P. BROADHURST | JCIANCIULLI@WGPLLP.COM MBROADHURST@WGPLLP.COM |
| MICHIGAN DEPARTMENT OF TREASURY | JUANDISHA HARRIS | | HARRISJ12@MICHIGAN.GOV |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONIKA KOSA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: JEFFREY BERNSTEIN, ESQ. | JBERNSTEIN@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: NICOLE LEONARD, ESQ. | NLEONARD@MDMC-LAW.COM SSHIDNER@MDMC-LAW.COM |
| NEW JERSEY BUREAU OF SECURITIES | C/O MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: VIRGINIA T. SHEA | VSHEA@MDMC-LAW.COM |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC & PREH SPANISH RIDGE, LLC | C/O LEVIN EPSTEIN & ASSOCIATES PC | ATTN: JOSHUA D. LEVIN-EPSTEIN, ESQ. | JOSHUA@LEVINEPSTEIN.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O FISHERBROYLES, LLP | ATTN: THOMAS R. WALKER | THOMAS.WALKER@FISHERBROYLES.COM |
| NEW SPANISH RIDGE, LLC, MRK SPANISH RIDGE, LLC AND PREH SPANISH RIDGE, LLC | C/O PIERSON FERDINAND LLP | ATTN: CARL D. NEFF | CARL.NEFF@PIERFERD.COM |
| NHAT VAN MEYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: JORDAN D. WEISS | JWEISS@MSEK.COM |
| NOL MEYER AND NHAT VAN MEYER | | | ON FILE |
| NOL MYER | C/O MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: JORDAN D. WEISS | JWEISS@MSEK.COM |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | | | ON FILE |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS | C/O SELENDY GAY ELSBERG PLLC | ATTN: JENNIFER M. SELENDY, ESQ., FAITH E. GAY, ESQ., & CLAIRE O'BRIEN, ESQ. | JSELENDY@SELENDYGAY.COM FGAY@SELENDYGAY.COM COBRIEN@SELENDYGAY.COM |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| ORACLE AMERICA, INC. | C/O BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. | SCHRISTIANSON@BUCHALTER.COM |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PAOLA LEANO PERALTA | C/O MCCARTER & ENGLISH, LLP | ATTN: DAVID J. ADLER | DADLER@MCCARTER.COM |

## Exhibit B
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| PETER POLOMBO | C/O NORGAARD O'BOYLE & HANNON | ATTN: BRIAN G. HANNON, ESQ. & MARK E. NORGAARD, ESQ. | BHANNON@NORGAARDFIRM.COM<br>MNORGAARD@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM<br>KCIMMINO@NORGAARDFIRM.COM<br>CROSE@NORGAARDFIRM.COM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| RESOURCES CONNECTION, LLC, DBA RESOURCES GLOBAL PROFESSIONALS, AKA RGP | C/O FORTIS LLP | ATTN: PAUL R. SHANKMAN | PSHANKMAN@FORTISLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: MORRIS D. WEISS | MORRIS.WEISS@WALLERLAW.COM<br>SHERRI.SAVALA@WALLERLAW.COM<br>ANNMARIE.JEZISEK@WALLERLAW.COM |
| RH MONTGOMERY PROPERTIES, INC. | C/O WALLER LANSDEN DORTCH & DAVIS LLP | ATTN: TYLER N. LAYNE | TYLER.LAYNE@WALLERLAW.COM<br>CHRIS.CRONK@WALLERLAW.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RHODIUM ENTERPRISES, INC. | C/O STRIS & MAHER LLP | ATTN: DANA BERKOWITZ & PETER K. STRIS | PSTRIS@STRIS.COM<br>DBERKOWITZ@STRIS.COM |
| SAP AMERICA, INC. AND SAP NATIONAL SECURITY SERVICES, INC. | ATTN: JULIE F. MONTGOMERY, ESQ. | | JMONTGOMERY@BROWNCONNERY.COM |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | PIETER.VANTOL@HOGANLOVLLES.COM |
| SWISSBLOCK CAPITAL AG | C/O QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN: PATRICIA B. TOMASCO & JOANNA D. CAYTAS | PATTYTOMASCO@QUINNEMANUEL.COM<br>JOANNACAYTAS@QUINNEMANUEL.COM |
| SYMBOLIC CAPITAL PARTNERS LTD. AND PROFLUENT TRADING UK LTD | C/O MINTZ AND GOLD LLP | ATTN: ANDREW R. GOTTESMAN, ESQ. AND AMIT SONDHI, ESQ. | GOTTESMAN@MINTZANDGOLD.COM<br>SONDHI@MINTZANDGOLD.COM |
| TENNESSEE DEPARTMENT OF COMMERCE AND INSURANCE | C/O TENNESSEE ATTORNEY GENERALS OFFICE, BANKRUPTCY DIVISION | ATTN: MARVIN E. CLEMENTS, JR. | AGBANKNEWYORK@AG.TN.GOV |
| TEXAS DEPARTMENT OF BANKING | C/O OFFICE OF THE ATTORNEY GENERAL OF TEXAS BANKRUPTCY & COLLECTIONS DIVISION | ATTN: LAYLA D. MILLIGAN, ABIGAIL R. RYAN, JASON B. BINFORD, ROMA N. DESAI, ASSISTANT ATTORNEYS GENERAL | LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>TISHA.SAVANNAH@OAG.TEXAS.GOV<br>JASON.BINFORD@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| TEXAS STATE SECURITIES BOARD | ATTN: JASON B. BINFORD, LAYLA D. MILLIGAN, ABIGAIL R. RYAN & ROMA N. DESAI | | JASON.BINFORD@OAG.TEXAS.GOV<br>LAYLA.MILLIGAN@OAG.TEXAS.GOV<br>TISHA.SAVANNAH@OAG.TEXAS.GOV<br>ROMA.DESAI@OAG.TEXAS.GOV |
| THOMAS DIFIORE | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN & MATTHEW W. SILVERMAN | SLIEBERMAN@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM |
| ULREY, RENARD | C/O WADSWORTH, GARBER, WARNER & CONRARDY, P.C. | ATTN: AARON A. GARBER | AGARBER@WGWC-LAW.COM |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | BANKRUPTCY@AGUTAH.GOV |
| VERMONT DEPARTMENT OF FINANCIAL REGULATION | ATTN: JENNIFER ROOD, ESQ. | | JENNIFER.ROOD@VERMONT.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VICKERS, LISA T. | C/O BERLINER & PILSON, ESQS | ATTN: RICHARD J. PILSON, ESQ | RPILSON@BERLINERPILSON.COM |
| VINCENT THEODORE GOETTEN | C/O FISHERBROYLES, LLP | ATTN: HOLLACE T. COHEN, ESQ. | HOLLACE.COHEN@FISHERBROYLES.COM |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WASHINGTON DEPARTMENTS OF REVENUE, LABOR & INDUSTRIES, AND EMPLOYMENT SECURITY | ATTN: DINA L. YUNKER, ASSISTANT ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS UNIT | DINA.YUNKER@ATG.WA.GOV<br>BCUYUNKER@ATG.WA.GOV |
| WASHINGTON STATE DEPARTMENT OF FINANCIAL INSTITUTIONS | ATTN: STEPHEN MANNING | OFFICE OF THE ATTORNEY GENERAL OF WA GOVT COMPLIANCE & ENFORCEMENT DIV | STEPHEN.MANNING@ATG.WA.GOV<br>BCUYUNKER@ATG.WA.GOV |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |
| YASMINE PETTY | ATTN: STUART P. GELBERG, ESQ. | | SPG@13TRUSTEE.NET |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN, ESQ. & ANDREW BEHLMANN, ESQ. | METKIN@LOWENSTEIN.COM<br>ABEHLMANN@LOWENSTEIN.COM |
| ZACK KAPLAN, MICHAEL KAPLAN, ELI KAPLAN, BEN KAPLAN AND MICHAEL MAZZOTTA | C/O LOWENSTEIN SANDLER LLP | ATTN: PHILLIP KHEZRI, ESQ. | PKHEZRI@LOWENSTEIN.COM |