THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN Re:<br><br>CELSIUS NETWORK LLC, et al.,<br>    Debtors.<br><br>JASON VOELKER et al.,<br>    Real Parties in Interest. | Case 22-10964 (MG)<br><br>NOTICE OF DESIGNATION OF RECORD |

PLEASE TAKE NOTICE that pursuant to **S.D.N.Y. Local Bankruptcy Rule 8006-1**, Jason Voelker, pro se, hereby designates the following items as part of the record on appeal from the Memorandum Opinion and Order Denying Jason Voelker's Motion for Leave to File an Adversary Proceeding and Request for Permission to Utilize the Electronic Court Filing System, dated May 8, 2024:

1. **The Motion** (ECF Doc. # 4825), including:
   - Declaration of Jason Voelker in Support of Motion
   - Proposed Adversary Complaint (Exhibit A)
   - **Secured Loan Agreement and Onboarding Documents** (Exhibit B)
2. **Joint Objection to Motion** (ECF Doc. # 4843), including:
   - Declaration of Brian Karpuk in Support of Joint Objection
3. **Notice of Errata** (ECF Doc. # 4841), including:
   - March 2024 iCapital Letter (Exhibit A)
4. **Nominal Plaintiff's Final Brief in Reply** (ECF Doc. # 4865)
5. **Confirmation Order** (ECF Doc. # 3972)

6. **Modified Joint Chapter 11 Plan of Reorganization** (ECF Doc. # 4289)
7. **Disclosure Statement** (ECF Doc. # 3338)
8. **Order Approving Disclosure Statement** (ECF Doc. # 3337)
9. **Order (I) Extending the Bar Dates for Submitting Proofs of Claim** (ECF Doc. # 1846)
10. **Joint Stipulation and Agreed Order Establishing Account Holder Bar Date** (ECF Doc. # 3066)
11. **Solicitation and Voting Procedures** (ECF Doc. #3512)
12. **Ballot for Accepting or Rejecting Plan** (Attached to ECF Doc. #3512)
13. **Notice of Claims Settlement and Opportunity to Opt Out of Class Settlement** (ECF Doc. #3337-10)
14. **Transcript of the hearing held on May 7, 2024**
15. **Memorandum Opinion and Order Denying Jason Voelker's Motion for Leave to File an Adversary Proceeding and Request for Permission to Utilize the Electronic Court Filing System, dated May 8, 2024**
16. **Declaration of Jason Voelker dated May 24, 2024 and lodged on May 28, 2024.**
17. **A copy of this Notice of Designation of Record.**
18. **Any other relevant pleadings or exhibits considered by the Court.**

Dated: May 25, 2024                              Respectfully submitted,

                                                 /s/ Jason Voelker

                                                 Jason Voelker

**Certificate of Service**

I, Jason Voelker, certify that on May 28, 2024, a copy of this Designation of Record on Appeal as well as the Designation of Record on Appeal was uploaded to the Pro Se Upload Portal within the U.S. Bankruptcy Court's online portal. I understand that the Clerk of Court will examine and docket this Notice, making it available to all parties in the case through the ECF system, in accordance with the Federal Rules of Bankruptcy Procedure.

_____
Jason Voelker