Thomas Anusic
*Pro Se*
**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.,*[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

The Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
Alexander Hamilton U.S. Custom House
One Bowling Green New York, NY 10004

**Withdrawal - Motion to Disqualify Counsel 4910**

Dear Chief Judge Glenn:

Mr. Anusic respectfully writes to you to request withdrawal for a motion to Disqualify Counsel Samuel Hershey

**Shortly after I had sent the filing, I brought to the attention of the LOC that I had in-fact never received multiple offers as was stated in Sam's request to object to mediation Doc 4895.**

**The Administrator indicated an openness to negotiate and an amount that he thought the LOC might be able to approve, in which I sent them a proposal which they told me is now under-review with the "committee"**

**For this reason and out of respect for the courts time and to preserve creditor owed resources so that the LOC attorneys do not have to respond to the disqualify request I would like to withdraw the motion.**

**I still hold my position in Docket 4895 though that creditors should be granted access to a 3rd party bi-partisan for claims to be reviewed or mediated to ensure unbiased, fair & equitable merit before using court resources.**

**Thank you**

**Tom**

**Pro-Se**