Honorable Judge Glenn One Bowling Green

New York, NY 10004-1408

Case number 22-10964

Dear Judge Glenn,

I am writing to bring to your attention a matter concerning the distribution process in the ongoing bankruptcy case as international creditor of earn of Claim No. 10256 Date Filed 11/22/2022, for 88.299,16 Usd.

Recalled the previous complaints, I got the following response from Kirkland about my distribution :

"Our records indicate you opted out of the Class Claim Settlement and filed a proof of claim which is why you have not yet received your distribution.

We are exploring whether it is possible for creditors who opted out of the Class Claim Settlement to rescind that election. If you are interested in possibly rescinding your election, we can follow up with you once we have determined whether this is possible."

How can this things be true, in a legal State like the american no distribution for a missing a box on a vote to a foreigner….

I'm Italian and probably had a mistake on the vote ,in what i fill because I don't speak well English and I use translators, and I don't know the procedures,I want to rescinding my election is not accettable after this long time to not have the distribution for "checking a box on their ballot during voting on the Plan". This is no longer acceptable after long stressing case.

I' m waiting for process of circling back to creditors who opted out of the class

claim settlement to want to rescind that opt out. .So i am waiting to correct the mistake, and to receive this action.Is not also possible to verify if i really make this mistake with Kirkland, how is possible that i was opted out after a vote? I trusted the process and the advice of the professionals who I had been emailing over the last several months. I really need help because i am in bad situation i' m invalid civil at 100 % . I am just asking to be treated equally as every other creditor who received their cryptocurrency already.Now Kirkland and Stretto give only automatic response or don' t response at all, and is not possible to have a conversation with anyone. Please help me and many others who are in the same situation as me to have the wait for long time distribution of asset.I' m desperately waiting for the return of my funds from Celsius

I am asking to the court to please step up for creditors because we have nowhere else to turn. Thank you for your review and attention to this inquiry. , Tank in advance.

Best reguards 30.05.2024

Bisogni Antonino Francesco, International Creditor