Joseph E. Sarachek (Bar # 2163228)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:     (646) 861-4950

*Counsel to BFaller RD LLC, BFaller
ROTH RD LLC, SFaller TRD RD LLC,
and SFaller RD LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

1. I caused to be served the following document(s):

   a. MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING FURTHER
      DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR THE FALLER
      CREDITORS AND (II) GRANTING RELATED RELIEF

   b. AFFIDAVIT OF LAURA FALLER McNEIL IN SUPPORT OF FALLER
      CREDITORS' MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING
      FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR
      CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF

   c. NOTICE OF MOTION SEEKING ENTRY OF AN ORDER (I) APPROVING
      FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR
      THE FALLER CREDITORS AND (II) GRANTING RELATED RELIEF

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*[Vertical text in left margin:]* SARACHEK LAW    670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

2. The above-named document(s) were served by the following means to the persons as listed below:

    a.  ■ **By ECF System:**

         **SEE ECF NOTICE LIST BELOW**

    b.  ■ **By United States mail, postage fully prepaid (on 6/3/2024)**:

         **SEE MAILING NOTICE LIST BELOW**

    c.  □ **By Personal Service:**

I personally delivered the document(s) to the persons at these addresses:

□ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

□ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    d.  ■ **By direct email (as opposed to through the ECF System, on 6/3/2024)**:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

         **SEE EMAIL NOTICE LIST BELOW**

    e.  □ **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    f.  □ **By messenger**:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

### ###

SARACHEK LAW

670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

I declare under penalty of perjury that the foregoing is true and correct.
Signed on: June 3, 2024.

Amanda Ng
Name of Declarant

/s/ Amanda Ng
Signature of Declarant

State of New York

County of Westchester

Subscribed to and sworn before me this 3rd day of June, 2024 by Amanda Ng.

PAUL J. COMBE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO0011428
Qualified in Westchester County
My Commission Expires 07-18-2027

Notary:

*(vertical text, left margin)* SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

3

# Mailing Information for Case 22-10964-mg

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **David J. Adler**    dadler@mccarter.com
- **Susan L Adler**    nycsa@aol.com, susannycsa@gmail.com
- **Katherine Marie Aizpuru**    kaizpuru@tzlegal.com
- **Benjamin R. Allee**    benjamin@yankwitt.com
- **Nelly Cessiska Almeida**    nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com
- **Andrea Amulic**    andrea.amulic@whitecase.com, mco@whitecase.com
- **Michael Andolina**    mandolina@whitecase.com, mco@whitecase.com
- **Carla O. Andres**    candres@gklaw.com, kboucher@gklaw.com
- **Kenneth Aulet**    kaulet@brownrudnick.com, hcohen@brownrudnick.com;tburns@brownrudnick.com
- **Darren T. Azman**    dazman@mwe.com, mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com
- **Alexandra Steinberg Barrage**    abarrage@dwt.com
- **Malcolm M Bates**    mbates@duanemorris.com
- **Ronit Berkovich**    Ronit.Berkovich@weil.com
- **Jeffrey Bernstein**    jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- **Lauren Bolcar**    lauren.bolcar@quarles.com
- **Michael P. Broadhurst**    mbroadhurst@wgpllp.com
- **Mark Bruh**    mark.bruh@usdoj.gov
- **Aaron L. Casagrande**    aaron.casagrande@icemiller.com
- **Dean Lindsay Chapman**    dchapman@akingump.com, nymco@akingump.com
- **Michael Chen**    mchen@akingump.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey Chubak**    jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com
- **Jeffrey S. Cianciulli**    jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
- **Joseph Cioffi**    jcioffi@dglaw.com, galaimo@dglaw.com
- **Marvin E. Clements**    agbanknewyork@ag.tn.gov
- **Hollace T. Cohen**    hollace.cohen@pierferd.com
- **Aaron Colodny**    aaron.colodny@whitecase.com, mco@whitecase.com
- **Dawn R. Copley**    dcopley@dickinsonwright.com, tcorey@dickinsonwright.com
- **Karen Cordry**    kcordry@naag.org
- **Shara Claire Cornell**    shara.cornell@usdoj.gov
- **Raniero D'Aversa**    rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com;casestream@ecf.courtdrive.com
- **Scott I. Davidson**    sdavidson@kslaw.com, jcmccullough@kslaw.com
- **Anthony J. DeGirolamo**    tony@ajdlaw7-11.com
- **Roma N Desai**    roma.desai@oag.texas.gov
- **Emily K. Devan**    edevan@milesstockbridge.com

- **Thomas Robert Dominczyk**   tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- **Amish R. Doshi**   amish@doshilegal.com
- **Daniel Eggermann**   deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Michael S. Etkin**   metkin@lowenstein.com, mseymour@lowenstein.com
- **Sean Andrew Feener**   sean.feener@lockelord.com
- **Alyson M. Fiedler**   alyson.fiedler@icemiller.com, john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com
- **Benjamin Finestone**   benjaminfinestone@quinnemanuel.com, lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com
- **Devin Freedman**   vel@fnf.law
- **Aaron Garber**   agarber@wgwc-law.com
- **Mario O. Gazzola**   mariogazzola@quinnemanuel.com
- **Stuart P. Gelberg**   spg@13trustee.net
- **John D Giampolo**   jgiampolo@rosenbergestis.com
- **Sheryl P Giugliano**   sgiugliano@rmfpc.com, samiel@rmfpc.com,smcgrath@rmfpc.com
- **Eduardo J. Glas**   ejglas@gmail.com
- **James I. Glasser**   jglasser@wiggin.com
- **Jeffrey R. Gleit**   jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Warren E. Gluck**   warren.gluck@hklaw.com, elvin.ramos@hklaw.com;hapi@hklaw.com;glenn.huzinec@hklaw.com
- **Brian D. Glueckstein**   gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- **Matthew J. Gold**   mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com
- **Eric Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Bonnie R. Golub**   bgolub@wgpllp.com
- **Andrew R. Gottesman**   gottesman@mintzandgold.com, gottesman@mintzandgold.com
- **Richard D. Grossman**   rgat135@aol.com
- **Mark Warren Hancock**   mhancock@gklaw.com
- **Michael R. Handler**   mhandler@kslaw.com, jcmccullough@kslaw.com;LShermohammed@KSLAW.com
- **Brian G. Hannon**   bhannon@norgaardfirm.com, kcimmino@norgaardfirm.com;crose@norgaardfirm.com
- **Juandisha Harris**   harrisj12@michigan.gov
- **Kimberly Anne Havlin**   kim.havlin@whitecase.com, mco@whitecase.com
- **Samuel P Hershey**   shershey@whitecase.com, mco@whitecase.com
- **Michael R. Herz**   mherz@foxrothschild.com, cbrown@formanlaw.com
- **Isaac M. Hoenig**   ihoenig@foxrothschild.com

- **Mitchell Hurley**    mhurley@akingump.com,
  bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com
- **Mark B Joachim**    mjoachim@polsinelli.com
- **Katherine Johnson**    kjohnson3@ftc.gov, kaizpuru@ftc.gov
- **Andrew Jones**    andrew@ajoneslaw.com
- **Gregory Juell**    gregory.juell@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Elan Kandel**    ekandel@baileycav.com, kmoore@baileycav.com
- **John Kane**    jkane@akingump.com
- **Thomas S. Kessler**    tkessler@cgsh.com, maofiling@cgsh.com
- **Barry R. Kleiner**    dkleiner@kkwc.com, gagnew@kkwc.com
- **Gregory Kopacz**    gkopacz@sillscummis.com
- **Lawrence J. Kotler**    ljkotler@duanemorris.com
- **Bryan Kotliar**    bkotliar@teamtogut.com,
  eblander@teamtogut.com;jmcclain@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;dperson@teamtogut.com;aglaubach@teamtogut.com
- **Deborah Kovsky-Apap**    deborah.kovsky@troutman.com, kay.kress@troutman.com
- **Erica Kravchenko**    ekravchenko@bernsteinlaw.com,
  ekravchenko@ecf.courtdrive.com
- **Joyce A. Kuhns**    jkuhns@offitkurman.com
- **Jeffrey Alan Latov**    jlatov@akingump.com
- **Tyler Nathaniel Layne**    tyler.layne@hklaw.com,
  annmarie.jezisek@hklaw.com;tina.boone@hklaw.com
- **Vincent Edward Lazar**    vlazar@jenner.com
- **Brian S. Lennon**    maosbny@willkie.com, blennon@willkie.com
- **Thomas Scott Leo**    sleo@leolawpc.com, emartinez@leolawpc.com
- **Nicole A Leonard**    nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Carol Weiner Levy**    cwlevy@venable.com, cwlevy@venable.com
- **Seth H. Lieberman**    slieberman@pryorcashman.com,
  bankruptcydocketing@pryorcashman.com
- **Mark A. Lindsay**    mlindsay@whitefordlaw.com
- **Edward J. LoBello**    elobello@bsk.com,
  elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- **William C. Manderson**    cmanderson@ecjlaw.com
- **Stephen Manning**    Stephen.Manning@atg.wa.gov, GCEEF@atg.wa.gov
- **Jessica Mannon**    jmannon@akingump.com
- **Daniel J. McCarthy**    dmccarthy@hillfarrer.com
- **Hugh R. McCullough**    hughmccullough@dwt.com,
  sherriparsons@dwt.com;SEADocket@dwt.com
- **Joshua Mester**    jmester@jonesday.com
- **Layla Milligan**    layla.milligan@oag.texas.gov
- **Julie F. Montgomery**    jmontgomery@brownconnery.com
- **Michael D. Morris**    morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Steven Mulligan**    smulligan@cp2law.com, agarcia@cp2law.com
- **Lucian Murley**    luke.murley@saul.com, robyn.warren@saul.com
- **Jason A Nagi**    jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

- **Leigh Nathanson**   lnathanson@kslaw.com
- **Carl D. Neff**   carl.neff@pierferd.com
- **Mark Norgaard**   mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com
- **Victor Noskov**   victornoskov@quinnemanuel.com
- **Jonathan Ohring**   jonathan@yankwitt.com
- **Kyle J. Ortiz**   kortiz@teamtogut.com, dperson@teamtogut.com;eblander@teamtogut.com;bkotliar@teamtogut.com;gquist@teamtogut.com;astolp@teamtogut.com;lebrahimi@teamtogut.com;jgallego@teamtogut.com;aglaubach@teamtogut.com
- **Michael Todd Parker**   todd.parker@parkerpohl.com
- **Arie Peled**   aapeled@venable.com
- **Joel L Perrell**   joel.perrell@wbd-us.com, cindy.giobbe@wbd-us.com
- **Gregory F Pesce**   gregory.pesce@whitecase.com, mco@whitecase.com
- **Richard J. Pilson**   richardjpilson@aol.com
- **David M Pohl**   david.pohl@parkerpohl.com
- **John Reding**   john.reding@ilag.gov
- **Annemarie V. Reilly**   annemarie.reilly@lw.com
- **Kyle William Roche**   kyle@kyleroche.law, akaradjas@rochefreedman.com
- **Shaya Rochester**   shaya.rochester@katten.com, nyc.bknotices@katten.com
- **Jennifer Rood**   jennifer.rood@vermont.gov
- **Abigail Rushing Ryan**   aryan@sneedvine.com
- **Jeffrey S. Sabin**   jssabin@venable.com
- **Joseph E. Sarachek**   joe@saracheklawfirm.com, jon@saracheklawfirm.com,paul@saracheklawfirm.com
- **Therese Scheuer**   scheuert@sec.gov
- **Ray C Schrock**   ray.schrock@weil.com, matthew.goren@weil.com
- **William D Schroeder**   schroeder@jrlaw.org, healey@jrlaw.org
- **Elizabeth Scott**   edscott@akingump.com
- **Jennifer Selendy**   jselendy@selendygay.com
- **Paul R. Shankman**   pshankman@fortislaw.com
- **Virginia T. Shea**   vshea@mdmc-law.com
- **Paul N. Silverstein**   paulsilverstein@huntonak.com
- **Katherine Stadler**   kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**   csteege@jenner.com, jeffrey_cross@discovery.com
- **Howard Steel**   HSteel@goodwinlaw.com
- **Chase Aleksander Stone**   cstone@ecjlaw.com
- **Joshua Sussberg**   jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **Michael Sweet**   msweet@foxrothschild.com
- **Lucy Thomson**   lucythomson_cpo@earthlink.net
- **Patricia B. Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com
- **Andrew M. Troop**   andrew.troop@pillsburylaw.com
- **David Turetsky**   david.turetsky@whitecase.com, jdisanti@whitecase.com,mco@whitecase.com

- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV
- **William Matthew Uptegrove**   uptegrovew@sec.gov
- **Melissa L. Van Eck**   mvaneck@attorneygeneral.gov
- **Pieter Van Tol**   pieter.vantol@hoganlovells.com, pieter-vantol-0733@ecf.pacerpro.com
- **Samir Vora**   svora@milbank.com
- **Joshua Weedman**   jweedman@whitecase.com, mco@whitecase.com
- **Morris D. Weiss**   morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com
- **Avi Weitzman**   aweitzman@paulhastings.com
- **Mary Stephanie Wickouski**   swickouski@lockelord.com, dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com
- **Thaddeus D. Wilson**   thad-wilson-5971@ecf.pacerpro.com, jcmccullough@kslaw.com;christine-camp-7595@pacerpro.com
- **Kevin J. Windels**   kwindels@kdvlaw.com, ecf@damato-lynch.com;managingclerk@damato-lynch.com
- **Julie Marissa Wolf**   jwolf@milbank.com
- **Adrienne Woods**   awoods@wzmplaw.com
- **Jade Yoo**   jade.yoo@whitecase.com, mco@whitecase.com
- **Dina L. Yunker Frank**   bcuyunker@atg.wa.gov
- **Evan J. Zucker**   ezucker@blankrome.com, eDocketing@blankrome.com

## No Notice List

The following is the list of **parties** who are on a related AP case and have asked not to receive notice/service for this lead BK case.

- **Dana E. Berkowitz**   dana.berkowitz@strismaher.com, chuang@stris.com
- **Victor O'Connell**   voconnell@stris.com
- **John Stokes**   jstokes@stris.com
- **Renee M. Zaytsev**   rzaytsev@bsfllp.com, renee-zaytsev-3516@ecf.pacerpro.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Adam M. Adler**
Kroll Restructuring Administration LLC
(F/K/A Prime Clerk LLC)
55 East 52nd Street
17th Floor
New York, NY 10055

**Craig Candelore**

Men's Legal Center
940 C Street
San Diego, CA 92101

**Mark Chaponot**
15 Elm Street
Monson, MA 01057

**Cherokee Acquisition**
1384 Broadway
Suite 906
New York, NY 10018

**Stretto Claims Agent**
8269 E. 23rd Avenue
Suite 275
www.stretto.com
Denver, CO 80238

**Andrew J. Currie**
Venable LLP
600 Massachusetts Avenue, NW
Washington, DC 20001

**Otis Davis**
320 West 38th Street
Apt 1606
New York, NY 10018

**EDS Financial Services, Inc.**
24 Hammond # C
Irvine, CA 92618

**KB507 LLC**
10830 SW 69 Ave.
Pinecrest, FL 33156

**Kirkland & Ellis LLP and Kirkland & Ellis International LLP**
601 Lexington Avenue
New York, NY 10022

**Ross M. Kwasteniet**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Joshua D Levin-Epstein**
Levin-Epstein & Associates, P.C.
60 East 42nd Street
Suite 4700
New York, NY 10165

**T.J. McCarrick**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Patricia A. Molteni**
National Association of Attorneys General
1850 M Street, N.W.
Ste 12th FL
District of Columbia, DC 20036
beth.whaley@ago.mo.gov

**Robert J. Mulvanny**
2399 Falconer Drive
Murrieta, CA 92562-4617

**Patrick J. Nash**
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

**Richard Rubino**
Delray Law, PLLC
238 NE 1st Ave
Del Ray Beach, FL 33444

**SLFAQ LLC**
670 White Plains Rd Fl. PH
Scarsdale, NY 10583

**Douglas J Schneller**
Rimon, P.C.
245 Park Ave.
39th Floor
New York, NY 10167
douglas.schneller@rimonlaw.com

**Elizabeth D. Scott**
2300 N. Field Street
Suite 1800

Dallas, TX 75201

**Jonathan Jerry Shroyer**
c/o Monique D. Jewett-Brewster
Hopkins & Carley, ALC.
70 S. First Streete
San Jose, CA 95113

**Signature Bank**
1400 Broadway
7th Floor
New York, NY 10018

**Theodore Elias Tsekerides**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Benjamin L. Wallace**
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004

**Keith Wofford**
White & Case LLP
1221 Avenue of the Americas
10020
New York, NY 10036
kwofford@whitecase.com,
mco@whitecase.com;ssally@ropesgray.com;nova.alindogan@ropesgray.com;daniel.ega
n@ropesgray.com

**XCLAIM Inc.**
Xclaim Inc.
2261 Market Street #4385
San Francisco, CA 94114