Zürich, 3 June 2024

Claim: 24255
Case Number : 22-10964 (MG)

Creditor Name: Sebastian Dannecker

Dear Jug,

Despite having accepted Celcius Plan and having send the last weeks, mails, and open tickets, we had still not received our money or code or even a personal answer.

Me and my wife trusted Celcius with the money for a sale of an apartment, and we were happy that this nightmare was close to finish and receive at least, part of the money back.

We supply if you could help us so we can receive our money and go on with our life. We have two little children and would like to stop carrying this unresolve weight under our shoulders.

Patricia and Sebastian Dannecker