**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. 22-10964 (MG)(Jointly<br>) Administered) |
| | ) |
| CELSIUS NETWORK LLC, *et al.*, | ) |
| | ) |
| | ) |
| Debtors. | ) |
| | ) |

### JOINDER OF JINWES LLC IN SUPPORT OF
### MOTION SEEKING ENTRY OF AN ORDER
### (I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION
### FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF

TO:    THE HONORABLE MARTIN GLENN
       UNITED STATES BANKRUPTCY JUDGE

Wesley Chang, on behalf of Jinwes LLC, hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

### STATEMENT

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon

The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

as possible after January 31. However, distributions were not made timely to Jinwes LLC, as the distribution was not made until April 22, 2024, eighty-two days after January 31, 2024, the date of Debtors' emergence. Jinwes LLC has claim no. 3.1.265682. Using a similar calculation to that used by the Faller Creditors, Jinwes LLC has been damaged in the sum of $88,330.54 (calculations shown in the table below). By this Joinder, Jinwes LLC seeks additional compensation in the sum of $88,330.54 from the bankruptcy estate to be made whole under the Plan.

| Claim Value | Distribution Received Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC using Distribution Received Date Prices | Fiat Value of ETH using Distribution Received Date Prices | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|
| $340,167.32 | 4/22/2024 | $67,233.90 | $3,236.66 | $162,324.89 | $117,043.08 | $284,433.77 | $196,103.23 | $88,330.54 |

1.) Interest based on www.irs.gov/payments/quarterly-interest-rates

Debtor's Emergence Date:    1/31/2024

June 4, 2024

Respectfully submitted,

Wesley Chang,
Jinwes LLC

The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.