UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 Case No. 22-10964 (MG)(Jointly Administered) |

**JOINDER OF SIDDHARTHA SUPER PTY LTD ATF COLAGIURI SUPERFUND IN SUPPORT OF
MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

Paul Colagiuri, on behalf of Siddhartha Super Pty Ltd atf Colagiuri Superfund, hereby joins the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

# STATEMENT

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31.  However, distributions have not been made timely to Siddhartha Super Pty Ltd atf Colagiuri Superfund, as the distribution is still yet to be made, which at present is 126 days after January 31, the date of Debtors' emergence. Siddhartha Super Pty Ltd atf Colagiuri Superfund has claim no. 3.1.520202.  Using a similar calculation to that used by the Faller Creditors, Siddhartha Super Pty Ltd atf Colagiuri Superfund has been damaged in the sum of $8,273.25 if the distribution were to be made today (calculations shown in the table below).  By this Joinder, Siddhartha Super Pty Ltd atf Colagiuri Superfund seeks additional compensation in the sum of $8,273.25 or other amount applicable at the time the distribution is made from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Current Date Given Distribution Not Yet Received | BTC Price if Distribution Received Date today 6/5/24 | ETH Price if Distribution Received Date today 6/5/24 | Fiat Value of BTC using Distribution Received Date Prices as today 6/5/24 | Fiat Value of ETH using Distribution Received Date Prices as today 6/5/24 | Total | Total With Interest [1] | Distribution to be received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| Siddhartha Super Pty Ltd atf Colagiuri Superfund | $25,375.70 | 6/05/2024 | $71,196.54 | $3,847.74 | $12,822.75 | $10,379.58 | $23,202.33 | 23695.64997 | $15,422.40 | $8,273.25 |
| 1.) Interest based on www.irs.gov/payments/quarterly-interest-rates | | | | | | | | | | |

2

Date *5 June 2024*

                                        Respectfully submitted,

                                        Paul Colagiuri
Siddhartha Super Pty Ltd atf Colagiuri Superfund