**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Devin J. Rivero, hereby request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the Litigation Oversight Committee, Mohsin Y. Meghji (as Litigation Administrator), and the Blockchain Recovery Investment Consortium (as ARM and Litigation Administrator), as such terms are defined in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289], in the above-referenced chapter 11 cases.

I certify that I am a member in good standing of the bar of the State of Florida. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 6, 2024
     Miami, Florida

                                              */s/ Devin J. Rivero*
                                              Devin J. Rivero
                                              **WHITE & CASE LLP**
                                              Southeast Financial Center
                                              200 South Biscayne Blvd., Suite 4900
                                              Miami, Florida 33131
                                              Telephone: (305) 371-2700
                                              Facsimile:  (305) 358-5744
                                              E-mail: devin.rivero@whitecase.com

                                              *Counsel to the Litigation Oversight*
                                              *Committee, Mohsin Y. Meghji as Litigation*
                                              *Administrator, and the Blockchain Recovery*

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Investment Consortium as ARM and
Litigation Administrator*