**WHITE & CASE LLP**
David M. Turetsky
Samuel P. Hershey
Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: david.turetsky@whitecase.com
      sam.hershey@whitecase.com
      jweedman@whitecase.com

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com

– and –

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com

**WHITE & CASE LLP**
Aaron E. Colodny (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: aaron.colodny@whitecase.com

*Counsel to Mohsin Y. Meghji as*
*Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

# LITIGATION ADMINISTRATOR'S COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

---

[1] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Mohsin Y. Meghji as Litigation Administrator (the "**Litigation Administrator**") of the above-captioned post-effective date debtors (prior to the Effective Date of the Plan, the "**Debtors**," and, after the Effective Date, the "**Post-Effective Date Debtors**," as applicable) hereby provides,[2] pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, the following counter-designation of additional items (the "**Counter-Designation**") to be included in the record in connection with the appeal of Jason Voelker ("**Mr. Voelker**"), notice filed May 11, 2024 [Docket No. 4887], from the *Memorandum Opinion and Order Denying Jason Voelker's Motion for Leave to File an Adversary Proceeding and Request for Permission to Utilize the Electronic Court Filing System* [Docket No. 4873], entered by this Court on May 8, 2024.

## COUNTER-DESIGNATION OF ADDITIONAL ITEMS
## TO BE INCLUDED IN THE RECORD ON APPEAL

The Litigation Administrator designates the following items to be included in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and/or referenced within such items.

| **Designation No.** | **Docket No.**[3] | **Filing Date** | **Document Description** |
|---|---|---|---|
| 1 | N/A | 08/15/2022 | iCapital Management Inc.'s Official Form 410 Proof of Claim, Claim No. 9489, attached hereto as **Exhibit A** |
| 2 | 3332 | 08/17/2023 | Revised Disclosure Statement for the Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates |

---

[2] The Litigation Administrator has filed its *Motion to Strike Item in Jason Voelker's Designation of Items to be Included in the Record on Appeal* [Docket No. 4926] (the "**Motion to Strike**"), which seeks to strike the *Declaration of Jason Voelker* [Docket No. 4903] from the record on appeal. The Litigation Administrator respectfully requests that the Bankruptcy Court Clerk refrain from transmitting the record on appeal to the U.S. District Court for the Southern District of New York, where the appeal is pending, until this Court has ruled on the Motion to Strike.

[3] The below docket numbers refer to filings on the docket of the above-captioned chapter 11 cases, Case No. 22-10964 (MG).

2

| 3 | 3514 | 09/20/2023 | Affidavit of Service re: Solicitation Materials |
| 4 | 4298 | 01/31/2024 | Notice of Occurrence of Effective Date of Debtors' Modified Chapter 11 Plan of Reorganization and Commencement of Distributions |

## **RESERVATION OF RIGHTS**

The Litigation Administrator expressly reserves the right to withdraw, supplement, amend or modify this Counter-Designation. By submitting this Counter-Designation, the Litigation Administrator does not waive, and expressly reserves, its rights to seek to dismiss and otherwise challenge Mr. Voelker's appeal. Further, by submitting this Counter-Designation, the Litigation Administrator does not waive, and expressly reserves, its rights to rely on any of the documents designated by Mr. Voelker in the *Notice of Designation of Record* filed by Mr. Voelker on May 28, 2024 [Docket No. 4904].

| | |
|---|---|
| Dated: June 6, 2024<br>New York, New York | Respectfully submitted,<br><br>*/s/ Samuel P. Hershey*<br>**WHITE & CASE LLP**<br>David M. Turetsky<br>Samuel P. Hershey<br>Joshua D. Weedman<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200<br>Facsimile:  (212) 354-8113<br>Email: david.turetsky@whitecase.com<br>         sam.hershey@whitecase.com<br>         jweedman@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Gregory F. Pesce (admitted *pro hac vice*)<br>111 South Wacker Drive, Suite 5100<br>Chicago, Illinois 60606<br>Telephone: (312) 881-5400<br>Facsimile:  (312) 881-5450<br>Email:  gregory.pesce@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Keith H. Wofford<br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br>Facsimile:  (305) 358-5744<br>Email:  kwofford@whitecase.com<br><br>– and –<br><br>**WHITE & CASE LLP**<br>Aaron E. Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7700<br>Facsimile:  (213) 452-2329<br>Email:  aaron.colodny@whitecase.com<br><br>*Counsel to Mohsin Y. Meghji as Litigation Administrator and Ionic Digital Inc.* |