Tatiana B. Krioukova

6 Lander St.

Saugus, Ma 01906

tbk781@yahoo.com

(781) 462-5050



May 21, 2024

Honorable Martin Glenn

U.S. Bankruptcy Court for the Southern District of New York

One Bowling Green

New York, NY 10004-1408

Honorable Martin Glenn:

My name is Tatiana Krioukova and I am writing to you in attempt to seek your help in the catastrophic, truly unjust and immoral Celsius Network LLC. bankruptcy case (Case Number: 22-10964 (MG)).

I have worked tirelessly my entire life as a single mother of two children, Daria and Peter Koudriachev. My 44 year old daughter Daria is wheelchair bound since birth and needs personal care 24 hours a day. I made huge sacrifices in migrating to the US to give her a chance at life. I am now 78 years old and no longer able to work or earn any money due to my age and poor health.

My holdings were kept in the Celsius earn wallet being looked after by my son Peter L. Koudriachev (peterk02126@yahoo.com), the listed creditor. I was devastated when found out about the bankruptcy proceedings and possible Ponzi scheme taking place with the former Celsius CEO, Alex Mashinsky.

As Chapter 11 proceedings took place I was notified that 75% of my holdings were going to be returned to me in Crypto and some shares of the new company. This was not the case at all! Please see the claim of my holdings put in by my son below and see what was returned to me through the distribution. Out of all my holdings, I received 0.54 Bitcoin and 8.13 Ethereum. In reality this doesn't even equal 20% of what I had in Celsius. This is cruel and unusual punishment of an elderly lady. I am completely shattered by the outcome of the Celsius Chapter 11 proceedings due to me losing more than 80 % of my life's savings. I feel completely broken, robbed, and cheated.

I have always considered the US court and justice system to be the best in the world and always being on the side of the consumer. You are a very busy person and I apologize for burdening you with my crisis, but I do not know where else to turn. I understand that court proceedings are still happening and before the case is closed I beg you to please aid me in recovering the leftover crypto holdings in Celsius.

Any documentation on how much I invested in dollars or anything else, which may be needed is available upon request. I thank you in advance for your attention and cooperation in this matter. You are my last hope.

Sincerely,

Tatiana B. Krioukova

My Celsius Claim:

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Basic Attention Token (BAT) | 3111.53962474415 | 0 | 0 | 0 |
| Bitcoin (BTC) | 2.45459744358686 | 0 | 0 | 0 |
| Compound (COMP) | 7.58928516777152 | 0 | 0 | 0 |
| Polkadot (DOT) | 161.727211383315 | 0 | 0 | 0 |
| ChainLink (LINK) | 63.2135286810445 | 0 | 0 | 0 |
| Polygon (MATIC) | 30136.4483139541 | 0 | 0 | 0 |
| Synthetix (SNX) | 74.2770936266757 | 0 | 0 | 0 |
| UMA (UMA) | 96.6194190283035 | 0 | 0 | 0 |
| Uniswap (UNI) | 79.4041665983599 | 0 | 0 | 0 |
| Stellar Lumens (XLM) | 19326.2281015901 | 0 | 0 | 0 |

Celsius Bankruptcy Distribution:

| Claim Distribution Type | BTC |
|---|---|
| Claim Distribution Amount | 0.54452686 |
| Claim Distribution Type | ETH |
| Claim Distribution Amount | 8.137259030590906833 |