**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. |
| | ) 22-10964 (MG)(Jointly |
| | ) Administered) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) |
| | ) |
| Debtors. | ) |
| | ) |

**JOINDER OF DIGITAURUS PTY LTD ATF VANN FAMILY SUPERANNUATION FUND**
**IN SUPPORT OF**
**MOTION SEEKING ENTRY OF AN ORDER**
**(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION**
**FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

Timothy Vann, on behalf of Digitaurus Pty Ltd ATF Vann Family Superannuation Fund, hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

**STATEMENT**

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31, 2024. However, distributions were not made to Digitaurus Pty Ltd ATF Vann Family Superannuation Fund, as the distribution is yet to be received as at the Joinder filed date, June 10, 2024, which is 131 days after January 31, 2024, the date of Debtors' emergence. Digitaurus Pty Ltd ATF Vann Family Superannuation Fund has claim no. 3.1.149499. Using a similar calculation to that used by the Faller Creditors, Digitaurus Pty Ltd ATF Vann Family Superannuation Fund is currently damaged in the sum of $243,623.43 (calculations shown in the table below) as at the Joinder filed date, June 10, 2024. By this Joinder, Digitaurus Pty Ltd ATF Vann Family Superannuation Fund currently seeks compensation in the sum of $243,623.43 from the bankruptcy estate to be made whole under the Plan.

| Claim Value | Joinder Filed Date | BTC Price on Joinder Filed Date | ETH Price on Joinder Filed Date | Fiat Value of BTC using Joinder Filed Date Prices | Fiat Value of ETH using Joinder Filed Date Prices | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|
| $277,011.49 | 6/10/2024 | $67,594.00 | $3,526.00 | $132,895.46 | $103,833.18 | $236,728.64 | $243,623.43 | $0.00 | $243,623.43 |

1.) Interest based on www.irs.gov/payments/quarterly-interest-rates
Debtor's Emergence Date: 1/31/2024

Date: June 10, 2024

Respectfully submitted,

*[signature]*

Timothy Vann,
Director and Trustee
Digitaurus Pty Ltd ATF Vann Family Superannuation Fund

2