**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Celsius Networks LLC, et al.

                              Debtor

Case No.: 22-10964 (MG)

Chapter 11

-----------------------------------------------------------x

                            Plaintiff

v.

                            Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

    Upon the motion of Steven T. Mulligan, to be admitted, *pro hac vice*, to represent Joe Breher, (the "Client") a creditor in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Colorado and, if applicable, the bar of the U.S. District Court for the _____ District of Colorado, it is hereby

    **ORDERED**, that Steven T. Mulligan, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: 6/12/24
New York, New York

/s/ **MARTIN GLENN**
UNITED STATES BANKRUPTCY JUDGE