Craig James Jarrett

13507 NE 24th Place

North Miami

FL, 33181

6/11/2024

**Re: Celsius Network LLC, et al**

**Case number 22-10964 (MG)**

**To the Honorable Judge Glenn,**

Your honor, I was hoping to avoid writing directly and taking up precious court time however I seem to no be able to get an adequate reply from Stretto despite multiple attempts, every reply is incorrect or a generic response.

I was one of the unfortunate customers that requested my claim be treated within the convenience class despite holding $99,504.18 in crypto on the Celsius platform as of 7/13/2022. I did this clearly by mistake as the election was not clear, luckily this was cleared up on the court heading on March 20, 2024 and as my account was valued much higher than the $9334 then I believe my election will be automatically revoked.

I have been patient allowing the Stretto team to do their work however all I want to make sure is that I am not overlooked and that I will also be treated fairly.

I received the initial payout of

- 0.04509751 BTC and 0.673924848 ETH collectively valued at $3,674.68
- This means based on the dates of filing, and values there is approximately $53,880.92 in CRYPTO remaining.
- Also approximately 770 shares in the new mining company.
- And additional payments as and when they become available.

I have no intention of rushing the court or Stretto in what is clearly a very complicated and long process however I also cannot afford to lose more money than I have already.

Thank you for your consideration.

Sincerely

Craig Jarrett