**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. |
| | ) 22-10964 (MG)(Jointly |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Administered) |
| | ) |
| Debtors. | ) |
| | ) |

**JOINDER OF <u>GOOD FORREST SUPER PTY LTD</u> IN SUPPORT OF
MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION
FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:    THE HONORABLE MARTIN GLENN
         UNITED STATES BANKRUPTCY JUDGE

<u>Mia Forrest</u>, on behalf of <u>GOOD FORREST SUPER PTY LTD</u>, hereby join the

Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of

Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911]

(the "Motion").  In support of their Joinder, which states as follows:

**<u>STATEMENT</u>**

1.    On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and

commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization

of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31.  However, distributions have not been made timely to GOOD FORREST SUPER PTY LTD, as the distribution / wire transfer has not yet been made at any time after January 31, the date of Debtors' emergence. GOOD FORREST SUPER PTY LTD has claim no. 3.1.205326.  Using a similar calculation to that used by the Faller Creditors, the GOOD FORREST SUPER PTY LTD has been damaged in the sum of $86,633.77 (calculations shown in the table below). By this Joinder, the  GOOD FORREST SUPER PTY LTD seeks compensation in the sum of $86,633.77 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Joinder Filing Date | BTC Price on Joinder Filing Date | ETH Price on Joinder Filing Date | Fiat Value of BTC using Joinder Filing Date Prices | Fiat Value of ETH using Joinder Filing Date Prices | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| GOOD FORREST SUPE | $98,496.92 | 06/12/2024 | $67,575.40 | $3,524.52 | $47,240.61 | $36,904.45 | $84,145.06 | $86,633.77 | $0 | $86,633.77 |
| 1.) Interest based on www.irs.gov/payments/quarterly-interest-rates | | | | | | | | | | |

12 June 2024

Respectfully submitted,

Mia Forrest,
GOOD FORREST SUPER PTY LTD

2