The Honorable Judge Martin Glenn

United States Bankruptcy Court

Southern District of New York

13 March 2024

Dear Sir,

I hope this letter finds you well.

In the Non-Priority Unsecured Retail Customer Claims provided by Stretto, my claim appear on page 21 with the following information:

3.1.433754 OLE KIRK HANSEN

As an international creditor in the ongoing bankruptcy proceedings of Celcius, I am writing to respectfully bring to your attention a matter regarding the execution of the claims distribution via Coinbase, as outlined in the Distribution FAQ provided by the Plan Administrator.

I have registered a verified account at Coinbase with "Receive cryptocurrency" enabled on 11 March 2024 as specified in the document "Celsius Distribution" at Coinbase Help Center in the "New coinbase customers" section.

It is my understanding that Coinbase should contact me automatically regarding the claims distribution but this has not happened yet.

I have written to app@celcius.network on the 10 March 2024 but have not received any response.

I have written to celsiusdistribution.stretto.com on the 12 March 2024 and have only received the response to remain patient. On the 13 June 2024, I have rewritten to celsiusdistribution.stretto.com and I have not received any response yet.

Would you kindly inform me how to proceed so that I will receive my claims distribution?

Thank you very much in advance.

Respectfully,

Ole Kirk Hansen