**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> CELSIUS NETWORK LLC, *et al.*,[1] <br><br> Debtors. | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered)<br>)<br>)<br>)<br>)<br>) |

**JOINDER OF WILKS SMSF PTY LTD IN SUPPORT OF**
**MOTION SEEKING ENTRY OF AN ORDER**
**(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR**
**CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

Brett Wilks, on behalf of WILKS SMSF PTY LTD, hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

**STATEMENT**

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31.  However, distributions were not made timely to WILKS SMSF PTY LTD, as the distribution is still yet to be made, which to date is 130 days after January 31, the date of Debtors' emergence. WILKS SMSF PTY LTD has claim no. 3.1.583512. Using a similar calculation to that used by the Faller Creditors, WILKS SMSF PTY LTD has been damaged in the sum of $31,135.82 if the distributions were to be made today (calculations shown in the table below).  By this Joinder, WILKS SMSF PTY LTD seeks additional compensation in the sum of $31,135.82 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Current Date Given Distribution Not Yet Received | BTC Price if Distribution Received Date today 06/09/24 | ETH Price if Distribution Received Date today 06/09/24 | Fiat Value of BTC using Distribution Received Date Prices as today 06/09/24 | Fiat Value of ETH using Distribution Received Date Prices as today 06/09/24 | Total | Total With Interest [1] | Distribution to be Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| WILKS SMSF PTY LTD | $94,690.26 | 06/09/24 | $69,271.36 | $3,674.94 | $46,554.67 | $36,992.33 | $83,546.99 | $85,961.48 | $54,825.66 | **$31,135.82** |
| 1.) Interest based on www.irs.gov/payments/quarterly-interest-rates | | | | | | | | | | |

Date: June 9 2024

Respectfully submitted,

Brett Wilks,
WILKS SMSF PTY LTD

2