Tommy Kusters
Veldhofstraat 122A
6471 CL Eygelshoven
tkusters@hotmail.com
+31650457166
14-6-2024

The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Dear Judge Glenn,

Case: 22-10964/CEL-29130

I hope this letter finds you well. I am writing to bring to your attention a matter concerning the distribution of cryptocurrency that I have yet to receive, despite the court's decision on March 20th, 2024, which stipulated that I would be removed from the convenience class and thus eligible for this distribution.

As per the court's decision on the aforementioned date, it was determined that I should be excluded from the convenience class, thereby entitling me to a distribution of cryptocurrency. However, as of today, I have not received the distribution that was ruled in my favor.

This delay in receiving the distribution has caused me significant concern and hardship. I have made several attempts to resolve this matter through the appropriate channels, but I have not received a satisfactory response or any confirmation regarding the status of my distribution.

I respectfully request your assistance in this matter to ensure that the court's decision is implemented and that I receive the cryptocurrency distribution to which I am entitled. Any guidance or directives you can provide to expedite this process would be greatly appreciated.

Thank you for your attention to this matter. I am hopeful for a swift resolution and am available to provide any additional information or documentation that may be required.

Yours sincerely,

Tommy Kusters