UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 Case No. 22-10964 (MG)(Jointly Administered) )  ) |
| CELSIUS NETWORK LLC, *et al.*, | ) ) ) |
| Debtors. | ) ) ) |

**JOINDER OF LUKE ORR FAMILY SUPER FUND PTY LTD  IN SUPPORT OF
MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION
FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:    THE HONORABLE MARTIN GLENN
        UNITED STATES BANKRUPTCY JUDGE

Luke Orr, on behalf of Luke Orr Family Super Fund Pty Ltd hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

**STATEMENT**

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31. However, distributions were not made timely to Luke

Orr Family Super Fund Pty Ltd as no distribution has been made at all. It is now 135 days after January 31, the date of Debtors' emergence.  Luke Orr Family Super Fund Pty Ltd has claim no. 3.1.3.49001.  Using a similar calculation to that used by the Faller Creditors, Luke Orr Family Super Fund Pty Ltd has been damaged in the sum of $54,985.06 (calculations shown in the table below).  By this Joinder, Luke Orr Family Super Fund Pty Ltd seeks compensation in the sum of $54,985.06 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Distribution Received Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC using Distribution Received Date | Fiat Value of ETH using Distribution Received Date | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| Luke Orr Family Super Fund Pty Ltd | $63,186.91 | 6/14/24 | $66,294.90 | $3,521.00 | $29,731.13 | $23,650.98 | $53,382.12 | $54,985.06 | $0.00 | $54,985.06 |

1.) Interest based on www.irs.gov/payments/quarterly-interest-rates

I have written several letters to Judge Glenn about myself and my fathers situation.

https://1drv.ms/w/c/e61a96aa330bde83/EYPeCzOqlhoggOZiBQAAAAABb3RH80AA1y9CENRMML2yuw

This case has created significant stress on my family for the past 2.5 years.

We are yet to receive one cent of our claim back.

June 14th, 2024

> Respectfully submitted,
> Luke Orr
> Sole Director,
> Luke Orr Family Super Fund Pty Ltd