The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Dear Judge Glenn,

Case: 22-10964, Claim no.: 4936

I hope this letter finds you well. I am writing to bring to your attention a matter concerning the distribution of cryptocurrency that I have yet to receive, after the court's decision on March 20th, 2024, which stipulated that I would be taken from the convenience class and thus eligible for this distribution.

As per the court's decision on the aforementioned date, it was determined that I should be excluded from the convenience class, thereby entitling me to a distribution of cryptocurrency. However, as of today, I have not received the second distribution as ruled by you.

It would mean a lot to me if the financial uncertainty would end and the remainder of my earn claim would be distributed. How hard can it be after all?

I respectfully request your assistance in this matter to ensure that the court's decision is implemented and that I receive the cryptocurrency distribution to which I am entitled of the earn claim of BTC 1.075390

| Coin | Petition Value | Quantity | Claim Value |
|---|---|---|---|
| **BTC** | $19.881,00 | 1,075390 | $21.379,83 |
|  |  |  |  |

| | |
|---|---|
| Amount of BTC Received: | 0,04509751000 |
| Amount of ETH Received: | 0,673924840000 |
| Total Claim Value Distributed: | $3.674,68 |
| | |

Thank you for your attention to this matter. I am hopeful for a swift resolution and am available to provide any additional information or documentation that may be required.

Yours sincerely,
Maarten Maan