UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11 Case No.<br>22-10964 (MG)(Jointly Administered) |

**JOINDER OF PROJECT INFLUENCERS CAPITAL LLC IN SUPPORT OF MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR CORPORATE CREDITORS AND (II) GRANTING RELATED RELIEF**

TO:   THE HONORABLE MARTIN GLENN
      UNITED STATES BANKRUPTCY JUDGE

Francisco H Limeta III, on behalf of Project Influencers Capital LLC hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion").  In support of their Joinder, which states as follows:

**STATEMENT**

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31. However, distributions were not made timely to Project Influencers Capital LLC, as no distribution has been made at all. It is now 138 days after January 31, the date of Debtors' emergence. Project Influencers Capital LLC has claim no. company claim # 3.1.460407. Using a similar calculation to that used by the Faller Creditors, Project Influencers Capital LLC has been damaged in the sum of $10,868.11 (calculations shown in the table below). By this Joinder, Project Influencers Capital LLC seeks additional compensation in the sum of $10,868.11 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Distribution Received Date | BTC Price on Distribution Received Date | ETH Price on Distribution Received Date | Fiat Value of BTC using Distribution Received Date | Fiat Value of ETH using Distribution Received Date | Total | Total With Interest [1] | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| Project Influencers Capital LLC | $12,462.19 | 6/17/2024 | $66,554.48 | $3,515.69 | $5,886.75 | $4,657.59 | $10,544.34 | $10,868.11 | $0.00 | $10,868.11 |

1.) Interest based on www.irs.gov/payments/quarterly-interest-rates

June 17, 2024

                                                  Respectfully submitted,

                                             *Francisco H Limeta III*

                                             Francisco H Limeta III,
                                             Project Influencers Capital LLC