Honorable Martin Glenn,

    I would like to address my stolen funds.  I filed
claim a year ago for stolen dunds in the  amount of $10,000
or .5 BTC and  3 Eth worth of alt coins.  I did not borrow or
lend with Celcius but when  my name was in  their data
base and although they have copious records of all
they stole fair and square I do not believe they have
access to all that was stolen via phishing.

After seeing my damages that were under #10 and if all
that I had lost I would have expected my normal three
dollar class action settlement.but this was much much more
and turned me destitute and penniless and am about to
lose my house.

Furthermore, I was indormed that there was a recent data
breach that my personal information had not been accessed
but that was a month ago, not a year.

I have no wife, kids or anyone with my information.  Thia
to me was an irrehensible and I believe Celsius was
responsible for this theft and I believe they do not have
abundant informatioo concerning the damage the phishing
has don.

Thank you for  your consideration,

Steve Bottorf

*sorry for the typos as printer is broken and do not have
money to fix so this was typed on my college Smith Corona