June 19, 2024

Celsius Payout error -2210964

Dear Honorable Judge Gleen

I am a personal earn Celsius customer, to receive crypto payout from Celsius, I opened a Coinbase account. I received around 30% of my entitled payout in March and have been asking for rest payment.  I recently chased them due to financial tightness and found out that they exchanged my crypto payout in USD and exchanged it back to crypto then deposited back to my Coinbase account.

Instead of receiving 28.95% of my earn crypto, I now receive 9% of my original earn crypto.

I do not understand why Stretto can one sided exchange my payout by exchanging from crypto to US Dollar and change it back to crypto   before payout to me, this is unfair to my as a personal customer and create a loss from entitled 28.95% to 9% payout.

I am an overseas Hong Kong personal customer of Celsius, it has been hard for me to reach out to Stretto, I have raised several tickets with them and they keep asking me to view FAQ. As I have critical illness and relapse last week , I urgently need the money   to sustain my medication.   I appreciate much that you could help me out in this situation so I can be    fairly treated like other Celsius personal customers.


Best Regards
Yvonne Mo Sze KWAN

Yvonnems,kwan@gmail.com
Mobile 852-96193168