20 June 2024

Honourable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  Failure of Stretto and Kirkland to process USD distribution

Dear Judge Martin Glenn;

I am a Celsius creditor in the Earn section. No loans, no preference, no issues ever with my account.  My account is an international "Corporate" Account.  This account consists of my retirement funds, and is heavily regulated by the Australian Taxation Office.  I am the director of the Corporate Trustee, XPRUHODL SMSF Pty Ltd.

I was allocated to receive a USD distribution by wire transfer.  I was previously a part of Docket 4719, which dealt with the inequitable treatment of Corporate accounts.  The issue here is that our cryptocurrency has been converted into a USD amount using BTC/ETH prices as at 16 January 2024.  We are now more than 5 months after this date, so common sense would say that we need to convert the BTC/ETH to USD amounts using current pricing and not historical pricing.  Note that it is irrelevant as to the direction of the move; the important issue is that it needs to be adjusted so that I can purchase the equivalent amount of BTC/ETH on the distribution date as what was allocated to me on 16 January 2024.  This is the only equitable solution. It is an issue that the Post Effective date debtors (PEDD) have struggled to understand.

The PEDD have struggled with everything, and it is very clear that this is just all a ploy to milk the estate.  I have yet to receive my USD distribution, despite providing clear Bank details for the wire transfer, initially in January 2024, and subsequently at various times over the past five months. I have sent many emails to Stretto and Kirkland.  99%+ of them have been totally ignored.  The other less than 1% have been replied to by lying, or being as vague as possible. There has been zero customer service provided by the PEDD.

To make matters even worse, they reported my email account to Google for sending "spam", and I have lost access to my email account.  This account is very important as I use it for financial purposes.  In addition, I have now discovered that Kirkland have not been reading any of my emails for months.  This shows clear **CRIMINAL INTENT**, and no intention of ever paying me.

They seem to believe that the payment of creditors is optional. They have infuriated me for six months, with the lack of any decent reply and when replied to the constant lying.  Performing a wire transfer is a very simple task, that they seem unwilling to do. I have received many wires by providing the same instructions and other people have done them within days. Five months and I am still waiting on these criminals.

As you are aware, the past two years has been agonising, embarrassing, and sentiment filled with anger and suicidal thoughts for many Celsius Creditors.  The PEDD have made matters several degrees of magnitude worse for me.  The unwilling nature to provide any support, and the resulting reporting of my Gmail account to Google, when they have been frustrating me for six months is **beyond criminal**.  These "people" should not be a part of any judicial system.

Judge Glenn, I ask that you intervene in this disgraceful situation, and ensure that my distribution is made to me immediately.  Thank you.

Yours sincerely

*[signature]*

IGNAZIO GAETANO LO CASTRO, BSc, BE(Hons), FIAA; ATF FOR XPRUHODL SMSF