**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:   CELSIUS NETWORK LLC, et al.,

                              Debtor
-------------------------------------------------------------x

                              Plaintiff

         v.

                              Defendant
-------------------------------------------------------------x

Case No.: __22-10964 (MG)__

Chapter __11_____

Adversary Proceeding No.: _____

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, __Kara E. Casteel_____, request admission, ***pro hac vice***, before the Honorable __Martin Glenn_____, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, a _____ in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of __Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____Minnesota_____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: __June 21, 2024_____
_____, New York

__Kara E. Casteel_____
*Mailing Address*:

2600 Eagan Woods Dr., Suite 400
St. Paul, MN 55121
*E-mail address*: __kcasteel@askllp.com
*Telephone number*: __651.289.3846____