**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:  Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,  Chapter _____11_____

                       Debtor

-------------------------------------------------------------x

                       Adversary Proceeding No.: _____

                       Plaintiff

           v.

                       Defendant

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of __Kara E. Casteel_____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a _____ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of __Minnesota_____, it is hereby

      **ORDERED**, that ___Kara E. Casteel_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York       /s/ _____

                                                           UNITED STATES BANKRUPTCY JUDGE