**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:    CELSIUS NETWORK LLC, et al.,

                            Debtor

---------------------------------------------------------------x

                            Plaintiff

                v.

                            Defendant

---------------------------------------------------------------x

Case No.:  22-10964 (MG)

Chapter    11

Adversary Proceeding No.: _____


## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I,   Gary D. Underdahl   , request admission, ***pro hac vice***, before the Honorable   Martin Glenn   , to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, a _____ in the above-referenced ☒ case ☐ adversary proceeding.

    *I certify that I am a member in good standing* of the bar in the State of   Minnesota   and, if applicable, the bar of the U.S. District Court for the _____ District of    Minnesota   .

    I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:   June 21, 2024

_____, New York

                                                      *Gary D. Underdahl*
                                                      *Mailing Address*:

                                                      2600 Eagan Woods Dr., Suite 400
                                                     St. Paul, MN 55121
                                                     *E-mail address*:  gunderdahl@askllp.com
                                                     *Telephone number*:   651.289.3857