**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                                    Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,                               Chapter _____11_____

                                 Debtor
---------------------------------------------------------------x
                                                                           Adversary Proceeding No.: _____

                                Plaintiff
                     v.

                                Defendant
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

       Upon the motion of __Gary D. Underdahl_____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a _____ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of ___Minnesota_____, it is hereby

       **ORDERED**, that ____Gary D. Underdahl_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York               /s/ _____
                                                                            UNITED STATES BANKRUPTCY JUDGE