**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re:   CELSIUS NETWORK LLC, et al.,                          Case No.:  22-10964 (MG)

                                                                Chapter  11

                          Debtor

---------------------------------------------------------------x

                          Plaintiff                             Adversary Proceeding No.: _____

                v.

                          Defendant

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I,  Joseph L. Steinfeld, Jr. , request admission, ***pro hac vice***, before the Honorable  Martin Glenn , to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, a _____ in the above-referenced ☒ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of  Minnesota  and, if applicable, the bar of the U.S. District Court for the _____ District of  Minnesota .

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  June 21, 2024

_____, New York        Joseph L. Steinfeld, Jr.
                                         *Mailing Address*:

                                         2600 Eagan Woods Dr., Suite 400
                                         St. Paul, MN 55121
                                         *E-mail address*:  jsteinfeld@askllp.com
                                         *Telephone number*:  651.289.3850