**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                                          Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,                      Chapter _____11_____

                       Debtor
---------------------------------------------------------------x
                                                  Adversary Proceeding No.: _____

                     Plaintiff
              v.


                    Defendant
---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

       Upon the motion of __Joseph L. Steinfeld, Jr._____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a _____ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of __Minnesota_____, it is hereby

       **ORDERED**, that ___Joseph L. Steinfeld, Jr._____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York        /s/ _____
                                                      UNITED STATES BANKRUPTCY JUDGE