UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:  Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,  Chapter _____11_____

    Debtor

---------------------------------------------------------------x

    Adversary Proceeding No.: _____

    Plaintiff

    v.

    Defendant

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of __Kara E. Casteel_____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of __Minnesota_____, it is hereby

**ORDERED**, that ____Kara E. Casteel_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 21, 2024

    New York, New York                          _____/s/ Martin Glenn_____

                                                                     UNITED STATES BANKRUPTCY JUDGE