**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                                                          Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,                                         Chapter _____11_____

                                   Debtor

-------------------------------------------------------------x
                                                                          Adversary Proceeding No.: _____

                                   Plaintiff
                     v.


                                   Defendant
-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

      Upon the motion of __Gary D. Underdahl_____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a _____ in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of __Minnesota_____, it is hereby

      **ORDERED**, that ____Gary D. Underdahl_____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 21, 2024
      New York, New York                                  _____/s/ Martin Glenn_____
                                                                UNITED STATES BANKRUPTCY JUDGE