**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                                        Case No.: __22-10964 (MG)_____

    CELSIUS NETWORK LLC, et al.,                        Chapter _____11_____

                      Debtor
-------------------------------------------------------------x
                                      Adversary Proceeding No.: _____

                      Plaintiff
            v.

                      Defendant
-------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

      Upon the motion of __Joseph L. Steinfeld, Jr._____, to be admitted, ***pro hac vice***, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, (the "Client") a creditor in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____Minnesota_____ and, if applicable, the bar of the U.S. District Court for the _____ District of __Minnesota_____, it is hereby

      **ORDERED**, that ____Joseph L. Steinfeld, Jr._____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 21, 2024
      New York, New York                                   _____**/s/ Martin Glenn**_____
                                                                   UNITED STATES BANKRUPTCY JUDGE