UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11 Case No. 22-<br>) 10964 (MG)(Jointly<br>) Administered)<br>)<br>)<br>) |

**AMENDED JOINDER AS A RESULT OF WIRE TRANSFER
BEING REVERSED FIVE (5) DAYS LATER.
MVOZZO SUPER PTY. LTD. IN SUPPORT OF MOTION SEEKING ENTRY OF AN
ORDER (I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF
REORGANIZATION FOR CORPORATE CREDITORS AND (II) GRANTING RELATED
RELIEF**

TO:   THE HONORABLE MARTIN GLENN
         UNITED STATES BANKRUPTCY JUDGE

This is an **amendment** to (Docket #4956) as the compensation received since that filing was REVERSED five (5) days later. Mark Vozzo, on behalf of MVozzo Super Pty. Ltd. hereby join the Motion Seeking Entry of An Order (I) Approving Further Distributions Under Plan of Reorganization For certain Corporate Creditors, and (II) Granting Related Relief [ECF No. 4911] (the "Motion"). In support of their Joinder, which states as follows:

**STATEMENT**

1. On January 31, 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction), dated January 29, 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after January 31, 2024. However, distributions were not made timely to MVozzo Super Pty. Ltd, as no distribution has been made yet, 143 days after January 31, the date of Debtors' emergence. MVozzo Super Pty. Ltd. has claim no. #3.1.413089. Using a similar calculation to that used by the Faller Creditors, MVozzo Super Pty. Ltd. has been damaged in the sum of $72,681.46 (calculations shown in the table below). By this Joinder, MVozzo Super Pty. Ltd. seeks additional compensation in the sum of $72,681.46 from the bankruptcy estate to be made whole under the Plan.

| Claimant | Claim Value | Joinder Filed Date | BTC Price on Joinder Filed Date (1) | ETH Price on Joinder Filed Date (2) | Fiat Value of BTC using Joinder Filed Date Prices | Fiat Value of ETH using Joinder Filed Date Prices | Total | Total With Interest (3) | Distribution Received | Shortfall |
|---|---|---|---|---|---|---|---|---|---|---|
| MVOZZO SUPER PTY LTD | $85,014.04 | 22-Jun-2024 | $64,270.91 | $3,503.07 | $38,780.13 | $31,658.88 | $70,439.01 | $72,681.46 | $0 | $72,681.46 |

(1) US Dollar price of BTC source - https://finance.yahoo.com/quote/BTC-USD/history/
(2) US Dollar price of ETH source - https://finance.yahoo.com/quote/ETH-USD/history/
(3) Interest based on www.irs.gov/payments/quarterly-interest-rates

**AMENDED JOINDER**

This amendment has been submitted as something strange has occurred regarding my distribution. I had successfully received a wire transfer from Celsius Network LLC but it was REVERSED five days later with no explanation from the remitter.

**TIMELINE OF EVENTS**

**May 29, 2024:** Mark Vozzo, on behalf of MVozzo Super Pty. Ltd. submitted Stretto's Wire Transfer Form after receiving confirmation from the Commonwealth Bank of Australia (the recipient's bank) on SWIFT code and Intermediary Bank's SWIFT code details.

**June 12, 2024:** MVozzo Super Pty. Ltd. received payment of $49,149.81 USD from Celsius Network LLC. This means Mr. Vozzo did not provide incorrect or insufficient information via Stretto's wire transfer form as the debtor was able to send funds to the Commonwealth Bank of Australia.

**June 17, 2024:** Five days later, the wire transfer was REVERSED. Mr. Vozzo contacted the bank and spoke to a person within their "International Money Transfers (IMT) Payment Investigations" team. They informed Mr. Vozzo that this was due to a communication received from the remitter "Celsius Network LLC" that the funds will not be sent to their bank, so the transaction was reversed. I requested a copy of the MT103 SWIFT message so that I can see some evidence of the transaction, however my bank refused to release it. The Commonwealth Bank advised Mr. Vozzo to contact the remitter if wanting more information on what happened.

**June 18, 2024:** Mr. Vozzo sent a joint email to Mr. Chris Koenig (Kirkland & Ellis LLP) and Stretto Distributions mailbox (Celsiusdistribution@stretto.com) requesting an explanation as to why the receive distribution on June 12 was reversed five days later.

As of the time of this submission, Mr. Vozzo has not received any acknowledgement nor response from either Kirkland & Ellis LLC or Stretto regarding why the wire transfer was reversed.

**EMOTIONAL STRESS**

This has been an emotional roller coaster ride for Mr. Vozzo and he is suffering from extreme stress as a result. His claim is part of his retirement fund which is the equivalent to a 401K for US citizens. Mr. Vozzo is not your typical huge enterprise corporate client. He created the company entity (MVozzo Super Pty. Ltd.) in order to invest in cryptocurrency through his Australian Super Fund. Mr. Vozzo is a solo operator and is the Sole Director of his self-managed superannuation fund.

On June 12, Mr. Vozzo was ecstatic to have finally received my distribution. However, five (5) days later the transaction was reversed plunging him back into a state of despair. Mr. Vozzo thought this nightmare was over.

Judge Glenn, can you please ensure the plan will be upheld and for all those whom have not received cash distributions yet, that they will receive their claims close to market value of their BTC and ETH crypto close to the time of cash distribution.

Mr. Vozzo would also like to reiterate that for claimants who are Australian Self-managed Superannuation Funds, our banks have great difficulty processing USD checks in the mail. Some Australian banks will not be able to process USD denominated checks.

Australian banks that hold our superannuation funds would prefer transactions done electronically via wire transfer. With this being the case, please ask that the remitter to work with claimants to resolve wire transfer technical issues. Mr. Vozzo would like to request the court advice the remitter organization(s) to provide MT103 SWIFT reports to claimants so they can work with their corresponding local bank to resolve wire transfer issues.

June 22, 2024

                                              Respectfully submitted,

                                              Mark Vozzo (Sole Director)
                                              MVozzo Super Pty. Ltd.