Joseph E. Sarachek (Bar # 2163228)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:     (646) 861-4950

*Counsel to BFaller RD LLC, BFaller
ROTH RD LLC, SFaller TRD RD LLC,
and SFaller RD LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF ADJOURNMENT
OF MOTION SEEKING ENTRY OF AN ORDER
(I) APPROVING FURTHER DISTRIBUTION UNDER PLAN OF REORGANIZATION FOR
THE FALLER CREDITORS AND (II) GRANTING RELATED RELIEF [DOCKET NO. 4911]
TO JULY 29, 2024**

**PLEASE TAKE NOTICE** that a hearing on the Motion of BFaller RD LLC, BFaller ROTH RD LLC, SFaller TRD RD LLC, and SFaller RD LLC Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 4911] (the "Motion"), which was scheduled on **June 27, 2024, at 10:00 a.m., prevailing Eastern Time**, has been adjourned.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard at a hearing on July 29, 2024 at 2:00 p.m. (prevailing Eastern Time) (the "July Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that the July Omnibus Hearing will be conducted in person before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, in Courtroom No. 523, located at One Bowling Green, New York, New York 10004-1408.  Parties in interest, their attorneys, and witnesses may attend via Zoom and must make an appearance before the Court (an "eCourtAppearance") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.  eCourtAppearances must be entered by **4:00 p.m., prevailing Eastern Time, the business day before the hearing (Friday, July 26, 2024)**.  Please refer to, *e.g.*, the Debtors' Notice at Docket No. 4960 for additional information and procedures about making an appearance at the July Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.  You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Scarsdale, New York
Dated: June 25, 2024

*/s/* Joseph E. Sarachek
Joseph E. Sarachek (Bar # 2163228)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:      (646) 861-4950

2