26 June 2024

Honourable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Continuing failure of PEDD to process USD distribution and to provide any update re initial distribution

Dear Judge Martin Glenn;

This is a follow up to Docket No. 4978, where I explained that the PEDD are not attempting to make any distribution to me. I am a Celsius creditor in the Earn section. No loans, no preference, no issues ever with my account. My account is an international "Corporate" Account. This account consists of my retirement funds, and is heavily regulated by the Australian Taxation Office. I am the director of the Corporate Trustee, XPRUHODL SMSF Pty Ltd.

As mentioned in my previous letter the PEDD are not doing anything and are no longer processing any distributions. I would now like to point out a small part of the **LYING** that the **PEDD** have done and why they **NEED TO BE REMOVED IMMEDIATELY** from this case. In a recent filing they state:

""—close to 90% of the value has already been successfully distributed to eligible creditors, and most of the remaining value has not been distributed due to creditor inaction or creditors providing incomplete or incorrect information.""

The above paragraph is **LYING NONSESE**. Nowhere near 90% has been distributed to creditors and the responsibility for any failures lies solely with the PEDD, and their DELIBERATE actions of withholding payments to creditors.

In the few replies that I have received over the past six months they have lied. On 11 April 2024, I received an email from the PEDD stating that my distribution had been "sent", with no other details supplied. I have been in regular contact with my Bank, and they are not aware of any said distribution. My Bank and I have wasted countless days searching for this said payment. No payment was ever sent by the lying thieves that are the PEDD. On 18 April 2024, I received another email from the PEDD stating that payment was attempted on 3 April 2024, and rejected my Bank. This is a LIE as is the earlier email, as my Bank never received any payment. They go on to state in the same email that they sent me an email asking for "corrected" information. This is also a LIE as I received no email from the PEDD between the stated time of sending and the subsequent email on 18 April 2024. On 13 June 2024, I received an email from the PEDD stating that distribution was attempted and not processed. I queried further as to what this means, and they stated that it was rejected by my Bank. This is a lie and impossible, as my Bank has not been sent anything from the PEDD.

All I see that the PEDD are doing is lying as to the reasons for me not receiving my distribution. They remain strongly committed to ensuring that I never receive my distribution, despite the provision of all of the information that they needed to process my wire transfer in January 2024. Judge Glenn, I ask that you intervene in this disgraceful situation. I ask that you immediately remove the PEDD and replace them with someone who is willing to process the outstanding initial distributions. I also ask that you process my initial distribution to me immediately. Thank you.

Yours sincerely

*[signature]*

IGNAZIO GAETANO LO CASTRO, BSc, BE(Hons), FIAA; ATF XPRUHODL SMSF