FREJKA PLLC
Elise S. Frejka
415 East 52nd Street | Suite 3
New York, New York 10022
Telephone: (212) 641-0800
Facsimile: (212) 641-0820

*Counsel to RSM US LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
:
In re:                                                                   :   Chapter 11
                                                                         :
CELSIUS NETWORK LLC, et al.,[1]                                          :   Case No.: 22-10964 (MG)
                                                                         :
       Post-Effective Date Debtors.       :   (Jointly Administered)
                                                                         :
------------------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Elise S. Frejka of the law offices of Frejka PLLC hereby appears in the above-captioned cases pursuant to Rule 9011(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), as counsel for RSM US LLP, and requests pursuant to Bankruptcy Rules 2002, 9007 and 9010 and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following office address, telephone number, and e-mail address:

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

> FREJKA PLLC
> Elise S. Frejka
> 415 East 52nd Street | Suite 3
> New York, New York 10022
> Telephone: (212) 641-0800
> Facsimile: (212) 641-0820
> Email: efrejka@frejka.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, all of which shall be sent to the attorney listed above.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, claim, document, suit, motion nor any other writing or shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court for the Southern District of New York, (ii) the right to have the United States District Court for the Southern District of New York withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iii) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (iv) an election of remedy, (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
June 27, 2024

        FREJKA PLLC

        /s/ Elise S. Frejka
        Elise S. Frejka
        420 Lexington Avenue – Suite 310
        New York, New York 10170
        Telephone: (212) 641-0800
        Facsimile: (212) 641-0820
        efrejka@frejka.com

        *Attorneys for RSM US LLP*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 27th day of June 2024, a true and correct copy of the foregoing Notice of Appearance was served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

                                                     /s/ Elise S. Frejka
                                          Elise S. Frejka
                                          *Counsel for HSM US LLP*