June 22, 2024

Dear Judge Glen,

I have been enduring the Celsius/Stretto proceeding for several years, and still awaiting a final result.  I have received a claim code from them; to my disappointment, it does not work. It provides an error with every use despite hours of trouble troubleshooting and working with customer service on the Paypal, Venmo and Coinbase sites.  Emailing and calling Stretto has been completely unhelpful so far despite weeks  of waiting and trying and hours wasted.

I don't have any trust in this company or their representative I'd really like this matter to close, as I have a family to feed.  Will you please just send me a (good) check directly to my address on file for all my remaining unclaimed funds?

Thank you,


Matthew Richard Winkle

20504 Tracy Court

Soulsbyville, CA 95372