June 28, 2024

To Honorable Chief Judge Martin Glenn,

I have been enduring the Celsius/Stretto proceeding for several years, and still awaiting a final resolution.   My claim code does not work for Ethereum and I am hoping you can make alternative arrangements for Stretto to send me a working code ASAP, or send me a check to my home in US dollars and bypass the unreliable transfer steps.  I have spent several hours over days and weeks troubleshooting and asking for help, without any positive results.

The estimated today of my unclaimed amount, at today's price is $20,094.54.

5.938629652081527476 ETH at $3,383.70 per ETH for estimated total of:  $20,094.54

I have two kids, one in college, and I can please use these funds as soon as possible. I have waited several years and hoping we can get it wrapped up.

Thank you,

Matthew Richard Winkle

20504 Tracy Court

Soulsbyville, CA 95372