To the Honorable Martin Glenn and United States Bankruptcy Court of the Southern District of New York:

Can you please help get my Celsius claim back to me? I am a young individual investor who was scammed by Celsius when I was 28 years old. I naively invested a large part of my net worth with Celsius and lost it all. It's been over 2 years since my funds were locked and I have been told different reasons on why my credit has not been paid out.

At first it was because I was told I mistakenly put a convenience class election instead of earning. I communicated that this was a mistake and thought it was rectified. Now I am being told it's because I I opted out of the class claim settlement and filed a proof of claim. This process has been extremely confusing, and I simply want to be in the general claim population and just get my funds back.

Any help you could achieve by rectifying this situation and helping me finally receive my lost funds would be greatly appreciated.

Thank you,

Erik Rueckle

erueckle@gmail.com