**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 2, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Joint Stipulation and Agreed Order by and Among the Post-Effective Date Debtors, Litigation Administrator, and Professional Solutions Insurance Company, Hudson Excess Insurance Company, Starstone Specialty Insurance Company, and Associated Industries Insurance Company Inc. Granting Limited Relief from the Automatic Stay, if Applicable** (Docket No. 5596)

Dated: July 5, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 5th day of July 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CHAMBERS | | 300 QUARROPAS STREET | | WHITE PLAINS | NY | 10601-4140 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY AND HUDSON EXCESS INSURANCE COMPANY | C/O PEABODY & ARNOLD, LLP | ATTN: SCARLETT M. RAJBANSHI | 600 ATLANTIC AVENUE | BOSTON | MA | 02210 |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | NEW YORK | NY | 10022 |
| STARSTONE SPECIALTY INSURANCE COMPANY AND ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. | C/O BAILEY CAVALIERI LLC | ATTN: ELAN KANDEL | 10 W BROAD STREET STE 2100 | COLUMBUS | OH | 43215 |

# **Exhibit B**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| PROFESSIONAL SOLUTIONS INSURANCE COMPANY AND HUDSON EXCESS INSURANCE COMPANY | C/O PEABODY & ARNOLD, LLP | ATTN: SCARLETT M. RAJBANSHI | SRAJBANSHI@PEABODYARNOLD.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| STARSTONE SPECIALTY INSURANCE COMPANY AND ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC. | C/O BAILEY CAVALIERI LLC | ATTN: ELAN KANDEL | EKANDEL@BAILEYCAV.COM |