TOGUT, SEGAL & SEGAL LLP
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Kyle J. Ortiz
Bryan M. Kotliar

*Counsel to Ad Hoc Group of Custodial Account Holders*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                           :
In re:                                     :     Chapter 11
                                           :
CELSIUS NETWORK LLC, et al.,[1]            :     Case No. 22-10964 (MG)
                                           :
                                           :     (Jointly Administered)
                        Debtors.           :
                                           :
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

**PLEASE TAKE NOTICE**, that the law firm of Togut, Segal & Segal LLP (the "Togut Firm"), in the above-captioned chapter 11 cases, hereby withdraws its *Notice of Appearance as Counsel to the Ad Hoc Group of Custodial Account Holders* [Docket No. 330]; and further requests to be withdrawn from receiving any and all pleadings including electronic notices of documents filed in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE**, that the Togut firm further requests that the Clerk of the United States Bankruptcy Court for the Southern District of New York remove the Togut Firm from the electronic noticing matrix maintained for the above-captioned bankruptcy cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

DATED:  July 9, 2024
        New York, New York

                                        AD HOC GROUP OF CUSTODIAL
                                        ACCOUNT HOLDERS
                                        By its Counsel,
                                        TOGUT, SEGAL & SEGAL LLP
                                        By:

                                        */s/ Bryan M. Kotliar*
                                        KYLE J. ORTIZ
                                        BRYAN M. KOTLIAR
                                        One Penn Plaza, Suite 3335
                                        New York, New York 10119
                                        (212) 594-5000
                                        kortiz@teamtogut.com
                                        bkotliar@teamtogut.com