July 2, 2024



Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Still Waiting on Distribution After A Simple Request to Change My Email Over a Year Ago

Dear Judge Martin Glenn,

I am a Celsius Earn creditor with no issues other than a simple request to change my email. I have yet to receive my distribution. Stretto's assertion that they are proactively reaching out to customers who have issues with their claims does not seem to be the case. I have only received responses from Stretto after contacting Kirkland's Celsius Creditor Answers, which was then followed by inaction or a series of errors by Stretto, intentional or not, all for a simple request to change my email address. Stretto Support mostly provided automated replies and continued to repeat the same errors when I brought those errors to their attention.

This parade of errors began when I requested a change to my email address on **April 10, 2023**. The email address that I used for my Celsius account was discontinued by a local cable company. I received the following response from Celsius Customer Care:

**April 11, 2024**

**Customer Care and Loans Expert** (Celsius Network)

Apr 11, 2023, 16:22 UTC

*Hello Arthur,*

*Thank you for connecting with the Celsius customer care team.*

*After taking a closer look into your account, we noticed that you created it with your AppleID imported credentials.*

*This means that, when you log in, your email and password are inserted automatically from Apple.*

***Please note that accounts created via social media profiles (Facebook, Google+, AppleID, and***

*Twitter) cannot have their email changed, or password reset, since both are directly linked to the Social network of choice.*

*If there is anything else we can assist you with please don't hesitate to contact us.*

*Best regards!*

**February 8, 2024**

I submitted a support ticket to Stretto for the email change:

*My email address for my PayPal claim is amoonyay@proton.me. The email address on my Celsius account is no longer accessible and I cannot set up a PayPal account with that email or access my claim numbers.*

**May 16, 2024**

I was asked to provide identity verification to which I complied.

Stretto updated my account on **May 20, 2024** and responded with the following:

*Hi,*

*Unfortunately, we cannot update your primary email address as this is linked to Apple.*

*Note: We have added a distribution email address in case your distribution is re-routed to Coinbase.*

**May 23, 2024**

I received the following message:

**Your Distribution Email Address has been Activated**

You requested to add an alternate email
**amoonyay@proton.me**.

**Your Distribution Email Address is now active.** The Alternative Email will only be used for the purpose of matching your identity for Coinbase claim distributions. It will not impact your login credentials nor will it be used for communications.

2

If you did not make this request, please contact Customer Support.

**May 28, 2024**

I received this follow-up message to which I replied "yes, please":

*Hi,*

*We can now update your primary email address to amoonyay@proton.me.*

*Please confirm whether you would like us to do this?*

I also received the following message from app@celsius.network:

**You are receiving this email as the alternative email address that you previously added to your Celsius account cannot be matched with your Coinbase account. Your Celsius claim distribution is assigned to Coinbase, but cannot be processed until your personal information on file with Celsius matches the personal information on your Coinbase account.**

**Per your request, we have removed your alternative email: amoonyay@proton.me. The email address that will now be used to match with Coinbase is your primary email: amoonyay@proton.me .**

**You must ensure you have an active account at Coinbase using your primary email address: amoonyay@proton.me.**

And also this message from no-reply@cases-cr.stretto-services.com:

*You are receiving this email because we received a request on Stretto to verify whether the account associated with this email is eligible to receive a claim distribution related to the Celsius Network LLC bankruptcy Case Number 22-10964. **We are unable to locate a claim distribution associated with this email.***

*Please check the email address you provided to ensure it is correct.*

3

**May 31, 2024**

I received the following message from Celsius Distributions (implying they are sending out claim code for PayPal when the May 28th message said my distribution was assigned to Coinbase):

*Hi ARTHUR,*

*Upon reviewing your account, it shows that you have active claim codes which has not yet been redeemed; (1) for BTC and (1) for ETH.*

*Did you receive the codes to your email address (amoonyay@proton.me) on or around May 25, 2024?*

*We look forward to your reply.*

I replied that I did not receive my claim codes, copied the error message I received on May 28, 2024 that a claim distribution could not be associated with my email address, amoonyay@proton.me, and questioned why Celsius had assigned my claim to Coinbase and were attempting to send claim codes for my PayPal account.  I am a U.S. resident.

My reply went unanswered for two weeks, so I contacted Kirkland's Celsius Creditors Answers who were able to contact people at Stretto and bring this to their attention.

**June 18, 2024**

I receive the following message again form app@celsius.network:

*You are receiving this email because we received a request on Stretto to verify whether the account associated with this email is eligible to receive a claim distribution related to the Celsius Network LLC bankruptcy Case Number 22-10964. **We are unable to locate a claim distribution associated with this email.***

*Please check the email address you provided to ensure it is correct.*

Stretto was still trying to send claim codes to my old, nonexistent email address to which they would have received a reply with an error message from the mail server.  I brought this to the attention of Stretto and Kirkland.  I receive the message that Kirkland is reaching out to Stretto, but no reply from Stretto.

**June 24, 2024**

4

I receive the following message from Celsius Creditors Answers at Kirkland, for some reason Stretto could not communicate this to me directly:

*Art,*

*There is a delay between when a creditor's email address is updated in Celsius' system and when it is updated in the system that generates and sends the claim codes. We are working to confirm if this was the issue and reissue claim codes to your updated email address (amoonyay@proton.me).*

*Thank you,*

**July 2, 2024**

I have received no further communication from Stretto, no claim codes or status of my claim. 17 months since I requested a simple change to my email, five weeks since Stretto finally verified the change while subsequently still trying to send my claim codes to the wrong, non-existent email address; and assigning me to Coinbase while attempting to send out PayPal claim codes; I am still waiting on Stretto "proactively reaching out" and finally receiving my claim codes.

I bring this matter to your attention because I do not think my case is an isolated one, but speaks to the lack of communication, support and competence at Stretto as a whole in dealing with Celsius creditors who requested assistance, even for a simple request for a change of email, despite their assertion to the court that they are proactively reaching out to creditors.

Thank you for listening,

Arthur Meunier