SUSAN ADLER ESQ
630 THIRD AVENUE
NEW YORK, NEW YORK 10017
212-867-9595

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| IN RE | Case No. 22-10964 (MG) |
| CELSIUS NETWORK LLC et al., | Chapter 11 |
| Debtors. | Jointly Administered |

_____

NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO 23820 OF TAYLOR ELLIOTT

PLEASE TAKE NOTICE THAT pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure TAYLOR ELLIOTT, a creditor in the above-captioned Chapter 11 case, by and through counsel, in view of the Settlement Agreement entered into on or about May 12, 2024, hereby withdraws the proof of claim 23820, which was filed on February 8, 2023.

Respectfully Submitted,
/s/ Susan Adler
_____

Susan Adler, Esq
Attorney for Creditor Taylor Elliott
630 Third Avenue
New York, New York 10017
212-867-9595

To: All Parties