**EXHIBIT 1**

**0x50dd Funding**

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0xc9043f6fbbe1b55d02dc26f8da3b50023ac67d26be2c22c70bb93d27677 2fffb | 5/3/2021 16:05 | CryptoPunk |
| 0x054f0b5ced878dbb6c59dc20e989557cee2e667c09a55b3c4a8d596529 152f22 | 5/3/2021 16:05 | CryptoPunk |
| 0x6a2f503e09129ee3387b2ef619027c7686976c62fc791eacad50ee30659 154f8 | 5/3/2021 16:05 | CryptoPunk |
| 0xd011f428b8afacc872e407b9bafadd6691252ad080943a06ab6ad31d79c 97fe9 | 4/1/2021 16:56 | CryptoPunk |
| 0x805614abdb92359ee6612ff64ee0b54402256474a8664b1400f715ef892 8f7d2 | 3/17/2021 20:44 | CryptoPunk |
| 0x4d964f2a3a64cd08883945915586afc5cdaca0ee040f633bd446af1b6e83 b102 | 3/17/2021 20:44 | CryptoPunk |
| 0x73dc1bc13c32d83b99b7e2e5c81151c7a57ddb6c406b1f2f5ff37787061 45290 | 3/16/2021 2:17 | CryptoPunk |
| 0x2d90a729a74942156174b5e231da158a48c7acc5f0816bf875e8d7741c8 fe0d7 | 3/16/2021 2:17 | CryptoPunk |
| 0x9e4b360024d35a5ed08cb09b529b99952457621a001d4f518ca05926f9 c9dbd2 | 3/16/2021 2:17 | CryptoPunk |
| 0x87c56b5376abad13f0d06100e7b4bd14fe85af9af216369e6fb227d242e e50c8 | 3/16/2021 2:17 | CryptoPunk |
| 0xb9e033548fd1aef0def824532b7b44d73d01a4c22998bdaeb353d7f5345 3fab8 | 3/16/2021 2:16 | CryptoPunk |
| 0xe2f755dc74ae015baa5c10ab44555380ec8acf8942ce18556919b5b74a7 274c2 | 3/16/2021 2:16 | CryptoPunk |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x54b5f3da3c78c751f8501d90de948648204fe3236d7de0dc9b583a63eb904997 | 3/16/2021 2:16 | CryptoPunk |
| 0x93d33a3ab8cfd9fd191a72eff371fbfd1ca06100afaebcde1a2204805c14130c | 3/16/2021 2:16 | CryptoPunk |
| 0x0f5b3eb4f07343902e2fa5458187fda283a7785ef9ad6e402b0a8f3016d0b457 | 3/16/2021 2:16 | CryptoPunk |
| 0x602b9fb948b5dc0de685c6ffece151e7de3c62cb6728a88e972e47520477646f | 3/16/2021 2:15 | CryptoPunk |
| 0xf8ea4e226bf9c584ddf9c63dd32509f6a4a4c523c40514f32a6aa5d35be36d05 | 3/16/2021 2:15 | CryptoPunk |
| 0x8b20d5769a66e7bf472ee5f38b681911bae37c5201d4b21c98c675054a2fa98f | 3/16/2021 2:15 | CryptoPunk |
| 0x87ad6b49bcc7dc2144d8a9aaa982e400a625a3faaeaaa9ae840795fe8ecfa2e8 | 3/16/2021 2:14 | CryptoPunk |
| 0x8659238362770afdfd0ecffa9e15e3595386aa6e7477a787703c9e83176632dc | 3/16/2021 2:14 | CryptoPunk |
| 0x105291e84f12e00891733175bc2144b42dcb15d4e357e5cd4bc2e904aa0a2fb8 | 3/16/2021 2:13 | CryptoPunk |
| 0xb4919f73a3e37693f5493eee8ec91e94ecd9981505009d20e3d145d39f0764c5 | 3/16/2021 2:13 | CryptoPunk |
| 0xd6808cc9e0dda1b8170e1ab06317184bf342d764945ab27bcc01ff809077f64a | 3/12/2021 18:16 | beeple2 |
| 0x1fcb34825f6cd837a2e8b09b3c12a236144fb59cd6fc198f1f6a5df73ff13a41 | 3/10/2021 16:29 | eth |
| 0xfd8304db67d7e634c4ff5da04fcd867e4584d56b3aaef6e435ae026c93e0ab78 | 3/7/2021 20:56 | dcdt13 |
| 0xc2292dba485ce206e8abfa77c0d30a10a9eae1884295c0256122f868f5db0bf5 | 3/7/2021 20:54 | rari |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x4bd159904b5ef68f4aff85aa1691e2cd84d41edc1ae1da51a1e93816aee eca43 | 3/7/2021 20:53 | rari |
| 0x8e9adda57d85400489839eadf14d5089672dfd78ae29fbd5b2cc3cf3a84 12bbf | 3/7/2021 20:51 | rari |
| 0x06d9952aaa4eb1d26a6407da144e161aed24720c0aa1ea7f3b694c29ec 6a114b | 3/7/2021 20:51 | rari |
| 0x82616f85908b553ee3f38e816fe3516918c71e98583cdd390201f59238e b1291 | 3/7/2021 20:51 | up |
| 0x7724b61bc978029d238a4b9bb6358a6fcccbcc4868cf1063bd014c586f9 76fac | 3/7/2021 20:51 | up |
| 0xc3a51a7126ed28766d137e76bf9902928cd83277fe8d6e0fceb48786eec d6b35 | 3/7/2021 20:51 | up |
| 0xfdab0c6fe2de53b4310d2f1e1626d888de90eb014944b5e21d87728d2d 6aecf0 | 3/7/2021 20:51 | up |
| 0xdad1ce6e9cc930899bf008ab3d9ef65728c3100b55a0144ec31f98417b0 ca9e9 | 3/7/2021 20:50 | rari |
| 0x52e404be88b1043915fe8ebafa71ee0838d9bd3ab59a3a455b26affa73e 5c54f | 3/7/2021 20:50 | up |
| 0xaf5ebe96c200112549299069a3f2f2cd93ab409059367a84d4de58b99fc 074a2 | 3/7/2021 20:50 | rari |
| 0x25d33f6abf1d706b92ebf505aa22a67aa659630a3f77ed3554d11c9b5e6 13bf5 | 3/7/2021 20:50 | rari |
| 0x2fd2664be5fbd39d4c36d098d0703aa634eb9c2046efa277ef6f6e911e1 a53b1 | 3/7/2021 20:49 | rari |
| 0x93ce310d4a0e87ba01e92055b8e13e9f137099f84df894f84a33ee27bd4 32684 | 3/7/2021 20:44 | rari |
| 0xe928f21b9a1c04f477b59d892a2bede6eb88299abe1a4783b41154cf997 234fe | 3/7/2021 20:41 | rari |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x39c3d563c4a2f582f262c82e3722b06eea400027bae10b754b78c310392417ec | 3/7/2021 20:38 | rari |
| 0x9603e6f700246614c1324cc830a1117b92e0ee1de57d030053371f728c8c3021 | 3/7/2021 20:38 | rari |
| 0xb1f3c57a5ce5457fdd0bac5332a1f16a115c4b356f52411035e5ac7e533ba633 | 3/7/2021 20:37 | up |
| 0x50d6da27a9ab149970e81522f0681f8be1a320548c06675504ddf04dc963fd02 | 3/7/2021 20:37 | rari |
| 0xcb5464dcbf5316507d9c493c8135beae9f73d90d2d0e4cfc735b8af996c98ba0 | 3/7/2021 20:36 | rari |
| 0x6e52ea773afa752523edc879b3d79dc96c2966706f493fcf35effa0aca7e6ee8 | 3/7/2021 20:35 | rari |
| 0xa8297d5829c56edbc87bfc7b2b5fe75b1a6fba54b1c1fe87b89165fd43528e41 | 3/7/2021 20:35 | 88mph-yalink-deposit |
| 0x0efadba4f9e83b816fcdcfc77e65f127ebbe2a858edb2f6b41fb5e5362805aa4 | 3/7/2021 20:35 | rari |
| 0x4066c9da58f0412923d29580035c396969b0e6e9dc8a5d2f379b8f871b5fc1af | 3/7/2021 20:35 | rari |
| 0x6e1bca6d3b294c93e8262fdf63022e1baad953c454e78be5aa6cc427954dd698 | 3/7/2021 20:17 | selectworksbyalottamoney |
| 0x6e1bca6d3b294c93e8262fdf63022e1baad953c454e78be5aa6cc427954dd698 | 3/7/2021 20:17 | goos |
| 0x6e1bca6d3b294c93e8262fdf63022e1baad953c454e78be5aa6cc427954dd698 | 3/7/2021 20:17 | findingyourselfopeneditionbyeduardov |
| 0x6e1bca6d3b294c93e8262fdf63022e1baad953c454e78be5aa6cc427954dd698 | 3/7/2021 20:17 | genesispacksbybosslogic |
| 0x6e1bca6d3b294c93e8262fdf63022e1baad953c454e78be5aa6cc427954dd698 | 3/7/2021 20:17 | findingyourselfopeneditionbyeduardov |

| Transaction Hash | Timestamp | Asset |
| --- | --- | --- |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | lushsuxslambofundopeneditionbylushsux |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | ud |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | josie |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | beeple |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | facadebyaeforia |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | dropalottamoneyopenedition |
| 0x4ef7bf0b1b8dd2a8c42d6bdf96934ecc338f823f06c99d83b6323548a5a85293 | 3/6/2021 23:07 | popculturedystopiaopeneditionbyfiliphodas |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | genesispacksbybosslogic |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | fvckrenderverseopeneditionbyfvckrender |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | fvckrenderverseopeneditionbyfvckrender |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | headshotsopeneditionbyzomboy |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | headshotsopeneditionbyzomboy |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | thecollisionbypakxtrevorjones |
| 0x46e960fd27501ecbcaae7c53a2cb862c0c6fab4bfd4cd2f18486ce654f089ead | 3/6/2021 23:00 | thecollisionbypakxtrevorjones |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | thelookoftheotheropeneditionbyrenderfruit |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | relicsofamortalpastopeneditionbybillelis |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | relicsofamortalpastopeneditionbybillelis |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | thelookoftheotheropeneditionbyrenderfruit |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | koda |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | somethingforeveryoneopeneditionbygavinshapiro |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | somethingforeveryoneopeneditionbygavinshapiro |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | koda |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | FISHΞRMANPACKSBYSTEVENBALTAY |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | growingupimscaredopeneditionbyfewocious |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | growingupimscaredopeneditionbyfewocious |
| 0x6d5cc0c6fe38441d9ad52aca6bdfc82c6b97223ea14a4d53abed7ccbc0b02d7b | 3/6/2021 22:56 | iconseriesopeneditionbystevenbaltay |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | covidheroes |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | covidheroes |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | covidheroes |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | neocitypoppposterseriesopeneditionbytwistedvacancy |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | neocitypoppposterseriesopeneditionbytwistedvacancy |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | neocitypoppposterseriesopeneditionbytwistedvacancy |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | queensopeneditionbyhackatao |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | queensopeneditionbyhackatao |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | queensopeneditionbyhackatao |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | queensopeneditionbyhackatao |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | supr |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | supr |
| 0xcc730ff25a4e3eb832532ded7327db1cf5a8a3a6dec5d1c2e0dfb0127b02f7da | 3/6/2021 22:50 | supr |
| 0x46dea0ae60d2158ca86491f32b73d13411a7051c16efbe23982ff56404deaff2 | 3/6/2021 22:46 | brb |
| 0x46dea0ae60d2158ca86491f32b73d13411a7051c16efbe23982ff56404deaff2 | 3/6/2021 22:46 | brb |
| 0x46dea0ae60d2158ca86491f32b73d13411a7051c16efbe23982ff56404deaff2 | 3/6/2021 22:46 | brb |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x46dea0ae60d2158ca86491f32b73d13411a7051c16efbe23982ff56404d eaff2 | 3/6/2021 22:46 | brb |
| 0x46dea0ae60d2158ca86491f32b73d13411a7051c16efbe23982ff56404d eaff2 | 3/6/2021 22:46 | brb |
| 0x166794db483f04853728e2a2c3b431117c77cc4d64b4260c020161877c 5c0ba7 | 3/6/2021 22:43 | tree |
| 0xbee46c06d1a1bfc7b468240a08b2027514d638beae7b85bd9730a6a22b 77191f | 3/6/2021 22:41 | mkt2 |
| 0xbee46c06d1a1bfc7b468240a08b2027514d638beae7b85bd9730a6a22b 77191f | 3/6/2021 22:41 | mkt2 |
| 0xbee46c06d1a1bfc7b468240a08b2027514d638beae7b85bd9730a6a22b 77191f | 3/6/2021 22:41 | mkt2 |
| 0xbee46c06d1a1bfc7b468240a08b2027514d638beae7b85bd9730a6a22b 77191f | 3/6/2021 22:41 | mkt2 |
| 0xdcdd6b9f6b10d138536e3a9dd9b1b1ee11de33fa37079fb02e250d23cb be90d9 | 3/6/2021 22:37 | ens |
| 0xdcdd6b9f6b10d138536e3a9dd9b1b1ee11de33fa37079fb02e250d23cb be90d9 | 3/6/2021 22:37 | ens |
| 0xdcdd6b9f6b10d138536e3a9dd9b1b1ee11de33fa37079fb02e250d23cb be90d9 | 3/6/2021 22:37 | ens |
| 0xdcdd6b9f6b10d138536e3a9dd9b1b1ee11de33fa37079fb02e250d23cb be90d9 | 3/6/2021 22:37 | ens |
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d 240b11 | 3/6/2021 22:34 | blocks |
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d 240b11 | 3/6/2021 22:34 | blocks |
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d 240b11 | 3/6/2021 22:34 | blocks |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d240b11 | 3/6/2021 22:34 | blocks |
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d240b11 | 3/6/2021 22:34 | blocks |
| 0x4cdde78de972e86f2507d9f22c4d89a5265f1a74a2387dd2236bd8dd9d240b11 | 3/6/2021 22:34 | blocks |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | deathalwayspresentbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | deathalwayspresentbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | heroesplayingpokeropeneditionbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | heroesplayingpokeropeneditionbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | heroesplayingpokeropeneditionbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | heroesplayingpokeropeneditionbyjosedelbo |
| 0x257e331db3cbc7e91e84d00338ae2d5878599037c04f94cec73067d504d096ff | 3/6/2021 22:31 | heroesplayingpokeropeneditionbyjosedelbo |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | dcdt |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | dcdt |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | dcdt |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | dcdt |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | hypebirdsbyoliveallen |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | hypebirdsbyoliveallen |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | hypebirdsbyoliveallen |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | hypebirdsbyoliveallen |
| 0xf3848fff000e3ba3e4bb88330557bc4d0160484562bc43a6dceb29e72fec304b | 3/6/2021 22:27 | oliveallensttheunbearables |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x589b41ea369f856fac1320a82035801c2d0463fad0d666399fb5d0bfd7ed3859 | 3/6/2021 22:16 | tree |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x4cf6a393fd6ce73c500aa63ace121a0735edcf871ef7bf4163e0639aa2fcb28e | 3/6/2021 22:15 | beeple2 |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x59fd0bf821c48251e998b1b5fe475ee8f4d804e49e59caab9d7e26794954fb52 | 3/6/2021 22:11 | cc |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x38a03c07b2bcb4b5704b17666f6222d3830ccbd75369c38a39977c6949bba986 | 3/6/2021 22:09 | hm |
| 0x3950d557297fdd86ac38476c4cd1ce3e1790439069630d350236b35c564a03ac | 3/6/2021 21:58 | thelookoftheotheropeneditionbyrenderfruit |
| 0xc7ebd38fd750af457798b784d62c8d4d84dcce3d6a33a270acb5bbfb3647a01b | 3/6/2021 21:57 | rari |
| 0xd56d02c07f94a255d40e0150a8cc1954d29eb61644e99752cd0143ab12e99019 | 3/6/2021 21:53 | rari |
| 0x80c233a421ee0b9a4f6ac976dd3f6b4ecd9dc51cdac9212fa47e966cd48bcb2d | 3/6/2021 21:53 | rari |
| 0x770e20a9cfd3b7a1e0d4470756c5a5cc7dd2ed6f421c8475552b3424f4e5332c | 3/6/2021 21:53 | rari |
| 0xf47247fe6f560f15de2b7ffe85950c2d51f5674c1d66a4b57fc386c1ed186fb1 | 3/6/2021 21:50 | rari |
| 0xfa290837ff401222049e09b991795f7d2ef1dff693172b4bfa91ce8176a601f3 | 3/6/2021 21:49 | zora |
| 0x511fb3fb07b8a604a22f947b8af81526b942abd004219d4feb10393610458f05 | 3/6/2021 21:49 | rari |
| 0x6d25006474a7ca17d4dce0218c853487cd0e00a2339206da44cc8a4f1cb8f04a | 3/6/2021 21:48 | beeple2 |
| 0x3185e61519346a1da648c177bdd6bd73b26a6a46e21368edd5945f80a89da3c3 | 3/6/2021 21:48 | beeple2 |
| 0x4e9026aa451fc18f0bacaa7b9ecd78b92de97411d497ae944ed840e3abc29156 | 3/6/2021 21:48 | beeple2 |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x0b54703e0f8733653f5738494b8f2275178772f46f6c6ed032e09c12f818d402 | 3/6/2021 21:48 | beeple2 |
| 0xfe331ad64ac28c08c55b66f5916768b8fe3d063f8401f4df82fe4c84a1eb3ac0 | 3/6/2021 21:48 | beeple2 |
| 0x649583339242beba04babad23e63f5aa2398b2be461c33ad5bde9c9b46a7c8e6 | 3/6/2021 21:48 | beeple2 |
| 0x03873b6b2dc1ef732e01b0e7bd3b1246ab47d2c603fdde2611b636c8bbaf70ce | 3/6/2021 21:48 | beeple2 |
| 0x69954b7557d7bc9c9e26bd2806c1de0452c39bfcab8c5ec1c1452559c83334ec | 3/6/2021 21:48 | genesisopeneditionsbybosslogic |
| 0xcd924790d6f2f4a7f4dbbf2e558c15817f6747be4f2c91180e9b5b8d7ce845dd | 3/6/2021 21:48 | beeple2 |
| 0x0f0766e879bda1b6ef34be4cb5d2a7f09f0bf8b47020e7e9a3a18a0c836d227c | 3/6/2021 21:48 | beeple2 |
| 0x6dd6a5c496fb013f2137dd1de908c3e6e9e272fe94d8370e7e808303d952b363 | 3/6/2021 21:46 | mint |
| 0x4276ced5c3c9f5239c3af5c1dcb8f7a6e2ea498e776af2aa5a5ba19afa4ce60f | 3/6/2021 21:46 | mkt2 |
| 0x6d9fcd08605a290fe63dbf1ea1ed9ed19113000410305c93e8f5961e37b05ff3 | 3/6/2021 21:46 | beeple2 |
| 0x788d2df98a8ef43bd960a266dc8850553a10c1d7ed77e0991e352376955b6bd2 | 3/6/2021 21:46 | rari |
| 0x85b1895e6eb904ce24bd8932a9fb36594b0cfffaec46f088e45f6f0ed9f4e3d2 | 3/6/2021 21:46 | fndnft |
| 0xf1e951e0739c11364a196682dcea72a3b4da463e2ddc8678e6305e3b5c19e1b5 | 3/6/2021 21:46 | rari |
| 0x110c93414f5a6d2e4a08dc5aa84d875e0db6ba71f3ea56ba3bfd27c798e8c599 | 3/6/2021 21:46 | beeple2 |

| Transaction Hash | Timestamp | Asset |
|---|---|---|
| 0x2ec3a97630e320fd4ea65d80cb5c490c4ae5a7c4be48183335d224c7512b3c59 | 3/6/2021 21:46 | beeple2 |
| 0x29a3469040eedb5c9c7bf2c24e6244c3f6acd66e82d58c3d6ad3ca1e402fa194 | 3/6/2021 21:46 | mint |