**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

      I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

      On July 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Joint Stipulation and Agreed Order by and Among the Post-Effective Date Debtors, Litigation Administrator, and Professional Solutions Insurance Company, Hudson Excess Insurance Company, Starstone Specialty Insurance Company, and Associated Industries Insurance Company Inc. Granting Limited Relief from the Automatic Stay, if Applicable** (Docket No. 7245)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on July 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **Joint Stipulation and Agreed Order by and Among the Post-Effective Date Debtors, Litigation Administrator, and Professional Solutions Insurance Company, Hudson Excess Insurance Company, Starstone Specialty Insurance Company, and Associated Industries Insurance Company Inc. Granting Limited Relief from the Automatic Stay, if Applicable** (Docket No. 7245)

Dated: July 16, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado      )
                       )                   SS.
County of Denver       )

Subscribed and sworn before me this 16th day of July 2024 by Janira N. Sanabria.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | 501 WASHINGTON AVE | | | MONTGOMERY | AL | 36104 |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | 1031 W 4TH AVE | SUITE 200 | | ANCHORAGE | AK | 99501 |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | 2005 N CENTRAL AVE | | | PHOENIX | AZ | 85004 |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | 323 CENTER ST | SUITE 200 | | LITTLE ROCK | AR | 72201 |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | PO BOX 944255 | | | SACRAMENTO | CA | 94244-2550 |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | RALPH L. CARR JUDICIAL BUILDING | 1300 BROADWAY | 10TH FLOOR | DENVER | CO | 80203 |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | 165 CAPITOL AVE | | | HARTFORD | CT | 06106 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | | MIAMI | FL | 33131 |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | 400 6TH STREET NW | | | WASHINGTON | DC | 20001 |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL PL-01 | | | TALLAHASSEE | FL | 32399 |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | 40 CAPITOL SQ SW | | | ATLANTA | GA | 30334 |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | 425 QUEEN ST | | | HONOLULU | HI | 96813 |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | 700 W JEFFERSON ST | SUITE 210 | PO BOX 83720 | BOISE | ID | 83720 |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | JAMES R. THOMPSON CENTER | 100 W RANDOLPH ST | | CHICAGO | IL | 60601 |
| INDIANA OFFICE OF THE INDIANA ATTORNEY GENERAL | | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST | 5TH FLOOR | INDIANAPOLIS | IN | 46204 |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | DES MOINES | IA | 50319 |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL DEREK SCHMIDT | 120 SW 10TH AVE | 2ND FLOOR | | TOPEKA | KS | 66612 |
| KENTUCKY OFFICE OF THE ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITAL AVE | SUITE 118 | | FRANKFORT | KY | 40601 |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | 300 CAPITAL DR | | | BATON ROUGE | LA | 70802 |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | 6 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | 200 ST. PAUL PLACE | | | BALTIMORE | MD | 21202 |
| MASSACHUSETTS ATTORNEY GENERAL'S OFFICE | | 1 ASHBURTON PLACE | 20TH FLOOR | | BOSTON | MA | 02108 |
| MICHIGAN DEPARTMENT OF ATTORNEY GENERAL | | 525 W OTTAWA ST | | | LANSING | MI | 48906 |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | 445 MINNESOTA ST | SUITE 1400 | | ST. PAUL | MN | 55101 |
| MISSISSIPPI OFFICE OF THE ATTORNEY GENERAL | | WALTER SILLERS BUILDING | 550 HIGH ST | PO BOX 220 | JACKSON | MS | 39201 |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | SUPREME COURT BUILDING | 207 W HIGH ST | | JEFFERSON CITY | MO | 65101 |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | JUSTICE BUILDING, 3RD FLOOR | 215 N SANDERS | PO BOX 201401 | HELENA | MT | 59602 |
| NEBRASKA OFFICE OF THE ATTORNEY GENERAL | | 2115 STATE CAPITOL | | | LINCOLN | NE | 68509 |
| NEVADA OFFICE OF THE ATTORNEY GENERAL | | OLD SUPREME COURT BUILDING | 100 N CARSON ST | | CARSON CITY | NV | 89701 |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 03301 |
| NEW JERSEY OFFICE OF THE ATTORNEY GENERAL | | RICHARD J. HUGHES JUSTICE COMPLEX | 25 MARKET ST 8TH FL, WEST WING | BOX 080 | TRENTON | NJ | 08611 |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | 408 GALISTEO ST | VILLAGRA BUILDING | | SANTA FE | NM | 87501 |
| NEW YORK OFFICE OF THE ATTORNEY GENERAL | | THE CAPITOL | 2ND FLOOR | | ALBANY | NY | 12224 |
| NORTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | 114 W EDENTON ST | | | RALEIGH | NC | 27603 |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 600 E BOULEVARD AVE | DEPT. 125 | | BISMARCK | ND | 58505 |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | | NEW YORK | NY | 10004-1459 |
| OHIO OFFICE OF THE ATTORNEY GENERAL | | STATE OFFICE TOWER | 30 E BROAD ST | 14TH FLOOR | COLUMBUS | OH | 43215 |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | 1162 COURT ST NE | | | SALEM | OR | 97301-4096 |
| PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL | | STRAWBERRY SQUARE 16TH FL | | | HARRISBURG | PA | 17120 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | | WASHINGTON | DC | 20006-1806 |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | | NEW YORK | NY | 10022 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | 100 PEARL ST | SUITE 20-100 | | NEW YORK | NY | 10004-2616 |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | | WASHINGTON | DC | 20549 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | 200 VESEY ST SUITE 400 | BROOKFIELD PLACE | | NEW YORK | NY | 10281-1022 |
| SOUTH CAROLINA OFFICE OF THE ATTORNEY GENERAL | | REMBERT C. DENNIS BLDG | 1000 ASSEMBLY ST | ROOM 519 | COLUMBIA | SC | 29201 |

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|-----------|------|-------|-----|
| SOUTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | | 1302 E HIGHWAY 14 | SUITE 1 | | PIERRE | SD | 57501-8501 |
| SOUTHERN DISTRICT OF NEW YORK UNITED STATES ATTORNEYS OFFICE | | ONE ST. ANDREWS PLAZA | | | NEW YORK | NY | 10007 |
| TENNESSEE OFFICE OF THE ATTORNEY GENERAL | | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 |
| TEXAS OFFICE OF THE ATTORNEY GENERAL | | 300 W 15TH ST | | | AUSTIN | TX | 78701 |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | UTAH STATE CAPITOL COMPLEX | 350 N STATE ST | SUITE 230 | SALT LAKE CITY | UT | 84114 |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | 109 STATE ST | | | MONTPELIER | VT | 05609 |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | 202 N NINTH ST | | | RICHMOND | VA | 23219 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | PO BOX 40100 | | | OLYMPIA | WA | 98504-00 |
| WASHINGTON OFFICE OF THE ATTORNEY GENERAL | | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98501 |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | 1900 KANAWHA BLVD E | BUILDING 1 | ROOM E-26 | CHARLESTON | WV | 25305 |
| WISCONSIN OFFICE OF THE ATTORNEY GENERAL | | 17 W MAIN ST | ROOM 114 EAST P | | MADISON | WI | 53702 |
| WYOMING OFFICE OF THE ATTORNEY GENERAL | | 109 STATE CAPITOL | | | CHEYENNE | WY | 82002 |

# **Exhibit B**

**STRETTO**

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALABAMA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMERINTEREST@ALABAMAAG.GOV |
| ALASKA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@ALASKA.GOV |
| ARIZONA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AZAG.GOV |
| ARKANSAS OFFICE OF THE ATTORNEY GENERAL | | | OAG@ARKANSASAG.GOV |
| CALIFORNIA OFFICE OF THE ATTORNEY GENERAL | | | XAVIER.BECERRA@DOJ.CA.GOV |
| COLORADO OFFICE OF THE ATTORNEY GENERAL | | | CORA.REQUEST@COAG.GOV |
| CONNECTICUT OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@CT.GOV |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL | | | OAG@DC.GOV |
| FLORIDA OFFICE OF THE ATTORNEY GENERAL | | | ASHLEY.MOODY@MYFLORIDALEGAL.COM |
| GEORGIA OFFICE OF THE ATTORNEY GENERAL | BERNADETT ROSSZER FIGUEROA | | BROSSZER@LAW.GA.GOV |
| HAWAII OFFICE OF THE ATTORNEY GENERAL | | | ATG.CED@HAWAII.GOV |
| IDAHO OFFICE OF THE ATTORNEY GENERAL | | | STEPHANIE.GUYON@AG.IDAHO.GOV |
| ILLINOIS OFFICE OF THE ATTORNEY GENERAL | | | INFO@LISAMADIGAN.ORG |
| IOWA OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER@AG.IOWA.GOV |
| KANSAS OFFICE OF THE ATTORNEY GENERAL | ATTN: ATTORNEY GENERAL | DEREK SCHMIDT | DEREK.SCHMIDT@AG.KS.GOV |
| LOUISIANA OFFICE OF THE ATTORNEY GENERAL | DEPARTMENT OF JUSTICE | | ADMININFO@AG.STATE.LA.US |
| MAINE OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@MAINE.GOV |
| MARYLAND OFFICE OF THE ATTORNEY GENERAL | | | OAG@OAG.STATE.MD.US |
| MINNESOTA OFFICE OF THE ATTORNEY GENERAL | | | ATTORNEY.GENERAL@AG.STATE.MN.US |
| MISSOURI OFFICE OF THE ATTORNEY GENERAL | | | CONSUMER.HELP@AGO.MO.GOV |
| MONTANA OFFICE OF THE ATTORNEY GENERAL | | | CONTACTDOJ@MT.GOV |
| NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL | NH DEPARTMENT OF JUSTICE | | ATTORNEYGENERAL@DOJ.NH.GOV |
| NEW MEXICO OFFICE OF THE ATTORNEY GENERAL | | | HBALDERAS@NMAG.GOV |
| NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | NDAG@ND.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OKLAHOMA OFFICE OF THE ATTORNEY GENERAL | | | QUESTIONS@OAG.OK.GOV |
| OREGON OFFICE OF THE ATTORNEY GENERAL | | | ELLEN.ROSENBLUM@DOJ.STATE.OR.US ATTORNEYGENERAL@DOJ.STATE.OR.US |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL | | | AG@RIAG.RI.GOV |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| SECURITIES & EXCHANGE COMMISSION | | | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | | NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: REGIONAL DIRECTOR NEW YORK REGIONAL OFFICE | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| UTAH OFFICE OF THE ATTORNEY GENERAL | ATTN: SEAN D. REYES | | BANKRUPTCY@AGUTAH.GOV |
| VERMONT OFFICE OF THE ATTORNEY GENERAL | | | AGO.INFO@VERMONT.GOV |
| VIRGINIA OFFICE OF THE ATTORNEY GENERAL | | | MAIL@OAG.STATE.VA.US |
| WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL | STATE CAPITOL | | CONSUMER@WVAGO.GOV |

## **EXHIBIT C**

Served via Electronic Mail

(For unredacted information, please contact Stretto by email at CaseTeam@stretto.com or by telephone at 855-423-1530)

| | |
|---|---|
| 4XP MINING CDXX  LLC | AARON LEE KENNEDY |
| A & JC INVESTMENT PROPERTIES LLC | AARON MICHAEL DRURY |
| A BETTER BOAT  LLC | AARON MICHAEL FREDERICK |
| A. GIOVANNI ZOPPE | AARON MICHAEL SCHOTT |
| AAHEL IYER | AARON MORRIS KELLEY |
| AAKAASH RAVI PATEL | AARON ONEILL STRAKER |
| AARJAB GOUDEL | AARON PHILL WENDELL FERGUSON |
| AARON AUMILLER | AARON RANDALL SCHNIEDER |
| AARON BANKSTON STEARNS | AARON RAY GARNER |
| AARON BENJAMIN CANTU | AARON ROI COHEN |
| AARON BRADFORD ANDERSON | AARON RYAN OVSIENKO |
| AARON C BEACH | AARON SCOTT EPSTEIN |
| AARON CARL JENSEN | AARON SEANA DAVIS |
| AARON CHEN | AARON SPENCER BROCKBANK |
| AARON CHRISTOPHER FEKETE | AARON THOMAS WORD |
| AARON CRAIG MUCZKO | AASIM IMRAN SHAIK |
| AARON DALE HIGBEE | ABACI  LLC |
| AARON DANIEL BENNETT | ABDOOL A AZEEZ |
| AARON ELLSWORTH RAY | ABDUL BAREKZAI |
| AARON GRIFFITH | ABISHEK PUCHALAPALLI REDDY |
| AARON J LIPPY | ABRAHAM ARMEN ABRAMIAN |
| AARON JAMES COZORT | ABRAHAM FUHED SMILOWITZ |
| AARON JAY BASEY | ABRAHAM LAURENCE SIMPSON |
| AARON JOSEPH MCCLURE | ABRAHAM LEVI SALDIVAR |
| AARON JOSEPH ROE | ABRAHAM MATA |
| AARON KANE WILLIAMSON | ABTIN SAMADI |
| AARON KUAN | ACAR RAUF ARY |
| AARON LAVAL TONEY | ADAM AARON MISCHKE |

ADAM AARON NATIV

ADAM ANTHONY STEELE

ADAM BRADLEY NAPOLETANO

ADAM CASSIDY CARTER

ADAM CORY HEISSERER

ADAM D QUANE

ADAM DANIEL BIEDERMAN

ADAM DANIEL JOHNSON

ADAM DANIEL O LEARY

ADAM DANIEL WENIG

ADAM DAVID PEREZ

ADAM DAVID SCHLESINGER

ADAM DAVID STONEHOCKER

ADAM DAYE MAXWELL

ADAM ERICOBERLIN LARSON

ADAM GERARD RICE

ADAM GHOUBALI

ADAM GRAY LACEY

ADAM GREER FLIGSTEN

ADAM H HAKIM

ADAM HIPOLIT SOKOLOWSKI

ADAM INGLE

ADAM J SWIERCZYNSKI

ADAM JAMES LUDDEN

ADAM JAMES WEIGOLD

ADAM JASON STEPHENS

ADAM JON STREETS

ADAM JONATHAN WEIL

ADAM JOSEPH COOK

ADAM JOSEPH STOLER

ADAM K SCHATZ

ADAM LEE HARMON

ADAM LLOYD KITAIN

ADAM MALLEY

ADAM MATHEW BERMAN

ADAM MATTHEW DE WITT

ADAM MITCHELL POMERANTZ

ADAM MUSTAFA

ADAM NARKIEWICZ

ADAM NEAL SUMMERS

ADAM P CARELLI

ADAM PIEGARI

ADAM RANDALL WEISS

ADAM REID WITEK

ADAM RIVERS BLUMER

ADAM ROCKSTAD

ADAM RUDOLPH VUKSICH

ADAM SAMUEL ELROD

ADAM SINGH MARWAH

ADAM STEWART FOX

ADAM TAYLOR FYFFE

ADAM W GRACZYK

ADAM WALLACE MANKE

ADAMS WONG

ADDISON KUO YANG

ADEEL JAVED

ADEL TAWFIQ FAKHOURI

ADHAM M NASSAR

ADHAM NABIL MOMTAZ

ADITYA DARGAN

ADOLF HANNERT

ADONAI PROFESSIONAL SERVICES   INC

ADREAT LE

ADRIAN ALEXANDER WINTHER

ADRIAN ARTURO LOJO ZULUAGA

ADRIAN AUGUS RISH

ADRIAN AYALA ESCONDO

ADRIAN CHARL JONES

ADRIAN FERNANDEZ

ADRIAN JESUS LARREAL MATA

ADRIAN JESUS PHRUKSUKARN

ADRIAN JOSEPH DANKER

ADRIAN PEREZ-SIAM

ADRIAN RICHARD TAPIA

ADRIAN ROBERT TINOCO

ADRIAN RODRIGUEZ

ADRIEN BAPTISTE JULIEN GUILLO

AGNES MACARAIG ALMEIDA

AGUS SANTOSO LIE

AHLAM JAMAL

AHMED ABDULLAH MEJJALLID

AHMED MAHMOUD EID

AHNAF IBNE SALAM

AHSON MOHAMMAD SAIYED

AIDE HERNANDEZ GOMEZ

AITOR MATEO

AKHIL VELURU

AKIKO KANESEKI

AKIL ALI ALEXANDER

ALAN GOODE

ALAN J ROBERT

ALAN JOSEPH LACHAPELLE

ALAN MERLE PARRANTO

ALAN MICHAEL KRAMPF

ALAN NAMAZBAYEV

ALAN SEAN BRACY

ALAN WEI ZHENG

ALBERT C FERREIRA

ALBERT EATON SHAW

ALBERT SANGYUP LEE

ALBERT TSZ JEON LI

ALBERT W EBIA

ALBERTO EUSEBIO

ALBERTO JESUS CARRASQUILLO-RODRIGUEZ

ALBERTO MARGARITO MARTINEZ

ALBERTO MOISES

ALBERTO WENCE VERDUZCO

ALBIN THOMAS

ALDO LUIGI DAVALOS

ALEC EDWARD STRAIN

ALEC GREGORY ANANIAN

ALEC WILLIAM OWENS

ALEJANDRO ANTONIO MARTINEZ

ALEJANDRO DANIEL GONZALEZ

ALEJANDRO LORENZO SUAREZ-FIGUEROA

ALEJANDRO MIGUEL ARGUETA

ALEJANDRO RODRIGUEZ

ALEJOS ANAYA

ALEKSANDR BORISOVICH RATNER

ALEKSANDR CHIZHIK

ALEKSANDR IGOREVICH ROYTIKH

ALEKSEY PLETNEV

ALESSANDRO DAVID TROMBA

ALESSANDRO PAUL MASTROMATTEI

ALEX ALBERTO GONZALEZ-VINAS

ALEX ARDELL GUILLIEN

ALEX BLUE HERITIER KERBY

ALEX BUSHOY

ALEX CHUN

ALEX CLARK DENNIS

ALEX DAVID HEARN

ALEX ENGEL

ALEX ENRIQUE PAREDES

ALEX FREDERICK HESS

ALEX J GERONIMO

ALEX JIN-HONG OON

ALEX JORDAN

ALEX NICHOLAS WELLS

ALEX NOLAN BARNETT

ALEX Q LIN

ALEX RENE JIMENEZ

ALEX ROBERT ABBENANTE

ALEX ROBERT BRANDS

ALEX ROBERT GRIMES

ALEX RUBILAR

ALEX VITO TOMASIK

ALEXANDER  NASON

ALEXANDER A BIGOTT

ALEXANDER ADAMS

ALEXANDER BABAJIDE OLUBAJO

ALEXANDER BENEDYKT SZYMANSKI

ALEXANDER BLACK FENTON

ALEXANDER BOJIDAROV MOSKOV

ALEXANDER C VONSUMMER 3RD

ALEXANDER CARL SMITH

ALEXANDER CARR BECKER

ALEXANDER CHERNYSHEV

ALEXANDER D CAMBA-BARRERAS

ALEXANDER DAVID GONZALEZ

ALEXANDER DENISON  HEID

ALEXANDER DIXON KATLER

ALEXANDER DMITRY VYSHETSKY

ALEXANDER EDWARD BROWN

ALEXANDER FANCHEONG HUNG

ALEXANDER FRANCIS CARPOUSIS

ALEXANDER FUCHS

ALEXANDER GENO ZAYID

ALEXANDER GEORGEJACZINA BRETON

ALEXANDER HALLORAN

ALEXANDER HONG

ALEXANDER HUYNH

ALEXANDER JAMES CEREN

ALEXANDER JAMES GERDT LOTIER

ALEXANDER JAMES JETER

ALEXANDER JEFFREY KIM

ALEXANDER JOHN KRUSZ

ALEXANDER JOSEPH AZRA

ALEXANDER JOSEPH BENFIELD

ALEXANDER JOSEPH BENNETT BARLOW

ALEXANDER JOSEPH PEREZ

ALEXANDER KOLTUNOV

ALEXANDER KURT HOUGH

ALEXANDER LEE HOAG

ALEXANDER LYUBOMIROV

ALEXANDER MADDEN

ALEXANDER MADISON SCHELTEMA

ALEXANDER MARCUS MAX NAUMANN

ALEXANDER NATE DE CASTRO

ALEXANDER NGUYEN

ALEXANDER P WALCHLI

ALEXANDER PAUL PERGAKIS

ALEXANDER PAUL TURITZIN

ALEXANDER R MASON

ALEXANDER RAPHAEL RANCEL

ALEXANDER ROBERT KLEVEN

ALEXANDER ROBERT PROTHEROE

ALEXANDER SCHECTER

ALEXANDER STATEN FANCHER

ALEXANDER STEFAN MADAR

ALEXANDER THOMAS DECONDE

ALEXANDER THOMAS HUNT

ALEXANDER TSAI

ALEXANDER WILLIAM WOLF

ALEXANDER Y KIM

ALEXANDER YULIEVICH PERLOV

ALEXANDER ZHOU

ALEXANDRA LOZANO FOLMER

ALEXANDRE FREDERIC MORIN

ALEXANDRE GEORGES LOUIS ZUTTRE

ALEXANDRE ZUBAREV

ALEXAS ORION PELRINE FLACCO

ALEXEI V BAZHENOV

ALFONSO LAFUENTE SANGUINTETTI

ALFPHA NEWMAN BAH

ALFRED ANGEL DELOSSANTOS

ALFRED FRAIZ SAMUEL METWASHLA

ALFREDO FLORES

ALI ABRAHIMIA

ALI SAAD SHAMI

ALI SHEIKH

ALI SIADATI

ALI TAHERI

ALICE SUN CHEN

ALICIA ISEN

| | |
|---|---|
| ALIEN NGUYEN | ALVAND ABDOLSALEHI |
| ALINA JANSSEN | ALVAR JOSE ARAGON BERENGENA |
| ALINE RAQUEL GRUBER | ALVARO RUIZ |
| ALINE THUY LE | ALVIN  RODGERS |
| ALIREDHA MUNIR WALJI | ALVIN MAGOS ALONZO |
| ALIREZA CHOUBINEH | ALYSHA DEPP BUSZA |
| ALISON TOWNLEY | AMANDA BARRIENTEZ |
| ALLAN GINSBURG | AMANDA CHRISTINE DAVENPORT |
| ALLAN H EDMOND JR | AMANDA DANIELS LUNDY |
| ALLAN J BOURNE | AMANDA ENAYATI |
| ALLAN JOSEF GRUDSKY | AMANDA KAYE JOHNSON |
| ALLAN MJR BERRY | AMANDA RENEE HUFFMAN |
| ALLEN DAVID JEFFERIS | AMANDA YUEN YU |
| ALLEN EUGENE WHITE | AMANDEEP SINGH KANDOLA |
| ALLEN J FERRER | AMAR TALATI |
| ALLEN J YODER | AMARJEET S KAPOOR |
| ALLEN RUSSELL ADAMS-ARTIS JR. | AMARSAIKHAN ZORIGT |
| ALLEN T D WIGGINS | AMBER K MILLMAN |
| ALLEN VINCENNCE MCCLURE JR | AMBER REBEKAH BOWLES |
| ALLEN Y CHEN | AMEET KEDARNATH CHANDAK |
| ALLEN ZHANG | AMELIA K KING |
| ALLENEFATIMA PERNITO ACOSTA | AMELIA LUCIA MARTINEZ |
| ALLISON LINDSAY HYLAND | AMER YASSER DAMANHOURY |
| ALLYSON BETH GALLER | AMINAH MIREMBE WEST |
| ALOKE FRANCIS FERNANDES | AMIR BOULOS |
| ALON SAGGIE | AMIR DEE HOSSLER |
| ALPHONSE JOHN BALTES | AMIR ELIAV |
| ALSU SAIFETDINOVA | AMIR HOSSEIN SAGHARI |

| | |
|---|---|
| AMIR HOSSIENDOUST | ANDRE V KOSTYLEV |
| AMIR JAD NASER | ANDRE VILLANOVA ENCARNACAO |
| AMIR M NASSAR | ANDREA PAOLA BEST |
| AMIR ROY | ANDREAS DIVARIS |
| AMIRHOSSEIN SHAYESTEH | ANDREAS EMINIDIS |
| AMISH B MENDAPRA | ANDREAS GLATZ |
| AMIT BHIKHALAL SOHAGIA | ANDREAS JANZEN |
| AMIT LELE | ANDREAS KAPETANOS |
| AMMER M SOLIMAN | ANDREAS WOLFRAM KNIEP |
| AMOS GRAIFMAN | ANDREE LOYO GUERRA |
| AMOS NICOLAS UY | ANDREI DARYUSH BEHJAN |
| AMR HASSAN ABDELAZIZ HASSAN | ANDRES ALEJANDRO MELIAN NEOPENSI |
| AMRITPAL SINGH | ANDRES COLON PEREZ |
| AMY MARIE BALSAVAGE | ANDRES FELIPE RESTREPO |
| AMY MARIE STROHBEHN | ANDRES FELIPE RUIZ |
| AMY MEYER | ANDRES FERNANDO FLOREZ |
| AMYLI CABILING MCDANIEL | ANDRES RAMIREZ |
| AN EYE TOWARD RETIREMENT  LLC | ANDREW ALAN ABANG |
| AN HONG TRONG PHAM | ANDREW ALBENUS HUGGETT |
| AN QUOC TRAN | ANDREW ALEXANDER POTOTSCHNIK |
| AN THOMAS TRAN | ANDREW ALFRED BRAINE |
| ANAND VALLAMSETLA | ANDREW ALLEN GRIFFIN |
| ANAND VENKATESH NARAYANAPPA | ANDREW ALTSCHULER |
| ANATOLIY Y NOVAK | ANDREW ANH LAC |
| ANDERS RAY FROEHLICH | ANDREW ANH NGUYEN |
| ANDRE FLOYD HOLLIS | ANDREW ARDAVAN MOTAMED VAZIRI |
| ANDRE NATERA | ANDREW AVINASH VINOD |
| ANDRE ROALD WYSS | ANDREW BECKER |

| | |
|---|---|
| **ANDREW BERESFORD LONG** | **ANDREW JAMES MONCRIEFF** |
| **ANDREW BORG STACH** | **ANDREW JAMES PRINDLE** |
| **ANDREW BRADLEY FROOME** | **ANDREW JARIN KOLAR** |
| **ANDREW BRUCE HOFFMAN** | **ANDREW JOHN BARBER** |
| **ANDREW BRUNO DEER** | **ANDREW JOHN GUSTAFSON** |
| **ANDREW BYRON BECK** | **ANDREW JOHN HAMER** |
| **ANDREW C EGAN** | **ANDREW JOSEPH BACA** |
| **ANDREW CARLTON AIKEN** | **ANDREW JOSEPH CANAMELLA** |
| **ANDREW CHANGMEEN YOON** | **ANDREW JOSEPH LEONE** |
| **ANDREW CHEN** | **ANDREW JOSIAH LAKE** |
| **ANDREW CLAUSSEN FORRESTER SHIELDS** | **ANDREW JUNGSU KIM** |
| **ANDREW CONARD RUSZKAY** | **ANDREW JUSTIN ARONSON** |
| **ANDREW CONNOR POWELL** | **ANDREW KENT EKLUND** |
| **ANDREW CUMMINS** | **ANDREW KYLE MCLAINE** |
| **ANDREW D BELLIS** | **ANDREW LEWIS GILMORE** |
| **ANDREW E WEBER** | **ANDREW M MARTINEK** |
| **ANDREW EDWARD BOUD** | **ANDREW M SCHUMANN** |
| **ANDREW EUGENE OVERTON** | **ANDREW MATTHEW FOX** |
| **ANDREW FRANK ORAM** | **ANDREW MATTIE** |
| **ANDREW GAUTHIER MILOT** | **ANDREW MCCARTOR** |
| **ANDREW GEORGE WANG** | **ANDREW MICHAEL CITRON** |
| **ANDREW GOULET** | **ANDREW MICHAEL LYDON** |
| **ANDREW GWYN WEIS** | **ANDREW MICHAEL NEY** |
| **ANDREW HANEY** | **ANDREW MICHAEL SATORSKI** |
| **ANDREW HSUANAN CHEN** | **ANDREW MICHAEL SHIN** |
| **ANDREW HYUN CHANG** | **ANDREW MICHAEL TOTTA** |
| **ANDREW JAMES** | **ANDREW MURRAY MILLER** |
| **ANDREW JAMES LAVEAU** | **ANDREW NATHAN POWELLMORSE** |

ANDREW NGUYEN

ANDREW NORMAN PERLIN

ANDREW ON YEE WONG

ANDREW P KUKUK

ANDREW P SWARD

ANDREW PAUL BERGMAN

ANDREW PAUL WALLACE

ANDREW PHILIP MOY

ANDREW PHILLIP JOHN

ANDREW PORTER METZGER

ANDREW QUOCANH DO

ANDREW ROBERT LARSON

ANDREW ROSCA

ANDREW RYAN KESSEL

ANDREW S OH

ANDREW SAMUEL HANSON

ANDREW SCOTT KATZ

ANDREW SCOTT PERSINGER

ANDREW SCOTT VIGNEAULT

ANDREW STANLEY MCCANDLESS

ANDREW STEVENSON RAY

ANDREW THIEN TAM NGUYEN

ANDREW THOMAS SHAW

ANDREW TODD HAYWARD

ANDREW TRAYLOR

ANDREW TYLER ACOCELLA

ANDREW TYLER HILSEBERG

ANDREW VAUGHAN MERLINO

ANDREW WARNS SPATH

ANDREW WESLEY REISS

ANDREW WESLEY STEINLY

ANDREW YANG

ANDREY KUMANOV

ANDREY P SIDLINSKIY

ANDRIJANA  BORKOVIC

ANDY C FERNG

ANDY CHEN

ANDY DANG HO

ANDY DUC DIEP

ANDY GIANG

ANDY LI

ANDY TRAN

ANDY TUAN TRAN

ANEL DANZA

ANEUDI J LARA PAREDES

ANGEL GABRIEL VELAZQUEZ-DIAZ

ANGEL MANUEL BRIGNONI

ANGELA LEE

ANGELA LIN CHANG

ANGELA LYNEE MELORO ROYBAL

ANGELA MARIE CASEY

ANGELA MARIE CENZON

ANGELINA GUZMAN

ANGELLIE SACHARIE SANTIAGO

ANGELO CHRISTOPOULOS

ANGELO J OCASIO

ANGERONA LOVE

ANGUS YANG

ANHANG ZHU

ANIK S DANG

ANIKO PIRI

ANIL SHRESTHA

ANIMESH GUPTA

ANISE V PARIKH

ANISH BASU

ANISHA MANTRI

ANKIT MATHUR

ANKUSH VERMA

ANN MARIE PUSHIES

ANN MARIE SMITH

ANN MI YOON

ANNA LISE MCCLENDON

ANNA MICHELLE MULSO

ANNALICE YUIROO CHANG

ANNIE SHAN TAM

ANSAR ADEEL

ANSELMO BERARDI

ANSLEY DAWN RUBINSTEIN

ANSON SO

ANSSAR SOUSSI TAMLI

ANTHONY  ABADEIR

ANTHONY  CALDERONE

ANTHONY AUGUSTUS MESSINA

ANTHONY BARRETT KOCH

ANTHONY C MATARANGAS

ANTHONY CABRERA TORRES

ANTHONY CARLO MORRESI

ANTHONY CHRISTOPHER STARCEV

ANTHONY COLIN HOLMES

ANTHONY CRAIG GIANCOLA

ANTHONY DELMAR APONTE

ANTHONY DEON STEPHENS

ANTHONY E BIALY

ANTHONY E FLORIO

ANTHONY E SCRIMA

ANTHONY FATCHHIV CHONG

ANTHONY GALEN BONTRAGER

ANTHONY GEORGE SMITH

ANTHONY HALIM

ANTHONY J COMEROTA

ANTHONY JAMES COSTA

ANTHONY JAMES NELSON

ANTHONY JAMES VASHRO

ANTHONY JOHN DESANTO

ANTHONY JOSEPH CALDERONE

ANTHONY JOSEPH DI VALERIO III

ANTHONY JOSEPH TOMMASINO

ANTHONY K STAVROPOULOS

ANTHONY KEITH CAREY

ANTHONY LE

ANTHONY LEE ALAGNA

ANTHONY MAGGITTI

| | |
|---|---|
| **ANTHONY MARQUI HESTER** | **ANTOLIN MENDOZA** |
| **ANTHONY MARSILIO** | **ANTON PETER ROUSH** |
| **ANTHONY MEONI** | **ANTONELA NILAND** |
| **ANTHONY MICHAEL ACCETTA** | **ANTONINO MUSCO** |
| **ANTHONY MICHAEL NELSON** | **ANTONIO ALEXANDRE NOBRE GOMES** |
| **ANTHONY NICHOLAS ARRIAGA** | **ANTONIO ALVAREZ GARCIA-MON** |
| **ANTHONY NICOLAS WEBBER** | **ANTONIO ANDRADE GARCIA** |
| **ANTHONY OLUWADAMILOLA AWOYELE** | **ANTONIO CHARBEL MANJU** |
| **ANTHONY OSCAR OLEGARIO** | **ANTONIO DEJESUS VERA** |
| **ANTHONY PAUL KOSTUROS** | **ANTONIO DURANA RICO** |
| **ANTHONY PAUL LANGELLO** | **ANTONIO ENRIQUE GUEVARA** |
| **ANTHONY ROBERT AMICUCCI** | **ANTONIO ESCUTIA** |
| **ANTHONY RUTTLER** | **ANTONIO L CASELLAS BOND** |
| **ANTHONY S ELMORE** | **ANUBHAV JAIN** |
| **ANTHONY SALVATORE GULLI** | **ANUJ GUPTA** |
| **ANTHONY SAMIR ZAAROUR** | **ANUJ KAPIL** |
| **ANTHONY SEBASTIAN MONTOYA** | **ANUJ MEHTA** |
| **ANTHONY SPAFFORD PALMIERI** | **ANVIT SHANTHARAM SHETTY** |
| **ANTHONY VICTOR CAMARDA** | **ANYA SARETZKY** |
| **ANTHONY VINCENT WINDER** | **APHICHIT RICHARD JINDAPORNSUK** |
| **ANTHONY VON LENO** | **APOORVE MOHAN** |
| **ANTHONY WANG** | **APPECHHA NEUPANE** |
| **ANTHONY WAYNE ERWIN** | **ARA HOVANESS MINATSAGHANIAN** |
| **ANTIMO RYAN PONTICELLO** | **ARA JOHN THOMPSON** |
| **ANTOINE ANDRE J BRUYNS** | **ARASH SAM FARZAN** |
| **ANTOINE FRANCISCO IZQUIERDO MEJIAS** | **ARAVIND RAJU** |
| **ANTOINE YANNICK G STEIBLEN** | **ARAVIND VENKATACHALAM** |
| **ANTOINETTE NICOLE CINQUINO** | **ARAVINDA TEGGINAMATH** |
| | **ARIA MADANI** |

ARIC DAIHAO TAO

ARIEL BASCH

ARIEL DUBINSKY

ARIK XANDER

ARJUN K GANJOO

ARJUN PATEL

ARJUN RAJ BHALLA

ARJUNA SAKAE ANDAY

ARKADIUSZ WARNECKI

ARKEE LINDEN

ARLENE AMANDA JOSEPH

ARMAN AHMAD  DEZFULI-ARJOMANDI

ARMAN RAHIM PRADHAN

ARMANDO ANTONIO MARTINEZ

ARMANDO CONTRERAS ALFARO

ARMANDO PATINO

ARMANDO RAMOS

ARMSTRONG RALEIGH MARSHALL

ARNOLD THOMAS KAECH

ARNOLDO IXTA AMADOR

ARON CHARLES YEDERSBERGER

ARSENY LIBON

ARSHDEEP SINGH DHILLON

ART MARTLIX C APO

ARTEMIZA MORA

ARTHUR FREDERICK WEAGEL

ARTHUR JAY SONS

ARTHUR LEE

ARTHUR MARK LEWIS

ARTHUR NESS WILLSON

ARTUR DE SA NETO

ARTURO J LARA LLERENA

ARTURO MARTINEZ

ARTURO RAFAEL GAMEZ

ARTURO SANCHEZ

ARUN GUPTA

ARUN KONGOT VASUDEVAN

ARUN KUMAR

ARUN SHEKHAR GUPTA

ARUN SURYANARAYANA GOLLAPUDI

ARVIND CHAKRAVARTHY

ASH ALANKAR

ASHA KIRAN KOTNI

ASHE WHITENER

ASHER BENJAMIN CREPPEL

ASHISH HIMANSHU MEHTA

ASHISH MAINI

ASHITH MYNAHALLI RAJASHEKAR

ASHLEY CORRINE EASTON

ASHLEY NICOLE MANSOUR

ASHLEY ROCHELLE GENTRY

ASHLEY SIDWAY MCKAY

ASHRAF ELSHAFEI

ASHRAFUL AHMED

ASHTON THURMAN CONKLIN

ASHTON THURMAN CONKLIN

ASHWIN SINGH

ASLAN ALYBAEV

ASOKAN DORAISWAMY

ASWATH  SURESH

ASWINI REDDY MUDIREDDY

ATANASIOS EDVARD ENGESAETH

ATIKH MOHAMED BANA

ATRI RAYCHOWDHURY

ATTILA MAK

ATUL AGRAWAL

AUDEL A ACEVEDO

AUDREY A LIND

AUGUST MIKAEL EVERETTE

AURLANDER  PHILLIPS

AUSTAN ROBERT RATH

AUSTEN BRADLEY TALBOT

AUSTEN LEE LOWITZ

AUSTIN ALLOY GLAS

AUSTIN BALTES

AUSTIN BLAIR KIKTA

AUSTIN BUCKLEY

AUSTIN CASWELL COLE

AUSTIN CHARLES WILCOX

AUSTIN DONALD STRATTON

AUSTIN EUGENE SOBCZAK

AUSTIN FREDERICK KNOX

AUSTIN HUNTER BOLT

AUSTIN JAMES BLUNDELL

AUSTIN K LEE

AUSTIN KYLER KLUVER

AUSTIN L STEPHENSON

AUSTIN LAMAR WRIGHT

AUSTIN LEE BARNHILL

AUSTIN MACKINNON DAVIS

AUSTIN MAYHEW SARFAN

AUSTIN MICHAEL ANDERSON

AUSTIN NGO

AUSTIN PATRICK FRAZIER

AUSTIN RIESGRAF CLIFFORD

AUSTIN RUTLAND KIVETT-RIPMASTER

AUSTIN THOMAS BROWN

AUSTIN WYATT ALDERMAN

AVI SUISSA

AW INVESTMENT GROUPS  LLC

AWD INVESTMENTS LLC

AYAD MICHAEL NALU

AYINNA  ONWUZURUIGBO

AZARIAS  MUSTAFA

AZIM MARSELEVICH KULOV

B J MIN

BABAK FARHANG KALYANI

BACHAR BALKAR

BAHRA SELIMAGIC

BAIJU SHAH

BAILEY BROWN SORY

BAKER BLACK LEAVITT

| | |
|---|---|
| BAKER THOMAS BURCHFIELD | BENJAMIN AARON GREENBERGER |
| BALAMURUGAN ELANGOVAN | BENJAMIN AMIRTHARAJ EBENEZER |
| BANANA LEAF  LLC | BENJAMIN ARTHUR GASE |
| BAO CHAU LAM TRAN | BENJAMIN BRIAN ANTHONY |
| BARD DANIEL ROCKENBACH | BENJAMIN CHARLES LAIRD |
| BARKHA RAISONI | BENJAMIN CLIFFORD MC CORMICK |
| BARRY JAMES GOERS | BENJAMIN CORHAN MC CLELLAN |
| BARRY JOSEPH WAACK | BENJAMIN DAVID JOHNSON |
| BART AARON JONES | BENJAMIN DAVID RICHARDSON |
| BARTHOLOMEW ANTHONY TERACINO | BENJAMIN DAVID VAN HOESEN |
| BARTON KWAN | BENJAMIN DONNER WILLEN |
| BAXTER MILES ORR | BENJAMIN DWIGHT EVANS GUILD |
| BEAU BRYSON TURNER | BENJAMIN FERRARI |
| BEAU JUN KEUNG HUNG BRANTON | BENJAMIN FOLK |
| BEAU MICHAEL TURNER | BENJAMIN FOSTER HENWOOD |
| BEAU MILLER | BENJAMIN FRANKLIN MAUL |
| BEAULIEU TRUST | BENJAMIN FRIEDRICH FLECK |
| BECKET SEAN MCGINN | BENJAMIN GOODE ANDERSON III |
| BELISLE JEREMY ADAM | BENJAMIN HUBBERT |
| BELKYS J RODRIGUEZ FALCON | BENJAMIN IV TAPPAN |
| BELL ROSE  HOLDINGS | BENJAMIN J HABERMAN |
| BELLE AND TESSA LLC | BENJAMIN JEREMIAH SASSER |
| BEMATE BOMBOMA | BENJAMIN JOSEPH CAVALLARO |
| BEN JEROME WINTERMUTE | BENJAMIN K BANG |
| BEN ZION GOTTFRIED | BENJAMIN KITE JOHNSON |
| BENEDICT TIEN CHOU | BENJAMIN L MARINO |
| BENGI MASTROPIERI | BENJAMIN MARK JADERSTROM |
| BENITO JARED THOMPSON | BENJAMIN MERCER JOHNSON |

| | |
|---|---|
| **BENJAMIN MICHAEL GOLDBERG** | **BERNARDO MEDEIROS DA COSTA** |
| **BENJAMIN MICHAEL SCHLEPPENBACH** | **BERT TOSHIO NAKASONE** |
| **BENJAMIN MUMMA** | **BERTHOLD FRANZ HALTER** |
| **BENJAMIN PHILIP JORDAN** | **BESJANA ZEQO** |
| **BENJAMIN R BENGSTON** | **BETH LORENE BUTLER SHAW** |
| **BENJAMIN RICHARD ARROYO PUZON** | **BETHANY ANNE CHAN** |
| **BENJAMIN RICHARD DUBOIS** | **BETHANY KALLIEL** |
| **BENJAMIN ROBERT FINE** | **BETTINA GALVIN** |
| **BENJAMIN ROCK BALLSTAEDT** | **BETTY J SPAIN** |
| **BENJAMIN ROSS SCHROEDER** | **BETTY PECKINPAUGH** |
| **BENJAMIN SCOTT VANDORN** | **BEVERLEY GILLIAN LOUISE HARPER** |
| **BENJAMIN TEMPLE SAVILL** | **BEVERLY Y R GRANZ** |
| **BENJAMIN THOMAS STONER** | **BEYLUL SOLOMON** |
| **BENJAMIN TYLER HAGOOD** | **BHANU PRATAP SINGH** |
| **BENJAMIN TYLER HALVERSON** | **BHARAT SHASHIDHARAMURTHY YADAV** |
| **BENJAMIN WAYNE BALSBAUGH** | **BHASKAR RAPELLI** |
| **BENJAMIN WILLIAM BASIL** | **BHAVANA NAGABANDI** |
| **BENJAMIN WU** | **BHUMIKABEN JIGNESH PATEL** |
| **BENNETT THOMAS BLACK** | **BHUVANES KALYANASU** |
| **BENNY CORNELIO OSORIO** | **BIAO SHOU** |
| **BERMAN PROPERTY GROUP LLC** | **BIJAN ERFAN KHAZIRI** |
| **BERNADETTE DIANE SLOWEY** | **BIJOY SHANKAR KAR** |
| **BERNALYN RUIZ** | **BILAL SHAHID** |
| **BERNARD ALASKA VICENTE** | **BILL J JR HAWKS** |
| **BERNARD BOAKYE BOATENG** | **BILLY JOE KOKENOS** |
| **BERNARD EDMUND SWANSON** | **BILLY JUNE CARTER II** |
| **BERNARD EVANS** | **BILLY N MAODZA** |
| **BERNARD FRANCIS MARTIN** | **BINH TRONG VO** |

| | |
|---|---|
| BISHOP RAY CLARK | BRAD DOUGLAS SMEDBERG |
| BJ INVESTMENT HOLDINGS LLC | BRAD JOSEPH SALVATO |
| BLAKE ALAN BJORDAHL | BRAD JOSHUA RODRIGUEZ |
| BLAKE ALEXANDER MOORE | BRADEN BURGESS SHELDON |
| BLAKE BAIRN CHINELLY | BRADEN FINNEY |
| BLAKE HAMBLIN | BRADLEY A DEMERS |
| BLAKE HUGHES STAUFFER | BRADLEY ALEXANDER JAHN |
| BLAKE LEE BEAUDETTE | BRADLEY AUSTIN DOSTER |
| BLAKE ROBERT ROBBINS | BRADLEY CLAIRE NESTE |
| BLAKE RYAN GALLER | BRADLEY DAVIDRUSSELL FRONBERRY |
| BLAKE SKYLER WIEHE | BRADLEY ERIC LARSEN |
| BLAKE TYLER ORTH | BRADLEY GUY KELLY |
| BLANE LEE STROH | BRADLEY J PHILLIPS |
| BLDJ LLC | BRADLEY JAY DAWSON |
| BLOCKCHAIN MOMENTUM  LP | BRADLEY JO RUTTEN |
| BO DOU | BRADLEY JOHN STRAWHORN |
| BOBBY CHARLES FELICANO | BRADLEY JOSEPH BECKER |
| BOBBY WATKINS | BRADLEY JOSEPH KENDRICK |
| BOFUR CAPITAL LLC | BRADLEY JUDSON MELISKA |
| BOMANI BILAL SALADIN BUCKHALTER | BRADLEY KEITH LEPAGE |
| BORIS CHERNIN | BRADLEY LOUIS FINK |
| BORIS LIPSMAN | BRADLEY MICHAEL LUSCHER |
| BORIS MUROKH | BRADLEY ROBERT DAVIS |
| BORIS TASHLITSKY | BRADLEY ROBERT GEREN |
| BOUNTIFUL SPRINGS INVESTMENTS  LLC | BRADLEY SCOTT HELLER |
| BRAD AARON ROGERS | BRADLEY THOMAS WATTERUD |
| BRAD ANDREW FARRAR | BRADY DENNEY TARR |
| BRAD DAVID LUSHER | BRADY JACOB PUGLIESE |

BRAHAIN EDUARDO ASCENCIO MANCIA

BRANDI NICOLE ODOM

BRANDON ANTHONY COUTRE

BRANDON BOYD

BRANDON BRUCE HALL

BRANDON CASEY MCWARD

BRANDON CHAD DOCKERY

BRANDON CHRISTOPHER RALEY

BRANDON E SLATTERY

BRANDON EDWARD HEATH

BRANDON GENE HINES

BRANDON ISAIA K SOUZA

BRANDON JOHN ALLGYER

BRANDON JOSEPH DOOLEY

BRANDON KEITH BERTRAND

BRANDON KEITH LUNDY

BRANDON L GALINDO

BRANDON L SINGER

BRANDON LAMONT JOPLIN

BRANDON LEE RIBAK

BRANDON LEE VOSS

BRANDON LY

BRANDON MARINO WALBURG

BRANDON MICHAEL HENKE

BRANDON MICHAEL SHERMAN

BRANDON MICHAEL YEAGER

BRANDON P PATTERSON

BRANDON PAUL LILJENQUIST

BRANDON ROBERT SALCIDO

BRANDON SCOTT FETTERS

BRANDON STOWE

BRANDON TAYLOR MINTZ

BRANDON TR GHOLSON

BRANDON TYLER CROCKER

BRANDON TYLER FONG

BRANDON WILLIAMS

BRANDYN ALAN SCHWALM

BRAVEIN AMALAKUHAN

BRAYTON ROBERT SHIRLEY

BRENDA ABBLEY

BRENDA LEE WEBBER

BRENDA P WALENCZYK

BRENDAN C BABIC

BRENDAN E SHAUGHNESSY

BRENDAN J HILLMAN

BRENDAN MICHAELOLEARY CHASE

BRENDAN NATHANIEL ANGELIDES

BRENDAN REILLY CRANE

BRENDAN SCOTT MCCAY

BRENDAN THOMAS ANTHONY

BRENNAN KYLE LAWSON

BRENT ALEXANDER HENRIKSON

BRENT D MAURICE

BRENT ERRINGTON CAMPBELL

BRENT JAY SPRINGER

BRENT JEREMY WISSBROD

BRENT JEROME DANIELSKI

BRENT JOHN BALKARAN

BRENT JONATHAN MAJOR

BRENT MICHAEL CHRISTMAN

BRENT ROYAL CROSBY

BRENT SPENCER DAVIS

BRENT STONE

BRENT THOMAS CARPENTER

BRENT THOMAS HESSE

BRENT THOMAS RECKERT

BREONE GINELLE AIRALL

BRET ARMSTRONG

BRET HAYWOOD HASSLER

BRET L SHERMAN

BRETT ALEXANDER WARD

BRETT ALLEN MCNAMEE

BRETT CHARLES HEATLEY

BRETT CRAIG FUKUMA

BRETT DANIEL WILLIAMS

BRETT EARL MCCURDY

BRETT ISAAC KOSKINEN

BRETT J KALINA

BRETT JAMES RUBE

BRETT JAMES SOMMERFELD

BRETT JONATHAN GWINN

BRETT JULIAN MILLER

BRETT KERBY KITCHEN

BRETT LANIER ANDERSON

BRETT MICHAEL ENGLISH

BRETT STEPHEN NICKERSON

BRETT WARREN BRYANT

BRIAN AGUASVIVAS

BRIAN ALAGHBAND GILMORE

BRIAN ALLAN GENZ

BRIAN ANDREW SHUSHKOVSKY

BRIAN ANTHONY HAGGENMILLER

BRIAN ANTHONY TRAN

BRIAN ANTHONY WILLIAMSON

BRIAN BERTRAM BOSE

BRIAN CAMPBELL MOURE

BRIAN CASEY WEST

BRIAN CHARLES MCCLELLAN

BRIAN CHARLES PERROTT

BRIAN CHIYAN HO

BRIAN CHRISTOPHER CAMERON

BRIAN CHRISTOPHER HANKERSON

BRIAN CHUNG

BRIAN CONLAN MALENICH

BRIAN CUNNINGHAM

BRIAN DAMIAN

BRIAN DAVID DAHL

BRIAN DAVID DODEL

BRIAN DAVID WILSON

BRIAN DOUGLAS LANGSBARD

BRIAN EIJI SADAMOTO

BRIAN ERIC ALLEN

BRIAN F SLUTSKIY

BRIAN FRANCIS MCCREADY

BRIAN GERARDO AYALA ALEJO

BRIAN GRIFFITH

BRIAN HIRSCH ORVEK

BRIAN J KLEIN

BRIAN JACOB BILNOSKI

BRIAN JAMES FREY

BRIAN JAMES OLSON

BRIAN JEFFERSON DILLARD

BRIAN JEFFERY BOYETTE

BRIAN JEFFREY RUBINSTEIN

BRIAN JESSE DUBS

BRIAN JOHN ROBERTSON

BRIAN JONES

BRIAN JOSEPH MORGAN

BRIAN JOSEPH TOBIN

BRIAN K LEJEUNE

BRIAN KEEGAN MARKHARDT

BRIAN KEITH CHIPPI

BRIAN KENNETH BIRKELAND

BRIAN KEVIN TURNER

BRIAN KRIS CHUN

BRIAN KYU HO YOUN

BRIAN LAI

BRIAN LATORRE

BRIAN LEE

BRIAN LEE HILSENHOFF

BRIAN LIM

BRIAN MANUEL TENICELA

BRIAN MARK JONES

BRIAN MENG

BRIAN MICHAEL DAVIS

BRIAN MICHAEL ORR

BRIAN MICHAEL PERMUTT

BRIAN MILLS MOSS

BRIAN NICHOLAS EVANS

BRIAN OWINO ODHIAMBO

BRIAN P DANIELS

BRIAN P KELLY

BRIAN P WEBER

BRIAN PATRICK FOX

BRIAN PAUL  LETOURNEAU

BRIAN PAUL CHIN WAH

BRIAN PAUL NIX

BRIAN PHILIP HEIDER

BRIAN RAMOS

BRIAN REID CORDER

BRIAN RICHARD DRAGON

BRIAN RICHARD HAAS

BRIAN ROBERT TUNNING

BRIAN RUSSELL HANSEN

BRIAN RUSSELL KOPELKE

BRIAN S PORTER

BRIAN SCOTT MICHAUD

BRIAN SEIDO HOSOKAWA

BRIAN SHAW CAMILLI

BRIAN STEVEN BARNES

BRIAN STUART LASONDE

BRIAN T MILO

BRIAN T. SLATER REVOCABLE LIVING TRUST

BRIAN THOMAS LICATA

BRIAN THOMAS MOCCA

BRIAN THOMAS SNYDER

BRIAN TIMOTHY KASPER

BRIAN TRAN

BRIAN VINCENT CHADEZ

BRIAN WILLIAM KORDIK

BRIAN WILLIAM SNEDDEN

BRIAN Y CHO

BRIAN ZACK HEARD

BRIANA STEPHANIE PAREDES DIAZ

BRICE TAYLOR PETTY

BRIE ANN KING

BRIJESH PATEL

BRION ZACHARY ZIMINSKI

BRITTANY MICHELLE CAMPBELL

BRITTANY RENEE DAVIS

BRITTANY SAUER

BRITTANY SHAWN HAMLETT

BROCK M NOSBISCH

BROCK MICHAEL HADLEY

BROCK RYAN JOHNSON

BRODIE DENNIS MOWER

BROE FAMILY DENTAL  LLC

BRONSON JOSEPH BROER

BRONSON KURT BROWN

BROOKE LYNNE VARN

BROOKS JAMES BAILEY

BRUCE COLEMAN LIEBENBERG

BRUCE CONRAD FRANSZEN

BRUCE CRAIG CARR

BRUCE GREENAWALT

BRUCE HAE UNG PARK

BRUCE JOSEPH WAUGH

BRUCE R LEVINE

BRUCE ROBERT FLACHSBART

BRUCE WILLIAM EDGAR

BRUCE WILLIAM PREGLER

BRUCE ZELLER MCLANAHAN

BRUNO LOPEZ

BRYAN A MCGINN

BRYAN A SCHILLO

BRYAN ADAM BROUSSARD

BRYAN ANDREW BERTOGLIO

BRYAN CHAO

BRYAN DANIEL HAUER

BRYAN DOUGLAS WALKER

BRYAN FRANK OTTENS

BRYAN FREDERICK JOHNSON

BRYAN HAN TRIBBLE

BRYAN JESUS RIOS

BRYAN JOSEPH ALVES

BRYAN LINDSEY DAVIDSON

BRYAN LUKE POMRANKY

BRYAN MANNS

BRYAN MCMANDON

BRYAN NATHAN GOMEZ

BRYAN NEAL WALLIS

BRYAN ORTIZ

BRYAN PATRICK GOLDER

BRYAN PHILIP STEPHENS

BRYAN RAVENSCROFT JONES

BRYAN SCOTT AMOS

BRYAN SCOTT WILSON

BRYAN SHIBLEY

BRYAN THOMAS JOHNSON

BRYANT SEWELL

BRYCE ALAN BRADY

BRYCE ALBERT DAUGHERTY

BRYCE JACKSON ZACHARY

BRYCE PALMER

BRYLEE TATE MILLER

BRYNLEE PAIGE TURNER

BRYNSTON MICHAEL REED

BRYON GILBERT STOUT

BRYON HURLEY

BRYSON DEAN HOPFE

BRYSON TAKAODAVID ALEF

BUDDY TOMONORI KOGA

BURAK YILDIRIM

BYRON WHITAKER SMITH

BYTNA LEE LAMB

CADE JAYDA HILDRETH

CADE MICHAEL FLATEN

CAITLIN DAY HUNTRESS

CAITLIN KEELEY SILLS

CALEB BOUCHER

CALEB BUSCH

CALEB CHARLES NGAI

CALEB CRAIG MOLITORIS

CALEB DANIEL WALLER

CALEB FLINT LITTLE

CALEB JOSPEH PEPERA

CALEB MONTOUR

CALEB NEAL WILSON

CALEB SIMONSON PATE

CALLIE ELIZABETH OSTERMAN

CALVIN BENLUP WONG

CALVIN CHRISTOPHER BECERRA

CALVIN EUGENE WHITE

CALVIN GEORGE SMITH

CALVIN SPENCER RAWE

CALVIN WESLEY HARRISON ROTH
INVESTMENT TRUST

CAM TRAN

CAMBIZ MURA

CAMDEN RICHARD WYLIE

CAMERON BENJAMIN MENESES

CAMERON CARROLL FLYNN

CAMERON ISAIAH LEBATO

CAMERON JAY SCHROEDER

CAMERON LEE ARRINGTON

CAMERON M PERRY

CAMERON MICHAEL ZICK

CAMERON REEVES BAILEY

CAMERON SPEER BRADY

CAMERON THOMAS DEHAAN

CAMERON WADE CROPEK

CAMERON WILL BETTIN

CAMIL FARAH SAMAHA

CAMILLE KILLPACK

CAMILO ANDRES MENESES

CAMILO PENA HERNANDEZ

CAMMIE WARNER JONES

CAMRYN CURTIS FREEZE

CANDICEKAYE JUNKO KIYABU HIRONAKA

CARL BENJAMIN YOICHI WAGNER

CARL DAVID BURGESS

CARL DAVID GARVEY

CARL EDWARD REYNOLDS

CARL HERMAN WINKLER

CARL JOSEPH SCHIRO

CARL THOMAS COCHRANE

CARLIN EDWARD SIMMONS

CARLIN VICTORIA PETERSON

CARLO FERNANDO JIBAJA

CARLO JOHN GAROFALO

CARLO LICCIARDI

CARLO RADIN PASQUALI

CARLO VARGAS

CARLOS ACOSTA

CARLOS ALBERTO JR SPINELLI

CARLOS ALEJANDRO IBARRA

CARLOS ALFONSO MORALES

CARLOS ANTHONY MARTINEZ

CARLOS ANTONIO NUNEZ

CARLOS CAESAR MONTELONGO

CARLOS DAMIAN POSSI

CARLOS EDUARDO CARONE FRANCIS

CARLOS EDUARDO MIRABAL CAMINO

CARLOS ENRIQUE FERNANDEZ
CASTELLANO

CARLOS FORMENT

CARLOS JESUS RAY

CARLOS JIMENEZ

CARLOS JONATHAN KOUSTAS

CARLOS MANUEL HERNANDEZ

CARLOS PADILLA

CARLOS R PARRA

CARLOS VILLALOBOS GONZALEZ

CARMEN MORA

CARMICHAEL GREGORY SCOTT

CARMINE POLIANDRO

CAROL ANN MILLER

| | |
|---|---|
| CAROL SUE HIGGINBOTHAM | CESAR AUGUSTO DE LA CRUZ |
| CAROLINA ISABEL BRITO | CESAR GALINDO |
| CAROLINE BROWN BERGH | CESAR GOMEZ |
| CAROLINE WARREN SORY | CESAR GONZALEZ |
| CAROLYN JULIA CHAMBERLAYNE | CESAR SAMUEL MONTANO JR |
| CAROLYN THAO NGUYEN | CHACE ALDEN CLARK |
| CARRETA CAPITAL LLC | CHAD ALAN HIGGINS |
| CARSON HUTCHISON | CHAD ALDEN FELDERHOFF |
| CARY TAYLOR | CHAD ALLEN ARNOLD |
| CARYN ANN WOOLDRIDGE | CHAD ALLEN WALKER |
| CASEY DENNIS FRIEDER | CHAD ARNOLD WAGNER |
| CASEY IAN CATRON | CHAD BARRETT STARKER |
| CASEY JAMES  KELL | CHAD BURTON HEETER |
| CASEY JOHN HAUCK | CHAD DONALD MCCURDY |
| CASEY LEE BOUWHUIS | CHAD EDWARD SHADEL |
| CASEY LEE STEWART | CHAD ELLIOT DEWATER |
| CASEY LORRAINE BLAKELY | CHAD JASON ITZKOVICH |
| CASEY P HOLMQUIST | CHAD JENS |
| CASEY RICHARD JANDRO | CHAD JEROME NICHOLS |
| CASEY SCOTT HALE | CHAD KRINOCK |
| CASPAR LUNG YEN | CHAD LAMONT WISE |
| CASSANDRA JEAN SHAKESPEARE | CHAD LOUIS CORRADINI |
| CATHERINE LOUISE ALLEN | CHAD MICHAEL ENGAN |
| CATHERINE MORTON DENTON | CHAD PATRICK KING |
| CATHERINE YOSHIKO TANAKA KUWATA | CHAD PEDERSEN CHRISTENSEN |
| CATHLEEN LOUISE HART | CHAD R CHRISTENSEN |
| CECIL HAROLD JR TAMEZ | CHAD R COUSINS |
| CECIL RICHARD ROGERS | CHAD RUSSEL FIELDS |

CHAD STEPHEN  HOWARD

CHAD STEPHEN VARGO

CHAD WILLARD YOUNG

CHAD WILLIAM HAGER

CHAD WILLIAM JOHNSON

CHADWICK RICHARD POHLE

CHAIM Y BROWNSTEIN

CHAKRAVARTI RAGHAVAN

CHAMKAUR SINGH

CHANDANA MACHANI

CHANEL FARRELL

CHANG JIN SEO

CHANGYI MAO

CHANON ATMA SINGH

CHAORAN HOU

CHAPMAN BARTO SHALLCROSS

CHARENYA ANANDAN

CHARITY ANN CYPHERS

CHARITY BAW

CHARLES BAXTER WARD

CHARLES BRANDON RASH

CHARLES CODY CHEW

CHARLES DALE FINCHER

CHARLES DAVID GILMORE

CHARLES EDWARD HENRY

CHARLES EMMETTE COFLIN

CHARLES EVAN BURR

CHARLES FRANCIS INMAN

CHARLES H GOIDEL

CHARLES HAROLD SMITH

CHARLES HARTLEY GAFVERT

CHARLES JARELL KELLY

CHARLES JOSEPH BRANDT

CHARLES JOSEPH SAUVE

CHARLES JUAN JUN CHEN

CHARLES JUSTIN HARVEY

CHARLES L. WHITE REVOCABLE LIVING
TRUST U/T/D JULY 14 2006  AND RESTATED
45185

CHARLES LEE

CHARLES LESHER GEER

CHARLES MARK ROBINSON

CHARLES MATTHEW POLSON

CHARLES MATTHEW POLSON

CHARLES MEI CHANG

CHARLES MICHAEL ATANASIO

CHARLES MICHAEL ATKIN

CHARLES PATRICK JOHNSON

CHARLES PAUL THOMASMA

CHARLES QUINN LU

CHARLES REED TAYLOR

CHARLES ROBERT FERRANTE

CHARLES ROSS STEINKE

CHARLES STORM

CHARLES TYLER MAHON

CHARLES WESLEY PARKER

CHARLES WILLIAM GRAZIOLI

| | |
|---|---|
| CHARLES WILLIAM KOELLING | CHOKHA PALAYAMKOTTAI |
| CHARLES WILLIAM MINES | CHONG WOOK SUL |
| CHARLIE BUFFIN | CHRIS  MARTELL |
| CHARLTON MARSHALL GULLEY | CHRIS ANTHONY LOMBARDI |
| CHARLTON TAI LEE | CHRIS BYRON CAMPBELL |
| CHASE ALAN COOPER | CHRIS DAREN LITTLE |
| CHASE ALAN WORTHEN | CHRIS DIXON |
| CHASE FRANK AYRES | CHRIS J VROOMAN |
| CHASE GORDON WALKER | CHRIS JAMES BOGGS |
| CHASE JORDAN JOHNSON | CHRIS RALSTON |
| CHASE MICHAEL BAYLOR | CHRIS RUBIO |
| CHASE RYAN GILLMORE | CHRIS SIMMS |
| CHAYAKIRAN SUBRAMANIAM | CHRIS THOMAS PATTERSON |
| CHAYOT ING-ARAM | CHRIS VAN TRUONG |
| CHENGHAN HSIEH | CHRISTI CHENG |
| CHERKTYEK CONSULTING  LLC | CHRISTIAN A NUNEZ |
| CHERNA CHARLEMAGNE | CHRISTIAN AADAM DEBEVEC |
| CHERRY SHI-CHIN CHEN | CHRISTIAN ALEXANDER BAUER |
| CHESTER CHURCH  BUCKENMAIER 3RD | CHRISTIAN ANDREW NULTY |
| CHETASKUMAR JATINKUMAR MEHTA | CHRISTIAN ANTHONY BATISTA |
| CHEYENNE JOSEPH ADAMSON | CHRISTIAN ANTHONY DIPIETRANTONIO |
| CHI KENG | CHRISTIAN ANTHONY ROLLAND |
| CHIH YAO HUANG | CHRISTIAN DEON HOUSTON |
| CHIH-YIN CHEN | CHRISTIAN EDUARDO GIRALDO |
| CHINH HUU PHAM | CHRISTIAN ERIC ECKHARDT |
| CHIN-HUA KING | CHRISTIAN GAVIN VON UFFEL |
| CHINYERE O IRONDI | CHRISTIAN JAMES CARRIGG |
| CHIRAG RAMJIBHAI SUDANI | CHRISTIAN LEO URIARTE |

| | |
|---|---|
| CHRISTIAN MICHAEL CECH | CHRISTOPHER AYAZI |
| CHRISTIAN WOOTERS | CHRISTOPHER B BURKE |
| CHRISTIAN YU TAN | CHRISTOPHER BLEVINS |
| CHRISTIN JILL BUMMER | CHRISTOPHER BRETT TOBE |
| CHRISTINA HARRIET HELMSDORFER | CHRISTOPHER BROCKMAN ROTTLER |
| CHRISTINA MARIE JAMES | CHRISTOPHER C C HONG |
| CHRISTINA MARIE LODEN | CHRISTOPHER CARL HENNES |
| CHRISTINE ANA SOLARTE | CHRISTOPHER CECIL CHILCOAT |
| CHRISTINE GERTRUDE GROTH | CHRISTOPHER CHEAN BUN |
| CHRISTINE LAVANWAY LEBOR | CHRISTOPHER CHIAHOA YOUNG |
| CHRISTINE MC ELHINEY HAIR | CHRISTOPHER CHUNG |
| CHRISTINE NINA CIERZAN | CHRISTOPHER CHUNG |
| CHRISTINE PEIYU HAN | CHRISTOPHER CLAUDE BEAU |
| CHRISTINZIN E GAJARDO | CHRISTOPHER COLATOS |
| CHRISTOPH J ALUOTTO | CHRISTOPHER COLLIN CARSON |
| CHRISTOPHE ALLEN LAMPEL | CHRISTOPHER DALE WALTON |
| CHRISTOPHER  AARON LASHER | CHRISTOPHER DANIEL TORRES |
| CHRISTOPHER  RICCHETTI | CHRISTOPHER DAVID  VANDERMUELLEN |
| CHRISTOPHER  SHANE SMOOT | CHRISTOPHER DEMERS NOBLE |
| CHRISTOPHER A KALKA | CHRISTOPHER DION ROBINSON |
| CHRISTOPHER ALLEN GREGOR | CHRISTOPHER DONALD MCCULLOUGH |
| CHRISTOPHER ALLEN LEADINGHAM | CHRISTOPHER DONALD OLSON |
| CHRISTOPHER ALLEN MORRIS | CHRISTOPHER DOYLE SIMONS |
| CHRISTOPHER ALLEN RICKARD | CHRISTOPHER DUNCAN GREEN |
| CHRISTOPHER ALLEN SAMPLE | CHRISTOPHER EDWARD WICUS |
| CHRISTOPHER ANDREW KOLASA | CHRISTOPHER EDWARD YUNKER |
| CHRISTOPHER ANDREW LONGE | CHRISTOPHER ERIN BAKER |
| CHRISTOPHER ANTONIO PIMENTEL | CHRISTOPHER EVERETT POWERS |

| | |
|---|---|
| **CHRISTOPHER F MARTIN** | **CHRISTOPHER JON LANGPAUL** |
| **CHRISTOPHER GALE HAGERMAN** | **CHRISTOPHER JON MATTESON** |
| **CHRISTOPHER GUY STEVENS** | **CHRISTOPHER KELLEY** |
| **CHRISTOPHER HAMMOND JARECKI** | **CHRISTOPHER KENT HARVEY** |
| **CHRISTOPHER HEINZ** | **CHRISTOPHER KEVIN DAWSON** |
| **CHRISTOPHER J BLECHSCHMIDT** | **CHRISTOPHER L ROBERTSON** |
| **CHRISTOPHER J CALVESBERT** | **CHRISTOPHER LAWRENCE TOMASZEWSKI** |
| **CHRISTOPHER J MANION** | **CHRISTOPHER LEE FETERL** |
| **CHRISTOPHER JACKSON BATTLE** | **CHRISTOPHER LEONARD QUIST** |
| **CHRISTOPHER JAMES BROWNING** | **CHRISTOPHER LEWIS WYCOFF** |
| **CHRISTOPHER JAMES GUNNELS** | **CHRISTOPHER LIM CHO** |
| **CHRISTOPHER JAMES MAUDLIN** | **CHRISTOPHER LOUIS REYNOLDS** |
| **CHRISTOPHER JAMES MCKENZIE** | **CHRISTOPHER LUCKE** |
| **CHRISTOPHER JAMES MENG** | **CHRISTOPHER LUIS CHAVEZ** |
| **CHRISTOPHER JAMES PEDLEY** | **CHRISTOPHER LYNNE RUNG** |
| **CHRISTOPHER JAMES POLLARD** | **CHRISTOPHER M DAVIS** |
| **CHRISTOPHER JAMES ROGERS** | **CHRISTOPHER M LAWRENCE** |
| **CHRISTOPHER JAMES WELCH** | **CHRISTOPHER M LIPSKI** |
| **CHRISTOPHER JERRY WILCOX** | **CHRISTOPHER M TRANEL** |
| **CHRISTOPHER JOHN ALDRICH** | **CHRISTOPHER MARCEL ANDREWS** |
| **CHRISTOPHER JOHN BOIVIN** | **CHRISTOPHER MARK FALCY** |
| **CHRISTOPHER JOHN GLEIZE** | **CHRISTOPHER MARK KEESLER** |
| **CHRISTOPHER JOHN LEWIS** | **CHRISTOPHER MARK WESTRA** |
| **CHRISTOPHER JOHN MCEWAN** | **CHRISTOPHER MARTIN MAGER** |
| **CHRISTOPHER JOHN MITCHELL** | **CHRISTOPHER MATTHEW BRAL** |
| **CHRISTOPHER JOHN OSMONT WAHL** | **CHRISTOPHER MC AULEY MORRIS** |
| **CHRISTOPHER JOHN SERCU** | **CHRISTOPHER MICHAEL  SHOFESTALL** |
| **CHRISTOPHER JOHN WALSH** | **CHRISTOPHER MICHAEL BECIN** |

CHRISTOPHER MICHAEL EURICE

CHRISTOPHER MICHAEL HASSON

CHRISTOPHER MICHAEL MONTES

CHRISTOPHER NEAL LITTRELL

CHRISTOPHER NELSON HALL

CHRISTOPHER P DYSON

CHRISTOPHER P KATSIROUBAS

CHRISTOPHER PATRICK DONAIS

CHRISTOPHER PATRICK MEHERIN

CHRISTOPHER PER BRISTOW

CHRISTOPHER PETER GARILL

CHRISTOPHER PETER MARINO

CHRISTOPHER PETER WANG

CHRISTOPHER R KWIATKOWSKI

CHRISTOPHER RABON HARPER

CHRISTOPHER RAHUL FERNANDES

CHRISTOPHER RAY DENGLER

CHRISTOPHER RAY II THEIS

CHRISTOPHER REID ESHELMAN

CHRISTOPHER REIDAR OTIS

CHRISTOPHER RICHARD CARABALLO

CHRISTOPHER RICHARD FRENCH

CHRISTOPHER ROBERSON

CHRISTOPHER ROBERT HENSLEY

CHRISTOPHER ROBERT MILLER

CHRISTOPHER SHANE GORE

CHRISTOPHER SHANNON STRAND

CHRISTOPHER SHEY-TAU SUN

CHRISTOPHER STEPHEN MURRAY

CHRISTOPHER TAEHEE HAN

CHRISTOPHER TODD CLOUSER

CHRISTOPHER TODD SNOW

CHRISTOPHER TRAN

CHRISTOPHER VINCENT RAUPERS

CHRISTOPHER WARREN STEWART

CHRISTOPHER WASHINGTON

CHRISTOPHER WILLIAM BOUTHILETTE

CHRISTOPHER XIANG REN

CHRISTOPHEREMIL SIMAZ

CHRISTY A BIEKER

CHUKWUEBUKA CYRIL AJAGU

CHUMA JIDEOFO CHIKE-OBI

CHUNG BA NGUYEN

CHUONG VIET MA

CHUTEI VARKEY

CINDY LEE

CINDY LOU HARPER

CINDY NEVAEH TINEO

CINDY YAEWON THYGESON

CLAIR KENNETH SPADY

CLAIRE MONTANA JENCKS

CLARK MERRILL ANDERSON

CLAUDE JEAN LANGEVIN

CLAUDIA MARICELA MEJIA-HENDERSON

CLAUDIAKAIHO LAM CHUANG

CLAUDIO ROBLES

| | |
|---|---|
| CLAY JEREMIAH SCHILE | CODY A DISCH |
| CLAYTON  DIGITAL | CODY ALAN AVERETT |
| CLAYTON ALAN ADLER | CODY BAKER WEEDEN |
| CLAYTON DORRIS | CODY BLOSSOM |
| CLAYTON JACOB WEBER | CODY CARL WHEELER |
| CLAYTON KORNHAUSER | CODY DANIEL FROST |
| CLAYTON MITCHELL HONN | CODY LEE SACKETT |
| CLAYTON PATRICK SMITH | CODY MARK MILES |
| CLAYTON RYAN BURRIS | CODY ZIMMERMAN |
| CLEAN WAVE  LLC | COLBY GRAEME TON |
| CLELIA R DE LIMA | COLBY TODD HARRIS |
| CLIFFORD ADAM GROSS | COLE BROOKS PASCHALL |
| CLIFFORD C COLLINS | COLE DENNIS DESTATTE |
| CLIFFORD FAY CHEW | COLE ROBERT CHADWICK |
| CLIFFORD FRANCIS SABO | COLE TAYLOR |
| CLIFFORD JOHN MERCER | COLE THOMPSON CORNELL |
| CLIFFORD JOSE GARIBAY | COLIN ANDREW BENNETT |
| CLIFFORD P CHENG | COLIN C DELARGY |
| CLIFFORD PAUL GORMAN | COLIN CARL DYER |
| CLIFTON SCOTT HARSKI | COLIN CHASE YURCISIN |
| CLINT COWEN | COLIN DAVID  KELLEY |
| CLINTON ALAN SCHUBERT | COLIN EWING MCNAMARA |
| CLINTON DAVID HAIMERL | COLIN JAMES WALSH |
| CLINTON EDWARD NEUNER | COLIN JOSEPH CABALKA |
| CLINTON ROSS HARRIS | COLIN MATTHEW FEULING |
| CLOVER MORY ZATZMAN | COLIN MATTHEW KNEUCKER |
| CLWHITE SDIRA  LLC | COLIN NEWCOMB RICE-DUBIN |
| CODI LAWRENCE BONNEY | COLIN REED ROBERSON |

**COLIN ROBERT PERKINSON**

**COLIN STUCKERT**

**COLLIN LACROCE HART**

**COLTON CASSIDY HINZ**

**COLTON XAVIER SCHLUMPBERGER**

**COM NIK ANDRE BRYANT**

**CONCEPCION LARA**

**CONDIDO DENO GUADAGNOLI**

**CONNEL WILLIAM PARSONS**

**CONNELL LEON LLOYD**

**CONNER SCOT MARTIN**

**CONNIE RUTH BETTIN**

**CONNIE YOECHI CHEN**

**CONNOR D NOE**

**CONNOR J GELAIS**

**CONNOR JAMES CUMPTON**

**CONNOR MORRELL FLYNN**

**CONNOR NOLAN**

**CONRAD AUBREY BRIGGS**

**CONRAD DANIEL FRAME**

**CONSTANCE KATHLEEN HOFFMAN**

**CONSTANTINE SOTIRIOS YIANNOU**

**CONSULTING OF PALM BEACH  LLC**

**COPPER HILL  INC. DEFINED BENEFIT PLAN**

**CORBIN JOSEPH HUTCHINSON**

**CORDIA ROCHELLE SIMON**

**COREY ANDREW RUSTON**

**COREY EUGENE NORTHCUTT**

**COREY GARDNER GEER**

**COREY JAMES DAVIS**

**COREY LEE CORNELL**

**COREY LOUNSBURY**

**COREY MATTHEW CLARK**

**COREY WILLIS**

**CORMAC THOMAS HAWNEY**

**CORRY DANIEL BURTON**

**CORY A FREEMAN**

**CORY AARON GREENBAUM**

**CORY J SIKDER**

**CORY JACOB FOGEL**

**CORY LANDON NEWSOM**

**CORY LANE TRUNDY**

**CORY LINTHICUM BRYAN**

**CORY MICHAEL APLIN**

**CORY ROSS HENIG**

**CORY STEVEN SEALE**

**CORY THOMAS PYKE**

**CORY TRUCKSESS**

**COSMO YI JIANG**

**COURTNEY TREVAIL FARMER**

**CRAIG A EATON**

**CRAIG ALLAN SPINDLER**

**CRAIG ALLYN PARKIN**

**CRAIG D MEYER**

**CRAIG ELLIS RITTENHOUSE**

CRAIG JAMAL PULLEN

CRAIG JAMES WOLFEL

CRAIG JENNINGS FOSTER

CRAIG L SMITH

CRAIG LAMONT ELLIOTT JR

CRAIG MARTIN PAAUWE

CRAIG MICHAEL YERLY

CRAIG PETER ROBINSON

CRAIG PETER ROBINSON

CRAIG PHILIP CHICCHI

CRAIG R BARRETT

CRAIG ROBERT CAVIEZEL

CRAIG STEVEN HOBSON

CRAIG STEVEN LIPTON

CRIMSON PERMANENT ASSURANCE LLC

CRIS PAVEL

CRISTEL ROSE WILLIAMS

CRISTEN TERESE ELFERDINK

CRISTIAN LASSO DE LA VEGA

CRISTINA D PAVEL

CRISTINA MCGRAW

CRISTOBAL A GONZALEZ RAMIREZ

CRISTON REID MIZE

CRYSTAL L SCHNURR

CRYSTAL MARIE SPITHALER

CUONG LIEN

CUONG MANH NGUYEN

CURTIS BRADLEY SUTHERLAND

CURTIS CLARK GREEN

CURTIS DALE SNIDER

CURTIS JON NISHIMURA

CURTIS MICHAEL LUDWIG

CURTIS PAUL AREND

CURTIS ROBERT GABHART

CURTIS TURCHIN

CYNTHIA BABASA BANAAG

CYNTHIA MARIE RICHARDSON

CYNTHIA MIRANDA BECKER

CYNTHIA VON EBERSTEIN

CYRIL DORSAZ

CYRILLE FLOM

CYRUS PARTOW

DAANISH KHAN

DAKOTA JAMES GALE

DALANDA COBB

DALE CHRISTOPHER WIGGINS

DALE F GIESE

DALE JEFFREY OWENS

DALE ROBERT CASSIDY JR

DALENA QUYEN BUI

DALLAS ALLAN LADD

DALTON BLAKE SEESE

DALVIR SINGH SEKHON

DAMIAN MEDINA

DAMIEN JEDSADA SRITAPAN

DAMINE  LLC

DAMION ST CLAVE JOHNSON

DAMIR FAZIL

DAMON CHRISTOPHER DE MERS

DAMON KRISTOFFER CARNEY

DAMON L ABILOCK

DAMON NEAL WILSON

DAMON S HOLMAN

DAN GREGORY BASTIAN

DAN LIN

DAN MANH AN NGUYEN

DAN MARSHALL

DAN QUOC PHAM

DANA CAMERON RIPLEY

DANA CLAIRE BREWER

DANAE KARIE PACHECO

DANBY PARK KIM

DANE DOUGLAS CASTERSON

DANH CONG HO

DANH T CAT

DANIEL  DUQUE

DANIEL  KIM

DANIEL A GOLDWATER

DANIEL ADAM CLEM

DANIEL ADAM GILORMO

DANIEL ADAM SBAR

DANIEL ADAM TUGENDER

DANIEL ALBERT HILLMER

DANIEL ALEXANDER BRINGHAM

DANIEL ALEXANDER FERNANDEZ

DANIEL ALEXANDER KAUFMANN

DANIEL ALLEN PEIFFER

DANIEL ALLEN TODNEM

DANIEL ALLEN WELTZ

DANIEL ANDRES SAENZ CASTIBLANCO

DANIEL ANDREW CONNER

DANIEL ANDREW DYNAK

DANIEL ANTHONY VALENZUELA

DANIEL ARTHUR CASTRO

DANIEL AUSTIN EVANS

DANIEL BELCHER

DANIEL BRIAN LOMAX

DANIEL BRIAN RASSI

DANIEL BRUNEAU

DANIEL C MARLOW

DANIEL CHARLES TARVER

DANIEL CHEN

DANIEL DALE LAUTERBACH

DANIEL DEJARNATT

DANIEL DOHERTY

DANIEL DONG JUNE HYUN

DANIEL DU PLESSIS

DANIEL EDUARDO URCUYO LLANES

DANIEL EDUARDO VILLATORO

DANIEL EDWARD BLAKELY

DANIEL EDWARD CHILDS

DANIEL ELEAZAR QUINONEZ

| | |
|---|---|
| DANIEL EUGENE MURPHREE | DANIEL KEITH ASBURY |
| DANIEL EYAL BARSKY | DANIEL KELETI |
| DANIEL G GURKA | DANIEL KENNETH LOBUE |
| DANIEL GEORGE FIRTH | DANIEL KIN CHUNG LEE |
| DANIEL GEORGE MAYER | DANIEL L BELLAFRONTE |
| DANIEL GHAZVINI | DANIEL LEE CROSBY |
| DANIEL GODFREY SATHIAKUMAR | DANIEL LEE KONGOS |
| DANIEL GRIMES | DANIEL LEE MARTIN |
| DANIEL HYUNGSU BYUN | DANIEL LEONARD CAIN |
| DANIEL J GOLDWYN | DANIEL LUKE CROZIER |
| DANIEL J WALTZ | DANIEL M KING |
| DANIEL JAMES  THURMAN | DANIEL M ROMANO |
| DANIEL JAMES FAZIO | DANIEL MANHEIM |
| DANIEL JAMES HENRY | DANIEL MARK MC NUTT |
| DANIEL JAMES MUIR | DANIEL MAXWELL BERNAD |
| DANIEL JANINEJAD | DANIEL MENDIOLA |
| DANIEL JASON PUCKETT | DANIEL MONAGLE |
| DANIEL JASON STOJACK | DANIEL MOORE |
| DANIEL JEROME MCCARTHY | DANIEL MOURAD MEZAACHE |
| DANIEL JOHN PAXTON MARSTON | DANIEL OSBORNE |
| DANIEL JOHN TRAINOR | DANIEL P HODAK |
| DANIEL JOHNSON MAXWELL | DANIEL PADIN |
| DANIEL JONES | DANIEL PATRICK CROUSHORE |
| DANIEL JOSEPH BLACKBURN | DANIEL PAUL BARRY |
| DANIEL JOSEPH HAGEN | DANIEL PAUL GAY |
| DANIEL JOSEPH NALON | DANIEL R PUCKETT |
| DANIEL JOSEPH VINAL | DANIEL RAY MCGINNIS |
| DANIEL JUSTIN AGEMY | DANIEL RAYMOND PORTKA |

DANIEL REED OCONNELL

DANIEL REUBEN GOLDSTEIN

DANIEL RICHARD MILLER

DANIEL ROBERT KOLLMORGEN

DANIEL ROBERT LOSASSO

DANIEL ROBERT SOPER

DANIEL ROBERTS

DANIEL S LEWIS

DANIEL S WOLLIN

DANIEL SCARPULLA

DANIEL SCOTT MAGES

DANIEL SOLTYS

DANIEL SOO CHOI

DANIEL SOON RESSLER

DANIEL SPIELMAN

DANIEL STEVEN KUHN

DANIEL STEVEN NELSON

DANIEL T SCOTTO

DANIEL TAMPLIN FEE

DANIEL THOMAS

DANIEL THOMAS REILLY

DANIEL TOSHIO KATO

DANIEL TROY WHITE

DANIEL W FOOS

DANIEL WALTERS DUBOIS

DANIEL WANG

DANIEL WEI DA TSE CHYU

DANIEL WILLIAM DORMODY

DANIEL WILLIAM THOMSON

DANIEL YANG

DANIELE DARIO

DANIELL WILSON

DANIELLE CAVENDER HESKETT

DANIELLE LINDA STONE

DANILO ANTONIO MEJIA CHACON

DANILO BENITO PINEDA

DANISH UR RAHMAN KHAN

DANJA STRUMPER GROVES

DANNA MARIE RAHL

DANNY AYBAR

DANNY CLARK DALTON

DANNY TA

DANNY XAVIER ALCALDE

DANTE ALBERTO GRAZIOLI

DANTE CABRERA

DANTE CASTILLO

DANTE LASHAUN THOMAS

DANYLO S RAKOWSKY

DAREIOS LEWIS MOORE

DARELL WILLIAM BYSTRY

DARIN MICHAEL COLLINS

DARING CRYPTO VENTURES LLC

DARIS EIAN MATTISON

DARIUS CHRISTIAN GARVIN

DARIUS LAMAR JENNINGS

DARLENE GAIL KEITH

DARON ROBERT STEVENS

DARREL REX DELEON SOLON

DARRELL W CARTER

DARREN ALLEN WEST

DARREN B HICKS

DARREN CAO BUI

DARREN CRUMBLEHOLME

DARREN DAVID WATTS

DARREN KAMEMATSU TOME

DARREN M ORLANDO

DARREN PATRICK OLSON

DARREN RICHARD CAMPBELL

DARREN WILLIAM SWIMMER

DARRICK JONATHAN CHAN

DARRIN MICHAEL MOE

DARRIN RAY SHERRY

DARRYL JOSEPH GRACE

DARRYL WAYNE PAULK

DARSHAN ARNEY

DARSHAN SANJAY PATEL

DARYL WAYNE DOLLAR

DATTA SAI VENKATA PRAVE BOMMI

DAUDI EMMETT LONG

DAVE KUMAR MALHOTRA

DAVED LOUIS DALY

DAVID  IMPERI

DAVID  SHERBO-HUGGINS

DAVID A ANI

DAVID A CRAWFORD

DAVID A DIPAOLO

DAVID A LAING

DAVID A LIEBERMAN

DAVID A ROSEMILL

DAVID ADAM MOORE

DAVID ALAN VANORE

DAVID ALAN WEINTHAL

DAVID ALEXANDER LITTLE

DAVID ALEXANDERHAMILTON LYONS

DAVID ALLEN SCHROEDER

DAVID ALLEN SIMON

DAVID ANDREW FLEMING

DAVID ANTHONY DRAKE

DAVID ARIE SCHNEIDER

DAVID ARTHUR PLUMLEY

DAVID AVERY FAHEY

DAVID BARRETT LYNCH

DAVID BENJAMIN GREER

DAVID BENJAMIN WILLIAMS

DAVID BERTRAND

DAVID BERTRAND

DAVID BLAIR HARMON

DAVID BRIAN GRAVES II

DAVID BRUCE KANE

DAVID BYRON ENSLEY

DAVID BYRON IRVING

DAVID C CHEN

DAVID C TOOLEY

DAVID CAI

DAVID CARSON SCHUL

DAVID CHAIM FEINSTEIN

DAVID CHARLES MCDONALD

DAVID CHARLIE HEILIGER

DAVID CHOI

DAVID CLOPTON

DAVID COLLINS POST

DAVID DE NGO

DAVID DUN HE

DAVID EDWARD GRANZ

DAVID EDWARD POSIADALA

DAVID ELLIOT QUAN

DAVID ERIC BAXLEY

DAVID EUGENE SOMMER

DAVID F MILLER

DAVID FRANKLIN GORDON

DAVID FRANKLIN MORTON

DAVID GARY GILL

DAVID GEORGE BRADLEY

DAVID GEORGE HOYT

DAVID GOLDSTEIN

DAVID H STONE

DAVID HOWARD ROZEFF

DAVID J BOTTON

DAVID J COUGHLIN

DAVID J FIORE

DAVID JACOB ZEILENGA

DAVID JAMES RUPE

DAVID JAMES STEWART

DAVID JASON BRESSLER

DAVID JASON COOK

DAVID JEREMY KEARLEY

DAVID JOHN BRUSKY

DAVID JOHN MERRIMAN

DAVID JOHN RICHARDSON

DAVID JOHN SALAMA

DAVID JON BLANCHARD

DAVID JON FRANK

DAVID JON SCHWEIZER

DAVID JOSEPH HARRINGTON

DAVID JOSEPH KURIN

DAVID JOSEPH SCHWENT

DAVID KANG

DAVID KEVIN HORWITZ

DAVID L GUDEK

DAVID LAFOREST

DAVID LAMAR ELKINS

DAVID LAWRENCE WAECHTER

DAVID LEE RANDALL

DAVID LEO VEKSLER

DAVID LEROY RITTER

DAVID LIU DING

DAVID LIVINGSTON KIRBY

DAVID LORENZO

| | |
|---|---|
| DAVID LYNN JENKINS | DAVID PAUL ZAKHARCHUK |
| DAVID M MORAN | DAVID PETER ATTREED |
| DAVID MACKENZIE SOMERVILLE | DAVID PETER ROBATEAU |
| DAVID MACKENZIE SOMERVILLE | DAVID PHILLIP CAMPANO |
| DAVID MACKLEY | DAVID POLITZER |
| DAVID MANTHE | DAVID PREZNUK |
| DAVID MARK BURR | DAVID R STEPIEN |
| DAVID MATHEW BEACHY | DAVID RAFAEL ABREU |
| DAVID MATTHEW DUGGER | DAVID RAINTON |
| DAVID MATTHEW KURZ | DAVID RAMBARRAN |
| DAVID MAXWELL BLUMENTHAL | DAVID REED |
| DAVID MELO HOUSE | DAVID ROBERT POOLE |
| DAVID MICHAEL EGAN | DAVID ROY DEWESE |
| DAVID MICHAEL MAREZ | DAVID RYAN BRADSHAW |
| DAVID MICHAEL MILLER | DAVID RYAN LONG |
| DAVID MICHAEL ROBERT KECK | DAVID RYAN MAUTZ |
| DAVID MICHAEL SCHLEIGH | DAVID RYAN OLEKSY |
| DAVID MICHAELGARRISON HILL | DAVID SANTIAGO |
| DAVID MIKHAIL ONCHANU | DAVID SEAN ANDERSON |
| DAVID MORGIGNO | DAVID SHALTS |
| DAVID MORRIS TAYLOR III | DAVID SHAW |
| DAVID NOBLE BARRY | DAVID STOLL |
| DAVID OH | DAVID TELFER MCCONAGHAY |
| DAVID OLIVER CARAS | DAVID THOMAS HEASLIP |
| DAVID P GOODWIN | DAVID THOMAS HOSEA |
| DAVID P SCHREINER | DAVID THOMAS RIVIECCIO |
| DAVID PARAG | DAVID THOMAS VAN DE CARR |
| DAVID PAUL DURAN | DAVID TYLER ODOM |

| | |
|---|---|
| DAVID W MILLER | DEBORAH ANNE EDWARDS |
| DAVID WADE EVANS | DEBORAH CARTER MARTIN |
| DAVID WAYNE FAHRNEY | DEBORAH JANE MEDLICOTT-WILSON |
| DAVID WAYNE KING | DEBORAH PATRICIA BUITRON |
| DAVID WAYNE SHAMBLIN | DECHAWUTHI DISPANURAT |
| DAVID WESLEY LARSON | DECLAN THOMAS WATSON |
| DAVID WESLY GOLLINER | DEEPAK KUMAR LALMOHAN GHOSH |
| DAVID WONG | DEEPAK SRIDHARA |
| DAVID YINGXIAN CHUNG | DELMAR GILBERT |
| DAVID YORK FONG | DELPHIN ALBERT IMAN |
| DAVIS CHAN | DEMARCUS ALEXANDER EDWARDS |
| DAVIS SPENCER WINGATE | DEMBER ALEXANDER GIRALDEZ |
| DAVY TERESA THAING | DEMETRIUS  HEGGS |
| DAVY YUHSI MAO | DEMIAN MARC FITZGERALD |
| DAWAN NASHID OWENS | DENIS OLEGOVICH ZUEV |
| DAWN ALLISON SMITH | DENIS VOROBYOV |
| DAWN J BENSON | DENNIS ALBERT KAISER |
| DAX ARTHUR HERRERA | DENNIS CHEN |
| DAYID BLAS LUNA | DENNIS CICERO II MERRITT |
| DAYNE WOOD | DENNIS DANG |
| DAYRON DANIEL ARTOLA | DENNIS FRANCIS VILLASENOR |
| DAYTON LEONG | DENNIS JAMES CURREN |
| DEAMES DA SILVA ADRIANO | DENNIS KEITH HOLCOMB |
| DEAN C CHENARIDES | DENNIS KEITH ZELKOWSKI |
| DEAN SHAWN COLLINS | DENNIS KELSEY HANSON |
| DEAN THOMAS SANDIN | DENNIS MICAH SALABERRIOS |
| DEANNA MARIE OVSAK | DENNIS MICHAEL DEMPSEY |
| DEAR BACI | DENNIS PAUL HOGG |

| | |
|---|---|
| DENNIS PAUL THOMPSON | DESHAWN DOUGLAS COLLINS |
| DENNIS XIONG | DESI ALBERTO FLORES |
| DENTON KALE KLEINER | DESIREE ANNE SANTIAGO-FOREMAN |
| DEON MARTIN DALTON | DESMOND ANTHONY MORRIS II |
| DEREK ALEXANDER CIOCCA | DEVARON ALAN RUGGIERO |
| DEREK ALEXANDER DIAZ | DEVAUGHN KENNE PEACE II |
| DEREK CHRISTOPHER CHU | DEVIN CHRISTIAN MARTINEZ |
| DEREK JAMES STOBER | DEVIN JOHN ABIGT |
| DEREK KEITH LAURIN | DEVIN JOHN SPEAR |
| DEREK LE | DEVIN LAMONTE SHEETS |
| DEREK LI | DEVIN MARTY |
| DEREK LUCAS CROOKS | DEVIN MICHAEL HIGGINS |
| DEREK MARK DOYLE | DEVIN PAUL MIRFASIHI |
| DEREK MICHAEL JOHNSON | DEVON BUSER RYAN |
| DEREK MICHAEL MALIA | DEWAYNE EUGENE CURRY |
| DEREK NELSON PAGE | DEYING JAMES TONG |
| DEREK ROBERT JACOBY | DHRUVIL HARISH VYAS |
| DEREK ROGER KRUEGER | DIANA M LORIA |
| DEREK ROYCE TAYLOR | DIANE BEAULIEU |
| DEREK S BUTLER | DIANE STOLLE |
| DEREK WAYNE HENDRICK | DIANE SUE MCALLISTER |
| DERIC DAVID KRAMER | DIANNA LYNNE ELLIS |
| DERIC ROGER WALINTUKAN | DIANNE B CHAMBERS |
| DERICK CARLSON | DIEGO E RODRIGUEZ |
| DERRICK L SHARP | DIEP NGO TABOR |
| DERRICK LINWOOD BOOKER | DIERK ECKART |
| DERRICK MATHEW CONTRERAS | DIFIORE TSA IRREVOCABLE GST TRUST |
| DERRICK TANNER JOHNSON | DILIO NUNEZ |

DILIP ADHIKRY

DILLON JAMES FORD

DILLON JOSEPHLORNE FORESTELL

DILLON SOLOMON MAYA

DIMITRIOS E KARPOUZIS

DIMITRIS ZOURDOS

DIMITRY L KIRSANOV

DIMITRY THEVENIN

DINA STOVALL SNOW

DINAKAR CHITTARANJAN MUNAGALA

DINESH MALHOTRA

DINKA HADZIC

DIPANKAR DUTTA

DIPTEN DIPAKBHAI PATEL

DIRK HENRY HEITE

DIRON TAPPIN

DIVAKAR CH

DJELL FABRICE LOEMBA NDELLO

DMITRI SHTILMAN

DMITRIJ RIABOKON

DMITRY HURIK

DOAN NGOC PHAN

DOLORES J HANCHETT

DOMINIC ANHKHOA TU

DOMINIC JOHN DEROSA

DOMINIC JOHN RICCI

DOMINICK LEE OAKLEY

DOMINIQUE CAMILLE FONTENETTE

DOMINIQUE CLAESSENS

DON HOSEA SMITH

DON KIM PHAM

DON MICHAEL URGO

DON MILLARD CHAMBERLIN

DON NGUYEN

DON WRIGHT

DONALD C HUTCHINSON

DONALD CHARLES JOHNSON

DONALD CRAIG ERNST

DONALD DESANCTIS

DONALD DONGSHIN SON

DONALD GLENN COLEMAN

DONALD IRVING KAUFMAN

DONALD JAY VINBERG

DONALD KRAMER

DONALD LEE PESCHMAN

DONALD LEROY SWEET

DONALD MCCORMACK

DONALD OWEN SMITH

DONALD RAY WHITEHORN

DONALD THOMAS SAXBY

DONALD WAYNE TODD

DONG SUN

DONIZETE MINCHILLO JR

DONNA JESSICA TUDELA

DONNA PERNO

DONNA SORIANO

| | |
|---|---|
| DONNA TONYA CROW | DREW J OCONNELL |
| DONNY HOON KIM | DREW MALCOLM HERMAN |
| DONOVAN ROBERT FEIST | DREW MICHAEL BOGGIO |
| DONY CHOE | DREW MICHAEL SALTARELLI |
| DORCAS EVELENE DAVIS | DREW THOMAS HENDRICKS |
| DOROTHY ELLEN SETLIFF | DREW WAGNER EDSALL |
| DOROTHY LYNN HENDRICKSON | DROR DAGAN |
| DOTTIE DENISE SCOTT | DSHANT DONALD CASH |
| DOUGLAS ANDERS COOK | DUKE ROSS MONTGOMERY |
| DOUGLAS ANTHONY SHOREY | DUMITRU DEDIU |
| DOUGLAS CHARLES MILLS | DUNCAN CRAIG WIERMAN |
| DOUGLAS CHARLES SLEMMER | DUNCAN KILLOCH SATTERLEE |
| DOUGLAS CHRISTOPHER KOCH | DUNCAN PLEXICO |
| DOUGLAS DWAIN LANEY | DUNG L TRAN |
| DOUGLAS EDWARD FOX | DUO ZHAO |
| DOUGLAS EUGENE SMITH | DUONG GIA DAO |
| DOUGLAS JAMES FAIRCLOUGH | DUONG THIN VONG |
| DOUGLAS MATTHEW FOX | DUONG TRAN |
| DOUGLAS P MCGREGOR | DURGAPRASAD SIVA NAGA CHAVALI |
| DOUKOSE THELEMAQUE | DUSTAN ANDREW DRAKE |
| DOW ALEXANDER SPAULDING | DUSTAN COREY SHOWERS |
| DOWN THE  RABBIT HOLE LLC | DUSTIN BRYANT BASTIN |
| DOYLE RAY MCMAHAN | DUSTIN GARRETT MARSHALL |
| DRAGAN TRIFUNOSKI | DUSTIN JAMES DRAPER |
| DREW ALEXANDER DUFFINEY | DUSTIN JOSEPH OTTO |
| DREW ANTHONY FENSKE | DUSTIN LEE BONAR |
| DREW D HARTMAN | DUSTIN LEE RUDOLPH |
| DREW DANIEL MITCHELL | DUSTIN MICHAEL BROWN |

DUSTIN RONALD FORD

DUSTIN WADE MASSENGILL

DUSTIN WAYNE LEBLEU

DWIGHT MORSEL COOPER

DYLAN FARRELL

DYLAN H MOULTON

DYLAN LUCIEN CAPONI

DYLAN SCOUT EVELETH

DYLAN THOMAS MONAHAN

E KELLY REITZ

EARL FRANKLIN KELLEY III

EBONY M CHATMON

ECOMETICS  INC.

EDDIE WILLIAM AVEDIKIAN

EDEN PIERS KIDNER

EDGAR ANTHONY MACHADO

EDGAR EDUARDO DELACRUZ

EDGAR MANUEL CASILLAS HERRERA

EDGAR W XIE

EDILBERTO DIZON ATIENZA

EDMUND WANGKAI LEE

EDNA MARIA HEIRD

EDRICK BELTRAN FELICIANO

EDUARD FIDLER

EDUARD V SHTOGRIN

EDUARDO  OLIVA

EDUARDO D MARQUEZ-BRUNAL

EDUARDO MAXIMO REYES

EDUARDO MONTANO

EDUARDO NEGRON ROSALY

EDWARD  GEORGE

EDWARD  STOLYAR

EDWARD ALBERTO VILCHIS

EDWARD ALLEN WALTON

EDWARD ARTHUR WUESTE JR

EDWARD BERGER III

EDWARD C MCGILLICUDDY

EDWARD CHARLES VOSGANIAN

EDWARD CHEN

EDWARD DUANE PEATS

EDWARD E EATON

EDWARD E HUNT

EDWARD E LEWIS

EDWARD EARL CASEBEER

EDWARD EVERETT LANSFORD

EDWARD GARCIA

EDWARD JAMES SLADEK

EDWARD JOHN KNOELL

EDWARD JOSEPH HUTSON

EDWARD KYUNG HO KIM

EDWARD LUSSI

EDWARD MARKMAN

EDWARD QUAN BAO

EDWARD RICHARD MORGAN

EDWARD SEULKY MOON

EDWARD STEVENSON PEREZ

EDWARD VILLANUEVA

EDWARD WILLIAM CHAMPIGNY

EDWARD WILSON

EDWIN ALBERT SLACK

EDWIN H DANIEL

EDWIN HANDSCHUH

EDWIN HAROLD SAVAY

EDWIN JARED VELDHEER

EDWIN LEE GREENE

EDWIN OMAR GARCIA

EDWIN SHADZEKA

EDWIN SUMMER SUNG

EDWIN T IV LAYNG

EDWIN TRAMAINE BURTON

EFRAIN LOPEZ FLORES

EFRAIN R CAZARES

EFREN CARRILLO

EGBERT DANIEL BAUMGART

EGIDIJUS BLOZE

EILEEN YIULING CHAI

EITAN HAROD

ELADIO M RODRIGUEZ

ELAINE LAUREEN GLATZ

ELAN NADAV NEIGER

ELENA AMBRA SCHETTINI

ELENA B LURIE-MEINHARDT

ELENA DRIES

ELI BENJAMIN SALK

ELI DEREK HUDSON

ELI FRAME

ELI S LOCH

ELI ZARAGOZA

ELIAS ANTOINE FARHAT

ELIAS CRISTIAN JINAR

ELIAS STEPHAN PFEIFER

ELIJAH ABSOLOM ISRAEL

ELIJAH TAEKOO KANG

ELIO CONSTANZA

ELIONEL DIAZ

ELIOT ESTEVAN MENENDEZ

ELIZABETH ANN BOHON

ELIZABETH ANN BOHON

ELIZABETH ANN GERSTENFELD

ELIZABETH C WEISS

ELIZABETH DEL CARMEN CANTON

ELIZABETH JACKSON RATLIFF

ELIZABETH JOIE BOTKIN

ELIZABETH NIKOLE PATRIDGE

ELIZABETH P CRAMPTON

ELIZABETH SMITH STRZELECKI

ELIZABETH YEE MING LO

ELIZABETHTHAO NGUYEN

ELLIOT JEFFREY ANDERSON

ELLIOT SEUNGJOON LEE

ELLIOT SOLOMON LIEF

ELMER DANIEL SALAZAR

| | |
|---|---|
| ELMORE GASSETTE JOHNSON | ERAN MICHAEL ZYLINSKI |
| ELSINA THEODOROU SILVER | ERDENETSETSEG TSAGAAN |
| ELTON E KING | ERIC ALAN BURKGREN |
| ELVIN J AYALA PEREZ | ERIC ALAN JOHNSON |
| ELVIN R TURNER JR | ERIC ALLEN CARRENDER |
| ELY DIAZ | ERIC ALLEN SCHEEL |
| ELYSSE MICHELLE GALLEGOS | ERIC ANDREW COLLISSON |
| EMI YAMADA | ERIC ANTHONY VASQUEZ |
| EMIL JAMES KOHAN | ERIC ARTHUR GIBSON |
| EMIL PILACIK JR | ERIC ARTHUR RITTER |
| EMILE KHALIL MOUSSAED | ERIC AUSTIN MOORMAN |
| EMILY ADAIR INZER | ERIC AUSTIN MOORMAN |
| EMILY DARE COSS | ERIC BENJAMIN MAROTTA |
| EMILY HOLMES CAMPANO | ERIC BENJAMIN POOLE |
| EMILY JAYNE ALLEN | ERIC BLANCO |
| EMILY SARA PORTER | ERIC BRYANT CHAPMAN |
| EMMANUEL IVAN ALBINO | ERIC CARL CHRISTENSEN |
| EMMANUEL JOSEPH VALLECALLE | ERIC CATEN |
| EMMANUEL VIVAR | ERIC CHARLES CASSIDY |
| EMMANUELLIE SINGLETON | ERIC CHARLES NEWTON |
| EMMETT IRWIN DAVIS | ERIC CHRISTOPHER JACOBSON |
| EMMY TRAN BOS | ERIC CHRISTOPHER LUCAS |
| ENRICO IVONE JR | ERIC CHRISTOPHER MCALISTER |
| ENRIQUE  ESPINOSA | ERIC CHUNG |
| ENRIQUE DANIEL PRIMELLES | ERIC D BAEHR |
| ENRIQUE GOMEZ DA SILVA | ERIC DALE KAZEE |
| ENZO KAJIYA | ERIC DARK |
| EPICAURELIUS HAVENS LLC | ERIC DAVID SHANNON |

| | |
|---|---|
| ERIC DOUGLAS WOLF | ERIC MICHAEL WREN |
| ERIC DUANE TAGLE | ERIC MORALES |
| ERIC F TRENTER | ERIC OLSON |
| ERIC HAMILTON SMITH | ERIC P SUGAR |
| ERIC HANS BLIEFERNICH | ERIC PAUL BANAAG |
| ERIC HENRY CRAIG | ERIC PAUL FROST |
| ERIC J GOLDEN | ERIC RAUL CUEVAS |
| ERIC JAMES CARLSON | ERIC ROBERTO DIEZ |
| ERIC JAMES FIORE | ERIC RYAN GRANT |
| ERIC JOHANNES VIERHAUS | ERIC S HORNG |
| ERIC JOHN SANTUCCI | ERIC SCOTT HANSEN |
| ERIC JOSEPH AVILA | ERIC SCOTT UNRUH |
| ERIC K LOR | ERIC SIMON PYLE |
| ERIC KEITH GORDON | ERIC SUN |
| ERIC KENJI YASUI | ERIC TAYLOR GIBB |
| ERIC KIYOSHI WADA | ERIC TODD SORENSEN |
| ERIC L MILLER | ERIC TODD WINCHELL |
| ERIC LE LONG | ERIC VAN |
| ERIC LEE BOWERS | ERIC WAYNE WYATT |
| ERIC LEE CHAPMAN | ERIC WILHELM KISTER |
| ERIC LEE LARSON | ERIC WU |
| ERIC LEONARD SANCHEZ | ERICH PAUL SCHMIDT |
| ERIC LORING WAKEFIELD | ERICH PAUL STRAHM |
| ERIC MARK LINDAU | ERICK ALEXANDER VALDOVINOS |
| ERIC MATTHEW FORNEY | ERICK GONZALO CRUZ |
| ERIC MICHAEL HONG | ERICK MONTENEGRO |
| ERIC MICHAEL KRISMER | ERICKA SOLANO |
| ERIC MICHAEL MEYERS | ERIK ADRIAN LOMAS |

| | |
|---|---|
| ERIK ALLEN BERGER | ERNESTO FURUKAWA |
| ERIK ANDREW PILMANIS | ERNESTO GUTIERREZ RIOS |
| ERIK CONRAD MENK | ERNESTO RODRIGUEZ JR. |
| ERIK DANIEL GEHMAN | ERVIN EARL HANSON JR. |
| ERIK DAVID BRADEN | ERWIN QUITORIANO MASINSIN |
| ERIK ELOF PETERSON | ERYAN CHRISTOPHER TANCREDI |
| ERIK GEORGE LEPKE | ESHED MEIR OHN-BAR |
| ERIK HORSMAN | ESTEBAN GONZALES |
| ERIK LEE BRANDT | ESTEFANIA DE ARMERO LOPEZ |
| ERIK LEE RASKY | ESTEFANO EMILIO ISAIAS |
| ERIK MICHAEL MCGREGOR | ESTHER JIEUN HWANG |
| ERIK RANDALL WONG | ESTHER TE CHIA YOUNG |
| ERIK RICHARD SALE | ETHAN GARET KAP |
| ERIK SEAN MENDELSON | ETHAN JOSEPH ANDERSON |
| ERIK SETH LERNER | ETHAN MICHAEL STEVENSON |
| ERIK SHELTON LAMB | ETHAN MILLER MUNSILL |
| ERIK WHITE | ETHAN PHILIP ZALTA |
| ERIK WILDFORSTER | ETHAN SAMUEL FREUND |
| ERIK WISSNER | ETHAN SHOIHET |
| ERIKO YAZAWA | EUCLID REALE ROSE |
| ERIN LYNETTE SUTLEY | EUFRED HOUNDEGLA |
| ERIO STEPHAN MUSCHINSKI | EUGENE CHONGAUN LAU |
| ERJON RUCI | EUGENE HUNG CHIH CHEN |
| ERNANDO  SOLIS | EUGENE JAMES KIM |
| ERNEST DOBBINS JOHNSON | EUGENE JESS CROFUT |
| ERNEST GONZALEZ BASOCO | EUGENE KYLE WEBSTER |
| ERNEST SHAHBAZIAN | EUGENIA M ZENICK |
| ERNESTO CEJAS PADILLA | EVAN ALEXANDER BRYAN |

EVAN ANTHONY HOLM

EVAN CHENG

EVAN CHRISTOPHER BONNELL

EVAN DRESKIN SCHOENBERG

EVAN ELLIOTTHERMAN PARTCH

EVAN HIKO BROTHERS

EVAN JACOBSON

EVAN JOHN RYPEL

EVAN LAWRENCE WILMER

EVAN LOUIS ALBERT

EVAN MATTHEW HOMOLKA

EVAN MATTHEW TILLER

EVAN MEREDITH SIMPSON

EVAN TAYLOR HERPIN

EVELIN YASMIRA PERLERA

EVELYN HOOVER SWEENEY

EVERETT WAYNE LAFRANCOIS II

EZRA LOUIS VAZQUEZ-DAMICO

FABIAN GONZALEZ

FABRICIO ANDRES HILD

FADI GEORGE AYAT

FAHIM A CHOWDHURY

FAHIR NOYAN ERERMIS

FAISAL M QUADRI

FAISAL MOHAMMED FASEEHUDDIN

FARAMARZ D SALMASSI

FARID REZA SARRAF

FARIDEH ASGARI

FARN KU

FARSHID SEPASSI

FAZLE SADI

FEDERICO ARCINIEGAS JARAMILLO

FEDERICO MARTIN BUCSPUN

FEI HE

FEI WU

FEIZAL SALIM JAFFER

FELIPE JONATHAN CARBAJAL CHAUCA

FELIX ALBERTO OSORIO

FELIX OSVALDO SANTIAGO ROSARIO

FELIX WIDJAJA

FELIX YELOVICH

FERAS MOUSTAFA ABOUGALALA

FERAS OMAR ALMGHRABI

FERDOUS MOHAMMAD HAKIM

FERING ACQUISITIONS

FERNANDO A ROJAS

FERNANDO ADAME

FERNANDO ANTONIO TROCHE VINENT

FERNANDO GARCIA ENRILE

FERNANDO HERRERA

FERNANDO HERRERA

FIDEL BELMONT

FIDELIA JUNG

FILIP SAMMAK

FILIPE JORGE DE CASTRO FERREIRA
MARQUES DE ALMEIDA

FLAVIO ALBERTO BELTRAN

FLORA KAR MAN MA

FOLASHADE ELIZABETH GREEN

FOLASHADE SHOLA ONAFUYE

FORREST J OSTERMAN

FORREST RICHARD ANDERSON

FRANCESCO LONGO

FRANCIS ALLEN LONG

FRANCIS BARRY ANARO

FRANCIS DISANTI

FRANCIS FLOYD GARNER

FRANCIS JOSEPH JOHNSON

FRANCIS JUDE PELRINE ANDRADE

FRANCIS LEE

FRANCIS MICHAEL METKUS

FRANCISCO ANTONIO SOTO

FRANCISCO D GUZMAN

FRANCISCO FRANCO VALIENTE-
RODRIGUEZ

FRANCISCO JAVIER DELGADO

FRANCISCO JAVIER GUTIERREZ MARTOS

FRANCISCO REYES

FRANCISCO VALBUENA DIMACALI

FRANCISCO VARGAS PINTO

FRANCISCUS WILLEM OVERBEEK

FRANCO ALVARADO SANABRIA

FRANK ANTHONY CRESPO

FRANK ANTONIO LERMA

FRANK BENNETT RANDALL

FRANK CHARLES JR RUSSELL

FRANK COSTA NUNES

FRANK COTTER

FRANK DOMINIC BRIZZI

FRANK FEREDONI

FRANK JONATAN SIERRA

FRANK JULIUS SCHIPANI

FRANK LAWRENCE CHEN

FRANK MALCOLM BRADLEY

FRANK NICHOLAS BENEDICT

FRANK SCOTT FALKE KRUEGER

FRANK VIEIRA MONTEIRO III

FRANK VINCENT IV PERRELLI

FRANKIE KWOK HUNG SZE

FRANKLIN JEANTINE

FRANKLIN KASHNER

FRED HENRY SCHLICHTING

FRED J MOLDT

FRED LACEY SWINTON

FRED MIKEL SHANKS

FREDERICK A BOATENG

FREDERICK A SOWEMIMO

FREDERICK ANDREW LEWIS

FREDERICK JAMES WALBURN

FREDERICK JOSEPH JOHNSTON

FREDERICK MCKINLEY THAYER

FREDERICK STEPHEN HELMHOLZ

FREDERICK WILLIAM SANCHEZ

FREDRIC PRICE NADEL

| | |
|---|---|
| FREESTYLE INVESTMENTS  LLC | GALE DEWAYNE WILLIAMS JR |
| FREHIWOT  SAHLU | GALEN F CHUN |
| FRIO  LLC | GALEN MICHEAL MACPHERSON |
| FUNLOLA FRANCESCA FAJINMI | GALINA ILINICHNA LUJAN |
| FUTURE PERFECT LLC | GAMALIEL  GONZALEZ |
| FUTURE POSSIBILITIES LLC | GANESHA BELLE UPADHYAYA |
| G&P INVESTOR GROUP INC | GARLAND WAYNE GROOMS |
| GABOR SIMON | GARO KECHBOULADIAN |
| GABRIEL ALEJANDRO RODRIGUEZ | GARRET C YOST |
| GABRIEL ALEXANDER BARBOUTH | GARRET LEVI LARSON |
| GABRIEL BEAUCHAMP KELLEY | GARRETT ANTHONY BEAVER |
| GABRIEL BEIS | GARRETT DAVID MORGAN |
| GABRIEL BURTON MAIA DE NEEDELL | GARRETT DAVIDRAGER PRIEST |
| GABRIEL G LINDEMEYER | GARRETT JOSEPH BRIGMAN |
| GABRIEL J PASCUALY | GARTH RICHARD ORKNEY |
| GABRIEL JON STEINBERG | GARY ALAN ROBINSON |
| GABRIEL LEWIS PETTY | GARY ALAN TOLSON |
| GABRIEL LO | GARY C KWONG |
| GABRIEL LOKEI LIN | GARY DOBKIN |
| GABRIEL MOKOTOFF JOSEPH | GARY DON SIEBENLIST |
| GABRIEL P OLIVARES | GARY EARL GOREN |
| GABRIEL PAUL LIPSON | GARY GEORGE ENGLER |
| GABRIEL TRIF | GARY KNOX HARPER |
| GADI MICHAELI | GARY LEE GERHARDT |
| GAELLE SANDRA BLANCHE WIZENBERG | GARY LEE NUECHTERLEIN |
| GAGAN JIT SINGH | GARY LEON BOSWELL |
| GAGE DRACKETT OTT | GARY LYNN SENSENIG |
| GALBAS P DOCARMO-JUNIOR | GARY MATTHEW STEGGELL |

GARY MCGOWAN

GARY ROBERT PEIFFER

GARY RYAN BRAME

GARY S KLINE

GASTON MAURICIO WAIDATT BECK

GAURANG PATEL

GAURAV CHANDRAKANT PARIKH

GAUTHAM ARUNKUMAR

GAVIN DINSDALE MCKELVEY

GAVIN E AIKEN

GEDEON TCHUIESSA KAMGA

GEETESH KALE

GENE CHINH NGUYEN

GENE GOLUB

GENE KIM

GENESIS CRYPTO LLC

GENESIS RIVAS

GENESIS SPENDTHRIFT  TRUST

GENEVA MARIE CUSACK

GENNADY FRID

GEOFFREY ALAN ROMINE

GEOFFREY BRIAN GOLDSTEIN

GEOFFREY REEG

GEOFFREY RICHARD GORNIAK

GEOFFREY WILLIS SHAW

GEORGE A TYCHALSKI

GEORGE BOVEL WATT

GEORGE BRADLEY WILSON

GEORGE BRUER

GEORGE CHARLES KRAFT

GEORGE CHRISTOPER RIVERA

GEORGE CLEMENTE CHAVOUS

GEORGE DUCHATELIER

GEORGE E FUNARO JR

GEORGE EROL FOUCHE

GEORGE HADEED

GEORGE HUDSON GILMER

GEORGE ISAAC SACHS

GEORGE LUIS ORTIZ

GEORGE MICHAEL WUTHERICH

GEORGE N ELIOPOULOS

GEORGE QUANG HY

GEORGE RALPH PRIOLEAU

GEORGE RAY SHAPLEY

GEORGE WILLIAM SHIPP IV

GEORGIE GEORGE

GEORGIY ALEKSANDROVICH
LUKYANCHUK

GERAD T SPOERL

GERALD CALVIN LANDEN

GERALD DALE WILHELM

GERALD GERARD MASSIMEI

GERALD GOODRUM

GERALD JAMES SANTIAGO

GERALD JOSEPH MARQUIS

GERARD ANTHONY KELLY

GERARD H LEESON

GERARD S KABORE

GERARDO DE LA CARIDAD CASAL

GERARDO LUEVANO

GERMAN CARRIZOSA

GERRAD WILLIAM BRIGHAM

GERRY BYRON MEEKS

GERSON DAVID SEPIN

GHS PACIFIC HOLDINGS LLC

GIAN IGNACIO LOMBARDI

GIANFRANCO ARMANDO GONZALES

GIANNI ALVAREZ

GIL YAAKOVI

GILA M. ROTHBITS  LLC

GILBERT JONATHAN LOPEZ

GILBERT WOOLLEY CAWLEY

GILL ALBERTO CHOWDHURY

GILL YI GUO

GIOVANNI ANTONIO COLITTI

GIOVANNY C BEGEIN

GLEB NAGORNIY

GLEN BRIAN SLATER

GLENDA DIANE GILMORE

GLENN BUMATAY DOMINGO

GLENN HOMOON HAWKINS

GLENN MICHAEL TAFINI

GLENN STEPHEN LEE

GLYNELL BRADLEY 2ND

GOKHAN CAGRICI

GONG CHEN

GOPY NAREN KAMMILA

GORAN TRTANJ

GORDON ROBERT CARLSON

GORDON SHAO-CHIEN IWAGAKI

GORDON WILLIAM WINTROB

GRACE CHIN WEI LEE

GRACE SUN

GRAHAM DEANE OLTON

GRAHAM EDWARD SAUNDERS

GRAHAM TEBBENS CLARK

GRAHAM THOMAS ROUNDS

GRAND  OGANESYAN

GRANT A JAAX

GRANT ETHERIDGE

GRANT JINSOO RIEW

GRANT JOSEPH KEMPER

GRANT MC HENRY BARTHOLOMEW

GRANT MCFARLAND KIZER

GRANT RAYMOND LASTOVICA

GRANT STEPHAN GEISLER

GRANT WALLACE HERREN

GRAYSON NELDYN FONG

GRAYSON SCOTT CORNWELL

GRAYSON WILLIAM TAYLOR

GREG ALAN PRICE

GREG MICHAEL MERCER

GREG OWEN HENDERSON

GREG STEVEN BILBRO

GREGG A SMITH

GREGG ROBERT POPKIN

GREGOIRE BASILE PEILLERON

GREGOIRE MICHEL WALTER LEHMANN

GREGORIO MISELEWICZ FRANCO

GREGORY ADAM HAPTOR

GREGORY ALAN PRINCE

GREGORY ALAN SCHNEIDER

GREGORY ANDREW HENDERLIGHT

GREGORY ANDUJAR PEPIN

GREGORY BLAIR ESSIG

GREGORY BUCHANAN KLOCK

GREGORY DARRIN GUBNER

GREGORY ERIC WISE

GREGORY EUGENE COLEMAN

GREGORY GEORGE SPROCK

GREGORY JOHN STRAND

GREGORY JOHN SURABIAN

GREGORY MASON

GREGORY NEAL ONSTAD

GREGORY NOLAND DEETER

GREGORY PAUL BOIDY

GREGORY PAUL LAMPHEAR

GREGORY R MAGOON

GREGORY RYAN POMICTER

GREGORY SCOTT BERARD

GREGORY SCOTT FRANK

GREGORY SCOTT HOENES

GREGORY SCOTT SELWYN

GREGORY THOMAS WINTERMEIER

GREGORY WADE NORRIS

GREGORY ZORBA KARABINOS

GRZEGORZ  MISIASZEK

GRZEGORZ WARTAK

GUADALUPE LIZETTE ISLAS

GUILLAUME ANGE MARCEL MARIE LORET

GUILLAUME MAURICE RAYMOND MATHIEU

GUILLERMO ALVAREZMORPHYCAMOU

GUILLERMO GORI

GUILLERMO MAURICIO KATZ

GUOMING YUN

GURINDER GHAG

GURPREET SINGH KALSI

GURUPRASAD CHANDRAKUMAR TAHASILDAR

GUS JUNIOR TYSON

GUSTAVO ALBERTO JIMENEZ

GUSTAVO COUTINHO ALVES

GUSTAVO DANIEL LUZARDO

GUTHRIE GINTZLER

GUY ANTHONY PANICO

GUY CHARLES GARANT

GUY EVANS

H ALEXANDER BURNETT

HA JOSEPH NGUYEN

HABTAMU URGESSA BEDASSO

HADRYN AMYTH HOLTON

HAIDER MIRJAT

HAISAM ELSHARKAWI

HAKOB STEPANYAN

HALEY BROOKE OBERON

HALEY LOUISE RICHARDSON

HALUK KONUK

HAMID REZA MOTAHARI NEZHAD

HAMMY HUA

HAN JIN AHN

HAN KI YI

HAN ZHANG

HANH HONG NGUYEN

HANI HENPI HAJJE

HANK SKULSTAD

HANS H ATTYS

HANS JOSEPH THOMAS

HANS JUERGEN HINZ

HANS KRISTOFER NORDQUIST

HANS MICHAEL MCELROY

HANSELL HULSEY SHOOK

HANSLIN JOSEPH PETERSON

HANWEY SHIEH

HAO SHEN HOWARD CHENG

HARDIK RAMAN PATEL

HARI LAKSHMANAN

HARISH JAVAR SINGH

HARJINDER KAUR

HARLEY B BEAVER

HARMONIC FOUNDRY LLC

HAROLD BYRON IRVING

HAROLD F III DWYER

HAROLD JOSEPH KENUI ISEKE

HAROLD MEYERS

HAROLD OTTO MUNS

HARRISON ALOIS SPRAY

HARRISON KYLE INGEMARSON

HARRY ALFRED HANSEN

HARRY BLAIR RICHARDSON

HARRY EGGLESTON

HARRY HAOMIN LI

HARRY TAPPEN

HARRY TON REDDING

HARSHAD SUDHIR SAKHALKAR

HARUE OHBA

HARVEY UNDAZAN CASTILLO

HASHAM ALI

HASNAIN AYUB KHAN

HAUNS FORREST PETER

HAYDEN RANDALL POE

HAYLEY KATHLEEN STOLLE

HEATH AARON LOVELL

HEATH BURRESON

HEAVENLY SCENT PROFESSIONALS  LLC

HECTOR GUERRA

| | |
|---|---|
| HECTOR J MALDONADO | HERBERT G HOLROYD 3RD |
| HECTOR LOZA | HERMAN FOX |
| HECTOR MANUEL HARO AVILA | HERMANN PLANK |
| HEE JUNG SEO | HIEN DINH NGUYEN |
| HEIDI KARLSEN | HIEU NGOC PHAN |
| HEILIGER HOLDINGS LLC | HIMANSHU ARORA |
| HEINRICH MAHLKNECHT | HIMANSHU GOEL |
| HELANA HOLT | HIRAM CHOJIRO WILLIAMSON |
| HELEN ELIZABETH ALLEN | HIREN GHANSHYAMBHAI PATEL |
| HELEN HEESEUNG LEE | HIROKI KOHNO |
| HELEN HSIAOHUACHIANG WANG | HIROKI SHIROTA |
| HEMANG CHAMAKUZHI SUBRAMANIAN | HIROMI DINH WING |
| HEMMALAYA TANN | HIRVINE III FUND LLC |
| HENDRIKA LUBERTHA LIETZ | HO YAN CLEMENT PANG |
| HENRI RICHARD OCONNOR | HOAINAM VIET DUONG |
| HENRY AUSTIN BROWN | HOANG LE BUI |
| HENRY CARLTON LANHAM | HOANG TUAN KHAC PHAM |
| HENRY CHING LIANG CHEN | HOC POENG |
| HENRY CHO BROWN | HODLBERG TRUST |
| HENRY ENG | HOLACRACY ONE LLC |
| HENRY EUGENE BURGESS | HOLLIS JOSEPH WASHINGTON |
| HENRY HUGHES | HOLLY MICHELLE HALL |
| HENRY LOGAN BOWLBY | HOLLY RAE FORSTER-NGUYEN |
| HENRY RENAN BOUCHOT | HOLLY STANFORD |
| HENRY RENE MORALES | HOMAM MAALOUF |
| HENRY SPENCER OLOUGHLIN | HOME 007 LLC |
| HENRY WANG | HON SAC CHUNG |
| HENRY WILLY MONEGRO | HONG WANG |

| | |
|---|---|
| HONG BIN SHIM | HUNTER ALEXANDER HAYDEN |
| HONGDA YU | HUNTER JACOB BOOTH |
| HONGZHI LIU | HUNTER THOMAS THORNFELDT |
| HOUSAM MAJID LUTFI JARRAR | HUSSEIN AHMAD RAKINE |
| HOWARD KO | HUY TRAN |
| HOWARD SIDNEY BLAKE | HYRULE VENTURES  LLC |
| HRAG HENRY KALEBJIAN | IAIN TOFT |
| HRISTIYAN Y ATANASOV | IALERT SERVICES  LLC |
| HSIN CHUN LIN | IAN CONANT NORVILLE |
| HSINHAN CHOU | IAN DAVID HARRIS |
| HSUAN YAO HUANG | IAN EDWARD SANTULLI |
| HSUEH YING LIU | IAN GEORGE BUONO |
| HUA HAN | IAN JAMALL MOULDEN |
| HUAN YU | IAN JAMES MCGUINNESS |
| HUBERT FRANCIS LAMELA | IAN JOSEPH GARCIA |
| HUDSON ALAN POPE | IAN KENDALL GAINES |
| HUEY-LI SHIAO | IAN LEITE GURFIELD |
| HUGH FREDERICK MC KINNEY | IAN LONG |
| HUGH SUH | IAN M MARKIND |
| HUGH TRONG NGUYEN | IAN M MEHOK |
| HUGO D PESTANA | IAN MICHAEL HANNON |
| HUIJIN ZHANG | IAN NEAL JOHNSTON |
| HUNDREDFOLD INVESTMENTS LLC | IAN NORMAN BREHMER |
| HUNG DAO TRAN | IAN PATRICK WARNER |
| HUNG DINH VU | IAN PAUL VADAS |
| HUNG LE | IAN SELLS |
| HUNG TAN NGUYEN | IAN WHITAKER MARSHALL |
| HUNG TAP QUACH | ICAPITAL MANAGEMENT INC. |

| | |
|---|---|
| IDA BELL HENRY | ION  SIMION |
| IDALIA JULIA SARKISSIAN | ION MURA |
| IDELFY ANIER GOMEZ | IRA BROOKS COCHRAN |
| IFEANYI UCHENNA EZEH | IRIS HUNTRESS |
| IGNACIO SALDANO | IRMA  MOSS-BRYANT |
| IGOR BESSON | IRMARIE RIVERA HERNANDEZ |
| IGOR N LIVITZ | ISAAC JEREMY LASHLEY |
| IGOR OSIPOVICH | ISAAC JOHN LANG GALLI |
| IGOR OSTROVSKY | ISAAC KEVELSON |
| IGOR SHPERUN | ISAAC KOLB SINNOTT |
| IKUKO HONDA | ISAAC LOSKOVE STOCK |
| ILAN AMOS GITTER | ISAAC ROBERTS |
| ILAN L SHEMTOV | ISAAC SMILOVITS |
| ILDEFONSO JAVIER JUAREZ | ISABELLA SUSANNA NEETHLING |
| ILDEFONSO LUIS BAERGA VALENZUELA | ISAIAH D EDMONDS |
| ILENE BRENNER BENATOR | ISAIAH ELIJAH FRIEDMAN |
| ILIE BARDAHAN | ISLAM MAHMOUDI ELMENSHAWY |
| ILIYA IVAN PESIC | ISMAEL MENDIOLA |
| ILYAS MOHAMED IYOOB | ISONGUYO UDOKA |
| IMANTS EGLITIS | ISRAEL JOHN SMITH |
| IMTIAZ ZAHEIR MAJEED | ISRAEL LOPEZ |
| INDIE SOURCE  INC | ISRAEL MADERO |
| INFINITE CRYPTOFUND LLC | ISSAC LEE |
| INFOOBJECTS  INC | ISTEPAN CIGERCIOGLU |
| INKI HONG | IVAN ANDRES RODRIGUEZ |
| INNA HABINET ROWE | IVAN ANGUELOV HRISTOV |
| INNOCENT D AKE | IVAN CABARCAS |
| INVOLUNTARY HOLDINGS LLC | IVAN DANCHEV IVANOV |

IVAN JEWEL RAHMAN

IVAN LLEWELYN PETERS

IVAN MONTESINOS CABAN

IVAN PAREDES

IVAN ROBERT MORALES RUIZ

IVAN VLADIMIROVICH VASILKO

IVAYLO IVANOV TODOROV

IVY LORRAINE V ILLESCAS

IYAD ARUSI

J CHRISTOPHER SISK

J CLEOFAS ROJAS

J DUSTIN MOWER

J MICHAEL JAMES EDWARDS TOEPEL

J&D LLC

JABES DAVID RIVERA

JACK BENNET TANENBAUM

JACK CHRIS CHUEH

JACK DANIEL MALLETTE

JACK GRAY SPITZ

JACK HENRY WALLER

JACK HUNTER COLE

JACK ISAAC ABECASSIS

JACK RAYMOND CREAIG

JACK RYAN LEWIS

JACKSON A DOWNEY

JACKSON C MOROSE

JACKSON ROBERT DEAN

JACKSON YUEN

JACOB  WAYNE WEAVER

JACOB  WEIKART

JACOB ALLEN AUGUSTINI

JACOB ALLEN MURRAY

JACOB AUSTIN DULANEY

JACOB BENJAMIN FITE

JACOB BRYON KORNBERG

JACOB C HARVEY

JACOB CARL DEXHEIMER

JACOB CARLTON GOULD

JACOB CHARLES MCFARLAND

JACOB CLARKE POTTER

JACOB CLYDE JONES

JACOB DONIVAN GRAFENSTEIN

JACOB HARLAND DAVIS IRISH

JACOB JOHN RING

JACOB JON STEELE

JACOB KYLE SUTLEY

JACOB LANCE DICKSTEIN

JACOB LEE ZELLNER

JACOB LEWIS HYDE

JACOB LIEB SHAPIRO

JACOB M WILLNER

JACOB MICHAEL CAPAN

JACOB MICHAEL LUNA

JACOB PETER BYL

JACOB RICHARD KUNASEK

JACOB ROBERT LINDSAY

| | |
|---|---|
| **JACOB RUSSELL STEWART** | **JAMES BRANDON JOLLEY** |
| **JACOB SEBASTIAN BOUDREAU** | **JAMES BRENDAN MCKENNA** |
| **JACOB SETZER** | **JAMES BRYANT DEGLAU** |
| **JACOB SUSSMAN** | **JAMES C BIONDO** |
| **JACOB THADDEUS BECK** | **JAMES CABALUM** |
| **JACOB WOUDEN** | **JAMES CHARLES SCONDRAS** |
| **JACOPO JOACHIM ANTONUCCI** | **JAMES CHINGYAO LIN** |
| **JACQUELINE ANN PENNINGTON** | **JAMES CHRISTOPHER MEISTER** |
| **JACQUELINE C BLACK** | **JAMES COLE STUART** |
| **JACQUELINE ELOISE JOHNSON** | **JAMES DANIEL JOHANTGEN** |
| **JACQUELINE SUE MASSARO** | **JAMES DANIEL RITCHIE** |
| **JACQUES ALAIN FERRY** | **JAMES DANIEL ROELOFS** |
| **JAE B LEE** | **JAMES DAVID LEE** |
| **JAE HOON KIM** | **JAMES DONALD EPPING** |
| **JAIMESON BENNETT ENGLISH** | **JAMES E MELLON** |
| **JAIRO BERNAL-GOODMAN** | **JAMES EARL PATTERSON** |
| **JAIRO RAUL TORRES** | **JAMES EDWARD FRICKER** |
| **JAKE BENNETT GREENBAUM** | **JAMES EDWARD HERMANN** |
| **JAKE MICHAEL REAVES** | **JAMES EDWARD INGALLS** |
| **JAMES ALEXANDER BOOTH** | **JAMES EDWARD JR PRUES** |
| **JAMES ALLAN JANEWAY** | **JAMES EDWARD KIEBALA** |
| **JAMES ALLEN MUFFLEY** | **JAMES ELMER NORDQUIST** |
| **JAMES ANTHONY HENNESSY** | **JAMES F BEATTY** |
| **JAMES ANTHONY KOSTRO** | **JAMES F JR HESTER** |
| **JAMES ANTONY LARKIN** | **JAMES FRANCIS MURPHY** |
| **JAMES AUSTIN** | **JAMES FRANCIS TANIS** |
| **JAMES B DAVIS** | **JAMES FRANK MUSTOE** |
| **JAMES BRANDON GARNER** | **JAMES GABRIEL HENDERSON** |

JAMES GRAVES

JAMES HALL

JAMES HAMILTON MONTGOMERY

JAMES HAMILTON MOORE

JAMES HAYTER COOK

JAMES HENRY FULLER

JAMES HENRY SIMS

JAMES HOWARD RIVAS

JAMES JAVIER MARCILLA

JAMES JIEN CHONG TSAI

JAMES JOSEPH BLACKBURN

JAMES JOSEPH MULLER

JAMES JUSTIN SHEA

JAMES KAI-TI WANG

JAMES KAZUO MILES

JAMES KEVIN PAWLOWICZ

JAMES LEE TUCKER

JAMES LEWIS II ARNOLD

JAMES MATTHEW CHAUVIN

JAMES MATTHEW MONDSHINE

JAMES MICHAEL ADAMS

JAMES MICHAEL FRYE

JAMES MICHAEL GLASSCOCK

JAMES MICHAEL MUNS

JAMES MICHAEL PERFETTI

JAMES MICHAEL RICHMOND JR

JAMES MICHAEL WILLIAMS

JAMES MICHAEL WOODS

JAMES MONCUR

JAMES MORGAN

JAMES MYUNG HOON KIM

JAMES NICK KORDOMENOS

JAMES NOEL DICK

JAMES PATRICK MCCARTY

JAMES PATRICK MCDOWELL

JAMES PATRICK MCGURK

JAMES PATRICK MURPHEY

JAMES PATRICK SWEENEY

JAMES PATRICK WEBSTER

JAMES PAUL WISNER

JAMES PETER SCOFIELD

JAMES PIER WRIGHT

JAMES POON

JAMES RAY KLINECT

JAMES ROBERT GADWELL

JAMES ROBERT KORAN

JAMES ROBERT MARTLING

JAMES ROBERT MERRY

JAMES RUSH BRIGGS

JAMES RUSSELL CERVIN

JAMES RUSSELL WHITE

JAMES RUSSELL WHITE

JAMES RYAN MAHER

JAMES S WESTON

JAMES SIMONE DIMITROV

JAMES STANLEY TOMASZEWSKI

| | |
|---|---|
| JAMES STEPHEN DRISCOLL | JAN CHRISTIAN SUDDERGAARD ANDERSEN |
| JAMES SULLIVAN | JAN MAGNE EIDE |
| JAMES TAIRYUN KIM | JAN VINCENT GRESZTA |
| JAMES TARRANT CARTER | JANAKI NANDAM |
| JAMES THOMAS NELSON | JANE CAIRE STENSTROM |
| JAMES TODD BURT | JANE YINJIN CHIN |
| JAMES TRISTAN MOORE | JANET ANN AMICK |
| JAMES W LARGOZA | JANETTE CASTILLO PADUA RADA |
| JAMES WAYNE HILSON | JANIE OWYANG |
| JAMES WHITE BRUSH | JANINA ELIZABETH JASKIEWICZ |
| JAMES WHITTAKER HARRISON | JANIS KWANG JI PARK |
| JAMES WILLIAM SNIDER | JANSEN P DELVECCHIO |
| JAMES WILLIAM VICKERS | JANUSZ EUGENIUSZ KRZANOWSKI |
| JAMES WILLIAMSON ATHEY | JARAD LANDON RICHARDS |
| JAMES WORTH MICHAELIS | JARAMA  LLC |
| JAMES YOUNGCHOON KOO | JARED A HAAS |
| JAMES415  LLC | JARED DUBINSKY |
| JAMIE  SUSSMAN | JARED JOSEPH HEYMANN |
| JAMIE CLAUDE RASH | JARED JOSEPH PIAZZA |
| JAMIE DEE WILLIAMS | JARED LAMONT WARE |
| JAMIE HELEN FERRARO | JARED LEE THOMPSON |
| JAMIE MARTINEZ | JARED LEGRAND HUTCHINGS |
| JAMIE MICHAEL GARONZIK | JARED LEIGHTON BENEDICT |
| JAMIE PATRICK MACCOLL LILLYWHITE | JARED LYNN BEAR |
| JAMIE ROBERT COCHRAN | JARED MICHAEL FRANK |
| JAMIE T GASPERINI | JARED PAUL MARSKE |
| JAMIR E FLORES | JARED SHOLLY |
| JAMISON J GIRO | JAREMY LOWE KWOCK |

| | |
|---|---|
| JARON CLAY MOORE | JASON CARLOS HILLS |
| JARRET RUSSELL LEWIS | JASON CARTER MARTIN |
| JARRETT KEITH SWANK | JASON CHEN |
| JARROD WEBB | JASON CHIN |
| JARROD WESLEY HARVEY | JASON CHRISTOPHER KAUTZ |
| JARRON JACKSON | JASON CHRISTOPHER KEEN |
| JASMINE CRISTINA SAY | JASON D FARLEY |
| JASON A IOVINE | JASON DEAN HEATH |
| JASON ADAM KUHNE | JASON E FORESTER |
| JASON ALAN MILLER | JASON E LEWIS |
| JASON ALAN TODT | JASON E PETERS |
| JASON ALBERT ACEVEDO | JASON EDWARD PAYTON |
| JASON ALBERT YARUSI | JASON EDWARD RAICHERT |
| JASON ALBERTO RIVAS | JASON EDWARDS MANN |
| JASON ALDEN SMITH | JASON ERIC SAUERS |
| JASON ALDEN SMITH | JASON FAUTZ |
| JASON ALLEN HOWELL | JASON FORREST HOGG |
| JASON ANDREW BATT | JASON G PATEL |
| JASON ANDREW CALLEY | JASON GARRETT VOLPE |
| JASON ANDREW KOCH | JASON HOLLAND |
| JASON ANTHONY LEVY | JASON IAN PARRISH |
| JASON ARON CANNON | JASON JAMES LAI |
| JASON B KANTER | JASON JIN |
| JASON BARTH CATO | JASON JINSAE LEE |
| JASON BLAIR MENARD | JASON JOHANN CHANG |
| JASON BRACAMONTE CORONADO | JASON JOHN KOLFLAT |
| JASON BRIAN GRANDY | JASON JOHNSON YEH |
| JASON C THOMAS | JASON KIHEUCK KIM |

| | |
|---|---|
| JASON KWA | JASON RAYMOND STOUT |
| JASON L TALIAFERRO | JASON RICHARD ENSIGN |
| JASON LARRAGOITY | JASON RICHARD KAUFMAN |
| JASON LAVERN MCARTHUR | JASON RICHARD MYERS |
| JASON LEO JENKINS | JASON ROBERT JONES |
| JASON M BALLEK | JASON ROBERT LAVERY |
| JASON M MCCOY | JASON RYAN OWENS |
| JASON M PRESCOTT | JASON S CHOUAKE |
| JASON M TURNIDGE | JASON SAMUEL BENEDICT |
| JASON M WAGONER | JASON SMITH KIZER |
| JASON MARK HILLENBRAND | JASON T KOVILARITCH |
| JASON MARTIN LONG | JASON TAO-CHU CHANG |
| JASON MASARU NAKAFUJI | JASON TERANCE MORAN |
| JASON MERRELL | JASON THOMAS LAW |
| JASON MICHAEL CULBERTSON | JASON TURNER HUGHES |
| JASON MICHAEL ROPETER | JASON TYLER LUONGO |
| JASON N FURBERT | JASON W PANCIS |
| JASON NICHOLAAS LINKES | JASON WISDOM |
| JASON PAUL JOHNSON | JASON WONG |
| JASON PAUL ROBINSON | JAVA OLYMPIA SOLIS |
| JASON PAUL SALCE | JAVEN SPENCER FIGUEROA |
| JASON PAUL WALSH | JAVIER BARAJAS |
| JASON PHILIP LEE | JAVIER DURAN |
| JASON PRITZ | JAVIER GREGORIO LOVERDE |
| JASON PUKALO | JAVIER GUZMAN |
| JASON R ROKEACH | JAVIER VICTOR SETOVICH |
| JASON R SCHMITZ | JAY BRANDON JOHNSON |
| JASON RAFAEL BORRAS | JAY BRIAN RUFFING |

| | |
|---|---|
| JAY CHAND | JEDEDIAH WADE OLES |
| JAY HARDIN ROSS | JEDIDIAH ALLEN SALYARDS |
| JAY HOUSTON | JEDIDIAH JOEL ROBERTS |
| JAY HOWARD BROOKS | JEDIDIAH LAUDENSLAYER |
| JAY HYUN LEE | JEFF JAMES BILYEU |
| JAY J CHO | JEFF RANCILIO |
| JAY RAJESHKUMAR KHATRI | JEFF TODD ROBERTS |
| JAY SHANNON MILLER | JEFF YASUJI IWASAKI |
| JAY SHEN | JEFFERSON DAINES VANBLOEM |
| JAY SOOBOK MACELHENNEY | JEFFERSON ZHANG |
| JAY WILLIAM CHAGAN BAVISKAR | JEFFERY DEAN ESTERSOHN |
| JAYE C LUTFY | JEFFERY DONALD REINEKE |
| JAYMES ELTON RUSSELL WATERS | JEFFERY GIBSON |
| JAYNA DERBY THOMPSON | JEFFERY LYNN  STREITENBERGER |
| JAYSON DONLEY AREND | JEFFERY ORD REYNOLDS |
| JBRAHIM NASHAAT NASER | JEFFERY PAUL HARRINGTON |
| JEAN CLARICE SAMSON | JEFFERY PHILIP MYERS |
| JEAN CLAUDE CANTAVE | JEFFERY ROBERT SMITH |
| JEAN LEE | JEFFERY SCOTT FRY |
| JEAN PAUL HOPE MOURET | JEFFREE FRANCISCO HAWK |
| JEAN PAUL MUPANDA LITTLETON | JEFFREY ALAN CARLSON |
| JEAN THIERRY ANGBA YEPIE | JEFFREY ALAN LACERTE |
| JEAN TO | JEFFREY ALAN SCHUGART |
| JEANETTE NGOC HUONG NGUYEN | JEFFREY ALAN SILVERBERG |
| JEANINE BUTLER | JEFFREY ALEXANDER SPIEGEL |
| JEANNETTE LOUISE GIESE | JEFFREY ALLAN HEBARD |
| JED FLETCHER | JEFFREY ALLEN FILKINS |
| JED KENTON WILEY | JEFFREY ALLEN LINNER |

JEFFREY ALVIN ROSSEL

JEFFREY BATES GROY

JEFFREY BLAKE PALMER

JEFFREY DALE RAGUSA

JEFFREY DAVID POLLARD

JEFFREY DAVID RENNEKE

JEFFREY DAVID RODRIE

JEFFREY DAVIS

JEFFREY DONALD MARTIN

JEFFREY DUSTIN FLEISHMAN

JEFFREY EDWARD SRSIC

JEFFREY EMIRO QUINTERO

JEFFREY HALEY

JEFFREY J GIVENS

JEFFREY JACOB YASALONIS

JEFFREY JAMES BAIETTO

JEFFREY JOEL WICKERSTY

JEFFREY JOHN BRAUNHAUSEN

JEFFREY JOHN SMYTHE

JEFFREY JON VRIEZEMA

JEFFREY KENNETH WOLFE

JEFFREY LEE TAIT

JEFFREY LEWIS RECTOR

JEFFREY LUKE SMITH

JEFFREY LYNN THOMPSON

JEFFREY MARCUS THOMPSON

JEFFREY MARVIN TURNER

JEFFREY MATHEW ABALOS

JEFFREY NEIL EARNEST

JEFFREY PAUL DUPREX

JEFFREY PAUL WEHRMAN

JEFFREY PETER GRAF

JEFFREY REED OAKS

JEFFREY RICHARD BAROWSKI

JEFFREY ROBERT BUTLER

JEFFREY ROBERT FRANKLIN

JEFFREY ROBERT STANGE

JEFFREY RONALD ELWOOD

JEFFREY RONALD SEKINGER

JEFFREY ROY HAGGAR

JEFFREY S RICHMAN

JEFFREY SUMMERLIN

JEFFREY T MANGASARIAN

JEFFREY THOMAS MILLER

JEFFREY THOMAS QUIGLEY

JEFFREY TYLER RIGBY

JEFFREY VINCENT BASTIAN

JEFFREY W SKIMMING REVOCABLE
TRUST

JEFFREY WASKOWIAK

JEFFREY WAYNE HARDING

JEFFREY WELLMAN

JEFFREY WIBERG

JEFFREY YUZO HIGA

JENIFER ANNE ABI HAMAD

JENNA ASHLEY BROWN

JENNI JO BAUER

JENNIE FRANCO

JENNIFER A ZOLD

JENNIFER ANN KATTULA

JENNIFER COBB LANCASTER

JENNIFER DAISY SHAR

JENNIFER JO FANCHER

JENNIFER K CORADI

JENNIFER KATHERINE FLYNN

JENNIFER LEIGH CLAYTON

JENNIFER LOUISE DAVIES

JENNIFER LYNN DUNBAR

JENNIFER MAI LEE

JENNIFER MORAES LOPES

JENNIFER PAIGE SARKANY

JENNIFER SWYER

JENNIFER VU

JENS KAHLER

JERAMY MATTHEW RUMSEY

JEREL LEE CHAMBERLAYNE

JEREMIAH HARRIS

JEREMIAH JAMES RIVERS

JEREMIAH PUCKETT MEINERS

JEREMY AARON JOSEPH

JEREMY ALLEN HALL

JEREMY BASH

JEREMY BLACK

JEREMY BORDERS

JEREMY CARL SHELTRA

JEREMY CARLSON BRISTOL

JEREMY CHAD THIESSEN

JEREMY CURTIS MARCH

JEREMY DANIEL DUBOYS

JEREMY DAVID COX

JEREMY DAVID MECKLEY

JEREMY DAVID RICHARDSON

JEREMY DAVID RODRIGUES

JEREMY DENENBERG

JEREMY GLENN WHITT

JEREMY HELM

JEREMY HUANG

JEREMY ISAAC PEARL

JEREMY JOHN OCCHIPINTI

JEREMY JOHN WELCH

JEREMY KRISTIAN CUPP

JEREMY LEE JOHNSON

JEREMY M SCIARAPPA

JEREMY MICHAEL BARTELS

JEREMY MICHAEL DORY

JEREMY MICHAEL MONTALBANO

JEREMY MICHAEL RIDDELL-KAUFMAN

JEREMY ROBERT GEISEL

JEREMY RYAN LUDWIG

JEREMY RYAN MCKEAN

JEREMY STEVEN SOMMER

JEREMY TODD KATZ

| | |
|---|---|
| JEREMY WARD | JESSE M SHERER |
| JEROME EMIL NELSON | JESSE MCCOY FLORES |
| JEROME JEAN FRANCIS BRECHE | JESSE OSBALDO RUACHO |
| JEROME JOSEPH NICOLAS BERNIER | JESSE ROBERT SMITH-GILLESPIE |
| JEROME KENNETH STREIT | JESSE THOMAS CUEVAS |
| JEROME LEE ROSE | JESSE THOMAS KLINGLER |
| JEROME LEONARD TELLEZ | JESSE TRUESDELL ANTUNES |
| JEROME M STEWART | JESSE WAYNE TAYLOR |
| JERRY CARSON III SUBLETT | JESSICA COLLINS |
| JERRY DEAN WILLIAMS | JESSICA DAWN EHR NORRIS |
| JERRY JOSEPH SPIVAK | JESSICA DORA BRANDWEIN |
| JERRY MYRON KOCKO | JESSICA F HEIBERG |
| JERRY RAY MCDOWELL | JESSICA RAE |
| JERRY RAY SCOGGINS | JESSICA ROBERSON |
| JERRY SKELTON | JESUS ARMANDO SAENZ |
| JERRY SLJUKA | JESUS CARDOSO CARDENAS |
| JERRY WU | JESUS GONZALEZ JR |
| JERRY YU CHING | JESUS PENA |
| JESS S MILLER IV | JHON GUARATE |
| JESSE ALDEN MACNEILL | JI R KIM |
| JESSE COSTOLLOE | JIA HAO WANG |
| JESSE DE LEON BAZA | JIA HAO WANG |
| JESSE GREAVES-SMITH | JIACHENG LIU |
| JESSE HAMPTON | JIAN DANIEL YUMUL SALCEDO |
| JESSE JAMES SZWEDKO | JIAN HUANG |
| JESSE JASON DENEWETH | JIANGLING WANG |
| JESSE KENNETH BILLSON | JIGAR KANNUBHAI SHAH |
| JESSE LEE GROSSMAN | JIGAR S PATEL |

JIMMIE DALE WILSON

JIMMY GALE FUNKHOUSER

JIMMY LEE GRAY JR

JIMMY WILLARD PIERCEY

JIMMY YE ZHU

JIMY TU TRUONG HUYNH

JIN C MEI

JIN HEE KOO-IRVINE

JIN MOO PYO

JIN W WU

JIN WU

JING ZHAO

JINGAN WANG

JIRI OMAR SAMPSON

JIRI SEMBERA

JITINDRA WAYNE SIRJOO

JLA HSA  LLC

JLS  TRUST

JLS PROJECTS  LLC

JO MARSHALL COOPER

JOAKIM LAURI ASPEGREN

JOANN IRENE WOODS

JOANNE EILEEN COLEMAN

JODI JULENE MAINWARING

JODIE LYNN GIESE

JOE ANTOINE DE MADET

JOE BARRY STOVALL

JOE BUZA

JOE MOSED

JOEL CAMERON YOUNG

JOEL D HALFORD

JOEL DANIEL HIGHFILL

JOEL DOUGLAS FEARON

JOEL GARIEPY-SAPER

JOEL GREGORY BURNS

JOEL KELLEY DAUTEN

JOEL MAWUNYO ANTHONY

JOEL MICHAEL CEDERBERG

JOEL NATHAN FRIEDMAN

JOEL RICHARD SMITH

JOEL ROBERT POSEY

JOEL TRAVIS  HENDRYX

JOEL TROCHE TORO

JOEY C TUAN

JOEY CHAO CHIANG LEI

JOEY LK  LLC

JOEY XIN WONG

JOHANN ALEXANDER VILLALVIR
MIRANDA

JOHANNES LODEWIKUS SWARTZ

JOHANNES NEUMANN

JOHN A SAUGEN

JOHN AKER

JOHN ALEX GEORGE

JOHN ALEXANDER KIDD

JOHN ALFRED BONIN

JOHN ALLEN ALBERS

| | |
|---|---|
| JOHN ALLEN CURTIS | JOHN DANIEL HEFFERIN |
| JOHN ALPHONSE BOUSQUET | JOHN DAVID GIBBS JR |
| JOHN ALVIN COLE | JOHN DAVID HOFFMEYER |
| JOHN ANDREW MONTOYA | JOHN DAVID MARTINEZ |
| JOHN ANDREW SEMAN | JOHN DAVID MITCHELL |
| JOHN AUSTIN ATNIP | JOHN DAVID REES |
| JOHN BABCOCK SKINNER | JOHN DAVID STAPLETON JR |
| JOHN BARTLETT | JOHN DAVID STARK |
| JOHN BENJAMIN MORA | JOHN DYLAN FICKLE |
| JOHN BERRY GUTHRIE | JOHN E SCHULZ |
| JOHN BIEDERMAN | JOHN EARL BUNTING |
| JOHN BOYD HANCOCK | JOHN EARLE CONNOLLY |
| JOHN BRANDON MCDOWELL | JOHN EDWARD DELICH |
| JOHN BRENT COOLEY | JOHN EDWARD SLOUGH |
| JOHN BRUCE MOREY | JOHN EDWIN HEINRICH |
| JOHN BRYAN STEVENS | JOHN F CARVALHO |
| JOHN C HANEKAMP | JOHN FREDERICK LESLIE |
| JOHN CALVIN ANDERSON | JOHN FREDERICK REGAN |
| JOHN CALVIN HAYES | JOHN GEISER SANDUSKY |
| JOHN CARL BURRIS | JOHN GERARD SIMONS |
| JOHN CARLOS LESTER | JOHN GORDON RAWLES |
| JOHN CEREN | JOHN HART |
| JOHN CHARLES ANKENEY | JOHN HARVEY LANGFORD |
| JOHN CHARLES COX | JOHN HENDRICKSE |
| JOHN CHARLES MATTOS | JOHN HERBERT BUSBY |
| JOHN COLE | JOHN HWA BARN |
| JOHN COMEROUSKI | JOHN ISAAC LEWIS |
| JOHN D POWERS | JOHN ISAAC NIX |

| | |
|---|---|
| JOHN ISSA ZIYADA JR | JOHN M MOLA |
| JOHN J BOTROS | JOHN M PONSTINGEL |
| JOHN J CHANG | JOHN M SEBIK |
| JOHN JACK BAUER | JOHN MAGRUDER |
| JOHN JAMES CHIAKULAS | JOHN MARCUS DAY |
| JOHN JAMES MOLLICA | JOHN MARSHALL YOUNG |
| JOHN JAMES PAPASTAVROU | JOHN MATNEY GORNALL |
| JOHN JASAN ALOYSIOUS MUNDUR | JOHN MICHAEL BOHLMANN |
| JOHN JASON FALLOWS | JOHN MICHAEL BROMFIELD |
| JOHN JAY SHERMAN HANNA | JOHN MICHAEL OTIS |
| JOHN JEFFREY HOPSON | JOHN MOLINARI |
| JOHN JHE-YUN LEE | JOHN O PFARR |
| JOHN JISUK KIM | JOHN ORSON PARKES |
| JOHN JOSEPH GIRARD | JOHN P MCDOWELL |
| JOHN JOSEPH PETELA | JOHN P NICKELL |
| JOHN JOSEPH REICHMEIER | JOHN P ORIGEL |
| JOHN JUSTUS MILLER | JOHN PATRICK LAVELLE |
| JOHN KARL  OSTLUND | JOHN PATRICK SCOLA |
| JOHN KARL GULDALIAN | JOHN PAUL GRAYBURN |
| JOHN KEEHYEUN LEE | JOHN PAUL KLABOE |
| JOHN KENNETH HOLBEN | JOHN PAUL MCMINIMEE |
| JOHN KOZHIVALLIL ABRAHAM | JOHN PAUL POLLOCK |
| JOHN KURT JR LEONARD | JOHN PAUL REILLY |
| JOHN LANDON BUKER | JOHN PAUL ROY |
| JOHN LAWRENCE HENDERSON | JOHN PEI HAN WU |
| JOHN LAWRENCE LU | JOHN PETER QUAKENBUSH |
| JOHN LOUIS COATES | JOHN PETERSON |
| JOHN LYNDON VALENTI | JOHN PIO DOYLE |

| | |
|---|---|
| JOHN R FILSON | JOHN WILLIAM RONAN |
| JOHN RICHARD DUCHARME | JOHN WOODRUFF |
| JOHN ROBERT ARNS | JOHN YEMEN |
| JOHN ROBERT BUZOLITS | JOHNATHAN EDWARD THOMPSON |
| JOHN ROBERT MC GHEE | JOHNATHAN WAYNE KEALEN |
| JOHN ROBERT PEARSON | JOHNATHAN WILLIAM BISLEW |
| JOHN RYAN WILSON | JOHNATHON JOSEPH CASILLAS |
| JOHN SEBASTIAN FUKUYAMA | JOHNATHON MATTHEW DILL |
| JOHN SHIM | JOHNDEL LOPEZ BARRETT |
| JOHN STEPHEN KARNER | JOHNETTA DOLORES WASHINGTON |
| JOHN STEPHEN KELL | JOHNNIE EUGENE GREGORY |
| JOHN STUART BEKEN | JOHNNY ANH TRANG |
| JOHN SUPCZENSKI | JOHNNY JEN |
| JOHN TAYLOR EIMERS | JOHNNY PHONG LE |
| JOHN THOMAS GABBEY | JOHNNY PIQUERO |
| JOHN THOMAS PULLICINO | JOHNNY SANG JIN HAN |
| JOHN THOMAS ROCHE | JOHNNY STEVEN TRUMPS JR |
| JOHN VERNALE | JON BAILEY BRODSTON |
| JOHN VICTOR RADCLIFFE | JON CHRISTIAN GUNTRUM |
| JOHN WARREN SELLS | JON DAVID ELDER |
| JOHN WATTERS | JON DOUGLAS KOKANOVICH |
| JOHN WEICHUNG THI | JON KENDRICK HANCOCK |
| JOHN WESTLEY BURNS | JON MARTIN OSHEA |
| JOHN WILBERN SPIELMAN | JON ROBERT MATTSON |
| JOHN WILLIAM BUCHER | JON WALTER DEMONTREVILLE |
| JOHN WILLIAM DIXON | JONAH EFREM PERLIN |
| JOHN WILLIAM IV JONES | JONANDRE DIMETROS |
| JOHN WILLIAM PAGURA | JONATHAN ALAN PENNINGTON |

| | |
|---|---|
| JONATHAN ALEXANDER LAZAR | JONATHAN GERARD FISHER |
| JONATHAN ANDREW CULBERT | JONATHAN GOMEZ |
| JONATHAN ANDREW KUIPERS | JONATHAN HAROLD COX |
| JONATHAN ANDREW MILLSTEIN | JONATHAN HARVEY WEN |
| JONATHAN ARTHUR RUDIGER | JONATHAN HENRY PETERS |
| JONATHAN AVRAHAM LEVI | JONATHAN HOWARD TICKTIN COOK |
| JONATHAN B ANDERSON | JONATHAN J DAPRILE |
| JONATHAN BEN KAPLAN | JONATHAN JAMES LUTZ |
| JONATHAN BRIAN GRIMES | JONATHAN JAMES MILLER |
| JONATHAN BRODY FERRELL | JONATHAN JEFFREY DANDRE |
| JONATHAN C OSBORN | JONATHAN KEITH YURECKO |
| JONATHAN CALEB WINCHESTER | JONATHAN LUSHER |
| JONATHAN CARL BUSEY | JONATHAN MA |
| JONATHAN CHAN | JONATHAN MARK DAHL |
| JONATHAN CHRISTIAN PICARD | JONATHAN MARTIN WOOLSEY |
| JONATHAN CHRISTOPHER ANDERSON | JONATHAN MICHAEL CAVER |
| JONATHAN CHRISTOPHER DEPROSSE | JONATHAN MICHAEL CURSI |
| JONATHAN DA FU | JONATHAN NICHOLAS ODOM |
| JONATHAN DAVID FALOON | JONATHAN PAUL KELLY |
| JONATHAN DAVID KATZ | JONATHAN PAUL TRAN |
| JONATHAN DAVID LONG | JONATHAN PETER RYE |
| JONATHAN DAVID RIECK | JONATHAN PUN LEE |
| JONATHAN DAVID SCHROEDER | JONATHAN RB PEDIGO |
| JONATHAN DAVID WILLS | JONATHAN RICHARD ERICKSON |
| JONATHAN DAVIS | JONATHAN RICHARD GRONDIN |
| JONATHAN E BINGHAM | JONATHAN RIVER KALIN |
| JONATHAN ERNEST LIRA | JONATHAN S REBELO |
| JONATHAN EZEKIEL PLUMMER | JONATHAN S SPANGLER |

| | |
|---|---|
| JONATHAN SAM WONG | JORDAN MAN WONG |
| JONATHAN STEPHEN KUNS | JORDAN MITCHELL JARRETT |
| JONATHAN T HINKEY | JORDAN MYSKA ALLEN |
| JONATHAN TYLER HUGGINS | JORDAN PATRICK MORIN |
| JONATHAN WHITE | JORDAN ROBERT SOULMAN |
| JONATHAN WILLIAM BUCKLEY | JORDAN SHAFFER OAKES |
| JONATHAN WILLIAM JAMES FOX | JORDAN TIMOTHY  WILLIAMS |
| JONATHAN WILLIAM LAWSON | JORDAN TODD SANDERS |
| JONATHAN WILLIAM SHAFFER | JORDAN WEGSCHEID |
| JONATHAN XUANTRUONG NGUYEN | JORDAN WILDER |
| JONATHAN Y Y TANG | JORDANH ONGAY |
| JONATHON MICHAEL RACANELLI | JORGE ALBERTO MONROY |
| JONATHON PHILLIP HOLMES | JORGE ALBERTO PARRA |
| JONATHON ROBERT PRENDERGAST | JORGE ALBERTO TALAMANTE IGLESIAS |
| JONATHON RUDOLPH | JORGE ANTONIO VALLDEJULI |
| JOO YOUNG JUNG | JORGE ARTURO CAPOTE VALDES |
| JOON HO PARK | JORGE ENRIQUE ORTEGA |
| JOON KI HONG | JORGE GARCIA CASTRO VILLAGRANA |
| JOONAM SOHN | JORGE JUAN ORTIZ LONGO |
| JORDAN ALEXANDER BAKER | JORGE LUCIO CONTRERAS |
| JORDAN ALEXANDER BONILLA | JORGE LUIS LINARES |
| JORDAN CAMERON JOHNSON | JORGE MATIAS SALINAS |
| JORDAN CHANCE WAREHAM | JORGE OMAR PORTILLO |
| JORDAN COLLINS WYATT | JORGE PADILLA POZA |
| JORDAN DANIEL GLASNER | JORGE RAUL PUCHETA |
| JORDAN KING WILLIAMS | JORGE RODRIGUEZ |
| JORDAN LYLE GOSNEY | JORGE TOBIAS LEAL |
| JORDAN M STRAUSS | JOSAN JULIO RUSSO |

| | |
|---|---|
| JOSE ALVARO HERNANDEZ | JOSEPH ANTHONY LUCIA |
| JOSE ANTONIO MUNGUIA | JOSEPH ANTHONY WEITE |
| JOSE ANTONIO RODRIGUEZ JR | JOSEPH ASH SAKULA |
| JOSE DAVID VERGARA | JOSEPH AUSTIN STEWART |
| JOSE DEJESUS ROSALES | JOSEPH BARTHOLOMEW GUIDA |
| JOSE FERNANDO MOLEON | JOSEPH BERNELL GEORGE |
| JOSE GUADALUPE DIAZ | JOSEPH BRETT ADKINS |
| JOSE GUADALUPE VALDEZ | JOSEPH BROOKS |
| JOSE GUTIERREZ | JOSEPH BRYANT MAZZA |
| JOSE LUCAS ZEPEDA | JOSEPH C ROBINSON |
| JOSE LUIS  TORRES | JOSEPH CHARLES PARKER |
| JOSE LUIS FIERRO HERNANDEZ | JOSEPH CHARLES SCHNEIDER |
| JOSE LUIS LUNA ZELAYA | JOSEPH CHARLES STEINMAN |
| JOSE LUIS NAVARRETE | JOSEPH CHRISTOPHER ROMAN |
| JOSE LUIS ROSA | JOSEPH DANIEL HESS |
| JOSE MANUEL ALICEA | JOSEPH DAVID STONE |
| JOSE MARCIAL RODRIGUEZ | JOSEPH DEAN VANHOLLEBEKE |
| JOSE RAFAEL DIAZ | JOSEPH DEMETRIO SMARTO |
| JOSEF AYALA CRUZ | JOSEPH DOWNS |
| JOSEMARIA TAPIA PATERNO | JOSEPH DUNCAN GOELZ |
| JOSEPH  MANZELLA | JOSEPH E LEON |
| JOSEPH A BOULOS | JOSEPH EBARLE NERI |
| JOSEPH ABRAHAM KURIAN | JOSEPH EDWARD CALVEY |
| JOSEPH ADETANO WEEDEN | JOSEPH EDWARD HARRIS |
| JOSEPH ANDREW DEBARTOLO | JOSEPH EDWARD TANNER |
| JOSEPH ANDREW GUGGENHEIM | JOSEPH EDWARD TOLLAND |
| JOSEPH ANTHONY II MURPHY | JOSEPH F VOIGTSBERGER |
| JOSEPH ANTHONY LAMANTIA | JOSEPH FLEMING |

JOSEPH FRANCIS HAMMERBACHER III

JOSEPH FRANCIS HUIBSCH

JOSEPH FRANCIS MAHONEY III

JOSEPH FRED ORT

JOSEPH GABALA

JOSEPH GEORGE JANGIE

JOSEPH H WU

JOSEPH HOLDEN TOSTIGE

JOSEPH HWANG

JOSEPH JOHN MALLAD

JOSEPH JOHN SKERNESS

JOSEPH KYLE BRUMENSCHENKEL

JOSEPH L TOCHKA

JOSEPH LALIA

JOSEPH LEE STASKA

JOSEPH LEWIS KRISBERG

JOSEPH M ROY

JOSEPH MATTHEW DORALE

JOSEPH MATTHEW NESPOLI

JOSEPH MICHAEL BLAKE

JOSEPH MICHAEL SCHULES

JOSEPH NICHOLAS ALTOBELLO

JOSEPH NICHOLAS FERNANDEZ

JOSEPH NOAH NORRIS

JOSEPH PAPOE ADOTEY

JOSEPH PATRICK PASTOR

JOSEPH PAUL HANYON

JOSEPH PETER SAUGEN

JOSEPH PHU FARRELL

JOSEPH R DIPIERNO

JOSEPH RAYMOND RENTERIA

JOSEPH RICHARD HARTMAN

JOSEPH ROGER VELTRI

JOSEPH RUBINI

JOSEPH RYAN TICE

JOSEPH S GIARRUSSO

JOSEPH S MASSETT

JOSEPH SAMUEL MILLER

JOSEPH SEGAL

JOSEPH SEUNGMIN PARK

JOSEPH SUMNER

JOSEPH SURBER

JOSEPH T BURKE

JOSEPH TIMOTHY GILCHRIST

JOSEPH TRIPP

JOSEPH VAN BAKER

JOSEPH W STICKEL

JOSEPH WAGENTI

JOSEPH WAI-YAN WOO

JOSEPH WENDELL FUGITT

JOSEPH WESTEMEYER

JOSEPH WILLIAM  PEIRONNET V

JOSH BUTTRAM

JOSH DOUGLAS BRADBURY

JOSH JACKSON JONES

JOSH KEAN DAUM

JOSH LANCE HOWERTON

JOSH TIMOTHY HOUGH

JOSHUA AARON CHERKINSKY

JOSHUA AARON KEIM

JOSHUA ABSALON TAYLOR

JOSHUA ADAM KLEIN

JOSHUA ADAM MEAH

JOSHUA ADAM PENNINGTON

JOSHUA ALEXANDER FLAUGHER

JOSHUA ALLEN GIBSON

JOSHUA ANDREW MCCARVER

JOSHUA ANTHONY ALESSI

JOSHUA ARNOLD KRISTOWSKI

JOSHUA BARON SEGEL

JOSHUA BODA CRUZ

JOSHUA CALEB SMITH

JOSHUA CHANDLER

JOSHUA CHARLES MALINA

JOSHUA COLEMAN

JOSHUA CURTIS CASTILLO

JOSHUA DALE THURMAN

JOSHUA DANIEL HATHAWAY

JOSHUA DANIEL HIGLEY

JOSHUA DANIEL WEIKERS

JOSHUA DAVID KLEYMEYER

JOSHUA DAVID KUEHLER

JOSHUA DAVID LESINSKI

JOSHUA EDWARD GWINNUP

JOSHUA ERIC AMARAL

JOSHUA GRANDE BUNGCAYAO

JOSHUA GRUBAUGH

JOSHUA HANY ROMAN

JOSHUA IAN VILLARREAL

JOSHUA IRA GOLDBERG

JOSHUA ISAAC GARZA

JOSHUA JAMES ROMPORTL

JOSHUA JAMES WAGNER

JOSHUA JANHWA CHENG

JOSHUA JAY KATZENMEYER

JOSHUA JENNINGS FAJARDO FRINK

JOSHUA JOHN-RYAN WALKER

JOSHUA KANE WAGNER

JOSHUA KEMPER

JOSHUA L CURTIS

JOSHUA LANE DAVIS

JOSHUA LAWRENCE HELLER

JOSHUA LEE JOLLEY

JOSHUA LEWIS GOLDEN

JOSHUA MATTHEW EIDSON

JOSHUA MATTHEW ENABNIT

JOSHUA MICHAEL ANDREWS

JOSHUA MICHAEL BAXTER

JOSHUA MICHAEL GREINER

JOSHUA MICHAEL MASSEY

JOSHUA MICHAEL STEPHENS

JOSHUA MICHAEL TAYLOR

JOSHUA PATRICK MARTIN

JOSHUA PETER LAWSON MEDLEY

JOSHUA PORPORINO

JOSHUA R HADE

JOSHUA ROBERT BYERS

JOSHUA RYAN COLLINS

JOSHUA RYAN MINCHEW

JOSHUA S REISMAN

JOSHUA SAUL GOLDMAN

JOSHUA SETH ADLER

JOSHUA SETH MUSCAT

JOSHUA SINGER SPADARO

JOSHUA STEPHEN

JOSHUA THOMAS BOSWELL

JOSHUA THOMAS KELLY

JOSHUA TYLER  WEIDNER

JOSHUA WALLACE WOLFINGTON

JOSHUA WILLIAM BETTS

JOSHUA WU

JOSHUA YUAN CHENG

JOSTEIN ALVESTAD

JOSUE A CHAVARRIA ROSALES

JOSUE ANTONIO GONZALEZ

JOSUE FIGUEROA

JOSUE MANUEL JAIME-CARRERO

JOSUE QUILES RIVERA

JOUNI PETTERI KERMAN

JOVANNI TORRES

JOY ASHISH CHAKMA

JOY LEE ANDREWS

JOY MARIE PORTER

JOYCE CHANG HSU

JOYCE ELIENE ARBIC

JOZSEF HAJDU

JU JEN YEN

JUAN A JORDAN

JUAN ALPHONSO MCKENZIE

JUAN ANGEL GIL

JUAN ARCINIEGAS

JUAN ARGOTE CABANERO

JUAN C PEDREIRA

JUAN CAMILO VASQUEZ

JUAN CARLOS DELREAL

JUAN CARLOS SAIZARBITORIA

JUAN CRUZ CACERES

JUAN DAVID RODRIGUEZ ARIZA

JUAN EDGARDO CAMOUCORONA

JUAN ENRRIQUE BENAVIDEZ

JUAN EUSEVIO BALDERAS

JUAN FRANSISCO CARDENAS SANCHEZ

JUAN GERARDO VARELA FUENTES

JUAN GUERRERO

JUAN GUILLERMO ARCILA FRANCO

JUAN IGNACIO VALOIS GARCIA

JUAN JOSE REBOLLEDO SALCEDO

JUAN LUIS LOPEZ MARCANO

JUAN MEJIA

JUAN MICHAEL RODRIGUEZ

JUAN VALENTIN GARCIA

JUDE AQUINO SIAPNO

JUDGE LANIER BUDD

JUDITH CHERYL FRANZ

JUDITH EDWINA HARRIS

JUDY CHUNG I CHIEN

JUDY LEE HARMER

JUDY SHARMA

JUHEE LEE

JULIA ROSE WOLFE

JULIAN A CANIZALES

JULIAN ALEXANDER CLAUDINO

JULIAN EUGENE SUASO

JULIAN JASTRZEBSKI

JULIAN SOSA

JULIAN YAMIR HAWKINS

JULIANN NANDI CELE

JULIANNA M OWENS

JULIE A MCLAIN

JULIE ANN TICSAY

JULIE ANNE PUSATERI

JULIE BROOKE PEARNE

JULIE LEE JOHNSON

JULIEN EDWARD CHIEN

JULIET S HILLMER

JULIO ANDRES LUCERO

JULIUS ALEX GASSO

JULIUS JOHN PREITE

JUN LIANG CHEN

JUN SEOB SHIN

JUNA SHRESTHA

JUNE SEUNG YOON

JUNIOR DIEUBON

JUNNEY RICHARD KANG JR

JUNO KOL PAK

JUNYAN HUANG

JUSTIN ALEXANDER PYLE

JUSTIN ANTHONY MCALLISTER

JUSTIN BRADFORD LOVELL

JUSTIN BROOKS LEDESMA

JUSTIN CHUNCHIH WANG

JUSTIN D VIRKLER

JUSTIN DALE LITTON

JUSTIN DAVID ASHCRAFT

JUSTIN DEAN COTTON

JUSTIN DEREK TAYLOR

JUSTIN EDWARD TELLES

JUSTIN EDWARD VAUGHAN

JUSTIN ERROL ZEV

JUSTIN GRAHAM DOCKENDORF

JUSTIN GRANT WESTBROOKS

JUSTIN ISRAEL TEHRANI

JUSTIN J HARMON

JUSTIN JAMES SCHMIDT

| | |
|---|---|
| JUSTIN JAMES ZABLOCKI | JUSTIN TRAVIS WONG |
| JUSTIN JAY FRANKS | JUSTIN VELO |
| JUSTIN KEITH STARR | JUSTINAS MIKALKEVICIUS |
| JUSTIN KENDRICK KWAN | JUSTINPAUL MARTINEZ |
| JUSTIN LEE COOK | JUVI GATUSLAO REMITIO |
| JUSTIN LESLIE MELLOTT | JUWAN HONG |
| JUSTIN LYMAN JEE | JYAB MUNIR SHAYEB |
| JUSTIN M MORROW | KAI  S TANG |
| JUSTIN MARK OBRIEN | KAI CAO |
| JUSTIN MC NEILL | KAI HONG YU |
| JUSTIN MICHAEL JONES | KAI-HSIN DORIS WANG |
| JUSTIN MICHAEL MARRAFFA | KAILEY ELIZABETH JOHNSON |
| JUSTIN MICHAEL ODONNELL | KAJANI KANAE |
| JUSTIN MING HSI | KALEB WEGNER |
| JUSTIN MITCHELL KENNEDY | KALLIE ERIN PAHWA |
| JUSTIN NICHOLAS BROOKS | KALYN MARIE COLEMAN |
| JUSTIN PAUL BARNWELL | KAMAL HASSANZADEH |
| JUSTIN PAUL SHARICK | KAMALJIT ANAND |
| JUSTIN PETER MCKAY | KAMIL BRUNON GONDEK |
| JUSTIN PHILLIP DENNERY | KAMRAN NICOLAS SADR |
| JUSTIN RANDOLPH LONGENBACH | KAPIL SINGHANI |
| JUSTIN REED HIDALGO | KARA RENEE MC NANEY |
| JUSTIN ROBERT FELTKAMP | KARAN GUPTA |
| JUSTIN ROBERT MONTGOMERY | KAREN L REMBIALKOWSKI |
| JUSTIN ROBERT PACK | KAREN MCLAIN |
| JUSTIN RYAN ELLIS | KAREN RIVERS LYE |
| JUSTIN S LIAO | KARL ADAM LARSEN |
| JUSTIN SCOTT BEST | KARL BRUNO HUTTER |

| | |
|---|---|
| KARL ERIC BERNHARDT | KEELY JACKSON |
| KARL LARSEN | KEGAN J QUIMBY |
| KARL MICHAEL EVERS-HILLSTROM | KEIKO LYNN YOSHINO |
| KARLA RAE DICK | KEITH A FLUEGEL |
| KARRIEM ALI FARRAKHAN | KEITH ADAM STOLER |
| KARTER JOHN KLINGENBERG | KEITH ALEXANDER GALLEN |
| KARTHIK SOMA SUNDARAM | KEITH F ROGERS |
| KASEY DEAN HODGE | KEITH G DILGARD |
| KATARZYNA FEATHERSTONE | KEITH LAWRENCE |
| KATHERINE E ROCHE | KEITH LEE ZACHARSKI |
| KATHERINE H ZHANG | KEITH MICHAEL SUCKNO |
| KATHERINE HO | KEITH R BADYNA |
| KATHERINE MARGARET DAWSON | KEITH R ESPOSITO |
| KATHERINE VIRIGINIA SAKURAY | KEITH RICHARD ANDERSEN |
| KATHERYN MICHIKO RADCLIFFE | KEITH WALKER GUNN |
| KATHIRESAN MOORTHY | KEITH WILLIAM OSBORNE |
| KATHRYN ELISE MCCLELEN | KEITHRIN K WEATHERSPOON |
| KATHRYN ELIZABETH GREINER | KELLY ANN FABROS |
| KATHRYN EMMA STEINLY | KELLY ANN SCHUMAN |
| KATHRYN YOUNGS WILKINS | KELLY BRYN CLANCY |
| KATIE ELIZABETH KRAUSE | KELLY CHRISTOPHER PHILBIN |
| KATIE LYNN ROBERTSON | KELLY JAMES HOSKINSON |
| KAUSHAL KASHYAP | KELLY JEAN RIELY |
| KAUTILYA PRASAD | KELLY JO GAGNON |
| KAVIN IRAJ BAHRANI | KELLY RAY MCCALL |
| KAYLA ANN MCGUINNESS | KELSEE DANAE THARP |
| KEAGAN HYUNCHUL LEE | KELSEY ERIN MONAGHAN |
| KEATLY THOR HALDEMAN | KELTEN CHRISTIAN TSCHANZ |

KELUN ZHANG

KELVEN K QUICK

KELVIN LEE

KELVIN OSWALDO ALVIZURES

KEN AKIRA ARAKI

KEN FILSON

KEN JUDSON MCCALEB

KEN K VARKEY

KENDALL JAMES BELLINI

KENDALL KEN FUKUMOTO

KENDRICK ROBERT BENNETT

KENJI SUGIMOTO

KENNETH  WEST

KENNETH B KEBBEKUS

KENNETH CHARLES GILL

KENNETH E TORRES

KENNETH FIELDS

KENNETH H SPIELVOGEL

KENNETH HYOGUN PARK

KENNETH J. MAZER AND WENDY A. MAZER
REVOCABLE LIVING TRUST

KENNETH JAMES MATSON

KENNETH JOSEPH HECK

KENNETH KEXIN LI

KENNETH LEE WAYNESCOTT

KENNETH LLOYD TULLOSS

KENNETH MANUEL HEREDIA

KENNETH MICHAEL ZERVOS

KENNETH NGUYEN

KENNETH P GIBSON

KENNETH RAYMOND DOOLEY

KENNETH ROCKY HALTERMAN

KENNETH ROY ULIBARRI

KENNETH SCOTT HUBBARD

KENNETH SOLOMON KAO

KENNETH TAKFAI LAM

KENNETH W RISTAU

KENNETH WELLS SAIN

KENNETH WONJO CHUNG

KENNIA BLANC

KENNNETH TIMOTHY JR LLOYD

KENT  BERDAHL

KENT AARON KILDEA

KENT AKIRA SAKUDA

KENT OKAWA

KERATI APILAKVANICHAKIT

KEREM CAN TURGUTLU

KERMIT ROOSEVELT

KERRY ISAIAH EGELER

KEVAN M SADIGH

KEVE FAMILY LIMITED PARTNERSHIP

KEVIN ALAN ARP

KEVIN ALEXANDER MAUTTE

KEVIN ALLEN MCCARTHA

KEVIN ANDREW ROACH

KEVIN ANG YU

KEVIN BRIAN BALL

| | |
|---|---|
| KEVIN BRIAN KILEY | KEVIN L DAVENPORT |
| KEVIN CAREY MCLAIN | KEVIN L WONG |
| KEVIN D WILLIS | KEVIN LEE KING |
| KEVIN DANIEL COMEAU | KEVIN LEE PALMER |
| KEVIN DANIEL MANRIQUE | KEVIN LEONARD L'ECUYER |
| KEVIN DAVID RUTKOWSKI | KEVIN LEWIS |
| KEVIN DEAN CHANG | KEVIN LITTLEFIELD |
| KEVIN E DAUGHERTY | KEVIN M ROCHE |
| KEVIN EARL BRADBURY | KEVIN MATTHEW YODER |
| KEVIN EDWARD FAGAN | KEVIN MAXWELL WHITE |
| KEVIN FRAY | KEVIN MICHAEL COYLE |
| KEVIN G WHALE | KEVIN MICHAEL FERNANDES |
| KEVIN HARANTA | KEVIN MICHAEL GILTZ |
| KEVIN HO | KEVIN MICHAEL WHITTEMORE |
| KEVIN HUYEN ANH NGUYEN | KEVIN MICHAEL YOUNG |
| KEVIN HWANG | KEVIN MIXON HOUK |
| KEVIN JAMES COLLINS | KEVIN NEIL WOLFE |
| KEVIN JAMES MCGARVEY | KEVIN NOAH HABERMAN |
| KEVIN JAMES MCKEEVER | KEVIN P BROGLE |
| KEVIN JAMES PALMER | KEVIN P SHEEHAN |
| KEVIN JAY SCHULTZ | KEVIN PAO-HSI WU |
| KEVIN JOHN MO | KEVIN PATRICK ARROWOOD |
| KEVIN JUDSON MITCHELL | KEVIN PATRICK BENOIT |
| KEVIN KHOANAM NGUYEN | KEVIN PATRICK HOURIHAN |
| KEVIN KIM | KEVIN PATRICK MC LAUGHLIN |
| KEVIN KING | KEVIN PATRICK MCMULLEN |
| KEVIN KIYOSHI HIRAKI | KEVIN PAUL HOWARD |
| KEVIN KRUSCHWITZ | KEVIN PEDRAM SHAABANI |

| | |
|---|---|
| KEVIN PRICE | KHATUNA TOPADZE BELOV |
| KEVIN RAY FARPELLA | KHOA ANH NGUYEN |
| KEVIN RICHARD REGNER | KHOA HUU NGO |
| KEVIN ROBERT BUCKLEY | KHOA VIET NGUYEN |
| KEVIN S OLIVA | KHOI LONG TRAN |
| KEVIN SANCHEZ VIDA | KHURRUM ROHANI |
| KEVIN SCOTT HARRIS | KIANA ASGARI |
| KEVIN SCOTT SEATON | KIEFER BRYAN WAIGHT |
| KEVIN T HONG | KIERAN TERENCE ODONOGHUE |
| KEVIN TODD CLAUDEANOS | KIET Q TRAN |
| KEVIN TYLER KUZAVA | KIET TRAN |
| KEVIN TZU-KONG HUANG | KIMBERLEY  GANTZ |
| KEVIN W QUIGLEY | KIMBERLY DAWN MOSES |
| KEVIN WAYNE ADAMS | KIMBERLY DAWN MOST |
| KEVIN WAYNE LAHTI | KIMBERLY DAWN WESTRA |
| KEVIN WAYNE WALDRON | KIMBERLY JANE RAJALA BLOOD |
| KEVIN XAVIER RIVAS RAMOS | KIMBERLY KAY CRAIG |
| KEVIN Y ZENG | KIMBERLY MARIE COURTNEY |
| KEVIN YOON | KIMBERLY PAIGE ANDERSON |
| KEVIN ZINN | KIMBERLY TOAN |
| KHAI TRINH PHAM | KIMIA CARLOS |
| KHALED ABOLNAGA | KING STARR MOON |
| KHALED ATTAR | KIOK KIM |
| KHALID M ASLAM | KIRA MAE HIBBERT |
| KHANG NGUYEN | KIRBY GARDNER TRAPOLINO |
| KHANH DUY NGUYEN | KIRILL DMITRY LANGER |
| KHANH ERIK ABRAMSON | KIRIN L MURPHY |
| KHANH LE PHAM | KIRK BRANDON GROVES |

KIRK DOUGLAS ROSIN

KIRK TSAI

KIYOMI KANEDA

KIYONG KIM

KNAACK ABRAHAM ISAAC

KNEPPER HEATING & AIR CONDITIONING INC.

KNP  DIGITAL

KOH EUN KIM

KOLE CHRISTIAN ENRIGHT

KOLTON CHARLES LYE

KONG WUI LI

KORRINE  THORNELL

KOUROSH KHALILMANESH

KPM FAMILY LLC

KRANTI RUMALLA

KREGG GERALD DANUSER

KRENAR SADIK HAXHIU

KRIANGSAK CHATANANTAVET

KRIS HENDERSON KIRK

KRISABELLE ANN BELANDRES TAN

KRISHNA PRAKASH KALLAKURI

KRISHNAM RAJU INDUKURI

KRISLI DIMO

KRISTA BERRY GOERING

KRISTEN MARIE DROZKY

KRISTEN MING WOO

KRISTIAAN LEWIS MADIOU

KRISTIAN BJORNE GRANT

KRISTIAN JOHN HOUCK

KRISTIN DONALD SOWERSBY

KRISTIN MARIE GRANT

KRISTIN NICOLE NAGASHIMA

KRISTIN SAE APONTE

KRISTINA KREBS

KRISTINA ROZINA BONHOMME

KRISTOFER MARK GOGGIN

KRISTOFFER L DOVER

KRISTOPHER ALLEN DAVIDSON

KRISTOPHER PIERCE KLAICH

KRUNALKUM VALLABHDAS KOTHARI

KRYSSIA M NASSAR

KUJIRA  LLC

KUMAREN GOVINDARAJAN

KUNAL PRADEEP JHAVER

KUNJ ANAND THACKER

KUNKEA J SENG

KURT ALAN JENKINS

KURT ANDREW ZUCH

KURT AUGUST WITZKE

KURT JAMES PFANNENSTIEL

KURT RANDALL ORNDORFF

KURT RICHARD DENNINGHOFF

KURTIS JAMES CARLSON

KURTIS TIMOTHY DAVIS

KWOK-CHIEN CHOY

KY FRANCIS CARBAUGH

| | |
|---|---|
| KYELYNN SY CHIONG | KYRIAKOS KAMBANIS |
| KYLE ALAN HAWKINS | KYUNG MO KANG |
| KYLE ALEXANDER OLIVER | KYUNG SIK SUH |
| KYLE ANDREW PETTERSEN | KYUNGHYUN KIM |
| KYLE ARMSTRONG PURVIS | LAFAYETTE CHILDS |
| KYLE AVERY ELLIOTT SMITH | LAI WEI |
| KYLE BRUCE SETTLE | LAIKUEN IVY CHAN |
| KYLE CALEB ALLEN | LAKESIDE PARTNER HOLDINGS LTD   LLC |
| KYLE CHRISTOPHER UHLES | LAKSHMI SAI LALITHA GURAZAD |
| KYLE DAHL | LAKSHMI VENKATA RAM GOLI |
| KYLE DANIEL GIBSON | LAM FAMILY TRUST DATED JULY 1   2021 |
| KYLE DOUGLAS MORSE | LAM SON TU |
| KYLE HUANG | LAMAILEDE MOORE |
| KYLE JACOB CHARBONNET | LAMONP JOYAN MITCHELL |
| KYLE JAMES KINNEY | LAMONT RUSSELL |
| KYLE JOHN MOONEY | LAN NGOC TRAN |
| KYLE JOSEPH RUSCIANO | LANCE ANGUS |
| KYLE KHELLAF | LANCE AUSTIN CURREY |
| KYLE MACK OLNEY | LANCE DANIEL ELCHLEPP |
| KYLE MATTHEW JOHNSON | LANCE DIETZ |
| KYLE NELSON LINDAHL | LANCE JOHN ROBERTS |
| KYLE ROBIN FARMERY | LANCE LUIS LAMORE |
| KYLE ROGER BLOMQUIST | LANCE RANDALL MOHR |
| KYLE RUSSEL BERRY | LANDON JOHN MELLOR |
| KYLE STEPHEN STOJEK | LANDON JUSTIN ELENGOLD |
| KYLE THOMAS MEINHOLD | LANDON MITCHELL LOTZ |
| KYLE WILLIAM MACDONALD | LANE M KAUDER |
| KYLE WOLFGANG PROCTOR | LANETTE KATHLEEN FERGUSON |

LANNIN JAMES ZOLTENKO

LANTZ ERIC HICKS

LARISA ROYKHMAN

LARRY ADAM REESE

LARRY ANGELO THOMPSON

LARRY GLADE COLTON

LARRY JACK CARAVELLO

LARRY RODRIGUEZ

LARS JOHN GUSTAFSON

LARS ROGERS PATENAUDE

LARY ANDREW BURTON

LATINO BANARIA

LAURA A ZENTMAIER

LAURA ANNE WEIGOLD

LAURA GARBER GAMSE

LAURA LEE CAINE

LAURA LEE FINN

LAURA LYN DRONEN-SMITH

LAUREN ELIZABETH BAILEY

LAUREN NICOLE SICKLES

LAUREN STEPHANIE DE SYLVA

LAUREN VALASHINAS

LAUREN VICTORIA BUCKLEY

LAURENCE THOMAS BAXTER

LAURENT ALEXANDRE LYONS

LAURIN CHRISTINE LEONARD

LAURYN SAYURI TOM

LAVARD LARKS

LAW OFFICES OF STEFAN COLEMAN  P.A

LAWRENCE CHARLES PORTER

LAWRENCE DESHON CURRY

LAWRENCE FRED MICHELSON

LAWRENCE KNIGHT LAVANWAY

LAWRENCE M MADUZIA

LAWRENCE OLIVER TROXELL

LAWRENCE WILLIAM LEBLANC

LAWTON EARL GRINTER

LAZARO NELSON SANCHEZ-PINTO

LCA-LPA VENTURES 401K PSP

LEA ANN KJOME

LEAH GRACE KATTA

LEAH NICOLE JONAS

LEAMSI J COLLAZO

LEE ALLEN HURST

LEE JAMES DONAHOE

LEE JIA WEN

LEE LIYOUNG CHANG

LEE M SOMBRIGHT

LEE MICHEAL FREY

LEE MORIN

LEE VINCENT JOHNSON

LEE WASKEVICH

LEI YE

LEI ZHENG

LEIAH FERNANDEZ

LEIF J SHERMAN CURTIS

| | |
|---|---|
| LEIF NABIL JONES | LEV SOLAR |
| LEIGH C ANDERSON | LEVELUP CONSULTING GROUP  LLC |
| LELAND A WHITE | LEVI HALLEY COOPER |
| LEMAR ASHHAR | LEVI SHEMTOV |
| LEN DONELL MILLER | LEWIS MINGCHOI YUNG |
| LENA ANYANWU | LEWIS RICHARD KAWECKI |
| LENA CHU | LEWIS ROBERT HOLMES |
| LENA CLARICE CHAMPLIN | LEX BRANSON HARRINGTON |
| LENDEL AUGUSTO VAZ LUCAS | LIAM CHRISTOPHER WESTBROOK |
| LEO MENG TAH SHUM | LIANA DACEY NEFF |
| LEON CURTIS CHEN | LIANA SUNNY AHN |
| LEONARD JOSEPH BECRAFT | LIANGYEU CHERN |
| LEONARD MARK SWEBE | LIBORIO  SANTACROCE |
| LEONARD NICK GAMBOA | LIEL LANKARI |
| LEONARD PAUL BRITT | LIEW LYON |
| LEONARD STEPHEN STERN | LIGHT & SHADOW LABS |
| LEONARDO FASCIONE | LIHAO LI |
| LEONARDO MORA | LILA SAIDIAN |
| LEONARDO SANTINI | LILING ZHENG |
| LEOPOLD ANTHONY POTSIADLO | LILIYA BRENNER |
| LEQO INC | LILLIAN MARISA TWOMEY |
| LEROY HAROLD SCHWUCHOW | LILLY TAN |
| LES ELDON HUSBAND | LINA P CARO |
| LESLIE CITLALLI ACEVEDO | LINCOLN CHARLES STUART |
| LESLIE E RABER | LINDA CARRIE LEHSTEN |
| LESLIE M DE LEON MATOS | LINDA IRENE WONG |
| LETUONG THI HOANG | LINDA LOUISE PREUS |
| LEV PERSITS | LINDA MARIE MASON |

LINDALE LIVINGSTON LEWIS

LINDSAY ELIZABETH LEIGH

LINDSEY JOY DALLANEGRA

LINGLONG ZHU

LINH PHUONG NGUYEN

LINHCHI BAO NGUYEN

LINO JUAN VALDEZ

LINO RAZURI

LINOY ALEXANDER

LINUS PAGE CHOU

LIOR RAVIV

LISA ANN LOWHAM

LISA DIANE HARPER

LISA KIM NELSON

LISA MARIE ALDEN

LISA PAULINE BITTNER

LISA SUE TRIONFO

LITTLE ALAMITO PROPERTY GROUP  LLC

LLEWELLYN CHARLES PEARCE

LLOYD MITCHEL DAVIS

LLOYD THOMAS SHEPHERD

LOGAN CYRUS ZARE

LOGAN DANIEL DAUTENHAHN

LOGAN MELANSON

LOGAN SETH COFFEY

LOGAN TOSHINAGA MATSUOKA

LOHN MERRITT JOHNSON

LOIC GERARD SEVERIN

LON MICHAEL BALTER

LONG DE LIN

LONNIE ALLEN WILLIAMS HARRELL

LONNIE WESTON HENSLEY

LORI ANN BIXLER

LORI MICHELLE MATOESIAN

LOTUS INVESTMENT HOLDINGS

LOUCAS ANAGNOSTOU

LOUIS HUANG

LOUIS J ANAGNOSTOPULOS

LOUIS RASKIN

LOUIS WALTERIO CAMARILLO

LUANN COZZENS VITELLO

LUBNA LUNDY

LUCA ROBBIANO

LUCAS AGUIAR

LUCAS C MCCUE

LUCAS CHARLES HAMMOND

LUCAS DAWSON

LUCAS EARL PHILLIPS

LUCAS EDWARD HARTLEY

LUCAS JAMES CHRISTIANSEN

LUCAS JAMES KING

LUCAS JAY PRIOLO

LUCAS MANUEL GAUTIER

LUCAS MICHAEL BURKE

LUCAS MICHAEL ROBBINS

LUCAS REGELIN

| | |
|---|---|
| LUCAS ZACHARY BAEHR | LUKE GREGORY PETRY |
| LUCIA OXENTENKO | LUKE J WARD |
| LUCIEN MICHAEL EZROS | LUKE KIM |
| LUCINDA CAVALLO | LUKE OHBA |
| LUCIO ALTOMARE | LUKE RYAN TOBIS |
| LUCKY DOG  LLC | LUKE STEPHEN CANNON |
| LUCYNA CONSTANZE CYGANEK | LUKE THOMAS WHOLEY |
| LUDWING JOSUE ORTEGA MALDONADO | LUKE WILLIAM MATTERN |
| LUIS  YEPEZ CARMONA | LULL MAIKELE MENGESHA |
| LUIS ALFONSO  MEDINA FUENMAYOR | LUNDI CHEN SENG |
| LUIS ANDRES MUNOZ | LUOSHA HAN |
| LUIS ANTONIO GARCIA ALCANTARA | LUTE GIA NGUYEN |
| LUIS ANTONIO GONZALEZ ARTEAGA | LUXOLO  FINANCIAL |
| LUIS C FERREIRA | LUZ ZAVALA-SALCEDO |
| LUIS ENRIQUE ALLEN | LY TRAN |
| LUIS FERNANDO PANTIN | LYDIA JIHYE HWANG |
| LUIS GALVAN | LYDIA KATE DOUGLAS |
| LUIS IGNACIO BETHENCOURT | LYLE SCOTT KAMM |
| LUIS MANUEL ESCOBAR | LYNDA MCNAIR |
| LUIS MIGUEL HERNANDEZ MUNOZ | LYNN EUGENE MORSE |
| LUIS OSCAR TORRES | LYNN HAWKINS SEAQUIST |
| LUIS RAMON NAVES ALCARAZ | LYNN MARIE MACKIE |
| LUKAS DYLAN COKER | LYON ALEXANDER SOLNTSEV |
| LUKE AARON CASSIDY | M AND M INVESTMENT CO.  LLC |
| LUKE ALEXANDER MOORE | M JASON JENNINGS |
| LUKE ALLEN HEINRICHS | MAAZIN HASSAN SHERIF |
| LUKE DANIEL BROYLES | MACKENZIE ALEXANDER LATIMER |
| LUKE EDWARD BADALATY | MACKENZIE CHASE MILLER |

| | |
|---|---|
| MACKENZIE FRANCIS LORDEN | MANDALENE JAYNE MIRKHAH |
| MADAN GODAR | MANDY FAY LIAO |
| MADELON SETTLE CHOICE | MANFRED JACOB |
| MADHU KOLLU | MANIK NARAINSINGHANI |
| MADHUSUDHAN CHANDRAKUMAR | MANIK NARAINSINGHANI |
| MADISON SAMPLE | MANISH AHUJA |
| MADISON TRUST COMPANY  CUSTODIAN FBO FREDERICK JAMES WALBURN IRA M21I11401 | MANMEET SINGH BEDI |
| | MANMOHAN GOPALUNI |
| MAGDALENE ELIZABETH KOREEN | MANRAJ SINGH KAELEY |
| MAGGIE LINEA MC CARRON | MANSOUR RAHMATI |
| MAGNUS YUAN DA YANG | MANU KALIA |
| MAHADEO SINGH | MANUEL ANTONIO RIVERADELAVEGA |
| MAHER BARSOUM | MANUEL ARCADIO RAMIREZ |
| MAHIDHAR SUGURU | MANUEL DAVID ORTEGA |
| MAIKA TADASHI MURASHIGE | MANUEL JOSE GILDELREAL |
| MAIRA EVELYN CLANCY | MANUEL MADERO |
| MAJED MOUSA AWAD | MANUEL MARCUS LEAL |
| MAKHMUD IBRAGIMOV | MANYVONE SIPASEUTH |
| MAKOTO ISHIDA | MARC A BASKIN |
| MAKSYM I SHYMANSKYI | MARC A VESECKY |
| MALACHI JACOB HEDER | MARC ANDREWS |
| MALAK MICHELAMINHANNA MEKHAEL | MARC ANTHONY MNICH |
| MALAV MAHENDRASINH THAKOR | MARC CHRISTOPHER BELLISARIO |
| MALCOLM DOUGLAS FROOME | MARC DAVID BIROU |
| MALLIKARJUN VEMULA | MARC ERIC HOLUBOW |
| MALLIKARJUNA SIDDANAGOU PATIL | MARC F GUTIERREZ |
| MAN WAI WONG | MARC GEORGE ROTHMAN |
| MANAS D TAVARGERI | MARC H SHACHTMAN |

MARC LEE MILLER

MARC N HERMANN

MARC R RIENAS

MARC RANDALL HODULICH

MARC RICHARD POST

MARC SAMUEL COHEN

MARC THOMAS MATTHEWS JR

MARC TUFONO LADAS

MARC W BRICKER

MARC WADE MCKIRAHAN V

MARC WAYNE DANIELS

MARC WILLIAM ST PIERRE

MARC WILLIAM ZYWCZUK

MARCEL HOWARD DA S

MARCELA LESSA FISCHER

MARCELLA BETH NICHOLS

MARCELLO THOMAS TALLARIGO

MARCIN CZECH

MARCIN JAKUB POPOWSKI

MARCO ANTONIO LOPEZ

MARCO P CASAS CORDERO

MARCOS AURELIO RIOS

MARCOS ESTEBAN RIVERA COLON

MARCUS AIDAN FOLEY

MARCUS ALEXANDER LARA

MARCUS ANTHONY HOUSE

MARCUS BRADLEY SISK

MARCUS COLBY DOWNING

MARCUS DEANE HANSEN

MARCUS EDWARD GASSEI

MARCUS EDWARD LA MARCHE

MARCUS JOHN PINCHERA

MARCUS JONATHON WILSON

MARCUS JOSEPH SIMONETTI

MARCUS LIEL ARREDONDO

MARCUS STARK

MARCY M GINKEL

MAREK KADZIELAWSKI

MAREK T DRAG

MARGARITA ANALUISA MARCANO DE LOPEZ

MARGARITA IVY QUINONES-DIAZ

MARGERY ELIZABETH HAGER

MARGUERITE ANNE PELLISSIER
MARGUERITE PARSONS HOLLINGSWORTH

MARIA A CULLEN

MARIA GILBERTI

MARIA PARAISO TOLERAN

MARIA PAULA TOLMOS

MARIA TERESA MANDRY

MARIAH GRACE DELAGRANGE

MARIAH GRACE VITORIA

MARIANA CRISTINA SALAS GARCIA

MARIANNE ELIZABETH CANTWELL

MARIANNE LYN ROGERS

MARIANNE SHERIE BLAND

MARIANO BALTASAR DE LOS SANTOS

| | |
|---|---|
| MARIANO CORTES | MARK ANDREW KETTERER |
| MARIBEL AQUINO ALFONTE | MARK ANDREW WOLINSKI |
| MARIBEL ERPELO APARENTADO | MARK ANTHONY II MITCHELL |
| MARIBEL ORDONEZ | MARK ANTHONY MARINO |
| MARICELA CORONADO | MARK ANTHONY VASQUEZ |
| MARIE MICHELLE TAN | MARK BENDUL |
| MARILOU DOTSON | MARK BENJAMIN WOMBLE |
| MARILYN E TORRES | MARK BIEKER |
| MARINO EDUARDO REYES | MARK CHRISTOPHER SWAINE |
| MARIO DANIEL MARIN | MARK D NINCI |
| MARIO EDUARDO NARANJO TOVAR | MARK D SCHEY |
| MARIO HARRISON ASP | MARK DAVID BUTTS |
| MARIO ROBERTO LECHA OTAEGUI | MARK DAVID DELLASANTA |
| MARIO ZETTER | MARK DAVID DION |
| MARISENA PENELOPE PEPPER | MARK DAVID JOHNSON |
| MARISOL VAZQUEZ SALINAS | MARK DEGERONIMO |
| MARISSA SEILER | MARK DELAFUENTE NAGAYO |
| MARIUS SEVERIN DECTE TEMZEM | MARK DOUGLAS CRAWFORD |
| MARIUSZ SOBCZAK | MARK E FANNING |
| MARJAN TALLE | MARK E SOUVIGNY |
| MARK A KIRKCONNELL | MARK EDWARD ANDERSON |
| MARK AARON ALLEY | MARK EDWARD TROKEY |
| MARK ADAM DEBOWSKI | MARK ERNEST NEMECIO |
| MARK ADRAIN VIGIL | MARK EVERETT ZULLO |
| MARK ALAN BABASA | MARK FELDMAN |
| MARK ALLEN CHRISTIANSEN | MARK FINELLI |
| MARK ALLEN HARLAN | MARK FRANCIS BUETTNER |
| MARK ALLEN REES | MARK FREDRIC KANARICK |

MARK G ZACHEIS

MARK GEOFFREY HIDE

MARK GERARD POHLKAMP

MARK GRBIC

MARK GUILLAUME

MARK HAROLD BOGIE

MARK HUGHES HAMRIC

MARK JOHN ATTWELL

MARK JOHN FREY

MARK JOSEPH BROWN

MARK KENDRICK FRY

MARK KENJI TSUSHIMA

MARK KENNETH DUHAIME

MARK L SIMONDS

MARK LANIER HARRELSON

MARK LEE MOUTON

MARK LEWIS MARTIN

MARK MOSS

MARK NELSON SISO

MARK NIXON CASEY

MARK PATRICK GUSTAFSON

MARK PATRICK ODLAND

MARK R SCHIAVO

MARK RHODE MATTEN

MARK RICHARDSON SANDUSKY

MARK ROBERT HUTCHINS

MARK ROBERT MAZZA

MARK ROBERT WEBBER

MARK RUSSELL REDEKER

MARK S ANDRAWIS

MARK SANEI

MARK SCOTT UHLES

MARK SCOTT WIENER

MARK SHAIN MERRILL

MARK SIMON JASPER

MARK SIY DEE

MARK STAFFORD DOWSETT

MARK STEPHEN WESSON

MARK STEVEN RICHTER

MARK TERRY PEHRSON

MARK THOMAS NAGLE

MARK THOMAS ROBINSON

MARK TODD MAXWELL

MARK VAUGHAN STOPPS

MARK VERNON ROTTLER

MARK VINCENT PAUL

MARK WAGGONER MORI

MARK WALTER HOSTETTER

MARK WESTERFIELD

MARK WILLIAM ANDRES

MARK ZAAL ZAWAIDEH

MARKEL KIETH SCROGGINS

MARKHAM PERRY NOLAN

MARKO IHOR MELYMUKA

MARLON ELLIOTT BURKE

MARLON GEORGE SMIKLE

**MARLON MONROE CLARK**

**MARSHALL BLAINE WILSON**

**MARSHALL MYRICK**

**MARTA MARIA HELENA SVENSSON SANDAHL**

**MARTIN ANDREW GASPARE**

**MARTIN BERNHARD SCHOLZ**

**MARTIN BOMBAC**

**MARTIN DEILMANN**

**MARTIN HOA TRAN**

**MARTIN L NAVARRO**

**MARTIN NUSSPAUMER VINENT**

**MARTIN OÂ€™GRADY**

**MARTIN R STAUFFER**

**MARTIN THOMAS JOHNSTON**

**MARTYNAS KARYS**

**MARVIN FAJARDO CHAN**

**MARWAN MARK ASSAF**

**MARY ANH TU NGUYEN**

**MARY BRACY**

**MARY D MELLOH**

**MARY GOODMAN**

**MARY LAVINIA WAKEFIELD**

**MARY LOUISE CAIRE**

**MARY SYLVIA GALINDO**

**MARY WILLIAMS**

**MARYAM HEIDARI BEISAFAR**

**MARZBAN MICHAEL HAYYERI**

**MASABUMI CHANO**

**MASON CHRISTIAN WANGLER**

**MASROOR ABDUL-QADIR KHAN**

**MASTERROHIT SURESH KAMBLE**

**MATEO ANTHONY LEVY**

**MATHEW LYN THOMAS**

**MATHEW RAY RUBALCABA**

**MATHEW RENALD BRUNEAU**

**MATHEW TED SALAZAR**

**MATHIEU RONALD POLLENZ**

**MATHIJS F STORMS**

**MATT DYLAN**

**MATT MCCABE**

**MATT MCCLANAHAN**

**MATT UPHAM   LLC**

**MATTAN SHRAGER**

**MATTEO BERTASA**

**MATTHEW  DAVID SCHWEGLER**

**MATTHEW A HOMICH**

**MATTHEW AARON GILLIARD**

**MATTHEW ADAM MATEJCIC**

**MATTHEW ADAM TUNNEY**

**MATTHEW ADAM WALRATH**

**MATTHEW ALAN JOHNSON**

**MATTHEW ALFRED BINET**

**MATTHEW ALLAN TIETZ**

**MATTHEW ALLEN WICKSTRAND**

**MATTHEW ANDY ROSS**

**MATTHEW ARON TASSINARI**

| | |
|---|---|
| MATTHEW ARTHUR ALLEN WHITMAN | MATTHEW GLENN ROSENFELD |
| MATTHEW BERT THOMPSON | MATTHEW GOOD |
| MATTHEW BRIAN SANDERSON | MATTHEW GUY INMAN |
| MATTHEW BRIAN WINGER | MATTHEW HAMMOND |
| MATTHEW BRYAN PUNTIGAM | MATTHEW HEATH BARTON |
| MATTHEW CASEY SCHWINGEL | MATTHEW HUNTER DIEHL |
| MATTHEW CHARLES JOHN COOK | MATTHEW J KOJALO |
| MATTHEW CHRISTOPHE REED | MATTHEW J MULHERN |
| MATTHEW CHRISTOPHER UPHAM | MATTHEW J PINTO |
| MATTHEW CHRISTY STEPHENS | MATTHEW J SMITH |
| MATTHEW CRAIG STEPHENSON | MATTHEW JACKSON WHITEHEAD |
| MATTHEW CROSS | MATTHEW JAMES ALVITI |
| MATTHEW DAVID CHEN | MATTHEW JAMES ARNOLD |
| MATTHEW DAVID FITTS | MATTHEW JAMES CEREN |
| MATTHEW DAVID GOODKNIGHT | MATTHEW JAMES KILGORE |
| MATTHEW DAVID POPOVICH | MATTHEW JAMES OEHRLEIN |
| MATTHEW DAVID RICHARDSON | MATTHEW JAMES PETERSON |
| MATTHEW DEAN JOSTEN | MATTHEW JOHN JOHNSON |
| MATTHEW DEVIN CALDWELL | MATTHEW JOHN KINSELLA |
| MATTHEW DONALD TORNQUIST | MATTHEW JOHN ROBINSON |
| MATTHEW DOUGLAS ROBB | MATTHEW JOHN VANDERVLIET |
| MATTHEW E MUELLER | MATTHEW JONATHAN CONNER |
| MATTHEW EDWARD MROTEK | MATTHEW JOSEPH FERRANTE |
| MATTHEW EVAN SCOTT | MATTHEW JOSEPH JACKSON |
| MATTHEW FELIX LEONAWICZ | MATTHEW JOSEPH LECHOWICZ |
| MATTHEW FRIEND AUSFAHL | MATTHEW JOSEPH SCHWARTZ |
| MATTHEW FROST SOULIER | MATTHEW JOSEPH WALLER |
| MATTHEW GERALD MEYER | MATTHEW JOSHUA GRABE |

MATTHEW JUSTIN HERNANDEZ

MATTHEW KEITH JEWETT

MATTHEW KENT EAGAN

MATTHEW LATHAM

MATTHEW LAWRENCE CUTLER

MATTHEW LAWRENCE MATTERN

MATTHEW LEAMAN TELINDE

MATTHEW LELAND HARRISON

MATTHEW LOGAN MILLER

MATTHEW M PIDGE

MATTHEW MARK MALOUF

MATTHEW MARTIN WILCOX

MATTHEW MICHAEL PAUL

MATTHEW MICHAEL REGO

MATTHEW MICHAEL VALVANO

MATTHEW NATHAN KEPNES

MATTHEW NATHANAEL MUNCY

MATTHEW NIELSON DORRINGTON

MATTHEW P MCDERMOTT

MATTHEW PATRICK MURPHY

MATTHEW PAUL GREVING

MATTHEW REUBEN MARGOLIS

MATTHEW RICHARD COBUZIO

MATTHEW RICHARD ELLER

MATTHEW ROBERT  MILLARD

MATTHEW ROBERT ANDERSON

MATTHEW ROBERT COSTA

MATTHEW ROBERT GRAHN

MATTHEW ROBERT WOODS

MATTHEW ROCCO FARRELL

MATTHEW RYAN COLLETTA

MATTHEW RYAN GUTIERREZ

MATTHEW RYAN HOLLADAY

MATTHEW RYAN HOLLAND

MATTHEW RYAN MALLET

MATTHEW RYAN MORRIS

MATTHEW S AUCUNAS

MATTHEW S ROBAR

MATTHEW SCOTT ANDERSON

MATTHEW SCOTT GRIMES

MATTHEW STEPHEN CRISP

MATTHEW STEPHEN HEARD

MATTHEW STEPHEN HOLLAND

MATTHEW STEPHEN STEINER

MATTHEW TERRENCE BURGESS

MATTHEW THOMAS CUNNINGHAM

MATTHEW THOMAS FOLEY

MATTHEW THOMAS HALL

MATTHEW THOMAS MCCABE

MATTHEW TODD FREUDENRICH

MATTHEW TYLER NICHOLS

MATTHEW WALTERREID LINDELL

MATTHEW WILLIAM ANDERSON

MATTHEW WILLIAM DAMIANI

MATTHEW WILLIAM KIEFFER

MATTHEW WILLIAM LATHROM

MATTHIAS SPIKE GRANER GALLAS

MATTI BLECHER

MATTIA LIVERANI

MATTS CARLGREN

MAULIK KANTILAL PATEL

MAUNTY ANDER WRIGHT

MAURICE KELVIN LAWTON

MAX ALEXANDER BOTBOL

MAX B. W. LOPEZ

MAX BRENNAN WEINER

MAX DAEL BEAUVOIR

MAX LU

MAX RAFAEL WAICH EIDELMAN

MAX ROSALES

MAX WILLIAM PUIDAK

MAXIM BUCKINGHAM ARNOLD

MAXIM BUROV

MAXIM KONDRASHOV

MAXIMILIAN FLETCHER FEIDELSON

MAXIMILIAN MICHAEL SCHADEGG

MAXINE J CHOU

MAXWELL RYAN LUO

MAYA AYELET BALLIS

MAYAMA DOLLEH KESSELLY

MAYUR H SUCHDEV

MAYURESH HEGDE

MAZIAR SOBBI

MAZYAR KHERADMAND

MBAO   RD LLC

MCKINLEY MICHAEL OLSEN

MEAGHAN ROCHELLE KARABATSOS

MEDXPRODUCTIONS   INC.

MEGAN E BENZIO

MEGHAN MARIE MCHUGH

MEHDI HEMMATI

MEHDI HOSSEINBOR

MEHRAD ESLAMI

MEHUL KISHORBHAI PATEL

MEI LING WEI

ME-KC HOLDINGS   LLC

MEKEDELAWIT TAMRAT YILMA

MELANIE ESTRELLADO HEU

MELINDA  URBANO

MELINDA ANNE HARRIS

MELISSA ANN LICARI

MELISSA ANNE EBELING

MELISSA KAY HANLON

MELISSA MARIA GREWING

MELISSA SMITH

MELVIN LAWRENCE FRANTY

MERAUN KIM

MERAV REGEV ARKIN

MERILOU ATHENS-BARNEKOW

MERRI DEBRA SILVERSTEIN

MERRITT GEORGE PATTON BARBER

MERTEN ENTERPRISES LLC

MHINVESTMENTS84 LLC

MICAH DIRK CARTER

MICAH HOLDEN BOOTH

MICAH LABAN RIGGAN

MICAH LEWIS LOTHER

MICAH SMITH

MICHAEL FOREM

MICHAEL VAN MILTENBURG

MICHAEL A DADAY

MICHAEL A KILINSKIS

MICHAEL AARON MUSCO

MICHAEL AARON IOFFE

MICHAEL AARON KING

MICHAEL AARON SUJEK

MICHAEL ADAM JARMUZ

MICHAEL ALAN GRUBER

MICHAEL ALAN PERRIE

MICHAEL ALAN TYKOSKI

MICHAEL ALEXANDER BATES

MICHAEL ALLEN KOCH

MICHAEL ALLEN NEWMAN

MICHAEL ANDREW BROADWAY

MICHAEL ANDREW DEPUGH

MICHAEL ANDREW FERNANDES

MICHAEL ANDREW WURM

MICHAEL ANTHONY CARBONARA

MICHAEL ANTHONY COLONNELLO

MICHAEL ANTHONY ENRIGHT

MICHAEL ANTHONY HERNANDEZ

MICHAEL ANTHONY KESSLER

MICHAEL ANTHONY NORMAN

MICHAEL ANTHONY PARKER

MICHAEL ANTHONY PUGLIESE

MICHAEL ANTHONY RINALDI

MICHAEL ANTHONY ROATIS

MICHAEL ANTHONY SINGER

MICHAEL ARTHUR BAIRD

MICHAEL ARTHUR KAPLAN

MICHAEL ARTURO FREGOSO

MICHAEL B GASTALDO

MICHAEL B MEISNER

MICHAEL BEI KUANG CHAU

MICHAEL BERNARD DURKAN

MICHAEL BILCA

MICHAEL BODE

MICHAEL BRAGAR

MICHAEL BRANDON LIGHT

MICHAEL BRANDON PAROT FAUSTINO

MICHAEL BRENDON DUMAS

MICHAEL BROWN

MICHAEL BURCH

MICHAEL C MURRAY

MICHAEL C SPLENDORE

MICHAEL C TRIVERS

MICHAEL C WILSON

MICHAEL CARL PALMIERI

MICHAEL CHAN

MICHAEL CHARLES PROUT

MICHAEL CHO YI

MICHAEL CHRISTOPHER BROWN

MICHAEL CHRISTOPHER HU

MICHAEL CLARENCE ILLIES

MICHAEL CLARK GIBSON

MICHAEL CLAYTON COMISH

MICHAEL CLEVE MARCHMAN

MICHAEL COLLINS DOOGUE

MICHAEL COONEY

MICHAEL CURTIS JOE KAI

MICHAEL D LU

MICHAEL DALE NICE

MICHAEL DAVID ALLMAN

MICHAEL DAVID BROWN

MICHAEL DAVID FARNEY

MICHAEL DAVID FRIO

MICHAEL DAVID IMBER

MICHAEL DAVID MCCRADY

MICHAEL DAVID SUBIDO

MICHAEL DAVIS

MICHAEL DEAN PYE

MICHAEL DEAN RIEMAN

MICHAEL DELLA PIA

MICHAEL DOMENIC ANDERSON

MICHAEL DOMINICK MULEA

MICHAEL DONALD EVANS

MICHAEL DWAYNE PETTYJOHN

MICHAEL E MONTALBANO

MICHAEL EARNEST TORBERT

MICHAEL EDWARD FALGER

MICHAEL EDWARD WELCH

MICHAEL EDWIN PATSON

MICHAEL ELLIOT ANDERSON

MICHAEL FRANCIS BRUNNER

MICHAEL FRANCO TAVEIRA

MICHAEL FULL

MICHAEL GARNER WAKEFIELD

MICHAEL GARY BLISS

MICHAEL GIBSON GEER

MICHAEL GLEN SENOFF

MICHAEL H PRUNER

MICHAEL H RYBAS

MICHAEL HENRY BLOCK

MICHAEL HENRY DELA CRUZ

MICHAEL HOVRALUCK

MICHAEL J BARRUTIA

MICHAEL J BOBKO

MICHAEL J BUCKWALTER

MICHAEL J LABOMBARD

MICHAEL J LUCAS

MICHAEL JACOB CARLSON

MICHAEL JAMES BAROSH

MICHAEL JAMES EMMICK

MICHAEL JAMES GIANOUTSOS

MICHAEL JAMES GOLDSMITH

MICHAEL JAMES GRENIER

MICHAEL JAMES HOLDRIDGE

MICHAEL JAMES IRVING

MICHAEL JAMES RICHARD

MICHAEL JAMES SINGLETARY

MICHAEL JAMES STEVENS

MICHAEL JAMES VINAL

MICHAEL JASON  SIEGEL

MICHAEL JASON MOROWITZ

MICHAEL JAY DEMERS

MICHAEL JENSHUNG WANG

MICHAEL JOHN CONTE

MICHAEL JOHN GUZZARDO

MICHAEL JOHN MCCORKLE

MICHAEL JOHN MURPHY

MICHAEL JOHN PAVLOVICK

MICHAEL JOHN PHILLIPS

MICHAEL JOHN ROGERS

MICHAEL JOHN SCHAFFER

MICHAEL JOHN STEARNE

MICHAEL JOSEPH DITULLIO

MICHAEL JOSEPH DOMINGUEZ

MICHAEL JOSEPH GOODALL

MICHAEL JOSEPH MCLAUGHLIN

MICHAEL JOSEPH OVADIA

MICHAEL JOSEPH RYAN

MICHAEL JOSEPH SNOWMAN

MICHAEL JOSEPH TIGHE

MICHAEL JOSEPH VACCARELLI

MICHAEL JOSEPH VAUGHN

MICHAEL KENNY

MICHAEL KEVIN SIERZANT

MICHAEL KHOIANH NGUYEN

MICHAEL L OSULLIVAN

MICHAEL L YOUNG

MICHAEL LAWRENCE MURRAY

MICHAEL LEE DAIELLO JR

MICHAEL LEE KEGLEY

MICHAEL LEE KNUTSON

MICHAEL LEE MULLER

MICHAEL LEE PYON

MICHAEL LEE SCHAIMAN

MICHAEL LEVALLE  LACEY

MICHAEL LEWIS BELKIN

MICHAEL LEWIS SMITH

MICHAEL LOUIS VERDEROSE

MICHAEL MARTIN CZERWINSKI

MICHAEL MARTIN TENKATE

MICHAEL MAURICE HOFFMANN

MICHAEL MCDONALD SWISHER

MICHAEL MCGOOGAN

MICHAEL MERRITT MCCLOY

MICHAEL MITCHELL MCDANIEL

MICHAEL MOURICE MICHAEL

MICHAEL NGUYEN

| | |
|---|---|
| MICHAEL NICHOLAS DAMBROSIA | MICHAEL ROBERT SALMON |
| MICHAEL NICHOLAS ROBBE | MICHAEL ROBERT WASKI |
| MICHAEL NINO | MICHAEL ROBERT WITTMEYER |
| MICHAEL NOBILE | MICHAEL ROY KOTELES |
| MICHAEL NOONAN | MICHAEL ROY ZAMORA |
| MICHAEL OLABAMIGBE OLUBAJO | MICHAEL RYAN JOHNSON |
| MICHAEL OLENCHAK | MICHAEL RYAN NEMKE |
| MICHAEL OLIVER HARRIS-LOVE | MICHAEL S CARREIRO |
| MICHAEL OSWALD UNDERMAN | MICHAEL S CONFORTI |
| MICHAEL P KENISH | MICHAEL S MAZZOTTA |
| MICHAEL P KNOTT | MICHAEL SALVATORE SORRENTINO |
| MICHAEL P WEBSTER | MICHAEL SCOTT BROZMAN |
| MICHAEL PAK | MICHAEL SCOTT FRESHKO |
| MICHAEL PATRICK CALLAHAN | MICHAEL SCOTT KELLY |
| MICHAEL PATRICK COOK | MICHAEL SCOTT KUNKEL |
| MICHAEL PATRICK ENABNIT | MICHAEL SCOTT LEBHAR |
| MICHAEL PATRICK SANT | MICHAEL SCOTT ROE |
| MICHAEL PEDERSEN DANIELS | MICHAEL SCOTT VANACKER |
| MICHAEL PUI WAI LAM | MICHAEL SHNAIDMAN |
| MICHAEL QIZHONG DENG | MICHAEL SIRKO |
| MICHAEL R BENTLEY | MICHAEL SON |
| MICHAEL R BENZAKEN | MICHAEL STEPHEN CONEY |
| MICHAEL R HENNEK | MICHAEL STEPHEN F MORAHAN |
| MICHAEL R KRUG | MICHAEL T BIELINSKI |
| MICHAEL RAYMOND SCHOELLER | MICHAEL T CORY |
| MICHAEL RICHARD PRIDDY | MICHAEL T JOHNSON |
| MICHAEL ROA-ESPINAL | MICHAEL TAEWUN MOON |
| MICHAEL ROBERT ANDERSON | MICHAEL TERRENCE BOARDMAN |

| | |
|---|---|
| MICHAEL THEODORE STAFF | MICHELE MARIE WINNINGHAM |
| MICHAEL THOMAS BISHA | MICHELLE GARBER |
| MICHAEL THOMAS BOWLES | MICHELLE JIA KIM |
| MICHAEL THOMAS GROSBERG | MICHELLE KRISTINE WEEKLEY |
| MICHAEL THOMAS MADRID | MICHELLE MITCHELL |
| MICHAEL THOMAS ROZELL | MIGUEL A ALBARRAN |
| MICHAEL THOMAS TOWNSEND | MIGUEL ANGEL RIVERA SERRANO |
| MICHAEL THOMAS TUTTLE | MIGUEL D BAEZ GARCIA |
| MICHAEL TODD WILHITE | MIGUEL HENRY DE ARCOS |
| MICHAEL TOMIAKI KNOWLES | MIGUEL TRUJILLO |
| MICHAEL V HARDIEK | MIHAELA ADINA PRESTON |
| MICHAEL VICTORY TRIEU | MIHAIL ROTARU |
| MICHAEL W REDER | MIHAIL RUMENOV MIHAYLOV |
| MICHAEL WALTER KING | MIHRAN E SIREKAN |
| MICHAEL WARREN REILLEY | MIKE BOUDET |
| MICHAEL WILLIAM CULLINA | MIKE DURAND |
| MICHAEL WILLIAM RUSSELL | MIKE GRIEBEL |
| MICHAEL WILLIS | MIKE HO |
| MICHAEL WONG | MIKE MALYY |
| MICHAEL WONHEE LEE | MIKE MARKOVIC |
| MICHAEL WOODRUFF DAYNES | MIKE SEUNGSOCK RHEE |
| MICHAEL ZICONG TING | MIKE URC |
| MICHAEL ZILBERLEYB | MIKE W GERMANO JR |
| MICHAL STRAZNICKY | MIKEL VICTORIA JACINTO |
| MICHEAL CHESTER CIFANI | MIKHAIL DMITRIYEVICH SILIN |
| MICHEAL DENNIS ANGELI | MIKHAIL VLADIMIROVICH LOSHKAREV |
| MICHEL ENRIQUE SCHOEMAKER | MIKHEIL MAHMOUD MOUCHARRAFIE |
| MICHELE H MILLER | MIKIMARU HIRAMA |

| | |
|---|---|
| MIKOS K MILLS | MITCHELL ROBERT WEBB |
| MILES CLARKE | MITCHELL WILLIAM FELDERHOFF |
| MILES PETER OBRIEN | MIXNFT  LLC |
| MILES ST JOHN PASCHINI | MJACKSON RD  LLC |
| MILES THOMAS BROWN | MJW INVESTMENT  TRUST |
| MILIND NANDANKAR | MOHAMED M ELDIB |
| MILLION KASSAY ABRAHAM | MOHAMED SANJAY KAMOO |
| MILLY YI LAN HU | MOHAMMAD ABU TALHA |
| MIN HYUN LEE | MOHAMMAD DANIAL |
| MINAMI CHUN | MOHAMMAD FATTAHI |
| MINH CONG TRUONG | MOHAMMED SHAMARI |
| MINH DIEU VUONG | MOHSEN KHALIL |
| MINHT PHUONG | MOKROHOND BTC  LLC |
| MINHUT MAI ZAGHA | MOLLIE  OUMA |
| MINQI BAO | MOLLIE ANN TINNEY |
| MINWEI MICHAEL LEI | MOLLY SPENDTHRIFT TRUST |
| MIROSLAW D KOWALCZYK | MONDEL RAY FARNSWORTH |
| MIRZA MOEZ NAGJI | MONGVAN THI HO |
| MISA JANELLE KURANO | MONICA GRAHAM |
| MISSAK MICHAEL SARKISSIAN | MONICA JANE SURRENA |
| MISTY DEAN ROBERTS | MONIKA KOSA |
| MITAN TRAN | MONIKA SPOKAS |
| MITCH BOYD | MONIQUE KASSANDRA BASS |
| MITCHELL BUCK DELGADO | MORDECHAI L TOKAYER |
| MITCHELL GUDMUNDSSON | MORDEHAY DARWISH |
| MITCHELL JAMES ZAHAREWICZ | MORDY JIM NWANOKWALE |
| MITCHELL LEE | MORGAN B STARKEY |
| MITCHELL PATRICK BROOKS | MORGAN ELIZABETH GONDER |

MORGAN HARRISON HODGES

MORGAN S BARBER

MORIAH ELAINE PAGE

MORRIS LYNN JESSOP

MOSHE ARI BRAYMAN

MOSHE GOURARIE

MUHAMMAD JAWAD POPALZAI

MUKUND SRIDHAR

MULE ZHANG

MUNEEBA PIRZADA

MUNENORI JONATHAN HINO

MUNGKORN TOSOMBOON

MUNZIR ADIL MUKHTAR

MURAD HANNA KAKISH

MURALIKRISHNA CHIRUMAMILLA

MURAT KENAN

MURAT N UYGUN

MURJ20210307  LLC

MURPHY MICHAEL OHEARN STEINER

MURUGESHAN KONGANAPURAMMANI

MUTABLE CAPITAL LLC

MVR INC

MYCHAL M JACKSON

MYKOLA VRUTSKY

MYLES DANIEL BLUMBERG

MYONG SUK SHIM

NAAMLEELA FREE JONES

NABIL MOUSSA AWADA

NADIA FAITH MIDDLETON

NADINE GIBBES CHAMBERS

NAGARJUN TUMKUR RENUKA
MANJUNATH

NAHEED NOORANI

NAJEEB SIDDIQUI

NAN ZHOU

NANA DOORECK

NANCY BARRIOS

NANCY BORRERO

NANCY THANH NHUT ZAGHA

NANCY WHITE SKALLERUP

NANCY ZHAO

NANXI NANQIAN LIU

NAOMI ARIANA DOWNEY

NAOMI I EICHENBAUM

NAOR MAYER

NAREK JULIEN BEGHIAN

NARINDER SINGH BUDHIRAJA

NATALIA SHPERUN

NATALIE RAE SHEILD

NATALIE SCHOOF ELLIOTT

NATASHA CLARE PRUSA

NATHAN ARTHUR YOUNG

NATHAN CHRISTOPHER HOFFMAN

NATHAN CIELIESKA

NATHAN COLEMAN OCONNOR

NATHAN DANIEL PORTER

NATHAN DANIEL RUNKE

NATHAN DOUGLAS DAVIS

NATHAN ELDON DANIELSON

NATHAN FU

NATHAN GARRETT BLAINE

NATHAN HOA LUUTUYEN

NATHAN HOI-KING KWAN

NATHAN JOSEPH MIELNIK

NATHAN LEE SIMPSON

NATHAN LEO LANDRY

NATHAN LEV PODRID

NATHAN MICHAEL TAYLOR

NATHAN ODEGARD

NATHAN PATRICK HINES

NATHAN PAUL BATTAN

NATHAN PETER HALKO

NATHAN RICHARDPAUL BOUCHER

NATHAN RUSSELL THORNTON

NATHAN SCOT CAMPBELL

NATHAN T OSTRYE

NATHAN THOMAS BOYD

NATHAN THOMAS MAYFIELD

NATHAN W ANDRESHAK

NATHAN WILLIAM CHILTON

NATHAN WILLIAM COLLIER

NATHANAEL YONGTHYE CHOW

NATHANIAL ROBERT FISHEL

NATHANIEL  BEAR

NATHANIEL DAT HO

NATHANIEL FRANK RASTETTER

NATHANIEL JAMES WRIGHT

NATHANIEL JASON CLARK

NATHANIEL JOON DOH

NATHANIEL PERRY

NATHANIEL W CERCAVSCHI

NAV INDER SINGH GILL

NAVID AGHILI

NAVJOT SINGH CHEEMA

NAYAN KS RAO

NAZARALI N DHAMANI

NAZILA PARSI

NBISHUNDIAL  RD LLC

NEAL PATRICK PATALINGHUG

NEEL K TIKU

NEEL KAUSHIK PANCHOLI

NEHA KALANTRI LIAO

NEIL ALAN BOURGEOIS

NEIL MUNRO TARDELLA

NEIL NAVEEN CHOPRA

NEIL PATRICK CORMICAN

NEIL RAYMOND VOIGT

NEIL RICHARD ORMANDY

NEIL SHEA

NELSON G YACOUBIAN

NELSON HOI TAM

NELSON KWONG CHI YEUNG

NENA MARIE DOMINGUEZ

NENAD MITIC

NEPHI DANIEL EVANS

NEVEN PAUL BAJLO

NEW HOPE LEGACY  TRUST

NEXT STEP INVEST PARTNERSHIP

NGHIEP V LAI

NGON DONG DAO

NHA HUYENNGOC NGUYEN

NHIEN THOAI LE

NICHOLAI VANIA LAZAREV

NICHOLAS ALEXANDER CARPOUSIS

NICHOLAS ALEXANDER PARIS

NICHOLAS ANTHONY MODAWAR

NICHOLAS BAILEY

NICHOLAS CHRISTOPHER CLARK

NICHOLAS CLARK CARRUTHERS

NICHOLAS CLAYTON LEE

NICHOLAS DAVID BACIGALUPO

NICHOLAS DAVID DURAN

NICHOLAS DAVID WRIGHT

NICHOLAS DELMONICO

NICHOLAS DEVIN BROWN

NICHOLAS E HARVEY

NICHOLAS EDWARD MONROE

NICHOLAS EDWARD TRICE

NICHOLAS ELIOTT RODRIGUEZ

NICHOLAS FERGUSON

NICHOLAS FRANCESCO ZERVOS

NICHOLAS G DUFF

NICHOLAS G TSICHLIS

NICHOLAS GEORGE SUTTELL

NICHOLAS GERALD BECHARD

NICHOLAS HALLAS

NICHOLAS J TANTILLO

NICHOLAS JAMES EBERLIN

NICHOLAS JAMES ESCALONA

NICHOLAS JAMES HILL

NICHOLAS JAMES TRAVIS

NICHOLAS JAY SHAPPELL

NICHOLAS JOHN BRANDT

NICHOLAS JOHN LANGER

NICHOLAS JOHN LAURIE

NICHOLAS JOHN LAVENGOOD

NICHOLAS JOHN STALKER

NICHOLAS JOSEPH BRINCKS

NICHOLAS JOSEPH TIEHEN

NICHOLAS JUDE SAGLIMBENI

NICHOLAS KARL BALLAS

NICHOLAS KOVACEVICH

NICHOLAS KOWAL PHILIPIDES

NICHOLAS M LAWLER

NICHOLAS MICAH EDWARDS

NICHOLAS MICHAEL GOOD

NICHOLAS PATRICK MC CLAY

NICHOLAS PATRICK WALL

NICHOLAS PAUL SHEEHAN

| | |
|---|---|
| NICHOLAS PETERSON | NICOLAS SZCZEDRIN |
| NICHOLAS R CHIARULLI | NICOLAS WARREN RUSSELL |
| NICHOLAS R PISCOPO | NICOLE A DANLEY |
| NICHOLAS RICHARO FERRARI | NICOLE ANDREA COELHO |
| NICHOLAS RYAN BACIU | NICOLE BYRNE CUNEO |
| NICHOLAS S FIORE | NICOLE FORRESTER |
| NICHOLAS SAMUEL COLLIAS | NICOLE MARIE DUNCAN |
| NICHOLAS SEAN HALVORSEN | NICOLO ANTONIO GALANTE |
| NICHOLAS SHEVELYOV | NIGEL ADUBOFOUR |
| NICHOLAS STEPHEN PIROLLO | NIGEL JOHN OSWALD |
| NICHOLAS TAYLOR STELFOX | NIGEL T RICHARDS |
| NICHOLAS WARREN LOUI | NIHANA PORBANDERWALA |
| NICHOLAS WAYNE FLATBUSH | NIITETE QUARMINA MANTE |
| NICHOLAS YOSHIO MILLER | NIKA ERWIN |
| NICHOLAS ZOZAYA | NIKHIL JAGDISH BANGAD |
| NICK OBRZUT | NIKHIL KALRA |
| NICKLAS DAVID KIMMINAU | NIKI NG |
| NICKOLAS LAWRENCE HARKNESS | NIKI PHILLIPS |
| NICO CHARLES PERUZZI | NIKKI GIOVANNI JOHNSON |
| NICOLAI OGANOV | NIKOLAOS PANTELIS LAVIDAS |
| NICOLAS ALBERT LINGGAJAYA | NIKOLAS KOLB SEVERSON |
| NICOLAS ALEJANDRO HAEDO | NIKOLAY ALEKSANDROVICH VARBANETS |
| NICOLAS DANIEL CHOUARD | NIKOLAY N LUNGU |
| NICOLAS FERNANDEZ GONZALEZ | NIKOLETA MAVRIGIANNAKI |
| NICOLAS FERNANDO CABRERA | NILA MARIE BAIR |
| NICOLAS LEMIEUX | NILADRI MAL |
| NICOLAS R HETCHER | NILE CHRISTOPHER HINRICHS |
| NICOLAS RAMON CHAIREZ | NILESHKUMAR ISUDAS MACWAN |

| | |
|---|---|
| NILFREDO OMAR TOMAS GONZALEZ | NOEL KEITH CRAWFORD |
| NILI PERSITS | NOLAN ROBERT  WELLS |
| NILS MOLINA | NOMADEGY   LLC |
| NIMA NIA | NONOY SUGUITAN |
| NIMAI RAMESHWARRAO NANGUNOORI | NORCAL CAPITAL LLC |
| NIMESH PRAVIN GANDHI | NORHEIM ENTERPRISES   LLC |
| NIMESH SATISH SHAH | NORIKO TAKEDA ROVNER |
| NIMROD REICHENBERG | NORIMASA YOSHIDA |
| NIR ETGAR | NORMAN JOSEPH DELAPOUYADE |
| NISARG A SHAH | NORMAN K LEE |
| NISHA SHAH RITCHIE | NORMAN R HIRSCH |
| NISSIM COHEN SABBAN | NORTH AMERICAN ALLIANCE LLC |
| NOA RAHAT | NUTAO JIANG |
| NOAH ALEXANDER ROGERS | NZINGA MACHEO MCCRARYSWADER |
| NOAH BENJAMIN MARGOLIS | OBSIDIAN  EXPRESS  LLC |
| NOAH BRANDON HEBERT | ODDBEAKER LLC |
| NOAH DANIEL HARTMAN | ODED COHEN |
| NOAH DENTZEL | OFER GANOT |
| NOAH HUGHES PACK | OLAMIDE TAIWO KAYODE |
| NOAH MICHAEL ENERSON | OLASHENI ABIMBOLA OGUNMOLA |
| NOAH SAMUEL GAUTHIER | OLEG BELOTSKY |
| NOAH STEVEN ADELAINE | OLEG KATCHER |
| NOAH STEVEN GLOVER | OLEKSANDR LEONENKO |
| NOAH YAVITCH | OLEKSANDR OVSIIENKO |
| NOAM HAMEIRI | OLEKSIY ZYERNOV |
| NOE BARGAS | OLGA KRICHEVSKAYA |
| NOEL B BROWN | OLGA SHPERUN |
| NOEL HEYDEN | OLIVER CRUZ |

| | |
|---|---|
| OLIVER DILLON | OSAMA ALASSI |
| OLIVER F NERY | OSAMU MANABE |
| OLIVER G CARBONELL | OSBORNE RHINE CHEN |
| OLIVER GRISWOLD TOWNSEND | OSCAR ALEKSANDER RIVERA |
| OLIVER HUBERTUS LIESEGANG-STOIBER | OSCAR ALEXANDER TOL |
| OLIVER ROBERT COSTOLLOE | OSCAR ANDRES GONZALEZ |
| OLIVER WALTER PAUSCH | OSCAR FONT |
| OLIVIA MARIA LOPEZ | OSCAR HERNAN TOVAR ARGUETA |
| OLNEY HO | OSCAR THOMPSON CASSITY |
| OLUBUKOLA AWOBIFA | OSCAR VILLARREAL |
| OLUFUNSO O OGUNJUMO | OSMAR LEONARDO NUNEZ-VILCHES |
| OMAR A RAMOS VASQUEZ | OSMIN SALOMON FRANCO |
| OMAR AKRAM CHAMBLEE | OSVALDO ALFREDO CARRARA |
| OMAR ARTURO ALVAREZ MACIAS | OTHMANE HACHIMI ALAOUI |
| OMAR ASCHA | OTIS A DAVIS |
| OMAR G SILLAS | OTIS BRUCE MURRELL |
| OMAR KHALED SOBHY | OTIS FUNKMEYER |
| OMAR LEONARDO MORA | OURENSAL  TRUST |
| OMAR LOYA MATA | OWEN EDWARD TANNER |
| OMAR MASOOM BHAM | OZAIR N KHAN |
| OMAR RAMOS | OZLEM T BAS |
| ON CHUN CHING | PAAL ROLAND WIK |
| OO7 CAPITAL  LLC | PABLO MONTIEL ZAYAGO |
| OR AMZALEG | PABLO PALACIOS |
| ORI TABAK | PACE BRADLEY FORSETH |
| ORION KELLY WILLIS | PAEKAN CLAUDIN |
| ORLANDO I PEREZ | PAK HO CHIN |
| ORVIL KENNETH GUNTER III | PALM LEGACY  INC |

| | |
|---|---|
| PAMELA DER | PATRICK JAMES RAGSDALE |
| PAMELA GAY STARNES | PATRICK JOHN OHAYER |
| PAMELA L FEDER | PATRICK JOSEPH BELLINI |
| PAMELA L MINNICK | PATRICK JOSEPH CORDER |
| PAMELA STAR MACKNIGHT | PATRICK L RYAN |
| PANIT HOMPLUEM | PATRICK L ZIMMERMAN |
| PANKAJ MAHTAB JAIN | PATRICK MARC DODD |
| PAOLA MONTIEL | PATRICK MCKENZIE KELLEY |
| PAOLO SANDRONE | PATRICK MICHAEL CIRCKIRILLO |
| PARAMESHWAR H KOLLENGODE | PATRICK MICHAEL REED |
| PARAMJIT KAUR GILL | PATRICK REILLEY |
| PARIN RASHMIN DEDHIA | PATRICK RYAN HAMILTON |
| PARTH RAJENDRA PATEL | PATRICK SEAN HARRIS |
| PASCAL BOCTOR | PATRICK SELAN |
| PATRICIA ANN KARI | PATRICK TERUO WALSH |
| PATRICIA LYNN JONES | PATRICK TODD MCCOY |
| PATRICIA MARIE WILLERS | PATRICK TREY HIERS |
| PATRICK  WESTMAN | PATTARAPORN PUTTAMONGKOL |
| PATRICK AMARI MATHEWS | PATTY MARIE BATH |
| PATRICK C WILEY | PAUL  RAMSEY |
| PATRICK CHANG | PAUL AARON FISHER |
| PATRICK CURRY ARNOLD | PAUL ALAN SHORSTEIN |
| PATRICK DAVID WHITNEY | PAUL ALEXANDER SCOTT |
| PATRICK HAN JOON KIM | PAUL ALEXANDER TOOFAN |
| PATRICK HIEP NHAT PHAM | PAUL ALFRED KUCHUKIAN |
| PATRICK HIGHLAND | PAUL ANDREW BEVINS |
| PATRICK JAMES CLABBY | PAUL ANDREW LUNNEBERG |
| PATRICK JAMES NORTH | PAUL ANDREW STRAUB |

| | |
|---|---|
| PAUL ANTHONY MARCHETTI | PAUL JON HOWE |
| PAUL BRIAN NELSON | PAUL KEPLER SCHWEGLER |
| PAUL C KELLY | PAUL KIM |
| PAUL CARMINE GAMBARDELLA III | PAUL LAWRENCE  GAJESKI |
| PAUL CASLIN | PAUL M LOEFFLER |
| PAUL CHEN | PAUL MAX WHISLER |
| PAUL CHRISTOPHER SZEWS | PAUL MICHAEL CALEB |
| PAUL COFFEY | PAUL MICHAEL LABAND |
| PAUL DANIEL STORVICK | PAUL MICHAEL PAGE |
| PAUL DARIO JEQUINTO | PAUL MICHAEL SEVANICH |
| PAUL DARNELL MC NEAL | PAUL MICHAEL VITIELLO |
| PAUL DAVID DEVOTO | PAUL N CHIAPURIS |
| PAUL DAVIDSON | PAUL N DANIELS |
| PAUL DININ | PAUL NICHOLAS NORTH |
| PAUL DOUGLAS ROBISON | PAUL PETER PHILIP LEWIS |
| PAUL EDWARD LEBLEU | PAUL PU GU |
| PAUL EDWARD MERRY | PAUL ROBERT SHARER |
| PAUL EDWARD SMITH | PAUL SCOTT GAMBLE |
| PAUL EDWIN PETERSON | PAUL SEIICHI KONDO |
| PAUL ERIC BACA | PAUL STEPHEN MESSER |
| PAUL FRANKLIN DORMODY | PAUL STUART CHAN |
| PAUL FREEDMAN | PAUL WAYNE CUPP |
| PAUL GENE LAYNE | PAUL WESLEY BADCHKAM |
| PAUL HAGEN GRANTHAM | PAUL WILLIAM FREDERICK |
| PAUL HOWARD RITTER | PAUL WOOD |
| PAUL HYUN KYUN KIM | PAUL WROBEL |
| PAUL J SINIBALDI | PAULA CHRISTINE COPPOLA |
| PAUL JEFFREY DEDIOS CRUZ | PAULA LYNN IVERSEN |

PAULA MULLER

PAULO FERRIOLS KAMINSKI

PAYAZI RD  LLC

PAZ PARAMDEEP DHODY

PEAK ASSET MANAGEMENT  LLC

PEDRO HENRIQUE THEODORO

PEDRO MARIN MERCADO

PEGGY ANN WHITE SPECIAL NEEDS  TRUST

PEIKEN TIEN

PELLI OLIVIA WANG

PENG CHA

PENG PENG

PENGYU TSENG

PER OLA HENFRIDSSON

PERFECTO DE CASTRO CERVANA

PERRY ALEXANDER BELL

PERWAIZ HUSSAIN RAHIM

PETALYN MARIE SWART

PETER  DANIEL CASAS

PETER A LOGUE

PETER A UNGUREANU

PETER ALEX FACINELLI

PETER ANDREW ROSCONI

PETER ANGELO FINOCCHIARO

PETER BALAZS

PETER C ROTONDO

PETER CASIMIR JUIRIS

PETER CHRISTOPHER LACINE

PETER CHUNG NGUYEN

PETER CURTIS MAGIC

PETER DELBOVE

PETER GAO

PETER GLENN ANDERSON

PETER HALLOCK

PETER HELANDER

PETER HUDONG PHU

PETER HYUK JUN LEE

PETER J POLOMBO III

PETER J SULLIVAN

PETER JAMES BURNSIDE

PETER JAMES SPERLING

PETER JAMES TANNER

PETER JOHN MOYER

PETER JOHN PETELA

PETER JOSEPH WAINSCOTT

PETER KARL MULFINGER

PETER KIM HISLE

PETER KWADWO OWUSU-OPOKU

PETER M CHMIEL

PETER MATTHEW CZEPIEL

PETER MICHAEL HOSTETLER

PETER MICHAEL LICAVOLI

PETER MIJATOVICH

PETER MINYOUNG PARK

PETER N LEMBESSIS

PETER PRUSINOWSKI

PETER QUINTON KEHLE

PETER RASUM

PETER ROBERT KRON

PETER RONALD RANOLA

PETER STEPHEN EDWARDS

PETER SUH

PETER SUNG JOON KIM

PETER THOMAS SACCO

PETER VAN JUSTIN MCALLISTER

PETER WILLYS VAN NEWHYZEN

PETKO LAZAROV DIMITROV

PETROS GEORGE TSOUKATOS

PHANI KUMAR GRANDHISILA

PHIL BAO DIEP

PHILIP ALBERT MCELROY

PHILIP ALEXANDER GARFAGNOLI

PHILIP ANDREW RONESS

PHILIP ASHGON AYAZI

PHILIP AUSTIN STOEHR

PHILIP CLIFFORD DAVIS JR

PHILIP DAGOSTINO

PHILIP DEREK CLARK

PHILIP EDWARD BEARD II

PHILIP FRANK SIGNORILE

PHILIP HAVEN HEAVENER

PHILIP IEE-LIAN KUO

PHILIP JAMES MESSNER

PHILIP JAY LUDINGTON

PHILIP JOHN ELIADES

PHILIP JOSEPH FICKEL

PHILIP JOSHUA MONDY

PHILIP KNITTEL

PHILIP MICHAEL THOMAS WRIGHT

PHILIP MONTANUS

PHILIP PARAN PEDRO

PHILIP STANLEY DAVIS

PHILIP STEVENSON

PHILIP SUNG KIM

PHILIPP ALBRECHT BLIEDUNG

PHILIPP PAUL LLOYD

PHILIPPE ANDRE FAUCONNIER-BANK

PHILIPPE SUY

PHILLIP  DYSART

PHILLIP AHN

PHILLIP ALAN DINWIDDIE

PHILLIP ANTHONY PUSATERI

PHILLIP COURTNIER

PHILLIP D SYKES

PHILLIP EDWARD LEWIS

PHILLIP GRADY HAMILL

PHILLIP LEE

PHILLIP LEON HAYWOOD JR

PHILLIP LOUIS BEADLE

PHILLIP MALCOLM WISMER

PHILLIP MARTINGRETKIEREWICZ CRABLE

PHILLIP SUK OH

**PHONAMENON MANAGEMENT GROUP LLC**

**PHONG THE TRUONG**

**PHOUVIENG SOUVANTHONG**

**PHUONG DIEM-THI NGUYEN**

**PHUONG NGOC NGUYEN**

**PIERCE MULVANEY**

**PIERCE WILLIAM STEGMAN**

**PIERRE KAZAZIAN**

**PIERSON EDWARD CURTIS**

**PIETER MATTHEW NICOLAS BORST**

**PIETRO VINCENT LICARI**

**PINANK NIKHIL MASHRUWALA**

**PING WANG**

**PING ZHOU**

**PINGJI LIN**

**PINHAN CHEN**

**PINTOO MEGHRAJ PABNANI**

**PIOTR SKRZYNIARZ**

**PIRO POLO**

**PIYAPORN BUNLERSSAK**

**PKTEER  LLC**

**PO CHEE LEUNG**

**PO SHING NG**

**PO SUAN LEONG**

**POLO MA**

**POMEST  INC.**

**PORIA MIANABI**

**PORNENILA SHANNON LIEMTHONGSAMOUT**

**POWER BLOCK COIN  LLC**

**PRABHAKARAN PRASHOB**

**PRADEEP PRABHAKARAN**

**PRAKASH RANGANATHAN**

**PRASHANT KASHI**

**PRASHANT KUMAR JAIN**

**PRASHANTH BUSA**

**PREMRANJAN PRASAD SINGH**

**PRESTON CALEB NEIDERMYER**

**PRESTON CARLOS WENGERT**

**PRESTON JAMES ECKHARDT**

**PRESTON RAY MILLER**

**PRITHVI KRISHNA REDDY VUPPULA**

**PRIYOM M HAIDER**

**PROSPERITY STORY  LLC**

**PUKAR CHANDRA HAMAL**

**PUNEET SANGAT SINGH BHANDAL**

**PUREVSUREN  TOMER**

**PURVAG P PATEL**

**QI DI HU**

**QIAO XI ZHOU**

**QINGYU XU**

**QUANG DUY DAO**

**QUENTIN DEREIMS**

**QUIN PRIGIONI REUSS**

**QUINCY WONG**

**QUINN ALLEN VOLLMERT**

**QUITOS MAXIMILLIANO RUIZ**

| | |
|---|---|
| QUOC CUONG ERWIN TRAN | RAHEEL CHOHAN |
| QUYNH THITHUY PHAM | RAHIM AWE |
| R JASON KLEIN | RAHIM K KAROVALIA |
| R WOLSTENHOLME | RAHIM K THOMAS |
| RABIAH FAHR ALSIBAI | RAHIM LADAK |
| RACHEL AMAR | RAHUL DEV SARMA |
| RACHEL ANNE LOPEZ CORTES | RAIFORD DOUGLAS BROOKSHIRE |
| RACHEL ELIZABETH CONTA | RAIMONDO ANDRE SARDO |
| RACHEL ERICA ANDREW | RAJ KISHORE RAVI |
| RACHEL LYNN VRIEZEMA | RAJ VASWANI |
| RACHEL SAMANTHA KAPUL | RAJAN CHOWHAN |
| RACHIT GUPTA | RAJAN SANTHANAM |
| RACHIT KSHETRAPAL | RAJAT SHARMA |
| RACQUEL G BILAL | RAJENDRAKUMAR GOVINDBHAI PATEL |
| RADAMES RODRIGUEZ | RAJKUMAR RAVICHANDRAN |
| RAED SABER ELAYDI | RAKESH GADOO |
| RAFAEL DESTELLA | RALPH A REAVES |
| RAFAEL MAYA | RALPH ANDREW DAVIS |
| RAFA'EL ZAYIN HAKIYM-BEY | RALPH C DEFREITAS |
| RAFAELA STAVRO | RALPH ROGER SMITH |
| RAFI MAX LEIBOWITZ | RALPH WILSON |
| RAFI VAZKEN DEMIRJIAN | RAMA RAJU KANCHA |
| RAGHAV GOVINDARAJ KASHI | RAMA RONALD MALINE |
| RAGHAVA PAMULAPATI | RAMAKRISH PINNINTI |
| RAGHAVA PAMULAPATI | RAMAKRISHNA GOWDA |
| RAGHAVA PAMULAPATI | RAMGAUTHAM KRISHNAMURTHY |
| RAGHAVA PAMULAPATI | RAMINE MIRDAMADI |
| RAGNEEL REDDY BIJJULA | RAMON ALBERTO ALVAREZ |

| | |
|---|---|
| RAMON ENRIQUE JR DAVILA | RAUL ALEXANDER MENDOZA |
| RAMON MOISES ORTIZ | RAUL CHAVEZ |
| RAMZI AUDEH | RAUL DAVID VILLEGAS |
| RAN GIVATI | RAUL ERIC RAMOS |
| RANDA OULID AISSA VILLARD | RAUL JIMENEZ |
| RANDAL BRUCE QUESENBERRY | RAUL MICHAEL HERNANDEZ |
| RANDALL BRANT BARTON | RAVI BAHAL |
| RANDALL D HUNT | RAVI GARG |
| RANDALL LEE DEAN | RAVI MURTHY |
| RANDALL SCOTT MCGEHEE | RAVI RYAN ABUVALA |
| RANDALL SCOTT TRZASKA | RAVI TEJ KAVALIPATI |
| RANDEL BROWN CRYPTO VENTURES LLC | RAVI TEJA KOMMINENI |
| RANDOLPH BEN CLYMER | RAVI VALLEM |
| RANDY AMIR ABDOU | RAVIN PRAKASH BUSHA ELANGO |
| RANDY GOMEZ | RAVINDRA GANGADAT |
| RANDY J DUFOUR | RAVINESH LAL |
| RANDY JARED ROSA | RAVITEJA KAPARAPU |
| RANDY JAY SMITH | RAY ARIAVAND |
| RANDY MICHAEL MANEK | RAY CHARLES LYMAN |
| RANDY STEVEN KART | RAYMIE NOMURA |
| RANDY UNGERSMA | RAYMOND ALBERT KESSLER |
| RANGANATHA REDDY BUCHAIAHGARI | RAYMOND EDWARD PHARES |
| RANIL SYLVESTER JACOB | RAYMOND FORTIER |
| RANJANA DHARMARAJ | RAYMOND FRANCIS MARTINELLI |
| RANJANA REGUNATHA SARMA | RAYMOND HART |
| RANJITH REDDY SURAPU REDDY | RAYMOND HSU |
| RATNAKAR PAWAR | RAYMOND JOHN NEVILLE |
| RAUDEL HERNANDEZ MACIAS | RAYMOND L TURNER-CALDWELL |

RAYMOND OSBORNE

RAYMOND TORO

RAYMOND VINCENT ROSALES

RAYMOND YI ZHU

RAYMOND YU-FAI CHAN

RAYMUNDO  SHOATS SR

RAYMUNDO PEREZREYES

RAYNOR TREY HOYT

REA ELIZABETH        CRUZ ABANIEL

REBECA TRUDITH PACHON

REBECCA ANN MEWS

REBECCA BLAZAK

REBECCA NOACK EGAN

REBECCA WILSON

RECO VICENTE PRIANTO

REED WALKER

REERAN KIM

REFUGIO MAGANA VILLASENOR

REGINALD ANTOINE PANALIGAN

REI YOUNG JANG

REID COLMAN KAPLAN

REID THOMAS BRADT

REKHA HAYNES

REMO KOUSINS

REMON CHRISTOPHER MILLER

RENATO ANZALONE

RENE GARIEPY

RENE MARTINEZ DELGADO

RENE MAURICIO REYES

RENE RATANAK CHHIM

RENE SIMON CRUZ JR

RENEE KATHLEEN FOX

RENEWABLE  TRANSPORT SERVICES

RENITA SHAILABHATIA KAUSHAL

RENZO GIOVANNY ORDONEZ BARDALES

REX GARRETT KOLLER

REX KEN HOLDEN

REY OKAMOTO

REYES HERRERA

REYN TAKEO TERANISHI

REYNALD LOUIE EBREO JIMENEZ

REZA SEYED MORTEZAEI

RH MONTGOMERY PROPERTIES INC

RHETT A CUNNINGHAM

RHETT NICHOLAS ORTMANN

RHETT R WILBORN

RHONDA LEA BROWN LLC

RHONDA PRICE

RHYANN ASHCROFT STAUFFER

RIAZ RAHMAN RAHIM

RICARDO A PADRON

RICARDO BEAS

RICARDO CLESCA

RICARDO CUEVAS

RICARDO GAMBOA

RICARDO JAVIER NATER

RICARDO JOSE MARTINEZ

RICARDO RAMIREZ RODRIGUEZ

RICHARD  CAYER III

RICHARD  PASKO

RICHARD A HILDEBRANDT

RICHARD A SHARKEY

RICHARD A TILGHMAN

RICHARD ADRIAN KELLY

RICHARD ALAN BENNETT

RICHARD ALBERTO KOZA

RICHARD ALLEN BEESLEY

RICHARD ALLEN BROWNSTEIN

RICHARD ALLEN OLSON

RICHARD ANDREW ERICH

RICHARD ANH NGUYEN

RICHARD ANTHONY CLARE MORALES

RICHARD ANTHONY LANSDALE

RICHARD ARLIE ALLEN

RICHARD ARTHUR EMERY III

RICHARD ASHBY GRAVES

RICHARD B ROBISON

RICHARD BACON

RICHARD CHIEN

RICHARD CLARENCE RADER

RICHARD DANIEL DE COURSY

RICHARD DEAN GUTIERREZ

RICHARD DEAN HODGE

RICHARD EDWARD  ROSS

RICHARD EDWARD STARK

RICHARD ETIENNE

RICHARD F XU

RICHARD FERNANDEZ

RICHARD FERTIG

RICHARD GLENN KURTZ

RICHARD GRAY LASSITER

RICHARD H. MONTGOMERY III
IRREVOCABLE TRUST FBO WILLIAM J.
MONTGOMERY U/A/D 8/15/2008 TRUST

RICHARD HENLEY 4TH MONTGOMERY

RICHARD HUANG

RICHARD JOHN KNAPP

RICHARD JOHN RYAN

RICHARD JOSE ESTEVEZ

RICHARD K LEW

RICHARD KRISAK

RICHARD LEE CHOJNACKI

RICHARD LEE MARCHBANKS

RICHARD LEONARD GOERWITZ III

RICHARD LIN TZE MASON

RICHARD LOREN RAHN

RICHARD MICHAEL WELCH

RICHARD P MILGRIM

RICHARD PAUL SULAKA

RICHARD POWERS KUHNE

RICHARD RANDOLPH PHILLIPS

RICHARD RAYMOND MC KENZIE

RICHARD ROBERT SEARLE

| | |
|---|---|
| RICHARD ROWE | RIVERA SOTO CARLOS ALBERTO |
| RICHARD SANGJIN SHIM | RL FURROW FTG  LLC |
| RICHARD SCOTT EMENHEISER | ROBBIE DEAN SONDREAL |
| RICHARD SCOTTANDREW SCHALO | ROBBIE DOUGLAS WOLFF |
| RICHARD SYLVESTER SWIONTEK | ROBBIE EARL DHONT |
| RICHARD TROY LAGE | ROBER MICHEL GARCIA |
| RICHARD VINCENT EASTERLING | ROBERT A DEVITO |
| RICHARDSON CASSELMAN LUTES | ROBERT ALAN CASE |
| RICK NEAL LEWIS | ROBERT ALAN HORNBACKER |
| RICK WINDSOR VALENTINE | ROBERT ALAN KOSHAREK |
| RICKY ANTHONY UNTERMEYER | ROBERT ALEJANDRO MEARNS |
| RICKY DEWAYNE PHIFER | ROBERT ALLEN BERRY |
| RICKY ESCHOL WILDER | ROBERT ALLEN RAMIREZ |
| RICO DANIEL RODRIGUEZ | ROBERT ALLEN SCHMEIZER |
| RICO S LAVENDER | ROBERT ANDREW CHARLESWORTH |
| RIHAN RAHMAN | ROBERT ANIBAL GUERRERO |
| RIK HIROTO RIKIMARU | ROBERT ANTHONY WATERS |
| RIKESH THAPA | ROBERT AUBREY GORALSKI |
| RIKI KAWAGUCHI | ROBERT BERTRAND LEVEE |
| RILEY JAMES MCCABE | ROBERT BLAKE STANTON |
| RILEY JAMES VIGLUCCI BARTLETT | ROBERT BRANDON SMITH |
| RILEY L LAMONTAGNE | ROBERT BRANDON VETTOREL |
| RILEY NASH FARNSWORTH | ROBERT BRENDAN QUAID |
| RILEY STEVEN HUGHES | ROBERT BRIAN LINTON |
| RILEY TAYLOR KLEEN | ROBERT BRIAN MONICAL |
| RIO FUJITA | ROBERT C NATALE |
| RISHI RAJ YADAV | ROBERT C PORCELLI |
| RITCHIE H STEED | ROBERT CHENG YANG HUANG |

| | |
|---|---|
| **ROBERT COLBY PARRO** | **ROBERT J ZANNOTTI** |
| **ROBERT COLE BAILLIE** | **ROBERT JAMES MORLOCK** |
| **ROBERT CROZER CASSELMAN** | **ROBERT JAMES PITZ** |
| **ROBERT D NEWMAN** | **ROBERT JAMES ROSS** |
| **ROBERT D ZEMSER** | **ROBERT JAVIER ABALOS** |
| **ROBERT DANIEL BIRELY** | **ROBERT JEFFREY GRIFFITH** |
| **ROBERT DAVID HART** | **ROBERT JOHN FEDERER** |
| **ROBERT DAVID HUME II** | **ROBERT JOHN WALLACE** |
| **ROBERT DAVID MARDEN** | **ROBERT JOSEPH ATKINSON** |
| **ROBERT DEWITT GUEST** | **ROBERT JOSEPH BRODNER** |
| **ROBERT DONAHOE** | **ROBERT JOSEPH NUSSBAUMER** |
| **ROBERT DUBIEL** | **ROBERT JULIAN JARAMILLO** |
| **ROBERT E RICKETT** | **ROBERT KEILHOLTZ MUELLER** |
| **ROBERT E STLEDGER** | **ROBERT KEVIN BUTRYN** |
| **ROBERT EARL WASHINGTON** | **ROBERT LANE TIPPENS** |
| **ROBERT EDWARD BURNHAM** | **ROBERT LAWRENCE LITTLE** |
| **ROBERT EDWARD JR CUMINGS** | **ROBERT LAWRENCE THIBAULT** |
| **ROBERT EMERSON PARK** | **ROBERT LEE BERKE** |
| **ROBERT GARY BASNETT** | **ROBERT LEE HARRIS** |
| **ROBERT GRADY QUEEN** | **ROBERT LEE JR BILLINGS** |
| **ROBERT GRAY POWELL** | **ROBERT LEWIS REDMAN** |
| **ROBERT HARRISON FAICKNEY** | **ROBERT LLOYD EHRET** |
| **ROBERT HELI RAMIA** | **ROBERT M STEUER** |
| **ROBERT HIROSHI MOROTO** | **ROBERT MICHAEL BARTLETT** |
| **ROBERT HO** | **ROBERT MICHAEL BEATY** |
| **ROBERT IRIAS** | **ROBERT MICHAEL BEDICK** |
| **ROBERT ISHO** | **ROBERT MICHAEL MONSEES** |
| **ROBERT J DOHERTY** | **ROBERT MICHAEL REH** |

| | |
|---|---|
| ROBERT MICHAEL WOODS | ROBERT THOMAS BURNS |
| ROBERT MILES MATHESON | ROBERT TODD HUGHLETT |
| ROBERT MONTGOMERY JUNCOSA | ROBERT TYLER RIST |
| ROBERT NATHAN CHRISTIANSEN | ROBERT WAYNE CAPPS |
| ROBERT NEAL BREEDEN | ROBERT WILLIAM DOERNER |
| ROBERT NEVINS JOSEPH WILLARD | ROBERT WU |
| ROBERT NICHOLAS THIELE | ROBERTO A GONZALEZ OLIVO |
| ROBERT OLUFS | ROBERTO RAMIREZ |
| ROBERT PATRICK PEACE | ROBERTO RAPHAEL DE ANDRADE DELLI |
| ROBERT PAUL TAYLOR II | ROBIN B JORDAN |
| ROBERT PETER RICHIE | ROBIN HABIJONO |
| ROBERT PRICE FRISCH | ROBIN LEE MABARY |
| ROBERT R DEKANSKI | ROBIN RAYMOND ROWLAND |
| ROBERT RAINEY | ROBINSON CHARLES WOOD |
| ROBERT RALPH BINONIEMI | ROBORIS  LLC |
| ROBERT RANDALL PHILLIPS | ROBYN NORRIS CASADY |
| ROBERT RAZVAN REDFORD | ROCHELLE DIEZ |
| ROBERT REINER GLOECKNER | ROCHELLE LEE LIAN |
| ROBERT RICHARD FEOLE | RODELL AUSTIN SPAKE |
| ROBERT RUSSELL WILKINS | RODNEY CARL JOHNSON |
| ROBERT S CHUN | RODRIGO ALEJANDRO MILLAN MILLAN |
| ROBERT S KENNARD | RODRIGO RAMOS ALVAREZ |
| ROBERT SCOTT VANOSS | RODRIGO RUBEN SANTIAGONIEVES |
| ROBERT SHEETS | RODRIQUEZ DANGRA NEAL |
| ROBERT SHUNI WANG | ROGELIO AROMIN |
| ROBERT STANLEY EGAN | ROGER ALBRECHT DELACRUZ |
| ROBERT STEPHEN HYSLOP | ROGER ANTHONY GRAYSON |
| ROBERT STEVEN FLORES | ROGER ARMAND ABEJEAN |

ROGER CURTIS CLINKSCALES

ROGER HSU

ROGER HUGH MILLER

ROGER JAMES ALEXANDER

ROGER JOSEPH KUO

ROGER LEE SUTTON

ROHAN R CHITTUR

ROHAN SHARMA

ROI HABERER

ROLAND ERVIN VELUNTA

ROLAND MENDOZA BERCASIO

ROLAND SHEN

ROLANDO H MILLER

ROMAN BULGAKOV

ROMAN JULIAN FEOLA

ROMAN KHAVES

ROMAN SMISHKEWYCH

ROMEO ARELLANO

ROMMEL SARDAR GOOD

RON C KIRBY

RON SOEUM

RONALD B MUHAMMAD

RONALD DEBIASSE JR.

RONALD EDWARD GAYNOR

RONALD EDWARD JEWELL

RONALD EUGENE ALLEN

RONALD GONZALES SALVADOR

RONALD JEROME WATTS

RONALD JOSEPH LOCKINGTON

RONALD JOSEPH SMOLINSKI

RONALD JOSHUA GILERMAN

RONALD L PULLEN

RONALD LAWRENCE BUCKLEY

RONALD LEE BATES

RONALD LEE HENDRICKS

RONALD LEE WEBER

RONALD M JOHNSON

RONALD MIKHAIL ANGSIY

RONALD NATHAN SASAKI

RONALD OLIVER SCHUBERT

RONALD STEVEN CARDONA

RONALD TIMOTHY LYNG

RONALD VARNADO

RONALD WAYNE SMITH

RONNIE ALEXANDER RENFROW

RONNIE KRIST PIROVINO

RONNIE LOU HERNANDEZ

RORY MATTHEW WARD

ROSALIE GOLBAHAR

ROSE CARMEL BURGOS REMITIO

ROSE MARIANNE ROSENFELD

ROSEMARIE DIANNE HARTER

ROSHAN SUNKARA

ROSHANDIP SINGH

ROSS EDWARD KONESKY

| | |
|---|---|
| ROSS JAMES WYLIE | RUSSELL JAY BARNES |
| ROSS JEROME SHERIDAN | RUSSELL JEROME MOORE |
| ROSS PARK HOWDLE | RUSSELL LANE BOYD |
| ROSS PETERSON | RUSSELL LEE DAIGLE |
| ROSS T YINGLING | RUSSELL SCOTT CANOUSE |
| ROSS WAYNE ANDERSON | RUSSELL STEPHEN HAAKE |
| ROY BERG | RUSSELL WESH |
| ROY EDWARD LEINONEN | RUSSO CARMINE ANASTASIO |
| ROY GENE RUSSELL | RY STERLING YENNIE |
| ROY NEAL RANDOLPH | RYAN ADAMS DROLET |
| ROYCE CLINTON LEWIS | RYAN ALAN GORHAM |
| ROYEE ZVI ATADGY | RYAN ALBERT NICOLAY |
| RRR SECURITIES  LLC | RYAN ALEXANDER OBRIEN |
| RUBEN ALEXANDER GIOSA | RYAN ALEXANDER SOMPLASKY |
| RUBEN SOTO | RYAN ANDREW PATERSON |
| RUDDIE JOSEPH JEFFERSON | RYAN ANDREW QUINLEY |
| RUDOLF MEAUX | RYAN ANTHONY KOHRIG |
| RUDOLF WILLIAM WOLF | RYAN ANTHONY PHILLIPS |
| RUEBEN DANCARRANZA AQUINO | RYAN ANTHONY SCHROEDER |
| RUI WANG | RYAN AUGUSTUS LONGTON |
| RUOYUN LI | RYAN BERYL MESTON |
| RUPAM GUPTA | RYAN BOWLES INVESTMENT  TRUST |
| RUSSELL ARMAND-CHARLES BARIL | RYAN BUELL |
| RUSSELL B COOVER | RYAN BUFORD HUNT |
| RUSSELL CLINTON HEETER | RYAN CARL WAGNER |
| RUSSELL EVANS | RYAN CARLO ARATA |
| RUSSELL J DICELLO | RYAN CHARLES SCHWARZKOPF |
| RUSSELL JACK COHEN | RYAN CHARLES UNDERWOOD |

| | |
|---|---|
| RYAN CHAU | RYAN HENRY GOUGH |
| RYAN CHRISTIAN SCHATZMAN | RYAN HOUSTON GORDON |
| RYAN CHRISTOPHER JOHNSON | RYAN I BETESH |
| RYAN CHRISTOPHER SANNA | RYAN IAN WASSERMAN |
| RYAN CLINT MARTIN | RYAN J LAVERTY |
| RYAN D ARMEZZANI | RYAN JACOB MORGAN |
| RYAN DARYL BEGLAU | RYAN JAMES CHILIA |
| RYAN DAVID CHRISTOPHE LUCKEN | RYAN JAMES LASSEN |
| RYAN DAVID MOUNAIME | RYAN JAMES RUNCHEY |
| RYAN DENNIS FRIEDER | RYAN JOHN MCDERMOTT |
| RYAN DON REPH | RYAN JOHN RILEY |
| RYAN DOOLEY | RYAN JOHN VANHORN |
| RYAN EARLE LINK | RYAN JOSEPH ACHTERBERG |
| RYAN EDWARD DEVINE | RYAN JOSEPH PRAMER |
| RYAN EDWARD KLOPFER | RYAN K BRAGLIA |
| RYAN EDWARD MASON | RYAN KAPLAN |
| RYAN EDWARD RINALDO | RYAN KIRBY PEER |
| RYAN ELDRED CAMPBELL | RYAN LARRY HOLZER |
| RYAN ERIC CARPENTER | RYAN LEE MCMILLAN |
| RYAN EUGENE YOUNG | RYAN LEIGH ABRAMOW |
| RYAN FRANCIS MARINO | RYAN M POBOY |
| RYAN FRANKLIN FARR | RYAN MATTHEW KEE |
| RYAN FREDERICK FLEISCHMANN | RYAN MATTHEW SPARKS |
| RYAN GARRETT KIEHN-YEATS | RYAN MATTHEW SWANN |
| RYAN GAVIN MCCULLOCH | RYAN MICHAEL FARRELL |
| RYAN GEOFFREY WEATHERILT | RYAN MICHAEL ISEMAN |
| RYAN GREGORY BOWLES | RYAN MICHAEL KEINTZ |
| RYAN GUPTA | RYAN MICHAEL LITWILLER |

RYAN MICHAEL PENNELLA

RYAN MICHAEL SCOTTING

RYAN MICHAEL STECKLER

RYAN MICHAEL ZAHNISER

RYAN PATRICK HALLFORD

RYAN PATRICK SERRATO

RYAN PAUL LARSON

RYAN PAUL MILLER

RYAN PHILLIP VERNON

RYAN R ALTMAN

RYAN RAND VISCONTI

RYAN RAYMOND SCHAUSS

RYAN RICHARD BORO

RYAN RICHARDS

RYAN RODDEN

RYAN S FONTENOT

RYAN SAEED KAYVAN

RYAN SCOTT BLEDSOE

RYAN SIGMUND NGUYEN

RYAN SIGMUND NGUYEN

RYAN SIMONS

RYAN STEPHEN ORBAN

RYAN STEVEN HSIEH

RYAN T DO

RYAN TAYLOR DILLARD

RYAN THOMAS JOHANSEN

RYAN TYLER JOHNSON

RYAN WERTH

RYAN WESTON SHIFLETT

RYAN WILLIAM BRAUN

RYAN WILLIAM GOYER

RYAN Y CHUA

RYAN YUKIO NAKAIMA

RYAN ZEDRICK HAZLITT

RYOTA KAWAMURA

RYOTA SEKINE

S&T 401K INVESTMENTS  LLC

SAAD QURESHI

SAAD SAMMY ELIDRISSI

SABRINA BERENGERE CLERIE

SABRINA FRANCESE

SACHIN MOHAN

SADRUDDIN SHERALI LAKHANI

SAEHOON W PAK

SAEHYUN KIM

SAGIE MORDECHAI BEN-GURION

SAHAR AKBARZADEH

SAHEL YAMINI

SAHIL ASIM

SAHIL KIRAN PATEL

SAHIL ZULFIQUAR KHOJA

SAI CHEONG GARY TAM

SAI MOUNIK YERUSU

SAI SATYA PRASAD MAMIDI

SAI SRINIVAS SUNKARA

SAJEEVE ABRAHAM MATHEW

SAJNI C PATEL

SAKHOM MA HUGHES

SALADIN ALLAH

SALAMEH ELIAS MAAIA

SALEEM ABDELMUTI

SALIM PYAREALLY LAKDAWALA

SALIM SHERALI MITHA

SALVADOR BARRAZA JR

SALVADOR EDUARDO PAREDES

SALVADOR LOU LITUANAS

SALVADOR MUNOZ VERAS

SALVATORE THOMAS TIRONE III

SAM PENIAK

SAM S JOZANI

SAMA SEAN BABILAA

SAMANTHA L KIFER

SAMANTHA PORTER GRINNEY

SAMEER A GHAZNAVI

SAMEER ASHOK OSWAL

SAMEER KAREEM KHOJA

SAMER HUSNI KURAISHI

SAMIR Y GENID

SAMIT R DESAI

SAMMY HUH

SAMNANG SAMRETH

SAMSON KHAMO PIUS

SAMUEL A WEINROTT

SAMUEL BERRY

SAMUEL CARLOS RODARTE

SAMUEL COLE VANDERBILT

SAMUEL CRAIG NEWBERRY

SAMUEL DEAN HUGO

SAMUEL EDWARD STAFFORD

SAMUEL ELLIOT WACHSPRESS

SAMUEL ERNIE SABORI

SAMUEL HOUSTON LIMBONG

SAMUEL JAMES IVEY

SAMUEL LEO ASKEW III

SAMUEL LEWIS GREEN

SAMUEL MICHAEL GARZA

SAMUEL NATHAN WATTS

SAMUEL OFA MANU

SAMUEL PHILLIP  JONES

SAMUEL RICHARD WEEKS

SAMUEL SANCHEZ

SAMUEL SCOTT EMPFIELD

SAMUEL SEE SOUTHAVONGSA

SAMUEL SHAMYUHL KIM

SAMUEL STEVEN KOLBOVSKY

SAMUEL STUART HART

SAMUEL TAYLOR HELLEN

SAMUEL TAYLOR SHIPLEY

SAMUEL ULLOA

SAMUEL VINOTH KUMA A CHITHARI

SAMUEL WILLIAM MASSEY

SAMUEL ZACHARY MITZNER

SAMY ASADI

SAN LO

SANATH HARI SAMBAMOORTHI

SANDEEP KUMAR REDDY AUDUNOORI

SANDEEP P GHAEL

SANDEEP VARMA ALLURI

SANDRA BAUMEISTER

SANDRA BEACH ERICKSON

SANDRA ELIZABETH BARTLETT

SANDRA JEAN KNUTH

SANDRA MCCARTHY MEEKS

SANDRA N GITAU MIKLAS

SANDRA NAOMI PANDURO

SANDY WASHINGTON-GIBBS

SANELA KAPULAR

SANELA PETROVIC

SANG H CHUNG

SANG KEUN CHI

SANJAY PREMSWARUP RATTAN

SANJAY VITHAL PATEL

SANJAY WAHI

SANJEET RAM CHAUDHARY

SANJEEV GIRI

SANJEEVA KUMAR BHASHYAM

SANJIV PRABHUNANDAN

SANKET B CHAUHAN

SANTIAGO RIVERA TORRES

SANTOSH KUMAR DWARAKANATH

SANTOSH KUMAR PUROHIT

SANTOSH PRANEETH BANDA

SAPAN VIBHAKAR MODY

SARA DE NEERGAARD BUCK

SARA JEAN SAUVE

SARA LYNN DUBE

SARA NUANQING HUANG

SARA S UNDERWOOD

SARAH APSEY

SARAH DE JONG

SARAH K SCHAFFER

SARAH KATHLEEN FALCONER

SARAH MARIE VALLEJO

SARAH NAM

SARITA KRITI KANAMARLAPUDI

SASI BHUSHAN KODATHALA

SASIKUMAR PURUSHOTHAMAN

SASSAN STEVEN KHATIBLOO

SAT VAN

SATHISH RAO KOTESHWAR

SATHYA WIJAYA KANG

SATIN ROSELEE CRABLE

SATINI WANIDA BOONLUE

SATISH DAHAL

SATOSHI ASANO

SATWIK RANJAN DESHPANDE

SATYANARAYANA DILLIKAR

SAUL D GARCIA SANTIAGO

| | |
|---|---|
| SAUMAN ARMAN RAFII | SCOTT HENRY FRAY |
| SAURABH KATARIA | SCOTT HERBERT MCKENNEY |
| SAURIN MANOJKUMAR SHAH | SCOTT HOWARD MEEUWSEN |
| SAWYER BENNETT RICE | SCOTT J LURIE |
| SAWYER TATE ROGERS | SCOTT JACK FLETCHER |
| SAY HO TEOH | SCOTT KING |
| SCAL REAL ESTATE  LLC | SCOTT LAWRENCE PORTER |
| SCORPIO AN TRAN | SCOTT M EBY |
| SCOT STANLEY VERMILLION | SCOTT MARSICANO |
| SCOTT A KUHN | SCOTT MATHEW JAMOO |
| SCOTT ALAN HUFFMAN | SCOTT MATTHEW ANDERSON |
| SCOTT ALAN HUFFMAN | SCOTT MICHAEL EDMONDS |
| SCOTT ALAN KLETTKE | SCOTT MICHAEL GRIFFIS |
| SCOTT ALAN KOLLMORGEN | SCOTT MICHAEL GROSS |
| SCOTT ALLAN MOORE | SCOTT MICHAEL HARBERTSON |
| SCOTT ALLEN ZIMMERMAN | SCOTT MICHAEL KAPUN |
| SCOTT ANDREW GEERTSEN | SCOTT MICHAEL KOHL |
| SCOTT ANTHONY NORRIS | SCOTT MUNDORFF |
| SCOTT ANTHONY PEONIO | SCOTT NOHYUN KIM |
| SCOTT ANTHONY WEISGERBER | SCOTT PATERSON |
| SCOTT B SCHECHTER | SCOTT PATRICK ROBINSON |
| SCOTT CRAIG SCHMEIZER | SCOTT PAUL GRASSO |
| SCOTT DAVID JOHNSON | SCOTT PHILIP JEAN |
| SCOTT EUGENE CHILDERS | SCOTT RANDOLPH BLYTH |
| SCOTT FORSYTH MICKEY | SCOTT ROBERT RASLEY |
| SCOTT FRANCIS STAPLEFORD | SCOTT RONALD HOFFER |
| SCOTT FRANK BONORA | SCOTT RUFFNER LATHAM |
| SCOTT HAUSWIRTH | SCOTT RYAN BALL |

SCOTT RYAN JAMES

SCOTT SCHICHTL

SCOTT SEBASTIAN SHILLCOCK

SCOTT STEVEN BARTAL

SCOTT TRAVER OVALD

SCOTT VICTOR  TUSA

SCOTT VICTOR BRETON

SCOTT WILLIAM BERRY

SCOTT YALE

SDG IMPACT FUND INC

SEAHORSE EXPRESS LLC

SEAN A MACALUSO

SEAN ADRIAN MARIN

SEAN ALLEN SMITH

SEAN BEDFORD MILLER

SEAN BERTSCH STONER

SEAN BYRNS YARNELL

SEAN C LANKTREE

SEAN CHRISTOPHER MELISSARI

SEAN COVERT MURPHY

SEAN DAMON LINNAN

SEAN DAVID DALTON

SEAN JOHNSON

SEAN M LUNKENHEIMER

SEAN MICHAEL GAFFNEY

SEAN MICHAEL GREENWALDT

SEAN MICHAEL HINZE

SEAN MICHAEL MULLIN

SEAN MICHAEL REITMAN

SEAN MICHAEL RICE

SEAN MICHAEL SULLIVAN

SEAN ONYIYECHI EKEKWE

SEAN P CAGLE

SEAN P DONAHUE

SEAN PAUL YOUNG

SEAN PHILLIP ABRAHAMSEN

SEAN PIERCE DLAGARZA

SEAN PURCELL

SEAN RUSSELL MADSEN

SEAN SHYANG JONG

SEAN THOMAS IMPULLITTI

SEBASTIAN ALONSO ARMIJO

SEBASTIAN AROCA

SEBASTIAN JAMES CIANCIO

SEBASTIAN MICHAEL  WILSON

SEBASTIEN RENEJEAN WALLEZ

SEBASTIEN UHALDE

SEFTON KINCAID

SELAMAWIT HABTESELASSIE MULUGETA

SELCUK GUN

SELWAN BANGEAN ABDULLAH

SEN TIAN

SENTHIL G NATARAJAN

SENTHIL KUMAR POOSHAPPAN

SEONG PIL HAN

SEONGYUL KANG

| | |
|---|---|
| SEPEHR FARHAND | SHAHDOR BARANDAK |
| SEPHY BENJAMIN BOUNAN | SHAHEEN MOHAMMED A ALHUMAYDHI |
| SERGE  SYB | SHAHIN  DEJBAKHSH |
| SERGEI IGOREVICH VOITENKO | SHAHRIAR BOBBY DAVARI |
| SERGEY PORUCHIKOV | SHAHROOZ HEKMATPOUR |
| SERGIO DEJESUS ANZALDO CORTEZ | SHAHZADA MANSOOR |
| SERGIO DIAZ | SHAI LIVNE |
| SERGIO LUIS SELVA | SHAI STEINBERG |
| SERGIO RAMON SOTOLONGO | SHAIJU THOTTAPPILLIL MATHEW |
| SERGIO SELVA | SHAIN ROBERT SYLVAN LAFAZAN |
| SERHAN ULKUMEN | SHAKIR AMMAN CANNON-MOYE |
| SERVIO LUIS LOPEZ JAIMES | SHAN LALANJI LIYANAGE |
| SETH A DORENBUSH | SHANE CURTIS WACHLIN |
| SETH ALLEN GRAY | SHANE DALE WILSON |
| SETH DANIEL HALL | SHANE EDWARD FARR |
| SETH HAROLD ANDERSON | SHANE HERMAN ABINETTE |
| SETH J ANNABEL | SHANE LEE CLABORN |
| SETH MICHAEL BOYER | SHANE MICHAEL ALEXANDER DA SILVA |
| SETH RAYMOND WIJNHAMER | SHANE OWENS |
| SETH ROBERT BLACKSBURG | SHANE PATRICK DENTON |
| SETH WILSON SPANOGLE | SHANE RICHARD RIDLING |
| SETRAG KHOSHAFIAN | SHANE SURRENDRA PRASHAD |
| SETU DUTTA | SHANE TYLER DUNN |
| SEYDINA O GUIRO | SHANELENRE CALAGUAS AVILA |
| SEZGIN SEZER | SHANEMICHAEL PIERS |
| SHAHAB RAZIQ | SHANKAR DEVKOTA |
| SHAHAN LUKE KHOSHAFIAN | SHANKAR MAHESHWARAIAH |
| SHAHAR AVI ABRAMS | SHANNON DAVID JONES |

SHANNON DOLF BETTELHEIM

SHANNON MICHAEL SONES

SHANT AGOP DABBAGHIAN

SHAOBO LIU

SHARAM DANESH

SHARAVANAN RAMAKRISHNAN NULL

SHARON  EDELSTEIN

SHARON ARLEEN FEIN

SHARON LEE HALE

SHATERAH VERNELL HALL

SHAUN COLBORN STANLEY

SHAUN KENNETH BIBERSTON

SHAUN KEVIN FISHER

SHAUN MICHAEL ANDREWS

SHAUN MICHAEL FELCHER

SHAUN SHERMAN

SHAWN ARMAN CHOUINARD

SHAWN C CARPENTER

SHAWN C CARR

SHAWN CHAN

SHAWN CONNER LOUGHRAN

SHAWN H UEUNTEN

SHAWN M MCDONOUGH

SHAWN MICHAEL HAYES

SHAWN MICHAEL ROOT

SHAWN POHAKU CAMPBELL

SHAWN RYAN LARNER

SHAYAN A NOUSHABADI

SHEA DUNDA

SHEILA BONITA MYERS

SHELDON ALEXANDER YOUNG

SHELDON HARPER

SHELDON MUSTARD

SHELDON NIALL-SHANE MARTIN

SHELDON WANG ZHAI

SHELDON WAYNE DAVIS

SHELLEY RENEE SEITZ

SHELLY L KILMER

SHELTON DAYLEY KNUDSEN

SHEMAR ANTHONY WILLIAMS

SHENG XU

SHENG ZHENG

SHEPHERD N HAN

SHERI CHARISE WEBSTER

SHERRI DIONNE BRITTAIN

SHERWIN MORADA

SHERWOOD RANDOLPH ROPER

SHERYL RAINEY

SHI WAI YU

SHICHENG GE

SHIH CHUAN KU

SHIKHAR SAXENA

SHILO J GOOD

SHILPA KAMALA SUGUNA GOLLAPUDI

SHINHEE JOY SON

SHIRIN ELISA HARRELL

| | |
|---|---|
| SHIRLEY ALCISO DEE | SOFIA KOO |
| SHIVENDRA KUMAR | SOFIA QUY PHAM |
| SHLOMO AHARON GOLDIN | SOHAIL MAMDANI |
| SHLOMO KOFMAN | SOHAM JAYESH DESAI |
| SHUBHAM GUPTA | SOLEDAD CUEVAS RUIZ |
| SHUBHAM LAHOTI | SOLO DIGITAL VENTURES  LP |
| SIDAVONE KHAMPHADY | SOLOMON GAREDEW |
| SIDIKIE SORIE | SOLOMON KASSIE TADESSE |
| SIDNEY TYRONE LORICK | SOLOMON SCHON |
| SIERRA LYNN KATOW | SOMCHAI BUNLERSSAK |
| SIJIA LIANG | SOMSHRI PATNAIK |
| SILPA PINGALI | SONATA JARASUNAITE POLANCO |
| SIMEON TONY CHOKOISKY | SONG Y PARK |
| SIMIT YOGESH DESAI | SONNY KA LO |
| SIMON EDUARDO ARENAS | SOO CHUL YU |
| SIMON G MOBBS | SOON SUNG HONG |
| SIMON IAN WHITE | SOPHIA VARELLA |
| SIMONE HANRAADS | SORAYA KYAMUMI ARINZECHI |
| SINA AMIR JOORABCHI | SOU-CHING WU |
| SINAE ERIN KIM | SOUFIANE KHOUCHANE |
| SIZHONG ZHANG | SOUHAIL MICHAEL KARRAM |
| SJ TECH CONSULTING TRUST | SPENCER C ALLEN |
| SKP INVESTMENTS  LLC | SPENCER CLARK SIBERT |
| SKYLER WAYNE PINCH | SPENCER COLE FREIDENRICH |
| SLAWOMIR P LAPINSKI | SPENCER CRAFT SUSSMAN |
| SLOAN REED SPILLER | SPENCER KENNETH JONES |
| SMAJIL SELIMAGIC | SPENCER LEE MANN |
| SO YEON SHARON OH | SPENCER MICHAEL SCHMIDER |

SPENSER TIMOTHY PAUL

SPRING VALLEY REVOCABLE LIVING TRUST  U/A DTD 4/29/1998

SPYRIDON ANTONOPOULOS

SRAVAN KUMAR ARAVELLY

SRDJAN RELJIN

SREEJITH MADHAVAN

SREEKANTH PUVVULA

SRI ANANDA PRATEEKA

SRIDHAR JALLAPURAM

SRIDHAR VISHWANATHAN IYER

SRIHARI JAGAN VASISTA

SRIKANTH RAVINUTHULA

SRINIVAS TAKURI

SRINIVASA RAO GUNDIMEDA

SRINIVASAN VIMALANATHAN

STABLECOIN INDEX LP

STACY ALLEN MCDANIEL

STACY ANN DAVIDS

STACY LYNN BAHNER

STAFFAN HARALD BERG

STANCE WILLIAM SCHUDY

STANLEY A DEBELAK

STANLEY ALEXANDER HUDSON

STANLEY ANTHONY NASRAWAY

STANLEY P TYLKA

STANLEY SMITH

STAV BOTTNER

STEFAN LORENZ YOUNG

STEFAN RICHARD WENDELL RIECK

STEFANIE L TRAFECANTY

STEFANIE SKYE WILLIS

STEFFAN DAVIES

STEPHAN JOSEF DEUTSCH

STEPHAN VICTOR  WALCHUK

STEPHANE BERNARD MARCEL REYNAERT

STEPHANE VILLARD

STEPHANIE CAROLYN LAYMAN

STEPHANIE JO YEAGER

STEPHANIE MAKISHIMA

STEPHANIE MARINA ROE

STEPHANY HENRY

STEPHEN A KAHN

STEPHEN AARON BELL

STEPHEN ADIEL CAMARGO MEDINA

STEPHEN ALLEN BROUILLARD

STEPHEN ANTHONY GERARDI

STEPHEN ARCHIBALD

STEPHEN BRADFORD NABERS

STEPHEN BRIAN JOHNSON

STEPHEN BRUCE WESSON

STEPHEN C MOCKUS

STEPHEN DANIEL BLALOCK

STEPHEN EDWARD FUGES

STEPHEN FRANCIS DANIELS

STEPHEN FRANCIS SO

STEPHEN FREDERICK KNUDSEN

STEPHEN GARY KRIEGER

STEPHEN GEORGE FITZMAIER

STEPHEN IVAN LEVENBERG

STEPHEN J LUISTRO

STEPHEN JACOB SANDERS

STEPHEN JAMES HUNT

STEPHEN JO ANTHONY PEREZ

STEPHEN JOSEPH PADGETT

STEPHEN K BENZIO

STEPHEN KYLE YOUNG

STEPHEN M LEWANDOWSKI

STEPHEN MANN

STEPHEN MARK  MELNYCHUK

STEPHEN MARTIN O DONNELL

STEPHEN MATTHEW ADKINS

STEPHEN MC AFEE BROCKER

STEPHEN MICHAEL FRENCH

STEPHEN MICHAEL LAND

STEPHEN MICHAEL LEARY

STEPHEN MICHAEL PETERS

STEPHEN MICHAEL SWANSON

STEPHEN NORBERT DREIKOSEN

STEPHEN RYAN SAUNDERS

STEPHEN S FRANCO

STEPHEN SHAWBING YANG

STEPHEN THOMAS SCHREIBER

STEPHEN TYLER NEGLEY

STEPHEN W SUN

STEPHEN WAYNE WATTS

STEPHEN WILLIAM PRINCE

STEPHEN WILLIAMS JOHNSON

STERLING ALAN SELOVER

STERLING WELDON KILLION

STEVE AKOPYAN

STEVE DANG

STEVE KIKI

STEVE KRUSE

STEVE KURNJU KIM

STEVE LABO

STEVE MICHAEL BLANCO

STEVE MICHAEL HAWKINS

STEVE SALVATORE LONGOBARDO

STEVE T WENG

STEVE YI

STEVEN  VINCENT

STEVEN ADAM MAEX

STEVEN ALLAN KRUCKENBERG

STEVEN ANDREW SEDGWICK

STEVEN ANTHONY VISONE

STEVEN ANTOINE GRIIN

STEVEN BERNARD IDELS

STEVEN BRADLEY BOWEN

STEVEN C ZANG

STEVEN C ZANG

STEVEN CHI HUNG TONG

| | |
|---|---|
| STEVEN CHONGQING FAN | STEVEN JESS TINCHER |
| STEVEN CRAIG NAMM | STEVEN JOHN CARAVELLA |
| STEVEN CRAIG TRACY | STEVEN JOHN ORAS |
| STEVEN D GOLUB | STEVEN JON IV DEDINA |
| STEVEN DALE TAYLOR | STEVEN JOSEPH GORDON |
| STEVEN DANIEL KOTIK | STEVEN JUSTIN DOLINSKY |
| STEVEN DEL HAWKINS | STEVEN KAZUO SHIMBO |
| STEVEN DENNIS SOOBY | STEVEN L SCHLUTER |
| STEVEN DENNIS SOOBY | STEVEN L T SMITH |
| STEVEN EDWARD MIRACLE | STEVEN LONG ZHOU |
| STEVEN ELLSWORTH THOEMKE | STEVEN LYNN GILMAN |
| STEVEN ERIC BROGLIE | STEVEN LYNN GREGERSON |
| STEVEN ERIC MASON | STEVEN M CHAGNON |
| STEVEN F MONTEMARANO | STEVEN M SALINAS |
| STEVEN GARY ANDERSON | STEVEN MICHAEL CALANDRA |
| STEVEN GEORGE GERHARDT | STEVEN MICHAEL DAY |
| STEVEN GORSKI | STEVEN MICHAEL GRAHAM |
| STEVEN GREGORY DAGG | STEVEN MICHAEL PASSANTINO |
| STEVEN GRIN | STEVEN MIRABELLO |
| STEVEN HAEHNICHEN | STEVEN MYLOT LEE |
| STEVEN HIRDSHI ONO | STEVEN OLIVER SALGUERO |
| STEVEN HOWARD KAUFF | STEVEN OLLIVER |
| STEVEN HYUN SOO KIM | STEVEN P ABRAMOW |
| STEVEN J BEACHY | STEVEN PATRICK MACEK |
| STEVEN J CHIEN | STEVEN PHU DUC HONG |
| STEVEN J DASILVA | STEVEN RAY HORTON |
| STEVEN JAY KELLUM | STEVEN RAYMOND OAK |
| STEVEN JEROME SOWA | STEVEN RYAN GILDERSLEVE |

| | |
|---|---|
| STEVEN SUMAYA | SUMAN GANGA |
| STEVEN TIMOTHY PIRNIK | SUMATHI BALASUBRAMANIAN |
| STEVEN TYLER REED | SUMEET KUMAR |
| STEVEN W ROSADO | SUMIT KUMAR DUA |
| STEVEN WAYNE TOLLESON | SUMMER CLAIR VAN DER WESTHUYZEN |
| STEVEN WILLIAM HANCOCK | SUMTER MARTIN PENDERGRAST JR |
| STEVEN WILLIAM SOLIS | SUNDEEP RAJU GOKARAJU |
| STEVEN WINTZE CHEN | SUNEEL VELURI |
| STEVEN ZHIYUAN YANG | SUNG SIK KIM |
| STEVEN ZIYI WANG | SUNG WON SHIN |
| STEWART JAMES COHUNE | SUNG YUN CLARA CHO |
| STREAMSIDE SOLUTIONS  LLC | SUNGJIN KIM |
| STRUAN ALISTAIRJUDE VAZ | SUNITA YALAMARTY |
| STUART CARMICHAEL HUPP | SUNNY KUNDRA |
| STUART DONALD BROWN | SUNNY SHENG CHANG |
| STUART DOUGLAS HARRISON BAKER | SUNY BEHAR PARKER |
| STUART GEORGE HISTON | SURAIYA MANASIA |
| STUART JOHN PORTER | SURESH BOMMASAMUDRA |
| STUART ROGER BROWN | SURESH KUMAR NANDWANI |
| STUART W NICOLL | SURESH T PALIWAL |
| SUBHAS HAJERI | SUSAN ATLAS KELLEY |
| SUBHASH SIMHAMBHATLA | SUSAN DOOLITTLE |
| SUDEEP SANGAMREDDI | SUSAN EILEEN CAGGIANO |
| SUDEEP SWARNAPURI | SUSAN JANE NORTON |
| SUDHEER KUMAR MOLUGU | SUSAN LEE BALLEW |
| SUJENDRA S SAWANT | SUSAN MARGUERITE TEN-KATE |
| SUK HWAN OU | SUSAN MARIE SHEEN |
| SUKHRAJ SINGH SOHAL | SUSAN SHEUNG HU |

| | |
|---|---|
| SUSANNAH LIN | TALBERT GERALD DSOUZA |
| SUSHANTH SAMALA | TALI SCHNEIDER |
| SUZANNE E MONREAL | TAMARA HUGHES WENDT |
| SUZANNE M ALEXION | TAMARA JEAN BUCHAN |
| SUZANNE M MERRILL | TAMARA NICOLE GRAHAM |
| SUZIE HEWITT | TAMER AHMED KASSEM |
| SWATHI YEMMANUR | TAMILSELVAN  RADHAKRISHNAN |
| SWATI SHARMA | TAMIR NISIM ALIMA |
| SYDNEY DEGLAU CEREN | TAMOTSU TOME |
| SYED AREFINUL HAQUE | TAN DUY HOANG |
| SYLAS COLE STACY | TAN JUNXIAN  GABRIEL |
| SZE LEI LEONG | TANAY CHOUDHARY |
| SZE-WING LEE | TANER NALBANT |
| TAAMIKA C POLLARD | TANMAY RAMESH SAWANT |
| TABSHOPCOM  LLC | TANNER CLAYTON KAY |
| TAD DOUGLAS SCHOEDEL | TANNER LEE STOFFREGEN |
| TADAS KUNICKAS | TANNER LYNN BIGLER |
| TAE H HAM | TANNER YANGWEI ZANE |
| TAE HOON CHOI | TANUS SHIDID |
| TAE KWANG KIM | TANYA ANN HUBBELL MCALLISTER |
| TAELOR BLAYNE WORRELL | TAP ROOT  LP |
| TAHIR ZAMAN | TARA MICHEL DALY |
| TAI SARTPRASIT | TARA SULLIVAN COLLIER |
| TAILI AKILI THOMPSON | TAREK BEN MOUSSA |
| TAINA LEIGH JOSEPH | TARIK JAMIL THAMI |
| TAK HUNG YEUNG | TARINI SAI TALLURI |
| TAL M ZIV | TARIQ LALABHAI VORA |
| TALAL SHARAIHA | TARN TARAN SHANT |

TARUN PRABHAT

TASSANEEYA SAENGBURAN

TATE THOMAS UECKER

TATEKUNI ITO

TATSURO IRIE

TAWFIQ ALKILANI

TAYLOR ALLEN WEST

TAYLOR ANDREW STUBBS

TAYLOR CUSHMAN ROSE

TAYLOR GEOFFREY ROTH

TAYLOR GRIER LEWIS

TAYLOR JOHN GIPPLE

TAYLOR JOSEPH TREMBLE

TAYLOR JUSTUS VASQUEZ

TAYLOR RICHARD WALTON

TCP INVESTMENTS  LLC

TEC VIVA INVESTMENTS  LLC

TED ANTHONY ARCINIEGA

TED NGUYEN

TEDDY SI YOUN

TEJAS RAMDAS SHIRBHATE

TEJVIR SINGH

TELIX SEBASTIAN

TENZIN NYIMA

TEOTIMO AGUINALDO GARCIA

TERENCE C COPPOLA

TERRENCE ANTHONY DEIS

TERRI GOEMAN

TEVIN GAMBLE

THADDEUS AARON GALA

THAER F SABLA

THAIBINH HUU NGUYEN

THANG HONG NGUYEN

THANG VAN HO

THANH TRA MAC

THARSEO INVESTMENTS LLC

THE ARTIZENRY  INC.

THE JAMIE L. BRIGGS TRUST  U/A/D 6/8/17

THE LY FAMILY  TRUST

THE MOOM  TRUST

THE SHITAL K. PATEL TRUST DATED
OCTOBER 12  2021 FBO SAHIL S.  PATEL

THE SHITAL K. PATEL TRUST DATED
OCTOBER 13 2021  FBO SHAAN S. PATEL

THE SHITAL K. PATEL TRUST DATED
OCTOBER 14  2021 FBO SAAVI S. PATEL

THE VIEN TRAN PHAM

THE WALL PANEL COMPANY  LLC

THEODORE JACKSON STROM

THEODORE KIM

THEODORE MICHEL NOUTSOS

THEODORE ROMAINE GERRING

THEODORE SAMUEL ELONIS

THERESA M FITZPATRICK

THERESE TING TING WONG

THIANPHAT SUMSUNG WILLIAMS

THOMAS ALBERT DIFIORE

THOMAS ALEXANDER REVY

| | |
|---|---|
| THOMAS ALLEN COSS | THOMAS GLENN CARPENTER |
| THOMAS ALLEN HAMLETT | THOMAS GREGORY CLEARWATER |
| THOMAS ALLEN MOHR | THOMAS HARPOINTNER |
| THOMAS ANDREAS MATKOVITS | THOMAS HOWARD STREET |
| THOMAS ANTHONY IPPOLITO | THOMAS IAN-GOODSON RICCA |
| THOMAS AUBREY HALL | THOMAS J AN |
| THOMAS BERT MALLORY | THOMAS J BERNTHAL |
| THOMAS BRIGHT BUFORD | THOMAS JAY BAHN |
| THOMAS BRUCE OBRIEN | THOMAS JOEL MENDEZ |
| THOMAS CARL SCAGLIONE | THOMAS JOSEPH EDWARDS |
| THOMAS CHARLES COUCH | THOMAS JOSEPH KAUFMANN |
| THOMAS CHARLES KRCMARIC | THOMAS JOSEPH LUTMER |
| THOMAS CLARK OBRIEN | THOMAS KIRBY BOLIN |
| THOMAS DANIEL HARBERT | THOMAS M KNIGHTLY |
| THOMAS DEAN FIKAR | THOMAS MICHAEL MIKSIC |
| THOMAS E GOSSELIN | THOMAS MICHAEL UZELMEIER |
| THOMAS E RICE | THOMAS NIEMI |
| THOMAS EDWARD CAREY | THOMAS PATRICK KANE |
| THOMAS EDWIN MCCANN | THOMAS RICHARD MC NALLY |
| THOMAS EUGENE TAYLOR | THOMAS ROARK |
| THOMAS FINDLAN | THOMAS ROBERT VOLK |
| THOMAS FONDA THASITES | THOMAS ROSTON IV BARRETT |
| THOMAS FRANCIS FRITZ | THOMAS RYAN BAKER |
| THOMAS FRANKLIN MEREDITH | THOMAS RYAN MURTAGH |
| THOMAS FREDRICK PHILLIPS | THOMAS SCOTT DUNN |
| THOMAS GAETANO GARGANO | THOMAS SCOTT MONSON |
| THOMAS GARBARINO | THOMAS STEPHEN KOJOE YIRENKYI |
| THOMAS GERALD SERRES | THOMAS UHM |

THOMAS VYHONSKY

THOMAS WADE HARRISON

THOMAS WALKEY

THOMAS WAYNE CARRARA

THOMAS WILLIAM BYRNE

THOMAS WILLIAM WILLIAMS

THOMAS YOUNG TABER

THOMAS ZERILLI

THUHA NGUYEN DEVLIN

THURSTON JAY POTTINGER

THYANNA KAY VOISINE

TIAN QIANG HUANG

TIANA LOUISE HAMPTON

TIANJIAO JU ZHANG

TIANJIN CHEN

TIFFANY MARIE FINE

TIMAAHD M BARNES

TIMBRE HEIDI CIERPKE

TIMMY LEE SORENSEN

TIMOTHY ALAN MORSE

TIMOTHY ALDEN COOL

TIMOTHY ALLAN GILDAY

TIMOTHY ANDREW BECKER

TIMOTHY BACA

TIMOTHY CHAD DAWSON

TIMOTHY CHARLES HOLSWORTH

TIMOTHY D FOLDY-PORTO

TIMOTHY EARL YATES

TIMOTHY EDWARD AYER

TIMOTHY EDWARD DEGNER

TIMOTHY EMANUEL BRYANT

TIMOTHY GEORGE CONROW JR

TIMOTHY GORDON JOHNSON

TIMOTHY HIU KI LAM

TIMOTHY ISAAC NAJERA

TIMOTHY JAMES DAVIS

TIMOTHY JAMES KOLB

TIMOTHY JAY BRADLEY

TIMOTHY JAY VANDERWEIDE

TIMOTHY JOHN WEIMER

TIMOTHY JOSEPH SWEENEY

TIMOTHY LANE HAYS

TIMOTHY LEE HINZE

TIMOTHY LEE MYERS

TIMOTHY LYONS ALEXANDER

TIMOTHY M GORSKI

TIMOTHY MICHAEL MCCLELLAN

TIMOTHY MICHAEL QUAIN

TIMOTHY MICHAEL SOBO

TIMOTHY OHARA

TIMOTHY PATRICK HEALEY JR.

TIMOTHY PATRICK WOODSON

TIMOTHY PAUL KRELLWITZ

TIMOTHY PAUL STENZEL

TIMOTHY ROSS JUDAY

TIMOTHY SCOTT DAWSON

| | |
|---|---|
| TIMOTHY SHAWN ELIZONDO | TODD THOMAS SLASOR |
| TIMOTHY TITUS TRISNADI | TODD TULLY KREBS |
| TIMOTHY W GRAVES | TODD WILLIAM FISK |
| TITO CRUZ | TOLULOPE AKINOLA OYENIYI |
| TOBIAS TIMOTHY FALZONE | TOM BISBEE |
| TOBY JAMES MASON | TOM G HARRIS |
| TOD W PLANERT | TOM KIKONYOGO |
| TODD AARON TRUDO | TOM LEE ZAFFT |
| TODD AUSTIN TIBBETTS | TOMAS GUTIERREZ |
| TODD BARNETT GORDON | TOMAS PRATTS |
| TODD DALE BRUSCHWEIN | TOMAS VARNELIS |
| TODD DANIEL VAN DYKE | TOMASZ KRUPINSKI |
| TODD DUANE CARLSON | TOMMIE MILES JONES |
| TODD EDWARD SEPP | TOMMY JOE PARRISH |
| TODD GLASS | TOMOKO OBI |
| TODD H TESSMER | TOMUHISA SUN |
| TODD HARRINGTON CANFIELD | TONE SVETELJ |
| TODD JASON GOLDFARB | TONI HOOD |
| TODD JOSEPH BOHLING | TONI SUDIMAC |
| TODD JUSTIN CRAMER | TONIO ORLANDO CASTRO |
| TODD L HEIBERG | TONY CHIEN CHIA LIN |
| TODD LAWRENCE HEIBERG | TONY DUY LE |
| TODD LAWRENCE HEIBERG | TONY POLK |
| TODD LEWIS JENKINS | TONY ROBINSON RENESCA |
| TODD MATTHEW HORWATH | TONY T HUNG |
| TODD MICHAEL SHEEHAN | TONY YOUNG RIM |
| TODD ROBERT VAN ARSDALE | TOPFLIGHT  LLC |
| TODD T KREBS  (SOLE PROPRIETOR) | TORE NAUTA |

| | |
|---|---|
| TORREY DION CUTHBERT | TRAVIS R GRAGA |
| TORY LAMONT REIGN | TRAVIS RAY BERTRAM |
| TORY MEYER | TRAVIS ROBERT HESS |
| TRACEY STEVEN STARK | TRAVIS SHAWN WATSON |
| TRACI L KISSINGER | TRENT MICHAEL JOHNSON |
| TRACY ELIZABETH BROWNE | TRENT TIANYI YANG |
| TRACY L FOSTER | TRENTON LEE SHORT |
| TRACY LYNE STUART | TRENTON STRATFORD MICHEL |
| TRACY SIYUAN LIU | TRENTON WADE STRONG |
| TRACY TRANG HOANG | TREVAUN BLU TURNER |
| TRAM ANH NGOC NGUYEN | TREVIN MARCEL PICK |
| TRANG THANH HOANG | TREVOR ALAN FINNEY |
| TRAVIS ALEXANDER BRICKER | TREVOR D CRUTCHER |
| TRAVIS ALEXANDER HARTKE | TREVOR DWIGHT TALBERT |
| TRAVIS ANTHONY  MASON | TREVOR ELLIOTT ALLER |
| TRAVIS D KNAUF | TREVOR J BROWNLEE |
| TRAVIS DALE RICHARDSON | TREVOR JAMAL NEELY |
| TRAVIS DIERINGER | TREVOR JASON GAYLORD |
| TRAVIS FREDERICK SANCHEZ | TREVOR JOSEPH ZINK |
| TRAVIS GREGORY KEENEY | TREVOR MICHAEL SCHUESLER |
| TRAVIS JACQUES WENTWORTH | TREVOR SCOTT BARNES |
| TRAVIS JOHN PALM | TREVOR SHAUN SLATER |
| TRAVIS JON TOUROO | TREY MCKINNEY JONES |
| TRAVIS JUSTIN TURNER | TRI DUC NGUYEN |
| TRAVIS LEE HECK | TRI HUU HO |
| TRAVIS LEE WRIGHT | TRI MINH NGUYEN |
| TRAVIS MCCOY | TRIA PEGGY SUE MURILLO |
| TRAVIS MICHAEL HEIDORF | TRIANGULUM CAPITAL LLC |

| | |
|---|---|
| TRIEU THI TRAN | TYLER AUSTIN MCMURRAY |
| TRIGG S THORSTENSON | TYLER BRENDALL |
| TRISTAN GUIDO FLANNERY | TYLER CHRISTIAN COLEMAN |
| TRISTAN JAMES KELLER-FINN | TYLER DANE ROBB SPRAGUE |
| TRISTAN STONE WILLIAMS | TYLER DANIEL SCHLUENDER |
| TRISTAN T SAW | TYLER DEAN BEAUCHAMP |
| TRISTATE HOLDINGS  LLC. | TYLER DEANDRE ROMERO |
| TRISTON ANTHONY THOM | TYLER DOUGLASS MARTIN |
| TRON W BLACK | TYLER EDWARD GLODT |
| TROY ALAN STUMPH | TYLER FREDERICK MARLEY |
| TROY ANTHONY GIESSELMAN | TYLER GORDON GOTTSTEIN |
| TROY B OSINOFF | TYLER J HAPGOOD |
| TROY EVAN SANDLER | TYLER JAMES BOTSFORD |
| TROY JACOB LOPARCO | TYLER JAMES COLES |
| TROY PARKER BROOKS | TYLER JAMES DORION |
| TRUNG MINH DZU | TYLER JAMES ELWELL |
| TRUPTI KAUSHIK JHAVERI | TYLER JAMES MOYER |
| TUAN TUONG LAM | TYLER JAMES VO |
| TUCKER BENJAMIN DIVINE TRIGGS | TYLER JOHN TWOREK |
| TUCKER JAMES OLSON | TYLER JOSEPH ALLEN |
| TUNIS MICHAEL DEVRIES | TYLER JOSEPH SIMAYS |
| TURNPAGE INVESTMENTS  LLC | TYLER MARSHALL PROUT |
| TUSITALA JUSTIN BRUNSON | TYLER MICHAEL ZELLER |
| TYE JOSEPH RIDOLFI | TYLER MITCHELL OPRASEUTH |
| TYLER ALAN RICKARDS | TYLER MORROW SMITH |
| TYLER ALLEN ABSHER | TYLER NILES TRANT |
| TYLER ANTHONY MARTIN | TYLER OSAMU YAMASHITA |
| TYLER ANTHONY SUAREZ | TYLER PAUL ASHTON |

TYLER RANDALL CALL

TYLER RYAN CORNELL

TYLER SAXON SOULE

TYLER SCOTT BUCHANAN

TYLER SLAYTON BEARDSLEY

TYLER STEPHEN HAYS

TYLER THOMAS SMITH

TYLOR JAMES WELTER

TYLYNNE AMBER MCCAULEY

TYRON TREMAYNE SUTTON

TYSON FOIANINI

TYSON GLENN BLACKNEY

TYSON GLENN BLACKNEY

TYSON JAMES SPOELMA

TYSON MCMICHAEL ASHENFELTER

TZE XIONG

TZU CHIN WANG

UBAKA E ONUORAH

UBIK GROUP  INC

UCHARAPORN  LAMBATOS

UDAY KRISHNA GHATIKAR

UKRIT WONGPANICH

ULRIC JEROME PATTILLO

ULRIKA CECILIA HUGHES

UMAIR FEROZ VIRANI

UMESH CHINTAMAN KARANDIKAR

UMIT KAZIM BAYINDIR

UMUT BALLI

URI ERAN

URIEL FROYLAN AVINA

USA BOX SOLUTIONS   LLC

UTKARSH SACHAAN

VAGRAM SHALVARDZHYAN

VAL  MASTERS

VAL GARTH SUNDBERG

VALENNIS GARCIA

VALENTIN KOMAROVSKIY

VALERE DELORME GAUTHIER

VALERIA CHISCA

VALERIA KHOLOSTENKO

VALERIE LYNN MIRANDA

VALERY CAROLINA VALENCIA MARZOL

VANERA NERA KEOHAVONG

VANESSA GAO RANGSIS

VANESSA M MIDDLEBROOKS

VANESSA MAGNANINI GUZZI

VANYA YOORS

VARAG ISHKHAN GHARIBJANIAN

VARUN CHAWLA

VASILEIOS STACHTOS

VAUGHN ALEXANDER TERPAK

VED PRAKASH MISHRA

VENKATA BONIGALA

VENKATA KRISHNAMRAJU MANTHENA

VENKATESH DHANAJAYAM
BABURAJENDRAN

VENKATESH RAJKUMAR

VENUGOPAL PANUGANTI

VERNIE LLOYD WILLIAMS

VERONICA ELENA PUERTA

VERONICA MARY SMITH

VETON VEJSELI

VIC ALAIN TIRTA

VICKEN MOSES

VICKI SUE HALL
VICTOR ACUNA

VICTOR ANTHONY BENEMELIS

VICTOR CATALAN

VICTOR CHI TRAN

VICTOR HUGO HENRIQUEZ

VICTOR HUGO ORTIZ- MIJANGOS

VICTOR JAY KUBICEK

VICTOR JESSE COTA

VICTOR MANUEL MARRERO

VICTOR MANUEL VEDOVATO

VICTOR NAVA

VICTOR O LAUGHLEN

VICTOR OVIDIU PAULESCU

VICTOR VLADIMIROVICH ZOUBENKO

VICTOR VU NGUYEN

VICTOR WONG

VICTORIA COLEMAN

VICTORIA MARIE HOLLINGSHEAD

VICTORINO PANIAGUA

VID FIKFAK

VIDYANAND DHANDE

VIKRAM CHOPRA

VINAY KALRA

VINAY KUMAR JUNEJA

VINAY-KUMAR PALLERLA

VINCENT ALLEN CALIANNO

VINCENT ANGELO MASTRO

VINCENT BRANDON ERZOSA

VINCENT F GODIN

VINCENT JAMES MACRI

VINCENT LU

VINCENT MICHAEL PARENTI

VINCENT WADE CONTRERAS

VINCENT WALTERS

VINCENT WIII DORTONA

VINCENT WILHELM VAUGHN STRADER

VINH Q DANG

VINH QUANG HUYNH

VINODKUMA BEJAWADA

VINSTON GUILLAUME

VIOREL POPTILE

VISHAL ABROL

VISHAL HASMUKH PATEL

VISHAL SARODE

VISHALCHANDRA KESHAV SEN

VISHWAS PATIL

VISVAMBHAR DAS HAUSNER

VITO BRUNO

| | |
|---|---|
| VIVEK RAKESH THAKKAR | WAQAS KHALID KEEN |
| VIVEK THATHAMATH | WARINTHORN CHATTHONGKAM |
| VIVEK VENKAT RAMAN | WARNER EDRICK JONES |
| VIVEKKUMAR VIJAYKUMAR PATEL | WARREN DAVID UMALI |
| VIVIAN YEUNG | WARREN HARLEN SALTZ |
| VIVIANA ASHLEY SORGE | WARREN KELLEN MYERS |
| VLAD RADU SERBAN | WARREN WU |
| VLADIMIR KUPRIYAN | WASEEM SHABOUT |
| VLADIMIR SHULMAN | WASIM MICHAEL ASSAF |
| VLADIMIR VLADIMIR PANIOUCHKINE | WAYNE EDWARD WALTERS |
| VLADISLAV ADZIC | WAYNE JEROME HERR |
| VOE ALLEN BRYSON | WAYNE K YUEN |
| VORN MOM | WAYNE KOLTER HOY |
| VOU QUIEN LUY | WBRR TRUST INVESTMENTS  LLC |
| VP INVESTMENTS & ASSETS LLC | WEAVE MARKETS LP |
| VRUSHANK SAWANT | WEI CHEE CHEN |
| WADE AARON TAPSFIELD | WEI W CHEN |
| WAHAB KAZI | WEITONG LU |
| WAI KIT LAU | WEI-TUNG CINDY KEEN |
| WALLACE WALTER PECK | WEN C JEN |
| WALTER BEASLEY | WEN WEI |
| WALTER DENNIS DAVILA | WENQIAN SHAN |
| WALTER GRAHAM ARADER | WESLEY BLAINE WALLACE |
| WALTER NEIGHBORS | WESLEY BURTON BERG |
| WALTER RANDOLPH COLLANY | WESLEY C GREEN |
| WALTER WILLIAM OAKDEN | WESLEY COLTER BROCKMAN |
| WANAKA HOLDINGS  LLC | WESLEY GEUNHYUK CHANG |
| WANETTE CHUN BYSTRY | WESLEY GREGG GILLESPIE |

**WESLEY REED**

**WESLEY VARGHESE GEORGE**

**WESTEN LEE NORRIS**

**WESTERN EXPLORER  LLC**

**WESTMOUNT LLC**

**WESTON FORREST FRANCIS BETTNER**

**WESTON SANDLAND**

**WHITNEY OREAR ROSS**

**WIFREDO ANDRES FERNANDEZ**

**WILBUR ALLEN**

**WILFRED CASTRO**

**WILFREDO VELEZ RODRIGUEZ**

**WILL THOMAS MCCANN**

**WILLARD PIERCE**

**WILLIAM A BRIN**

**WILLIAM ALLEN MCINTYRE**

**WILLIAM ARTHUR MOLER**

**WILLIAM B CHANG**

**WILLIAM BARRON KIEFFER**

**WILLIAM BENNETT**

**WILLIAM BRENT KEELING**

**WILLIAM BRUCE VAN WINKLE**

**WILLIAM C ENNIS**

**WILLIAM CHANCE MCNUTT**

**WILLIAM CHARLES HARE**

**WILLIAM CHARLES SAUNDERS**

**WILLIAM CHARLES WHITE**

**WILLIAM CLAY PENN**

**WILLIAM CUNDIFF**

**WILLIAM CURT SIMMONS**

**WILLIAM CURTIS WHITENDALE**

**WILLIAM DAVID EVERETT TURNER**

**WILLIAM DAVID MAXEY**

**WILLIAM DAVID PEREZ II**

**WILLIAM DOUGLAS DREVO**

**WILLIAM DUBEL**

**WILLIAM EARL TAYLOR**

**WILLIAM EBNER GOOD**

**WILLIAM ENGEL III**

**WILLIAM EVERETTE OLSON**

**WILLIAM FLOOD  KLEMMER**

**WILLIAM FOLWELL  JR COMLY**

**WILLIAM FORTUNE JAY**

**WILLIAM FRANCIS DWYER III**

**WILLIAM FRANKLIN FAY**

**WILLIAM GARBER**

**WILLIAM GEORGE KUTE**

**WILLIAM GEORGE MEDAWAR**

**WILLIAM HANSEN BONDE III**

**WILLIAM HARRISON PARKER**

**WILLIAM HUEBNER MILNE**

**WILLIAM J DILLON**

**WILLIAM J HOLLINGSWORTH**

**WILLIAM J SULLIVAN**

**WILLIAM J. MONTGOMERY  REVOCABLE
TRUST U/A/D 12/16/2011**

**WILLIAM JACK MIDDLETON**

WILLIAM JACOB ROBERTS

WILLIAM JACOB ROBERTS

WILLIAM JAMES DULLEA

WILLIAM JAMES LEVENBERG

WILLIAM JOHN SORENSEN

WILLIAM JOSEPH JUNGBAUER

WILLIAM JOSEPH KENNARD

WILLIAM KENNETH FOLKERTS
WILLIAM KNIGHT

WILLIAM KYLE PATTESON DE MICHAELIS

WILLIAM LAMAR DAVENPORT

WILLIAM LAMONT STUBBS

WILLIAM LANE VERLENDEN IV

WILLIAM LEONARD REYNOLDS

WILLIAM M CARNES

WILLIAM MARLETT LLC

WILLIAM MARTIN SUMMERELL

WILLIAM MATTHEW HARVEY

WILLIAM MICHAEL  CROSKEY

WILLIAM MICHAEL BUCHER

WILLIAM MICHAEL CUMMINGS

WILLIAM MICHAEL JOHNSON

WILLIAM MICHAEL ROGERS

WILLIAM MICHAEL ROGERS

WILLIAM MICHAEL WAGNER

WILLIAM MORGAN DAYTON

WILLIAM NELSON WRIGHT

WILLIAM PARKER

WILLIAM PATRICK EDDY

WILLIAM PAUL MARLETT

WILLIAM PAUL STADWISER

WILLIAM PETER MEERYECK

WILLIAM R SLATER

WILLIAM RANDOLPH HEARNE

WILLIAM RAYMOND PELLERIN

WILLIAM RICHARD DIPAOLO

WILLIAM ROBERT HAMMOND

WILLIAM ROGERS CAMPBELL

WILLIAM ROSTEK

WILLIAM SCOTT FISCHER-COLBRIE

WILLIAM SPRAGUE TRASK

WILLIAM STEPHENS

WILLIAM STUDEBAKER JOHNSON

WILLIAM TAN

WILLIAM THOMAS BALLANTYNE HEAPS

WILLIAM THOMAS KLUMP

WILLIAM TODD VAUDREUIL

WILLIAM TRAVIS PRICE

WILLIAM WALTER OHAYER

WILLIAM WAYNE HEMINGHOUS

WILLIAM ZACHARY VERNON

WILLIAM ZHOU

WILLIAN JASON HARVARD

WILLIE JIE LONG

WILLIE LEE THOMPSON

WILLIE PETTWAY

**WILLIS EUGENE BRYANT**

**WILSON CLEVELAND CARTER**

**WILSON PHOENG**

**WING SAN YEUNG**

**WINNIE SZE LOK TANG**

**WLADIMIR BLANC**

**WOLFGANG MARCUS HOFMANN**

**WOODLEY DESIR**

**WOODWORTH BERNHARDI CLUM III**

**WYATT EM KELLEY**

**WYNNFORD KONG**

**XAVIER ARRAZOLA**

**XAVIER EDUARDO ALONZO**

**XAVIER JAMAUL JONES**

**XAVIER NEGRON**

**XAVIER OMAR LEAL**

**XAVIER OREN SHAW**

**XAVIER RUBIO**

**XEBA HOLCOMB ZAREIE**

**XIANG WEN**

**XIAO JIANG**

**XIAOCHUN LIU**

**XIAOLEI CHU**

**XIAONA SCHIPANI**

**XIAORONG FENG**

**XIN SONG**

**XIN ZHANG**

**XINHAN WU**

**XINZHI YANG**

**XSHABADUX INVESTMENTS LLC**

**XUE WEN HUANG**

**XUONG XAN CHU**

**YAIR RAPHAEL WEIZMAN**

**YAKOV E KUTSOVSKY**

**YAN I ISAYEV**

**YAN ZHANG**

**YANG WEI**

**YANIK HARSHEY JAYARAM**

**YANISLEYDIS RAMOS**

**YANKO ATANASOV FINDZHIKOV**

**YANXING WANG RALBOVSKY**

**YAO TONG**

**YASH BABULAL LUNAGARIA**

**YASH PREMKUMAR BAJPAI**

**YASIN YAQOOBI**

**YASMIN CRYSTAL SANTOS**

**YASMINE NASIM PETTY**

**YASSER F AZIZ**

**YATHIRAJ SHETTY YEKKAR-DAYANANDA**

**YAUHENI CHUDZILOUSKI**

**YAVUZ KALEOGLU**

**YECHIEL SHALOM BITTON**

**YEHUDA NAGAR**

**YELIZ KOSEOGLU**

**YEVHENII MARCHENKO**

**YI AN LIN**

YI DING

YI PING INA HO

YI QUN GUO

YIFAN YE

YIH SUN KHOO

YINFENG LIU

YINGYING HUANG

YIPENG MA

YISHUEN  HUANG

YITZHAK NAGAR

YOAV PARAG

YOCHAI MATAN ROBKIN

YOEAU SLIVKOFF

YOLIMAR ESPERANZA GARZA
HERNANDEZ

YONAS Y MERHAZION

YONG GI YOON

YOSHIHIRO EZOE

YOSHIMI WATTS

YOSIEF WELDENDRI WELDEGEBRIEL

YOUNG CHO

YOUNG SUNG MOON

YOUSEF ALAA EDDINE AL-KHALIDI

YOUSEF MASHAYEKH

YOUSSEF MAHMOUD CHATILA

YU LU

YUAN CHEN

YUANFAN WANG

YUANYUAN COZZENS

YUE KONG LAU

YUEHSU KU

YUFENG  LONG

YUJIA HU

YUKA YAHAGI

YUN Y CHOE

YUNG AL PARQUE

YUNJOO CHO BROWN

YURI A URRUTIA

YURIY P KRAYNOV

YUSUF GOMEL

YVETTE MENENDEZ

YVONNE NGUYEN LE

ZACHARIAH NATHANIEL SMITH

ZACHARIAH QUELLA PANNKUK

ZACHARY A CHAMPIGNY

ZACHARY AARON DAVIDSON

ZACHARY ADAM MACDOUGALL

ZACHARY ALEXANDER GREENE

ZACHARY ALEXANDER HARRIS

ZACHARY ALLAN HERMSTAD

ZACHARY ALLEN SIKICH

ZACHARY ALLEN SPEAKER

ZACHARY ALLEN WALLINGFORD

ZACHARY BENIAH TRENT

ZACHARY CHARLES JONES

ZACHARY CHRISTIAN KIRK

ZACHARY D EMERICK

| | |
|---|---|
| **ZACHARY DANIEL HURLEY** | **ZAW MOE LWIN** |
| **ZACHARY ETHAN MAYFIELD** | **ZEESHAN ABDUL RAUF** |
| **ZACHARY JAMES GARDNER** | **ZHENGZHENG LI** |
| **ZACHARY JAY WILKS** | **ZHENMING ZHAO** |
| **ZACHARY JONATHAN SMITH** | **ZHI CHAO CHEN** |
| **ZACHARY JORDAN GLEICHER** | **ZHONGYUAN XUE** |
| **ZACHARY JOSEPH STREET** | **ZILYA TRES** |
| **ZACHARY LAWRENCE FEARON** | **ZIV SHAFIR** |
| **ZACHARY LINCOLN AHLERS** | **ZIYI YANG** |
| **ZACHARY LUCAS** | **ZORAN ASANIN** |
| **ZACHARY M MCPHERSON** | **ZSUZSANNA NICOLE HARRISON** |
| **ZACHARY P PADILLA** | **ZURY DABBAH** |
| **ZACHARY PAUL VONIDERSTEIN** | **ZUYANG LIU** |
| **ZACHARY ROSS TROTMAN** | |
| **ZACHARY RUSSELL FETTER** | |
| **ZACHARY RYAN JACOBSON** | |
| **ZACHARY SAMUEL ISER** | |
| **ZACHARY SCOTT GREENWALD** | |
| **ZACHARY THOMAS SWINNEY** | |
| **ZACHARY THOMAS THOMPSON** | |
| **ZACHARY THOR HULTMANN** | |
| **ZACHARY URIAH KRAMER** | |
| **ZACHARY WILLIAM BROTHERTON** | |
| **ZACHERY DAVID LEACH** | |
| **ZACHERY STEPHEN WYDICK** | |
| **ZACKARY TYLER ALMEIDA** | |
| **ZAIHAI YU** | |
| **ZAIN E LODHIA** | |