UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ X

In re:

CELSIUS NETWORK, LLC et al.,

Chapter 11
Case No. 22-10964 (MG)
(Jointly Administered)

           Reorganized Debtors.
---------------------------------------------------------X

MOSHIN Y MEGHJL LITIGATION  ADMINISTRATOR
AS REPRESENTTIVE FOR THE POST-EFFECTIVE
DATE DEBTORS,

Adv. Pro. No.

           Plaintiff,


      -against-

EDWIN T LAYNG IV,

           Defendant.
_____X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of defendant EDWIN T. LAYNG IV. The undersigned certifies that she is admitted to practice before this court and requests that all future notices given or required to be given in this proceeding, and all papers filed in this proceeding, be served upon the undersigned at the address set forth below.

Dated:  New York, New York
        July 18, 2024

                                      WARNOCK & PARTNERS PLLC

                                      *Susan C Warnock*
                _____
                                      By: Susan C. Warnock
                                      44 West 10th Street #1E
                                      New York, NY 10011
                                      (212) 750-3110
                                      scw@warnocklegal.com
                          *Attorneys for Defendant Edwin T Layng IV*