Sebastian Dannecker

Zürich, Suisse

18 Juli, Zürich


Honorable Judge,

We are writing you because we have just been informed from CelsiusCreditorAnswers / Kirkland & Ellis LLP, that apparently in one of our two claims (Claim scheduled at 3.1.509590, Sebastian Dannecker), we have opted out of the Class Claim Settlement.

We are very surprised to learn so, as we never meant to take that decision, as it was clear to as that will take more time and we were ok accepting the Plan, to make this process easy and fast for everyone. The only difference that we made between the claims, was in the percentage of actions to receive. We did not intend to settle the claim on our own or with our attorney.

We are ready to do what is necessary to correct this mistake in the voting for our claim. Could you help us to solve this mistake please?

Thanks in advance for your help. We are a family with 2 children and we really need to recover our founds.


Sincerely

Sebastian Dannecker