**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:   CELSIUS NETWORK LLC, et al.,              Chapter 11

                                                    Case No. 22-10964 (MG)

           Post-Effective Date Debtors.             (Jointly Administered)

---------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jason N. Zakia, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, and the Blockchain Recovery Investment Consortium, as ARM and Litigation Administrator, as such terms are defined in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289], in the above-referenced ☒ case ☐ adversary proceeding.  I also seek admission in the below adversary proceedings:

*Meghji v. Mashinsky et al.*, Adv. Pro. No. 24-03667

*Meghji v. Atar*, Adv. Pro. No. 24-03738

*Meghji v. O'Brien*, Adv. Pro. No. 24-03739

*Meghji v. Yarwood*, Adv. Pro. No. 24-03740

*Meghji v. Peter*, Adv. Pro. No. 24-03741

*Meghji v. Noy*, Adv. Pro. No. 24-03976

*I certify that I am a member in good standing* of the bars in the States of Illinois and Florida, and the bars of the U.S. District Courts for the Northern District of Illinois, Southern District of Florida, and Northern District of Florida.  I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 22, 2024
Chicago, Illinois

                                        */s/ Jason N. Zakia*
                                        _____
                                        Jason N. Zakia
                                        **WHITE & CASE LLP**
                                        11 South Wacker Drive, Suite 5100
                                        Chicago, Illinois 60606
                                        Telephone: (312) 881-5400
                                        Facsimile:  (312) 881-5450
                                        Email:  jzakia@whitecase.com