Heinz Mauch – Director of Profax Super Pty Ltd
28 Troy Terrace
Daglish 6008 Western Australia
HavePlan_B@protonmail.com
+61 487 242 077

20 July 2024

The Honorable Martin Glenn
Chief Judge
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: Celsius chapter 11 bankruptcy case No. 22-10964

Dear Judge Martin Glenn,

I hope this letter finds you in good health and high spirits. I am writing to seek the resolution of the disbursement of my funds from the Celsius chapter 11 bankruptcy case No. 22-10964 handled by Stretto, which is currently before your honorable court.

I am deeply invested in this matter and believe it is crucial to share my perspective. My reason for contacting you is due to the lack of communication with Stretto despite numerous attempts.

My company Profax Super of which I am the sole director has the holdings of my retirement funds which has been dramatically decimated already and whatever funds there are left I am unable to access. Without these funds, the current situation has a dramatic impact on my life.

I have carefully followed the process required by Stretto in order to make this as smooth as possible, however I feel compelled to bring certain aspects to your attention.

After an attempt by Stretto to send the funds via wire transfer which failed 2nd March

- I **re-submitted an updated wire transfer form** straight away via their portal and advised via email as well **which was confirmed by Stretto on the 13th March**.
- 9th June I request asset valuation for Australian Taxation purposes by 30th June.
- **On the 13th June Stretto advises via email that they have Not received an updated wire transfer form.**
    - The same day I re-submit the updated wire transfer form again via their portal and advise via email as well.
- Sent follow up emails via email and submitting a ticket through the https://celsiusdistribution.stretto.com/ web portal.

4 ½ month after the first attempt made by Stretto to distribute my funds, I have had no feedback as to my request for an asset valuation as per the 30th of June 2024 for Australian Taxation purposes nor any feedback as to the status of my claim.

I found this extremely worrying and disturbing that we are spending millions of dollars of our funds for various interest groups which I am most certainly sure of have their invoices paid in time, however Stretto fails to communicate and distribute funds from the bankruptcy estate in a timely manner.

I would like to express my appreciation for the fair and impartial manner in which you have presided over the proceedings thus far. Your commitment to justice is evident, and I have the utmost respect for the judicial process.

I understand the limitations of ex parte communications and the need for strict adherence to legal procedures. Therefore, I kindly request that you consider this letter as an expression of support for a fair and equitable resolution rather than an attempt to influence or interfere with the proceedings.

Thank you for your time and attention to this matter.

If there are any further information which could be of value, please do not hesitate to contact me should the need arise.

Wishing you continued success in your esteemed position, and with sincere respect,

Heinz Mauch