**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

| | |
|---|---|
| IN RE: Celsius Network LLC | CASE NO.: 22–10964–mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 87–1192148 | CHAPTER: 11 |

---

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on May 11, 2024, document number 4887, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24–cv–4057 assigned to the Honorable Lewis J. Liman.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: July 24, 2024                     Vito Genna
                                         Clerk of the Court