# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 7/24/2024 |
| Case: 22−10964−mg | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty    David Turetsky    david.turetsky@whitecase.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr    Jason Voelker    145 Corte Madera Town Center #146    Corte Madera, CA 94925

    TOTAL: 1