UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

In re:  CELSIUS NETWORK LLC, et al.,                                              Chapter 11

                                                         Case No. 22-10964 (MG)

                Post-Effective Date Debtors.                                         (Jointly Administered)

------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

      Upon the motion of Jason Zakia, to be admitted, *pro hac vice*, to represent Mohsin Y. Meghji, as Litigation Administrator for the Post-Effective Date Debtors, and the Blockchain Recovery Investment Consortium, as ARM and Litigation Administrator, as such terms are defined in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289], in the above referenced ☒ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the States of Illinois and Florida and the bars of the U.S. District Courts for the Northern District of Illinois, Southern District of Florida, and Northern District of Florida, it is hereby

      **ORDERED**, that Jason Zakia, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 24, 2024
       New York, New York                                    /s/Martin Glenn
                                                                             THE HONORABLE MARTIN GLENN
                                                                             UNITED STATES BANKRUPTCY JUDGE