24 July 2024

Honourable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

## Re: Please remove the incompetent, fraudulent, criminal PEDD and replace them with someone who is willing to process initial distributions

Dear Judge Martin Glenn;

This is a follow up to Docket No. 4978 and Docket No. 4990, where I explained that the criminal PEDD are not attempting to make any distribution to me. I am a Celsius creditor in the Earn section. No loans, no preference, no issues ever with my account. My account is an international "Corporate" Account. This account consists of my retirement funds, and is heavily regulated by the Australian Taxation Office. I am the director of the Corporate Trustee, XPRUHODL SMSF Pty Ltd.

As mentioned in my previous letter the PEDD are not doing anything and are no longer processing any distributions. The **PEDD** continue to **LIE TO THE COURT** and **NEED TO BE REMOVED IMMEDIATELY** from this case.

They now state that failure to process USD distributions is due to the **"COMPLEXITY"** of these matters, and that creditors do not know how to complete a form correctly. They further **LIE** and state that they have reached out to creditors and have indicated exactly what is incorrect on the form, and that it should be corrected. Nobody could be so stupid to believe such garbage. This is all **LYING NONSENSE**. These are **EXTREMELY SIMPLE** matters to process and should have all been completed in February 2024. This is so perverted in that they are **STEALING** creditor funds, and you allow them to STEAL such funds, and waste valuable Court time by the publication of **TOTAL GARBAGE** by the **PEDD.**

No attempt has ever been made by the fraudulent PEDD to process my USD distribution, despite having my correct Bank details for over six months now. No attempt has ever been made to explain what the issue is. The final reply I received from the criminal PEDD was on 13 June 2024, stating that my distribution had failed due to not passing "Quality Assurance" checks. They stated that they would do a manual transfer the following week. I have never had an update since then from the PEDD and never will, because they are lying criminals.

All I see that the fraudulent PEDD are doing is lying to the Court as to the reasons for not processing any distributions. They remain strongly committed to ensuring that I never receive my distribution, despite the provision of all of the information that they needed to process my wire transfer in January 2024. The PEDD are thoroughly enjoying this situation as they are clear sociopaths. Judge Glenn, I ask that you intervene in this disgraceful situation. If you do not intervene, I will never receive my distribution. I ask that you immediately remove the PEDD and replace them with someone who is willing to process the outstanding initial distributions. I also ask that you process my initial distribution to me immediately. Thank you.

Yours sincerely

*[signature]*

IGNAZIO GAETANO LO CASTRO, BSc, BE(Hons), FIAA; Director of XPRUHODL SMSF Pty Ltd ATF XPRUHODL SMSF
igcrasto@gmail.com