**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Ronald Gorsich to be admitted, ***pro hac vice***, to represent the Litigation Oversight Committee, Mohsin Y. Meghji (as Litigation Administrator), and the Blockchain Recovery Investment Consortium (as ARM and Litigation Administrator), as such terms are defined in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289], in the above-captioned cases to represent the Litigation Oversight Committee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 25, 2024
New York, New York

                                                **/s/Martin Glenn**
                                       THE HONORABLE MARTIN GLENN
                                       UNITED STATES BANKRUPTCY JUDGE

---

[1] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.