UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |
| | ) |

**ORDER GRANTING LITIGATION ADMINISTRATOR'S
MOTION TO EXTEND THE CLASS 6A TREATMENT B
AFFIRMATIVE CAUSE OF ACTION DEADLINE UNDER THE PLAN**

Upon the motion [Docket No. 7245] (the "Motion")[2] of the Litigation Administrator for entry of an order (this "Order") (a) extending the July 29, 2024 deadline by which the Litigation Administrator must bring any Avoidance Action or other claim against any Holder of an Allowed General Custody Claim (Class 6A) that elected, through their ballot, Treatment B under the Plan (the "Class 6A Treatment B Affirmative Cause of Action Deadline") by 180 days, to and including January 25, 2025, without prejudice to the Litigation Administrator's right to seek further extensions, and (b) granting such other relief as is just and proper, all as more fully set forth in the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, entered February 1, 2012; and the Motion and relief requested being a core proceeding under 28 U.S.C. § 157(b)(2); and this Court having

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

found that venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and this Court having found that the relief requested in the Motion is in the best interests of the Post-Effective Date Debtors' Estates, the Post-Effective Date Debtors' creditors, and other parties in interest; and this Court having found that the Litigation Administrator's notice of the Motion and opportunity for a hearing thereon were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is **GRANTED** as set forth herein.

2. The Class 6A Treatment B Affirmative Cause of Action Deadline is extended to and including January 25, 2025.

3. Entry of this Order is without prejudice to the Litigation Administrator's right to seek a further extension(s) of the Class 6A Treatment B Affirmative Cause of Action Deadline.

4. The requirements of Local Bankruptcy Rule 9006-2 shall be deemed satisfied.

5. Notice of the Motion shall be deemed good and sufficient, and the applicable requirements of the Bankruptcy Rules and Local Bankruptcy Rules have been satisfied.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

[*Remainder of page intentionally left blank.*]

**IT IS SO ORDERED.**

Dated:  July 26, 2024
       New York, New York

                                             **/s/ Martin Glenn**
                                             MARTIN GLENN
                                  Chief United States Bankruptcy Judge