SUSAN ADLER ESQ
630 THIRD AVENUE
NEW YORK, NEW YORK 10017
212-867-9595

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

IN RE                                           Case No. 22-10964 (MG)

CELSIUS NETWORK LLC et al.,                     Chapter 11

                        Debtors.               Jointly Administered

_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO 23843 OF ANDERSEN INVEST LUXEMBOURG S.A. SPF

PLEASE TAKE NOTICE THAT pursuant to Rule 3006 of the Federal Rules of

Bankruptcy Procedure ANDERSEN INVEST LUXEMBOURG S.A.  SPF , a creditor in the

above-captioned Chapter 11 case, by and through counsel, in view of the Settlement Agreement

entered into on or about May 17, 2024, hereby withdraws the proof of claim 23843, which was

filed on February 8, 2023.

        Dated: July 25, 2024

                                    Respectfully Submitted,
                                    /s/ Susan Adler
                                    _____
                                    Susan Adler, Esq
                                    Attorney for Creditor Taylor Elliott
                                    630 Third Avenue
                                    New York, New York 10017
                                    212-867-9595

To: All Parties