**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004−1408**

---

IN RE: Celsius Network LLC                         CASE NO.: 22−10964−mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
87−1192148

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on May 11, 2024, document number 4887, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24−cv−4057 assigned to the Honorable Lewis J. Liman.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: July 24, 2024                                   Vito Genna
                                                       Clerk of the Court

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-10964-mg |
| Celsius Network LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 14 |
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| cr | + Jason Voelker, 145 Corte Madera Town Center #146, Corte Madera, CA 94925-1209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024                              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Colodny | on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator aaron.colodny@whitecase.com  mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Colodny | on behalf of Plaintiff MOHSIN Y. MEGHJI aaron.colodny@whitecase.com  mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Colodny | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.colodny@whitecase.com mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Garber | on behalf of Creditor Renard Ulrey agarber@wgwc-law.com |
| Aaron L. Casagrande | on behalf of Defendant Alexander Christy aaron.casagrande@icemiller.com |
| Abigail Rushing Ryan | |

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 3 of 15

| District/off: 0208-1 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party Texas State Securities Board aryan@sneedvine.com |
| Adrienne Woods | on behalf of Plaintiff Gilbert Castillo awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Plaintiff Georges Georgiou awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Creditor Philip Harris Stewart awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Creditor Michael Bottjer awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Plaintiff Philip Harris Stewart awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Creditor Celsius SPV1 Ltd awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Creditor Gilbert Castillo awoods@wzmplaw.com |
| Adrienne Woods | on behalf of Creditor Georges Georgiou awoods@wzmplaw.com |
| Alexandra Steinberg Barrage | on behalf of Unknown Ripple Labs Inc. abarrage@dwt.com |
| Alyson M. Fiedler | on behalf of Defendant Alexander Christy alyson.fiedler@icemiller.com john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com |
| Amish R. Doshi | on behalf of Creditor Oracle America  Inc. amish@doshilegal.com |
| Andrea Amulic | on behalf of Creditor Committee The Official Committee of Unsecured Creditors andrea.amulic@whitecase.com mco@whitecase.com |
| Andrew Jones | on behalf of Transferee Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com |
| Andrew M. Troop | on behalf of Interested Party Adam Weitsman andrew.troop@pillsburylaw.com |
| Andrew R. Gottesman | on behalf of Unknown Symbolic Capital Partners gottesman@mintzandgold.com  gottesman@mintzandgold.com |
| Annemarie V. Reilly | on behalf of Debtor Celsius Network LLC annemarie.reilly@lw.com |
| Anthony J. DeGirolamo | on behalf of Creditor Eric Wohlwend tony@ajdlaw7-11.com |
| Arie Peled | on behalf of Creditor Ignat Tuganov aapeled@venable.com |
| Avi Weitzman | on behalf of Interested Party Adrian Alisie  Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda Ramos, and Rodney Sunada-Wong aweitzman@paulhastings.com |
| Avi Weitzman | on behalf of Interested Party Hanoch "Nuke" Goldstein aweitzman@paulhastings.com |
| Barry R. Kleiner | on behalf of Transferee Oroboros Cel 1  LLC dkleiner@kkwc.com, gagnew@kkwc.com |
| Barry R. Kleiner | on behalf of Creditor Harrison Schoenau dkleiner@kkwc.com  gagnew@kkwc.com |
| Barry R. Kleiner | on behalf of Creditor Brendan White dkleiner@kkwc.com  gagnew@kkwc.com |
| Benjamin Finestone | on behalf of Unknown Blockchain Recovery Investment Consortium benjaminfinestone@quinnemanuel.com lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com |
| Benjamin R. Allee | on behalf of Unknown Alex Mashinsky benjamin@yankwitt.com |
| Bonnie R. Golub | on behalf of Creditor Matthew Pinto bgolub@wgpllp.com |

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 4 of 15

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 3 of 14 |
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Brian D. Glueckstein
    on behalf of Creditor Alameda Research LLC gluecksb@sullcrom.com
    s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian G. Hannon
    on behalf of Creditor Peter Polombo bhannon@norgaardfirm.com   kcimmino@norgaardfirm.com;crose@norgaardfirm.com

Brian S. Lennon
    on behalf of Unknown Blockchain Recovery Investment Consortium maosbny@willkie.com   blennon@willkie.com

Brigette McGrath
    on behalf of Plaintiff MOHSIN Y. MEGHJI bmcgrath@askllp.com
    lmiskowiec@askllp.com;kcasteel@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;rreding@askllp.com

Carl D. Neff
    on behalf of Creditor MRK Spanish Ridge  LLC carl.neff@pierferd.com

Carl D. Neff
    on behalf of Unknown New Spanish Ridge  LLC carl.neff@pierferd.com

Carl D. Neff
    on behalf of Creditor PREH Spanish Ridge  LLC carl.neff@pierferd.com

Carla O. Andres
    on behalf of Examiner Sontchi  LLC candres@gklaw.com, kboucher@gklaw.com

Carol Weiner Levy
    on behalf of Plaintiff Ignat Tuganov cwlevy@Venable.com   cwlevy@venable.com

Catherine Steege
    on behalf of Examiner Shoba Pillay csteege@jenner.com   jeffrey_cross@discovery.com

Chase Aleksander Stone
    on behalf of Interested Party Simon Dixon cstone@ecjlaw.com

Daniel Eggermann
    on behalf of Unknown Tether International Limited deggermann@kramerlevin.com   corporate-reorg-1449@ecf.pacerpro.com

Daniel J. McCarthy
    on behalf of Creditor A2E  aka Anything2Everything dmccarthy@hillfarrer.com

Darren T. Azman
    on behalf of Interested Party Galaxy Digital Mining LLC dazman@mwe.com
    mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Darren T. Azman
    on behalf of Interested Party Galaxy Digital LP dazman@mwe.com
    mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Darren T. Azman
    on behalf of Interested Party Cred Inc. Liquidation Trust dazman@mwe.com
    mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

Darren T. Azman
    on behalf of Interested Party Galaxy Digital Trading LLC dazman@mwe.com
    mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com

David Turetsky
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors david.turetsky@whitecase.com
    mco@whitecase.com

David J. Adler
    on behalf of Unknown Michael Conlon dadler@mccarter.com

David J. Adler
    on behalf of Plaintiff Ad Hoc Group of Borrowers dadler@mccarter.com

David J. Adler
    on behalf of Creditor Zaryn Dentzel dadler@mccarter.com

David J. Adler
    on behalf of Creditor Chris Villinger dadler@mccarter.com

David J. Adler
    on behalf of Creditor Keith Suckno dadler@mccarter.com

David J. Adler
    on behalf of Creditor Anabelle Dias dadler@mccarter.com

David J. Adler
    on behalf of Unknown Joseph Eduardo dadler@mccarter.com

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 5 of 15

| District/off: 0208-1 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| David J. Adler | on behalf of Creditor Christopher Little dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Martin Langlois dadler@mccarter.com |
| David J. Adler | on behalf of Creditor John Dzaran dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Paola Leano Peralta dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Michael Conlon dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Monika Kosa dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Gregory Kieser dadler@mccarter.com |
| David M Pohl | on behalf of Unknown Bradley Condit david.pohl@parkerpohl.com |
| Dawn R. Copley | on behalf of Unknown Thomas Shannon D.D.S. dcopley@dickinsonwright.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff MOHSIN Y. MEGHJI dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Defendant Celsius Mining LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network Limited dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius KeyFi LLC dchapman@akingump.com nymco@akingump.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders and Other Transferees deborah.kovsky@troutman.com kay.kress@troutman.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders deborah.kovsky@troutman.com kay.kress@troutman.com |
| Denver Edwards | on behalf of Plaintiff MOHSIN Y. MEGHJI dedwards@bradfordedwards.com scorchado@bradfordedwards.com |
| Devin Freedman | on behalf of Defendant Jason Stone vel@fnf.law |
| Devin Freedman | on behalf of Defendant KeyFi Inc. vel@fnf.law |
| Devin Rivero | on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator devin.rivero@whitecase.com, mco@whitecase.com |
| Dina L. Yunker Frank | on behalf of Creditor Washington State Taxing Agencies bcuyunker@atg.wa.gov |
| Eduardo J. Glas | on behalf of Creditor Gregory Kieser ejglas@gmail.com |
| Eduardo J. Glas | on behalf of Plaintiff Adam Kryskow ejglas@gmail.com |
| Edward J. LoBello | on behalf of Creditor Natakom Chulamorkodt elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Edward J. LoBello | on behalf of Creditor Nol and Nhat Van Meyer elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 6 of 15

| District/off: 0208-1 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Edward J. LoBello
    on behalf of Creditor Diana Thant elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com

Elan Kandel
    on behalf of Interested Party Associated Industries Insurance Company Inc. ekandel@baileycav.com, kmoore@baileycav.com

Elan Kandel
    on behalf of Interested Party StarStone Specialty Insurance Company ekandel@baileycav.com kmoore@baileycav.com

Elise S. Frejka
    on behalf of Auditor RSM US LLP efrejka@frejka.com

Elizabeth Scott
    on behalf of Plaintiff MOHSIN Y. MEGHJI edscott@akingump.com

Elizabeth Scott
    on behalf of Plaintiff Celsius Network Limited edscott@akingump.com

Elizabeth Scott
    on behalf of Plaintiff Celsius KeyFi LLC edscott@akingump.com

Elizabeth Scott
    on behalf of Defendant Celsius Mining LLC edscott@akingump.com

Emily K. Devan
    on behalf of Unknown Josh Tornetta edevan@milesstockbridge.com

Eric Goldstein
    on behalf of Creditor Gartner Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Erica Kravchenko
    on behalf of Creditor Keith Ryals ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com

Erica Kravchenko
    on behalf of Creditor Stuart McLean ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com

Evan J. Zucker
    on behalf of Interested Party John Marchioni ezucker@blankrome.com eDocketing@blankrome.com

Gary D. Underdahl
    on behalf of Unknown Mohsin Y. Meghji gunderdahl@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gregory Juell
    on behalf of Defendant Equities First Holdings LLC gregory.juell@us.dlapiper.com, DLAPiper@ecfxmail.com

Gregory Kopacz
    on behalf of Creditor Illumiti Corp a/k/a Syntax Systems USA LP gkopacz@sillscummis.com

Gregory F Pesce
    on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Unknown Ionic Digital Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Unknown Mohsin Y. Meghji as Litigation Administrator gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Other Prof. Elementus Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Consultant Elementus Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Interested Party Perella Weinberg Partners LP gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Financial Advisor M3 Advisory Partners LP gregory.pesce@whitecase.com, mco@whitecase.com

Gregory F Pesce
    on behalf of Other Prof. Gornitzky & Co. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
    on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator gregory.pesce@whitecase.com, mco@whitecase.com

Hollace T. Cohen

on behalf of Creditor Vincent Theodore Goetten hollace.cohen@pierferd.com

Hugh R. McCullough

on behalf of Unknown Ripple Labs Inc. hughmccullough@dwt.com sherriparsons@dwt.com;SEADocket@dwt.com

Isaac M. Hoenig

on behalf of Defendant Mawson Infrastructure Group Inc. ihoenig@foxrothschild.com

Isaac M. Hoenig

on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure ihoenig@foxrothschild.com

Isaac M. Hoenig

on behalf of Defendant Luna Squares LLC ihoenig@foxrothschild.com

Isaac M. Hoenig

on behalf of Defendant Cosmos Infrastructure LLC ihoenig@foxrothschild.com

Jade Yoo

on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator jade.yoo@whitecase.com, mco@whitecase.com

Jade Yoo

on behalf of Unknown Ionic Digital Inc. jade.yoo@whitecase.com mco@whitecase.com

James I. Glasser

on behalf of Unknown Connor Nolan c/o Wiggin and Dana LLP jglasser@wiggin.com

Jason Zakia

on behalf of Unknown Mohsin Y. Meghji jzakia@whitecase.com mco@whitecase.com

Jason A Nagi

on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann Nicholas Farr and Brett Perry jason.nagi@offitkurman.com, rona.cohen@offitkurman.com

Jeffrey Bernstein

on behalf of Creditor The New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com

Jeffrey Bernstein

on behalf of Interested Party New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com

Jeffrey Chubak

on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Transferee Lantern Ventures Ltd. jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Chubak

on behalf of Unknown Pharos Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com

Jeffrey Alan Latov

on behalf of Defendant Celsius Mining LLC jlatov@akingump.com

Jeffrey R. Gleit

on behalf of Interested Party Ashraf Elshafei jeffrey.gleit@afslaw.com lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jeffrey S. Cianciulli

on behalf of Creditor Matthew Pinto jcianciulli@wgpllp.com imarciniszyn@weirpartners.com

Jeffrey S. Sabin

on behalf of Creditor Ignat Tuganov jssabin@venable.com

Jeffrey S. Sabin

on behalf of Plaintiff Ignat Tuganov jssabin@venable.com

Jennifer Rood

on behalf of Creditor Vermont Dept. of Financial Regulation jennifer.rood@vermont.gov

Jennifer Selendy

on behalf of Creditor Committee The Official Committee of Unsecured Creditors jselendy@selendygay.com

Jessica Mannon

on behalf of Plaintiff Celsius KeyFi LLC jmannon@akingump.com

Jessica Mannon

on behalf of Plaintiff Celsius Network Limited jmannon@akingump.com

Joel L Perrell, Jr

on behalf of Unknown Josh Tornetta joel.perrell@wbd-us.com cindy.giobbe@wbd-us.com

John Kane

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 8 of 15

| District/off: 0208-1 | User: admin | Page 7 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| John Kane | on behalf of Plaintiff Celsius Network LLC jkane@akingump.com |
| | on behalf of Plaintiff Celsius Network Limited jkane@akingump.com |
| John Reding | on behalf of Creditor Illinois Secretary of State john.reding@ilag.gov |
| John D Giampolo | on behalf of Unknown Jonathan Kelly jgiampolo@rosenbergestis.com |
| John R. Ashmead | on behalf of Plaintiff Barber Lake Development LLC ashmead@sewkis.com managingclerkoffice@sewkis.com |
| Jonathan Ohring | on behalf of Unknown Alex Mashinsky jonathan@yankwitt.com |
| Joseph Cioffi | on behalf of Unknown 168 Trading Limited jcioffi@dglaw.com galaimo@dglaw.com |
| Joseph E. Sarachek | on behalf of Creditor Faller Creditors joe@sarachecklawfirm.com jon@sarachecklawfirm.com,paul@sarachecklawfirm.com |
| Joseph L. Steinfeld, Jr. | on behalf of Unknown Mohsin Y. Meghji jsteinfeld@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com |
| Joshua Mester | on behalf of Stockholder CDP Investissements Inc. jmester@jonesday.com |
| Joshua Sussberg | on behalf of Other Prof. Centerview Partners LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor GK8 Ltd. jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor Celsius Network LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Defendant Celsius Network Limited jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor Celsius Network Limited jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Interested Party Willis Towers Watson US LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor Celsius Network Inc. jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Plaintiff Celsius KeyFi LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Defendant Celsius Network LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor Celsius KeyFi LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Financial Advisor Alvarez & Marsal North America  LLC jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Other Prof. Ernst & Young LLP jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |
| Joshua Sussberg | on behalf of Debtor Celsius Networks Lending LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com |

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 9 of 15

| District/off: 0208-1 | User: admin | Page 8 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Joshua Sussberg
on behalf of Unknown KE Andrews jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Networks Lending LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Auditor RSM US LLP jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor GK8 UK Limited jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Network Inc. jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Spec. Counsel A.M. Saccullo Legal  LLC jsussberg@kirkland.com,
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Unknown Stretto  Inc jsussberg@kirkland.com,
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Other Prof. Stout Risius Ross  LLC jsussberg@kirkland.com,
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Unknown Lucy L. Thomson jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Plaintiff Celsius Network LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Keyfi LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Attorney Kirkland & Ellis LLP and Kirkland & Ellis International LLP jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Plaintiff Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius US Holding LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor GK8 USA LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius US Holding LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Lending LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Plaintiff Celsius Network Limited jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Lending LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

22-10964-mg   Doc 7556   Filed 07/26/24   Entered 07/27/24 00:14:00   Imaged
Certificate of Notice   Pg 10 of 15

| District/off: 0208-1 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Joshua Weedman
    on behalf of Plaintiff MOHSIN Y. MEGHJI jweedman@whitecase.com  mco@whitecase.com

Joshua Weedman
    on behalf of Plaintiff Mohsin Meghji jweedman@whitecase.com  mco@whitecase.com

Joshua Weedman
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors jweedman@whitecase.com mco@whitecase.com

Joyce A. Kuhns
    on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann  Nicholas Farr and Brett Perry jkuhns@offitkurman.com

Joyce A. Kuhns
    on behalf of Unknown Ad Hoc Group of Earn Account Holders jkuhns@offitkurman.com

Juandisha Harris
    on behalf of Creditor State of Michigan Department of Treasury harrisj12@michigan.gov

Julie F. Montgomery
    on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Julie Marissa Wolf
    on behalf of Stockholder Community First Partners  LLC jwolf@milbank.com

Julie Marissa Wolf
    on behalf of Stockholder Celsius New SPV Investors  LP jwolf@milbank.com

Julie Marissa Wolf
    on behalf of Stockholder Celsius SPV Investors  LP jwolf@milbank.com

Kara E. Casteel
    on behalf of Unknown Mohsin Y. Meghji kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Karen Cordry
    on behalf of Attorney Karen Cordry kcordry@naag.org

Karen Cordry
    on behalf of Interested Party Alabama  Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and Oklahoma kcordry@naag.org

Katherine Johnson
    on behalf of Interested Party Federal Trade Commission kjohnson3@ftc.gov  kaizpuru@ftc.gov

Katherine Stadler
    on behalf of Examiner Sontchi  LLC kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler
    on behalf of Attorney Godfrey & Kahn  S.C. kstadler@gklaw.com, kboucher@gklaw.com

Katherine Marie Aizpuru
    on behalf of Interested Party Federal Trade Commission kaizpuru@tzlegal.com

Kevin J. Windels
    on behalf of Interested Party Kevin Windels Euclid Financial Institution Underwriters  LLC kwindels@kdvlaw.com

Kimberly Anne Havlin
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors kim.havlin@whitecase.com mco@whitecase.com

Kyle William Roche
    on behalf of Defendant KeyFi  Inc. kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche
    on behalf of Creditor KeyFi Inc. kyle@kyleroche.law  akaradjas@rochefreedman.com

Kyle William Roche
    on behalf of Creditor Jason Stone kyle@kyleroche.law  akaradjas@rochefreedman.com

Kyle William Roche
    on behalf of Defendant Jason Stone kyle@kyleroche.law  akaradjas@rochefreedman.com

Laura Elizabeth Baccash
    on behalf of Unknown Litigation Oversight Committee  Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator laura.baccash@whitecase.com, mco@whitecase.com

Lauren Bolcar
    on behalf of Creditor Plaid Inc. lauren.bolcar@quarles.com

Lawrence J. Kotler
    on behalf of Creditor Adrian Perez-Siam ljkotler@duanemorris.com

Layla Milligan
    on behalf of Interested Party Texas Department of Banking layla.milligan@oag.texas.gov

Layla Milligan
    on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Leigh Nathanson
    on behalf of Unknown Koala 2 LLC lnathanson@kslaw.com

Lucas Gregory Curtis
    on behalf of Plaintiff MOHSIN Y. MEGHJI lucas.curtis@whitecase.com mco@whitecase.com;alejandra.palomo@whitecase.com

Lucian Murley
    on behalf of Interested Party Willis Towers Watson US LLC luke.murley@saul.com robyn.warren@saul.com

Lucy Thomson
    on behalf of Unknown Lucy L. Thomson lucythomson_cpo@earthlink.net

Lucy Thomson
    on behalf of Consumer Privacy Ombudsman Consumer Privacy Ombudsman lucythomson_cpo@earthlink.net

Malcolm M Bates
    on behalf of Creditor Adrian Perez-Siam mbates@duanemorris.com

Marianna Udem
    on behalf of Plaintiff MOHSIN Y. MEGHJI mudem@askllp.com

Mario O. Gazzola
    on behalf of Unknown Blockchain Recovery Investment Consortium mariogazzola@quinnemanuel.com

Mark Bruh
    on behalf of U.S. Trustee United States Trustee mark.bruh@usdoj.gov

Mark Norgaard
    on behalf of Creditor Peter Polombo mnorgaard@norgaardfirm.com crose@norgaardfirm.com;sferreira@norgaardfirm.com

Mark A. Lindsay
    on behalf of Creditor Courtney Burks Steadman mlindsay@whitefordlaw.com

Mark A. Lindsay
    on behalf of Creditor Stuart McLean mlindsay@whitefordlaw.com

Mark A. Lindsay
    on behalf of Creditor Brett Flora mlindsay@whitefordlaw.com

Mark A. Lindsay
    on behalf of Creditor Keith Ryals mlindsay@whitefordlaw.com

Mark A. Lindsay
    on behalf of Creditor Kim David Flora mlindsay@whitefordlaw.com

Mark B Joachim
    on behalf of Interested Party Galaxy Digital Trading LLC mjoachim@polsinelli.com

Mark Warren Hancock
    on behalf of Examiner Sontchi LLC mhancock@gklaw.com

Marvin E. Clements, Jr.
    on behalf of Creditor TN Dept of Commerce and Insurance agbanknewyork@ag.tn.gov

Mary Stephanie Wickouski
    on behalf of Defendant StakeHound SA swickouski@lockelord.com dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Matthew J. Gold
    on behalf of Creditor Harrison Schoenau mgold@kkwc.com jremi@kkwc.com;etaylor@kkwc.com

Melissa L. Van Eck
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov

Michael Andolina
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors mandolina@whitecase.com mco@whitecase.com

Michael Chen
    on behalf of Plaintiff Celsius KeyFi LLC mchen@akingump.com

Michael Chen
    on behalf of Plaintiff Celsius Network Limited mchen@akingump.com

Michael Sweet
    on behalf of Defendant Mawson Infrastructure Group Inc. msweet@foxrothschild.com

Michael Sweet

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 12 of 15

| District/off: 0208-1 | User: admin | Page 11 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Cosmos Infrastructure LLC msweet@foxrothschild.com |
| Michael Sweet | |
| | on behalf of Defendant Luna Squares LLC msweet@foxrothschild.com |
| Michael D. Morris | |
| | on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael P. Broadhurst | |
| | on behalf of Creditor Matthew Pinto mbroadhurst@wgpllp.com |
| Michael R. Handler | |
| | on behalf of Unknown Koala 2 LLC mhandler@kslaw.com |
| Michael R. Herz | |
| | on behalf of Defendant Luna Squares LLC mherz@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure mherz@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Creditor Nuno Saravia mherz@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Defendant Mawson Infrastructure Group Inc. mherz@foxrothschild.com |
| Michael R. Herz | |
| | on behalf of Defendant Cosmos Infrastructure LLC mherz@foxrothschild.com |
| Michael S. Etkin | |
| | on behalf of Interested Party Proposed Lead Plaintiffs In Securities Class Action Litigation metkin@lowenstein.com mseymour@lowenstein.com |
| Michael Todd Parker | |
| | on behalf of Unknown Bradley Condit todd.parker@parkerpohl.com |
| Mitchell Hurley | |
| | on behalf of Defendant Celsius Mining LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius Network LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff MOHSIN Y. MEGHJI mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | |
| | on behalf of Debtor Celsius Network LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius KeyFi LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius Network Limited mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Morris D. Weiss | |
| | on behalf of Creditor RH Montgomery Properties Inc. morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Community First Partners LLC nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius SPV Investors LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius New SPV Investors LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |

| District/off: 0208-1 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Nelly Cessiska Almeida
    on behalf of Stockholder CDP Investissements Inc. nalmeida@milbank.com
    jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com

Nicholas Robert Lombardi
    on behalf of Plaintiff MOHSIN Y. MEGHJI nlombardi@akingump.com

Nicole A Leonard
    on behalf of Creditor The New Jersey Bureau of Securities nleonard@mdmc-law.com  sshidner@mdmc-law.com

Nikita Ash
    on behalf of Plaintiff MOHSIN Y. MEGHJI nikita.ash@whitecase.com  mco@whitecase.com;alejandra.palomo@whitecase.com

Patricia B. Tomasco
    on behalf of Unknown Swissblock Capital AG pattytomasco@quinnemanuel.com  barbarahowell@quinnemanuel.com

Paul Benjamin Koepp
    on behalf of Plaintiff Barber Lake Development LLC koepp@sewkis.com

Paul N. Silverstein
    on behalf of Interested Party Creditor Rights Coalition paulsilverstein@huntonak.com

Paul R. Shankman
    on behalf of Creditor   Resources Connection, LLC, dba Resources Global Professionals, aka RGP pshankman@fortislaw.com

Pieter Van Tol
    on behalf of Interested Party Shlomi Daniel Leon pieter.vantol@hoganlovells.com  pieter-vantol-0733@ecf.pacerpro.com

Pieter Van Tol
    on behalf of Interested Party Aliza Landes pieter.vantol@hoganlovells.com  pieter-vantol-0733@ecf.pacerpro.com

Raniero D'Aversa
    on behalf of Interested Party Galaxy Digital Trading LLC rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com

Ray C Schrock
    on behalf of Unknown Core Scientific  Inc. ray.schrock@weil.com, matthew.goren@weil.com

Richard D. Grossman
    on behalf of Creditor Darius Gheorghe rgat135@aol.com

Richard D. Grossman
    on behalf of Creditor Christian Funck rgat135@aol.com

Richard D. Grossman
    on behalf of Creditor Thomas Chernaik rgat135@aol.com

Richard J. Pilson
    on behalf of Creditor Lisa T Vickers richardjpilson@aol.com

Roma N Desai
    on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov

Ronald Gorsich
    on behalf of Unknown Blockchain Recovery Investment Consortium  LLC rgorsich@whitecase.com, mco@whitecase.com

Ronit Berkovich
    on behalf of Unknown Core Scientific Operating Company Ronit.Berkovich@weil.com

Ronit Berkovich
    on behalf of Unknown Core Scientific  Inc. Ronit.Berkovich@weil.com

Samir Vora
    on behalf of Stockholder Community First Partners  LLC svora@milbank.com

Samir Vora
    on behalf of Stockholder Celsius New SPV Investors  LP svora@milbank.com

Samir Vora
    on behalf of Stockholder Celsius SPV Investors  LP svora@milbank.com

Samuel P Hershey
    on behalf of Unknown Blockchain Recovery Investment Consortium  LLC shershey@whitecase.com, mco@whitecase.com

Samuel P Hershey
    on behalf of Plaintiff Celsius Network LLC shershey@whitecase.com  mco@whitecase.com

Samuel P Hershey
    on behalf of Plaintiff Celsius Mining LLC shershey@whitecase.com  mco@whitecase.com

Samuel P Hershey
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors shershey@whitecase.com  mco@whitecase.com

Samuel P Hershey

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 14 of 15

| District/off: 0208-1 | User: admin | Page 13 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Unknown Ionic Digital Inc. shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Plaintiff Official Committee of Unsecured Creditors shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Unknown Mohsin Y. Meghji as Litigation Administrator shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Unknown Mohsin Y. Meghji shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Plaintiff Celsius Network Ltd. shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Plaintiff Ionic Digital Mining LLC shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | |
| | on behalf of Plaintiff MOHSIN Y. MEGHJI shershey@whitecase.com mco@whitecase.com |
| Scott I. Davidson | |
| | on behalf of Creditor Fireblocks Ltd. sdavidson@kslaw.com |
| Sean Andrew Feener | |
| | on behalf of Defendant StakeHound SA sean.feener@lockelord.com |
| Seth H. Lieberman | |
| | on behalf of Creditor Thomas DiFiore slieberman@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Shara Claire Cornell | |
| | on behalf of U.S. Trustee United States Trustee shara.cornell@usdoj.gov |
| Shawn M. Christianson | |
| | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shaya Rochester | |
| | on behalf of Interested Party Perella Weinberg Partners LP shaya.rochester@katten.com nyc.bknotices@katten.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor AM Ventures Holdings Inc. sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Koala1 LLC sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Alexander Mashinsky sgiugliano@rmfpc.com samiel@rmfpc.com |
| Stephen Manning | |
| | on behalf of Unknown State of Washington Stephen.Manning@atg.wa.gov GCEEF@atg.wa.gov |
| Steven Mulligan | |
| | on behalf of Creditor Joe Breher smulligan@cp2law.com agarcia@cp2law.com |
| Stuart P. Gelberg | |
| | on behalf of Creditor Kyle Farmery spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Clint Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Jyoti Sukhnani spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Yasmine Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Brandon Voss spg@13trustee.net |
| Susan Warnock | |
| | on behalf of Unknown EDWIN T LAYNG IV scw@warnocklegal.com |
| Susan L Adler | |
| | on behalf of Creditor JR Investment Trust nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Creditor David Hoffman nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Unknown Odette Wohlman nycsa@aol.com susannycsa@gmail.com |

22-10964-mg    Doc 7556    Filed 07/26/24    Entered 07/27/24 00:14:00    Imaged
Certificate of Notice    Pg 15 of 15

| District/off: 0208-1 | User: admin | Page 14 of 14 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: tranapl | Total Noticed: 1 |

Susan L Adler
    on behalf of Unknown Taylor Elliott nycsa@aol.com susannycsa@gmail.com

Susan L Adler
    on behalf of Stockholder Andersen Invest Luxembourg S.A SPF nycsa@aol.com susannycsa@gmail.com

Thaddeus D. Wilson
    on behalf of Unknown Fireblocks Ltd thad-wilson-5971@ecf.pacerpro.com christine-camp-7595@pacerpro.com

Thaddeus D. Wilson
    on behalf of Unknown Fireblocks Inc. thad-wilson-5971@ecf.pacerpro.com christine-camp-7595@pacerpro.com

Therese Scheuer
    on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov

Thomas Robert Dominczyk
    on behalf of Creditor AmTrust North America Inc. on behalf of Associated Industries Insurance Company, Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com

Thomas Ross Hooper
    on behalf of Plaintiff Barber Lake Development LLC hooper@sewkis.com

Thomas S. Kessler
    on behalf of Interested Party Coinbase Inc. tkessler@cgsh.com, maofiling@cgsh.com

Thomas Scott Leo
    on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY sleo@leolawpc.com emartinez@leolawpc.com

Tyler Nathaniel Layne
    on behalf of Creditor RH Montgomery Properties Inc. tyler.layne@hklaw.com, annmarie.jezisek@hklaw.com;tina.boone@hklaw.com

United States Trustee
    USTPRegion02.NYECF@USDOJ.GOV

Victor Noskov
    on behalf of Unknown Pharos Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com

Victor Noskov
    on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com

Vincent Edward Lazar
    on behalf of Examiner Shoba Pillay vlazar@jenner.com

Virginia T. Shea
    on behalf of Creditor The New Jersey Bureau of Securities vshea@mdmc-law.com

Warren E. Gluck
    on behalf of Unknown Foreign Representatives of Three Arrows Capital Ltd. warren.gluck@hklaw.com, elvin.ramos@hklaw.com;hapi@hklaw.com;glenn.huzinec@hklaw.com

William C. Manderson
    on behalf of Interested Party Simon Dixon cmanderson@ecjlaw.com

William D Schroeder, Jr
    on behalf of Creditor EMCO Technology Inc. schroeder@jrlaw.org, healey@jrlaw.org

William Matthew Uptegrove
    on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov

TOTAL: 329