**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re:  CELSIUS NETWORK LLC, et al.,      Chapter 11

    Case No. 22-10964 (MG)

       Post-Effective Date Debtors.     (Jointly Administered)

                                             x
---------------------------------------------------------------------

MOHSIN Y. MEGHJI, LITIGATION
ADMINISTRATOR, AS REPRESENTATIVE
FOR THE POST-EFFECTIVE DATE
DEBTORS,     Adversary Proceeding No. 24-02013 (MG)

       Plaintiff,

v.

DAVID THOMAS KING,

       Defendant.
---------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Matthew P. Austria, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent David Thomas King, an interested party in the above-referenced cases and defendant in the above-referenced adversary proceeding.

    ***I certify that I am a member in good standing*** of the bars in the State of Delaware and Commonwealth of Pennsylvania, and, if applicable, the U.S. District Court for the District of Delaware. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 29, 2024

                                               */s/ Matthew P. Austria*
                                               Matthew P. Austria
                                               **AUSTRIA LEGAL, LLC**
                                               1007 N. Orange Street, 4th Floor
                                               Wilmington, DE 19801
                                               Telephone: (302) 521-5197
                                               Facsimile: (302) 291-1722
                                               Email: maustria@austriallc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re:   CELSIUS NETWORK LLC, et al.,    Chapter 11

                                                                 Case No. 22-10964 (MG)

      Post-Effective Date Debtors.    (Jointly Administered)

------------------------------------------------------------------------x
MOHSIN Y. MEGHJI, LITIGATION
ADMINISTRATOR, AS REPRESENTATIVE
FOR THE POST-EFFECTIVE DATE
DEBTORS,    Adversary Proceeding No. 24-02013 (MG)

      Plaintiff,
  v.

DAVID THOMAS KING,

      Defendant.
------------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew P. Austria, to be admitted, ***pro hac vice***, to represent David Thomas King, (the "Client") an interested party in the above referenced cases and defendant in the above refenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and Commonwealth of Pennsylvania, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases and adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2024
       New York, New York

                                                _____
                                                THE HONORABLE MARTIN GLENN
                                                UNITED STATES BANKRUPTCY JUDGE