**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On July 25, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Post-Confirmation Report re Case No. 22-11643** (Docket No. 22)

- **Post-Confirmation Report re Case No. 22-11644** (Docket No. 22)

- **Post-Confirmation Report re Case No. 22-11645** (Docket No. 22)

- **Post-Confirmation Report re Case No. 22-10968** (Docket No. 26)

- **Post-Confirmation Report re Case No. 22-10969** (Docket No. 26)

- **Post-Confirmation Report re Case No. 22-10970** (Docket No. 26)

- **Post-Confirmation Report re Case No. 22-10971** (Docket No. 26)

- **Post-Confirmation Report re Case No. 22-10965** (Docket No. 27)

- **Post-Confirmation Report re Case No. 22-10966** (Docket No. 28)

- **Post-Confirmation Report re Case No. 22-10967** (Docket No. 29)

- **Post-Effective Date Debtors' Designation of Additional Items to Be Included in the Record on Appeal** (Docket No. 7545)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

- **Post-Confirmation Report re Case No. 22-10964** (Docket No. 7546)

- **Notice of Omnibus Hearing Scheduled for August 27, 2024** (Docket No. 7548)

- **Agenda for Hearing to Be Held July 29, 2024, at 2:00 P.M. (Prevailing Eastern Time)** (Docket No. 7549)

Furthermore, on July 25, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on Dimitry Kirsanov at an address on file:

- **Post-Effective Date Debtors' Designation of Additional Items to Be Included in the Record on Appeal** (Docket No. 7545)

Furthermore, on July 25, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Omnibus Hearing Scheduled for August 27, 2024** (Docket No. 7548)

Dated: July 26, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado )
) SS.
County of Denver )

Subscribed and sworn before me this 26th day of July 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

Document Ref: BTJBB-FPIVJ-SFZTZ-OB4DB

# Exhibit A

**STRETTO**

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: TURETSKY, HERSHEY, WEEDMAN | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 200 S BISCAYNE BLVD SUITE 4900 | ATTN: KEITH H. WOFFORD | MIAMI | FL | 33131 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | 2020 K STREET NW SUITE 400 | ATTN: LAUREN C. BOLCAR | WASHINGTON | DC | 20006-1806 |
| RSM US LLP | C/O FREJKA PLLC | 415 EAST 52ND STREET SUITE 3 | ATTN: ELISE S. FREJKA | NEW YORK | NY | 10022 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **Exhibit B**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS  LP | | ON FILE | | | | |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | HOGAN LOVELLS US LLP | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| ALEXANDER MASHINSKY | | ON FILE | | | | |
| AM VENTURES HOLDING INC. | | ON FILE | | | | |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| ASHLEY O'BRIEN | | ON FILE | | | | |
| BEAUDRY, JEREMIE | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| DARREN YARWOOD | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | WASHINGTON | DC | 20036 |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| KOALA 1 LLC | | ON FILE | | | | |
| KOALA 2  LLC | | ON FILE | | | | |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | 1185 AVENUE OF THE AMERICAS, 34TH FL | NEW YORK | NY | 10036 |
| KOALA 2 LLC | | ON FILE | | | | |
| KOALA 3 LLC | | ON FILE | | | | |
| KOALA1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| KOALA3 LLC | | ON FILE | | | | |
| MASHINSKY, KRISSY | | ON FILE | | | | |
| NIR ATAR | | | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| SHAHAR PETER | | ON FILE | | | | |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| TREUTLER, JOHANNES | | ON FILE | | | | |
| URATA-THOMPSON, HARUMI | | ON FILE | | | | |
| YARDEN NOY | | ON FILE | | | | |
| YARWOOD, DARREN | | ON FILE | | | | |

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| ALCHEMY CAPITAL PARTNERS  LP | | | ON FILE |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | | JOHN.BECK@HOGANLOVELLS.COM |
| ALEXANDER MASHINSKY | | | ON FILE |
| AM VENTURES HOLDING INC. | | | ON FILE |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| ASHLEY O'BRIEN | | | ON FILE |
| BEAUDRY, JEREMIE | | | ON FILE |
| BITS OF SUNSHINE LLC | | | ON FILE |
| FOUR THIRTEEN LLC | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | DANFLIMAN@PAULHASTINGS.COM<br>AVIWEITZMAN@PAULHASTINGS.COM<br>LEOTSAO@PAULHASTINGS.COM<br>AVILUFT@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | AVIWEITZMAN@PAULHASTINGS.COM<br>JOSHUAKAHANE@PAULHASTINGS.COM<br>NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| HANOCH GOLDSTEIN | | | ON FILE |
| HANOCH GOLDSTEIN | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| KOALA 1 LLC | | | ON FILE |
| KOALA 2  LLC | | | ON FILE |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | MHANDLER@KSLAW.COM<br>LNATHANSON@KSLAW.COM |
| KOALA 2 LLC | | | ON FILE |
| KOALA 3 LLC | | | ON FILE |
| KOALA1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| KOALA3 LLC | | | ON FILE |
| MASHINSKY, KRISSY | | | ON FILE |
| NIR ATAR | | | ON FILE |
| RONI COHEN PAVON | | | ON FILE |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | PIETER.VANTOL@HOGANLOVLLES.COM |
| TREUTLER, JOHANNES | | | ON FILE |
| URATA-THOMPSON, HARUMI | | | ON FILE |
| YARDEN NOY | | | ON FILE |
| YARWOOD, DARREN | | | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)