July 31, 2024

Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green New York, NY
10004

**Case No. 22-10964**

Dear Judge Martin Glenn,

My name is Rungrote Atchariyaphuk, a Celsius creditor residing in Thailand. I am writing to formally inform you of Stretto's apparent incompetence in handling the distribution process.

Firstly, Stretto has been repeatedly notified by numerous creditors, including myself, from Thailand and other countries, of the inability of Thai creditors to open Coinbase accounts. This is due to Coinbase lacking an operating license in Thailand, preventing us from completing the necessary Know Your Customer (KYC) verification. Despite multiple inquiries requesting distribution via wire transfer or check, Stretto has consistently provided vague responses without offering a concrete timeline for the distribution.

Therefore, I respectfully request your intervention to compel Stretto to disclose a detailed timeline for the entire distribution process. If they are currently unable to distribute funds to Thai creditors via wire transfer or check now, they must provide clear estimates of when this alternative distribution method will become available.

Thank you for your attention to this matter.


Sincerely,

Rungrote Atchariyaphuk