Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 22-10964-mg

4    - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    CELSIUS NETWORK LLC,

8

9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   Adv. Case No. 23-01002-mg

12   - - - - - - - - - - - - - - - - - - - - - - - - - - x

13   CELSIUS NETWORK LIMITED,

14                  Plaintiff,

15            v.

16   FABRIC VENTURES GROUP SARL,

17                  Defendant.

18   - - - - - - - - - - - - - - - - - - - - - - - - - - x

19

20

21

22

23

24

25



Page 2

1    Adv. Case No. 23-01202-mg

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    CELSIUS NETWORK LLC, et al.,

4                    Plaintiffs,

5            v.

6    MAWSON INFRASTRUCTURE GROUP INC., et al.,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 24-03986-mg

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   CELSIUS NETWORK LLC,

12                   Plaintiff,

13           v.

14   NICKEL DIGITAL ASSET FUND SPC - DIGITAL ASSET ARBITRAGE SPC,

15                   Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 24-03987-mg

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   CELSIUS NETWORK LLC,

20                   Plaintiff,

21           v.

22   NASCENT LP,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 3

1    Adv. Case No. 24-03990-mg

2    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3    CELSIUS NETWORK LLC,

4                    Plaintiff,

5            v.

6    POINT95 GLOBAL (HONG KONG) LIMITED,

7                    Defendants.

8    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9    Adv. Case No. 24-03991-mg

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   CELSIUS NETWORK LLC,

12                   Plaintiff,

13           v.

14   168 TRADING LIMITED,

15                   Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 24-03993-mg

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   CELSIUS NETWORK LLC,

20                   Plaintiff,

21           v.

22   ONCHAIN CUSTODIAN PTE LTD,

23                   Defendant.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25



Page 4

1   Adv. Case No. 24-03995-mg

2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

3   CELSIUS NETWORK LLC,

4                  Plaintiff,

5           v.

6   B2C2 LTD,

7                  Defendants.

8   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

9   Adv. Case No. 24-03996-mg

10  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11  CELSIUS NETWORK LLC,

12                 Plaintiff,

13          v.

14  MATRIX PORT TECHNOLOGIES (HONG KONG) LIMITED,

15                 Defendant.

16  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17  Adv. Case No. 24-03997-mg

18  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19  CELSIUS NETWORK LLC,

20                 Plaintiff,

21          v.

22  SYMBOLIC CAPITAL PARTNERS LTD,

23                 Defendant.

24  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

25

Page 5

Adv. Case No. 24-03998-mg

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELSIUS NETWORK LLC,

                    Plaintiff,

            v.

BLOCKCHAIN ACCESS UK LIMITED,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Adv. Case No. 24-03999-mg

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CELSIUS NETWORK LLC,

                    Plaintiff,

            v.

TOWER BC LIMITED,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

1                    United States Bankruptcy Court

2                    One Bowling Green

3                    New York, NY   10004

4

5                    July 29, 2024

6                    2:02 p.m.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    B E F O R E :

22    HON MARTIN GLENN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO:   KS

Page 7

1    HEARING re Status Update on Distributions and Update on

2    Avoidance Actions (Doc #7534)

3

4    HEARING re Motion to Compel Plan Treatment.  (Doc #4911 to

5    4914, 4916 to 4923, 4928, 4929, 4934, 4938 to 4940, 4944 to

6    4947, 4789, 4950, 4952 to 4954, 4956, 4958, 4959, 4961,

7    4963, 4964, 4966 to 4968, 4974, 4976, 4985, 4986, 4988, 5194

8    to 5197, 5594, 6569, 7535 to 7538, 7551, 7554, 7557)

9

10   HEARING re Motion to Direct Celsius to Issue Australian

11   Corporate Creditors with Bitcoin (BTC) and Ether (ETH), Not

12   USD Cash, for Those Who Remain Unpaid Their Distributions in

13   the Amounts of Cryptocurrency that They Would Have Received

14   for Their Claims as at the 15 January 2024 Prices Fixed by

15   Celsius, or in the Alternative, Motion to Compel that

16   Celsius Be Directed to Issue Bankruptcy Proceeds to

17   Australian Corporate Creditors Only in USD Wire Transfers

18   Rather than Checks, etc. Filed by Ad Hoc Group of Australian

19   Corporate Creditors.  (Doc # 6892, 7528, 7530)

20

21   HEARING re Adversary Proceeding 23-01002-mg Pre-Trial

22   Conference Using Zoom for Government (Doc #1 to 3, 6)

23

24

25

Page 8

1    HEARING re 23-01202-mg Plaintiff's Motion for Entry of an

2    Order Authorizing the Plaintiff to Redact and File Under

3    Seal Certain Portions of the Exhibits Attached to the Motion

4    for Leave to File First Amended Complaint Against Mawson

5    Infrastructure Group Inc., Luna Squares LLC, and Cosmos

6    Infrastructure LLC (Doc #35)

7

8    HEARING re 24-03986-mg Plaintiff's Motion for Entry of an

9    Order Authorizing the Plaintiff to File Under Seal Certain

10   Exhibits to Plaintiff's Complaint Against Nickel Digital

11   Asset Fund SPC - Digital Asset Arbitrage SPC - Institutional

12   (Doc #2)

13

14   HEARING re 24-03987-mg Plaintiff's Motion for Entry of an

15   Order Authorizing the Plaintiff to File Under Seal Certain

16   Exhibits to Plaintiff's Complaint Against Nascent LP (Doc

17   #2)

18

19   HEARING re 24-03990-mg Plaintiff's Motion for Entry of an

20   Order Authorizing the Plaintiff to File Under Seal Certain

21   Exhibits to Plaintiff's Complaint Against Point95 Global

22   (Hong Kong) Limited (Doc #2, 1)

23

24

25

1    HEARING re 24-03991-mg Plaintiff's Motion for Entry of an

2    Order Authorizing the Plaintiff to File Under Seal Certain

3    Exhibits to Plaintiff's Complain Against 168 Trading Limited

4    (Doc #2)

5

6    HEARING re 24-03993-mg Plaintiff's Motion for Entry of an

7    Order Authorizing the Plaintiff to File Under Seal Certain

8    Exhibits to Plaintiff's Complain Against Onchain Custodian

9    Pte. Ltd. (Doc #2)

10

11   HEARING re 24-03995-mg Plaintiff's Motion for Entry of an

12   Order Authorizing the Plaintiff to File Under Seal Certain

13   Exhibits to Plaintiff's Complain Against B2C2 Ltd. (Doc #2)

14

15   HEARING re 24-03996-mg Plaintiff's Motion for Entry of an

16   Order Authorizing the Plaintiff to File Under Seal Certain

17   Exhibits to Plaintiff's Complain Against Matrix Port

18   Technologies (Hong Kong) Limited (Doc #2)

19

20   HEARING re 24-03997-mg Plaintiff's Motion for Entry of an

21   Order Authorizing the Plaintiff to File Under Seal Certain

22   Exhibits to Plaintiff's Complain Against Symbolic Capital

23   Partners Ltd. (Doc #2)

24

25

Page 10

1    HEARING re 24-03998-mg Plaintiff's Motion for Entry of an

2    Order Authorizing the Plaintiff to File Under Seal Certain

3    Exhibits to Plaintiff's Complain Against Blockchain Access

4    UK Limited (Doc #2)

5

6    HEARING re Plaintiff's Motion for Entry of an Order

7    Authorizing the Plaintiff to File Under Seal Certain

8    Exhibits to Plaintiff's Complain Against Tower BC Limited

9    (Doc #2)

10

11   HEARING re Motion for an Order Requiring the Post-Effective

12   Debtors to Provide Discovery to Support Statements Made in

13   Response to Issues Raised by Corporate Creditors for

14   Inequitable Distribution under the Plan of Reorganization

15   Filed by Corporate Creditors Laura McNeil (Doc #4866, 4879,

16   4933, 4991)

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 11

```
 1    A P P E A R A N C E S :

 2

 3    KIRKLAND & ELLIS LLP

 4         Attorneys for the Debtor

 5         333 W Wolf Point Plaza

 6         Chicago, IL 60654

 7

 8    BY:  CHRIS KOENIG

 9

10    WHITE & CASE LLP

11         Attorneys for Litigation Oversight Committee

12         1221 Avenue of the Americas

13         New York, NY 10020

14

15    BY:  SAMUEL P HERSHEY

16

17    THE SARACHEK LAW FIRM

18         Attorneys for Faller Creditors

19         670 White Plains Road, Penthouse Suite

20         Scarsdale, NY 10583

21

22    BY:  JOSEPH SARACHEK

23

24

25
```

1    UNITED STATES DEPARTMENT OF JUSTICE

2         Attorneys for the U.S. Trustee

3         Alexander Hamilton Custom House

4         One Bowling Green, Room 534

5         New York, NY 10004

6

7    BY:  SHARA CLAIRE CORNELL

8

9    JAMES MATTHEWS, Pro Se

10   LAURA FALLER MCNEIL, Pro Se

11   THOMAS CHERNAIK, Pro Se

12   FRANCES JONES, Pro se

13   PAUL COLAGIURI, Pro se

14   WESLEY CHANG, Pro se

15

16   ALSO PRESENT:

17   THOMAS S. KESSLER

18

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2              CLERK:  All rise.

3              THE COURT:  Please be seated.  Mr. Koenig.

4              MR. KOENIG:  Good afternoon, Your Honor.  How are

5     you?  Okay.  Good to see you.  We have a long agenda today

6     so I'm going to be brief in my usual distribution update.

7              THE COURT:  Let me just say.  Wherever we are, we

8     have to stop at 3:15.  We have the swearing of our new judge

9     up at the circuit and so a group of us are leaving here at

10    3:30.  So, we'll --

11             MR. KOENIG:  I will be particularly brief.

12             THE COURT:  Okay.

13             MR. KOENIG:  Deanna, could you please give the

14    Zoom sharing privileges to my colleague Gabrielle Abbe?

15    She's going to share a presentation that we filed last night

16    at 7557.  And this is, Your Honor, just the usual scorecard

17    that we've gone through the last couple of months.  Continue

18    to make good progress.  Just want to briefly update Your

19    Honor before we turn it over to formal items.

20             DEANNA:  All right.  Gabriella is the co-host.

21             MR. KOENIG:  Wonderful.  So, looking at the

22    scorecard, we made incremental progress on PayPal, Venmo,

23    and Coinbase and crypto distributions.  We're above 90

24    percent now on both of those so we're starting to get into

25    diminishing returns where folks just haven't come forward

Page 14

1     and claimed (indiscernible)

2              THE COURT:  So, we're going to have a discussion

3     about Coinbase.

4              MR. KOENIG:  Mm hmm.

5              THE COURT:  But go on with your presentation.

6              MR. KOENIG:  Understood.  And then where we've

7     made a lot of progress and frankly the place where we needed

8     to make progress was on fiat distributions.  Stretto have

9     been our primary distribution agents until very recently.

10    And we launched Hyperwallet in the last week which is

11    through PayPal.  It's -- Fiat's distribution is

12    international using PayPal.  And just really briefly Your

13    Honor can see we went for 124 million distributed three

14    weeks ago to 159 million distributed as of today.  So, we've

15    continued to improve the scorecard and we will continue to

16    improve the scorecard.

17             We're excited about Hyperwallet launching.  We

18    launched it to a small subset of users.  We're going to

19    continue to roll it out and transition people to Hyperwallet

20    in the coming weeks so that people can get their

21    distributions.

22             THE COURT:  What percentage of Creditors have

23    received their distributions at this point?

24             MR. KOENIG:  By number?

25             THE COURT:  Yeah.  Let's start with by number.

Page 15

1          MR. KOENIG:  I think it's somewhere around two-

2    thirds.  I don't have the number off the top of my head.

3    It's the smaller Creditors by number that so far have not

4    claimed distributions, which I suppose makes sense.  People

5    with more money at stake have been more active.

6          THE COURT:  But we have issues on the agenda for

7    today --

8          MR. KOENIG:  Correct.

9          THE COURT:  -- about corporate Creditors who've

10   been complaining for some time and my chambers have quite a

11   bit of work on it and it's raised real concern on my part

12   that things occurred without me being told about it limiting

13   crypto distributions to Creditors.  We'll come to it.

14         MR. KOENIG:  Understood.  Your Honor, unless you

15   anything for me, I'll pass the lectern to (indiscernible)

16         MR. HERSHEY:  Good afternoon, Your Honor.  Sam

17   Hershey from White & Case for litigation administrators.

18         Your Honor, there are just a few items on the

19   agenda that fall to me and so in the interest in efficiency

20   to sort of clear those out of the way --

21         THE COURT:  Sure.

22         MR. HERSHEY:  -- I think I'll need five minutes to

23   get through them.

24         THE COURT:  That's fine.

25         MR. HERSHEY:  So, the first thing is the update --

Page 16

1    the status update regarding the preference litigation.  As

2    Your Honor saw I'm sure, we filed our procedures motion,

3    docket number 7534.  Obviously, it's not up for today.

4    It'll be up on August 27th.  But we purposely filed it early

5    to give parties plenty of time review it.

6              THE COURT:  What's the date that it's on for?

7              MR. HERSHEY:  August 27th at 10:00 a.m., the next

8    omnibus hearing.

9              We wanted to give parties time to review it and

10   discuss any (indiscernible) with us before potentially

11   filing objections then having it heard by the Court.  There

12   were just a few small things I wanted to note for Your

13   Honor.

14             The first is that we did our best to follow your

15   precedent, particularly the Borders case and the Advance

16   Watch case.  We followed very closely the orders you entered

17   in those cases.  Consistent with those orders, we have a

18   robust mediation procedures written into all proposed

19   procedures that allow parties hopefully to resolve disputes

20   if possible for mediating.  We have a long list of mediators

21   -- I think 17 -- for parties to choose from given the number

22   of cases at issue.

23             Consistent with Your Honor --

24             THE COURT:  Seventeen is a little overkill for me

25   but -- you know, it ought be enough mediators that the

Page 17

1    Creditors feel comfortable -- that the Defendants feel

2    comfortable with one of them.  But there's a real education

3    benefit from having a smaller number but I'll look at the

4    list.  Seventeen is a lot.

5            MR. HERSHEY:  And, Your Honor, we'll take any

6    guidance we can for Your Honor on that and of course, we're

7    happy to make any changes Your Honor views necessary.

8            We've also built in the ability for parties to

9    extend time to respond to the complaints, three 30-day

10   extensions.  We have written in that we don't need to file

11   stipulations in connection with the -- each extension.  It

12   just consumes tremendous time and resources and burden the

13   docket.  We will however file 90-day status reports that

14   will let Your Honor know who's extended and who hasn't.

15           And, you know, Your Honor just gave a comment on

16   the mediators.  If you any other preliminary comments you'd

17   like to share, happy to receive them.

18           THE COURT:  I haven't looked at it.  I will look

19   at it.

20           MR. HERSHEY:  That's fine, Your Honor.  Thank you

21   very much.

22           THE COURT:  Thanks.

23           MR. HERSHEY:  Your Honor, I want to briefly

24   address an item that was taken off the agenda which was the

25   motion filed by Mr. Noyes regarding disclosure regarding the

Page 18

1    litigation oversight committee.  I just wanted to note that

2    we will be filing our quarterly report this week which I

3    think will address and potentially moot the issues that Mr.

4    Noyes raised.  We will also file a formal response to his

5    letter shortly thereafter so that will be addressed in due

6    course.

7           On the adversary proceedings, I think all the

8    adversary proceedings item fall to me and they fall into two

9    categories.  The first is, number one, is the pre-trial

10   conference regarding Fabris Ventures that was supposed to

11   happen today.  The parties are very close to settling so we

12   asked for an adjournment of the conference (indiscernible)

13   when we took it forward because hopefully we'll settle.

14          And the other items under adversary proceedings

15   which are 2 through 12 are all sealing motions which

16   received no response so unless Your Honor has questions.

17          THE COURT:  Well, I do.  Let me address that right

18   now.

19          MR. HERSHEY:  Sure.

20          THE COURT:  I'm taking it under -- the sealing

21   motions under submission.  I'm going to be issuing an

22   opinion or order.  I have precedent on this.  I believe that

23   the rules requires and my opinion certainly require

24   redaction rather than sealing, and it seemed to me that --

25   and if Ms. Cornell has any view about it -- there've been no

Page 19

1   objections filed to the sealing motions at this point.  But

2   it seemed to me --I have no problem with that sealing PII,

3   and some aspects of the economic terms I think I will permit

4   sealing but many of the things -- I'm not going to permit

5   wholesale sealing of exhibits.

6          Celsius is not being reorganized, as -- not in the

7   business that it was in before.  There's no competitive harm

8   to Celsius by disclosing information in, you know, exhibits

9   to complaints, things like that.  And so, I'm not going to

10  deal with that in detail now.  I'll just say, what I expect

11  to do is grant the motion in part and deny it in part,

12  require that redacted information be provided to the Court

13  to review, and if Ms. Cornell wants to -- oftentimes it's

14  the U.S. Trustee that takes the strongest positions with

15  regard to sealing.

16         I don't want to belabor or complicate the issues.

17  I think that some of the information that you're seeking to

18  seal is appropriate to seal and others have to be redacted.

19  So, I expect with the next week to get something out that'll

20  address those issues on the motions to seal.

21         MR. HERSHEY:  That's fine with us, Your Honor.

22  I'll work very quickly to make those redactions.  Thank you.

23  I think those are all I have.  Thank you.

24         THE COURT:  Okay.  Let me ask -- I do have --

25  before you sit down, Mr. Hershey.  So, my last count when I

Page 20

1    looked, there was close to 2500 adversary proceedings filed,

2    a few short of 2500.  Many of them are the preference cases.

3    Some are not. I didn't -- and I know some are very large

4    avoidance claims -- fraudulent conveyance claims -- let me

5    just deal with the preference claims for a moment.

6              I've not read all 2400 and however many to

7    compare.  I did read some of them.  I would like -- and I

8    guess I'm happy to wait a while until they get served and --

9    I would like to give parties an opportunity to identify the

10   common issues and the possibility of test cases that sort of

11   take the lead -- the ones that are -- and they're all large

12   because it's $100,000 or more but some of them are really

13   large.  And I want to make it a fair fight so I want -- you

14   know, to the extent there are common issues and a handful --

15   I don't know precisely whether it's five or ten -- would be

16   lumped together for an initial determination on common

17   issues that would likely apply throughout cases.

18             So, maybe you've already done that but I would

19   like -- I'm not setting a date for doing this now.  I do

20   want to give an opportunity.  There's a lot of complaints to

21   serve.  I don't know how you're coming with getting

22   complaints served.  I don't know -- you know, I've commented

23   before, rule 7004 at least for Defendants who are the U.S.,

24   for the cost of a postage stamp, you can generally serve

25   them.  I haven't figured out the count, how many are outside

Page 21

1    the United States.  Service is more complicated for that.

2              But so, I would like -- I would say in -- three

3    weeks from now, an update on the efforts to serve, where you

4    are on service.  You could include in that update an

5    identification of what you identify as common issues that

6    run throughout and in trying to think about how -- I hope

7    mediation's successful.  It's not going to be completely

8    successful.

9              MR. HERSHEY:  Of course.

10             THE COURT:  I would like to find a way to focus on

11   those common issues that are likely be determinative of the

12   most served or all of the cases.

13             MR. HERSHEY:  Absolutely, Your Honor.  And I can

14   tell you, the split is about 50/50 domestic international.

15   Not exactly but that's roughly the split.

16             THE COURT:  How -- just -- I don't want to go

17   through one by one -- how are we coming with service

18   efforts?

19             MR. HERSHEY:  So, on the domestic service, I think

20   we are nearly complete.  I can't say it's a hundred percent

21   but we've worked very diligently to get those served.

22             THE COURT:  Okay.  All right.

23             MR. HERSHEY:  Thank you, Your Honor.  We'll do

24   that.

25             THE COURT:  Thanks very much, Mr. Hershey.

Page 22

1          MS. KOVSKY:  Your Honor, may I speak to

2     (indiscernible)

3          THE COURT:  Yeah.  Come on.  Come on up.

4          MS. KOVSKY:  Good afternoon, Your Honor.  Deb

5     Kovsky from Troutman Pepper on behalf of, let's say,

6     numerous preference Defendants.

7          THE COURT:  Wearing a different hat -- slightly

8     different hat.

9          MS. KOVSKY:  Slightly different hat this time

10    although there is some overlap between the groups.

11         THE COURT:  I'm sure there is.

12         MS. KOVSKY:  We're in the process of getting a

13    notice of withdrawal filed, notices of appearance.  Troutman

14    currently represents 462 of the preference Defendants.  364

15    of them have already authorized us to accept service or

16    confirmed that they have been served, and we've notified

17    Plaintiff's counsel regarding those individuals and

18    entities.

19         Together with Mr. Besikof's client -- Mr. Besikof

20    from Lowenstein is also in the courtroom with me -- we

21    represent approximately 25 percent of all of the preference

22    Defendants who have been sued.  We have working --

23         THE COURT:  That leaves a lot that you don't

24    represent.

25         MS. KOVSKY:  It does leave that we don't

Page 23

1    represent.  But it does create a pathway as Your Honor

2    indicated towards identifying common issues and finding a

3    truly efficient way to get through this litigation because

4    there are going to be gating legal issues that are

5    applicable across the board.  I think everybody kind of

6    knows what they are.

7            THE COURT:  That's what I would like an effort --

8    you know, talk to Mr. Hershey.  You probably already have --

9    to identify those gating issues.  And let's see if we can

10   find an efficient way -- everybody -- all Defendants are

11   entitled to an opportunity to be heard but we're not going

12   through -- I'm not having 2400 hearings on the same issue.

13           And so, again, I want to be sure it's a fair fight

14   and some of the claims are vey large.  I'm sure you

15   represent -- the two of you are representing a lot of the

16   Defendants and work with Mr. Hershey in trying to -- see if

17   you can agree on what the gating issues are, the term you've

18   applied.  I use that when we're dealing with (indiscernible)

19   earn accounts -- gating issues.  I'd like to try and find a

20   way that works most efficiently to do that.

21           MS. KOVSKY:  Absolutely.  And we have been --

22   we've worked with Mr. Hershey and his team through multiple

23   process settlements.  And coming in, the real that Mr.

24   Besikof and I showed up today was some concerns.  We just

25   wanted to make sure that as the procedures motions --

Page 24

1    procedures motion -- was being discussed and put before Your

2    Honor which I understand you haven't had a chance to delve

3    into yet, there was recognition that the one size fits all

4    may not work when you have a very large, very well-organized

5    groups that are represented by basically two law firms.  And

6    we're prepared to work very cooperatively and find a process

7    that makes sense.

8           It may not be the procedures motion that was filed

9    which unfortunately, despite overtures, we were not able to

10   have a discussion with Mr. Hershey and his team before it

11   was filed.  But we are definitely looking for the efficient

12   path forward.

13          THE COURT:  So am I.

14          MS. KOVSKY:  Thank you, Your Honor.

15          THE COURT:  Thank you very much.

16          MR. BESIKOF:  Good afternoon, Your Honor.  Dan

17   Besikof, Lowenstein Sandler.  I'll be extremely brief and

18   mostly just echo what Ms. Kovsky said.  I represent about

19   120 Defendants.  The list is --

20          THE COURT:  Maybe you can dig up more.

21          MR. BESIKOF:  I probably will, Your Honor.

22          THE COURT:  I should have said that to Ms. Kovsky

23   too.

24          MR. BESIKOF:  The list is growing by the day.  You

25   know, the thing that strikes me is that these are, you know,

Page 25

1    human beings that are being sued.  This isn't sort of the

2    normal preference case where it's vendors and the like.

3            THE COURT:  No.  It also isn't your normal

4    preference case in that, it's brought against people with

5    over $100,000 of potential liabilities.

6            MR. BESIKOF:  Fair.

7            THE COURT:  It's -- these are not the mom and pops

8    who are being sued for small preferences.

9            MR. BESIKOF:  No, no.  Completely fair, Your

10   Honor.  The point I was going to make is, we -- you know,

11   these people who are being sued, many of them are moms and

12   pops.  We would like to get an efficient process in place as

13   well largely to get these cases to a place where we have

14   some semblance of conclusion as quickly as possible.

15           The parties, you know, are under a great deal of

16   stress.  They would like to litigate these things --

17           THE COURT:  I get emails summarily.  They

18   (indiscernible) find my email address and so I fairly

19   regularly get emails from people who are Defendants.

20           MR. BESIKOF:  I imagine you do.  So, you --

21           THE COURT:  I don't anything with them.

22           MR. BESIKOF:  You have some sense.  We -- I

23   represented a number of parties in the Madoff case.  That

24   case -- you know, it was exactly as you described.  It

25   wasn't test cases but Judge Rakoff basically grabbed all the

Page 26

1    key issues and decided them kind of one at a time right up

2    front, well before the answers.

3            You know, we're going to work with Mr. Hershey and

4    his team, but some protocol --

5            THE COURT:  I'm not sure before the answers.  I

6    want the cases at issue.

7            MR. BESIKOF:  Well, that may be fine.  And I'm not

8    saying that's a -- I wasn't raising the pre-answer point as

9    something that we're proposing.  I mean, we'll put in formal

10   response if we don't have a resolution on the motion.  I was

11   just articulating what happened there.  It was very

12   efficient in terms of getting the big pictures issue done up

13   front.  And so, I was heartened to hear Your Honor raise

14   that point because I do think we need to do that in order to

15   make sure that everyone's voices are heard.

16           That's really it.  I just wanted to rise and

17   introduce myself and, again, pledge to work with Mr. Hershey

18   and Ms. Kovsky to get to an efficient frame work.

19           THE COURT:  Thank you very much.

20           MR. BESIKOF:  Thank you.

21           MR. KOENIG:  Your Honor, the next item on the

22   agenda is the Faller Creditors motion.  It's Mr. Sarachek's

23   motion.  I'm happy to turn the lectern to him if you'd like

24   me to begin.  I think it was his motion.

25           THE COURT:  Well, let me hear from him first and

Page 27

1       then I'm going to have some things to say.

2               MR. KOENIG:  Understood.

3               THE COURT:  Go ahead.  Come on up.

4               MR. SARACHEK:  Good afternoon, Your Honor.  Joe

5       Sarachek with the Sarachek Law Firm.  I'm here with our

6       summer associate Xuyou Zhang who's done a lot of work on

7       this as well, Fordham law student.  Unbelievable.  On behalf

8       of Bernard and Sherry Fowler which are two retirees that

9       have Faller retirement accounts in corporate entities

10      totaling just over $1 million.

11              The Fallers are moving to compel the Debtors to

12      make additional contributions to them of approximately

13      350,000.  I know Your Honor is familiar with this matter,

14      but simply put, the Debtors haven't followed the terms of

15      the plan and selectively paid some Creditors -- corporate

16      Creditors -- a hundred in crypto and others in Fiat U.S.

17      dollars.  And this has resulted in unequal consideration to

18      members of the same class.

19              The mechanics of what the Debtors did was not only

20      unauthorized, it was confusing.  They did it after the vote.

21      The Creditors who voted voted to get crypto.  They read the

22      plan and disclosure statement.  And they did without court

23      approval and not only does that have serious consequences

24      for this case, but for many cases in the future as well.

25              I realize this isn't just an issue with respect to

Page 28

1    the Fallers.  In fact, some 40-some-odd joinders have been

2    filed.  Multiple Creditors have sought me out, not just on

3    my law firm email, but my private email.  And so, this is

4    very critical to many Creditors.

5              Ms. Faller McNeil would like to speak to the

6    Court.  She is on the line.  If you would allow her to speak

7    right now, she can tell you how this was perceived.  I know

8    the Debtors are saying that she selected or she, on behalf

9    of her parents, selected Fiat.  The confusion there was

10   immense, Your Honor.  She had two or three days to decide

11   after the vote what to do.  They wanted crypto.  They did

12   not want --

13             THE COURT:  Well, they didn't select crypto,

14   though.  She didn't select crypto.

15             MR. SARACHEK:  Would you like to hear from her?

16             THE COURT:  Not yet.

17             MR. SARACHEK:  Okay.  At your June 28th, omnibus

18   hearing, Your Honor asked for proof from the Debtors why

19   they took such action and despite two declarations and

20   limited document production to us, there is no proof, Your

21   Honor.  There is no written proof that they authority to do

22   this.  Nothing.  Zero.

23             So, what to do now.  Assuming the Court finds in

24   support of our motion on the legal issue, my suggestion is

25   that the Court direct us to mediation to calculate the

Page 29

1    damages because it's not the --

2         THE COURT:  Have they received their distribution

3    in Fiat?

4         MR. SARACHEK:  They did receive their

5    distribution, yes.  To direct us to mediation, to calculate

6    the damages, not just to the Fallers but to many others --

7    many other Creditors.

8         Your Honor, a long time ago, I was a young

9    associate before your predecessor Chief Judge Prudence Betty

10   Abraham.  And she said to me as a young associate once when

11   I candidly messed up something with respect to a plan of

12   reorganization -- she said, Mr. Sarachek, do you know what

13   Julia Child does when she drops a cake.  And of course, I

14   didn't.  She said, she picks up the pieces and fixes it.

15   That's what we need to do here, Your Honor, for the sake of

16   the Debtors and corporate Creditors and the stake holders.

17   Thank you.

18         THE COURT:  Thank you.  Is there -- well, Ms.

19   Faller McNeil, if you want to be heard, I'll be happy to

20   listen to you.  Just unmute.  Go ahead.

21         MS. FALLER MCNEIL:  Great.  Your Honor, thank you

22   for allowing me to speak today.  My name is Laura Faller

23   McNeil and I manage my parents known as the Faller Creditors

24   four retirements accounts.

25         My parents received emails on January 19th asking

1    them to affirmatively request to receive a distribution in

2    crypto currency by no later than January 23rd.  They were

3    given four days but only two business days to make this

4    decision.  We were given little information regarding these

5    choices and had concerns and questions but felt unable to

6    ask questions given the short time frame.

7          We had had prior experience trying to open

8    Coinbase corporate accounts and there were significant

9    delays and issues.  We were not informed that the -- in the

10   email -- that the $1,000 Coinbase prime account fee would be

11   waived.  This was an additional cost when my parents already

12   had existing crypto accounts to repurchase crypto.

13         In trying to make this decision in two business

14   days, we also had to consider that my parents hadn't had

15   access to their life savings in almost two years.  We also

16   had no way of knowing whether we were in the top 100 since

17   the top 250 accounts received emails.

18         For these reasons, we thought it would be quicker,

19   easier and cheaper to select Fiat.  We also assumed that the

20   Fiat would be issued close to when the crypto was sold so

21   we'd have the ability to repurchase crypto in my parents'

22   existing accounts at similar crypto prices.

23         My parents never should have been put in this

24   situation to have to pick crypto or Fiat when they hadn't

25   voted yes to a plan that meant they'd be receiving crypto

1    and had always assumed they would receive crypto.  The huge

2    delays in receiving their Fiat distributions meant that they

3    could no longer repurchase crypto and similar prices to when

4    it was sold.

5            That was all I wanted to mention in regards to why

6    we selected Fiat when given the choice, but I'm, you know,

7    happy to answer any questions you may have, Your Honor.

8            THE COURT:  Thank you very much.

9            MS. FALLER MCNEIL:  Thank you.

10           THE COURT:  Does anybody else in the courtroom

11   want to address the issue of how corporate accounts were

12   treated under the plan?  All right.

13           CLERK:  Judge, we have a raised hand.  Frances

14   Jones.

15           THE COURT:  Ms. Jones, go ahead.

16           MS. JONES:  Good morning from Australia, Judge

17   Glenn.  It's 4:00 a.m. here.

18           I'm Frances Jones, the (indiscernible) Protection

19   Trust and I have -- I'm also (indiscernible) 21 other

20   Australian corporate Creditors and myself.  We have the same

21   sort of issues.

22           THE COURT:  You're the Australian -- this is the

23   Australian Creditors?

24           MS. JONES:  Yes.

25           THE COURT:  I don't know where you are because I

1    have before me papers -- I guess it's yours.  You're on of

2    the Australian Creditors?

3              MS. JONES:  Yes.  I can go next, if you'd rather.

4              THE COURT:  That's fine.  Go ahead, please.  Go

5    ahead.

6              MS. JONES:  I don't know what you want me to say.

7    I have a very big five points or I have three-page document.

8    I've sent you another one that's 13 pages by email.  So,

9    (indiscernible)

10             THE COURT:  I have the 13-page document right in

11   front of me and I've read it this morning.

12             MS. JONES:  Beautiful.

13             THE COURT:  If you want to summarize -- don't read

14   13 pages to me.  I did read it this morning.  If you want to

15   summarize what the issues are so the others in the courtroom

16   can hear and understand it, please go ahead.

17             MS. JONES:  Thank you.  Hi everybody.

18             So, I'm (indiscernible) Australian Family Trust,

19   the Jones Asset Protection Trust is a Creditor of Celsius in

20   the bankruptcy proceedings.  I'm the sole director and my

21   family -- my two sons are the beneficiaries.

22             My claim, I deposited 5.5 (indiscernible) into my

23   account in -- yeah.  So, (indiscernible) Australian

24   corporate Creditors -- Australian corporate Creditors

25   (indiscernible) lodged the motion docket number 6892 on the

Page 33

1   8th of July and I want to make it clear that I represent

2   myself in these proceedings and cannot speak on behalf of

3   all Australian corporate Creditors.  But I'm aware that the

4   Australian corporate Creditors and other have experienced --

5   their concerns are very similar to mine.

6           (indiscernible) the plan administration states

7   that (indiscernible) the plan administrator (indiscernible)

8   commercially reasonable efforts to made (indiscernible) of

9   liquid crypto currency as provided for in these

10  (indiscernible) account holders in (indiscernible) crypto

11  currency as opposed to Fiat to the greatest extent possible.

12  The Coinbase distribution (indiscernible) pursuant to the

13  process describe in the schedule (indiscernible) provide

14  (indiscernible) with written instructions to distribute to

15  one or more Claimants a portion of all (indiscernible) by

16  such Claimants under the reorganization plan.

17          And (indiscernible) the instructions

18  (indiscernible) state that the (indiscernible) distribution

19  shall be (indiscernible) crypto currency if such Claimant is

20  (indiscernible) supported jurisdiction which Australia

21  (indiscernible) all distributions to that Claimant shall be

22  in the form of the applicable supported crypto currency.

23          And these four points that we had.  I and other

24  Australian corporate Creditors be given the option to

25  receive our distribution in either crypto currency as at

Page 34

```
 1    16th January 2024 prices (indiscernible).  Other people may

 2    have (indiscernible)

 3             So, if you elect to receive crypto currency, that

 4    that (indiscernible) or for establishing an account with any

 5    crypto currency distributor such as Coinbase.

 6    (indiscernible) be waived which happened for some of the

 7    other 100 corporate Creditors.  And that I and the other

 8    corporate Creditors be provided any Fiat distribution by

 9    wire transfer and (indiscernible) U.S. dollar checks.

10             We don't do checks in Australia.  That I and other

11    Australian corporate Creditors be provided with a personal

12    contact by Celsius or the distribution agent to liaise with

13    in terms of making our distributions so that they are done

14    in an effective and timely fashion.  (Indiscernible) from

15    all parties.  We write emails.  We get no response

16    whatsoever for months.

17             So, we need to talk to (indiscernible) that I and

18    other Australian corporate Creditors be provided with the

19    (indiscernible) to transfer form for (indiscernible) wire

20    transfer to establish what is causing this failure because

21    we've all contacted our banks.  They've given us the

22    information.  We've provided that to Stretto and we haven't

23    received a cent.

24             Thank you, Your Honor.

25             THE COURT:  Thank you very much, Ms. Jones.
```

Page 35

1              CLERK:  It's Eileen.  Wesley Chang has his hand

2      up.

3              THE COURT:  All right.  Please, go ahead.

4              MR. CHANG:  Yes.  Let me just be brief, Judge.

5      So, I think -- I want to simplify because I know it was very

6      complicated with different having different issues.  But

7      (indiscernible) the Debtors follow exactly what the plan

8      states.  I think the distribution of crypto currency versus

9      Fiat, that really wasn't really clear as well as the 100

10     Creditors being added to only to receive new crypto.  And

11     that's where really the problem is.

12             If everybody was getting equal there of crypto, I

13     don't think we'd be talking about this (indiscernible) time

14     would be really an issue.  I'm corresponding with many

15     corporate Creditors and corporate Creditors are really -- 99

16     percent of them are LLC for the self-directed IRA accounts,

17     including myself.  So, this is our life savings.

18             It's not some corporation -- (indiscernible)

19     corporations is looking to make money and part of the

20     (indiscernible).  So, this is very timely which is really

21     why we're passionate about trying to get every penny back

22     because right now, as it is, we've taken a lot of loss not

23     to mention the opportunity loss in the past few years.

24             So, again, going back to the original point of

25     issue, I think it's really the timing -- not only the timing

1   but really why did we get two distinct (indiscernible)

2   having preference treatment of getting crypto versus Fiat.

3   I think that's where the root cause is and I just wanted to

4   make that emphasis.  Thank you very much.

5           THE COURT:  Thank you, Mr. Chang.  Eileen, is

6   there anybody else with a hand raised on Zoom because I

7   can't see that from the courtroom?

8           CLERK:  Yes, Judge.  Paul Colaguiri

9   (indiscernible) pronouncing.

10          THE COURT:  Please, go ahead.

11          MR. COLAGUIRI:  Hi, Your Honor.  My name's Paul

12  Colaguiri.  I am one of the Australian corporate Creditors

13  and also in have a joinder on the Faller motion.

14          I just wanted to make just a couple of brief

15  comments.  One is that many of us that filed joinder,

16  certainly myself and some others that I'm aware of to the

17  Faller motion, we did not select to receive Fiat.  It was

18  just forced upon us by being outside the top 100.  So, we

19  know that Kirkland and Ellis are making a point of arguing

20  with the Faller's elected for Fiat (indiscernible) make the

21  point that many of us who filed joinders did not have that

22  choice between crypto currency and Fiat.

23          And the other point I wanted to make was that more

24  with respect to the Australian corporate Creditors motion is

25  that Kirkland Ellis make a point of arguing that there was

Page 37

1    no appropriate means for finding an agent or a distribution

2    partner to distribute some crypto currency.  It seems to me

3    that, for instance with Coinbase, many of us -- well, as an

4    ordinary citizen, you can create a corporate Coinbase

5    account by paying a $1,000 fee and going through, you know,

6    your customer credit cards.

7              So, I can easily with my corporate accounts and

8    have done so with other exchanges, create a corporate

9    account.  So, I don't see why Celsius can't allow us to

10   create a corporate account and pay us crypto currency by

11   them paying the $1,000 fee to enable those accounts to be

12   created.  As I understand it, some $165 billion set aside to

13   account for contingencies and I'm just going to take a

14   guess, but if there's 50 percent of corporate accounts, what

15   would that be that are left over and haven't been paid yet.

16   That's some 900 accounts which might be $900,000 to

17   (indiscernible)

18             There is crypto currency accounts with Coinbase in

19   that example so it sounds like a drop in the bucket.  We

20   want Celsius to be able to create those accounts.  I'm not

21   talking about -- obviously, there might some additional

22   amounts that are required to make payments in terms of

23   (indiscernible) dollar based but just in terms of having a

24   distribution partner.  Kirkland and Ellis argue that that

25   was not reasonably possible to pay in crypto currency.

Page 38

 1     (indiscernible) unable to create accounts on own so

 2     reasonably, I don't see the difficulty in -- being done in

 3     the distribution process.

 4             Those are just the two points I wanted to make.

 5     Thank you, Your Honor.

 6             THE COURT:  Thank you.  May I ask, have you

 7     received your distribution in Fiat?

 8             MR. COLAGUIRI:  No.  I haven't.  That's an

 9     important point I suppose.  Of the Australian corporate

10     Creditors, when we file our motion, none of us of the 21

11     Creditors had received our Fiat distribution and just in the

12     last week, there's been some Creditors who have received it.

13     I understand it's about 4 of the 21 have received but

14     there's still 17 of us left in that motion some six months

15     after the effective date which is certainly to me not a

16     reasonable time as provided for by the plan.  And we're yet

17     to be paid still.

18             THE COURT:  All right.  Thank you very much.

19             MR. COLAGUIRI:  Thank you, Your Honor

20             THE COURT:  Eileen, are there anybody -- anybody

21     else with a hand raised who wants to be heard?

22             CLERK:  Yes, Judge.  There's one more individual,

23     James Matthews.

24             THE COURT:  Okay.

25             MR. MATTHEWS:  Hi, Judge.  I just snuck in.  James

Page 39

1    Matthews.  I'm representing myself.  (indiscernible)

2    Streamline Ltd, the corporate Creditor for the UK.

3              Now Judge, obviously, the bankruptcy has been

4    going on just over two years and I can probably count of the

5    small number of fingers on my hand of how many

6    communications I've had from the Debtors, the unsecured

7    Creditors committee.  The communication has just been

8    terrible throughout, sadly.

9              I just wanted to make a point that the crypto that

10   has been sold or on behalf of the Creditors was done outside

11   of the plan -- we didn't vote for that.  That was not in the

12   plan.  This 100 Creditors, the only ones that could be

13   served by Coinbase, I'm not sure whether -- where that came

14   from.  We had no communication about that.  I actually have

15   a Coinbase corporate account myself which I procured without

16   the $1,000 fee.  It's quite easy to do.  But there was no

17   guidance from the Debtors how to do this or even that I

18   would receive crypto which I did opt for in the initial vote

19   for my plan.

20             Now I'm not sure what to say.  I'm -- it's beyond

21   belief that I've still not received a cent after two years

22   or no communication or even timeline of when I would

23   actually get something.  So, I just wanted to bring that up

24   to your attention because I'm from the UK.  I'm not

25   associated with the Australian Creditors, however, I did

Page 40

1    join the Faller joinder because I do think that it's valid.

2    Thank you very much.

3              THE COURT:  Thank you very much, Mr. Matthews.

4    Eileen, is there anyone else with hand raised?

5              CLERK:  No, Judge.  That's everyone.

6              THE COURT:  All right.  So, let me make some

7    preliminary comments.  I'm not ruling.  I hope, Ms. Cornell,

8    you're still on -- I don't see you on the screen I assume

9    you're still logged on okay.

10             I'm going to try and be restrained in what I have

11   to say.  I may have some difficulty doing that.  In one of

12   the prior hearings -- I don't remember the date -- I did

13   require the Debtor to do a supplemental filing explaining

14   what's happened here.  I found it totally unpersuasive and

15   very troublesome.  Likewise, I would have expected the

16   committee to have taken active role of this issue that

17   affected so many Creditors.

18             This first came to my attention really through pro

19   se filings, complaints, which weren't entirely clear but I

20   did require the Debtor to do the supplemental filing.  This

21   largely focuses on the use of Coinbase as the in-kind

22   distribution agent.  And let me say that -- you know, look

23   at the disclosure statement, which is ECF 3332, the plan,

24   the seventh plan supplement which is at ECF 3869 which

25   includes the Coinbase agreements, the Debtor's effective

Page 41

 1    date notice and subsequent updates -- the first distribution

 2    update is at ECF 4319, the second distribution update.

 3    Really pored over this.

 4            I'm not ruling on it yet but it seems to me --

 5    well, what's clear is there is no plan provision for 100

 6    corporate account limit with Coinbase.  There just isn't.

 7    And the provisions on the treatment under the plan -- you

 8    know, plan article 4, section G says, "after the

 9    deactivation date, the first effective date Debtors may

10    instruct one or more distribution agents subject to the

11    terms of the applicable distribution agreement -- the

12    distribution agent agreement -- to make distributions in a

13    form an amount of liquid crypto currency or Fiat currency to

14    be specified by the first date effective Debtors"  -- it's

15    the Debtors that were supposed to make this -- supposed to

16    give the directions to Claimant.

17            Then it says -- leaving some words out --"for the

18    avoidance of any doubt, Debtors or post-effective date

19    Debtors as applicable may elect in their reasonable

20    discretion to make any distribution in Fiat if no

21    distribution agent is reasonably available to make a liquid

22    crypto currency distribution to any particular Creditor."

23    That's plan article 4(G).

24            The discretion language only kicked in after the

25    deactivation date which was 90 days after the plan went

Page 42

1    effective.  Now until the activation date -- I'm not going

2    to read all of this stuff.

3           You know, when Coinbase apparently said they won't

4    pay more than -- they won't pay in crypto to more than 100

5    accounts, no one told me about it.  That's not what the plan

6    provided for.  That's not what the plan supplement provided

7    for.  If that was an issue, you should have been here.  You

8    should have been telling exactly what the issue is and the

9    Court would have had a very quick resolution to the issue.

10   That didn't happen.

11          So, the treatment under the Coinbase agreements,

12   Coinbase agreements specifically treat corporate Creditors

13   claims.  The Coinbase agreement found in Exhibit G to the

14   seventh plan supplement -- that's sort of the highest in the

15   pecking order of documents that control.  It governs only

16   over inconsistent provisions in the plan and by extension,

17   the disclosure statements.  See the plan confirmation order

18   in Paragraph 376.

19          The Court has looked at the Coinbase prime

20   agreement which has the following attachments, Exhibit A, B,

21   the distribution addendum which has schedule 1 and 2.  You

22   know, in typical fashion, there are lots of other things

23   that one has to look at and try to figure out.  The

24   distribution addendum contains the following conflict

25   provision.  It's in Section 1.  "Except as set forth in this

Page 43

```
 1    distribution addendum, custody services will be provided in

 2    accordance with Exhibit A to the agreement, i.e., the

 3    Coinbase custody custodian service agreement.  The extent

 4    the terms of Exhibit A of the agreement conflict with the

 5    terms of distribution addendum with respect to this

 6    distribution addendum, any distribution services provided

 7    here or any custody services related thereto, the terms of

 8    this distribution addendum will control."

 9            Schedule 1 to the distribution addendum which is

10    referred throughout the distribution addendum is the

11    "distribution services."  The distribution services list

12    specific Coinbase agreements on the topic of distributions

13    as part of the distribution addendum, controls over Coinbase

14    prime agreement on the topic of custody services.

15            I'm going to skip.  I'm not going to -- I don't

16    have time to go through all this.  All I'll say is, you

17    know, Section 8.4.1, unlawful activity, "activity that would

18    violate or assist in violation of any law, statute,

19    ordinance, or regulations, sanctions program administered in

20    the countries where Coinbase conducts business including" --

21    I'm going to leave out some words -- and then 8.4.2, abuse

22    of activity, "action that impose an unreasonable or

23    disproportionately large load on Coinbase if restructured."

24            They don't have to do it there.  You seem be

25    relying on a provision that deals with abusive activity to
```

Page 44

```
 1    justify not paying people with corporate accounts.  The

 2    agreement goes on say if anybody had a corporate account,

 3    that could be used.  They didn't do that.  They've limited

 4    it to 100 and they've excluded hundreds and hundreds of

 5    people who had elected for crypto and they're being forced

 6    by the Debtor -- without coming back to the Court and

 7    telling me about it for me to resolve the issue.

 8              And I would have expected to hear from the

 9    committee or the plan administrator about this.  I wouldn't

10    expect to hear from a bunch of pro se Creditors who haven't

11    been able to get answers from the Debtor or from the plan

12    administrator.  It's outrageous.  Why didn't you come to me

13    and tell me about it?

14              MR. KOENIG:  Your Honor, what I'll say is, we

15    didn't -- we didn't think we had a disagreement.  We

16    understood from the very --

17              THE COURT:  You show me where in any of these

18    agreements the 100 corporate account limit can be found.

19    Where?

20              MR. KOENIG:  It's not expressly written into the

21    Coinbase (indiscernible)

22              THE COURT:  That's an understatement what you've

23    just said.  What is it that you're relying on to say that

24    they can unilaterally decide -- it may have cost you more

25    money to get them to do it.  Where -- what are you relying
```

1    to say that they can arbitrarily select 100 of the largest?

2    So, you discriminate against corporate Creditors in the same

3    class.  You allow only the top 100 largest to select crypto

4    and you tell the others they get Fiat and some of them

5    haven't received that.

6              MR. KOENIG:  Your Honor --

7              THE COURT:  What's the basis for doing that?

8              MR. KOENIG:  Your Honor, from the very beginning,

9    we understood with Coinbase that they could only do 100

10   corporate Creditors.

11             THE COURT:  You didn't tell me that.  It's not in

12   any agreements I ever saw.

13             MR. KOENIG:  So, it's not in the Coinbase prime

14   agreement itself.  On Septe 7th, we were before Your Honor -

15   - this is about a month before confirmation.  We filed a

16   slide dec.  It is at docket number --

17             THE COURT:  That's what I'm supposed to rely on,

18   your slide dec?

19             MR. KOENIG:  I'm just --

20             THE COURT:  Go ahead.  Tell me what's in the slide

21   dec.

22             MR. KOENIG:  So, what we did is we walked through

23   distributions to various different types of Creditors and

24   that slide dec describes that there only 100 slots for

25   corporate Creditors and the other corporate Creditors will

```
 1   get Fiat and the reason --

 2            THE COURT:  That's not in the plan.  It's not in

 3   the disclosure statement.  It's not in plan supplement.

 4   It's not in Coinbase agreement.

 5            MR. KOENIG:  Your Honor, what I would say is the

 6   disclosure statement is clear in various places that not

 7   everybody is going to be able to get crypto currency.

 8            Article 3(r) of the disclosure statement says,

 9   "the distribution agent may be unable to make distributions

10   to certain parties for legal or other reasons, including to

11   holders of claims that live in prohibited jurisdictions as"

12   --

13            THE COURT:  Okay.  Stop.  The people who had

14   existing Coinbase accounts are not in prohibited

15   jurisdictions or prohibited from getting distributions in

16   kind.  Correct?  There's a provision in the plan that say

17   that they can use -- or the plan supplement or one of these

18   documents -- that says anybody with a Coinbase account --

19   corporate account.  They wouldn't even distribute to them.

20   They already had accounts.

21            MR. KOENIG:  Your Honor, we -- to be fair -- we --

22   to be fair to Coinbase.  We did not instruct them to do --

23            THE COURT:  I don't care about being fair to

24   Coinbase.  What I care about is a plan that I confirmed and

25   this array of documents setting out that nowhere provides
```

Page 47

1    100 corporate account limits.

2           How do you justify -- how -- aren't you

3    discriminating against corporate Creditors in the class who

4    thought they were -- had the option of getting crypto and

5    only could -- because Coinbase said 100 is the limit?  Not

6    because of abusive accounts.

7           MR. KOENIG:  I understand, Your Honor.

8    Respectfully, I don't believe so.  I think the plan is clear

9    that there may be a variety of reason why somebody may not

10   be able to get --

11          THE COURT:  Where?  Read me the plan language.

12          MR. KOENIG:  -- that may not be able to get --

13          THE COURT:  Yeah.  Read me the plan language.

14          MR. KOENIG:  So, the plan language says -- Article

15   4(g) says, "the Debtors or the post-effective date Debtors

16   as applicable may elect in their reasonable discretion to

17   make any distribution in cash if no distribution agent is

18   reasonably available" --

19          THE COURT:  You had a distribution agent.  You had

20   a distribution agent.  This wasn't distributions in a

21   jurisdiction where they weren't authorized to distribute

22   crypto.  Correct?

23          MR. KOENIG:  They were authorized to distribute

24   crypto.  That's correct.  But what I'm --

25          THE COURT:  Okay.  So, it doesn't meet that

Page 48

1    definition of -- you know, a crypto agent not being -- this

2    wasn't a situation you had Creditors in a country that they

3    weren't -- Coinbase wasn't authorized to distribute.  You

4    couldn't find another distribution agent.

5            MR. KOENIG:  Your Honor, what I would say is, when

6    we negotiate with Coinbase, their first offer -- this is in

7    the declarations that we filed -- did not include anything

8    for corporate Creditors.  We wanted do whatever we could for

9    corporate Creditors so we asked them, could you make any

10   distributions to corporate Creditors because PayPal could

11   not do it at all.  They don't even offer the product because

12   it's so challenging.

13           Coinbase came back and said, we could do 100.

14           THE COURT:  Where is that in the papers?  Where --

15   you didn't tell me that.

16           MR. KOENIG:  I --

17           THE COURT:  You didn't -- did you tell me that?

18           MR. KOENIG:  I don't believe so.  But here's why,

19   Your Honor.  The reason why is that the plan provides for

20   alacrity, distribution alacrity, and the way that these

21   claims were supposed to be valued because you have to value

22   them as of a particular date.  And of course, crypto

23   currency is a very volatile asset.  And so, it's not that we

24   thought we were preferring one Creditors over another.  If

25   bitcoin had dropped, these corporate Creditors would have

Page 49

1    gotten value that was more than people than people that got

2    crypto currency.  That's the way the Chapter 11 plans work

3    all the time.

4            THE COURT:  People elected to receive crypto and

5    they were given three days' notice.  They weren't even told

6    -- because you couldn't even decide on the top 100 until,

7    what, you asked about 2 and of the top 250 so you could

8    winnow it down to 100.  Is that correct?

9            MR. KOENIG:  That we asked 250 in order to get it

10   down to 100?

11           THE COURT:  Yeah.

12           MR. KOENIG:  Yes.  That is correct.  That's what

13   we did.

14           THE COURT:  None of this was transparent to me.

15   None of it.  You hit the ball and I get tons of letters,

16   complaints, people who still haven't received crypto or

17   Fiat.  It's outrageous.  You didn't -- you know, where was

18   the committee, Mr. Hershey?  Were you aware of this?

19           MR. HERSHEY:  No, Your Honor.  We -- so, let me

20   just Sam Hershey for litigation administrators.  We -- I'm

21   speaking for the committee now.  The committee no longer

22   exists.

23           THE COURT:  But you got a lot of colleagues you

24   got to talk to because I want to know what did the committee

25   know and when did they know it.  And why didn't they speak

1    up.

2           MR. HERSHEY:  Your Honor, so, my understanding

3    from my colleagues is that we became aware of this when the

4    motions were filed, this issue.  But I will take Your

5    Honor's direction and speak with my colleagues.

6           MR. KOENIG:  Your Honor, we were in constant --

7    I'm not trying to throw Mr. Hershey under the bus.  He

8    doesn't know but we absolutely talked about the distribution

9    plan.

10          THE COURT:  Okay.  I want -- this is going to be

11   an open book.  If we have to have a hearing with witnesses

12   testifying, they will.  I think you breached the plan.  I

13   believe you've hidden the ball from me.  You got lots of

14   Creditors up in arms because they haven't received either

15   crypto or Fiat.

16          You know, it's one thing -- I separate out, may

17   not agree that the Faller Creditors -- they elected Fiat.

18   They only had a couple of days, which was unreasonably short

19   but they did.  They elected Fiat and I do consider that to

20   be different than those that never elected Fiat, who elected

21   crypto, who Coinbase was legally authorized to distribute

22   Fiat in those jurisdictions.

23          MR. KOENIG:  Crypto in those jurisdictions.

24          THE COURT:  Crypto.  Yeah.  They were authorized,

25   licensed, to issue the crypto -- distribute the crypto.

Page 51

1   They didn't because they arbitrarily set the 100 limit which

2   nobody told me about.

3          And it's not -- it seems to me that the committee

4   should have been arguing breach of contract.  Coinbase isn't

5   authorized to do that.  You know, this is something the U.S.

6   Trustee needs to look at because I really think that there's

7   a serious disclosure and openness with the Court that's led

8   to hundreds of Creditors complaining with what I think to be

9   good cause and I want it fixed.

10          MR. KOENIG:  Your Honor, I certainly apologize for

11   the impression that we hid the ball.  That certainly was not

12   --

13          THE COURT:  Did you tell -- did you or any of your

14   colleagues tell me before I raised this issue and required

15   you to file a supplemental pleading that Coinbase had set

16   100 limit on the number of corporate accounts that they

17   would -- even -- they excluded -- they wouldn't distribute

18   crypto -- the documents specifically say that people who

19   have Coinbase accounts could use it and they wouldn't do it.

20   Isn't that true?

21          MR. KOENIG:  The documents says that people that

22   have Coinbase (indiscernible) accounts can get distributions

23   --

24          THE COURT:  Okay.  And they didn't do it.  Is that

25   correct?

Page 52

1              MR. KOENIG:  They did not do it.

2              THE COURT:  Okay.  You didn't come back and tell

3      me they didn't do it.  Nobody came to me.  The committee

4      didn't say breach of contract.

5              MR. KOENIG:  So, Your Honor, here's what I would

6      say and I appreciate you letting me be heard.

7              When we were making the distributions, there is no

8      economic difference between receiving one bit coin and

9      receiving -- put aside the post-effective date, market

10     movement for a moment.  There's no difference between

11     receiving one bit coin and receiving the price of the bit

12     coin as a distribution.

13             THE COURT:  But your disclosure statement has

14     pages that go on and explain -- this was one of things that

15     was raised to me throughout -- the important potential tax

16     issues for Creditors who received Fiat in lieu of crypto.

17     That's in your disclosure -- I thought the disclosure

18     statement description to Creditors -- you weren't giving tax

19     advice but you laid out --I thought it was model of how the

20     issue is dealt with.  Isn't it correct that there are

21     potential tax issues for any Creditor who received a Fiat

22     distribution in lieu of their crypto distribution?

23             MR. KOENIG:  It's a complicated issue, Your Honor.

24     What matters is what they had in their account before.  So,

25     if they had no bit coin or no Ethereum  there was actually

Page 53

1   tax consequence difference.  If they had bit coin or

2   Ethereum, (indiscernible) popular crypto currencies there

3   could be a tax --

4           THE COURT:  Okay.  There are pages in the

5   disclosure statement that go through it.

6           MR. KOENIG:  Yes.  It could --

7           THE COURT:  You have Creditors the right to elect.

8   It wouldn't -- they couldn't elect -- if you couldn't have a

9   paying agent to distribute in that country, they couldn't

10  receive crypto.  That's set out in there.

11          MR. KOENIG:  Respectfully, Your Honor --

12          THE COURT:  What you didn't set out is, well,

13  we've got Creditors who have a corporate account with

14  Coinbase who (indiscernible) distribution can receive it.

15  And it just happens, they're unlucky not to be in the top

16  100.

17          MR. KOENIG:  Your Honor, I'd say a couple of

18  things.  At the time of the disclosure statement, we didn't

19  have agreement with Coinbase.  We were still trying to get

20  them to make -- to offer any --

21          THE COURT:  Right.  So, tell me where you laid out

22  in any filing in the Court until I asked for an additional

23  filing in response to all the objections I was receiving,

24  that, by the way, Coinbase set 100 limit, not because of

25  abuse of activity.  Is that abuse of activity?

Page 54

1           MR. KOENIG:  No.

2           THE COURT:  Okay.

3           MR. KOENIG:  It's not abuse of activity.

4           THE COURT:  Is there anything in the Coinbase

5     agreement, absent abuse of activity, that would have led

6     them to say, we're not going to pay -- we're not going to

7     distribute crypto to them?

8           MR. KOENIG:  I would say that they told us from

9     the very beginning it was impossible for them to distribute

10    to the 1900 --

11          THE COURT:  Did you tell me that?

12          MR. KOENIG:  I did not, Your Honor.

13          THE COURT:  It's not the deal I approved.

14          MR. KOENIG:  Your Honor, respectfully, what I

15    would submit, and I understand you don't agree with it but

16    just for the record, I think the plan and the disclosure

17    statement and the various papers that we filed in connection

18    therewith were clear that there were any number of reasons -

19    - the provision that I read from the disclosure statement

20    talks about unsupported jurisdictions but it talks about

21    other reasons too.

22          It doesn't describe --

23          THE COURT:  Are other reasons that, oh, we don't

24    want to pay crypto to more than 100?

25          MR. KOENIG:  I would say that --

Page 55

1            THE COURT:  When was the first -- we have to have

2    -- there will have to be discovery that you're going to pay

3    for.  And that's what's going to happen.  You're going to

4    pay for it.  When I say you, your firm, your law firm's

5    going to pay for it.  There's going to have discovery into

6    the back and forth about how the 100-limit got set, whether

7    you pushed back on it because the record -- your filing laid

8    out some of the basic facts.  I felt like I had to push to

9    get it out but you got it out.

10           But this is fair game -- if it has to go down this

11   route, it's a fair game for discovery because on the face of

12   it, there's a very strong argument that Coinbase breached

13   its contract and neither the committee nor the Debtor

14   brought that to the attention of the Court and I want to

15   know why.

16           MR. KOENIG:  Your Honor, I would say --

17           THE COURT:  And I'm having trouble controlling

18   myself in that because obviously, this is an issue the Court

19   has spent of time focused on.  I'm totally unsatisfied with

20   the answers I've been getting.

21           MR. KOENIG:  I understand, Your Honor.

22           THE COURT:  And I don't know how you're going to

23   fix it but you're going to fix it.

24           MR. KOENIG:  We will fix it.

25           THE COURT:  Okay.  So, what I'm -- I'm not ruling

Page 56

1   on these.  So, I'm adjourning the hearing on the Faller

2   distribution motion and the Australia distribution motion.

3   Likewise, adjourning -- Ms. Cornell, is it -- did you have

4   any idea about any of this?

5                MS. CORNELL:  Shara Cornell for the Office of the

6   United States Trustee.  No, Your Honor.  I'm in the same

7   information vacuum as yourself.

8                THE COURT:  I urge you to read the filings that

9   relate to this because this is a serious issue.  I'm

10  completely dissatisfied.  I'm not ready to rule.  If you

11  want to get into an expensive litigation, you're going to

12  get expensive litigation.  It isn't going to come out of the

13  Debtor's hide.  I'm just telling you right now.

14               CLERK:  Judge, it's Eileen.

15               THE COURT:  Yes.

16               CLERK:  There are individuals with their hands

17  raised.

18               THE COURT:  I'm not going to listen because what

19  I'm going to do is adjourn -- further adjourn the hearing on

20  the issues and I expect to get -- I expect that the plan

21  administrator and the Debtor's -- and Kirkland are going to

22  communicate with the objectors over the next -- I'm going to

23  give you a month to try and sort this out.

24               MR. KOENIG:  Understood, Your Honor.

25               THE COURT:  And get Coinbase because I think they

Page 57

```
 1    breached the contract.  Why you let them do it I don't know.

 2    I see -- is that Coinbase's counsel wants to be heard?

 3              MR. KESSLER:  It is, Your Honor.

 4              THE COURT:  Come on up.

 5              MS. CORNELL:  Your Honor, Shara Cornell with the

 6    Office of the United States Trustee.

 7              THE COURT:  Yes.

 8              MS. CORNELL:  (indiscernible) request being privy

 9    to any ongoing disputes.

10              THE COURT:  Absolutely.

11              MS. CORNELL: (indiscernible) Thank you, Your

12    Honor.

13              THE COURT:  Go ahead, counsel.  Make your

14    appearance.

15              MR. KESSLER:  Your Honor, Thomas Kessler from

16    Cleary Gottlieb on behalf of Coinbase.  I just want to make

17    one very quick factual point I don't think anyone will

18    contest which is, under the distribution addendum, Coinbase

19    has to receive an official instruction from the Debtors to

20    distribute crypto currency.  They received instructions.

21    They complied with each and every one of those instructions.

22    At no time were they ever instructed to distribute to any

23    beyond the top --

24              THE COURT:  How did -- who came up with the 100?

25    The Debtor didn't.
```

Page 58

1              MR. KESSLER:  Well, that's (indiscernible) two

2       questions, Your Honor.  The first in, the ability of

3       Coinbase to process new customers -- new institutional

4       clients to on board them for the purposes of making a

5       distribution -- the 100 number was the product of Coinbase

6       analysis.  In terms of who that 100 is, that's not

7       Coinbase's issue.  They will -- they take instructions from

8       the Debtors.  They distribute as instructed by the Debtors

9       which is what they did.

10             THE COURT:  And did Coinbase decline to distribute

11      to Celsius customers that had a pre-existing Coinbase

12      account?

13             MR. KESSLER:  Coinbase never declined any

14      instructions from the Debtors.

15             THE COURT:  Okay.  This is all going to get sorted

16      out, you know.  Obviously, I'm not happy.

17             MR. KESSLER:  Understood, Your Honor.

18             THE COURT:  You know, disclosure is the hallmark

19      of our bankruptcy system and for this 100 limits to sort

20      miraculously get included without an -- and certainly

21      without my knowledge, whatever I approved anything and it's

22      only because of the objections from pro se and represented

23      parties that this has become apparent.

24             And, you know, this goes to the committee, the

25      plan administrator, the Debtor.  It's unacceptable.  I want

Page 59

1    a status report within two weeks from today and with respect

2    to this status report, I expect discussions with committee's

3    counsel (indiscernible) same as the plan administrator's

4    counsel, with the U.S. Trustee, with counsel who represent

5    any of the Creditors who are objecting and we'll see what

6    gets scheduled after that.

7            So, I want this status report in writing.

8    Hopefully it will be a single joint status report.  You can

9    indicate whether there are disagreements or not.  I don't

10   want to see a multiplicity of papers.

11           MR. KOENIG:  Understood, Your Honor.

12           THE COURT:  All right.  Let's go on with the

13   agenda.

14           MR. KOENIG:  Your Honor, I believe -- if you're

15   looping in the Australian Creditors --

16           THE COURT:  I am.  I'm looping in -- yeah.

17   because --

18           MR. KOENIG:  All I'm saying is I believe that's

19   the end of it, Judge.

20           THE COURT:  Okay.

21           MR. KOENIG:  Because Mr. Hershey took care of the

22   adversary proceeding matters.

23           THE COURT:  Okay.  Does anybody else want to be

24   heard now?  Come on up.

25           CLERK:  Your Honor.  Oh, sorry.

Page 60

```
 1              THE COURT:  Come on up.

 2              MR. CHERNAIK:  Your Honor, I'll keep this brief.

 3              THE COURT:  (indiscernible) I need to call your

 4    name first.

 5              MR. CHERNAIK:  Yes.  My name is Thomas Chernaik.

 6    I'm one of the pro se Creditors that have written in before.

 7    We do now have representation.  We did file a motion.  That

 8    motion was deferred because of the timing of which we filed

 9    it.

10              THE COURT:  Well, I'm going to hear it all.

11    Everything's going to get --

12              MR. CHERNAIK:  Yep.  We --

13              THE COURT:  I assure you on that.

14              MR. CHERNAIK:  Yep.  We do plan to refile.  This

15    has been enormously concerning throughout the community.

16    There are many of us who feel that we were never given

17    proper disclosure, that we have tried to raise our voices,

18    that we have tried to be heard, that we have tried

19    desperately to draw attention to the fact that we didn't

20    feel that we were treated equally through this process.

21              THE COURT:  Well, you got my attention.

22              MR. CHERNAIK:  Excellent.  So, we will be

23    refiling.  I know that we may not have been included in the

24    current motions.  But we will and we look forward to --

25              THE COURT:  Have your -- your counsel needs to be
```

Page 61

1   in touch with --

2           MR. CHERNAIK:  Yes.

3           THE COURT:  -- with Kirkland.

4           MR. CHERNAIK:  Yes.

5           THE COURT:  Okay.

6           MR. CHERNAIK:  Thank you so much.

7           THE COURT:  All right.  Thank you.

8           MR. KOENIG:  Your Honor, one -- just one last -- a

9   sort unrelated comment.  I heard a couple of Creditors say

10  that they haven't gotten answers.  I stood here and I will

11  tell them and tell anybody that's listening, if you're not

12  getting answers, you should write me.  My name is Chris

13  Koenig.  My email is in the Kirkland signature block at the

14  bottom of every page.  We have a list that we use to respond

15  to Creditors.

16          I understand the frustration but if you haven't

17  gotten answers, you should me and we'll get you --

18          THE COURT:  I have to say, I take -- I commend you

19  and your colleagues throughout.  I think you've been quite

20  responsive to issues when they come up and you've tried to

21  answer Creditors' concerns.  That's not my complaint today.

22  Okay?

23          MR. KOENIG:  We'll come back you, Your Honor.

24  Thank you.

25          THE COURT:  All right.  We're adjourned.

Page 62

1          (Whereupon these proceedings were concluded at

2     3:10 PM)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 63

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  July 30, 2024

[& - 4:00]                                                    Page 1

| & | | | |
|---|---|---|---|
| **&**   11:3,10 15:17 | **159**   14:14 | **24-03997**   4:17 9:20 | **462**   22:14 |
| **1** | **165**   37:12 | **24-03998**   5:1 10:1 | **4789**   7:6 |
| **1**   7:22 8:22 27:10 42:21,25 43:9 | **168**   3:14 9:3 | **24-03999**   5:9 | **4866**   10:15 |
| | **16th**   34:1 | **2400**   20:6 23:12 | **4879**   10:15 |
| | **17**   16:21 38:14 | **25**   22:21 | **4911**   7:4 |
| **1,000**   30:10 37:5,11 39:16 | **1900**   54:10 | **250**   30:17 49:7 49:9 | **4914**   7:5 |
| **100**   30:16 34:7 35:9 36:18 39:12 41:5 42:4 44:4,18 45:1,3,9,24 47:1,5 48:13 49:6,8,10 51:1 51:16 53:16,24 54:24 55:6 57:24 58:5,6 58:19 | **19th**   29:25 | **2500**   20:1,2 | **4916**   7:5 |
| | **2** | **27th**   16:4,7 | **4923**   7:5 |
| | **2**   8:12,17,22 9:4,9,13,18,23 10:4,9 18:15 42:21 49:7 | **28th**   28:17 | **4928**   7:5 |
| | | **29**   6:5 | **4929**   7:5 |
| | | **2:02**   6:6 | **4933**   10:16 |
| | | **3** | **4934**   7:5 |
| | **2024**   6:5 7:14 34:1 63:25 | **3**   7:22 46:8 | **4938**   7:5 |
| | | **30**   17:9 63:25 | **4940**   7:5 |
| | **21**   31:19 38:10 38:13 | **300**   63:22 | **4944**   7:5 |
| **100,000**   20:12 25:5 | **22-10964**   1:3 | **330**   63:21 | **4947**   7:6 |
| | **23-01002**   1:11 7:21 | **333**   11:5 | **4950**   7:6 |
| | | **3332**   40:23 | **4952**   7:6 |
| **10004**   6:3 12:5 | **23-01202**   2:1 8:1 | **35**   8:6 | **4954**   7:6 |
| **10020**   11:13 | | **350,000**   27:13 | **4956**   7:6 |
| **10583**   11:20 | **23rd**   30:2 | **364**   22:14 | **4958**   7:6 |
| **10:00**   16:7 | **24-03986**   2:9 8:8 | **376**   42:18 | **4959**   7:6 |
| **11**   49:2 | | **3869**   40:24 | **4961**   7:6 |
| **11501**   63:23 | **24-03987**   2:17 8:14 | **3:10**   62:2 | **4963**   7:7 |
| **12**   18:15 | | **3:15**   13:8 | **4964**   7:7 |
| **120**   24:19 | **24-03990**   3:1 8:19 | **3:30**   13:10 | **4966**   7:7 |
| **12151**   63:6 | | **4** | **4968**   7:7 |
| **1221**   11:12 | **24-03991**   3:9 9:1 | **4**   38:13 41:8,23 47:15 | **4974**   7:7 |
| **124**   14:13 | **24-03993**   3:17 9:6 | **40**   28:1 | **4976**   7:7 |
| **13**   32:8,10,14 | | **4319**   41:2 | **4985**   7:7 |
| **15**   7:14 | **24-03995**   4:1 9:11 | | **4986**   7:7 |
| | **24-03996**   4:9 9:15 | | **4988**   7:7 |
| | | | **4991**   10:16 |
| | | | **4:00**   31:17 |

| **5** | **900,000** 37:16 | 31:11 35:16 | **adjourning** |
|---|---|---|---|
| | **99** 35:15 | 37:7,11,14,16 | 56:1,3 |

| **5.5** 32:22 | **a** | 37:18,20 38:1 | **adjournment** |
|---|---|---|---|

**50** 37:14

**50/50** 21:14

**5194** 7:7

**5197** 7:8

**534** 12:4

**5594** 7:8

**6**

**6** 7:22

**60654** 11:6

**6569** 7:8

**670** 11:19

**6892** 7:19
  32:25

**7**

**7004** 20:23

**7528** 7:19

**7530** 7:19

**7534** 7:2 16:3

**7535** 7:8

**7538** 7:8

**7551** 7:8

**7554** 7:8

**7557** 7:8 13:16

**7th** 45:14

**8**

**8.4.1** 43:17

**8.4.2** 43:21

**8th** 33:1

**9**

**90** 13:23 17:13
  41:25

**900** 37:16

**a.m.** 16:7 31:17

**abbe** 13:14

**ability** 17:8
  30:21 58:2

**able** 24:9 37:20
  44:11 46:7
  47:10,12

**above** 13:23

**abraham** 29:10

**absent** 54:5

**absolutely**
  21:13 23:21
  50:8 57:10

**abuse** 43:21
  53:25,25 54:3
  54:5

**abusive** 43:25
  47:6

**accept** 22:15

**access** 5:6 10:3
  30:15

**accordance**
  43:2

**account** 30:10
  32:23 33:10
  34:4 37:5,9,10
  37:13 39:15
  41:6 44:2,18
  46:18,19 47:1
  52:24 53:13
  58:12

**accounts** 23:19
  27:9 29:24
  30:8,12,17,22

42:5 44:1

46:14,20 47:6

51:16,19,22

**accurate** 63:4

**action** 28:19
  43:22

**actions** 7:2

**activation** 42:1

**active** 15:5
  40:16

**activity** 43:17
  43:17,22,25
  53:25,25 54:3
  54:5

**actually** 39:14
  39:23 52:25

**ad** 7:18

**added** 35:10

**addendum**
  42:21,24 43:1
  43:5,6,8,9,10
  43:13 57:18

**additional**
  27:12 30:11
  37:21 53:22

**address** 17:24
  18:3,17 19:20
  25:18 31:11

**addressed** 18:5

**adjourn** 56:19
  56:19

**adjourned**
  61:25

18:12

**administered**
  43:19

**administration**
  33:6

**administrator**
  33:7 44:9,12
  56:21 58:25

**administrator's**
  59:3

**administrators**
  15:17 49:20

**adv** 1:11 2:1,9
  2:17 3:1,9,17
  4:1,9,17 5:1,9

**advance** 16:15

**adversary** 7:21
  18:7,8,14 20:1
  59:22

**advice** 52:19

**affected** 40:17

**affirmatively**
  30:1

**afternoon** 13:4
  15:16 22:4
  24:16 27:4

**agenda** 13:5
  15:6,19 17:24
  26:22 59:13

**agent** 34:12
  37:1 40:22
  41:12,21 46:9
  47:17,19,20
  48:1,4 53:9

agents 14:9
41:10
ago 14:14 29:8
agree 23:17
50:17 54:15
agreement
41:11,12 42:13
42:20 43:2,3,4
43:14 44:2
45:14 46:4
53:19 54:5
agreements
40:25 42:11,12
43:12 44:18
45:12
ahead 27:3
29:20 31:15
32:4,5,16 35:3
36:10 45:20
57:13
al 2:3,6
alacrity 48:20
48:20
alexander 12:3
allow 16:19
28:6 37:9 45:3
allowing 29:22
alternative
7:15
amended 8:4
americas 11:12
amount 41:13
amounts 7:13
37:22
analysis 58:6
answer 26:8
31:7 61:21

answers 26:2,5
44:11 55:20
61:10,12,17
anybody 31:10
36:6 38:20,20
44:2 46:18
59:23 61:11
apologize
51:10
apparent
58:23
apparently
42:3
appearance
22:13 57:14
applicable
23:5 33:22
41:11,19 47:16
applied 23:18
apply 20:17
appreciate
52:6
appropriate
19:18 37:1
approval 27:23
approved
54:13 58:21
approximately
22:21 27:12
arbitrage 2:14
8:11
arbitrarily
45:1 51:1
argue 37:24
arguing 36:19
36:25 51:4

argument
55:12
arms 50:14
array 46:25
article 41:8,23
46:8 47:14
articulating
26:11
aside 37:12
52:9
asked 18:12
28:18 48:9
49:7,9 53:22
asking 29:25
aspects 19:3
asset 2:14,14
8:11,11 32:19
48:23
assist 43:18
associate 27:6
29:9,10
associated
39:25
assume 40:8
assumed 30:19
31:1
assuming
28:23
assure 60:13
attached 8:3
attachments
42:20
attention 39:24
40:18 55:14
60:19,21
attorneys 11:4
11:11,18 12:2

august 16:4,7
australia 31:16
33:20 34:10
56:2
australian 7:10
7:17,18 31:20
31:22,23 32:2
32:18,23,24
33:3,4,24
34:11,18 36:12
36:24 38:9
39:25 59:15
authority
28:21
authorized
22:15 47:21,23
48:3 50:21,24
51:5
authorizing
8:2,9,15,20 9:2
9:7,12,16,21
10:2,7
available 41:21
47:18
avenue 11:12
avoidance 7:2
20:4 41:18
aware 33:3
36:16 49:18
50:3

| b |
|---|

b 6:21 42:20
b2c2 4:6 9:13
back 35:21,24
44:6 48:13
52:2 55:6,7
61:23

**ball** 49:15
50:13 51:11
**bankruptcy**
1:1 6:1,23 7:16
32:20 39:3
58:19
**banks** 34:21
**based** 37:23
**basic** 55:8
**basically** 24:5
25:25
**basis** 45:7
**bc** 5:14 10:8
**beautiful** 32:12
**beginning** 45:8
54:9
**behalf** 22:5
27:7 28:8 33:2
39:10 57:16
**beings** 25:1
**belabor** 19:16
**belief** 39:21
**believe** 18:22
47:8 48:18
50:13 59:14,18
**beneficiaries**
32:21
**benefit** 17:3
**bernard** 27:8
**besikof** 22:19
23:24 24:16,17
24:21,24 25:6
25:9,20,22
26:7,20
**besikof's** 22:19
**best** 16:14

**betty** 29:9
**beyond** 39:20
57:23
**big** 26:12 32:7
**billion** 37:12
**bit** 15:11 52:8
52:11,11,25
53:1
**bitcoin** 7:11
48:25
**block** 61:13
**blockchain** 5:6
10:3
**board** 23:5
58:4
**book** 50:11
**borders** 16:15
**bottom** 61:14
**bowling** 6:2
12:4
**breach** 51:4
52:4
**breached**
50:12 55:12
57:1
**brief** 13:6,11
24:17 35:4
36:14 60:2
**briefly** 13:18
14:12 17:23
**bring** 39:23
**brought** 25:4
55:14
**btc** 7:11
**bucket** 37:19
**built** 17:8

**bunch** 44:10
**burden** 17:12
**bus** 50:7
**business** 19:7
30:3,13 43:20

## c

**c** 11:1 13:1
63:1,1
**cake** 29:13
**calculate** 28:25
29:5
**call** 60:3
**candidly** 29:11
**capital** 4:22
9:22
**cards** 37:6
**care** 46:23,24
59:21
**case** 1:3,11 2:1
2:9,17 3:1,9,17
4:1,9,17 5:1,9
11:10 15:17
16:15,16 25:2
25:4,23,24
27:24
**cases** 16:17,22
20:2,10,17
21:12 25:13,25
26:6 27:24
**cash** 7:12
47:17
**categories** 18:9
**cause** 36:3 51:9
**causing** 34:20
**celsius** 1:7,13
2:3,11,19 3:3
3:11,19 4:3,11

4:19 5:3,11
7:10,15,16
19:6,8 32:19
34:12 37:9,20
58:11
**cent** 34:23
39:21
**certain** 8:3,9
8:15,20 9:2,7
9:12,16,21
10:2,7 46:10
**certainly** 18:23
36:16 38:15
51:10,11 58:20
**certified** 63:3
**challenging**
48:12
**chambers**
15:10
**chance** 24:2
**chang** 12:14
35:1,4 36:5
**changes** 17:7
**chapter** 49:2
**cheaper** 30:19
**checks** 7:18
34:9,10
**chernaik** 12:11
60:2,5,5,12,14
60:22 61:2,4,6
**chicago** 11:6
**chief** 29:9
**child** 29:13
**choice** 31:6
36:22
**choices** 30:5

[choose - conclusion]

**choose** 16:21
**chris** 11:8
  61:12
**circuit** 13:9
**citizen** 37:4
**claim** 32:22
**claimant** 33:19
  33:21 41:16
**claimants**
  33:15,16
**claimed** 14:1
  15:4
**claims** 7:14
  20:4,4,5 23:14
  42:13 46:11
  48:21
**claire** 12:7
**class** 27:18
  45:3 47:3
**clear** 15:20
  33:1 35:9
  40:19 41:5
  46:6 47:8
  54:18
**cleary** 57:16
**clerk** 13:2
  31:13 35:1
  36:8 38:22
  40:5 56:14,16
  59:25
**client** 22:19
**clients** 58:4
**close** 18:11
  20:1 30:20
**closely** 16:16
**coin** 52:8,11,12
  52:25 53:1

**coinbase** 13:23
  14:3 30:8,10
  33:12 34:5
  37:3,4,18
  39:13,15 40:21
  40:25 41:6
  42:3,11,12,13
  42:19 43:3,12
  43:13,20,23
  44:21 45:9,13
  46:4,14,18,22
  46:24 47:5
  48:3,6,13
  50:21 51:4,15
  51:19,22 53:14
  53:19,24 54:4
  55:12 56:25
  57:16,18 58:3
  58:5,10,11,13
**coinbase's** 57:2
  58:7
**colagiuri** 12:13
**colaguiri** 36:8
  36:11,12 38:8
  38:19
**colleague**
  13:14
**colleagues**
  49:23 50:3,5
  51:14 61:19
**come** 13:25
  15:13 22:3,3
  27:3 44:12
  52:2 56:12
  57:4 59:24
  60:1 61:20,23

**comfortable**
  17:1,2
**coming** 14:20
  20:21 21:17
  23:23 44:6
**commend**
  61:18
**comment**
  17:15 61:9
**commented**
  20:22
**comments**
  17:16 36:15
  40:7
**commercially**
  33:8
**committee**
  11:11 18:1
  39:7 40:16
  44:9 49:18,21
  49:21,24 51:3
  52:3 55:13
  58:24
**committee's**
  59:2
**common** 20:10
  20:14,16 21:5
  21:11 23:2
**communicate**
  56:22
**communicati...**
  39:7,14,22
**communicati...**
  39:6
**community**
  60:15

**compare** 20:7
**compel** 7:4,15
  27:11
**competitive**
  19:7
**complain** 9:3,8
  9:13,17,22
  10:3,8
**complaining**
  15:10 51:8
**complaint** 8:4
  8:10,16,21
  61:21
**complaints**
  17:9 19:9
  20:20,22 40:19
  49:16
**complete** 21:20
**completely**
  21:7 25:9
  56:10
**complicate**
  19:16
**complicated**
  21:1 35:6
  52:23
**complied** 57:21
**concern** 15:11
**concerning**
  60:15
**concerns** 23:24
  30:5 33:5
  61:21
**concluded** 62:1
**conclusion**
  25:14

conducts 43:20
conference
  7:22 18:10,12
confirmation
  42:17 45:15
confirmed
  22:16 46:24
conflict 42:24
  43:4
confusing
  27:20
confusion 28:9
connection
  17:11 54:17
consequence
  53:1
consequences
  27:23
consider 30:14
  50:19
consideration
  27:17
consistent
  16:17,23
constant 50:6
consumes
  17:12
contact 34:12
contacted
  34:21
contains 42:24
contest 57:18
contingencies
  37:13
continue 13:17
  14:15,19

continued
  14:15
contract 51:4
  52:4 55:13
  57:1
contributions
  27:12
control 42:15
  43:8
controlling
  55:17
controls 43:13
conveyance
  20:4
cooperatively
  24:6
cornell 12:7
  18:25 19:13
  40:7 56:3,5,5
  57:5,5,8,11
corporate 7:11
  7:17,19 10:13
  10:15 15:9
  27:9,15 29:16
  30:8 31:11,20
  32:24,24 33:3
  33:4,24 34:7,8
  34:11,18 35:15
  35:15 36:12,24
  37:4,7,8,10,14
  38:9 39:2,15
  41:6 42:12
  44:1,2,18 45:2
  45:10,25,25
  46:19 47:1,3
  48:8,9,10,25
  51:16 53:13

corporation
  35:18
corporations
  35:19
correct 15:8
  46:16 47:22,24
  49:8,12 51:25
  52:20
corresponding
  35:14
cosmos 8:5
cost 20:24
  30:11 44:24
counsel 22:17
  57:2,13 59:3,4
  59:4 60:25
count 19:25
  20:25 39:4
countries
  43:20
country 48:2
  53:9 63:21
couple 13:17
  36:14 50:18
  53:17 61:9
course 17:6
  18:6 21:9
  29:13 48:22
court 1:1 6:1
  13:3,7,12 14:2
  14:5,22,25
  15:6,9,21,24
  16:6,11,24
  17:18,22 18:17
  18:20 19:12,24
  21:10,16,22,25
  22:3,7,11,23

23:7 24:13,15
24:20,22 25:3
25:7,17,21
26:5,19,25
27:3,22 28:6
28:13,16,23,25
29:2,18 31:8
31:10,15,22,25
32:4,10,13
34:25 35:3
36:5,10 38:6
38:18,20,24
40:3,6 42:9,19
44:6,17,22
45:7,11,17,20
46:2,13,23
47:11,13,19,25
48:14,17 49:4
49:11,14,23
50:10,24 51:7
51:13,24 52:2
52:13 53:4,7
53:12,21,22
54:2,4,11,13
54:23 55:1,14
55:17,18,22,25
56:8,15,18,25
57:4,7,10,13
57:24 58:10,15
58:18 59:12,16
59:20,23 60:1
60:3,10,13,21
60:25 61:3,5,7
61:18,25
courtroom
  22:20 31:10
  32:15 36:7

**create**  23:1
  37:4,8,10,20
  38:1
**created**  37:12
**credit**  37:6
**creditor**  32:19
  39:2 41:22
  52:21
**creditors**  7:11
  7:17,19 10:13
  10:15 11:18
  14:22 15:3,9
  15:13 17:1
  26:22 27:15,16
  27:21 28:2,4
  29:7,16,23
  31:20,23 32:2
  32:24,24 33:3
  33:4,24 34:7,8
  34:11,18 35:10
  35:15,15 36:12
  36:24 38:10,11
  38:12 39:7,10
  39:12,25 40:17
  42:12 44:10
  45:2,10,23,25
  45:25 47:3
  48:2,8,9,10,24
  48:25 50:14,17
  51:8 52:16,18
  53:7,13 59:5
  59:15 60:6
  61:9,15,21
**critical**  28:4
**crypto**  13:23
  15:13 27:16,21
  28:11,13,14

30:2,12,12,20
30:21,22,24,25
31:1,3 33:9,10
33:19,22,25
34:3,5 35:8,10
35:12 36:2,22
37:2,10,18,25
39:9,18 41:13
41:22 42:4
44:5 45:3 46:7
47:4,22,24
48:1,22 49:2,4
49:16 50:15,21
50:23,24,25,25
51:18 52:16,22
53:2,10 54:7
54:24 57:20
**cryptocurrency**
  7:13
**currencies**
  53:2
**currency**  30:2
  33:9,11,19,22
  33:25 34:3,5
  35:8 36:22
  37:2,10,18,25
  41:13,13,22
  46:7 48:23
  49:2 57:20
**current**  60:24
**currently**
  22:14
**custodian**  3:22
  9:8 43:3
**custody**  43:1,3
  43:7,14

**custom**  12:3
**customer**  37:6
**customers**  58:3
  58:11

**d**

**d**  13:1
**damages**  29:1
  29:6
**dan**  24:16
**date**  16:6 20:19
  38:15 40:12
  41:1,9,9,14,18
  41:25 42:1
  47:15 48:22
  52:9 63:25
**day**  17:9,13
  24:24
**days**  28:10
  30:3,3,14
  41:25 49:5
  50:18
**deactivation**
  41:9,25
**deal**  19:10 20:5
  25:15 54:13
**dealing**  23:18
**deals**  43:25
**dealt**  52:20
**deanna**  13:13
  13:20
**deb**  22:4
**debtor**  1:9 11:4
  40:13,20 44:6
  44:11 55:13
  57:25 58:25
**debtor's**  40:25
  56:13,21

**debtors**  10:12
  27:11,14,19
  28:8,18 29:16
  35:7 39:6,17
  41:9,14,15,18
  41:19 47:15,15
  57:19 58:8,8
  58:14
**dec**  45:16,18
  45:21,24
**decide**  28:10
  44:24 49:6
**decided**  26:1
**decision**  30:4
  30:13
**declarations**
  28:19 48:7
**decline**  58:10
**declined**  58:13
**defendant**  1:17
  2:23 3:15,23
  4:15,23 5:7,15
  17:1 20:23
  22:6,14,22
  23:10,16 24:19
  25:19
**deferred**  60:8
**definitely**
  24:11
**definition**  48:1
**delays**  30:9
  31:2
**delve**  24:2
**deny**  19:11

[department - e]                                                    Page 8

**department**
  12:1
**deposited**
  32:22
**describe**  33:13
  54:22
**described**
  25:24
**describes**
  45:24
**description**
  52:18
**desperately**
  60:19
**despite**  24:9
  28:19
**detail**  19:10
**determination**
  20:16
**determinative**
  21:11
**difference**  52:8
  52:10 53:1
**different**  22:7
  22:8,9 35:6,6
  45:23 50:20
**difficulty**  38:2
  40:11
**dig**  24:20
**digital**  2:14,14
  8:10,11
**diligently**
  21:21
**diminishing**
  13:25
**direct**  7:10
  28:25 29:5

**directed**  7:16
  35:16
**direction**  50:5
**directions**
  41:16
**director**  32:20
**disagreement**
  44:15
**disagreements**
  59:9
**disclosing**  19:8
**disclosure**
  17:25 27:22
  40:23 42:17
  46:3,6,8 51:7
  52:13,17,17
  53:5,18 54:16
  54:19 58:18
  60:17
**discovery**
  10:12 55:2,5
  55:11
**discretion**
  41:20,24 47:16
**discriminate**
  45:2
**discriminating**
  47:3
**discuss**  16:10
**discussed**  24:1
**discussion**  14:2
  24:10
**discussions**
  59:2
**disproportio...**
  43:23

**disputes**  16:19
  57:9
**dissatisfied**
  56:10
**distinct**  36:1
**distribute**
  33:14 37:2
  46:19 47:21,23
  48:3 50:21,25
  51:17 53:9
  54:7,9 57:20
  57:22 58:8,10
**distributed**
  14:13,14
**distribution**
  10:14 13:6
  14:9,11 29:2,5
  30:1 33:12,18
  33:25 34:8,12
  35:8 37:1,24
  38:3,7,11
  40:22 41:1,2
  41:10,11,12,20
  41:21,22 42:21
  42:24 43:1,5,6
  43:6,8,9,10,11
  43:11,13 46:9
  47:17,17,19,20
  48:4,20 50:8
  52:12,22,22
  53:14 56:2,2
  57:18 58:5
**distributions**
  7:1,12 13:23
  14:8,21,23
  15:4,13 31:2
  33:21 34:13

  41:12 43:12
  45:23 46:9,15
  47:20 48:10
  51:22 52:7
**distributor**
  34:5
**district**  1:2
**doc**  7:2,4,19,22
  8:6,12,16,22
  9:4,9,13,18,23
  10:4,9,15
**docket**  16:3
  17:13 32:25
  45:16
**document**
  28:20 32:7,10
**documents**
  42:15 46:18,25
  51:18,21
**doing**  20:19
  40:11 45:7
**dollar**  34:9
  37:23
**dollars**  27:17
**domestic**  21:14
  21:19
**doubt**  41:18
**draw**  60:19
**drop**  37:19
**dropped**  48:25
**drops**  29:13
**due**  18:5

|  e  |
| --- |

**e**  6:21,21 11:1
  11:1 13:1,1
  63:1

| | | | |
|---|---|---|---|
| **early** 16:4 | 50:17,19,20,20 | **everything's** | **expressly** |
| **earn** 23:19 | **ellis** 11:3 36:19 | 60:11 | 44:20 |
| **easier** 30:19 | 36:25 37:24 | **exactly** 21:15 | **extend** 17:9 |
| **easily** 37:7 | **email** 25:18 | 25:24 35:7 | **extended** 17:14 |
| **easy** 39:16 | 28:3,3 30:10 | 42:8 | **extension** |
| **ecf** 40:23,24 | 32:8 61:13 | **example** 37:19 | 17:11 42:16 |
| 41:2 | **emails** 25:17 | **excellent** 60:22 | **extensions** |
| **echo** 24:18 | 25:19 29:25 | **except** 42:25 | 17:10 |
| **economic** 19:3 | 30:17 34:15 | **exchanges** 37:8 | **extent** 20:14 |
| 52:8 | **emphasis** 36:4 | **excited** 14:17 | 33:11 43:3 |
| **ecro** 6:25 | **enable** 37:11 | **excluded** 44:4 | **extremely** |
| **education** 17:2 | **enormously** | 51:17 | 24:17 |
| **effective** 10:11 | 60:15 | **exhibit** 42:13 | |
| 34:14 38:15 | **entered** 16:16 | 42:20 43:2,4 | **f** |
| 40:25 41:9,14 | **entirely** 40:19 | **exhibits** 8:3,10 | |
| 41:18 42:1 | **entities** 22:18 | 8:16,21 9:3,8 | **f** 6:21 63:1 |
| 47:15 52:9 | 27:9 | 9:13,17,22 | **fabric** 1:16 |
| **efficiency** | **entitled** 23:11 | 10:3,8 19:5,8 | **fabris** 18:10 |
| 15:19 | **entry** 8:1,8,14 | **existing** 30:12 | **face** 55:11 |
| **efficient** 23:3 | 8:19 9:1,6,11 | 30:22 46:14 | **fact** 28:1 60:19 |
| 23:10 24:11 | 9:15,20 10:1,6 | 58:11 | **facts** 55:8 |
| 25:12 26:12,18 | **equal** 35:12 | **exists** 49:22 | **factual** 57:17 |
| **efficiently** | **equally** 60:20 | **expect** 19:10 | **failure** 34:20 |
| 23:20 | **establish** 34:20 | 19:19 44:10 | **fair** 20:13 |
| **effort** 23:7 | **establishing** | 56:20,20 59:2 | 23:13 25:6,9 |
| **efforts** 21:3,18 | 34:4 | **expected** 40:15 | 46:21,22,23 |
| 33:8 | **et** 2:3,6 | 44:8 | 55:10,11 |
| **eileen** 35:1 | **eth** 7:11 | **expensive** | **fairly** 25:18 |
| 36:5 38:20 | **ether** 7:11 | 56:11,12 | **fall** 15:19 18:8 |
| 40:4 56:14 | **ethereum** | **experience** | 18:8 |
| **either** 33:25 | 52:25 53:2 | 30:7 | **faller** 11:18 |
| 50:14 | **everybody** | **experienced** | 12:10 26:22 |
| **elect** 34:3 | 23:5,10 32:17 | 33:4 | 27:9 28:5 |
| 41:19 47:16 | 35:12 46:7 | **explain** 52:14 | 29:19,21,22,23 |
| 53:7,8 | **everyone's** | **explaining** | 31:9 36:13,17 |
| **elected** 36:20 | 26:15 | 40:13 | 40:1 50:17 |
| 44:5 49:4 | | | 56:1 |
| | | | **faller's** 36:20 |

**fallers**  27:11
 28:1 29:6
**familiar**  27:13
**family**  32:18
 32:21
**far**  15:3
**fashion**  34:14
 42:22
**fee**  30:10 37:5
 37:11 39:16
**feel**  17:1,1
 60:16,20
**felt**  30:5 55:8
**fiat**  14:8 27:16
 28:9 29:3
 30:19,20,24
 31:2,6 33:11
 34:8 35:9 36:2
 36:17,20,22
 38:7,11 41:13
 41:20 45:4
 46:1 49:17
 50:15,17,19,20
 50:22 52:16,21
**fiat's**  14:11
**fight**  20:13
 23:13
**figure**  42:23
**figured**  20:25
**file**  8:2,4,9,15
 8:20 9:2,7,12
 9:16,21 10:2,7
 17:10,13 18:4
 38:10 51:15
 60:7
**filed**  7:18
 10:15 13:15

16:2,4 17:25
 19:1 20:1
 22:13 24:8,11
 28:2 36:15,21
 45:15 48:7
 50:4 54:17
 60:8
**filing**  16:11
 18:2 40:13,20
 53:22,23 55:7
**filings**  40:19
 56:8
**find**  21:10
 23:10,19 24:6
 25:18 48:4
**finding**  23:2
 37:1
**finds**  28:23
**fine**  15:24
 17:20 19:21
 26:7 32:4
**fingers**  39:5
**firm**  11:17
 27:5 28:3 55:4
**firm's**  55:4
**firms**  24:5
**first**  8:4 15:25
 16:14 18:9
 26:25 40:18
 41:1,9,14 48:6
 55:1 58:2 60:4
**fits**  24:3
**five**  15:22
 20:15 32:7
**fix**  55:23,23,24
**fixed**  7:14 51:9

**fixes**  29:14
**focus**  21:10
**focused**  55:19
**focuses**  40:21
**folks**  13:25
**follow**  16:14
 35:7
**followed**  16:16
 27:14
**following**
 42:20,24
**forced**  36:18
 44:5
**fordham**  27:7
**foregoing**  63:3
**form**  33:22
 34:19 41:13
**formal**  13:19
 18:4 26:9
**forth**  42:25
 55:6
**forward**  13:25
 18:13 24:12
 60:24
**found**  40:14
 42:13 44:18
**four**  29:24 30:3
 33:23
**fowler**  27:8
**frame**  26:18
 30:6
**frances**  12:12
 31:13,18
**frankly**  14:7
**fraudulent**
 20:4

**front**  26:2,13
 32:11
**frustration**
 61:16
**fund**  2:14 8:11
**further**  56:19
**future**  27:24

---

### g

**g**  13:1 41:8,23
 42:13 47:15
**gabriella**  13:20
**gabrielle**  13:14
**game**  55:10,11
**gating**  23:4,9
 23:17,19
**generally**
 20:24
**getting**  20:21
 22:12 26:12
 35:12 36:2
 46:15 47:4
 55:20 61:12
**give**  13:13 16:5
 16:9 20:9,20
 41:16 56:23
**given**  16:21
 30:3,4,6 31:6
 33:24 34:21
 49:5 60:16
**giving**  52:18
**glenn**  6:22
 31:17
**global**  3:6 8:21
**go**  14:5 21:16
 27:3 29:20
 31:15 32:3,4,4
 32:16 35:3

[go - human]                                                          Page 11

36:10 43:16
45:20 52:14
53:5 55:10
57:13 59:12
**goes** 44:2 58:24
**going** 13:6,15
14:2,18 18:21
19:4,9 21:7
23:4,11 25:10
26:3 27:1
35:24 37:5,13
39:4 40:10
42:1 43:15,15
43:21 46:7
50:10 54:6,6
55:2,3,3,5,5,22
55:23 56:11,12
56:18,19,21,22
58:15 60:10,11
**good** 13:4,5,18
15:16 22:4
24:16 27:4
31:16 51:9
**gotten** 49:1
61:10,17
**gottlieb** 57:16
**government**
7:22
**governs** 42:15
**grabbed** 25:25
**grant** 19:11
**great** 25:15
29:21
**greatest** 33:11
**green** 6:2 12:4
**group** 1:16 2:6
7:18 8:5 13:9

**groups** 22:10
24:5
**growing** 24:24
**guess** 20:8 32:1
37:14
**guidance** 17:6
39:17

### h

**hallmark**
58:18
**hamilton** 12:3
**hand** 31:13
35:1 36:6
38:21 39:5
40:4
**handful** 20:14
**hands** 56:16
**happen** 18:11
42:10 55:3
**happened**
26:11 34:6
40:14
**happens** 53:15
**happy** 17:7,17
20:8 26:23
29:19 31:7
58:16
**harm** 19:7
**hat** 22:7,8,9
**head** 15:2
**hear** 26:13,25
28:15 32:16
44:8,10 60:10
**heard** 16:11
23:11 26:15
29:19 38:21
52:6 57:2

59:24 60:18
61:9
**hearing** 7:1,4
7:10,21 8:1,8
8:14,19 9:1,6
9:11,15,20
10:1,6,11 16:8
28:18 50:11
56:1,19
**hearings** 23:12
40:12
**heartened**
26:13
**hershey** 11:15
15:16,17,22,25
16:7 17:5,20
17:23 18:19
19:21,25 21:9
21:13,19,23,25
23:8,16,22
24:10 26:3,17
49:18,19,20
50:2,7 59:21
**hi** 32:17 36:11
38:25
**hid** 51:11
**hidden** 50:13
**hide** 56:13
**highest** 42:14
**hit** 49:15
**hmm** 14:4
**hoc** 7:18
**holders** 29:16
33:10 46:11
**hon** 6:22
**hong** 3:6 4:14
8:22 9:18

**honor** 13:4,16
13:19 14:13
15:14,16,18
16:2,13,23
17:5,6,7,14,15
17:20,23 18:16
19:21 21:13,23
22:1,4 23:1
24:2,14,16,21
25:10 26:13,21
27:4,13 28:10
28:18,21 29:8
29:15,21 31:7
34:24 36:11
38:5,19 44:14
45:6,8,14 46:5
46:21 47:7
48:5,19 49:19
50:2,6 51:10
52:5,23 53:11
53:17 54:12,14
55:16,21 56:6
56:24 57:3,5
57:12,15 58:2
58:17 59:11,14
59:25 60:2
61:8,23
**honor's** 50:5
**hope** 21:6 40:7
**hopefully**
16:19 18:13
59:8
**host** 13:20
**house** 12:3
**huge** 31:1
**human** 25:1

**hundred** 21:20
27:16
**hundreds** 44:4
44:4 51:8
**hyde** 10:25
63:3,8
**hyperwallet**
14:10,17,19

### i

**i.e.** 43:2
**idea** 56:4
**identification**
21:5
**identify** 20:9
21:5 23:9
**identifying**
23:2
**il** 11:6
**imagine** 25:20
**immense** 28:10
**important** 38:9
52:15
**impose** 43:22
**impossible**
54:9
**impression**
51:11
**improve** 14:15
14:16
**include** 21:4
48:7
**included** 58:20
60:23
**includes** 40:25
**including**
35:17 43:20
46:10

**inconsistent**
42:16
**incremental**
13:22
**indicate** 59:9
**indicated** 23:2
**indiscernible**
14:1 15:15
16:10 18:12
22:2 23:18
25:18 31:18,19
32:9,18,22,23
32:25 33:6,7,7
33:8,10,10,12
33:13,14,15,17
33:18,18,19,20
33:21 34:1,2,4
34:6,9,14,17
34:19,19 35:7
35:13,18,20
36:1,9,20
37:17,23 38:1
39:1 44:21
51:22 53:2,14
57:8,11 58:1
59:3 60:3
**individual**
38:22
**individuals**
22:17 56:16
**inequitable**
10:14
**information**
19:8,12,17
30:4 34:22
56:7

**informed** 30:9
**infrastructure**
2:6 8:5,6
**initial** 20:16
39:18
**instance** 37:3
**institutional**
8:11 58:3
**instruct** 41:10
46:22
**instructed**
57:22 58:8
**instruction**
57:19
**instructions**
33:14,17 57:20
57:21 58:7,14
**interest** 15:19
**international**
14:12 21:14
**introduce**
26:17
**ira** 35:16
**issue** 7:10,16
16:22 23:12
26:6,12 27:25
28:24 31:11
35:14,25 40:16
42:7,8,9 44:7
50:4,25 51:14
52:20,23 55:18
56:9 58:7
**issued** 30:20
**issues** 10:13
15:6 18:3
19:16,20 20:10
20:14,17 21:5

21:11 23:2,4,9
23:17,19 26:1
30:9 31:21
32:15 35:6
52:16,21 56:20
61:20
**issuing** 18:21
**it'll** 16:4
**item** 17:24
18:8 26:21
**items** 13:19
15:18 18:14

### j

**james** 12:9
38:23,25
**january** 7:14
29:25 30:2
34:1
**joe** 27:4
**join** 40:1
**joinder** 36:13
36:15 40:1
**joinders** 28:1
36:21
**joint** 59:8
**jones** 12:12
31:14,15,16,18
31:24 32:3,6
32:12,17,19
34:25
**joseph** 11:22
**judge** 6:23
13:8 25:25
29:9 31:13,16
35:4 36:8
38:22,25 39:3
40:5 56:14

59:19
**julia** 29:13
**july** 6:5 33:1
  63:25
**june** 28:17
**jurisdiction**
  33:20 47:21
**jurisdictions**
  46:11,15 50:22
  50:23 54:20
**justice** 12:1
**justify** 44:1
  47:2

**k**

**keep** 60:2
**kessler** 12:17
  57:3,15,15
  58:1,13,17
**key** 26:1
**kicked** 41:24
**kind** 23:5 26:1
  40:21 46:16
**kirkland** 11:3
  36:19,25 37:24
  56:21 61:3,13
**know** 16:25
  17:14,15 19:8
  20:3,14,15,21
  20:22,22 23:8
  24:25,25 25:10
  25:15,24 26:3
  27:13 28:7
  29:12 31:6,25
  32:6 35:5
  36:19 37:5
  40:22 41:8
  42:3,22 43:17

48:1 49:17,24
49:25,25 50:8
50:16 51:5
55:15,22 57:1
58:16,18,24
60:23
**knowing** 30:16
**knowledge**
  58:21
**known** 29:23
**knows** 23:6
**koenig** 11:8
  13:3,4,11,13
  13:21 14:4,6
  14:24 15:1,8
  15:14 26:21
  27:2 44:14,20
  45:6,8,13,19
  45:22 46:5,21
  47:7,12,14,23
  48:5,16,18
  49:9,12 50:6
  50:23 51:10,21
  52:1,5,23 53:6
  53:11,17 54:1
  54:3,8,12,14
  54:25 55:16,21
  55:24 56:24
  59:11,14,18,21
  61:8,13,23
**kong** 3:6 4:14
  8:22 9:18
**kovsky** 22:1,4
  22:5,9,12,25
  23:21 24:14,18
  24:22 26:18

**ks** 6:25

**l**

**laid** 52:19
  53:21 55:7
**language** 41:24
  47:11,13,14
**large** 20:3,11
  20:13 23:14
  24:4 43:23
**largely** 25:13
  40:21
**largest** 45:1,3
**launched**
  14:10,18
**launching**
  14:17
**laura** 10:15
  12:10 29:22
**law** 11:17 24:5
  27:5,7 28:3
  43:18 55:4
**lead** 20:11
**leave** 8:4 22:25
  43:21
**leaves** 22:23
**leaving** 13:9
  41:17
**lectern** 15:15
  26:23
**led** 51:7 54:5
**ledanski** 10:25
  63:3,8
**left** 37:15
  38:14
**legal** 23:4
  28:24 46:10
  63:20

**legally** 50:21
**letter** 18:5
**letters** 49:15
**letting** 52:6
**liabilities** 25:5
**liaise** 34:12
**licensed** 50:25
**lieu** 52:16,22
**life** 30:15 35:17
**likely** 20:17
  21:11
**likewise** 40:15
  56:3
**limit** 41:6
  44:18 47:5
  51:1,16 53:24
  55:6
**limited** 1:13
  3:6,14 4:14 5:6
  5:14 8:22 9:3
  9:18 10:4,8
  28:20 44:3
**limiting** 15:12
**limits** 47:1
  58:19
**line** 28:6
**liquid** 33:9
  41:13,21
**list** 16:20 17:4
  24:19,24 43:11
  61:14
**listen** 29:20
  56:18
**listening** 61:11
**litigate** 25:16
**litigation** 11:11
  15:17 16:1

18:1 23:3
49:20 56:11,12
**little** 16:24
30:4
**live** 46:11
**llc** 1:7 2:3,11
2:19 3:3,11,19
4:3,11,19 5:3
5:11 8:5,6
35:16
**llp** 11:3,10
**load** 43:23
**lodged** 32:25
**logged** 40:9
**long** 13:5 16:20
29:8
**longer** 31:3
49:21
**look** 17:3,18
40:22 42:23
51:6 60:24
**looked** 17:18
20:1 42:19
**looking** 13:21
24:11 35:19
**looping** 59:15
59:16
**loss** 35:22,23
**lot** 14:7 17:4
20:20 22:23
23:15 27:6
35:22 49:23
**lots** 42:22
50:13
**lowenstein**
22:20 24:17

**lp** 2:22 8:16
**lumped** 20:16
**luna** 8:5

**m**

**made** 10:12
13:22 14:7
33:8
**madoff** 25:23
**make** 13:18
14:8 17:7
19:22 20:13
23:25 25:10
26:15 27:12
30:3,13 33:1
35:19 36:4,14
36:20,23,25
37:22 38:4
39:9 40:6
41:12,15,20,21
46:9 47:17
48:9 53:20
57:13,16
**makes** 15:4
24:7
**making** 34:13
36:19 52:7
58:4
**manage** 29:23
**market** 52:9
**martin** 6:22
**matrix** 4:14
9:17
**matter** 1:5
27:13
**matters** 52:24
59:22

**matthews** 12:9
38:23,25 39:1
40:3
**mawson** 2:6
8:4
**mcneil** 10:15
12:10 28:5
29:19,21,23
31:9
**mean** 26:9
**means** 37:1
**meant** 30:25
31:2
**mechanics**
27:19
**mediating**
16:20
**mediation**
16:18 28:25
29:5
**mediation's**
21:7
**mediators**
16:20,25 17:16
**meet** 47:25
**members**
27:18
**mention** 31:5
35:23
**messed** 29:11
**mg** 1:3,11 2:1,9
2:17 3:1,9,17
4:1,9,17 5:1,9
7:21 8:1,8,14
8:19 9:1,6,11
9:15,20 10:1

**million** 14:13
14:14 27:10
**mine** 33:5
**mineola** 63:23
**minutes** 15:22
**miraculously**
58:20
**mm** 14:4
**model** 52:19
**mom** 25:7
**moment** 20:5
52:10
**moms** 25:11
**money** 15:5
35:19 44:25
**month** 45:15
56:23
**months** 13:17
34:16 38:14
**moot** 18:3
**morning** 31:16
32:11,14
**motion** 7:4,10
7:15 8:1,3,8,14
8:19 9:1,6,11
9:15,20 10:1,6
10:11 16:2
17:25 19:11
24:1,8 26:10
26:22,23,24
28:24 32:25
36:13,17,24
38:10,14 56:2
56:2 60:7,8
**motions** 18:15
18:21 19:1,20
23:25 50:4

60:24
**movement**
52:10
**moving**  27:11
**multiple**  23:22
28:2
**multiplicity**
59:10

**n**

**n**  11:1 13:1
63:1
**name**  29:22
60:4,5 61:12
**name's**  36:11
**nascent**  2:22
8:16
**nearly**  21:20
**necessary**  17:7
**need**  15:22
17:10 26:14
29:15 34:17
60:3
**needed**  14:7
**needs**  51:6
60:25
**negotiate**  48:6
**neither**  55:13
**network**  1:7,13
2:3,11,19 3:3
3:11,19 4:3,11
4:19 5:3,11
**never**  30:23
50:20 58:13
60:16
**new**  1:2 6:3
11:13 12:5
13:8 35:10

58:3,3
**nickel**  2:14
8:10
**night**  13:15
**normal**  25:2,3
**note**  16:12 18:1
**notice**  22:13
41:1 49:5
**notices**  22:13
**notified**  22:16
**noyes**  17:25
18:4
**number**  14:24
14:25 15:2,3
16:3,21 17:3
18:9 25:23
32:25 39:5
45:16 51:16
54:18 58:5
**numerous**  22:6
**ny**  6:3 11:13,20
12:5 63:23

**o**

**o**  6:21 13:1
63:1
**objecting**  59:5
**objections**
16:11 19:1
53:23 58:22
**objectors**
56:22
**obviously**  16:3
37:21 39:3
55:18 58:16
**occurred**  15:12
**odd**  28:1

**offer**  48:6,11
53:20
**office**  56:5 57:6
**official**  57:19
**oftentimes**
19:13
**oh**  54:23 59:25
**okay**  13:5,12
19:24 21:22
28:17 38:24
40:9 46:13
47:25 50:10
51:24 52:2
53:4 54:2
55:25 58:15
59:20,23 61:5
61:22
**old**  63:21
**omnibus**  16:8
28:17
**once**  29:10
**onchain**  3:22
9:8
**ones**  20:11
39:12
**ongoing**  57:9
**open**  30:7
50:11
**openness**  51:7
**opinion**  18:22
18:23
**opportunity**
20:9,20 23:11
35:23
**opposed**  33:11
**opt**  39:18

**option**  33:24
47:4
**order**  8:2,9,15
8:20 9:2,7,12
9:16,21 10:2,6
10:11 18:22
26:14 42:15,17
49:9
**orders**  16:16
16:17
**ordinance**
43:19
**ordinary**  37:4
**organized**  24:4
**original**  35:24
**ought**  16:25
**outrageous**
44:12 49:17
**outside**  20:25
36:18 39:10
**overkill**  16:24
**overlap**  22:10
**oversight**
11:11 18:1
**overtures**  24:9
**own**  38:1

**p**

**p**  11:1,1,15
13:1
**p.m.**  6:6
**page**  32:7,10
61:14
**pages**  32:8,14
52:14 53:4
**paid**  27:15
37:15 38:17

**papers** 32:1
  48:14 54:17
  59:10
**paragraph**
  42:18
**parents** 28:9
  29:23,25 30:11
  30:14,21,23
**part** 15:11
  19:11,11 35:19
  43:13
**particular**
  41:22 48:22
**particularly**
  13:11 16:15
**parties** 16:5,9
  16:19,21 17:8
  18:11 20:9
  25:15,23 34:15
  46:10 58:23
**partner** 37:2
  37:24
**partners** 4:22
  9:23
**pass** 15:15
**passionate**
  35:21
**past** 35:23
**path** 24:12
**pathway** 23:1
**paul** 12:13
  36:8,11
**pay** 37:10,25
  42:4,4 54:6,24
  55:2,4,5
**paying** 37:5,11
  44:1 53:9

**payments**
  37:22
**paypal** 13:22
  14:11,12 48:10
**pecking** 42:15
**penny** 35:21
**penthouse**
  11:19
**people** 14:19
  14:20 15:4
  25:4,11,19
  34:1 44:1,5
  46:13 49:1,1,4
  49:16 51:18,21
**pepper** 22:5
**perceived** 28:7
**percent** 13:24
  21:20 22:21
  35:16 37:14
**percentage**
  14:22
**permit** 19:3,4
**personal** 34:11
**pick** 30:24
**picks** 29:14
**pictures** 26:12
**pieces** 29:14
**pii** 19:2
**place** 14:7
  25:12,13
**places** 46:6
**plains** 11:19
**plaintiff** 1:14
  2:12,20 3:4,12
  3:20 4:4,12,20
  5:4,12 8:2,9,15
  8:20 9:2,7,12

  9:16,21 10:2,7
**plaintiff's** 8:1,8
  8:10,14,16,19
  8:21 9:1,3,6,8
  9:11,13,15,17
  9:20,22 10:1,3
  10:6,8 22:17
**plaintiffs** 2:4
**plan** 7:4 10:14
  27:15,22 29:11
  30:25 31:12
  33:6,7,16 35:7
  38:16 39:11,12
  39:19 40:23,24
  41:5,7,8,23,25
  42:5,6,14,16
  42:17 44:9,11
  46:2,3,16,17
  46:24 47:8,11
  47:13,14 48:19
  50:9,12 54:16
  56:20 58:25
  59:3 60:14
**plans** 49:2
**plaza** 11:5
**pleading** 51:15
**please** 13:3,13
  32:4,16 35:3
  36:10
**pledge** 26:17
**plenty** 16:5
**pm** 62:2
**point** 11:5
  14:23 19:1
  25:10 26:8,14
  35:24 36:19,21
  36:23,25 38:9

  39:9 57:17
**point95** 3:6
  8:21
**points** 32:7
  33:23 38:4
**pops** 25:7,12
**popular** 53:2
**pored** 41:3
**port** 4:14 9:17
**portion** 33:15
**portions** 8:3
**positions** 19:14
**possibility**
  20:10
**possible** 16:20
  25:14 33:11
  37:25
**post** 10:11
  41:18 47:15
  52:9
**postage** 20:24
**potential** 25:5
  52:15,21
**potentially**
  16:10 18:3
**pre** 7:21 18:9
  26:8 58:11
**precedent**
  16:15 18:22
**precisely** 20:15
**predecessor**
  29:9
**preference**
  16:1 20:2,5
  22:6,14,21
  25:2,4 36:2

[preferences - reasons]                                                    Page 17

| | | | |
|---|---|---|---|
| **preferences** 25:8 | **proceedings** 18:7,8,14 20:1 32:20 33:2 62:1 63:4 | 42:6,6 43:1,6 | **raised** 10:13 15:11 18:4 31:13 36:6 38:21 40:4 51:14 52:15 56:17 |
| **preferring** 48:24 | **proceeds** 7:16 | **provides** 46:25 48:19 | **raising** 26:8 |
| **preliminary** 17:16 40:7 | **process** 22:12 23:23 24:6 25:12 33:13 38:3 58:3 60:20 | **provision** 41:5 42:25 43:25 46:16 54:19 | **rakoff** 25:25 |
| **prepared** 24:6 | **procured** 39:15 | **provisions** 41:7 42:16 | **rather** 7:18 18:24 32:3 |
| **present** 12:16 | **product** 48:11 58:5 | **prudence** 29:9 | **read** 20:6,7 27:21 32:11,13 32:14 42:2 47:11,13 54:19 56:8 |
| **presentation** 13:15 14:5 | **production** 28:20 | **pte** 3:22 9:9 | **ready** 56:10 |
| **price** 52:11 | **program** 43:19 | **purposely** 16:4 | **real** 15:11 17:2 23:23 |
| **prices** 7:14 30:22 31:3 34:1 | **progress** 13:18 13:22 14:7,8 | **purposes** 58:4 | **realize** 27:25 |
| **primary** 14:9 | **prohibited** 46:11,14,15 | **pursuant** 33:12 | **really** 14:12 20:12 26:16 35:9,9,11,14 35:15,20,25 36:1 40:18 41:3 51:6 |
| **prime** 30:10 42:19 43:14 45:13 | **pronouncing** 36:9 | **push** 55:8 | **reason** 46:1 47:9 48:19 |
| **prior** 30:7 40:12 | **proof** 28:18,20 28:21 | **pushed** 55:7 | **reasonable** 33:8 38:16 41:19 47:16 |
| **private** 28:3 | **proper** 60:17 | **put** 24:1 26:9 27:14 30:23 52:9 | **reasonably** 37:25 38:2 41:21 47:18 |
| **privileges** 13:14 | **proposed** 16:18 | **q** | **reasons** 30:18 46:10 54:18,21 54:23 |
| **privy** 57:8 | **proposing** 26:9 | **quarterly** 18:2 | |
| **pro** 12:9,10,11 12:12,13,14 40:18 44:10 58:22 60:6 | **protection** 31:18 32:19 | **questions** 18:16 30:5,6 31:7 58:2 | |
| **probably** 23:8 24:21 39:4 | **protocol** 26:4 | **quick** 42:9 57:17 | |
| **problem** 19:2 35:11 | **provide** 10:12 33:13 | **quicker** 30:18 | |
| **procedures** 16:2,18,19 23:25 24:1,8 | **provided** 19:12 33:9 34:8,11 34:18,22 38:16 | **quickly** 19:22 25:14 | |
| **proceeding** 7:21 59:22 | | **quite** 15:10 39:16 61:19 | |
| | | **r** | |
| | | **r** 6:21 11:1 13:1 46:8 63:1 | |
| | | **raise** 26:13 60:17 | |

receive 17:17
  29:4 30:1 31:1
  33:25 34:3
  35:10 36:17
  39:18 49:4
  53:10,14 57:19
received 7:13
  14:23 18:16
  29:2,25 30:17
  34:23 38:7,11
  38:12,13 39:21
  45:5 49:16
  50:14 52:16,21
  57:20
receiving 30:25
  31:2 52:8,9,11
  52:11 53:23
recently 14:9
recognition
  24:3
record 54:16
  55:7 63:4
redact 8:2
redacted 19:12
  19:18
redaction
  18:24
redactions
  19:22
referred 43:10
refile 60:14
refiling 60:23
regard 19:15
regarding 16:1
  17:25,25 18:10
  22:17 30:4

regards 31:5
regularly
  25:19
regulations
  43:19
relate 56:9
related 43:7
rely 45:17
relying 43:25
  44:23,25
remain 7:12
remember
  40:12
reorganization
  10:14 29:12
  33:16
reorganized
  19:6
report 18:2
  59:1,2,7,8
reports 17:13
represent
  22:21,24 23:1
  23:15 24:18
  33:1 59:4
representation
  60:7
represented
  24:5 25:23
  58:22
representing
  23:15 39:1
represents
  22:14
repurchase
  30:12,21 31:3

request 30:1
  57:8
require 18:23
  19:12 40:13,20
required 37:22
  51:14
requires 18:23
requiring
  10:11
resolution
  26:10 42:9
resolve 16:19
  44:7
resources
  17:12
respect 27:25
  29:11 36:24
  43:5 59:1
respectfully
  47:8 53:11
  54:14
respond 17:9
  61:14
response 10:13
  18:4,16 26:10
  34:15 53:23
responsive
  61:20
restrained
  40:10
restructured
  43:23
resulted 27:17
retirees 27:8
retirement
  27:9

retirements
  29:24
returns 13:25
review 16:5,9
  19:13
right 13:20
  18:17 21:22
  26:1 28:7
  31:12 32:10
  35:3,22 38:18
  40:6 53:7,21
  56:13 59:12
  61:7,25
rise 13:2 26:16
road 11:19
  63:21
robust 16:18
role 40:16
roll 14:19
room 12:4
root 36:3
roughly 21:15
route 55:11
rule 20:23
  56:10
rules 18:23
ruling 40:7
  41:4 55:25
run 21:6

## s

s 11:1 12:17
  13:1
sadly 39:8
sake 29:15
sam 15:16
  49:20

| | | | |
|---|---|---|---|
| samuel 11:15 | sealing 18:15 | served 20:8,22 | similar 30:22 |
| sanctions | 18:20,24 19:1 | 21:12,21 22:16 | 31:3 33:5 |
| 43:19 | 19:2,4,5,15 | 39:13 | simplify 35:5 |
| sandler 24:17 | seated 13:3 | service 21:1,4 | simply 27:14 |
| sarachek 11:17 | second 41:2 | 21:17,19 22:15 | single 59:8 |
| 11:22 27:4,5,5 | section 41:8 | 43:3 | sit 19:25 |
| 28:15,17 29:4 | 42:25 43:17 | services 43:1,6 | situation 30:24 |
| 29:12 | see 13:5 14:13 | 43:7,11,11,14 | 48:2 |
| sarachek's | 23:9,16 36:7 | set 37:12 42:25 | six 38:14 |
| 26:22 | 37:9 38:2 40:8 | 51:1,15 53:10 | size 24:3 |
| sarl 1:16 | 42:17 57:2 | 53:12,24 55:6 | skip 43:15 |
| savings 30:15 | 59:5,10 | setting 20:19 | slide 45:16,18 |
| 35:17 | seeking 19:17 | 46:25 | 45:20,24 |
| saw 16:2 45:12 | seem 43:24 | settle 18:13 | slightly 22:7,9 |
| saying 26:8 | seemed 18:24 | settlements | slots 45:24 |
| 28:8 59:18 | 19:2 | 23:23 | small 14:18 |
| says 41:8,17 | seems 37:2 | settling 18:11 | 16:12 25:8 |
| 46:8,18 47:14 | 41:4 51:3 | seventeen | 39:5 |
| 47:15 51:21 | select 28:13,14 | 16:24 17:4 | smaller 15:3 |
| scarsdale | 30:19 36:17 | seventh 40:24 | 17:3 |
| 11:20 | 45:1,3 | 42:14 | snuck 38:25 |
| schedule 33:13 | selected 28:8,9 | shara 12:7 | sold 30:20 31:4 |
| 42:21 43:9 | 31:6 | 56:5 57:5 | 39:10 |
| scheduled 59:6 | selectively | share 13:15 | sole 32:20 |
| scorecard | 27:15 | 17:17 | solutions 63:20 |
| 13:16,22 14:15 | self 35:16 | sharing 13:14 | somebody 47:9 |
| 14:16 | semblance | sherry 27:8 | sons 32:21 |
| screen 40:8 | 25:14 | short 20:2 30:6 | sonya 10:25 |
| se 12:9,10,11 | sense 15:4 24:7 | 50:18 | 63:3,8 |
| 12:12,13,14 | 25:22 | shortly 18:5 | sorry 59:25 |
| 40:19 44:10 | sent 32:8 | show 44:17 | sort 15:20 |
| 58:22 60:6 | separate 50:16 | showed 23:24 | 20:10 25:1 |
| seal 8:3,9,15,20 | septe 45:14 | signature | 31:21 42:14 |
| 9:2,7,12,16,21 | serious 27:23 | 61:13 63:6 | 56:23 58:19 |
| 10:2,7 19:18 | 51:7 56:9 | significant | 61:9 |
| 19:18,20 | serve 20:21,24 | 30:8 | sorted 58:15 |
| | 21:3 | | |

**sought**  28:2
**sounds**  37:19
**southern**  1:2
**spc**  2:14,14
   8:11,11
**speak**  22:1
   28:5,6 29:22
   33:2 49:25
   50:5
**speaking**  49:21
**specific**  43:12
**specifically**
   42:12 51:18
**specified**  41:14
**spent**  55:19
**split**  21:14,15
**squares**  8:5
**stake**  15:5
   29:16
**stamp**  20:24
**start**  14:25
**starting**  13:24
**state**  33:18
**statement**
   27:22 40:23
   46:3,6,8 52:13
   52:18 53:5,18
   54:17,19
**statements**
   10:12 42:17
**states**  1:1 6:1
   12:1 21:1 33:6
   35:8 56:6 57:6
**status**  7:1 16:1
   17:13 59:1,2,7
   59:8

**statute**  43:18
**stipulations**
   17:11
**stood**  61:10
**stop**  13:8 46:13
**streamline**
   39:2
**stress**  25:16
**stretto**  14:8
   34:22
**strikes**  24:25
**strong**  55:12
**strongest**
   19:14
**student**  27:7
**stuff**  42:2
**subject**  41:10
**submission**
   18:21
**submit**  54:15
**subsequent**
   41:1
**subset**  14:18
**successful**  21:7
   21:8
**sued**  22:22
   25:1,8,11
**suggestion**
   28:24
**suite**  11:19
   63:22
**summarily**
   25:17
**summarize**
   32:13,15
**summer**  27:6

**supplement**
   40:24 42:6,14
   46:3,17
**supplemental**
   40:13,20 51:15
**support**  10:12
   28:24
**supported**
   33:20,22
**suppose**  15:4
   38:9
**supposed**
   18:10 41:15,15
   45:17 48:21
**sure**  15:21 16:2
   18:19 22:11
   23:13,14,25
   26:5,15 39:13
   39:20
**swearing**  13:8
**symbolic**  4:22
   9:22
**system**  58:19

|   t   |
|-------|

**t**  63:1,1
**take**  17:5 20:11
   37:13 50:4
   58:7 61:18
**taken**  17:24
   35:22 40:16
**takes**  19:14
**talk**  23:8 34:17
   49:24
**talked**  50:8
**talking**  35:13
   37:21

**talks**  54:20,20
**tax**  52:15,18,21
   53:1,3
**team**  23:22
   24:10 26:4
**technologies**
   4:14 9:18
**tell**  21:14 28:7
   44:13 45:4,11
   45:20 48:15,17
   51:13,14 52:2
   53:21 54:11
   61:11,11
**telling**  42:8
   44:7 56:13
**ten**  20:15
**term**  23:17
**terms**  19:3
   26:12 27:14
   34:13 37:22,23
   41:11 43:4,5,7
   58:6
**terrible**  39:8
**test**  20:10
   25:25
**testifying**
   50:12
**thank**  17:20
   19:22,23 21:23
   24:14,15 26:19
   26:20 29:17,18
   29:21 31:8,9
   32:17 34:24,25
   36:4,5 38:5,6
   38:18,19 40:2
   40:3 57:11
   61:6,7,24

| | | | |
|---|---|---|---|
| **thanks** 17:22 21:25<br>**thereto** 43:7<br>**therewith** 54:18<br>**thing** 15:25 24:25 50:16<br>**things** 15:12 16:12 19:4,9 25:16 27:1 42:22 52:14 53:18<br>**think** 15:1,22 16:21 18:3,7 19:3,17,23 21:6,19 23:5 26:14,24 35:5 35:8,13,25 36:3 40:1 44:15 47:8 50:12 51:6,8 54:16 56:25 57:17 61:19<br>**thirds** 15:2<br>**thomas** 12:11 12:17 57:15 60:5<br>**thought** 30:18 47:4 48:24 52:17,19<br>**three** 14:13 17:9 21:2 28:10 32:7 49:5<br>**throw** 50:7<br>**time** 15:10 16:5,9 17:9,12 | 22:9 26:1 29:8 30:6 35:13 38:16 43:16 49:3 53:18 55:19 57:22<br>**timeline** 39:22<br>**timely** 34:14 35:20<br>**timing** 35:25 35:25 60:8<br>**today** 13:5 14:14 15:7 16:3 18:11 23:24 29:22 59:1 61:21<br>**together** 20:16 22:19<br>**told** 15:12 42:5 49:5 51:2 54:8<br>**tons** 49:15<br>**took** 18:13 28:19 59:21<br>**top** 15:2 30:16 30:17 36:18 45:3 49:6,7 53:15 57:23<br>**topic** 43:12,14<br>**totaling** 27:10<br>**totally** 40:14 55:19<br>**touch** 61:1<br>**towards** 23:2<br>**tower** 5:14 10:8<br>**trading** 3:14 9:3 | **transcribed** 10:25<br>**transcript** 63:4<br>**transfer** 34:9 34:19,20<br>**transfers** 7:17<br>**transition** 14:19<br>**transparent** 49:14<br>**treat** 42:12<br>**treated** 31:12 60:20<br>**treatment** 7:4 36:2 41:7 42:11<br>**tremendous** 17:12<br>**trial** 7:21 18:9<br>**tried** 60:17,18 60:18 61:20<br>**trouble** 55:17<br>**troublesome** 40:15<br>**troutman** 22:5 22:13<br>**true** 51:20 63:4<br>**truly** 23:3<br>**trust** 31:19 32:18,19<br>**trustee** 12:2 19:14 51:6 56:6 57:6 59:4<br>**try** 23:19 40:10 42:23 56:23<br>**trying** 21:6 23:16 30:7,13 | 35:21 50:7 53:19<br>**turn** 13:19 26:23<br>**two** 15:1 18:8 23:15 24:5 27:8 28:10,19 30:3,13,15 32:21 36:1 38:4 39:4,21 58:1 59:1<br>**types** 45:23<br>**typical** 42:22<br><br>**u**<br><br>**u.s.** 6:23 12:2 19:14 20:23 27:16 34:9 51:5 59:4<br>**uk** 5:6 10:4 39:2,24<br>**unable** 30:5 38:1 46:9<br>**unacceptable** 58:25<br>**unauthorized** 27:20<br>**unbelievable** 27:7<br>**under** 8:2,9,15 8:20 9:2,7,12 9:16,21 10:2,7 10:14 18:14,20 18:21 25:15 31:12 33:16 41:7 42:11 50:7 57:18 |

[understand - witnesses]                                    Page 22

| | | | |
|---|---|---|---|
| **understand** | **unsupported** | **vey** 23:14 | 39:9,23 48:8 |
| 24:2 32:16 | 54:20 | **view** 18:25 | **wants** 19:13 |
| 37:12 38:13 | **update** 7:1,1 | **views** 17:7 | 38:21 57:2 |
| 47:7 54:15 | 13:6,18 15:25 | **violate** 43:18 | **watch** 16:16 |
| 55:21 61:16 | 16:1 21:3,4 | **violation** 43:18 | **way** 15:20 |
| **understanding** | 41:2,2 | **voices** 26:15 | 21:10 23:3,10 |
| 50:2 | **updates** 41:1 | 60:17 | 23:20 30:16 |
| **understateme...** | **urge** 56:8 | **volatile** 48:23 | 48:20 49:2 |
| 44:22 | **usd** 7:12,17 | **vote** 27:20 | 53:24 |
| **understood** | **use** 23:18 | 28:11 39:11,18 | **we've** 13:17 |
| 14:6 15:14 | 40:21 46:17 | **voted** 27:21,21 | 14:6,14 17:8 |
| 27:2 44:16 | 51:19 61:14 | 30:25 | 21:21 22:16 |
| 45:9 56:24 | **used** 44:3 | | 23:22 34:21,22 |
| 58:17 59:11 | **users** 14:18 | **w** | 35:22 53:13 |
| **unequal** 27:17 | **using** 7:22 | **w** 11:5 | **wearing** 22:7 |
| **unfortunately** | 14:12 | **wait** 20:8 | **week** 14:10 |
| 24:9 | **usual** 13:6,16 | **waived** 30:11 | 18:2 19:19 |
| **unilaterally** | | 34:6 | 38:12 |
| 44:24 | **v** | **walked** 45:22 | **weeks** 14:14,20 |
| **united** 1:1 6:1 | **v** 1:15 2:5,13 | **want** 13:18 | 21:3 59:1 |
| 12:1 21:1 56:6 | 2:21 3:5,13,21 | 17:23 19:16 | **went** 14:13 |
| 57:6 | 4:5,13,21 5:5 | 20:13,13,20 | 41:25 |
| **unlawful** 43:17 | 5:13 | 21:16 23:13 | **wesley** 12:14 |
| **unlucky** 53:15 | **vacuum** 56:7 | 26:6 28:12 | 35:1 |
| **unmute** 29:20 | **valid** 40:1 | 29:19 31:11 | **whatsoever** |
| **unpaid** 7:12 | **value** 48:21 | 32:6,13,14 | 34:16 |
| **unpersuasive** | 49:1 | 33:1 35:5 | **white** 11:10,19 |
| 40:14 | **valued** 48:21 | 37:20 49:24 | 15:17 |
| **unreasonable** | **variety** 47:9 | 50:10 51:9 | **who've** 15:9 |
| 43:22 | **various** 45:23 | 54:24 55:14 | **wholesale** 19:5 |
| **unreasonably** | 46:6 54:17 | 56:11 57:16 | **winnow** 49:8 |
| 50:18 | **vendors** 25:2 | 58:25 59:7,10 | **wire** 7:17 34:9 |
| **unrelated** 61:9 | **venmo** 13:22 | 59:23 | 34:19 |
| **unsatisfied** | **ventures** 1:16 | **wanted** 16:9,12 | **withdrawal** |
| 55:19 | 18:10 | 18:1 23:25 | 22:13 |
| **unsecured** 39:6 | **veritext** 63:20 | 26:16 28:11 | **witnesses** |
| | **versus** 35:8 | 31:5 36:3,14 | 50:11 |
| | 36:2 | 36:23 38:4 | |

[wolf - zoom]                                                    Page 23

| | |
|---|---|
| **wolf** 11:5 | **years** 30:15 |
| **wonderful** | 35:23 39:4,21 |
| 13:21 | **yep** 60:12,14 |
| **words** 41:17 | **york** 1:2 6:3 |
| 43:21 | 11:13 12:5 |
| **work** 15:11 | **young** 29:8,10 |
| 19:22 23:16 | |
| 24:4,6 26:3,17 | **z** |
| 26:18 27:6 | **zero** 28:22 |
| 49:2 | **zhang** 27:6 |
| **worked** 21:21 | **zoom** 7:22 |
| 23:22 | 13:14 36:6 |
| **working** 22:22 | |
| **works** 23:20 | |
| **write** 34:15 | |
| 61:12 | |
| **writing** 59:7 | |
| **written** 16:18 | |
| 17:10 28:21 | |
| 33:14 44:20 | |
| 60:6 | |
| **x** | |
| **x** 1:4,10,12,18 | |
| 2:2,8,10,16,18 | |
| 2:24 3:2,8,10 | |
| 3:16,18,24 4:2 | |
| 4:8,10,16,18 | |
| 4:24 5:2,8,10 | |
| 5:16 | |
| **xuyou** 27:6 | |
| **y** | |
| **yeah** 14:25 | |
| 22:3 32:23 | |
| 47:13 49:11 | |
| 50:24 59:16 | |