UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 Case No. |
|  | Debtors. |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) ) ) ) ) | 22-10964 (MG)(Jointly Administered) |
|  | ) |  |

**JOINDER OF THE TRUSTEE FOR SIMBA DISCRETIONARY TRUST IN SUPPORT OF THE AUSTRALIAN CORPORATE CREDITOR MOTION**

TO:    THE HONORABLE MARTIN GLENN
       UNITED STATES BANKRUPTCY JUDGE

John Hitti, on behalf of The Trustee for Simba Discretionary Trust, hereby join the Australian Corporate Creditor Motion [ECF No. 6892] (the "Motion"). In support of their Joinder, which states as follows:

**STATEMENT**

1. On 31st January 2024, the Post-Effective Date Debtors emerged from chapter 11 and commenced distributions under the Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

Transaction), dated 29th January 2024 (Docket #4289) (hereinafter referred to as the "Plan"). The language of the Plan provides that distributions were to be made as soon as possible after 31st January 2024. As of the date of filing this Joinder, 1st Aug 2024, The Trustee for Simba Discretionary Trust is yet to receive any distribution whatsoever, more than 180 days after the Debtor's emergence from bankruptcy on 31st Jan 2024. The Trustee for Simba Discretionary Trust has Claim No. 3.1.546651. Being similarly situated to the Australian corporate creditors in the Motion, by this Joinder, the Trustee for Simba Discretionary Trust seeks the same treatment as those Australian corporate creditors represented by the Motion.

1st August 2024

Respectfully submitted,

JH

John Hitti,
On behalf of
The Trustee for Simba Discretionary Trust