UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re:   CELSIUS NETWORK LLC, et al.,   |   Chapter 11
                                         |   Case No. 22-10964 (MG)
        Post-Effective Date Debtors.    |   (Jointly Administered)
------------------------------------------------------------------------x
MOHSIN Y. MEGHJI, LITIGATION
ADMINISTRATOR, AS REPRESENTATIVE
FOR THE POST-EFFECTIVE DATE
DEBTORS,                                 |   Adversary Proceeding No. 24-02013 (MG)

        Plaintiff,
   v.

DAVID THOMAS KING,

        Defendant.
------------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew P. Austria, to be admitted, ***pro hac vice***, to represent David Thomas King, (the "Client") an interested party in the above referenced cases and defendant in the above refenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and Commonwealth of Pennsylvania, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, ***pro hac vice***, in the above referenced cases and adversary proceeding to represent the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 2, 2024
       New York, New York

                                    /s/Martin Glenn
                            THE HONORABLE MARTIN GLENN
                            UNITED STATES BANKRUPTCY JUDGE