Request for Judicial Intervention
3 Aug 2024

Dear Honorable Judge Glenn,

Douglas R. Stringer wrote this to you recently, and I would like to resend his words to you in my name because he sums up precisely what I and thousands of other poorly-served Celsius victims feel:

In spite of your best efforts to preside at a fair and judicious trial, I feel the creditors of the Celsius Network case have been further abused by the executives at the company that is now in control of our wealth. I am referring to Ionic Digital, Inc. (Hereafter, "Ionic.") There has been practically no communication from Ionic for months. They have a revolving door installed in the CFO corner suite. The CEO is unable to generate credibility.

Sadly, the observers who were chosen from among the creditors are also of no value. No mining is taking place. We, the creditors, have been deceived into accepting the Ionic bid much to our deep chagrin. We received a few images of one of their so-called mining facilities and it looked more like a child's sandbox than a hi-tech data center.

Nothing is going well. As a 69-year-old Mashinsky victim (to the tune of thousands of UK£), due to the lack of transparency I have no idea what is actually going wrong. I plead, therefore, that you order Ionic to open their doors and records to the shareholders. And if, as it now appears, our funds are simply being wasted by Ionic executives, please order the remaining assets of Ionic be sold and the resulting funds distributed to the shareholders/creditors.

I didn't work hard for 40+ years to provide a comfortable standard of living for the incapable management team members at Ionic. My retirement as well as the legacy I would leave my family is at stake causing me to contact you for the very first time.

I pray, Your Honor, for relief. Best regards, Virginia A Harry