Heinz Mauch – Director of Profax Super Pty Ltd
28 Troy Terrace
Daglish 6008 Western Australia
HavePlan_B@protonmail.com
+61 487 242 077

03 Aug. 2024

The Honorable Martin Glenn
Chief Judge
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Celsius chapter 11 bankruptcy case No. 22-10964** - **Claim distribution failed… with the bank details provided - We are evaluating if it is possible to reattempt this wire transfer.**

Dear Judge Martin Glenn,

This is a follow up letter to my previous submission docket # 7533

On the 1st of August I received an email from Stretto advising me of **"Claim Distribution by Wire Failed – due to the bank details provided." 2nd attempt.** I challenge these claims by Stretto and call it deliberate delay tactics / lies especially if the claims are of higher dollar values as follows:

- A few people I know of have received their funds in Australia via wire transfers on the 31st July **all lower value accounts.**
    - **All higher value accounts of people I do know and I follow in interest groups via Telegram and X did not get their pay outs till do date.**
- 1st August a lot of **people received the exact same email** advising them of a Failed Distribution.
- **My nominated bank is with ANZ, one of the 4 major Australian banks and I do receive overseas wire transfers monthly without ever having encountered any issues**.
    - **Interestingly I know of one recipient who did receive his lower dollar value assets via ANZ with the same information provided as myself (apart from account details). Therefore, it is save to conclude that the alleged "Distribution attempt" to myself actually never happened and is a complete lie.**

Stretto is deliberately withholding higher value funds in order to enrich themselves with interest paid on the holdings, justify their existence and extract as much value for the various interest groups at the expense of the already suffering creditors.

This is evident in their statement:
"**We are evaluating if it is possible to reattempt this wire transfer… If we are unable to reattempt, or if this attempt is unsuccessful, we will contact you with more information on next steps. No action is required from you at this time.**"
Which pretty much translates into many more months of non-communication / action by Stretto.

Strettos conduct is extremely disappointing, worrisome and predatory.

**Not only have we missed out on receiving our funds in BTC / ETH?!?! We continuously missing out on re-investment opportunities due to Stretto predatory and incompetent behaviour.**

**Still outstanding:**
- **Detailed information on alleged failed distribution in order to be able to rectify it.**
- **Asset distribution**
- **Asset valuation for Australian Taxation Purposes**

I understand the limitations of ex parte communications and the need for strict adherence to legal procedures. Therefore, I kindly request that you consider this letter as an expression of support for a fair and equitable resolution rather than an attempt to influence or interfere with the proceedings.

Thank you for your time and attention to this matter.

Heinz Mauch