

STRIVV Corp
5500 Greenwood Plaza Blvd
Suite 130
Greenwood Village, CO 80111

**Request for Judicial Intervention**
Celsius Case No. 22-10964
August 5, 2024

Dear Honorable Judge Glenn,

I respectfully submit this petition to request that this Court order the plan sponsor and Ionic Digital, Inc. to provide shareholders with an immediate update on their efforts to register shares with the SEC and any other pertinent information affecting shareholders' interests. As a creditor of Celsius Network and an involuntary shareholder of Ionic Digital Inc., I share the concerns raised by other creditors who have communicated to the Court about issues related to Ionics's shareholders. I am deeply troubled by Ionics's apparent neglect of their fiduciary responsibilities.

Despite Ionics's pledge to uphold "transparency and consistent communication to set a new standard of excellence for the industry," there has been an alarming lack of both. For over six months since the effective date, shareholders have been left uninformed about the status or progress of taking the mining company public.

The lack of transparency that led to creditors losing a significant portion of their cryptocurrency with Celsius Network is now mirrored in our situation with Ionic Digital.

Recent posts by Ionics's Board Observer, Brett Perry, on X.com suggest significant internal issues at Ionic. Below are some of Mr. Perry's posts:

- "Fellow Ionic shareholders, you've been kept in the dark too long. Let Judge Glenn and the press know. I'll ensure your voices are heard by the board & management. Reject the misuse of our money as a personal piggy bank and lack of respect shown to us all."
- "Your frustration is completely understandable. Bring awareness to Judge Glenn and the press, and I'll make sure your concerns are heard by the board & management. I am very much against our money being treated as a personal piggy bank."
- "So true. From the very beginning, I said the best option for creditors was to liquidate. Now I must witness behavior that goes against everything I believe in."
- "Ruppi, I appreciate your thoughtful and level-headed comments. In hindsight, I should have played hardball and never supported the plan. Unfortunately, this board can't even adhere to the terms of the board agreement."
- "Joe and I shared the photos of the mining sites because we believe the victims forced into this investment deserve transparency. I recognize that a few photos weren't much and everyone deserves better. What has been provided so far is a joke."

Ionics's failure to provide regular updates has fueled rumors of board members' self-dealing and potential bankruptcy. Due to this lack of communication and transparency, shareholders are unable to hold Ionic accountable for their duties of care, loyalty, good faith, and disclosure.

Thank you for your time and attention to this critical matter. I appreciate any assistance you can provide.

Respectfully,

Joshua Mitchey
Managing Director
STRIVV Corp

www.strivv.com