Celsius Creditor: Jimmy Gay Choon Hee
Georgetown, Penang
Malaysia.                                                                                        6th of August, 2024


Honorable Chief Judge Martin Glenn
United State Bankruptcy Court
Southern District of New York                                                      Via Court Filing

---

Dear Judge,


**RE:**   1.   **CELSIUS BANRUPTCY**
       2.   **NO DISTRIBUTION RECEIVED**
       3.   **IONIC DIGITAL, MINING COMPANY**

I am one of Celsius victim, age 53 year old. I reside in Asia.

I wish to state and put on record that until now, I have not received my 1st distribution of money from Celsius even though I have read that the 2nd distribution has been planned. I have written to Celsius but as usual there is no answer given.

Secondly, the setting up of Bitcoin mining company via Ionic Digital using Creditor's money may be a second blow and whammy to all Creditors. There is hardly any communication, accountability and transparency from the company. Creditors are being kept in the dark.

Please help.

I am very much obliged and thank you very much an advance.

Yours sincerely,

*gchjimmy*

*GCH Jimmy*
*Celsius Creditor / Victim*