Celsius Case No. 22-10964

August 6, 2024

Dear Honorable Judge Glenn,

I submit this letter in support of letters (docket 7570, 7576, 7577 and 7578) filed by fellow Celsius creditors/Ionic Digital Inc. shareholders, asking the Honorable Court to direct the plan sponsor and Ionic Digital, Inc. to provide creditors/shareholders an immediate update on the feasability of a NASDAQ listing or subsequent steps for liquidity.

Since the updated Form 10 filing on April 30, 2024 on EDGAR there have been no further updates on financials nor of the composition the board. Even as Private Equity investors (despite of the non-accredited investor status for most likely a majority of shareholders) that we currently are, we should be entitled to receive quarterly updates of financials and other material changes.

Through the press and a X (formerly Twitter) post we have learned that the CFO position has been filled for a third time. The independent Board seems to be volatile as well, there have been no updates on changes though.

Last but not least, one of the board observers, Brett Perry, encouraged creditors/shareholders through X (formerly Twitter) to engange with the court and the press with the words «Reject the misuse of our money as a personal piggy bank and lack of respect shown to us all».

77'878 shareholders are being kept in the dark.

Thank you for your time, your assistance is highly appreciated.

Licia Weilenmann