Louis Hendrik Henderson
agdworkmail@gmail.com

2024/08/07

The Honorable Judge Glen

Dear Judge Glen,

Subject: Inquiry Regarding Statements Issued to Claimants in the Celsius Chapter 11 Case

I hope this letter finds you well. I am writing to seek clarification on an important matter regarding the Celsius Chapter 11 case, specifically concerning the statements issued to claimants.

As a claimant in the Celsius Chapter 11 case, I have noticed that there have been no statements issued to claimants indicating their claim payout value for any of the distributions made so far. This omission raises significant concerns about the transparency and accuracy of the distribution process.

Without detailed statements, claimants have no means to verify whether they are receiving the correct payout value from the estate. This lack of checks and balances undermines our confidence in the fairness and accuracy of the distribution process.

In light of these concerns, I respectfully request your guidance and intervention to ensure that detailed statements are issued to all claimants. These statements should clearly indicate the claim payout value for each distribution, allowing claimants to verify and confirm that they are receiving the correct amounts from the estate.

Thank you for your attention to this matter. I look forward to your response and appreciate your efforts to ensure transparency and fairness in the distribution process.

Yours sincerely,

Louis Henderson