Ian Mark Munro

17 Burnbank

Moray AB56 1BW

Scotland

Case Number 22-10964

Dear Judge Glenn

I'm reaching out from Scotland regarding the Celsius case. Unfortunately I haven't received any of my funds back so far. For the last 6 months I have been trying to get coinbase to activate my account so I can receive a fraction of my savings in crypto back.

The problem I have is even though I talk with coinbase support twice a week im waiting for coinbase compliance and security.

Unfortunately I can talk directly with coinbase compliance and security, only coinbase support. This has been ongoing for 6 months and still isn't resolved by coinbase. As they were the only approved crypto custodian I can't receive my crypto until this gets resolved.

I would suggest that other custodians like kraken or crypto.com were approved as a custodian for crypto payment.

I have been in contact with celsiusdistribution@stretto.com and informed them.

I have also asked celsiusdistribution@stretto.com about the percentage of BTC and ETH that I will receive back. As my savings was a significate amount I am waiting for a large settlement payment so I can move on with my life after getting some of my life savings back. A large amount of customer savings was allocated to this Celsius distribution team but unfortunately they have not answered my question on the percentage of BTC and ETH!. It would have been better if each customer was directly contacted without generic emails, especially for those with a large amount of money involved to confirm the percentage of BTC and ETH.

I hope you can help me receive my payment after sharing my experience this has been a very frustrating period.

Kind Regards

Ian