# Exhibit A

 

## Urgent & Important Information Regarding Celsius Withdrawal Preference Exposure
1 message

**noreply@cases-cr.stretto-services.com** <noreply@cases-cr.stretto-services.com>　　　Wed, Jan 10, 2024 at 12:04 AM
To: 

Dear ⬛⬛⬛⬛⬛⬛⬛⬛

You are receiving this email because you have been identified as an Account Holder with potential liability to the Debtors on account of Avoidance Actions due to transfers made by Account Holders in the 90 days prior to July 13, 2022 (the "Petition Date"). This potential liability is referred to in the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (the "Plan") as "Withdrawal Preference Exposure." You have been identified as an Account Holder with a Withdrawal Preference Exposure greater than $100,000 who will need to settle your Claim or obtain a court order ruling that you have no preference liability before receiving any distributions under the Plan.

Please review the *Notice Regarding Procedures for Settling Withdrawal Preference Exposure and Instructions for Making Settlement Payments Pursuant to the Account Holder Avoidance Action Settlement*, available at the link below. This Notice will provide you with further information about settling your Withdrawal Preference Exposure prior to the Effective Date of the Plan, including specific instructions for making any settlement payments. The Notice also provides personalized information about your Withdrawal Preference Exposure and any settlement payments you may be required to make.

**The Notice also includes an Election Form which you must submit if you intend to make any payments to settle your Withdrawal Preference Exposure.** You may review the Notice and submit your Election Form indicating your intention to make a Withdrawal Preference Exposure settlement payment electronically (if applicable) through our online portal, HERE.

You will need the following unique password to view your notice: ⬛⬛⬛

You must submit the Election Form by January 25, 2024, via the online portal

For questions related to submitting your Election Form, you can contact Stretto at: Toll-Free: **855-423-1530**

International: **949-669-5873**

Email: celsiusinquiries@stretto.com

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

# Exhibit A