# Exhibit C

    

## Deadline Extended – Settle Your Celsius WPE at 13.75% Today
1 message

**Celsius Network LLC Restructuring** <no-reply@cases-cr.stretto-services.com>   Fri, Apr 5, 2024 at 3:13 PM
To: ▨▨▨▨▨▨▨▨▨▨

The Litigation Administrator has received a tremendous response to the limited-time settlement offer and has already settled with hundreds of account holders. To accommodate the high level of interest and assist account holders who are in the process of completing their settlement, the Litigation Administrator has extended the deadline to settle immediately at the 13.75% rate from April 15, 2024, to April 24, 2024.

This extension will provide all remaining eligible account holders with additional time to review the limited-time settlement offer and reflects the Litigation Administrator's ongoing commitment to ensuring account holders have ample opportunity to make their payment within seven (7) days of accepting the offer.

Please take advantage of this extended deadline to accept the settlement offer on our online portal here here and make your payment by April 24, 2024. You will need the following unique password to move forward with the settlement offer: ▨▨▨▨

Your settlement amount can be satisfied via wire transfer or through setoff of liquid cryptocurrency to the extent that you are an eligible account holder who has a claim against the estate entitled to sufficient distribution of liquid cryptocurrency under the plan of reorganization.

If you do not settle, you should expect to be sued for the full amount of your preference liability under the Bankruptcy Code, which is substantially higher than the offer proposed under the settlement agreement. Refer to the settlement agreement from Stretto for full details or visit https://cases.stretto.com/CelsiusLOC.

Celsius Litigation Administrator

410 Exchange, Ste. 100 | Irvine, CA 92602

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

**Unsubscribe Button.**