**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Celsius Network LLC                          CASE NO.: 22–10964–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER:  11
87–1192148

---

### NOTICE OF TRANSMITTAL OF
### RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 6/26/24, document number 4995, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24–CV–5201 assigned to the Honorable Margaret M. Garnett.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.


Dated: August 19, 2024                          Vito Genna
                                                Clerk of the Court