# Notice Recipients

District/Off: 0208−1            User: admin                Date Created: 8/19/2024
Case: 22−10964−mg           Form ID: tranapl           Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Dimitry Kirsanov
intp        Dimitry Kirsanov
unk         Dimitry Kirsanov

TOTAL: 3