Celsius Creditor: M.J. August 18th, 2024

Dear Honorable Chief Judge Martin Glenn,

### Please Investigate Stretto's Distribution Team in Case 22-10964

I'm a Celsius loans creditor, I've still not received any distributions, and I've been unable to get support from the distribution team **for almost 6 months now**.

On February 3rd, after the Celsius distribution FAQ came out, I requested an address update to a country that was eligible for crypto distribution and that matched my address on Coinbase (the non-US crypto distribution partner).

On February 6th, the Celsius support team (hello@celsius.network) confirmed my address was successfully updated before the deadline. I also made sure that the email on my Celsius account matched the email on my Coinbase account, and I even confirmed with Coinbase support that my account was in good standing and that they had no objections to me receiving my Celsius distribution via my Coinbase account.

On February 29th, I was surprised to receive an email from Stretto's distribution team (celsiusdistribution@stretto.com) asking me to provide my wire details for a USD distribution. Based on all the information in the Distribution FAQ, I should have qualified for a crypto distribution. When I opened the wire details form, I noticed that my old address was pre-filled. This would indicate that either the distribution team was using old data, or that the Celsius support team did not properly complete the address update despite confirming it was done. Eitherway, it seemed like something that should be easy to rectify.

I replied to the distribution team to get this clarified and resolved, but **all I would receive in response were generic replies providing irrelevant info and directing me to the Distributions FAQ (which I had already read and even cited in my messages)**. The generic replies could have easily been mistaken for automatic ones if it wasn't for the long response times. **It looks like the distribution team just manually copies and pastes boilerplate messages to give the illusion of doing work, without actually answering or resolving anything**. This is the complete opposite of the original Celsius support team which was actually helpful and responsive. So I don't know where Stretto got these new people from but they don't seem to know what they are doing.

It's now been 6 months and I've still not received any help regarding the outdated address issue and my incorrect placement into the USD distribution.

I tried following up again with Stretto's distribution team recently (August 1st 2024) and over 2+ weeks later I've yet to hear back from anyone. With most of the distributions now supposedly being complete, it would be reasonable to expect faster response times and some real support, no? Yet they are just as unhelpful/unresponsive as before.

It's not just me struggling with this. In Celsius group chats, social media comments, and court documents (7581, 7563, 7533, 4881, 4876, 4864, etc) you can see stories from many other Celsius creditors not able to get a real response from the distribution team for many months.

I've never seen a support team this bad at their job anywhere else. I've worked in a client support role myself for years in a related industry and we would have SLAs (Service Level Agreements) ranging between 2-6 hours, with 24-48 hours for more complicated cases. **To what SLAs, if any, is the Celsius support and distribution team being held accountable to? Who is managing them? And how can we be sure that they are even doing any work at this point?** Because from the outside, it seems like they've gone MIA or are being paid to purposefully drag things out as long as possible. If I ignored clients for this long in a real client support role, I would have been quickly reprimanded and fired by now. **Why is this poor performance of the Celsius distribution team tolerated for so long? And what is the plan to solve this going forward? How much longer do we have to wait to get basic support for our distributions?**

Yours sincerely,
M.J. (vp7y9j4zv@mozmail.com)