**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 7, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, via electronic mail on the service list attached hereto as **Exhibit B**:

- **Joint Status Report of the Post-Effective Date Debtors, the Litigation Administrator and the Ad Hoc Committee of Corporate Creditors** (Docket No. 7585)

- **Joint Stipulation and Agreed Order Between the Post-Effective Date Debtors, Coinbase, the Litigation Administrator, and the Ad Hoc Committee of Corporate Creditors for Appointment of a Mediator** (Docket No. 7586)

Dated: August 15, 2024

*Janira Sanabria*
Janira N. Sanabria

State of Colorado    )
            ) SS.
County of Denver    )

Subscribed and sworn before me this 15th day of August 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC COMMITTEE OF CORPORATE CREDITORS | C/O SARACHEK LAW FIRM | ATTN: JOSEPH E. SARACHEK | 670 WHITE PAINS ROAD – PENTHOUSE | SCARSDALE | NY | 10583 |
| BFALLER RD LLC | | ON FILE | | | | |
| BFALLER RD LLC, BFALLER ROTH RD LLC, SFALLER TRD RD LLC, AND SFALLER RD LLC | C/O SARACHEK LAW FIRM | ATTN: JOSEPH E. SARACHEK | 670 WHITE PLAINS RD. - PENTHOUSE | SCARSDALE | NY | 10583 |
| BFALLER ROTH RD LLC | | ON FILE | | | | |
| COINBASE, INC. | C/O CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS S. KESSLER | ONE LIBERTY PLAZA | NEW YORK | NY | 10006 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| JINWES LLC | | ON FILE | | | | |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | NEW YORK | NY | 10022 |
| SFALLER RD LLC | | ON FILE | | | | |
| SFALLER TRD RD LLC | | ON FILE | | | | |

# **Exhibit B**

 STRETTO

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC COMMITTEE OF CORPORATE CREDITORS | C/O SARACHEK LAW FIRM | ATTN: JOSEPH E. SARACHEK | JOE@SARACHEKLAWFIRM.COM |
| BFALLER RD LLC | | | ON FILE |
| BFALLER ROTH RD  LLC | | | ON FILE |
| COINBASE, INC. | C/O CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS S. KESSLER | TKESSLER@CGSH.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN, JADE H. YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR, AND IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| DEKA ANDRES EPENDYOUN INTERNATIONAL INCORPORATED | | | ON FILE |
| DIGITAURUS PTY LTD ATF VANN FAMILY | | | ON FILE |
| DIRECTOR OF XPRUHODL SMSF PTY LTD ATF XPRUHODL SMSF | | | ON FILE |
| E & KL MURPHY SUPERFUND | | | ON FILE |
| EMMERSON PTY LTD ATF | | | ON FILE |
| FLAVELL PTY LTD THE TRUSTEE FOR H FLAVELL SUPER FUND | | | ON FILE |
| GARCIA SUAREZ SUPERFUND PTY LTD ATF GARCIA SUAREZ SUPERFUND | | | ON FILE |
| GOOD FORREST SUPER PTY LTD | | | ON FILE |
| ILLUME CAPITAL PTY LTD | | | ON FILE |
| JINWES LLC | | | ON FILE |
| JONES ASSET PROTECTION TRUST | | | ON FILE |
| KMCNEIL II RD LLC | | | ON FILE |
| KMCNEIL RD LLC | | | ON FILE |
| LAURA MCNEIL, REPRESENTING SHERI AND BERNARD JACOB FALLER | | | ON FILE |
| LUCA PADALINI AND NATASHA KATHERINE CUCULOVSKI AS TRUSTEE FOR THE NKCANDLP SMSF | | | ON FILE |
| LUKE ORR FAMILY SUPER FUND PTY LTD | | | ON FILE |
| MASENS SUPER FUND | | | ON FILE |
| MVOZZO SUPER PTY LTD | | | ON FILE |
| OEHME FAMILY SUPER | | | ON FILE |
| OFFICE OF THE UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PAULE BENNETT FAMILY SMSF PTY LTD | | | ON FILE |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| R EDMONDS FAMILY SMSF | | | ON FILE |
| RACECENTRE PTY LTD | | | ON FILE |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| SENDALL FAMILY RETIREMENT SUPERFUND | | | ON FILE |
| SFALLER RD  LLC | | | ON FILE |
| SFALLER TRD RD  LLC | | | ON FILE |
| SIDDHARTHA SUPER PTY LTD ATF COLAGIURI SUPERFUND | | | ON FILE |
| STEINBERGER PTY LTD ATF CETIN INVESTMENTS SUPER FUND | | | ON FILE |
| WILKS SMSF PTY LTD | | | ON FILE |