UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Christopher M. Vaughan, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the following parties in the above-referenced chapter 11 cases:

| | | |
|---|---|---|
| Jason Awad | Richard W. Ferree | Mehdi France Merali |
| Lionel Gerard Bance | Alex Flocas | Tamas Muller |
| Ricardo De Jesus Beas | Daniel Hernandez | Peter John Olson |
| Abdelkader Mhamed Benkreira | En Fan Ho | Sean Earl Pettis |
| Erik David Braden | Luke Hughes | Jason T. Rainer |
| Quoc Quy Bui | Kenneth B. Kebbekus | Lars Thomas Rydstroem |
| Daniel Ward Case | Allister Jan Wai Lam | Jacob Mathew Setzer |
| On Chun Ching | Brian Douglas Langsbard | Wenifredo Lopez Suarez |
| Austin Michael Craig | Litao Liu | Melvin Duane Symes |
| Sergey Sergeyevich Demenko | Cang Duy Ly | Kirk Tsai |
| Paul James DeRiemaker | Michael Merrit McCloy | Brian Robert Tunning |
| Kyle Alexander Doohan | Paul Darnell McNeal | |

I also seek admission in the below adversary proceedings:

| | |
|---|---|
| *Meghji v. Awad*, Adv. Pro. No. 24-2066 | *Meghji v. Lam*, Adv. Pro. No. 24-1594 |
| *Meghji v. Bance*, Adv. Pro. No. 24-2203 | *Meghji v. Langsbard*, Adv. Pro. No. 24-3756 |
| *Meghji v. Beas*, Adv. Pro. No. 24-3973 | *Meghji v. Liu*, Adv. Pro. No. 24-2208 |

---

[1] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| | |
|---|---|
| *Meghji v. Benkeira*, Adv. Pro. No. 24-1515 | *Meghji v. Ly*, Adv. Pro. No. 24-1610 |
| *Meghji v. Braden*, Adv. Pro. No. 24-1879 | *Meghji v. McCloy*, Adv. Pro. No. 24-3903 |
| *Meghji v. Bui*, Adv. Pro. No. 24-2279 | *Meghji v. McNeal*, Adv. Pro. No. 24-3958 |
| *Meghji v. Case*, Adv. Pro. No. 24-1945 | *Meghji v. Merali*, Adv. Pro. No. 24-2375 |
| *Meghji v. Ching*, Adv. Pro. No. 24-3949 | *Meghji v. Muller,* Adv. Pro. No. 24-2658 |
| *Meghji v. Craig*, Adv. Pro. No. 24-1569 | *Meghji v. Olson*, Adv. Pro. No. 24-2238 |
| *Meghji v. Demenko*, Adv. Pro. No. 24-2309 | *Meghji v. Pettis*, Adv. Pro. No. 24-2299 |
| *Meghji v. DeRiemaker*, Adv. Pro. No. 24-2172 | *Meghji v. Rainer*, Adv. Pro. No. 24-1811 |
| *Meghji v. Doohan*, Adv. Pro. No. 24-1778 | *Meghji v. Rydstroem*, Adv. Pro. No. 24-2128 |
| *Meghji v. Ferree*, Adv. Pro. No. 24-2099 | *Meghji v. Setzer*, Adv. Pro. No. 24-3856 |
| *Meghji v. Flocas*, Adv. Pro. No. 24-1564 | *Meghji v. Suarez*, Adv. Pro. No. 24-2686 |
| *Meghji v. Hernandez*, Adv. Pro. No. 24-1921 | *Meghji v. Symes*, Adv. Pro. No. 24-2376 |
| *Meghji v. Ho*, Adv. Pro. No. 24-1859 | *Meghji v. Tsai*, Adv. Pro. No. 24-3948 |
| *Meghji v. Hughes*, Adv. Pro. No. 24-2247 | *Meghji v. Tunning*, Adv. Pro. No. 24-1677 |
| *Meghji v. Kebbekus*, Adv. Pro. No. 24-1731 | |

I certify that I am a member in good standing of the bar of the State of New York. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 20, 2024
New York, New York

By:     */s/ Christopher M. Vaughan*
**BRESSLER, AMERY & ROSS, P.C.**
Christopher M. Vaughan
17 State Street, 34th Floor
New York, NY 10004
Telephone: (212) 425-9300
Email: cvaughan@bressler.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[2] | ) ) ) | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | ) ) | (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Christopher M. Vaughan, to be admitted, ***pro hac vice***, to represent the following parties in the above-referenced chapter 11 cases:

| | | |
|---|---|---|
| Jason Awad | Richard W. Ferree | Mehdi France Merali |
| Lionel Gerard Bance | Alex Flocas | Tamas Muller |
| Ricardo De Jesus Beas | Daniel Hernandez | Peter John Olson |
| Abdelkader Mhamed Benkreira | En Fan Ho | Sean Earl Pettis |
| Erik David Braden | Luke Hughes | Jason T. Rainer |
| Quoc Quy Bui | Kenneth B. Kebbekus | Lars Thomas Rydstroem |
| Daniel Ward Case | Allister Jan Wai Lam | Jacob Mathew Setzer |
| On Chun Ching | Brian Douglas Langsbard | Wenifredo Lopez Suarez |
| Austin Michael Craig | Litao Liu | Melvin Duane Symes |
| Sergey Sergeyevich Demenko | Cang Duy Ly | Kirk Tsai |
| Paul James DeRiemaker | Michael Merrit McCloy | Brian Robert Tunning |
| Kyle Alexander Doohan | Paul Darnell McNeal | |

and upon the movant's certification that the movant is a member in good standing of the bar of the State of New York, it is hereby,

**ORDERED**, that Christopher M. Vaughan, Esq., is admitted to practice, ***pro hac vice***, to represent these parties in the above-referenced chapter 11 cases in the Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid; and it is further

---

[2] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**ORDERED**, that Christopher M. Vaughan, Esq., is admitted to practice, ***pro hac vice***, to represent these parties in the following adversary proceedings:

| | |
|---|---|
| *Meghji v. Awad*, Adv. Pro. No. 24-2066 | *Meghji v. Lam*, Adv. Pro. No. 24-1594 |
| *Meghji v. Bance*, Adv. Pro. No. 24-2203 | *Meghji v. Langsbard*, Adv. Pro. No. 24-3756 |
| *Meghji v. Beas*, Adv. Pro. No. 24-3973 | *Meghji v. Liu*, Adv. Pro. No. 24-2208 |
| *Meghji v. Benkeira*, Adv. Pro. No. 24-1515 | *Meghji v. Ly*, Adv. Pro. No. 24-1610 |
| *Meghji v. Braden*, Adv. Pro. No. 24-1879 | *Meghji v. McCloy*, Adv. Pro. No. 24-3903 |
| *Meghji v. Bui*, Adv. Pro. No. 24-2279 | *Meghji v. McNeal*, Adv. Pro. No. 24-3958 |
| *Meghji v. Case*, Adv. Pro. No. 24-1945 | *Meghji v. Merali*, Adv. Pro. No. 24-2375 |
| *Meghji v. Ching*, Adv. Pro. No. 24-3949 | *Meghji v. Muller,* Adv. Pro. No. 24-2658 |
| *Meghji v. Craig*, Adv. Pro. No. 24-1569 | *Meghji v. Olson*, Adv. Pro. No. 24-2238 |
| *Meghji v. Demenko*, Adv. Pro. No. 24-2309 | *Meghji v. Pettis*, Adv. Pro. No. 24-2299 |
| *Meghji v. DeRiemaker*, Adv. Pro. No. 24-2172 | *Meghji v. Rainer*, Adv. Pro. No. 24-1811 |
| *Meghji v. Doohan*, Adv. Pro. No. 24-1778 | *Meghji v. Rydstroem*, Adv. Pro. No. 24-2128 |
| *Meghji v. Ferree*, Adv. Pro. No. 24-2099 | *Meghji v. Setzer*, Adv. Pro. No. 24-3856 |
| *Meghji v. Flocas*, Adv. Pro. No. 24-1564 | *Meghji v. Suarez*, Adv. Pro. No. 24-2686 |
| *Meghji v. Hernandez*, Adv. Pro. No. 24-1921 | *Meghji v. Symes*, Adv. Pro. No. 24-2376 |
| *Meghji v. Ho*, Adv. Pro. No. 24-1859 | *Meghji v. Tsai*, Adv. Pro. No. 24-3948 |
| *Meghji v. Hughes*, Adv. Pro. No. 24-2247 | *Meghji v. Tunning*, Adv. Pro. No. 24-1677 |
| *Meghji v. Kebbekus*, Adv. Pro. No. 24-1731 | |

Dated: _____, 2024
       New York, New York

                                                _____
                                                THE HONORABLE MARTIN GLENN
                                                UNITED STATES BANKRUPTCY JUDGE