**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004−1408**

---

| | |
|---|---|
| IN RE: Celsius Network LLC | CASE NO.: 22−10964−mg |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>87−1192148 | CHAPTER: 11 |

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 6/26/24, document number 4995, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24−CV−5201 assigned to the Honorable Margaret M. Garnett.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: August 19, 2024                                   Vito Genna
                                                        Clerk of the Court

United States Bankruptcy Court
Southern District of New York

| | |
|---|---|
| In re: | Case No. 22-10964-mg |
| Celsius Network LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-1 | User: admin | Page 1 of 16 |
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Dimitry Kirsanov |
| intp | | Dimitry Kirsanov |
| unk | | Dimitry Kirsanov |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Aug 21, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Colodny | on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator aaron.colodny@whitecase.com mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Colodny | on behalf of Plaintiff MOHSIN Y. MEGHJI aaron.colodny@whitecase.com mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Colodny | on behalf of Creditor Committee The Official Committee of Unsecured Creditors aaron.colodny@whitecase.com mco@whitecase.com;kgundersen@whitecase.com |
| Aaron Garber | on behalf of Creditor Renard Ulrey agarber@wgwc-law.com |
| Aaron L. Casagrande | on behalf of Defendant Alexander Christy aaron.casagrande@icemiller.com |
| Abigail Rushing Ryan | on behalf of Interested Party Texas State Securities Board aryan@naag.org |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 3 of 17

| District/off: 0208-1 | User: admin | Page 2 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Adrienne Woods
    on behalf of Plaintiff Gilbert Castillo awoods@wzmplaw.com

Adrienne Woods
    on behalf of Plaintiff Georges Georgiou awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Philip Harris Stewart awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Michael Bottjer awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Celsius SPV1 Ltd awoods@wzmplaw.com

Adrienne Woods
    on behalf of Plaintiff Philip Harris Stewart awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Gilbert Castillo awoods@wzmplaw.com

Adrienne Woods
    on behalf of Creditor Georges Georgiou awoods@wzmplaw.com

Alan L. Frank
    on behalf of Defendant DAVID P SCHREINER afrank@alflaw.net

Alan L. Frank
    on behalf of Creditor David Schneider afrank@alflaw.net

Alexandra Steinberg Barrage
    on behalf of Unknown Ripple Labs Inc. abarrage@dwt.com

Alyson M. Fiedler
    on behalf of Defendant Alexander Christy alyson.fiedler@icemiller.com
    john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com

Amish R. Doshi
    on behalf of Creditor Oracle America  Inc. amish@doshilegal.com

Andrea Amulic
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors andrea.amulic@whitecase.com
    mco@whitecase.com

Andrew Jones
    on behalf of Transferee Ceratosaurus Investors  L.L.C. andrew@ajoneslaw.com

Andrew M. Troop
    on behalf of Interested Party Adam Weitsman andrew.troop@pillsburylaw.com

Andrew R. Gottesman
    on behalf of Unknown Symbolic Capital Partners gottesman@mintzandgold.com  gottesman@mintzandgold.com

Annemarie V. Reilly
    on behalf of Debtor Celsius Network LLC annemarie.reilly@lw.com

Anthony J. DeGirolamo
    on behalf of Creditor Eric Wohlwend tony@ajdlaw7-11.com

Arie Peled
    on behalf of Creditor Ignat Tuganov aapeled@venable.com

Avi Weitzman
    on behalf of Interested Party Adrian Alisie  Amir Ayalon, Tal Bentov, Rod Bolger, Shiran Kleiderman, Jason Perman, Trunshedda
    Ramos, and Rodney Sunada-Wong aweitzman@paulhastings.com

Avi Weitzman
    on behalf of Interested Party Hanoch "Nuke" Goldstein aweitzman@paulhastings.com

Barry R. Kleiner
    on behalf of Transferee Oroboros Cel 1  LLC dkleiner@kkwc.com, gagnew@kkwc.com

Barry R. Kleiner
    on behalf of Creditor Harrison Schoenau dkleiner@kkwc.com  gagnew@kkwc.com

Barry R. Kleiner
    on behalf of Creditor Brendan White dkleiner@kkwc.com  gagnew@kkwc.com

Benjamin Finestone
    on behalf of Plaintiff Celsius Network Limited benjaminfinestone@quinnemanuel.com
    lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com

Benjamin Finestone

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 4 of 17

| District/off: 0208-1 | User: admin | Page 3 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Plaintiff Celsius Network LLC benjaminfinestone@quinnemanuel.com lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com |
| Benjamin Finestone | |
| | on behalf of Unknown Blockchain Recovery Investment Consortium benjaminfinestone@quinnemanuel.com lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com |
| Benjamin R. Allee | |
| | on behalf of Unknown Alex Mashinsky benjamin@yankwitt.com |
| Bonnie R. Golub | |
| | on behalf of Creditor Matthew Pinto bgolub@wgpllp.com |
| Brian D. Glueckstein | |
| | on behalf of Creditor Alameda Research LLC gluecksb@sullcrom.com s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com |
| Brian G. Hannon | |
| | on behalf of Creditor Peter Polombo bhannon@norgaardfirm.com  kcimmino@norgaardfirm.com;crose@norgaardfirm.com |
| Brian S. Lennon | |
| | on behalf of Unknown Blockchain Recovery Investment Consortium maosbny@willkie.com  blennon@willkie.com |
| Brigette McGrath | |
| | on behalf of Plaintiff MOHSIN Y. MEGHJI bmcgrath@askllp.com lmiskowiec@askllp.com;kcasteel@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;rreding@askllp.com |
| Carl D. Neff | |
| | on behalf of Creditor MRK Spanish Ridge  LLC carl.neff@pierferd.com |
| Carl D. Neff | |
| | on behalf of Unknown New Spanish Ridge  LLC carl.neff@pierferd.com |
| Carl D. Neff | |
| | on behalf of Creditor PREH Spanish Ridge  LLC carl.neff@pierferd.com |
| Carla O. Andres | |
| | on behalf of Examiner Sontchi  LLC candres@gklaw.com, kboucher@gklaw.com |
| Carol Weiner Levy | |
| | on behalf of Plaintiff Ignat Tuganov cwlevy@Venable.com  cwlevy@venable.com |
| Catherine Steege | |
| | on behalf of Examiner Shoba Pillay csteege@jenner.com  jeffrey_cross@discovery.com |
| Chase Aleksander Stone | |
| | on behalf of Interested Party Simon Dixon cstone@ecjlaw.com |
| Daniel Eggermann | |
| | on behalf of Unknown Tether International Limited deggermann@kramerlevin.com  corporate-reorg-1449@ecf.pacerpro.com |
| Daniel J. McCarthy | |
| | on behalf of Creditor A2E  aka Anything2Everything dmccarthy@hillfarrer.com |
| Darren T. Azman | |
| | on behalf of Interested Party Galaxy Digital Mining LLC dazman@mwe.com mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| Darren T. Azman | |
| | on behalf of Interested Party Galaxy Digital LP dazman@mwe.com mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| Darren T. Azman | |
| | on behalf of Interested Party Cred Inc. Liquidation Trust dazman@mwe.com mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| Darren T. Azman | |
| | on behalf of Interested Party Galaxy Digital Trading LLC dazman@mwe.com mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com |
| David Dinoso | |
| | on behalf of Defendant HOMAM MAALOUF david@dinosolaw.com |
| David Turetsky | |
| | on behalf of Creditor Committee The Official Committee of Unsecured Creditors david.turetsky@whitecase.com mco@whitecase.com |
| David H. Pikus | |
| | on behalf of Defendant SEAN EARL PETTIS dpikus@bressler.com |
| David H. Pikus | |
| | on behalf of Defendant EN FAN HO dpikus@bressler.com |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 5 of 17

| District/off: 0208-1 | User: admin | Page 4 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| David H. Pikus | on behalf of Defendant JASON AWAD dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant MELVIN DUANE SYMES dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant KYLE ALEXANDER DOOHAN dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant LITAO LIU dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant ALEX FLOCAS dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant AUSTIN MICHAEL CRAIG dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant Kirk Tsai dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant PETER JOHN OLSON dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant MICHAEL MERRITT MCCLOY dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant CANG DUY LY dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant JACOB MATHEW SETZER dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant KENNETH B KEBBEKUS dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant DANIEL WARD CASE dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant WENIFREDO LOPEZ SUAREZ dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant ALLISTER JAN WAI LAM dpikus@bressler.com |
| David H. Pikus | on behalf of Defendant ABDELKADER MHAMED BENKREIRA dpikus@bressler.com |
| David J. Adler | on behalf of Unknown Michael Conlon dadler@mccarter.com |
| David J. Adler | on behalf of Plaintiff Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Zaryn Dentzel dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Chris Villinger dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Keith Suckno dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Anabelle Dias dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Joseph Eduardo dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Christopher Little dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Martin Langlois dadler@mccarter.com |
| David J. Adler | on behalf of Creditor John Dzaran dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Paola Leano Peralta dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Michael Conlon dadler@mccarter.com |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 6 of 17

| District/off: 0208-1 | User: admin | Page 5 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| David J. Adler | on behalf of Creditor Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Unknown Ad Hoc Group of Borrowers dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Monika Kosa dadler@mccarter.com |
| David J. Adler | on behalf of Creditor Gregory Kieser dadler@mccarter.com |
| David M Pohl | on behalf of Unknown Bradley Condit david.pohl@parkerpohl.com |
| Dawn R. Copley | on behalf of Unknown Thomas Shannon D.D.S. dcopley@dickinsonwright.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff MOHSIN Y. MEGHJI dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Defendant Celsius Mining LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network LLC dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius Network Limited dchapman@akingump.com nymco@akingump.com |
| Dean Lindsay Chapman, Jr. | on behalf of Plaintiff Celsius KeyFi LLC dchapman@akingump.com nymco@akingump.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders and Other Transferees deborah.kovsky@troutman.com kay.kress@troutman.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Ad Hoc Group of Withhold Account Holders deborah.kovsky@troutman.com kay.kress@troutman.com |
| Deborah Kovsky-Apap | on behalf of Interested Party Certain Defendants deborah.kovsky@troutman.com kay.kress@troutman.com |
| Denver Edwards | on behalf of Plaintiff MOHSIN Y. MEGHJI dedwards@bradfordedwards.com scorchado@bradfordedwards.com |
| Devin Freedman | on behalf of Defendant Jason Stone vel@fnf.law |
| Devin Freedman | on behalf of Defendant KeyFi Inc. vel@fnf.law |
| Devin Rivero | on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator devin.rivero@whitecase.com, mco@whitecase.com |
| Dina L. Yunker Frank | on behalf of Creditor Washington State Taxing Agencies bcuyunker@atg.wa.gov |
| Eduardo J. Glas | on behalf of Creditor Gregory Kieser ejglas@gmail.com |
| Eduardo J. Glas | on behalf of Plaintiff Adam Kryskow ejglas@gmail.com |
| Edward J. LoBello | on behalf of Creditor Natakom Chulamorkodt elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Edward J. LoBello | on behalf of Creditor Nol and Nhat Van Meyer elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Edward J. LoBello | on behalf of Creditor Diana Thant elobello@bsk.com elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com |
| Elan Kandel | on behalf of Interested Party Associated Industries Insurance Company Inc. ekandel@baileycav.com, kmoore@baileycav.com |
| Elan Kandel | on behalf of Interested Party StarStone Specialty Insurance Company ekandel@baileycav.com kmoore@baileycav.com |
| Elise S. Frejka | on behalf of Auditor RSM US LLP efrejka@frejka.com |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 7 of 17

| District/off: 0208-1 | User: admin | Page 6 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Elizabeth Scott
on behalf of Plaintiff MOHSIN Y. MEGHJI edscott@akingump.com

Elizabeth Scott
on behalf of Plaintiff Celsius Network Limited edscott@akingump.com

Elizabeth Scott
on behalf of Plaintiff Celsius KeyFi LLC edscott@akingump.com

Elizabeth Scott
on behalf of Defendant Celsius Mining LLC edscott@akingump.com

Emily K. Devan
on behalf of Unknown Josh Tornetta edevan@milesstockbridge.com

Eric Goldstein
on behalf of Creditor Gartner Inc. egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com

Erica Kravchenko
on behalf of Creditor Keith Ryals ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com

Erica Kravchenko
on behalf of Creditor Stuart McLean ekravchenko@bernsteinlaw.com ekravchenko@ecf.courtdrive.com

Evan J. Zucker
on behalf of Interested Party John Marchioni ezucker@blankrome.com eDocketing@blankrome.com

Gary C. Fischoff
on behalf of Defendant JAMES ALAN MILES gfischoff@bfslawfirm.com afilardi@bfslawfirm.com

Gary C. Fischoff
on behalf of Defendant MARTIN CUPKA gfischoff@bfslawfirm.com afilardi@bfslawfirm.com

Gary D. Underdahl
on behalf of Unknown Mohsin Y. Meghji gunderdahl@askllp.com lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com

Gregory Juell
on behalf of Defendant Equities First Holdings LLC gregory.juell@us.dlapiper.com, DLAPiper@ecfxmail.com

Gregory Kopacz
on behalf of Creditor Illumiti Corp a/k/a Syntax Systems USA LP gkopacz@sillscummis.com

Gregory F Pesce
on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Unknown Ionic Digital Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Unknown Mohsin Y. Meghji as Litigation Administrator gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Other Prof. Elementus Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Consultant Elementus Inc. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Creditor Committee The Official Committee of Unsecured Creditors gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Interested Party Perella Weinberg Partners LP gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Financial Advisor M3 Advisory Partners LP gregory.pesce@whitecase.com, mco@whitecase.com

Gregory F Pesce
on behalf of Other Prof. Gornitzky & Co. gregory.pesce@whitecase.com mco@whitecase.com

Gregory F Pesce
on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator gregory.pesce@whitecase.com, mco@whitecase.com

Harley J. Goldstein
on behalf of Unknown JACOB JON STEELE harleyg@restructuringshop.com teresag@restructuringshop.com;amritk@goldmclaw.com

Hollace T. Cohen
on behalf of Creditor Vincent Theodore Goetten hollace.cohen@pierferd.com

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 8 of 17

| District/off: 0208-1 | User: admin | Page 7 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| Hugh R. McCullough | on behalf of Unknown Ripple Labs Inc. hughmccullough@dwt.com sherriparsons@dwt.com;SEADocket@dwt.com |
| Isaac M. Hoenig | on behalf of Defendant Cosmos Infrastructure LLC ihoenig@foxrothschild.com |
| Isaac M. Hoenig | on behalf of Defendant Mawson Infrastructure Group Inc. ihoenig@foxrothschild.com |
| Isaac M. Hoenig | on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure ihoenig@foxrothschild.com |
| Isaac M. Hoenig | on behalf of Defendant Luna Squares LLC ihoenig@foxrothschild.com |
| Jack Yoskowitz | on behalf of Plaintiff Barber Lake Development LLC yoskowitz@sewkis.com |
| Jade Yoo | on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator jade.yoo@whitecase.com, mco@whitecase.com |
| Jade Yoo | on behalf of Unknown Ionic Digital Inc. jade.yoo@whitecase.com mco@whitecase.com |
| James Richards | on behalf of Defendant DANIEL ELEAZAR QUINONEZ jrichards@jjoneslaw.com |
| James H. Shenwick | on behalf of Defendant CARL INSERRA JR jshenwick@gmail.com |
| James I. Glasser | on behalf of Unknown Connor Nolan c/o Wiggin and Dana LLP jglasser@wiggin.com |
| Jason Zakia | on behalf of Unknown Mohsin Y. Meghji jzakia@whitecase.com mco@whitecase.com |
| Jason A Nagi | on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann Nicholas Farr and Brett Perry jason.nagi@offitkurman.com, rona.cohen@offitkurman.com |
| Jeffrey Bernstein | on behalf of Creditor The New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com |
| Jeffrey Bernstein | on behalf of Interested Party New Jersey Bureau of Securities jbernstein@mdmc-law.com kpatterson@mdmc-law.com |
| Jeffrey Chubak | on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Chubak | on behalf of Transferee Lantern Ventures Ltd. jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Chubak | on behalf of Unknown Pharos Fund SP of Pharos Master SPC jchubak@aminillc.com aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com |
| Jeffrey Alan Latov | on behalf of Defendant Celsius Mining LLC jlatov@akingump.com |
| Jeffrey R. Gleit | on behalf of Interested Party Ashraf Elshafei jeffrey.gleit@afslaw.com lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com |
| Jeffrey S. Cianciulli | on behalf of Creditor Matthew Pinto jcianciulli@wgpllp.com imarciniszyn@weirpartners.com |
| Jeffrey S. Sabin | on behalf of Plaintiff Ignat Tuganov jssabin@venable.com |
| Jeffrey S. Sabin | on behalf of Creditor Ignat Tuganov jssabin@venable.com |
| Jennifer Rood | on behalf of Creditor Vermont Dept. of Financial Regulation jennifer.rood@vermont.gov |
| Jennifer Selendy | on behalf of Creditor Committee The Official Committee of Unsecured Creditors jselendy@selendygay.com |
| Jessica Mannon | on behalf of Plaintiff Celsius KeyFi LLC jmannon@akingump.com |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 9 of 17

| District/off: 0208-1 | User: admin | Page 8 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Jessica Mannon
on behalf of Plaintiff Celsius Network Limited jmannon@akingump.com

Joel L Perrell, Jr
on behalf of Unknown Josh Tornetta joel.perrell@wbd-us.com cindy.giobbe@wbd-us.com

John Kane
on behalf of Plaintiff Celsius Network LLC jkane@akingump.com

John Kane
on behalf of Plaintiff Celsius Network Limited jkane@akingump.com

John Reding
on behalf of Creditor Illinois Secretary of State john.reding@ilag.gov

John D Giampolo
on behalf of Unknown Jonathan Kelly jgiampolo@rosenbergestis.com

John R. Ashmead
on behalf of Plaintiff Barber Lake Development LLC ashmead@sewkis.com managingclerkoffice@sewkis.com

Jonathan Ohring
on behalf of Unknown Alex Mashinsky jonathan@yankwitt.com

Jorian L. Rose
on behalf of Creditor Linus Financial Inc. jrose@bakerlaw.com

Joseph Cioffi
on behalf of Unknown 168 Trading Limited jcioffi@dglaw.com galaimo@dglaw.com

Joseph E. Sarachek
on behalf of Creditor Faller Creditors joe@sarachecklawfirm.com jon@sarachecklawfirm.com,paul@sarachecklawfirm.com

Joseph E. Sarachek
on behalf of Interested Party Ad Hoc Committee of Corporate Creditors joe@sarachecklawfirm.com
jon@sarachecklawfirm.com,paul@sarachecklawfirm.com

Joseph L. Steinfeld, Jr.
on behalf of Unknown Mohsin Y. Meghji jsteinfeld@askllp.com
lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

Joshua Mester
on behalf of Stockholder CDP Investissements Inc. jmester@jonesday.com

Joshua Pepper
on behalf of Defendant DHARMESH D MISTRY jpepper@jpepperesq.com

Joshua Sussberg
on behalf of Debtor Celsius Mining LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Lending LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Other Prof. Centerview Partners LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor GK8 Ltd. jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Network LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Defendant Celsius Network Limited jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Network Limited jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Interested Party Willis Towers Watson US LLC jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
on behalf of Debtor Celsius Network Inc. jsussberg@kirkland.com
hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 10 of 17

| District/off: 0208-1 | User: admin | Page 9 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Joshua Sussberg
    on behalf of Plaintiff Celsius KeyFi LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Network LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Celsius KeyFi LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Financial Advisor Alvarez & Marsal North America  LLC jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Other Prof. Ernst & Young LLP jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor Celsius Networks Lending LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Unknown KE Andrews jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Networks Lending LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Auditor RSM US LLP jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Debtor GK8 UK Limited jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Network Inc. jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Spec. Counsel A.M. Saccullo Legal  LLC jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Unknown Stretto  Inc jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Other Prof. Stout Risius Ross  LLC jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Celsius Network LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Unknown Lucy L. Thomson jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Keyfi LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Attorney Kirkland & Ellis LLP and Kirkland & Ellis International LLP jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius Mining LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Plaintiff Celsius Mining LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
    on behalf of Defendant Celsius US Holding LLC jsussberg@kirkland.com hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 11 of 17

| District/off: 0208-1 | User: admin | Page 10 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Joshua Sussberg
 on behalf of Debtor GK8 USA LLC jsussberg@kirkland.com
 hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
 on behalf of Debtor Celsius US Holding LLC jsussberg@kirkland.com
 hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
 on behalf of Defendant Celsius Lending LLC jsussberg@kirkland.com
 hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Sussberg
 on behalf of Plaintiff Celsius Network Limited jsussberg@kirkland.com
 hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua Weedman
 on behalf of Plaintiff MOHSIN Y. MEGHJI jweedman@whitecase.com  mco@whitecase.com

Joshua Weedman
 on behalf of Plaintiff Mohsin Meghji jweedman@whitecase.com  mco@whitecase.com

Joshua Weedman
 on behalf of Creditor Committee The Official Committee of Unsecured Creditors jweedman@whitecase.com
 mco@whitecase.com

Joyce A. Kuhns
 on behalf of Unknown Ad Hoc Group of Earn Account Holders jkuhns@offitkurman.com

Joyce A. Kuhns
 on behalf of Unknown Ad Hoc Group of Earn Account Holders including Immanuel Herrmann  Nicholas Farr and Brett Perry
 jkuhns@offitkurman.com

Juandisha Harris
 on behalf of Creditor State of Michigan Department of Treasury harrisj12@michigan.gov

Julie F. Montgomery
 on behalf of Creditor SAP America  Inc. jmontgomery@brownconnery.com

Julie Marissa Wolf
 on behalf of Stockholder Celsius SPV Investors  LP jwolf@milbank.com

Julie Marissa Wolf
 on behalf of Stockholder Community First Partners  LLC jwolf@milbank.com

Julie Marissa Wolf
 on behalf of Stockholder Celsius New SPV Investors  LP jwolf@milbank.com

Kara E. Casteel
 on behalf of Unknown Mohsin Y. Meghji kcasteel@askllp.com  lmiskowiec@askllp.com;jsteinfeld@askllp.com

Karen Cordry
 on behalf of Attorney Karen Cordry kcordry@naag.org

Karen Cordry
 on behalf of Interested Party Alabama  Arkansas, California, District of Columbia, Hawaii, Maine, Missouri, North Dakota, and
 Oklahoma kcordry@naag.org

Katherine Johnson
 on behalf of Interested Party Federal Trade Commission kjohnson3@ftc.gov  kaizpuru@ftc.gov

Katherine Stadler
 on behalf of Examiner Sontchi  LLC kstadler@gklaw.com, kboucher@gklaw.com

Katherine Stadler
 on behalf of Attorney Godfrey & Kahn  S.C. kstadler@gklaw.com, kboucher@gklaw.com

Katherine Marie Aizpuru
 on behalf of Interested Party Federal Trade Commission kaizpuru@tzlegal.com

Kevin J. Windels
 on behalf of Interested Party Kevin Windels Euclid Financial Institution Underwriters  LLC kwindels@kdvlaw.com

Kimberly Anne Havlin
 on behalf of Creditor Committee The Official Committee of Unsecured Creditors kim.havlin@whitecase.com
 mco@whitecase.com

Kyle William Roche
 on behalf of Defendant KeyFi  Inc. kyle@kyleroche.law, akaradjas@rochefreedman.com

Kyle William Roche
 on behalf of Creditor KeyFi Inc. kyle@kyleroche.law  akaradjas@rochefreedman.com

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 12 of 17

| District/off: 0208-1 | User: admin | Page 11 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

Kyle William Roche
    on behalf of Creditor Jason Stone kyle@kyleroche.law akaradjas@rochefreedman.com

Kyle William Roche
    on behalf of Defendant Jason Stone kyle@kyleroche.law akaradjas@rochefreedman.com

Laura Elizabeth Baccash
    on behalf of Unknown Litigation Oversight Committee Mohsin Y. Meghji as Litigation Administrator and the Blockchain Recovery Investment Consortium as ARM Litigation Administrator laura.baccash@whitecase.com, mco@whitecase.com

Lauren Bolcar
    on behalf of Creditor Plaid Inc. lauren.bolcar@quarles.com

Lawrence J. Kotler
    on behalf of Creditor Adrian Perez-Siam ljkotler@duanemorris.com

Layla Milligan
    on behalf of Interested Party Texas Department of Banking layla.milligan@oag.texas.gov

Layla Milligan
    on behalf of Interested Party Texas State Securities Board layla.milligan@oag.texas.gov

Leigh Nathanson
    on behalf of Unknown Koala 2 LLC lnathanson@kslaw.com

Lucas Gregory Curtis
    on behalf of Plaintiff MOHSIN Y. MEGHJI lucas.curtis@whitecase.com mco@whitecase.com;alejandra.palomo@whitecase.com

Lucian Murley
    on behalf of Interested Party Willis Towers Watson US LLC luke.murley@saul.com robyn.warren@saul.com

Lucy Thomson
    on behalf of Unknown Lucy L. Thomson lucythomson_cpo@earthlink.net

Lucy Thomson
    on behalf of Consumer Privacy Ombudsman Consumer Privacy Ombudsman lucythomson_cpo@earthlink.net

Malcolm M Bates
    on behalf of Creditor Adrian Perez-Siam mbates@duanemorris.com

Marianna Udem
    on behalf of Defendant AXEL FACIUS mudem@askllp.com lmiskowiec@askllp.com;vmartinez@askllp.com

Marianna Udem
    on behalf of Plaintiff MOHSIN Y. MEGHJI mudem@askllp.com lmiskowiec@askllp.com;vmartinez@askllp.com

Mario O. Gazzola
    on behalf of Unknown Blockchain Recovery Investment Consortium mariogazzola@quinnemanuel.com

Mark Bruh
    on behalf of U.S. Trustee United States Trustee mark.bruh@usdoj.gov

Mark Norgaard
    on behalf of Creditor Peter Polombo mnorgaard@norgaardfirm.com crose@norgaardfirm.com;sferreira@norgaardfirm.com

Mark A. Lindsay
    on behalf of Creditor Kim David Flora mlindsay@raineslaw.com

Mark A. Lindsay
    on behalf of Creditor Courtney Burks Steadman mlindsay@raineslaw.com

Mark A. Lindsay
    on behalf of Creditor Stuart McLean mlindsay@raineslaw.com

Mark A. Lindsay
    on behalf of Creditor Brett Flora mlindsay@raineslaw.com

Mark A. Lindsay
    on behalf of Creditor Keith Ryals mlindsay@raineslaw.com

Mark B Joachim
    on behalf of Interested Party Galaxy Digital Trading LLC mjoachim@polsinelli.com

Mark Warren Hancock
    on behalf of Examiner Sontchi LLC mhancock@gklaw.com

Marvin E. Clements, Jr.
    on behalf of Creditor TN Dept of Commerce and Insurance agbanknewyork@ag.tn.gov

Mary Stephanie Wickouski
    on behalf of Defendant StakeHound SA swickouski@lockelord.com dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Matthew J. Gold

22-10964-mg   Doc 7623   Filed 08/21/24   Entered 08/22/24 00:25:23   Imaged
Certificate of Notice   Pg 13 of 17

| District/off: 0208-1 | User: admin | Page 12 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Harrison Schoenau mgold@kkwc.com jremi@kkwc.com;etaylor@kkwc.com |
| Matthew P. Austria | on behalf of Interested Party David Thomas King maustria@austriallc.com |
| Melissa L. Van Eck | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue mvaneck@attorneygeneral.gov |
| Michael Andolina | on behalf of Creditor Committee The Official Committee of Unsecured Creditors mandolina@whitecase.com mco@whitecase.com |
| Michael Chen | on behalf of Plaintiff Celsius KeyFi LLC mchen@akingump.com |
| Michael Chen | on behalf of Plaintiff Celsius Network Limited mchen@akingump.com |
| Michael Sweet | on behalf of Defendant Mawson Infrastructure Group Inc. msweet@foxrothschild.com |
| Michael Sweet | on behalf of Defendant Cosmos Infrastructure LLC msweet@foxrothschild.com |
| Michael Sweet | on behalf of Defendant Luna Squares LLC msweet@foxrothschild.com |
| Michael D. Morris | on behalf of Interested Party State of Wisconsin - Dep't of Financial Instutions morrismd@doj.state.wi.us radkeke@doj.state.wi.us |
| Michael P. Broadhurst | on behalf of Creditor Matthew Pinto mbroadhurst@wgpllp.com |
| Michael R. Handler | on behalf of Unknown Koala 2 LLC mhandler@kslaw.com |
| Michael R. Herz | on behalf of Defendant Luna Squares LLC mherz@foxrothschild.com |
| Michael R. Herz | on behalf of Interested Party Mawson Infrastructure Group Inc., Luna Squares LLC, and Cosmos Infrastructure mherz@foxrothschild.com |
| Michael R. Herz | on behalf of Creditor Nuno Saravia mherz@foxrothschild.com |
| Michael R. Herz | on behalf of Defendant Mawson Infrastructure Group Inc. mherz@foxrothschild.com |
| Michael R. Herz | on behalf of Defendant Cosmos Infrastructure LLC mherz@foxrothschild.com |
| Michael S. Etkin | on behalf of Interested Party Proposed Lead Plaintiffs In Securities Class Action Litigation metkin@lowenstein.com mseymour@lowenstein.com |
| Michael Todd Parker | on behalf of Unknown Bradley Condit todd.parker@parkerpohl.com |
| Mitchell Hurley | on behalf of Defendant Celsius Mining LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | on behalf of Plaintiff Celsius Network LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | on behalf of Plaintiff MOHSIN Y. MEGHJI mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | on behalf of Debtor Celsius Network LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Mitchell Hurley | on behalf of Plaintiff Celsius KeyFi LLC mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 14 of 17

| District/off: 0208-1 | User: admin | Page 13 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | .com |
| Mitchell Hurley | |
| | on behalf of Plaintiff Celsius Network Limited mhurley@akingump.com bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com |
| Morris D. Weiss | |
| | on behalf of Creditor RH Montgomery Properties  Inc. morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Community First Partners  LLC nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius SPV Investors  LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder Celsius New SPV Investors  LP nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nelly Cessiska Almeida | |
| | on behalf of Stockholder CDP Investissements Inc. nalmeida@milbank.com jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com |
| Nicholas Robert Lombardi | |
| | on behalf of Plaintiff MOHSIN Y. MEGHJI nlombardi@akingump.com |
| Nicole A Leonard | |
| | on behalf of Creditor The New Jersey Bureau of Securities nleonard@mdmc-law.com  sshidner@mdmc-law.com |
| Nikita Ash | |
| | on behalf of Plaintiff MOHSIN Y. MEGHJI nikita.ash@whitecase.com  mco@whitecase.com;alejandra.palomo@whitecase.com |
| Patricia B. Tomasco | |
| | on behalf of Unknown Swissblock Capital AG pattytomasco@quinnemanuel.com  barbarahowell@quinnemanuel.com |
| Paul Benjamin Koepp | |
| | on behalf of Plaintiff Barber Lake Development LLC koepp@sewkis.com |
| Paul N. Silverstein | |
| | on behalf of Interested Party Creditor Rights Coalition paulsilverstein@huntonak.com |
| Paul R. Shankman | |
| | on behalf of Creditor   Resources Connection, LLC, dba Resources Global Professionals, aka RGP pshankman@fortislaw.com |
| Pieter Van Tol | |
| | on behalf of Interested Party Shlomi Daniel Leon pieter.vantol@hoganlovells.com  pieter-vantol-0733@ecf.pacerpro.com |
| Pieter Van Tol | |
| | on behalf of Interested Party Aliza Landes pieter.vantol@hoganlovells.com  pieter-vantol-0733@ecf.pacerpro.com |
| Raniero D'Aversa | |
| | on behalf of Interested Party Galaxy Digital Trading LLC rdaversa@orrick.com  mperrigino@orrick.com;nymao@orrick.com |
| Ray C Schrock | |
| | on behalf of Unknown Core Scientific  Inc. ray.schrock@weil.com, matthew.goren@weil.com |
| Richard D. Grossman | |
| | on behalf of Creditor Darius Gheorghe rgat135@aol.com |
| Richard D. Grossman | |
| | on behalf of Creditor Christian Funck rgat135@aol.com |
| Richard D. Grossman | |
| | on behalf of Creditor Thomas Chernaik rgat135@aol.com |
| Richard E. Weltman | |
| | on behalf of Unknown WILL THOMAS MCCANN rew@frblaw.com mlm@frblaw.com;jguttenplan@frblaw.com;mjaspan@frblaw.com |
| Richard E. Weltman | |
| | on behalf of Unknown THOMAS EDWIN MCCANN rew@frblaw.com mlm@frblaw.com;jguttenplan@frblaw.com;mjaspan@frblaw.com |
| Richard J. Pilson | |
| | on behalf of Creditor Lisa T Vickers richardjpilson@aol.com |
| Roma N Desai | |
| | on behalf of Interested Party Texas State Securities Board roma.desai@oag.texas.gov |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 15 of 17

| District/off: 0208-1 | User: admin | Page 14 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| Name | Representation |
|---|---|
| Ronald Gorsich | on behalf of Unknown Blockchain Recovery Investment Consortium LLC rgorsich@whitecase.com, mco@whitecase.com |
| Ronald Gorsich | on behalf of Unknown Blockchain Recovery Investment Consortium rgorsich@whitecase.com mco@whitecase.com |
| Ronald Gorsich | on behalf of Unknown Mohsin Y. Meghji rgorsich@whitecase.com mco@whitecase.com |
| Ronit Berkovich | on behalf of Unknown Core Scientific Operating Company Ronit.Berkovich@weil.com |
| Ronit Berkovich | on behalf of Unknown Core Scientific Inc. Ronit.Berkovich@weil.com |
| Samir Vora | on behalf of Stockholder Celsius SPV Investors LP svora@milbank.com |
| Samir Vora | on behalf of Stockholder Community First Partners LLC svora@milbank.com |
| Samir Vora | on behalf of Stockholder Celsius New SPV Investors LP svora@milbank.com |
| Samuel P Hershey | on behalf of Unknown Blockchain Recovery Investment Consortium LLC shershey@whitecase.com, mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff Celsius Network LLC shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff Celsius Mining LLC shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Creditor Committee The Official Committee of Unsecured Creditors shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Unknown Ionic Digital Inc. shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff Official Committee of Unsecured Creditors shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Unknown Mohsin Y. Meghji as Litigation Administrator shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Unknown Mohsin Y. Meghji shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Unknown Litigation Oversight Committee and Mohsin Y. Meghji as Litigation Administrator shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff Celsius Network Ltd. shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff Ionic Digital Mining LLC shershey@whitecase.com mco@whitecase.com |
| Samuel P Hershey | on behalf of Plaintiff MOHSIN Y. MEGHJI shershey@whitecase.com mco@whitecase.com |
| Scott I. Davidson | on behalf of Creditor Fireblocks Ltd. sdavidson@kslaw.com |
| Sean Andrew Feener | on behalf of Defendant StakeHound SA sean.feener@lockelord.com |
| Seth H. Lieberman | on behalf of Creditor Thomas DiFiore slieberman@pryorcashman.com bankruptcydocketing@pryorcashman.com |
| Shara Claire Cornell | on behalf of U.S. Trustee United States Trustee shara.cornell@usdoj.gov |
| Shawn M. Christianson | on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com |
| Shaya Rochester | on behalf of Interested Party Perella Weinberg Partners LP shaya.rochester@katten.com nyc.bknotices@katten.com |
| Sheryl P Giugliano | on behalf of Creditor AM Ventures Holdings Inc. sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P Giugliano | |

22-10964-mg    Doc 7623    Filed 08/21/24    Entered 08/22/24 00:25:23    Imaged
Certificate of Notice    Pg 16 of 17

| District/off: 0208-1 | User: admin | Page 15 of 16 |
|---|---|---|
| Date Rcvd: Aug 19, 2024 | Form ID: tranapl | Total Noticed: 0 |

| | |
|---|---|
| | on behalf of Creditor Koala1 LLC sgiugliano@rmfpc.com samiel@rmfpc.com |
| Sheryl P Giugliano | |
| | on behalf of Creditor Alexander Mashinsky sgiugliano@rmfpc.com samiel@rmfpc.com |
| Stephen Manning | |
| | on behalf of Unknown State of Washington Stephen.Manning@atg.wa.gov GCEEF@atg.wa.gov |
| Steven Mulligan | |
| | on behalf of Creditor Joe Breher smulligan@cp2law.com agarcia@cp2law.com |
| Stuart P. Gelberg | |
| | on behalf of Creditor Kyle Farmery spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Clint Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Jyoti Sukhnani spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Yasmine Petty spg@13trustee.net |
| Stuart P. Gelberg | |
| | on behalf of Creditor Brandon Voss spg@13trustee.net |
| Susan Warnock | |
| | on behalf of Unknown EDWIN T LAYNG IV scw@warnocklegal.com |
| Susan Warnock | |
| | on behalf of Defendant EDWIN T LAYNG IV scw@warnocklegal.com |
| Susan L Adler | |
| | on behalf of Creditor JR Investment Trust nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Creditor David Hoffman nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Unknown Odette Wohlman nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Unknown Taylor Elliott nycsa@aol.com susannycsa@gmail.com |
| Susan L Adler | |
| | on behalf of Stockholder Andersen Invest Luxembourg S.A SPF nycsa@aol.com susannycsa@gmail.com |
| Thaddeus D. Wilson | |
| | on behalf of Unknown Fireblocks Ltd thad-wilson-5971@ecf.pacerpro.com christine-camp-7595@pacerpro.com |
| Thaddeus D. Wilson | |
| | on behalf of Unknown Fireblocks Inc. thad-wilson-5971@ecf.pacerpro.com christine-camp-7595@pacerpro.com |
| Therese Scheuer | |
| | on behalf of Interested Party U.S. Securities and Exchange Commission scheuert@sec.gov |
| Thomas Robert Dominczyk | |
| | on behalf of Creditor AmTrust North America Inc. on behalf of Associated Industries Insurance Company, Inc. tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com |
| Thomas Ross Hooper | |
| | on behalf of Plaintiff Barber Lake Development LLC hooper@sewkis.com |
| Thomas S. Kessler | |
| | on behalf of Interested Party Coinbase Inc. tkessler@cgsh.com, maofiling@cgsh.com |
| Thomas Scott Leo | |
| | on behalf of Creditor GREAT AMERICAN INSURANCE COMPANY sleo@leolawpc.com emartinez@leolawpc.com |
| Todd E Duffy | |
| | on behalf of Defendant RYAN DEAN AYERS tduffy@duffyamedeo.com |
| Tyler Nathaniel Layne | |
| | on behalf of Creditor RH Montgomery Properties Inc. tyler.layne@hklaw.com, annmarie.jezisek@hklaw.com;tina.boone@hklaw.com |
| United States Trustee | |
| | USTPRegion02.NYECF@USDOJ.GOV |
| Victor Noskov | |
| | on behalf of Unknown Pharos Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com |
| Victor Noskov | |

| | |
|---|---|
| | on behalf of Creditor Pharos USD Fund SP of Pharos Master SPC victornoskov@quinnemanuel.com |
| Vincent Edward Lazar | |
| | on behalf of Examiner Shoba Pillay vlazar@jenner.com |
| Virginia T. Shea | |
| | on behalf of Creditor The New Jersey Bureau of Securities vshea@mdmc-law.com |
| Warren E. Gluck | |
| | on behalf of Unknown Foreign Representatives of Three Arrows Capital Ltd. warren.gluck@hklaw.com, elvin.ramos@hklaw.com;hapi@hklaw.com;glenn.huzinec@hklaw.com |
| William C. Manderson | |
| | on behalf of Interested Party Simon Dixon cmanderson@ecjlaw.com |
| William D Schroeder, Jr | |
| | on behalf of Creditor EMCO Technology Inc. schroeder@jrlaw.org, healey@jrlaw.org |
| William Matthew Uptegrove | |
| | on behalf of Interested Party U.S. Securities and Exchange Commission uptegrovew@sec.gov |

TOTAL: 370