UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:  )<br> )<br>CELSIUS NETWORK LLC, *et al.*,[1]  )<br> )<br>　　　　Post-Effective Date Debtors.  )<br> ) | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

　　I, Louis F. Mendez, request admission, ***pro hac vice***, before the Honorable Martin Glenn, to represent the following parties in the above-referenced chapter 11 cases:

| | | |
|---|---|---|
| Jason Awad | Alex Flocas | Tamas Muller |
| Lionel Gerard Bance | Daniel Hernandez | Peter John Olson |
| Ricardo De Jesus Beas | En Fan Ho | Sean Earl Pettis |
| Abdelkader Mhamed Benkreira | Luke Hughes | Jason T. Rainer |
| Erik David Braden | Kenneth B. Kebbekus | Lars Thomas Rydstroem |
| Quoc Quy Bui | Allister Jan Wai Lam | Jacob Mathew Setzer |
| Daniel Ward Case | Brian Douglas Langsbard | Wenifredo Lopez Suarez |
| Austin Michael Craig | Litao Liu | Melvin Duane Symes |
| Sergey Sergeyevich Demenko | Cang Duy Ly | Kirk Tsai |
| Paul James DeRiemaker | Michael Merrit McCloy | Brian Robert Tunning |
| Kyle Alexander Doohan | Paul Darnell McNeal | |
| Richard W. Ferree | Mehdi France Merali | |

---

[1] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I also seek admission in the below adversary proceedings:

| | |
|---|---|
| *Meghji v. Awad*, Adv. Pro. No. 24-2066 | *Meghji v. Lam*, Adv. Pro. No. 24-1594 |
| *Meghji v. Bance*, Adv. Pro. No. 24-2203 | *Meghji v. Langsbard*, Adv. Pro. No. 24-3756 |
| *Meghji v. Beas*, Adv. Pro. No. 24-3973 | *Meghji v. Liu*, Adv. Pro. No. 24-2208 |
| *Meghji v. Benkeira*, Adv. Pro. No. 24-1515 | *Meghji v. Ly*, Adv. Pro. No. 24-1610 |
| *Meghji v. Braden*, Adv. Pro. No. 24-1879 | *Meghji v. McCloy*, Adv. Pro. No. 24-3903 |
| *Meghji v. Bui*, Adv. Pro. No. 24-2279 | *Meghji v. McNeal*, Adv. Pro. No. 24-3958 |
| *Meghji v. Case*, Adv. Pro. No. 24-1945 | *Meghji v. Merali*, Adv. Pro. No. 24-2375 |
| *Meghji v. Craig*, Adv. Pro. No. 24-1569 | *Meghji v. Muller,* Adv. Pro. No. 24-2658 |
| *Meghji v. Demenko*, Adv. Pro. No. 24-2309 | *Meghji v. Olson*, Adv. Pro. No. 24-2238 |
| *Meghji v. DeRiemaker*, Adv. Pro. No. 24-2172 | *Meghji v. Pettis*, Adv. Pro. No. 24-2299 |
| *Meghji v. Doohan*, Adv. Pro. No. 24-1778 | *Meghji v. Rainer*, Adv. Pro. No. 24-1811 |
| *Meghji v. Ferree*, Adv. Pro. No. 24-2099 | *Meghji v. Rydstroem*, Adv. Pro. No. 24-2128 |
| *Meghji v. Flocas*, Adv. Pro. No. 24-1564 | *Meghji v. Setzer*, Adv. Pro. No. 24-3856 |
| *Meghji v. Hernandez*, Adv. Pro. No. 24-1921 | *Meghji v. Suarez*, Adv. Pro. No. 24-2686 |
| *Meghji v. Ho*, Adv. Pro. No. 24-1859 | *Meghji v. Symes*, Adv. Pro. No. 24-2376 |
| *Meghji v. Hughes*, Adv. Pro. No. 24-2247 | *Meghji v. Tsai*, Adv. Pro. No. 24-3948 |
| *Meghji v. Kebbekus*, Adv. Pro. No. 24-1731 | *Meghji v. Tunning*, Adv. Pro. No. 24-1677 |

     I certify that I am a member in good standing of the bar of the States of Alabama and Florida, the United States District Courts for the Northern District of Alabama, Middle District of Alabama, Southern District of Alabama, Northern District of Florida, Middle District of Florida, Southern District of Florida, District of Colorado, and Northern District of Illinois, and the Circuit Courts of Appeal for the Fifth Circuit and Eleventh Circuit. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 22, 2024
       Birmingham, Alabama

                                        By:   */s/ Louis F. Mendez*
                                        **BRESSLER, AMERY & ROSS, P.C.**
                                        Louis F. Mendez
                                        2001 Park Place, Suite 1500
                                        Birmingham, Alabama 35203
                                        Telephone: (205) 719-0400
                                        Email: lmendez@bressler.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[2] | ) ) | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | ) ) ) | (Jointly Administered) |

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Louis F. Mendez, to be admitted, ***pro hac vice***, to represent the following parties in the above-referenced chapter 11 cases:

| | | |
|---|---|---|
| Jason Awad | Alex Flocas | Tamas Muller |
| Lionel Gerard Bance | Daniel Hernandez | Peter John Olson |
| Ricardo De Jesus Beas | En Fan Ho | Sean Earl Pettis |
| Abdelkader Mhamed Benkreira | Luke Hughes | Jason T. Rainer |
| Erik David Braden | Kenneth B. Kebbekus | Lars Thomas Rydstroem |
| Quoc Quy Bui | Allister Jan Wai Lam | Jacob Mathew Setzer |
| Daniel Ward Case | Brian Douglas Langsbard | Wenifredo Lopez Suarez |
| Austin Michael Craig | Litao Liu | Melvin Duane Symes |
| Sergey Sergeyevich Demenko | Cang Duy Ly | Kirk Tsai |
| Paul James DeRiemaker | Michael Merrit McCloy | Brian Robert Tunning |
| Kyle Alexander Doohan | Paul Darnell McNeal | |
| Richard W. Ferree | Mehdi France Merali | |

and upon the movant's certification that the movant is a member in good standing of the bar of the States of Alabama and Florida, it is hereby,

**ORDERED**, that Louis F. Mendez, Esq., is admitted to practice, ***pro hac vice***, to represent these parties in the above-referenced chapter 11 cases in the Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid; and it is further

---

[2] The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**ORDERED**, that Louis F. Mendez, Esq., is admitted to practice, ***pro hac vice***, to represent these parties in the following adversary proceedings:

| | |
|---|---|
| *Meghji v. Awad*, Adv. Pro. No. 24-2066 | *Meghji v. Lam*, Adv. Pro. No. 24-1594 |
| *Meghji v. Bance*, Adv. Pro. No. 24-2203 | *Meghji v. Langsbard*, Adv. Pro. No. 24-3756 |
| *Meghji v. Beas*, Adv. Pro. No. 24-3973 | *Meghji v. Liu*, Adv. Pro. No. 24-2208 |
| *Meghji v. Benkeira*, Adv. Pro. No. 24-1515 | *Meghji v. Ly*, Adv. Pro. No. 24-1610 |
| *Meghji v. Braden*, Adv. Pro. No. 24-1879 | *Meghji v. McCloy*, Adv. Pro. No. 24-3903 |
| *Meghji v. Bui*, Adv. Pro. No. 24-2279 | *Meghji v. McNeal*, Adv. Pro. No. 24-3958 |
| *Meghji v. Case*, Adv. Pro. No. 24-1945 | *Meghji v. Merali*, Adv. Pro. No. 24-2375 |
| *Meghji v. Craig*, Adv. Pro. No. 24-1569 | *Meghji v. Muller,* Adv. Pro. No. 24-2658 |
| *Meghji v. Demenko*, Adv. Pro. No. 24-2309 | *Meghji v. Olson*, Adv. Pro. No. 24-2238 |
| *Meghji v. DeRiemaker*, Adv. Pro. No. 24-2172 | *Meghji v. Pettis*, Adv. Pro. No. 24-2299 |
| *Meghji v. Doohan*, Adv. Pro. No. 24-1778 | *Meghji v. Rainer*, Adv. Pro. No. 24-1811 |
| *Meghji v. Ferree*, Adv. Pro. No. 24-2099 | *Meghji v. Rydstroem*, Adv. Pro. No. 24-2128 |
| *Meghji v. Flocas*, Adv. Pro. No. 24-1564 | *Meghji v. Setzer*, Adv. Pro. No. 24-3856 |
| *Meghji v. Hernandez*, Adv. Pro. No. 24-1921 | *Meghji v. Suarez*, Adv. Pro. No. 24-2686 |
| *Meghji v. Ho*, Adv. Pro. No. 24-1859 | *Meghji v. Symes*, Adv. Pro. No. 24-2376 |
| *Meghji v. Hughes*, Adv. Pro. No. 24-2247 | *Meghji v. Tsai*, Adv. Pro. No. 24-3948 |
| *Meghji v. Kebbekus*, Adv. Pro. No. 24-1731 | *Meghji v. Tunning*, Adv. Pro. No. 24-1677 |

Dated: _____, 2024
      New York, New York

 

_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE