| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA FOR HEARING TO BE HELD**
**AUGUST 27, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | **August 27, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")** |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-618 ("General Order M-618"), dated September 26, 2023, the Hearing will only be conducted using Zoom for Government.  Parties wishing to appear |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  |
|---|---|
|  | at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on August 26, 2024**. |
|  | No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform made available by the Court must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on August 26, 2024)**. |
| Copies of Motions: | A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein. |

### I. Status Update on Distributions.

Related Documents:

(1) Plan Administrator's Update on Cash Distributions, Including Notice of Amendment to PayPal Distribution Services Agreement to Make Cash Distributions Through Hyperwallet Services [Docket No. 7612].

### II. Update on Corporate Creditor Matter.

Related Documents:[2]

(1) Joint Status Report of the Post-Effective Date Debtors, the Litigation Administrator and the Ad Hoc Committee of Corporate Creditors [Docket No. 7585].

(2) Statement of the United States Trustee [Docket No. 7587].

(3) Joint Stipulation and Agreed Order Between the Post-Effective Date Debtors, Coinbase, the Litigation Administrator, and the Ad Hoc

---

[2] For the complete list of Related Documents to the Corporate Creditor Matter, see Section VII.

        Committee of Corporate Creditors for Appointment of a Mediator [Docket No. 7588].

    (4)    Notice of Mediation Regarding Corporate Creditor Motion [Docket No. 7592].

### III. Update on Ionic Digital Inc.

    Related Documents:

    (1)    Notice of Filing of Ionic Digital Inc.'s Business, Operational and Governance Update [Docket No. 7590].

### IV. Update on Avoidance Actions.

    Related Documents:

    (1)    Litigation Administrators' Quarterly Report [Docket No. 7568].

    (2)    Status Report Regarding Preference Litigation [Docket No. 7618].

### V. Contested Matters.

1. **Motion for Streamlined Avoidance Action Procedures**. Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 7534].

   Objection Deadline: The deadline to object was August 13, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1)    Objection of David Schreiner to Motion to Streamline (ECF 7534) [Docket No. 7595].

   (2)    Pro Se Objection of John Ankeney to Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code (Doc 7534) [Docket No. 7602].[3]

   (3)    Objection of Will Thomas McCann and Thomas Edwin McCann to Motion for an Order Establishing Streamlined Procedures Governing Avoidance Action [Docket No. 7603].

---

[3]    This objection was filed in the defendant's adversary proceeding docket, Adv. Pro. No. 24-03922 (MG), at Docket No. 4.

    (4)    Objection of Jacob Jon Steele to Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 7605].

    (5)    The Bressler Defendants' Objection to the Litigation Administrator's Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 7607].

    (6)    Celsius Retail Fraud Victims: Mediation is a Punitive Financial Burden [Docket No. 7609].[4]

    (7)    Objection of Paul James DeRiemaker to Motion to Streamline (Doc 7534) [Docket No. 7610].

    (8)    Objection of Debashish Roy to Motion to Streamline (ECF 7534) [Docket No. 7611].[5]

Related Documents:

    (1)    Litigation Administrator's Omnibus Reply to Objection to Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 7625].

**Status:** This matter is going forward.

## VI. Adversary Proceedings.

1. **Moshin Y. Meghji v. Mashinsky et al. (Adv. Proc. No. 24-03667).** Remote Pretrial Conference.

    Related Documents:

    (1)    Complaint Against Alexander Mashinsky, Shlomi Daniel Leon, Hanoch Goldstein, Roni Cohen-Pavon, Harumi Urata-Thompson, Jeremie Beaudry, Johannes Treutler, Kristine Meehan Mashinsky, Aliza Landes, AM Ventures Holding, Inc., Koala1 LLC, Koala2 LLC, Koala3 LLC,

---

[4] This objection was filed in the defendant's adversary proceeding docket, Adv. Pro. No. 24-01734 (MG), at Docket No. 5.

[5] This objection was late-filed after the objection deadline of August 13, 2024, at 4:00 p.m. (prevailing Eastern Time).

    Alchemy Capital Partners, LP, Bits of Sunshine LLC, and Four Thirteen LLC [Docket No. 1].

   (2)  Notice of Pretrial Conference [Docket No. 7].

  **Status:**  This matter is going forward.

2. **Moshin Y. Meghji v. Nir Atar (Adv. Proc. No. 24-03738).** Remote Pretrial Conference.

  Related Documents:

   (1)  Complaint Against Nir Atar [Docket No. 1].

  **Status:**  This matter is going forward.

3. **Moshin Y. Meghji v. Ashley O'Brien (Adv. Proc. No. 24-03739).** Remote Pretrial Conference.

  Related Documents:

   (1)  Complaint Against Ashley O'Brien [Docket No. 1].

  **Status:**  This matter is going forward.

4. **Moshin Y. Meghji v. Darren Yarwood (Adv. Proc. No. 24-03740).** Remote Pretrial Conference.

  Related Documents:

   (1)  Complaint Against Darren Yarwood [Docket No. 1].

  **Status:**  This matter is going forward.

5. **Moshin Y. Meghji v. Shahar Peter (Adv. Proc. No. 24-03741).** Remote Pretrial Conference.

  Related Documents:

   (1)  Complaint Against Shahar Peter [Docket No. 1].

  **Status:**  This matter is going forward.

6. **Moshin Y. Meghji v. Yarden Noy (Adv. Proc. No. 24-03976).** Remote Pretrial Conference.

  Related Documents:

   (1)  Complaint Against Yarden Noy [Docket No. 1].

**Status:** This matter is going forward.

7. **Barber Lake Development LLC v. Priority Power Management, LLC (Adv. Proc. No. 24-04010).** Remote Pretrial Conference.

    Related Documents:

    (1) Complaint Against Priority Power Management, LLC [Docket No. 1].

    (2) Summons and Notice of Pretrial Conference in an Adversary Proceeding [Docket No. 5].

    **Status:** This matter is going forward.

VII. **Adjourned Matters.**

1. **RSM Final Fee Application.** Final Fee Application of RSM US LLP for Allowance of Compensation and Reimbursement of Expenses for Certain Audit Services for the Final Period from August 1, 2023 Through November 9, 2023 [Docket No. 4264].

    Objection Deadline: The deadline to object was February 7, 2024 at 12:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

    Related Documents:

    (1) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on May 7, 2024 [Docket No. 4835].

    (2) Fee Examiner's Summary Report on Fourth Interim and Final Fee Applications Scheduled for Uncontested Hearing on June 27, 2024 [Docket No. 4970].

    (3) Stipulation and (Proposed) Order Regarding Final Fee Application of RSM US LLP [Docket No. 7523].

    (4) Stipulation and Order Regarding Final Fee Application of RSM US LLP [Docket No. 7524].

    **Status:** This matter has been adjourned to September 12, 2024, at 2:00 p.m. (prevailing Eastern Time).

2. **Motion for Further Distribution.** Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 4911].

6

<u>Objection Deadline</u>:  The deadline to object was June 20, 2024, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:

(1) Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4974].

(2) Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7535].

<u>Related Documents</u>:

(1) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4866].

(2) Affidavit of Laura Faller McNeil in Support of Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4912].

(3) Declaration of Jeremy Tilsner in Support of the Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors [Docket No. 4976].

(4) Declaration of Christopher Ferraro, Plan Administrator, in Support of Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7536].

(5) Declaration of Robert Campagna in Support of the Post-Effective Date Debtors' Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 7537].

(6)    Declaration of Roger Bartlett in Support of the Post-Effective Date Debtors' Objection to the Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 7538].

(7)    Reply to Debtor's Supplemental Objection to the Faller Creditor's Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief [Docket No. 7551].

Joinders:

(1)    Joinder of Clypeum, Inc. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4916].

(2)    Joinder of Jinwes LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4917].

(3)    Joinder of Jones Asset Protection Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4918].

(4)    Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4919].

(5)    Joinder of Jukes Property Solutions Limited in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4920].

(6)    Joinder of VP Investments & Assets LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4921].

(7)    Joinder of Siddhartha Super Pty Ltd ATF Colagiuri Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4922].

(8)    Joinder of Get Streamlined Limited / James Matthews in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan

of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4923].

(9) Joinder of PR Crypto Fund-I LP in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4928].

(10) Joinder of Ibertrade Representaciones SL in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4929].

(11) Joinder of E & KL Murphy Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4934].

(12) Joinder of Racecenter Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4935].

(13) Joinder of DLS Memorial LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4938].

(14) Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4939].

(15) Joinder of Digitaurus Pty Ltd ATF Vann Family Superannuation Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4940].

(16) Joinder of Masens Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4944].

(17) Joinder of Good Forrest Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4945].

(18) Joinder of the Trustee for Simba Discretionary Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4946].

(19)   Joinder of Karma Organization LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4947].

(20)   Joinder of Art_Rod_LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4950].

(21)   Joinder of Paule Bennett Family Super Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4952].

(22)   Joinder of Deka Andres Ependyoun International Incorporated in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4953].

(23)   Joinder of Wilks SMSF Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4954].

(24)   Amended Joinder of Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4956].

(25)   Joinder of Cvolchko RD LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4958].

(26)   Joinder of Craig Volchko 401k in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4959].

(27)   Joinder of JDW Investment Trust in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4961].

(28)   Joinder of Luke Orr Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4963].

(29)   Joinder of Dungey Family Super Fund Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4964].

22-10964-mg    Doc 7628    Filed 08/23/24    Entered 08/23/24 17:39:33    Main Document
Pg 11 of 14

(30) Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4966].

(31) Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4967].

(32) Joinder of Project Influencers Capital LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4968].

(33) Joinder of Hermoso Capital Fund LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4971].

(34) Joinder of Hermoso Capital Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4972].

(35) Amended Joinder as a Result of Wire Transfer Being Reversed Five (5) Days Later. Mvozzo Super Pty. Ltd. in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4985].

(36) Joinder of Joseph Sullivan and Xshabadux Investments LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 4986].

(37) Joinder of Oehme Family Super Pty Ltd Atf Oehme Family Superfund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5194].

(38) Joinder of Illume Capital Pty Ltd in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5195].

(39) Joinder of Flavell Pty Ltd the Trustee for H Flavell Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution

    Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5196].

(40) Joinder of Masens Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5197].

(41) Joinder of Steinberger Pty Ltd Cetin Investments Super Fund in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and (II) Granting Related Relief [Docket No. 5594].

(42) Joinder of Teachers 2 Teachers LLC in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for Corporate Creditors and Granting Related Relief [Docket No. 6569].

(43) Motion of Get Streamlined Limited to Allow for Fair and Equitable Distributions for All Corporate Creditors of the Same Class [Docket No. 7575].

<u>Status</u>: This matter has been adjourned to September 12, 2024, at 2:00 p.m. (prevailing Eastern Time).

3. **Motion of Australian Corporate Creditors**. Motion to Direct Celsius to Issue Australian Corporate Creditors with Bitcoin (BTC) and Ether (ETH), not USD Cash, for those who Remain Unpaid their Distributions in the Amounts of Cryptocurrency that they Would Have Received for their Claims as at the 15 January 2024 Prices Fixed by Celsius, or in the Alternative, Motion to Compel that Celsius be Directed to Issue Bankruptcy Proceeds to Australian Corporate Creditors Only in USD Wire Transfers Rather than Checks, ect. [*sic*] [Docket No. 6892].

<u>Objection Deadline</u>: The deadline to object was July 22, 2024, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:

(1) Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7535].

<u>Related Documents</u>:

(1) Declaration of Christopher Ferraro, Plan Administrator, in Support of Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further

      Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution [Docket No. 7536].

<u>Joinders</u>:

(1)    Joinder of the Trustee for Simba Discretionary Trust in Support of the Australian Corporate Creditor Motion [Docket No. 7571].

(2)    The Trustee of Mind & Body Wellness Trust Joins in Support of the Australian Corporate Creditor Motion and Fair and Equitable Distribution for All Corporate Creditors of the Same Class [Docket No. 7608].

**Status:** This matter has been adjourned to September 12, 2024, at 2:00 p.m. (prevailing Eastern Time).

*[Remainder of page left intentionally blank.]*

| | |
|---|---|
| New York, New York<br>Dated: August 23, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                     ross.kwasteniet@kirkland.com<br>                     chris.koenig@kirkland.com<br>                     dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |