# EXHIBIT 1

| Adversary Case Number | | |
|---|---|---|
| 24-01514 | 24-01658 | 24-01796 |
| 24-01517 | 24-01661 | 24-01801 |
| 24-01521 | 24-01663 | 24-01806 |
| 24-01522 | 24-01668 | 24-01808 |
| 24-01525 | 24-01671 | 24-01810 |
| 24-01528 | 24-01672 | 24-01814 |
| 24-01529 | 24-01674 | 24-01816 |
| 24-01536 | 24-01675 | 24-01819 |
| 24-01538 | 24-01676 | 24-01820 |
| 24-01540 | 24-01683 | 24-01825 |
| 24-01543 | 24-01685 | 24-01828 |
| 24-01554 | 24-01686 | 24-01831 |
| 24-01556 | 24-01688 | 24-01833 |
| 24-01562 | 24-01690 | 24-01845 |
| 24-01567 | 24-01691 | 24-01849 |
| 24-01572 | 24-01693 | 24-01851 |
| 24-01575 | 24-01697 | 24-01854 |
| 24-01579 | 24-01701 | 24-01857 |
| 24-01582 | 24-01711 | 24-01858 |
| 24-01583 | 24-01713 | 24-01860 |
| 24-01584 | 24-01718 | 24-01861 |
| 24-01586 | 24-01720 | 24-01863 |
| 24-01593 | 24-01732 | 24-01865 |
| 24-01595 | 24-01733 | 24-01870 |
| 24-01596 | 24-01748 | 24-01873 |
| 24-01601 | 24-01751 | 24-01878 |
| 24-01603 | 24-01754 | 24-01881 |
| 24-01605 | 24-01755 | 24-01884 |
| 24-01609 | 24-01759 | 24-01895 |
| 24-01613 | 24-01760 | 24-01900 |
| 24-01617 | 24-01763 | 24-01902 |
| 24-01619 | 24-01764 | 24-01906 |
| 24-01620 | 24-01766 | 24-01911 |
| 24-01629 | 24-01770 | 24-01915 |
| 24-01634 | 24-01773 | 24-01920 |
| 24-01637 | 24-01774 | 24-01930 |
| 24-01639 | 24-01782 | 24-01936 |
| 24-01641 | 24-01783 | 24-01939 |
| 24-01642 | 24-01784 | 24-01942 |
| 24-01647 | 24-01792 | 24-01947 |

| Adversary Case Number | | |
|---|---|---|
| 24-01951 | 24-02102 | 24-02296 |
| 24-01953 | 24-02106 | 24-02297 |
| 24-01958 | 24-02107 | 24-02308 |
| 24-01959 | 24-02110 | 24-02316 |
| 24-01962 | 24-02121 | 24-02320 |
| 24-01963 | 24-02122 | 24-02330 |
| 24-01970 | 24-02124 | 24-02333 |
| 24-01972 | 24-02135 | 24-02336 |
| 24-01974 | 24-02136 | 24-02345 |
| 24-01981 | 24-02137 | 24-02349 |
| 24-01987 | 24-02138 | 24-02352 |
| 24-01992 | 24-02142 | 24-02353 |
| 24-01996 | 24-02145 | 24-02358 |
| 24-01999 | 24-02146 | 24-02365 |
| 24-02000 | 24-02147 | 24-02370 |
| 24-02001 | 24-02149 | 24-02373 |
| 24-02011 | 24-02159 | 24-02374 |
| 24-02018 | 24-02163 | 24-02377 |
| 24-02019 | 24-02168 | 24-02379 |
| 24-02020 | 24-02169 | 24-02382 |
| 24-02024 | 24-02171 | 24-02385 |
| 24-02027 | 24-02175 | 24-02400 |
| 24-02033 | 24-02181 | 24-02457 |
| 24-02037 | 24-02182 | 24-02533 |
| 24-02043 | 24-02183 | 24-02599 |
| 24-02053 | 24-02186 | 24-02607 |
| 24-02054 | 24-02187 | 24-02612 |
| 24-02059 | 24-02207 | 24-02615 |
| 24-02062 | 24-02209 | 24-02623 |
| 24-02064 | 24-02212 | 24-02628 |
| 24-02068 | 24-02217 | 24-02639 |
| 24-02069 | 24-02218 | 24-02640 |
| 24-02070 | 24-02223 | 24-02649 |
| 24-02076 | 24-02224 | 24-02650 |
| 24-02081 | 24-02239 | 24-02660 |
| 24-02087 | 24-02242 | 24-02661 |
| 24-02089 | 24-02251 | 24-02666 |
| 24-02090 | 24-02275 | 24-02674 |
| 24-02096 | 24-02283 | 24-02679 |
| 24-02100 | 24-02284 | 24-02684 |

| Adversary Case Number | | |
|---|---|---|
| 24-02695 | 24-03617 | 24-03830 |
| 24-02697 | 24-03627 | 24-03833 |
| 24-02699 | 24-03675 | 24-03834 |
| 24-02702 | 24-03746 | 24-03839 |
| 24-02704 | 24-03751 | 24-03840 |
| 24-02708 | 24-03755 | 24-03841 |
| 24-02710 | 24-03758 | 24-03844 |
| 24-02711 | 24-03759 | 24-03848 |
| 24-02715 | 24-03761 | 24-03850 |
| 24-02723 | 24-03762 | 24-03858 |
| 24-02735 | 24-03764 | 24-03860 |
| 24-02736 | 24-03765 | 24-03862 |
| 24-02737 | 24-03767 | 24-03875 |
| 24-02755 | 24-03768 | 24-03877 |
| 24-02763 | 24-03769 | 24-03878 |
| 24-02777 | 24-03774 | 24-03880 |
| 24-02793 | 24-03776 | 24-03881 |
| 24-02812 | 24-03777 | 24-03883 |
| 24-02821 | 24-03778 | 24-03884 |
| 24-02824 | 24-03780 | 24-03893 |
| 24-02836 | 24-03782 | 24-03894 |
| 24-02875 | 24-03784 | 24-03896 |
| 24-02877 | 24-03786 | 24-03904 |
| 24-02902 | 24-03789 | 24-03907 |
| 24-02940 | 24-03792 | 24-03910 |
| 24-03042 | 24-03801 | 24-03911 |
| 24-03077 | 24-03802 | 24-03913 |
| 24-03094 | 24-03803 | 24-03914 |
| 24-03095 | 24-03806 | 24-03921 |
| 24-03110 | 24-03808 | 24-03923 |
| 24-03145 | 24-03809 | 24-03926 |
| 24-03178 | 24-03813 | 24-03930 |
| 24-03186 | 24-03815 | 24-03932 |
| 24-03232 | 24-03816 | 24-03933 |
| 24-03241 | 24-03818 | 24-03934 |
| 24-03257 | 24-03819 | 24-03935 |
| 24-03311 | 24-03824 | 24-03937 |
| 24-03328 | 24-03826 | 24-03943 |
| 24-03342 | 24-03828 | 24-03947 |
| 24-03549 | 24-03829 | 24-03950 |

| Adversary Case Number | | |
|---|---|---|
| 24-03951 | | |
| 24-03955 | | |
| 24-03963 | | |
| 24-03964 | | |
| 24-03965 | | |
| 24-03969 | | |
| 24-03971 | | |
| 24-03977 | | |
| 24-03980 | | |