**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors.[1] | (Jointly Administered) |
| | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Jeffrey B. Korn of Willkie Farr & Gallagher LLP, an attorney duly admitted to practice before this Court, hereby appears as counsel for the above-captioned post-effective date debtors (the "Post-Effective Date Debtors"), by and through the Blockchain Recovery Investment Consortium ("BRIC") acting in its capacity as the Litigation Administrator and Complex Asset Recovery Manager of the Post-Effective Date Debtors' estates, in the above-captioned case and respectfully requests that copies of all papers in this action be served upon the undersigned.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

- 2 -

Dated:  August 26, 2024
      New York, New York

    WILLKIE FARR & GALLAGHER LLP

    <u>/s/ Jeffrey B. Korn</u>
    Jeffrey B. Korn
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Email: jkorn@willkie.com

    *Attorney for the Post-Effective Date Debtors,*
    *by and through the BRIC*