UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

| | |
|---|---|
| In re:   CELSIUS NETWORK LLC, et al., | Chapter 11 |
| | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Matthew P. Austria, request admission, *pro hac vice*, before the Honorable Martin Glenn, to represent the following parties in the above-referenced chapter 11 cases:

Michael Chiehchuin Chen

Iheartraves LLC

Into the AM Clothing, LLC

Maciej P. Krzeminski

Jeffrey Corrales Maganis

MEMM Investments LLC

Faisal M. Quadri

WBRR Trust Investments LLC

I also seek admission in the below adversary proceedings:

*Meghji v. Michael Chiehchuin Chen*, Adv. Pro. No. 24-02384

*Meghji v. Iheartraves LLC*, Adv. Pro. No. 24-01976

*Meghji v. Into the AM Clothing LLC*, Adv. Pro. No. 24-01986

*Meghji v. Maciej P. Krzeminski*, Adv. Pro. No. 24-02253

*Meghji v. Jeffrey Corrales Maganis*, Adv. Pro. No. 24-01821

*Meghji v. MEMM Investments LLC*, Adv. Pro. No. 24-02378

*Meghji v. Faisal M. Quadri*, Adv. Pro. No. 24-03842

*Meghji v. WBRR Trust Investments LLC*, Adv. Pro. No. 24-02675

*I certify that I am a member in good standing* of the bars in the State of Delaware and Commonwealth of Pennsylvania, and, if applicable, the U.S. District Court for the District of Delaware. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: August 26, 2024

                                              */s/ Matthew P. Austria*
                                              Matthew P. Austria
                                              **AUSTRIA LEGAL, LLC**
                                              1007 N. Orange Street, 4th Floor
                                              Wilmington, DE 19801
                                              Telephone: (302) 521-5197
                                              Facsimile: (302) 291-1722
                                              Email: maustria@austriallc.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re:    CELSIUS NETWORK LLC, et al.,         Chapter 11

                                               Case No. 22-10964 (MG)

         Post-Effective Date Debtors.          (Jointly Administered)

---------------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew P. Austria, to be admitted, *pro hac vice*, to represent the following parties (the "Parties") in the above-referenced cases:

Michael Chiehchuin Chen
Iheartraves LLC
Into the AM Clothing, LLC
Maciej P. Krzeminski
Jeffrey Corrales Maganis
MEMM Investments LLC
Faisal M. Quadri
WBRR Trust Investments LLC

and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and Commonwealth of Pennsylvania, and the United States District Court for the District of Delaware, it is hereby,

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases and to represent these Parties in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid; and it is further

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, *pro hac vice*, to represent these Parties in the following adversary proceedings:

*Meghji v. Michael Chiehchuin Chen*, Adv. Pro. No. 24-02384

*Meghji v. Iheartraves LLC*, Adv. Pro. No. 24-01976

*Meghji v. Into the AM Clothing LLC*, Adv. Pro. No. 24-01986

*Meghji v. Maciej P. Krzeminski*, Adv. Pro. No. 24-02253

*Meghji v. Jeffrey Corrales Maganis*, Adv. Pro. No. 24-01821

*Meghji v. MEMM Investments LLC*, Adv. Pro. No. 24-02378

*Meghji v. Faisal M. Quadri*, Adv. Pro. No. 24-03842

*Meghji v. WBRR Trust Investments LLC*, Adv. Pro. No. 24-02675


Dated:_____, 2024
       New York, New York

                                      _____
                                      THE HONORABLE MARTIN GLENN
                                      UNITED STATES BANKRUPTCY JUDGE