A-6-3 The Fennel, 2 Jalan Amra
Kuala Lumpur, Malaysia, 51000
sroshiv@gmail.com
26th August 2024

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York

Re: Celsius Network Case No. 22-10964 – Urgent Request Regarding First Distribution

Dear Judge Martin Glenn,

I am writing to express my deep concern and distress regarding the ongoing issues with the distribution process in the bankruptcy case of Celsius Network, Case No. 22-10964. As an overseas client of Celsius Network, I am yet to receive the first distribution, which has significantly impacted my financial stability and mental well-being.

I have been following the proceedings with the hope that there would be a swift resolution and distribution. Unfortunately, it has been years since the bankruptcy was declared, and the lack of clear communication and fair treatment of overseas clients like myself has only compounded the difficulties. The uncertainty and delays are particularly distressing as my family is currently facing significant medical challenges, and the funds from this distribution are crucial for managing these unexpected healthcare expenses.

I respectfully request that the Court provide clearer information and a defined timeline for when distributions will be made, especially for overseas clients who feel marginalized in this process. The lack of timely updates and transparency has left us feeling forgotten and unfairly treated.

Moreover, I urge the Court to consider the dire circumstances of many clients like myself, who rely on these funds for critical needs. The emotional and financial strain of the ongoing delay in the distribution process is overwhelming, and any expedited consideration you could provide would be deeply appreciated.

Thank you for your attention to this urgent matter. I am hopeful for a resolution that considers the needs and rights of all clients impacted by this case, and I trust that the Court will act swiftly to address these concerns.

Respectfully,

Roshiv Sheth A/L Kirit Kumar