## Exhibit A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER SUSTAINING THE LITIGATION ADMINISTRATOR'S FIRST OMNIBUS OBJECTION TO CERTAIN INSUFFICIENT DOCUMENTATION CLAIMS

Upon the objection (the "Objection")[2] of Mohsin Y. Meghji, in his capacity as Litigation Administrator of the above-captioned post-effective date debtors (the "Litigation Administrator") for entry of an order (this "Order") disallowing and expunging the claims identified on **Schedule 1** pursuant to sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Objection Procedures Order, all as more fully set forth in the Objection; and upon the Ehrler Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated February 1, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined in this Order have the meanings given to such terms in the Objection.

is in the best interests of the above-captioned post-effective date debtors' (prior to the Effective

Date of the Plan, the "<u>Debtors,</u>" and after the Effective Date, the "<u>Post-Effective Date Debtors,</u>"

as applicable) Estates, their creditors, and other parties in interest; and the Court having found that

the Litigation Administrator provided appropriate notice of the Objection and the opportunity for

a hearing on the Objection under the circumstances; and the Court having reviewed the Objection;

and the Court having determined that the legal and factual bases set forth in the Objection establish

just cause for the relief granted herein; and upon all of the proceedings had before the Court; and

after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.     The Objection is sustained as set forth herein.

2.     Each Insufficient Documentation Claim on **<u>Schedule 1</u>** attached hereto is hereby

disallowed and expunged in its entirety.

3.     Stretto, Inc., the Debtors' noticing and claims agent, is authorized to update the

Claims Register to reflect the relief granted in this Order.

4.     Entry of this Order is without prejudice to the Litigation Administrator's right to

object to any other claims in these Chapter 11 Cases or to further object to the claims listed on

**<u>Schedule 1</u>** attached hereto on any grounds whatsoever, at a later date.

5.     Each Objection by the Litigation Administrator to each claim as addressed in the

Objection and as identified in **<u>Schedule 1</u>** attached hereto constitutes a separate contested matter

as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with

respect to each claim listed on **<u>Schedule 1</u>**.  Any stay of this Order shall apply only to the contested

matter that involves such claim and shall not act to stay the applicability or finality of this Order

with respect to the other contested matters covered hereby.

2

6.      The terms and conditions of this Order shall be immediately effective and
enforceable upon its entry.

7.      The Litigation Administrator is authorized to take any and all actions reasonably
necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with
the Objection.

8.      This Court retains exclusive jurisdiction with respect to all matters arising from or
related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2024

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## **Schedule 1**

**Insufficient Documentation Claims**

Celsius Network LLC Case Number 22-10964
Schedule 1 To The Litigation Administrator's First Omnibus Objection To Certain Insufficient Documentation Claims

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | 168 TRADING LIMITS ADDRESS ON FILE | Celsius Network LLC | 32841 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 2 | ACOSTA, ANUAR ADDRESS ON FILE | All Debtors | 30058 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 3 | ADAMS, KYLEE ADDRESS ON FILE | Celsius Network LLC | 32744 | $7,201.19 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 4 | ALDERMAN, JADE ADDRESS ON FILE | All Debtors | 32476 | BTC 1000000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 5 | ALEXANDER, DAVID ADDRESS ON FILE | Celsius Network LLC | 32831 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 6 | ALLISON, BLAKE ADDRESS ON FILE | All Debtors | 32870 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 7 | ANESTIL, JEAN ADDRESS ON FILE | Celsius Network LLC | 32673 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 8 | ASPROMONTE, ANDREW ADDRESS ON FILE | All Debtors | 32881 | $1,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 9 | AUSTIN, AMANDA MARIE ADDRESS ON FILE | All Debtors | 32710 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 10 | AYERS, ANTWAN D ADDRESS ON FILE | Celsius US Holding LLC | 33058 | $1,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 11 | AZAR, LIANNE ADDRESS ON FILE | Celsius Network LLC | 32971 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 12 | AZAR, LIANNE ADDRESS ON FILE | Celsius Network LLC | 32973 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 13 | AZAR, LIANNE ADDRESS ON FILE | Celsius Network LLC | 32974 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 14 | BAISIWALA, AMBRISH ADDRESS ON FILE | Celsius Network LLC | 32876 | $5,600.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 15 | BAKER, ISAIAH ADDRESS ON FILE | All Debtors | 32683 | ETH 19000 $1,900.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 16 | BALDWIN, SHELBY ADDRESS ON FILE | All Debtors | 32883 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 17 | BARBOUR, DEVANTE ADDRESS ON FILE | Celsius Network LLC | 33105 | $500,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 18 | BARNES, TROY N ADDRESS ON FILE | Celsius Network LLC | 32754 | BCH 7101.19 $7,201.19 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 19 | BARTLEY, SHAYLA ADDRESS ON FILE | Celsius Network LLC | 32940 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 20 | BAYDOUN, HANAN ADDRESS ON FILE | All Debtors | 32757 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 21 | BEARCOMESOUT, JENISE ADDRESS ON FILE | Celsius Networks Lending LLC | 33125 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 22 | BEARD, STACY ADDRESS ON FILE | Celsius Network LLC | 32834 | $4,865.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 23 | BEASLEY, CHARLES ADDRESS ON FILE | Celsius Network LLC | 32799 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 24 | BEAVER, DAWN J ADDRESS ON FILE | Celsius Network LLC | 22521 | BTC 120 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 25 | BEDWELL, RYAN ADDRESS ON FILE | Celsius Lending LLC | 32899 | $24,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 26 | BELLIVEAU, CHRISTIAN ADDRESS ON FILE | Celsius Network LLC | 32915 | $750.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 27 | BERG, MAGGIE ADDRESS ON FILE | All Debtors | 24885 | USD 250 $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 28 | BHAKTA, RISHI ADDRESS ON FILE | Celsius Network LLC | 32975 | $2,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 29 | BIKA, RESA ADDRESS ON FILE | Celsius Network LLC | 25070 | BNB 2 Not Disclosed 150 $150.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 30 | BOYER, CHARLES ADDRESS ON FILE | Celsius Network LLC | 29724 | XRP 2023 $2,023.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 31 | BRAINARD, ABRAHAM J ADDRESS ON FILE | Celsius Network LLC | 32887 | $25,926.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 32 | BRAINARD, ABRAHAM J ADDRESS ON FILE | Celsius Network LLC | 32885 | $25,998.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 33 | BRIAN, FEDER ADDRESS ON FILE | Celsius Network LLC | 08440 | $1,175.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 34 | BROOMFIELD, SABRINA ADDRESS ON FILE | All Debtors | 21811 | $200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 35 | BROWN, MATTHEW ADDRESS ON FILE | Celsius Lending LLC | 33127 | $2,875.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 36 | BROWN, NATHAN YAN ADDRESS ON FILE | Celsius Network LLC | 33121 | $1,384.49 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 37 | BROWN, SHAWN A ADDRESS ON FILE | Celsius US Holding LLC | 32454 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 38 | BRUCE, CAROLYN V ADDRESS ON FILE | Celsius Network LLC | 32844 | $3,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 39 | BURCHETTE, RONNIE ADDRESS ON FILE | Celsius Network LLC | 32989 | $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 40 | BURGETT, ASHLEY ADDRESS ON FILE | Celsius Network LLC | 33002 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 41 | BURNS, JONATHAN ADDRESS ON FILE | Celsius Network LLC | 32764 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 42 | BURNS, ROSALYN ADDRESS ON FILE | Celsius Network LLC | 32842 | $2,800.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 43 | CAMPUZANO, LETICIA ADDRESS ON FILE | Celsius Network LLC | 33031 | $69,454.04 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 44 | CAREW, JOHN FRANCIS ADDRESS ON FILE | Celsius Network LLC | 01711 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 45 | CARLTON, CAMRYN ADDRESS ON FILE | Celsius Network LLC | 21898 | USD 20 $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 46 | CASTELLANOS, DENNYS ADDRESS ON FILE | Celsius Network LLC | 32934 | $19,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 47 | CERVANTES, EDWARD A ADDRESS ON FILE | All Debtors | 32858 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 48 | CHISHTI, LINA ADDRESS ON FILE | All Debtors | 21913 | USD 300 $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 49 | CLARK, DAVID ADDRESS ON FILE | Celsius Network LLC | 9704 | $350,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 50 | COLE, BRIAN ADDRESS ON FILE | Celsius Network LLC | 32763 | $75,987.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 51 | CONWAY, JADE LOU ADDRESS ON FILE | Celsius Network LLC | 32806 | $120,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 52 | COTRIM, WILSON ADDRESS ON FILE | All Debtors | 28596 | BTC 40 ETH 4000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 53 | COUCH, WESLEY GAGE ADDRESS ON FILE | All Debtors | 32812 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 54 | COVARRUBIAS, CRUZ MARLENE CAMPOS ADDRESS ON FILE | All Debtors | 22040 | USD 120 $40.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 55 | COX, DEVON ADDRESS ON FILE | Celsius Network LLC | 32868 | $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 56 | COX, JOSHUA W ADDRESS ON FILE | Celsius Network LLC | 32802 | $2,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 57 | CRISP, RYON MICHAEL ADDRESS ON FILE | Celsius Network LLC | 32478 | USDC 5000 BTC 5472 $13,472.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 58 | CZAJKA, STEPHANIE M ADDRESS ON FILE | Celsius Network LLC | 21825 | $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 59 | DANIELS, KIMBERLY ADDRESS ON FILE | Celsius Network LLC | 32983 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 60 | DAUOD, SHAMS ADDRESS ON FILE | Celsius Network LLC | 21816 | $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 61 | DAY, BRENNAN ADDRESS ON FILE | All Debtors | 21960 | USD 20 Not Disclosed 0 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 62 | DEHASS, JOHN ADDRESS ON FILE | Celsius Network LLC | 16468 | TUSD 3676.26 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 63 | MAZZOCCHI, DOMENICK ADDRESS ON FILE | Celsius Network LLC | 32778 | $1,199.98 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 64 | DOTSON, DAWN ADDRESS ON FILE | Celsius Network LLC | 32947 | $375.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 65 | DUNN, JASON ADDRESS ON FILE | Celsius Network LLC | 32909 | 5,000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 66 | DURANT, BODHI ADDRESS ON FILE | All Debtors | 32756 | BTC 0.39215964 $12,335.80 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 67 | EADES, HUNTER ADDRESS ON FILE | Celsius Network LLC | 33026 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 68 | ELLWOOD, JONATHAN ADDRESS ON FILE | All Debtors | 24332 | ETH 0 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 69 | ERICK, RODRIGUEZ ADDRESS ON FILE | Celsius Network LLC | 09351 | $79,850.42 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 70 | ERVIN, ALEX T ADDRESS ON FILE | Celsius Network LLC | 32822 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 71 | ESCOBAR, LUIS MANUEL ADDRESS ON FILE | Celsius Network LLC | 33068 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 72 | EWEN, GARRY ADDRESS ON FILE | Celsius Network LLC | 32801 | $518.05 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 73 | FAGUNDES, NICHOLAS ADDRESS ON FILE | Celsius Network LLC | 32871 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 74 | FARLEY, MALIA ADDRESS ON FILE | Celsius Network LLC | 32979 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 75 | FELIZ-SOSA, RICARDO IVAN ADDRESS ON FILE | Celsius Network LLC | 32838 | $250,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 76 | FIGUEROA, MICHAEL ADDRESS ON FILE | Celsius Network LLC | 32960 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 77 | FIRM, LEXINGTON LAW ADDRESS ON FILE | Celsius Network LLC | 32820 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 78 | FLEMING, MARCUS ADDRESS ON FILE | Celsius Network LLC | 33015 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 79 | FOSTER, KELLI ADDRESS ON FILE | Celsius Mining LLC | 32848 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 80 | FOX, ROGER ADDRESS ON FILE | Celsius Network LLC | 32750 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 81 | FRANCO, MARK ADDRESS ON FILE | Celsius Network LLC | 32896 | $3,350.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 82 | FRIAR, NICHOLAS ADDRESS ON FILE | Celsius Network LLC | 29685 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 83 | FRISCO, SHAUNA ADDRESS ON FILE | Celsius Network LLC | 33027 | $850.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 84 | FRISCO, SHAUNA SHOULETTE ADDRESS ON FILE | Celsius Network LLC | 33101 | $950.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 85 | FRISCO, SHAUNA SHOULETTE ADDRESS ON FILE | Celsius Network LLC | 33071 | $900.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 86 | GARRISON, ERIC ADDRESS ON FILE | All Debtors | 32693 | BTC 7800 $7,800.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 87 | GILANI, DORSA ADDRESS ON FILE | All Debtors | 21839 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 88 | GILLIS, CODY ADDRESS ON FILE | Celsius Network LLC | 32797 | $2,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 89 | GRANT, AUSTIN ADDRESS ON FILE | Celsius Network LLC | 32977 | $10,300.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 90 | GRANT, JAMIE ADDRESS ON FILE | Celsius Network LLC | 32893 | $3,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 91 | GREGORY, RANDY ADDRESS ON FILE | Celsius Network LLC | 33138 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 92 | GRESHAM, DAVID ADDRESS ON FILE | Celsius Network LLC | 33025 | $7,432.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 93 | GRESHAM, DAVID ADDRESS ON FILE | Celsius Network LLC | 32950 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 94 | GRESHAM, JUSTIN ADDRESS ON FILE | Celsius Network LLC | 33123 | $4,321.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 95 | GRESHAM, JUSTIN ADDRESS ON FILE | Celsius Network LLC | 33137 | $4,321.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 96 | GUERRERO, FRANCISCO ADDRESS ON FILE | All Debtors | 22066 | USD 0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 97 | GUSTAFSON, MICHAEL ADDRESS ON FILE | All Debtors | 32707 | $11,234.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 98 | HABIB, AVA ADDRESS ON FILE | Celsius Network LLC | 21829 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 99 | HAGAN, THOMAS ADDRESS ON FILE | Celsius Network LLC | 33126 | $1,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 100 | HALFPENNY, BRITT ADDRESS ON FILE | Celsius Network LLC | 32671 | MATIC 4936<br>MPL 68.42<br>BAT 550<br>BTC 63<br>BUSD 644.532<br>USDT 1294.664<br>ETH 457.3579<br>COMP 86.4618<br>GUSD 1006.63<br>ETC 648<br>$1,254,331.24 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.