**LOWENSTEIN SANDLER LLP**
Daniel B. Besikof
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Email:  dbesikof@lowenstein.com

– and –

Michael Papandrea (*Pro Hac Vice* Pending)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email:  mpapandrea@lowenstein.com

*Counsel to the LS Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964-MG |
| Post-Effective Date Debtors. | Jointly Administered |

**JOINDER OF LS DEFENDANTS TO CERTAIN DEFENDANTS' STATEMENT
IN RESPONSE TO STATUS REPORT REGARDING PREFERENCE LITIGATION**

The defendants represented by Lowenstein Sandler LLP named in the adversary proceedings listed in Exhibit 1 hereto (the "LS Defendants"), through their undersigned counsel, respectfully submit this joinder (the "Joinder") to *Statement in Response to Status Report Regarding Preference Litigation* [Docket No. 7631] (the "Troutman Statement") filed by certain defendants ("Troutman Defendants") in response to the Plaintiff's *Status Report Regarding*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

45989/2
08/27/2024 217112327.4

*Preference Litigation* [Docket No. 7618] (the "<u>Status Report</u>"). In support of this Joinder, the LS Defendants respectfully state as follows:

## **JOINDER**

1. The LS Defendants respectfully join in the Troutman Statement, including the proposed staging for addressing common issues in these adversary proceedings, and adopt the positions set forth in the Troutman Statement as if set forth herein. The LS Defendants believe it makes sense to litigate issues that are potentially dispositive first, and to defer any determination of damages until such time as liability has been established (if ever).

2. Addressing damages as the initial step in the process puts the cart before the horse and is inefficient and prejudicial. The LS Defendants are entitled to assert defenses and have them adjudicated. Liability here has not yet—and may never be—established. Yet the Plaintiff would force the LS Defendants to dedicate substantial resources to litigating issues that would be entirely moot if the LS Defendants' dispositive defenses were to prevail.

3. As set forth above, and for the reasons cited in the Troutman Statement, the LS Defendants respectfully request that the Court consider the sequencing of issues as proposed in the Troutman Statement and grant any such other relief as the Court deems just and proper.

4. The LS Defendants reserve their right to modify or supplement this Joinder as necessary and appropriate and in respect of all other issues associated with the LS Defendants' adversary proceedings.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: August 27, 2024<br>New York, New York | Respectfully Submitted,<br><br>*/s/ Daniel B. Besikof*<br><br>**LOWENSTEIN SANDLER LLP**<br>Daniel B. Besikof<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Email: dbesikof@lowenstein.com<br><br>– and –<br><br>Michael Papandrea (*Pro Hac Vice* Pending)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Email: mpapandrea@lowenstein.com<br><br>*Counsel to the LS Defendants* |

**Exhibit 1**

| Adversary Case Number | | | |
|---|---|---|---|
| 24-03953 | 24-02056 | 24-02185 | 24-02360 |
| 24-03744 | 24-02063 | 24-02191 | 24-02672 |
| 24-01531 | 24-02065 | 24-02206 | 24-02035 |
| 24-03748 | 24-01952 | 24-02215 | 24-02770 |
| 24-01587 | 24-01965 | 24-02221 | 24-01558 |
| 24-01585 | 24-01971 | 24-02225 | 24-02690 |
| 24-01588 | 24-01980 | 24-02165 | 24-02719 |
| 24-01592 | 24-01989 | 24-02285 | 24-01547 |
| 24-01530 | 24-01995 | 24-02140 | 24-01739 |
| 24-01534 | 24-01835 | 24-02141 | 24-02753 |
| 24-01604 | 24-03918 | 24-02125 | 24-01506 |
| 24-01623 | 24-01750 | 24-02144 | 24-01767 |
| 24-01650 | 24-03929 | 24-02179 | 24-02232 |
| 24-01648 | 24-01777 | 24-02190 | 24-03846 |
| 24-01664 | 24-01795 | 24-02271 | 24-02327 |
| 24-01656 | 24-01705 | 24-02276 | 24-02371 |
| 24-01880 | 24-01714 | 24-02278 | 24-01646 |
| 24-01910 | 24-01721 | 24-02318 | 24-02234 |
| 24-01932 | 24-01729 | 24-02347 | 24-03892 |
| 24-01944 | 24-01761 | 24-02395 | 24-01568 |
| 24-02016 | 24-02127 | 24-20621 | 24-01931 |
| 24-02085 | 24-02134 | 24-02633 | 24-01580 |
| 24-01983 | 24-03957 | 24-02645 | 24-01824 |
| 24-03812 | 24-02272 | 24-02705 | 24-02111 |
| 24-02036 | 24-02246 | 24-02476 | 24-02262 |
| 24-02039 | 24-02255 | 24-02667 | 24-02758 |
| 24-03832 | 24-02324 | 24-02748 | 24-03959 |
| 24-01874 | 24-02356 | 24-02767 | 24-01678 |
| 24-01876 | 24-02355 | 24-02773 | 24-01903 |
| 24-01897 | 24-02364 | 24-02671 | 24-02339 |
| 24-01926 | 24-02372 | 24-02079 | 24-02280 |
| 24-01993 | 24-02176 | 24-01644 | 24-01607 |
| 24-02012 | 24-02174 | 24-01724 | |