**LOWENSTEIN SANDLER LLP**
Daniel B. Besikof
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 262-6700
Email: dbesikof@lowenstein.com

– and –

Michael Papandrea (*Pro Hac Vice* Pending)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Email: mpapandrea@lowenstein.com

*Counsel to the LS Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Daniel Besikof, request admission, ***pro hac vice***, of Michael Papandrea, before the Honorable Martin Glenn, to represent in the above-captioned chapter 11 cases certain defendants named in various adversary proceedings (collectively, the "LS Defendants") as set forth in Exhibit 1 to that certain *Joinder of LS Defendants to Certain Defendants' Statement in Response to Status*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Report Regarding Preference Litigation* filed on the date hereof (as such exhibit may be amended, supplemented, or otherwise modified from time to time).

I certify that Michael Papandrea is a member in good standing of bars in the States of New York and New Jersey, the United States District Court for the District of New Jersey, the United States District Court for the Southern District of Texas, and the 1st Circuit Court of Appeals.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

|  |  |
|---|---|
| Dated: August 27, 2024<br>New York, New York | Respectfully Submitted,<br><br>/s/ Daniel B. Besikof<br><br>**LOWENSTEIN SANDLER LLP**<br>Daniel B. Besikof<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 262-6700<br>Email: dbesikof@lowenstein.com<br><br>– and –<br><br>Michael Papandrea (*Pro Hac Vice* Pending)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2500<br>Email: mpapandrea@lowenstein.com<br><br>*Counsel to the LS Defendants* |