Heinz Mauch – Director of Profax Super Pty Ltd
28 Troy Terrace
Daglish 6008 Western Australia
HavePlan_B@protonmail.com
+61 487 242 077

27 Aug. 2024

The Honorable Martin Glenn
Chief Judge
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Celsius chapter 11 bankruptcy case No. 22-10964** –**Claim distribution failed… with the bank details provided - We are evaluating if it is possible to reattempt this wire transfer.**

Dear Judge Martin Glenn,

This is a follow up letter to my previous submission dockets # 7533 - … lack of communication with Stretto despite numerous attempts and # 7579 - ...Claim distribution failed - General notice not specific to my case – Non communication.

**On the 17th of August I received yet another email from Stretto advising me of "Claim Distribution by Wire Failed – due to the bank details provided**. I once again challenge these claims by Stretto and call it deliberate delay tactics / lies as follows:

The email from the 17th Aug – attached - states that: "**IMPORTANT: Your Claim Distribution by Wire Failed, We Will Reattempt".** However given the contents in the email, this does not make sense for the following reasons:

- Email from Stretto - Hi Heinz, we appreciate your patience. We are looking into your specific case and I look forward to helping resolve your wire issues.

  - I have responded to this email on the 18th Aug in detail – attached – as follows: "Beneficiary Bank sent a response REFUSED BY BENEFICIARY" - **I have contacted my bank ANZ Australia - International transactions who once again assured me that they have Not refused any transaction** - the Fed Reference # does not mean anything to ANZ and therefore can not follow up on the information provided, the only explanation they have is that you might be using a "Intermediary Bank".

- "Please review the instructions in that (2nd) email (Subject Line: ACTION REQUIRED: Your Claim Distribution Wire Was Rejected) and **complete the updated Wire Form.**" **I have not received this second email and can not update the wire Transfer Form again.**
- Following some intrest groups on Telegram people have mentioned that it might be that **the SWIFT Routing # has to be 11 characters** long which in my case all it takes is an extra XXX?!? **ANZBAU3MXXX**

**No Response from Stretto to my email to date. Interestingly I do get overseas wire transfers without any issues. Therefore I conclude that the alleged "Distribution attempt" to myself actually never happened and is a complete lie.**

Strettos conduct is extremely disappointing, worrisome and predatory.

**Not only have we missed out on receiving our funds in BTC / ETH?!?! We continuously missing out on re-investment opportunities due to Stretto predatory and incompetent behaviour.**

**Still outstanding:**

- **2nd email Subject Line: ACTION REQUIRED: Your Claim Distribution Wire Was Rejected) in order to complete the updated Wire Form again – despite having done so on the 15th June 24 already together with a follow up email sent to Stretto that this had been done.**
- **Detailed information on alleged failed distribution in order to be able to rectify it.**
    - Status: Creditor's Bank Rejected and Returned Funds **– ANZ has not rejected any funds.**
    - Details: Receiving Bank: UNABLE TO APPLY - CLOSED ACCOUNT **– ANZ nominated bank account has Not been closed and is still open.**
    - Fed Reference # 20240405A1B7A41C003752 **– ANZ has no knowledge of this reference and can not follow up on it (are you using a intermediary bank?)**
- **Asset distribution**
- **Asset valuation for Australian Taxation Purposes**

I understand the limitations of ex parte communications and the need for strict adherence to legal procedures. Therefore, I kindly request that you consider this letter as an expression of support for a fair and equitable resolution rather than an attempt to influence or interfere with the proceedings.

Thank you for your time and attention to this matter.

Heinz Mauch
*[signature]*

Attachments:   17 Aug 24 Celsius Distribution _ HRM13@pm.me _ Proton Mail
                       18 Aug 24 Response Sent _ HRM13@pm.me _ Proton Mail

## Re: Re: IMPORTANT: Your Claim Distribution by Wire Failed, We Will Reattempt

| | |
|---|---|
| From | Celsius Distribution <celsiusdistribution@stretto.com> |
| To | haveplan_b@protonmail.com |
| Date | Saturday, 17 August 2024 at 01:43 |

Hi Heinz, we appreciate your patience. We are looking into your specific case and I look forward to helping resolve your wire issues.

You should have just received a separate email notifying you that your claim reattempt was rejected. It seems your Beneficiary Bank sent a response REFUSED BY BENEFICIARY and the provided information was not sufficient for us to make another attempt.

Please review the instructions in that email (Subject Line: ACTION REQUIRED: Your Claim Distribution Wire Was Rejected) and **complete the updated Wire Form.** We have updated this form to reduce common errors. Please consult with your bank and carefully follow the instructions provided in the form and to ensure another wire attempt will not be refused.

If you have questions, please let me know and I'd be happy to help. I have been assisting many of the Australian creditors experiencing issues.

Regards,
Celsius Distributions

> On Wed, Jun 12 at 9:48 PM , BSLATER DDO LLC <brian@slaterlighting.com> wrote:
> **[External Email]**
> Hello,
>
> I just updated my bank wire info on the online form. You can also see the correct information on the attached document.
>
>> ---------- Forwarded message ---------
>> From: **Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>
>> Date: Wed, Jun 12, 2024 at 4:45 PM
>> Subject: FINAL REQUEST: Your Celsius claim distribution cannot be processed until you re-submit your Wire Transfer Form
>> To: <brian@slaterlighting.com>
>>
>>> Dear BSLATER DDO LLC,
>>> **Our records indicate that you have not re-submitted your Wire Transfer Form.**
>>> Because of the data security incident at Stretto, Celsius will not attempt distributions using data from Wire Transfer Forms submitted before May 2024. **This is a final request for you to review and re-submit your Wire Transfer Form**.

We understand that some creditors may have experienced an issue with accessing the online form last week, and that has since been resolved.

**If you know that you cannot receive a wire, no further action is required of you at this time. We will contact you directly about attempting your USD claim distribution via another method.**

**If your Wire Transfer Form data is incorrect or incomplete and rejected by either the originating or beneficiary bank, a bank transfer will not be reattempted. We will contact you directly about attempting your USD claim distribution via another method.**

**Please refer to the information below regarding your previously submitted Wire Transfer Form:**

| | |
|---|---|
| Status | Creditor's Bank Rejected and Returned Funds |
| Details* | Receiving Bank: UNABLE TO APPLY - CLOSED ACCOUNT |
| Fed Reference # | 20240405A1B7A41C003752 |

*Contact your bank with any questions before submitting a support inquiry to Stretto

Carefully follow the steps below and reference our article, How To Complete the Wire Transfer Form, for detailed instructions to review and re-submit your Wire Transfer Form:

- Login to your Wire Transfer Form with your unique password.
    - Your password is **!j&G88**
- Review the terms and conditions, and once confirmed, click "Accept Terms & Conditions."
- Click "Amend Ballot" or continue with the steps below.
- Review your Creditor Information and once confirmed, click "Save."
- Review or re-enter your bank details in your Wire Transfer Form, making any necessary updates.
    - If no updates are needed, you must continue with the steps below.
- Check the box at the bottom of the form to confirm your signature and click "Submit" at the top of the form.
- Your re-submitted Wire Transfer Form will be reviewed prior to processing your claim distribution.
    - Stretto support may contact you via email to verify that your submission is accurate and complete.

[Knowledge Base]

**For more information, visit our Knowledge Base**

To more easily navigate through our Distribution FAQs, we have relocated them to a searchable Knowledge Base at celsiusdistribution.stretto.com/support/solutions. This resource is integrated with the support ticketing system and contains comprehensive information on distributions and answers to frequently asked questions. For court updates, visit cases.stretto.com/celsius.

**Stay alert for phishing attempts**

Celsius or its advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court. If you receive an email that appears to be from Celsius or Stretto, please verify the sender before you reply or click any links. If you have any questions, please submit a support inquiry.

Celsius

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe

# Re: Response: Your Claim Distribution by Wire Failed, We Will Reattempt

| | |
|---|---|
| From | HavePlan_B <HavePlan_B@protonmail.com> |
| To | Celsius Distribution<celsiusdistribution@stretto.com> |
| Date | Sunday, 18 August 2024 at 20:19 |

Hello there,

In your last email dated the 17th August I have been advised that " I look forward to helping resolve your wire issues" which would be terrific.

I try my best to assist where ever I can giving you the following response to your email:

- "Beneficiary Bank sent a response REFUSED BY BENEFICIARY" - **I have contacted my bank ANZ Australia - International transactions who once again assured me that they have Not refused any transaction** - the Fed Reference # does not mean anything to ANZ and therefore can not follow up on the information provided, the only explanation they have is that you might be using a "Intermediary Bank".
- "Please review the instructions in that email (Subject Line: ACTION REQUIRED: Your Claim Distribution Wire Was Rejected) and **complete the updated Wire Form."** I have not received this second email and can not update the wire Transfer Form again.
- Following some intrest groups on Telegram people have mentioned that it might be that **the SWIFT Routing # has to be 11 characters** long which in my case all it takes is an extra XXX?!? ANZBAU3MXXX

Looking forward to your response.

Regards
Heinz Mauch

On Saturday, 17 August 2024 at 01:43, Celsius Distribution <celsiusdistribution@stretto.com> wrote:

> Hi Heinz, we appreciate your patience. We are looking into your specific case and I look forward to helping resolve your wire issues.
>
> You should have just received a separate email notifying you that your claim reattempt was rejected. It seems your Beneficiary Bank sent a response REFUSED BY BENEFICIARY and the provided information was not sufficient for us to make another attempt.
>
> Please review the instructions in that email (Subject Line: ACTION REQUIRED: Your Claim Distribution Wire Was Rejected) and **complete the updated Wire Form.** We have updated this form to reduce common errors. Please consult with your bank and carefully follow the instructions provided in the form and to ensure another wire attempt will not be refused.
>
> If you have questions, please let me know and I'd be happy to help. I have been assisting many of the Australian creditors experiencing issues.
>
> Regards,
> Celsius Distributions
>> On Wed, Jun 12 at 9:48 PM , BSLATER DDO LLC <brian@slaterlighting.com> wrote:
>> **[External Email]**

Hello,

I just updated my bank wire info on the online form. You can also see the correct information on the attached document.

---------- Forwarded message ---------
From: **Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>
Date: Wed, Jun 12, 2024 at 4:45 PM
Subject: FINAL REQUEST: Your Celsius claim distribution cannot be processed until you re-submit your Wire Transfer Form
To: <brian@slaterlighting.com>

Dear BSLATER DDO LLC,
**Our records indicate that you have not re-submitted your Wire Transfer Form.**
Because of the data security incident at Stretto, Celsius will not attempt distributions using data from Wire Transfer Forms submitted before May 2024. **This is a final request for you to review and re-submit your Wire Transfer Form**.
We understand that some creditors may have experienced an issue with accessing the online form last week, and that has since been resolved.
**If you know that you cannot receive a wire, no further action is required of you at this time. We will contact you directly about attempting your USD claim distribution via another method.**
**If your Wire Transfer Form data is incorrect or incomplete and rejected by either the originating or beneficiary bank, a bank transfer will not be reattempted. We will contact you directly about attempting your USD claim distribution via another method.**
**Please refer to the information below regarding your previously submitted Wire Transfer Form:**

| | |
|---|---|
| Status | Creditor's Bank Rejected and Returned Funds |
| Details* | Receiving Bank: UNABLE TO APPLY - CLOSED ACCOUNT |
| Fed Reference # | 20240405A1B7A41C003752 |

*Contact your bank with any questions before submitting a support inquiry to Stretto
Carefully follow the steps below and reference our article, How To Complete the Wire Transfer Form, for detailed instructions to review and re-submit your Wire Transfer Form:

- Login to your Wire Transfer Form with your unique password.
    - Your password is **!j&G88**

- Review the terms and conditions, and once confirmed, click "Accept Terms & Conditions."
- Click "Amend Ballot" or continue with the steps below.
- Review your Creditor Information and once confirmed, click "Save."
- Review or re-enter your bank details in your Wire Transfer Form, making any necessary updates.
    - If no updates are needed, you must continue with the steps below.
- Check the box at the bottom of the form to confirm your signature and click "Submit" at the top of the form.
- Your re-submitted Wire Transfer Form will be reviewed prior to processing your claim distribution.
    - Stretto support may contact you via email to verify that your submission is accurate and complete.

**Knowledge Base**

**For more information, visit our Knowledge Base**
To more easily navigate through our Distribution FAQs, we have relocated them to a searchable Knowledge Base at celsiusdistribution.stretto.com/support/solutions. This resource is integrated with the support ticketing system and contains comprehensive information on distributions and answers to frequently asked questions. For court updates, visit cases.stretto.com/celsius.

**Stay alert for phishing attempts**
Celsius or its advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court. If you receive an email that appears to be from Celsius or Stretto, please verify the sender before you reply or click any links. If you have any questions, please submit a support inquiry.
Celsius

410 Exchange, Ste. 100 | Irvine, CA 92602

unsubscribe