**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

In re:    CELSIUS NETWORK LLC, et al.,        Chapter 11

                                              Case No. 22-10964 (MG)

        Post-Effective Date Debtors.         (Jointly Administered)

---------------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Matthew P. Austria, to be admitted, ***pro hac vice***, to represent the following parties (the "Parties") in the above-referenced cases:

    Michael Chiehchuin Chen

    Iheartraves LLC

    Into the AM Clothing, LLC

    Maciej P. Krzeminski

    Jeffrey Corrales Maganis

    MEMM Investments LLC

    Faisal M. Quadri

    WBRR Trust Investments LLC

and upon the movant's certification that the movant is a member in good standing of the bars in the State of Delaware and Commonwealth of Pennsylvania, and the United States District Court for the District of Delaware, it is hereby,

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases and to represent these Parties in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid; and it is further

**ORDERED**, that Matthew P. Austria, Esq., is admitted to practice, ***pro hac vice***, to represent these Parties in the following adversary proceedings:

*Meghji v. Michael Chiehchuin Chen*, Adv. Pro. No. 24-02384

*Meghji v. Iheartraves LLC*, Adv. Pro. No. 24-01976

*Meghji v. Into the AM Clothing LLC*, Adv. Pro. No. 24-01986

*Meghji v. Maciej P. Krzeminski*, Adv. Pro. No. 24-02253

*Meghji v. Jeffrey Corrales Maganis*, Adv. Pro. No. 24-01821

*Meghji v. MEMM Investments LLC*, Adv. Pro. No. 24-02378

*Meghji v. Faisal M. Quadri*, Adv. Pro. No. 24-03842

*Meghji v. WBRR Trust Investments LLC*, Adv. Pro. No. 24-02675


Dated: August 27, 2024
    New York, New York

                                                 /s/Martin Glenn
                                       THE HONORABLE MARTIN GLENN
                                       UNITED STATES BANKRUPTCY JUDGE