Date: August 17, 2024

To: Clerk of the Court
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY1004

Re: William Marlett LLC

Due to personal circumstances I was unable to respond within the 30-day deadline.

I am requesting an exemption from the claw back due to my withdrawal being of a personal and mandatory tax burden independent of Celsius.

My withdrawal from Celsius (as I have previously emailed to the litigation administrator several times) were loans I took out from my personal and retirement accounts at Celsius (the retirement account was required to be set up as an LLC) which went entirely to pay my federal and state taxes by the IRS deadline (April 15). The federal and state taxes were required when I converted my traditional IRA to a ROTH IRA (my accounts are with IRA Financial, Traditional IRA account #1013905, ROTH IRA account # 2012347). If you need copies of my federal and state tax filings please advise.

My retirement account at Celsius was my entire life savings and I am now on Social Security. Because of the Celsius bankruptcy proceedings, my collateral was liquidated and I have essentially lost almost all my life savings.

Sincerely,

*William Marlett*

William Marlett
1977 NW 1st Street
Bend, OR 97703

541.610.3822 m

Cc: Samuel P. Hershey
White and Case LLP
1221 Avenue of the Americas
New York, NY 10020