**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK, LLC, *et al.*[1] | Case No. 22-10964 (MG) |
| Post Effective Date Debtors. | (Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Daniel B. Besikof, Esq. for Michael Papandrea, Esq. to be admitted, ***pro hac vice***, to represent certain defendants named in various adversary proceedings (collectively, the "LS Defendants"), in the above referenced chapter 11 cases; and upon the movant's certification that he is a member in good standing of the bars of the States of New York and New Jersey, the United States District Court for the District of New Jersey, the United States District for the Southern District of Texas, and the 1st Circuit Court of Appeals; it is hereby

**ORDERED**, that Michael Papandrea, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 cases to represent the LS Defendants, in the above referenced chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:    August 29, 2024
New York, New York

_____/s/Martin Glenn_____
THE HONORABLE MARTIN GLENN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.