PENACHIO MALARA LLP
245 Main Street, Suite 450
White Plains, NY 10601
(914) 946-2889

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
In re

CELSIUS NETWORK LLC *et al*,

                               Debtor.

Chapter 11

Case No.: 22-10964-mg

-------------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned hereby appears on behalf of John Dillon, Interested Party in the above-referenced debtor's case and demand, pursuant to Rules 2002, 4006, 9007, 9010, 9013, and 9022 of the Federal Rules of Bankruptcy Procedure and section 342 of Title 11 of the United States Code (the "Bankruptcy Code"), and any other rules or sections of the Bankruptcy Code and Local Bankruptcy Rules as may be applicable in this case governing notice, that all notices be given or requested to be given in this case and all papers and pleadings including plans and disclosure statements (whether formal or informal) served or required to be served in this case be given to and served upon me as follows:

    Anne Penachio, Esq.
    Penachio Malara, LLP
    245 Main Street
    Suite 450
    White Plains, NY 10601
    anne@pmlawllp.com

Dated: White Plains, New York
        August 29, 2024

                                              **PENACHIO MALARA LLP**
                                              /s/ Anne Penachio
                                              Anne Penachio, Esq.
                                              Attorney for John Dillon, Interested Party
                                              245 Main Street, Suite 450
                                              White Plains, NY 10601
                                              (914) 946-2889