**Robin Brantford Anderson**
400 S Steele Street, #49
Denver, Colorado 80209
txcomo@gmail.com
720-363-1776
August 29, 2024

**The Honorable Martin Glenn, Chief**
United States Bankruptcy Court, S.D. New York
One Bowling Green
New York, NY 10004-1408

**Re:** Case No. 22-10964 - Request for Recalculation of Share Distribution

Dear Judge Glenn,

I am writing to respectfully request a recalculation of my share distribution in the above-referenced bankruptcy case.

Despite following the appropriate channels, I have yet to receive a response to my concerns. I initially submitted my request to Odyssey Trust and was advised to contact Stretto. On February 20, 2024, I emailed CelsiusDistribution@Stretto.com to address this issue but have not received a resolution.

After reviewing the relevant documents and calculating my share distribution, I believe there is an error. My earn claim amount is $57,333.08, and based on this, I should have received 427 shares, not the 387 shares I was allocated. My claim was uploaded on July 19, 2022.

I respectfully ask that the court assign someone to recalculate the shares associated with my claim. Your attention to this matter would be greatly appreciated.

Thank you for your time and consideration.

Sincerely,

Robin Brantford Anderson
Odyssey Shareholder #: 163927
Case No.: 22-10964