**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>AFFIDAVIT OF SERVICE</u>

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Status Report Regarding Litigations Against Former Executives and Employees of the Debtors** (Docket No. 7632)

- **Notice of Hearing on the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7639)

- **Notice of Hearing on the Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7641)

Furthermore, on August 27, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit C</u>**, via electronic mail on the service list attached hereto as **<u>Exhibit D</u>**:

- **Status Report Regarding Litigations Against Former Executives and Employees of the Debtors** (Docket No. 7632)

Furthermore, on August 27, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **<u>Exhibit E</u>**, via electronic mail on the service list attached hereto as **<u>Exhibit F</u>**:

- **Notice of Hearing on the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7639)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on August 27, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit G**, via electronic mail on the service list attached hereto as **Exhibit H**:

- **Notice of Hearing on the Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7641)

Furthermore, on August 28, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit I**:

- **Notice of Hearing on the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7639)

Furthermore, on August 28, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit J**:

- **Notice of Hearing on the Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7641)

Dated: August 29, 2024

*Janira Sanabria*

Janira N. Sanabria

State of Colorado   )
               ) SS.
County of Denver   )

Subscribed and sworn before me this 29th day of August 2024 by Janira N. Sanabria.

*Kerrie Lynne Darby*

(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | NEW YORK | NY | 10019 |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | NEW YORK | NY | 10022 |

# **<u>Exhibit B</u>**

**STRETTO**

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |

# **<u>Exhibit C</u>**

**Exhibit C**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| ALCHEMY CAPITAL PARTNERS  LP | | ON FILE | | | | |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | HOGAN LOVELLS US LLP | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| ALEXANDER MASHINSKY | | ON FILE | | | | |
| AM VENTURES HOLDING INC. | | ON FILE | | | | |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| ASHLEY O'BRIEN | | ON FILE | | | | |
| BEAUDRY, JEREMIE | | ON FILE | | | | |
| BITS OF SUNSHINE LLC | | ON FILE | | | | |
| DARREN YARWOOD | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| FOUR THIRTEEN LLC | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | | ON FILE | | | | |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | 200 PARK AVENUE | NEW YORK | NY | 10166 |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | 2050 M STREET NW | WASHINGTON | DC | 20036 |
| HANOCH GOLDSTEIN | | ON FILE | | | | |
| HARUMI URATA-THOMPSON | | ON FILE | | | | |
| JOHANNES TREUTLER | | ON FILE | | | | |
| KOALA 1 LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | 1425 RXR PLAZA, 15TH FLOOR | UNIONDALE | NY | 11556-1425 |
| KOALA 1 LLC | | ON FILE | | | | |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | 1185 AVENUE OF THE AMERICAS, 34TH FL | NEW YORK | NY | 10036 |
| KOALA 2 LLC | | ON FILE | | | | |
| KOALA 3 LLC | | ON FILE | | | | |
| MASHINSKY, KRISSY | | ON FILE | | | | |
| NIR ATAR | | ON FILE | | | | |
| RONI COHEN PAVON | | ON FILE | | | | |
| SHAHAR PETER | | ON FILE | | | | |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | 390 MADISON AVENUE | NEW YORK | NY | 10017 |
| TREUTLER, JOHANNES | | ON FILE | | | | |
| URATA-THOMPSON, HARUMI | | ON FILE | | | | |
| YARDEN NOY | | ON FILE | | | | |
| YARWOOD, DARREN | | ON FILE | | | | |

# **Exhibit D**

**STRETTO**

**Exhibit D**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|------|-------------|-------------|-------|
| ALCHEMY CAPITAL PARTNERS  LP | | | ON FILE |
| ALCHEMY CAPITAL PARTNERS LP | JOHN D. BECK | HOGAN LOVELLS US LLP | JOHN.BECK@HOGANLOVELLS.COM |
| ALEXANDER MASHINSKY | | | ON FILE |
| AM VENTURES HOLDING INC. | | | ON FILE |
| AM VENTURES HOLDINGS INC. | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| ASHLEY O'BRIEN | | | ON FILE |
| BEAUDRY, JEREMIE | | | ON FILE |
| BITS OF SUNSHINE LLC | | | ON FILE |
| FOUR THIRTEEN LLC | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: DANIEL FLIMAN, AVI WEITZMAN, LEO TSAO & AVI LUFT | DANFLIMAN@PAULHASTINGS.COM<br>AVIWEITZMAN@PAULHASTINGS.COM<br>LEOTSAO@PAULHASTINGS.COM<br>AVILUFT@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | | | ON FILE |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: AVI WEITZMAN, JOSHUA KAHANE, NATASHA M. NICHOLSON GAVIRIA | AVIWEITZMAN@PAULHASTINGS.COM<br>JOSHUAKAHANE@PAULHASTINGS.COM<br>NATASHANICHOLSONGAVIRIA@PAULHASTINGS.COM |
| HANOCH "NUKE" GOLDSTEIN | C/O PAUL HASTINGS LLP | ATTN: LEO TSAO | LEOTSAO@PAULHASTINGS.COM |
| HANOCH GOLDSTEIN | | | ON FILE |
| HARUMI URATA-THOMPSON | | | ON FILE |
| JOHANNES TREUTLER | | | ON FILE |
| KOALA 1 LLC | | | ON FILE |
| KOALA 1, LLC | C/O RUSKIN MOSCOU FALTISCHEK, P.C. | ATTN: SHERYL P. GIUGLIANO | SGIUGLIANO@RMFPC.COM |
| KOALA 2  LLC | | | ON FILE |
| KOALA 2 LLC | C/O KING & SPALDING LLP | ATTN: MICHAEL R. HANDLER & LEIGH M. NATHANSON | MHANDLER@KSLAW.COM<br>LNATHANSON@KSLAW.COM |
| KOALA 2 LLC | | | ON FILE |
| KOALA 3 LLC | | | ON FILE |
| MASHINSKY, KRISSY | | | ON FILE |
| NIR ATAR | | | ON FILE |
| RONI COHEN PAVON | | | ON FILE |
| SHLOMI DANIEL LEON AND ALIZA LANDES | C/O HOGAN LOVELLS US LLP | ATTN: PIETER VAN TOL | PIETER.VANTOL@HOGANLOVLLES.COM |
| TREUTLER, JOHANNES | | | ON FILE |
| URATA-THOMPSON, HARUMI | | | ON FILE |
| YARDEN NOY | | | ON FILE |
| YARWOOD, DARREN | | | ON FILE |

# **<u>Exhibit E</u>**



## Exhibit E

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| ABRAHAM J BRAINARD | ON FILE |
| AMANDA MARIE AUSTIN | ON FILE |
| AMANDA MARIE AUSTIN | ON FILE |
| AMBRISH BAISIWALA | ON FILE |
| ANUAR ACOSTA | ON FILE |
| ASHLEY BURGETT | ON FILE |
| AUSTIN GRANT | ON FILE |
| AVA HABIB | ON FILE |
| BODHI DURANT | ON FILE |
| BRENNAN DAY | ON FILE |
| BRIAN COLE | ON FILE |
| BRITT HALFPENNY | ON FILE |
| CAMRYN CARLTON | ON FILE |
| CAROLYN V BRUCE | ON FILE |
| CHARLES BEASLEY | ON FILE |
| CHARLES BOYER | ON FILE |
| CHRISTIAN BELLIVEAU | ON FILE |
| CODY GILLIS | ON FILE |
| CRUZ MARLENE CAMPOS COVARRUBIAS | ON FILE |
| DAVID ALEXANDER | ON FILE |
| DAVID CLARK | ON FILE |
| DAVID GRESHAM | ON FILE |
| DAVID'S HOME SERVICES | ON FILE |
| DAWN DOTSON | ON FILE |
| DAWN J. BEAVER | ON FILE |
| DAWN PARSONS | ON FILE |
| DENNYS CASTELLANOS | ON FILE |
| DEVON COX | ON FILE |
| ERIC GARRISON | ON FILE |
| FEDER, BRIAN | ON FILE |
| FRANCISCO GUERRERO | ON FILE |
| GARRY EWEN | ON FILE |
| HANAN BAYDOUN | ON FILE |
| HUNTER EADES | ON FILE |
| ISAIAH BAKER | ON FILE |
| JADE ALDERMAN | ON FILE |
| JAMIE GRANT | ON FILE |
| JASON DUNN | ON FILE |
| JEAN ANESTIL | ON FILE |
| JEAN ANESTIL | ON FILE |
| JOHN DEHASS | ON FILE |
| JOHN FRANCIS CAREW | ON FILE |

STRETTO

**Exhibit E**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| JONATHAN ELLWOOD | ON FILE |
| JOSHUA W COX | ON FILE |
| JUSTIN GRESHAM | ON FILE |
| KELLI FOSTER | ON FILE |
| KYLEE ADAMS | ON FILE |
| LETICIA CAMPUZANO | ON FILE |
| LIANNE AZAR | ON FILE |
| LINA CHISHTI | ON FILE |
| MAGGIE BERG | ON FILE |
| MALIA FARLEY | ON FILE |
| MARCUS FLEMING | ON FILE |
| MARK FRANCO | ON FILE |
| MATTHEW BROWN | ON FILE |
| MICHAEL FIGUEROA | ON FILE |
| MICHAEL GUSTAFSON | ON FILE |
| NICHOLAS FAGUNDES | ON FILE |
| NICHOLAS FRIAR | ON FILE |
| RANDY GREGORY | ON FILE |
| RESA BIKA | ON FILE |
| RICARDO IVAN FELIZ-SOSA | ON FILE |
| RODRIGUEZ, ERICK | ON FILE |
| RODRIGUEZ, ERICK | ON FILE |
| ROGER FOX | ON FILE |
| RONNIE BURCHETTE | ON FILE |
| ROSALYN BURNS | ON FILE |
| RYAN BEDWELL | ON FILE |
| RYON MICHAEL CRISP | ON FILE |
| SABRINA BROOMFIELD | ON FILE |
| SHAMS DAUOD | ON FILE |
| SHAUNA FRISCO | ON FILE |
| SHAUNA SHOULETTE FRISCO | ON FILE |
| SHAWN BROWN | ON FILE |
| SHAYLA BARTLEY | ON FILE |
| SHELBY BALDWIN | ON FILE |
| STACY BEARD | ON FILE |
| STEPHANIE M CZAJKA | ON FILE |
| THOMAS HAGAN | ON FILE |
| TROY N. BARNES | ON FILE |
| WESLEY GAGE COUCH | ON FILE |
| WILSON COTRIM | ON FILE |

# **Exhibit F**



## Exhibit F
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| 168 TRADING LIMITS | ON FILE |
| ABRAHAM J BRAINARD | ON FILE |
| ALEX T ERVIN | ON FILE |
| AMANDA MARIE AUSTIN | ON FILE |
| AMANDA MARIE AUSTIN | ON FILE |
| AMBRISH BAISIWALA | ON FILE |
| ANDREW ASPROMONTE | ON FILE |
| ANTWAN D AYERS | ON FILE |
| ASHLEY BURGETT | ON FILE |
| AVA HABIB | ON FILE |
| BLAKE ALLISON | ON FILE |
| BODHI DURANT | ON FILE |
| BRIAN COLE | ON FILE |
| BRITT HALFPENNY | ON FILE |
| CAROLYN V BRUCE | ON FILE |
| CHARLES BEASLEY | ON FILE |
| CHRISTIAN BELLIVEAU | ON FILE |
| CODY GILLIS | ON FILE |
| DAVID ALEXANDER | ON FILE |
| DAVID CLARK | ON FILE |
| DAVID GRESHAM | ON FILE |
| DAVID'S HOME SERVICES | ON FILE |
| DAWN DOTSON | ON FILE |
| DENNYS CASTELLANOS | ON FILE |
| DEVON COX | ON FILE |
| DORSA GILANI | ON FILE |
| EDWARD A CERVANTES | ON FILE |
| ERIC GARRISON | ON FILE |
| FEDER, BRIAN | ON FILE |
| GARRY EWEN | ON FILE |
| HANAN BAYDOUN | ON FILE |
| ISAIAH BAKER | ON FILE |
| JADE LOU CONWAY | ON FILE |
| JASON DUNN | ON FILE |
| JEAN ANESTIL | ON FILE |
| JEAN ANESTIL | ON FILE |
| JOHN FRANCIS CAREW | ON FILE |
| JONATHAN BURNS | ON FILE |
| JOSHUA W COX | ON FILE |

# STRETTO

## Exhibit F

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JUSTIN GRESHAM | ON FILE |
| KELLI FOSTER | ON FILE |
| KYLEE ADAMS | ON FILE |
| LEXINGTON LAW FIRM | ON FILE |
| LIANNE AZAR | ON FILE |
| MALIA FARLEY | ON FILE |
| MARCUS FLEMING | ON FILE |
| MARK FRANCO | ON FILE |
| MATTHEW BROWN | ON FILE |
| MAZZOCCHI, DOMENICK | ON FILE |
| MICHAEL FIGUEROA | ON FILE |
| MICHAEL GUSTAFSON | ON FILE |
| NICHOLAS FAGUNDES | ON FILE |
| NICHOLAS FRIAR | ON FILE |
| RANDY GREGORY | ON FILE |
| RICARDO IVAN FELIZ-SOSA | ON FILE |
| RODRIGUEZ, ERICK | ON FILE |
| RODRIGUEZ, ERICK | ON FILE |
| ROGER FOX | ON FILE |
| ROSALYN BURNS | ON FILE |
| RYAN BEDWELL | ON FILE |
| SABRINA BROOMFIELD | ON FILE |
| SHAMS DAUOD | ON FILE |
| SHAWN BROWN | ON FILE |
| SHELBY BALDWIN | ON FILE |
| STACY BEARD | ON FILE |
| STEPHANIE M CZAJKA | ON FILE |
| TROY N. BARNES | ON FILE |
| WESLEY GAGE COUCH | ON FILE |

# Exhibit G



**Exhibit G**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| ADA JOLLA | ON FILE |
| ALEXANDRA HECHT | ON FILE |
| ALVAREZ, REBECCA | ON FILE |
| ALVIN K TEDJO | ON FILE |
| ANDRE JOSEPH LAFLAMME | ON FILE |
| ANDREA PARKER | ON FILE |
| ANDRE-JUNIOR LAFLAMME | ON FILE |
| ANNA ROMAK | ON FILE |
| ANNA SCHWAMBACH | ON FILE |
| ARKIVIAS JONES | ON FILE |
| ARKIVIAS JONES | ON FILE |
| ARKIVIAS JONES | ON FILE |
| ARTHUR TOMCZAK | ON FILE |
| ARTHUR TOMCZAK | ON FILE |
| ATILJAN RAHMANOSKI | ON FILE |
| AUSTIN COLE WADE | ON FILE |
| AUSTIN WADE | ON FILE |
| BELINDA LIM | ON FILE |
| BETHANY STEVENSON | ON FILE |
| BLANCA I. SILVA | ON FILE |
| BRENNAN THOMAS MCGEE | ON FILE |
| BRIAN ORTIZ | ON FILE |
| BRYAN HARDWICK | ON FILE |
| BRYAN HARDWICK | ON FILE |
| CASSIDY KOHMANN | ON FILE |
| CASSIDY TANCRELL | ON FILE |
| CELSIUS NETWORK LLC | ON FILE |
| CELSIUS NETWORK LLC | ON FILE |
| CHARLES PEARSON | ON FILE |
| CHARLES SMALL | ON FILE |
| CHRIS HARTSOOK | ON FILE |
| CHRISTOPHER TARRANT | ON FILE |
| CLYDE L WALKER | ON FILE |
| COLIN MAGARO | ON FILE |
| DANIEL DOMINGUEZ RAMIREZ | ON FILE |
| DANIELLE A ROMERO | ON FILE |
| DAVID SIMONS | ON FILE |
| DAWN PARSONS | ON FILE |
| DEHASS, JOHN | ON FILE |

**STRETTO**

**Exhibit G**

Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| DIEGO SANCHEZ | ON FILE |
| DONALD JOSEPH STEPHENS | ON FILE |
| DUSTIN PAUL TURNBOW | ON FILE |
| DYLAN PASSETTI | ON FILE |
| E G MICHAELSON | ON FILE |
| ELLA RULEY | ON FILE |
| EMELIE RAMIREZ | ON FILE |
| EMILY SNYDER | ON FILE |
| ESPERANZA MICHELLE MOURDOCH | ON FILE |
| EUN KIM | ON FILE |
| FALON SONS | ON FILE |
| FALON SONS | ON FILE |
| FLORA KOVACS | ON FILE |
| FLORA KOVACS | ON FILE |
| FUJII, KENJI | ON FILE |
| GEORGE MARIAN IVANCUTA | ON FILE |
| GEOVANNI PEREZ | ON FILE |
| GREGORY J KRINO | ON FILE |
| HANNAH SHIPMAN | ON FILE |
| JACQUELINE WHEELER | ON FILE |
| JAM | ON FILE |
| JAMES M MESSICK | ON FILE |
| JAMES TAYLOR | ON FILE |
| JANI PARLAS | ON FILE |
| JANI PARLAS | ON FILE |
| JAZMIN LOCKS | ON FILE |
| JEFFREY MACATANGAY | ON FILE |
| JENNIFER OSHIER | ON FILE |
| JEREMIAH ELI POWELL | ON FILE |
| JESSUP HOLDMAN | ON FILE |
| JOHN M LALONDE | ON FILE |
| JOMARIE GARCIA MAROHOMBSAR | ON FILE |
| JOMARIE GARCIA MAROHOMBSAR | ON FILE |
| JOMARIE MAROHOMBSAR | ON FILE |
| JONATHAN MILLER | ON FILE |
| JORDAN ROSE | ON FILE |
| JORGE ALEXEIS NUNEZ OLIVARES | ON FILE |
| JOSE FRANCISCO ANDRADE ROSALES | ON FILE |
| JOSE FRANCISCO ANDRADE ROSALES | ON FILE |



**Exhibit G**

Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| JOSEPH N VIGLIOTTI | ON FILE |
| JOSEPH SCHALL | ON FILE |
| JOSIAS MICKENS | ON FILE |
| JUSTIN SANTIAGO | ON FILE |
| KACY STONE | ON FILE |
| KANDYCE | ON FILE |
| KARA MCGREGOR | ON FILE |
| KATE HYATT | ON FILE |
| KELLY RUSSELL | ON FILE |
| KELLY TUONG | ON FILE |
| KENNETH L HEAD | ON FILE |
| KENYA L. NUMAN | ON FILE |
| KEVIN NGUYEN | ON FILE |
| KHONDIDA DESIREE WALTON | ON FILE |
| KHRISTIAAN UMMEL | ON FILE |
| LAURYN OWENS | ON FILE |
| LAWRENCE TWIGG | ON FILE |
| LAYTON HAULER | ON FILE |
| LIUYU | ON FILE |
| LOUIS PEARSON | ON FILE |
| MAJOR LEWIS III | ON FILE |
| MALLORY TATE | ON FILE |
| MARIO LANGE | ON FILE |
| MARLENE MILLER | ON FILE |
| MEGAN RIVERA | ON FILE |
| MEGAN RIVERA | ON FILE |
| MISTY MIGL | ON FILE |
| MISTY PARKER | ON FILE |
| MJ | ON FILE |
| MJ HARRIS | ON FILE |
| MOD SUFIAN JAAPAR | ON FILE |
| MOURDOCHE M ESPERANZA | ON FILE |
| NAOMI IRUENE | ON FILE |
| NICHOLAS SMITH | ON FILE |
| OLIVER, SARALYNN | ON FILE |
| PASCAL | ON FILE |
| POLINA LAMMERS | ON FILE |
| PROSUK, MICHAEL | ON FILE |
| RACHEL THORNTON | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit G**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| RAFAEL MARTE | ON FILE |
| RICARDO RUIZ | ON FILE |
| ROY MICHAEL KLOTZBACH | ON FILE |
| SABASTIAN ANTHONY BURLESON [MEGAN WOODY] | ON FILE |
| SANG THI LE | ON FILE |
| SCOTT MORALES | ON FILE |
| SHAANA WORLDS | ON FILE |
| STEPHANIE JACKSON | ON FILE |
| STEPHANIE SLATER | ON FILE |
| STEPHON LYTTLE | ON FILE |
| TAURUS LAURIE | ON FILE |
| TERI S ROBINSON | ON FILE |
| TESTER | ON FILE |
| TIMOTHY MCCLOUD | ON FILE |
| TRE JACKSON | ON FILE |
| VICTORIA ROBBINS | ON FILE |
| WONG KIN POK | ON FILE |
| WONG KIN POK | ON FILE |
| WWW.3KING.APP | ON FILE |
| WWW.3KING.APP | ON FILE |
| YOGAOGGY | ON FILE |
| YOGAOGGY | ON FILE |
| YUDI | ON FILE |
| YUDI | ON FILE |

# Exhibit H



**Exhibit H**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ALEXANDRA HECHT | ON FILE |
| ALVAREZ, REBECCA | ON FILE |
| ALVIN K TEDJO | ON FILE |
| ANDRE JOSEPH LAFLAMME | ON FILE |
| ANDRE LAFLAMME | ON FILE |
| ANDRE-JUNIOR LAFLAMME | ON FILE |
| ANDREW DREY SMITH | ON FILE |
| ARKIVIAS JONES | ON FILE |
| ARKIVIAS JONES | ON FILE |
| ARTHUR TOMCZAK | ON FILE |
| AUSTIN COLE WADE | ON FILE |
| AUSTIN WADE | ON FILE |
| BETHANY STEVENSON | ON FILE |
| BLANCA I. SILVA | ON FILE |
| BRYAN HARDWICK | ON FILE |
| BRYAN HARDWICK | ON FILE |
| CELSIUS NETWORK LLC | ON FILE |
| CELSIUS NETWORK LLC | ON FILE |
| CHARLES PEARSON | ON FILE |
| CHARLES SMALL | ON FILE |
| CHRIS HARTSOOK | ON FILE |
| CLYDE L WALKER | ON FILE |
| DANIEL RAY STEWART | ON FILE |
| DANIELLE A ROMERO | ON FILE |
| DAWN PARSONS | ON FILE |
| DEHASS, JOHN | ON FILE |
| DONALD JOSEPH STEPHENS | ON FILE |
| DUSTIN PAUL TURNBOW | ON FILE |
| DYLAN PASSETTI | ON FILE |
| E G MICHAELSON | ON FILE |
| ESPERANZA MICHELLE MOURDOCH | ON FILE |
| ESTEBAN QUINTANA | ON FILE |
| EUN KIM | ON FILE |
| FALON SONS | ON FILE |
| FLORA KOVACS | ON FILE |
| FLORA KOVACS | ON FILE |
| FUJII, KENJI | ON FILE |
| GEORGE MARIAN IVANCUTA | ON FILE |
| GEOVANNI PEREZ | ON FILE |



## Exhibit H
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| IANA IAKOVENKO | ON FILE |
| IANA IAKOVENKO | ON FILE |
| JACQUELINE WHEELER | ON FILE |
| JAM | ON FILE |
| JAMES M MESSICK | ON FILE |
| JAMES TAYLOR | ON FILE |
| JANI PARLAS | ON FILE |
| JANI PARLAS | ON FILE |
| JAZMIN LOCKS | ON FILE |
| JEFFREY MACATANGAY | ON FILE |
| JENNIFER OSHIER | ON FILE |
| JEREMIAH ELI POWELL | ON FILE |
| JESSUP HOLDMAN | ON FILE |
| JOHN M LALONDE | ON FILE |
| JOMARIE GARCIA MAROHOMBSAR | ON FILE |
| JOMARIE GARCIA MAROHOMBSAR | ON FILE |
| JOMARIE MAROHOMBSAR | ON FILE |
| JONATHAN WHALEY | ON FILE |
| JORDAN ROSE | ON FILE |
| JORGE ALEXEIS NUNEZ OLIVARES | ON FILE |
| JOSE FRANCISCO ANDRADE ROSALES | ON FILE |
| JOSE FRANCISCO ANDRADE ROSALES | ON FILE |
| JOSEPH N VIGLIOTTI | ON FILE |
| JOSEPH SCHALL | ON FILE |
| JOSIAS MICKENS | ON FILE |
| JUSTIN SANTIAGO | ON FILE |
| KACY STONE | ON FILE |
| KATE HYATT | ON FILE |
| KELLY RUSSELL | ON FILE |
| KELLY TUONG | ON FILE |
| KENNETH L HEAD | ON FILE |
| KENYA L. NUMAN | ON FILE |
| KEVIN NGUYEN | ON FILE |
| KHONDIDA DESIREE WALTON | ON FILE |
| KHRISTIAAN UMMEL | ON FILE |
| LATONYA RAFFERTY | ON FILE |
| LAWRENCE TWIGG | ON FILE |
| LOUIS PEARSON | ON FILE |
| MAJOR LEWIS III | ON FILE |



**Exhibit H**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| MALLORY TATE | ON FILE |
| MARCIN WIELECHOWICZ | ON FILE |
| MARISSA HARRIS | ON FILE |
| MARLENE MILLER | ON FILE |
| MEGAN RIVERA | ON FILE |
| MEGAN RIVERA | ON FILE |
| MISTY MIGL | ON FILE |
| MJ | ON FILE |
| MJ HARRIS | ON FILE |
| MOURDOCHE M ESPERANZA | ON FILE |
| NAOMI IRUENE | ON FILE |
| NEAL SOLES | ON FILE |
| NICHOLAS SMITH | ON FILE |
| NICOLE SHULER | ON FILE |
| NINA MITCHELL | ON FILE |
| OLIVER, SARALYNN | ON FILE |
| PASCAL | ON FILE |
| PROSUK, MICHAEL | ON FILE |
| RACHEL THORNTON | ON FILE |
| RAFAEL MARTE | ON FILE |
| RICARDO RUIZ | ON FILE |
| SABASTIAN ANTHONY BURLESON [MEGAN WOODY] | ON FILE |
| SANG THI LE | ON FILE |
| SCOTT MORALES | ON FILE |
| STEPHANIE JACKSON | ON FILE |
| STEPHANIE SLATER | ON FILE |
| STEPHON LYTTLE | ON FILE |
| TERI S ROBINSON | ON FILE |
| TRE JACKSON | ON FILE |
| VICTORIA ROBBINS | ON FILE |
| WATSON, JERRELL | ON FILE |
| WWW.3KING.APP | ON FILE |
| YOGAOGGY | ON FILE |
| YUDI | ON FILE |
| ZACH WILKINS | ON FILE |

# Exhibit I

STRETTO

**Exhibit I**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| DAVID GRESHAM | ON FILE |
| JUSTIN GRESHAM | ON FILE |
| KIMBERLY DANIELS | ON FILE |
| LUIS MANUEL ESCOBAR | ON FILE |
| RISHI BHAKTA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# Exhibit J



## Exhibit J

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| CHRISTOPHER WILSON-SMITH | ON FILE |
| JAMES TIMOTHY JOHNSON JR | ON FILE |
| JAMES TIMOTHY JOHNSON JR | ON FILE |
| JOAO MONTEIRO | ON FILE |
| KRIS JUAREZ | ON FILE |
| LAWRENCE MATIPANO | ON FILE |
| RUBEN MORENO | ON FILE |
| RUSSELL CHENIER CFO PROPERTY AND ESTHETICS | ON FILE |