A-6-3 The Fennel, 2 Jalan Amra
Kuala Lumpur, Malaysia, 51000
sroshiv@gmail.com
4th September 2024

The Honorable Martin Glenn
United States Bankruptcy Court
Southern District of New York

**Re: Celsius Network Case No. 22-10964 – Urgent Request Regarding First Distribution**

Dear Judge Martin Glenn,

I am writing again to express my continued concern regarding the delays in the distribution process for overseas clients in the Celsius Network bankruptcy case, Case No. 22-10964. While I have followed the court proceedings closely and understand the complexities involved, the lack of progress in resolving the distribution to overseas clients has caused significant stress and financial strain.

In early August, I submitted a letter to the Court outlining the critical situation my family and I are facing, particularly due to significant medical challenges. I was hopeful this would prompt clearer communication and expedite the distribution process, which we are still waiting on. After sending my first letter, Kirkland & Ellis LLP kindly responded later in August with a suggestion, given my unique position as a Malaysian client with an American bank account, to bypass the Hyperwallet system (which might take weeks) and submit a support ticket to provide my wire transfer details directly.

While this option seemed like a constructive path forward, I have yet to receive any follow-up after submitting numerous support tickets to finalize my wire transfer details. It has now been over 1.5 weeks since my last submission, and I still have not received any response or guidance. The delay in communication is deeply frustrating, especially after being given hope of a resolution. As time goes on, the financial and emotional strain continues to mount, affecting my ability to manage my family's urgent medical expenses.

I respectfully urge the Court to ensure that those of us overseas who were provided this option for wire transfers receive the necessary attention to complete the process. We simply want this matter resolved as soon as possible, so we can move on from this distressing chapter. The continued uncertainty, lack of communication, and prolonged delays are exacerbating an already stressful situation for myself and many other overseas clients.

I appreciate the Court's consideration of this matter and hope that swift action can be taken to address these concerns. We all just want to move forward, and any assistance the Court can provide in making that happen would be immensely appreciated.

Thank you once again for your attention to this issue.

Respectfully,
**Roshiv Sheth A/L Kirit Kumar**