Joseph Popolizio
301 Cloves Court
Raleigh, NC 27614
jpop191@gmail.com
(919) 426-8029
9/8/2024

The Honorable Martin Glenn
Chief Judge
United States Bankruptcy Court
Southern District of New York

Dear Judge Glenn,

I hope this letter finds you well. My name is Joseph Popolizio and I am a creditor associated with the bankruptcy of Celsius Network. I am writing to you today to express my concerns of the recovery of the claim that is owed to me.

I understand that Celsius has used Stretto to assist with the distribution of claims owed to creditors associated with the Celsius Bankruptcy case. The distributions began back in February of this year, but I still have not received my distribution, even after countless attempts to contact the support team. The last time I was able to get in contact with a Stretto support member was in early April of this year, and the communication involved updating the email address associated with my account, as the previous email used I no longer have access to, jrpopoli@ncsu.edu. I was told to create a coinbase account under my new email, jpop191@gmail.com, which I did, and was told I would receive further communication within the coming weeks.

I never received any further communication from the Stretto team and have followed up multiple times to no avail. I am deeply concerned that my claim will go unprocessed and I will never receive the money that is owed to me. I have seen some statistics reporting that the majority of the claims have been processed, but unfortunately I still have not received mine. I am kindly asking you to see if there is anything that you can do to expedite the processing of my claim so that I can receive the money/crypto that is owed to me.

Thank you very much for your time and consideration.

Sincerely,
Joseph Popolizio