**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*[1]<br><br>Post-Effective Date Debtors. | ) Chapter 11<br>)<br>) Case No. 22-10964 (MG)<br>)<br>) (Jointly Administered)<br>) |

**NOTICE OF ERRATA TO STATEMENT RELATING TO THE SELECTION OF COINBASE AS DISTRIBUTION AGENT FOR LIQUID CRYPTOCURRENCY TO CORPORATE AND INTERNATIONAL CREDITORS**

White & Case LLP ("**W&C**"), the former counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), files this notice of errata (the "**Errata**") to the *Statement Relating to the Selection of Coinbase as Distribution Agent for Liquid Cryptocurrency to Corporate and International Creditors* [Docket No. 7662] (the "**Statement**") and states as follows:

**NOTICE OF ERRATA**

1. W&C respectfully submits the Errata to correct an inadvertent typographical error in paragraph 10 of the Statement.

2. Paragraph 10 states, in relevant part, that "The Committee discussed the 100 corporate creditor limit with the Debtors in August 2024" and should instead state that "The Committee discussed the 100 corporate creditor limit with the Debtors in August 2023."

---

[1] The Post-Effective Date Debtors (and prior to the effective date of the confirmed plan of reorganization, the "**Debtors**") in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

|  |  |
|---|---|
| Dated: September 9, 2024<br><br>Los Angeles, California | Respectfully submitted,<br><br>/s/ *Aaron Colodny*<br>**WHITE & CASE LLP**<br>Aaron Colodny (admitted *pro hac vice*)<br>555 South Flower Street, Suite 2700<br>Los Angeles, California 90071<br>Telephone: (213) 620-7706<br>Facsimile: (213) 452-2329<br>Email: aaron.colodny@whitecase.com |