To: The Honorable Judge Martin Glenn  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408  
U.S.A.

Friday, 06 September 2024

From: Thomas Joseph Pick  
159/240 Moo 12, Jomtien Beach Road  
Nongprue, Banglamung;  
Chonburi 20150  
THAILAND

Email: pickf@hotmail.com  
Cell phone: +1 414 446 2601  
Social Security Number: xxx-xx-5543  
Date of Birth: 31 July 1952

Subject: Case Number: 22-10964 (MG)  
Stretto has not provided my settlement.

Dear Your Honor;

Could you please instruct Stretto to send me my Celsius distribution?  
It has been 9 months since the Court ordered Stretto to pay out the Celsius Earn Creditors.  
I have not been paid as of yet!

From the Stretto Knowledge Base, I should be getting a cash settlement.  
This is to be via a bank-wire-transfer or a $U.S. Dollars check mailed to me.

I am a U.S.A. citizen, 72 years old, retired in Thailand. I am a resident of Thailand.  
Coinbase is not allowed to operate in Thailand.  
Thus, I am to receive a cash distribution, rather than liquid crypto currency.

How difficult is that? A couple of clicks from Stretto's computer mouse should send a bank-wire-transfer form to me for completion.

Whenever I write to Stretto, they do not read my emails and do not answer my questions. Stretto sends out batch emails with generic responses that are meaningless.

Could you please apply a little pressure on Stretto and instruct Stretto to pay me my settlement?

Sincerely,

*Thomas Joseph Pick*

Thomas Joseph Pick  
Celsius Earn Creditor

Attachments: Tom's email to Stretto with Randy's reply. 27Aug2024.  
Tom's email question for Stretto's Randy. 06Sept2024

RECEIVED SEP 1 2 2024 U.S BANKRUPTCY COURT

## Question for Randy

tom p <pickf@hotmail.com>
Fri 9/6/2024 4:18 PM
To:Stretto Celsius <celsiusdistribution@stretto.com>;tom p <pickf@hotmail.com>

Friday, 06 September 2024

Dear Randy;

It has been 10 business days (2 weeks), since you wrote me your generic email.

You have obviously not read the details of my letters to Stretto, and sent a batch email to others including myself in regard to our unpaid Celsius Earn Creditor distributions.

You need to settle with me via bank-wire-transfer or a mailed $U.S. Dollar check.
This is per the Knowledge Base frequently asked questions.
Or, you mentioned an alternate source for distribution may be forthcoming.

As I have told Stretto a number of times, I am a U.S.A. citizen.
I live in Thailand. I am a Thailand resident.

Coinbase does not have authority to operate in Thailand.
Coinbase sent me a letter stating this, which I passed on to Stretto.
Whenever I tried to open a Coinbase account, it was always denied.
A red lettered sentence comes back, "Country not supported currently. Try Coinbase Wallet instead!"
Of course, a Coinbase Wallet is not legal for my distribution.

It has been 9 months since the New York Court ordered Stretto to make settlements with the Celsius Earn Creditors. Why is this taking so long? Especially in my case, where you are to send me cash via a bank-wire-transfer, or a check of $U.S. Dollars mailed to me in Thailand.

To send me the bank-wire-transfer form should be just a few clicks on your computer mouse button.
You complain when people write to you multiple times. If you would take care of my business the first time, I would stop contacting you and the matter would be resolved.

Please take care of business now. I am very frustrated and you make me feel sick.

Sincerely,

Thomas Joseph Pick
Celsius Earn Creditor
Primary email: pickf@hotmail.com

Re: We are looking into issues with your Celsius claim distribution

tom p <pickf@hotmail.com>
Tue 8/27/2024 3:51 PM
To:Celsius Distribution <CelsiusDistribution@stretto.com>;tom p <pickf@hotmail.com>

Tuesday, 27 August 2024

Dear Randy;

Thank you for looking into my case personally.

As stated, Coinbase is not allowed to operate in Thailand, my country of residence.
I am a USA citizen passport holder.

I do have a Binance and Crypto.com accounts.
I have a Bank of America checking and savings account in New York, NY, USA.

Looking forward to your alternative solution.

How many BTC and ETH were set aside for my settlement?

Sincerely,

Thomas Joseph Pick
Celsius Earn Creditor

**From:** Celsius Distribution <CelsiusDistribution@stretto.com>
**Sent:** Tuesday, August 27, 2024 12:06 AM
**To:** THOMAS JOSEPH PICK <pickf@hotmail.com>
**Subject:** We are looking into issues with your Celsius claim distribution

Hello,

This is a follow-up after your letter to Judge Glenn and the U.S. Bankruptcy Court for the Southern District of New York regarding Case No. 22-10964.

We review all letters to the court as they provide important additional insight into issues our creditors are experiencing.

Your case was escalated to me, and I'm working on solving the issue(s) delaying your receipt of your claim distribution from Celsius.

Please bear with us while we do what we can to help. I will be in touch shortly to provide more information regarding your claim distribution and any next steps.

Regards,
Randy

Click to unsubscribe from these emails