Abhishek Bhatnagar
Punjab, INDIA
Celsius Account: [Abhi4770d@gmail.com](mailto:Abhi4770d@gmail.com)
11th Sep. 2024

The Honorable Martin Glenn
Chief Judge,
U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green, New York, NY 10004-1408

Subject: Unreceived Distribution in Celsius Network Bankruptcy Case No. **22-10964**

Dear Judge Martin Glenn,

I am writing to express my concern and distress over the ongoing delay in receiving my distribution from **Celsius Network Case No. 22-10964.**

The absence of these funds has not only placed me in a difficult financial situation but has also led to considerable personal anguish. This ongoing uncertainty is affecting my well-being and peace of mind.

**Moreover, the delay in receiving my distribution has resulted in a substantial loss of potential interest income that I could have accrued if the funds had been timely distributed. The missed opportunity to invest are continuously compounding my financial difficulties. I am not sure who is liable for these financial losses which are simply due to delay in distribution within a reasonable time manner.**

I must also highlight that this situation seems to be a result of negligent behavior on the part of the debtor. The failure to expedite the distribution process appears to be a disregard for the court's order and for the well-being of the creditors affected by this case.

Given the seriousness of these issues, I respectfully urge the court to take immediate action to address this delay. Any assistance or intervention that could expedite the distribution process would be immensely appreciated.

Thank you very much for your time and understanding. I sincerely hope for a swift resolution to this matter as it has been more than 7 months of waiting in limbo.

Yours sincerely,
Abhishek Bhatnagar