**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On August 30, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Hearing on Post-Effective Date Debtors' Motion for Entry of an Order Authorizing the Post-Effective Date Debtors to Redact and File Under Seal Certain Confidential Terms of the Supplemental Coinbase Agreement** (Docket No. 7659)

- **Post-Effective Date Debtors' Statement Relating to Selection of Coinbase and Determination of the 100 Corporate Creditor Limit for Liquid Cryptocurrency Distributions** (Docket No. 7660)

- **Notice of Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief** (Docket No. 7661)

Furthermore, on August 30, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served electronic mail on the service list attached hereto as **Exhibit C**:

- **Notice of Hearing on Post-Effective Date Debtors' Motion for Entry of an Order Authorizing the Post-Effective Date Debtors to Redact and File Under Seal Certain Confidential Terms of the Supplemental Coinbase Agreement** (Docket No. 7659)

- **Post-Effective Date Debtors' Statement Relating to Selection of Coinbase and Determination of the 100 Corporate Creditor Limit for Liquid Cryptocurrency Distributions** (Docket No. 7660)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Document Ref: ZDTGS-Y2R6Z-DMPDM-2PQAP

- **Notice of Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief** (Docket No. 7661)

Furthermore, on August 30, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **[Sealed] Notice of Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief**

Dated: September 9, 2024

*Janira Sanabria*
_____
Janira N. Sanabria

State of Colorado        )
                         )  SS.
County of Denver         )

Subscribed and sworn before me this 9th day of September 2024 by Janira N. Sanabria.

*Danielle Harnden*
_____
(Notary's official signature)

> DANIELLE HARNDEN
> NOTARY PUBLIC
> STATE OF COLORADO
> NOTARY ID 20224038481
> MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 117 PARTNERS [AS ASSIGNEE OF CELSIUS SPV1 LTD] | ATTN: THOMAS BRAZIEL | 5 GREYHEN LANE | | | SAVANNAH | GA | 31411 | |
| AMON CARD LIMITED [AS ASSIGNEE OF OU, AMON] | COMPANY NO. 12619776 | FLAT 204, FOUNDRY HOUSE | 47 MORRIS ROAD | LONDON | ENGLAND | | E14 6NJ | UNITED KINGDOM |
| ARCTIC SUMMIT, CORP. [AS ASSIGNEE OF JORGE ENTERPRISES G. C., INC.] | | 5990 SW 22ND ST | | | MIAMI | FL | 33155 | |
| BELTON FUND LP | | 808 E 13TH ST | | | AUSTIN | TX | 78702 | |
| BFCP IV LLC | | 800 MIRAMONTE DR | SUITE 380 | | SANTA BARBARA | CA | 93109 | |
| CERATOSAURUS INVESTORS, LLC | C/O FARALLON CAPITAL MANAGEMENT | ONE MARITIME PLAZA | SUITE 2100 | | SAN FRANCISCO | CA | 94111 | |
| CEX CLAIMS US, CORP. | | 3422 OLD CAPITOL TRAIL | PMB 1425 | | WILMINGTON | DE | 19808 | |
| CHEROKEE DEBT ACQUISITION, LLC | | ON FILE | | | | | | |
| CONTRARIAN FUNDS, LLC | | 411 WEST PUTNAM AVENUE | SUITE 425 | | GREENWICH | CT | 6830 | |
| COVARIO AG | | ON FILE | | | | | | |
| DIAMOND FAMILY INVESTMENTS LLC | | 109 ELK AVE | | | NEW ROCHELLE | NY | 10804 | |
| EDS FINANCIAL SERVICES INC. | | 24 HAMMOND #C | | | IRVINE | CA | 92618 | |
| FAROE SERVICES, LLC | | PMB 1149 | 224 W 35TH ST | SUITE 500 | NEW YORK | NY | 10001 | |
| FTX BIDCO LLC | | 90 ARGYLE AVE | | | NEW ROCHELLE | NY | 10804 | |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. | | 675 THIRD AVE | 10TH FLOOR | | NEW YORK | NY | 10017 | |
| KB507 LLC | | 10830 SW 69 AVE | | | PINECREST | FL | 33156 | |
| LANTERN VENTURES LTD. [AS ASSIGNEE OF PHAROS FUND SPC - PHAROS ETH+ SP] | | 71-75 SHELTON STREET | | | LONDON | | WC2H 9JQ | UNITED KINGDOM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST | SUITE 2700 | LOS ANGELES | CA | 90071 | |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | | MIAMI | FL | 33131 | |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR | SUITE 5100 | CHICAGO | IL | 60606 | |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | | NEW YORK | NY | 10004-1459 | |
| OROBOROS CEL I, LLC | | 4 LAKESIDE DR | CHOBHAM LAKES | WOKING | SURREY | | GU24 8BD | UNITED KINGDOM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | | WASHINGTON | DC | 20006-1806 | |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | | NEW YORK | NY | 10019 | |
| PUBLIC MINT INC. | | 8 THE GREEN | SUITE A | | DOVER | DE | 19901 | |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | 415 EAST 52ND STREET SUITE 3 | | NEW YORK | NY | 10022 | |
| SERRUR INVESTMENT PARTNERS, LP | | ON FILE | | | | | | |
| SLFAQ, LLC | ATTN: JARRED HERZBERG | 670 WHITE PLAINS RD | PENTHOUSE SUITE | | SCARSDALE | NY | 10583 | |
| THE KINGDOM TRUST COMPANY | | 7336 W POST RD | | | LAS VEGAS | NV | 89113-6645 | |

# **Exhibit B**

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| 117 PARTNERS [AS ASSIGNEE OF CELSIUS SPV1 LTD] | ATTN: THOMAS BRAZIEL | | TOM@117PARTNERS.COM |
| AMON CARD LIMITED [AS ASSIGNEE OF OU, AMON] | COMPANY NO. 12619776 | | SAVVA@AMON.TECH PRODUCTION_MANAGER@AMON.TECH DANIEL@AMON.TECH |
| ARCTIC SUMMIT, CORP. [AS ASSIGNEE OF JORGE ENTERPRISES G. C., INC.] | | | JGJORGE@ASUMCORP.COM |
| BELTON FUND LP | | | AALFONZETTI@GREATPOINTCAPITAL.COM |
| BFCP IV LLC | | | TIM.BABICH@NEXXUS-HOLDINGS.COM |
| CERATOSAURUS INVESTORS, LLC | C/O FARALLON CAPITAL MANAGEMENT | | MLINN@FARALLONCAPITAL.COM |
| CEX CLAIMS US, CORP. | | | ACCELNORM@CEX.CLAIMS |
| CHEROKEE DEBT ACQUISITION, LLC | | | ON FILE |
| CONTRARIAN FUNDS, LLC | | | TRADECLAIMSGROUP@CONTRARIANCAPITAL.COM OPERATIONS@CONTRARIANCAPITAL.COM |
| COVARIO AG | | | ON FILE |
| DIAMOND FAMILY INVESTMENTS LLC | | | AMAN.SAWHNEY@DIAMONDFO.COM IRV.SCHLUSSEL@DIAMONDFO.COM |
| EDS FINANCIAL SERVICES INC. | | | ON FILE |
| FAROE SERVICES, LLC | | | ON FILE |
| FTX BIDCO LLC | | | ON FILE |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. | | | JWOODMANSEE@TREOAM.COM |
| KB507 LLC | | | CONTACT@KOMODOBAY.COM |
| LANTERN VENTURES LTD. [AS ASSIGNEE OF PHAROS FUND SPC - PHAROS ETH+ SP] | | | CLAIMS@LANTERNVENTURES.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OROBOROS CEL I, LLC | | | MICHAEL@ARCEAUCAPITAL.COM |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| SERRUR INVESTMENT PARTNERS, LP | | | ON FILE |
| SLFAQ, LLC | ATTN: JARRED HERZBERG | | JARRED@SARACHEKLAWFIRM.COM |

## **EXHIBIT C**

Served via Electronic Mail

(For unredacted information, please contact Stretto by email at TeamCelsius@stretto.com or by telephone at 855-423-1530)

1 PLUS 1 SENIOR CARE INC

1000 SIX LLC

10629391 CANADA INC.

10X LIFE LLC

12042762 CANADA INC.

12110806 CANADA INC.

12284260 CANADA INC.

1283847 B.C. LTD.

12959577 CANADA INC.

1335073 B.C. LTD.

13681092 CANADA INC.

1855 INDUSTRIES LLC

1968420 ONTARIO INC.

1983283 ONTARIO INC.

1993 HOLDINGS LLC

2052539 ONTARIO LTD

2190484 ALBERTA LTD

2247 TAYLOR LLC

2392953 ALBERTA LTD.

2633124 ONTARIO INC

28 BELOW PTY LTD

2825825 ONTARIO INC.

2830646 ONTARIO INC.

3 BROS INVESTMENTS PTY LTD ATF DI NUZZO FAMILY TRUST

3RD LAB OÜ

49 MUSES, LLC

4XP MINING CDXX LLC

6101 ARLINGTON BLVD LLC

6955101 MANITOBA LTD.

8339074 CANADA INC

9396-0565 QUEBEC INC

9486968 CANADA INC.

A & D CARPENTER SUPER PTY LTD

A & JC INVESTMENT PROPERTIES LLC

A & L DE MEIO SUPER FUND

A & L REED PTY LTD AS TRUSTEE FOR A & L REED FAMILY TRUST

A BETTER BOAT, LLC

A MENDIK SUPER PTY LTD

A PAPPAS FAMILY SUPER FUND

A&V INVEST AS

A.D. MINING, LLC

A1 INVESTMENTS LLC

AAGI INC

AALLEN RD LLC

AB AUSTRALIA SUPER FUND

ABACI LLC

ABHISHEK SUPER PTY LTD (ATF AB SUPER FUND) LTD

ABR INDUSTRIES, LLC

ABRIGHT RD LLC

ABUNDANT ETHOS LLC

ABUNDANT INVESTMENTS LLC

ABUNDANT PROVISIONS LLC

ACADEMIC HEALTH RESEARCH GROUP INC

ACADIR SAS

ACD FAMILY INVESTMENT LLC

ACE IMPACT CONSULTING INC.

ACRONGALE DDO LLC

AD LUNA PTY LTD

AD LUNA SUPER PTY LTD

ADAPTIVE SOFTWARE SOLUTIONS INC.

ADONAI PROFESSIONAL SERVICES, INC

ADRIAN BUCKLAND SUPER PTY LTD

ADVANCE COMPUTER TECHNOLOGIES

ADVANSI SASU

AENCARNACAO RD LLC

AGENCY TRUESTORY AG

AGUILERA FAMILY SUPER PTY LTD

AHT FAMILY SUPERFUND

AIDAN DYKMAN SUPER PTY LTD

AIRETIREMENT LLC

AJ BICKNELL SUPER FUND PTY LTD

AJW INVESTMENTS, LLC

AKERS GROUP LLC

AKIIMO OU

AKITA SUPER FUND PTY LTD ATF AKITA SUPER FUND

ALBAR AUSTRALIA PTY LTD ATF ALBAR FAMILY TRUST

ALBERTI SUPER PTY LTD ATF ALBERTI SUPER FUND

ALC HOLDINGS LTD.

ALCHEMY CAPITAL PARTNERS LP

ALEJANDRO INVESTMENTS LLC

ALEXANDER LU-PON REVOCABLE TRUST

ALGO CAPITAL LLC

ALHA HOLDING APS

ALIZESC SRL

ALL FOR HIM INVESTMENTS LLC

ALL OUT SERVICES LLC

ALLIANCE SERVICE INC

ALOHA NOMINEES PTY LTD LTD

ALPHA FOCUS, LLC

ALPHA SIGMA CAPITAL FUND, LP

ALPHAPOINT GLOBAL LTD

ALPINE ROCKERY LLC

ALTERNATE CURRENCY MINING & ASSET COMPANY, LLC

ALVEN JEROME KROOT AGREEMENT OF TRUST DATED JULY 16, 1990, AS AMENDED

ALYMAX SAS

AM VENTURES HOLDING INC.

AMASYS SUPERANNUATION FUND

AMAZONICA VERDE PTY LTD

AMBITIOUS TYPES LLC

AMELYORE DIGITAL ASSETS FUND LTD

AMILLER RD LLC

AMKM SUPER PTY LTD

AMPLE CHANCE GROUP LIMITED

AMY MOONSHOT TRUST

AN EYE TOWARD RETIREMENT LLC

ANB CONSULTING INC.

ANDARI CO LTD

ANDERSEN HOLDINGS LLC

ANDERSEN INVEST LUXEMBOURG S.A. SPF

ANDERSON APPLICATIONS LLC

ANDREW & KAREN FIERY PTY LTD

ANDREW BRENTON SUPER FUND

ANNA & KRISTIAN AB

ANTARTON EXPERTISE LTD

ANTHONY CAMERON HOLDINGS LTD

ANTONIO DAGGETT INVESTMENT TRUST

ANUBI DIGITAL SRL

ANUBI DIGITAL SRL

ANUBI DIGITAL SRL - CLIENT ACCOUNT

ANWAR ANDERSSON HOLDING AB

AOS INVESTMENTS LLC

APARICIO LAW FIRM 2020 PROFIT SHARING PLAN 401K

APEX EQUITY LLC

APRITIKIN RD LLC.

APS-MATERIALS, INC.

APV INVESTMENTS, LLC

ARATIVE INVESTMENTS LLC

ARBO CAPITAL INC.

ARCADIA CONSOLIDATED LLC

ARCANUS R LLC

ARCHIMEDES SOLUTIONS INC

ARGENT LLC

ARGONAUDID OÜ

ARIDENOUR RD LLC

ARKIPO LIMITED PARTNERSHIP

ARKMIND OU

ARMADA MANAGEMENT CORP

ARMAO IMPERIUM PTY LTD

ARMB20210210 LLC

ARNESK LLC

ART_ROD LLC

ARTHURS TRUST

ARTISANOV CONSTRUCTION INC

ASA SUPERFUND PTY LTD

ASC11 LLC

ASGARD HOLDINGS

ASKETIC SIA

ASTON INVESTING

ASTRAM CAPITAL B.V.

ASTRO SUPER FUND PTY LTD

ASTUTE ACTIONS INC

ATARAXIA SOLUTIONS

ATB DISTRIBUTION

ATB VENTURES LLC

ATC INVESTMENT TRUST

ATLANTIS INVESTMENTS AUSTRALIA PTY LTD

ATLAS BTC MINING LLC

ATNJ OU

ATRAN RD LLC

AUCHETTL SUPER FUND PTY LTD

AUDARYA -

AURELIO HOLDINGS PTY LTD

AURORA ESTATE TRUST

AUSHI SUPER

AUSOLA LLC

AUXILIARY FORCE LLC

AV IMPORTS LIMITED

AVAN TRUST

AVIATION FLEET SUPPORT CORPORATION PTY LTD

AW ARMS LLC

AW INVESTMENT GROUPS LLC

AWD INVESTMENTS LLC

AX MOMENTUM LP

B & B TRUST

B&L MCARDLE SUPER FUND PTY. LTD.

B&S PRIDMORE SUPER FUND PTY LTD

B.E.C. LLC

BABBBIT-2, LLC

BAHATI NZURI PTY LTD ATF UHURU TRUST

BALLARUE PTY LTD

BAMBI CORPORATION PTY LTD

BANANA CRYSTAL INC.

BANANA LEAF, LLC

BANGSUND PHAMILY TRUST

BARBER HUA SUPER PTY LTD

BAREA MANAGEMENT PTY LTD

BARTON FLOORING PTY LTD

BAST AUSTRALIA PTY LTD

BATIBOU TRUST

BATTEN HOLDINGS AUSTRALIA PTY LTD IN TRUST FOR BATTEN FAMILY SUPERANNUATION FUND

BAUX & CO S DE RL DE CV

BAYLOR FAMILY SUPER FUND PTY LTD

B-BRICK. INC.

BC1299841 BC LTD.

BCK HARBOUR LLC

BDC-HQ OÜ

BEACON ROTH LLC

BEACON TRADITIONAL LLC

BEAR HUNG SUPER FUND

BEATS WORKING LLC

BEAULIEU TRUST

BECHILD HOLDINGS INC

BECKER VENTURE CAPITAL

BEE CAPITAL BVBA

BEEP BOOP LABS LLC

BEICHBERGER RD LLC

BELL ROSE HOLDINGS

BELLE AND TESSA LLC

BELMION INVERSIONES SL

BEMONERO LLC

BEN & GERRI SUPERANNUATION FUND

BENAVIDES CAPITAL PTY LTD

BENEDICT AVENUE HOLDINGS LLC

BENEGO PTY LIMITED

BENJAMIN BROTHERS AB

BENJAMIN MURKEN LLC

BERMAN PROPERTY GROUP LLC

BERNAT FAMILY OFFICE, SL

BET IT ON BLACK PTY LTD

BETHANY RELIEF AND REHABILITATION INTERNATIONAL

BETTINA J SPAIN REVOCABLE LIVING TRUST

BEYOND ASSOCIATES LLC

BF PORTFOLIO BUILDER SPC

BFALLER RD LLC

BFALLER ROTH RD LLC

BG DIVERSIFIED LLC

BICAMERAL VENTURES INC BICAMERAL VENTURES INC

BIER BROS LLC

BIG CAT IRA LLC

BIG SKY LITTLE CLOUD SOLOK LLC

BIGHORN 1992 TRUST DATED MARCH 16, 2021

BIIG LLC

BILAL SUPER FUND

BILLEAUD CONSULTING LLC

BINCENTIVE INC

BITCOIN ALPHA SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC

BITGOLD LLC

BITPUN HOLDINGS, LLC LLC

BITS OF SUNSHINE LLC

BJ INVESTMENT HOLDINGS, LLC

BJJ CAVEMAN LLC

BJMASS LTD

BK OFFSHORE FUND LTD.

BKC 1998 INC.

BL MINING INC.

BLACK BELT INVESTMENTS, LLC

BLACKBEAR SUPER FUND

BLAKE MILLER LLC

BLAQ SUPER PTY LTD

BLDJ LLC

BLIEVERNICHT FAMILY FOUNDATION, INC

BLINK DIGITAL SOLUTIONS LLP MINING

BLINK LLP

BLOCK DIGITAL CORPORATION

BLOCK VENTURES

BLOCKCHAIN MOMENTUM, LP

BLOCKCHAIN SMSF PTY LTD

BLOCKLABS LIMITED

BLOCKMOUNT CAPITAL LTD

BLUE ARROW INTERNATIONAL LLC

BLUE CHIP ENTERPRISES

BLUE DIGITAL MEDIA

BLUE DRAGON MARKETING INC

BLUE ENTERPRISE HOLDINGS, LLC

BLUE HORIZON CAPITAL PTY LTD

BLUE ISLAND INC

BLUE WORLD PROPERTIES, TRUST

BLUEBABY LOGISTICS LLC

BLUESTREAM CAPITAL PTY LTD AS TRUSTEE FOR BLUESTREAM SUPER FUND

BMC VENTURES, INC.

BNK TO THE FUTURE

**BODHI NOW, LLC**

**BODHI TREE SUPER FUND**

**BOFUR CAPITAL LLC**

**BOKHOUR PLATINUM TRUST**

**BOLD FUTURE CONSULTING, LLC**

**BONAVITA INVESTMENTS PTY LIMITED**

**BONNAH INVESTMENTS LIMITED**

**BOORER FAMILY SUPER PTY LTD**

**BORTH RD LLC**

**BOS RESEARCH TRUST**

**BOUNTIFUL SPRINGS INVESTMENTS LLC**

**BOV ENTERPRISES INC**

**BOZJ20201213 LLC**

**BOZJ20210224 LLC**

**BPST PTY LTD**

**BRACKENBURY CAPITAL LIMITED**

**BRADFORD GROUP PTY LTD**

**BRAUNE BOSHOFF SUPERANNUATION PTY LTD**

**BREEN IT SOLUTIONS LTD**

**BRENDAN SMSF PTY LTD**

**BRENT D RUSS LLC**

**BRETT MORGAN BEACHHOUSE SUPER PTY LTD ATF BRETT MORGAN BEACHHOUSE SUPER FUND**

**BRETT P ALDRIDGE SM SUPER PTY LTD**

**BREWER FAMILY SUPER PTY LTD**

**BRIAN T. SLATER REVOCABLE LIVING TRUST**

**BRIDGETOWER INC**

**BRIGHT WATER INTERNATIONAL LLC**

**BROAD REACH CONSULTING LLC**

**BROE FAMILY DENTAL LLC**

**BROTHERS KENWORTHY SUPER PTY LTD**

**BRU TEXTILES NV**

**BRUSSELL DDO LLC**

**BRYAN BRASHEARS, LLC**

**BSLATER DDO LLC**

**BST VENTURES PTY LTD**

**BTCX SUPER PTY LTD**

**BUKTENICA SUPER FUND PTY LTD**

**BULLARD VENTURE FUND, LLC**

**BURMEISTER FAMILY TRUST**

**BURRIDGE FAMILY INVESTMENTS PTY LTD**

**BWALSH RD LLC**

**BWEB SARL**

**BXC 2021 DYNASTY LLC**

**BXC TRUST**

**BYATEC LLC**

**C LAGGAN SUPER FUND PTY LTD**

**C SENESE SUPER PTY LTD**

**C0V1CKS SMSF PTY LTD ATB OF C0NV1CK TRUST**

**C2 CAPITAL MANAGEMENT LLC**

**CABO FAMILY HOLDINGS LLC**

**CAC HOLDINGS 18 LLC**

**CAINVEST INTERNATIONAL S.A.**

**CAIRE CONSULTING LLC**

CAJ KROGH HOLDING APS

CALEB AND BROWN PTY LTD

CALVIN WESLEY HARRISON IV (THE
ESTATE OF CALVIN WESLEY HARRISON III)
TRADITIONAL IRA

CALVIN WESLEY HARRISON ROTH
INVESTMENT TRUST

CAMEL3 INVESTMENTS LLC

CANARIAS TECNOLÓGICA Y SISTEMAS DE
INFORMACIÓN 2013 SLU

CANDEO LLC

CANDLENEST LLC

CANE INVESTMENT HOLDING PTY LTD

CANVAS DIGITAL PTY LTD

CAPITOL RACQUET SPORT INC

CAPS INVESTMENTS LLC

CARO-KANN LTD

CAROLYN VINCENT SUPERANNUATION
FUND

CARRETA CAPITAL LLC

CARTESI LABS LTD

CASA MIFFY PTY LIMITED

CASCADIA MARTIAL ARTS LTD

CASPER HAASTRUP HOLDING APS

CASTLE LEAP FAMILY SUPER PTY LTD

CASTRO/RODRIGUEZ FAMILY TRUST

CBMA ENTERPRISES, LLC

CBSW ENTERPRISES, LLC

CC QUACK, LLC

CCIX GLOBAL (HK) LIMITED

CD BL DAVIES SUPER PTY LTD

CEDAR REAL ESTATE LLC

CEDAR VALLEY HOLDINGS LLC

CEJE FINANCE LLC

CENTIUM INVESTMENTS INC.

CEX.IO LIMITED

CFP CONSULTING LTD.

CG HUNTER SUPER PTY LTD

CGHOLD SC

CHAAARIS LLC

CHAFFORT CONSEIL

CHAIN BROTHERS PTY LTD

CHAMFER LLC

CHARAPOV AND CHARAPOVA MEDICINE
PROFESSIONAL CORPORATION

CHARLES L. WHITE REVOCABLE LIVING
TRUST U/T/D JULY 14, 2006, AND RESTATED
SEP 16, 2016

CHARRIS RD LLC

CHERKTYEK CONSULTING, LLC

CHESTNUT CAPITAL LLC

CHESTNUT OAK LLC

CHIHA SUPER FUND PTY LTD

CHINA EURO SERVICES INTERNATIONAL
LIMITED

CHOMP CAPITAL FUND I LP

CHOMP, SWAMP, & SWEAT LLC

CHOOSE JOY LLC

CHRIST OVER ALL INVESTMENTS LLC

CHRONO BROKER LLC

CHU INVESTMENT GROUP INC

CHURCHILL CLAIMS SERVICES, INC.

CJLOWE SUPERFUND

CLAMTOWN CROSSFIT LLC

CLARE CAPITAL TRUST

CLAYTON DIGITAL LLC

CLEAN WAVE LLC

CLEAR WATER FINANCIAL LLC

CLIFS FOLLY LLC

CLINPLAN LLC

CLWHITE SDIRA LLC

CLYPEUM, INC

CMCARTOR RD LLC

CNX CORPORATION

CODEPATH LLC

COH TECHNOLOGIES PTY LTD

COIN LEGENDARY LLC

COIN MEESTER B.V.

COIN MILL, LLC

COINCATENATE LLC

COINHOUSE LLC

COINLEND GMBH

COINMERCE BV

COINPLAN INC

COINSTELLATION INC.

COLIBRI ICT SOLUTIONS B.V.

COLLECTIVE VENTURES HOLDINGS LLC

COMPOUND CAPITAL LTD

CONALL MEDIA LTD

CONSTRUCTING PARTNERSHIPS

CONSULTING OF PALM BEACH LLC

CONTEMPORARY APARTMENTS LLC

CONWAY FAMILY TRUST

COPERNICO HOLDING APS

COPPER HILL, INC 401(K) PROFIT SHARING PLAN

COPPER HILL, INC. DEFINED BENEFIT PLAN

COR ENGINEERING LTD

CORBAN INVESTMENTS LLC

CORONA HEIGHTS TRUST

COXY & CANNY SUPER PTY LTD

CRAIG VOLCHKO 401K

CRAZYBUTTERFLY S.R.O.

CREA D.O.O.

CREATABLE OÜ

CRESCENT FINANCIAL INC.

CRESCERE GROUP LLC

CRIMSON PERMANENT ASSURANCE LLC

CRINGILA COLLECTIVE SUPER PTY LTD

CROCUS PAELLA LTD

CROWNED CRYPTO LLC

CRYPTO CAPITAL INVESTMENTS LLC

CRYPTO CHROMATIC LLC

CRYPTO FINANCIAL SERVICES PTY LTD

CRYPTO KRESO, LLC

CRYPTOGRAPHY INVESTMENTS LLC

CRYPTOMETAL SUPERANNUATION FUND

CRYSTAL VISIONS SUPER PTY LTD

CSTRINGER RD LLC

CTJT FAMILY INVESTMENTS TRUST

CTJT FAMILY TRUST

CUATROS GATOS LLC

CUNNINGHAME PROPERTIES LLC

CURNOW CAPITAL PTY LTD

CURTAIN WALL, LLC

CURTIS HLUSHAK PROFESSIONAL
CORPORATION

CVOLCHKO RD LLC

CYBERDONN PTY LTD

CYPRESS LLC

D BOYLE FAMILY SUPERANNUATION FUND

D LAU GROUP PTY LTD

D MAC INVESTMENTS LIMITED

D P CITRONI SUPER PTY LTD

D&J MOONSHOT LLC

DA GROUND CO LTD

DABSTER AS

DAKOTA INTERGALACTIC LIMITED

DALE J. WEST CONSULTING LTD

DAMINE LLC

DANELO INVESTMENTS LLC

DANG CAPITAL INVESTMENTS LLC

DANIAN FINANCIAL LLC

DANIEL CALACHE SUPER FUND

DAP HOLDINGS, INC

DAR INVESTMENTS FZC

DARE HOLDINGS LLC

DARING CRYPTO VENTURES LLC

DAVID ALLAN SUPER FUND PTY LTD

DAVID GREGORY FAMILY TRUST

DAVID LYNCH CAPITAL TRUST

DAVID PAUL HOWELL

DAZZLES INTERNATIONAL PTY LTD

DBLAKE RD LLC

DCA OÜ

DCHODL LIFETIME SUPER FUND

DEADLY SMEDLEY SUPER FUND

DEAN BURTON SUPER FUND PTY LTD

DECRYPTION CAPITAL PARTNERS LP

DEEP BLUE CAPITAL INC SOLO 401K

DEERBERRY PTY LTD AS TRUSTEE FOR
DEERBERRY UNIT TRUST

DEGATAGA LLC

DEKA ANDRES EPENDYOUN
INTERNATIONAL INCORPORATED

DELANEY SUPER FUND

DEMILANI PTY LTD

DENAKI INC.

DENERGY PARTNERS LLC

DENNIS ONEAL LLC

DENTAL CORPORATION OF BIANCA YEE
DDS PC

DENTED MOON LLC

DEO GRATIAS IHS LLC

**DESERT USA CORPORATION**

**DESTINY MINISTRIES INTERNATIONAL INC**

**DEVITT & DEVITT PTY LTD ATF THE DEVITT FAMILY TRUST**

**DEW LICKER LLC**

**DFL HOLDINGS LTD.**

**DFY TECH VENTURES LLC**

**DG PARSONS PTY LTD**

**DGH LLC**

**DGL INVESTMENTS LLC**

**DHPJR, INC**

**DIAMOND HANDS FOUNDATION**

**DIAMOND HANDS R3 TRUST**

**DIAZ MALDONADO INTERNATIONAL INVESTMENTS**

**DIFIORE ASA IRREVOCABLE GST TRUST**

**DIFIORE TSA IRREVOCABLE GST TRUST**

**DIGISHARES A/S**

**DIGITAL ASSET VENTURES LIMITED**

**DIGITAL HOST UK LTD**

**DIGITAL SEA MEDIA INC**

**DIGITALVALUE ALLOCATION CORP.**

**DIGITAURUS PTY LTD ATF VANN FAMILY SUPERANNUATION FUND**

**DILIGENT HANDS INVEST, LLC**

**DIMENSIONAL SOLUTIONS PTY LTD AS TRUSTEE FOR THE DIMENSIONAL LIFE TRUST**

**DINO DIGITAL PVT LTD OU**

**DISC SOFT LTD**

**DISCOVERY PHYSIO PTY LTD ATF NATHAN SMITH FAMILY TRUST**

**DIVINE LEGACY TRUST**

**DIVKO, S.R.O.**

**DIXON BND LLC**

**DKAYE RD LLC**

**DKEIM RD LLC**

**DKEIM ROTH RD LLC**

**DL HOST**

**DLAMB RD LLC**

**DLS MEMORIAL LLC**

**DLT SOFTWARE S.R.O.**

**DLUONG RD LLC**

**DMALHOTRA RD LLC**

**DMILLER II RD LLC**

**DNA OVERSIGHT, LLC**

**DODOM RD LLC**

**DONALD MACDONALD PROFESSIONAL CORPORATION**

**DORKON INVESTMENTS PTY LTD**

**DOUBLE EL SOLUTIONS INC**

**DOWN STRAIGHT RIGHT LLC**

**DOWN THE RABBIT HOLE LLC**

**DP WILLIAMS SMSF PTY LTD AS TRUSTEE FOR DP WILLIAMS SUPER FUND**

**DR CHRISTOPHER FRENCH FRENCH (2020)**

**DR REZA FARAJI INC**

**DR. FARISA HOSSAIN INCORPORATED**

**DR. WALTER N LIAO MEDICINE PROFESSIONAL CORPORATION**

DRAGONSTONE LTD.

DREADNOUGHT HOLDINGS LLC

DREAMDRIVER LLC

DREAMWORLD CAPITAL INC.

DRUK HOLDING & INVESTMENTS LIMITED

DRUK HOLDING & INVESTMENTS LIMITED - DRUK PROJECT FUND

DRY DOG INVESTMENTS LLC

DSCA44 LLC

DTETLEY RD LLC

DUCKWEED TRUST

DUMB GRIOTE LLC

DUNGEY FAMILY SUPER FUND PTY LTD

DUNKIRK CAPITAL LLC

DUONG RETIREMENT SUPER FUND PTY LTD

DWAN FAMILY SUPER FUND

DYAUS LLC

DYLAN MACLEOD SUPER PTY LTD

E & KL MURPHY SUPERFUND

E G CURNOW SUPER PTY LTD AS TRUSTEE FOR EG CURNOW SUPER FUND

E.U.R.L CLIC OK

E2E BLOCKCHAINS LLC

EAGLE SHARK A/S

EARLY BIRDS ARTS BV

EBONY LLC

ECI INVESTMENT TRUST

ECLIPSE ALTERNATIVE INVESTMENTS LIMITED

ECOMETICS INC.

ECOMHUB LLC

EDMONDS FAMILY SMSF PTY LTD

ÉDUCATION FUNAMBULES INC

EDWJ20210807 LLC

EDWR20210808 LLC

EFINITY STUDIOS LLC

EGA 401K

EH HOME TOWN LLC

EHRBAR FAMILY SUPER FUND PTY LTD

EIGHT RIVERS, INC.

EIS IMPLEMENT INC

EIS PROPERTIES LLC

EIT INTERNATIONAL

EL POLLO PANCHO SL

ELECTRICAL SERVICE PROS INC

ELEMENTARY WISDOM LDA

ELEVATE HEALTH CHIROPRACTIC & WELLBEING LTD

ELEVATE PUBLISHING LIMITED

ELEVATION PARTNERS LLC

ELIXER PTY LTD AS TRUSTEE FOR THE SINGH SUPERANNUATION FUND

ELIXIR ENTERPRISES LLC

ELJA SUPER PTY LTD

ELLEVAN PTY LIMITED ATF NAVELLE TRUST

ELT TRADES LLC

EMAZING LIGHTS LLC

EMCO TECHNOLOGY, INC.

EMERY FAMILY SMSF PTY LTD ATF EMERY FAMILY SMSF

EMMERSON PTY LTD ATF EMMERSON FAMILY SUPERANNUATION FUND

EMSHWILLER MINING COMPANY LLC

EMSON EXPORTS

EN & KN LLC

ENCOUNTER CHURCH OF BERKS COUNTY

ENDEAVOUR MEDIA LTD

ENDLESS DREAMERS CH TRUST

ENGERMAN INVESTMENT ENTERPRISES LLC

ENTROWISE MEDIA INC.

ENVISION BLOCKCHAIN SOLUTIONS LLC.

E-PAPER INK 00321 LLC

EPICAURELIUS HAVENS LLC

EQUANIMITY HEALTH CARE, P.C. DBA ALLERGY & ASTHMA CONSULTANTS OF MONTANA

ER RETIREMENT FUND PTY LTD

ERLIKH CONSULTING LTD.

ESAOM MINING INC.

ESCAPE VELOCITY VENTURES, LLC

EST NORMALIS OÜ

ESTR, LLC

ETHUP LLC

EUROPEAN MEDIA FINANCE LTD

EVERGREEN PROCESS TRUST

EVOLUTION NETWORKS LLC

EVOLVE WEALTH LIMITED

FABRIC LIBRARY LTD

FAERIE FIRE PTY LTD AS TRUSTEE FOR THE MONY SAK SUPERANNUATION FUND

FAFAFA LLC

FALCON MAX (HK) LIMITED

FALCON RI LLC

FAMLA SPORT OÜ

FAWS FAMILY PTY LTD ATF FAWS FAMILY TRUST

FCP2 RDIR LLC

FCP2 RDIT LLC

FERING ACQUISITIONS INC.

FIACH CLAN PTY LTD

FIELD OF CHANGE LLC

FIFTH KHAGAN LP

FIKTOR SOLUTIONS OÜ

FIN NALOŽBE D.O.O.

FINALSEARCH HOLDINGS LIMITED

FINNGEENEY FAMILY SUPER PTY LTD

FINT SARL

FINWOOD SUPER PTY LTD ATF FINWOOD GROUP SUPERANNUATION FUND

FIRSTINFO LIMITED

FISZER INVESTMENTS, LLC

FISZER INVESTMENTS, LLC (ROTH)

FIVE FOR LIFE AG

FK & RK KIDENYA SUPERFUND

FL3XX GMBH

FLAGLER 67, LLC

FLAT DOG SUPER PTY LTD

FLAVELL PTY LTD THE TRUSTEES FOR H FLAVELL SUPER FUND

FLOATZEN D.O.O.

FLYBIT LLC

FOS HOLDINGS, INC

FOUR THIRTEEN LLC

FOWLER FAMILY CAPITAL PTY LTD

FOX CHASE GROUP

FRASER AU PTY LTD

FREEDOM VENTURES LLC

FREESTYLE INVESTMENTS LLC

FREIO LABS, LLC

FRENCH HAY PROPERTIES L.C.

FRESHES INVESTMENT LLC

FRESHMIND OÜ

FRIO LLC

FRONTIER INTEGRATED INVESTMENTS

FRONTZ HOLDINGS LLC

FU B.V.

FUNCTION1ST PHYSICAL THERAPY TRUST

FUNCTION1ST PHYSICAL THERAPY, LLC

FUNDAMENTAL SECRETS LLC

FUSION PROFESSIONALS PTY LIMITED

FUTURE INVESTMENT TRUST

FUTURE OPTIMIZATION PROFIT SHARING PLAN AND TRUST

FUTURE PERFECT LLC

FUTURE POSSIBILITIES LLC

FUTURIS CAPITAL INC

G&P INVESTOR GROUP INC

G-20 DIGITAL ASSETS SP

G-20 HERMES ADVISORY LTD.

G5 PADAS (PROPERTY AND DIGITAL ASSET SOLUTIONS) LTD

GABRIELIAN NOMINEE PTY LTD ATF GABRIELIAN FAMILY TRUST

GALACTIC TRUST

GAPACITY APS

GARCIA SUAREZ SUPERANNUATION FUND PTY LTD ATF GARCIA SUAREZ SUPERANNUATION FUND

GARDENS OF BABYLON, LLC

GARNET WISE SUPER

GDDLS LLC

GENESIS CRYPTO LLC

GENESIS SPENDTHRIFT TRUST

GEOMETRIC QUANT ALPHA FUND, LTD

GERALD LUO TRUST

GERARD EAKIN PTY LTD

GESTION AUTOPOÏÈSE INC.

GESTION D'ENTREPRISES INTERNET INC.

GESTION LA DUC INC.

GESTION REHAB-U INC.

GGJS FAMILY TRUST

GHOST RHINO MARKETING INC

GHR SPONDULIX REPOSITORY PTY LTD

GHS PACIFIC HOLDINGS LLC

**GIBSON FAMILY SUPERANNUATION PTY LTD**

**GILA M. ROTHBITS LLC**

**GJ MCKINNON SUPER PTY LTD**

**GLOBAL CORE INTERNATIONAL CORP.**

**GLOBAL GRATITUDE, INC.**

**GLOBAL REGENCY LIMITED**

**GLORIEUX SUPER PTY LTD ATF GLORIEUX SUPER FUND**

**GLUEGLUE SRL**

**GOLD METAL CONSTRUCTION**

**GOLDEN BLUE SKY FINANCIAL LLC**

**GOLDEN EAGLE MINING LLC**

**GOLDEN OAKS NOMINEES PTY LTD**

**GOLDEN PHIZZWIZARD PTY LTD**

**GOOD FORREST SUPER PTY LTD**

**GOOD RUBY LLC**

**GOODSTONE ENTERPRISE PTY LTD**

**GOODSTONE ENTERPRISES LTD**

**GOODWIN FAMILY SMSF PTY LTD**

**GOOSE CREEK PTY LTD**

**GORLOCK CENTER CORP**

**GOSPEL FOCUS LTD**

**GOSPROUT PTY LTD**

**GOTNEX LLC**

**GOUDKUIPJE B.V.**

**GOULAS PROPERTIES LLC**

**GOUPIL ET ANTOINE**

**GPT DIAGNOSTICS ROLLOVER LLC**

**GRACOL SERVICES PTY. LTD.**

**GRAND JUANTA SUPER PTY LTD**

**GRANT LEIGH OLIVER PROJECTS PTY LTD**

**GREANEY CORP FUND**

**GREDOS PS 401K TRUST**

**GREEN BLOCK LLC**

**GREEN CAPITAL OF FLORIDA, LLC**

**GREEN HORIZON LLC**

**GREEN LEAF, LLC**

**GREEN LIGHT MINING LLC**

**GREEN MAVERICK BRANDS LTD**

**GREEN MONKEY MARKETING**

**GRIZZLY IRA INVESTMENTS LLC**

**GRO LAWN, INC.**

**GROUNDWATER GROUP LLC**

**GRYPHON DIGITAL MINING INC**

**GT3 LIFESTYLE CONSULTING LLC**

**GUILDFORD ENTERPRISES PTY LTD**

**GUPPY FAM INVESTMENTS PTY LTD AS TRUSTEE FOR GUPPY INVESTMENTS SUPERANNUATION FUND**

**GURPREET GHAG LLC**

**H TRUSSELL INVESTMENTS PTY LTD**

**H&L SUPERFUND PTY LTD**

**H&P CONTRACTOR INC**

**HACKERDAD LLC**

**HAM MEDIA PTY LTD**

**HAMILTRIN PTY. LTD**

**HAPPY D GROUP INC**

**HAPPY FORREST HOLDINGS LTD.**

**HARING STREET, LLC**

**HARMONIC FOUNDRY LLC**

**HARRAY FAMILY TRUST**

**HARRAY HOLDINGS TRUST**

**HARRY PHILLIPS SUPERANNUATION FUND**

**HARTMAN ENTERPRISES SMSF PTY LTD**

**HAS FUTURES LLC**

**HASHIBOI CORP**

**HASHPOWER OÜ**

**HAVENSAVE LLC**

**HAYNES HOLDING, LLC**

**HCM ASSOCIATES, LLC**

**HEAVENLY SCENT PROFESSIONALS LLC**

**HEILIGER HOLDINGS LLC**

**HENSLEY RETIREMENT LLC**

**HERITAGE ONE INVESTMENTS, LLC**

**HERMOSO CAPITAL FUND LLC**

**HERMOSO CAPITAL INVESTMENTS LLC**

**HERO DESIGN LLC**

**HEWITT FAMILY SUPERANNUATION FUND**

**HFIO LLC**

**HIGHLY SENSITIVE REFUGE LLC**

**HIRVINE III FUND LLC**

**HIS INTERIM PTY LTD ATF BJS TRUST**

**HISTON, LLC**

**HK SUPER FUND PTY LTD ATF HK'S SUPERANNUATION FUND**

**HLOW INVESTMENT PTY LTD THE TRUSTEE FOR HLOW INVESTMENT TRUST**

**HMCV CONSULTING SARL**

**HODL INVESTMENTS LLC**

**HODLBERG TRUST**

**HOFFARD SUPER FUND PTY LTD ATF THE HOFFARD SUPER FUND**

**HOGA MANAGEMENT GMBH**

**HOLACRACY ONE LLC**

**HOLLAND RIVER INC (2024747 ONTARIO LTD)**

**HOME 007 LLC**

**HONEY POT INVESTMENTS, LLC**

**HONEYFLOW GMBH**

**HONOR 1000 MOVEMENT INC**

**HORNE CONSULTING LLC**

**HORNE INTERESTS LP**

**HORUS CAPITAL VENTURES LTD**

**HOTEL THEORY INC**

**HOUEY'S SHAVED ICE**

**HR NATIONAL PTY LTD**

**HUDSON CAPITAL PARTNERS LLC**

**HUMANOID PRODUCTIONS LTD**

**HUNDREDFOLD INVESTMENTS LLC**

**HUNTER HOLDINGS LLC**

**HYRULE VENTURES, LLC**

**IALERT SERVICES LLC**

**IBANERA LLC**

**IBERTRADE REPRESENTACIONES, S.L.**

**ICAPITAL MANAGEMENT INC.**

ICB SOLUTIONS INC.

IDUTTON RD LLC

IHEARTRAVES LLC

IK VARA OÜ

ILLUME CAPITAL PTY LTD

IMAGE ARMOR, LLC

IME HOLDINGS, LLC

IMPACT MEDIA SP. Z O.O.

IMPERIAL DEFENDERS PTY LTD ATF
IMPERIAL DEFENDERS SUPER FUND

INDIE SOURCE INC

INDIGO DUTTON 401K PSP

INDX GROUP LIMITED (ACCT NO. 2)

INFINIT CONSULTING

INFINITE CRYPTOFUND LLC

INFOOBJECTS INC

INIT ONE SOLUTIONS, LLC

INMOBILIARIA ORKAN LIMITADA

INNERBEING OÜ

INNOVATIVE INDUSTRIAL STAFFING INC

INNOVATIVE WEB SOLUTIONS LLC

INSIDE TOURS, LDA

INSURE CAPITAL LLC

INTERHYVE SÀRL

INTERSPACE SYS 401K

INTERSPACE SYSTEMS LLC

INTO THE AM CLOTHING LLC

INVERTED GROUP LTD

INVESIO LLC

INVESPRO PTY LTD

INVESTEERINGUD JA KAPITAL OU

INVESTISSEMENTS FLXFUNDS INC.

INVOLUNTARY HOLDINGS LLC

IPOLILE PTY LTD ATF SUPER MHOGOLO

IQLASER LIMITED

ISB INVESTMENTS, LLC

ISBELL SUPER PTY LTD

ISLAND INVESTMENT GROUP LLC

ISTITUTO MEDICO LEGALE

IT4BLM SA

ITO AMERICA CORPORATION

IWEMCCULLOCHSF PTY LTD

J & M CROMBIE SUPERANNUATION PTY
LTD

J GARRETTO SUPER PTY LTD

J HALL SUPER PTY LTD AS TRUSTEE FOR J
HALL SUPER FUND

J SPENCER FAMILY SUPER PTY LTD AS
TRUSTEE FOR J SPENCER FAMILY SUPER

J VIBERT PTY LTD

J&D LLC

J&J HOFFARD PTY LTD ATF HOFFARD
FAMILY TRUST

J&M COMPUTER SOLUTIONS LLC

J3 INVESTMENT HOLDINGS, LLC

JABELLAS INVESTMENTS LLC

JACKFIRE HOLDINGS PTY LTD

JACOB RING ROTH INVESTMENT TRUST

**JAMES LAMBOURNE PROPERTIES LIMITED**

**JAMES415 LLC**

**JAMESCO OÜ**

**JANKORP OY**

**JARAMA LLC**

**JASON A SMITH DC PA**

**JBEAIRD RD LLC**

**JBEY PTY. LTD. AS TRUSTEE FOR JBEY SUPER FUND**

**JCK VENTURES LLC**

**JCSSUPER PTY LTD**

**JD HOLDING SILKEBORG APS**

**JDW INVESTMENT TRUST**

**JEFFREY W SKIMMING REVOCABLE TRUST**

**JELLESTAD CAPITAL S.A. SPF**

**JEMLINC ENTERPRISES LLC**

**JENSSON ENTERPRISES PTY LTD AS TRUSTEE FOR FJ FAMILY TRUST**

**JF CONDON SUPER PTY LTD**

**JG AND LA KELLY SUPER FUND**

**JGA 401K**

**JHART RD LLC**

**JINWES LLC**

**JJMILLER HOLDINGS LLC**

**JL INVESTMENTS LLC**

**JLA HSA, LLC**

**JLS PROJECTS, LLC**

**JLS TRUST**

**JMATHEWS RD LLC**

**JMCCRACKEN RD LLC**

**JMM ASSETS LLC**

**JMS INVESTMENT TRUST**

**JMS SUPERANNUATION FUND**

**JOEY LK LLC**

**JOHN AND CLAIRE BRUCE FAMILY TRUST**

**JOHN CREWE SUPERANNUATION FUND PTY LTD ATF JOHN CREWE SUPERANNUATION FUND**

**JOHN DZARAN 401K TRUST**

**JOHNSON & HUNT GROUP LTD**

**JOINT CHAIN PTE LTD**

**JON DAVID MURRAY LLC**

**JONES ASSET PROTECTION TRUST**

**JOPPA LLC**

**JOSEPH P. HARRISON IV INVESTMENT TRUST**

**JOSH DRAKE DMD LLC LLC**

**JP WEIR FAMILY SUPER PTY LTD AS THE TRUSTEE FOR JP WEIR FAMILY SUPER FUND**

**JPLANG HOLDINGS LLC**

**JPTCABRERA RD LLC**

**JSCHNEIDER RD LLC**

**JSCHNEIDER ROTH LLC**

**JUDITH KROOT AGREEMENT OF TRUST DATED SEPTEMBER 27, 1990, AS AMENDED**

**JUDITH SHARP 2021 IRREVOCABLE TRUST**

**JUKES PROPERTY SOLUTIONS LIMITED**

**JUMPSTART PARTNERS, LLC**

**JUNCTION MINING COLLECTIVE LLC**

JUNGLE MERCH, LLC

JUSTIN MIFSUD SUPER PTY LTD AS
TRUSTEE FOR JUSTIN MIFSUD SUPER FUND

JUSTKEDING GMBH

JVLANDINGHAM RD LLC

JWAGGONER RD LLC

K.A.H. VENTURES TRUST

K1 FINANCIAL GROUP

KABOOM MINING TECHNOLOGIES LLC

KADYLO FAMILY SUPER FUND PTY LTD

KALPATARU TRADING & INVESTMENTS

KALSTRUP INVEST APS

KALYPSO GROUP LLC

KANDI INVEST MANAGEMENT AS

KAPAN INVESTMENTS LLC

KARA SERVICES PTY LTD ATF KARA
SERVICES DISCRETIONARY TRUST

KARANDANA FAMILY SUPERFUND

KAREN MCDONAGH INVESTMENTS PTY
LTD AS TRUSTEE FOR VAN DER MEER
SUPER FUND.

KARMA ORGANIZATION LLC

KARUS LLC

KASHYAP ENTERPRISE LLC

KAUFFMAN 401K PSP

KCA HOLDINGS, LP

KCHISHOLM SELF-DIRECTED IRA LLC

KCL GROUP 2 PTY LTD

KDK TECHNOLOGY LTD

KEIKO KAWAII PTY LTD ATF KEIKO
FAMILY TRUST

KENNETH J. MAZER AND WENDY A. MAZER
REVOCABLE LIVING TRUST

KENNEY ENTERPRISES LLC

KERNEL OF TALENT LLC

KERYGMA CAPITAL INCORPORATED

KEVE FAMILY LIMITED PARTNERSHIP

KEYFI INC

KEYSTONE CORPORATE TRUST

KGD INVESTMENT TRUST

KHAMSTRA RD LLC

KHARRIS RD LLC

KHK INVESTMENTS LP

KIM LIM SUPER PTY LTD

KING FINANCIAL INCORPORATED

KINGDOM TRUST

KINUBO LLC

KKILGROE RD LLC

KKTD MANAGEMENT LIMITED

KLASSIRAHA OÜ

KLINGBERG FAMILY SUPER PTY LTD

KM BAKER PTY LTD AS TRUSTEE FOR KM
BAKER SUPER FUND

KMCNEIL RD II LLC

KMCNEIL RD LLC

KMP LLC

KNEPPER HEATING AND AIR
CONDITIONING , INC

KNIGHT FAMILY SUPERANNUATION FUND

KNIGHTLIGHT ASSET ADVISORY, LLC

KNOWLSON PTY LTD

KNOX AND KOZAN INVESTMENTS PTY LTD

KNOX AND KOZAN SUPER PTY LTD

KNP DIGITAL

KOALA 1 LLC

KOALA 2 LLC

KOALA3 LLC

KODIAK TECHNOLOGIES

KOIN CAPITAL INC

KOMPASO PTY LTD

KP CIPHER APS

KPHAM RD LLC

KPM FAMILY LLC

KRAD20210405 LLC

KRAKEN NETWORKS, INC.

KREBS CRYPTO LLC

KRIPTOMAT OÜ

KRIZANDER TRUST

KS BEHEERMAATSCHAPPIJ B.V.

KSENJA PTE. LTD.

KTW LLC

KUJIRA LLC

KUKU S.R.L

KYLE DOUGLAS MORSE

L & L COMMERCIAL REAL ESTATE LLC

L&R YOUNG SUPERANNUATION PTY LTD

LA MAISON BILLS TRUST

LA MASA PTY LTD

LACHEVRE HOLDINGS PTY LTD

LAGOM SOLUTIONS LLC

LAGOMORPH MANAGEMENT INC.

LAHIRU HERATH FAMILY SUPER PTY LTD

LAIRD FUTURES SMSF PTY LTD

LAKESIDE ORAL & FACIAL SURGERY
INSTITUTE, LLC

LAKESIDE PARTNER HOLDINGS LTD, LLC

LAM FAMILY TRUST DATED JULY 1, 2021

LAM M.D., P.C.

LAMBIT, LP

LANGEWOUTERS SUPER PTY LTD

LARUE SKY, LLC

LAST CHANCE CAPITAL LLC

LAW OFFICES OF STEFAN COLEMAN, P.A

LAZAROU DIGITAL LTD

LAZER EYEZ SUPER FUND

LBAXTER RD LLC

LC MANAGEMENT BV

LCA-LPA VENTURES 401K PSP

LDMCMG TRUST

LDOT LLC

LEARY HOLDINGS LLC

LEE SMATHERS PHOTOGRAPHY LLC

LEGACY CITY CHURCH

LEGACY RETIREMENT SOLO 401K TRUST

LEGASSICK FAMILY TRUST

LEGENDARY NAMES INC.

LEGENDARY STAR HOLDINGS INC. INC.

LELIEVRE-ADAMS PTY LTD

LEMIEUX LEGACY LTD.

LENSMAN PTY LTD

LEON-FLORIDO FAMILY TRUST

LEQO INC

LEVELUP CONSULTING GROUP LLC

LEWIS AND LEWIS PG1 LLC

LGL CAPITAL, LLC

LHP PERMANENT COSMETICS

LIBERTAD GROUP LLC

LIBERTAS FUND LLC

LIBERTY PERFORMANCE TRAINING LLC

LICKETYSPLIT HOLDINGS, LLC

LIFESTYLE REALTY, LLC

LIFETACTIX LLC

LIGHT & SHADOW LABS

LIM SUPER GROWTH FUND

LIMITLESS HOLDINGS OH

LINK ZOOTOPIA PTY LTD AS TRUSTEE FOR THE ALPHA TSEN FAMILY TRUST

LINKED ACCOUNTING, LLC

LINNOVATIONS PTY LTD

LIPKIS FAMILY LLC

LITECOIN FOUNDATION LIMITED

LITTLE ALAMITO PROPERTY GROUP LLC

LITTLE BIT DATA SERVICES LLC

LIVE BETTER CHIROPRACTIC, PC

LIVE LIFE TRUST

LIVING FREE RETIREMENT TRUST

LLANO PIZZA INC

LM SUPERFUND

LMCNEIL RD LLC

LOCKENET PTY LTD

LOGINTEL LTD

LONDON CARDIOLOGY GROUP LIMITED

LOOP ENVY INC

LOTUS INVESTMENT HOLDINGS

LOVABLE ROGUE PTY LTD

LOVE DANIELS INVEST PTY LTD

LOVEFEST LLC

LOWECAPITAL LLC

LS FUTURE TECHNOLOGY AB

LSJ HOLDINGS LLC

LSPR SUPER FUND PTY LTD

LSVO HOLDING B.V.

LT LAINO PTY LTD

LUCA PADALINI AND NATASHA KATHERINE CUCULOVSKI AS TRUSTEE FOR THE NKCANDLP SMSF

LUCENT TRADING LIMITED

LUCKY DOG LLC

LUCKY SMSF

LUKE ORR FAMILY SUPER FUND PTY LTD

LUV GARDENING LLC

LUXOLO LLC DBA LUXOLO FINANCIAL

LYKAR INVESTMENTS TRUST

M AND M INVESTMENT CO. LLC

M&D SUPER FUND PTY LTD

M. P. KOROLAINEN OY

M.A.CLARKE PTY LTD

M.J. SYSTEMS CONSULTING PTY LTD.

M2K VENTURES LLC

M4-TSE INC

MAC IRA LLC

MACKS C B & P LLC

MACROBRIX LLC

MADISON TRUST COMPANY, CUSTODIAN FBO BRYAN B BIRD IRA M21016288

MADISON TRUST COMPANY, CUSTODIAN FBO FREDERICK JAMES WALBURN IRA M21111401

MADISON TRUST COMPANY, CUSTODIAN FBO GEORGE E. ROWE IRA M20105192

MAGED HOLDINGS LTD.

MAHAL KITA HOLDINGS LLC

MAKATISOFT INC.

MAKE INVESTMENTS LTD

MALI CAPITAL PTY LTD

MALLEABLE INVESTMENT LLC

MANGARI LLC

MAPLE REALTORS LLC

MARIA COHEN ROTH IRA

MARINA POINT INVESTMENTS LLC

MARINELLO VENTURES, LLC

MARK BELL INVESTMENT TRUST

MARK BELL ROTH INVESTMENT TRUST

MARK MCCOLL INVESTMENT TRUST

MARSA LIVING TRUST

MARTELLI INTERNET CONSULTING LLC

MARTINEZ RODRIGUEZ SURFACE VARGAS SALAS INVESTMENT CLUB

MASENS SUPER FUND PTY LTD

MASW ENTERPRISES, LLC

MATINA RATNA SUPER PTY LTD

MATLOCK ELECTRIC CO. INC.

MATON APS

MATT UPHAM, LLC

MATTHEW FREER PTY LTD

MATTHEW VAN SHELLENBECK RETIREMENT PLAN

MB & EP SUPER PTY LTD

MBAO RD LLC

MBBM HOLDINGS PTY LTD ASTHE TRUSTEE FOR THE PAULE BENNETT FAMILY TRUST

MCC SEP LLC

MCCLIMANS INC.

MCGEOCH FAMILY SUPER PTY LTD

MCGOWAN SMSF PTY LTD

MCHLBLLN BV

MCK CORPORATION

MCUTSHALL RD LLC

ME P&D PTY LTD / THE TRUSTEE FOR THE KINGSTON ROCKET SHIP FUND

MECHANICAL TEMP LLC

MECHANICAL TRUTHS LLC

MECK INC

MEDES CAPITAL LP

MEDTECH DISTRIBUTORS LLC

MEDXPRODUCTIONS, INC.

ME-KC HOLDINGS, LLC

MEMMELAAR GROUP INC

MENAI FAMILY WELLNESS PTY LTD

MERIDIAN CRYPTO TRUST

MERTEN ENTERPRISES LLC

MERTZ-INTERNATIONAL LIMITED

META INFINITY TRUST

METAPOD PTE. LTD.

METHOD WISE PTY LTD

MFOX TRADING AG

MHAMM RD LLC

MHINVESTMENTS84 LLC

MI VENTURES PTY LTD

MICHAEL AND ZOE PTY LTD

MICHAEL COPPO PHYSIOTHERAPY PTY LTD

MICHAEL E. BARTH IRREVOCABLE TRUST

MICHAEL GOULD FAMILY TRUST

MIGHTY NOVA PTY LTD

MIH, L.L.C.

MIKE PALMER HOMES INC

MIKE PICKLE CONTRACTOR INC

MIKVIR OY

MILKY WAY GROUP LLC

MILUS FAMILY SUPER FUND

MIND & BODY WELLNESS TRUST

MINT PRODUCTIONS LLC

MINTS & SHOVELS LTD

MIRAVEN INTERNATIONAL LLC

MISHAE BAILITIS SUPER PTY LTD

MITHRA SC

MIWIT TRUST

MIXNFT LLC

MJ LEASING LLC

MJACKSON RD LLC

MJH INVESTMENT TRUST

MJW INVESTMENT TRUST

MLH INVESTMENT TRUST

MLJTK LLC

MMCCOY DDO LLC

MMCMI INVESTMENTS LLC

MNG CINELA SL

MNIEMCEWICZ RD LLC

MOB SUPERANNUATION PTY LTD

MOEBIUS 48 NORTH LLC

MOKROHOND BTC LLC

MOLLY SPENDTHRIFT TRUST

MONDEL INVESTMENT TRUST

MONETARY ENERGY LLC

MONEYREBEL D.O.O.

MONTEITH PTY LTD

MONTGOMERY FUTURES

MOON AMBA LLC

MOONWATER INVESTMENTS LLC

MORNINGSTAR MEDICAL LLC

MORROW CAPITAL PTY LTD

MOST PROPERTIES LLC

MOUNTAIN VIEW BAPTIST CHURCH OF LAS VEGAS

MOVE ALONG TRUST

MPETRELLI RD LLC

MR. LOCK INC

MRH SMSF PTY LTD ATF MRH SMSF

MRH TRADING TRUST

MRZKADA LLC

MS SD IRA, LLC

MS SOLUTIONS LTD

MSLS VENTURES OU

MT BULLER LABS

MTHOMAS RD LLC

MURIA ROBERTS FAMILY SUPER PTY LTD

MURJ20210307 LLC

MURPHY SUPER FUND

MUS LABS PTY LTD

MUTABLE CAPITAL LLC

MVOZZO SUPER PTY LTD AS TRUSTEES FOR MVOZZO SUPERFUND

MVR INC

MW SICE SMSF PTY LTD AS TRUSTEE FOR MW SICE SFUND

MWENZEL RD LLC

MWR INVESTMENTS LTD

MY HOLDINGS, LLC

MY LOAN DOCTOR LLC

MY NEW HOPE PRODUCTIONS LLC

MYRA INVESTMENTS PTY LTD

MYRIAD CAPITAL PARTNERS LP

MYSTICAL LANDSCAPES INC.

MZURI-SANA SUPER PTY LTD

NAINO PTY LTD

NAKAMOTO S.À R.L. - SPF

NASCENT LIMITED PARTNERSHIP

NATASHA TESESE SUPER PTY LTD

NATHALIXE GCV

NATHAN J GAGNE LIVING TRUST

NATURE'S FRUIT, LLC

NAUTILUS SUPERANNUATION FUND

NAVIEN FUND (BVI) LIMITED

NBISHUNDIAL RD LLC

NBRIGHT RD LLC

NDRK PATEL, INC

NEKONET OY

NEPTUNE DIGITAL ASSET

NET PROTECT WORLDWIDE LIMITED

NEV N MATT SUPER FUND

NEW COLOSSUS, LLC

NEW DIGITAL ECONOMY SA

NEW HOPE LEGACY TRUST

NEW HORIZONS TRUST

NEW PERSPECTIVES FAR EAST LIMITED

NEW START TRUST FBO PHILIPPE SCHULLIGEN

NEW VISION GLOBAL PRIME FUND SPC-YIELD ENHANCEMENT SP I

NEW WORLD HOLDINGS

NEXT STEP INVEST PARTNERSHIP

NHA MANAGEMENT LLC

NICK PARKI SUPER PTY LTD

NIGEN NV

NINA WELSH SUPER PTY LTD

NIPVAN PTY LTD AS TRUSTEE FOR NIPVAN SMSF

NJ MOORE SUPER FUND PTY LTD

NKPG INVESTMENTS LLC

NOMADEGY, LLC

NONCE GROUP LLC

NORCAL CAPITAL LLC

NORHEIM ENTERPRISES, LLC

NORHEM APS.

NORTH AMERICAN ALLIANCE LLC

NORTH CENTRAL ALABAMA PROPERTIES, LLC

NOVM LLC

NPJRR FUND PTY LTD

NPRITIKIN RD LLC

NSR ENTERPRISES, LLC

NTULMEN RD LLC

NUCLEATE LTD

NUGGY INVESTMENTS PTY LTD

NUOVOTECH LLC

NW INC

NXS CRYPTO FUND, LLC

NYLEN & PARTNERS INVESTMENTS & SERVICES INC.

NYLEN IMPORTS

OAK COIN LLC

OBSIDIAN EXPRESS, LLC

OCEAN HILLS CAPITAL MANAGEMENT

OCEAN SEVEN MANAGEMENT LLC

ODDBEAKER LLC

O'DONNELL FAMILY TRUST

ODUM GROUP LTD

OEHME FAMILY SUPER PTY LTD

OIL TRADING LTD

OLANUI CAPITAL, LLC

OLD SOLDIER LLC 401K PSP

OLYMPIA EMPIRE PTY LTD AS TRUSTEE FOR THE OLYMPIA SUPERANNUATION FUND

OMANLEY RD LLC

OMNI GROUP HOLDINGS, LLC

ONCHAIN CUSTODIAN PTE LTD

ONE LIFE RETIREMENT LLC

ONE VISION INVESTMENTS 445 PTY LTD

ONYX OCEAN TECHNOLOGIES

OO7 CAPITAL LLC

OPERATION 513 LTD

ORACLE TELECOM PTY LTD AS TRUSTEE ATF ORACLE TELECOM TRUST

ORDENES FAMILY TRUST ATF ORDENES FAMILY PTY LTD

ORGAN MOUNTAIN RE, LLC

OROVIEW LIMITED

ORTHODONTIE CLOCHERET BV

OSIRION SYSTEM TECHNOLOGIES CC

OST LLC

OTHERWORLD ENTERPRISES LLC

OÜ PISIROHE

OU112 LIMITED PARTNERSHIP

OUR FARM INVESTMENTS PTY LTD ATF OUR FARM SUPERANNUATION FUND

OURENSAL TRUST

OUTLET FINANCE INC

OUTRIDER STRATEGIES INC

OUTSOURCE CAFE INC.

OVESER HK LIMITED

OW FAMILY PTY LTD AS THE TRUSTEE FOR OW FAMILY TRUST

P & M CAPITAL HOLDINGS LLC

P11 TECHNOLOGIES INC.

PACESEM LLC

PACIFIC GARLAND LLC

PACIFIC GROUP HOME STAY PTY LTD

PACIFIC MARKETING SOLUTIONS PTY LTD

PAC-NORTH RETIREMENT TRUST

PALLADIUM CYGNUS LTD

PALM BEACH WHOLESALE FLOWERS, INC.

PALM LEGACY INC

PALMETTO BREEZE WEB SOLNS LLC 401K PSP

PARETO TECHNOLOGIES LLC

PARIS CASTLE III, LLC

PARIS CASTLE IV LLC

PASSMORE CAPITAL PTY LTD ATF PASSMORE FAMILY SUPER FUND

PATCH SMSF PTY LTD

PATE, LLC

PATH ONE INC.

PATRIOT WEALTH MANAGEMENT INC

PAUL WALVISCH SUPER PTY LTD

PAULA J. KRUPPSTADT, M.D., P.A.

PAULE BENNETT FAMILY SUPER PTY LTD

PAULI ENTERPRISES LLC

PAYAZI RD LLC

PAYMENT REWARDS CLUB COM LLC

PAZIENZA LLC

PC FAMILY HOLDINGS PTY. LIMITED AS TRUSTEE FOR THE PC FAMILY INVESTMENT TRUST

PCI COMMUNICATIONS, INC.

PD COWLE SUPERFUND

PDINGMANN RD LLC

PEAK ASSET MANAGEMENT LLC

PEER LENDING BY JACK AND ANNA

PEGASUS HOLDINGS LTD

PEGASUS VENTURE CAPITAL LLC

PEGGY ANN WHITE SPECIAL NEEDS TRUST

PELERGY LTD

PENNCOVERS LLC

PERFORMANCE CAPITAL INVESTMENTS LLC

PERMANENT DATA SOLUTIONS, INC

PETER HABLUTZEL PTY LTD AS TRUSTEE FOR PETER HABLUTZEL SUPERANNUATION FUND

PETER RIVERS CAPITAL

PF & PR INVESTMENTS PTY LTD ATF PF & PR UNIT TRUST

PFEIFLE FAMILY INVESTMENTS PTY LTD

PHIL & RHONDA HAPGOOD SUPER PTY LTD

PHILTHY PHILS SUPER PTY LTD

PHONAMENON MANAGEMENT GROUP LLC

PI KAY SUPER FUND

PIC CRYPTO 401K

PIERRE TREPANIER CHIROPRATICIEN INC.

PIETER JOHANNES HOFLAND

PILLAR FINANCIAL INVESTMENTS INC

PILLAR PRIMARY CARE PLLC

PIONEERINGTECH LLC

PIPEDESK OU

PITKO OÜ

PIXAR GROUP LIMITED

PJPMC HOLDINGS INC

PJR HOLDINGS GROUP PTY LTD

PKR INVESTMENT LIMITED

PKTEER, LLC

PLANBASE INC

PLATONOV FAMILY REVOCABLE TRUST

PLEXUS RESOURCE SOLUTIONS LIMITED

PLUTUS21 BLOCKCHAIN OPPORTUNITIES FUND I, L.P.

PLUTUS21 BLOCKCHAIN OPPORTUNITIES I, SP OF PLUTUS21 GLOBAL, SPC

PLUTUS21 BLOCKCHAIN OPPORTUNITIES II SP OF PLUTUS21 GLOBAL, SPC

PLUTUS21 BLOCKCHAIN YIELD I, S.P. OF PLUTUS21 GLOBAL, SPC

PMK FAMILY TRUST

POINT LLC

POINT ONE INVESTMENTS PTY LTD ATF BENNETT FAMILY TRUST

POLYPHASE CAPITAL LP

POLZI FAMILY SUPER PTY LTD

POMEST, INC.

POSH MINING INC.

POTTS AGENCIES PTY LTD

POUND FAMILY SUPERANNUATION PTY LTD

POUR CHOICES, LLC

POW BLOCKCHAIN INC.

POWER BLOCK COIN, LLC

PPECORA DDO LLC

PR CRYPTO FUND-I LP

PRASINE CORP

PRATICO GOODS LLC

PRIMARY DEVELOPMENT FUND (CAYMAN) SPC SATOSHI HOLDINGS FUND SP

PRIME ZERO PRODUCTIONS LLC

PRISMADERM LLC

PROCEPT PARTNERS LLC

PRODUCT.ST PTY LTD

PROFAX SUPER PTY LTD

PROFLUENT TRADING INC. INC

PROJECT FIVE LLC

PROJECT INFLUENCERS CAPITAL LLC

PROJECTMR PTY LTD RUDMAN FAMILY SUPERFUND

PROMETHEUS INC

PROMETHEUS MINING GROUP LLC

PROPERTY HALL

PROPHESIGHT TRUST

PROSPERITY FORTUNES LLC

PROSPERITY STORY LLC

PROSPERO CAPITAL TRUST

PROSPERO FUTURE FUND PTY LTD

PUBLIC MINT INC

PURE COIN CAPITAL LLC

PWORKS SA

QB EUROPE AB

QED CAPITAL LLC

QREDO LTD

QSPARK USVI LLC

QUALITY MECHANICAL CONTRACTING LLC

QUANTITATIVE FINANCE INC

QUANTOM 1 PTY LTD ATF Q1 INVESTMENT TRUST

QUANTUM LIGHT LLC

QUBIT INVESTMENTS LLC

QUEBEC 9334-4067 INC

QUEST HAVEN, LLC

QUISCALUS LLC

R AND J THUMM PTY LTD

R SKUPINA, DRUŽBA ZA SVETOVANJE IN INVESTIRANJE, D.O.O.

R&K HERLEVI TRUST

R. IRENE STEEG LIVING TRUST

R. WADHWA MEDICAL PROFESSIONAL CORPORATION

RACECENTRE PTY LTD

RADIX DLT LIMITED

RAGHAV ROTH TRUST

RALLY DATTO SUPER PTY LTD AS TRUSTEE FOR RALLY DATTO SUPER FUND

RAM PRECISION INC

RANDEL BROWN CRYPTO VENTURES LLC

RARE PANDA COINS DEFINED BENEFIT PLAN

RATTLE THE CAGE PRODUCTIONS INC.

RAVEN CAPITAL GROUP LLC

RB1977 APS

RBARAY RD LLC

RBFIN LLC

RC JOHANSEN PTY LTD ATF RC JOHANSEN SUPERFUND

RCJ WEALTH PTY LTD ATF RCJ INVESTOR TRUST

RDAVILA II RD LLC

RDAVILA RD LLC

RDC VISION LLC

RDP 401K PSP

REAL PROPERTY SALES AND
INVESTMENTS, LLC

REALHOST SA DE CV

RED ROVER GROUP PTY LTD

RED TUNA PARTNERS, LLC

REEA SUPER

REESAA PTY. LTD.

REF INVESTMENT GROUP LLC

REFOUND LLC

REGAN FAMILY SUPER FUN TIME FUND
PTY LTD

REH LLCOMPANY

REKTLESS CAPITAL LLC

RELIANCE INVESTMENT TRUST

RENEWABLE TRANSPORT SERVICES

RENOVI LTD

REPUBLIC SG HOLDINGS PTE. LTD.

RESOURCE CAPITAL LLC

RETAIL COMPUTER SYSTEMS
SUPERANNUATION FUND

REVIX SA OPCO PTY LTD (PREVIOUS
TOKENVUE SOUTH AFRICA PTY LTD)

REYWELL VENTURES LTD

RH MONTGOMERY PROPERTIES INC

RHONDA LEA BROWN LLC

RIANOVA LIMITED

RICHARD H. MONTGOMERY III
IRREVOCABLE TRUST FBO WILLIAM J.
MONTGOMERY U/A/D 8/15/2008 TRUST

RICKY L. SNYDER REVOCABLE LIVING
TRUST

RICOCHET SUPERANNUATION FUND

RIDGECREST HOLDINGS LLC

RINGLATINO LLC

RIPPLE VAN WINKLE LP

RISING PHOENIX VENTURES

RIVALHOST.COM LLC

RIVER RUN CAPITAL LLC

RJM REVOCABLE TRUST

RKAY SUPER FUND PTY LTD

RL FURROW FTG LLC

RLS FINANCIAL LLC

RMH INVESTMENTS LLC

ROBERT DURRANT PTY LTD

ROBERT GIOMBETTI, M.D. SOLE
PROPRIETORSHIP

ROBERT GIOMBETTI, M.D., RETIREMENT
TRUST

ROBERT J GIOMBETTI MD RETIREMENT
TRUST

ROBERT RICHARDS AND ANDREW
RICHARDS AS TRUSTEES FOR
GEAREDGAMBLE

ROBORIS LLC

ROCKET RETIREMENT LLC

ROCKET SUPERANNUATION PTY LTD ATF
CID FAMILY SUPERANNUATION

ROCKFORD HOLDINGS LLC

ROCKNR TRADING LLC

ROK PTY LTD

ROLLEC INVESTMENTS PTY LTD

**ROLLING WAVE LTD**

**ROOTZ TRADITIONAL IRA LLC**

**ROSS H. HADFIELD TRUST**

**ROTHWOOD LLC**

**RPA (HK), LTD.**

**RPM GLOBAL MEDIA, LLC**

**RPUDEN HOLDINGS LLC**

**RRAWLS DDO LLC**

**RRB INVESTMENT TRUST**

**RRR SECURITIES LLC**

**RSEE RD LLC**

**RUDMAN TRUST**

**RUDNYTSKI FAMILY PTY LTD**

**RUSTIQ TECHNOLOGY LTD**

**RVANKIRK RD LLC**

**RWI INVESTMENT TRUST**

**RXCK LLC**

**RYAN BOWLES INVESTMENT TRUST**

**S & K GORMAN (S & K GORMAN SUPERANNUATION FUND) PTY LTD**

**S AND T BURRIDGE FAMILY SUPER PTY LTD**

**S CAPITAL MANAGEMENT LLC TRUST**

**S HERAVI SUPER FUND**

**S NEUMANN SUPER PTY LTD**

**S&N COOK FAMILY LLC**

**S&T 401K INVESTMENTS LLC**

**S4T CRYPTO LLC**

**SAFI HOLDINGS INC.**

**SAGE EDUCATORS FOUNDATION**

**SALE HOLDINGS LLC**

**SALE LIZARD LLC**

**SALLY SERVICES LLC**

**SALTER SUPERANNUATION FUND PTY LTD**

**SAMRDDHI LLC**

**SAND TECHNOLOGIES LLC**

**SANDGATE INVESTMENTS LLC**

**SARGIER DDO LLC**

**SAROS TECHNOLOGY LTD**

**SASCHA MARIE PTY LTD**

**SASOLI SUPER FUND**

**SATOSHI STRATEGY LLC**

**SATURN SUPER MOON LTD PTY**

**SATYA ROTH LLC**

**SAVEARTH DIGITAL ASSETS SPV LLC**

**SAVVY INTERACTIVE**

**SBA CAPITAL MANAGEMENT**

**SBRATTAIN RD LLC**

**SC IT SERVICES LLC**

**SCAL REAL ESTATE LLC**

**SCALAR INVESTMENTS CORP.**

**SCG DIGITAL VENTURES TRUST**

**SCHOFIELD FUND LLC**

**SCHRAITLE AG**

**SCIENCE OF BUSINESS, INC. DEFINED BENEFIT PENSION PLAN AND TRUST**

**SCOTT SCHICHTL ROTH IRA, LLC**

**SCOUT PRODUCT DEVELOPMENT, LLC**

SCR OÜ

SDG IMPACT FUND INC

SE CRYPTO IRA LLC

SEAHORSE EXPRESS LLC

SEASIDE (WA) PTY LTD

SECOND ROUND RESALE LIMITED
LIABILITY COMPANY

SELLER TOOLS LLC

SENDALL FAMILY RETIREMENT
SUPERFUND

SENECA PROFESSIONAL SERVICES

SENSEFUL TECHNOLOGIES AB

SEQUENTIS LLC

SERVE AND CONNECTED LLC

SESE, LLC

SET HOLDINGS INC

SEVEN SIERRA LLC

SEVENTH GENERATION HOLDINGS, LLC

SEXTON INVESTMENT HOLDINGS PTY LTD

SFALLER RD LLC

SFALLER TRD RD LLC

SFORBES SUPER PTY LTD

SGEDDA IT AB

SHARMA SERVICES PTY LTD

SHEELD MARKET

SHERPA SUPERANNUATION FUND PTY LTD

SHIFERSON SUPER FUND

SHIRLEY MCNAMEE REVOCABLE LIVING
TRUST

SHREDDER LLC

SIDDHARTHA SUPER PTY LTD ATF
COLAGIURI SUPERFUND

SIERRA CAPITAL VENTURES LLC

SIGNUM PROPERTY MANAGEMENT (PTY)
LTD

SILVER BOTTOM LLC

SILVERBACK LABS

SIMMONDS FUTURE PTY LTD ATF
SIMMONDS SUPER FUND

SIMUKA SOLUTIONS PTY LTD

SITI SOLUTIONS TI INC

SITNAVDA HOLDINGS GROUP LLC

SJ TECH CONSULTING TRUST

SJM INVESTMENT TRUST

SJN SD ROTH, LLC

SKAPIK SUPER PTY LTD

SKP INVESTMENTS LLC

SKUNDUP KUSTOMS LLC

SKYYLIGHT SERVICES

SLEEPER HILL INVESTMENTS LLC

SLODKA INVESTMENTS LLC

SLOPE INVESTMENTS INC 401K PSP

SLOW TRAIN HOLDINGS INC

SM OPERATIONS LLC

SMARTCONTRACT CHAINLINK LIMITED
SEZC

SMITH SUPERFUND

SMSF BJS PTY LTD ATF BJS SUPER FUND

SMSF SITA RAM PTY LTD

SNOWBALL FINANCE INC.

SOBEK NETWORKS LLC

SOHEILS PERSONAL SUPER PTY LTD

SOHO PARTNERS LLC

SOLERA NATIONAL BANK IRA LLC FBO BG ROTH IRA TRUST

SOLERA NATIONAL BANK, CUSTODIAN FBO JAMES ENGEL TRADITIONAL IRA

SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O.

SOLO DIGITAL VENTURES, LP

SONIGRA INVESTMENTS PTY LTD ATF SONIGRA INVESTMENTS FAMILY TRUST

SOPHIA SIGMA APS

SOUTHERN FAVORITES INVESTMENTS LLC

SOUTHGATE SUPERANNUATION PTY LTD

SPARK RPB PTY LTD

SPARKLING PALACES INC

SPARKS ASSETS TRUST

SPARROW TECH PRIVATE LIMITED

SPECIALTY PRODUCTS OF THE CAROLINAS LLC

SPECKLED FLOCK, LLC

SPETERSON RD LLC

SPHEREMAIL, INC.

SPICER LIMITED

SPIT ELECTRICAL MECHANICS BV

SPQR LTD

SPRING VALLEY PROJECTS LIMITED LIABILITY

SPRING VALLEY PROJECTS LLC

SPRING VALLEY REVOCABLE LIVING TRUST U/A DTD 4/29/1998

SPYGLASS VENTURES LLC

SRINI ROTH LLC

STABLE GROWTH SP -SEGREGATED PORTFOLIO OF INVICTUS CAPITAL FINANCIAL TECHNOLOGIES SPC

STABLECOIN INDEX LP

STABLEFORD INVESTMENTS PTD LTD

STARFIELD CONSULTING LTD

STEINBERGER PTY LTD ATF CETIN INVESTMENTS SUPER FUND

STELLENCE CORPORATION

STEPHEN M SLADE SELF DIRECTED IRA LLC

STEPHEN WARD SUPER PTY LTD

STEVE BUTCHART SUPER PTY LTD AS TRUSTEE FOR STEVEN BUTCHART SMSF

STEVEN KENNETH MINES (SKM) SOFTWARE INC

STICHTING DUPLUS

STILLAHN-LANG TRUST DTD 02/19/2015

STIRA TWO LLC

STORMER FAMILY SUPER PTY LTD

STRATABERG HOLDINGS LLC

STRATEGIC CAPITAL LLC

STRATEGIC SEQUOIA GROUP INC

STRATEGIC SMSF

STRATUS CYBER TRUST

STRAUGHEN VENTURES LLC

STREAMSIDE SOLUTIONS LLC

STRICKER INVESTMENTS LLC

STRIVV CORP

STROBILUS LLC

STRONG EQUITIES INC. RETIREMENT PLAN

STSS (MALTA) LIMITED

STUBBER SUPER HOLDINGS PTY LTD ATF STUBBER SUPERANNUATION FUND

STUDENT INFO SOLUTIONS INC

STUDIO PLASMA INC.

SUMMER DREAMS INVESTMENTS LLC

SUNDOWN PARTNERS, LLC

SUPER AMAZING PTY LTD

SUPER DHAN PTY LTD

SUPER GROWING PTY LTD

SUPER37 SMSF PTY LTD AS TRUSTEE FOR SUPER37

SUPERJULIE OU

SUSTINEO CORPORATION

SV HOLDING KFT

SVIRA ONE LLC

SWEETBAY MAGNOLIA LLC

SYMMSOFT, INC.

SYNTEX SOLUTIONS INCORPORATED

SYNTIFI GMBH

SYSTEM 8 TRUST

T.D. SINGH FOUNDATION

T3L HOLDINGS INC.

TABRIZI TECHNOLOGIES LLC

TABSHOPCOM LLC

TAGAR RD LLC

TALL TREE CONSULTING LLC

TALLEN RD LLC

TALON CAPITAL GROUP, LLC

TAM II HOLDINGS LLC

TAN FAMILY SUPER FUND

TANSEY FAMILY SUPER PTY LTD

TAP ROOT, LP

TAPPER SUPER FUND PTY LTD ATF TAPPER SMSF

TAYRONA INVESTMENTS LLC

T-BLACKDOGMD LLC

TBONE INVESTMENTS LLC

TBPI LLC

TBRADY SUPER PTY LTD

TCB INVESTMENT TRUST

TCP INVESTMENTS LLC

TDV EDITION OÜ

TDX SG PTE. LTD.

TEACHERS 2 TEACHERS LLC

TEC VIVA INVESTMENTS\T LLC

TECHMEETSTRADER MARKET NEUTRAL, LP

TECHSOUND ASIA PACIFIC PTE LTD

TECTONIC ELECTRICAL PTY LTD

TEHIDEJA J.D.O.O.

TEKTONIC LABS INC.

TELBIT TECNOLOGIAS DE INFORMACAO, LDA.

TEN OF COINS LLC

TERAFIRMA CAPITAL, LP

TESSERACT GROUP OY

TETON NODE LLC

TETRABLOCK HOLDINGS LLC

THARSEO INVESTMENTS LLC

THE ABILITY CORPORATION PTY LTD

THE ABUNDANT SUPERANNUATION FUND

THE ADAMS FAMILY RETIREMENT FUND PTY LTD

THE ANALYTICS SOLUTION, INC

THE ANNA PISTEY FAMILY TRUST

THE ARTIZENRY INC.

THE ASCENSION GROUP INC, S-CORPORATION-401K TRUST

THE ASKAR FAMILY SUPER FUND

THE ATTRACTIVE MAN LLC

THE B & C WARNER FAMILY TRUST

THE BLUE RABBIT TRUST

THE BRIAN C. SCHUETTE REVOCABLE TRUST

THE BUTRYN 2021 GRAT

THE CAEN GROUP LLC

THE CHARLES W. GARDNER LIVING TRUST DATED MARCH 18, 2020

THE CHEN CRAT

THE CONSCIOUS BUILDER INC

THE COSAC FOUNDATION INC

THE D PAD LLC

THE ERIC MATTHEW BURT REVOCABLE TRUST DATED JANUARY 20, 2012, AS MAY BE AMENDED

THE FRANK TRUST REVOCABLE LIVING TRUST 06/30/2021

THE G & N INVESTMENTS TRUST

THE HAYRAV SUPER FUND

THE HOUSE EXPERT LLC

THE HUB MALLORCA S.L

THE JAMES W GOODBRAD REVOCABLE LIVING TRUST

THE JAMIE L. BRIGGS TRUST U/A/D 6/8/17

THE JERILYN LECHOWICZ REVOCABLE TRUST

THE JUNIPER SLAT

THE JUSTIN AND SOPHIA DIBS FAMILY TRUST

THE KEVIN BATTEH TRUST

THE KNL FAMILY TRUST

THE LAURENCE CAMERON PRINGLE 2017 IRREVOCABLE TRUST NON EXEMPT

THE LY FAMILY TRUST

THE MOOM TRUST

THE MORENO REVOCABLE TRUST DATED APRIL 18, 1996

THE MSL FAMILY TRUST

THE NIBBANA TRUST OF APRIL 11, 2016 TRUST

THE PATEL COLLECTIVE, LLC

THE PRECEPT INTERNATIONAL FUND, LTD.

THE PROPERT COMPANY 1 (PTY) LTD

THE RADAR FUND LP

THE RENTING HOUSE LLC

THE RICHARD A. STEEG LIVING TRUST

THE ROBERSON FAMILY TRUST TRANSPRO WA PTY LTD

THE ROYAL INVESTMENT GROUP LLC

THE SHITAL K. PATEL TRUST DATED OCTOBER 12, 2021 FBO SAHIL S. PATEL

THE SHITAL K. PATEL TRUST DATED OCTOBER 13, 2021 FBO SHAAN S. PATEL

THE SHITAL K. PATEL TRUST DATED OCTOBER 14, 2021 FBO SAAVI S. PATEL

THE STA & HODL SUPERFUND

THE TAG FOUNDATION FOR SOCIAL DEVELOPMENT

THE TRUSTEE FOR CARROLL MILTON SUPER FUND

THE TRUSTEE FOR D CHENG FAMILY TRUST

THE TRUSTEE FOR G&C CURTIN SUPERFUND

THE TRUSTEE FOR GASKILL FAMILY TRUST

THE TRUSTEE FOR GEAREDGAMBLE

THE TRUSTEE FOR HORD FAMILY SUPER FUND

THE TRUSTEE FOR LEE SARRIS SUPERANNUATION FUND

THE TRUSTEE FOR LEWIS SUPERANNUATION FUND

THE TRUSTEE FOR SIMBA DISCRETIONARY TRUST

THE TRUSTEE FOR THE B&L GRIMMOND SUPER FUND

THE TRUSTEE FOR THE C & N HOWELL FAMILY SUPERANNUATION FUND

THE TRUSTEE FOR ZIGNET SMSF

THE TRUSTEE OF THE GROVE SUPER FAMILY FUND

THE US S.R.O.

THE WALL PANEL COMPANY LLC

THE WAVE GROUP TRUST

THIRD HAVEN DIGITAL YIELD FUND LLC

THIS IS THE WAY LLC

THOMAHAWK DAIRY LLC

THOMAS CARRUTHERS AUSENG SUPER PTY LTD

THOMAS DIFIORE CHILDRENS GST INVESTMENT IRRV TR

THRIST SUDAMI JOCA LLC

TIGER PAWS INVESTMENTS, LLC

TIGER STRIPE INVESTMENTS PTY LTD ATF TIGER STRIPE INVESTMENT TRUST

TILIA LABS INC

TIMELESS PROPERTIES, LLC

TIN SUPERFUND

TIVERI CONSULTANTS

TL SMSF PTY LTD

TLC INVESTMENT TRUST

TOADSTOOL DIGITAL, LLC

TOBECEM INVESTMENTS PTY LTD

TOBECEM SUPER PTY LTD

TODD T KREBS (SOLE PROPRIETOR)

TOM HENSCHKE LLC

TONY CLEAL SMSF

TOPFLIGHT LLC

**TP-ASUNNOT OY**

**TRADECRAFT AUTONOMY FUND, LP**

**TRADINGROM TRADINGROM**

**TRANSFORMACION PUEBLA, S.A. DE C.V.**

**TRANSFORMATIONAL INVESTORS LLC**

**TRANSPARENCYX LLC**

**TRDWRET LLC**

**TREVERI CAPITAL LLC**

**TRIANGULUM CAPITAL LLC**

**TRIBECCA ASH LLC**

**TRI-COUNTY RENTAL CENTER OF EASLEY, INC.**

**TRIGON TRADING PTY LTD**

**TRIPLE J INVESTMENT HOLDINGS LLC**

**TRISKELION TRADING STRATEGIES LTD**

**TRISTATE HOLDINGS LLC.**

**TRUCKIT HAULAGE PTY LTD**

**TRUE NORTH DATA SOLUTIONS LTD**

**TRUSTEE FOR JOSH BARRETT SUPERANNUATION FUND**

**TRUSTTOKEN INC**

**TRYM DIGITAL ASSET FUND LTD**

**TU-MORROWZ INVESTMENTS LIMITED**

**TURNHOUSE CAPITAL LLC**

**TURNPAGE INVESTMENTS LLC**

**TUVARI PTY LTD**

**TWIN FALLS CAPITAL, LLC**

**TWMT PTY LTD**

**TWO ROADS, LLC**

**TXD INVESTMENTS LLC**

**TYR CAPITAL PARTNERS SPC - TGT CAPITAL ARBITRAGE SP**

**UAB DEBEX OPERATIONS**

**UBIK GROUP INC**

**UBUNTU LOVE PTY LTD**

**UKI LLC**

**ULTRA STELLAR LLC**

**ULYSSES GROUP (ASIA) LIMITED**

**UNAMAS APS**

**UNICORN VENTURES SL**

**UNIPOPS PTY LTD**

**UNLIMITED EVOLUTION, LLC**

**UPTOWN LABEL LLC**

**URBAN MASSAGE LLC**

**UROSIUM OY**

**URTH SUPER PTY LTD ATF URTH SUPER FUND**

**USA BOX SOLUTIONS, LLC**

**USA TAX EXPERTS INC**

**UTILITY SERVICES ADVISORY GROUP, INC**

**UTXO HOLDINGS, LLC**

**V3 HOLDINGS INC.**

**VAHE TRADING OU**

**VALICORP SARL**

**VANESSA NICOLE BLUMBERG TRUST II**

**VAULT12, INC**

**VEEPURI FAMILY SUPER PTY LTD - THE TRUSTEE FOR VEEPURI FAMILY SUPER**

**VEGANCUTS INC.**

**VEKTOR TECHNOLOGIES PTY LTD**

**VELSOFT PTY LTD**

**VEN FINANCE LTD.**

**VENDITO CONSULTING GROUP PTY LTD**

**VENTURIA CAPITAL, LLC**

**VETO CAPITAL HOLDINGS LLC**

**VFN MANAGEMENT LLC**

**VIKAS INVESTMENT GROUP PTY LTD**

**VIKING SUPERANNUATION PTY LTD**

**VIKORBEL LLC**

**VINEN CO PTY LTD**

**VIRTERA, LLC**

**VISIONSEED INVESTMENT LLC**

**VIZO HOLDINGS LLC**

**VJ INVESTMENT GROUP LLC**

**VOLANA PLATAMA LTD**

**VON AULOCK PROPRIETARY LIMITED**

**VOYAGER DIGITAL**

**VP INVESTMENTS & ASSETS LLC**

**VRAID SYSTEMS LIMITED**

**VRANESEVIC FAMILY TRUST**

**VRANESEVIC SUPER FUND**

**VULPES LLC**

**W&W BLOCKCHAIN LLC**

**WA YHTIÖT OY**

**WAHL COATS INVESTMENTS LLC**

**WANAKA HOLDINGS LLC**

**WATTLE DOWNS HONEY LTD**

**WAUGHZONE SUPER PTY LTD ATF
WAUGHZONE SUPERFUND**

**WBRR TRUST INVESTMENTS LLC**

**WEALTH STAKE, LLC**

**WEAVE MARKETS LP**

**WEI-LIN LIU**

**WELGELEE LTD**

**WEST WIND WEALTH INC**

**WESTERN EXPLORER LLC**

**WESTMOUNT LLC**

**WHALEN ENTERPRISES B.V.**

**WHITE-HUIJS SUPER PTY LTD**

**WHY SATISFY (PTY) LTD**

**WIDE VISION VENTURES, LLC**

**WIERZYCKI FINANCIAL LLC**

**WILD TRUST**

**WILDE WOODS CORP.**

**WILDY AIRCONDITIONING AND
ELECTRICAL PTY LTD AS TRUSTEE FOR
WILDY FAMILY TRUST**

**WILF HOATH HOLDING LTD**

**WILKS SMSF PTY LTD**

**WILLIAM J. MONTGOMERY REVOCABLE
TRUST U/A/D 12/16/2011**

**WILLIAM LEONARD SAYCE**

**WILLIAM MARLETT LLC**

**WILLIAM WAYNE HEMINGHOUS, JR. TRUST
NO. 1**

**WILLTINA PTY LTD**

**WILSON HOLDINGS RETIREMENT TRUST**

**WIND TALKER INNOVATIONS LTD.**

**WINGATE MINING LLC**

**WIRED SECURITY INC.**

**WITSAND CAF BV**

**WMAC FUND PTY LTD**

**WNUNG RD LLC**

**WOLF INVESTING LLC**

**WONG FUTURE SUPER PTY LTD**

**WOO SUPER PTY LTD**

**WOOLF SUPERANNUATION FUND**

**WOORTON SAS**

**WRITTEN RECORDS LTD**

**WT MANAGEMENT PTY LTD**

**WUC PTY LTD ATF THE WUC**

**WYCL FAMILY SUPER FUND**

**XELERYS SARL**

**XIPNOS PTY LTD**

**XLFEET INCORPORATED**

**XPRESS FREIGHTWAYS EXP LLC**

**XPRUHODL SMSF PTY LTD**

**XSHABADUX INVESTMENTS LLC**

**YARDEN SMSF INVESTMENTS PTY. LTD.**

**YEN SUPER PTY LTD ATF NGUYEN SUPER FUND**

**YIC SUPER PTY LTD**

**YIELD MONITOR, INC.**

**YOLO ADVENTURES PTE LTD**

**YOUNG-LAI FAMILY TRUST**

**YUANJUN FAMILY SUPER PTY LTD**

**YUCA CAPITAL LLC**

**YUGEN PARTNERS LLC LLC**

**Z6 S.R.O.**

**ZAZZA HOLDINGS LLC**

**ZEFIRO LTD.**

**ZEN WONDERS PTY. LTD.**

**ZENITH DIRECT CARE LLC**

**ZENTAK LLC**

**ZENX INTERNATIONAL LIMITED**

**ZEROCAP LTD**

**ZEST IMPACT LTD**

**ZIGLU LIMITED**

**ZIGNET COMPUTING PTY LTD**

**ZIPMEX ASIA PTE LTD.**

**ZKORPI RD LLC**

**ZLC3 LLC**

**ZSCHOKKE FAMILY SUPER PTY LTD**

# **Exhibit D**

**STRETTO**

**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC COMMITTEE OF CORPORATE CREDITORS | C/O SARACHEK LAW FIRM | ATTN: JOSEPH E. SARACHEK | 670 WHITE PAINS ROAD – PENTHOUSE | SCARSDALE | NY | 10583 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY, SAMUEL P. HERSHEY, JOSHUA WEEDMAN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |

# **Exhibit E**

**≡ STRETTO**

**Exhibit E**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|------|-------------|-------------|-------|
| AD HOC COMMITTEE OF CORPORATE CREDITORS | C/O SARACHEK LAW FIRM | ATTN: JOSEPH E. SARACHEK | JOE@SARACHEKLAWFIRM.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: DAVID M. TURETSKY,  SAMUEL P. HERSHEY, JOSHUA WEEDMAN | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM JWEEDMAN@WHITECASE.COM |
| COUNSEL TO THE LITIGATION OVERSIGHT COMMITTEE, MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR AND THE BLOCKCHAIN RECOVERY INVESTMENT CONSORTIUM AS ARM AND LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | GPESCE@WHITECASE.COM MANDOLINA@WHITECASE.COM |