UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | x | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CELSIUS NETWORK LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re: Dkt. Nos. 4264 and 7555 |
| | x | |

---

**FINAL ORDER FOR ALLOWANCE OF COMPENSATION FOR RSM US LLP
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES FOR THE FINAL FEE PERIOD FROM
AUGUST 1, 2023 THROUGH NOVEMBER 9, 2023**

Upon consideration of the *Amended and Restated Fee Application of RSM US LLP for a Final Allowance of Compensation and Reimbursement of Expenses for the Period From August 1, 2023 Through November 9, 2023* [Dkt. No. 7555] (the "Application"); and a hearing having been held before this court on September 12, 2024; and the Court having reviewed the Application and/or the summary report filed by the Fee Examiner on September 3, 2024, with respect to the Application [*see* Dkt. No. 7663]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334; (b) notice of the Application was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application; and based on the reasoning outlined in the *Memorandum Opinion Adopting Recommendations of the Fee Examiner on the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Fourth Interim and Final Fee Applications* [Dkt. No. 5394]; and based upon the full record of all proceedings in this case; and sufficient cause having been shown therefor, it is hereby;

ORDERED THAT:

1. The Application is granted on a final basis to the extent set forth on the attached Schedules.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this order.

**IT IS SO ORDERED.**

Dated:  September 13, 2024
        New York, New York

                                                                  **/s/ Martin Glenn**
                                                                  MARTIN GLENN
                                                     Chief United States Bankruptcy Judge

Case No.:    22-10964 (MG)  **CURRENT FEE PERIOD**[1]  Schedule A
Case Name: Celsius Network, LLC et al.  August 1, 2023-November 9, 2023

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| RSM US LLP | 01/18/2024 Dkt. No. 4264<br>07/26/2024 Dkt. No. 7555[2] | $1,141,934.75 | $891,934.75 | $891,934.75 | 0 | $891,934.75 | $26,387.69 | $26,387.69 |

DATE ON WHICH ORDER WAS SIGNED: 9/13/2024    INITIALS: MG USBJ

---

[1]    RSM US LLP did not file monthly or interim fee applications.
[2]    Dkt. No. 7555 amended and restated Dkt. No. 4264.

Case No.: 22-10964 (MG)  **FINAL FEE APPLICATION TOTALS**  Schedule B
Case Name: Celsius Network, LLC et al.  August 1, 2023-November 9, 2023

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| RSM US LLP | $1,141,934.75[3] | 0 | $26,387.69 | 0 |

DATE ON WHICH ORDER WAS SIGNED: 9/13/2024          INITIALS: MG USBJ

---

[3] The fees will be allowed in the reduced amount of $891,934.75