George None Galindo
971 Terrace Dr
Oakdale, CA 95361
georgegalindo209@gmail.com
(209) 598-6113

09/13/2024

The United States Bankruptcy Court
Southern District of New York
Honorable Martin Glen, Chief Judge
Vito Gonna, Clerk of Court

Re: Case No. 22-10964

Dear Court,

I am filing this pleading as a pro se litigant, without the assistance of an attorney, in accordance with the procedures outlined on the court's website at https://coop.nysb.uscourts.gov/prosefiles.

I am filing a Motion to Intervene in the above-referenced case. The purpose of this pleading is to have Stretto provide George None Galindo his Celsius Withdrawal distribution "code".

The facts supporting this pleading are as follows:

I have submitted numerous support tickets to Stretto "https://celsiusdistribution.stretto.com/support/tickets/new" requesting my Celsius Claim Distribution code. I've only received canned responses from Stretto stating they have received my request.

There is a discrepancy in my full name between Celsius and Stretto. My full name in Celsius was set to "George Galindo", however the name on my California Driver's license which I uploaded and verified my Celsuis account with list my full name as "George None Galindo".

Celsius list my full name as "George Galindo". See attached docs "1-celsius-original.pdf" and "2-Doc_973_George_Galindo.pdf".

Stretto list my full name as "George None Galindo". See attached "doc 3-Stretto-claim.pdf".

Both Coinbase and Paypal list my full name as "George None Galindo".

My email "georgegalindo209@gmail.com" and cell phone number is the same for Celsius, Stretto, Coinbase and Paypal.

However, I now live at a different home address from what is listed on Celsius records "1-celsius-claim-original.png".

Thank you for your attention to this matter.

Sincerely,
George None Galindo