**Name does not match US California Driverse License "George None Galindo"**

**To:** GEORGE GALINDO

You're receiving this email because you have a claim in the Celsius Network LLC restructuring matter. This email contains important information about your claim, and the claims filing process.

**Step 1: Take note** - the last date to file a claim is January 3, 2023 at 5:00 PM ET.

To review complete information about the filing process, the legal notice can be found here.

**Notice of Claims Bar Date**

**Step 2:** Review the amount of your claim listed by Celsius Network LLC in the Schedules of Assets and Liabilities. The details about your claim are here:

**Celsius Account Email:** georgegalindo209@gmail.com
**Creditor Name:** GEORGE GALINDO
**Address 1:** 3225 Estrella Ave
**Province:** Stockton, California 95206

Your claim is listed on Schedule **EF Part 2** as a General Unsecured claim comprising of the coin(s) listed in the table below. Your claim **IS NOT** subject to an offset.

| Coin | Earn Account | Custody Account | Withheld Account | Collateral on Loan Receivable |
|---|---|---|---|---|
| Bitcoin (BTC) | 0.000597515073347637 | 0 | 0 | 0 |
| Ethereum (ETH) | 11.4274121859625 | 0 | 0 | 0 |
| Uniswap (UNI) | 508.142080502877 | 0 | 0 | 0 |
| USD Coin (USDC) | 28039.971852469 | 0 | 0 | 0 |

**Step 3: If you agree with the type and amount of your claim listed above, you do not need to file a claim and no further action is required at this time.**

As explained in the Notice of Deadline to File Proofs of Claim, customers do not need to submit a Proof of Claim in these chapter 11 cases if their claim is listed on the Schedules filed by the Debtors, provided that (i) the Claim is not scheduled as "Disputed," "Contingent," or "Unliquidated"; (ii) the claimant does not disagree with the amount, nature, and priority of the Claim as set forth in the Schedules; and (iii) the claimant does not dispute that the Claim is an obligation only of the specific Debtor against which the Claim is listed in the Schedules.

**Step 4: If you disagree with your scheduled claim listed above, or your claim was scheduled as "Contingent," "Unliquidated," or "Disputed," you must file a proof of claim, on or before the General Bar Date of January 3, 2023 at 5:00 PM ET or be forever barred from further recovery.**

If you have determined that you need to file a claim (because you disagree with the scheduled claim listed above OR your claim is listed as Contingent, Unliquidated, or Disputed), there are two ways to submit your claim:

**To submit your Proof of Claim online,** please click https://case.stretto.com/celsius/auth?id=0bf87d75-fb03-4101-8605-112cb12e9a32 and enter the following online claim filing PIN: f

**To submit your Proof of Claim via mail,** download a blank proof of claim form. Upon completion of your claim form (together with any supporting documentation you may have), please remit to the following address:

**Celsius Claims Processing**
c/o Stretto
**410 Exchange, Suite 100**
**Irvine CA 92602**

**Important Deadlines to File Claims:**

General Bar Date: January 3, 2023 at 5:00 PM ET

Governmental Unit Bar Date: January 10, 2023 at 5:00 PM ET

**For questions related to submitting your Proof of Claim, you can contact Stretto at:**
Toll-Free: (855) 423-1530
International: (949) 669-5873
Email: celsiusinquiries@stretto.com

For additional information about this case, including access to filed documents, upcoming hearing information, and other deadlines, please visit https://cases.stretto.com/celsius.

The Stretto Team

410 Exchange, Ste 100 Irvine, CA 92602