22-10964-mg    Doc 973    Filed 10/05/22    Entered 10/05/22 22:13:10    Main Document
Pg 4770 of 14532

Debtor Name: Celsius Network LLC

Statement of Financial Affairs for Non-Individuals Filed for Bankruptcy

SOFA Question 4 ... persons ... filing this case

**Name does not match my US California Drivers License**
**"George Nome Galindo"**

| USERNAME | ADDRESS | DATE | ACCOUNT | TYPE | Descriptive Purpose | COIN |
|---|---|---|---|---|---|---|
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Incoming | Internal Account Transfer | BTC |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Outgoing | Swap Out | BTC |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Incoming | Swap In | USDC |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Outgoing | Loan Principal Payment | USDC |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Earn | Incoming | Collateral | ADA |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Outgoing | Internal Account Transfer | ADA |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Incoming | Internal Account Transfer | ADA |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Outgoing | Swap Out | ADA |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Incoming | Swap In | USDC |
| GEORGE FOUCHE | ADDRESS REDACTED | 5/12/2022 | Custody | Outgoing | Loan Principal Payment | USDC |
| GEORGE FUNARO JR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETH |
| GEORGE FUNARO JR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC |
| GEORGE FUNARO JR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | XLM |
| GEORGE FUNARO JR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SNB |
| GEORGE GALALLA JR | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETH |
| GEORGE GALANIS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC |
| GEORGE GALANIS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | CEL |
| GEORGE GALANIS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC |
| GEORGE GALANOPOULOS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC |
| GEORGE GALANOPOULOS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | CEL |
| GEORGE GALANOPOULOS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | ETH |
| GEORGE GALANOPOULOS | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | SOL |
| GEORGE GALINDO | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC |
| GEORGE GALINDO | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC |
| GEORGE GALINDO | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | USDC |
| GEORGE GAN | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BTC |
| GEORGE GAN | ADDRESS REDACTED | 4/14/2022 - 7/13/2022 | Earn - Interest, Earn, Custody or Withheld - Rewards | Incoming | Interest and Rewards | BUSD |