**From: Stretto Celsius Network** <no-reply@cases-cr.stretto-services.com>
Date: Tue, Mar 19, 2024 at 1:11 PM
Subject: IMPORTANT: We are unable to process your claim at Coinbase
To: <georgegalindo209@gmail.com>

**Full name matches my US California Drivers License**



Dear GEORGE NONE GALINDO

You are receiving this email because we have been notified that your claim distribution **cannot be serviced through Coinbase.**

**No action is required of you at this time. We will be in touch with you shortly on next steps to receive your distribution. Please be patient as we work with our Distribution Partners to determine next steps and actions that will be required of you.**

**If You Need Further Support**

If you have any questions or need assistance with this process, we *strongly suggest* you refer to our Distributions FAQ and resources related to claim distributions before contacting support. We are currently receiving a large number of inquiries, and we appreciate your patience while we work through each creditor support inquiry.

The latest updates in our Chapter 11 cases are available on cases.stretto.com/celsius or through our X account (formerly Twitter) @CelsiusNetwork.

**Stay Alert**

Remain vigilant for phishing attempts. Celsius, the Official Committee of Unsecured Creditors, or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Stretto