Dear Chief Judge Glenn,

My name is Dr. Nikita Korolko, and I am a creditor of Celsius Network.

I want to complain about Stretto who handles the bankruptcy case. In the last 6 months (since March 2024):

1. Stretto did not provide me with any information about the status of my distribution case.
2. Stretto did not contact me neither by phone, mail or email (that they have on file) regarding the next steps in handling of my claim.
3. Stretto did not reply to multiple emails and support tickets that I filed trying to get the information about my case or help them facilitate my claim distribution.

The amount of my claim to Celsius Network is material to me. It constitutes a significant portion of my annual income and net worth. I find Stretto operations unprofessional and stressful for many creditors (including myself).

Could you please ask Stretto to review my claim and finally contact me? That would be a great relief and support to me.

Thank you for your service and consideration.
Nikita

15 Sep 2024
Chicago, IL