UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 13, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Ceratosaurus Investors, LLC, Attn: Michael Linn at One Maritime Plaza, Suite 2100, San Francisco, CA 94111:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 7678]**

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 7679]**

Furthermore, on September 13, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 7678]**

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on September 13, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**:

- **[Customized for Rule 3001(e)(2)] Notice of Transfer of Claim Pursuant to F.R.B.P. 3001(e)(2) [Re: Docket No. 7679]**

Dated: September 17, 2024

Sabrina G. Tu

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 17th day of September, 2024, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# **Exhibit A**

**Exhibit A**

Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Pharos Fund SP of Pharos Master SPC | c/o Amini LLC | Attn: Jeffrey Chubak | 131 West 35th Street | 12th Floor | New York | NY | 10001 | |
| Pharos Fund SP of Pharos Master SPC | c/o Lantern Ventures Ltd | 71-75 Shelton Street | | | London | EN | WC2H 9JQ | United Kingdom |
| Pharos Fund SP of Pharos Master SPC | | 3rd Floor, Citrus Grove | 106 Goring Avenue | P.O. Box 492 | George Town | Grand Cayman | KY1-1106 | Cayman Islands |

# **Exhibit B**

**Exhibit B**

Served Via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| Pharos USD Fund SP of Pharos Master SPC | c/o Amini LLC | Attn: Jeffrey Chubak | 131 West 35th Street | 12th Floor | New York | NY | 10001 | |
| Pharos USD Fund SP of Pharos Master SPC | c/o Lantern Ventures Ltd | 71-75 Shelton Street | | | London | EN | WC2H 9JQ | United Kingdom |
| Pharos USD Fund SP of Pharos Master SPC | | 3rd Floor, Citrus Grove | 106 Goring Avenu | P.O. Box 492 | George Town | Grand Cayman | KY1-1106 | Cayman Islands |