George None Galindo
971 Terrace Dr
Oakdale, CA 95361
georgegalindo209@gmail.com
(209) 598-6113

09/16/2024

The United States Bankruptcy Court
Southern District of New York
Honorable Martin Glen, Chief Judge
Vito Gonna, Clerk of Court

Re: Case No. 22-10964

Dear Court,

I am filing this pleading as a pro se litigant, without the assistance of an attorney, in accordance with the procedures outlined on the court's website at https://coop.nysb.uscourts.gov/prosefiles.

I am filing a Motion to Intervene in the above-referenced case. The purpose of this pleading is to have Stretto provide George None Galindo his Celsius Withdrawal distribution "code".

The facts supporting this pleading are as follows:

I have submitted numerous support tickets to Stretto at "https://celsiusdistribution.stretto.com/support/tickets/new" requesting my Celsius Claim Distribution code. I've only received canned responses from Stretto stating they have received my request.

Note, there is a discrepancy in my full name between Celsius and Stretto. My full name in Celsius was set to "George Galindo", however the name on my California Driver's license which I uploaded and verified my Celsuis account with, list my full name as "George None Galindo".

Celsius list my full name as "George Galindo" in several of their documents.

Stretto list my full name as "George None Galindo" in their emails and documents.

Both Coinbase and Paypal list my full name as "George None Galindo".

My email "georgegalindo209@gmail.com" and cell phone number is the same for Celsius, Stretto, Coinbase and Paypal.

Also, I have moved to a new "home" address after Celsius file for bankruptcy. My latest "new" address is shown on my USA, California Driver's License.

Thank you for your attention to this matter.

Sincerely,
George None Galindo