**PRYOR CASHMAN LLP**
Seth H. Lieberman
Richard Levy, Jr.
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com
rlevy@pryorcashman.com
msilverman@pryorcashman.com
arichmond@pryorcashman.com

*Attorneys for the Litigation Oversight Committee of Celsius Network LLC and Mohsin Y. Meghji solely in his capacity as the Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that Pryor Cashman LLP hereby appears in the above-captioned case, pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), as counsel for the Litigation Oversight Committee of Celsius Network LLC and Mohsin Y. Meghji solely in his capacity as the Litigation Administrator (together, the "**Parties**"); and such counsel

---

[1] The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of the Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following attorneys at the address, telephone number, facsimile number and email addresses as indicated:

> Seth H. Lieberman
> Richard Levy, Jr.
> Matthew W. Silverman
> Andrew S. Richmond
> Pryor Cashman LLP
> 7 Times Square
> New York, New York  10036-6569
> Telephone: (212) 421-4100
> Facsimile: (212) 326-0806
> E-mail:  slieberman@pryorcashman.com
>             rlevy@pryorcashman.com
>             msilverman@pryorcashman.com
>             arichmond@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the Parties do not intend that this Notice of Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes, or be deemed or construed to be: (a) a consent to accept service of process, or consent to the jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding the Parties; or (b) a waiver of the Parties' rights (1) to trial by jury in any matter so triable, in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions,

setoffs, or recoupments to which the Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Parties expressly reserve.

Dated: New York, New York
September 18, 2024

**PRYOR CASHMAN LLP**

*/s/ Seth H. Lieberman*
Seth H. Lieberman
Richard Levy, Jr.
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York  10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
E-Mail:  slieberman@pryorcashman.com
rlevy@pryorcashman.com
msilverman@pryorcashman.com
arichmond@pryorcashman.com

*Attorneys for the Litigation Oversight Committee of Celsius Network LLC and Mohsin Y. Meghji solely in his capacity as the Litigation Administrator*