**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Janira N. Sanabria, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 18, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **The Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7701)

Furthermore, on September 18, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via electronic mail on the service list attached hereto as **Exhibit C**:

- **The Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7701)

Dated: September 20, 2024

_Janira Sanabria_
Janira N. Sanabria

State of Colorado     )
                      ) SS.
County of Denver      )

Subscribed and sworn before me this 20th day of September 2024 by Janira N. Sanabria.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **Exhibit A**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CO-COUNSEL MOHSIN Y MEGHJI LITADMIN | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: LUCAS G. CURTIS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE | C/O PRYOR CASHMAN LLP | 7 TIMES SQUARE | LIEBERMAN LEVY SILVERMAN RICHMOND | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: TURETSKY, HERSHEY, WEEDMAN | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 200 S BISCAYNE BLVD SUITE 4900 | ATTN: KEITH H. WOFFORD | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | 2020 K STREET NW SUITE 400 | ATTN: LAUREN C. BOLCAR | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS BRIC | C/O WILLKIE FARR & GALLAGHER LLP | 787 SEVENTH AVENUE | ATTN: LOMBARDI KORN WALL | NEW YORK | NY | 10019 |
| RSM US LLP | C/O FREJKA PLLC | 415 EAST 52ND STREET SUITE 3 | ATTN: ELISE S. FREJKA | NEW YORK | NY | 10022 |

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS | LUCAS.CURTIS@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| ADAM A GALAS | ON FILE |
| ADAM HILL | ON FILE |
| AGUILAR, RALPH | ON FILE |
| ALLEN MARTINCAVAGE II [WILL MARTIN] | ON FILE |
| AMELA CHANMANY SYHAPANHA | ON FILE |
| AN PHAN | ON FILE |
| ANDREW BESTAFKA | ON FILE |
| ANDREW GLENN WHALEY | ON FILE |
| ANDREW MCDANIEL | ON FILE |
| ANDREW W PATZERT | ON FILE |
| ANGEL MONTALVO | ON FILE |
| ANTON MATEJEK | ON FILE |
| AUSTIN, CRAIG | ON FILE |
| BALTZ, JUSTIN | ON FILE |
| BARRETT, BRYAN | ON FILE |
| BARRY J DICK | ON FILE |
| BARTLETT, GREGORY | ON FILE |
| BERKOWITZ, HOWARD PHILIP | ON FILE |
| BRAUNSTEIN, ANDREW | ON FILE |
| BRENDA J ANGUIANO | ON FILE |
| BRENNEMAN, KENDAL | ON FILE |
| BRENNEMAN, KENDAL | ON FILE |
| BROWER, ELENA PAIGE | ON FILE |
| BRYANT, BRANDON | ON FILE |
| CARIDAD, YASMANI DELGADO | ON FILE |
| CASIMIR, MARCUS | ON FILE |
| CASTILLO, RYAN VINCENT | ON FILE |
| CHANG, HWA | ON FILE |
| CHANG, SARAH | ON FILE |
| CHERRINGTON, ADAM | ON FILE |
| CHINHUA LIU | ON FILE |
| CHIPKIN, JARED | ON FILE |
| CHRIS MORSTAD | ON FILE |
| CIRIC, CHRISTOPHER | ON FILE |
| CLASSEN, CRAIG | ON FILE |
| COBBS, SHAWN | ON FILE |
| COLYER, GARY | ON FILE |
| CONWAY, MATTHEW | ON FILE |
| CORTEZ. SETH | ON FILE |

STRETTO

**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| CRISPINO, FLORMELYN | ON FILE |
| DALLAN ANDRES ESCOBAR | ON FILE |
| DANIEL DIZON | ON FILE |
| DANILO RUIZ | ON FILE |
| DAVID ZABINSKI | ON FILE |
| DAVIDSON, JAXSON | ON FILE |
| DAVIES, TRAVIS | ON FILE |
| DE BOER, MAARTEN | ON FILE |
| DE BOER, MAARTEN | ON FILE |
| DELROCCO, ROBERT | ON FILE |
| DENSMORE, BENJAMIN | ON FILE |
| DEREK VEATCH | ON FILE |
| DOUGLAS H WOLFORD | ON FILE |
| DOUGLAS H WOLFORD | ON FILE |
| DUBE, JONATHAN | ON FILE |
| DUKES, DEREK | ON FILE |
| DURNIN, MICHAEL | ON FILE |
| EDMOND CHIU | ON FILE |
| EDWARD LUI | ON FILE |
| ELVIR, GABRIEL | ON FILE |
| ERIC A GROSS | ON FILE |
| ERIC OBERST | ON FILE |
| EVAN PRIDHAM | ON FILE |
| FREEMAN, MATTHEW | ON FILE |
| FRIDMAN, DMITRI | ON FILE |
| FUSMAN, ALEX | ON FILE |
| GIACOMOZZI, MARCO | ON FILE |
| GIBSON, LOUIS | ON FILE |
| GILL, TANVIR | ON FILE |
| GILMORE, SPENCER | ON FILE |
| GONCALVES, LEONARDO BATISTA | ON FILE |
| GORE, JONATHAN DAVID | ON FILE |
| GOULART, CHRISTOPHER F | ON FILE |
| GRASSO, SALVATORE STEVEN | ON FILE |
| GRIERSON, JAMES | ON FILE |
| GURLEEN BHINDER | ON FILE |
| HAMMOND BRANCH JOHNSON | ON FILE |
| HAN, SUN JUNG | ON FILE |
| HANLER N PEREZ | ON FILE |

## Exhibit C
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| HARDING, KINA | ON FILE |
| HARVEY, JOSEPH E | ON FILE |
| HAVA, ELAN | ON FILE |
| HAWK, NEAL | ON FILE |
| HELLER, SHARON | ON FILE |
| HOGEN, GEORGE | ON FILE |
| HOLTZE, DAVID | ON FILE |
| HOURIHAN, BRIAN | ON FILE |
| HUANG, JOE | ON FILE |
| HUY PHAN | ON FILE |
| IAN BERG | ON FILE |
| IMPERIAL DEFENDERS SUPER FUND | ON FILE |
| JACK J MONTELEONE | ON FILE |
| JAHNKE, ROGER | ON FILE |
| JAMES JULIUS BOYLE RAY | ON FILE |
| JAMES R SOLOMON | ON FILE |
| JAMES YEN | ON FILE |
| JAMES, MARK | ON FILE |
| JASON COONEY | ON FILE |
| JASON ERIC MARCH | ON FILE |
| JASON MICHAEL LISNER | ON FILE |
| JAY P. PATEL | ON FILE |
| JAY SUN | ON FILE |
| JEONG, JIYOON | ON FILE |
| JERRY DON MCGUFFIN | ON FILE |
| JERRY DON MCGUFFIN | ON FILE |
| JIA, WENKAI | ON FILE |
| JIMENEZ, MICHAEL | ON FILE |
| JOHN BREVARD | ON FILE |
| JOHN JONES | ON FILE |
| JOHN RAYMOND PORTILLO | ON FILE |
| JOSE GUERRA | ON FILE |
| JOSEPH DANIEL SANCHEZ | ON FILE |
| JOSEPH EDWARD LUNDQUIST | ON FILE |
| JOSHUA GRANT | ON FILE |
| JUSTIN IRELAND | ON FILE |
| KALYANE PETRI | ON FILE |
| KAM, CHECK | ON FILE |
| KAPLAN, DANA | ON FILE |

**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| KELLER-LYNN, CAROLINE | ON FILE |
| KELVIN BROADNAX | ON FILE |
| KENDALL, MONICA | ON FILE |
| KENNETH MICHAEL BARR | ON FILE |
| KESHWANI, RUMEER | ON FILE |
| KEVIN ALAN COMER | ON FILE |
| KEVIN WEBSTER | ON FILE |
| KEVIN WITHERSTINE | ON FILE |
| KIMPO TEANG | ON FILE |
| KINNEY, BRIAN | ON FILE |
| KIPCHOGE SPENCER | ON FILE |
| KNIGHT, PAUL | ON FILE |
| KOFMAN, MICHAEL | ON FILE |
| KRISHNA C VUDAYAGIRI | ON FILE |
| LAST, WOLTER | ON FILE |
| LESHOCK, DAVID | ON FILE |
| LEUNG, ALICE | ON FILE |
| LIANG, TREVOR | ON FILE |
| LIANNE AZAR | ON FILE |
| LIOCE, NICK | ON FILE |
| LIOR SELA | ON FILE |
| LOAN TOMOIAGA | ON FILE |
| LY, JOHNATHAN | ON FILE |
| MACHADO, BLAKE | ON FILE |
| MAN CHI YAM | ON FILE |
| MARGARET FRANCES CUNNINGHAM | ON FILE |
| MARK ELCONIN | ON FILE |
| MARK FUNOVITS | ON FILE |
| MARK L HETHERINGTON | ON FILE |
| MARK SLIMP | ON FILE |
| MARTINEZ, CRAIG | ON FILE |
| MARY ES ANDERSON | ON FILE |
| MATTHEW DAY | ON FILE |
| MATTHEW PETRUSO | ON FILE |
| MAXIM TALAN | ON FILE |
| MCGUFFIN, ALLIE | ON FILE |
| MCGUIRE, CHARLES | ON FILE |
| MEADOWS, BLAISE | ON FILE |
| MEOLA, GABRIEL ISAIAH | ON FILE |

STRETTO

## Exhibit C
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| MICHAEL WILHELM | ON FILE |
| MINH TIEN VU | ON FILE |
| MINSK, BEN | ON FILE |
| MORGAN, KEVIN | ON FILE |
| MUHAMMAD A USMAN | ON FILE |
| MURTAUGH, RYAN | ON FILE |
| NATALIE LABRIOLA | ON FILE |
| NATHAN WORDEN | ON FILE |
| NG, KA HENG KEN | ON FILE |
| NIEBOER, TARA | ON FILE |
| O'LEARY, ROBERT | ON FILE |
| OMAR MASSA | ON FILE |
| O'TOOLE-RODRIGUEZ, PATRICK | ON FILE |
| O'TOOLE-RODRIGUEZ, PATRICK | ON FILE |
| PAEK, DANIEL DAE C | ON FILE |
| PATEL, RIKKY | ON FILE |
| PATEL, RIKKY | ON FILE |
| PATRICK JENKINS | ON FILE |
| PATRICK POOLE | ON FILE |
| PAUL LOUIS | ON FILE |
| PAUL NATALE, PAUL | ON FILE |
| PEDDIE, DRAKE MCNEELY | ON FILE |
| PHELPS, JOHN K | ON FILE |
| PINTO, VASCO | ON FILE |
| POLAVARAPU, SUMAN K | ON FILE |
| PONG VANG | ON FILE |
| POTTER, SHAWN | ON FILE |
| POURSANAE, SAMAN | ON FILE |
| PRAIZNER, MATTHEW | ON FILE |
| PRAJESH GULU PATEL | ON FILE |
| PRICE, PAUL SCOTT | ON FILE |
| PRIYANK GULU PATEL | ON FILE |
| PRIYANK GULU PATEL | ON FILE |
| RAJ RAKESHKUMAR PATEL | ON FILE |
| RAMACHANDRAN, AVINASH VILAYANUR | ON FILE |
| RANDALL, SERENA | ON FILE |
| RAWLERSON, HENRY | ON FILE |
| RAYNER, MARC | ON FILE |
| RAYNER, MARC | ON FILE |



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| RECHT, AUSTIN | ON FILE |
| REED, BRANDON | ON FILE |
| REID, ROBERT W. | ON FILE |
| RICHARD J POWERS | ON FILE |
| RIOUX, CHRISTOPHER | ON FILE |
| ROBERT J SCHWENK | ON FILE |
| ROBERT THOMAS BURNS III | ON FILE |
| RODRIGUEZ, LUIS MANUEL | ON FILE |
| ROECKEL, TIMOTHY | ON FILE |
| ROELAND VAN POPPELEN | ON FILE |
| RONALD G BARNES JR. | ON FILE |
| RUSSELL RUBINSTEIN | ON FILE |
| SAKET MEHTA | ON FILE |
| SALINAS, HILDEBRANDO | ON FILE |
| SANTOS, GLORIA | ON FILE |
| SATOSHI STRATEGY LLC | ON FILE |
| SCHMIDT, BRADLEY | ON FILE |
| SENECA, MICHAEL J. | ON FILE |
| SEUNG, CAROLINE | ON FILE |
| SHAWN MAGHBOULEH | ON FILE |
| SHEKHTER, DINA | ON FILE |
| SILVESTRE RAMOS | ON FILE |
| SIU KEI KWAN | ON FILE |
| SMITH, NATHANIEL | ON FILE |
| SMYTH, LUKEN | ON FILE |
| SPENCER, KIPCHOGE | ON FILE |
| STANLEY DOMBROSKI | ON FILE |
| STANLEY DOMBROSKI | ON FILE |
| SURMAI CATHERINE LEE | ON FILE |
| SURMAI CATHERINE LEE | ON FILE |
| SYMANIETZ, DUANE | ON FILE |
| TED STRANE | ON FILE |
| TERRANCE LADE | ON FILE |
| THEIN, KYAW MIN | ON FILE |
| THOMAS, THOMAS | ON FILE |
| THOMPSON, RYAN | ON FILE |
| TIM BARRY | ON FILE |
| TIM ORSAK | ON FILE |
| TRAN, EDWARD | ON FILE |



# Exhibit C
Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| TRAVIS DEACON JONES | ON FILE |
| TRETTIN, ROBERT | ON FILE |
| TRUPIANO III, JOSEPH | ON FILE |
| TURBYFILL, GEORGE ERNEST | ON FILE |
| TUTTLE, MARK | ON FILE |
| UNGERSMA, BRYCE | ON FILE |
| URIZAR, ADAN E | ON FILE |
| USTYMENKO, VADYM | ON FILE |
| VANEGAS MACIAS, ALAN | ON FILE |
| VANITA PATEL | ON FILE |
| VAUGEOIS, KIMTAM | ON FILE |
| VIGORS, WILLIAM | ON FILE |
| VIJAYA KUMAR ANUMALASETTY | ON FILE |
| VO, QUOC | ON FILE |
| WAITE, CAMDEN ADIN | ON FILE |
| WASHINGTON, IASIA TYKETTA | ON FILE |
| WEITZEL, RANDALL J | ON FILE |
| WESTENSKOW, ANDY | ON FILE |
| WESTON, ADAM | ON FILE |
| WILLIAM HENRY PLAUTH | ON FILE |
| WILLIAMS II, SCOTT | ON FILE |
| WOOD, JOHN | ON FILE |
| YAN, ROBERT | ON FILE |
| YANG, JIACHAO | ON FILE |
| YOU, YANG | ON FILE |
| YU, THERESA | ON FILE |
| YURISA CHEATHAM | ON FILE |
| ZIMMERMAN, DYLAN | ON FILE |