2
James H. Richards SBN 321986
Jaimee A. Jones, a Professional Corporation
PO Box 489
Dixon, California 95620
Phone  (707) 693-3350
Fax      (707) 676-4383
jrichards@jjoneslaw.com

Attorney for Daniel Eleazar Quinonez

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.<br><br>             Reorganized Debtors.<br><br>―――――――――――――<br><br>MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, as Representative for the Post-Effective Date Debtors,<br><br>             Plaintiff,<br><br>  v.<br><br>DANIEL ELEZEAR QUINONEZ,<br><br>             Defendant. | Case No.: 22-10964 (MG)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Adv. No.: 24-01918 (MG) |

### NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that JAIMEE A.JONES, PC hereby appears in the above-captioned case, pursuant to §1109 (b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), as counsel for DANIEL ELEAZEAR QUINONEZ, and such counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and

1  serued upon the following attorneys at the address, telephone number, facsimile number and email

2  addresses as indicated:

3                     Jaimee A. Jones, a Professional Corporation

4                     PO Box 489

5                     Dixon, California 95620

6        Phone:        (707) 693-3350

7        Fax:          (707) 676-4383

8        E-mail:       jrichards@jjoneslaw.com

9  **PLEASE TAKE FURTHER NOTICE** that pursuant to §1109 (b) of the Bankruptcy Code, the

10  foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

11  specified above but also includes, without limitation, any notice, application, complaint, demand,

12  motion, petition, pleading, or request, whether formal or informal, written or oral, and whether

13  transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed

14  or made with regard to the above-captioned case and proceedings therein.

15  **PLEASE TAKE FURTHER NOTICE** that the Party does not intend that this Notice of

16  Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes

17  or be deemed construed to be: 1) a consent to accept service of process, or consent to the

18  jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding the Party;

19  or 2) a waiver of the Party's rights a) to a trial by jury where allowed by law, in this case or any

20  other case, controversy, or proceeding related to this case, or b) to any other rights, claims, actions,

21  setoffs, or recoupments to which the Party is or may be entitled, in law or in equity, all of which

22  rights, claims, actions, defenses, setoffs, and recoupments the Party expressly reserves.

23

24  DATED:      Dixon, California            JAIMEE A. JONES, PC
                September 19, 2024
25

26
                                            /s/ James H. Richards_____
27                                          Attorney for Daniel Elezear Quinonez

28