Santosh SureshKumar Bajaj
B503, Surya Shreeji 66
Motera, Ahmedabad, India - 382424
santoshbajaj191962@gmail.com
Sept 20, 2024

Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: Celsius Network Case No. **22-10964** – Distribution Delay

Dear Judge Martin Glenn,

I am writing to respectfully bring to your attention the ongoing delays in receiving my distribution as a creditor in the Celsius bankruptcy. This prolonged delay has caused significant financial strain and personal stress, as I have been unable to access funds that are crucial for my financial well-being.

Despite multiple efforts to ask for Crypto transfers or USD payments via Hyperwallet or other distribution means with the distribution team, I have been met with inefficiency and generic responses, leaving the situation unresolved for over nine months. Another instance where despite informing Celsius that Indian banks are rejecting wire transfers from Celsius, they still proceeded to send my distribution via USD wire transfer and claimed the payment was completed, even though my bank clearly rejected it. These delays have resulted in missed opportunities to invest and increased my financial burden.

I kindly request the court to intervene and expedite this process. Your oversight and assistance in ensuring a timely distribution would greatly alleviate the distress caused by this situation.

Thank you for your time and consideration.

Sincerely,
Santosh Sureshkumar Bajaj