## **EXHIBIT B**

## **CHART OF BREACHING PARTIES**

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 1. | AHMED, MOHAMMED | 04/29/24 |
| 2. | AROSEMENA, JUAN | 05/16/24 |
| 3. | INTENTIONALLY LEFT BLANK | N/A |
| 4. | BLESSING, ROBERT | 04/18/24 |
| 5. | BOHNSACK, ANDREAS | 05/01/24 |
| 6. | BOHNSACK, MARINDA | 05/01/24 |
| 7. | BOLLAERT, FABIAN | 03/31/24 |
| 8. | BROMFIELD, JOHN | 06/11/24 |
| 9. | BRYSON, VOE | 05/01/24 |
| 10. | CALANDRA, STEVEN | 05/26/24 |
| 11. | CALEB, PAUL | 04/04/24 |
| 12. | CAMERON, DUNCAN | 03/27/24 |
| 13. | CASAL, GERARDO | 05/01/24 |
| 14. | CHACON, JUSTIN | 04/08/24 |
| 15. | CHEN, KEVIN | 04/05/24 |
| 16. | CHENG, CHRISTI | 04/29/24 |
| 17. | CHERRIER, MARC | 05/17/24 |
| 18. | CHIANG, MING | 04/18/24 |
| 19. | CHUNG, LAI | 04/14/24 |
| 20. | DAVIS, BRADLEY | 05/01/24 |
| 21. | DOAN, VIET | 03/23/24 |
| 22. | DOS SANTOS, PABLO | 03/20/24 |
| 23. | FAUCON, PASCAL | 04/29/24 |
| 24. | FRIEDER, CASEY | 04/25/24 |
| 25. | GARZA, SAM | 04/29/24 |
| 26. | GOODE, DAVID | 03/22/24 |
| 27. | GRABER, JOSHUA | 04/29/24 |
| 28. | HAHN, YAO | 05/20/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 29. | HAN, CHARLES | 03/21/24 |
| 30. | HARTE, JAMES | 07/01/24 |
| 31. | HEARD, ZACK | 04/12/24 |
| 32. | HENSLEY, CHRISTOPHER | 04/08/24 |
| 33. | HERNANDEZ, ELIAS | 03/21/24 |
| 34. | HORNEMAN, MICHEL | 04/06/24 |
| 35. | IRVING, HAROLD | 04/06/24 |
| 36. | IVIC, JOSIP | 04/13/24 |
| 37. | JEAN, PASCAL | 04/23/24 |
| 38. | JIANG, YONG | 03/28/24 |
| 39. | KENG, EVIEON | 04/24/24 |
| 40. | KHOURY, SAMIR | 05/16/24 |
| 41(i). | KIM, KEVIN | 04/25/24 |
| 41(ii). | KIM, KEVIN | 06/13/24 |
| 42. | KING, JOHN | 04/23/24 |
| 43. | KOSTERMAN, STEPHEN | 05/01/24 |
| 44. | KUHFUSS, CLEMENT | 03/20/24 |
| 45. | LAMOUR, DAMIAN | 04/12/24 |
| 46. | LATHIA, CHIRAG | 04/30/24 |
| 47. | LOPORTO, PHILIP | 04/25/24 |
| 48. | MACMANUS, MICHAEL | 07/08/24 |
| 49(i). | MAY, JAMES | 04/24/24 |
| 49(ii). | MAY, JAMES | 05/18/24 |
| 50. | MAYNARD, LAURENCE | 04/14/24 |
| 51. | INTENTIONALLY LEFT BLANK | N/A |
| 52. | MEINHOLD, KYLE | 08/30/24 |
| 53. | MELCHERS, DANIELLE | 04/07/24 |
| 54. | MERMET, LEONARD | 03/21/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| **55.** | MILLER, DAVID | 04/23/24 |
| **56.** | MISRA, AMIT | 04/29/24 |
| **57.** | MITCHELL, DAVID | 04/22/24 |
| **58.** | MOHAMED, ISLAM | 04/05/24 |
| **59.** | NAGAR, YEHUDA | 06/05/24 |
| **60(i).** | NANCHEVA, ROSITSA | 04/24/24 |
| **60(ii).** | NANCHEVA, ROSITSA | 05/01/24 |
| **61.** | NARAINSINGHANI, MANIK | 03/27/24 |
| **62.** | ONG, EUGENE | 04/29/24 |
| **63.** | PANAYIOTOU, ANTONIO | 07/10/24 |
| **64.** | PEETZ, MATTHEW | 04/30/24 |
| **65.** | PETRAUSKAS, DIMITRIJUS | 04/04/24 |
| **66.** | PINGALI, SILPA | 04/27/24 |
| **67.** | RIVERA, OSCAR | 04/23/24 |
| **68.** | RUDOLPH, FREDERICK | 04/28/24 |
| **69.** | SALLEH, FAROUK | 04/28/24 |
| **70.** | SELMAR, SAMUEL | 04/15/24 |
| **71.** | SEPASSI, FARSHID | 04/24/24 |
| **72.** | SEYMOUR, HAMISH | 03/20/24 |
| **73.** | SHADUR, ANTHONY | 04/05/24 |
| **74.** | SINGH, PRABAL | 03/25/24 |
| **75.** | SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O. | 04/19/24 |
| **76.** | ST. LEDGER, ROBERT | 04/16/24 |
| **77.** | STAGGS, PATRICK | 04/30/24 |
| **78.** | STONE, MICHAEL | 04/04/24 |
| **79.** | SUASO, JULIAN | 04/15/24 |
| **80.** | SUN, JUNFENG | 05/01/24 |
| **81.** | TEH, HOOI | 04/29/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 82. | TO, JOSHUA | 03/24/24 |
| 83. | TORRES, EMERSON | 03/20/24 |
| 84. | TORRET, BERTRAND | 05/01/24 |
| 85. | TSANG, WING | 04/30/24 |
| 86. | TSO, MANEL | 05/17/24 |
| 87. | TURNER, VICTOR | 04/23/24 |
| 88. | TURPIN, CARL | 04/29/24 |
| 89. | VAN GILS, MARTEN | 04/07/24 |
| 90. | VOUNG, MINH | 04/24/24 |
| 91. | WITKOWSKI, CYRIL | 04/08/24 |
| 92(i). | WONG, JASON | 03/25/24 |
| 92(ii). | WONG, JASON | 04/16/24 |
| 93. | WU, NIEN | 04/06/24 |
| 94. | YEUNG, KEI | 05/01/24 |
| 95. | YI, FEI | 03/20/24 |
| 96. | YIEN, RENNY | 05/03/24 |
| 97. | ZEMSER, RACHEL | 04/29/24 |