**WHITE & CASE LLP**
Samuel P. Hershey
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
        lucas.curtis@whitecase.com
        nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
        devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
        kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors.[1] | |

---

[1] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor

# DECLARATION OF KENNETH EHRLER IN
# SUPPORT OF THE LITIGATION ADMINISTRATOR'S
# MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS
# SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES

I, Kenneth Ehrler, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a Managing Director at M3 Advisory Partners, LP ("**M3**"), which serves as a financial advisor to the Litigation Administrator for Celsius Network LLC and its affiliated debtors (the "**Litigation Administrator**"). I offer this declaration in support of *Motion for an Order to Enforce the Settlement Agreements Against the Breaching Parties* (the "**Motion**").[2] This declaration is based on my personal knowledge and upon my review of the records of this and related matters.

2.    As part of my current position, I am responsible for assisting the Litigation Administrator with certain claims management and reconciliation matters, including facilitating the execution of settlement agreements in connection with the Litigation Administrator's customer preference claims (the "**Settlement Agreements**") and communicating with parties in breach of the Settlement Agreements (the "**Breaching Parties**")

3.    By signing the Settlement Agreement, each Breaching Party agreed to provide as consideration a settlement payment amount to the Litigation Administrator by the settlement payment deadline, usually seven days after the execution of the Settlement Agreement (the "**Settlement Payment Deadline**"). See Ash Decl. Exs. 1-97 § 2.

---

Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Motion.

2

4.    In total, 95 individuals who have executed Settlement Agreements have breached those agreements by failing to remit payment by the specified deadlines. Most of the Breaching Parties have been in default for many months, some since as early as April 2024.

5.    The Litigation Administrator has sent each Breaching Party multiple emails and letters imploring them to cure their breach of the Settlement Agreement by paying the settlement amount immediately. These emails and demand letters were sent to the same addresses and by the same means of communication as were utilized by the Litigation Administrator when announcing, negotiating and executing the Settlement Agreements with the Breaching Parties.

6.    Despite the Litigation Administrator's efforts, none of the Breaching Parties have cured their defaults. A vast majority of the Breaching Parties have not responded to the Litigation Administrator. Those who have responded have sought to re-trade their agreements or stopped responding after initial engagement.

*[Remainder of page intentionally left blank]*

4

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    September 24, 2024
                New York, New York

By */Kenneth Ehrler*
Kenneth Ehrler