Abhishek Bhatnagar
Punjab, INDIA
[Abhi4770d@gmail.com](mailto:Abhi4770d@gmail.com)
24th Sep. 2024

The Honorable Martin Glenn
Chief Judge,
U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green, New York, NY 10004-1408

**Subject**:  Still No Distribution despite making a request to you under **Docket 7683** for Celsius Network Bankruptcy Case No. **22-10964**

**Dear chief Judge Martin Glenn,**

Could you please Intervene & Instruct Stretto to send my Distribution?

They are just making me go into loops & below is what they are doing.

1. On 29th July,2024.  Celsius Distribution along with K&E (CelsiusCreditorAnswers@kirkland.com) told me that my distribution is scheduled to be Transitioned to Hyperwallet.

2. I am not sure what kind of schedule is this that it has almost 8 weeks and yet they are not able to tell me when my Dollar Distribution will be made.

3. Anytime I am following up with them their standard Template answer is that your Dollar Distribution has been scheduled to be moved to Hyperwallet & I believe only God Knows what this schedule is or going to be.

4. After almost 8 months of patiently waiting, I made a request to you under Docket 7683 & I received another Template reply from Randy that they are looking into this as this is reported to him as an escalation.

5. **In your court, they have claimed that they are treating letters written to you as escalations and creating ticket from those letters yet there is no tangible progress on Docket 7683.**

I URGE you to direct Celsius to release my distribution.

Thanks & Regards,
Abhishek Bhatnagar