

September 19, 2024

To: The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 1004-1408
U.S.A.

**Case Number 22-10964 (MG)**

Dear Honorable Judge Martin Glenn,

My name is Palita Srisaikham, a creditor of Celsius in Thailand. I am penning this letter to address a matter of considerable significance pertaining to my creditor claim status with Celsius. Regrettably,I have been facing obstacles in accessing my cryptocurrency allocation due to the unavailability of Coinbase services in Thailand. Despite assurances from Stretto and Celsius regarding Coinbase's support in Thailand, I have been unable to retrieve my funds. This situation has persisted for over nine months, during which my appeals for help have fallen on deaf ears from both Stretto and Celsius.

With a substantial claim exceeding $850,000 at stake, the lack of communication and action from Celsius and Stretto is not only concerning but also unacceptable. It is worth noting that I have consistently followed all KYC procedures with reputable platforms like Bank to the Future, Binance, and Kraken. Given these circumstances, I kindly request your intervention to explore possible solutions. It would greatly benefit me if my allocation could be redirected to one of the aforementioned KYC-compliant exchanges.

I appreciate your attention to this matter and eagerly await a favorable resolution.
Sincerely,

Palita Srisaikham

99/116M Sretsiri Seri Thai Road,
Kannayao District, Bangkok
Thailand 10230

Psrisaikham1973@outlook.com
Palita.Srisaikham@gmail.com (Alternate Email)

PS: I have attached my previous complaint filed with the court and Stretto, along with evidence demonstrating the inaccessibility of Coinbase in Thailand. Your understanding and assistance in this matter are greatly appreciated.

Required fields have an asterisk: *

**Legal first name***

Palita

**Legal last name***

Srisaikham

**Email***

Psrisaikham1973@outlook.com

**Password***

••••••••••••

Moderate

☑ I certify that I am 18 years of age or older, I agree to the User Agreement, and I have read the Privacy Policy.

Country not supported currently. Try Coinbase Wallet instead!

**Create free account**

Sign up **as a business**

Privacy - T

 Outlook

## Action Required:Your Claim Distribution Encounteredan ErroratCoinbase

**From** Celsius Network <claims@distributions.celsius.network>
**Date** Thu 9/12/20241:05 AM
**To** psrisaikham1973@outlook.com <psrisaikham1973@outlook.com>

Please be advised that I consistently receive bi-weekly notifications prompting me to establish a Coinbase account. Despite my ongoing correspondence with Celsius, I am unable to proceed with the opening of a Coinbase account due to its unavailability in Thailand. It seems that all the support tickets I have submitted to Celsius have been disregarded, leading to this issue remaining unresolved and trapped in a perpetual cycle.



Dear PALITA SRISAIKHAM,

You are receiving this email because  no Coinbase account was found  matching the details on file for you.As such,Coinbase was  unable to complete your claim distribution.

### Action Required

- .Ensure you have an active account at Coinbase using the same email address used for your Celsius account.
    - a.If you do not already have an account at Coinbase,please create an account.
    - b.If you already have a Coinbase account,ensure the email address matches this email address associated with your Celsius account. How to change your Coinbase account information

- ·If you cannot change your email address with Coinbase and need to add or remove an Alternative Email address with Celsius to match your Coinbase email address, please submit a support inquiry and select
    - a."I need help with my Claim Distribution,"then
    - b."I am having issues at Coinbase,"then
    - c."I have a question about the Alternative Email address"
    - d.In your ticket description,please specify if you would like to add or remove your Alternative Email address,and the support team will handle your request.

- ·Ensure your Date of Birth (DOB)on file with Celsius is accurate.
    - a.To correct the DOB associated with your Celsius account,please initiate a support inquiry.

**For more information, visit our Knowledge Base**
To more easily navigate through our Distribution FAQs, we have relocated them to a searchable Knowledge Base at celsiusdistribution.stretto.com/support/solutions. This resource is integrated with the support ticketing system and contains comprehensive information on distributions and answers to frequently asked questions. For court updates, visit cases.stretto.com/celsius.

**Stay alert for phishing attempts**
Celsius or its advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Celsius

---

Celsius Network LLC-50 Harrison St. Suite 209F Hoboken NJ 07030, USA

Celsius Network Limited -167-169 Great Portland Street, 5th Floor, London W1W 5PF, UK

©2024 Celsius Network

 Outlook

## Please redeem your distribution from Celsius

**From** Celsius   Network   LLC   <do-not-reply@updates.celsius.network>

**Date** Fri 9/13/20247:46 PM

**To** psrisaikham1973@outlook.com      <psrisaikham1973@outlook.com>

Again, they are requesting me to submit tickets. I have already submitted over 6 tickets regarding the same issue. Unfortunately, it seems that they are either neglecting to read them or simply delaying the resolution of this matter at my expense.



Dear PALITA SRISAIKHAM,

You are receiving this email because our records indicate you have not successfully received your Celsius claim distribution.If you need assistance redeeming your distribution,please create a support ticket and we will assist you in the process.

**Get Support**

**For more information,visit our Knowledge Base**

This resource is integrated with the support ticketing system and contains comprehensive information on distributions and answers to frequently asked questions. For court updates,visit cases.stretto.com/celsius.

**Stay alert for phishing attempts**

Celsius or its advisors will never contact you directly by phone,text message,or social media to request account or personal information absent an order or on-the-record instruction by the Court.

Celsius

---

Celsius Network LLC -50 Harrison St.Suite 209F Hoboken NJ 07030,USA

Celsius Network Limited-167-169 Great Portland Street,5th Floor,London W1W 5PF,UK

©2024 Celsius Network

This e-mail has been sent to psrisaikham1973@outlook.com to provide updates on creditor claim distributions

from Celsius Network LLC Case Number:22-10964.Click here to unsubscribe.

After unsubscribing you may not receive important communications regarding Palita Srisaikham claim

distributions.

September 16, 2024

Dear Celsius Team,

I am writing in response to the email from Celsius requesting me to open a Coinbase account, to bring to your attention a matter of significant importance regarding my status as a creditor of Celsius residing in Thailand.

Regrettably, I have encountered impediments in obtaining my cryptocurrency allocation due to the unavailability of Coinbase services in Thailand, despite the assurances provided by Stretto and Celsius regarding Coinbase's accessibility in Thailand. Despite my persistent efforts spanning over nine months, my appeals for assistance have been met with silence from both Stretto and Celsius.

My substantial claim, exceeding $850,000, remains unresolved, and despite numerous email exchanges with Celsius and Stretto, their only response has been to create a Coinbase account, despite my clarification that it is unfeasible. This is deeply disconcerting and utterly unacceptable. It is imperative to note that I have consistently adhered to complete KYC requirements on reputable platforms such as Bank to the Future, Binance, and Kraken. Given these circumstances, I kindly request an exploration of a feasible solution. I would greatly appreciate it if my allocation could be redirected to one of the aforementioned KYC-compliant exchanges.

I eagerly await a favorable resolution. Additionally, I am in need of clarification regarding the distribution of my coin allocation, specifically the amounts of ETH and BTC.

Best regards,

Palita Srisaikham

Psrisaikham1973@outlook.com
Palita.Srisaikham@gmail.com (Alternate Email)

August 19, 2024

Dear Celsius network team,

I, Palita Srisaikham, am writing once again to bring to your attention the continuous prompts I have been receiving from Celsius urging me to open a Coinbase account. As previously mentioned, it is crucial to highlight that Coinbase is not authorized in Thailand despite Celsius' assertions. Despite my persistent endeavors over the past 8 months to establish an account, I have yet to receive any satisfactory responses from Celsius regarding the process of obtaining my coins and the specific details concerning the allocation of coins designated for me.

I will promptly forward to you the previous correspondence and accompanying screenshots detailing the ongoing issue I am currently facing. I kindly request your assistance in providing alternative methods for me to access my coins. It is noteworthy that I have successfully fulfilled all KYC requirements for Bank to the Future, Binance, and Kraken.
Thank you for your attention to this matter.

Sincerely,

Palita Srisaikham
99/116M Sretsiri Seri Thai Road
Kannayao Distric.
 Bangkok, Thailand  10230

Psrisaikham1973@outlook.com

Psrisaikham1973@outlook.com

July 25, 2024

Dear Celsius network team,

I need your assistance in resolving the issues I encountered while attempting to open an account with Coinbase. Despite Celsius and Stretto's documentation indicating Thailand as a supported nation, Coinbase does not currently offer its services within the country. My attempts at communication could have been more fruitful, and the only contact number provided is affiliated solely with their US branch, which has acknowledged its lack of support for Thailand. Despite Coinbase's global reach, its operations within the US do not extend extensively enough to encompass Thailand. Moreover, when I contacted Coinbase support on X, they informed me that their support for Thailand is limited; this inconsistency leaves me needing an answer or recourse.

Obtaining clear answers on this matter has proven challenging. Where did Stretto and Celsius obtain information suggesting that Coinbase operates in Thailand? This issue must be resolved promptly, especially considering the appreciating value of BTC since January 15th - a staggering 50% increase - which could result in a loss of over $200,000 if I receive USD instead of coins; my Celsius claim is above $850,000. The fact that Celsius has already taken possession of my coins exacerbates concerns over another potential theft; where are justice and fairness? The urgency of this matter cannot be overstated.

As international creditors, we are still determining how we can obtain our coins. I possess accounts on fully KYC-compliant exchanges such as Binance, Kraken, and Bank to the future through which delivery ought to be possible. However, I am open to alternative suggestions or methods to avoid being tricked.

Celsius has determined the specific number of coins that I am entitled to receive. Nevertheless, in case they are required to dispense USD instead of my designated coins, it is crucial for them to employ the price at the time of conversion to avoid any prospective losses. Furthermore, it is imperative that funds are transferred promptly so I may proceed with repurchase without delay.

Once again, thank you very much for your support. I sincerely hope Celsius & Strettos will devise an effective solution to enable me to obtain my coin. I urge you to expedite this process as much as possible.

Best regards,

Palita Srisaikham

Psrisaikham1973@outlook.com

+966867937337 (Thailand)

+12709085016 (USA)

March 20, 2024

To whom it may concern.

I am Palita Srisaikham, a Thai national and resident who is a creditor of Celsius. I require your immediate assistance in resolving the issues that have arisen while attempting to open an account with Coinbase. Despite the documentation provided by Celsius and Stretto indicating that Thailand is one of their supported countries, it appears that Coinbase does not currently offer its services within this nation. My attempts at communication have been futile, and the only contact number available belongs solely to their US branch which has acknowledged its lack of support for Thailand. It seems apparent that despite Coinbase's global reach, its operations within the US do not extend extensively enough to encompass Thailand.

Furthermore, when I contacted Coinbase support on X date, they informed me that their support for Thailand is limited; this inconsistency leaves me without any answer or recourse. As such, I urgently require either a prompt resolution from Coinbase or the wire transfer of my funds in USD to my bank account as waiting until January 2025 for receipt of said funds is unacceptable.

Please provide me with all pertinent information regarding how to contact Coinbase for assistance in setting up an account, as well as any details pertaining to my allocated BTC and ETH entitlements. If these assets are sold, it is advisable to do so near the distribution date and convert them into USD.

Best regards,

Palita Srisaikham

Psrisaikham1973@outlook.com
Palita.Srisaikham@gmail.com (Alternate email)


+66867937337 (Thailand)
+12709085016 (USA) Voice Mail

March 12, 2024

Case Number 22-10964 (MG)

Dear Honorable Martin Glenn,

I am Palita Srisaikham, a Thai citizen and resident who is a creditor of Celsius. I require your
assistance in resolving issues encountered while attempting to open an account with Coinbase. Despite
the documentation provided by Celsius and Stretto indicating Thailand as a supported nation, it appears
that Coinbase does not currently offer its services within the country. My attempts at communication
have been unfruitful, and the only contact number provided is affiliated solely with their US branch
which has acknowledged its lack of support for Thailand. It seems evident that despite Coinbase's
global reach, its operations within the US do not extend extensively enough to encompass Thailand.
Moreover, when I contacted Coinbase support on X, they informed me that their support for Thailand
is limited; this inconsistency leaves me without any answer or recourse.

Obtaining clear answers on this matter has proven challenging. I am left wondering where Stretto and
Celsius obtained information suggesting that Coinbase operates in Thailand. This issue must be
resolved promptly, especially considering the appreciating value of BTC since January 15th - a
staggering 60% increase - which could result in a loss of over $250,000 if I receive USD instead of
coins; my claim through Celsius exceeds $850,000. The fact that Celsius has already taken possession
of my coins exacerbates concerns over another potential theft; where is justice and fairness?

Celsius has devoted millions towards facilitating coin distribution but remains limited exclusively to
utilizing Coinbase for global investors even though alternative KYC exchanges persist as feasible
alternatives.

As international creditors we remain uncertain about how we can obtain our coins securely despite
possessing accounts on fully KYC-compliant exchanges such as Binance,Kraken,and Bank To The
Future from which delivery ought to be possible. Is there an alternative approach available for creditors
to prevent being defrauded of their assets?

Although Celsius has calculated the exact amount of coins owed to me, as they have indicated that I
will receive my coins through Coinbase, it is imperative for them to utilize current market prices in
their conversion process. This measure will ensure that any potential losses are avoided in case they
need to dispense USD instead of the designated coins. Additionally, timely transferal of funds would
enable a prompt repurchase without any delay.

Thank you very much for your support ,and i sincerely hope Celsius & Stretto will devise effective
solution enabling me obtain my coins.

I will integrate the communications received from Coinbase, albeit without yielding a definitive
resolution. Despite dispatching over 40 messages to Coinbase, Celsius and Stretto, their responses
remain unaltered - failing to produce any discernible outcomes or elicit any replies.

Best regards,

Palita Srisaikham

Psrisaikham1973@outlook.com
+66867937337 (Thailand)
+12709085016 (USA) Voice Mail

Palita Srisaikham
99/116M Sretsiri, Seri Thai Road
Kannayao District
Bangkok, Thailand 10230