*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
------------------------------------------------------X

In Re:                                            ORDER OF DISMISSAL
                                                           FOR
**Celsius Network LLC**                 FAILURE TO PROSECUTE
                                               BANKRUPTCY APPEAL

------------------------------------------------------X          24-CV-4057 LJL

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:         RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Jason Voelker                                              BANKRUPTCY CASE: **22-10964 (MG)**
DATE OF FILING NOTICE OF APPEAL: 05/11/2024
BANKRUPTCY DOCUMENT #: 4887

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee as required by:

    ___ FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    _X_ 28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee.
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:   **September 25, 2024**                                        Vito Genna, Clerk
              New York, New York                                          U.S. Bankruptcy Court, SDNY

                                                                                      By:    s/ Anatin Rouzeau
                                                                                                    Deputy Clerk

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated ___September 25, 2024_____                    _____
              New York, New York                                          Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                         District Court, SDNY

                                                                                     By: _____
                                                                                                 Deputy Clerk