United States Bankruptcy Court
Southern District of New York

September 26th, 2024

Honorable Martin Glenn
Chief Judge

Dear and Honorable Martin Glenn,

Hope this email finds you very well.

My name is Marco Antonio Sabal Farah, and this is the 3rd letter I´m addresing to your Respectable Court. Pardon my insistence. Though you´re the only one I can come to with this matter.

I have received yet another email from Stretto/Celsius repeating what I'm supposed to do with my "Coinbase Account."

I have answered repeatedly to Celsius/Stretto (and for more than 15 times) these emails by Submitting A Support Inquiry, explaining (once again) that I do not have access to my Coinbase Account. I created it years ago and never used it. I have even submitted my drivers licence and passport to regain access but have been unsuccessful. And that I would like my funds to be sent in a check in US Dollars (it could even be by wire transfer I really do not mind). I informed my decision to receive the funds by check when Kirkland & Ellis inquired.

We cannot call this a "delay" anymore. It's more than that. Please and respectfully have in mind the time that has gone by without access to my funds (I've even lost all the appreciation in value that cryptocurrency has reported recently). I don't know if Celsius and/or Stretto are making fun of me.

Nonetheless, I do know that Your Honor will take this information seriously.

Thanking you for your esteemed time.

Sincerely.,

_____
Marco Antonio Sabal Farah
Telephone:     51-994096833
Address:       Cruz del Sur 368, Los Granados
               Santiago de Surco, Lima
               LIMA33
Mail:          msabal@lancaster.com.pe