**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On September 25, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court Remotely** (Docket No. 7711)

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (Docket No. 7712)

- **Amended Notice of October Omnibus Hearing to Be Held Remotely** (Docket No. 7714)

Furthermore, on September 25, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court Remotely** (Docket No. 7711)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on September 25, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court** (Docket No. 7712)

Furthermore, on September 25, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Chambers for Judge Sean H. Lane in the US Bankruptcy Court for the Southern District of New York at 300 Quarropas Street, White Plains, NY 10601-4140:

- **Amended Notice of October Omnibus Hearing to Be Held Remotely** (Docket No. 7714)

Dated: September 27, 2024

_Alberto Romero Calderon_
Alberto Romero Calderon

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 27th day of September 2024 by Alberto Romero Calderon.

_Kerrie Lynne Darby_
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP WITHHOLD ACCT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS | 875 THIRD AVENUE | ATTN: DEBORAH KOVSKY-APAP | NEW YORK | NY | 10022 |
| CO-COUNSEL MOHSIN Y MEGHJI LITADMIN | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: LUCAS G. CURTIS | NEW YORK | NY | 10020 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | PO BOX 489 | | DIXON | CA | 95620 |
| JOHN DILLON | ATTN: ANNE PENACHIO | 245 MAIN STREET SUITE 450 | | WHITE PLAINS | NY | 10601 |
| LITIGATION OVERSIGHT COMMITTEE | C/O PRYOR CASHMAN LLP | 7 TIMES SQUARE | LIEBERMAN LEVY SILVERMAN RICHMOND | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: TURETSKY, HERSHEY, WEEDMAN | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 200 S BISCAYNE BLVD SUITE 4900 | ATTN: KEITH H. WOFFORD | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |
| MOHSIN Y. MEGHJI LITIGATION ADMIN | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: SAMUEL P. HERSHEY | NEW YORK | NY | 10020 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | 2020 K STREET NW SUITE 400 | ATTN: LAUREN C. BOLCAR | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS BRIC | C/O WILLKIE FARR & GALLAGHER LLP | 787 SEVENTH AVENUE | ATTN: LOMBARDI KORN WALL | NEW YORK | NY | 10019 |
| RSM US LLP | C/O FREJKA PLLC | 415 EAST 52ND STREET SUITE 3 | ATTN: ELISE S. FREJKA | NEW YORK | NY | 10022 |
| TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit B



**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE  FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS | LUCAS.CURTIS@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | ATTN: ANNE PENACHIO | | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM<br>RLEVY@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM<br>ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM<br>JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM<br>LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM<br>JKORN@WILLKIE.COM<br>JWALL@WILLKIE.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| ABDULJELIL  IBRAHEEM | | ON FILE | | | |
| ABRAHAM THOMAS | | ON FILE | | | |
| ADAM FOXWORTH | | ON FILE | | | |
| AISLING TOOLAN | | ON FILE | | | |
| ALLAN GINSBURG | | ON FILE | | | |
| ALLEN VAIKKO | | ON FILE | | | |
| AMICK JANET | | ON FILE | | | |
| ANDREA THIGPEN | | ON FILE | | | |
| ANDREW BROUSSARD | | ON FILE | | | |
| ANDREW J FOX | | ON FILE | | | |
| ANDREW NELSON | | ON FILE | | | |
| ANTHONY G REGA | | ON FILE | | | |
| ARLEN BALIAN | | ON FILE | | | |
| BARANOWSKI STEVE | | ON FILE | | | |
| BARGER JASON C | | ON FILE | | | |
| BELLE CHARLES | | ON FILE | | | |
| BEVACQUA JONATHAN | | ON FILE | | | |
| BILLY MOSS | | ON FILE | | | |
| BRANDON GRAHAM | | ON FILE | | | |
| BRIAN DAVID JOHANSEN | | ON FILE | | | |
| BRIAN DAVID JOHANSEN | | ON FILE | | | |
| BRONSON TODD | | ON FILE | | | |
| BRUCE LEVENTHAL | | ON FILE | | | |
| BRYAN BRASHEARS LLC | | ON FILE | | | |
| BRYAN L HEULITT JR | | ON FILE | | | |
| BRYAN SCOTT ROUNDS | | ON FILE | | | |
| BUDDENDORFF KENNETH AUGUSTUS | | ON FILE | | | |
| BUI PAIGE | | ON FILE | | | |
| CALEB BOWERS | | ON FILE | | | |
| CANTIN DENISE DORIS | | ON FILE | | | |
| CARLAT BRYAN C | | ON FILE | | | |
| CARPENTER CHARLES | | ON FILE | | | |
| CARRILLO KYLE MATTHEW | | ON FILE | | | |
| CAUDLE PATRICK | | ON FILE | | | |
| CHAMBERS MICHAEL R | | ON FILE | | | |
| CHANDLER STUART E | | ON FILE | | | |
| CHAO JUSTIN | | ON FILE | | | |
| CHAVEZ ERDWING A. IRONS | | ON FILE | | | |
| CHELTEN RICHARD E | | ON FILE | | | |
| CHRIS CALVESBERT | | ON FILE | | | |
| CHRIS CALVESBERT | | ON FILE | | | |
| CHRIS RUSTEEN | | ON FILE | | | |
| CHRISTENSEN DAVID | | ON FILE | | | |
| CHRISTOPHER ALLEN LEAP | | ON FILE | | | |
| CHRISTOPHER JAMES | | ON FILE | | | |
| CHRISTOPHER SPARKS | | ON FILE | | | |
| CITRIN SCOT | | ON FILE | | | |
| COLAS CAMILE | | ON FILE | | | |
| COLTON ELLISON GALLANT | | ON FILE | | | |
| COOPER JOHN | | ON FILE | | | |
| CRANE JEFF | | ON FILE | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 6



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| CYNTHIA L GRANT | | ON FILE | | | |
| DANA SUSAN BUSHMAN | | ON FILE | | | |
| DANIEL BLAKELY | | ON FILE | | | |
| DANIEL GRUBBS | | ON FILE | | | |
| DANIEL JAMES | | ON FILE | | | |
| DAO DUONG GIA | | ON FILE | | | |
| DAVID A CUNNINGHAM | | ON FILE | | | |
| DAVID BYRON ENSLEY | | ON FILE | | | |
| DAVID CARRODEGUAS | | ON FILE | | | |
| DAVID FLOYD | | ON FILE | | | |
| DEMOS JAMES JOHN | | ON FILE | | | |
| DEPAOLA FRANCIS | | ON FILE | | | |
| DEREK DOYLE | | ON FILE | | | |
| DERMOND TROY DANIEL | | ON FILE | | | |
| DIAS ANABELLE | | ON FILE | | | |
| DIBBLE JOYCE ELAINE | | ON FILE | | | |
| DIDOVICHER DMITRY | | ON FILE | | | |
| DIMLER TARA | | ON FILE | | | |
| DMITRIY PEREGUDOV | | ON FILE | | | |
| ELOY ROMERO | | ON FILE | | | |
| ENGLER STEVEN ELLIOT | | ON FILE | | | |
| ERIC MARTINEZ | | ON FILE | | | |
| EVAN SCHOENBERG | | ON FILE | | | |
| EVANS JAMES M. | | ON FILE | | | |
| FAHEY MARY E | | ON FILE | | | |
| FAN-YUN SUN | | ON FILE | | | |
| FIRTH DANIEL | | ON FILE | | | |
| FIRTH DANIEL | | ON FILE | | | |
| FORCUCCI JOSEPH MAURICE | | ON FILE | | | |
| FOREHAND JR. JAMES OREM | | ON FILE | | | |
| FREDERICK CHANG | | ON FILE | | | |
| FREEMAN JOSHUA | | ON FILE | | | |
| FUTERMAN DAVID | | ON FILE | | | |
| GAETANO PARENTE | | ON FILE | | | |
| GEISLER GRANT | | ON FILE | | | |
| GIANG DONALD | | ON FILE | | | |
| GLENN O. OLILANG | | ON FILE | | | |
| GRAHAM TYLER | | ON FILE | | | |
| GRAY JONATHAN | | ON FILE | | | |
| HALDEMAN KEATLY | | ON FILE | | | |
| HALL NICK | | ON FILE | | | |
| HALLEY NEDRA | | ON FILE | | | |
| HARRISON JR WALTER E | | ON FILE | | | |
| HENNESSY MICHAEL | | ON FILE | | | |
| HERRERA CHERYL | | ON FILE | | | |
| HERRERA FERNANDO | | ON FILE | | | |
| HERRERA FERNANDO | | ON FILE | | | |
| HILL JEROME LEE | | ON FILE | | | |
| HINTON GREGORY | | ON FILE | | | |
| HUBBART ANA | | ON FILE | | | |
| IALERT SERVICES LLC | | ON FILE | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 6



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| IMRAN SHAH | | ON FILE | | | |
| IRMA BRIBIESCA | | ON FILE | | | |
| JACKSON RONALD N | | ON FILE | | | |
| JAMES BORCHERS | | ON FILE | | | |
| JAMES JOHN DEMOS | | ON FILE | | | |
| JANE CAIRE STENSTROM | | ON FILE | | | |
| JAROM BENSON MILLER | | ON FILE | | | |
| JASON DEUTSCH | | ON FILE | | | |
| JEFF BRIONES | | ON FILE | | | |
| JEFF TAIT | | ON FILE | | | |
| JEFFREY RONALD SEKINGER | | ON FILE | | | |
| JESSICA DRISCOLL | | ON FILE | | | |
| JOE BOULOS | | ON FILE | | | |
| JOHANN SWARTZ | | ON FILE | | | |
| JOHN PARRISH OCONNOR | | ON FILE | | | |
| JOHNSON DAVID ALAN | | ON FILE | | | |
| JOHNSON DAVID ALAN | | ON FILE | | | |
| JOHNSON TRINA | | ON FILE | | | |
| JONATHAN JEFTA | | ON FILE | | | |
| JOSHUA ROBERT GRAY | | ON FILE | | | |
| JOSHUA ROBERT GRAY | | ON FILE | | | |
| JURHILL JOSH | | ON FILE | | | |
| JUSTIN WEEKLEY | | ON FILE | | | |
| KANINA JEFF KANGETHE | | ON FILE | | | |
| KARNANI JITEN SHYAM | | ON FILE | | | |
| KASPAR KYLE | | ON FILE | | | |
| KELLY PAUL CLARE | | ON FILE | | | |
| KEMPIN JONATHAN | | ON FILE | | | |
| KIM DAVID HYUNG | | ON FILE | | | |
| KIM MEESEON | | ON FILE | | | |
| KING JENNY | | ON FILE | | | |
| KNOELL EDWARD | | ON FILE | | | |
| KONITZER JOEL | | ON FILE | | | |
| KOSIN CHENG | | ON FILE | | | |
| KOYMEN AYDIN | | ON FILE | | | |
| KUHL BRADLEY | | ON FILE | | | |
| LANZETTI RINGO | | ON FILE | | | |
| LARSEN CHRIS | | ON FILE | | | |
| LEE EDMUND | | ON FILE | | | |
| LILA SFORZA | | ON FILE | | | |
| LINDEMEYER GABRIEL GUBERT | | ON FILE | | | |
| LINDNER THOMAS | | ON FILE | | | |
| LIONEL DYLAN DADESKY | | ON FILE | | | |
| LIONEL DYLAN DADESKY | | ON FILE | | | |
| LO SONNY | | ON FILE | | | |
| LOCKLIN SEAN | | ON FILE | | | |
| LOKESH GUGLANI | | ON FILE | | | |
| MACKIE MIRO | | ON FILE | | | |
| MAKSIM ROSLOV | | ON FILE | | | |
| MALONEY JONATHAN | | ON FILE | | | |
| MANIK PASRICHA | | ON FILE | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 6



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| MANIK PASRICHA | | ON FILE | | | |
| MARCEL SANCHEZ | | ON FILE | | | |
| MARCEL SANCHEZ | | ON FILE | | | |
| MARIA D NUNEZ | | ON FILE | | | |
| MARK E SAVAGE | | ON FILE | | | |
| MARK IRIS | | ON FILE | | | |
| MARK SENNETT | | ON FILE | | | |
| MATTHEW ROSENQUIST | | ON FILE | | | |
| MCGOWAN STEPHEN | | ON FILE | | | |
| MCKEON BRIAN D | | ON FILE | | | |
| MEGAN BENZIO | | ON FILE | | | |
| MICHAEL BORNHORST | | ON FILE | | | |
| MICHAEL MULEA | | ON FILE | | | |
| MICHAEL TOMASIK | | ON FILE | | | |
| MICHAEL WILLIAM JUNEAU | | ON FILE | | | |
| MILLER JENNIFER | | ON FILE | | | |
| MIMI TANJINA | | ON FILE | | | |
| MITCHELL GREEN | | ON FILE | | | |
| MUNN BRIAN | | ON FILE | | | |
| MUROKH BORIS | | ON FILE | | | |
| MURPHY SCOTT | | ON FILE | | | |
| NAGARAJAN KIRAN KOUSHIK | | ON FILE | | | |
| NATH MARK G | | ON FILE | | | |
| NETTLE BRIAN | | ON FILE | | | |
| NETTLE BRIAN | | ON FILE | | | |
| NICKOLAS MARSHALL | | ON FILE | | | |
| NICOLE CUNNINGHAM | | ON FILE | | | |
| NODAL RAMON | | ON FILE | | | |
| NORTZ KAITLYN E | | ON FILE | | | |
| NOSHITA JOHN | | ON FILE | | | |
| ONYEKWELU JOHNNY EZINWA | | ON FILE | | | |
| ORT JOE | | ON FILE | | | |
| OUYE JENNIFER | | ON FILE | | | |
| OZIEMKOWSKI MARY K | | ON FILE | | | |
| PADDEN EILEEN MARY | | ON FILE | | | |
| PADDU NAVEEN | | ON FILE | | | |
| PAHL LINDA | | ON FILE | | | |
| PARRISH JASON | | ON FILE | | | |
| PATRICIA J MESSER | | ON FILE | | | |
| PAYAL SINGH | | ON FILE | | | |
| PERRY VECKEINBERG | | ON FILE | | | |
| PHILIP NEWLIN | | ON FILE | | | |
| PINTO TATE | | ON FILE | | | |
| PITTS DAVID | | ON FILE | | | |
| PUGH JASON | | ON FILE | | | |
| QUAIN TIMOTHY M | | ON FILE | | | |
| REES DEREK | | ON FILE | | | |
| RICH STARK | | ON FILE | | | |
| ROBERT BAKER | | ON FILE | | | |
| ROBERT HO | | ON FILE | | | |
| ROBERT HO | | ON FILE | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 6



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| ROBERT MICHAEL MONSEES | | ON FILE | | | |
| ROBERT PATON | | ON FILE | | | |
| ROBERT PATON | | ON FILE | | | |
| RODRIGUEZ  EDWIN JESUS | | ON FILE | | | |
| ROYCE LEWIS | | ON FILE | | | |
| RUPE DAVID | | ON FILE | | | |
| RYAN RICHARDS | | ON FILE | | | |
| SAARI JEFF | | ON FILE | | | |
| SAINATO DAVID | | ON FILE | | | |
| SAMANTHA SPITZ | | ON FILE | | | |
| SCHOENWALD JEREMY C | | ON FILE | | | |
| SEAN KEEVER | | ON FILE | | | |
| SEETHARAMAN ASWAN | | ON FILE | | | |
| SEKERKA PATRICK | | ON FILE | | | |
| SEZANAYEV DANIEL | | ON FILE | | | |
| SHAW TIMOTHY | | ON FILE | | | |
| SHEN JACOB | | ON FILE | | | |
| SHEPLEY KEVIN | | ON FILE | | | |
| SLEEPER HILL INVESTMENTS LLC | ATTN: LEGAL DEPT | 223 RIDGE VIEW RD | APTOS | CA | 95003 |
| SMITH AARON | | ON FILE | | | |
| SNIPES TAYLOR | | ON FILE | | | |
| SPARROW STANLEY | | ON FILE | | | |
| ST PIERRE MARTIN | | ON FILE | | | |
| STARKS DARREN HAMILTON | | ON FILE | | | |
| STEED RANDALL | | ON FILE | | | |
| STEPHEN BOS | | ON FILE | | | |
| STRENSKI MAXIMILIAN | | ON FILE | | | |
| SUMAN SAHA | | ON FILE | | | |
| SUNG ALEXANDER | | ON FILE | | | |
| SWARTZ JOHANN | | ON FILE | | | |
| TAJANI AZEEM | | ON FILE | | | |
| TIRONE SAL | | ON FILE | | | |
| TRACY COATES TERAN | | ON FILE | | | |
| TRAN TU | | ON FILE | | | |
| TRIESCHMANN JUSTIN | | ON FILE | | | |
| TROELSCH MICHAEL | | ON FILE | | | |
| TZVI STEPHEN COHEN | | ON FILE | | | |
| USMAN ANGELO | | ON FILE | | | |
| VANBARRIGER KURTIS | | ON FILE | | | |
| VARGAS RONALD ANTONIO | | ON FILE | | | |
| VASQUEZ DAVID | | ON FILE | | | |
| VILA MICHAEL | | ON FILE | | | |
| VILA TANYA | | ON FILE | | | |
| VINCENT GABRIEL LAWRENCE MINERVINO | | ON FILE | | | |
| VINCENT GODIN | | ON FILE | | | |
| WALKER MICHAEL GRAHAM | | ON FILE | | | |
| WEI MEI LING | | ON FILE | | | |
| WEISMAN DANIEL | | ON FILE | | | |
| WILLIAM OLIVER FITZPATRICK | | ON FILE | | | |
| WITHAM MICHAEL | | ON FILE | | | |
| WOOD TODD ALEXANDER H | | ON FILE | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 5 of 6



**Exhibit C**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| WORTHMAN CHARLES JOSEPH | | ON FILE | | | |
| WU SOPHIE | | ON FILE | | | |
| XAVIER JAMAUL JONES | | ON FILE | | | |
| XIAO LING | | ON FILE | | | |
| YU TIFFANY | | ON FILE | | | |
| YUN BYUNG | | ON FILE | | | |

# **Exhibit D**



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ABDULJELIL , IBRAHEEM | ON FILE |
| ABRAHAM, THOMAS | ON FILE |
| ADAM FOXWORTH | ON FILE |
| AISLING TOOLAN | ON FILE |
| ALLAN GINSBURG | ON FILE |
| ALLEN, VAIKKO | ON FILE |
| AMICK, JANET | ON FILE |
| ANDREA THIGPEN | ON FILE |
| ANDREW BROUSSARD | ON FILE |
| ANDREW J FOX | ON FILE |
| ANDREW NELSON | ON FILE |
| ANTHONY G REGA | ON FILE |
| ARLEN BALIAN | ON FILE |
| BARANOWSKI, STEVE | ON FILE |
| BARGER, JASON C | ON FILE |
| BELLE, CHARLES | ON FILE |
| BEVACQUA, JONATHAN | ON FILE |
| BILLY MOSS | ON FILE |
| BRIAN DAVID JOHANSEN | ON FILE |
| BRIAN DAVID JOHANSEN | ON FILE |
| BRONSON, TODD | ON FILE |
| BRUCE LEVENTHAL | ON FILE |
| BRYAN BRASHEARS, LLC | ON FILE |
| BRYAN L HEULITT JR | ON FILE |
| BRYAN SCOTT ROUNDS | ON FILE |
| BUDDENDORFF, KENNETH AUGUSTUS | ON FILE |
| BUI, PAIGE | ON FILE |
| CALEB BOWERS | ON FILE |
| CANTIN, DENISE DORIS | ON FILE |
| CARLAT, BRYAN C | ON FILE |
| CARPENTER, CHARLES | ON FILE |
| CARRILLO, KYLE MATTHEW | ON FILE |
| CAUDLE, PATRICK | ON FILE |
| CHAMBERS, MICHAEL R | ON FILE |
| CHANDLER, STUART E | ON FILE |
| CHAO, JUSTIN | ON FILE |
| CHAVEZ, ERDWING A. IRONS | ON FILE |
| CHELTEN, RICHARD E | ON FILE |
| CHRIS CALVESBERT | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 7



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| CHRIS CALVESBERT | ON FILE |
| CHRISTENSEN, DAVID | ON FILE |
| CHRISTOPHER ALLEN LEAP | ON FILE |
| CHRISTOPHER JAMES | ON FILE |
| CHRISTOPHER SPARKS | ON FILE |
| CITRIN, SCOT | ON FILE |
| COLAS, CAMILE | ON FILE |
| COLTON ELLISON GALLANT | ON FILE |
| COOPER, JOHN | ON FILE |
| CRANE, JEFF | ON FILE |
| CUELLAR, PABLO | ON FILE |
| CYNTHIA L GRANT | ON FILE |
| DANA SUSAN BUSHMAN | ON FILE |
| DANIEL BLAKELY | ON FILE |
| DANIEL GRUBBS | ON FILE |
| DANIEL JAMES | ON FILE |
| DAO, DUONG GIA | ON FILE |
| DAVID A CUNNINGHAM | ON FILE |
| DAVID BYRON ENSLEY | ON FILE |
| DAVID CARRODEGUAS | ON FILE |
| DAVID FLOYD | ON FILE |
| DEMOS, JAMES JOHN | ON FILE |
| DEPAOLA, FRANCIS | ON FILE |
| DEREK DOYLE | ON FILE |
| DERMOND, TROY DANIEL | ON FILE |
| DIAS, ANABELLE | ON FILE |
| DIBBLE, JOYCE ELAINE | ON FILE |
| DIDOVICHER, DMITRY | ON FILE |
| DIMLER, TARA | ON FILE |
| DMITRIY PEREGUDOV | ON FILE |
| DSHANT CASH | ON FILE |
| ELOY ROMERO | ON FILE |
| ENGLER, STEVEN ELLIOT | ON FILE |
| ERIC MARTINEZ | ON FILE |
| EVAN SCHOENBERG | ON FILE |
| EVANS, JAMES M. | ON FILE |
| FAHEY, MARY E | ON FILE |
| FAN-YUN SUN | ON FILE |
| FIRTH, DANIEL | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| FIRTH, DANIEL | ON FILE |
| FORCUCCI, JOSEPH MAURICE | ON FILE |
| FOREHAND JR., JAMES OREM | ON FILE |
| FREDERICK CHANG | ON FILE |
| FREEMAN, JOSHUA | ON FILE |
| FUTERMAN, DAVID | ON FILE |
| GAETANO PARENTE | ON FILE |
| GEISLER, GRANT | ON FILE |
| GIANG, DONALD | ON FILE |
| GLENN O. OLILANG | ON FILE |
| GOODWIN, DAVID P | ON FILE |
| GRAHAM, TYLER | ON FILE |
| GRAY, JONATHAN | ON FILE |
| HALDEMAN, KEATLY | ON FILE |
| HALL, NICK | ON FILE |
| HALLEY, NEDRA | ON FILE |
| HARRISON JR, WALTER E | ON FILE |
| HENNESSY, MICHAEL | ON FILE |
| HERRERA, CHERYL | ON FILE |
| HERRERA, FERNANDO | ON FILE |
| HERRERA, FERNANDO | ON FILE |
| HILL, JEROME LEE | ON FILE |
| HINTON, GREGORY | ON FILE |
| HUBBART, ANA | ON FILE |
| IALERT SERVICES LLC | ON FILE |
| IRMA BRIBIESCA | ON FILE |
| JACKSON, RONALD N | ON FILE |
| JAMES BORCHERS | ON FILE |
| JAMES JOHN DEMOS | ON FILE |
| JAROM BENSON MILLER | ON FILE |
| JASON DEUTSCH | ON FILE |
| JEFF BRIONES | ON FILE |
| JEFF TAIT | ON FILE |
| JESSICA DRISCOLL | ON FILE |
| JOE BOULOS | ON FILE |
| JOHANN SWARTZ | ON FILE |
| JOHN PARRISH OCONNOR | ON FILE |
| JOHNSON, DAVID ALAN | ON FILE |
| JOHNSON, DAVID ALAN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 7



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JOHNSON, TRINA | ON FILE |
| JONATHAN, JEFTA | ON FILE |
| JOSHUA ROBERT GRAY | ON FILE |
| JOSHUA ROBERT GRAY | ON FILE |
| JURHILL, JOSH | ON FILE |
| JUSTIN WEEKLEY | ON FILE |
| KANINA, JEFF KANGETHE | ON FILE |
| KARNANI, JITEN SHYAM | ON FILE |
| KASPAR, KYLE | ON FILE |
| KELLY, PAUL CLARE | ON FILE |
| KEMPIN, JONATHAN | ON FILE |
| KIM, DAVID HYUNG | ON FILE |
| KIM, MEESEON | ON FILE |
| KING, JENNY | ON FILE |
| KNOELL, EDWARD | ON FILE |
| KONITZER, JOEL | ON FILE |
| KOSIN CHENG | ON FILE |
| KOYMEN, AYDIN | ON FILE |
| KUHL, BRADLEY | ON FILE |
| LANZETTI, RINGO | ON FILE |
| LARSEN, CHRIS | ON FILE |
| LEE, EDMUND | ON FILE |
| LILA SFORZA | ON FILE |
| LINDEMEYER, GABRIEL GUBERT | ON FILE |
| LINDNER, THOMAS | ON FILE |
| LIONEL DYLAN DADESKY | ON FILE |
| LIONEL DYLAN DADESKY | ON FILE |
| LO, SONNY | ON FILE |
| LOCKLIN, SEAN | ON FILE |
| LOKESH GUGLANI | ON FILE |
| MACKIE, MIRO | ON FILE |
| MAKSIM ROSLOV | ON FILE |
| MALONEY, JONATHAN | ON FILE |
| MANIK PASRICHA | ON FILE |
| MANIK PASRICHA | ON FILE |
| MARCEL SANCHEZ | ON FILE |
| MARIA D NUNEZ | ON FILE |
| MARK E SAVAGE | ON FILE |
| MARK IRIS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 7



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| MARK SENNETT | ON FILE |
| MATTHEW ROSENQUIST | ON FILE |
| MCGOWAN, STEPHEN | ON FILE |
| MCKEON, BRIAN D | ON FILE |
| MEGAN BENZIO | ON FILE |
| MICHAEL BORNHORST | ON FILE |
| MICHAEL MULEA | ON FILE |
| MICHAEL TOMASIK | ON FILE |
| MICHAEL WILLIAM JUNEAU | ON FILE |
| MILLER, JENNIFER | ON FILE |
| MIMI, TANJINA | ON FILE |
| MITCHELL GREEN | ON FILE |
| MUNN, BRIAN | ON FILE |
| MUROKH, BORIS | ON FILE |
| MURPHY, SCOTT | ON FILE |
| NAGARAJAN, KIRAN KOUSHIK | ON FILE |
| NATH, MARK G | ON FILE |
| NETTLE, BRIAN | ON FILE |
| NETTLE, BRIAN | ON FILE |
| NICKOLAS MARSHALL | ON FILE |
| NICOLE CUNNINGHAM | ON FILE |
| NODAL, RAMON | ON FILE |
| NORTZ, KAITLYN E | ON FILE |
| NOSHITA, JOHN | ON FILE |
| ONYEKWELU, JOHNNY EZINWA | ON FILE |
| ORT, JOE | ON FILE |
| OUYE, JENNIFER | ON FILE |
| OZIEMKOWSKI, MARY K | ON FILE |
| PADDEN, EILEEN MARY | ON FILE |
| PADDU, NAVEEN | ON FILE |
| PAHL, LINDA | ON FILE |
| PARRISH, JASON | ON FILE |
| PATRICIA J MESSER | ON FILE |
| PAYAL SINGH | ON FILE |
| PERRY VECKEINBERG | ON FILE |
| PHILIP NEWLIN | ON FILE |
| PINTO, TATE | ON FILE |
| PITTS, DAVID | ON FILE |
| PUGH, JASON | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| QUAIN, TIMOTHY M | ON FILE |
| REES, DEREK | ON FILE |
| RICH STARK | ON FILE |
| ROBERT BAKER | ON FILE |
| ROBERT HO | ON FILE |
| ROBERT MICHAEL MONSEES | ON FILE |
| ROBERT PATON | ON FILE |
| ROBERT PATON | ON FILE |
| ROYCE LEWIS | ON FILE |
| RUPE, DAVID | ON FILE |
| SAARI, JEFF | ON FILE |
| SAINATO, DAVID | ON FILE |
| SAMANTHA SPITZ | ON FILE |
| SAPAN MODY | ON FILE |
| SCHOENWALD, JEREMY C | ON FILE |
| SEAN KEEVER | ON FILE |
| SEETHARAMAN, ASWAN | ON FILE |
| SEKERKA, PATRICK | ON FILE |
| SEZANAYEV, DANIEL | ON FILE |
| SHAW, TIMOTHY | ON FILE |
| SHEN, JACOB | ON FILE |
| SHEPLEY, KEVIN | ON FILE |
| SLEEPER HILL INVESTMENTS LLC | KRISTIZ@BEVERLYS.COM |
| SMITH, AARON | ON FILE |
| SNIPES, TAYLOR | ON FILE |
| SPARROW, STANLEY | ON FILE |
| ST PIERRE, MARTIN | ON FILE |
| STALLONE, MATTHEW | ON FILE |
| STARKS, DARREN HAMILTON | ON FILE |
| STEED, RANDALL | ON FILE |
| STEPHEN BOS | ON FILE |
| STRENSKI, MAXIMILIAN | ON FILE |
| SUMAN SAHA | ON FILE |
| SUNG, ALEXANDER | ON FILE |
| SWARTZ, JOHANN | ON FILE |
| TAJANI, AZEEM | ON FILE |
| TIRONE, SAL | ON FILE |
| TRACY COATES TERAN | ON FILE |
| TRAN, TU | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| TRIESCHMANN, JUSTIN | ON FILE |
| TROELSCH, MICHAEL | ON FILE |
| TZVI STEPHEN COHEN | ON FILE |
| USMAN, ANGELO | ON FILE |
| VANBARRIGER, KURTIS | ON FILE |
| VARGAS, RONALD ANTONIO | ON FILE |
| VASQUEZ, DAVID | ON FILE |
| VILA, MICHAEL | ON FILE |
| VILA, TANYA | ON FILE |
| VINCENT GODIN | ON FILE |
| WALKER, MICHAEL GRAHAM | ON FILE |
| WEI, MEI LING | ON FILE |
| WEISMAN, DANIEL | ON FILE |
| WILLIAM OLIVER FITZPATRICK | ON FILE |
| WITHAM, MICHAEL | ON FILE |
| WOOD, TODD ALEXANDER H | ON FILE |
| WORTHMAN, CHARLES JOSEPH | ON FILE |
| WU, SOPHIE | ON FILE |
| XIAO, LING | ON FILE |
| YU, TIFFANY | ON FILE |
| YUN, BYUNG | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH

# **Exhibit E**

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| ADAM LUDDEN | | ON FILE | | | | |
| ADAM LUDDEN | | ON FILE | | | | |
| AFOLABI GISANRIN | | ON FILE | | | | |
| AHMED NAZARKHAN | | ON FILE | | | | |
| ALBERTO JACQUES | | ON FILE | | | | |
| ALBERTO JACQUES | | ON FILE | | | | |
| ALEKSANDRA MANOS | | ON FILE | | | | |
| ALESSIO FANO | | ON FILE | | | | |
| ALEX HORENSTEIN | | ON FILE | | | | |
| ALICE ALICE | | ON FILE | | | | |
| ALI-KHODJA SAMY | | ON FILE | | | | |
| ANDRE OLIVEIRA SILVA | | ON FILE | | | | |
| ANDREAS TSIOTAKIS | | ON FILE | | | | |
| ANDREW KARNES | | ON FILE | | | | |
| ARELLANO ROMEO | | ON FILE | | | | |
| ASHUTOSH CHOUDHARY | | ON FILE | | | | |
| ASHUTOSH CHOUDHARY | | ON FILE | | | | |
| AUCHETTL SIMON | | ON FILE | | | | |
| BALDWIN WILLIAM JAMES | | ON FILE | | | | |
| BENNETT BOBBIE | | ON FILE | | | | |
| BENNINGTON NICOLE | | ON FILE | | | | |
| BONAVIA MAURIZIO | | ON FILE | | | | |
| BRODERSON TOREY HEART | | ON FILE | | | | |
| BROWN MICHAEL | | ON FILE | | | | |
| BRYAN L HEULITT JR | | ON FILE | | | | |
| BURGESS KELLIE ELAINE | | ON FILE | | | | |
| BURGESS WILLIAM L. | | ON FILE | | | | |
| BURKE HARRISON HICKS | | ON FILE | | | | |
| BURTON ROBERT MARTIN | | ON FILE | | | | |
| BUTTON BETHANY | | ON FILE | | | | |
| CAMERON MARVIN LEE | | ON FILE | | | | |
| CAPITO JOHN | | ON FILE | | | | |
| CARLOS DEPAZ | | ON FILE | | | | |
| CARTER MATTHEW J. | | ON FILE | | | | |
| CEDAR REAL ESTATE | | ON FILE | | | | |
| CHANDLER SHAUN | | ON FILE | | | | |
| CHARLES BRADFIELD DEPEW | | ON FILE | | | | |
| CHARLES WORTHMAN | | ON FILE | | | | |
| CHEN MINGSHIUNG | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 7

**STRETTO**

**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| CHENG CHIHTENG | | ON FILE | | | | |
| CHEROKEE DEBT ET AL [OF DEL BOSQUE] | ATTN: VLADIMIR JELISAVCIC | 1384 BROADWAY | SUITE 906 | NEW YORK | NY | 10018 |
| CHRISTOPHER BROFFT | | ON FILE | | | | |
| CHRISTOPHER TIERNAN | | ON FILE | | | | |
| COFFEY PATRICK D | | ON FILE | | | | |
| COLE WESLEY TART | | ON FILE | | | | |
| COURTNEY LYNDA | | ON FILE | | | | |
| CRUISE FRANCIS | | ON FILE | | | | |
| CURTIS BRADLY ALEXANDER | | ON FILE | | | | |
| DAHIYA SANJAY | | ON FILE | | | | |
| DALE CHRISTOPHER WIGGINS | | ON FILE | | | | |
| DAME BENJAMIN | | ON FILE | | | | |
| DANG HIEP | | ON FILE | | | | |
| DANIEL KHOSHABA | | ON FILE | | | | |
| DAVID B RICHARDSON | | ON FILE | | | | |
| DE GROOT ALEXANDER | | ON FILE | | | | |
| DE LA CRUZ EDRIZIO | | ON FILE | | | | |
| DE MEDEIROS MARCOS AUGUSTO | | ON FILE | | | | |
| DEBBIE KEEVER | | ON FILE | | | | |
| DENLEY KAREENA | | ON FILE | | | | |
| DHANANI NAZIR | | ON FILE | | | | |
| DOMINIQUE CLAESSENS | | ON FILE | | | | |
| DOUGLAS ANDRE | | ON FILE | | | | |
| DUKE WILL WOODSON | | ON FILE | | | | |
| ECKHARDT MATHEW | | ON FILE | | | | |
| EFTIMIE VLAD | | ON FILE | | | | |
| EGAN ANDREW C. | | ON FILE | | | | |
| EGLOFF MARK | | ON FILE | | | | |
| ELLEN EDWARDS | | ON FILE | | | | |
| ELLEN EDWARDS | | ON FILE | | | | |
| ERICA STRUCK JACKSON | | ON FILE | | | | |
| FARHANG KHOSHGOUY | | ON FILE | | | | |
| FINK DANIEL J | | ON FILE | | | | |
| FIORANI ANTHONY | | ON FILE | | | | |
| FLANAGAN PATRICK | | ON FILE | | | | |
| FLORENCIO MARTINEZ | | ON FILE | | | | |
| FRITZ TIMOTHY | | ON FILE | | | | |
| FUNG HUNG LAU GIMEN | | ON FILE | | | | |
| GARNER FRANCIS | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 7



**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| GEOFF HARTSFIELD | | ON FILE | | | | |
| GEORGE KONG | | ON FILE | | | | |
| GEORGE MATEMA | | ON FILE | | | | |
| GILLANDERS STEVEN | | ON FILE | | | | |
| GOUDKUIPJE B.V. | | ON FILE | | | | |
| GOZAL LYAD | | ON FILE | | | | |
| HALL JAMES | | ON FILE | | | | |
| HALL JAMES | | ON FILE | | | | |
| HARRELSON JORDAN | | ON FILE | | | | |
| HARTMANN LUKE | | ON FILE | | | | |
| HATCH SHAWN P | | ON FILE | | | | |
| HAWKINS ZACHARY | | ON FILE | | | | |
| HEMBA JON IAN | | ON FILE | | | | |
| HENNESSEY EVAN | | ON FILE | | | | |
| HENNESSEY EVAN | | ON FILE | | | | |
| HOIN STEVEN J | | ON FILE | | | | |
| HUGGINS NICK | | ON FILE | | | | |
| IRENE BORRELL CALLES | | ON FILE | | | | |
| IYAD ZUHAIR ALLOUH | | ON FILE | | | | |
| JACKSON YUEN | | ON FILE | | | | |
| JACQUELINE ZHOU | | ON FILE | | | | |
| JAMES CHRISTOPHER ROBERTS | | ON FILE | | | | |
| JAMES JOHN | | ON FILE | | | | |
| JAMES MICHAEL BURKE | | ON FILE | | | | |
| JAMES ZATKO | | ON FILE | | | | |
| JARED PETER FEBBRORIELLO | | ON FILE | | | | |
| JASON NICHOLS | | ON FILE | | | | |
| JAY CHELLAPPA | | ON FILE | | | | |
| JEFF BRIONES | | ON FILE | | | | |
| JEFFREY DUSTIN FLEISHMAN | | ON FILE | | | | |
| JEFFREY LAITILA | | ON FILE | | | | |
| JEFFREY LAITILA | | ON FILE | | | | |
| JEPPE HOLM | | ON FILE | | | | |
| JERRY SEARS | | ON FILE | | | | |
| JESSUP PATRICK LAWRENCE | | ON FILE | | | | |
| JOEL GEDDIS | | ON FILE | | | | |
| JOEL GEDDIS | | ON FILE | | | | |
| JOHN H. REINHEIMER | | ON FILE | | | | |
| JONATHAN GALEANO | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 7



**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| JONATHAN GALEANO | | ON FILE | | | | |
| JONATHAN NORRIS | | ON FILE | | | | |
| JONATHAN NORRIS | | ON FILE | | | | |
| JONES BEVERLEY | | ON FILE | | | | |
| JORDAN WAREHAM | | ON FILE | | | | |
| JUSTIN HOBSON | | ON FILE | | | | |
| KADOO SAMIR | | ON FILE | | | | |
| KALALANG IVON R | | ON FILE | | | | |
| KAM WAH LAM | | ON FILE | | | | |
| KARIN KÕIV | | ON FILE | | | | |
| KEATS ZACHARY | | ON FILE | | | | |
| KERR MICHAEL | | ON FILE | | | | |
| KEVIN COLEMAN | | ON FILE | | | | |
| KILGROE KRISTOPHER M. | | ON FILE | | | | |
| KIM ARNOLD | | ON FILE | | | | |
| KIM HANNA | | ON FILE | | | | |
| KIM YOUNG JOON | | ON FILE | | | | |
| KNOPP MATTHEW | | ON FILE | | | | |
| KNOWLES TIBOR | | ON FILE | | | | |
| KRZESZEWSKI ROBBERT | | ON FILE | | | | |
| KYLE WHALLEY | | ON FILE | | | | |
| KYLIE BROWN | | ON FILE | | | | |
| LANCE REINSMITH | | ON FILE | | | | |
| LATRENDA HARRIS | | ON FILE | | | | |
| LECLERCQ PHILIPPE | | ON FILE | | | | |
| LEMMONS JOSEPH | | ON FILE | | | | |
| LINDAUER JEFFREY SCOTT | | ON FILE | | | | |
| LINUS ARONSSON | | ON FILE | | | | |
| LIRIANO PERSIO | | ON FILE | | | | |
| LISA TRIONFO | | ON FILE | | | | |
| LO JERRY | | ON FILE | | | | |
| MANUEL PONCE PEÑALVA | | ON FILE | | | | |
| MARCIA CAROLINA DENISSE ET AL | | ON FILE | | | | |
| MARSHA ELIZABETH MODERY | | ON FILE | | | | |
| MARSHA MODERY | | ON FILE | | | | |
| MATTHEW DOUGHERTY | | ON FILE | | | | |
| MATTHEW DOUGHERTY | | ON FILE | | | | |
| MATTHEW KVALHEIM ET AL | | ON FILE | | | | |
| MAYER STEPHAN | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| MAYO BROC | | ON FILE | | | | |
| MCCONNELL WILLIAM | | ON FILE | | | | |
| MCCREADY RAYMOND | | ON FILE | | | | |
| MENENDEZ JORGE | | ON FILE | | | | |
| MERAZ ALONDRA | | ON FILE | | | | |
| MICHAEL DONOVAN | | ON FILE | | | | |
| MICHAEL KING OLSGAARD | | ON FILE | | | | |
| MICHAEL MILLER | | ON FILE | | | | |
| MICHAEL MILLER | | ON FILE | | | | |
| MILOS DJOKOVIC | | ON FILE | | | | |
| MOJMIR BONDRA | | ON FILE | | | | |
| MUSCARELLA MICHAEL | | ON FILE | | | | |
| NADAV STREETT | | ON FILE | | | | |
| NASHED BASSELY SAID RAMY | | ON FILE | | | | |
| NASS OSWALDO | | ON FILE | | | | |
| NETTLE BRIAN | | ON FILE | | | | |
| NGUYEN KHOA D | | ON FILE | | | | |
| NICHOLS ADAM | | ON FILE | | | | |
| NICLAS NORMAN | | ON FILE | | | | |
| ODEKERKEN JOSEPH | | ON FILE | | | | |
| ODEKERKEN JOSEPH | | ON FILE | | | | |
| ODELL MICHAEL | | ON FILE | | | | |
| OEDING EVAN | | ON FILE | | | | |
| ONYEKWELU JOHNNY EZINWA | | ON FILE | | | | |
| ORTIZ ANIBAL O CORDERO | | ON FILE | | | | |
| PAUL FEIGHNER | | ON FILE | | | | |
| PAUL KRENDL | | ON FILE | | | | |
| PEARSON CONNOR LEE | | ON FILE | | | | |
| PETTIS-TEEM JACQUIE K | | ON FILE | | | | |
| PIERRE RABINE | | ON FILE | | | | |
| PIERRE RABINE | | ON FILE | | | | |
| POLAHA JASON A. | | ON FILE | | | | |
| PRASAD RAHUL | | ON FILE | | | | |
| RAGOTERO CHRISTOPHER | | ON FILE | | | | |
| RAMZI NABIL SOUEID | | ON FILE | | | | |
| RICHARD PRIMO | | ON FILE | | | | |
| RIED DEREK WILLIAM | | ON FILE | | | | |
| RILEY MILLER | | ON FILE | | | | |
| RODRIGUEZ FELIPE | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit E**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| RONALD HANSON | | ON FILE | | | | |
| RONDON RONALD | | ON FILE | | | | |
| ROSARIO YOHAN | | ON FILE | | | | |
| ROSE MEREDITH | | ON FILE | | | | |
| ROSS ROBERT | | ON FILE | | | | |
| ROSSEN CHRIS | | ON FILE | | | | |
| RUBIN MICAH BENJAMIN | | ON FILE | | | | |
| SALAYO ROMEO | | ON FILE | | | | |
| SAMIRAJ PANNEER ET AL | | ON FILE | | | | |
| SCHUESLER TREVOR | | ON FILE | | | | |
| SCOTT DARCANGELO | | ON FILE | | | | |
| SEBASTIAN MAY | | ON FILE | | | | |
| SINCLAIR GUY ROBERT | | ON FILE | | | | |
| SLFAQ LLC [ASSIGNEE BRADFORD ET AL] | ATTN: JOSEPH E. SARACHEK | 670 WHITE PLAINS ROAD | PENTHOUSE | SCARSDALE | NY | 10583 |
| SO INCHEOL | | ON FILE | | | | |
| SOBIE DAVID | | ON FILE | | | | |
| STALEY PHILIP | | ON FILE | | | | |
| STEPHANIE LOCKE | | ON FILE | | | | |
| STOJANOVIC MIRJANA | | ON FILE | | | | |
| STYLES KEITH | | ON FILE | | | | |
| SUMMER ANN HERMANSON | | ON FILE | | | | |
| SWIFT DANIEL P | | ON FILE | | | | |
| TAN SIEW CHERN | | ON FILE | | | | |
| TANTILLO ROBERT | | ON FILE | | | | |
| THE FRANCES MAE GREENE ET AL | | ON FILE | | | | |
| THE FRANCES MAE GREENE ET AL | | ON FILE | | | | |
| THOMAS TORRES | | ON FILE | | | | |
| THOMASON NGUYEN | | ON FILE | | | | |
| THOMPSON ANDREW BLATT | | ON FILE | | | | |
| THUY LINH NGUYEN | | ON FILE | | | | |
| TIMOTHY TROTTER | | ON FILE | | | | |
| TO CHUN HONG | | ON FILE | | | | |
| TO KIN FAI | | ON FILE | | | | |
| TREMELL WILLIAMS | | ON FILE | | | | |
| TROELSCH MICHAEL | | ON FILE | | | | |
| TSOI LEE LUCY CHEN | | ON FILE | | | | |
| USARAGA ALLAN TAMSI | | ON FILE | | | | |
| VALENTIN CHUDIAKOV | | ON FILE | | | | |
| VALENTINE JAMES RICHARD | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 6 of 7

**STRETTO**

**Exhibit E**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| VELEZ JASON | | ON FILE | | | | |
| VLADISLAV LEBEDINTSEV | | ON FILE | | | | |
| VRAPTSIS REECE MICHAEL | | ON FILE | | | | |
| VRAPTSIS REECE MICHAEL | | ON FILE | | | | |
| WAN WAI LOK | | ON FILE | | | | |
| WARTINGER GABRIEL | | ON FILE | | | | |
| WEN WEI DAI | | ON FILE | | | | |
| WESLEY SYKES | | ON FILE | | | | |
| WILLIAM CONLEY | | ON FILE | | | | |
| WILSON GUAN | | ON FILE | | | | |
| WOO MELISSA | | ON FILE | | | | |
| XIAOHANG LIU | | ON FILE | | | | |
| YEUNG JONATHAN | | ON FILE | | | | |
| YU SIAN TAN | | ON FILE | | | | |
| YU WILLIAM | | ON FILE | | | | |
| ZEREGA IGNACIO AGUSTIN | | ON FILE | | | | |
| ZOREDA JORGE MARTINEZ | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH

# Exhibit F

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit F**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ADAM LUDDEN | ON FILE |
| ADAM LUDDEN | ON FILE |
| AFOLABI GISANRIN | ON FILE |
| AHMED NAZARKHAN | ON FILE |
| ALAMU, ISRAEL | ON FILE |
| ALBERTO JACQUES | ON FILE |
| ALBERTO JACQUES | ON FILE |
| ALEKSANDRA MANOS | ON FILE |
| ALESSIO FANO | ON FILE |
| ALEX HORENSTEIN | ON FILE |
| ALICE, ALICE | ON FILE |
| ALI-KHODJA, SAMY | ON FILE |
| ANDRE OLIVEIRA SILVA | ON FILE |
| ANDREAS TSIOTAKIS | ON FILE |
| ANDREW KARNES | ON FILE |
| ARELLANO, ROMEO | ON FILE |
| ASHUTOSH CHOUDHARY | ON FILE |
| AUCHETTL, SIMON | ON FILE |
| BALDWIN, WILLIAM JAMES | ON FILE |
| BENNETT, BOBBIE | ON FILE |
| BENNINGTON, NICOLE | ON FILE |
| BONAVIA, MAURIZIO | ON FILE |
| BRODERSON, TOREY HEART | ON FILE |
| BROWN, MICHAEL | ON FILE |
| BRYAN L HEULITT JR | ON FILE |
| BURGESS, KELLIE ELAINE | ON FILE |
| BURGESS, WILLIAM L. | ON FILE |
| BURKE HARRISON HICKS | ON FILE |
| BURTON, ROBERT MARTIN | ON FILE |
| BUTTON, BETHANY | ON FILE |
| CAMERON, MARVIN LEE | ON FILE |
| CAPITO, JOHN | ON FILE |
| CARLOS DEPAZ | ON FILE |
| CARTER, MATTHEW J. | ON FILE |
| CASSANDRA ADINA | ON FILE |
| CEDAR REAL ESTATE | ON FILE |
| CHANDLER, SHAUN | ON FILE |
| CHARLES BRADFIELD DEPEW | ON FILE |
| CHARLES WORTHMAN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 7



**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| CHEN, MINGSHIUNG | ON FILE |
| CHENG, CHIHTENG | ON FILE |
| CHRISTOPHER BROFFT | ON FILE |
| CHRISTOPHER TIERNAN | ON FILE |
| COFFEY, PATRICK D | ON FILE |
| COLE WESLEY TART | ON FILE |
| COURTNEY, LYNDA | ON FILE |
| CROWLEY, DANIELLE | ON FILE |
| CRUISE, FRANCIS | ON FILE |
| CURTIS BRADLY ALEXANDER | ON FILE |
| DAHIYA, SANJAY | ON FILE |
| DALE CHRISTOPHER WIGGINS | ON FILE |
| DAME, BENJAMIN | ON FILE |
| DANG, HIEP | ON FILE |
| DANIEL KHOSHABA | ON FILE |
| DAVID B RICHARDSON | ON FILE |
| DE GROOT, ALEXANDER | ON FILE |
| DE LA CRUZ, EDRIZIO | ON FILE |
| DE MEDEIROS, MARCOS AUGUSTO | ON FILE |
| DEBBIE KEEVER | ON FILE |
| DENLEY, KAREENA | ON FILE |
| DHANANI, NAZIR | ON FILE |
| DOMINIQUE CLAESSENS | ON FILE |
| DOUGLAS, ANDRE | ON FILE |
| DUKE, WILL WOODSON | ON FILE |
| ECKHARDT, MATHEW | ON FILE |
| EGAN, ANDREW C. | ON FILE |
| EGLOFF, MARK | ON FILE |
| EHLINGER, AUSTIN | ON FILE |
| ELLEN EDWARDS | ON FILE |
| ELLEN EDWARDS | ON FILE |
| ELODIE DESCARPENTRIES | ON FILE |
| ERICA STRUCK JACKSON | ON FILE |
| ERNIE CORDERO CASIANO | ON FILE |
| FARHANG KHOSHGOUY | ON FILE |
| FERIK SETIAWAN | ON FILE |
| FINK, DANIEL J | ON FILE |
| FIORANI, ANTHONY | ON FILE |
| FLANAGAN, PATRICK | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| FLORENCIO MARTINEZ | ON FILE |
| FRITZ, TIMOTHY | ON FILE |
| FUNG HUNG LAU, GIMEN | ON FILE |
| GARETH MILLER | ON FILE |
| GARNER, FRANCIS | ON FILE |
| GEOFF HARTSFIELD | ON FILE |
| GEORGE KONG | ON FILE |
| GILLANDERS, STEVEN | ON FILE |
| GOUDKUIPJE B.V. | ON FILE |
| GOZAL, LYAD | ON FILE |
| HALL, JAMES | ON FILE |
| HALL, JAMES | ON FILE |
| HARRELSON, JORDAN | ON FILE |
| HARTMANN, LUKE | ON FILE |
| HATCH, SHAWN P | ON FILE |
| HAWKINS, ZACHARY | ON FILE |
| HEMBA, JON IAN | ON FILE |
| HENNESSEY, EVAN | ON FILE |
| HENNESSEY, EVAN | ON FILE |
| HETZEL, JOHN | ON FILE |
| HOIN, STEVEN J | ON FILE |
| HUGGINS, NICK | ON FILE |
| IRENE BORRELL CALLES | ON FILE |
| IYAD ZUHAIR ALLOUH | ON FILE |
| JACKSON YUEN | ON FILE |
| JACQUELINE ZHOU | ON FILE |
| JAMES CHRISTOPHER ROBERTS | ON FILE |
| JAMES DIPPOLITO | ON FILE |
| JAMES MICHAEL BURKE | ON FILE |
| JAMES ZATKO | ON FILE |
| JAMES, JOHN | ON FILE |
| JASON NICHOLS | ON FILE |
| JAY CHELLAPPA | ON FILE |
| JEFF BRIONES | ON FILE |
| JEFFREY DUSTIN FLEISHMAN | ON FILE |
| JEFFREY LAITILA | ON FILE |
| JEFFREY LAITILA | ON FILE |
| JEPPE HOLM | ON FILE |
| JERRY SEARS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 7



**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| JESSUP, PATRICK LAWRENCE | ON FILE |
| JOEL GEDDIS | ON FILE |
| JOEL GEDDIS | ON FILE |
| JOHN H. REINHEIMER | ON FILE |
| JONATHAN GALEANO | ON FILE |
| JONATHAN GALEANO | ON FILE |
| JONATHAN NORRIS | ON FILE |
| JONATHAN NORRIS | ON FILE |
| JONES, BEVERLEY | ON FILE |
| JORDAN WAREHAM | ON FILE |
| JUSTIN HOBSON | ON FILE |
| KADOO, SAMIR | ON FILE |
| KALALANG, IVON R | ON FILE |
| KAM WAH LAM | ON FILE |
| KARIN KÕIV | ON FILE |
| KARINA LIGHTOWLER | ON FILE |
| KEATS, ZACHARY | ON FILE |
| KERR, MICHAEL | ON FILE |
| KEVIN COLEMAN | ON FILE |
| KI FUNG LAM | ON FILE |
| KILGROE, KRISTOPHER M. | ON FILE |
| KIM, ARNOLD | ON FILE |
| KIM, HANNA | ON FILE |
| KIM, YOUNG JOON | ON FILE |
| KNOPP, MATTHEW | ON FILE |
| KNOWLES, TIBOR | ON FILE |
| KRZESZEWSKI, ROBBERT | ON FILE |
| KYLE WHALLEY | ON FILE |
| KYLIE BROWN | ON FILE |
| LANCE REINSMITH | ON FILE |
| LATRENDA HARRIS | ON FILE |
| LECLERCQ, PHILIPPE | ON FILE |
| LEMMONS, JOSEPH | ON FILE |
| LINDAUER, JEFFREY SCOTT | ON FILE |
| LINUS ARONSSON | ON FILE |
| LIRIANO, PERSIO | ON FILE |
| LISA TRIONFO | ON FILE |
| LO, JERRY | ON FILE |
| MANUEL PONCE PEÑALVA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 7



**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| MARCIA CAROLINA DENISSE GUAJARDO RIVERA | ON FILE |
| MARSHA ELIZABETH MODERY | ON FILE |
| MARSHA MODERY | ON FILE |
| MATTHEW DOUGHERTY | ON FILE |
| MATTHEW DOUGHERTY | ON FILE |
| MATTHEW KVALHEIM ROTH IRA TRUST DATED OCTOBER 28TH 2020 | ON FILE |
| MAYER, STEPHAN | ON FILE |
| MAYO, BROC | ON FILE |
| MCCONNELL, WILLIAM | ON FILE |
| MCCREADY, RAYMOND | ON FILE |
| MENENDEZ, JORGE | ON FILE |
| MERAZ, ALONDRA | ON FILE |
| MICHAEL DONOVAN | ON FILE |
| MICHAEL KING OLSGAARD | ON FILE |
| MICHAEL MILLER | ON FILE |
| MICHAEL MILLER | ON FILE |
| MILLER, TROY | ON FILE |
| MILOS DJOKOVIC | ON FILE |
| MOJMIR BONDRA | ON FILE |
| MUSCARELLA, MICHAEL | ON FILE |
| NADAV STREETT | ON FILE |
| NADAV STREETT | ON FILE |
| NASHED BASSELY SAID, RAMY | ON FILE |
| NASS, OSWALDO | ON FILE |
| NETTLE, BRIAN | ON FILE |
| NGUYEN, KHOA D | ON FILE |
| NICHOLS, ADAM | ON FILE |
| NICLAS NORMAN | ON FILE |
| ODEKERKEN, JOSEPH | ON FILE |
| ODEKERKEN, JOSEPH | ON FILE |
| ODELL, MICHAEL | ON FILE |
| OEDING, EVAN | ON FILE |
| ONYEKWELU, JOHNNY EZINWA | ON FILE |
| ORTIZ, ANIBAL O CORDERO | ON FILE |
| PAUL FEIGHNER | ON FILE |
| PEARSON, CONNOR LEE | ON FILE |
| PETTIS-TEEM, JACQUIE K | ON FILE |
| POLAHA, JASON A. | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit F**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| PRASAD, RAHUL | ON FILE |
| RAGOTERO, CHRISTOPHER | ON FILE |
| RAMZI NABIL SOUEID | ON FILE |
| RICHARD PRIMO | ON FILE |
| RIED, DEREK WILLIAM | ON FILE |
| RILEY MILLER | ON FILE |
| RODRIGUEZ, FELIPE | ON FILE |
| RONALD HANSON | ON FILE |
| RONDON, RONALD | ON FILE |
| ROSARIO, YOHAN | ON FILE |
| ROSE, MEREDITH | ON FILE |
| ROSS, ROBERT | ON FILE |
| ROSSEN, CHRIS | ON FILE |
| RUBIN, MICAH BENJAMIN | ON FILE |
| RYAN GOLD | ON FILE |
| SALAYO, ROMEO | ON FILE |
| SAMIRAJ PANNEER SELVAM, SENTHIL ARUMUGAM | ON FILE |
| SCHUESLER, TREVOR | ON FILE |
| SCOTT DARCANGELO | ON FILE |
| SEBASTIAN MAY | ON FILE |
| SHEK, LOK KEI | ON FILE |
| SINCLAIR, GUY ROBERT | ON FILE |
| SO, INCHEOL | ON FILE |
| SOBIE, DAVID | ON FILE |
| STALEY, PHILIP | ON FILE |
| STEPHANIE LOCKE | ON FILE |
| STOJANOVIC, MIRJANA | ON FILE |
| STYLES, KEITH | ON FILE |
| SUMMER ANN HERMANSON | ON FILE |
| SWIFT, DANIEL P | ON FILE |
| TAN SIEW CHERN | ON FILE |
| TANTILLO, ROBERT | ON FILE |
| THE FRANCES MAE GREENE REVOCABLE TRUST | ON FILE |
| THE FRANCES MAE GREENE REVOCABLE TRUST | ON FILE |
| THOMASON NGUYEN | ON FILE |
| THOMPSON, ANDREW BLATT | ON FILE |
| THUY LINH NGUYEN | ON FILE |
| TIMOTHY TROTTER | ON FILE |
| TO CHUN HONG | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: OYCCX-IUQTJ-LR5YL-6TXBH



**Exhibit F**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| TO KIN FAI | ON FILE |
| TREMELL WILLIAMS | ON FILE |
| TROELSCH, MICHAEL | ON FILE |
| TSANG, RAYMOND | ON FILE |
| TSOI LEE LUCY, CHEN | ON FILE |
| USARAGA, ALLAN TAMSI | ON FILE |
| VALENTIN CHUDIAKOV | ON FILE |
| VALENTINE, JAMES RICHARD | ON FILE |
| VELEZ, JASON | ON FILE |
| VLADISLAV LEBEDINTSEV | ON FILE |
| VRAPTSIS, REECE MICHAEL | ON FILE |
| VRAPTSIS, REECE MICHAEL | ON FILE |
| WAN, WAI LOK | ON FILE |
| WARTINGER, GABRIEL | ON FILE |
| WEN WEI DAI | ON FILE |
| WESLEY SYKES | ON FILE |
| WILLIAM CONLEY | ON FILE |
| WILSON GUAN | ON FILE |
| WOO, MELISSA | ON FILE |
| XIAOHANG LIU | ON FILE |
| YEUNG, JONATHAN | ON FILE |
| YU SIAN TAN | ON FILE |
| YU, WILLIAM | ON FILE |
| ZEREGA, IGNACIO AGUSTIN | ON FILE |
| ZOREDA, JORGE MARTINEZ | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 7 of 7