**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>Post-Effective Date Debtors. | Case No. 22-10964 (MG) |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On September 25 & 26th, 2024, at my direction and under my supervision, employees of Reliable Companies caused the following document to be served via electronic and first class mail on the service list attached hereto as Exhibit A:

- **Notice of Motion** for an Order to Enforce the Settlement Agreements Against the Breaching Parties [Docket 7709]

- **Notice Of Motion** for an Order Authorizing the Litigation Administrator to Redact and File Under Seal Certain Confidential Terms of Customer Preference Claims Settlement Agreements Against Breaching Parties [Docket 7710]

- **Amended Notice** of October Omnibus Hearing to be Held Remotely [Docket 7714]

Furthermore, on September 27th, 2024, at my direction and under my supervision, employees of Reliable Companies caused the following courtesy copies to be delivered via international first class mail on the list attached hereto as Exhibit B:

- **Notice of Motion** for an Order to Enforce the Settlement Agreements Against the Breaching Parties [Docket 7709]

- **Notice Of Motion** for an Order Authorizing the Litigation Administrator to Redact and File Under Seal Certain Confidential Terms of Customer Preference Claims Settlement Agreements Against Breaching Parties [Docket 7710]

- **Amended Notice** of October Omnibus Hearing to be Held Remotely [Docket 7714]

Efforts to effectuate service of these documents on the parties listed in Exhibit B are ongoing.

Dated: October 3rd, 2024                     */s/ David Kitto*
                                             David Kitto
                                             Reliable Companies
                                             1007 North Orange Street, Suite 110
                                             Wilmington, DE 19801

# EXHIBIT A

| | | |
|---|---|---|
| **ZACK HEARD** | **YONG HANG JIANG** | **VICTOR TURNER** |
| Address on File | Address on File | Address on File |
| **VOE BRYSON** | **SILPA PINGALI** | **STEPHEN FRANK KOSTERMAN** |
| Address on File | Address on File | Address on File |
| **JOSHUA G B TO** | **SAM GARZA** | **RACHEL ZEMSER** |
| Address on File | Address on File | Address on File |
| **CHRISTOPHER HENSLEY** | **YEHUDA NAGAR** | **PRABAL SINGH** |
| Address on File | Address on File | Address on File |
| **AMIT MISRA** | **KEVIN KIM** | **MANIK NARAINSINGHANI** |
| Address on File | Address on File | Address on File |
| **PAUL CALEB** | **ROBERT ST LEDGER** | **DAMIAN BAO DAI LAMOUR** |
| Address on File | Address on File | Address on File |
| **KYLE THOMAS MEINHOLD** | **KEVIN CHEN** | **SAMUEL SELMAR** |
| Address on File | Address on File | Address on File |
| **JULIAN SUASO** | **JAMES MAY** | **JASON WONG** |
| Address on File | Address on File | Address on File |
| **GERARDO DE LA CARIDAD CASAL** | **PATRICK STAGGS** | **OSCAR RIVERA** |
| Address on File | Address on File | Address on File |
| **HAROLD BYRON IRVING** | **SAMIR KHOURY** | **FARSHID SEPASSI** |
| Address on File | Address on File | Address on File |

| | | |
|---|---|---|
| **ELIAS HERNANDEZ** | **DAVID MITCHELL** | **DAVID MILLER** |
| Address on File | Address on File | Address on File |
| **CHRISTI CHENG** | **CHIRAG A LATHIA** | **BRADLEY DAVIS** |
| Address on File | Address on File | Address on File |
| **JOSHUA LEE GRABER** | **CASEY FRIEDER** | **JOHN BROMFIELD** |
| Address on File | Address on File | Address on File |
| **ROBERT BLESSING** | **EMERSON TORRES** | **STEVEN CALANDRA** |
| Address on File | Address on File | Address on File |
| **MINH VUONG** | | |
| Address on File | | |

# EXHIBIT B[1]

---

[1] The below-listed parties were served courtesy copies of the relevant pleadings via mail. Efforts to effectuate service on these parties are ongoing.

| | | |
|---|---|---|
| **ANTHONY SHADUR** | **HAMISH SEYMOUR** | **JOHN KING** |
| Address on File | Address on File | Address on File |
| **MICHAEL MACMANUS** | **MICHAEL STONE** | **ROSITSA NIKOLAEVA NANCHEVA** |
| Address on File | Address on File | Address on File |
| **ISLAM MOHAMED** | **JUNFENG SUN** | **MARC CHERRIER** |
| Address on File | Address on File | Address on File |
| **JOSIP IVIC** | **LÉONARD MERMET** | **BERTRAND TORRET** |
| Address on File | Address on File | Address on File |
| **CLEMENT KUHFUSS** | **CYRIL WITKOWSKI** | **FABIAN BOLLAERT** |
| Address on File | Address on File | Address on File |
| **FEI YI** | **LAI YUNG CHUNG** | **RENNY YIEN** |
| Address on File | Address on File | Address on File |
| **WING FUNG TSANG** | **KEI MAN YEUNG** | **JAMES HARTE** |
| Address on File | Address on File | Address on File |
| **CHARLES HAN** | **DUNCAN CAMERON** | **DMITRIJUS PETRAUSKAS** |
| Address on File | Address on File | Address on File |
| **HOOI LEONG TEH** | **EUGENE ONG** | **FAROUK SALLEH** |
| Address on File | Address on File | Address on File |
| **PHILIP LOPORTO** | **DANIELLE MELCHERS** | **MICHEL HORNEMAN** |
| Address on File | Address on File | Address on File |

| | | |
|---|---|---|
| **MARTEN VAN GILS** | **JUAN AROSEMENA** | **YAO LEE HAHN** |
| Address on File | Address on File | Address on File |
| **PASCAL JEAN EMMANUEL FAUCON** | **FREDERICK RUDOLPH** | **JUSTIN CHACON** |
| Address on File | Address on File | Address on File |
| **PASCAL STEVEN JEAN** | **EVIEON SERAPHINA POH HUI KENG (FU HUIQING)** | **SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O.** |
| Address on File | Address on File | Address on File |
| **MATTHEW WADE PEETZ** | **MARINDA BOHNSACK** | **ANDREAS BOHNSACK** |
| Address on File | Address on File | Address on File |
| **MANEL TSO** | **CARL TURPIN** | **PABLO DOS SANTOS** |
| Address on File | Address on File | Address on File |
| **MING FENG CHIANG** | **NIEN HSIEN WU** | **MOHAMMED AHMED** |
| Address on File | Address on File | Address on File |
| **DAVID GOODE** | **LAURENCE MAYNARD** | **ANTONIO PANAYIOTOU** |
| Address on File | Address on File | Address on File |
| **VIET DOAN** | | |
| Address on File | | |