Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**TWELFTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that on October 1, 2024, the Post-Effective Date Debtors became aware that additional phishing emails[2] purporting to be from "Celsius & Stretto" and

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' account holders purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' counsel, and requesting that account holders submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users. Copies of such reports are attached to the First Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that account holders submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such

featuring Celsius' and Stretto's logos were sent to account holders. The email falsely notifies account holders that several attempts to transfer their claim distribution have been unsuccessful and prompts "investors" to claim their distribution using "the Ethereum (ETH) network with the ERC-20 protocol" and contains an alphanumeric one-time password and icon to "Complete Claim" that links to a fraudulent "Client Login" portal purportedly operated by Stretto. The fraudulent

---

texts and emails are attached to the Second Supplemental Notice as <u>Exhibit A</u> and <u>Exhibit B</u>, respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "<u>Third Supplemental Notice</u>") to alert parties in interest of similar phishing emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a ***falsified*** order (the "<u>Falsified Order</u>") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order are attached to the Third Supplemental Notice as <u>Exhibit A</u>, <u>Exhibit B</u>, and <u>Exhibit C</u>, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "<u>Fourth Supplemental Notice</u>") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as <u>Exhibit A</u>. On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "<u>Fifth Supplemental Notice</u>") to alert parties in interest of phishing emails purporting to be "Celsius Customer Support" and claiming that account holders could "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink. Copies of such emails are attached to the Fifth Supplemental Notice as <u>Exhibit A</u>. On August 1, 2023, the Debtors filed the *Sixth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3121] (the "<u>Sixth Supplemental Notice</u>") to alert parties in interest of phishing emails and texts purporting to be from the Debtors or Stretto claiming that account holders were eligible for withdrawal through a suspicious hyperlink. Copies of such emails and texts are attached to the Sixth Supplement Notice as <u>Exhibit A</u>. On August 10, 2023, the Debtors filed the *Seventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 3251] (the "<u>Seventh Supplemental Notice</u>") to alert parties in interest of phishing telephone calls from +1 (866) 463-5669 purporting to be from the Debtors and offering to facilitate the withdrawal of certain assets from the Debtors' platform. On September 5, 2023, the Debtors filed the *Eighth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3422] (the "<u>Eighth Supplemental Notice</u>") to alert parties in interest of a fraudulent "clone website" purportedly belong to Stretto that prompted users to "connect" their cryptocurrency wallets. A screenshot of the clone website is attached to the Eight Supplemental Notice as <u>Exhibit A</u>. On October 5, 2023, the Debtors filed the *Ninth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3722] (the "<u>Ninth Supplemental Notice</u>") to alert parties in interest of a phishing attempt that resulted in certain account holders receiving emails from support@celsius.network that contained a suspicious URL in the subject line. A copy of such email is attached to the Ninth Supplemental Notice as <u>Exhibit A</u>. On October 27, 2023, the Debtors filed the *Tenth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3932] (the "<u>Tenth Supplemental Notice</u>") to alert parties in interest of phishing attempts purporting to be from the Debtors and claiming that the recipient account holder was eligible for withdrawal by accessing a withdrawal link button included in the email. A copy of such email is attached to the Tenth Supplemental Notice as <u>Exhibit A</u>. On December 7, 2023, the Debtors filed the *Eleventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 4070] (the "<u>Eleventh Supplement Notice</u>," and together with the Original Notice and the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Tenth Supplemental Notice, collectively, the "<u>Phishing Notices</u>") to alert parties in interest of phishing emails purporting to be from the Debtors and prompting recipients to withdraw assets through a suspicious link.

portal contains a box for the entry of the one-time passcode and an "Authenticate" button. An example email and a screenshot of the fraudulent portal is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that these emails are ***not authorized messages*** from the Post-Effective Date Debtors or the Post-Effective Date Debtors' claim agent, Stretto, and are ***strongly suspected to be phishing scams** leading to a phishing site or malware designed to obtain account holders' personally identifiable information, account information, or financial assets*.

**PLEASE TAKE FURTHER NOTICE** that neither the Post-Effective Date Debtors nor their advisors will ***ever*** contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court. In connection with the distribution of assets pursuant to the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289] (the "Plan") confirmed by the Court, the Debtors and the Post-Effective Date Debtors have provided detailed information regarding the applicable distribution procedures, which can be found on the court docket and the case website. *See, e.g.*, *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667]; *Notice Regarding Commencement of Distribution of Cryptocurrency to Holders of Custody Claims* [Docket No. 4040]; *Notice to Account Holders Regarding Frequently Asked Questions About Celsius Distribution* [Docket No. 4220]; *Notice of Occurrence of Effective Date of Debtors' Modified Chapter 11 Plan of Reorganization and Commencement of Distributions* [Docket No. 4298]; *Notice of Conclusion of In-Application Custody Withdrawals*

[Docket No. 4335]; *Post-Effective Date Debtors' Response to Distribution Issues Raised by Corporate Creditors and Retail Borrowers* [Docket No. 4786]; *Notice of Data Security Incident* [Docket No. 4834]; *Plan Administrator's Update on Cash Distributions, Including Notice of Amendment to PayPal Distribution Services Agreement to Make Cash Distributions Through Hyperwallet Service* [Docket No. 7612]; and *Notice of Deadline to Complete Onboarding at Coinbase and Optional Election to Convert Liquid Cryptocurrency and Receive a Cash Distribution* [Docket No. 7718] (collectively, the "Withdrawal Notices").[3]

**PLEASE TAKE FURTHER NOTICE** that, in connection with the *Notice of Deadline to Complete Onboarding at Coinbase and Optional Election to Convert Liquid Cryptocurrency and Receive a Cash Distribution* [Docket No. 7718] (the "Distribution Conversion Notice"), Celsius emailed certain account holders who have not redeemed their distribution requesting that they submit a ticket if they need assistance receiving their distribution. In addition, Celsius also emailed certain eligible account holders who have the option to convert their Liquid Cryptocurrency distribution to Cash in connection with the Distribution Conversion Notice. Both emails were sent from **do-not-reply@updates.celsius.network**. A complete list of trusted email addresses is posted and updated regularly on the Company's Knowledge Base site which can be accessed at https://celsiusdistribution.stretto.com/support/solutions/articles/153000147043-claim-distributions-overview. Account holders who have not redeemed their distribution and need assistance may submit an inquiry with Stretto by following the directions at: https://cases.stretto.com/Celsius/contact-us/ or contact the Post-Effective Date Debtors at CelsiusCreditorQuestions@kirkland.com.

---

[3] Capitalized terms used but not defined in this Notice shall have the meaning ascribed to them in the Plan, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Post-Effective Date Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please *immediately* contact the Post-Effective Date Debtors' counsel at CelsiusCreditorQuestions@kirkland.com, the Post-Effective Date Debtors' claims agent at CelsiusInquiries@stretto.com, or the Litigation Administrator at celsiuslitigationadmin@m3-partners.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Plan, the Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.

[*Remainder of page left intentionally blank.*]

| | |
|---|---|
| New York, New York<br>Dated: October 4, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |

## Exhibit A

## Email

From: **Celsius & Stretto - 1398921836** <noreply+205232@servicetitan.com>
Date: Sat, Sep 28, 2024 at 9:38 PM
Subject: Immediate Action Needed: Claim Your Funds - 1398921836
To: <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>



**Dear Investors,**

We have previously attempted to transfer your claim distribution through multiple platforms, but the process has not been successfully completed.

In order to finalize the distribution, we kindly request your action to process the claim using the Ethereum (ETH) network with the ERC-20 protocol.

To proceed, please enter your One-time Password: **XuGZr57wH** and complete the withdrawal by clicking the button below. Ensure your Ethereum wallet supports the ERC-20 network (e.g., MetaMask or Trust Wallet).

[ COMPLETE CLAIM ]

Please note that this is the last step needed to process your claim. If you do not take action, the distribution may be canceled.

**Fraudulent Portal**



2