**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
        jweedman@whitecase.com
        lucas.curtis@whitecase.com
        nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
        devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
        kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CELSIUS NETWORK LLC, *et al.*, | § | Case No. 22-10964 (MG) |
| | § | |
| Post-Effective Date Debtors.[1] | § | |
| | § | |

---

[1]    The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC

**CERTIFICATE OF NO OBJECTION REGARDING THE LITIGATION
ADMINISTRATOR'S MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS
SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES**

The undersigned counsel to Mohsin Y. Meghji (the "**Litigation Administrator**") hereby certifies that:

1.      On September 24, 2024, the Litigation Administrator filed the *Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* (the "**Motion**")[2] for entry of an order (the "**Order**") enforcing the Settlement Agreements against the Breaching Parties listed in Exhibit B to the Motion.

2.      Pursuant to the Motion and *the Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] (the "**Case Management Order**"), objections to the final relief requested in the Motion were due October 1, 2024, at 5:00 p.m. prevailing Eastern Time (the "**Objection Deadline**").

3.      Rule 9075-2 of the Local Bankruptcy Rules provides that a motion may be granted without a hearing if (a) no objections or other responsive pleadings have been filed on or before the applicable objection deadline and (b) counsel for the entity that filed the motion files a statement certifying that counsel has reviewed the docket not less than forty-eight hours after the Objection Deadline and no objection, responsive pleading, or request for hearing with respect to such motion appears thereon.

---

(7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

4. As of the filing of this certificate of no objection, more than forty-eight hours have elapsed since the Objection Deadline, and, to the best of the undersigned counsel's knowledge, no objection, responsive pleading, or request for hearing with respect to the Motion has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases, (b) filed on the consolidated docket regarding the customer preference actions [Adv. Proc. 24-04024] or (c) served on the Litigation Administrator or his counsel.

5. The proposed order submitted with the Motion attached a list of Breaching Parties. *See* Motion, Exhibits A and B. After the Motion was filed, a number of Breaching Parties engaged with the Litigation Administrator to resolve their breaches amicably. As such, The Litigation Administrator submits, in conjunction with this Certificate, an *Amended Order Granting The Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* (the "**Amended Order**"), which is attached to this Certificate as **Exhibit A**. This Amended Order is revised only to reflect the removal of Breaching Parties who have now complied with their Settlement Agreements. An updated chart of Breaching Parties is attached as **Exhibit B**. The Litigation Administrator also attaches a redline to the proposed form of order and chart submitted with the Motion as **Exhibit C**. The Litigation Administrator reserves the right to amend the proposed order further as appropriate.

6. Accordingly, the Litigation Administrator respectfully requests entry of the proposed order attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

Dated: October 4, 2024
       New York, New York

By: _Samuel P. Hershey_

**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
        jweedman@whitecase.com
        lucas.curtis@whitecase.com
        nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com
        devin.rivero@whitecase.com

– and –

**ASK LLP**
Marianna Udem, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427

Email:   mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath, Esq.
Kara E. Casteel, Esq. (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:   bmcgrath@askllp.com
         kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji,*
*Litigation Administrator, as*
*Representative for the Post-Effective*
*Date Debtors*

## EXHIBIT A

**Amended Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| CELSIUS NETWORK LLC, *et al.*, | § | Case No. 22-10964 (MG) |
| | § | |
| Post-Effective Date Debtors.[1] | § | |
| | § | |

### ORDER GRANTING LITIGATION ADMINISTRATOR'S
### MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS
### SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES

Upon the *Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* (the "**Motion**"),[2] filed by Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated post-effective date debtors (the "**Litigation Administrator**"), for entry of an order (the "**Order**") enforcing the Settlement Agreements against the Breaching Parties listed in **Exhibit B**; and upon the Ehrler Declaration and Ash Declaration; and upon any hearing regarding the Motion; and the Court finding that it has jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409 and according to the terms of the Settlement Agreement; and the Court finding and determining that the relief requested in the Motion is in the best interest of the Litigation

---

[1]    The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]    Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Administrator, creditors, and all parties-in-interest; and the Litigation Administrator having provided due and adequate notice of the Motion, and that no other notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and after due deliberation and sufficient cause appearing therefore, it is

**HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.  Any objections or reservations of rights filed in respect of the Motion are overruled, with prejudice.

2.      The Settlement Agreements between the Litigation Administrator and the Breaching Parties are valid and enforceable contracts.

3.      The Breaching Parties have breached the Settlement Agreements by failing to remit payment by their respective settlement payment deadlines.

4.      The Breaching Parties shall remit their outstanding settlement payment amounts to the Litigation Administrator within 30 days of the entry of this Order.

5.      The Litigation Administrator may seek all available damages and remedies against any Breaching Party who does not comply with this Order or otherwise cure its breach of a Settlement Agreement.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: _____
        New York, New York

                            _____
                            THE HONORABLE MARTIN GLENN
                            CHIEF UNITED STATES BANKRUPTCY JUDGE

## **EXHIBIT B**

**CHART OF BREACHING PARTIES**

| Exhibit No. | Counterparty | Date of Agreement |
|:---:|:---|:---:|
| 1. | AHMED, MOHAMMED | 04/29/24 |
| 2. | AROSEMENA, JUAN | 05/16/24 |
| 3. | INTENTIONALLY LEFT BLANK | N/A |
| 4. | BLESSING, ROBERT | 04/18/24 |
| 5. | BOHNSACK, ANDREAS | 05/01/24 |
| 6. | BOHNSACK, MARINDA | 05/01/24 |
| 7. | BOLLAERT, FABIAN | 03/31/24 |
| 8. | RESOLVED | N/A |
| 9. | BRYSON, VOE | 05/01/24 |
| 10. | CALANDRA, STEVEN | 05/26/24 |
| 11. | CALEB, PAUL | 04/04/24 |
| 12. | CAMERON, DUNCAN | 03/27/24 |
| 13. | CASAL, GERARDO | 05/01/24 |
| 14. | CHACON, JUSTIN | 04/08/24 |
| 15. | CHEN, KEVIN | 04/05/24 |
| 16. | CHENG, CHRISTI | 04/29/24 |
| 17. | RESOLVED | N/A |
| 18. | CHIANG, MING | 04/18/24 |
| 19. | CHUNG, LAI | 04/14/24 |
| 20. | DAVIS, BRADLEY | 05/01/24 |
| 21. | DOAN, VIET | 03/23/24 |
| 22. | DOS SANTOS, PABLO | 03/20/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|:---:|:---|:---:|
| 23. | FAUCON, PASCAL | 04/29/24 |
| 24. | FRIEDER, CASEY | 04/25/24 |
| 25. | GARZA, SAM | 04/29/24 |
| 26. | GOODE, DAVID | 03/22/24 |
| 27. | GRABER, JOSHUA | 04/29/24 |
| 28. | HAHN, YAO | 05/20/24 |
| 29. | HAN, CHARLES | 03/21/24 |
| 30. | HARTE, JAMES | 07/01/24 |
| 31. | HEARD, ZACK | 04/12/24 |
| 32. | HENSLEY, CHRISTOPHER | 04/08/24 |
| 33. | HERNANDEZ, ELIAS | 03/21/24 |
| 34. | RESOLVED | N/A |
| 35. | IRVING, HAROLD | 04/06/24 |
| 36. | IVIC, JOSIP | 04/13/24 |
| 37. | JEAN, PASCAL | 04/23/24 |
| 38. | JIANG, YONG | 03/28/24 |
| 39. | KENG, EVIEON | 04/24/24 |
| 40. | KHOURY, SAMIR | 05/16/24 |
| 41(i). | KIM, KEVIN | 04/25/24 |
| 41(ii). | KIM, KEVIN | 06/13/24 |
| 42. | KING, JOHN | 04/23/24 |
| 43. | KOSTERMAN, STEPHEN | 05/01/24 |
| 44. | KUHFUSS, CLEMENT | 03/20/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 45. | LAMOUR, DAMIAN | 04/12/24 |
| 46. | LATHIA, CHIRAG | 04/30/24 |
| 47. | LOPORTO, PHILIP | 04/25/24 |
| 48. | MACMANUS, MICHAEL | 07/08/24 |
| 49(i). | MAY, JAMES | 04/24/24 |
| 49(ii). | MAY, JAMES | 05/18/24 |
| 50. | RESOLVED | N/A |
| 51. | INTENTIONALLY LEFT BLANK | N/A |
| 52. | MEINHOLD, KYLE | 08/30/24 |
| 53. | RESOLVED | N/A |
| 54. | MERMET, LEONARD | 03/21/24 |
| 55. | MILLER, DAVID | 04/23/24 |
| 56. | MISRA, AMIT | 04/29/24 |
| 57. | MITCHELL, DAVID | 04/22/24 |
| 58. | MOHAMED, ISLAM | 04/05/24 |
| 59. | NAGAR, YEHUDA | 06/05/24 |
| 60(i). | NANCHEVA, ROSITSA | 04/24/24 |
| 60(ii). | NANCHEVA, ROSITSA | 05/01/24 |
| 61. | NARAINSINGHANI, MANIK | 03/27/24 |
| 62. | ONG, EUGENE | 04/29/24 |
| 63. | PANAYIOTOU, ANTONIO | 07/10/24 |
| 64. | PEETZ, MATTHEW | 04/30/24 |
| 65. | RESOLVED | N/A |

| Exhibit No. | Counterparty | Date of Agreement |
|:---:|:---|:---:|
| **66.** | RESOLVED | N/A |
| **67.** | RIVERA, OSCAR | 04/23/24 |
| **68.** | RUDOLPH, FREDERICK | 04/28/24 |
| **69.** | SALLEH, FAROUK | 04/28/24 |
| **70.** | SELMAR, SAMUEL | 04/15/24 |
| **71.** | RESOLVED | N/A |
| **72.** | SEYMOUR, HAMISH | 03/20/24 |
| **73.** | SHADUR, ANTHONY | 04/05/24 |
| **74.** | RESOLVED | N/A |
| **75.** | SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O. | 04/19/24 |
| **76.** | ST. LEDGER, ROBERT | 04/16/24 |
| **77.** | STAGGS, PATRICK | 04/30/24 |
| **78.** | STONE, MICHAEL | 04/04/24 |
| **79.** | SUASO, JULIAN | 04/15/24 |
| **80.** | SUN, JUNFENG | 05/01/24 |
| **81.** | TEH, HOOI | 04/29/24 |
| **82.** | RESOLVED | N/A |
| **83.** | TORRES, EMERSON | 03/20/24 |
| **84.** | TORRET, BERTRAND | 05/01/24 |
| **85.** | TSANG, WING | 04/30/24 |
| **86.** | TSO, MANEL | 05/17/24 |
| **87.** | TURNER, VICTOR | 04/23/24 |
| **88.** | TURPIN, CARL | 04/29/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 89. | RESOLVED | N/A |
| 90. | VOUNG, MINH | 04/24/24 |
| 91. | WITKOWSKI, CYRIL | 04/08/24 |
| 92(i). | RESOLVED | N/A |
| 92(ii). | RESOLVED | N/A |
| 93. | WU, NIEN | 04/06/24 |
| 94. | YEUNG, KEI | 05/01/24 |
| 95. | YI, FEI | 03/20/24 |
| 96. | YIEN, RENNY | 05/03/24 |
| 97. | ZEMSER, RACHEL | 04/29/24 |

**<u>EXHIBIT C</u>**

**Redline**

*[Different first page setting changed from on in original to off in modified.].*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | § § | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | § § § | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors.[1] | § § § | |

**ORDER GRANTING LITIGATION ADMINISTRATOR'S**
**MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS**
**SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES**

Upon the *Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* (the "**Motion**"),[1][2] filed by Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated post-effective date debtors (the "**Litigation Administrator**"), for entry of an order (the "**Order**") enforcing the Settlement Agreements against the Breaching Parties listed in **Exhibit B**; and upon the Ehrler Declaration and Ash Declaration; and upon any hearing regarding the Motion; and the Court finding that it has jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409 and according to the terms of the Settlement Agreement; and the Court finding and

---

[1]  The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[1][2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

*[Different first page setting changed from on in original to off in modified.].*

1

*[Different first page setting changed from on in original to off in modified.].*

determining that the relief requested in the Motion is in the best interest of the Litigation Administrator, creditors, and all parties-in-interest; and the Litigation Administrator having provided due and adequate notice of the Motion, and that no other notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1.      The Motion is granted as set forth herein.  Any objections or reservations of rights filed in respect of the Motion are overruled, with prejudice.

2.      The Settlement Agreements between the Litigation Administrator and the Breaching Parties are valid and enforceable contracts.

3.      The Breaching Parties have breached the Settlement Agreements by failing to remit payment by their respective settlement payment deadlines.

4.      The Breaching Parties shall remit their outstanding settlement payment amounts to the Litigation Administrator within 30 days of the entry of this Order.

5.      The Litigation Administrator may seek all available damages and remedies against any Breaching Party who does not comply with this Order or otherwise cure its breach of a Settlement Agreement.

6.      This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: _____
      New York, New York

_____
THE HONORABLE MARTIN GLENN

*[Different first page setting changed from on in original to off in modified.].*

*[Different first page setting changed from on in original to off in modified.].*

CHIEF    UNITED    STATES    BANKRUPTCY
JUDGE

*[Different first page setting changed from on in original to off in modified.].*

*[Different first page setting changed from on in original to off in modified.].*

*[Different first page setting changed from on in original to off in modified.].*

## EXHIBIT B

## CHART OF BREACHING PARTIES

## EXHIBIT B

## CHART OF BREACHING PARTIES

*[Different first page link-to-previous setting changed from off in original to on in modified.].*

| Exhibit No. | Counterparty | Date of Agreement |
|:---:|:---|:---:|
| **1.** | AHMED, MOHAMMED | 04/29/24 |
| **2.** | AROSEMENA, JUAN | 05/16/24 |
| **3.** | INTENTIONALLY LEFT BLANK | N/A |
| **4.** | BLESSING, ROBERT | 04/18/24 |
| **5.** | BOHNSACK, ANDREAS | 05/01/24 |
| **6.** | BOHNSACK, MARINDA | 05/01/24 |
| **7.** | BOLLAERT, FABIAN | 03/31/24 |
| **8.** | ~~BROMFIELD, JOHN~~RESOLVED | ~~06/11/24~~N/A |
| **9.** | BRYSON, VOE | 05/01/24 |
| **10.** | CALANDRA, STEVEN | 05/26/24 |
| **11.** | CALEB, PAUL | 04/04/24 |
| **12.** | CAMERON, DUNCAN | 03/27/24 |
| **13.** | CASAL, GERARDO | 05/01/24 |
| **14.** | CHACON, JUSTIN | 04/08/24 |
| **15.** | CHEN, KEVIN | 04/05/24 |
| **16.** | CHENG, CHRISTI | 04/29/24 |
| **17.** | ~~CHERRIER, MARC~~RESOLVED | ~~05/17/24~~N/A |
| **18.** | CHIANG, MING | 04/18/24 |
| **19.** | CHUNG, LAI | 04/14/24 |
| **20.** | DAVIS, BRADLEY | 05/01/24 |
| **21.** | DOAN, VIET | 03/23/24 |

*[Link-to-previous setting changed from off in original to on in modified.]*

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 22. | DOS SANTOS, PABLO | 03/20/24 |
| 23. | FAUCON, PASCAL | 04/29/24 |
| 24. | FRIEDER, CASEY | 04/25/24 |
| 25. | GARZA, SAM | 04/29/24 |
| 26. | GOODE, DAVID | 03/22/24 |
| 27. | GRABER, JOSHUA | 04/29/24 |
| 28. | HAHN, YAO | 05/20/24 |
| 29. | HAN, CHARLES | 03/21/24 |
| 30. | HARTE, JAMES | 07/01/24 |
| 31. | HEARD, ZACK | 04/12/24 |
| 32. | HENSLEY, CHRISTOPHER | 04/08/24 |
| 33. | HERNANDEZ, ELIAS | 03/21/24 |
| 34. | ~~HORNEMAN, MICHEL~~RESOLVED | ~~04/06/24~~N/A |
| 35. | IRVING, HAROLD | 04/06/24 |
| 36. | IVIC, JOSIP | 04/13/24 |
| 37. | JEAN, PASCAL | 04/23/24 |
| 38. | JIANG, YONG | 03/28/24 |
| 39. | KENG, EVIEON | 04/24/24 |
| 40. | KHOURY, SAMIR | 05/16/24 |
| 41(i). | KIM, KEVIN | 04/25/24 |
| 41(ii). | KIM, KEVIN | 06/13/24 |
| 42. | KING, JOHN | 04/23/24 |
| 43. | KOSTERMAN, STEPHEN | 05/01/24 |

*[Link-to-previous setting changed from off in original to on in modified.]*

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 44. | KUHFUSS, CLEMENT | 03/20/24 |
| 45. | LAMOUR, DAMIAN | 04/12/24 |
| 46. | LATHIA, CHIRAG | 04/30/24 |
| 47. | LOPORTO, PHILIP | 04/25/24 |
| 48. | MACMANUS, MICHAEL | 07/08/24 |
| 49(i). | MAY, JAMES | 04/24/24 |
| 49(ii). | MAY, JAMES | 05/18/24 |
| 50. | ~~MAYNARD, LAURENCE~~RESOLVED | ~~04/14/24~~N/A |
| 51. | INTENTIONALLY LEFT BLANK | N/A |
| 52. | MEINHOLD, KYLE | 08/30/24 |
| 53. | ~~MELCHERS, DANIELLE~~RESOLVED | ~~04/07/24~~N/A |
| 54. | MERMET, LEONARD | 03/21/24 |
| 55. | MILLER, DAVID | 04/23/24 |
| 56. | MISRA, AMIT | 04/29/24 |
| 57. | MITCHELL, DAVID | 04/22/24 |
| 58. | MOHAMED, ISLAM | 04/05/24 |
| 59. | NAGAR, YEHUDA | 06/05/24 |
| 60(i). | NANCHEVA, ROSITSA | 04/24/24 |
| 60(ii). | NANCHEVA, ROSITSA | 05/01/24 |
| 61. | NARAINSINGHANI, MANIK | 03/27/24 |
| 62. | ONG, EUGENE | 04/29/24 |
| 63. | PANAYIOTOU, ANTONIO | 07/10/24 |
| 64. | PEETZ, MATTHEW | 04/30/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 65. | ~~PETRAUSKAS, DIMITRIJUS~~RESOLVED | ~~04/04/24~~N/A |
| 66. | ~~PINGALI, SILPA~~RESOLVED | ~~04/27/24~~N/A |
| 67. | RIVERA, OSCAR | 04/23/24 |
| 68. | RUDOLPH, FREDERICK | 04/28/24 |
| 69. | SALLEH, FAROUK | 04/28/24 |
| 70. | SELMAR, SAMUEL | 04/15/24 |
| 71. | ~~SEPASSI, FARSHID~~RESOLVED | ~~04/24/24~~N/A |
| 72. | SEYMOUR, HAMISH | 03/20/24 |
| 73. | SHADUR, ANTHONY | 04/05/24 |
| 74. | ~~SINGH, PRABAL~~RESOLVED | ~~03/25/24~~N/A |
| 75. | SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O. | 04/19/24 |
| 76. | ST. LEDGER, ROBERT | 04/16/24 |
| 77. | STAGGS, PATRICK | 04/30/24 |
| 78. | STONE, MICHAEL | 04/04/24 |
| 79. | SUASO, JULIAN | 04/15/24 |
| 80. | SUN, JUNFENG | 05/01/24 |
| 81. | TEH, HOOI | 04/29/24 |
| 82. | ~~TO, JOSHUA~~RESOLVED | ~~03/24/24~~N/A |
| 83. | TORRES, EMERSON | 03/20/24 |
| 84. | TORRET, BERTRAND | 05/01/24 |
| 85. | TSANG, WING | 04/30/24 |
| 86. | TSO, MANEL | 05/17/24 |
| 87. | TURNER, VICTOR | 04/23/24 |

*[Link-to-previous setting changed from off in original to on in modified.].*

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 88. | TURPIN, CARL | 04/29/24 |
| 89. | ~~VAN GILS, MARTEN~~RESOLVED | ~~04/07/24~~N/A |
| 90. | VOUNG, MINH | 04/24/24 |
| 91. | WITKOWSKI, CYRIL | 04/08/24 |
| 92(i). | ~~WONG, JASON~~RESOLVED | ~~03/25/24~~N/A |
| 92(ii). | ~~WONG, JASON~~RESOLVED | ~~04/16/24~~N/A |
| 93. | WU, NIEN | 04/06/24 |
| 94. | YEUNG, KEI | 05/01/24 |
| 95. | YI, FEI | 03/20/24 |
| 96. | YIEN, RENNY | 05/03/24 |
| 97. | ZEMSER, RACHEL | 04/29/24 |

| Summary report: Litera Compare for Word 11.8.0.56 Document comparison done on 10/4/2024 2:06:31 PM | |
|---|---|
| **Style name:** 2_WC_StandardSet | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** 24.09.24 FINAL Order and Chart.docx | |
| **Modified filename:** 24.10.04 DRAFT Amended Order to Motion to Enforce.docx | |
| **Changes:** | |
| Add | 37 |
| Delete | 33 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 70 |