Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:   (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
333 West Wolf Point Plaza  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:   (312) 862-2200  

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**OCTOBER 8, 2024, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | October 8, 2024, at 2:00 p.m. (prevailing Eastern Time) (the "<u>Hearing</u>") |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-618 ("<u>General Order M-618</u>"), dated September 26, 2023, the Hearing will only be conducted using Zoom for Government. Parties wishing to appear |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

    at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on October 7, 2024**.

    No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform made available by the Court must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on October 7, 2024)**.

Copies of Motions:  A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I. Status Update on Distributions.**

  Related Documents:

  (1) Notice of Deadline to Complete Onboarding at Coinbase and Optional Election to Convert Liquid Cryptocurrency and Receive a Cash Distribution [Docket No. 7718].

  (2) Twelfth Supplemental Notice of Additional Phishing Attempts [Docket No. 7729].

**II. Status Update on Preference Settlements.**

  Related Documents:

  (1) Notice of Deadline to Accept Settlement Offer in Connection with Celsius Customer Preference Actions [Docket No. 7689].

**III. Uncontested Matters.**

  1. **First Claims Objection.** The Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims [Docket No. 7639].

<blockquote>

<u>Objection Deadline</u>:  The deadline to object was October 1, 2024, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

<u>**Status**</u>:  This matter is going forward.

</blockquote>

2. **Second Claims Objection.**  The Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims [Docket No. 7641].

<blockquote>

<u>Objection Deadline</u>:  The deadline to object was October 1, 2024, at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:  None.

<u>**Status**</u>:  This matter is going forward.

</blockquote>

3. **Motion to Enforce Settlements.**  Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket No. 7709].

<blockquote>

<u>Objection Deadline</u>:  The deadline to object was October 1, 2024, at 5:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:   Certificate of No Objection Regarding the Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket No. 7731].

<u>**Status**</u>:  This matter is going forward.

</blockquote>

4. **Motion to Seal.**  The Litigation Administrator's Motion for Entry of an Order Authorizing the Litigation Administrator to Redact and File Under Seal Certain Confidential Terms of Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket No. 7710].

<blockquote>

<u>Objection Deadline</u>:  The deadline to object was October 1, 2024, at 5:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

</blockquote>

      (1)      Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket No. 7709].

      **Status:**  This matter is going forward.

**IV.**    **Adversary Proceedings.**

    1.    **Moshin Y. Meghji v. Wallet Owner0xdbc13e67f678cc00591920cece4dca6322a79ac7 et al (Adv. Proc. No. 24-04005-mg); Moshin Y. Meghji v. Wallet Owner 0X10F546A6F4D20D91E5A8506124384759C9F4BC79 et al (Adv. Proc. No. 24-03994-mg); Moshin Y. Meghji v. Castel et al (Adv. Proc. No. 24-04004-mg).**  Plaintiff's Motion for Alternative Service [Docket No. 11].[2]

      Objection Deadline:  The deadline to object was October 1, 2024, at 4:00 p.m. (prevailing Eastern Time).

      Responses Received:  None.

      Related Documents:

      (1)      Declaration of Jason Trager in Support of Plaintiff's Motion for Alternative Service [Docket No. 12].

      (2)      Certificate of No Objection to Plaintiff's Motion for Alternative Service [Docket No. 16].

      **Status:**  This matter is going forward.

    2.    **Celsius Customer Preference Actions (Adv. Proc. No. 24-04024-mg).**  Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 3].

      Objection Deadline:  The deadline to object was September 24, 2024, at 5:00 p.m. (prevailing Eastern Time).

      Responses Received:

      (1)      Response/Objection of Daniel A. Valenzuela to Plaintiff's Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions [Docket No. 9].

---

[2]   Docket numbers in this section are to the filings in Moshin Y. Meghji v. Wallet Owner 0xdbc13e67f678cc00591920cece4dca6322a79ac7 et al (Adv. Proc. No. 24-04005-mg).

(2) Limited Objection to the Litigation Administrator's Motion for Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 10].

(3) Limited Objection to the Troutman Group and Lowenstein Group to the Plaintiff's Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 11].

(4) The Bressler Defendants' Limited Objection to the Litigation Administrator's Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket 12].

(5) Preliminary Response to Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, 550 of the Bankruptcy Code [Docket No. 13].

(6) Limited Objection to Revised Motion for Order Establishing Streamlined Procedures Governing Avoidance Actions [Docket No. 14].

(7) Objection to Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 15].

Related Documents:

(1) Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 3].

(2) Litigation Administrator's Omnibus Reply in Support of Revised Motion for an Order Establishing Streamlined Procedures Governing Avoidance Actions Pursuant to Sections 502, 547, and 550 of the Bankruptcy Code [Docket No. 21].

**Status:** This matter is going forward.

[*Remainder of page left intentionally blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  October 4, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |