Abhishek Bhatnagar
Punjab, INDIA
[Abhi4770d@gmail.com](mailto:Abhi4770d@gmail.com)
07th OCT, 2024

The Honorable Martin Glenn
Chief Judge,
U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green, New York, NY 10004-1408

**Subject**:  No Distribution despite assurance to have one on 01st/02nd OCT, 2024.
for Celsius Network Bankruptcy Case No. **22-10964** & previously filled **Docket 7683 & 7713**

**Dear chief Judge Martin Glenn,**

I am writing to request your help to Intervene & Instruct Stretto to Process my Distribution right away after months of going back & fort and to make you aware of what issues I am facing with Stretto Distribution team.

1. After multiple follow-up emails & doing exactly what Stretto has asked me so far, **Stretto confirmed that my distribution will happen on 1st or 2nd OCT, 2024.**

2. Despite that assurance, the distribution **DID NOT** happen

3. I was then **assured that Distribution** will happen on **Tuesday (08th OCT, 2024) or Wednesday (09th OCT, 2024)** & I have reminded them Today, Monday (07th OCT, 2024) to ensure there is no further delay

4. I have been slowly & steady moving towards depression as their no end to waiting and suffering that Celsius & Stretto has brought to me.

5. I have also written to request your intervention in **docket 7683 & 7713**

I URGE you to reprimand Celsius & Stretto to Process my Distribution as confirmed by them.

Thanks & Regards,
Abhishek Bhatnagar