Kenneth Reed

Kenster6559@gmail.com

(360)-904-4076

10/7/2024

The Honorable Judge Martin Glenn

United States Bankruptcy Court

Southern District of New York

One Bowling Green

New York, NY 10004

Dear Judge Glenn,

Re: Celsius Network LLC Bankruptcy Case (Case No. 22-10964)

I am writing to respectfully bring to your attention my situation as a creditor in the Celsius Network LLC bankruptcy case, particularly concerning my distribution classification. Due to an issue related to my military address, I have been placed in a category that would result in a USD return, which does not align with the majority of other U.S.-based creditors who are receiving a cryptocurrency distribution.

While serving on active duty in the U.S. Navy, I was temporarily stationed in Hawaii. During this time, my address in Celsius's system was incorrectly set to this location, and I was unaware that this would impact the type of distribution I would receive. Throughout my 7 years of service, my permanent address had always been my childhood home in Washington state, where I returned upon completing my service. However, since transitioning out of the military and moving to Texas for my current employment with the U.S. Air Force, I attempted to update my address, but I missed the deadline due to the complexities of my transition.

In a recent filing (Doc 7637, filed on August 26, 2024), I noticed that in block 42, the Post-Effective Date Debtors mention that they are processing jurisdictional changes for creditors who moved to locations where they could receive a Liquid Cryptocurrency distribution. This gave me hope that I could rectify my situation and receive the same type of distribution as other American creditors. However, after reaching out to Celsius's

distribution team, I was informed that because I submitted my address change after the Effective Date of the plan, my distribution would remain in USD.

Given the unique circumstances of my situation—serving in the military and the address confusion that stemmed from it—I kindly request your assistance in reviewing my case. I respectfully ask for any consideration to allow my distribution to be converted back to a cryptocurrency return, in line with other U.S.-based creditors, as the filing suggests is possible for those who changed jurisdictions.

Thank you for your time and consideration in this matter. I appreciate any help the Court can provide in addressing this situation fairly.

Respectfully,

Kenneth Reed