**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>AFFIDAVIT OF SERVICE</u>

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 4, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Twelfth Supplemental Notice of Additional Phishing Attempts** (Docket No. 7729)

- **Notice of Hearing on the Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7730)

- **Final Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court**

- **Certificate of No Objection Regarding the Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties** (Docket No. 7731)

- **Agenda for Hearing to Be Held October 8, 2024, at 2:00 p.m. (Prevailing Eastern Time)** (Docket No. 7732)

- **Certificate of No Objection Regarding the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7733)

- **Certificate of No Objection Regarding the Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7734)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on October 4, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Notice of Hearing on the Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7730)

- **Final Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court**

Furthermore, on October 4, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Chambers for Judge Sean H. Lane in the US Bankruptcy Court for the Southern District of New York at 300 Quarropas Street, White Plains, NY 10601-4140:

- **Certificate of No Objection Regarding the Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties** (Docket No. 7731)

- **Certificate of No Objection Regarding the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7733)

- **Certificate of No Objection Regarding the Litigation Administrator's Second Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7734)

Furthermore, on October 4, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Agenda for Hearing to Be Held October 8, 2024, at 2:00 p.m. (Prevailing Eastern Time)** (Docket No. 7732)

Dated: October 8, 2024

Alberto Romero Calderon

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 8th day of October, 2024, by Alberto Romero Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

JESSIE DE GUZMAN
Notary Public - California
Orange County
Commission # 2401464
My Comm. Expires Apr 20, 2026

# **Exhibit A**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP WITHHOLD ACCT HOLDERS | TROUTMAN PEPPER HAMILTON SANDERS | 875 THIRD AVENUE | ATTN: DEBORAH KOVSKY-APAP | NEW YORK | NY | 10022 |
| CO-COUNSEL MOHSIN Y MEGHJI LITADMIN | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: LUCAS G. CURTIS | NEW YORK | NY | 10020 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | PO BOX 489 | | DIXON | CA | 95620 |
| JOHN DILLON | C/O PENACHIO MALARA LLP | 245 MAIN ST SUITE 450 | ATTN: ANNE PENACHIO | WHITE PLAINS | NY | 10601 |
| LITIGATION OVERSIGHT COMMITTEE | C/O PRYOR CASHMAN LLP | 7 TIMES SQUARE | LIEBERMAN LEVY SILVERMAN RICHMOND | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 111 S WACKER DR SUITE 5100 | ATTN: M. ANDOLINA & G. PESCE | CHICAGO | IL | 60606 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: TURETSKY, HERSHEY, WEEDMAN | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 200 S BISCAYNE BLVD SUITE 4900 | ATTN: KEITH H. WOFFORD | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE | C/O WHITE & CASE LLP | 555 S FLOWER ST SUITE 2700 | ATTN: AARON E. COLODNY | LOS ANGELES | CA | 90071 |
| MOHSIN Y. MEGHJI LITIGATION ADMIN | C/O WHITE & CASE LLP | 1221 AVENUE OF THE AMERICAS | ATTN: SAMUEL P. HERSHEY | NEW YORK | NY | 10020 |
| OFFICE OF US TRUSTEE FOR THE SDNY | ATTN: SHARA CORNELL | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | 2020 K STREET NW SUITE 400 | ATTN: LAUREN C. BOLCAR | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS BRIC | C/O WILLKIE FARR & GALLAGHER LLP | 787 SEVENTH AVENUE | ATTN: LOMBARDI KORN WALL | NEW YORK | NY | 10019 |
| RSM US LLP | C/O FREJKA PLLC | 415 EAST 52ND STREET SUITE 3 | ATTN: ELISE S. FREJKA | NEW YORK | NY | 10022 |
| TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

# **Exhibit B**

STRETTO

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS | LUCAS.CURTIS@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| RSM US LLP | C/O FREJKA PLLC | ATTN: ELISE S. FREJKA | EFREJKA@FREJKA.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

# **Exhibit C**

≡ **STRETTO**

**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| ABBOTT ANTHONY WILFRED | ON FILE |
| ABNER A PINEDO | ON FILE |
| ADDAIR ZACH | ON FILE |
| AGGARWAL VAIBHAV | ON FILE |
| AILAN HU | ON FILE |
| ALEX LEMELIN | ON FILE |
| ALEXANDER GIANNETTO | ON FILE |
| ALSTON RAYMOND | ON FILE |
| AMAN RICHARD | ON FILE |
| ANDREATTA JOSEPH | ON FILE |
| ANDREW MICHAEL JARRETT | ON FILE |
| ANKUR PATEL | ON FILE |
| ANKUR PATEL | ON FILE |
| ANTHONY MICHAEL LIOCE | ON FILE |
| ANTÓNIO MANUEL COSTA ALEXANDRE | ON FILE |
| ARMANDO ESTEVES | ON FILE |
| AVETISYAN CHRISTIAN | ON FILE |
| AWASTHI MAYANK | ON FILE |
| BARNES LOGAN | ON FILE |
| BERTINI CHRISTOPHER | ON FILE |
| BLAIR STREITENBERGER | ON FILE |
| BOOKER GORDON | ON FILE |
| BOYD JEFFERY ADAM | ON FILE |
| BRAGANZA EMILIO MATIAS | ON FILE |
| BRENNAN WHITE | ON FILE |
| BROADBENT HEIDI | ON FILE |
| BROUSSARD LINDELL J | ON FILE |
| BROWN CHRISTOPHER PAUL | ON FILE |
| BUREK RAYMOND | ON FILE |
| BURGESS SEAN | ON FILE |
| CARA TANNER | ON FILE |
| CARMEN KESSING | ON FILE |
| CARRENDER SABRINA | ON FILE |
| CARRENDER SABRINA | ON FILE |
| CARSON ARTHUR E | ON FILE |
| CATALANO MICHAEL | ON FILE |
| CELESTE SALES | ON FILE |
| CHANSLOR STEPHEN P | ON FILE |
| CHINCHILLA MICHAEL | ON FILE |
| CHINICHIAN SAHMON | ON FILE |
| CHRIS POOLE | ON FILE |
| CHRISTINE YEUNG | ON FILE |
| CHRISTOPHER YOSSICK | ON FILE |
| CHYLD GENE MEDFORD | ON FILE |
| CLARK JASON LEE | ON FILE |
| CLEMENS TYLER | ON FILE |
| CONDE JENNIFER | ON FILE |
| CONROY DAVID PATRICK | ON FILE |
| COTE KYLE | ON FILE |
| CRAIG RATLIFF | ON FILE |
| CROUCH JOHN CLAYTON | ON FILE |
| CSABA FERENCZY | ON FILE |
| DANIEL HAGBERG | ON FILE |
| DANNY JENNINGS | ON FILE |



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| DATZ STEVE | ON FILE |
| DAUGHERTY JARON | ON FILE |
| DAVID K. O'REAR | ON FILE |
| DEVRIES DOUGLAS | ON FILE |
| DHRUV PATEL | ON FILE |
| DIAZ III JESUS | ON FILE |
| DOMBEY KEVIN | ON FILE |
| DONIYOR MAKHKAMDJANOV | ON FILE |
| DOUGLAS WOLFE | ON FILE |
| DZHOVID KHUDOYOROV | ON FILE |
| EDWARD G BIRCH | ON FILE |
| EDWARD G BIRCH | ON FILE |
| EFRAIN J RAMIREZ | ON FILE |
| ELIZABETH J BOTKIN | ON FILE |
| ERIC TAYLOR FELD | ON FILE |
| ERIC WILHELM [ERIC RICHARD WILHELM] | ON FILE |
| ERIK MCNALLY | ON FILE |
| ERIM TOLGA | ON FILE |
| FABER CAROL | ON FILE |
| FALCONE JASON | ON FILE |
| FALES JACOB | ON FILE |
| FELDMAN SETH | ON FILE |
| FRANK MICHAEL | ON FILE |
| FREDERICK CHANG JACQUELINE CHANG | ON FILE |
| FRUTIGER STEVEN | ON FILE |
| GABRIEL GERARDO SANCHEZ | ON FILE |
| GABRIEL GERARDO SANCHEZ | ON FILE |
| GABRIEL REYNOSO | ON FILE |
| GARCIA DEREK | ON FILE |
| GARDINIER RYAN | ON FILE |
| GARY BORSTNAR | ON FILE |
| GARZA ABEL P | ON FILE |
| GEIGER ERIK JOHN | ON FILE |
| GILMORE DELICIA | ON FILE |
| GOODE SPEARS | ON FILE |
| GREEN SHOSHA | ON FILE |
| GRUBELOVA VENDULKA | ON FILE |
| HALSTEAD STEPHANIE RENEE | ON FILE |
| HANXIANG JIANG | ON FILE |
| HEBOLD DAREN | ON FILE |
| HECK ALERIC | ON FILE |
| HECK ALERIC | ON FILE |
| HELLINX HERMAN | ON FILE |
| HERNANDEZ ABEL | ON FILE |
| HILL STEVEN | ON FILE |
| HOR SOO CHIN | ON FILE |
| HSU WILLIAM | ON FILE |
| HUNTER AARON | ON FILE |
| ISMAIL MAJEDA | ON FILE |
| JACKSON NICK | ON FILE |
| JACOBS SCOTT BRIAN | ON FILE |
| JAKE RYAN WHEELER | ON FILE |
| JAMES BRANDON SHIPMAN | ON FILE |
| JAMES DAVID UHING | ON FILE |



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| JAMES RUDEEN | ON FILE |
| JARED WHITE | ON FILE |
| JARRETT CRAIG | ON FILE |
| JASON WEBER | ON FILE |
| JOHN LABRIOLA | ON FILE |
| JOHN ROCCO | ON FILE |
| JOHNSON CONNOR | ON FILE |
| JOHNSON PHILIP JOSEPH MANAHI | ON FILE |
| JUE CURTIS | ON FILE |
| KABOOM MINING TECHNOLOGIES | ON FILE |
| KAHNG RICHARD | ON FILE |
| KARILYN VELEZ RODRIGUEZ | ON FILE |
| KARLA BARRERA | ON FILE |
| KAUFMAN JASON | ON FILE |
| KELLY THOMAS P | ON FILE |
| KELLY WALTER | ON FILE |
| KEVAN SCOTT WOODS | ON FILE |
| KIHLSTADIUS DONOVAN | ON FILE |
| KIHLSTADIUS DONOVAN WILLIAM | ON FILE |
| KIM KRIS | ON FILE |
| KRUSE RICHARD | ON FILE |
| KURSTIN SHARIN | ON FILE |
| KYLE HAMMOND | ON FILE |
| LAM MASON TODD | ON FILE |
| LAN JASON | ON FILE |
| LANE BRANDON | ON FILE |
| LAVON HOOKER | ON FILE |
| LEE DEBORAH | ON FILE |
| LEE JESSICA | ON FILE |
| LEE SEULA | ON FILE |
| LI QI LI | ON FILE |
| LINA LYNN ADAMO BONORA | ON FILE |
| LINSMEYER LOUIS | ON FILE |
| LUU RICHIE S | ON FILE |
| LY CONG | ON FILE |
| LYUBOV MUZICHENKO | ON FILE |
| MACK IAN | ON FILE |
| MACKAY PATRICK | ON FILE |
| MADISON MEALING | ON FILE |
| MANZETTI JEREMY | ON FILE |
| MATTHEW MARTIN | ON FILE |
| MAURIZIO DE NICHILO | ON FILE |
| MCALPINE KIERNAN | ON FILE |
| MCALPINE KIERNAN | ON FILE |
| MCPHERSON BILL | ON FILE |
| MEHMET DONMEZ | ON FILE |
| MENDEZ JESSICA | ON FILE |
| MICHAEL CALLAHAN | ON FILE |
| MICHAEL KEALEY | ON FILE |
| MILLER MICHAEL S. | ON FILE |
| MORALES CLAUDIA | ON FILE |
| MURRAY THOMAS PADRAIC | ON FILE |
| MUYLLE CHRISTOPHER | ON FILE |
| MUYLLE CHRISTOPHER | ON FILE |



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| NECKRITZ DAVID P | ON FILE |
| NELSON JESSE | ON FILE |
| NGUYEN THIEN PHUC | ON FILE |
| NICHOLS RYAN | ON FILE |
| NICOLA A NARESHNI | ON FILE |
| NIKHIL KALRA | ON FILE |
| NIKRAD KAVON WALTER | ON FILE |
| NIMA GURUNG | ON FILE |
| NISCHAL BELTHANGADY | ON FILE |
| NOAH ANTISDEL | ON FILE |
| NORDSTROM CORY | ON FILE |
| OLSON RYAN | ON FILE |
| OMRI AMRAM BENARI | ON FILE |
| ONG ANDREW | ON FILE |
| OSCAR A TREVINO | ON FILE |
| PALM MITCHELL SWITZER | ON FILE |
| PALMITER ROBERT W | ON FILE |
| PARKER CHRISTOPHER GLENN | ON FILE |
| PATEL MEHUL | ON FILE |
| PAUL GENE CROSS | ON FILE |
| PETERSEN ROBERT W | ON FILE |
| PHAN TRI | ON FILE |
| PHILLIPS RALEIGH | ON FILE |
| PINCUS MICHAEL | ON FILE |
| PRIANTO ROLAND | ON FILE |
| PUCCIO GEORGE | ON FILE |
| PUREWAL SURJIT S | ON FILE |
| RAM AVINASH | ON FILE |
| RAMESH MADDIPOTI | ON FILE |
| RANDY SCOTT MEADOR | ON FILE |
| REED MELISSA S | ON FILE |
| RESPHI CHEN | ON FILE |
| RICE VIRGINIA | ON FILE |
| RICHARD G. MCCOLL | ON FILE |
| RIVERA ANDREW | ON FILE |
| ROBERT BEALL | ON FILE |
| ROGSTAD BRIAN | ON FILE |
| ROMANO JOHN | ON FILE |
| RONALD CHICA | ON FILE |
| ROY DION | ON FILE |
| RUSLAN OLEKSYK | ON FILE |
| RYAN JOSEPH MECCA | ON FILE |
| SAIDI ELISABETH | ON FILE |
| SAMANTA DONE-TOLENTINO | ON FILE |
| SAMANTA DONE-TOLENTINO | ON FILE |
| SAMATHA PATHIPAKA | ON FILE |
| SAVELLE JEANNE Y | ON FILE |
| SEIFERT COLTYN | ON FILE |
| SELLAR CHRISTOPHER | ON FILE |
| SHANNON BLIETZ | ON FILE |
| SHAW COREY | ON FILE |
| SHUCK JONATHAN | ON FILE |
| SILVER JAKE | ON FILE |
| SIMS KAHLYA | ON FILE |



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| SMITH ERIK | ON FILE |
| SMITH WAYNE JUSTIN JR | ON FILE |
| SNYDER IV CHARLES E | ON FILE |
| SONDROL ERIC | ON FILE |
| SOROKA DIMITRY | ON FILE |
| SRIIN NIPON | ON FILE |
| STEBBINS JEFFREY | ON FILE |
| STEPHEN GEKAS | ON FILE |
| STEVEN TRAN | ON FILE |
| STEWART CLIVE | ON FILE |
| STONE TREVOR | ON FILE |
| STOTLER MARK | ON FILE |
| SUNSERI FRANK | ON FILE |
| TAYLOR JEFF | ON FILE |
| THOMAS JOHN SULLIVAN JR | ON FILE |
| TIMOTHY KIDD | ON FILE |
| TOM ERIC MICHAEL | ON FILE |
| TRAN DUNG | ON FILE |
| VAHLKAMP NICOLE | ON FILE |
| VAZQUEZ GONZALEZ LUIS D. | ON FILE |
| VEGA II VICTOR | ON FILE |
| VISWANATHAN MAHESH | ON FILE |
| VUTPAKDI KRIS | ON FILE |
| WALLACE RYAN | ON FILE |
| WESTBROOKS DAVID BRIAN | ON FILE |
| WHITE KEVIN | ON FILE |
| WICKHAM MAX | ON FILE |
| WILLIAM ALEXANDER | ON FILE |
| WILLIAM L EDWARDS IV | ON FILE |
| WOOD AARON B | ON FILE |
| WRIGHT NATHAN | ON FILE |
| YORCK HAASE | ON FILE |
| YU HSUEH FANG | ON FILE |
| ZACHARY PATZIK | ON FILE |
| ZHAO SHUANGQUAN | ON FILE |
| ZIMMERMAN DANIEL | ON FILE |

# Exhibit D



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| AARON CHAVIRA | ON FILE |
| ABBOTT, ANTHONY WILFRED | ON FILE |
| ABNER A PINEDO | ON FILE |
| ADDAIR, ZACH | ON FILE |
| AGGARWAL, VAIBHAV | ON FILE |
| ALAN SILBERSTEIN | ON FILE |
| ALAN SILBERSTEIN | ON FILE |
| ALEX LEMELIN | ON FILE |
| ALEXANDER GIANNETTO | ON FILE |
| ALSTON, RAYMOND | ON FILE |
| AMAN, RICHARD | ON FILE |
| ANDREATTA, JOSEPH | ON FILE |
| ANKUR PATEL | ON FILE |
| ANKUR PATEL | ON FILE |
| ANTHONY MICHAEL LIOCE | ON FILE |
| ANTÓNIO MANUEL COSTA ALEXANDRE | ON FILE |
| AVETISYAN, CHRISTIAN | ON FILE |
| AWASTHI, MAYANK | ON FILE |
| BARNES, LOGAN | ON FILE |
| BERTINI, CHRISTOPHER | ON FILE |
| BLAIR STREITENBERGER | ON FILE |
| BOOKER, GORDON | ON FILE |
| BOYD, JEFFERY ADAM | ON FILE |
| BRAGANZA, EMILIO MATIAS | ON FILE |
| BRENNAN WHITE | ON FILE |
| BROADBENT, HEIDI | ON FILE |
| BROUSSARD, LINDELL J | ON FILE |
| BROWN, CHRISTOPHER PAUL | ON FILE |
| BUREK, RAYMOND | ON FILE |
| BURGESS, SEAN | ON FILE |
| CARA TANNER | ON FILE |
| CARMEN KESSING | ON FILE |
| CARMEN KESSING | ON FILE |
| CARRENDER, SABRINA | ON FILE |
| CARRENDER, SABRINA | ON FILE |
| CARSON, ARTHUR E | ON FILE |
| CATALANO, MICHAEL | ON FILE |
| CELESTE SALES | ON FILE |
| CHANSLOR, STEPHEN P | ON FILE |
| CHINCHILLA, MICHAEL | ON FILE |
| CHINICHIAN, SAHMON | ON FILE |
| CHRIS POOLE | ON FILE |
| CHRISTINE YEUNG | ON FILE |
| CHRISTOPHER CONNELL | ON FILE |
| CHRISTOPHER YOSSICK | ON FILE |
| CHYLD GENE MEDFORD | ON FILE |
| CLARK, JASON LEE | ON FILE |
| CLEMENS, TYLER | ON FILE |
| CONDE, JENNIFER | ON FILE |
| CONROY, DAVID PATRICK | ON FILE |
| COTE, KYLE | ON FILE |
| CRAIG RATLIFF | ON FILE |
| CROUCH, JOHN CLAYTON | ON FILE |
| CSABA FERENCZY | ON FILE |



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| DANIEL HAGBERG | ON FILE |
| DANNY JENNINGS | ON FILE |
| DATZ, STEVE | ON FILE |
| DAUGHERTY, JARON | ON FILE |
| DAVID K. O'REAR | ON FILE |
| DAVID K. O'REAR | ON FILE |
| DBINION, SILVIA | ON FILE |
| DEVRIES, DOUGLAS | ON FILE |
| DHRUV PATEL | ON FILE |
| DIAZ III, JESUS | ON FILE |
| DOMBEY, KEVIN | ON FILE |
| DONIYOR MAKHKAMDJANOV | ON FILE |
| DZHOVID KHUDOYOROV | ON FILE |
| EDWARD G BIRCH | ON FILE |
| EDWARD G BIRCH | ON FILE |
| EFRAIN J RAMIREZ | ON FILE |
| ELIZABETH J BOTKIN | ON FILE |
| ERIC TAYLOR FELD | ON FILE |
| ERIC WILHELM [ERIC RICHARD WILHELM] | ON FILE |
| ERIK MCNALLY | ON FILE |
| ERIM, TOLGA | ON FILE |
| FABER, CAROL | ON FILE |
| FALCONE, JASON | ON FILE |
| FALES, JACOB | ON FILE |
| FELDMAN, SETH | ON FILE |
| FRANK, MICHAEL | ON FILE |
| FREDERICK CHANG, JACQUELINE CHANG | ON FILE |
| FRUTIGER, STEVEN | ON FILE |
| GABRIEL GERARDO SANCHEZ | ON FILE |
| GABRIEL GERARDO SANCHEZ | ON FILE |
| GABRIEL REYNOSO | ON FILE |
| GARCIA, DEREK | ON FILE |
| GARDINIER, RYAN | ON FILE |
| GARY BORSTNAR | ON FILE |
| GARZA, ABEL P | ON FILE |
| GEIGER, ERIK JOHN | ON FILE |
| GILMORE, DELICIA | ON FILE |
| GOODE, SPEARS | ON FILE |
| GREEN, SHOSHA | ON FILE |
| GRUBELOVA, VENDULKA | ON FILE |
| HALSTEAD, STEPHANIE RENEE | ON FILE |
| HANXIANG JIANG | ON FILE |
| HEBOLD, DAREN | ON FILE |
| HECK, ALERIC | ON FILE |
| HECK, ALERIC | ON FILE |
| HELLINX, HERMAN | ON FILE |
| HERNANDEZ, ABEL | ON FILE |
| HILL, STEVEN | ON FILE |
| HOR SOO CHIN | ON FILE |
| HSU, WILLIAM | ON FILE |
| HUNTER, AARON | ON FILE |
| ISMAIL, MAJEDA | ON FILE |
| JACKSON, NICK | ON FILE |
| JACOBS, SCOTT BRIAN | ON FILE |



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JAKE RYAN WHEELER | ON FILE |
| JAMES BRANDON SHIPMAN | ON FILE |
| JAMES DAVID UHING | ON FILE |
| JAMES RUDEEN | ON FILE |
| JARED WHITE | ON FILE |
| JARRETT, CRAIG | ON FILE |
| JASON WEBER | ON FILE |
| JOAO MACHADO | ON FILE |
| JOHN LABRIOLA | ON FILE |
| JOHN ROCCO | ON FILE |
| JOHNSON, CONNOR | ON FILE |
| JOHNSON, PHILIP JOSEPH MANAHI | ON FILE |
| JUE, CURTIS | ON FILE |
| KABOOM MINING TECHNOLOGIES | ON FILE |
| KABOOM MINING TECHNOLOGIES | ON FILE |
| KAHNG, RICHARD | ON FILE |
| KARILYN VELEZ RODRIGUEZ | ON FILE |
| KARLA BARRERA | ON FILE |
| KAUFMAN, JASON | ON FILE |
| KELLY, THOMAS P | ON FILE |
| KELLY, WALTER | ON FILE |
| KEVAN SCOTT WOODS | ON FILE |
| KIHLSTADIUS, DONOVAN | ON FILE |
| KIHLSTADIUS, DONOVAN WILLIAM | ON FILE |
| KIM, KRIS | ON FILE |
| KRUSE, RICHARD | ON FILE |
| KURSTIN, SHARIN | ON FILE |
| KYLE HAMMOND | ON FILE |
| KYOUNGMI KIM | ON FILE |
| LAM, MASON TODD | ON FILE |
| LAN, JASON | ON FILE |
| LANE, BRANDON | ON FILE |
| LAVON HOOKER | ON FILE |
| LEE, DEBORAH | ON FILE |
| LEE, JESSICA | ON FILE |
| LEE, SEULA | ON FILE |
| LI, QI LI | ON FILE |
| LINA LYNN ADAMO BONORA | ON FILE |
| LINSMEYER, LOUIS | ON FILE |
| LUU, RICHIE S | ON FILE |
| LY, CONG | ON FILE |
| LYUBOV MUZICHENKO | ON FILE |
| MACK, IAN | ON FILE |
| MACKAY, PATRICK | ON FILE |
| MADISON MEALING | ON FILE |
| MANZETTI, JEREMY | ON FILE |
| MATTHEW MARTIN | ON FILE |
| MAURIZIO DE NICHILO | ON FILE |
| MCALPINE, KIERNAN | ON FILE |
| MCALPINE, KIERNAN | ON FILE |
| MCPHERSON, BILL | ON FILE |
| MEHMET DONMEZ | ON FILE |
| MENDEZ, JESSICA | ON FILE |
| MICHAEL CALLAHAN | ON FILE |



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| MICHAEL KEALEY | ON FILE |
| MILLER, MICHAEL S. | ON FILE |
| MILMOE, SEAN PATRICK | ON FILE |
| MORALES, CLAUDIA | ON FILE |
| MURRAY, THOMAS PADRAIC | ON FILE |
| MUYLLE, CHRISTOPHER | ON FILE |
| MUYLLE, CHRISTOPHER | ON FILE |
| NECKRITZ, DAVID P | ON FILE |
| NELSON, JESSE | ON FILE |
| NGUYEN, THIEN PHUC | ON FILE |
| NICHOLS, RYAN | ON FILE |
| NICOLA A NARESHNI | ON FILE |
| NIKHIL KALRA | ON FILE |
| NIKRAD, KAVON WALTER | ON FILE |
| NIMA GURUNG | ON FILE |
| NISCHAL BELTHANGADY | ON FILE |
| NOAH ANTISDEL | ON FILE |
| NORDSTROM, CORY | ON FILE |
| OLSON, RYAN [OLSON, RYAN JOSEPH PRESSLEY] | ON FILE |
| OMRI AMRAM BENARI | ON FILE |
| ONG, ANDREW | ON FILE |
| OSCAR A TREVINO | ON FILE |
| PALM, MITCHELL SWITZER | ON FILE |
| PALMITER, ROBERT W | ON FILE |
| PARKER, CHRISTOPHER GLENN | ON FILE |
| PATEL, MEHUL | ON FILE |
| PAUL GENE CROSS | ON FILE |
| PETERSEN, ROBERT W | ON FILE |
| PHAN, TRI | ON FILE |
| PHILLIPS, RALEIGH | ON FILE |
| PINCUS, MICHAEL | ON FILE |
| PRIANTO, ROLAND | ON FILE |
| PUCCIO, GEORGE | ON FILE |
| PUREWAL, SURJIT S | ON FILE |
| RAFAEL ANTONIO GEORGE DUVAL | ON FILE |
| RAM, AVINASH | ON FILE |
| RAMESH MADDIPOTI | ON FILE |
| RANDY SCOTT MEADOR | ON FILE |
| REED, MELISSA S | ON FILE |
| RESPHI CHEN | ON FILE |
| RICE, VIRGINIA | ON FILE |
| RICHARD G. MCCOLL | ON FILE |
| RIVERA, ANDREW | ON FILE |
| ROBERT BEALL | ON FILE |
| ROGSTAD, BRIAN | ON FILE |
| ROMANO, JOHN | ON FILE |
| RONALD CHICA | ON FILE |
| ROY, DION | ON FILE |
| RUSLAN OLEKSYK | ON FILE |
| RYAN JOSEPH MECCA | ON FILE |
| SAIDI, ELISABETH | ON FILE |
| SAMANTA DONE-TOLENTINO | ON FILE |
| SAMANTA DONE-TOLENTINO | ON FILE |
| SAVELLE, JEANNE Y | ON FILE |



**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| SEIFERT, COLTYN | ON FILE |
| SELLAR, CHRISTOPHER | ON FILE |
| SHANNON BLIETZ | ON FILE |
| SHAW, COREY | ON FILE |
| SHUCK, JONATHAN | ON FILE |
| SILVER, JAKE | ON FILE |
| SIMS, KAHLYA | ON FILE |
| SMITH, ERIK | ON FILE |
| SMITH, WAYNE JUSTIN, JR | ON FILE |
| SNYDER IV, CHARLES E | ON FILE |
| SONDROL, ERIC | ON FILE |
| SOROKA, DIMITRY | ON FILE |
| SRIIN, NIPON | ON FILE |
| STEBBINS, JEFFREY | ON FILE |
| STEPHEN GEKAS | ON FILE |
| STEVEN TRAN | ON FILE |
| STEWART, CLIVE | ON FILE |
| STONE, TREVOR | ON FILE |
| STOTLER, MARK | ON FILE |
| SUNSERI, FRANK | ON FILE |
| TAYLOR, JEFF | ON FILE |
| THOMAS JOHN SULLIVAN JR | ON FILE |
| TIMOTHY KIDD | ON FILE |
| TOM, ERIC MICHAEL | ON FILE |
| TRAN, DUNG | ON FILE |
| VAHLKAMP, NICOLE | ON FILE |
| VAZQUEZ GONZALEZ, LUIS D. | ON FILE |
| VEGA II, VICTOR | ON FILE |
| VISWANATHAN, MAHESH | ON FILE |
| VUTPAKDI, KRIS | ON FILE |
| WALLACE, RYAN | ON FILE |
| WESTBROOKS, DAVID BRIAN | ON FILE |
| WHITE, KEVIN | ON FILE |
| WICKHAM, MAX | ON FILE |
| WILLIAM ALEXANDER | ON FILE |
| WILLIAM L EDWARDS, IV | ON FILE |
| WOOD, AARON B | ON FILE |
| WRIGHT, NATHAN | ON FILE |
| YORCK HAASE | ON FILE |
| YU, HSUEH FANG | ON FILE |
| ZACHARY PATZIK | ON FILE |
| ZHAO, SHUANGQUAN | ON FILE |
| ZIMMERMAN, DANIEL | ON FILE |

# **Exhibit E**

**Exhibit E**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, PC | ATTN: DAVID H. PIKUS & CHRISTOPHER M. VAUGHAN | 17 STATE STREET, 34TH FLOOR | NEW YORK | NY | 10004 |
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, PC | ATTN: LOUIS F. MENDEZ | 2001 PARK PLACE, SUITE 1500 | BIRMINGHAM | AL | 35203 |
| DANIEL A. VALENZUELA | C/O LAW OFFICE OF EDUARDO GLAS PC | ATTN: EDUARDO GLAS | 500 E. 83RD ST #9H | NEW YORK | NY | 10028 |
| JACOB JON STEELE | C/O GOLDSTEIN & MCCLINTOCK LLLP | ATTN: HARLEY J. GOLDSTEIN | 111 W. WASHINGTON STREET SUITE 1221 | CHICAGO | IL | 60602 |
| LOWENSTEIN GROUP | C/O LOWENSTEIN SANDLER LLP | ATTN: DANIEL BESIKOF | 1251 AVENUE OF THE AMERICA | NEW YORK | NY | 10020 |
| TROUTMAN GROUP | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY APAP | 875 THIRD AVE | NEW YORK | NY | 10022 |
| WESTEN NORRIS, JUSTIN IRELAND AND JEFFREY LACERTE | C/O LAX & NEVILLE, LLP | ATTN: AARON A ROMNEY | 350 FIFTH AVE, STE 4640 | NEW YORK | NY | 10118 |
| WILL THOMAS MCCANN AND THOMAS EDWIN MCCANN | C/O FALCON RAPPAPORT & BERKMAN LLP | ATTN: MOISH E. PELTZ, RICHARD E. WELTMAN, MICHELE K. JASPAN | 265 SUNRISE HIGHWAY, SUITE 50 | ROCKVILLE CENTRE | NY | 11570 |

# **Exhibit F**

**STRETTO**

**Exhibit F**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, PC | ATTN: DAVID H. PIKUS & CHRISTOPHER M. VAUGHAN | DPIKUS@BRESSLER.COM CVAUGHAN@BRESSLER.COM |
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, PC | ATTN: LOUIS F. MENDEZ | LMENDEZ@BRESSLER.COM |
| JACOB JON STEELE | C/O GOLDSTEIN & MCCLINTOCK LLLP | ATTN: HARLEY J. GOLDSTEIN | HARLEYG@RESTRUCTURINGSHOP.COM |
| JUAN CARLOS GARCIA | | | ON FILE |
| LOWENSTEIN GROUP | C/O LOWENSTEIN SANDLER LLP | ATTN: DANIEL BESIKOF | DBESIKOF@LOWENSTEIN.COM |
| TROUTMAN GROUP | C/O TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| WESTEN NORRIS, JUSTIN IRELAND AND JEFFREY LACERTE | C/O LAX & NEVILLE, LLP | ATTN: AARON A ROMNEY | AROMNEY@LAXNEVILLE.COM |
| WILL THOMAS MCCANN AND THOMAS EDWIN MCCANN | C/O FALCON RAPPAPORT & BERKMAN LLP | ATTN: MOISH E. PELTZ, RICHARD E. WELTMAN, MICHELE K. JASPAN | MPELTZ@FRBLAW.COM REW@FRBLAW.COM MJASPAN@FRBLAW.COM |