**Phil Michael Maher**
**Paseo Finisterra 83**
**San Jose del Cabo, BCS, MEXICO 23405**
**Date: 09-24-2024**

**United States Bankruptcy Court**
**Southern District of New York**
**One Bowling Green**
**New York, NY 10004-1408**

**Re: Notice of Change of Address (Case No. 22-10964 (MG), Adv. Proc. No. 24-02264-mg)**

Dear Clerk of the NYSD Bankruptcy Court,

I am writing to respectfully inform you of a significant update to my current circumstances which necessitates an immediate adjustment in the correspondence details you have on file for me.

My daughter is attending school in Mexico and so my family and I have been a permanent resident of Mexico since 2019 and am currently residing at Paseo Finisterra 83, San Jose del Cabo, BCS, MEXICO 23405.

Given this situation, my previous address in Colorado can no longer serve as a reliable point for receiving official court communications. To ensure the continuity and efficacy of our interactions, and to comply diligently with all court procedures, I request that all future correspondences be directed to my new address as noted above.

Enclosed with this letter, you will find the completed Notice of Change of Address form for your records. Your cooperation in updating your records to reflect this change would be immensely appreciated and will assist me in maintaining active participation in the ongoing proceedings.

Thank you for your attention to this matter and for your understanding. Should you require any additional information or clarification, please do not hesitate to contact me directly at my new address or via email.

I look forward to your confirmation of this address update and thank you in advance for your assistance and consideration.

Warm regards,

**Phil Michael Maher**
**Email: lanzera08@gmail.com**

RECEIVED
OCT - 7 2024
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK



IH-34

Rev:2014-I

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR

REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS

(List the full name(s) of the plaintiff(s)/petitioner(s).)

Adv. Proc. ___CV No. 24- _02264_ mg

-against-

# PHIL MICHAEL MAHER

# Adv. Proc. No. 24-02264-mg

(List the full name(s) of the defendant(s)/respondent(s).)

## NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

## Maher, Phil, M

Name (Last, First, MI)

## Paseo Finisterra 83  San Jose del Cabo  BCS, MEXICO  23405

Address                          City                          State          Zip Code

Telephone Number                 lanzeca Q8@ gmail.com
                                 E-mail Address (if available)

## 09/24/2024

Date                             Signature



RECEIVED
OCT - 7 2024
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK