## Schedule 1

**Insufficient Documentation Claims**

Celsius Network LLC Case Number 22-10964
Schedule 1 To The Litigation Administrator's Second Omnibus Objection To Certain Insufficient Documentation Claims

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | HARDWICK, BRYAN ADDRESS ON FILE | Celsius Network LLC | 32817 | $17,665.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 2 | HARRIS, MJ ADDRESS ON FILE | Celsius Network Inc. | 32827 | $5,476.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 3 | HARTSOOK, CHRIS ADDRESS ON FILE | All Debtors | 33077 | $578,764.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 4 | HAULER, LAYTON ADDRESS ON FILE | All Debtors | 32421 | LRC 108.178907 BTC 0.00053165 $52.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 5 | HEAD, KENNETH L ADDRESS ON FILE | Celsius Network LLC | 32856 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREATOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 6 | HEAD, KENNETH L ADDRESS ON FILE | Celsius Network LLC | 32869 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 7 | HECHT, ALEXANDRA ADDRESS ON FILE | All Debtors | 29186 | BTC 576 GUSD 21 $596.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 8 | HOLDMAN, JESSUP ADDRESS ON FILE | Celsius Network LLC | 32865 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 9 | HYATT, KATE ADDRESS ON FILE | Celsius Network LLC | 32821 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 10 | IAKOVENKO, IANA ADDRESS ON FILE | Celsius Network LLC | 32751 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 11 | IAKOVENKO, IANA ADDRESS ON FILE | Celsius Network LLC | 32752 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 12 | III, MAJOR LEWIS ADDRESS ON FILE | Celsius Network LLC | 33119 | $1,500,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 13 | IRUENE, NAOMI ADDRESS ON FILE | All Debtors | 32855 | $5,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 14 | IVANCUTA, GEORGE MARIAN ADDRESS ON FILE | Celsius Network LLC | 33095 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 15 | JAAPAR, MOD SUFIAN ADDRESS ON FILE | Celsius Network LLC | 33122 | $2,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 16 | JACKSON, STEPHANIE ADDRESS ON FILE | Celsius Network LLC | 33023 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 17 | JACKSON, TRE ADDRESS ON FILE | Celsius Network LLC | 32919 | $1,300.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 18 | JERRELL, WATSON ADDRESS ON FILE | Celsius Network LLC | 9142 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 19 | JOHN, DEHASS ADDRESS ON FILE | Celsius Network LLC | 6072 | $3,681.72 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 20 | JOHNSON, JAMES TIMOTHY JR ADDRESS ON FILE | Celsius Network LLC | 32951 | $10,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 21 | JOHNSON, JAMES TIMOTHY JR ADDRESS ON FILE | Celsius Network LLC | 32962 | $10,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 22 | JOLLA, ADA ADDRESS ON FILE | Celsius KeyFi LLC | 33117 | $500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 23 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 32445 | $7,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 24 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 32545 | CEL 100 BTC 100 USDT 100 $5,700.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 25 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 32486 | BTC 75 ETH 33 AAVE 2 CEL 45 BSV 1 $2,700.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 26 | JONES, ARKIVIAS ADDRESS ON FILE | All Debtors | 32487 | ETH 175 $2,700.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 27 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 31848 | $2,700.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 28 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 30220 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 29 | JONES, ARKIVIAS ADDRESS ON FILE | Celsius Network LLC | 8112 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 30 | JUAREZ, KRIS ADDRESS ON FILE | Celsius Network LLC | 32994 | $200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 31 | KANDYCE ADDRESS ON FILE | All Debtors | 22011 | CEL 300 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 32 | KENJI, FUJII ADDRESS ON FILE | Celsius Network LLC | 765 | $3,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 33 | KIM, EUN ADDRESS ON FILE | All Debtors | 22916 | $7,600.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 34 | KOVACS, FLORA ADDRESS ON FILE | Celsius Network Limited | 6933 | $44,125.02 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 35 | LAFLAMME, ANDRE ADDRESS ON FILE | Celsius Network Limited | 32782 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 36 | LAFLAMME, ANDRE JOSEPH ADDRESS ON FILE | Celsius Network LLC | 32698 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 37 | LALONDE, JOHN M ADDRESS ON FILE | Celsius Network LLC | 5060 | $572.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 38 | LAMMERS, POLINA ADDRESS ON FILE | All Debtors | 21985 | TCAD 659.38 Not Disclosed 329.69 $240.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 39 | LANGE, MARIO ADDRESS ON FILE | All Debtors | 29443 | CEL 50 Not Disclosed 1 $500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 40 | LAURIE, TAURUS ADDRESS ON FILE | Celsius Network LLC | 33010 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 41 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 32923 | Other 0.00 $60,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 42 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33054 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 43 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33069 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 44 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33070 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 45 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33107 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 46 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33109 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 47 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33110 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 48 | LE, SANG THI ADDRESS ON FILE | Celsius Network LLC | 33111 | $30,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 49 | LIM, BELINDA ADDRESS ON FILE | Celsius Network LLC | 32816 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 50 | LIM, BELINDA ADDRESS ON FILE | Celsius Network LLC | 33129 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 51 | LLC, RUSSELL CHENIER CFO PROPERTY AND ESTHETICS ADDRESS ON FILE | Celsius Network LLC | 32900 | $28,346.50 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 52 | LOCKS, JAZMIN ADDRESS ON FILE | Celsius Network LLC | 32653 | CEL 18051 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 53 | LYTTLE, STEPHON ADDRESS ON FILE | Celsius Lending LLC | 33079 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 54 | MACATANGAY, JEFFREY ADDRESS ON FILE | Celsius Network LLC | 32691 | USD 50000 Not Disclosed 50000 $50,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 55 | MAROHOMBSAR, JOMARIE GARCIA ADDRESS ON FILE | All Debtors | 32845 | $45,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 56 | MAROHOMBSAR, JOMARIE GARCIA ADDRESS ON FILE | Celsius Network LLC | 32867 | $500,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 57 | MATIPANO, LAWRENCE ADDRESS ON FILE | Celsius Network LLC | 33008 | $10.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 58 | MCCLOUD, TIMOTHY ADDRESS ON FILE | All Debtors | 32562 | CEL 500 $13,720.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 59 | MCCLOUD, TIMOTHY ADDRESS ON FILE | All Debtors | 32560 | CEL 1000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 60 | MCGREGOR, KARA ADDRESS ON FILE | Celsius Network LLC | 33009 | $800.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 61 | MESSICK, JAMES M ADDRESS ON FILE | Celsius Network LLC | 32954 | $500,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 62 | MICHAEL, PROSUK, ADDRESS ON FILE | Celsius Network LLC | 1904 | $4,226.79 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 63 | MICHAELSON, E G ADDRESS ON FILE | Celsius Network LLC | 33108 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 64 | MICKENS, JOSIAS ADDRESS ON FILE | Celsius Network LLC | 33112 | $15,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 65 | MIGL, MISTY ADDRESS ON FILE | Celsius Network LLC | 32815 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 66 | MILLER, JONATHAN ADDRESS ON FILE | All Debtors | 26286 | BTC 496 $498.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 67 | MILLER, MARLENE ADDRESS ON FILE | Celsius Network LLC | 32872 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 68 | MITCHELL, NINA ADDRESS ON FILE | Celsius Network LLC | 32800 | $50,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 69 | MJ ADDRESS ON FILE | Celsius Mining LLC | 32813 | $40.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 70 | MONTEIRO, JOAO ADDRESS ON FILE | Celsius Network LLC | 33136 | $698.21 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 71 | MORALES, SCOTT ADDRESS ON FILE | All Debtors | 32875 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 72 | MORENO, RUBEN ADDRESS ON FILE | Celsius Network LLC | 32901 | $32,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 73 | MOURDOCH, ESPERANZA MICHELLE ADDRESS ON FILE | Celsius Network Limited | 7992 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 74 | NUMAN, KENYA L. ADDRESS ON FILE | Celsius Network LLC | 7190 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 75 | OLIVARES, JORGE ALEXEIS NUNEZ ADDRESS ON FILE | Celsius Network LLC | 32829 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 76 | ORTIZ, BRIAN ADDRESS ON FILE | Celsius Network LLC | 32965 | $8,198.70 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 77 | OSHIER, JENNIFER ADDRESS ON FILE | Celsius Network LLC | 32803 | $23,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 78 | OWENS, LAURYN ADDRESS ON FILE | All Debtors | 21971 | USD 20 $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 79 | PARKER, ANDREA ADDRESS ON FILE | All Debtors | 21901 | USD 250 $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 80 | PARKER, MISTY ADDRESS ON FILE | Celsius Network LLC | 33042 | $200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 81 | PARLAS, JANI ADDRESS ON FILE | Celsius US Holding LLC | 32449 | $3,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 82 | PARLAS, JANI ADDRESS ON FILE | Celsius Network LLC | 32914 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 83 | PARSONS, DAWN ADDRESS ON FILE | Celsius Network LLC | 32944 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 84 | PASCAL ADDRESS ON FILE | All Debtors | 32450 | $698.48 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 85 | PASSETTI, DYLAN ADDRESS ON FILE | All Debtors | 32787 | $1,450.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 86 | PEARSON, CHARLES ADDRESS ON FILE | Celsius Network LLC | 32937 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 87 | PEARSON, LOUIS ADDRESS ON FILE | Celsius Network LLC | 32709 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 88 | PEREZ, GEOVANNI ADDRESS ON FILE | All Debtors | 32676 | ETH 1 1INCH 1 ADA 1 $345.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 89 | POWELL, JEREMIAH ELI ADDRESS ON FILE | Celsius Network LLC | 33118 | $1,505.95 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 90 | QUINTANA, ESTEBAN ADDRESS ON FILE | Celsius Network LLC | 29377 | $4,961.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 91 | RAFFERTY, LATONYA ADDRESS ON FILE | Celsius Network LLC | 32804 | $1,400.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 92 | RAHMANOSKI, ATILJAN ADDRESS ON FILE | Celsius Network LLC | 32424 | BTC 5570 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 93 | RAMIREZ, DANIEL DOMINGUEZ ADDRESS ON FILE | Celsius Network LLC | 33089 | $1,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 94 | RAMIREZ, EMELIE ADDRESS ON FILE | All Debtors | 21882 | USD 40 $40.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 95 | REBECCA, ALVAREZ, ADDRESS ON FILE | Celsius Network LLC | 21828 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 96 | RIVERA, MEGAN ADDRESS ON FILE | Celsius Network LLC | 32700 | $1,744,288.69 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 97 | RIVERA, MEGAN ADDRESS ON FILE | Celsius Network LLC | 32861 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 98 | ROBBINS, VICTORIA ADDRESS ON FILE | All Debtors | 32874 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 99 | ROBINSON, TERI S ADDRESS ON FILE | Celsius Network LLC | 32895 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 100 | ROMAK, ANNA ADDRESS ON FILE | All Debtors | 21892 | OUSD 100 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 101 | ROMERO, DANIELLE A ADDRESS ON FILE | All Debtors | 33133 | $20,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 102 | ROSALES, JOSE FRANCISCO ANDRADE ADDRESS ON FILE | Celsius Network LLC | 32773 | $2,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 103 | ROSALES, JOSE FRANCISCO ANDRADE ADDRESS ON FILE | All Debtors | 32762 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 104 | ROSE, JORDAN ADDRESS ON FILE | Celsius Network LLC | 32796 | $6,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 105 | RUIZ, RICARDO ADDRESS ON FILE | Celsius Network LLC | 32790 | $2,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 106 | RUSSELL, KELLY ADDRESS ON FILE | Celsius Network LLC | 33131 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 107 | SANCHEZ, DIEGO ADDRESS ON FILE | Celsius Network LLC | 32978 | $1,099.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 108 | SANTIAGO, JUSTIN ADDRESS ON FILE | Celsius Network LLC | 32456 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 109 | SARALYNN, OLIVER ADDRESS ON FILE | Celsius Network LLC | 8534 | $20,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 110 | SCHALL, JOSEPH ADDRESS ON FILE | Celsius Network LLC | 32807 | $2,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 111 | SCHWAMBACH, ANNA ADDRESS ON FILE | All Debtors | 21972 | USD 20 Not Disclosed 60 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 112 | SHIPMAN, HANNAH ADDRESS ON FILE | All Debtors | 21986 | 3CRV 700 Not Disclosed 200 $500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 113 | SHULER, NICOLE ADDRESS ON FILE | All Debtors | 32833 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 114 | SILVA, BLANCA I ADDRESS ON FILE | Celsius Network LLC | 21809 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 115 | SIMONS, DAVID ADDRESS ON FILE | Celsius Network LLC | 32999 | $630.31 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 116 | SLATER, STEPHANIE ADDRESS ON FILE | All Debtors | 32805 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 117 | SMALL, CHARLES ADDRESS ON FILE | All Debtors | 32793 | $13,378.46 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 118 | SMITH, ANDREW DREY ADDRESS ON FILE | All Debtors | 32704 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 119 | SMITH, NICHOLAS ADDRESS ON FILE | Celsius Network LLC | 33141 | BTC 0.012309128 ETH 0.16337704 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 120 | SNYDER, EMILY ADDRESS ON FILE | Celsius Network LLC | 32967 | $15,300.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 121 | SOLES, NEAL ADDRESS ON FILE | Celsius Lending LLC | 32814 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 122 | SONS, FALON ADDRESS ON FILE | Celsius Network LLC | 32913 | $3,292.92 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 123 | SONS, FALON ADDRESS ON FILE | Celsius Network LLC | 32932 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 124 | STEPHENS, DONALD JOSEPH ADDRESS ON FILE | Celsius Network LLC | 29351 | $46,450.53 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 125 | STEVENSON, BETHANY ADDRESS ON FILE | All Debtors | 32789 | $100,150.79 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 126 | STEWART, DANIEL RAY ADDRESS ON FILE | Celsius Network LLC | 32843 | $40,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 127 | STONE, KACY ADDRESS ON FILE | All Debtors | 33115 | $200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 128 | TANCRELL, CASSIDY ADDRESS ON FILE | All Debtors | 23145 | USD 200 $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 129 | TATE, MALLORY ADDRESS ON FILE | Celsius Network LLC | 32808 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 130 | TAYLOR, JAMES ADDRESS ON FILE | Celsius Network LLC | 32953 | $3,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 131 | TEDJO, ALVIN K ADDRESS ON FILE | Celsius Network LLC | 32745 | $14,402.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 132 | TESTER ADDRESS ON FILE | All Debtors | 28085 | AAVE 492 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 133 | THORNTON, RACHEL ADDRESS ON FILE | All Debtors | 32832 | $2,700.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 134 | TOMCZAK, ARTHUR ADDRESS ON FILE | All Debtors | 22385 | AAVE 1.626767 BTC 3.110859 ETH 11.581442 MATIC 375.514186 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 135 | TOMCZAK, ARTHUR ADDRESS ON FILE | Celsius Network LLC | 2199 | $62,780.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 136 | TUONG, KELLY ADDRESS ON FILE | Celsius Network LLC | 21812 | $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 137 | TURNBOW, DUSTIN PAUL ADDRESS ON FILE | All Debtors | 32846 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 138 | TWIGG, LAWRENCE ADDRESS ON FILE | Celsius Network LLC | 32862 | $1,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 139 | UMMEL, KHRISTIAAN ADDRESS ON FILE | Celsius Network LLC | 32839 | $9,999.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 140 | VIGLIOTTI, JOSEPH N ADDRESS ON FILE | Celsius Network LLC | 32819 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 141 | WADE, AUSTIN ADDRESS ON FILE | Celsius Network LLC | 32849 | $20,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 142 | WADE, AUSTIN COLE ADDRESS ON FILE | Celsius Network LLC | 33143 | BCH 2508.208 BTC 5000.1703 ETH 15010.4778 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 143 | WALKER, CLYDE L ADDRESS ON FILE | Celsius Network LLC | 32918 | $38,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 144 | WALKER, CLYDE L ADDRESS ON FILE | Celsius Network LLC | 33021 | $38,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 145 | WALTON, KHONDIDA DESIREE ADDRESS ON FILE | Celsius Network LLC | 32840 | $3,294.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 146 | WHALEY, JONATHAN ADDRESS ON FILE | Celsius Network LLC | 33132 | $15,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 147 | WHEELER, JACQUELINE ADDRESS ON FILE | Celsius Network LLC | 32958 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 148 | WIELECHOWICZ, MARCIN ADDRESS ON FILE | Celsius Network LLC | 32747 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 149 | WILKINS, ZACH ADDRESS ON FILE | All Debtors | 32912 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 150 | WILSON-SMITH, CHRISTOPHER ADDRESS ON FILE | Celsius Network LLC | 33081 | $9,750.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 151 | WOODY, SABASTIAN ANTHONY BURLESON MEGAN ADDRESS ON FILE | Celsius Network LLC | 32818 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 152 | WORLDS, SHAANA ADDRESS ON FILE | All Debtors | 21982 | USDC 250 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 153 | YOGAOGGY ADDRESS ON FILE | Celsius Network LLC | 25061 | ETH 1000 Not Disclosed 1000 $500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.