# Schedule 1

**Insufficient Documentation Claims**

Celsius Network LLC Case Number 22-10964
Schedule 1 To The Litigation Administrator's First Omnibus Objection To Certain Insufficient Documentation Claims

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 1 | 168 TRADING LIMITS ADDRESS ON FILE | Celsius Network LLC | 32841 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 2 | ACOSTA, ANUAR ADDRESS ON FILE | All Debtors | 30058 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 3 | ADAMS, KYLEE ADDRESS ON FILE | Celsius Network LLC | 32744 | $7,201.19 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 4 | ALDERMAN, JADE ADDRESS ON FILE | All Debtors | 32476 | BTC 1000000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 5 | ALEXANDER, DAVID ADDRESS ON FILE | Celsius Network LLC | 32831 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 6 | ALLISON, BLAKE<br>ADDRESS ON FILE | All Debtors | 32870 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 7 | ANESTIL, JEAN<br>ADDRESS ON FILE | Celsius Network LLC | 32673 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 8 | ASPROMONTE, ANDREW<br>ADDRESS ON FILE | All Debtors | 32881 | $1,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 9 | AUSTIN, AMANDA MARIE<br>ADDRESS ON FILE | All Debtors | 32710 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 10 | AYERS, ANTWAN D<br>ADDRESS ON FILE | Celsius US Holding LLC | 33058 | $1,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 11 | AZAR, LIANNE<br>ADDRESS ON FILE | Celsius Network LLC | 32971 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 12 | AZAR, LIANNE ADDRESS ON FILE | Celsius Network LLC | 32973 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 13 | AZAR, LIANNE ADDRESS ON FILE | Celsius Network LLC | 32974 | $91,687.55 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 14 | BAISIWALA, AMBRISH ADDRESS ON FILE | Celsius Network LLC | 32876 | $5,600.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 15 | BAKER, ISAIAH ADDRESS ON FILE | All Debtors | 32683 | ETH 19000 $1,900.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 16 | BALDWIN, SHELBY ADDRESS ON FILE | All Debtors | 32883 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 17 | BARNES, TROY N ADDRESS ON FILE | Celsius Network LLC | 32754 | BCH 7101.19 $7,201.19 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 18 | BARTLEY, SHAYLA ADDRESS ON FILE | Celsius Network LLC | 32940 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 19 | BAYDOUN, HANAN ADDRESS ON FILE | All Debtors | 32757 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 20 | BEARD, STACY ADDRESS ON FILE | Celsius Network LLC | 32834 | $4,865.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 21 | BEASLEY, CHARLES ADDRESS ON FILE | Celsius Network LLC | 32799 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 22 | BEAVER, DAWN J ADDRESS ON FILE | Celsius Network LLC | 22521 | BTC 120 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 23 | BEDWELL, RYAN ADDRESS ON FILE | Celsius Lending LLC | 32899 | $24,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 24 | BELLIVEAU, CHRISTIAN<br>ADDRESS ON FILE | Celsius Network LLC | 32915 | $750.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 25 | BHAKTA, RISHI<br>ADDRESS ON FILE | Celsius Network LLC | 32975 | $2,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 26 | BIKA, RESA<br>ADDRESS ON FILE | Celsius Network LLC | 25070 | BNB 2<br>Not Disclosed 150<br>$150.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 27 | BOYER, CHARLES<br>ADDRESS ON FILE | Celsius Network LLC | 29724 | XRP 2023<br>$2,023.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 28 | BRAINARD, ABRAHAM J<br>ADDRESS ON FILE | Celsius Network LLC | 32887 | $25,926.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 29 | BRAINARD, ABRAHAM J<br>ADDRESS ON FILE | Celsius Network LLC | 32885 | $25,998.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 30 | BRIAN, FEDER ADDRESS ON FILE | Celsius Network LLC | 08440 | $1,175.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 31 | BROOMFIELD, SABRINA ADDRESS ON FILE | All Debtors | 21811 | $200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 32 | BROWN, MATTHEW ADDRESS ON FILE | Celsius Lending LLC | 33127 | $2,875.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 33 | BROWN, SHAWN A ADDRESS ON FILE | Celsius US Holding LLC | 32454 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 34 | BRUCE, CAROLYN V ADDRESS ON FILE | Celsius Network LLC | 32844 | $3,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 35 | BURCHETTE, RONNIE ADDRESS ON FILE | Celsius Network LLC | 32989 | $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.

(2) $0.00 amount could also represent a blank or unliquidated amount.

(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | **CREDITOR**(1) | **DEBTOR** | **CLAIM NUMBER** | **ASSERTED AMOUNT**(2)(3) | **REASON FOR DISALLOWANCE** |
|---|---|---|---|---|---|
| 36 | BURGETT, ASHLEY<br>ADDRESS ON FILE | Celsius Network LLC | 33002 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 37 | BURNS, JONATHAN<br>ADDRESS ON FILE | Celsius Network LLC | 32764 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 38 | BURNS, ROSALYN<br>ADDRESS ON FILE | Celsius Network LLC | 32842 | $2,800.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 39 | CAMPUZANO, LETICIA<br>ADDRESS ON FILE | Celsius Network LLC | 33031 | $69,454.04 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 40 | CAREW, JOHN FRANCIS<br>ADDRESS ON FILE | Celsius Network LLC | 01711 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 41 | CARLTON, CAMRYN<br>ADDRESS ON FILE | Celsius Network LLC | 21898 | USD 20<br>$20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 42 | CASTELLANOS, DENNYS ADDRESS ON FILE | Celsius Network LLC | 32934 | $19,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 43 | CERVANTES, EDWARD A ADDRESS ON FILE | All Debtors | 32858 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 44 | CLARK, DAVID ADDRESS ON FILE | Celsius Network LLC | 9704 | $350,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 45 | COLE, BRIAN ADDRESS ON FILE | Celsius Network LLC | 32763 | $75,987.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 46 | CONWAY, JADE LOU ADDRESS ON FILE | Celsius Network LLC | 32806 | $120,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 47 | COTRIM, WILSON ADDRESS ON FILE | All Debtors | 28596 | BTC 40<br>ETH 4000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 48 | COUCH, WESLEY GAGE<br>ADDRESS ON FILE | All Debtors | 32812 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 49 | COX, DEVON<br>ADDRESS ON FILE | Celsius Network LLC | 32868 | $50.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 50 | COX, JOSHUA W<br>ADDRESS ON FILE | Celsius Network LLC | 32802 | $2,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 51 | CRISP, RYON MICHAEL<br>ADDRESS ON FILE | Celsius Network LLC | 32478 | USDC 5000<br>BTC 5472<br>$13,472.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 52 | CZAJKA, STEPHANIE M<br>ADDRESS ON FILE | Celsius Network LLC | 21825 | $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 53 | DANIELS, KIMBERLY<br>ADDRESS ON FILE | Celsius Network LLC | 32983 | $10,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR[1] | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT[2][3] | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 54 | DAUOD, SHAMS<br>ADDRESS ON FILE | Celsius Network LLC | 21816 | $20.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 55 | DAY, BRENNAN<br>ADDRESS ON FILE | All Debtors | 21960 | USD 20<br>Not Disclosed 0 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 56 | MAZZOCCHI, DOMENICK<br>ADDRESS ON FILE | Celsius Network LLC | 32778 | $1,199.98 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 57 | DOTSON, DAWN<br>ADDRESS ON FILE | Celsius Network LLC | 32947 | $375.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 58 | DUNN, JASON<br>ADDRESS ON FILE | Celsius Network LLC | 32909 | 5,000 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 59 | EADES, HUNTER<br>ADDRESS ON FILE | Celsius Network LLC | 33026 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR[1] | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT[2][3] | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 60 | ELLWOOD, JONATHAN ADDRESS ON FILE | All Debtors | 24332 | ETH 0 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 61 | ERICK, RODRIGUEZ ADDRESS ON FILE | Celsius Network LLC | 09351 | $79,850.42 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 62 | ERVIN, ALEX T ADDRESS ON FILE | Celsius Network LLC | 32822 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 63 | ESCOBAR, LUIS MANUEL ADDRESS ON FILE | Celsius Network LLC | 33068 | $1,200.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 64 | EWEN, GARRY ADDRESS ON FILE | Celsius Network LLC | 32801 | $518.05 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 65 | FAGUNDES, NICHOLAS ADDRESS ON FILE | Celsius Network LLC | 32871 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 66 | FARLEY, MALIA<br>ADDRESS ON FILE | Celsius Network LLC | 32979 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 67 | FELIZ-SOSA, RICARDO IVAN<br>ADDRESS ON FILE | Celsius Network LLC | 32838 | $250,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 68 | FIGUEROA, MICHAEL<br>ADDRESS ON FILE | Celsius Network LLC | 32960 | $5,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 69 | FIRM, LEXINGTON LAW<br>ADDRESS ON FILE | Celsius Network LLC | 32820 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 70 | FLEMING, MARCUS<br>ADDRESS ON FILE | Celsius Network LLC | 33015 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 71 | FOSTER, KELLI<br>ADDRESS ON FILE | Celsius Mining LLC | 32848 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 72 | FOX, ROGER<br>ADDRESS ON FILE | Celsius Network LLC | 32750 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 73 | FRANCO, MARK<br>ADDRESS ON FILE | Celsius Network LLC | 32896 | $3,350.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 74 | FRIAR, NICHOLAS<br>ADDRESS ON FILE | Celsius Network LLC | 29685 | $250.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 75 | FRISCO, SHAUNA<br>ADDRESS ON FILE | Celsius Network LLC | 33027 | $850.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 76 | FRISCO, SHAUNA SHOULETTE<br>ADDRESS ON FILE | Celsius Network LLC | 33101 | $950.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 77 | FRISCO, SHAUNA SHOULETTE<br>ADDRESS ON FILE | Celsius Network LLC | 33071 | $900.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 78 | GARRISON, ERIC ADDRESS ON FILE | All Debtors | 32693 | BTC 7800 $7,800.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 79 | GILANI, DORSA ADDRESS ON FILE | All Debtors | 21839 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 80 | GILLIS, CODY ADDRESS ON FILE | Celsius Network LLC | 32797 | $2,500.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 81 | GRANT, AUSTIN ADDRESS ON FILE | Celsius Network LLC | 32977 | $10,300.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 82 | GRANT, JAMIE ADDRESS ON FILE | Celsius Network LLC | 32893 | $3,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 83 | GREGORY, RANDY ADDRESS ON FILE | Celsius Network LLC | 33138 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 84 | GRESHAM, DAVID<br>ADDRESS ON FILE | Celsius Network LLC | 33025 | $7,432.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 85 | GRESHAM, DAVID<br>ADDRESS ON FILE | Celsius Network LLC | 32950 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 86 | GRESHAM, JUSTIN<br>ADDRESS ON FILE | Celsius Network LLC | 33137 | $4,321.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 87 | GUERRERO, FRANCISCO<br>ADDRESS ON FILE | All Debtors | 22066 | USD 0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 88 | GUSTAFSON, MICHAEL<br>ADDRESS ON FILE | All Debtors | 32707 | $11,234.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |
| 89 | HABIB, AVA<br>ADDRESS ON FILE | Celsius Network LLC | 21829 | $0.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim. Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.

| | CREDITOR(1) | DEBTOR | CLAIM NUMBER | ASSERTED AMOUNT(2)(3) | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|
| 90 | HAGAN, THOMAS<br>ADDRESS ON FILE | Celsius Network LLC | 33126 | $1,000,000.00 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |
| 91 | HALFPENNY, BRITT<br>ADDRESS ON FILE | Celsius Network LLC | 32671 | MATIC 4936<br>MPL 68.42<br>BAT 550<br>BTC 63<br>BUSD 644.532<br>USDT 1294.664<br>ETH 457.3579<br>COMP 86.4618<br>GUSD  1006.63<br>ETC 648<br>$1,254,331.24 | As set forth in paragraph 21 of the Objection, the Claimant fails to provide sufficient supporting documentation to constitute prima facie evidence of the validity and amount of the claim, and the Debtors' books and records and schedules do not reflect any basis for the claim.  Accordingly, this claim should be disallowed. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 quantity could also represent a blank or unliquidated quantity.