**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
In re:                                                                          :          Chapter 11
                                                                                    :
CELSIUS NETWORK LLC, *et al.*,                            :          Case No. 22-10964 (MG)
                                                                                    :
       Post-Effective Date Debtors.                  :          (Jointly Administered)
------------------------------------------------------------X
In re:                                                                          :
                                                                                    :
CELSIUS CUSTOMER PREFERENCE              :          Adv. Pro. No. 24-04024 (MG)
ACTIONS                                                                 :
                                                                                    :
------------------------------------------------------------X

**ORDER STAYING ALL DEADLINES IN**
**CELSIUS CUSTOMER PREFERENCE ACTIONS**

In July 2024, Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its post-effective date debtors (collectively, the "Post-Effective Date Debtors"), commenced litigation against certain customers who withdrew assets during the 90 days before the Post-Effective Date Debtors' bankruptcy filing (collectively, the "Customer Preference Actions"). At the hearing held on August 27, 2024, the Court stated on the record that all litigation, including all response deadlines, are stayed in the Customer Preference Actions pending the Court's entry of an order establishing streamlined procedures. (*See* Aug. 27, 2024 Hr'g Tr. at 119:3–10 (so-ordering the transcript regarding the stay of all litigation).)

**THEREFORE**, **IT IS HEREBY ORDERED** that, unless the Court indicates or has already indicated otherwise in a specific proceeding, all Customer Preference Actions, including all related deadlines, are stayed until an order establishing streamlined procedures for the Customer Preference Actions is entered.

**IT IS SO ORDERED.**

Dated:  October 10, 2024
       New York, New York

                                                **/s/ Martin Glenn**
                                                MARTIN GLENN
                                    Chief United States Bankruptcy Judge