**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 10, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Amended Notice of Deadline to Accept Settlement Offer in Connection with Celsius Customer Preference Actions** (Docket No. 7745)

Dated: October 14, 2024

_Alberto Romero Calderon_
Alberto Romero Calderon

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 14th day of October 2024 by Alberto Romero Calderon.

_Danielle Harnden_
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# **<u>Exhibit A</u>**

Document Ref: 3JLAD-WUAHG-H7BJV-NALVF



**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | NEW YORK | NY | 10022 |
| CHAMBERS FOR JUDGE SEAN H. LANE IN THE US BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | | 300 QUARROPAS STREET | | WHITE PLAINS | NY | 10601-4140 |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | PO BOX 489 | | DIXON | CA | 95620 |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | 245 MAIN ST, SUITE 450 | WHITE PLAINS | NY | 10601 |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST, SUITE 2700 | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR, SUITE 5100 | CHICAGO | IL | 60606 |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | NEW YORK | NY | 10019 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit B**

Document Ref: 3JLAD-WUAHG-H7BJV-NALVF



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS | LUCAS.CURTIS@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM<br>RLEVY@PRYORCASHMAN.COM<br>MSILVERMAN@PRYORCASHMAN.COM<br>ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM<br>SAM.HERSHEY@WHITECASE.COM<br>MCOSBNY@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>JWEEDMAN@WHITECASE.COM<br>JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM<br>GREGORY.PESCE@WHITECASE.COM<br>JDISANTI@WHITECASE.COM<br>MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM<br>LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV<br>SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM<br>JKORN@WILLKIE.COM<br>JWALL@WILLKIE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1