```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
In re Celsius Network LLC,                                        :
                                                                  :
                                        Debtor.                   :    1:23-cv-10036-GHW
----------------------------------------------------------------- :
                                                                  :         ORDER
Equities First Holdings, LLC, *and* Alexander                     :
Christy,                                                          :
                                                                  :
                                        Appellants,               :
                                                                  :
                v.                                                :
                                                                  :
Celsius Network Limited,                                          :
                                                                  :
                                        Appellee.                 :
                                                                  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On August 13, 2024, the parties stipulated and agreed that all claims brought by Appellee will be arbitrated, and that the adversary proceeding underlying this case will be remanded to the Bankruptcy Court and stayed pending completion of the arbitration. Dkt. No. 61. The parties' stipulation thus resolved all issues presented before the Court in this case. Accordingly, the Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: October 1, 2024
       New York, New York                          _____
                                                        GREGORY H. WOODS
                                                     United States District Judge