Heinz Mauch – Director of Profax Super Pty Ltd
28 Troy Terrace
Daglish 6008 Western Australia
HavePlan_B@protonmail.com
+61 487 242 077

14 October 2024

The Honorable Martin Glenn
Chief Judge
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**Re: Celsius chapter 11 bankruptcy case No. 22-10964 – <u>1st Wire Transfer - No action / Communication from Stretto</u> and <u>Corporate supplemental funds distribution.</u>**

Dear Judge Martin Glenn,

<u>This is a follow up letter to my previous submission dockets # 7533, # 7579, #7644</u>

1. <u>**Communication Issues with Stretto**</u>: **On September 26, I received an email from Stretto confirming that my** "wire transfer form was accurate and indicating that the wire would likely be reattempted the following week". However, as of October 14, **no distribution attempt has occurred, and follow-up emails have gone unanswered**. Despite being assigned a contact person, Randy, it appears there has been **no genuine effort from Stretto to resolve the issue**, highlighting a lack of effective communication necessary for addressing the distribution problems.

2. <u>**Corporate Supplemental Funds Distribution**</u>: Email regarding the supplemental distribution, requires completion of an Election Form to choose in my case to receive the **distribution in cash via wire transfer**. Unfortunately, **this form cannot be filled out because it requires the 1st wire transfer to be distributed successfully previously.**

**The ongoing challenges with the Corporate Supplemental Funds Distribution (as previously highlighted in the submitted documents, # 7533, # 7579, #7644 ) remain unresolved, underscoring a significant breakdown in communication from Stretto. Despite the assignment of a contact person, Randy, there has been no apparent effort to address the distribution issues, as evidenced by unanswered follow-up emails and the absence of any distribution attempts.**

**This lack of effective communication not only hampers progress but also prevents the completion of necessary forms, such as the Corporate Supplemental Funds Distribution, which cannot be processed until the initial wire transfer is successfully distributed.**

**The situation highlights a critical need for Stretto to enhance its communication strategies and take meaningful steps toward resolving these distribution problems in a timely manner.**

I understand the limitations of ex parte communications and the need for strict adherence to legal procedures. Therefore, I kindly request that you consider this letter as an expression of support for a fair and equitable resolution rather than an attempt to influence or interfere with the proceedings.

Thank you for your time and attention to this matter.

Heinz Mauch
Director of Profax Super Pty Ltd