**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
        jweedman@whitecase.com
        lucas.curtis@whitecase.com
        nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
        devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
        laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
        kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CELSIUS NETWORK LLC, *et al.*, | § | Case No. 22-10964 (MG) |
| | § | |
| Post-Effective Date Debtors.[1] | § | (Jointly Administered) |
| | § | |

---

[1]    The "**Post-Effective Date Debtors**" in these chapter 11 cases, along with the last four digits of each
Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148);
Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius
Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius
US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The

## NOTICE OF UPDATE TO CONSOLIDATED DOCKET
## FOR CELSIUS CUSTOMER PREFERENCE ACTIONS

**PLEASE TAKE NOTICE** that on September 6, 2024, pursuant to instruction by the United States Bankruptcy Court for the Southern District of New York's (the "**Bankruptcy Court**"), Mohsin Y. Meghji, as Litigation Administrator (the "**Litigation Administrator**") for Celsius Network LLC and its affiliated post-effective date debtors (the "**Debtors**") a consolidated docket was created for the Customer Preference Actions (the "**Consolidated Docket**"). The Consolidated Docket consolidated litigations against certain customers of the Debtors who withdrew assets during the 90 days before the Debtors' bankruptcy filing (the "**Customer Preference Actions**").

**PLEASE TAKE FURTHER NOTICE** that the Consolidated Docket is styled *In re Celsius Customer Preference Actions* and the case number for the Consolidated Docket is Adv. Proc. No. 24-04024.

**PLEASE TAKE FURTHER NOTICE** that on September 9, 2024, the Litigation Administrator filed a *Notice of Creation of Consolidated Docket for Celsius Preference Actions* [ECF No. 7671] (the "**Original Notice**"). Attached to the Original Notice as Exhibit A was a list of all of the Customer Preference Actions on the Consolidated Docket.

**PLEASE TAKE FURTHER NOTICE** that an additional Customer Preference Action has subsequently been filed by the Litigation Administrator. The Litigation Administrator has added to the Consolidated Docket the following case: *Meghji v. Klahr*, Adv. Proc. No. 24-04028.

*[Remainder of page intentionally left blank.]*

---

location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Dated: October 16, 2024
     New York, New York

By:  *Samuel P. Hershey*

**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
       jweedman@whitecase.com.
       lucas.curtis@whitecase.com
       nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
       laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com
       devin.rivero@whitecase.com

– and –

**ASK LLP**
Marianna Udem, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email:  mudem@askllp.com

3

– and –

**ASK LLP**
Brigette McGrath, Esq.
Kara E. Casteel, Esq. (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:   bmcgrath@askllp.com
         kcasteel@askllp.com


*Co-Counsel to Mohsin Y. Meghji,*
*Litigation Administrator, as*
*Representative for the Post-Effective*
*Date Debtor*