# Exhibit A

## Proposed Order

Updated 06/17/2013

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re: CELSIUS NETWORK LLC, *et al*.        :    Chapter 11
                                             :
                                             :    Case No.: 22-10964 (MG)
                                             :
                    Post-Effective Date Debtors.  :
----------------------------------------------------------------x

## ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application for Final Professional Compensation / Final Fee Application for Sarachek Law Firm (the "Application") for professional services rendered and expenses incurred during the period commencing <u>March 21, 2024</u> through <u>October 11, 2024</u>; and a hearing having been held before this court to consider the Application on <u>November 13, 2024</u>; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted to the extent set forth in the attached Schedules.[1]

Dated:  New York, New York
        <u>November ___, 2024</u>

                                    Signature
                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE
                                    Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Updated 06/17/2013

Case No.:    22-10964 (MG)  **FINAL FEE APPLICATION TOTALS**  **Schedule B**
Case Name: In re Celsius Network LLC, *et al.*    March 21, 2024 – October 11, 2024

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Sarachek Law Firm | $1,661,514.59 | $0 | $593.92 | $0 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: _____    INITIALS: _____ USB