# Exhibit B

Certification of Joseph E. Sarachek, Esq.

Joseph E. Sarachek (Bar # 2163228)
Zachary E. Mazur (Bar # 5706726)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:      (646) 403-9775
Facsimile:       (646) 861-4950
Email:             joe@saracheklawfirm.com

*Counsel to the Faller Creditors and to the*
*Ad Hoc Committee of Corporate Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**CERTIFICATION OF JOSEPH E. SARACHEK IN SUPPORT OF THE APPLICATION FOR FINAL PROFESSIONAL COMPENSATION / FINAL FEE APPLICATION FOR SARACHEK LAW FIRM**

STATE OF NEW YORK         )
                                              )  ss:
COUNTY OF WESTCHESTER  )

I, Joseph E. Sarachek, Esq., under oath and under penalty of perjury declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

2. I am an attorney with Sarachek Law Firm, counsel of record to the Faller Creditors and to the Ad Hoc Committee of Corporate Creditors. As such, I have personal knowledge of the facts set forth herein.

3. I make this Affirmation in support of the Application for Final Professional Compensation / Final Fee Application for Sarachek Law Firm (the "Fee Application").

4. Sarachek Law Firm was retained by the Ad Hoc Committee of Corporate Creditors to engage in mediation on behalf of corporate creditors. A letter of engagement was executed on August 7, 2024.

5. That engagement letter contained the following terms:

> **Fees and Expenses.** We have agreed to represent the Committee on a contingency basis, whereby we will seek payment of our fees from the Debtor or other liable third parties, subject to approval of the Court, where applicable.
>
> We have already filed a Motion in the Bankruptcy Proceedings. In order to effectively represent the Committee, we recommend a rapid, non-binding mediation of the dispute with the Debtor and liable third parties. We have agreed that our compensation will be based on the level of recovery actually achieved for the Committee and for the entire Class:
>
> - If we are able to collect the additional distribution amounts through a mediation process, we shall be entitled to 5% of Recovery to the Class[.]
>
> [….]
>
> **Lodestar Fee Analysis.** In the event that a Court requires us to provide justification for our fees, through a lodestar analysis, or similar, the hourly rate for each of our professionals, including attorneys, paralegals, CPAs and administrative assistants, as per the table below:
> - Joseph E. Sarachek, Esq., $1,800 / hour;
> - Zachary E. Mazur, Esq., $950 / hour;
> - Jarred Herzberg, CPA, $700 / hour;
> - Paul Combe, paralegal, $400 / hour;
> - Administrative support, $150 / hour

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

2

6. Based upon the latest information and calculations available to me, the amount of the Supplemental Distribution to Corporate Creditors ordered in this case is 378.45 BTC plus 3,961.24 ETH. 5% of this amount is 18.9225 BTC plus 198.062 ETH.

7. As primarily a contingency practice, Sarachek Law Firm does not typically track hours. Our practice shares the risks associated with litigation with our clients, and we are obligated to finance the costs of litigation until the eventual resolution of the dispute.

8. In other recent cases, SLF was retained by Chapter 7 Trustees at a 33% contingency rate, as calculated on recoveries. For instance, SLF was hired at this rate by Trustee Leonard E. Schwartzer in *In re Welscorp, Inc.*, Case No. 19-18056 (Bankr. D.Nev.), by Trustee Robert E. Atkinson in *In re Advantage Capital Holdings-I LLC*, Case No. 23-10048 (Bankr. D.Nev.), and by Trustee Joseph D. Marchand in *In re Schmidty Kicks, LLC*, Case No. 23-10412 (Bankr. D.N.J.).

9. I have read the Fee Application and certify to the best of my knowledge, information, and belief formed after reasonable inquiry that the fees and disbursements sought fall within the Court's guidelines, except insofar as contingency awards are not explicitly contemplated by the guidelines. No profit is sought on reimbursable expenses.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

###

Scarsdale, New York  
Dated: October 17, 2024

*/s/* Joseph E. Sarachek  
Joseph E. Sarachek (Bar # 2163228)  
**SARACHEK LAW FIRM**  
670 White Plains Rd. - Penthouse  
Scarsdale, New York 10583  
Telephone:    (646) 403-9775  
Facsimile:    (646) 861-4950

3