# Exhibit C

## Sarachek Law Firm Hours Invoices

# SARACHEK LAW

**INVOICE**

670 White Plains Road, Fl. PH
Scarsdale, NY 10583
www.saracheklawfirm.com

Date: 10/17/2024
Due Upon Receipt

Ad Hoc Committee of Corporate Creditors

## On or around July 31, 2024, the Ad Hoc Committee of Corporate Creditors formed and retained Sarachek Law Firm ("SLF") to represent it as legal counsel in connection with resolving issues that relate to the Celsius Chapter 11 plan and disclosure

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Joseph Sarachek | 07/30/2024 | Meeting: Discussion with Faller and Herzberg regarding composition of Ad Hoc Committee of Corporate creditors | 2.50 | $1,800.00 | $4,500.00 |
| Jarred Herzberg | 07/30/2024 | Meeting: Discussion with Faller and Herzberg regarding composition of Ad Hoc Committee of Corporate creditors | 2.50 | $700.00 | $1,750.00 |
| Joseph Sarachek | 07/30/2024 | Phone Call: Re: Faller motion -Call with Faroe Services regarding joinder | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 07/30/2024 | Review Documents: Review Faroe's documentation | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 07/31/2024 | Meeting: First call of Ad Hoc committee of corporate creditors | 1.00 | $1,800.00 | $1,800.00 |
| Jarred Herzberg | 07/31/2024 | Meeting: First call of Ad Hoc committee of corporate creditors | 1.00 | $700.00 | $700.00 |
| Joseph Sarachek | 07/31/2024 | Phone Call: Work with L. Faller regarding formation of Corporate Creditors Committee, discuss issues such as Australian Creditors Motion and whether these creditors have different issues than corporate creditors. Schedule Re: Corp Creditors Committee Zoom: July 31st @ 4:30pm EST | 1.50 | $1,800.00 | $2,700.00 |
| Zachary Mazur | 08/01/2024 | Review Email: J Sarachek email w Committee members re selection of mediator | 0.10 | $950.00 | $95.00 |
| Zachary Mazur | 08/01/2024 | Prepare Document: Preparation and revisions of committee 2019 disclosure filing | 1.50 | $950.00 | $1,425.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | w Paul C. | | | |
| Zachary Mazur | 08/01/2024 | Review Documents: Review of spreadsheet of all corporate creditors | 0.40 | $950.00 | $380.00 |
| Jarred Herzberg | 08/01/2024 | Review Documents: Review documents provided by Kirkland on corporate creditor payments. Asked additional questions in order to be able to understand spreadsheet. | 4.00 | $700.00 | $2,800.00 |
| Paul Combe | 08/01/2024 | Legal Filing: Final preparation and e-filing of 2019 disclosure | 0.70 | $400.00 | $280.00 |
| Jarred Herzberg | 08/01/2024 | Meeting: Meeting with committee 10pm | 1.00 | $700.00 | $700.00 |
| Joseph Sarachek | 08/01/2024 | Re: Corp Creditors Committee Zoom: July 31st @ 4:30pm EST - Review fiduciary duties of committee members with each member., discuss confidentiality issues and importance, impress upon members that they are representative of all corporate creditors, urge members to begin exercise for damage calculations based on Faller motion, LISTEN to concerns of clients. | 1.20 | $1,800.00 | $2,160.00 |
| Joseph Sarachek | 08/01/2024 | Review Documents: Edits comments on committee 2019 disclosure filing w Paul C. Zach M | 0.40 | $1,800.00 | $720.00 |
| Zachary Mazur | 08/02/2024 | Review Documents: Review lengthy emails and discussions of damages calculations among committee members, multiple emails, J Herzberg | 1.00 | $950.00 | $950.00 |
| Zachary Mazur | 08/02/2024 | Review Email: Emails w C Koenig related to confidentiality of corporate class data, NDA, redaction of PII | 0.10 | $950.00 | $95.00 |
| Zachary Mazur | 08/02/2024 | Email: Z Mazur email to corporate committee members re suggested damages calculation in crypto | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/02/2024 | Review Email: Koenig intro email to Judge Bentley requesting his participation as mediator | 0.20 | $950.00 | $190.00 |
| Jarred Herzberg | 08/02/2024 | Prepare Document: Applied past financial models to new information provided and modeled new scenarios. | 5.00 | $700.00 | $3,500.00 |
| Jarred Herzberg | 08/02/2024 | Email: Answered committee email from Karm and had to adjust spreadsheets in order to answer his questions | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 08/02/2024 | Meeting: Meeting with committee members on additional discovery documents needed | 1.50 | $700.00 | $1,050.00 |
| Joseph Sarachek | 08/02/2024 | Research: Damages calculation discussions | 1.50 | $1,800.00 | $2,700.00 |

| | | Re: Celsius - K&E's Corporate Creditor Workbook - Damages calculations HIGHLY CONFIDENTIAL | | | |
|---|---|---|---|---|---|
| Joseph Sarachek | 08/02/2024 | Re: Celsius - Damages calculations K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 1.20 | $1,800.00 | $2,160.00 |
| Joseph Sarachek | 08/02/2024 | Review Email: Damages calculations Re: Celsius - Proposed damages calculation framework (first attempt) | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/02/2024 | Re: Celsius - K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/02/2024 | Re: Celsius - K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/02/2024 | In connection with damages calculation, review K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 08/02/2024 | Re: Celsius - Proposed damages calculation framework, review spreadsheet, look for precedent in other cases, numerous discussions with Faller and team throughout day. | 1.50 | $1,800.00 | $2,700.00 |
| Zachary Mazur | 08/03/2024 | Review Email: Continued emails and discussions of damages calculations among committee members, multiple emails, J Herzberg | 0.60 | $950.00 | $570.00 |
| Jarred Herzberg | 08/03/2024 | Prepare Document: Updated modeling based on committee feedback | 2.00 | $700.00 | $1,400.00 |
| Joseph Sarachek | 08/03/2024 | Review Documents: Attention to various damages calculations - Re: Celsius - develop with team proposed damages calculation framework which is fair and equitable; lengthy calls with McNeil, Herzberg, Mazur | 3.00 | $1,800.00 | $5,400.00 |
| Zachary Mazur | 08/04/2024 | Review Email: Emails re selection of Judge Bentley as mediator, preparation for intro call with Judge Bentley | 0.50 | $950.00 | $475.00 |
| Zachary Mazur | 08/04/2024 | Review Email: Communications w committee re selection of Judge Bentley as mediator, preparation and post briefing of call w Judge Bentley | 0.50 | $950.00 | $475.00 |
| Joseph Sarachek | 08/04/2024 | Phone Call: Work on Selection of Mediator - numerous phones calls with Koenig and review of letter to Judge Wiles, discuss with multiple committee members | 2.00 | $1,800.00 | $3,600.00 |
| Joseph Sarachek | 08/04/2024 | In connection with damages calculation, | 0.70 | $1,800.00 | $1,260.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | review data provided by K&E under NDA which references 100 corporates and how these parties were treated. Determine whether preferential treatment was given to largest creditors, including members of the UCC and whether W&C failed to protect corporate creditors. | | | |
| Joseph Sarachek | 08/04/2024 | Email: Comms with Koenig regarding Judge Bentley willingness to mediate, review with Committee members, continue to discuss dmaages calculations | 2.50 | $1,800.00 | $4,500.00 |
| Joseph Sarachek | 08/04/2024 | Lengthy discussion with Faller McNeil regarding selection of mediator and damages calculation | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 08/05/2024 | Meeting: Call with Judge Bentley, Chris Koenig et al. to discuss parameters of mediation. | 1.50 | $1,800.00 | $2,700.00 |
| Joseph Sarachek | 08/05/2024 | Prepare Document: Prepare memo to Ad Hoc Committee members regarding parameters of mediation | 1.50 | $1,800.00 | $2,700.00 |
| Zachary Mazur | 08/05/2024 | Meeting: Call with Judge Bentley, Chris Koenig et al. to discuss parameters of mediation. | 1.50 | $950.00 | $1,425.00 |
| Zachary Mazur | 08/05/2024 | Review Email: Emails w Debtor counsel re drafting of mediation order | 0.50 | $950.00 | $475.00 |
| Jarred Herzberg | 08/05/2024 | Meeting: Call with Judge Bentley, Chris Koenig et al. to discuss parameters of mediation. | 1.50 | $700.00 | $1,050.00 |
| Joseph Sarachek | 08/05/2024 | Review Legal Filings: Review Draft mediation order and discuss with Committee members, also discuss mechanism which will allow other creditors, many of whom I have spoken with to participate in mediation, discussed with Koenig ability for non-Committee members to join the mediation as long as they maintain confidentiality | 1.30 | $1,800.00 | $2,340.00 |
| Joseph Sarachek | 08/05/2024 | Meeting: Participate in organizational session with Judge Bentley and the other affected parties. | 1.50 | $1,800.00 | $2,700.00 |
| Joseph Sarachek | 08/05/2024 | Re: Communication to Ad Hoc Committee regarding mediation with Judge Bentley | 0.30 | $1,800.00 | $540.00 |
| Zachary Mazur | 08/06/2024 | Review Email: Z Mazur -multiple lengthy emails w committee members re dynamics of proposed mediation, participation of outside parties, ability to bind a class, potential addition of members of committee, | 1.50 | $950.00 | $1,425.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | proposed terms of engagement w Sarachek | | | |
| Zachary Mazur | 08/06/2024 | Email: Z Mazur email, and multiple emails w committee members re damages calculation metrics and models for corporate class | 0.70 | $950.00 | $665.00 |
| Zachary Mazur | 08/06/2024 | Review Email: Z Mazur email, and multiple emails w committee members re inclusion of Australian creditor group in the mediation framework | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/06/2024 | Meeting: Late night call w Corporate Creditor Committee to discuss evolving status, mediation, damages, committee formation, fees, timelines, etc. | 1.60 | $950.00 | $1,520.00 |
| Zachary Mazur | 08/06/2024 | Review Email: Email from C Koenig re mediation order edits, drafting | 0.20 | $950.00 | $190.00 |
| Jarred Herzberg | 08/06/2024 | Meeting: Late night call w Corporate Creditor Committee to discuss evolving status, mediation, damages, committee formation, fees, timelines, etc. | 1.60 | $700.00 | $1,120.00 |
| Joseph Sarachek | 08/06/2024 | Review Documents: review John Hill - Australian creditor issues | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 08/06/2024 | Email: Comm with John from Simba regarding creditors ability to negotiate on their own outside of Committee | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/06/2024 | Email: Re: Celsius - Comm with the Committee regarding engagement letter; Email to Chris Koenig regarding need for SLF to get paid a contingency fee. | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/06/2024 | Phone Call: Comm with Committee regarding Mathews motion and whether he should be on Committee | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 08/06/2024 | Phone Call: Re: Celsius - Comm regarding calculation of damages - weighted average concept, research same | 0.70 | $1,800.00 | $1,260.00 |
| Joseph Sarachek | 08/06/2024 | Phone Call: Re: Australian Creditors Motion and whether Paul and John can speak for the group. Discuss the issue of Francis and her public posting. | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 08/06/2024 | Email: Australian Creditors should be part of the mediation | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/06/2024 | Email: Re: Celsius - Australian Creditors Motion - should be included | 0.20 | $1,800.00 | $360.00 |
| Joseph Sarachek | 08/06/2024 | Email: Australian creditors are included in mediation relief | 0.10 | $1,800.00 | $180.00 |

| Joseph Sarachek | 08/06/2024 | Email: Address concerns that all creditors will be treated equally | 0.10 | $1,800.00 | $180.00 |
|---|---|---|---|---|---|
| Joseph Sarachek | 08/06/2024 | Email: Address concerns that Australian creditors need independent counsel | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 08/06/2024 | Discuss how to engage Australian creditors in the process | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 08/06/2024 | Email: Discuss mechanism for addressing concerns of all corporate creditors - joinder mechanism | 0.40 | $1,800.00 | $720.00 |
| Joseph Sarachek | 08/06/2024 | Email: Re: Celsius - K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 08/06/2024 | Email: Discuss need for status report to the Court with Koenig | 0.20 | $1,800.00 | $360.00 |
| Joseph Sarachek | 08/06/2024 | Email: Review status report | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 08/06/2024 | Email: Scheduling Committee call for tonight | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 08/06/2024 | Email: Request by Paul to form separate committee for Australian creditors and for SLF to represent two committees | 0.30 | $1,800.00 | $540.00 |
| Zachary Mazur | 08/07/2024 | Email: Further emails with committee re damages calculations for corporate class | 0.60 | $950.00 | $570.00 |
| Zachary Mazur | 08/07/2024 | Review Email: Multiple emails with committee re attorney engagement and potential conflicts of interest | 0.60 | $950.00 | $570.00 |
| Jarred Herzberg | 08/07/2024 | Prepare Document: Updated model based off committee comments and different scenarios from meeting the day before | 2.50 | $700.00 | $1,750.00 |
| Joseph Sarachek | 08/07/2024 | Phone Call: Confer with Franke about legal precedents for relief under the plan | 0.40 | $1,800.00 | $720.00 |
| Joseph Sarachek | 08/07/2024 | Email: Discuss engagement letter | 0.10 | $1,800.00 | $180.00 |
| Zachary Mazur | 08/08/2024 | Prepare Document: Research, drafting, editing, discussion of Ad Hoc Committee letter to Judge Bentley, mediator. Emails to Committee, incorporating feedback. | 5.00 | $950.00 | $4,750.00 |
| Zachary Mazur | 08/08/2024 | Review Email: Email from C Koenig with mediation briefing schedule and procedures | 0.40 | $950.00 | $380.00 |
| Jarred Herzberg | 08/08/2024 | Review Documents: Review Mediation Letter from to judge bentley. | 0.50 | $700.00 | $350.00 |
| Paul Combe | 08/08/2024 | Review Legal Filings: Review documents re: Chapter 11 plan | 0.50 | $400.00 | $200.00 |

| Zachary Mazur | 08/09/2024 | Email: Investigation of treatment of UCC committee members and insiders in fiat v crypto distributions, emails w C Koenig | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/09/2024 | Email: Emails pushing for further corporate creditor class data from C Koenig | 0.20 | $950.00 | $190.00 |
| Zachary Mazur | 08/09/2024 | Review Email: Emails from corporate creditors, non-committee members, re participation in mediation | 0.10 | $950.00 | $95.00 |
| Zachary Mazur | 08/10/2024 | Review Email: Emails from committee members, re participation and representation Australia creditors in mediation | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/11/2024 | Phone Call: Ad Hoc Committee Discussion of upcoming mediation and damages calculation | 1.00 | $950.00 | $950.00 |
| Joseph Sarachek | 08/11/2024 | Phone Call: Ad Hoc Committee Discussion of upcoming mediation and damages calculation | 1.00 | $1,800.00 | $1,800.00 |
| Zachary Mazur | 08/11/2024 | Review Email: Emails from committee members, re participation and representation Australia creditors in mediation, Australia specific issues | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/12/2024 | Prepare Document: Preparation of "mediator eyes only" brief on Ad Hoc Committee damages in advance of mediation | 4.60 | $950.00 | $4,370.00 |
| Joseph Sarachek | 08/12/2024 | Review Documents: Review and discuss spreadsheet produced by A&M regarding corporate creditors | 1.50 | $1,800.00 | $2,700.00 |
| Zachary Mazur | 08/12/2024 | Review Email: Emails among and with committee members re damages calculations, further distributions, elections, and negotiation strategy in advance of mediation | 0.60 | $950.00 | $570.00 |
| Zachary Mazur | 08/12/2024 | Review Email: Email from non-committee large corporate creditor re mediation and further distributions. | 0.20 | $950.00 | $190.00 |
| Zachary Mazur | 08/12/2024 | Review Email: Email J Sarachek to committee updating on further data received from debtors | 0.20 | $950.00 | $190.00 |
| Zachary Mazur | 08/12/2024 | Review Email: Emails among committee members re new class data, damages calculations | 0.40 | $950.00 | $380.00 |
| Jarred Herzberg | 08/12/2024 | Email: Answer committee email on damages | 0.10 | $700.00 | $70.00 |
| Jarred Herzberg | 08/12/2024 | Prepare Document: Updated model to | 4.00 | $700.00 | $2,800.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | include more exact distribution information from the discovery that was provided. | | | |
| Jarred Herzberg | 08/12/2024 | Phone Call: Call with creditor (Diamondhands Foundation) about mediation | 0.50 | $700.00 | $350.00 |
| Zachary Mazur | 08/13/2024 | Meeting: Initial Mediation Session - Zoom w Judge Bentley, mediation participants, to discuss mediation procedures | 1.00 | $950.00 | $950.00 |
| Joseph Sarachek | 08/13/2024 | Meeting: Initial Mediation Session - Zoom w Judge Bentley, mediation participants, to discuss mediation procedures | 1.00 | $1,800.00 | $1,800.00 |
| Zachary Mazur | 08/13/2024 | Phone Call: Discussion of damages / settlement offers | 0.60 | $950.00 | $570.00 |
| Joseph Sarachek | 08/13/2024 | Phone Call: Discussion of damages / settlement offers | 0.60 | $1,800.00 | $1,080.00 |
| Zachary Mazur | 08/13/2024 | Prepare Document: Preparation, editing, comments, phone calls, emails, suggestions from committee w reference to damages letter to mediator Judge Bentley | 4.70 | $950.00 | $4,465.00 |
| Zachary Mazur | 08/13/2024 | Phone Call: Pre mediation committee huddle and discussion, w all committee members present ex Wess | 1.20 | $950.00 | $1,140.00 |
| Joseph Sarachek | 08/13/2024 | Phone Call: Pre mediation committee huddle and discussion, w all committee members present ex Wess | 1.20 | $1,800.00 | $2,160.00 |
| Joseph Sarachek | 08/13/2024 | Meeting: Zoom call with Ad Hoc Committee on parameters of settlement | 1.00 | $1,800.00 | $1,800.00 |
| Zachary Mazur | 08/13/2024 | Review Email: C Koenig email re additional parties participating in mediation | 0.20 | $950.00 | $190.00 |
| Zachary Mazur | 08/13/2024 | Review Email: Further emails among committee members re damages calculations, models for further distributions, negotiation strategy in advance of mediation | 0.70 | $950.00 | $665.00 |
| Zachary Mazur | 08/13/2024 | Review Documents: Review and discussion of initial draft of term sheet circulated to mediation participants by C Koenig, email from Z Mazur to committee discussing proposal | 1.50 | $950.00 | $1,425.00 |
| Zachary Mazur | 08/13/2024 | Review Documents: Review and discussions of Mediation Position Statement of the Litigation Oversight Committee | 0.60 | $950.00 | $570.00 |
| Zachary Mazur | 08/13/2024 | Review Documents: Review and discussions of Coinbase statement | 0.60 | $950.00 | $570.00 |

| Zachary Mazur | 08/13/2024 | Review Documents: Review and discussions of preference creditor participants in the mediation | 0.20 | $950.00 | $190.00 |
|---|---|---|---|---|---|
| Jarred Herzberg | 08/13/2024 | Phone Call: Pre mediation committee huddle and discussion, w all committee members present ex Wess | 1.20 | $700.00 | $840.00 |
| Jarred Herzberg | 08/13/2024 | Meeting: Initial Mediation Session - Zoom w Judge Bentley, mediation participants, to discuss mediation procedures | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 08/13/2024 | Research: Mediation prep - Updating models based on scenarios committee wants to see. | 4.00 | $700.00 | $2,800.00 |
| Jarred Herzberg | 08/13/2024 | Prepare Document: Updated model to include more exact distribution information from the discovery that was provided. | 4.50 | $700.00 | $3,150.00 |
| Joseph Sarachek | 08/13/2024 | Email: Fwd: Celsius - K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 08/13/2024 | Re: Celsius - K&E's Corporate Creditor Workbook - HIGHLY CONFIDENTIAL | 0.20 | $1,800.00 | $360.00 |
| Joseph Sarachek | 08/13/2024 | Review Documents: Editing, comments, phone calls, emails, suggestions from committee w reference to damages letter to mediator Judge Bentley | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 08/14/2024 | Meeting: Attend mediation | 9.00 | $1,800.00 | $16,200.00 |
| Jarred Herzberg | 08/14/2024 | Meeting: Attend mediation | 9.00 | $700.00 | $6,300.00 |
| Jarred Herzberg | 08/14/2024 | Meeting: Meeting with Paul and John from committee over issues they had with day 1 in mediation. | 1.50 | $700.00 | $1,050.00 |
| Zachary Mazur | 08/15/2024 | Prepare Document: Review, edits, discussions, emails with committee, re mediation term sheet | 3.00 | $950.00 | $2,850.00 |
| Joseph Sarachek | 08/15/2024 | Review Documents: Late night conversations with various committee members to resolve settlement proposal, particularly Australians insistence on "preferred" treatment given that the majority of them havent been paid. | 3.50 | $1,800.00 | $6,300.00 |
| Joseph Sarachek | 08/15/2024 | Meeting: Mediation | 10.00 | $1,800.00 | $18,000.00 |
| Jarred Herzberg | 08/15/2024 | Meeting: Attend Mediation Day 2 | 10.00 | $700.00 | $7,000.00 |
| Joseph Sarachek | 08/16/2024 | Review Documents: Separate Conversations with multiple committee members to resolve Committee's comments to Term Sheet | 1.80 | $1,800.00 | $3,240.00 |

| Zachary Mazur | 08/16/2024 | Review Documents: Review, edits, discussions, emails with committee, re final mediation term sheet | 1.00 | $950.00 | $950.00 |
|---|---|---|---|---|---|
| Jarred Herzberg | 08/16/2024 | Review Documents: Review, edits, discussions, emails with committee, re final mediation term sheet | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 08/16/2024 | Meeting: Meeting with Paul and John from committee on mediation terms | 1.50 | $700.00 | $1,050.00 |
| Joseph Sarachek | 08/18/2024 | Review Documents: Review Committee's comments to term sheet | 1.50 | $1,800.00 | $2,700.00 |
| Zachary Mazur | 08/20/2024 | Review Documents: Review committee emails, re final mediation term sheet | 0.50 | $950.00 | $475.00 |
| Jarred Herzberg | 08/20/2024 | Review Documents: Review committee emails, re final mediation term sheet | 0.50 | $700.00 | $350.00 |
| Zachary Mazur | 08/26/2024 | Review Documents: Edits around draft of motion to approve settlement, including committee attorney fees w C Koenig. Committee concerns around liability | 0.50 | $950.00 | $475.00 |
| Joseph Sarachek | 08/27/2024 | Phone Call: Address concerns of Colagiuri regarding liability issues in Term Shet | 0.50 | $1,800.00 | $900.00 |
| Zachary Mazur | 08/27/2024 | Review Documents: Emails from committee re concerns around liability | 0.20 | $950.00 | $190.00 |
| Jarred Herzberg | 08/27/2024 | August Omnibus hearing on zoom. | 0.50 | $700.00 | $350.00 |
| Zachary Mazur | 08/28/2024 | Review Documents: Emails w negotiations of subsequent term sheet and fees to counsel to the Ad Hoc Committee | 0.20 | $950.00 | $190.00 |
| Joseph Sarachek | 08/29/2024 | Address comments of Colagiuri to term sheet and discuss with McNeil and others, call to Koenig on this as well | 1.20 | $1,800.00 | $2,160.00 |
| Zachary Mazur | 08/29/2024 | Review Documents: Reviewing and editing motion to approve settlement, emails with committee members regarding various points in the motion, back and forth with Debtor's counsel | 2.60 | $950.00 | $2,470.00 |
| Zachary Mazur | 08/29/2024 | Phone Call: Call with Committee re motion to approve settlement | 1.00 | $950.00 | $950.00 |
| Joseph Sarachek | 08/29/2024 | Meeting: Discuss with Committee members their allocation of fee reimbursement and memorialize | 1.00 | $1,800.00 | $1,800.00 |
| Jarred Herzberg | 08/29/2024 | Meeting: Meeting with creditor (mind trust) on mediation. | 0.90 | $700.00 | $630.00 |
| Paul Combe | 08/31/2024 | Review Legal Filings: Review of UCC | 0.30 | $400.00 | $120.00 |

| | | statement re: distribution to corporate creditors | | | |
|---|---|---|---|---|---|
| Joseph Sarachek | 09/04/2024 | Review Documents: Review objection of Sean Xue and discuss internally and with C.Koenig. | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 09/05/2024 | Legal Filing: Review UST's objection to the motion, look at cases and review plan and disclosure statement, discuss with Jarred Herzberg and Zach Mazur, and later C. Koenig. | 1.20 | $1,800.00 | $2,160.00 |
| Paul Combe | 09/05/2024 | Review Legal Filings: Review of UST and pro se objections to proposed supplemental distribution | 1.50 | $400.00 | $600.00 |
| Paul Combe | 09/05/2024 | Research: Research and review of caselaw re: UST objection | 0.90 | $400.00 | $360.00 |
| Zachary Mazur | 09/10/2024 | Email: Review and comments on Reply filing to Motion to Approve Ad Hoc Committee Settlement | 0.60 | $950.00 | $570.00 |
| Zachary Mazur | 09/11/2024 | Email: Review and comments on Reply filing to Motion to Approve Ad Hoc Committee Settlement | 0.60 | $950.00 | $570.00 |
| Paul Combe | 09/11/2024 | Prepare Document: Review and copyediting of reply and response documents | 0.50 | $400.00 | $200.00 |
| Zachary Mazur | 09/12/2024 | Hearing: Hearing and Prep on JOINT MOTION OF POST-EFFECTIVE DATE DEBTORS, THE AD HOC COMMITTEE OF CORPORATE CREDITORS, AND COINBASE INC. AND (I) AUTHORIZING SUPPLEMENTAL DISTRIBUTION TO ELIGIBLE CORPORATE CREDITORS, (II) APPROVING PROCEDURES FOR SUPPLEMENTAL CORPORATE CREDITOR DISTRIBUTIONS... | 2.50 | $950.00 | $2,375.00 |
| Paul Combe | 09/12/2024 | Hearing: Celsius omnibus hearing | 1.20 | $400.00 | $480.00 |
| Jarred Herzberg | 09/12/2024 | Hearing: Celsius omnibus hearing | 1.20 | $700.00 | $840.00 |
| | | | **Services Subtotal** | | **$226,130.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 08/14/2024 | Transport: Uber Z Mazur to mediation | 1.00 | $28.87 | $28.87 |
| 08/14/2024 | Meals: Lunch for creditors, ad hoc committee at mediation | 1.00 | $191.00 | $191.00 |

| | | | | |
|---|---|---|---|---|
| 08/14/2024 | Transport: Lunch for team - First day of mediation | 1.00 | $75.00 | $75.00 |
| 08/14/2024 | Transport: Parking for first day of mediation | 1.00 | $60.00 | $60.00 |
| 08/15/2024 | parking for second day of mediation ONR | 1.00 | $60.00 | $60.00 |

| | |
|---|---|
| **Expenses Subtotal** | **$414.87** |
| **Subtotal** | **$226,544.87** |
| **Total** | **$226,544.87** |

Please make all amounts payable to: Sarachek Law Firm, ███████████████████
████████████████

Payment is due upon receipt.

# SARACHEK LAW

**INVOICE**

670 White Plains Road, Fl. PH
Scarsdale, NY 10583
www.sarracheklawfirm.com

Date: 10/17/2024
Due Upon Receipt

Bernard Faller

## Celsius recovery

### Services

| Attorney | Date | Notes | Quantity | Rate | Total |
|----------|------|-------|----------|------|-------|
| Joseph Sarachek | 03/21/2024 | Celsius - Further conversation with Faller regarding need for a motion | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 03/21/2024 | Review Documents: Re: Celsius - Review and discuss language in the Debtors Plan about Distribution | 0.50 | $1,800.00 | $900.00 |
| Jarred Herzberg | 03/21/2024 | Celsius - Further conversation with Faller regarding need for a motion | 0.50 | $700.00 | $350.00 |
| Joseph Sarachek | 03/22/2024 | Phone Call: Contact Chris Koenig about whether there are still slots available for corporate creditors to receive crypto | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 03/26/2024 | Legal Filing: Numerous conversations with Laura Faller regarding form of motion and relief to be requested | 2.50 | $1,800.00 | $4,500.00 |
| Jarred Herzberg | 03/26/2024 | Legal Filing: Numerous conversations with Laura Faller regarding form of motion and relief to be requested | 1.50 | $700.00 | $1,050.00 |
| Joseph Sarachek | 03/27/2024 | Review Documents: Review Celsius comms with Fallers | 1.20 | $1,800.00 | $2,160.00 |
| Joseph Sarachek | 03/29/2024 | Phone Call: Phone conference reviewing the major issues with respect to the Plan Treatment | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 03/29/2024 | Review Documents: Review of D.S., Plan & exhibits to determine grounds under the Bankruptcy Code and Rules to bring motion, review caselaw, review remedy of seeking conversion. | 3.00 | $1,800.00 | $5,400.00 |
| Jarred Herzberg | 03/29/2024 | Phone Call: Phone conference reviewing the major issues with respect to the Plan Treatment | 0.50 | $700.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Joseph Sarachek | 04/04/2024 | Review Documents: Review K&E's response https://cases.stretto.com/public/x191/11749/ PLEADINGS/ 117490404242480000000061.pdf to Faller letter and discuss with Faller in the context of preparing a motion to compel payment | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 04/14/2024 | Prepare Document: Prepare engagement letters for the Fallers | 0.20 | $0.00 | $0.00 |
| Joseph Sarachek | 04/15/2024 | Review Debtor's comms with Fallers regarding wire issues | 0.30 | $0.00 | $0.00 |
| Joseph Sarachek | 04/16/2024 | Email: Checking on whether the Fallers were paid | 0.10 | $0.00 | $0.00 |
| Joseph Sarachek | 04/16/2024 | Re: Checking in on status of drafting the motion to compel payment | 0.10 | $0.00 | $0.00 |
| Joseph Sarachek | 04/17/2024 | Faller would like to get motion on for 5/7 however calculating damages is difficult | 0.20 | $0.00 | $0.00 |
| Joseph Sarachek | 04/22/2024 | Phone Call: Communication with C.Koenig at K&E regarding wires to Fallers, confer with L. Faller thereafter. | 0.50 | $1,800.00 | $900.00 |
| Joseph Sarachek | 04/23/2024 | Phone Call: Comm with Koenig regarding distribution to Faller | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 04/30/2024 | Prepare Document: Discussion about damages now that wires are in | 1.00 | $1,800.00 | $1,800.00 |
| Jarred Herzberg | 04/30/2024 | Prepare Document: Discussion about damages now that wires are in | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 04/30/2024 | Prepare Document: Discussion about damages now that wires are in | 1.00 | $700.00 | $700.00 |
| Joseph Sarachek | 05/02/2024 | Email: Comm with L. Faller regarding need to file motion to compel, also desire for discovery | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 05/05/2024 | Phone Call: Comm with Faller regarding her pro se motion for discovery | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 05/06/2024 | Prepare Document: Review discovery motion and needed information and B.Code and Rules | 2.50 | $1,800.00 | $4,500.00 |
| Joseph Sarachek | 05/07/2024 | Hearing: Attend Court hearing on 5/7/24 regarding Faller's statements on the record | 0.50 | $1,800.00 | $900.00 |
| Jarred Herzberg | 05/07/2024 | Hearing: Attend Court hearing on 5/7/24 regarding Faller's statements on the record | 0.50 | $700.00 | $350.00 |
| Joseph Sarachek | 05/13/2024 | Prepare Document: Drafting, researching & preparing draft motion | 3.00 | $1,800.00 | $5,400.00 |

| Jarred Herzberg | 05/13/2024 | Research: Analyzing plan treatment to calculate payment differences between corporate creditors vs non corporate creditors. | 2.50 | $700.00 | $1,750.00 |
|---|---|---|---|---|---|
| Joseph Sarachek | 05/14/2024 | Prepare Document: Work on motion to compel and revise, forward to Faller | 1.50 | $1,800.00 | $2,700.00 |
| Jarred Herzberg | 05/14/2024 | Research: Analyzing plan treatment to calculate payment differences between corporate creditors vs non corporate creditors. | 1.50 | $700.00 | $1,050.00 |
| Jarred Herzberg | 05/14/2024 | Prepare Document: Modeling different damages calculations with interest rate effect. | 5.00 | $700.00 | $3,500.00 |
| Jarred Herzberg | 05/15/2024 | Re: Draft motion | 0.30 | $700.00 | $210.00 |
| Joseph Sarachek | 05/15/2024 | Fwd: [Celsius Network] Re: IMPORTANT: Celsius – Option for Corporate Creditors to Elect to Potentially Receive Distribution in Cryptocurrency | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 05/15/2024 | Review Documents: Review interest rate calculations | 0.30 | $1,800.00 | $540.00 |
| Joseph Sarachek | 05/15/2024 | Review Documents: Discovery review | 2.00 | $1,800.00 | $3,600.00 |
| Jarred Herzberg | 05/15/2024 | Review Documents: Went through interest rate calculations with Joe | 0.30 | $700.00 | $210.00 |
| Joseph Sarachek | 05/16/2024 | Prepare Document: Revise draft motion | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 05/24/2024 | Prepare Document: Draft Affidavit and review damages calculation | 1.50 | $1,800.00 | $2,700.00 |
| Jarred Herzberg | 05/24/2024 | Prepare Document: Draft Affidavit and review damages calculation | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 05/24/2024 | Meeting: Meeting with Laura Faller on damages calculation. | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 05/25/2024 | Prepare Document: Revising damages calculations. | 1.50 | $700.00 | $1,050.00 |
| Joseph Sarachek | 05/28/2024 | Prepare Document: Review and revise affidavit and conversations with Faller | 3.50 | $1,800.00 | $6,300.00 |
| Paul Combe | 05/28/2024 | Administrative: Document management and consolidation of matter to DropBox | 0.50 | $400.00 | $200.00 |
| Paul Combe | 05/28/2024 | Prepare Document: Faller Creditor Motion – Review and reconcile edits from three contributors; Preparation of Proposed Order | 2.30 | $400.00 | $920.00 |
| Joseph Sarachek | 05/29/2024 | Prepare Document: Document revisions, calls with Faller | 2.10 | $1,800.00 | $3,780.00 |

| | | | | | |
|---|---|---|---|---|---|
| Paul Combe | 05/29/2024 | Prepare Document: Faller Creditor Motion – Drafting and copyediting | 0.90 | $400.00 | $360.00 |
| Joseph Sarachek | 05/30/2024 | Prepare Document: Revisions to motion, calls with Faller | 1.50 | $1,800.00 | $2,700.00 |
| Jarred Herzberg | 05/30/2024 | Prepare Document: Adjusted damages numbers based on conversation with Laura. | 1.00 | $700.00 | $700.00 |
| Joseph Sarachek | 05/31/2024 | Prepare Document: Revisions to motion, calls with Faller | 1.50 | $1,800.00 | $2,700.00 |
| Jarred Herzberg | 05/31/2024 | Prepare Document: Revisions to motion, calls with Faller | 1.50 | $700.00 | $1,050.00 |
| Paul Combe | 05/31/2024 | Prepare Document: Faller Creditor Motion – Review and reconcile edits from three contributors; copyediting and circulation | 3.50 | $400.00 | $1,400.00 |
| Joseph Sarachek | 06/03/2024 | Phone Call: Discuss joinder request from various corporate creditors with Faller | 0.70 | $1,800.00 | $1,260.00 |
| Joseph Sarachek | 06/03/2024 | Legal Filing: Review and revise motion to compel plan treatment for filing and arrange for filing and service | 3.00 | $1,800.00 | $5,400.00 |
| Jarred Herzberg | 06/03/2024 | Phone Call: Discuss joinder request from various corporate creditors with Faller | 0.70 | $700.00 | $490.00 |
| Paul Combe | 06/03/2024 | Prepare Document: Faller Creditor Motion – Assembly of exhibits for filing | 0.80 | $400.00 | $320.00 |
| Paul Combe | 06/03/2024 | Prepare Document: Faller Creditor Motion – Review and reconcile edits from three contributors; preparation of final versions to file | 1.80 | $400.00 | $720.00 |
| Paul Combe | 06/03/2024 | Meeting: Review process and requirements for service of Faller Creditor Motion with Amanda Ng | 0.30 | $400.00 | $120.00 |
| Paul Combe | 06/03/2024 | Legal Filing: Faller Creditor Motion - e-filing and service | 1.10 | $400.00 | $440.00 |
| Jarred Herzberg | 06/03/2024 | Meeting: Meeting with Xuyou on background of case. | 1.50 | $700.00 | $1,050.00 |
| Paul Combe | 06/03/2024 | Administrative: Printing, collating, preparing notice envelopes for Faller Creditor Motion (by fmr. employee AN) | 2.50 | $150.00 | $375.00 |
| Paul Combe | 06/03/2024 | Administrative: Mailing - service of Faller Creditor Motion (by fmr. employee AN) | 0.70 | $150.00 | $105.00 |
| Paul Combe | 06/03/2024 | Research: Review Motion to Compel Plan Treatment and do research under B.Code for caselaw (fmr. employee XZ, includes 100 minutes Westlaw time) | 3.50 | $200.00 | $700.00 |

| Paul Combe | 06/03/2024 | Meeting: Meeting with Jarred on background of case. (fmr. employee XZ) | 1.50 | $200.00 | $300.00 |
|---|---|---|---|---|---|
| Joseph Sarachek | 06/04/2024 | Phone Call: Call with Attorney Chubek representing corporate creditor who may want to join in motion | 0.20 | $1,800.00 | $360.00 |
| Paul Combe | 06/04/2024 | Research: Research under Bankruptcy Code of Unequal Treatment to Same class members and look for remedies (fmr. employee, includes 120 minutes Westlaw time) | 2.50 | $200.00 | $500.00 |
| Joseph Sarachek | 06/05/2024 | Research: Review research memo and cases of Xuyou | 1.50 | $1,800.00 | $2,700.00 |
| Paul Combe | 06/05/2024 | Research: Research under Bankruptcy Code of Unequal Treatment to Same class members and look for remedies (fmr. employee, includes 80 minutes Westlaw time) | 1.50 | $200.00 | $300.00 |
| Paul Combe | 06/05/2024 | Research: Review research memo and cases with Joe Sarachek. (fmr. employee XZ) | 1.50 | $200.00 | $300.00 |
| Paul Combe | 06/07/2024 | Research: Review BR 2004 and rights of Fallers to obtain information from Debtors and scope (fmr. employee XZ, includes 100 minutes Westlaw time) | 2.10 | $200.00 | $420.00 |
| Paul Combe | 06/08/2024 | Prepare Document: Drafting – 2004 examination motion and notice | 0.70 | $400.00 | $280.00 |
| Paul Combe | 06/08/2024 | Prepare Document: Drafting - proposed order for Motion for 2004 Examination (by fmr. employee AN) | 2.00 | $150.00 | $300.00 |
| Joseph Sarachek | 06/10/2024 | Research: Review Xuyou's memo on Judge Glenn's discovery decisions in prep for hearing on 2004 | 0.50 | $1,800.00 | $900.00 |
| Paul Combe | 06/10/2024 | Legal Filing: E-filing of 2004 examination notice | 0.30 | $400.00 | $120.00 |
| Paul Combe | 06/10/2024 | Research: Review Judge Glenn's 2004 decisions in connection with discovery (fmr. employee XZ, includes 50 minutes Westlaw time) | 1.00 | $200.00 | $200.00 |
| Jarred Herzberg | 06/17/2024 | Prepare Document: Prepare damages calculation for total corporate creditor class / discovery motion. | 5.00 | $700.00 | $3,500.00 |
| Joseph Sarachek | 06/19/2024 | Phone Call: Respond to numerous corporate creditors who want to join in on Faller motion to compel. Discuss the particulars of the motion and issues of damages with those | 1.50 | $1,800.00 | $2,700.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | creditors. | | | |
| Joseph Sarachek | 06/20/2024 | Review Documents: Review Celsius objection to Motion to Compel | 1.50 | $1,800.00 | $2,700.00 |
| Joseph Sarachek | 06/25/2024 | Legal Filing: Prepare adjournment of 6/27 hearing based on the fact that K&E haven't produced ample discovery | 0.50 | $1,800.00 | $900.00 |
| Paul Combe | 06/25/2024 | Review Documents: Review plan documents, disclosure statement and draft memo on discrimination of corporate creditors under the plan (fmr. employee XZ) | 6.00 | $200.00 | $1,200.00 |
| Paul Combe | 06/26/2024 | Review Documents: Review plan documents, disclosure statement and draft memo on discrimination of corporate creditors under the plan (fmr. employee XZ) | 2.00 | $200.00 | $400.00 |
| Joseph Sarachek | 06/27/2024 | Hearing: Attend adjourned hearing on Celsius and listen to Judge Glenn's comments about our motion to compel and discovery motion. | 1.00 | $1,800.00 | $1,800.00 |
| Joseph Sarachek | 06/28/2024 | Re: Celsius comm with Jeffry Chubek - attorney for corporate creditor | 0.10 | $1,800.00 | $180.00 |
| Joseph Sarachek | 06/28/2024 | Research: Review transcript of yesterday's hearing and discuss open discovery issues with Faller and subsequently Koenig | 1.50 | $1,800.00 | $2,700.00 |
| Paul Combe | 06/28/2024 | Phone Call: Order audio recording of hearing | 0.20 | $400.00 | $80.00 |
| Paul Combe | 06/28/2024 | Administrative: Preparation of expedited hearing transcription process | 0.20 | $400.00 | $80.00 |
| Paul Combe | 06/28/2024 | Review Documents: Transcription - review for accuracy | 0.50 | $400.00 | $200.00 |
| Jarred Herzberg | 06/28/2024 | Meeting: June omnibus hearing - zoom | 1.00 | $700.00 | $700.00 |
| Joseph Sarachek | 06/30/2024 | Phone Call: Confer with other corporate creditors, including Australian creditors | 1.10 | $1,800.00 | $1,980.00 |
| Joseph Sarachek | 07/01/2024 | Prepare Document: Review Faller request for discovery and discuss FRBP | 1.20 | $1,800.00 | $2,160.00 |
| Paul Combe | 07/01/2024 | Review Documents: Review cases on post-confirmation defaults and discuss with Sarachek and Herzberg (fmr. employee XZ, includes 250 minutes of Westlaw time) | 7.00 | $200.00 | $1,400.00 |
| Joseph Sarachek | 07/02/2024 | Review Discovery requests of Faller and Wes and discuss with Koenig et al. | 1.10 | $1,800.00 | $1,980.00 |
| Joseph Sarachek | 07/12/2024 | Review Documents: Discovery dispute | 1.50 | $1,800.00 | $2,700.00 |

| Paul Combe | 07/12/2024 | Review Documents: Discovery disclosure ingest and review | 2.00 | $400.00 | $800.00 |
|---|---|---|---|---|---|
| Jarred Herzberg | 07/24/2024 | Meeting: Meeting with Joe and Xuyou on motion. | 1.00 | $700.00 | $700.00 |
| Jarred Herzberg | 07/24/2024 | Prepare Document: Work with Xuyou to get him up to date on case for motion. | 3.50 | $700.00 | $2,450.00 |
| Paul Combe | 07/24/2024 | Meeting: Meeting with Joe and Jarred on motion. (fmr. employee XZ) | 1.00 | $200.00 | $200.00 |
| Paul Combe | 07/24/2024 | Research: Work with Jarred, research of case and motion. (fmr. employee XZ) | 3.50 | $200.00 | $700.00 |
| Paul Combe | 07/24/2024 | Research: Review Debtor's response to Faller motion and prepare reply (fmr. employee XZ, includes 200 minutes Westlaw time) | 4.00 | $200.00 | $800.00 |
| Joseph Sarachek | 07/24/2024 | Meeting: Meeting with Jarred and Xuyou | 1.00 | $1,800.00 | $1,800.00 |
| Jarred Herzberg | 07/25/2024 | Prepare Document: Work with Xuyou on motion | 4.00 | $700.00 | $2,800.00 |
| Paul Combe | 07/25/2024 | Prepare Document: Work with Jarred on motion. (fmr. employee XZ) | 4.00 | $200.00 | $800.00 |
| Paul Combe | 07/25/2024 | Research: Review Debtor's response to Faller motion and prepare reply (fmr. employee XZ, includes 80 minutes Westlaw time) | 4.00 | $200.00 | $800.00 |
| Paul Combe | 07/26/2024 | Prepare Document: Drafting and copyediting - Reply to Debtors' Supplemental Objection to Faller Creditor Motion | 0.60 | $400.00 | $240.00 |
| Paul Combe | 07/26/2024 | Legal Filing: E-filing and service: Reply to Debtors' Supplemental Objection to Faller Creditor Motion | 0.30 | $400.00 | $120.00 |
| Jarred Herzberg | 07/26/2024 | Prepare Document: Work with Xuyou on motion | 4.50 | $700.00 | $3,150.00 |
| Paul Combe | 07/26/2024 | Prepare Document: Work with Jarred on motion. (fmr. employee XZ) | 4.50 | $200.00 | $900.00 |
| Joseph Sarachek | 07/28/2024 | Hearing: Prepare for tomorrow's hearing | 3.00 | $1,800.00 | $5,400.00 |
| Zachary Mazur | 07/29/2024 | Hearing: Hearing on Faller Motion - Status update on distributions | 1.20 | $950.00 | $1,140.00 |
| Joseph Sarachek | 07/29/2024 | Hearing: Prepare for and attend hearing on Motion to Compel further distributions | 6.00 | $1,800.00 | $10,800.00 |
| Paul Combe | 07/29/2024 | Hearing: Hearing on Faller Creditor Motion | 1.20 | $400.00 | $480.00 |
| Jarred Herzberg | 07/29/2024 | Hearing: Hearing on Faller Motion - Status | 1.20 | $700.00 | $840.00 |

| | | update on distributions | | | |
|---|---|---|---|---|---|
| Paul Combe | 07/29/2024 | Hearing: Attend Ct hearing (fmr. employee XZ) | 1.50 | $200.00 | $300.00 |
| Zachary Mazur | 07/30/2024 | Phone Call: Call with post hearing discussion on creditor strategy and procedural options - J Sarachek, J Herzberg | 0.40 | $950.00 | $380.00 |
| Joseph Sarachek | 07/30/2024 | Phone Call: Call to Chris Koenig regarding filing of motion to compel and discuss the need for committee to be formed. | 0.10 | $1,800.00 | $180.00 |
| Zachary Mazur | 07/31/2024 | Meeting: Meeting w J Sarachek, J Herzberg, X Zhang re damages calculations for Faller subclass, procedural options, mediation option, preliminary discovery requirements | 0.80 | $950.00 | $760.00 |
| Zachary Mazur | 07/31/2024 | Review Email: Email J Sarachek C Koenig re distributions to Australian creditors, and obtaining the comprehensive list of the 1900 corporate creditors with claim details. | 0.10 | $950.00 | $95.00 |
| Zachary Mazur | 07/31/2024 | Review Documents: Review transcript of Faller Motion hearing | 0.20 | $950.00 | $190.00 |
| Zachary Mazur | 07/31/2024 | Review Documents: Email J Sarachek C Koenig re settlement discussions involving entire corporate creditor class, Coinbase issues | 0.20 | $950.00 | $190.00 |
| Paul Combe | 07/31/2024 | Research: Research on remedies for default (fmr. employee XZ, includes 300 minutes Westlaw time) | 6.00 | $200.00 | $1,200.00 |
| Zachary Mazur | 08/01/2024 | Legal Filing: 2019 disclosure for ad hoc committee- review, edit | 0.40 | $950.00 | $380.00 |
| Zachary Mazur | 08/01/2024 | Phone Call: Zoom meeting of ad hoc committee members to discuss evolution of discussions with Debtors, damages calc, conv class | 0.60 | $950.00 | $570.00 |
| Zachary Mazur | 08/05/2024 | Phone Call: Initial call w Mediator - Judge Bentley | 1.70 | $950.00 | $1,615.00 |
| Zachary Mazur | 08/06/2024 | Legal Filing: Revising, editing, emailing relating to Stipulation to mediate claims, Status Report on mediation. | 2.60 | $950.00 | $2,470.00 |
| Zachary Mazur | 08/06/2024 | Email: Emailing among members, and discussion of damages calculations for Ad Hoc Commitee of Corporate Creditors | 1.00 | $950.00 | $950.00 |
| Paul Combe | 08/12/2024 | Administrative: Mediation preparation - outreach to parties (by fmr. employee AN) | 2.00 | $150.00 | $300.00 |
| Paul Combe | 08/13/2024 | Administrative: Mediation preparation - | 1.00 | $150.00 | $150.00 |

| | Joinder statement collection with parties (by fmr. employee AN) | | | |
| | | | **Services Subtotal** | **$166,730.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- |
| 06/03/2024 | Notarization of affidavit of service | 1.00 | $2.00 | $2.00 |
| 06/03/2024 | Postage: Printing, envelopes, and postage for service of Faller Creditor motion | 27.00 | $4.15 | $112.05 |
| 07/01/2024 | Court Fee: NYSB audio recording fee | 1.00 | $34.00 | $34.00 |
| 07/29/2024 | Transport: Metronorth ticket to Court and subway fares, and cab fare | 1.00 | $31.00 | $31.00 |
| | | | **Expenses Subtotal** | **$179.05** |

| | **Subtotal** | **$166,909.05** |
| --- | --- | --- |
| | **Total** | **$166,909.05** |

Please make all amounts payable to: Sarachek Law Firm, ███████████████████
████████████████████

Payment is due upon receipt.