Laura Faller McNeil
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **CELSIUS NETWORKS LLC,** *et al.,* <br><br> Post-Effective Date Debtors. | Chapter 11 <br><br> Case No. 22-10964 (MG) |

**NOTICE OF FILING OF PROPOSED ORDER GRANTING APPLICATION FOR ALLOWANCE OF CLAIM FOR SUBSTANTIAL CONTRIBUTION PURSUANT TO 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil**

**PLEASE TAKE NOTICE** that on October 17, 2024, Laura Faller McNeil (Pro Se) filed *Application for Allowance of Claim for Substantial Contribution Pursuant to 11 U.S.C. § 503(b)(3)(D)* for her significant efforts that led to Celsius Corporate Creditors ultimately receiving equitable treatment with the ruling in Docket #7728: *Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief*.

**PLEASE TAKE FURTHER NOTICE** that Laura Faller McNeil hereby files a proposed *Order Granting Application for Allowance of Claim for Substantial Contribution Pursuant to 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil* attached hereto as **Exhibit A** (the "Proposed Order").

# Exhibit A

# Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CELSIUS NETWORKS LLC, *et al.,*<br><br>Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF CLAIM FOR SUBSTANTIAL CONTRIBUTION PURSUANT TO 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil

Upon consideration of the Application for Allowance of Claim for Substantial Contribution pursuant to 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil (the "Application") for her significant efforts that led to Celsius Corporate Creditors ultimately receiving equitable treatment with the *Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief* (ruling filed in Docket #7728)*;* and a hearing having been held before this court to consider the Application on November 13, 2024; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted.

New York, New York
Dated: November_____, 2024

                                                                Signature

                                                          _____
                                                          UNITED STATES BANKRUPTCY JUDGE
                                                          Southern District of New York