Joseph E. Sarachek (Bar # 2163228)
Zachary E. Mazur (Bar # 5706726)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:      (646) 861-4950

*Counsel to the Faller Creditors and to the
Ad Hoc Committee of Corporate Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

1. I caused to be served the following document(s):

    a. NOTICE OF APPLICATION FOR FINAL PROFESSIONAL COMPENSATION / FINAL FEE APPLICATION FOR SARACHEK LAW FIRM

2. The above-named document(s) were served by the following means to the persons as listed below:

    a. ■ **By ECF System:**

       **SEE ECF NOTICE LIST BELOW**

    b. ■ **By United States mail, postage fully prepaid (on 10/18/2024)**:

       **SEE MAILING NOTICE LIST BELOW**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

c. ☐ **By Personal Service:**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

d. ☐ **By direct email (as opposed to through the ECF System):**

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

e. ☐ **By fax transmission:**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

f. ☐ **By messenger:**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.
Signed on: October 18, 2024.

Paul J. Combe                              *[signature]*
Name of Declarant                          Signature of Declarant

State of New York

County of Westchester

Subscribed to and sworn before me this 18th day of October, 2024.

*[Notary seal: ZACHARY E. MAZUR, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in Westchester Cty., 02MA6404012, MY COMMISSION EXPIRES 2/10/2028]*

Notary: _____

2

**SERVICE VIA CM/ECF**

- **David J. Adler**   dadler@mccarter.com
- **Susan L Adler**   nycsa@aol.com, susannycsa@gmail.com
- **Katherine Marie Aizpuru**   kaizpuru@tzlegal.com
- **Benjamin R. Allee**   benjamin@yankwitt.com
- **Nelly Cessiska Almeida**   nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com
- **Andrea Amulic**   andrea.amulic@whitecase.com, mco@whitecase.com
- **Michael Andolina**   mandolina@whitecase.com, mco@whitecase.com
- **Carla O. Andres**   candres@gklaw.com, kboucher@gklaw.com
- **Nikita Ash**   nikita.ash@whitecase.com, mco@whitecase.com;alejandra.palomo@whitecase.com
- **John R. Ashmead**   ashmead@sewkis.com, managingclerkoffice@sewkis.com
- **Matthew P. Austria**   maustria@austriallc.com
- **Darren T. Azman**   dazman@mwe.com, mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com
- **Laura Elizabeth Baccash**   laura.baccash@whitecase.com, mco@whitecase.com
- **Alexandra Steinberg Barrage**   abarrage@dwt.com
- **Malcolm M Bates**   mbates@duanemorris.com
- **Ronit Berkovich**   Ronit.Berkovich@weil.com
- **Jeffrey Bernstein**   jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- **Daniel B. Besikof**   dbesikof@lowenstein.com
- **Lauren Bolcar**   lauren.bolcar@quarles.com
- **Scott Richard Bowling**   scott.bowling@bakerbotts.com
- **Michael P. Broadhurst**   mbroadhurst@wgpllp.com
- **H. Bruce Bronson**   ecf@bronsonlaw.net, hbbronson@bronsonlaw.net;bronson.h.bruceb126820@notify.bestcase.com
- **Mark Bruh**   mark.bruh@usdoj.gov
- **Aaron L. Casagrande**   aaron.casagrande@icemiller.com
- **Kara E. Casteel**   kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com
- **Dean Lindsay Chapman**   dchapman@akingump.com, nymco@akingump.com
- **Michael Chen**   mchen@akingump.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey Chubak**   jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com
- **Jeffrey S. Cianciulli**   jcianciulli@wgpllp.com, imarciniszyn@weirpartners.com
- **Joseph Cioffi**   jcioffi@dglaw.com, galaimo@dglaw.com
- **Marvin E. Clements**   agbanknewyork@ag.tn.gov
- **Hollace T. Cohen**   hollace.cohen@pierferd.com
- **Aaron Colodny**   aaron.colodny@whitecase.com, mco@whitecase.com;kgundersen@whitecase.com
- **Dawn R. Copley**   dcopley@dickinsonwright.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

SARACHEK_LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Karen Cordry**   kcordry@naag.org
- **Shara Claire Cornell**   shara.cornell@usdoj.gov
- **Lucas Gregory Curtis**   lucas.curtis@whitecase.com, mco@whitecase.com;alejandra.palomo@whitecase.com
- **Raniero D'Aversa**   rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com
- **Michael Dal Lago**   mike@dallagolaw.com, fbravo@dallagolaw.com;kim@dallagolaw.com;fvasquez@dallagolaw.com
- **Debra A. Dandeneau**   debra.dandeneau@bakermckenzie.com, lori.seavey@bakermckenzie.com
- **Scott I. Davidson**   sdavidson@kslaw.com
- **Andrew Robert Dawes**   rob@dawes.one
- **Anthony J. DeGirolamo**   tony@ajdlaw7-11.com
- **Roma N Desai**   roma.desai@oag.texas.gov
- **Emily K. Devan**   edevan@milesstockbridge.com
- **David Dinoso**   david@dinosolaw.com
- **Thomas Robert Dominczyk**   tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- **Amish R. Doshi**   amish@doshilegal.com
- **Todd E Duffy**   tduffy@duffyamedeo.com, damedeo@duffyamedeo.com
- **David Edelberg**   dedelberg@sh-law.com
- **Denver Edwards**   dedwards@bradfordedwards.com, scorchado@bradfordedwards.com
- **Daniel Eggermann**   deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Michael S. Etkin**   metkin@lowenstein.com, mseymour@lowenstein.com
- **Joseph B. Evans**   jbevans@mwe.com
- **Sean Andrew Feener**   sean.feener@lockelord.com
- **Alyson M. Fiedler**   alyson.fiedler@icemiller.com, john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com
- **Benjamin Finestone**   benjaminfinestone@quinnemanuel.com, lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com
- **Gary C. Fischoff**   gfischoff@bfslawfirm.com, afilardi@bfslawfirm.com
- **Rachel Lauren Fleder**   rfleder@morrisoncohen.com
- **Peter Fox**   pfox@sprfllp.com
- **Alan L. Frank**   afrank@alflaw.net
- **Devin Freedman**   vel@fnf.law
- **Elise S. Frejka**   efrejka@frejka.com
- **Aaron Garber**   agarber@wgwc-law.com
- **Mario O. Gazzola**   mariogazzola@quinnemanuel.com
- **Stuart P. Gelberg**   spg@13trustee.net
- **John D Giampolo**   jgiampolo@rosenbergestis.com
- **Sheryl P Giugliano**   sgiugliano@rmfpc.com, samiel@rmfpc.com
- **Eduardo J. Glas**   ejglas@gmail.com

4

- **James I. Glasser**   jglasser@wiggin.com
- **Jeffrey R. Gleit**   jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Warren E. Gluck**   warren.gluck@hklaw.com, elvin.ramos@hklaw.com;hapi@hklaw.com;glenn.huzinec@hklaw.com
- **Brian D. Glueckstein**   gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- **Matthew J. Gold**   mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com
- **Eric Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Harley J. Goldstein**   harleyg@restructuringshop.com, teresag@restructuringshop.com;amritk@goldmclaw.com
- **Bonnie R. Golub**   bgolub@wgpllp.com
- **Ronald Gorsich**   rgorsich@whitecase.com, mco@whitecase.com
- **Andrew R. Gottesman**   gottesman@mintzandgold.com, gottesman@mintzandgold.com
- **Jason Gottlieb**   jgottlieb@morrisoncohen.com, courtnotices@morrisoncohen.com
- **Richard D. Grossman**   rgat135@aol.com
- **Janice Beth Grubin**   jgrubin@barclaydamon.com
- **Mark Warren Hancock**   mhancock@gklaw.com
- **Michael R. Handler**   mhandler@kslaw.com
- **Brian G. Hannon**   bhannon@norgaardfirm.com, kcimmino@norgaardfirm.com;crose@norgaardfirm.com
- **Juandisha Harris**   harrisj12@michigan.gov
- **Gorman A. Hatcher-Santaella**   ghatcher@pirillolaw.com
- **Kimberly Anne Havlin**   kim.havlin@whitecase.com, mco@whitecase.com
- **Samuel P Hershey**   shershey@whitecase.com, mco@whitecase.com
- **Michael R. Herz**   mherz@foxrothschild.com
- **Isaac M. Hoenig**   ihoenig@foxrothschild.com
- **Thomas Ross Hooper**   hooper@sewkis.com
- **Mitchell Hurley**   mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com
- **Matthew Ingber**   mingber@mayerbrown.com, nycdocket@mayerbrown.com,4203221420@filings.docketbird.com
- **Mark B Joachim**   mjoachim@polsinelli.com
- **Katherine Johnson**   kjohnson3@ftc.gov, kaizpuru@ftc.gov
- **Andrew Jones**   andrew@ajoneslaw.com
- **Gregory Juell**   gregory.juell@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Elan Kandel**   ekandel@baileycav.com, kmoore@baileycav.com
- **John Kane**   jkane@akingump.com
- **Thomas S. Kessler**   tkessler@cgsh.com, maofiling@cgsh.com
- **Barry R. Kleiner**   dkleiner@kkwc.com, gagnew@kkwc.com
- **Paul Benjamin Koepp**   koepp@sewkis.com
- **Gregory Kopacz**   gkopacz@sillscummis.com
- **Jeffrey Brian Korn**   jkorn@willkie.com, maosbny@willkie.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Lawrence J. Kotler** ljkotler@duanemorris.com
- **Deborah Kovsky-Apap** deborah.kovsky@troutman.com, kay.kress@troutman.com
- **Erica Kravchenko** ekravchenko@bernsteinlaw.com, ekravchenko@ecf.courtdrive.com
- **Joyce A. Kuhns** jkuhns@offitkurman.com
- **Jeffrey Alan Latov** jlatov@akingump.com
- **Ariel Norman Lavinbuk** alavinbuk@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Tyler Nathaniel Layne** tyler.layne@hklaw.com, annmarie.jezisek@hklaw.com;tina.boone@hklaw.com
- **Vincent Edward Lazar** vlazar@jenner.com
- **Brian S. Lennon** maosbny@willkie.com, blennon@willkie.com
- **Thomas Scott Leo** sleo@leolawpc.com, emartinez@leolawpc.com
- **Nicole A Leonard** nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Carol Weiner Levy** cwlevy@Venable.com, cwlevy@venable.com
- **Seth H. Lieberman** slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com
- **Mark A. Lindsay** mlindsay@raineslaw.com
- **Edward J. LoBello** elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- **Nicholas Robert Lombardi** nlombardi@akingump.com
- **Stuart Roth Lombardi** slombardi@willkie.com, maosbny@willkie.com
- **William C. Manderson** cmanderson@ecjlaw.com
- **Stephen Manning** Stephen.Manning@atg.wa.gov, GCEEF@atg.wa.gov
- **Jessica Mannon** jmannon@akingump.com
- **Daniel J. McCarthy** dmccarthy@hillfarrer.com
- **Paul McCulloch** paul@cyberlaw.nyc
- **Hugh R. McCullough** hughmccullough@dwt.com, sherriparsons@dwt.com;SEADocket@dwt.com
- **Matthew James McDonald** mmcdonald@klehr.com
- **Brigette McGrath** bmcgrath@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;rreding@askllp.com
- **Louis Frank Mendez** lmendez@bressler.com
- **Joshua Mester** jmester@jonesday.com
- **Layla Milligan** layla.milligan@oag.texas.gov
- **Michael Mix** mmix@morrisoncohen.com
- **Julie F. Montgomery** jmontgomery@brownconnery.com
- **Michael D. Morris** morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Steven Mulligan** smulligan@cp2law.com
- **Lucian Murley** luke.murley@saul.com, robyn.warren@saul.com
- **Jason A Nagi** jason.nagi@offitkurman.com, rona.cohen@offitkurman.com
- **Leigh Nathanson** lnathanson@kslaw.com
- **Carl D. Neff** carl.neff@pierferd.com
- **Mark Norgaard** mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Victor Noskov**   victornoskov@quinnemanuel.com
- **Jonathan Ohring**   jonathan@yankwitt.com
- **Michael Todd Parker**   todd.parker@parkerpohl.com
- **Arie Peled**   aapeled@venable.com
- **Anne J. Penachio**   apenachio@pmlawllp.com, penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com
- **Joshua Pepper**   jpepper@jpepperesq.com
- **Joel L Perrell**   joel.perrell@wbd-us.com, cindy.giobbe@wbd-us.com
- **Gregory F Pesce**   gregory.pesce@whitecase.com, mco@whitecase.com
- **David H. Pikus**   dpikus@bressler.com
- **Richard J. Pilson**   richardjpilson@aol.com
- **David M Pohl**   david.pohl@parkerpohl.com
- **John Reding**   john.reding@ilag.gov
- **Annemarie V. Reilly**   annemarie.reilly@lw.com
- **James Richards**   jrichards@jjoneslaw.com
- **Devin Rivero**   devin.rivero@whitecase.com, mco@whitecase.com
- **Kyle William Roche**   kroche@fnf.law, akaradjas@rochefreedman.com
- **Shaya Rochester**   shaya.rochester@katten.com, nyc.bknotices@katten.com
- **Aaron A. Romney**   aromney@laxneville.com
- **Jennifer Rood**   jennifer.rood@vermont.gov
- **Jorian L. Rose**   jrose@bakerlaw.com
- **Heath Douglas Rosenblat**   hrosenblat@morrisoncohen.com
- **Abigail Rushing Ryan**   aryan@naag.org
- **Jeffrey S. Sabin**   jssabin@venable.com
- **Monica Alejandra Sanchez**   msanchez@pirillolaw.com
- **Joseph E. Sarachek**   joe@saracheklawfirm.com, jon@saracheklawfirm.com,paul@saracheklawfirm.com
- **Robert M. Sasloff**   robert@jacobspc.com, tiffany@jacobspc.com;david@jacobspc.com
- **Therese Scheuer**   scheuert@sec.gov
- **Ray C Schrock**   ray.schrock@weil.com, matthew.goren@weil.com
- **William D Schroeder**   schroeder@jrlaw.org, healey@jrlaw.org
- **Elizabeth Scott**   edscott@akingump.com
- **Jennifer Selendy**   jselendy@selendygay.com
- **Paul R. Shankman**   pshankman@fortislaw.com
- **Virginia T. Shea**   vshea@mdmc-law.com
- **James H. Shenwick**   jshenwick@gmail.com
- **Paul N. Silverstein**   paulsilverstein@huntonak.com
- **Katherine Stadler**   kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**   csteege@jenner.com, jeffrey_cross@discovery.com
- **Arthur Jay Steinberg**   asteinberg@kslaw.com, sdavidson@kslaw.com
- **Joseph L. Steinfeld**   jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com

- **David L. Stevens**   dstevens@scura.com, vmajano@scura.com;amurphy@scura.com;spereyra@scura.com;ggonzalez@scura.com; ecfbkfilings@scuramealey.com;jromero@scura.com;stevens.davidl.r93878@notify.bestcase.com;dwoody@scura.com
- **Chase Aleksander Stone**   cstone@ecjlaw.com
- **Dawn Rita Sudama**   dsudama@morrisoncohen.com
- **Joshua Sussberg**   jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **Michael Sweet**   msweet@foxrothschild.com
- **Lucy Thomson**   lucythomson_cpo@earthlink.net
- **Patricia B. Tomasco**   pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com
- **Andrew M. Troop**   andrew.troop@pillsburylaw.com
- **David Turetsky**   david.turetsky@whitecase.com, mco@whitecase.com
- **Marianna Udem**   mudem@askllp.com, lmiskowiec@askllp.com;vmartinez@askllp.com
- **Gary D. Underdahl**   gunderdahl@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com
- **United States Trustee**   USTPRegion02.NYECF@USDOJ.GOV
- **William Matthew Uptegrove**   uptegrovew@sec.gov
- **Melissa L. Van Eck**   mvaneck@attorneygeneral.gov
- **Pieter Van Tol**   pieter.vantol@hoganlovells.com, pieter-vantol-0733@ecf.pacerpro.com
- **Christopher Matthew Vaughan**   cvaughan@bressler.com
- **Samir Vora**   svora@milbank.com
- **Jordan Christopher Wall**   jwall@willkie.com, maosbny@willkie.com
- **Susan Warnock**   scw@warnocklegal.com
- **Joshua Weedman**   jweedman@whitecase.com, mco@whitecase.com
- **Morris D. Weiss**   morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com
- **Avi Weitzman**   aweitzman@paulhastings.com
- **Richard E. Weltman**   rew@frblaw.com, mlm@frblaw.com;jguttenplan@frblaw.com;mjaspan@frblaw.com
- **Mary Stephanie Wickouski**   swickouski@lockelord.com, dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com
- **Thaddeus D. Wilson**   thad-wilson-5971@ecf.pacerpro.com, christine-camp-7595@pacerpro.com
- **Kevin J. Windels**   kwindels@kdvlaw.com
- **Julie Marissa Wolf**   jwolf@milbank.com
- **Adrienne Woods**   awoods@wzmplaw.com
- **Joshua Yim**   jyim@mwe.com
- **Jade Yoo**   jade.yoo@whitecase.com, mco@whitecase.com
- **Jack Yoskowitz**   yoskowitz@sewkis.com
- **Dina L. Yunker Frank**   bcuyunker@atg.wa.gov
- **Jason Zakia**   jzakia@whitecase.com, mco@whitecase.com
- **Evan J. Zucker**   ezucker@blankrome.com, eDocketing@blankrome.com

SARACHEK_LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

**Service by USPS First Class Mail**

| Party | Attn | Address1 | Address2 | Address3 | CityStateZip |
|---|---|---|---|---|---|
| Brown Rudnick LLP | Kenneth Aulet | Seven Times Square | | | New York, NY 10036 |
| Cherokee Acquisition | | 1384 Broadway | Suite 906 | | New York, NY 10018 |
| Delray Law, PLLC | Richard Rubino | 238 NE 1st Ave | | | Del Ray Beach, FL 33444 |
| EDS Financial Services, Inc. | | 24 Hammond # C | | | Irvine, CA 92618 |
| Elizabeth D. Scott | | 2300 N. Field Street | Suite 1800 | | Dallas, TX 75201 |
| Jason Voelker | | 145 Corte Madera Town Center #146 | | | Corte Madera, CA 94925 |
| Jonathan Jerry Shroyer | | c/o Monique D. Jewett-Brewster | Hopkins & Carley, ALC. | 70 S. First Street | San Jose, CA 95113 |
| Joshua D Levin-Epstein | | Levin-Epstein & Associates, P.C. | 60 East 42nd Street | Suite 4700 | New York, NY 10165 |
| KB507 LLC | | 10830 SW 69 Ave. | | | Pinecrest, FL 33156 |
| Kirkland & Ellis LLP | Judson Brown, Patrick J. Nash, and Benjamin L. Wallace | 1301 Pennsylvania Avenue, N.W | | | Washington, DC 20004 |
| Kirkland & Ellis LLP | Patrick J. Nash | 300 North LaSalle Street | | | Chicago, IL 60654 |
| Kirkland & Ellis LLP and Kirkland & Ellis International LLP | | 601 Lexington Avenue | | | New York, NY 10022 |
| Kroll Restructuring Administration LLC | Adam M. Adler | 1 World Trade Center | 31st Floor | | New York, NY 10007 |
| Mark Chaponot | | 15 Elm Street | | | Monson, MA 01057 |
| Men's Legal Center | Craig Candelore | 940 C Street | | | San Diego, CA 92101 |

SARACHEK LAW   670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

| | | | | | |
|---|---|---|---|---|---|
| National Association of Attorneys General | Patricia A. Molteni | 1850 M Street, N.W. | Ste 12th FL | | District of Columbia, DC 20036 |
| Otis Davis | | 320 West 38th Street | Apt 1606 | | New York, NY 10018 |
| Rimon, P.C. | Douglas J Schneller | 245 Park Ave. | 39th Floor | | New York, NY 10167 |
| Robert J. Mulvanny | | 2399 Falconer Drive | | | Murrieta, CA 92562-4617 |
| Ross M. Kwasteniet | | Kirkland & Ellis LLP | 300 North LaSalle Street | | Chicago, IL 60654 |
| Signature Bank | | 1400 Broadway | 7th Floor | | New York, NY 10018 |
| SLFAQ LLC | | 670 White Plains Rd Fl. PH | | | Scarsdale, NY 10583 |
| Stretto Claims Agent | | 8269 E. 23rd Avenue | Suite 275 | | Denver, CO 80238 |
| Togut, Segal & Segal LLP | Bryan Kotliar, Kyle J. Ortiz | One Penn Plaza | Suite 3335 | | New York, NY 10119 |
| U.S. Trustee, Region 2 | Shara Cornell, Mark Bruh | Office of the U.S. Trustee | Alexander Hamilton Custom House | One Bowling Green, Rm. 534 | New York, NY 10004 |
| Venable LLP | Andrew J. Currie | 600 Massachusetts Avenue, NW | | | Washington, DC 20001 |
| Weil, Gotshal & Manges, LLP | Theodore Elias Tsekerides | 767 5th Avenue | | | New York, NY 10153 |
| White & Case LLP | Keith Wofford | 1221 Avenue of the Americas | | | New York, NY 10020 |
| XCLAIM Inc. | | 2261 Market Street #4385 | | | San Francisco, CA 94114 |

SARACHEK_LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420