Laura Faller McNeil
*Pro Se*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re**<br><br>**CELSIUS NETWORKS LLC,** *et al.,*<br><br>Debtors. | Chapter 11<br><br>**Case No. 22-10964 (MG)** |

**NOTICE OF APPLICATION FOR ALLOWANCE OF CLAIM FOR SUBSTANTIAL CONTRIBUTION PURSUANT TO 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil**

**PLEASE TAKE NOTICE** that a hearing on the Application for Allowance of Claim for Substantial Contribution Pursuant to 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil, pursuant to this Court's *Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief*, will be held on **November 13, 2024, at 10:00 a.m., prevailing Eastern Time** (the "Hearing") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held **only via Zoom for Government** before the Court. This Hearing is not expected to involve the taking of testimony (a "Non-Testimonial Hearing"). All parties in interest, their attorneys, and witnesses must attend the Hearing by Zoom for Government. Parties wishing to appear at the Hearing by Zoom, whether by making a "live" or "listen only" appearance before the Court, must register an electronic

appearance (an "eCourtAppereance") through the Court's Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Electronic appearances (eCourtAppearances) must be entered no later than **4:00 p.m., the business day before the Hearing, (prevailing Eastern Time)** (*i.e.*, **on November 12, 2024).**

**PLEASE TAKE FURTHER NOTICE** that, with the permission of the Court, the public, including members of the media, may dial-in to Non-Testimonial Hearings remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the Hearing by using the audio platform must register its appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., the business day before the Hearing, (prevailing Eastern Time)** (*i.e.*, **on November 12, 2024).**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York; (c) be filed electronically with the Court on the docket of In re Celsius Network LLC, No. 22-10964 (MG) by registered users of the Court's electronic filing system and in accordance with all General Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern District of New York (which are available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served in accordance with the Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 2560] (the "Case Management Order") by **November 6, 2024, at 4:00 p.m., prevailing Eastern Time**, to (i) Laura Faller McNeil, (ii)

Post-Effective Date Debtors, and (iii) any person or entity with a particularized interest in the subject matter of the Application.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

San Jose, California
Dated: October 18, 2024

/s/ Laura Faller McNeil

Laura Faller McNeil *(Pro Se)*

Representative for "Faller Creditors",

Sheri and Bernard Jacob Faller

*BFaller RD LLC*

*BFaller ROTH RD LLC*

*SFaller TRD RD LLC*

*SFaller RD LLC*

laurafaller@gmail.com