Dear Chief Judge Glenn,

My name is Dr. Nikita Korolko, and I am a creditor of Celsius Network.

I want to complain about Stretto who handles the bankruptcy case. This is my second attempt to reach out to your office. Unfortunately, the first attempt did not result in any action from Stretto except a generic email template without any information that they sent to me.

In the last 7 months (since March 2024):

1. Stretto did not provide me with any information about the status of my distribution case.
2. Stretto did not contact me neither by phone, mail or email (that they have on file) except generic "please wait" email.
3. Stretto did not reply to multiple emails and support tickets that I filed trying to get the information about my case. I am willing to help them with anything they may need from my side.

The amount of my claim to Celsius Network is very material to me. It constitutes a significant portion of my annual income and net worth. I find Stretto operations very slow and stressful for many creditors (including myself).

Could you please ask Stretto to review my claim and start working on my case? That would be a great support to me.

Thank you for your service and consideration.
Nikita

19 Oct 2024
Chicago, IL