October 19, 2024

Honorable Martin Glenn
Chief Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Letter in Support of Application for Allowance of Claim for Substantial Contribution for Laura Faller McNeil (Docket # 7755)**

Dear Honorable Judge Glenn,

    I am writing to you on behalf of many Corporate Creditors who are expressing immense appreciation for the substantial contributions Laura Faller McNeil has made to help us receive equitable distributions in the Celsius bankruptcy case. I am in full support of her *Application for Allowance of Claim for Substantial Contribution* (Docket # 7755), and ask that you review her claim in the manner you are for other professionals being awarded compensation fees.

    Ms. McNeil and I connected eight months ago with a common goal to ensure our voices were being heard, and I saw firsthand how she worked tirelessly since March to draw attention to this issue of inequitable distributions for corporate creditors. I recall Ms. McNeil spending countless hours looking through past dockets, collecting data, and summarizing the key points to ensure Sarachek Law Firm would have all facts to proceed with the Motion for Discovery. She was truly the leader amongst some of the passionate corporate creditors seeking justice, and this was evident in the Telegram social media where so many expressed appreciation for her relentless effort. Ms. McNeil also demonstrated compassion for those who were in despair, and made it clear she was not just doing this for her own self-interest as she was in constant contact with many corporate creditors to ensure the issue stayed visible and relevant. She never gave up fighting for equitable treatment of all corporate creditors and worked very hard to raise awareness until there was an equitable and just outcome.

    I believe Ms. McNeil's contributions were truly necessary and extraordinary and not only done in coordination with Sarachek Law Firm, but her efforts proceeded their involvement. She pushed this issue forward when others gave up in frustration, and she remained committed to doing what was necessary to get this resolved. If not for her involvement and efforts, I have no doubt that this issue of unjust treatment to corporate creditors would have not been resolved. Ms. McNeil acted as a professional and representative for so many of us and should be compensated as such.

    Your Honor, thank you for taking the time to read this and for your consideration in granting Ms. McNeil her application which she truly deserves for her contributions.

Sincerely,

Wesley Chang,
JinwesLLC@gmail.com