**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On October 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Ambrish Baisiwala at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing on the Litigation Administrator's First Omnibus Objection to Certain Insufficient Documentation Claims** (Docket No. 7639)

Furthermore, on October 15, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Lo Sonny at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court Remotely** (Docket No. 7711)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on October 15, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Aggarwal Vaibhav at a redacted address, pursuant to USPS forwarding instructions:

- **Notice of Hearing on the Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7730)

- **Final Notice of Objection to Your Proof of Claim and Deadline to File a Response with the Bankruptcy Court**

Dated: October 21, 2024

_____
Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 21st day of October, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026