**WHITE & CASE LLP**
Samuel P. Hershey
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
      lucas.curtis@whitecase.com
      nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
      devin.rivero@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
      laura.baccash@whitecase.com

– and –

**ASK LLP**
Marianna Udem
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
      kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors.[1] | |

---

[1] The debtors ("**Debtors**") in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding

**NOTICE OF FILING OF SECOND AMENDED PROPOSED ORDER
GRANTING LITIGATION ADMINISTRATOR'S
MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS
SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES**

**PLEASE TAKE NOTICE** that Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated debtors (the "**Litigation Administrator**"), by and through his undersigned counsel, hereby files a second amended proposed *Order Granting Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties,* attached hereto as **Exhibit A** (the "**Order**"), establishing that the Breaching Parties[2] identified in **Exhibit 1 to the Order** are in breach of the Settlement Agreements. The only change from the original version of the Order is that the names of certain individuals who have resolved their breach have been removed from Exhibit 1. A redline to the original version of the Order is attached as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of the motions and other pleadings filed in these chapter 11 cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

---

LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]  Capitalized terms used but not defined herein have the meanings ascribed to them in the *Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* [Docket No. 7709] (the "**Motion to Enforce**").

2

Dated: October 22, 2024
      New York, New York

By: *Samuel P. Hershey*

**WHITE & CASE LLP**
Samuel P. Hershey
Lucas G. Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  sam.hershey@whitecase.com
       lucas.curtis@whitecase.com
       nikita.ash@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email:  gregory.pesce@whitecase.com
       laura.baccash@whitecase.com

– and –

**WHITE & CASE LLP**
Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email:  kwofford@whitecase.com
       devin.rivero@whitecase.com

**ASK LLP**
Marianna Udem, Esq.
60 East 42nd Street
46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email: mudem@askllp.com

– and –

**ASK LLP**
Brigette McGrath, Esq.
Kara E. Casteel, Esq. (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:  bmcgrath@askllp.com
       kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

# Exhibit A

**Second Amended Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| CELSIUS NETWORK LLC, *et al.*, | § | Case No. 22-10964 (MG) |
| | § | |
| Post-Effective Date Debtors.³ | § | |
| | § | |

**ORDER GRANTING LITIGATION ADMINISTRATOR'S
MOTION TO ENFORCE CUSTOMER PREFERENCE CLAIMS
SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES**

Upon the *Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties* [Docket No. 7709] (the "**Motion to Enforce**"),⁴ filed by Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated post-effective date debtors (the "**Litigation Administrator"**), for entry of an order (the "**Order**") enforcing the Settlement Agreements against the Breaching Parties listed in **Exhibit A**; and upon the October 8, 2024 hearing regarding the Motion; and upon the *Supplemental Brief of the Litigation Administrator in Support of (I) the Litigation Administrator's Motion to Enforce*

---

³   The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

⁴   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion to Enforce.

*Customer Preference Claims Settlement Agreements against Certain Breaching Parties and (II) the Litigation Administrator's Motion for Entry of an Order Authorizing the Litigation Administrator to Redact and File under Seal Certain Confidential Terms of Customer Preference Claims Settlement Agreements against Certain Breaching Parties* [Docket No. 7769] (the "**Supplemental Brief**"); and the Court finding that it has jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409 and according to the terms of the Settlement Agreement; and the Court finding and determining that the relief requested in the Motion is in the best interest of the Litigation Administrator, creditors, and all parties-in-interest; and the Litigation Administrator having provided due and adequate notice of the Motion, and that no other notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and after due deliberation and sufficient cause appearing therefore, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein. Any objections or reservations of rights filed in respect of the Motion are overruled, with prejudice.

2. The Settlement Agreements between the Litigation Administrator and the Breaching Parties are valid and enforceable contracts.

3. The Breaching Parties have breached the Settlement Agreements by failing to remit payment by their respective settlement payment deadlines.

4. The Breaching Parties shall remit their outstanding settlement payment amounts to the Litigation Administrator within 30 days of the entry of this Order.

5. The Litigation Administrator may seek all available damages and remedies against any Breaching Party who does not comply with this Order or otherwise cure its breach of a Settlement Agreement.

6. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated: _____
      New York, New York

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

### **List of Breaching Parties**

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 1. | AHMED, MOHAMMED | 04/29/24 |
| 2. | AROSEMENA, JUAN | 05/16/24 |
| 3. | INTENTIONALLY LEFT BLANK | N/A |
| 4. | BLESSING, ROBERT | 04/18/24 |
| 5. | BOHNSACK, ANDREAS | 05/01/24 |
| 6. | BOHNSACK, MARINDA | 05/01/24 |
| 7. | BOLLAERT, FABIAN | 03/31/24 |
| 8. | RESOLVED | N/A |
| 9. | BRYSON, VOE | 05/01/24 |
| 10. | CALANDRA, STEVEN | 05/26/24 |
| 11. | CALEB, PAUL | 04/04/24 |
| 12. | CAMERON, DUNCAN | 03/27/24 |
| 13. | CASAL, GERARDO | 05/01/24 |
| 14. | RESOLVED | N/A |
| 15. | CHEN, KEVIN | 04/05/24 |
| 16. | CHENG, CHRISTI | 04/29/24 |
| 17. | RESOLVED | N/A |
| 18. | CHIANG, MING | 04/18/24 |
| 19. | CHUNG, LAI | 04/14/24 |
| 20. | RESOLVED | N/A |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| **21.** | DOAN, VIET | 03/23/24 |
| **22.** | DOS SANTOS, PABLO | 03/20/24 |
| **23.** | FAUCON, PASCAL | 04/29/24 |
| **24.** | FRIEDER, CASEY | 04/25/24 |
| **25.** | GARZA, SAM | 04/29/24 |
| **26.** | GOODE, DAVID | 03/22/24 |
| **27.** | GRABER, JOSHUA | 04/29/24 |
| **28.** | HAHN, YAO | 05/20/24 |
| **29.** | HAN, CHARLES | 03/21/24 |
| **30.** | HARTE, JAMES | 07/01/24 |
| **31.** | HEARD, ZACK | 04/12/24 |
| **32.** | HENSLEY, CHRISTOPHER | 04/08/24 |
| **33.** | HERNANDEZ, ELIAS | 03/21/24 |
| **34.** | RESOLVED | N/A |
| **35.** | IRVING, HAROLD | 04/06/24 |
| **36.** | IVIC, JOSIP | 04/13/24 |
| **37.** | JEAN, PASCAL | 04/23/24 |
| **38.** | JIANG, YONG | 03/28/24 |
| **39.** | KENG, EVIEON | 04/24/24 |
| **40.** | KHOURY, SAMIR | 05/16/24 |
| **41(i).** | RESOLVED | N/A |
| **41(ii).** | RESOLVED | N/A |

5

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 42. | KING, JOHN | 04/23/24 |
| 43. | RESOLVED | N/A |
| 44. | KUHFUSS, CLEMENT | 03/20/24 |
| 45. | LAMOUR, DAMIAN | 04/12/24 |
| 46. | RESOLVED | N/A |
| 47. | LOPORTO, PHILIP | 04/25/24 |
| 48. | MACMANUS, MICHAEL | 07/08/24 |
| 49(i). | MAY, JAMES | 04/24/24 |
| 49(ii). | MAY, JAMES | 05/18/24 |
| 50. | RESOLVED | N/A |
| 51. | INTENTIONALLY LEFT BLANK | N/A |
| 52. | MEINHOLD, KYLE | 08/30/24 |
| 53. | RESOLVED | N/A |
| 54. | MERMET, LEONARD | 03/21/24 |
| 55. | MILLER, DAVID | 04/23/24 |
| 56. | MISRA, AMIT | 04/29/24 |
| 57. | MITCHELL, DAVID | 04/22/24 |
| 58. | MOHAMED, ISLAM | 04/05/24 |
| 59. | RESOLVED | N/A |
| 60(i). | NANCHEVA, ROSITSA | 04/24/24 |
| 60(ii). | NANCHEVA, ROSITSA | 05/01/24 |
| 61. | NARAINSINGHANI, MANIK | 03/27/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 62. | ONG, EUGENE | 04/29/24 |
| 63. | PANAYIOTOU, ANTONIO | 07/10/24 |
| 64. | PEETZ, MATTHEW | 04/30/24 |
| 65. | RESOLVED | N/A |
| 66. | RESOLVED | N/A |
| 67. | RIVERA, OSCAR | 04/23/24 |
| 68. | RUDOLPH, FREDERICK | 04/28/24 |
| 69. | SALLEH, FAROUK | 04/28/24 |
| 70. | SELMAR, SAMUEL | 04/15/24 |
| 71. | RESOLVED | N/A |
| 72. | SEYMOUR, HAMISH | 03/20/24 |
| 73. | SHADUR, ANTHONY | 04/05/24 |
| 74. | RESOLVED | N/A |
| 75. | SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O. | 04/19/24 |
| 76. | ST. LEDGER, ROBERT | 04/16/24 |
| 77. | STAGGS, PATRICK | 04/30/24 |
| 78. | RESOLVED | N/A |
| 79. | SUASO, JULIAN | 04/15/24 |
| 80. | SUN, JUNFENG | 05/01/24 |
| 81. | TEH, HOOI | 04/29/24 |
| 82. | RESOLVED | N/A |
| 83. | TORRES, EMERSON | 03/20/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| **84.** | TORRET, BERTRAND | 05/01/24 |
| **85.** | TSANG, WING | 04/30/24 |
| **86.** | TSO, MANEL | 05/17/24 |
| **87.** | TURNER, VICTOR | 04/23/24 |
| **88.** | TURPIN, CARL | 04/29/24 |
| **89.** | RESOLVED | N/A |
| **90.** | VOUNG, MINH | 04/24/24 |
| **91.** | WITKOWSKI, CYRIL | 04/08/24 |
| **92(i).** | RESOLVED | N/A |
| **92(ii).** | RESOLVED | N/A |
| **93.** | WU, NIEN | 04/06/24 |
| **94.** | YEUNG, KEI | 05/01/24 |
| **95.** | YI, FEI | 03/20/24 |
| **96.** | YIEN, RENNY | 05/03/24 |
| **97.** | RESOLVED | N/A |

# Exhibit B

**Comparison of Original Breaching Parties List to Updated Breaching Parties List**

**Exhibit B**

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 1. | AHMED, MOHAMMED | 04/29/24 |
| 2. | AROSEMENA, JUAN | 05/16/24 |
| 3. | INTENTIONALLY LEFT BLANK | N/A |
| 4. | BLESSING, ROBERT | 04/18/24 |
| 5. | BOHNSACK, ANDREAS | 05/01/24 |
| 6. | BOHNSACK, MARINDA | 05/01/24 |
| 7. | BOLLAERT, FABIAN | 03/31/24 |
| 8. | ~~BROMFIELD, JOHN~~RESOLVED | ~~06/11/24~~N/A |
| 9. | BRYSON, VOE | 05/01/24 |
| 10. | CALANDRA, STEVEN | 05/26/24 |
| 11. | CALEB, PAUL | 04/04/24 |
| 12. | CAMERON, DUNCAN | 03/27/24 |
| 13. | CASAL, GERARDO | 05/01/24 |
| 14. | ~~CHACON, JUSTIN~~RESOLVED | ~~04/08/24~~N/A |
| 15. | CHEN, KEVIN | 04/05/24 |
| 16. | CHENG, CHRISTI | 04/29/24 |
| 17. | ~~CHERRIER, MARC~~RESOLVED | ~~05/17/24~~N/A |
| 18. | CHIANG, MING | 04/18/24 |
| 19. | CHUNG, LAI | 04/14/24 |
| 20. | ~~DAVIS, BRADLEY~~RESOLVED | ~~05/01/24~~N/A |
| 21. | DOAN, VIET | 03/23/24 |
| 22. | DOS SANTOS, PABLO | 03/20/24 |

2

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 23. | FAUCON, PASCAL | 04/29/24 |
| 24. | FRIEDER, CASEY | 04/25/24 |
| 25. | GARZA, SAM | 04/29/24 |
| 26. | GOODE, DAVID | 03/22/24 |
| 27. | GRABER, JOSHUA | 04/29/24 |
| 28. | HAHN, YAO | 05/20/24 |
| 29. | HAN, CHARLES | 03/21/24 |
| 30. | HARTE, JAMES | 07/01/24 |
| 31. | HEARD, ZACK | 04/12/24 |
| 32. | HENSLEY, CHRISTOPHER | 04/08/24 |
| 33. | HERNANDEZ, ELIAS | 03/21/24 |
| 34. | ~~HORNEMAN, MICHEL~~RESOLVED | ~~04/06/24~~N/A |
| 35. | IRVING, HAROLD | 04/06/24 |
| 36. | IVIC, JOSIP | 04/13/24 |
| 37. | JEAN, PASCAL | 04/23/24 |
| 38. | JIANG, YONG | 03/28/24 |
| 39. | KENG, EVIEON | 04/24/24 |
| 40. | KHOURY, SAMIR | 05/16/24 |
| 41(i). | ~~KIM, KEVIN~~RESOLVED | ~~04/25/24~~N/A |
| 41(ii). | ~~KIM, KEVIN~~RESOLVED | ~~06/13/24~~N/A |
| 42. | KING, JOHN | 04/23/24 |
| 43. | ~~KOSTERMAN, STEPHEN~~RESOLVED | ~~05/01/24~~N/A |
| 44. | KUHFUSS, CLEMENT | 03/20/24 |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 45. | LAMOUR, DAMIAN | 04/12/24 |
| 46. | ~~LATHIA, CHIRAG~~RESOLVED | ~~04/30/24~~N/A |
| 47. | LOPORTO, PHILIP | 04/25/24 |
| 48. | MACMANUS, MICHAEL | 07/08/24 |
| 49(i). | MAY, JAMES | 04/24/24 |
| 49(ii). | MAY, JAMES | 05/18/24 |
| 50. | ~~MAYNARD, LAURENCE~~RESOLVED | ~~04/14/24~~N/A |
| 51. | INTENTIONALLY LEFT BLANK | N/A |
| 52. | MEINHOLD, KYLE | 08/30/24 |
| 53. | ~~MELCHERS, DANIELLE~~RESOLVED | ~~04/07/24~~N/A |
| 54. | MERMET, LEONARD | 03/21/24 |
| 55. | MILLER, DAVID | 04/23/24 |
| 56. | MISRA, AMIT | 04/29/24 |
| 57. | MITCHELL, DAVID | 04/22/24 |
| 58. | MOHAMED, ISLAM | 04/05/24 |
| 59. | ~~NAGAR, YEHUDA~~RESOLVED | ~~06/05/24~~N/A |
| 60(i). | NANCHEVA, ROSITSA | 04/24/24 |
| 60(ii). | NANCHEVA, ROSITSA | 05/01/24 |
| 61. | NARAINSINGHANI, MANIK | 03/27/24 |
| 62. | ONG, EUGENE | 04/29/24 |
| 63. | PANAYIOTOU, ANTONIO | 07/10/24 |
| 64. | PEETZ, MATTHEW | 04/30/24 |
| 65. | ~~PETRAUSKAS, DIMITRIJUS~~RESOLVED | ~~04/04/24~~N/A |

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 66. | ~~PINGALI, SILPA~~RESOLVED | ~~04/27/24~~N/A |
| 67. | RIVERA, OSCAR | 04/23/24 |
| 68. | RUDOLPH, FREDERICK | 04/28/24 |
| 69. | SALLEH, FAROUK | 04/28/24 |
| 70. | SELMAR, SAMUEL | 04/15/24 |
| 71. | ~~SEPASSI, FARSHID~~RESOLVED | ~~04/24/24~~N/A |
| 72. | SEYMOUR, HAMISH | 03/20/24 |
| 73. | SHADUR, ANTHONY | 04/05/24 |
| 74. | ~~SINGH, PRABAL~~RESOLVED | ~~03/25/24~~N/A |
| 75. | SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O. | 04/19/24 |
| 76. | ST. LEDGER, ROBERT | 04/16/24 |
| 77. | STAGGS, PATRICK | 04/30/24 |
| 78. | ~~STONE, MICHAEL~~RESOLVED | ~~04/04/24~~N/A |
| 79. | SUASO, JULIAN | 04/15/24 |
| 80. | SUN, JUNFENG | 05/01/24 |
| 81. | TEH, HOOI | 04/29/24 |
| 82. | ~~TO, JOSHUA~~RESOLVED | ~~03/24/24~~N/A |
| 83. | TORRES, EMERSON | 03/20/24 |
| 84. | TORRET, BERTRAND | 05/01/24 |
| 85. | TSANG, WING | 04/30/24 |
| 86. | TSO, MANEL | 05/17/24 |
| 87. | TURNER, VICTOR | 04/23/24 |
| 88. | TURPIN, CARL | 04/29/24 |

5

| Exhibit No. | Counterparty | Date of Agreement |
|---|---|---|
| 89. | ~~VAN GILS, MARTEN~~RESOLVED | ~~04/07/24~~N/A |
| 90. | VOUNG, MINH | 04/24/24 |
| 91. | WITKOWSKI, CYRIL | 04/08/24 |
| 92(i). | ~~WONG, JASON~~RESOLVED | ~~03/25/24~~N/A |
| 92(ii). | ~~WONG, JASON~~RESOLVED | ~~04/16/24~~N/A |
| 93. | WU, NIEN | 04/06/24 |
| 94. | YEUNG, KEI | 05/01/24 |
| 95. | YI, FEI | 03/20/24 |
| 96. | YIEN, RENNY | 05/03/24 |
| 97. | ~~ZEMSER, RACHEL~~RESOLVED | ~~04/29/24~~N/A |

| Summary report: Litera Compare for Word 11.8.0.56 Document comparison done on 10/22/2024 6:03:41 PM ||
|---|---|
| **Style name:** 2_WC_StandardSet ||
| **Intelligent Table Comparison:** Active ||
| **Original filename:** _CEL - Exhibit B - Summary Chart for Motion to Enforce Settlement Agreement.docx ||
| **Modified filename:** 24.10.22 Exhibit A.docx ||
| **Changes:** ||
| Add | 45 |
| Delete | 44 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 89 |