Colton Ellison Gallant

19 Clinton Dr.

Yarmouth Port, MA 02675

Colton.b.ellison@gmail.com

774 722 4663



10/24/2024

United States Bankruptcy Court for the Southern District of New York

Attn: Celsius Network LLC Chapter 11 Case

One Bowling Green New York, NY 10004

Re: Celsius Network LLC, et al. (Case No. 22-10964 (MG))

Response to Objection Regarding Claim No. 616

Dear Judge Glenn and the Honorable Court,

I am writing in response to the Debtors' objection to my claim, as outlined in the Objection received by mail. After reviewing the Debtors' position that my claim does not provide sufficient supporting documentation and should be modified to reflect the amounts recorded in the Debtors' books and records, I hereby acknowledge and accept the modification as proposed.

I understand that my claim will be adjusted to the amount reflected in the Debtors' books and records, and I agree to move forward on this basis. I waive any further objection regarding this matter.

Please let this letter serve as my formal notice of acceptance of the modified claim amount as part of the ongoing Chapter 11 proceedings.

Thank you for your attention to this matter.

Sincerely,

Colton Ellison Gallant