UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,<br><br>         Post-Effective Date Debtors.[1] | Chapter 11<br><br>Case No. 22-10964 (MG) |

## ORDER AUTHORIZING THE LITIGATION ADMINISTRATOR TO REDACT AND FILE UNDER SEAL CERTAIN CONFIDENTIAL TERMS OF CUSTOMER PREFERENCE CLAIMS SETTLEMENT AGREEMENTS AGAINST CERTAIN BREACHING PARTIES

Upon the motion (the "Motion") of Mohsin Y. Meghji, as Litigation Administrator for Celsius Network LLC and its affiliated post-effective date debtors (the "Litigation Administrator"), for entry of an order (this "Order"), authorizing the Litigation Administrator to (a) redact certain terms that constitute commercially sensitive information (the "Confidential Terms") from the Settlement Agreements with Breaching Parties and file the Confidential Terms under seal for the remainder of these Chapter 11 Cases, (b) provide unredacted versions of the Settlement Agreements with Breaching Parties solely to (i) the United States Bankruptcy Court for the Southern District of New York, (ii) the United States Trustee for the Southern District of New York, and (iii) counsel to the Post-Effective Date Debtors ((i) through (iii) collectively, the "Receiving Parties"), and (c) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the

---

[1]     The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Amended Standing Order of Reference from the United States District Court for the Southern District of New York, entered February 1, 2012; and this Court having power to enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interest of the Debtors' Estates, their creditors, and other parties in interest; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1. The Motion is granted as set forth herein.

2. The Litigation Administrator is authorized, pursuant to sections 105(a) and 107(b) of the Bankruptcy Code, Bankruptcy Rule 9018, and Local Rules 9018-1 and 9037-1, to redact the Confidential Terms from the Settlement Agreements with Breaching Parties and file the Confidential Terms under seal.

3. The Litigation Administrator is authorized to cause the unredacted versions of the Settlement Agreements with Breaching Parties to be served on and made available, on a confidential basis, to the Receiving Parties.

4. The unredacted versions of the Settlement Agreements with Breaching Parties shall remain confidential and not be made available to anyone other than the Receiving Parties without the Litigation Administrator's consent, may not be filed on the public docket, and shall remain under seal until the closure of these chapter 11 cases absent further order of the Bankruptcy Court.

5. The Clerk of this Court shall treat the Confidential Terms contained in the Settlement Agreements with Breaching Parties as confidential, and counsel for the Litigation Administrator shall contact the Clerk's Office regarding the return or disposition of the unredacted

Settlement Agreements with Breaching Parties as soon as practicable following the conclusion of these chapter 11 cases.

6. Any party authorized to receive the unredacted versions of the Settlement Agreements with Breaching Parties shall be authorized and directed, subject to Local Rule 9018-1, to redact specific references to the information set forth therein from pleadings filed on the public docket maintained in these chapter 11 cases. If the Confidential Terms are attached or referred to in any future pleadings or documents filed with this Court relating to these chapter 11 cases, this Order shall apply to such pleading or document.

7. Any party who receives access to the unredacted Confidential Terms in accordance with this Order shall not disclose or otherwise disseminate this information to any other person or entity, including in response to a request under the Freedom of Information Act, without further order of the Bankruptcy Court.

8. The requirements of the Bankruptcy Rules and Local Rules, including Local Rules 9013-1 and 9018-1, are satisfied by the contents and proposed service of the Motion.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. The Litigation Administrator is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

[*Remainder of page intentionally left blank.*]

4

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

Dated:  October 29, 2024
        New York, New York

                                            /s/ Martin Glenn
                                            MARTIN GLENN
                                    Chief United States Bankruptcy Judge