UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*<br><br>Post-Effective Date Debtors. | Case No. 22-10964 (MG) |

## CERTIFICATE OF SERVICE

I, David Kitto, depose and say that I am employed by Reliable Companies who provided noticing services in the above-captioned case.

On October 23rd, 2024, at my direction and under my supervision, employees of Reliable Companies caused the following document to be served via electronic and first class mail on the service list attached hereto as Exhibit A:

- **Supplemental Brief** of the Litigation Administrator in Support of (I) the Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties and (II) the Litigation Administrator's Motion for Entry of an Order Authorizing the Litigation Administrator to Redact and File Under Seal Certain Confidential Terms of Customer Preference Settlement Agreements Against Certain Breaching Parties [Docket 7769]

- **Notice of Filing of Second Amended Proposed Order** Granting Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket 7770]

Furthermore, on October 24th, 2024, at my direction and under my supervision, employees of Reliable Companies caused the following courtesy copies to be delivered via international first class mail on the list attached hereto as Exhibit B:

- **Supplemental Brief** of the Litigation Administrator in Support of (I) the Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties and (II) the Litigation Administrator's Motion for Entry of an Order Authorizing the Litigation Administrator to Redact and File Under Seal Certain Confidential Terms of Customer Preference Settlement Agreements Against Certain Breaching Parties [Docket 7769]

- **Notice of Filing of Second Amended Proposed Order** Granting Litigation Administrator's Motion to Enforce Customer Preference Claims Settlement Agreements Against Certain Breaching Parties [Docket 7770]

Efforts to effectuate service of these documents on the parties listed in Exhibit B are ongoing.

Dated: November 3rd, 2024

*/s/ David Kitto*
David Kitto
Reliable Companies
1007 North Orange Street, Suite 110
Wilmington, DE 19801

# EXHIBIT A

| | |
|---|---|
| **ZACK HEARD** | **YONG HANG JIANG** |
| Address on File | Address on File |
| **VICTOR TURNER** | **VOE BRYSON** |
| Address on File | Address on File |
| **SAM GARZA** | **CHRISTOPHER HENSLEY** |
| Address on File | Address on File |
| **AMIT MISRA** | **MANIK NARAINSINGHANI** |
| Address on File | Address on File |
| **PAUL CALEB** | **ROBERT ST LEDGER** |
| Address on File | Address on File |

**DAMIAN BAO DAI LAMOUR**

Address on File

**KYLE THOMAS MEINHOLD**

Address on File

**KEVIN CHEN**

Address on File

**SAMUEL SELMAR**

Address on File

**JULIAN SUASO**

Address on File

**JAMES MAY**

Address on File

**GERARDO DE LA CARIDAD CASAL**

Address on File

**PATRICK STAGGS**

Address on File

**OSCAR RIVERA**

Address on File

**HAROLD BYRON IRVING**

Address on File

| | |
|---|---|
| **SAMIR KHOURY** | **ELIAS HERNANDEZ** |
| Address on File | Address on File |
| **DAVID MITCHELL** | **DAVID MILLER** |
| Address on File | Address on File |
| **CHRISTI CHENG** | **JOSHUA LEE GRABER** |
| Address on File | Address on File |
| **CASEY FRIEDER** | **ROBERT BLESSING** |
| Address on File | Address on File |
| **EMERSON TORRES** | **STEVEN CALANDRA** |
| Address on File | Address on File |

**MINH VUONG**

Address on File

# EXHIBIT B[1]

---

[1] The below-listed parties were served courtesy copies of the relevant pleadings via mail. Efforts to effectuate service on these parties are ongoing.

**ANTHONY SHADUR**

Address on File

**HAMISH SEYMOUR**

Address on File

**JOHN KING**

Address on File

**MICHAEL MACMANUS**

Address on File

**ROSITSA NIKOLAEVA NANCHEVA**

Address on File

**ISLAM MOHAMED**

Address on File

**Junfeng Sun**

Address on File

**JOSIP IVIC**

Address on File

**LÉONARD MERMET**

Address on File

**BERTRAND TORRET**

Address on File

| | |
|---|---|
| **CLEMENT KUHFUSS** | **CYRIL WITKOWSKI** |
| Address on File | Address on File |
| **FABIAN BOLLAERT** | **FEI YI** |
| Address on File | Address on File |
| **LAI YUNG CHUNG** | **RENNY YIEN** |
| Address on File | Address on File |
| **WING FUNG TSANG** | **KEI MAN YEUNG** |
| Address on File | Address on File |
| **JAMES HARTE** | **CHARLES HAN** |
| Address on File | Address on File |

| | |
|---|---|
| **DUNCAN CAMERON** | **HOOI LEONG TEH** |
| Address on File | Address on File |
| **EUGENE ONG** | **FAROUK SALLEH** |
| Address on File | Address on File |
| **PHILIP LOPORTO** | **JUAN AROSEMENA** |
| Address on File | Address on File |
| **YAO LEE HAHN** | **PASCAL JEAN EMMANUEL FAUCON** |
| Address on File | Address on File |
| **FREDERICK RUDOLPH** | **PASCAL STEVEN JEAN** |
| Address on File | Address on File |

| | |
|---|---|
| **EVIEON SERAPHINA POH HUI KENG (FU HUIQING)** | **SOLIDUM CAPITAL, POSLOVNE STORITVE, D.O.O.** |
| Address on File | Address on File |
| **MATTHEW WADE PEETZ** | **MARINDA BOHNSACK** |
| Address on File | Address on File |
| **ANDREAS BOHNSACK** | **MANEL TSO** |
| Address on File | Address on File |
| **CARL TURPIN** | **PABLO DOS SANTOS** |
| Address on File | Address on File |
| **MING FENG CHIANG** | **NIEN HSIEN WU** |
| Address on File | Address on File |

**MOHAMMED AHMED**

Address on File

**DAVID GOODE**

Address on File

**ANTONIO PANAYIOTOU**

Address on File

**VIET DOAN**

Address on File