Hearing Date: November 13, 2024 at 10:00 a.m. (Eastern Time)
Objection Deadline: November 12, 2024 at 4:00 p.m. (Eastern Time)

GODFREY & KAHN, S.C.
One East Main Street
Madison, Wisconsin 53701
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

Katherine Stadler

*Attorneys for the Fee Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| CELSIUS NETWORK, LLC, *et al.*,[1] | : | Case No. 22-10964 (MG) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

# SECOND AMENDED
# NOTICE OF FILING OF FOURTH INTERIM AND FINAL FEE APPLICATIONS OF SONTCHI, LLC AS COURT-APPOINTED INDEPENDENT FEE EXAMINER AND GODFREY & KAHN, S.C., AS ATTORNEYS FOR THE FEE EXAMINER

**TO:** the Debtors; counsel to the Debtors; the Office of the United States Trustee for the Southern District of New York; counsel to the Official Committee of Unsecured Creditors; and all parties requesting notice pursuant to Bankrupt Rule 2002.

**PLEASE TAKE NOTICE** that on October 22, 2024, pursuant to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Dkt. No. 2560] (the "**Case Management Order**"), the *First*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

*Amended Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Dkt. No. 1745] (the "**Interim Compensation Order**"), and the *Amended Order Appointing Independent Fee Examiner and Establishing Related Procedures for the Review of Fee Applications of Retained Professionals* [Dkt. No. 1746] (the "**Fee Examiner Order**"), Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Examiner in these proceedings, and the Fee Examiner (together, the "**Applicants**"), have filed the *Fourth Interim and Final Fee Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim Compensation Period from November 1, 2023 through September 30, 2024 and for the Final Compensation Period from October 13, 2022 through September 30, 2024* [Dkt. No. 7766] and the *Fourth Interim and Final Fee Application of Godfrey & Kahn, S.C., as Attorneys to the Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim Compensation Period from November 1, 2023 through September 30, 2024 and for the Final Compensation Period from October 13, 2022 through September 30, 2024* [Dkt. No. 7767] (the "**Fee Applications**").

**PLEASE TAKE NOTICE** that, if any party wishes to file a response or objection to the Fee Applications, any such responses or objections must be filed on or before **November 12, 2024 at 4:00 p.m. (Eastern Time)**. At the same time, you must serve a copy of the objection or response on the Applicants.

**PLEASE TAKE NOTICE** that a hybrid hearing on the Fee Applications will be held on **Thursday, November 13, 2024 at 10:00 a.m. (Eastern Time)** (the "**Hearing**") before the Honorable Martin Glenn, Chief United States Bankruptcy Judge. In accordance with instructions from Chambers on November 6, 2024, the Hearing will be conducted remotely using Zoom for

Government. Parties wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance (an "**eCourt Appearance**") through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Electronic appearances must be made by 4:00 p.m. (Eastern Time) the business day before the Hearing (i.e., on Tuesday, November 12, 2024).

**PLEASE TAKE NOTICE** that due to the large number of expected participants in the Hearing and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the **Hearing at 10:00 a.m. (Eastern Time) on November 13, 2024 must connect to the Hearing beginning at 9:00 a.m. (Eastern Time on November 13, 2024**. When parties sign into Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Hearing. Parties that type in only their first name, a nickname or initials will not be admitted into the Hearing. When seeking to connect for either audio or video participation in a Zoom for Government Hearing, you will first enter a "Waiting Room," in the order in which you seek to connect. Court personnel will admit each person the Hearing from the Waiting Room after confirming the person's name (and telephone number, if a telephone is used to connect) with their eCourt Appearance. Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Hearing.

**PLEASE TAKE NOTICE** that if no objection is timely filed and served in accordance with the Interim Compensation Order and Case Management Procedures, the relief requested may be granted without a hearing.

**PLEASE TAKE NOTICE** that copies of the Fee Applications and other pleadings filed in the above-captioned Chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of documents filed

by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: November 6, 2024.

                                    **GODFREY & KAHN, S.C.**
*Counsel for Fee Examiner*

                         By  */s/ Katherine Stadler*
                              Katherine Stadler (NYSB #4938064)
                              One East Main Street, Suite 500
                              Madison, WI 53703
                              Telephone: (608) 297-3911
                              E-mail: kstadler@gklaw.com

32063700.2