**WHITE & CASE LLP**
Kathryn J. Gundersen
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: kathryn.gundersen@whitecase.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator,*
*as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Kathryn J. Gundersen of the law offices of White & Case

LLP hereby appears in the above-captioned case, pursuant to rule 9011(b) of the Federal Rules of

Bankruptcy Procedure, as co-counsel for Mohsin Y. Meghji, Litigation Administrator, as

Representative for the Post-Effective Date Debtors, and requests, pursuant to Bankruptcy Rules

2002, 9007, and 9010 and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy**

**Code**"), that all notices given or required to be given in this case and all papers served or required

to be served in this case be given to and served upon the undersigned at the following office

address, telephone number, and e-mail address:

---

[1]   The "Post-Effective Date Debtors" in these chapter 11 cases, along with the last four digits of each Post-Effective
Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414);
Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited
(8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK
Limited (0893); and GK8 USA LLC (9450).  The location of the Post-Effective Date Debtor Celsius Network
LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases
is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**WHITE & CASE LLP**
Kathryn J. Gundersen
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile:  (212) 354-8113
Email: kathryn.gundersen@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Post-Effective Date Debtors or property of the Post-Effective Date Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this request for notice nor any subsequent appearance, pleading, claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of the Parties' rights: (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the Parties are or may be entitled, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Parties expressly reserve, or (5) to any and all defenses or objections the Parties may have to any claims asserted against it in this action including, without limitation, any defense based on insufficient service of process, jurisdiction (including personal jurisdiction), or capacity to be sued. The undersigned certifies that the attorney listed in the first paragraph is admitted to practice before this Court or have sought such admission *pro hac vice*.

Dated:   November 7, 2024                 Respectfully submitted,
         New York, New York

                                          */s/ Kathryn J. Gundersen*
                                          **WHITE & CASE LLP**
                                          Kathryn J. Gundersen
                                          1221 Avenue of the Americas
                                          New York, New York 10020
                                          Telephone: (212) 819-8200
                                          Facsimile:  (212) 354-8113
                                          Email: kathryn.gundersen@whitecase.com

                                          *Co-Counsel to Mohsin Y. Meghji,*
                                          *Litigation Administrator, as Representative*
                                          *for the Post-Effective Date Debtors*