Celsius claim distribution No. 22-10964

Follow-up after your my letter to Judge Glenn and the U.S. Bankruptcy Court for the Southern District of New York regarding Case No. 22-10964.

Dear Honorable Judge Martin Glenn

When I wrote to you for the first time a few month ago about my case I was contacted directly for the first time from the Celsius distribution team on.  On August 26, 2024 Celsius contacted my directly for the 1st time (excluding generic emails) and said they would keep in contact.

Unfortunately as of the 8th of November 2024 I still haven't received any distribution payment. Despite asking Celsius for continual updates they haven't kept in close contact. I feel totally frustrated by this whole process. I have requested on several occasions for Celsius to keep in close contact and answer my questions and give updates on my case.

Coin base has been more responsive in the last few months but as of today 8th of November they still haven't activated my account. They have everything they need and I was hoping Celsius would help making my case a priority to get it over the line so I could receive my crypto distribution in BTC and ETH.

I am writing to you to request more time to allow me to get my crypto and not convert my assets to a USD payment. I've looking for a few updates a week especial due to the large sum of crypto involved and the time restrictions that has been mentioned before converting into USD. The last contact I had from Celsius Distribution was on the 31st of October it's been over a week with no communication from Celsius even after repeatedly  asking for daily updates to help me get this resolved. I also asked for an addition crypto custodian like kraken or crypto.com instead of just coin base but this has fell on deaf ears.

I still haven't received any of my crypto from my settlement.

I'm not working at the moment and sold my car to get buy, Celsius had all my life savings. Including investing heavily in the CEL Token after being repeatedly

lied to on the weekly AMA over the years. I feel like I have been ripped off considerably more as a top 100 CEL token holder.

I really want to get crypto assists back ASAP as it is a considerable several figure sum due to the size I thought I would have been a priority case.

I hope you can help me get someone to be accountable for my case and reach out to me to get some of my stolen crypto assets back.

Kind regards

Ian Mark Munro