Joshua A. Sussberg, P.C.  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
601 Lexington Avenue  
New York, New York 10022  
Telephone:   (212) 446-4800  
Facsimile:    (212) 446-4900  

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)  
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)  
Christopher S. Koenig  
Dan Latona (admitted *pro hac vice*)  
**KIRKLAND & ELLIS LLP**  
**KIRKLAND & ELLIS INTERNATIONAL LLP**  
333 West Wolf Point Plaza  
Chicago, Illinois 60654  
Telephone:   (312) 862-2000  
Facsimile:    (312) 862-2200  

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**AGENDA FOR HEARING TO BE HELD**
**NOVEMBER 13, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| **Time and Date of Hearing:** | **November 13, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing")** |
| Location of Hearing: | The Honorable Chief Judge Martin Glenn<br>United States Bankruptcy Court for the<br>Southern District of New York<br>Alexander Hamilton U.S. Custom House<br>One Bowling Green, Courtroom No. 523<br>New York, New York 10004 |
| Hearing Attendance Instructions: | In accordance with General Order M-618 ("General Order M-618"), dated September 26, 2023, the Hearing will only be conducted using Zoom for Government.  Parties wishing to appear |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

at the Hearing, whether making a "live" or "listen only" appearance before the Court, need to make an electronic appearance through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl **on or before 4:00 p.m. (prevailing Eastern Time) on November 12, 2024**.

No testimony is expected during the Hearing. With the permission of the Court, the public, including members of the media, may dial-in to listen to the Hearing remotely using the audio platform made available by the Court. Any person or entity that is permitted to dial-in to the hearing by using the audio platform made available by the Court must register their appearance in the Electronic Appearance portal located on the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances. Appearances must be entered no later than **4:00 p.m., prevailing Eastern Time, the business day before the Hearing (*i.e.*, on November 12, 2024)**.

Copies of Motions: A copy of each pleading may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

**I.     Status Update on Distributions.**

**II.    Status Update on Preference Actions.**

**III.   Status Update from the Litigation Administrators.**

Related Documents:

(1)   Litigation Administrator's Quarterly Report [Docket No. 7781].

**III.   Uncontested Matters.**

1.  **Third Claims Objection.** The Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims [Docket No. 7701].

    Objection Deadline: The deadline to object was November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

    Responses Received: None.

        Related Documents:

        (1)    Certificate of No Objection Regarding the Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims [Docket No 7803].

        **Status**:  The Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims is withdrawn as to proof of claim number 1361. This matter is going forward with respect to all other proofs of claim.

    2.    **Fifth Claims Objection**.  The Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims [Docket No. 7712].

        Objection Deadline:  The deadline to object was November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:  None.

        Related Documents:

        (1)    Certificate of No Objection Regarding the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims [Docket No 7804].

        **Status**:  This matter is going forward.

**IV.**    **Contested Matters.**

    3.    **Fourth Claims Objection**.  The Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims [Docket No. 7711].

        Objection Deadline:  The deadline to object was November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

        Responses Received:

        (1)    Response of Colton Ellison Gallant to Objection Regarding Claim No. 616 [Docket No. 7777].

        (2)    Response to the Litigation Administrator's Sixth Omnibus Claims Objection to Certain Inaccurately Supported Claims on Behalf of Marcel Sanchez [Docket No. 7788].[2]

---

[2] This pleading is styled as a response to the Litigation Administrator's Sixth Omnibus Objection, however the claim subject to the objection is contained in Litigation Administrator's Fourth Omnibus Claim Objection.

Related Documents:  None.

**Status**:  This matter is going forward.

4. **Sixth Claims Objection**. The Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims [Docket No. 7730].

Objection Deadline:  The deadline to object was November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Response to the Litigation Administrator's Sixth Omnibus Claims Objection to Certain Inaccurately Supported Claims on Behalf of David K. O'Rear [Docket No. 7787].

Related Documents:  None.

**Status**:  This matter is going forward.

5. **Motion of Retail Borrowers for Hearing**.  Motion of Certain Retail Borrowers for Hearing and Other Relief [Docket No. 7771].

Objection Deadline:  The deadline to object was November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Post-Effective Date Debtors' Objection to Certain Retail Borrowers' Motion for Hearing and Other Relief [Docket No. 7789].

Related Documents:

(1)   Notice to Holders of Retail Borrower Deposit Claims Regarding Forthcoming Notice and Election Form for Repayment or Refinancing of Retail Borrower Deposit Claims [Docket No. 4206].

(2)   Post-Effective Date Debtors' Response to Distribution Issues Raised by Corporate Creditors and Retail Borrowers [Docket No. 4786].

(3)   Post-Effective Date Debtors' Preliminary Objection to Retail Borrowers' Motion for Hearing and Other Relief [Docket No. 4862].

(4)   Response to Post-Effective Date Debtors' Objection to Certain Retail Borrowers' Motion for Hearing and Other Relief (ECF Doc. #7789) [Docket No. 7805].

Joinders:

(1)   Joinder of Andrew Woodhouse in Support of Motion for Hearing and Other Relief [Docket No. 7791].

(2)   Joinder of Oliver Pausch in Support of Motion for Hearing and Other Relief [Docket No. 7792].

(3)   Joinder of Chye Teck Tan in Support of Motion for Hearing and Other Relief [Docket No. 7793].

(4)   Joinder of Miguel Ángel Osuna Cifuentes in Support of Motion for Hearing and Other Relief [Docket No. 7794].

(5)   Joinder of Jonathan Ramirez in Support of Motion for Hearing and Other Relief [Docket No. 7795].

(6)   Joinder of Brian Barnes in Support of Motion for Hearing and Other Relief [Docket No. 7798].

(7)   Joinder of Joshua Scott Clark in Support of Motion for Hearing and Other Relief [Docket No. 7799].

(8)   Joinder of Robert Cunnion in Support of Motion for Hearing and Other Relief [Docket No. 7800].

**Status**:  This matter is going forward.

V.   **Adversary Proceedings.**

1.   **Celsius Network Limited et al v. Stone et al (Adv. Proc. No. 22-01139-mg)**. Motion of Freedman Normand Friedland LLP to Withdraw as Counsel to Defendants Jason Stone and KeyFi [Docket No. 147].

Objection Deadline:  The deadline to object was November 6, 2024 at 4:00 p.m. (prevailing Eastern Time).

Responses Received:

(1)   Plaintiffs' Statement in Response to Freedman Normand Friedland LLP's Motion to Withdraw as Counsel for Defendants [Docket No. 148].

Related Documents:  None.

**Status:**  This matter is going forward.

2.   **Moshin Y. Meghji v. O'Brien (Adv. Proc. No. 24-03739-mg)**. Notice of Remote Pretrial Conference [Docket No. 8].

5

Related Documents:  None.

**Status**:  This matter is going forward.

VI. **Fee Applications.**

1. **Sarachek Law Firm Substantial Contribution Motion**.  Application for Final Professional Compensation / Final Fee Application for Sarachek Law Firm [Docket No. 7754].

   Objection Deadline:  The deadline to object is November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1)   Objection of Sean Xue to Fee Application (ECF 7754) [Docket No. 7786].

   Related Documents:  None.

   **Status**:  This matter is going forward.

2. **Faller McNeil Substantial Contribution Motion**.  Application for Allowance of Claim for Substantial Contribution Pursuant to 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil [Docket No. 7755].

   Objection Deadline:  The deadline to object is November 6, 2024, at 4:00 p.m. (prevailing Eastern Time).

   Responses Received:

   (1)   Post-Effective Date Debtors' Objection to Laura Faller McNeil's Application for Allowance of Claim for Substantial Contribution to the Debtors' Estates [Docket No. 7785].

   Related Documents:

   (1)   Notice of Filing of Proposed Order Granting Application for Allowance of Claim for Substantial Contribution Pursuant to 11 U.S.C. § 503(b)(3)(D) for Laura Faller McNeil [Docket No. 7756].

   (2)   Letter of Wesley Chang in Support of Application for Allowance of Claim for Substantial Contribution for Laura Faller McNeil (Docket # 7755) [Docket No. 7761].

   **Status**:  This matter is going forward.

3. **Sontchi, LLC Final Fee Application**.  Fourth Interim and Final Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim

Compensation Period from November 1, 2023 Through September 30, 2024 and for the Final Compensation Period from October 13, 2033 through September 30, 2024 [Docket No. 7766].

<u>Objection Deadline</u>:  The deadline to object is November 12, 2024 at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1)     Fourth Interim and Final Fee Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim Compensation Period from November 1, 2023 through September 30, 2024 and the Final Compensation Period from October 13, 2022 through September 30, 2024 [Docket No. 7767].

**Status**:  This matter is going forward.

4.   **Godfrey & Kahn S.C. Final Fee Application**.  Fourth Interim and Final Fee Application of Godfrey & Kahn, S.C., as Attorneys for the Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim Compensation Period from November 1, 2023 through September 30, 2024 and the Final Compensation Period from October 13, 2022 through September 30, 2024 [Docket No. 7767].

<u>Objection Deadline</u>:  The deadline to object is November 12, 2024 at 4:00 p.m. (prevailing Eastern Time).

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

(1)     Fourth Interim and Final Application of Sontchi, LLC as Court-Appointed Independent Fee Examiner, for Allowance of Compensation for Services and Reimbursement of Expenses for the Fourth Interim Compensation Period from November 1, 2023 Through September 30, 2024 and for the Final Compensation Period from October 13, 2033 through September 30, 2024 [Docket No. 7766].

**Status**:  This matter is going forward.

*[Remainder of page left intentionally blank]*

| | |
|---|---|
| New York, New York<br>Dated: November 11, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |