**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 11, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Certificate of No Objection Regarding the Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7803)

- **Certificate of No Objection Regarding the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7804)

Furthermore, on November 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit B**, and via electronic mail on the service list attached hereto as **Exhibit C**:

- **Certificate of No Objection Regarding the Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7803)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on November 11, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Certificate of No Objection Regarding the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims (Docket No. 7804)**

Dated: November 13, 2024

_____
Alberto Romero Calderon

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13th day of November, 2024, by Alberto Romero Calderon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

# Exhibit A

**STRETTO**

**Exhibit A**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | LUCAS.CURTIS@WHITECASE.COM KATHRYN.GUNDERSEN@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# Exhibit B



**Exhibit B**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| GURLEEN BHINDER | ON FILE |
| JASON COONEY | ON FILE |
| WEITZEL RANDALL J | ON FILE |

# **Exhibit C**



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| ADAM A GALAS | ON FILE |
| ADAM HILL | ON FILE |
| AGUILAR, RALPH | ON FILE |
| ALLEN MARTINCAVAGE II [WILL MARTIN] | ON FILE |
| AMELA CHANMANY SYHAPANHA | ON FILE |
| AN PHAN | ON FILE |
| ANDREW BESTAFKA | ON FILE |
| ANDREW GLENN WHALEY | ON FILE |
| ANDREW MCDANIEL | ON FILE |
| ANDREW W PATZERT | ON FILE |
| ANGEL MONTALVO | ON FILE |
| ANTON MATEJEK | ON FILE |
| AUSTIN, CRAIG | ON FILE |
| BALTZ, JUSTIN | ON FILE |
| BARRETT, BRYAN | ON FILE |
| BARRY J DICK | ON FILE |
| BARTLETT, GREGORY | ON FILE |
| BERKOWITZ, HOWARD PHILIP | ON FILE |
| BRAUNSTEIN, ANDREW | ON FILE |
| BRENDA J ANGUIANO | ON FILE |
| BRENNEMAN, KENDAL | ON FILE |
| BROWER, ELENA PAIGE | ON FILE |
| BRYANT, BRANDON | ON FILE |
| CARIDAD, YASMANI DELGADO | ON FILE |
| CASIMIR, MARCUS | ON FILE |
| CASTILLO, RYAN VINCENT | ON FILE |
| CHANG, HWA | ON FILE |
| CHANG, SARAH | ON FILE |
| CHERRINGTON, ADAM | ON FILE |
| CHINHUA LIU | ON FILE |
| CHIPKIN, JARED | ON FILE |
| CHRIS MORSTAD | ON FILE |
| CIRIC, CHRISTOPHER | ON FILE |
| CLASSEN, CRAIG | ON FILE |
| COBBS, SHAWN | ON FILE |
| COLYER, GARY | ON FILE |
| CONWAY, MATTHEW | ON FILE |
| CORTEZ. SETH | ON FILE |
| CRISPINO, FLORMELYN | ON FILE |
| DALLAN ANDRES ESCOBAR | ON FILE |
| DANIEL DIZON | ON FILE |
| DANILO RUIZ | ON FILE |
| DAVID ZABINSKI | ON FILE |
| DAVIDSON, JAXSON | ON FILE |
| DAVIES, TRAVIS | ON FILE |
| DE BOER, MAARTEN | ON FILE |
| DELROCCO, ROBERT | ON FILE |
| DENSMORE, BENJAMIN | ON FILE |
| DEREK VEATCH | ON FILE |
| DOUGLAS H WOLFORD | ON FILE |
| DUBE, JONATHAN | ON FILE |
| DUKES, DEREK | ON FILE |
| DURNIN, MICHAEL | ON FILE |
| EDMOND CHIU | ON FILE |



## Exhibit C
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| EDWARD LUI | ON FILE |
| ELVIR, GABRIEL | ON FILE |
| ERIC A GROSS | ON FILE |
| ERIC OBERST | ON FILE |
| EVAN PRIDHAM | ON FILE |
| FREEMAN, MATTHEW | ON FILE |
| FRIDMAN, DMITRI | ON FILE |
| FUSMAN, ALEX | ON FILE |
| GIACOMOZZI, MARCO | ON FILE |
| GIBSON, LOUIS | ON FILE |
| GILL, TANVIR | ON FILE |
| GILMORE, SPENCER | ON FILE |
| GONCALVES, LEONARDO BATISTA | ON FILE |
| GORE, JONATHAN DAVID | ON FILE |
| GOULART, CHRISTOPHER F | ON FILE |
| GRASSO, SALVATORE STEVEN | ON FILE |
| GRIERSON, JAMES | ON FILE |
| GURLEEN BHINDER | ON FILE |
| HAMMOND BRANCH JOHNSON | ON FILE |
| HAN, SUN JUNG | ON FILE |
| HANLER N PEREZ | ON FILE |
| HARDING, KINA | ON FILE |
| HARVEY, JOSEPH E | ON FILE |
| HAVA, ELAN | ON FILE |
| HAWK, NEAL | ON FILE |
| HELLER, SHARON | ON FILE |
| HOGEN, GEORGE | ON FILE |
| HOLTZE, DAVID | ON FILE |
| HOURIHAN, BRIAN | ON FILE |
| HUANG, JOE | ON FILE |
| HUY PHAN | ON FILE |
| IAN BERG | ON FILE |
| IMPERIAL DEFENDERS SUPER FUND | ON FILE |
| JACK J MONTELEONE | ON FILE |
| JAHNKE, ROGER | ON FILE |
| JAMES JULIUS BOYLE RAY | ON FILE |
| JAMES R SOLOMON | ON FILE |
| JAMES YEN | ON FILE |
| JAMES, MARK | ON FILE |
| JASON COONEY | ON FILE |
| JASON ERIC MARCH | ON FILE |
| JASON MICHAEL LISNER | ON FILE |
| JAY P. PATEL | ON FILE |
| JAY SUN | ON FILE |
| JEONG, JIYOON | ON FILE |
| JERRY DON MCGUFFIN | ON FILE |
| JIA, WENKAI | ON FILE |
| JIMENEZ, MICHAEL | ON FILE |
| JOHN BREVARD | ON FILE |
| JOHN JONES | ON FILE |
| JOHN RAYMOND PORTILLO | ON FILE |
| JOSE GUERRA | ON FILE |
| JOSEPH DANIEL SANCHEZ | ON FILE |
| JOSEPH EDWARD LUNDQUIST | ON FILE |



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| JOSHUA GRANT | ON FILE |
| KALYANE PETRI | ON FILE |
| KAM, CHECK | ON FILE |
| KAPLAN, DANA | ON FILE |
| KELLER-LYNN, CAROLINE | ON FILE |
| KELVIN BROADNAX | ON FILE |
| KENDALL, MONICA | ON FILE |
| KENNETH MICHAEL BARR | ON FILE |
| KESHWANI, RUMEER | ON FILE |
| KEVIN ALAN COMER | ON FILE |
| KEVIN WEBSTER | ON FILE |
| KEVIN WITHERSTINE | ON FILE |
| KIMPO TEANG | ON FILE |
| KINNEY, BRIAN | ON FILE |
| KIPCHOGE SPENCER | ON FILE |
| KNIGHT, PAUL | ON FILE |
| KOFMAN, MICHAEL | ON FILE |
| KRISHNA C VUDAYAGIRI | ON FILE |
| LAST, WOLTER | ON FILE |
| LESHOCK, DAVID | ON FILE |
| LEUNG, ALICE | ON FILE |
| LIANG, TREVOR | ON FILE |
| LIANNE AZAR | ON FILE |
| LIOCE, NICK | ON FILE |
| LIOR SELA | ON FILE |
| LOAN TOMOIAGA | ON FILE |
| LY, JOHNATHAN | ON FILE |
| MACHADO, BLAKE | ON FILE |
| MAN CHI YAM | ON FILE |
| MARGARET FRANCES CUNNINGHAM | ON FILE |
| MARK ELCONIN | ON FILE |
| MARK FUNOVITS | ON FILE |
| MARK L HETHERINGTON | ON FILE |
| MARK SLIMP | ON FILE |
| MARTINEZ, CRAIG | ON FILE |
| MARY ES ANDERSON | ON FILE |
| MATTHEW DAY | ON FILE |
| MATTHEW PETRUSO | ON FILE |
| MAXIM TALAN | ON FILE |
| MCGUFFIN, ALLIE | ON FILE |
| MCGUIRE, CHARLES | ON FILE |
| MEADOWS, BLAISE | ON FILE |
| MEOLA, GABRIEL ISAIAH | ON FILE |
| MICHAEL WILHELM | ON FILE |
| MINH TIEN VU | ON FILE |
| MINSK, BEN | ON FILE |
| MORGAN, KEVIN | ON FILE |
| MUHAMMAD A USMAN | ON FILE |
| MURTAUGH, RYAN | ON FILE |
| NATALIE LABRIOLA | ON FILE |
| NATHAN WORDEN | ON FILE |
| NG, KA HENG KEN | ON FILE |
| NIEBOER, TARA | ON FILE |
| O'LEARY, ROBERT | ON FILE |



**Exhibit C**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| OMAR MASSA | ON FILE |
| O'TOOLE-RODRIGUEZ, PATRICK | ON FILE |
| PAEK, DANIEL DAE C | ON FILE |
| PATEL, RIKKY | ON FILE |
| PATRICK JENKINS | ON FILE |
| PATRICK POOLE | ON FILE |
| PAUL LOUIS | ON FILE |
| PAUL NATALE, PAUL | ON FILE |
| PEDDIE, DRAKE MCNEELY | ON FILE |
| PHELPS, JOHN K | ON FILE |
| PINTO, VASCO | ON FILE |
| POLAVARAPU, SUMAN K | ON FILE |
| PONG VANG | ON FILE |
| POTTER, SHAWN | ON FILE |
| POURSANAE, SAMAN | ON FILE |
| PRAIZNER, MATTHEW | ON FILE |
| PRAJESH GULU PATEL | ON FILE |
| PRICE, PAUL SCOTT | ON FILE |
| PRIYANK GULU PATEL | ON FILE |
| RAJ RAKESHKUMAR PATEL | ON FILE |
| RAMACHANDRAN, AVINASH VILAYANUR | ON FILE |
| RANDALL, SERENA | ON FILE |
| RAWLERSON, HENRY | ON FILE |
| RAYNER, MARC | ON FILE |
| RECHT, AUSTIN | ON FILE |
| REED, BRANDON | ON FILE |
| REID, ROBERT W. | ON FILE |
| RICHARD J POWERS | ON FILE |
| RIOUX, CHRISTOPHER | ON FILE |
| ROBERT J SCHWENK | ON FILE |
| ROBERT THOMAS BURNS III | ON FILE |
| RODRIGUEZ, LUIS MANUEL | ON FILE |
| ROECKEL, TIMOTHY | ON FILE |
| ROELAND VAN POPPELEN | ON FILE |
| RONALD G BARNES JR. | ON FILE |
| RUSSELL RUBINSTEIN | ON FILE |
| SAKET MEHTA | ON FILE |
| SALINAS, HILDEBRANDO | ON FILE |
| SANTOS, GLORIA | ON FILE |
| SATOSHI STRATEGY LLC | ON FILE |
| SCHMIDT, BRADLEY | ON FILE |
| SENECA, MICHAEL J. | ON FILE |
| SEUNG, CAROLINE | ON FILE |
| SHAWN MAGHBOULEH | ON FILE |
| SHEKHTER, DINA | ON FILE |
| SILVESTRE RAMOS | ON FILE |
| SIU KEI KWAN | ON FILE |
| SMITH, NATHANIEL | ON FILE |
| SMYTH, LUKEN | ON FILE |
| SPENCER, KIPCHOGE | ON FILE |
| STANLEY DOMBROSKI | ON FILE |
| SURMAI CATHERINE LEE | ON FILE |
| SYMANIETZ, DUANE | ON FILE |
| TED STRANE | ON FILE |



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| TERRANCE LADE | ON FILE |
| THEIN, KYAW MIN | ON FILE |
| THOMAS, THOMAS | ON FILE |
| THOMPSON, RYAN | ON FILE |
| TIM BARRY | ON FILE |
| TIM ORSAK | ON FILE |
| TRAN, EDWARD | ON FILE |
| TRAVIS DEACON JONES | ON FILE |
| TRETTIN, ROBERT | ON FILE |
| TRUPIANO III, JOSEPH | ON FILE |
| TURBYFILL, GEORGE ERNEST | ON FILE |
| TUTTLE, MARK | ON FILE |
| UNGERSMA, BRYCE | ON FILE |
| URIZAR, ADAN E | ON FILE |
| USTYMENKO, VADYM | ON FILE |
| VANEGAS MACIAS, ALAN | ON FILE |
| VANITA PATEL | ON FILE |
| VAUGEOIS, KIMTAM | ON FILE |
| VIGORS, WILLIAM | ON FILE |
| VIJAYA KUMAR ANUMALASETTY | ON FILE |
| VO, QUOC | ON FILE |
| WAITE, CAMDEN ADIN | ON FILE |
| WASHINGTON, IASIA TYKETTA | ON FILE |
| WEITZEL, RANDALL J | ON FILE |
| WESTENSKOW, ANDY | ON FILE |
| WESTON, ADAM | ON FILE |
| WILLIAM HENRY PLAUTH | ON FILE |
| WILLIAMS II, SCOTT | ON FILE |
| WOOD, JOHN | ON FILE |
| YAN, ROBERT | ON FILE |
| YANG, JIACHAO | ON FILE |
| YOU, YANG | ON FILE |
| YU, THERESA | ON FILE |
| YURISA CHEATHAM | ON FILE |
| ZIMMERMAN, DYLAN | ON FILE |

# **<u>Exhibit D</u>**

**Exhibit D**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ASHUTOSH CHOUDHARY | | ON FILE | | | | |
| CHEROKEE DEBT ACQUISITION, LLC [AS ASSIGNEE OF DEL BOSQUE, HAYDEE] | ATTN: VLADIMIR JELISAVCIC | 1384 BROADWAY | SUITE 906 | NEW YORK | NY | 10018 |
| EFTIMIE VLAD | | ON FILE | | | | |
| GEORGE MATEMA | | ON FILE | | | | |
| JARED PETER FEBBRORIELLO | | ON FILE | | | | |
| PAUL KRENDL | | ON FILE | | | | |
| PIERRE RABINE | | ON FILE | | | | |
| PIERRE RABINE | | ON FILE | | | | |
| SLFAQ, LLC [AS ASSIGNEE OF BRADFORD CAPITAL HOLDINGS, LP] | ATTN: JOSEPH E. SARACHEK | 670 WHITE PLAINS ROAD | PENTHOUSE | SCARSDALE | NY | 10583 |
| THOMAS TORRES | | ON FILE | | | | |

# Exhibit E

**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| ADAM LUDDEN | ON FILE |
| AFOLABI GISANRIN | ON FILE |
| AHMED NAZARKHAN | ON FILE |
| ALAMU, ISRAEL | ON FILE |
| ALBERTO JACQUES | ON FILE |
| ALEKSANDRA MANOS | ON FILE |
| ALESSIO FANO | ON FILE |
| ALEX HORENSTEIN | ON FILE |
| ALICE, ALICE | ON FILE |
| ALI-KHODJA, SAMY | ON FILE |
| ANDERSON, TASHINA | ON FILE |
| ANDRE OLIVEIRA SILVA | ON FILE |
| ANDREAS TSIOTAKIS | ON FILE |
| ANDREW KARNES | ON FILE |
| ARELLANO, ROMEO | ON FILE |
| ASHUTOSH CHOUDHARY | ON FILE |
| AUCHETTL, SIMON | ON FILE |
| BALDWIN, WILLIAM JAMES | ON FILE |
| BENNETT, BOBBIE | ON FILE |
| BENNINGTON, NICOLE | ON FILE |
| BONAVIA, MAURIZIO | ON FILE |
| BRODERSON, TOREY HEART | ON FILE |
| BROWN, MICHAEL | ON FILE |
| BURGESS, KELLIE ELAINE | ON FILE |
| BURGESS, WILLIAM L. | ON FILE |
| BURKE HARRISON HICKS | ON FILE |
| BURTON, ROBERT MARTIN | ON FILE |
| BUTTON, BETHANY | ON FILE |
| CAMERON, MARVIN LEE | ON FILE |
| CAPITO, JOHN | ON FILE |
| CARLOS DEPAZ | ON FILE |
| CARTER, MATTHEW J. | ON FILE |
| CARVIN GORDON | ON FILE |
| CASSANDRA ADINA | ON FILE |
| CEDAR REAL ESTATE | ON FILE |
| CHANDLER, SHAUN | ON FILE |
| CHARLES BRADFIELD DEPEW | ON FILE |
| CHARLES WORTHMAN | ON FILE |
| CHEN, MINGSHIUNG | ON FILE |
| CHENG, CHIHTENG | ON FILE |
| CHRISTOPHER BROFFT | ON FILE |
| CHRISTOPHER TIERNAN | ON FILE |
| COFFEY, PATRICK D | ON FILE |
| COLE WESLEY TART | ON FILE |
| COURTNEY, LYNDA | ON FILE |
| CROWLEY, DANIELLE | ON FILE |
| CRUISE, FRANCIS | ON FILE |
| CURTIS BRADLY ALEXANDER | ON FILE |
| DAHIYA, SANJAY | ON FILE |
| DALE CHRISTOPHER WIGGINS | ON FILE |
| DANG, HIEP | ON FILE |
| DANIEL KHOSHABA | ON FILE |
| DAVID B RICHARDSON | ON FILE |
| DE GROOT, ALEXANDER | ON FILE |



**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| DE LA CRUZ, EDRIZIO | ON FILE |
| DE MEDEIROS, MARCOS AUGUSTO | ON FILE |
| DEBBIE KEEVER | ON FILE |
| DELONG, JOSHUA L | ON FILE |
| DENLEY, KAREENA | ON FILE |
| DHANANI, NAZIR | ON FILE |
| DOUGLAS, ANDRE | ON FILE |
| DUKE, WILL WOODSON | ON FILE |
| ECKHARDT, MATHEW | ON FILE |
| EGAN, ANDREW C. | ON FILE |
| EGLOFF, MARK | ON FILE |
| EHLINGER, AUSTIN | ON FILE |
| ELLEN EDWARDS | ON FILE |
| ELODIE DESCARPENTRIES | ON FILE |
| ERICA STRUCK JACKSON | ON FILE |
| ERNIE CORDERO CASIANO | ON FILE |
| FARHANG KHOSHGOUY | ON FILE |
| FERIK SETIAWAN | ON FILE |
| FINK, DANIEL J | ON FILE |
| FIORANI, ANTHONY | ON FILE |
| FLANAGAN, PATRICK | ON FILE |
| FLORENCIO MARTINEZ | ON FILE |
| FRITZ, TIMOTHY | ON FILE |
| FUNG HUNG LAU, GIMEN | ON FILE |
| GALEN FORD WILHITE | ON FILE |
| GARETH MILLER | ON FILE |
| GARNER, FRANCIS | ON FILE |
| GEOFF HARTSFIELD | ON FILE |
| GEORGE KONG | ON FILE |
| GILLANDERS, STEVEN | ON FILE |
| GOZAL, LYAD | ON FILE |
| HALL, JAMES | ON FILE |
| HARRELSON, JORDAN | ON FILE |
| HARTMANN, LUKE | ON FILE |
| HATCH, SHAWN P | ON FILE |
| HAWKINS, ZACHARY | ON FILE |
| HEMBA, JON IAN | ON FILE |
| HENNESSEY, EVAN | ON FILE |
| HETZEL, JOHN | ON FILE |
| HOIN, STEVEN J | ON FILE |
| HUGGINS, NICK | ON FILE |
| IRENE BORRELL CALLES | ON FILE |
| IYAD ZUHAIR ALLOUH | ON FILE |
| JACKSON YUEN | ON FILE |
| JACQUELINE ZHOU | ON FILE |
| JAMES CHRISTOPHER ROBERTS | ON FILE |
| JAMES DIPPOLITO | ON FILE |
| JAMES MICHAEL BURKE | ON FILE |
| JAMES ZATKO | ON FILE |
| JAMES, JOHN | ON FILE |
| JASON NICHOLS | ON FILE |
| JAY CHELLAPPA | ON FILE |
| JEFFREY DUSTIN FLEISHMAN | ON FILE |
| JEFFREY LAITILA | ON FILE |

**Exhibit E**

Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| JEPPE HOLM | ON FILE |
| JERRY SEARS | ON FILE |
| JESSUP, PATRICK LAWRENCE | ON FILE |
| JOEL GEDDIS | ON FILE |
| JOHN H. REINHEIMER | ON FILE |
| JONATHAN GALEANO | ON FILE |
| JONATHAN NORRIS | ON FILE |
| JONES, BEVERLEY | ON FILE |
| JORDAN WAREHAM | ON FILE |
| JUSTIN HOBSON | ON FILE |
| KADOO, SAMIR | ON FILE |
| KALALANG, IVON R | ON FILE |
| KAM WAH LAM | ON FILE |
| KARIN KÕIV | ON FILE |
| KARINA LIGHTOWLER | ON FILE |
| KEATS, ZACHARY | ON FILE |
| KERR, MICHAEL | ON FILE |
| KEVIN COLEMAN | ON FILE |
| KI FUNG LAM | ON FILE |
| KILGROE, KRISTOPHER M. | ON FILE |
| KIM, ARNOLD | ON FILE |
| KIM, HANNA | ON FILE |
| KIM, YOUNG JOON | ON FILE |
| KNOPP, MATTHEW | ON FILE |
| KNOWLES, TIBOR | ON FILE |
| KRZESZEWSKI, ROBBERT | ON FILE |
| KYLE WHALLEY | ON FILE |
| KYLIE BROWN | ON FILE |
| LANCE REINSMITH | ON FILE |
| LATRENDA HARRIS | ON FILE |
| LECLERCQ, PHILIPPE | ON FILE |
| LEMMONS, JOSEPH | ON FILE |
| LETITIA DOMINICI | ON FILE |
| LIN, ROGER | ON FILE |
| LINDAUER, JEFFREY SCOTT | ON FILE |
| LINUS ARONSSON | ON FILE |
| LIRIANO, PERSIO | ON FILE |
| LISA TRIONFO | ON FILE |
| LO, JERRY | ON FILE |
| MANUEL PONCE PEÑALVA | ON FILE |
| MARCIA CAROLINA DENISSE GUAJARDO RIVERA | ON FILE |
| MARSHA ELIZABETH MODERY | ON FILE |
| MARSHA MODERY | ON FILE |
| MATTHEW DOUGHERTY | ON FILE |
| MATTHEW KVALHEIM ROTH IRA TRUST DATED OCTOBER 28TH 2020 | ON FILE |
| MAYER, STEPHAN | ON FILE |
| MAYO, BROC | ON FILE |
| MCCONNELL, WILLIAM | ON FILE |
| MCCREADY, RAYMOND | ON FILE |
| MENENDEZ, JORGE | ON FILE |
| MERAZ, ALONDRA | ON FILE |
| MICHAEL DONOVAN | ON FILE |
| MICHAEL KING OLSGAARD | ON FILE |



**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
| --- | --- |
| MICHAEL MILLER | ON FILE |
| MILLER, TROY | ON FILE |
| MILOS DJOKOVIC | ON FILE |
| MOJMIR BONDRA | ON FILE |
| MUSCARELLA, MICHAEL | ON FILE |
| NADAV STREETT | ON FILE |
| NASHED BASSELY SAID, RAMY | ON FILE |
| NASS, OSWALDO | ON FILE |
| NGUYEN, KHOA D | ON FILE |
| NICHOLS, ADAM | ON FILE |
| NICLAS NORMAN | ON FILE |
| ODEKERKEN, JOSEPH | ON FILE |
| ODELL, MICHAEL | ON FILE |
| OEDING, EVAN | ON FILE |
| ORTIZ, ANIBAL O CORDERO | ON FILE |
| PAUL FEIGHNER | ON FILE |
| PEARSON, CONNOR LEE | ON FILE |
| PETTIS-TEEM, JACQUIE K | ON FILE |
| POLAHA, JASON A. | ON FILE |
| PRASAD, RAHUL | ON FILE |
| RAGOTERO, CHRISTOPHER | ON FILE |
| RAMOS, JONATHAN NOE | ON FILE |
| RAMZI NABIL SOUEID | ON FILE |
| REZANINA, MILOS | ON FILE |
| RICHARD PRIMO | ON FILE |
| RIED, DEREK WILLIAM | ON FILE |
| RILEY MILLER | ON FILE |
| RODRIGUEZ, FELIPE | ON FILE |
| RONALD HANSON | ON FILE |
| RONDON, RONALD | ON FILE |
| ROSARIO, YOHAN | ON FILE |
| ROSE, MEREDITH | ON FILE |
| ROSS, ROBERT | ON FILE |
| ROSSEN, CHRIS | ON FILE |
| RUBIN, MICAH BENJAMIN | ON FILE |
| RYAN GOLD | ON FILE |
| SALAYO, ROMEO | ON FILE |
| SAMIRAJ PANNEER SELVAM, SENTHIL ARUMUGAM | ON FILE |
| SCHUESLER, TREVOR | ON FILE |
| SCOTT DARCANGELO | ON FILE |
| SEBASTIAN MAY | ON FILE |
| SHEK, LOK KEI | ON FILE |
| SINCLAIR, GUY ROBERT | ON FILE |
| SO, INCHEOL | ON FILE |
| SOBIE, DAVID | ON FILE |
| STALEY, PHILIP | ON FILE |
| STEPHANIE LOCKE | ON FILE |
| STOJANOVIC, MIRJANA | ON FILE |
| STYLES, KEITH | ON FILE |
| SUMMER ANN HERMANSON | ON FILE |
| SWIFT, DANIEL P | ON FILE |
| TAN SIEW CHERN | ON FILE |
| TANTILLO, ROBERT | ON FILE |
| THE FRANCES MAE GREENE REVOCABLE TRUST | ON FILE |



**Exhibit E**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| THOMASON NGUYEN | ON FILE |
| THOMPSON, ANDREW BLATT | ON FILE |
| THUY LINH NGUYEN | ON FILE |
| TIMOTHY TROTTER | ON FILE |
| TO CHUN HONG | ON FILE |
| TO KIN FAI | ON FILE |
| TREMELL WILLIAMS | ON FILE |
| TSANG, RAYMOND | ON FILE |
| TSOI LEE LUCY, CHEN | ON FILE |
| USARAGA, ALLAN TAMSI | ON FILE |
| VALENTIN CHUDIAKOV | ON FILE |
| VALENTINE, JAMES RICHARD | ON FILE |
| VELEZ, JASON | ON FILE |
| VLADISLAV LEBEDINTSEV | ON FILE |
| VRAPTSIS, REECE MICHAEL | ON FILE |
| WAN, WAI LOK | ON FILE |
| WARTINGER, GABRIEL | ON FILE |
| WEN WEI DAI | ON FILE |
| WESLEY SYKES | ON FILE |
| WILLIAM CONLEY | ON FILE |
| WILSON GUAN | ON FILE |
| WOO, MELISSA | ON FILE |
| XIAOHANG LIU | ON FILE |
| YEUNG, JONATHAN | ON FILE |
| YU SIAN TAN | ON FILE |
| YU, WILLIAM | ON FILE |
| ZEREGA, IGNACIO AGUSTIN | ON FILE |
| ZOREDA, JORGE MARTINEZ | ON FILE |