United States Bankruptcy Court Southern District of New York

**Name: Claudia Morales**
**Claim # 5623**
**Date: 11/2/24**

Hello Honorable Judge,

I received a "Notice of Objection to Your Proof of Claim." I am attaching a screenshot of my Celsius Network account dated 12/28/22. Also attaching the transactions report from my Celsius Network account from 3/12/23. This was my hard earned money that I had placed into Celsius Network, trusting the company. I just want to recover the $8,852, breakdown is below:

|  | Total Coin Amount | USD Value |
|---|---|---|
| Total BTC | 0.07440653707 | 3067.649573 |
| Total ETC | 1.266559079 | 3045.70789 |
| Total USDC | 2637.053976 | 2637.053976 |
| Total CEL | 13.75053049 | 103.5916312 |

Hoping for a favorable resolution, thank you very much.

Claudia Morales
(714)253.8236
Cmorales92704@hotmail.com





Claudia Morales Claim #5623



**Claudia Morales Claim #5623**

| Internal id | Date and time | Transaction type | Coin type | Coin amount | USD Value | Original Reward Coin | Reward Amount | Confirmed |
|---|---|---|---|---|---|---|---|---|
| 91c83d21-69b0-4a71-b96b-d963757983b3 | July 14, 2022 12:00 AM | Reward | ETH | 0.00117380032 | | 1.30711381 | ETH | Yes |
| ec7703bb-0804-4dea-acf0-2c2e21d257cd | July 14, 2022 12:00 AM | Reward | CEL | 0.01197473744 | | 0.009328716868 | CEL | Yes |
| c39d14c2-e8d5-4de1-8c87-d80ce290a870 | July 14, 2022 12:00 AM | Reward | BTC | 0.000049977602 | | 1.012830919 | BTC | Yes |
| 16e8520b-07a4-4c19-989a-9f42acfa9368 | July 14, 2022 12:00 AM | Reward | USDC | 0.6945914924 | | 0.6945914924 | USDC | Yes |
| 13556ea9-9e66-4089-9c34-f80c6ebb8f4c | July 8, 2022 5:00 AM | Reward | BTC | 0.000060331390 | | 1.328924837 | BTC | Yes |
| 71faa51e-075b-496e-9098-bd6f2a89b0c8 | July 8, 2022 5:00 AM | Reward | ETH | 0.001417102776 | | 1.778314644 | ETH | Yes |
| 784b2a8a-c3c8-4a1b-b798-ad69e1544372 | July 8, 2022 5:00 AM | Reward | CEL | 0.01445780928 | | 0.01052390112 | CEL | Yes |
| 4f97a6b8-b5bb-4fe8-a4be-a6f26e90143e | July 8, 2022 5:00 AM | Reward | USDC | 0.838398835 | | 0.838398835 | USDC | Yes |
| 9e5b1d83-7f07-4539-bb71-56203f444d27 | July 1, 2022 5:00 AM | Reward | BTC | 0.000060258384 | | 1.171781626 | BTC | Yes |
| b2ccd8dd-f1d8-4cfe-8d90-c9d2748a7075 | July 1, 2022 5:00 AM | Reward | CEL | 0.01444259456 | | 0.009128932899 | CEL | Yes |
| 3488e92b-e3b0-4be2-a9e7-741348f7722c | July 1, 2022 5:00 AM | Reward | ETH | 0.001415515765 | | 1.486417871 | ETH | Yes |
| 7081aa77-69eb-4dd4-910b-efe8b9b90dc9 | July 1, 2022 5:00 AM | Reward | USDC | 0.8372942506 | | 0.8372942506 | USDC | Yes |
| 632d7d39-cc16-42ad-94ae-e63ce867a736 | June 24, 2022 5:00 AM | Reward | BTC | 0.000060185467 | | 1.267024729 | BTC | Yes |
| 73de101a-6629-400d-add9-56b8a9fe52fa | June 24, 2022 5:00 AM | Reward | USDC | 0.8361911216 | | 0.8361911216 | USDC | Yes |
| 3fec7878-5627-4fea-bcb4-55a75cd610ee | June 24, 2022 5:00 AM | Reward | ETH | 0.001413930531 | | 1.624640056 | ETH | Yes |
| 4287346d-5244-4758-847a-d6da3a8b964a | June 24, 2022 5:00 AM | Reward | CEL | 0.01442739586 | | 0.01492054561 | CEL | Yes |
| 60da585d-21d7-437a-a140-8efe9afeac46 | June 17, 2022 5:00 AM | Reward | CEL | 0.01441221314 | | 0.00802036779 | CEL | Yes |
| 4c1384ff-6b8c-44f6-8e8f-67f73bfde196 | June 17, 2022 5:00 AM | Reward | BTC | 0.000060112638 | | 1.237178223 | BTC | Yes |
| fe37bd76-aa35-4cb1-bb3e-5a522b69108f | June 17, 2022 5:00 AM | Reward | USDC | 0.8350894459 | | 0.8350894459 | USDC | Yes |
| 81503c97-4f61-4488-8953-68d508984f41 | June 17, 2022 5:00 AM | Reward | ETH | 0.001412347073 | | 1.54015036 | ETH | Yes |
| dc495bcf-6f14-4be6-8f8e-5b50fc53f20c | June 10, 2022 5:00 AM | Reward | CEL | 0.01439704641 | | 0.008881221195 | CEL | Yes |
| e659957c-ace6-42ee-b8fd-39b8b53f8ef2 | June 10, 2022 5:00 AM | Reward | USDC | 0.8339892217 | | 0.8339892217 | USDC | Yes |
| 36dfdbdb-6d70-4f4b-bd50-d2c4c8ace07d | June 10, 2022 5:00 AM | Reward | ETH | 0.001410765388 | | 2.529050896 | ETH | Yes |
| 9bcf5e3b-4e4d-467d-a31d-305eeb12e20d | June 10, 2022 5:00 AM | Reward | BTC | 0.000060039898 | | 1.806600541 | BTC | Yes |
| 8237a250-907a-4bd2-a75c-f5615746b64a | June 3, 2022 5:00 AM | Reward | CEL | 0.01438189563 | | 0.01166581712 | CEL | Yes |
| 233da908-54f9-45f3-bb07-64859e360c20 | June 3, 2022 5:00 AM | Reward | USDC | 0.832890447 | | 0.832890447 | USDC | Yes |
| 688a2d9a-78c8-46d9-a474-d5fd9dd00401 | June 3, 2022 5:00 AM | Reward | ETH | 0.001409185474 | | 2.564886666 | ETH | Yes |
| 5ee69c55-ce53-4fe1-87a4-4ed262a94d34 | June 3, 2022 5:00 AM | Reward | BTC | 0.000059967245 | | 1.827741682 | BTC | Yes |
| 520e37a7-8ee6-4407-ab7d-1837fdeb692f | May 27, 2022 5:00 AM | Reward | USDC | 0.8317931199 | | 0.8317931199 | USDC | Yes |
| 27ae5234-1f21-48d0-9bc1-a190a11e3f30 | May 27, 2022 5:00 AM | Reward | BTC | 0.000059894681 | | 1.735286772 | BTC | Yes |
| be2a8090-6c49-493b-b442-641030398508 | May 27, 2022 5:00 AM | Reward | CEL | 0.0143667608 | | 0.008484233126 | CEL | Yes |
| e90f6958-0976-47f5-bba8-c0c7beaffefb | May 27, 2022 5:00 AM | Reward | ETH | 0.00140760733 | | 2.470969824 | ETH | Yes |
| 3a6b8795-7919-43d0-8fbb-9d0672f3e894 | May 20, 2022 5:00 AM | Reward | ETH | 0.001406030953 | | 2.838216023 | ETH | Yes |
| 16502cc7-6e68-41ce-9036-e94d1dc2493d | May 20, 2022 5:00 AM | Reward | BTC | 0.000059822204 | | 1.799227273 | BTC | Yes |
| f163147c-8a86-45c8-9998-6ce023ce0d2a | May 20, 2022 5:00 AM | Reward | CEL | 0.0143516419 | | 0.01182616998 | CEL | Yes |
| 0896e706-8e04-49c4-9b89-c65745b0e70f | May 20, 2022 5:00 AM | Reward | USDC | 0.8306972385 | | 0.8306972385 | USDC | Yes |
| f27501ad-4255-4cc7-96e9-4ef2aecac64e | May 13, 2022 5:00 AM | Reward | BTC | 0.000059749814 | | 1.821473107 | BTC | Yes |
| 0d725029-42da-45ad-8beb-1b254fe9cf66 | May 13, 2022 5:00 AM | Reward | ETH | 0.001404456341 | | 2.929190324 | ETH | Yes |
| 64b2eb5e-0470-4793-a849-f62f158d5f5c | May 13, 2022 5:00 AM | Reward | CEL | 0.01433653891 | | 0.01420775378 | CEL | Yes |
| 29b7c3ff-180d-4fef-a24b-78c366b43b31 | May 13, 2022 5:00 AM | Reward | USDC | 0.829602801 | | 0.829602801 | USDC | Yes |
| 0bcacf18-0861-4e04-8c13-5231445c1360 | May 6, 2022 5:00 AM | Reward | CEL | 0.01432145181 | | 0.02902168344 | CEL | Yes |
| bafaf17d-5d86-4bff-a31d-5de0b26efc93 | May 6, 2022 5:00 AM | Reward | ETH | 0.001402883494 | | 3.847734543 | ETH | Yes |
| 81e81f69-190c-4df6-9c73-dd3e7539d791 | May 6, 2022 5:00 AM | Reward | BTC | 0.000059677513 | | 2.172855566 | BTC | Yes |
| 73127477-e15a-42a7-8796-4ef5e3585bb9 | May 6, 2022 5:00 AM | Reward | USDC | 0.8285098054 | | 0.8285098054 | USDC | Yes |

| ID | Date | Type | Asset | Amount | Balance | Confirmed |
|---|---|---|---|---|---|---|
| 8252fb5c-3e10-4e3f-8b19-71f2b9688b16 | April 29, 2022 5:00 AM | Reward | ETH | 0.001252436922 | 3.664400531 ETH | Yes |
| fe77f5e3-8a7e-431a-a506-04698ef98ead | April 29, 2022 5:00 AM | Reward | USDC | 0.8274182498 | 0.8274182498 USDC | Yes |
| 218f4330-6ffd-4770-8ac2-26219651e3c5 | April 29, 2022 5:00 AM | Reward | BTC | 0.000059605299 | 2.361109197 BTC | Yes |
| 5ae19810-9e84-435d-9eef-e693a13316d1 | April 29, 2022 5:00 AM | Reward | CEL | 0.01430638059 | 0.03015316492 CEL | Yes |
| 4fd240e7-6b30-40e8-ab7d-290c9dc7e502 | April 22, 2022 5:40 PM | Transfer | BTC | 0.02449889 | 966.8463555 | Yes |
| 09b2dc8a-8fdd-4aac-8c6c-494490277160 | April 22, 2022 5:37 PM | Transfer | USDC | 2000 | 2000 | Yes |
| cd4a23fe-671c-4873-8931-b63e36fe17f9 | April 22, 2022 5:00 AM | Reward | USDC | 0.8263281323 | 0.8263281323 USDC | Yes |
| c0d33a15-d58b-49e1-8707-8ff9cd67e29d | April 22, 2022 5:00 AM | Reward | BTC | 0.000046127165 | 1.873500952 BTC | Yes |
| 38e356f2-421e-4462-b24c-dadc4b3ef2fe | April 22, 2022 5:00 AM | Reward | ETH | 0.001244362077 | 3.746388463 ETH | Yes |
| c9a7b10b-57e7-4542-a27c-f78714bae091 | April 22, 2022 5:00 AM | Reward | CEL | 0.01429132523 | 0.03021383122 CEL | Yes |
| 4be52496-b461-47a5-8522-926db740b6ae | April 15, 2022 5:00 AM | Reward | ETH | 0.00124311657 | 3.774400255 ETH | Yes |
| 3235fa13-9520-44ed-900a-75a746b9093b | April 15, 2022 5:00 AM | Reward | BTC | 0.000046083917 | 1.850730125 BTC | Yes |
| 2c1d7fd1-2b6b-4874-a6fd-f57844e0eed2 | April 15, 2022 5:00 AM | Reward | CEL | 0.01427628571 | 0.03069401428 CEL | Yes |
| 36a28567-4545-45ea-af2a-8cd280c71881 | April 15, 2022 5:00 AM | Reward | USDC | 0.825239451 | 0.825239451 USDC | Yes |
| 02ad7150-bd5a-4dde-8f93-83cf06e17401 | April 8, 2022 5:00 AM | Reward | ETH | 0.00124187231 | 4.056238592 ETH | Yes |
| 342d3df6-6b9d-4cdd-b557-6ca7a6ac787b | April 8, 2022 5:00 AM | Reward | CEL | 0.01426126202 | 0.04347550034 CEL | Yes |
| 449a96b4-11b8-47f8-b3eb-aefc04237e59 | April 8, 2022 5:00 AM | Reward | BTC | 0.000046040710 | 2.012096377 BTC | Yes |
| 290c89d5-0897-46cb-bed6-6c418bb1ee9b | April 8, 2022 5:00 AM | Reward | USDC | 0.8241522041 | 0.8241522041 USDC | Yes |
| 1aadd654-3fcc-4632-8a1f-07192d6b805b | April 1, 2022 5:00 AM | Reward | BTC | 0.000045997543 | 2.057838083 BTC | Yes |
| 4d44507a-c9c7-4a0c-bc57-86b1448a287a | April 1, 2022 5:00 AM | Reward | ETH | 0.001240629295 | 4.035667845 ETH | Yes |
| c8656065-7910-4211-8b1b-07eaa01f0ce7 | April 1, 2022 5:00 AM | Reward | CEL | 0.01424625414 | 0.04658525103 CEL | Yes |
| 4b70d867-0d0b-4734-83fa-83211b68c4db | April 1, 2022 5:00 AM | Reward | USDC | 0.8230663896 | 0.8230663896 USDC | Yes |
| 1aba2291-f9d9-447b-89ae-e6566bb3892e | March 25, 2022 5:00 AM | Reward | CEL | 0.01423126205 | 0.04653622691 CEL | Yes |
| 46e362b9-7760-44fd-ae91-060d77f8a4d6 | March 25, 2022 5:00 AM | Reward | ETH | 0.001239387524 | 3.888008237 ETH | Yes |
| eff2e9b3-2887-49c6-b2ee-8a483c744663 | March 25, 2022 5:00 AM | Reward | BTC | 0.000045954416 | 2.022270059 BTC | Yes |
| b4d1eee3-2f72-4e27-8f30-725a1865e82d | March 25, 2022 5:00 AM | Reward | USDC | 0.8219820056 | 0.8219820056 USDC | Yes |
| 718d1a80-a651-425e-8cef-f87cc1e704a2 | March 18, 2022 5:00 AM | Reward | USDC | 0.8208990503 | 0.8208990503 USDC | Yes |
| 5107e5fa-765f-40f8-80ec-110a054f5581 | March 18, 2022 5:00 AM | Reward | BTC | 0.000045911330 | 1.866387413 BTC | Yes |
| 2caa583a-3eb8-4eb9-bea7-714589725326 | March 18, 2022 5:00 AM | Reward | ETH | 0.001238146996 | 3.444784953 ETH | Yes |
| a7418928-a354-4508-9912-6a073d87895f | March 18, 2022 5:00 AM | Reward | CEL | 0.01421628574 | 0.04577644009 CEL | Yes |
| 61b09dcc-5b10-4831-9657-2bf21d8c9505 | March 11, 2022 5:00 AM | Reward | CEL | 0.0142013252 | 0.04382514804 CEL | Yes |
| 95a5fd2a-dda2-4974-adf5-c0028468bad0 | March 11, 2022 5:00 AM | Reward | ETH | 0.001236907709 | 3.142553263 ETH | Yes |
| b54da161-43ff-4574-a4b5-38c887e43e2b | March 11, 2022 5:00 AM | Reward | BTC | 0.000045868284 | 1.767918513 BTC | Yes |
| 3bdec7bb-9ee1-4b38-9a63-e412bba55b5d | March 11, 2022 5:00 AM | Reward | USDC | 0.8198175212 | 0.8198175212 USDC | Yes |
| 59b08ecf-34d6-444d-b704-3ee4f0bedc04 | March 4, 2022 5:00 AM | Reward | CEL | 0.01289794337 | 0.03830689181 CEL | Yes |
| 0f9850c9-a649-4859-81ff-8f575b76f6f1 | March 4, 2022 5:00 AM | Reward | BTC | 0.000056517986 | 2.339449023 BTC | Yes |
| a004e72f-cd6b-4e9e-9e1e-071cf104c294 | March 4, 2022 5:00 AM | Reward | ETH | 0.001235669663 | 3.373266971 ETH | Yes |
| 4ff4854e-9d64-4c03-b843-d60162fe8e2e | March 4, 2022 5:00 AM | Reward | USDC | 0.9736486472 | 0.9736486472 USDC | Yes |
| f9969093-16d1-48fe-b0ec-5eb9a0204986 | February 25, 2022 5:00 AM | Reward | ETH | 0.001234432857 | 3.241410828 ETH | Yes |
| 00c667e5-8fc8-47ab-b549-9b08e9c1bc53 | February 25, 2022 5:00 AM | Reward | BTC | 0.000056452631 | 2.191152455 BTC | Yes |
| 85ddd7fa-dd9f-49ac-bf09-7eea560adafc | February 25, 2022 5:00 AM | Reward | CEL | 0.01288560293 | 0.03865680879 CEL | Yes |
| 94ed8de4-a0f6-40e3-907d-99651d0ba1b7 | February 25, 2022 5:00 AM | Reward | USDC | 0.9721231617 | 0.9721231617 USDC | Yes |
| 48b111b9-4b70-4909-aa7f-fc61fe87b608 | February 18, 2022 5:00 AM | Reward | CEL | 0.01287327429 | 0.0419668742 CEL | Yes |
| 8dd5480f-d358-4dad-bce7-d91afd2aca94 | February 18, 2022 5:00 AM | Reward | BTC | 0.000056387352 | 2.2934254 BTC | Yes |
| f1d1c597-f07c-423e-a3b4-3daa41ead6d3 | February 18, 2022 5:00 AM | Reward | USDC | 0.9706000662 | 0.9706000662 USDC | Yes |
| 560130b0-5026-4f74-8c9d-7be7b7c11d4c | February 18, 2022 5:00 AM | Reward | ETH | 0.001233197288 | 3.566579651 ETH | Yes |

| ID | Date | Type | Currency | Amount | Balance | Confirmed |
|---|---|---|---|---|---|---|
| 9087ecd3-4062-4bd5-9be2-bd2e616b74ec | February 11, 2022 5:00 AM | Reward | ETH | 0.001231962956 | 3.780903542 ETH | Yes |
| 9e70c78e-1c76-412b-b74c-50d1d6b1d46d | February 11, 2022 5:00 AM | Reward | USDC | 0.969079357 | 0.969079357 USDC | Yes |
| f39cc934-22f9-4b4a-aefd-31469b95da0c | February 11, 2022 5:00 AM | Reward | CEL | 0.01286095745 | 0.04414228123 CEL | Yes |
| 096a9532-41db-48d6-af5f-b2358c99ada1 | February 11, 2022 5:00 AM | Reward | BTC | 0.000056322149 | 2.428664232 BTC | Yes |
| 9d70f54e-aea1-4acd-86dd-8e91b894cbb5 | February 4, 2022 5:00 AM | Reward | USDC | 0.9675610305 | 0.9675610305 USDC | Yes |
| cd6c3c33-bdf9-4c6e-8195-4f8b3423a904 | February 4, 2022 5:00 AM | Reward | BTC | 0.000052867576 | 1.977300217 BTC | Yes |
| 4f84a3b1-014f-4f57-adcd-97dbb893d4f7 | February 4, 2022 5:00 AM | Reward | ETH | 0.001208847078 | 3.252231481 ETH | Yes |
| 795c76cf-ac02-413f-8fb2-23e56703ff69 | February 4, 2022 5:00 AM | Reward | CEL | 0.0128486524 | 0.03186465795 CEL | Yes |
| 741e3145-9801-4408-969a-fbd478d8990d | January 28, 2022 10:17 PM | Transfer | BTC | 0.02848446 | 1081.032023 | Yes |
| 709ec5cf-5fca-4a41-b5fb-aec1e574cc67 | January 28, 2022 10:06 PM | Promo Code Rev | ETH | 0.006814983423 | 20 | Yes |
| 6ad7fd22-b44b-4464-96cc-a3adae915c60 | January 28, 2022 10:05 PM | Transfer | ETH | 0.2149866417 | 546.0682198 | Yes |
| eefbe871-bfd3-4307-8691-fc078d736c5a | January 28, 2022 5:00 AM | Reward | CEL | 0.01283635912 | 0.02682799055 CEL | Yes |
| 5ad59c8c-05e7-4196-a0d3-ad87f325dd23 | January 28, 2022 5:00 AM | Reward | ETH | 0.001014335421 | 2.47302076 ETH | Yes |
| b9727661-fa33-4fd3-9e27-43b5733922c7 | January 28, 2022 5:00 AM | Reward | USDC | 0.9660450828 | 0.9660450828 USDC | Yes |
| 9681ced2-c411-4660-8824-6202c42665a0 | January 28, 2022 5:00 AM | Reward | BTC | 0.000023257779 | 0.8650498375 BTC | Yes |
| 20deea27-144c-49b5-81cf-7076b8632059 | January 21, 2022 5:00 AM | Reward | USDC | 0.9645315103 | 0.9645315103 USDC | Yes |
| 4f94d582-e732-4767-8030-4d4b70e0e3d0 | January 21, 2022 5:00 AM | Reward | CEL | 0.01282407759 | 0.03898519589 CEL | Yes |
| df2ff2c4-d8c7-4c3c-920f-c79ed77e88cb | January 21, 2022 5:00 AM | Reward | ETH | 0.001013320152 | 2.912221318 ETH | Yes |
| 97f2c663-09c1-4bed-9e65-dd1a44603605 | January 21, 2022 5:00 AM | Reward | BTC | 0.000023230884 | 0.9053540474 BTC | Yes |
| e36882e9-92ec-4b4e-b015-60423f2170ed | January 14, 2022 5:00 AM | Reward | ETH | 0.001012305899 | 3.316756971 ETH | Yes |
| 5a771a5d-f6b1-4c14-a6fe-2a4ebd51b446 | January 14, 2022 5:00 AM | Reward | CEL | 0.01281180783 | 0.04336756649 CEL | Yes |
| 90bdab77-50e2-4ce5-b1db-590e868a494b | January 14, 2022 5:00 AM | Reward | USDC | 0.9630203092 | 0.9630203092 USDC | Yes |
| 7c8d213d-c5a6-4b3d-8331-4d6f5d40360b | January 14, 2022 5:00 AM | Reward | BTC | 0.000023204021 | 0.9919752812 BTC | Yes |
| f34e1767-5759-4570-8e03-6fc1842ec380 | January 7, 2022 5:00 AM | Reward | USDC | 0.9615114759 | 0.9615114759 USDC | Yes |
| 8e242c15-9940-4096-a0ef-5bde8f24fe70 | January 7, 2022 5:00 AM | Reward | CEL | 0.01279954979 | 0.04121455034 CEL | Yes |
| be02d25e-3abf-4493-aeef-605ffc008bf0 | January 7, 2022 5:00 AM | Reward | BTC | 0.000023177189 | 0.9631281203 BTC | Yes |
| 0bc4db50-0ee4-4918-bc0c-748ce5df9b80 | January 7, 2022 5:00 AM | Reward | ETH | 0.001011292662 | 3.237319731 ETH | Yes |
| 6bdc7933-5b2d-4761-b2ec-cf68fba19986 | December 31, 2021 5:00 AM | Reward | ETH | 0.001010280439 | 3.795431655 ETH | Yes |
| 96402846-4a80-40bc-a2ee-db1623dbcee8 | December 31, 2021 5:00 AM | Reward | BTC | 0.000023150388 | 1.097884035 BTC | Yes |
| 3f1354bc-f891-45f1-a980-8f033fda2152 | December 31, 2021 5:00 AM | Reward | USDC | 0.9600050065 | 0.9600050065 USDC | Yes |
| ae69c198-6c2b-4c67-aa68-e31c8b5bd0cd | December 31, 2021 5:00 AM | Reward | CEL | 0.01278730349 | 0.05869372303 CEL | Yes |
| dc83ba84-48e7-49b6-bfec-cf42201f8623 | December 24, 2021 5:00 AM | Reward | USDC | 0.9585008965 | 0.9585008965 USDC | Yes |
| 0ee219ea-7f86-4e55-adff-9ba6515546a8 | December 24, 2021 5:00 AM | Reward | CEL | 0.01277506891 | 0.05084477425 CEL | Yes |
| 183c58c4-631a-4d5c-a36b-71f4239de983 | December 24, 2021 5:00 AM | Reward | BTC | 0.000023123618 | 1.183836783 BTC | Yes |
| d8503f78-582a-444d-93bf-482671f83c48 | December 24, 2021 5:00 AM | Reward | ETH | 0.001009269229 | 4.146633089 ETH | Yes |
| 4ac62aee-b9a7-4103-b713-d53f89a90b7b | December 17, 2021 5:00 AM | Reward | USDC | 1.120888869 | 1.120888869 USDC | Yes |
| e89c3830-cd54-4888-a271-623deac9ee48 | December 17, 2021 5:00 AM | Reward | ETH | 0.001008259031 | 4.01691406 ETH | Yes |
| bcc8f66a-c015-4642-903f-632b52760d57 | December 17, 2021 5:00 AM | Reward | CEL | 0.01276284603 | 0.04925108982 CEL | Yes |
| 08d073bc-1121-47cd-a7fb-d9f4f6afad0f | December 17, 2021 5:00 AM | Reward | BTC | 0.000022307580 | 1.070027704 BTC | Yes |
| c19a1045-73e1-49a1-8b8f-6f33569d148b | December 10, 2021 6:43 PM | Transfer | BTC | 0.00835503 | 400.9829548 | Yes |
| a9ff8796-8590-4bcd-b8f9-0b50a2b30906 | December 10, 2021 5:00 AM | Reward | CEL | 0.01275063484 | 0.04871139568 CEL | Yes |
| 709b9f37-703b-4b67-8b64-dea7aac89b0a | December 10, 2021 5:00 AM | Reward | USDC | 1.118831939 | 1.118831939 USDC | Yes |
| 88dae6ae-0e35-49f1-9002-7664d1b3e7b2 | December 10, 2021 5:00 AM | Reward | ETH | 0.001007249844 | 4.173181376 ETH | Yes |
| 7b157745-f1c0-4bfc-b2c4-21043cbd99f0 | December 10, 2021 5:00 AM | Reward | BTC | 0.000013409715 | 0.6480976752 BTC | Yes |
| 2d31417c-481f-4b5a-98cf-3a1bcd6868ca | December 3, 2021 5:00 AM | Reward | CEL | 0.01215065095 | 0.0486026038 CEL | Yes |
| bc78bbab-7aae-47c3-af37-f899ad2cd72e | December 3, 2021 5:00 AM | Reward | USDC | 1.116778784 | 1.116778784 USDC | Yes |

| ID | Date | Type | Coin | Amount | Balance | Confirmed |
|---|---|---|---|---|---|---|
| 1ddd2bab-de03-4e21-93fa-3435439c13a0 | December 3, 2021 5:00 AM | Reward | BTC | 0.000013394208 | 0.7582461578 BTC | Yes |
| e0fe66a3-93cb-49d7-9b28-16a5fa70d677 | December 3, 2021 5:00 AM | Reward | ETH | 0.001006241667 | 4.56684793 ETH | Yes |
| 02977f8f-9ec4-4ccb-9619-6ab0653b9814 | November 26, 2021 5:00 AM | Reward | CEL | 0.01213956193 | 0.05085924794 CEL | Yes |
| e680da86-f127-4a14-93d6-509ca4a2707c | November 26, 2021 5:00 AM | Reward | USDC | 1.114729397 | 1.114729397 USDC | Yes |
| 98ea0563-e9f0-4f04-a959-03fa641a9b0c | November 26, 2021 5:00 AM | Reward | BTC | 0.000013378720 | 0.7752432891 BTC | Yes |
| 71940e5d-01a8-4325-a9a4-747bb7a2a03a | November 26, 2021 5:00 AM | Reward | ETH | 0.001005234499 | 4.442428717 ETH | Yes |
| 3e2b5f79-40a3-4de1-bfc3-ead1daa42d43 | November 19, 2021 5:00 AM | Reward | BTC | 0.000013363249 | 0.7520569714 BTC | Yes |
| d9d07b28-eef9-44bc-a781-3b68c6701e2a | November 19, 2021 5:00 AM | Reward | CEL | 0.01212848303 | 0.04912035625 CEL | Yes |
| 4bdac8e9-3690-475b-a02c-428027108d71 | November 19, 2021 5:00 AM | Reward | USDC | 1.112683772 | 1.112683772 USDC | Yes |
| d242c6e2-fde4-4b7e-8862-a47e8980c178 | November 19, 2021 5:00 AM | Reward | ETH | 0.00100422834 | 4.076313465 ETH | Yes |
| 03863dfa-df3c-4a80-a1be-a1f460ef6927 | November 12, 2021 5:00 AM | Reward | ETH | 0.001003223187 | 4.797920437 ETH | Yes |
| 904d94fc-9adf-4d68-9f7e-79004c3bc6e2 | November 12, 2021 5:00 AM | Reward | BTC | 0.000013347797 | 0.8692569627 BTC | Yes |
| 273f896e-956f-4688-9ef1-ebf9f1c3b2d5 | November 12, 2021 5:00 AM | Reward | CEL | 0.01211741423 | 0.05525530824 CEL | Yes |
| 7b194d31-58d1-4090-986b-fe534157d7da | November 12, 2021 5:00 AM | Reward | USDC | 0.9888564784 | 0.9888564784 USDC | Yes |
| 8c63047a-e098-4715-a26c-569159a36230 | November 5, 2021 5:00 AM | Reward | ETH | 0.001002219041 | 4.55342381 ETH | Yes |
| 3e4fb08d-4f99-4db9-b7fb-13b2aaed4864 | November 5, 2021 5:00 AM | Reward | USDC | 0.9872408208 | 0.9872408208 USDC | Yes |
| fda85246-f845-47e9-92ce-6bf7b301eac5 | November 5, 2021 5:00 AM | Reward | BTC | 0.000013332362 | 0.8295843465 BTC | Yes |
| 89035290-8f54-4c26-a246-224a0f495eed | November 5, 2021 5:00 AM | Reward | CEL | 0.01210635554 | 0.05007710803 CEL | Yes |
| 75087c9d-4150-4580-bded-73920f23d905 | October 29, 2021 5:00 AM | Reward | USDC | 0.985627803 | 0.985627803 USDC | Yes |
| 589a684e-d09b-450f-b8ba-041e4a7c70be | October 29, 2021 5:00 AM | Reward | ETH | 0.0010012159 | 4.369923766 ETH | Yes |
| ec8d16e0-9b32-467c-ad83-3c8fc89e3935 | October 29, 2021 5:00 AM | Reward | BTC | 0.000013316945 | 0.8211687724 BTC | Yes |
| 722dd8c0-3949-4279-b8a9-0153ab4ead74 | October 29, 2021 5:00 AM | Reward | CEL | 0.01209530695 | 0.05915406514 CEL | Yes |
| 8bb41066-5eb7-48c7-bec4-24b3f1726b30 | October 22, 2021 5:00 AM | Reward | BTC | 0.000013301546 | 0.8416154404 BTC | Yes |
| 8c01147d-6937-4b21-8106-842fa4bd2916 | October 22, 2021 5:00 AM | Reward | CEL | 0.01208426843 | 0.06271735316 CEL | Yes |
| 20aeca06-c8b3-49a2-8f20-787dc1d57906 | October 22, 2021 5:00 AM | Reward | USDC | 0.9840174207 | 0.9840174207 USDC | Yes |
| 0f2dd4e5-3326-4706-8985-9a4c31b6b221 | October 22, 2021 5:00 AM | Reward | ETH | 0.001000213762 | 4.165760293 ETH | Yes |
| a7bb9dab-ecc3-48b7-8a70-8c5a275ce9d8 | October 15, 2021 5:00 AM | Reward | USDC | 0.9824096695 | 0.9824096695 USDC | Yes |
| 88e5415e-066c-4846-9ead-48eabfb8f6fc | October 15, 2021 5:00 AM | Reward | BTC | 0.000013286165 | 0.7932760397 BTC | Yes |
| 636b2146-da75-4107-8c1f-2018273b7b67 | October 15, 2021 5:00 AM | Reward | CEL | 0.01207323999 | 0.06830592531 CEL | Yes |
| 262a8567-dbb7-4388-b145-c5b306d359af | October 15, 2021 5:00 AM | Reward | ETH | 0.000999212628 | 3.821098792 ETH | Yes |
| 61af9a70-ffa1-4150-92c7-938eaeda4551 | October 8, 2021 5:00 AM | Reward | ETH | 0.000836301308 | 2.991340621 ETH | Yes |
| e608e3d4-9399-4c83-89fc-ba9a6dec1991 | October 8, 2021 5:00 AM | Reward | CEL | 0.01206222162 | 0.06834422082 CEL | Yes |
| 82d030aa-f3d1-43d1-a3f5-015d43b0df42 | October 8, 2021 5:00 AM | Reward | USDC | 0.9808045451 | 0.9808045451 USDC | Yes |
| 674cf8a4-6034-4291-b7dc-ef066b98d2bc | October 8, 2021 5:00 AM | Reward | BTC | 0.000013270801 | 0.7161118865 BTC | Yes |
| ab41f78e-591c-4c0d-9c9c-2856416c0f76 | October 4, 2021 11:23 PM | Transfer | ETH | 0.3006572121 | 1020.58736 | Yes |
| 7d26cb45-3830-43e1-b37f-b262257b408f | October 1, 2021 5:00 AM | Reward | CEL | 0.0120512133 | 0.06045685039 CEL | Yes |
| 4ddfc3c3-6b65-4b9e-8393-531e30a8f60a | October 1, 2021 5:00 AM | Reward | USDC | 0.9792020433 | 0.9792020433 USDC | Yes |
| 3a7c8db3-946c-4738-96f3-d5e0923af6b6 | October 1, 2021 5:00 AM | Reward | BTC | 0.000013255455 | 0.578507858 BTC | Yes |
| 8a95f5b6-8134-4ffb-bdb6-302aabf33ca0 | October 1, 2021 5:00 AM | Reward | ETH | 0.000696441539 | 2.091943239 ETH | Yes |
| 24c2c6ad-d777-4b5c-a574-c94e62b52577 | September 24, 2021 5:00 AM | Reward | ETH | 0.000695744457 | 2.148934212 ETH | Yes |
| ec1ae2a5-a08d-417e-903d-8a25407e33b0 | September 24, 2021 5:00 AM | Reward | CEL | 0.01204021502 | 0.06024240546 CEL | Yes |
| 54a9051d-2097-498f-ac5b-0603bfa48478 | September 24, 2021 5:00 AM | Reward | USDC | 0.9776021598 | 0.9776021598 USDC | Yes |
| f9d53f07-4ada-4ea4-b76d-7512e67f5e1e | September 24, 2021 5:00 AM | Reward | BTC | 0.000013240127 | 0.5869737998 BTC | Yes |
| e33b7593-a53f-4c64-a264-52f72ebf050c | September 17, 2021 5:00 AM | Reward | USDC | 0.9760048903 | 0.9760048903 USDC | Yes |
| 8d976ca8-c89a-487f-98fe-c020ecae2c66 | September 17, 2021 5:00 AM | Reward | CEL | 0.01202922679 | 0.06506813062 CEL | Yes |
| 0535245a-a41d-40f4-9b32-b60a6acd176a | September 17, 2021 5:00 AM | Reward | ETH | 0.000695048072 | 2.48792859 ETH | Yes |

| ID | Date | Type | Coin | Amount | Balance | Confirmed |
|---|---|---|---|---|---|---|
| 596271fe-890f-450e-8f12-0ddbdb695d1f | September 17, 2021 5:00 AM | Reward | BTC | 0.000008912135 | 0.4283510085 BTC | Yes |
| 736b90cc-07df-4c6c-8d22-3535a11cd9bb | September 16, 2021 8:10 AM | Transfer | BTC | 0.00425727 | 205.9891972 | Yes |
| 56e4c1ba-6796-4afe-aa0a-4d83f0aac412 | September 10, 2021 5:00 AM | Reward | USDC | 0.9744102305 | 0.9744102305 USDC | Yes |
| c9ebcbad-7ca8-4fda-857d-92eaa9157851 | September 10, 2021 5:00 AM | Reward | BTC | 0.000008291602 | 0.3876613954 BTC | Yes |
| 90940a60-9959-4f81-bbb0-23e7795f26da | September 10, 2021 5:00 AM | Reward | CEL | 0.01201824858 | 0.07011015288 CEL | Yes |
| 350913e0-1dbe-4dc2-ba69-dffdb42695f2 | September 10, 2021 5:00 AM | Reward | ETH | 0.000694352384 | 2.406993204 ETH | Yes |
| b6e6335e-d9a7-4e9e-b92b-88418e9acb4a | September 3, 2021 5:00 AM | Reward | ETH | 0.000693657393 | 2.641201194 ETH | Yes |
| 92b9466e-214e-410f-974e-a28168630851 | September 3, 2021 5:00 AM | Reward | CEL | 0.01200728039 | 0.07489542562 CEL | Yes |
| 67619512-66fd-4043-81c0-32ffc68a9566 | September 3, 2021 5:00 AM | Reward | USDC | 0.9728181761 | 0.9728181761 USDC | Yes |
| 5fc09a80-32f6-42b6-b982-e2db974287bf | September 3, 2021 5:00 AM | Reward | BTC | 0.000008282014 | 0.4116256624 BTC | Yes |
| 3185e1f9-c597-4dec-8824-3896540785f6 | August 27, 2021 5:00 AM | Reward | ETH | 0.000692963097 | 2.150210325 ETH | Yes |
| 22326f4e-0208-4a60-b35a-2acdb7ab4609 | August 27, 2021 5:00 AM | Reward | BTC | 0.000008272437 | 0.387953807 BTC | Yes |
| dec037e4-11b5-4959-bf7c-d947631beda3 | August 27, 2021 5:00 AM | Reward | USDC | 0.9712287253 | 0.9712287253 USDC | Yes |
| f39b98f1-777b-49e7-9282-541afbbc6cb2 | August 27, 2021 5:00 AM | Reward | CEL | 0.01199632221 | 0.06656780295 CEL | Yes |
| f2d3e4cf-978c-4953-aecd-78e9a9f96ce4 | August 20, 2021 5:00 AM | Reward | ETH | 0.000692269497 | 2.231625423 ETH | Yes |
| b153c280-feb4-4293-841b-e712caef793e | August 20, 2021 5:00 AM | Reward | CEL | 0.01198537403 | 0.07376203547 CEL | Yes |
| f035e512-2717-4cef-8454-9b7ce0300a10 | August 20, 2021 5:00 AM | Reward | USDC | 0.5443499991 | 0.5443499991 USDC | Yes |
| 5a520085-e906-4640-899f-11345cd27ce4 | August 20, 2021 5:00 AM | Reward | BTC | 0.000007788374 | 0.3672062391 BTC | Yes |
| 7db8e09e-5e20-4ad8-95cf-27ac3b6195cc | August 19, 2021 6:45 AM | Transfer | USDC | 300 | 300 | Yes |
| 339ec860-d9e5-4871-aa8b-1d9ccca94c99 | August 13, 2021 5:00 AM | Reward | BTC | 0.000007779368 | 0.3515799362 BTC | Yes |
| 1fb33dec-053a-4cde-85c0-c3de3345ccd1 | August 13, 2021 5:00 AM | Reward | ETH | 0.000691576590 | 2.156136926 ETH | Yes |
| 8a0a7c55-57b1-4669-8c8b-7e7e157031fc | August 13, 2021 5:00 AM | Reward | CEL | 0.01197443585 | 0.07514934987 CEL | Yes |
| 5475b799-be0a-41f1-93ba-005e5854982e | August 13, 2021 5:00 AM | Reward | USDC | 0.4785931014 | 0.4785931014 USDC | Yes |
| cc9757e0-eb94-480e-9a09-e4e3f9a5cb13 | August 6, 2021 5:00 AM | Reward | USDC | 0.4778111451 | 0.4778111451 USDC | Yes |
| ac42d045-de26-4372-8d6e-0acf86531f4b | August 6, 2021 5:00 AM | Reward | CEL | 0.01196350764 | 0.07217051012 CEL | Yes |
| 2ed39512-4775-48dd-be40-8e4d68856a2d | August 6, 2021 5:00 AM | Reward | BTC | 0.000007770372 | 0.3118475717 BTC | Yes |
| 9610d62e-7bae-4215-b8e6-d4f80c7331fe | August 6, 2021 5:00 AM | Reward | ETH | 0.000690884377 | 1.91608093 ETH | Yes |
| 754880ba-f027-45e8-abc4-b795ea00f9b5 | July 30, 2021 5:00 AM | Reward | CEL | 0.01195258941 | 0.07104736692 CEL | Yes |
| 43204ca7-cef1-4032-8420-563800eb0e61 | July 30, 2021 5:00 AM | Reward | BTC | 0.000007761387 | 0.3084742172 BTC | Yes |
| ef767672-f26f-4185-b994-ded5ff1a4bce | July 30, 2021 5:00 AM | Reward | ETH | 0.000690192857 | 1.663889841 ETH | Yes |
| 4f6fd7ba-fe62-4aa9-90b1-011b52895539 | July 30, 2021 5:00 AM | Reward | USDC | 0.4770304664 | 0.4770304664 USDC | Yes |
| a7e55b06-2371-42eb-b48f-a393232738af | July 23, 2021 5:00 AM | Reward | BTC | 0.000007752412 | 0.2534826048 BTC | Yes |
| be7b53d8-6779-4b73-adbb-b354a7961022 | July 23, 2021 5:00 AM | Reward | ETH | 0.000689502029 | 1.431923507 ETH | Yes |
| 80c9ac6e-f983-4caf-9e47-90fc685f7071 | July 23, 2021 5:00 AM | Reward | USDC | 0.4762510632 | 0.4762510632 USDC | Yes |
| 7b178af5-a992-4583-a654-4f12d7816962 | July 23, 2021 5:00 AM | Reward | CEL | 0.01194168114 | 0.06444943678 CEL | Yes |
| 1b5b11a2-eb5c-4ee9-907b-a2b4ab0a4414 | July 16, 2021 5:00 AM | Reward | CEL | 0.01193078283 | 0.06507030514 CEL | Yes |
| b029f2c9-7d3e-4f85-bee9-a6f2732d558a | July 16, 2021 5:00 AM | Reward | BTC | 0.000007743447 | 0.2475460356 BTC | Yes |
| 60cdabac-fb20-4914-ace2-73885c8d248e | July 16, 2021 5:00 AM | Reward | USDC | 0.4754729335 | 0.4754729335 USDC | Yes |
| 564c5116-10b5-4b4e-a65d-ab8c68e2bf46 | July 16, 2021 5:00 AM | Reward | ETH | 0.000688811892 | 1.342888493 ETH | Yes |
| c02c243b-e9bb-48eb-9bc9-18ab6584c262 | July 9, 2021 5:00 AM | Reward | ETH | 0.000688122447 | 1.475889672 ETH | Yes |
| ccdbc8a5-8cd8-4f12-a360-2c727a6399d0 | July 9, 2021 5:00 AM | Reward | BTC | 0.000007734493 | 0.2555052647 BTC | Yes |
| fd4dd92c-fbf7-4538-a78c-45e03978283c | July 9, 2021 5:00 AM | Reward | USDC | 0.4746960751 | 0.4746960751 USDC | Yes |
| 8cdcba78-5ed9-4d0e-a760-96a0177ea15c | July 9, 2021 5:00 AM | Reward | CEL | 0.01191989447 | 0.0744593322 CEL | Yes |
| 99996447-eeeb-41d3-ab93-6e9bfe730c0d | July 2, 2021 5:00 AM | Reward | ETH | 0.000581629137 | 1.194082232 ETH | Yes |
| 84629cae-2cd7-4c9e-84c0-7c991269533c | July 2, 2021 5:00 AM | Reward | BTC | 0.000007725549 | 0.256202196 BTC | Yes |
| 43af2951-5fc0-41d7-b973-dbc3547e0239 | July 2, 2021 5:00 AM | Reward | USDC | 0.473920486 | 0.473920486 USDC | Yes |

| ID | Date | Type | Asset | Amount | Value | Confirmed |
|---|---|---|---|---|---|---|
| bcce77f4-7b6b-4b52-8daf-4505aa131eb7 | July 2, 2021 5:00 AM | Reward | CEL | 0.01190901604 | 0.06981073484 CEL | Yes |
| 62b8a0b5-5efa-4e44-bf35-901b20ee56ab | June 29, 2021 1:37 AM | Transfer | ETH | 0.1319361106 | 279.2350932 | Yes |
| 0391a2e8-5608-40eb-8bac-eaa13a4e4a89 | June 25, 2021 5:00 AM | Reward | ETH | 0.000525006061 | 1.040758719 ETH | Yes |
| 4be31d80-a8d0-4f11-908f-af3a27745119 | June 25, 2021 5:00 AM | Reward | USDC | 0.4731461641 | 0.4731461641 USDC | Yes |
| 7f3af016-c180-4ef5-9a12-9cb8d8d0d278 | June 25, 2021 5:00 AM | Reward | CEL | 0.01189814754 | 0.06906823431 CEL | Yes |
| dce57ba3-7367-43d4-a615-109a373bddbd | June 25, 2021 5:00 AM | Reward | BTC | 0.000007716616 | 0.2683171596 BTC | Yes |
| 40b4c789-1710-48f0-9b59-cb2acfdade4e | June 18, 2021 5:00 AM | Reward | BTC | 0.000007707693 | 0.2920784825 BTC | Yes |
| c0cd6e11-ed24-4a7f-b8d1-ee27eb78d843 | June 18, 2021 5:00 AM | Reward | ETH | 0.000524508787 | 1.22775793 ETH | Yes |
| 0c9d7522-7d8e-4507-9d30-958f00f3646a | June 18, 2021 5:00 AM | Reward | USDC | 0.4723731074 | 0.4723731074 USDC | Yes |
| b99a843d-b476-44eb-b643-fecb6708e6cd | June 18, 2021 5:00 AM | Reward | CEL | 0.01188728896 | 0.07956408478 CEL | Yes |
| 33005a04-1811-4162-a16f-d597e79cad48 | June 11, 2021 5:00 AM | Reward | BTC | 0.000007698780 | 0.2832310128 BTC | Yes |
| b48269d2-4d32-4b79-b784-790797704b0d | June 11, 2021 5:00 AM | Reward | USDC | 0.4716013129 | 0.4716013129 USDC | Yes |
| 16e74eea-8382-4cf2-92f5-984d53bf7be9 | June 11, 2021 5:00 AM | Reward | ETH | 0.000524011983 | 1.293454638 ETH | Yes |
| f738424e-6d63-4cae-9ea0-299e2d268b05 | June 11, 2021 5:00 AM | Reward | CEL | 0.01187644032 | 0.08447787503 CEL | Yes |
| 3c61299c-71da-4b99-9a3a-f16bd1d463bf | June 4, 2021 5:00 AM | Reward | CEL | 0.00157677538 | 0.01237298027 CEL | Yes |
| 35fd9b37-7195-46d5-aed3-6306eef87d69 | June 4, 2021 5:00 AM | Reward | ETH | 0.000523515650 | 1.443714431 ETH | Yes |
| 4b2b88bf-81bc-4553-94b8-b51de2f0f504 | June 4, 2021 5:00 AM | Reward | USDC | 0.6122297652 | 0.6122297652 USDC | Yes |
| a544f2a5-fb25-434b-b84d-fbf9af837d1c | June 4, 2021 5:00 AM | Reward | BTC | 0.000007689877 | 0.2927585853 BTC | Yes |
| 7966cb99-194b-447d-bda1-0dc1ff0c48d5 | June 3, 2021 6:41 AM | Inbound Transfer | CEL | 13 | 100.8643493 | Yes |
| ae09c49c-2f24-4504-9f48-6cbf80bf1e6d | June 3, 2021 6:23 AM | Outbound Transf | USDC | -100 | -100 | Yes |
| 71a80f20-17cd-4483-87a5-5b7210f25d6a | May 28, 2021 5:00 AM | Reward | USDC | 0.5577872066 | 0.5577872066 USDC | Yes |
| 9677661a-8a1c-4657-8e44-46ea00b501ea | May 28, 2021 5:00 AM | Reward | BTC | 0.000007680985 | 0.2901641521 BTC | Yes |
| d84f3c59-730e-4d41-b68d-de7c74ba15bf | May 28, 2021 5:00 AM | Reward | ETH | 0.000465933478 | 1.250252956 ETH | Yes |
| a26f3920-b469-4b76-b5a2-e28831b43b26 | May 25, 2021 8:06 PM | Transfer | ETH | 0.09112934369 | 229.1394772 | Yes |
| 99ca6349-e0f5-4d11-a4b4-8ce5a66ba94f | May 22, 2021 5:02 PM | Promo Code Rev | BTC | 0.000410339341 | 20 | Yes |
| 71fdb966-4381-48ba-9de2-ab0d2de363a8 | May 22, 2021 5:00 PM | Transfer | USDC | 387 | 387 | Yes |
| bd652edc-4990-4f5d-ad6b-025876604ccc | May 21, 2021 5:00 AM | Reward | ETH | 0.000436262671 | 1.206835406 ETH | Yes |
| ca232cba-017e-4d25-b8c1-d491d8d76fbf | May 21, 2021 5:00 AM | Reward | BTC | 0.000007672103 | 0.3138522252 BTC | Yes |
| 5691ae31-2c5b-4bfe-9179-8ff96f6e8bd4 | May 14, 2021 5:00 AM | Reward | BTC | 0.000007663231 | 0.3788088436 BTC | Yes |
| b14b3cc3-6f49-4bc0-b023-571cd7f6ad45 | May 14, 2021 5:00 AM | Reward | ETH | 0.000435849452 | 1.660943663 ETH | Yes |
| f57a4e89-c3a2-4b2e-9a63-0970515b90a6 | May 7, 2021 5:00 AM | Reward | ETH | 0.000435436625 | 1.50528052 ETH | Yes |
| 13ab0c9e-48c3-457b-b2b1-5c22864f781f | May 7, 2021 5:00 AM | Reward | BTC | 0.000007654370 | 0.4330790815 BTC | Yes |
| 9288db8a-7379-49ab-8efb-9d5ddfe5e1fc | April 30, 2021 5:00 AM | Reward | BTC | 0.000007645519 | 0.4142513495 BTC | Yes |
| 0d95398c-9295-41db-9590-5136fd9008af | April 30, 2021 5:00 AM | Reward | ETH | 0.000435024189 | 1.203370456 ETH | Yes |
| 500d4697-1845-47e0-8801-8acb25702771 | April 23, 2021 5:00 AM | Reward | ETH | 0.000380305710 | 0.8648136179 ETH | Yes |
| ea79141d-81c2-4d02-a348-9578973dcd36 | April 23, 2021 5:00 AM | Reward | BTC | 0.000007636678 | 0.3833292969 BTC | Yes |
| 87261684-457c-4ab6-8ec4-90cee56c85a7 | April 20, 2021 11:14 PM | Transfer | ETH | 0.08430991723 | 195.9891094 | Yes |
| fa51d439-db6d-40e5-8408-6dd1bde1fb50 | April 16, 2021 5:00 AM | Reward | ETH | 0.000354395349 | 0.8889438589 ETH | Yes |
| 741b499e-e137-4149-aa72-4dd3614be54d | April 16, 2021 5:00 AM | Reward | BTC | 0.000007627847 | 0.4814578953 BTC | Yes |
| 5cae3915-7200-4b35-bb22-44df0ff197d6 | April 9, 2021 5:00 AM | Reward | BTC | 0.000007619027 | 0.4441282008 BTC | Yes |
| b304857f-3ef1-448f-b658-c30e16b6e500 | April 9, 2021 5:00 AM | Reward | ETH | 0.000354059673 | 0.7413273943 ETH | Yes |
| df415b5c-d2f0-478f-bed8-f1ba06ba58d2 | April 2, 2021 5:00 AM | Reward | BTC | 0.000005268986 | 0.314292732 BTC | Yes |
| 2029c69c-4274-4181-8335-89a18b42f9a0 | April 2, 2021 5:00 AM | Reward | ETH | 0.000245152803 | 0.4883507312 ETH | Yes |
| 0c6e4044-ba3b-4d1c-8231-8044bc55760b | March 30, 2021 4:16 AM | Transfer | BTC | 0.00357016 | 204.3175193 | Yes |
| 46d6c9be-0f39-4aaa-a0b2-6bd2f317f670 | March 30, 2021 4:05 AM | Transfer | ETH | 0.2025001332 | 363.5972639 | Yes |
| 4334ab77-bb7c-482b-b9ba-25d485e52c3a | March 26, 2021 5:00 AM | Reward | BTC | 0.000003475756 | 0.182243739 BTC | Yes |

| ID | Date | Type | Coin | Amount | Balance | | Yes/No |
|---|---|---|---|---|---|---|---|
| df71b6ff-1f37-4911-bfcc-52bb8ca50a51 | March 26, 2021 5:00 AM | Reward | ETH | 0.000161688254 | 0.2612369052 | ETH | Yes |
| de143f06-71b4-46ae-9f4e-41c362f0e596 | March 19, 2021 5:00 AM | Reward | ETH | 0.000161535106 | 0.2871000857 | ETH | Yes |
| 696b4a2c-4622-4d7b-a7ad-29b7275a148e | March 19, 2021 5:00 AM | Reward | BTC | 0.000003471737 | 0.2007312717 | BTC | Yes |
| 481a4634-bcdd-4321-9ef9-ba4418094938 | March 12, 2021 5:00 AM | Reward | BTC | 0.000003467723 | 0.1981783075 | BTC | Yes |
| 67c65dfa-abee-4749-935f-6f8091d9aed4 | March 12, 2021 5:00 AM | Reward | ETH | 0.000161382103 | 0.2923421512 | ETH | Yes |
| 300a201c-c930-4b73-a7c2-42b7aab87105 | March 5, 2021 5:00 AM | Reward | ETH | 0.000161229246 | 0.2395995361 | ETH | Yes |
| 429e996d-f816-44ec-91c4-fdd8401927a1 | March 5, 2021 5:00 AM | Reward | BTC | 0.000003463713 | 0.1636686409 | BTC | Yes |
| e784a5da-a8f1-4bc2-be39-8ac42ff1ae46 | February 26, 2021 5:00 AM | Reward | ETH | 0.000161076533 | 0.2402910527 | ETH | Yes |
| c971627a-83e0-4a47-a11f-46a5a9f87662 | February 26, 2021 5:00 AM | Reward | BTC | 0.000003459707 | 0.1641013799 | BTC | Yes |
| 4d396764-89f0-47db-95e2-6b0f2787d429 | February 19, 2021 5:00 AM | Reward | ETH | 0.000160923964 | 0.3074296514 | ETH | Yes |
| 805f3eb7-d90d-405e-97e1-307fd445c533 | February 19, 2021 5:00 AM | Reward | BTC | 0.000003311078 | 0.1697346949 | BTC | Yes |
| 73e5b1c6-7ff1-4ac2-b892-2771a9915c8c | February 14, 2021 7:57 AM | Referred Award | BTC | 0.000412403993 | 20 | | Yes |
| 5601bb28-c9dd-45a1-acc9-4995305f085f | February 12, 2021 5:00 AM | Reward | ETH | 0.000160771541 | 0.2837372817 | ETH | Yes |
| 523992f9-ca36-4442-8383-a2729a235d4a | February 12, 2021 5:00 AM | Reward | BTC | 0.000002974993 | 0.1412025295 | BTC | Yes |
| 95b0ef94-5157-4f75-8ca6-ef7e84a7ea3a | February 5, 2021 5:00 AM | Reward | ETH | 0.000160619261 | 0.2613527792 | ETH | Yes |
| 39751134-7e6e-4e21-b65e-d0075d9e98a3 | February 5, 2021 5:00 AM | Reward | BTC | 0.000002971553 | 0.1103838545 | BTC | Yes |
| e6af06a3-a5ca-4e37-aee6-69b66ee9c9dd | January 29, 2021 5:00 AM | Reward | ETH | 0.000160467126 | 0.2076158484 | ETH | Yes |
| 79708409-a928-4bb4-8b57-63aef5044716 | January 29, 2021 5:00 AM | Reward | BTC | 0.000002968117 | 0.09772414255 | BTC | Yes |
| 2c88ecf9-0554-4fdc-ab5e-b3c0b2b3ed60 | January 22, 2021 5:00 AM | Reward | ETH | 0.000157590356 | 0.1858857301 | ETH | Yes |
| cd84da82-189c-4ede-b72e-5bc9a0827e82 | January 22, 2021 5:00 AM | Reward | BTC | 0.000002902271 | 0.09063059121 | BTC | Yes |
| 37c35382-49ff-42b9-a2ae-245525223959 | January 15, 2021 8:32 AM | Transfer | BTC | 0.00256092 | 98.13557757 | | Yes |
| 5ae7f14b-30eb-4f74-ab0f-bcbb26948db7 | January 15, 2021 7:51 AM | Transfer | ETH | 0.1690977971 | 208.6291867 | | Yes |

|  | Total Coin Amount | USD Value |
|---|---|---|
| Total BTC | 0.07440653707 | 3067.649573 |
| Total ETC | 1.266559079 | 3045.70789 |
| Total USDC | 2637.053976 | 2637.053976 |
| Total CEL | 13.75053049 | 103.5916312 |