UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al*,<br><br>     Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG) |

**ORDER REGARDING REPLY OF *PRO SE* CREDITOR LAURA FALLER
MCNEIL TO POST-EFFECTIVE DATE DEBTORS' OBJECTION
TO THE LAURA FALLER MCNEIL APPLICATION
FOR ALLOWANCE OF CLAIM FOR SUBSTANTIAL CONTRIBUTION**

On November 10, 2024, *pro se* creditor Laura Faller McNeil timely filed a reply (the "McNeil Reply," ECF Doc. # 7820) to the *Post-Effective Date Debtors' Objection to Laura Faller McNeil's Application for Allowance of Claim for Substantial Contribution to the Debtors' Estates* (the "Objection," ECF Doc. # 7785), which was entered on the Court's docket on November 12, 2024. Each of the Objection and McNeil Reply pertain to Ms. McNeil's application (the "Application," ECF Doc. # 7755) for entry of an order (i) allowing her an administrative expense claim in the amount of $206,300.00 for her asserted substantial contributions and (ii) directing the payment of such amount from the Post-Effective Date Debtors' estates. (Application ¶ 15.)

On November 12, 2024, prior to the entry of the McNeil Reply on the Court's docket, the Court entered a memorandum opinion and order (the "Opinion," ECF Doc. # 7807) that denied the Application without consideration of the McNeil Reply. The Court was unaware the McNeil Reply was submitted for entry until Ms. McNeil brought it to the Court's attention following entry of the Opinion. Accordingly, at the hearing held on November 13, 2024, the Court indicated that it would consider the McNeil Reply even without a formal motion for reconsideration.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that, after consideration of the arguments set forth in the McNeil Reply, the Application is **DENIED** for the reasons already set forth in the Opinion.  As the Court indicated, while Ms. McNeil's efforts are commendable, they unfortunately do not rise to the level necessary for a finding of substantial contribution.

**IT IS SO ORDERED.**

Dated:  November 19, 2024
        New York, New York

     /s/ Martin Glenn     
MARTIN GLENN
Chief United States Bankruptcy Judge
