**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

     I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

     On November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as <u>**Exhibit A**</u>:

- **Order Sustaining the Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7851)

- **Order Sustaining the Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7852)

- **Order Sustaining the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7853)

- **Order Sustaining the Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7860)

     Furthermore, on November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as <u>**Exhibit B**</u>, and via electronic mail on the service list attached hereto as <u>**Exhibit C**</u>:

- **Order Sustaining the Litigation Administrator's Third Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7851)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Order Sustaining the Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7852)

Furthermore, on November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Order Sustaining the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7853)

Furthermore, on November 20, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit H**, and via electronic mail on the service list attached hereto as **Exhibit I**:

- **Order Sustaining the Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7860)

Dated: November 21, 2024

*Alberto Romero Calderon*
_____
Alberto Romero Calderon

State of Colorado     )
                      ) SS.
County of Denver      )

Subscribed and sworn before me this 21st day of November 2024 by Alberto Romero Calderon.

*Kerrie Lynne Darby*
_____
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# **Exhibit A**

**STRETTO**

**Exhibit A**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE  FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | LUCAS.CURTIS@WHITECASE.COM KATHRYN.GUNDERSEN@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit B**

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG

STRETTO

**Exhibit B**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| GURLEEN BHINDER | ON FILE |
| WEITZEL, RANDALL J | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit C</u>**



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| ADAM A GALAS | ON FILE |
| ADAM HILL | ON FILE |
| AGUILAR, RALPH | ON FILE |
| ALLEN MARTINCAVAGE II [WILL MARTIN] | ON FILE |
| AMELA CHANMANY SYHAPANHA | ON FILE |
| AN PHAN | ON FILE |
| ANDREW BESTAFKA | ON FILE |
| ANDREW GLENN WHALEY | ON FILE |
| ANDREW MCDANIEL | ON FILE |
| ANDREW W PATZERT | ON FILE |
| ANGEL MONTALVO | ON FILE |
| ANTON MATEJEK | ON FILE |
| AUSTIN, CRAIG | ON FILE |
| BALTZ, JUSTIN | ON FILE |
| BARRETT, BRYAN | ON FILE |
| BARRY J DICK | ON FILE |
| BARTLETT, GREGORY | ON FILE |
| BERKOWITZ, HOWARD PHILIP | ON FILE |
| BRAUNSTEIN, ANDREW | ON FILE |
| BRENDA J ANGUIANO | ON FILE |
| BRENNEMAN, KENDAL | ON FILE |
| BROWER, ELENA PAIGE | ON FILE |
| BRYANT, BRANDON | ON FILE |
| CARIDAD, YASMANI DELGADO | ON FILE |
| CASIMIR, MARCUS | ON FILE |
| CASTILLO, RYAN VINCENT | ON FILE |
| CHANG, HWA | ON FILE |
| CHANG, SARAH | ON FILE |
| CHERRINGTON, ADAM | ON FILE |
| CHINHUA LIU | ON FILE |
| CHIPKIN, JARED | ON FILE |
| CHRIS MORSTAD | ON FILE |
| CIRIC, CHRISTOPHER | ON FILE |
| CLASSEN, CRAIG | ON FILE |
| COBBS, SHAWN | ON FILE |
| COLYER, GARY | ON FILE |
| CONWAY, MATTHEW | ON FILE |
| CORTEZ. SETH | ON FILE |
| CRISPINO, FLORMELYN | ON FILE |
| DALLAN ANDRES ESCOBAR | ON FILE |
| DANIEL DIZON | ON FILE |
| DANILO RUIZ | ON FILE |
| DAVID ZABINSKI | ON FILE |
| DAVIDSON, JAXSON | ON FILE |
| DAVIES, TRAVIS | ON FILE |
| DE BOER, MAARTEN | ON FILE |
| DELROCCO, ROBERT | ON FILE |
| DENSMORE, BENJAMIN | ON FILE |
| DEREK VEATCH | ON FILE |
| DOUGLAS H WOLFORD | ON FILE |
| DUBE, JONATHAN | ON FILE |
| DUKES, DEREK | ON FILE |
| DURNIN, MICHAEL | ON FILE |
| EDMOND CHIU | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



## Exhibit C
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| EDWARD LUI | ON FILE |
| ELVIR, GABRIEL | ON FILE |
| ERIC A GROSS | ON FILE |
| ERIC OBERST | ON FILE |
| EVAN PRIDHAM | ON FILE |
| FREEMAN, MATTHEW | ON FILE |
| FRIDMAN, DMITRI | ON FILE |
| FUSMAN, ALEX | ON FILE |
| GIACOMOZZI, MARCO | ON FILE |
| GIBSON, LOUIS | ON FILE |
| GILL, TANVIR | ON FILE |
| GILMORE, SPENCER | ON FILE |
| GONCALVES, LEONARDO BATISTA | ON FILE |
| GORE, JONATHAN DAVID | ON FILE |
| GOULART, CHRISTOPHER F | ON FILE |
| GRASSO, SALVATORE STEVEN | ON FILE |
| GRIERSON, JAMES | ON FILE |
| GURLEEN BHINDER | ON FILE |
| HAMMOND BRANCH JOHNSON | ON FILE |
| HAN, SUN JUNG | ON FILE |
| HANLER N PEREZ | ON FILE |
| HARDING, KINA | ON FILE |
| HARVEY, JOSEPH E | ON FILE |
| HAVA, ELAN | ON FILE |
| HAWK, NEAL | ON FILE |
| HELLER, SHARON | ON FILE |
| HOGEN, GEORGE | ON FILE |
| HOLTZE, DAVID | ON FILE |
| HOURIHAN, BRIAN | ON FILE |
| HUANG, JOE | ON FILE |
| HUY PHAN | ON FILE |
| IAN BERG | ON FILE |
| IMPERIAL DEFENDERS SUPER FUND | ON FILE |
| JACK J MONTELEONE | ON FILE |
| JAHNKE, ROGER | ON FILE |
| JAMES JULIUS BOYLE RAY | ON FILE |
| JAMES R SOLOMON | ON FILE |
| JAMES YEN | ON FILE |
| JAMES, MARK | ON FILE |
| JASON COONEY | ON FILE |
| JASON ERIC MARCH | ON FILE |
| JASON MICHAEL LISNER | ON FILE |
| JAY P. PATEL | ON FILE |
| JAY SUN | ON FILE |
| JEONG, JIYOON | ON FILE |
| JERRY DON MCGUFFIN | ON FILE |
| JIA, WENKAI | ON FILE |
| JIMENEZ, MICHAEL | ON FILE |
| JOHN BREVARD | ON FILE |
| JOHN JONES | ON FILE |
| JOHN RAYMOND PORTILLO | ON FILE |
| JOSE GUERRA | ON FILE |
| JOSEPH DANIEL SANCHEZ | ON FILE |
| JOSEPH EDWARD LUNDQUIST | ON FILE |



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JOSHUA GRANT | ON FILE |
| KALYANE PETRI | ON FILE |
| KAM, CHECK | ON FILE |
| KAPLAN, DANA | ON FILE |
| KELLER-LYNN, CAROLINE | ON FILE |
| KELVIN BROADNAX | ON FILE |
| KENDALL, MONICA | ON FILE |
| KENNETH MICHAEL BARR | ON FILE |
| KESHWANI, RUMEER | ON FILE |
| KEVIN ALAN COMER | ON FILE |
| KEVIN WEBSTER | ON FILE |
| KEVIN WITHERSTINE | ON FILE |
| KIMPO TEANG | ON FILE |
| KINNEY, BRIAN | ON FILE |
| KIPCHOGE SPENCER | ON FILE |
| KNIGHT, PAUL | ON FILE |
| KOFMAN, MICHAEL | ON FILE |
| KRISHNA C VUDAYAGIRI | ON FILE |
| LAST, WOLTER | ON FILE |
| LESHOCK, DAVID | ON FILE |
| LEUNG, ALICE | ON FILE |
| LIANG, TREVOR | ON FILE |
| LIANNE AZAR | ON FILE |
| LIOCE, NICK | ON FILE |
| LIOR SELA | ON FILE |
| LOAN TOMOIAGA | ON FILE |
| LY, JOHNATHAN | ON FILE |
| MACHADO, BLAKE | ON FILE |
| MAN CHI YAM | ON FILE |
| MARGARET FRANCES CUNNINGHAM | ON FILE |
| MARK ELCONIN | ON FILE |
| MARK FUNOVITS | ON FILE |
| MARK L HETHERINGTON | ON FILE |
| MARK SLIMP | ON FILE |
| MARTINEZ, CRAIG | ON FILE |
| MARY ES ANDERSON | ON FILE |
| MATTHEW DAY | ON FILE |
| MATTHEW PETRUSO | ON FILE |
| MAXIM TALAN | ON FILE |
| MCGUFFIN, ALLIE | ON FILE |
| MCGUIRE, CHARLES | ON FILE |
| MEADOWS, BLAISE | ON FILE |
| MEOLA, GABRIEL ISAIAH | ON FILE |
| MICHAEL WILHELM | ON FILE |
| MINH TIEN VU | ON FILE |
| MINSK, BEN | ON FILE |
| MORGAN, KEVIN | ON FILE |
| MUHAMMAD A USMAN | ON FILE |
| MURTAUGH, RYAN | ON FILE |
| NATALIE LABRIOLA | ON FILE |
| NATHAN WORDEN | ON FILE |
| NG, KA HENG KEN | ON FILE |
| NIEBOER, TARA | ON FILE |
| O'LEARY, ROBERT | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| OMAR MASSA | ON FILE |
| O'TOOLE-RODRIGUEZ, PATRICK | ON FILE |
| PAEK, DANIEL DAE C | ON FILE |
| PATEL, RIKKY | ON FILE |
| PATRICK JENKINS | ON FILE |
| PATRICK POOLE | ON FILE |
| PAUL LOUIS | ON FILE |
| PAUL NATALE, PAUL | ON FILE |
| PEDDIE, DRAKE MCNEELY | ON FILE |
| PHELPS, JOHN K | ON FILE |
| PINTO, VASCO | ON FILE |
| POLAVARAPU, SUMAN K | ON FILE |
| PONG VANG | ON FILE |
| POTTER, SHAWN | ON FILE |
| POURSANAE, SAMAN | ON FILE |
| PRAIZNER, MATTHEW | ON FILE |
| PRAJESH GULU PATEL | ON FILE |
| PRICE, PAUL SCOTT | ON FILE |
| PRIYANK GULU PATEL | ON FILE |
| RAJ RAKESHKUMAR PATEL | ON FILE |
| RAMACHANDRAN, AVINASH VILAYANUR | ON FILE |
| RANDALL, SERENA | ON FILE |
| RAWLERSON, HENRY | ON FILE |
| RAYNER, MARC | ON FILE |
| RECHT, AUSTIN | ON FILE |
| REED, BRANDON | ON FILE |
| REID, ROBERT W. | ON FILE |
| RICHARD J POWERS | ON FILE |
| RIOUX, CHRISTOPHER | ON FILE |
| ROBERT J SCHWENK | ON FILE |
| ROBERT THOMAS BURNS III | ON FILE |
| RODRIGUEZ, LUIS MANUEL | ON FILE |
| ROECKEL, TIMOTHY | ON FILE |
| ROELAND VAN POPPELEN | ON FILE |
| RONALD G BARNES JR. | ON FILE |
| RUSSELL RUBINSTEIN | ON FILE |
| SAKET MEHTA | ON FILE |
| SALINAS, HILDEBRANDO | ON FILE |
| SANTOS, GLORIA | ON FILE |
| SATOSHI STRATEGY LLC | ON FILE |
| SCHMIDT, BRADLEY | ON FILE |
| SENECA, MICHAEL J. | ON FILE |
| SEUNG, CAROLINE | ON FILE |
| SHAWN MAGHBOULEH | ON FILE |
| SHEKHTER, DINA | ON FILE |
| SILVESTRE RAMOS | ON FILE |
| SIU KEI KWAN | ON FILE |
| SMITH, NATHANIEL | ON FILE |
| SMYTH, LUKEN | ON FILE |
| SPENCER, KIPCHOGE | ON FILE |
| STANLEY DOMBROSKI | ON FILE |
| SURMAI CATHERINE LEE | ON FILE |
| SYMANIETZ, DUANE | ON FILE |
| TED STRANE | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 5



**Exhibit C**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| TERRANCE LADE | ON FILE |
| THEIN, KYAW MIN | ON FILE |
| THOMAS, THOMAS | ON FILE |
| THOMPSON, RYAN | ON FILE |
| TIM BARRY | ON FILE |
| TIM ORSAK | ON FILE |
| TRAN, EDWARD | ON FILE |
| TRAVIS DEACON JONES | ON FILE |
| TRETTIN, ROBERT | ON FILE |
| TRUPIANO III, JOSEPH | ON FILE |
| TURBYFILL, GEORGE ERNEST | ON FILE |
| TUTTLE, MARK | ON FILE |
| UNGERSMA, BRYCE | ON FILE |
| URIZAR, ADAN E | ON FILE |
| USTYMENKO, VADYM | ON FILE |
| VANEGAS MACIAS, ALAN | ON FILE |
| VANITA PATEL | ON FILE |
| VAUGEOIS, KIMTAM | ON FILE |
| VIGORS, WILLIAM | ON FILE |
| VIJAYA KUMAR ANUMALASETTY | ON FILE |
| VO, QUOC | ON FILE |
| WAITE, CAMDEN ADIN | ON FILE |
| WASHINGTON, IASIA TYKETTA | ON FILE |
| WEITZEL, RANDALL J | ON FILE |
| WESTENSKOW, ANDY | ON FILE |
| WESTON, ADAM | ON FILE |
| WILLIAM HENRY PLAUTH | ON FILE |
| WILLIAMS II, SCOTT | ON FILE |
| WOOD, JOHN | ON FILE |
| YAN, ROBERT | ON FILE |
| YANG, JIACHAO | ON FILE |
| YOU, YANG | ON FILE |
| YU, THERESA | ON FILE |
| YURISA CHEATHAM | ON FILE |
| ZIMMERMAN, DYLAN | ON FILE |

# **Exhibit D**



**Exhibit D**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| JANE CAIRE STENSTROM | ON FILE |
| JEFFREY RONALD SEKINGER | ON FILE |
| RODRIGUEZ , EDWIN JESUS | ON FILE |
| VINCENT GABRIEL LAWRENCE MINERVINO | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG

# **Exhibit E**



**Exhibit E**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ABDULJELIL , IBRAHEEM | ON FILE |
| ABRAHAM, THOMAS | ON FILE |
| ADAM FOXWORTH | ON FILE |
| AISLING TOOLAN | ON FILE |
| ALLAN GINSBURG | ON FILE |
| ALLEN, VAIKKO | ON FILE |
| AMICK, JANET | ON FILE |
| ANDREA THIGPEN | ON FILE |
| ANDREW BROUSSARD | ON FILE |
| ANDREW J FOX | ON FILE |
| ANDREW NELSON | ON FILE |
| ANTHONY G REGA | ON FILE |
| ARLEN BALIAN | ON FILE |
| BARANOWSKI, STEVE | ON FILE |
| BARGER, JASON C | ON FILE |
| BELLE, CHARLES | ON FILE |
| BEVACQUA, JONATHAN | ON FILE |
| BILLY MOSS | ON FILE |
| BRANDON GRAHAM | ON FILE |
| BRIAN DAVID JOHANSEN | ON FILE |
| BRONSON, TODD | ON FILE |
| BRUCE LEVENTHAL | ON FILE |
| BRYAN BRASHEARS, LLC | ON FILE |
| BRYAN L HEULITT JR | ON FILE |
| BRYAN SCOTT ROUNDS | ON FILE |
| BUDDENDORFF, KENNETH AUGUSTUS | ON FILE |
| BUI, PAIGE | ON FILE |
| CALEB BOWERS | ON FILE |
| CANTIN, DENISE DORIS | ON FILE |
| CARLAT, BRYAN C | ON FILE |
| CARPENTER, CHARLES | ON FILE |
| CARRILLO, KYLE MATTHEW | ON FILE |
| CAUDLE, PATRICK | ON FILE |
| CHAMBERS, MICHAEL R | ON FILE |
| CHANDLER, STUART E | ON FILE |
| CHAO, JUSTIN | ON FILE |
| CHAVEZ, ERDWING A. IRONS | ON FILE |
| CHELTEN, RICHARD E | ON FILE |
| CHRIS CALVESBERT | ON FILE |
| CHRIS RUSTEEN | ON FILE |
| CHRISTENSEN, DAVID | ON FILE |
| CHRISTOPHER ALLEN LEAP | ON FILE |
| CHRISTOPHER JAMES | ON FILE |
| CHRISTOPHER SPARKS | ON FILE |
| CITRIN, SCOT | ON FILE |
| COLAS, CAMILE | ON FILE |
| COLTON ELLISON GALLANT | ON FILE |
| COOPER, JOHN | ON FILE |
| CRANE, JEFF | ON FILE |
| CUELLAR, PABLO | ON FILE |
| CYNTHIA L GRANT | ON FILE |
| DANA SUSAN BUSHMAN | ON FILE |
| DANIEL BLAKELY | ON FILE |
| DANIEL GRUBBS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| DANIEL JAMES | ON FILE |
| DAO, DUONG GIA | ON FILE |
| DAVID A CUNNINGHAM | ON FILE |
| DAVID BYRON ENSLEY | ON FILE |
| DAVID CARRODEGUAS | ON FILE |
| DAVID FLOYD | ON FILE |
| DEMOS, JAMES JOHN | ON FILE |
| DEPAOLA, FRANCIS | ON FILE |
| DEREK DOYLE | ON FILE |
| DERMOND, TROY DANIEL | ON FILE |
| DIAS, ANABELLE | ON FILE |
| DIBBLE, JOYCE ELAINE | ON FILE |
| DIDOVICHER, DMITRY | ON FILE |
| DIMLER, TARA | ON FILE |
| DMITRIY PEREGUDOV | ON FILE |
| DSHANT CASH | ON FILE |
| ELOY ROMERO | ON FILE |
| ENGLER, STEVEN ELLIOT | ON FILE |
| ERIC MARTINEZ | ON FILE |
| EVAN SCHOENBERG | ON FILE |
| EVANS, JAMES M. | ON FILE |
| FAHEY, MARY E | ON FILE |
| FAN-YUN SUN | ON FILE |
| FIRTH, DANIEL | ON FILE |
| FORCUCCI, JOSEPH MAURICE | ON FILE |
| FOREHAND JR., JAMES OREM | ON FILE |
| FREDERICK CHANG | ON FILE |
| FREEMAN, JOSHUA | ON FILE |
| FUTERMAN, DAVID | ON FILE |
| GAETANO PARENTE | ON FILE |
| GEISLER, GRANT | ON FILE |
| GIANG, DONALD | ON FILE |
| GLENN O. OLILANG | ON FILE |
| GOODWIN, DAVID P | ON FILE |
| GRAHAM, TYLER | ON FILE |
| GRAY, JONATHAN | ON FILE |
| HALDEMAN, KEATLY | ON FILE |
| HALL, NICK | ON FILE |
| HALLEY, NEDRA | ON FILE |
| HARRISON JR, WALTER E | ON FILE |
| HENNESSY, MICHAEL | ON FILE |
| HERRERA, CHERYL | ON FILE |
| HERRERA, FERNANDO | ON FILE |
| HILL, JEROME LEE | ON FILE |
| HINTON, GREGORY | ON FILE |
| HUBBART, ANA | ON FILE |
| IALERT SERVICES LLC | ON FILE |
| IMRAN SHAH | ON FILE |
| IRMA BRIBIESCA | ON FILE |
| JACKSON, RONALD N | ON FILE |
| JAMES BORCHERS | ON FILE |
| JAMES JOHN DEMOS | ON FILE |
| JAROM BENSON MILLER | ON FILE |
| JASON DEUTSCH | ON FILE |



**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JEFF BRIONES | ON FILE |
| JEFF TAIT | ON FILE |
| JESSICA DRISCOLL | ON FILE |
| JOE BOULOS | ON FILE |
| JOHANN SWARTZ | ON FILE |
| JOHN PARRISH OCONNOR | ON FILE |
| JOHNSON, DAVID ALAN | ON FILE |
| JOHNSON, TRINA | ON FILE |
| JONATHAN, JEFTA | ON FILE |
| JOSHUA ROBERT GRAY | ON FILE |
| JULIE | ON FILE |
| JURHILL, JOSH | ON FILE |
| JUSTIN WEEKLEY | ON FILE |
| KANINA, JEFF KANGETHE | ON FILE |
| KARNANI, JITEN SHYAM | ON FILE |
| KASPAR, KYLE | ON FILE |
| KELLY, PAUL CLARE | ON FILE |
| KEMPIN, JONATHAN | ON FILE |
| KIM, DAVID HYUNG | ON FILE |
| KIM, MEESEON | ON FILE |
| KING, JENNY | ON FILE |
| KNOELL, EDWARD | ON FILE |
| KONITZER, JOEL | ON FILE |
| KOSIN CHENG | ON FILE |
| KOYMEN, AYDIN | ON FILE |
| KUHL, BRADLEY | ON FILE |
| LANZETTI, RINGO | ON FILE |
| LARSEN, CHRIS | ON FILE |
| LEE, EDMUND | ON FILE |
| LILA SFORZA | ON FILE |
| LINDEMEYER, GABRIEL GUBERT | ON FILE |
| LINDNER, THOMAS | ON FILE |
| LIONEL DYLAN DADESKY | ON FILE |
| LO, SONNY | ON FILE |
| LOCKLIN, SEAN | ON FILE |
| LOKESH GUGLANI | ON FILE |
| MACKIE, MIRO | ON FILE |
| MAKSIM ROSLOV | ON FILE |
| MALONEY, JONATHAN | ON FILE |
| MANIK PASRICHA | ON FILE |
| MARIA D NUNEZ | ON FILE |
| MARK E SAVAGE | ON FILE |
| MARK IRIS | ON FILE |
| MARK SENNETT | ON FILE |
| MATTHEW ROSENQUIST | ON FILE |
| MCGOWAN, STEPHEN | ON FILE |
| MCKEON, BRIAN D | ON FILE |
| MEGAN BENZIO | ON FILE |
| MICHAEL BORNHORST | ON FILE |
| MICHAEL MULEA | ON FILE |
| MICHAEL TOMASIK | ON FILE |
| MICHAEL WILLIAM JUNEAU | ON FILE |
| MILLER, JENNIFER | ON FILE |
| MIMI, TANJINA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit E**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| MITCHELL GREEN | ON FILE |
| MUNN, BRIAN | ON FILE |
| MUROKH, BORIS | ON FILE |
| MURPHY, SCOTT | ON FILE |
| NAGARAJAN, KIRAN KOUSHIK | ON FILE |
| NATH, MARK G | ON FILE |
| NETTLE, BRIAN | ON FILE |
| NICKOLAS MARSHALL | ON FILE |
| NICOLE CUNNINGHAM | ON FILE |
| NODAL, RAMON | ON FILE |
| NORTZ, KAITLYN E | ON FILE |
| NOSHITA, JOHN | ON FILE |
| ONYEKWELU, JOHNNY EZINWA | ON FILE |
| ORT, JOE | ON FILE |
| OUYE, JENNIFER | ON FILE |
| OZIEMKOWSKI, MARY K | ON FILE |
| PADDEN, EILEEN MARY | ON FILE |
| PADDU, NAVEEN | ON FILE |
| PAHL, LINDA | ON FILE |
| PARRISH, JASON | ON FILE |
| PATRICIA J MESSER | ON FILE |
| PAYAL SINGH | ON FILE |
| PERRY VECKEINBERG | ON FILE |
| PHILIP NEWLIN | ON FILE |
| PINTO, TATE | ON FILE |
| PITTS, DAVID | ON FILE |
| PUGH, JASON | ON FILE |
| QUAIN, TIMOTHY M | ON FILE |
| REES, DEREK | ON FILE |
| RICH STARK | ON FILE |
| ROBERT BAKER | ON FILE |
| ROBERT HO | ON FILE |
| ROBERT MICHAEL MONSEES | ON FILE |
| ROBERT PATON | ON FILE |
| ROYCE LEWIS | ON FILE |
| RYAN RICHARDS | ON FILE |
| SAARI, JEFF | ON FILE |
| SAINATO, DAVID | ON FILE |
| SAMANTHA SPITZ | ON FILE |
| SAPAN MODY | ON FILE |
| SCHOENWALD, JEREMY C | ON FILE |
| SEAN KEEVER | ON FILE |
| SEKERKA, PATRICK | ON FILE |
| SEZANAYEV, DANIEL | ON FILE |
| SHAW, TIMOTHY | ON FILE |
| SHEN, JACOB | ON FILE |
| SHEPLEY, KEVIN | ON FILE |
| SLEEPER HILL INVESTMENTS LLC | ON FILE |
| SMITH, AARON | ON FILE |
| SNIPES, TAYLOR | ON FILE |
| SPARROW, STANLEY | ON FILE |
| ST PIERRE, MARTIN | ON FILE |
| STALLONE, MATTHEW | ON FILE |
| STARKS, DARREN HAMILTON | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 5



**Exhibit E**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| STEED, RANDALL | ON FILE |
| STEPHEN BOS | ON FILE |
| STRENSKI, MAXIMILIAN | ON FILE |
| SUMAN SAHA | ON FILE |
| SUNG, ALEXANDER | ON FILE |
| SWARTZ, JOHANN | ON FILE |
| TAJANI, AZEEM | ON FILE |
| TIRONE, SAL | ON FILE |
| TRACY COATES TERAN | ON FILE |
| TRAN, TU | ON FILE |
| TRIESCHMANN, JUSTIN | ON FILE |
| TROELSCH, MICHAEL | ON FILE |
| TZVI STEPHEN COHEN | ON FILE |
| USMAN, ANGELO | ON FILE |
| VANBARRIGER, KURTIS | ON FILE |
| VARGAS, RONALD ANTONIO | ON FILE |
| VASQUEZ, DAVID | ON FILE |
| VILA, MICHAEL | ON FILE |
| VILA, TANYA | ON FILE |
| VINCENT GODIN | ON FILE |
| WALKER, MICHAEL GRAHAM | ON FILE |
| WEI, MEI LING | ON FILE |
| WEISMAN, DANIEL | ON FILE |
| WILLIAM OLIVER FITZPATRICK | ON FILE |
| WITHAM, MICHAEL | ON FILE |
| WOOD, TODD ALEXANDER H | ON FILE |
| WORTHMAN, CHARLES JOSEPH | ON FILE |
| WU, SOPHIE | ON FILE |
| XAVIER JAMAUL JONES | ON FILE |
| XIAO, LING | ON FILE |
| YU, TIFFANY | ON FILE |
| YUN, BYUNG | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 5 of 5

# **Exhibit F**

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG

**STRETTO**

**Exhibit F**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| ASHUTOSH CHOUDHARY | | ON FILE | | | | |
| CHEROKEE DEBT ACQUISITION, LLC [AS ASSIGNEE OF DEL BOSQUE, HAYDEE] | ATTN: VLADIMIR JELISAVCIC | 1384 BROADWAY | SUITE 906 | NEW YORK | NY | 10018 |
| EFTIMIE VLAD | | ON FILE | | | | |
| GEORGE MATEMA | | ON FILE | | | | |
| PAUL KRENDL | | ON FILE | | | | |
| PIERRE RABINE | | ON FILE | | | | |
| SLFAQ, LLC [AS ASSIGNEE OF BRADFORD CAPITAL HOLDINGS, LP] | ATTN: JOSEPH E. SARACHEK | 670 WHITE PLAINS ROAD | PENTHOUSE | SCARSDALE | NY | 10583 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG

# **<u>Exhibit G</u>**



## Exhibit G
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| GALEN FORD WILHITE | ON FILE |
| TSANG, RAYMOND | ON FILE |
| JAMES MICHAEL BURKE | ON FILE |
| CHRISTOPHER BROFFT | ON FILE |
| ANDREW KARNES | ON FILE |
| ERICA STRUCK JACKSON | ON FILE |
| YU SIAN TAN | ON FILE |
| KYLE WHALLEY | ON FILE |
| RICHARD PRIMO | ON FILE |
| FUNG HUNG LAU, GIMEN | ON FILE |
| RUBIN, MICAH BENJAMIN | ON FILE |
| CRUISE, FRANCIS | ON FILE |
| COURTNEY, LYNDA | ON FILE |
| BURGESS, WILLIAM L. | ON FILE |
| STYLES, KEITH | ON FILE |
| KEATS, ZACHARY | ON FILE |
| CHENG, CHIHTENG | ON FILE |
| RAMZI NABIL SOUEID | ON FILE |
| MUSCARELLA, MICHAEL | ON FILE |
| MARSHA ELIZABETH MODERY | ON FILE |
| MARSHA MODERY | ON FILE |
| WESLEY SYKES | ON FILE |
| ALEX HORENSTEIN | ON FILE |
| RYAN GOLD | ON FILE |
| JASON NICHOLS | ON FILE |
| CHRISTOPHER TIERNAN | ON FILE |
| LANCE REINSMITH | ON FILE |
| JAMES ZATKO | ON FILE |
| CARLOS DEPAZ | ON FILE |
| SUMMER ANN HERMANSON | ON FILE |
| PRASAD, RAHUL | ON FILE |
| SALAYO, ROMEO | ON FILE |
| THOMASON NGUYEN | ON FILE |
| COFFEY, PATRICK D | ON FILE |
| LIN, ROGER | ON FILE |
| BURTON, ROBERT MARTIN | ON FILE |
| HARTMANN, LUKE | ON FILE |
| MANUEL PONCE PEÑALVA | ON FILE |
| ADAM LUDDEN | ON FILE |
| RONALD HANSON | ON FILE |
| PAUL FEIGHNER | ON FILE |
| NASHED BASSELY SAID, RAMY | ON FILE |
| LINUS ARONSSON | ON FILE |
| DANG, HIEP | ON FILE |
| HAWKINS, ZACHARY | ON FILE |
| EGLOFF, MARK | ON FILE |
| ALEKSANDRA MANOS | ON FILE |
| NICHOLS, ADAM | ON FILE |
| ANDREAS TSIOTAKIS | ON FILE |
| JOHN H. REINHEIMER | ON FILE |
| DE MEDEIROS, MARCOS AUGUSTO | ON FILE |
| SHEK, LOK KEI | ON FILE |
| ALICE, ALICE | ON FILE |
| STOJANOVIC, MIRJANA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 5



**Exhibit G**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| BRODERSON, TOREY HEART | ON FILE |
| GILLANDERS, STEVEN | ON FILE |
| JONATHAN GALEANO | ON FILE |
| OEDING, EVAN | ON FILE |
| LIRIANO, PERSIO | ON FILE |
| ROSARIO, YOHAN | ON FILE |
| LETITIA DOMINICI | ON FILE |
| ALESSIO FANO | ON FILE |
| KEVIN COLEMAN | ON FILE |
| JOEL GEDDIS | ON FILE |
| HALL, JAMES | ON FILE |
| XIAOHANG LIU | ON FILE |
| TAN SIEW CHERN | ON FILE |
| TIMOTHY TROTTER | ON FILE |
| SEBASTIAN MAY | ON FILE |
| IYAD ZUHAIR ALLOUH | ON FILE |
| ROSS, ROBERT | ON FILE |
| MICHAEL MILLER | ON FILE |
| HATCH, SHAWN P | ON FILE |
| ASHUTOSH CHOUDHARY | ON FILE |
| WEN WEI DAI | ON FILE |
| MICHAEL DONOVAN | ON FILE |
| GEOFF HARTSFIELD | ON FILE |
| TREMELL WILLIAMS | ON FILE |
| NGUYEN, KHOA D | ON FILE |
| MCCONNELL, WILLIAM | ON FILE |
| MENENDEZ, JORGE | ON FILE |
| FINK, DANIEL J | ON FILE |
| KNOPP, MATTHEW | ON FILE |
| LEMMONS, JOSEPH | ON FILE |
| PEARSON, CONNOR LEE | ON FILE |
| CURTIS BRADLY ALEXANDER | ON FILE |
| TO KIN FAI | ON FILE |
| SO, INCHEOL | ON FILE |
| DE GROOT, ALEXANDER | ON FILE |
| TSOI LEE LUCY, CHEN | ON FILE |
| COLE WESLEY TART | ON FILE |
| CARTER, MATTHEW J. | ON FILE |
| ECKHARDT, MATHEW | ON FILE |
| TANTILLO, ROBERT | ON FILE |
| GOZAL, LYAD | ON FILE |
| BROWN, MICHAEL | ON FILE |
| DOUGLAS, ANDRE | ON FILE |
| KADOO, SAMIR | ON FILE |
| JAMES, JOHN | ON FILE |
| RODRIGUEZ, FELIPE | ON FILE |
| RAMOS, JONATHAN NOE | ON FILE |
| KIM, YOUNG JOON | ON FILE |
| ROSSEN, CHRIS | ON FILE |
| NASS, OSWALDO | ON FILE |
| HETZEL, JOHN | ON FILE |
| ARELLANO, ROMEO | ON FILE |
| ROSE, MEREDITH | ON FILE |
| CROWLEY, DANIELLE | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 5



**Exhibit G**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ODEKERKEN, JOSEPH | ON FILE |
| RONDON, RONALD | ON FILE |
| KILGROE, KRISTOPHER M. | ON FILE |
| CHANDLER, SHAUN | ON FILE |
| RAGOTERO, CHRISTOPHER | ON FILE |
| SOBIE, DAVID | ON FILE |
| VLADISLAV LEBEDINTSEV | ON FILE |
| REZANINA, MILOS | ON FILE |
| SCOTT DARCANGELO | ON FILE |
| JAMES CHRISTOPHER ROBERTS | ON FILE |
| DEBBIE KEEVER | ON FILE |
| BONAVIA, MAURIZIO | ON FILE |
| KARIN KÕIV | ON FILE |
| MCCREADY, RAYMOND | ON FILE |
| JACQUELINE ZHOU | ON FILE |
| NICLAS NORMAN | ON FILE |
| DENLEY, KAREENA | ON FILE |
| HOIN, STEVEN J | ON FILE |
| ELODIE DESCARPENTRIES | ON FILE |
| KIM, ARNOLD | ON FILE |
| KALALANG, IVON R | ON FILE |
| SCHUESLER, TREVOR | ON FILE |
| WOO, MELISSA | ON FILE |
| CAMERON, MARVIN LEE | ON FILE |
| LINDAUER, JEFFREY SCOTT | ON FILE |
| ALBERTO JACQUES | ON FILE |
| SWIFT, DANIEL P | ON FILE |
| USARAGA, ALLAN TAMSI | ON FILE |
| CHEN, MINGSHIUNG | ON FILE |
| VALENTINE, JAMES RICHARD | ON FILE |
| MATTHEW DOUGHERTY | ON FILE |
| BALDWIN, WILLIAM JAMES | ON FILE |
| TO CHUN HONG | ON FILE |
| YEUNG, JONATHAN | ON FILE |
| JESSUP, PATRICK LAWRENCE | ON FILE |
| WAN, WAI LOK | ON FILE |
| ZEREGA, IGNACIO AGUSTIN | ON FILE |
| THE FRANCES MAE GREENE REVOCABLE TRUST | ON FILE |
| VELEZ, JASON | ON FILE |
| EGAN, ANDREW C. | ON FILE |
| WILSON GUAN | ON FILE |
| CEDAR REAL ESTATE | ON FILE |
| JEFFREY DUSTIN FLEISHMAN | ON FILE |
| ALI-KHODJA, SAMY | ON FILE |
| CHARLES WORTHMAN | ON FILE |
| ORTIZ, ANIBAL O CORDERO | ON FILE |
| DUKE, WILL WOODSON | ON FILE |
| ANDRE OLIVEIRA SILVA | ON FILE |
| RIED, DEREK WILLIAM | ON FILE |
| MAYER, STEPHAN | ON FILE |
| GARETH MILLER | ON FILE |
| FLANAGAN, PATRICK | ON FILE |
| KIM, HANNA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 5



**Exhibit G**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| BUTTON, BETHANY | ON FILE |
| ELLEN EDWARDS | ON FILE |
| MICHAEL KING OLSGAARD | ON FILE |
| FRITZ, TIMOTHY | ON FILE |
| NADAV STREETT | ON FILE |
| BENNINGTON, NICOLE | ON FILE |
| DALE CHRISTOPHER WIGGINS | ON FILE |
| ANDERSON, TASHINA | ON FILE |
| BENNETT, BOBBIE | ON FILE |
| KERR, MICHAEL | ON FILE |
| LO, JERRY | ON FILE |
| POLAHA, JASON A. | ON FILE |
| WARTINGER, GABRIEL | ON FILE |
| ALAMU, ISRAEL | ON FILE |
| MATTHEW KVALHEIM ROTH IRA TRUST DATED OCTOBER 28TH 2020 | ON FILE |
| ZOREDA, JORGE MARTINEZ | ON FILE |
| DE LA CRUZ, EDRIZIO | ON FILE |
| STALEY, PHILIP | ON FILE |
| BURGESS, KELLIE ELAINE | ON FILE |
| AHMED NAZARKHAN | ON FILE |
| MILLER, TROY | ON FILE |
| LISA TRIONFO | ON FILE |
| ODELL, MICHAEL | ON FILE |
| MERAZ, ALONDRA | ON FILE |
| GARNER, FRANCIS | ON FILE |
| PETTIS-TEEM, JACQUIE K | ON FILE |
| JAY CHELLAPPA | ON FILE |
| DHANANI, NAZIR | ON FILE |
| SINCLAIR, GUY ROBERT | ON FILE |
| SAMIRAJ PANNEER SELVAM, SENTHIL ARUMUGAM | ON FILE |
| VRAPTSIS, REECE MICHAEL | ON FILE |
| JONES, BEVERLEY | ON FILE |
| AUCHETTL, SIMON | ON FILE |
| LATRENDA HARRIS | ON FILE |
| KRZESZEWSKI, ROBBERT | ON FILE |
| THUY LINH NGUYEN | ON FILE |
| HARRELSON, JORDAN | ON FILE |
| FIORANI, ANTHONY | ON FILE |
| HENNESSEY, EVAN | ON FILE |
| THOMPSON, ANDREW BLATT | ON FILE |
| KNOWLES, TIBOR | ON FILE |
| EHLINGER, AUSTIN | ON FILE |
| HUGGINS, NICK | ON FILE |
| MAYO, BROC | ON FILE |
| DELONG, JOSHUA L | ON FILE |
| DAHIYA, SANJAY | ON FILE |
| CAPITO, JOHN | ON FILE |
| YU, WILLIAM | ON FILE |
| KAM WAH LAM | ON FILE |
| LECLERCQ, PHILIPPE | ON FILE |
| FARHANG KHOSHGOUY | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 4 of 5



## Exhibit G

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JERRY SEARS | ON FILE |
| JACKSON YUEN | ON FILE |
| RILEY MILLER | ON FILE |
| JONATHAN NORRIS | ON FILE |
| CARVIN GORDON | ON FILE |
| KARINA LIGHTOWLER | ON FILE |
| JEPPE HOLM | ON FILE |
| AFOLABI GISANRIN | ON FILE |
| MOJMIR BONDRA | ON FILE |
| JEFFREY LAITILA | ON FILE |
| FLORENCIO MARTINEZ | ON FILE |
| JUSTIN HOBSON | ON FILE |
| JAMES DIPPOLITO | ON FILE |
| GEORGE KONG | ON FILE |
| BURKE HARRISON HICKS | ON FILE |
| KYLIE BROWN | ON FILE |
| KI FUNG LAM | ON FILE |
| VALENTIN CHUDIAKOV | ON FILE |
| IRENE BORRELL CALLES | ON FILE |
| STEPHANIE LOCKE | ON FILE |
| CHARLES BRADFIELD DEPEW | ON FILE |
| CASSANDRA ADINA | ON FILE |
| DANIEL KHOSHABA | ON FILE |
| WILLIAM CONLEY | ON FILE |
| MILOS DJOKOVIC | ON FILE |
| ERNIE CORDERO CASIANO | ON FILE |
| MARCIA CAROLINA DENISSE GUAJARDO RIVERA | ON FILE |
| HEMBA, JON IAN | ON FILE |
| FERIK SETIAWAN | ON FILE |
| JORDAN WAREHAM | ON FILE |
| DAVID B RICHARDSON | ON FILE |
| PIERRE RABINE | ON FILE |
| JARED PETER FEBBRORIELLO | ON FILE |
| THOMAS TORRES | ON FILE |

# Exhibit H

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG



**Exhibit H**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| AILAN HU | ON FILE |
| ARMANDO ESTEVES | ON FILE |
| SAMATHA PATHIPAKA | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit I**



# Exhibit I
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| AARON CHAVIRA | ON FILE |
| ABBOTT, ANTHONY WILFRED | ON FILE |
| ABNER A PINEDO | ON FILE |
| ADDAIR, ZACH | ON FILE |
| AGGARWAL, VAIBHAV | ON FILE |
| ALAN SILBERSTEIN | ON FILE |
| ALEX LEMELIN | ON FILE |
| ALEXANDER GIANNETTO | ON FILE |
| ALSTON, RAYMOND | ON FILE |
| AMAN, RICHARD | ON FILE |
| ANDREATTA, JOSEPH | ON FILE |
| ANDREW MICHAEL JARRETT | ON FILE |
| ANKUR PATEL | ON FILE |
| ANTHONY MICHAEL LIOCE | ON FILE |
| ANTÓNIO MANUEL COSTA ALEXANDRE | ON FILE |
| AVETISYAN, CHRISTIAN | ON FILE |
| AWASTHI, MAYANK | ON FILE |
| BARNES, LOGAN | ON FILE |
| BERTINI, CHRISTOPHER | ON FILE |
| BLAIR STREITENBERGER | ON FILE |
| BOOKER, GORDON | ON FILE |
| BOYD, JEFFERY ADAM | ON FILE |
| BRAGANZA, EMILIO MATIAS | ON FILE |
| BRENNAN WHITE | ON FILE |
| BROADBENT, HEIDI | ON FILE |
| BROUSSARD, LINDELL J | ON FILE |
| BROWN, CHRISTOPHER PAUL | ON FILE |
| BUREK, RAYMOND | ON FILE |
| BURGESS, SEAN | ON FILE |
| CARA TANNER | ON FILE |
| CARMEN KESSING | ON FILE |
| CARRENDER, SABRINA | ON FILE |
| CARSON, ARTHUR E | ON FILE |
| CATALANO, MICHAEL | ON FILE |
| CELESTE SALES | ON FILE |
| CHANSLOR, STEPHEN P | ON FILE |
| CHINCHILLA, MICHAEL | ON FILE |
| CHINICHIAN, SAHMON | ON FILE |
| CHRIS POOLE | ON FILE |
| CHRISTINE YEUNG | ON FILE |
| CHRISTOPHER CONNELL | ON FILE |
| CHRISTOPHER YOSSICK | ON FILE |
| CHYLD GENE MEDFORD | ON FILE |
| CLARK, JASON LEE | ON FILE |
| CLEMENS, TYLER | ON FILE |
| CONDE, JENNIFER | ON FILE |
| CONROY, DAVID PATRICK | ON FILE |
| COTE, KYLE | ON FILE |
| CRAIG RATLIFF | ON FILE |
| CROUCH, JOHN CLAYTON | ON FILE |
| CSABA FERENCZY | ON FILE |
| DANIEL HAGBERG | ON FILE |
| DANNY JENNINGS | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG



**Exhibit I**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| DATZ, STEVE | ON FILE |
| DAUGHERTY, JARON | ON FILE |
| DBINION, SILVIA | ON FILE |
| DEVRIES, DOUGLAS | ON FILE |
| DHRUV PATEL | ON FILE |
| DIAZ III, JESUS | ON FILE |
| DOMBEY, KEVIN | ON FILE |
| DONIYOR MAKHKAMDJANOV | ON FILE |
| DOUGLAS WOLFE | ON FILE |
| DZHOVID KHUDOYOROV | ON FILE |
| EDWARD G BIRCH | ON FILE |
| EFRAIN J RAMIREZ | ON FILE |
| ELIZABETH J BOTKIN | ON FILE |
| ERIC TAYLOR FELD | ON FILE |
| ERIC WILHELM [ERIC RICHARD WILHELM] | ON FILE |
| ERIK MCNALLY | ON FILE |
| ERIM, TOLGA | ON FILE |
| FABER, CAROL | ON FILE |
| FALCONE, JASON | ON FILE |
| FALES, JACOB | ON FILE |
| FELDMAN, SETH | ON FILE |
| FRANK, MICHAEL | ON FILE |
| FREDERICK CHANG, JACQUELINE CHANG | ON FILE |
| FRUTIGER, STEVEN | ON FILE |
| GABRIEL GERARDO SANCHEZ | ON FILE |
| GABRIEL REYNOSO | ON FILE |
| GARCIA, DEREK | ON FILE |
| GARDINIER, RYAN | ON FILE |
| GARY BORSTNAR | ON FILE |
| GARZA, ABEL P | ON FILE |
| GEIGER, ERIK JOHN | ON FILE |
| GILMORE, DELICIA | ON FILE |
| GOODE, SPEARS | ON FILE |
| GREEN, SHOSHA | ON FILE |
| GRUBELOVA, VENDULKA | ON FILE |
| HALSTEAD, STEPHANIE RENEE | ON FILE |
| HANXIANG JIANG | ON FILE |
| HEBOLD, DAREN | ON FILE |
| HECK, ALERIC | ON FILE |
| HELLINX, HERMAN | ON FILE |
| HERNANDEZ, ABEL | ON FILE |
| HILL, STEVEN | ON FILE |
| HOR SOO CHIN | ON FILE |
| HSU, WILLIAM | ON FILE |
| HUNTER, AARON | ON FILE |
| ISMAIL, MAJEDA | ON FILE |
| JACKSON, NICK | ON FILE |
| JACOBS, SCOTT BRIAN | ON FILE |
| JAKE RYAN WHEELER | ON FILE |
| JAMES BRANDON SHIPMAN | ON FILE |
| JAMES DAVID UHING | ON FILE |
| JAMES RUDEEN | ON FILE |



**Exhibit I**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| JARED WHITE | ON FILE |
| JARRETT, CRAIG | ON FILE |
| JASON WEBER | ON FILE |
| JOAO MACHADO | ON FILE |
| JOHN LABRIOLA | ON FILE |
| JOHN ROCCO | ON FILE |
| JOHNSON, CONNOR | ON FILE |
| JOHNSON, PHILIP JOSEPH MANAHI | ON FILE |
| JUE, CURTIS | ON FILE |
| KABOOM MINING TECHNOLOGIES | ON FILE |
| KAHNG, RICHARD | ON FILE |
| KARILYN VELEZ RODRIGUEZ | ON FILE |
| KARLA BARRERA | ON FILE |
| KAUFMAN, JASON | ON FILE |
| KELLY, THOMAS P | ON FILE |
| KELLY, WALTER | ON FILE |
| KEVAN SCOTT WOODS | ON FILE |
| KIHLSTADIUS, DONOVAN | ON FILE |
| KIHLSTADIUS, DONOVAN WILLIAM | ON FILE |
| KIM, KRIS | ON FILE |
| KRUSE, RICHARD | ON FILE |
| KURSTIN, SHARIN | ON FILE |
| KYLE HAMMOND | ON FILE |
| KYOUNGMI KIM | ON FILE |
| LAM, MASON TODD | ON FILE |
| LAN, JASON | ON FILE |
| LANE, BRANDON | ON FILE |
| LAVON HOOKER | ON FILE |
| LEE, DEBORAH | ON FILE |
| LEE, JESSICA | ON FILE |
| LEE, SEULA | ON FILE |
| LI, QI LI | ON FILE |
| LINA LYNN ADAMO BONORA | ON FILE |
| LINSMEYER, LOUIS | ON FILE |
| LUU, RICHIE S | ON FILE |
| LY, CONG | ON FILE |
| LYUBOV MUZICHENKO | ON FILE |
| MACK, IAN | ON FILE |
| MACKAY, PATRICK | ON FILE |
| MADISON MEALING | ON FILE |
| MANZETTI, JEREMY | ON FILE |
| MATTHEW MARTIN | ON FILE |
| MAURIZIO DE NICHILO | ON FILE |
| MCALPINE, KIERNAN | ON FILE |
| MCPHERSON, BILL | ON FILE |
| MEHMET DONMEZ | ON FILE |
| MEHUL PATEL | ON FILE |
| MENDEZ, JESSICA | ON FILE |
| MICHAEL CALLAHAN | ON FILE |
| MICHAEL KEALEY | ON FILE |
| MILLER, MICHAEL S. | ON FILE |
| MILMOE, SEAN PATRICK | ON FILE |
| MORALES, CLAUDIA | ON FILE |
| MURRAY, THOMAS PADRAIC | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG



# Exhibit I
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| MUYLLE, CHRISTOPHER | ON FILE |
| NECKRITZ, DAVID P | ON FILE |
| NELSON, JESSE | ON FILE |
| NGUYEN, THIEN PHUC | ON FILE |
| NICHOLS, RYAN | ON FILE |
| NICOLA A NARESHNI | ON FILE |
| NIKHIL KALRA | ON FILE |
| NIKRAD, KAVON WALTER | ON FILE |
| NIMA GURUNG | ON FILE |
| NISCHAL BELTHANGADY | ON FILE |
| NOAH ANTISDEL | ON FILE |
| NORDSTROM, CORY | ON FILE |
| OLSON, RYAN [OLSON, RYAN JOSEPH PRESSLEY] | ON FILE |
| OMRI AMRAM BENARI | ON FILE |
| ONG, ANDREW | ON FILE |
| OSCAR A TREVINO | ON FILE |
| PALM, MITCHELL SWITZER | ON FILE |
| PALMITER, ROBERT W | ON FILE |
| PARKER, CHRISTOPHER GLENN | ON FILE |
| PATEL, MEHUL | ON FILE |
| PAUL GENE CROSS | ON FILE |
| PETERSEN, ROBERT W | ON FILE |
| PHAN, TRI | ON FILE |
| PHILLIPS, RALEIGH | ON FILE |
| PINCUS, MICHAEL | ON FILE |
| PRIANTO, ROLAND | ON FILE |
| PUCCIO, GEORGE | ON FILE |
| PUREWAL, SURJIT S | ON FILE |
| RAFAEL ANTONIO GEORGE DUVAL | ON FILE |
| RAM, AVINASH | ON FILE |
| RAMESH MADDIPOTI | ON FILE |
| RANDY SCOTT MEADOR | ON FILE |
| REED, MELISSA S | ON FILE |
| RESPHI CHEN | ON FILE |
| RICE, VIRGINIA | ON FILE |
| RICHARD G. MCCOLL | ON FILE |
| RIVERA, ANDREW | ON FILE |
| ROBERT BEALL | ON FILE |
| ROGSTAD, BRIAN | ON FILE |
| ROMANO, JOHN | ON FILE |
| RONALD CHICA | ON FILE |
| ROY, DION | ON FILE |
| RUSLAN OLEKSYK | ON FILE |
| RYAN JOSEPH MECCA | ON FILE |
| SAIDI, ELISABETH | ON FILE |
| SAMANTA DONE-TOLENTINO | ON FILE |
| SAVELLE, JEANNE Y | ON FILE |
| SEIFERT, COLTYN | ON FILE |
| SELLAR, CHRISTOPHER | ON FILE |
| SHANNON BLIETZ | ON FILE |
| SHAW, COREY | ON FILE |
| SHUCK, JONATHAN | ON FILE |
| SILVER, JAKE | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



## Exhibit I

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| SIMS, KAHLYA | ON FILE |
| SMITH, ERIK | ON FILE |
| SMITH, WAYNE JUSTIN, JR | ON FILE |
| SNYDER IV, CHARLES E | ON FILE |
| SONDROL, ERIC | ON FILE |
| SOROKA, DIMITRY | ON FILE |
| SRIIN, NIPON | ON FILE |
| STEBBINS, JEFFREY | ON FILE |
| STEPHEN GEKAS | ON FILE |
| STEVEN TRAN | ON FILE |
| STEWART, CLIVE | ON FILE |
| STONE, TREVOR | ON FILE |
| STOTLER, MARK | ON FILE |
| SUNSERI, FRANK | ON FILE |
| TAYLOR, JEFF | ON FILE |
| THOMAS JOHN SULLIVAN JR | ON FILE |
| TIMOTHY KIDD | ON FILE |
| TOM, ERIC MICHAEL | ON FILE |
| TRAN, DUNG | ON FILE |
| VAHLKAMP, NICOLE | ON FILE |
| VAZQUEZ GONZALEZ, LUIS D. | ON FILE |
| VEGA II, VICTOR | ON FILE |
| VISWANATHAN, MAHESH | ON FILE |
| VUTPAKDI, KRIS | ON FILE |
| WALLACE, RYAN | ON FILE |
| WESTBROOKS, DAVID BRIAN | ON FILE |
| WHITE, KEVIN | ON FILE |
| WICKHAM, MAX | ON FILE |
| WILLIAM ALEXANDER | ON FILE |
| WILLIAM L EDWARDS, IV | ON FILE |
| WOOD, AARON B | ON FILE |
| WRIGHT, NATHAN | ON FILE |
| YORCK HAASE | ON FILE |
| YU, HSUEH FANG | ON FILE |
| ZACHARY PATZIK | ON FILE |
| ZHAO, SHUANGQUAN | ON FILE |
| ZIMMERMAN, DANIEL | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: WRUVZ-UUOXU-6XDXC-2AWPG