Dear Judge Glenn                                                                                                  Case number 22-10964

Following up on my case Im' pleased to inform you that my Coin Base account is now re activated.

Successfully verified I informed Celsius on the 14th of November but as of today I still haven't received my 1st distribution.

I was informed by Celsius that they are waiting for coin base to confirm I can receive my BTC and ETH distribution.

As per my last communication this is significant amount that I am waiting to receive back.

Can you help on getting Celsius to make my settlement payment to my coin base account ASAP?

As this has been ongoing for the whole of this year I would appreciate your help to get my crypto distribution payment.


Kind regards


Ian Munro