Joseph E. Sarachek (Bar # 2163228)
Zachary E. Mazur (Bar # 5706726)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:   (646) 403-9775
Facsimile:    (646) 861-4950

*Counsel to the Ad Hoc Committee of*
*Corporate Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the Ad Hoc Committee of Corporate Creditors, through its attorneys Sarachek Law Firm, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001 *et seq.*, from the United States Bankruptcy Court for the Southern District of New York's *Memorandum Opinion Granting in Part and Denying in Part Joint Motion of Post-Effective Date Debtors, the Ad Hoc Committee of Corporate Creditors, and Coinbase Inc. and (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (ii) Approving Procedures*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

*for Supplemental Corporate Creditor Distributions, (iii) Denying Request for $1.5 Million Payment to Ad Hoc Committee of Corporate Creditors, and (iv) Approving Related Relief* [ECF 7726], *Order (i) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (ii) Approving Procedures for Supplemental Corporate Creditor Distributions, and (iii) Granting Related Relief* [ECF 7747].  Pursuant to Rule 61 of the Federal Rules of Civil Procedure, as made applicable by Federal Rules of Bankruptcy Procedure 9005, this error was not ripe for appeal until the entry of United States Bankruptcy Court for the Southern District of New York's *Memorandum Opinion and Order Approving in Part and Denying in Part the Final Fee Application of the Sarachek Law Firm* [ECF 7810] (together with ECF 7726 and 7747, the "Opinions and Orders"), at which time the error affected substantial rights and therefore became appealable.

The Opinions and Orders constituting the final appealable decision are attached hereto as **Exhibits A**, **B**, and **C**.

The names of all parties to the Opinions and Orders appealed from and the names and contact information of their counsel, if applicable, are as follows:

Appellants:

    **SARACHEK LAW FIRM**
    Joseph E. Sarachek
    Zachary E. Mazur
    670 White Plains Rd. – Penthouse
    Scarsdale, New York 10583
    Telephone:     (646) 403-9775
    Facsimile:     (646) 861-4950

    *Counsel to the Ad Hoc Committee of Corporate Creditors*

###

Appellees:

**United States Trustee, Region 2**
William K. Harrington
Shara Cornell, Esq.
Mark Bruh, Esq.
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Rm. 534
New York, New York 10004
Telephone:    (212) 510-0500

*U.S. Trustee*

**Sean Xue**
Address on File with the Bankruptcy Court

*Pro Se*

Other Parties:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexignton Avenue
New York, New York 10022
Telephone:    (212) 446-4800

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Patrick J. Nash, Jr., P.C.
Ross M. Kwasteniet, P.C.
Christopher S. Koenig, Esq.
Dan Latona, Esq.
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000

*Counsel for the Post-Effective Date Debtors*

**WHITE & CASE LLP**
David M. Turetsky, Esq.
Samuel P. Hershey, Esq.
Joshua D. Weedman, Esq.
1221 Avenue of the Americas
New York, New York 10020

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

3

**WHITE & CASE LLP**
Gregory F. Pesce, Esq.
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606

**WHITE & CASE LLP**
Keith H. Wofford, Esq.
Southeast Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Florida 33131

**WHITE & CASE LLP**
Aaron Colodny, Esq.
555 South Flower Street
Suite 2700
Los Angeles, California 90071

*Attorneys for the Litigation Administrator*

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Thomas S. Kessler
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000

*Counsel for Coinbase*

Scarsdale, New York        */s/ Joseph E. Sarachek*
Dated: November 26, 2024    Joseph E. Sarachek (Bar # 2163228)
                            Zachary E. Mazur (Bar # 5706726)
                            **SARACHEK LAW FIRM**
                            670 White Plains Rd. - Penthouse
                            Scarsdale, New York 10583
                            Telephone:  (646) 403-9775
                            Facsimile:  (646) 861-4950

SARACHEK LAW | 670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420