## Exhibit A

## Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER SUSTAINING THE LITIGATION ADMINISTRATOR'S SEVENTH OMNIBUS OBJECTION TO CERTAIN PROOFS OF CLAIM (CROSS-DEBTOR DUPLICATE CLAIMS)**

Upon the objection (the "Objection")[2] of Mohsin Y. Meghji, in his capacity as Litigation Administrator of the above-captioned post-effective date debtors (the "Litigation Administrator") for entry of an order (this "Order") disallowing and expunging the claims identified on **Schedule 1** pursuant to sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007, and the Objection Procedures Order, all as more fully set forth in the Objection; and upon the Ehrler Declaration; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the Southern District of New York, dated February 1, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Objection

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used but not defined in this Order have the meanings given to such terms in the Objection.

is in the best interests of the above-captioned post-effective date debtors' (prior to the Effective

Date of the Plan, the "Debtors," and after the Effective Date, the "Post-Effective Date Debtors,"

as applicable) Estates, their creditors, and other parties in interest; and the Court having found that

the Litigation Administrator provided appropriate notice of the Objection and the opportunity for

a hearing on the Objection under the circumstances; and the Court having reviewed the Objection;

and the Court having determined that the legal and factual bases set forth in the Objection establish

just cause for the relief granted herein; and upon all of the proceedings had before the Court; and

after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is sustained as set forth herein.

2.      Each Cross-Debtor Duplicate Claim on **Schedule 1** attached hereto is hereby

disallowed and expunged in its entirety; *provided* that this Order will not affect the "Remaining

Claims" identified on Schedule 1 attached hereto; *provided further*, that nothing herein affects the

Post-Effective Date Debtors' rights to object to the "Remaining Claims" on any applicable

grounds.

3.      Stretto, Inc., the Debtors' noticing and claims agent, is authorized to update the

Claims Register to reflect the relief granted in this Order.

4.      Entry of this Order is without prejudice to the Litigation Administrator's right to

object to any other claims in these Chapter 11 Cases or to further object to the claims listed on

**Schedule 1** attached hereto on any grounds whatsoever, at a later date.

5.      Each Objection by the Litigation Administrator to each claim as addressed in the

Objection and as identified in **Schedule 1** attached hereto constitutes a separate contested matter

as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with

respect to each claim listed on **Schedule 1**.  Any stay of this Order shall apply only to the contested

matter that involves such claim and shall not act to stay the applicability or finality of this Order

with respect to the other contested matters covered hereby.

6.    The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

7.    The Litigation Administrator is authorized to take any and all actions reasonably

necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with

the Objection.

8.    This Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2025

_____
THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

## Schedule 1

**Cross-Debtor Duplicate Claims**

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 1 | ADES, WILLIAM [ADDRESS ON FILE] | 08/30/22 | Celsius Network LLC | 8228 | $5,706.41 | ADES, WILLIAM [ADDRESS ON FILE] | 12/16/22 | All Debtors | 16498 | $6,000.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 2 | ADES, WILLIAM C [ADDRESS ON FILE] | 07/23/22 | Celsius Network LLC | 2387 | $5,706.41 | ADES, WILLIAM C [ADDRESS ON FILE] | 12/16/22 | All Debtors | 16498 | $6,000.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 3 | ALBARRAN, MIGUEL [ADDRESS ON FILE] | 09/20/22 | Celsius Network LLC | 9001 | $154,581.73 | ALBARRAN, MIGUEL [ADDRESS ON FILE] | 12/11/22 | All Debtors | 15793 | $154,581.73 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 4 | ALBARRAN, MIGUEL [ADDRESS ON FILE] | 09/20/22 | Celsius Network LLC | 9016 | $154,581.73 | ALBARRAN, MIGUEL [ADDRESS ON FILE] | 12/11/22 | All Debtors | 15793 | $154,581.73 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 5 | AMIRIANFAR, ARIA [ADDRESS ON FILE] | 01/31/23 | All Debtors | 22597 | $8,961.51 | AMIRIANFAR, ARIA [ADDRESS ON FILE] | 02/03/23 | Celsius Network LLC | 23213 | $8,961.51 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 6 | APOSTOLOS, ROBERT [ADDRESS ON FILE] | 07/31/22 | Celsius US Holding LLC | 4125 | $55,000.00 | APOSTOLOS, ROBERT [ADDRESS ON FILE] | 12/05/22 | All Debtors | 12909 | $13,748.67 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 7 | BALTZ, JUSTIN [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 949 | $149,026.17 | BALTZ, JUSTIN [ADDRESS ON FILE] | 07/19/22 | Celsius KeyFi LLC | 962 | $149,026.17 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 8 | BARSTOW, NICOLE [ADDRESS ON FILE] | 11/01/22 | Celsius Network LLC | 9962 | $135,000.00 | BARSTOW, NICOLE [ADDRESS ON FILE] | 12/10/22 | All Debtors | 15700 | $134,492.92 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 9 | BARTLETT, RILEY [ADDRESS ON FILE] | 07/22/22 | Celsius Network LLC | 2254 | $20,512.33 | BARTLETT, RILEY [ADDRESS ON FILE] | 12/01/22 | All Debtors | 14885 | $20,511.63 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 10 | BASNETT, ROB [ADDRESS ON FILE] | 12/05/22 | All Debtors | 15150 | $118,387.43 | BASNETT, ROB [ADDRESS ON FILE] | 01/10/23 | Celsius Network LLC | 21694 | $121,487.99 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 11 | BASS, LANIE CATHERINE [ADDRESS ON FILE] | 11/21/22 | All Debtors | 10763 | $871.06 | BASS, LANIE CATHERINE [ADDRESS ON FILE] | 12/07/22 | Celsius Network LLC | 12994 | $871.06 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 12 | BATISTA, OMAYRA [ADDRESS ON FILE] | 04/04/23 | Celsius Network LLC | 29165 | $8,368.11 | BATISTA, OMAYRA [ADDRESS ON FILE] | 04/04/23 | All Debtors | 25925 | $50,990,880.15 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 13 | BATISTA, OMAYRA [ADDRESS ON FILE] | 01/13/23 | Celsius Network LLC | 21562 | $5,582.50 | BATISTA, OMAYRA [ADDRESS ON FILE] | 04/04/23 | All Debtors | 25925 | $50,990,880.15 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 14 | BAXENDALE, SEAN [ADDRESS ON FILE] | 08/02/22 | Celsius Network LLC | 5023 | $28,457.57 | BAXENDALE, SEAN [ADDRESS ON FILE] | 12/30/22 | All Debtors | 18304 | $29,801.06 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 15 | BEGEMAN, JOHN BREVARD [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1159 | $100,000.00 | BEGEMAN, JOHN BREVARD [ADDRESS ON FILE] | 07/24/22 | Celsius Lending LLC | 2537 | $98,800.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 16 | BERLAND, BOBBY [ADDRESS ON FILE] | 07/21/22 | Celsius Network LLC | 1899 | $100,000.00 | BERLAND, BOBBY [ADDRESS ON FILE] | 02/04/23 | All Debtors | 23271 | $419,787,250.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 17 | BEYDOUN, SAID [ADDRESS ON FILE] | 07/24/22 | Celsius Network LLC | 2434 | $24,044.35 | BEYDOUN, SAID [ADDRESS ON FILE] | 07/27/23 | All Debtors | 30419 | $73,456.51 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 18 | BILLSON, JESSE KENNETH [ADDRESS ON FILE] | 07/31/22 | Celsius Network LLC | 4320 | $5,656.23 | BILLSON, JESSE KENNETH [ADDRESS ON FILE] | 11/24/22 | All Debtors | 13849 | $4,998.81 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 19 | BONAR, PATRICK [ADDRESS ON FILE] | 02/02/23 | All Debtors | 22846 | $16,647.72 | BONAR, PATRICK [ADDRESS ON FILE] | 04/11/23 | Celsius Network LLC | 26539 | $16,550.72 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 20 | BONNETT, CHAD [ADDRESS ON FILE] | 01/03/23 | All Debtors | 21881 | $87,367.86 | BONNETT, CHAD [ADDRESS ON FILE] | 02/07/23 | Celsius Network LLC | 23696 | $83,567.85 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | **REMAINING CLAIMS** | | | | | |
| 21 | BOTROS, WAFAA [ADDRESS ON FILE] | 10/06/22 | Celsius Network LLC | 9787 | $52,060.87 | BOTROS, WAFAA [ADDRESS ON FILE] | 03/28/23 | All Debtors | 27928 | $52,060.87 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 22 | BRADDOCK, MICHAEL [ADDRESS ON FILE] | 01/22/23 | Celsius Network LLC | 21946 | $2,067.92 | BRADDOCK, MICHAEL [ADDRESS ON FILE] | 10/13/23 | All Debtors | 32601 | $4,680.20 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 23 | BRYSON, BRIAN [ADDRESS ON FILE] | 11/21/22 | Celsius Network LLC | 10872 | $263.89 | BRYSON, BRIAN [ADDRESS ON FILE] | 01/07/23 | All Debtors | 20742 | $263.89 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 24 | BUKOWSKI, KRZYSZTOF [ADDRESS ON FILE] | 10/09/22 | Celsius Network LLC | 10081 | $134,768.00 | BUKOWSKI, KRZYSZTOF [ADDRESS ON FILE] | 11/22/22 | All Debtors | 11788 | $111,933.62 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 25 | BURKHOLDER, MICHAEL [ADDRESS ON FILE] | 11/20/22 | Celsius Network LLC | 10523 | $29,460.35 | BURKHOLDER, MICHAEL [ADDRESS ON FILE] | 04/02/23 | All Debtors | 25664 | $29,460.35 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 26 | BURY, CLAYTON P [ADDRESS ON FILE] | 08/17/22 | Celsius Network LLC | 7422 | $51,143.79 | BURY, CLAYTON P [ADDRESS ON FILE] | 07/28/23 | All Debtors | 30472 | $98,115.99 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 27 | BUSHA ELANGO, RAVIN PRAKASH [ADDRESS ON FILE] | 08/10/22 | Celsius Network LLC | 6767 | $6,446.65 | BUSHA ELANGO, RAVIN PRAKASH [ADDRESS ON FILE] | 07/31/23 | All Debtors | 31429 | $6,671.82 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 28 | BUTEAU, BERNARD RICHARD [ADDRESS ON FILE] | 07/31/22 | Celsius Network LLC | 4318 | $10,480.00 | BUTEAU, BERNARD RICHARD [ADDRESS ON FILE] | 01/26/23 | All Debtors | 22091 | $10,490.93 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 29 | CALBI JR, RICHARD [ADDRESS ON FILE] | 07/31/22 | Celsius Network LLC | 4220 | $40,000.00 | CALBI JR, RICHARD [ADDRESS ON FILE] | 12/20/22 | All Debtors | 16970 | $33,160.83 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 30 | CALLIS III, ROBERT H [ADDRESS ON FILE] | 04/28/23 | All Debtors | 28991 | $159,862.40 | CALLIS III, ROBERT H [ADDRESS ON FILE] | 04/28/23 | Celsius Network LLC | 28995 | $159,863.11 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 31 | CANFIELD, TODD [ADDRESS ON FILE] | 08/07/22 | Celsius Network LLC | 6241 | $297,232.00 | CANFIELD, TODD [ADDRESS ON FILE] | 12/30/22 | All Debtors | 18335 | $446,658.77 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 32 | CARVER III, WILLIAM JAMES [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1519 | $14,028.38 | CARVER III, WILLIAM JAMES [ADDRESS ON FILE] | 01/30/23 | All Debtors | 22454 | $11,168.33 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 33 | CHAMBLESS, JILL [ADDRESS ON FILE] | 08/03/22 | Celsius US Holding LLC | 5281 | $545,204.43 | CHAMBLESS, JILL [ADDRESS ON FILE] | 08/03/22 | All Debtors | 22562 | $405,254.01 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 34 | CHEATHAM, YURISA [ADDRESS ON FILE] | 07/28/22 | Celsius Network LLC | 9198 | $43,063.94 | CHEATHAM, YURISA [ADDRESS ON FILE] | 01/31/23 | All Debtors | 22614 | $120,422.91 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 35 | CHEN, CINDY [ADDRESS ON FILE] | 08/16/22 | Celsius Network LLC | 7276 | $549,913.13 | CHEN, CINDY [ADDRESS ON FILE] | 01/02/23 | All Debtors | 19022 | $1,050,372.77 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 36 | CHEN, JASON [ADDRESS ON FILE] | 08/03/22 | Celsius Network LLC | 5292 | $103,030.71 | CHEN, JASON [ADDRESS ON FILE] | 01/02/23 | All Debtors | 18992 | $200,973.79 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 37 | CHEN, YIYUE [ADDRESS ON FILE] | 07/31/22 | Celsius Network LLC | 4263 | $545,336.00 | CHEN, YIYUE [ADDRESS ON FILE] | 01/02/23 | All Debtors | 19022 | $1,050,372.77 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 38 | CHI, SANG KEUN [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 560 | $643,233.00 | CHI, SANG KEUN [ADDRESS ON FILE] | 04/03/23 | All Debtors | 25713 | $476,889.31 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 39 | CHILDS, BRIAN EDWARD [ADDRESS ON FILE] | 02/03/23 | All Debtors | 23224 | $35,531.05 | CHILDS, BRIAN EDWARD [ADDRESS ON FILE] | 04/06/23 | Celsius Network LLC | 25821 | $69,169.28 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 40 | CHILIA, RYAN [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 331 | $42,437.52 | CHILIA, RYAN [ADDRESS ON FILE] | 02/05/23 | All Debtors | 23354 | $42,437.52 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 41 | CHOICE, MADELON SETTLE [ADDRESS ON FILE] | 08/05/22 | Celsius Network LLC | 5928 | $274,072.94 | CHOICE, MADELON SETTLE [ADDRESS ON FILE] | 04/13/23 | All Debtors | 27260 | $420,852.26 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 42 | CLARK, CHACE [ADDRESS ON FILE] | 08/28/22 | Celsius Network LLC | 8051 | $80,000.00 | CLARK, CHACE [ADDRESS ON FILE] | 04/17/23 | All Debtors | 29567 | $80,000.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 43 | CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] [ADDRESS ON FILE] | 08/06/22 | Celsius Network LLC | 6065 | $157,428.71 | CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] [ADDRESS ON FILE] | 02/08/23 | All Debtors | 24069 | $157,600.54 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 44 | COPLIN, BENJAMIN [ADDRESS ON FILE] | 07/21/22 | Celsius Network LLC | 818 | $62,766.00 | COPLIN, BENJAMIN [ADDRESS ON FILE] | 12/01/22 | All Debtors | 14870 | $60,774.09 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 45 | COURCHESNE, BRYAN [ADDRESS ON FILE] | 07/22/22 | Celsius Network LLC | 2319 | $2,000,000.00 | COURCHESNE, BRYAN [ADDRESS ON FILE] | 04/25/23 | All Debtors | 28615 | $223,984.74 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 46 | COZZENS, BENJAMIN [ADDRESS ON FILE] | 07/31/22 | Celsius Lending LLC | 4049 | $75,001.00 | COZZENS, BENJAMIN [ADDRESS ON FILE] | 01/27/23 | All Debtors | 22246 | $131,207.56 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 47 | CRUZ, JOSHUA BODA [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1742 | $3,593,308.99 | CRUZ, JOSHUA BODA [ADDRESS ON FILE] | 02/09/23 | All Debtors | 24650 | $3,879,302.67 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 48 | CRUZ, REBECCA [ADDRESS ON FILE] | 12/07/22 | Celsius Network LLC | 12984 | $18,500.00 | CRUZ, REBECCA [ADDRESS ON FILE] | 04/11/23 | All Debtors | 26567 | $267,105,600.57 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 49 | DEAK, TIBOR [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1111 | $315.17 | DEAK, TIBOR [ADDRESS ON FILE] | 04/07/23 | All Debtors | 25867 | $315.17 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 50 | DECARO, RYAN [ADDRESS ON FILE] | 04/02/23 | All Debtors | 25710 | $33,249.51 | DECARO, RYAN [ADDRESS ON FILE] | 04/13/23 | Celsius Network LLC | 29490 | $14,000.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 51 | DELISLE, TYLER [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 435 | $45,500.00 | DELISLE, TYLER [ADDRESS ON FILE] | 02/03/23 | All Debtors | 23179 | $36,293.60 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 52 | DIAMANTOPOULOS, TED [ADDRESS ON FILE] | 09/08/22 | Celsius Network LLC | 8637 | $3,900.00 | DIAMANTOPOULOS, TED [ADDRESS ON FILE] | 02/09/23 | All Debtors | 24377 | $7,147.06 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 53 | DIEHL, THOMAS CARL [ADDRESS ON FILE] | 08/30/22 | Celsius Network Limited | 8214 | $5,000.00 | DIEHL, THOMAS CARL [ADDRESS ON FILE] | 04/26/23 | All Debtors | 28719 | $86,098,620.29 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 54 | DIEHL, THOMAS CARL [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1312 | $5,000.00 | DIEHL, THOMAS CARL [ADDRESS ON FILE] | 04/26/23 | All Debtors | 28719 | $86,098,620.29 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 55 | DIZON, DEOGRACIAS [ADDRESS ON FILE] | 07/21/22 | Celsius Network LLC | 1888 | $50,000.00 | DIZON, DEOGRACIAS [ADDRESS ON FILE] | 01/30/23 | All Debtors | 22358 | $376,444,788.43 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 56 | DOOGUE, MICHAEL [ADDRESS ON FILE] | 01/02/23 | All Debtors | 19034 | $147,121.75 | DOOGUE, MICHAEL [ADDRESS ON FILE] | 04/02/23 | Celsius Network LLC | 25666 | $313,258.63 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 57 | DUPREX, JEFFREY PAUL [ADDRESS ON FILE] | 12/22/22 | All Debtors | 17115 | $10,365,299.46 | DUPREX, JEFFREY PAUL [ADDRESS ON FILE] | 12/22/22 | Celsius Network LLC | 17120 | $10,365,299.46 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 58 | ELLIOTT, DEREK [ADDRESS ON FILE] | 08/01/23 | All Debtors | 31674 | $252,204.53 | ELLIOTT, DEREK [ADDRESS ON FILE] | 08/03/23 | Celsius Network LLC | 32245 | $252,476.36 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 59 | FERGUSON, STEPHEN [ADDRESS ON FILE] | 02/02/23 | All Debtors | 22775 | $360,367.32 | FERGUSON, STEPHEN [ADDRESS ON FILE] | 04/06/23 | Celsius Network LLC | 25802 | $360,357.31 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 60 | FERNHOLZ, WILLIAM [ADDRESS ON FILE] | 07/25/22 | Celsius Network LLC | 2730 | $47,344.42 | FERNHOLZ, WILLIAM [ADDRESS ON FILE] | 04/02/23 | All Debtors | 25756 | $22,938.70 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 61 | FIEDOR, RICHARD FRANCIS [ADDRESS ON FILE] | 07/30/22 | Celsius Network LLC | 3831 | $1,700.00 | FIEDOR, RICHARD FRANCIS [ADDRESS ON FILE] | 04/11/23 | All Debtors | 26276 | $143,321,225.62 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 62 | FINELLI, MARK [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 513 | $3,000,000.00 | FINELLI, MARK [ADDRESS ON FILE] | 02/01/23 | All Debtors | 22659 | $3,098,731.64 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 63 | FINELLI, MARK [ADDRESS ON FILE] | 07/21/22 | Celsius Network LLC | 821 | $3,000,000.00 | FINELLI, MARK [ADDRESS ON FILE] | 02/01/23 | All Debtors | 22659 | $3,098,731.64 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 64 | FREDRICKSON, DAVID [ADDRESS ON FILE] | 08/14/22 | Celsius Network LLC | 7058 | $102,169.82 | FREDRICKSON, DAVID [ADDRESS ON FILE] | 04/26/23 | All Debtors | 28723 | $113,603.28 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 65 | FUNG, JASON [ADDRESS ON FILE] | 08/12/22 | Celsius Network LLC | 6929 | $38,484.00 | FUNG, JASON [ADDRESS ON FILE] | 12/01/22 | All Debtors | 12813 | $28,920.38 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 66 | GAJARDO, CHRISTINZIN [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1647 | $149,852.24 | GAJARDO, CHRISTINZIN [ADDRESS ON FILE] | 01/04/23 | All Debtors | 20272 | $152,951.41 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 67 | GAJARDO, CHRISTINZIN [ADDRESS ON FILE] | 08/10/22 | Celsius Network LLC | 6684 | $149,852.24 | GAJARDO, CHRISTINZIN [ADDRESS ON FILE] | 01/04/23 | All Debtors | 20272 | $152,951.41 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 68 | GARRETSON, MICHAEL [ADDRESS ON FILE] | 07/24/22 | Celsius Network LLC | 2573 | $24,922.99 | GARRETSON, MICHAEL [ADDRESS ON FILE] | 04/09/23 | All Debtors | 26027 | $24,922.99 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 69 | GIAMBRA, CAROLYN JOYCE [ADDRESS ON FILE] | 08/15/22 | Celsius Network LLC | 9371 | $246,930.16 | GIAMBRA, CAROLYN JOYCE [ADDRESS ON FILE] | 01/30/23 | All Debtors | 22405 | $450,136.46 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 70 | GIBBS, JOHN JR [JACK GIBBS] [ADDRESS ON FILE] | 07/25/22 | Celsius Network LLC | 9087 | $929,991.00 | GIBBS, JOHN JR [JACK GIBBS] [ADDRESS ON FILE] | 04/18/23 | All Debtors | 29589 | $929,991.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | BASIS FOR OBJECTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | |
| 71 | GOMEZ, EVENCIO E [ADDRESS ON FILE] | 10/07/22 | Celsius Network LLC | 9863 | $11,850.00 | GOMEZ, EVENCIO E [ADDRESS ON FILE] | 11/21/22 | All Debtors | 10550 | $11,653.09 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 72 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Network LLC | 7257 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 73 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Network Inc. | 7259 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 74 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Network Limited | 7261 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 75 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius KeyFi LLC | 7264 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 76 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Mining LLC | 7265 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 77 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Networks Lending LLC | 7267 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 78 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius Lending LLC | 7268 | $77,441.03 | GRAY, JOSHUA ROBERT [ADDRESS ON FILE] | 08/16/22 | Celsius US Holding LLC | 7271 | $77,441.03 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 79 | GREAT AMERICAN INSURANCE COMPANY [ADDRESS ON FILE] | 11/11/22 | Celsius Network LLC | 10181 | $276,000.00 | GREAT AMERICAN INSURANCE COMPANY [ADDRESS ON FILE] | 11/11/22 | Celsius Lending LLC | 10182 | $276,000.00 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 80 | GREEN, ANDREW [ADDRESS ON FILE] | 10/24/22 | Celsius Network LLC | 9999 | $2,500.00 | GREEN, ANDREW [ADDRESS ON FILE] | 02/03/23 | All Debtors | 23199 | $2,378.45 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 81 | GRIGGS, TYLER [ADDRESS ON FILE] | 07/21/22 | Celsius Network LLC | 1793 | $20,122.36 | GRIGGS, TYLER [ADDRESS ON FILE] | 11/23/22 | All Debtors | 14384 | $20,122.36 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 82 | GUARRIELLO, NARIA [ADDRESS ON FILE] | 07/20/22 | Celsius Network LLC | 1062 | $500,000.00 | GUARRIELLO, NARIA [ADDRESS ON FILE] | 12/21/22 | All Debtors | 17024 | $162,913.92 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 83 | HAJJ, ROLA [ADDRESS ON FILE] | 08/06/22 | Celsius Network LLC | 6101 | $3,688.64 | HAJJ, ROLA [ADDRESS ON FILE] | 07/31/23 | All Debtors | 31307 | $65,374.93 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 84 | HAMER, JOHN [ADDRESS ON FILE] | 09/12/22 | Celsius Network LLC | 8738 | $5,951.98 | HAMER, JOHN [ADDRESS ON FILE] | 04/24/23 | All Debtors | 28539 | $8,526.54 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 85 | HANLON, MELISSA [ADDRESS ON FILE] | 07/31/22 | Celsius Network LLC | 3976 | $20,000.00 | HANLON, MELISSA [ADDRESS ON FILE] | 01/02/23 | All Debtors | 19088 | $38,035.14 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
| 86 | HARDAWAY, ROBERT [ADDRESS ON FILE] | 09/20/22 | Celsius Network LLC | 8980 | $100,000.00 | HARDAWAY, ROBERT [ADDRESS ON FILE] | 02/07/23 | All Debtors | 23572 | $62,305.39 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 87 | HARRISON, TYLER [ADDRESS ON FILE] | 08/06/22 | Celsius Network LLC | 6056 | $20,000.00 | HARRISON, TYLER [ADDRESS ON FILE] | 11/22/22 | All Debtors | 11852 | $13,229.60 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 88 | HERNANDEZ, ANA [ADDRESS ON FILE] | 08/11/22 | Celsius Network LLC | 6781 | $50,774.99 | HERNANDEZ, ANA [ADDRESS ON FILE] | 04/01/23 | All Debtors | 25498 | $101,660.56 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 89 | HERREMA, JENNIFER [ADDRESS ON FILE] | 04/14/23 | All Debtors | 27391 | $3,573.28 | HERREMA, JENNIFER [ADDRESS ON FILE] | 04/24/23 | Celsius Network LLC | 28528 | $3,498.54 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 90 | HERRMANN, IMMANUEL [ADDRESS ON FILE] | 04/18/23 | GK8 Ltd. | 29597 | $91,390.75 | HERRMANN, IMMANUEL [ADDRESS ON FILE] | 04/18/23 | GK8 USA LLC | 29599 | $91,390.75 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | | |
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | HERRMANN, IMMANUEL [ADDRESS ON FILE] | 04/18/23 | GK8 UK Limited | 29598 | $91,390.75 | HERRMANN, IMMANUEL [ADDRESS ON FILE] | 04/18/23 | GK8 USA LLC | 29599 | $91,390.75 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 92 | HOLDINGS, BELL ROSE [ADDRESS ON FILE] | 02/01/23 | Celsius Network LLC | 22678 | $36,960.70 | HOLDINGS, BELL ROSE [ADDRESS ON FILE] | 02/01/23 | All Debtors | 22692 | $15,119.18 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 93 | ISRAELI, MICHAEL [ADDRESS ON FILE] | 07/19/22 | Celsius Network LLC | 532 | $275,000.00 | ISRAELI, MICHAEL [ADDRESS ON FILE] | 04/13/23 | All Debtors | 27265 | $173,903.17 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 94 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network Inc. | 22991 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 95 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network Limited | 22992 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.

Celsius Networks LLC Case Number 22-10964
Seventh Omnibus Objection for Cross-Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
| | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | CREDITOR(1) | DATE FILED | DEBTOR | CLAIM # | ASSERTED CLAIM AMOUNT | BASIS FOR OBJECTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius KeyFi LLC | 22993 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 97 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Mining LLC | 22994 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 98 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Networks Lending LLC | 22995 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 99 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Lending LLC | 22996 | $1,070,487.42 | ISSA, WIAS [ADDRESS ON FILE] | 02/09/23 | Celsius Network LLC | 22990 | $1,070,487.42 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |
| 100 | IVERSEN, PAULA LYNN [ADDRESS ON FILE] | 08/05/22 | Celsius Network LLC | 5758 | $1,448.00 | IVERSEN, PAULA LYNN [ADDRESS ON FILE] | 01/27/23 | All Debtors | 22158 | $1,212.74 | As set forth in paragraphs 20 and 21 of the Objection, the Claim is duplicative of other Proofs of Claim filed by or on behalf of the same claimant (or a successor thereto) on account of the same liability and will result in an unwarranted recovery against the Estates. The Cross-Debtor Duplicate Claim should be disallowed and expunged. |

(1) As name appears on Proof of Claim.