Joseph E. Sarachek (Bar # 2163228)
Zachary E. Mazur (Bar # 5706726)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:      (646) 861-4950

*Counsel to the Ad Hoc Committee
of Corporate Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF SERVICE**

1. I caused to be served the following document(s):

   a. NOTICE OF APPEAL

2. The above-named document(s) were served by the following means to the persons as listed below:

   a. ■ **By ECF System:**

   **SEE ATTACHMENT A BELOW**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

1

b. ■ **By United States mail, postage fully prepaid (on 11/27/2024)**:

    **SEE ATTACHMENT B BELOW**

c. ☐ **By Personal Service:**

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s)at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

d. ■ **By direct email (as opposed to through the ECF System, on 11/27/2024)**:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    **Sean Xue,** aceofangel2015@gmail.com

e. ☐ **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

f. ☐ **By messenger:**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

I declare under penalty of perjury that the foregoing is true and correct.
Executed on: November 27, 2024.

Paul J. Combe                      */s/ Paul J. Combe*
Name of Declarant              Signature of Declarant

SARACHEK_LAW  670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

## ATTACHMENT A: ECF NOTICE LIST

- **David J. Adler**   dadler@mccarter.com
- **Susan L Adler**   nycsa@aol.com, susannycsa@gmail.com
- **Katherine Marie Aizpuru**   kaizpuru@tzlegal.com
- **Benjamin R. Allee**   benjamin@yankwitt.com
- **Nelly Cessiska Almeida**   nalmeida@milbank.com, jbrewster@milbank.com;aheine@milbank.com;mwyanez@milbank.com;nelly-almeida-8701@ecf.pacerpro.com
- **Andrea Amulic**   andrea.amulic@whitecase.com, mco@whitecase.com
- **Michael Andolina**   mandolina@whitecase.com, mco@whitecase.com
- **Carla O. Andres**   candres@gklaw.com, kboucher@gklaw.com
- **Nikita Ash**   nikita.ash@whitecase.com, mco@whitecase.com;alejandra.palomo@whitecase.com
- **John R. Ashmead**   ashmead@sewkis.com, managingclerkoffice@sewkis.com
- **Matthew P. Austria**   maustria@austriallc.com
- **Darren T. Azman**   dazman@mwe.com, mco@mwe.com;dnorthrop@mwe.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com
- **Laura Elizabeth Baccash**   laura.baccash@whitecase.com, mco@whitecase.com
- **Alexandra Steinberg Barrage**   abarrage@dwt.com
- **Malcolm M Bates**   mbates@duanemorris.com
- **Ronit Berkovich**   Ronit.Berkovich@weil.com
- **Jeffrey Bernstein**   jbernstein@mdmc-law.com, kpatterson@mdmc-law.com
- **Daniel B. Besikof**   dbesikof@lowenstein.com
- **Lauren Bolcar**   lauren.bolcar@quarles.com
- **Scott Richard Bowling**   scott.bowling@bakerbotts.com
- **Michael P. Broadhurst**   mbroadhurst@wgpllp.com
- **H. Bruce Bronson**   ecf@bronsonlaw.net, hbbronson@bronsonlaw.net;bronson.h.bruceb126820@notify.bestcase.com
- **Mark Bruh**   mark.bruh@usdoj.gov
- **Aaron L. Casagrande**   aaron.casagrande@icemiller.com
- **Kara E. Casteel**   kcasteel@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com
- **Dean Lindsay Chapman**   dchapman@akingump.com, nymco@akingump.com
- **Michael Chen**   mchen@akingump.com
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **Jeffrey Chubak**   jchubak@aminillc.com, aminillcfiling@aminillc.com;jchubak@ecf.courtdrive.com
- **Jeffrey S. Cianciulli**   jcianciulli@weirlawllp.com, imarciniszyn@weirpartners.com
- **Joseph Cioffi**   jcioffi@dglaw.com, galaimo@dglaw.com
- **Marvin E. Clements**   agbanknewyork@ag.tn.gov
- **Hollace T. Cohen**   hollace.cohen@pierferd.com
- **Aaron Colodny**   aaron.colodny@whitecase.com, mco@whitecase.com;kgundersen@whitecase.com
- **Dawn R. Copley**   dcopley@dickinsonwright.com

- **Karen Cordry**   kcordry@naag.org
- **Shara Claire Cornell**   shara.cornell@usdoj.gov
- **Lucas Gregory Curtis**   lucas.curtis@whitecase.com, mco@whitecase.com;alejandra.palomo@whitecase.com
- **Raniero D'Aversa**   rdaversa@orrick.com, mperrigino@orrick.com;nymao@orrick.com
- **Michael Dal Lago**   mike@dallagolaw.com, fbravo@dallagolaw.com;kim@dallagolaw.com;fvasquez@dallagolaw.com
- **Debra A. Dandeneau**   debra.dandeneau@bakermckenzie.com, lori.seavey@bakermckenzie.com
- **Scott I. Davidson**   sdavidson@kslaw.com
- **Andrew Robert Dawes**   rob@dawes.one
- **Anthony J. DeGirolamo**   tony@ajdlaw7-11.com
- **Roma N Desai**   roma.desai@oag.texas.gov
- **Emily K. Devan**   edevan@milesstockbridge.com
- **David Dinoso**   david@dinosolaw.com
- **Thomas Robert Dominczyk**   tdominczyk@mauricewutscher.com, thomas-dominczyk-5025@ecf.pacerpro.com
- **Kirsten Jackson Dooley**   kirsten.dooley@bakermckenzie.com
- **Amish R. Doshi**   amish@doshilegal.com
- **Todd E Duffy**   tduffy@duffyamedeo.com, damedeo@duffyamedeo.com
- **David Edelberg**   dedelberg@sh-law.com
- **Denver Edwards**   dedwards@bradfordedwards.com, scorchado@bradfordedwards.com
- **Daniel Eggermann**   deggermann@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Gabriel Eisenberger**   geisenberger@kramerlevin.com
- **Michael S. Etkin**   metkin@lowenstein.com, mseymour@lowenstein.com
- **Joseph B. Evans**   jbevans@mwe.com
- **Sean Andrew Feener**   sean.feener@lockelord.com
- **Alyson M. Fiedler**   alyson.fiedler@icemiller.com, john.acquaviva@icemiller.com,Aaron.Casagrande@icemiller.com,Isaac.Colunga@icemiller.com,Jeff.Hokanson@icemiller.com
- **Benjamin Finestone**   benjaminfinestone@quinnemanuel.com, lindsayweber@quinnemanuel.com,benjamin-finestone-quinn-emanuel-urquhart-sullivan-4125@ecf.pacerpro.com
- **Gary C. Fischoff**   gfischoff@bfslawfirm.com, afilardi@bfslawfirm.com
- **Rachel Lauren Fleder**   rfleder@morrisoncohen.com
- **Peter Fox**   pfox@sprfllp.com
- **Alan L. Frank**   afrank@alflaw.net
- **Devin Freedman**   vel@fnf.law
- **Elise S. Frejka**   efrejka@frejka.com
- **Aaron Garber**   agarber@wgwc-law.com
- **Mario O. Gazzola**   mariogazzola@quinnemanuel.com
- **Stuart P. Gelberg**   spg@13trustee.net
- **John D Giampolo**   jgiampolo@rosenbergestis.com

SARACHEK_LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Daniel Y Gielchinsky**   dan@dgimlaw.com
- **Sheryl P Giugliano**   sgiugliano@rmfpc.com, samiel@rmfpc.com
- **Eduardo J. Glas**   ejglas@gmail.com
- **James I. Glasser**   jglasser@wiggin.com
- **Jeffrey R. Gleit**   jeffrey.gleit@afslaw.com, lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com
- **Warren E. Gluck**   warren.gluck@hklaw.com, elvin.ramos@hklaw.com;hapi@hklaw.com;glenn.huzinec@hklaw.com;kayla.joyce@hklaw.com
- **Brian D. Glueckstein**   gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
- **Matthew J. Gold**   mgold@kkwc.com, jremi@kkwc.com;etaylor@kkwc.com
- **Eric Goldstein**   egoldstein@goodwin.com, bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com
- **Harley J. Goldstein**   harleyg@restructuringshop.com, teresag@restructuringshop.com;amritk@goldmclaw.com
- **Bonnie R. Golub**   bgolub@wgpllp.com
- **Ronald Gorsich**   rgorsich@whitecase.com, mco@whitecase.com
- **Andrew R. Gottesman**   agottesman@rosenbergestis.com, courtmail@rosenbergestis.com
- **Jason Gottlieb**   jgottlieb@morrisoncohen.com, courtnotices@morrisoncohen.com
- **Richard D. Grossman**   rgat135@aol.com
- **Janice Beth Grubin**   jgrubin@barclaydamon.com
- **Kathryn Gundersen**   kathryn.gundersen@whitecase.com, mco@whitecase.com
- **Mark Warren Hancock**   mhancock@gklaw.com
- **Michael R. Handler**   mhandler@kslaw.com
- **Brian G. Hannon**   bhannon@norgaardfirm.com, kcimmino@norgaardfirm.com;crose@norgaardfirm.com
- **Juandisha Harris**   harrisj12@michigan.gov
- **Gorman A. Hatcher-Santaella**   ghatcher@pirillolaw.com
- **Kimberly Anne Havlin**   kim.havlin@whitecase.com, mco@whitecase.com
- **Samuel P Hershey**   shershey@whitecase.com, mco@whitecase.com
- **Michael R. Herz**   mherz@foxrothschild.com
- **Isaac M. Hoenig**   ihoenig@foxrothschild.com
- **Thomas Ross Hooper**   hooper@sewkis.com
- **Mitchell Hurley**   mhurley@akingump.com, bkemp@akingump.com;dkrasa@akingump.com;nymco@akingump.com;alaaraj@akingump.com;docketingautonotify@akingump.com
- **Matthew Ingber**   mingber@mayerbrown.com, nycdocket@mayerbrown.com,4203221420@filings.docketbird.com
- **Jane Hilary Jacobs**   jjacobs@kramerlevin.com
- **Mark B Joachim**   mjoachim@polsinelli.com
- **Katherine Johnson**   kjohnson3@ftc.gov, kaizpuru@ftc.gov
- **Andrew Jones**   andrew@ajoneslaw.com
- **Gregory Juell**   gregory.juell@us.dlapiper.com, DLAPiper@ecfxmail.com
- **Elan Kandel**   ekandel@baileycav.com, kmoore@baileycav.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **John Kane**  jkane@akingump.com
- **Thomas S. Kessler**  tkessler@cgsh.com, maofiling@cgsh.com
- **Barry R. Kleiner**  dkleiner@kkwc.com, gagnew@kkwc.com
- **Paul Benjamin Koepp**  koepp@sewkis.com
- **Gregory Kopacz**  gkopacz@sillscummis.com
- **Jeffrey Brian Korn**  jkorn@willkie.com, maosbny@willkie.com
- **Lawrence J. Kotler**  ljkotler@duanemorris.com
- **Deborah Kovsky-Apap**  deborah.kovsky@troutman.com, kay.kress@troutman.com
- **Erica Kravchenko**  ekravchenko@bernsteinlaw.com, ekravchenko@ecf.courtdrive.com
- **Joyce A. Kuhns**  jkuhns@offitkurman.com
- **Jeffrey Alan Latov**  jlatov@akingump.com
- **Ariel Norman Lavinbuk**  alavinbuk@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com
- **Tyler Nathaniel Layne**  tyler.layne@hklaw.com, annmarie.jezisek@hklaw.com;tina.boone@hklaw.com
- **Vincent Edward Lazar**  vlazar@jenner.com
- **Brian S. Lennon**  maosbny@willkie.com, blennon@willkie.com
- **Thomas Scott Leo**  sleo@leolawpc.com, emartinez@leolawpc.com
- **Nicole A Leonard**  nleonard@mdmc-law.com, sshidner@mdmc-law.com
- **Carol Weiner Levy**  cwlevy@Venable.com, cwlevy@venable.com
- **Seth H. Lieberman**  slieberman@pryorcashman.com, bankruptcydocketing@pryorcashman.com
- **Mark A. Lindsay**  mlindsay@raineslaw.com
- **Edward J. LoBello**  elobello@bsk.com, elobello@bsk.com;kdoner@bsk.com;CourtMail@bsk.com
- **Nicholas Robert Lombardi**  nlombardi@akingump.com
- **Stuart Roth Lombardi**  slombardi@willkie.com, maosbny@willkie.com
- **Margaret Lovric**  mlovric@glennagre.com
- **William C. Manderson**  cmanderson@ecjlaw.com
- **Stephen Manning**  Stephen.Manning@atg.wa.gov, GCEEF@atg.wa.gov
- **Jessica Mannon**  jmannon@akingump.com
- **Ilan Markus**  imarkus@barclaydamon.com, ilan-markus-4670@ecf.pacerpro.com
- **Zachary Evan Mazur**  zachary@saracheklawfirm.com
- **Daniel J. McCarthy**  dmccarthy@hillfarrer.com
- **Paul McCulloch**  paul@cyberlaw.nyc
- **Hugh R. McCullough**  hughmccullough@dwt.com, sherriparsons@dwt.com;SEADocket@dwt.com
- **Matthew James McDonald**  mmcdonald@klehr.com
- **Brigette McGrath**  bmcgrath@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;jsteinfeld@askllp.com;akazmina@askllp.com;gunderdahl@askllp.com;rreding@askllp.com
- **Louis Frank Mendez**  lmendez@bressler.com
- **Joshua Mester**  jmester@jonesday.com
- **Layla Milligan**  layla.milligan@oag.texas.gov
- **Michael Mix**  mmix@morrisoncohen.com, autodocket@morrisoncohen.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Julie F. Montgomery**   jmontgomery@brownconnery.com
- **Michael D. Morris**   morrismd@doj.state.wi.us, radkeke@doj.state.wi.us
- **Steven Mulligan**   smulligan@cp2law.com
- **Lucian Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Jason A Nagi**   jason.nagi@offitkurman.com, rona.cohen@offitkurman.com
- **Leigh Nathanson**   lnathanson@kslaw.com
- **Carl D. Neff**   carl.neff@pierferd.com
- **Mark Norgaard**   mnorgaard@norgaardfirm.com, crose@norgaardfirm.com;sferreira@norgaardfirm.com
- **Victor Noskov**   victornoskov@quinnemanuel.com
- **Jonathan Ohring**   jonathan@yankwitt.com
- **Michael Todd Parker**   todd.parker@parkerpohl.com
- **Arie Peled**   aapeled@venable.com
- **Anne J. Penachio**   apenachio@pmlawllp.com, penachio.anne@gmail.com;fmalara@pmlawllp.com;pmbestcase@gmail.com;jraggo@pmlawllp.com;r55766@notify.bestcase.com
- **Joshua Pepper**   jpepper@jpepperesq.com
- **Joel L Perrell**   joel.perrell@wbd-us.com, cindy.giobbe@wbd-us.com
- **Gregory F Pesce**   gregory.pesce@whitecase.com, mco@whitecase.com
- **David H. Pikus**   dpikus@bressler.com
- **Richard J. Pilson**   richardjpilson@aol.com
- **David M Pohl**   david.pohl@parkerpohl.com
- **John Reding**   john.reding@ilag.gov
- **Annemarie V. Reilly**   annemarie.reilly@lw.com
- **James Richards**   jrichards@jjoneslaw.com
- **Devin Rivero**   devin.rivero@whitecase.com, mco@whitecase.com
- **Kyle William Roche**   kroche@fnf.law, akaradjas@rochefreedman.com
- **Shaya Rochester**   shaya.rochester@katten.com, nyc.bknotices@katten.com
- **Aaron A. Romney**   aromney@laxneville.com
- **Jennifer Rood**   jennifer.rood@vermont.gov
- **Jorian L. Rose**   jrose@bakerlaw.com
- **Heath Douglas Rosenblat**   hrosenblat@morrisoncohen.com, autodocket@morrisoncohen.com
- **Abigail Rushing Ryan**   aryan@naag.org
- **Jeffrey S. Sabin**   jssabin@venable.com
- **Monica Alejandra Sanchez**   msanchez@pirillolaw.com
- **Joseph E. Sarachek**   joe@sarscheklawfirm.com, jon@sarscheklawfirm.com,paul@sarscheklawfirm.com
- **Robert M. Sasloff**   robert@jacobspc.com, tiffany@jacobspc.com;david@jacobspc.com
- **Therese Scheuer**   scheuert@sec.gov
- **Ray C Schrock**   ray.schrock@weil.com, matthew.goren@weil.com
- **William D Schroeder**   schroeder@jrlaw.org, healey@jrlaw.org
- **Elizabeth Scott**   edscott@akingump.com
- **Jennifer Selendy**   jselendy@selendygay.com
- **Paul R. Shankman**   pshankman@fortislaw.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Virginia T. Shea**     vshea@mdmc-law.com
- **James H. Shenwick**     jshenwick@gmail.com
- **Paul N. Silverstein**     paulsilverstein@huntonak.com
- **L. Reid Skibell**     rskibell@glennagre.com
- **Katherine Stadler**     kstadler@gklaw.com, kboucher@gklaw.com
- **Catherine Steege**     csteege@jenner.com, jeffrey_cross@discovery.com
- **Arthur Jay Steinberg**     asteinberg@kslaw.com, sdavidson@kslaw.com
- **Joseph L. Steinfeld**     jsteinfeld@askllp.com, lmiskowiec@askllp.com;kcasteel@askllp.com;kbader@askllp.com;eneiger@askllp.com;bmcgrath@askllp.com;jchristian@askllp.com
- **David L. Stevens**     dstevens@scura.com, vmajano@scura.com;amurphy@scura.com;spereyra@scura.com;ggonzalez@scura.com;ecfbkfilings@scuramealey.com;jromero@scura.com;stevens.davidl.r93878@notify.bestcase.com;dwoody@scura.com
- **Chase Aleksander Stone**     cstone@ecjlaw.com
- **Dawn Rita Sudama**     dsudama@morrisoncohen.com
- **Joshua Sussberg**     jsussberg@kirkland.com, hannah-kupsky-3566@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com
- **Michael Sweet**     msweet@foxrothschild.com
- **Lucy Thomson**     lucythomson_cpo@earthlink.net
- **Patricia B. Tomasco**     pattytomasco@quinnemanuel.com, barbarahowell@quinnemanuel.com
- **Andrew M. Troop**     andrew.troop@pillsburylaw.com
- **David Turetsky**     david.turetsky@whitecase.com, mco@whitecase.com
- **Marianna Udem**     mudem@askllp.com, lmiskowiec@askllp.com;vmartinez@askllp.com
- **Gary D. Underdahl**     gunderdahl@askllp.com, lmiskowiec@askllp.com;jsteinfeld@askllp.com;kcasteel@askllp.com
- **United States Trustee**     USTPRegion02.NYECF@USDOJ.GOV
- **William Matthew Uptegrove**     uptegrovew@sec.gov
- **Melissa L. Van Eck**     mvaneck@attorneygeneral.gov
- **Pieter Van Tol**     pieter.vantol@hoganlovells.com, pieter-vantol-0733@ecf.pacerpro.com
- **Ievgeniia Vatrenko**     jenny@vatrenkoesq.com
- **Christopher Matthew Vaughan**     cvaughan@bressler.com
- **Samir Vora**     svora@milbank.com
- **Jordan Christopher Wall**     jwall@willkie.com, maosbny@willkie.com
- **Susan Warnock**     scw@warnocklegal.com
- **Joshua Weedman**     jweedman@whitecase.com, mco@whitecase.com
- **Morris D. Weiss**     morris.weiss@hklaw.com, sherri.savala@hklaw.com;annmarie.jezisek@hklaw.com
- **Avi Weitzman**     aweitzman@paulhastings.com
- **Richard E. Weltman**     rew@frblaw.com, mlm@frblaw.com;jguttenplan@frblaw.com;mjaspan@frblaw.com
- **Mary Stephanie Wickouski**     swickouski@lockelord.com, dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

SARACHEK_LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

- **Thaddeus D. Wilson**  thad-wilson-5971@ecf.pacerpro.com, christine-camp-7595@pacerpro.com
- **Kevin J. Windels**  kwindels@kdvlaw.com
- **Julie Marissa Wolf**  jwolf@milbank.com
- **Adrienne Woods**  awoods@wzmplaw.com
- **Joshua Yim**  jyim@mwe.com
- **Jade Yoo**  jade.yoo@whitecase.com, mco@whitecase.com
- **Jack Yoskowitz**  yoskowitz@sewkis.com
- **Dina L. Yunker Frank**  bcuyunker@atg.wa.gov
- **Michael Yurkewicz**  myurkewicz@klehr.com
- **Jason Zakia**  jzakia@whitecase.com, mco@whitecase.com
- **Evan J. Zucker**  ezucker@blankrome.com, eDocketing@blankrome.com

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420

## ATTACHMENT B: MAILING NOTICE LIST

**Office of the United States Trustee for the Southern District of New York**
Attn: Shara Cornell
1 Bowling Grn, Ste. 534
New York, New York 10004

**KIRKLAND & ELLIS LLP**
Attn: Joshua A. Sussberg, P.C.
601 Lexignton Avenue
New York, New York 10022

**KIRKLAND & ELLIS LLP**
Attn: Christopher S. Koenig, Patrick J. Nash, Jr., Ross M. Kwasteniet
333 West Wolf Point Plaza
Chicago, Illinois 60654

**WHITE & CASE LLP**
Attn: David M. Turetsky, Samuel P. Hershey, Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020

**WHITE & CASE LLP**
Attn: Gregory F. Pesce
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606

**WHITE & CASE LLP**
Attn: Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Florida 33131

**WHITE & CASE LLP**
Attn: Aaron Colodny
555 South Flower Street
Suite 2700
Los Angeles, California 90071

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Attn: Thomas S. Kessler
One Liberty Plaza
New York, New York 10006

SARACHEK LAW
670 White Plains Rd, Fl. PH, Scarsdale, NY 10583 | P: (646) 517-5420