To:  The Honorable Judge Martin Glenn
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.
Telephone: Manhattan:  +1 212 668 2870

Sunday, 17 November 2024

From:  Thomas Joseph Pick
159/240 Moo 12, Jomtien Beach Road
Nongprue, Banglamung
Chonburi 20150
THAILAND

Email:  pickf@hotmail.com
Telephone: +66 97 229 6672
Social Security Number: xxx-xx-5543
Date of Birth: 31 July 1952





Subject: Case Number: 22-10964 (MG)
Stretto has not transferred my crypto to Coinbase

Dear Your Honor;

Could you please help me get my Stretto/Celsius crypto asset distribution deposited to my Coinbase account?

On November 04, 2024, I had a working Coinbase account.  As a test, I transferred some Polygon tokens in to and out of my Coinbase account.  The transactions worked well.

A few days later, Coinbase froze my account.  My account says, "Account Under Review."
When Stretto/Celsius Distribution attempted to send my Bitcoin and Ethereum settlement to Coinbase, the transfer failed.

After November 09, 2024, Celsius Earn Creditors supposedly can no longer receive their settlement in crypto.  It then is supposed to be in $US Dollars.

I want my Bitcoin and Ethereum, as getting cash creates problems when filing IRS income taxes.

Coinbase sent an email that says I have 3 days to contact them and provide additional information.
By now, that deadline has passed.  I tried many times to contact Coinbase, but have been unable.

The Coinbase telephone support line is currently unavailable.
Trying to create a claim ticket on their Coinbase website, I have been unsuccessful.

I have included documentation of what has been taking place between: myself, Coinbase, Stretto/Celsius, and Kirkland and Ellis.

I was hoping you could ask Coinbase and Stretto/Celsius to extend their deadlines in my case.  I have been trying to resolve issues with them, but it is difficult when I am in Thailand and they are in the U.S.A.

Thank you for your kind consideration.

Sincerely,

Thomas Joseph Pick

Celsius Earn Creditor

Outlook

---

**Re: Have Coinbase account**

---

**From** Celsius Distribution <celsiusdistribution@stretto.com>

**Date** Mon 11/4/2024 10:08 PM

**To** pickf@hotmail.com <pickf@hotmail.com>

**Cc** pickf@hotmail.com <pickf@hotmail.com>

Hello,

We have received your request to remove the alternative email address associated with your Celsius Account. This has been completed and your alternative email has been removed.

**Your primary email address will now be used to match your Coinbase account for your claim distribution. Ensure you have an active account at Coinbase using your primary email in order for your claim distribution to be successful.**

Your inquiry is now considered resolved. Please create a new support inquiry if you need further assistance.

Regards,
Celsius Distribution Support

> On Mon, Nov 4 at 10:03 AM , THOMAS JOSEPH PICK <pickf@hotmail.com> wrote:
> **[External Email]**
> Monday, 04 November 2024
>
> Dear Stretto Celsius Distributions;
>
> I confirm you may remove my alternate email address of:
>
> tompick240@gmail.com
>
> I have an active Coinbase account now with my primary email address of:
>
> pickf@hotmail.com
>
> Please use the email address:  pickf@hotmail.com
> which matches my Coinbase account address.
>
> URGENT!  Please send my distribution in crypto to my Coinbase account.
>
> I want to rescind my option to receive cash.
>
> Sincerely
>
> Thomas Joseph Pick

Celsius Earn Creditor

From: Celsius Distribution <celsiusdistribution@stretto.com>
**Sent:** Monday, November 4, 2024 9:27 PM
**To:** pickf@hotmail.com <pickf@hotmail.com>
**Cc:** tompick240@gmail.com <tompick240@gmail.com>
**Subject:** Re: Have Coinbase account

Hello,

Please confirm whether you would like us to remove your alternative email address (tompick240@gmail.com), so that your primary email address - pickf@hotmail.com - will then be used to match with Coinbase for your distribution.

Thank you and we look forward to your reply.

Regards,
Celsius Distribution Support

> On Mon, Nov 4 at 9:21 AM , THOMAS JOSEPH PICK
> <pickf@hotmail.com> wrote:
> **[External Email]**
> Monday, 04 November 2024
>
> Dear Stretto/Celsius Distribution;
>
> I have a Coinbase account.
>
> Please send my Celsius distribution to my Coinbase account.
>
> I want to rescind the option to receive cash, since I now have a Coinbase account.
>
> Thomas Joseph Pick
> Email: pickf@hotmail.com
>
> Thank you for your assistance.
>
> Sincerely,
>
> Thomas Joseph Pick
> Celsius Earn Creditor

 Outlook

**You're ready to invest!**

**From** Coinbase <no-reply@coinbase.com>
**Date** Mon 11/4/2024 6:14 PM
**To** pickf@hotmail.com <pickf@hotmail.com>

## coinbase

# You're ready to invest!

We've verified your account. You're all ready to invest in crypto.

Sign in to Coinbase

This is a service message Privacy Policy.

© Coinbase 2024

 Outlook

**You just received 6.0000 POL**

**From** Coinbase <no-reply@coinbase.com>
**Date** Mon 11/4/2024 8:54 PM
**To** pickf@hotmail.com <pickf@hotmail.com>



You just received
6.0000 POL ($1.78 USD)
via Polygon network

You just received 6.0000 POL ($1.78 USD) from an external address. It may take up
to 128 network confirmations before your Polygon Ecosystem Token is available to
trade. Learn more

  

Coinbase Bermuda Service Limited

Park Place, 55 Par La Ville Road, Hamilton, HM11 Bermuda

Outlook

**You sent 3.0000 POL to 0x9e35413524D96ee287B9522fFEbE609dcC82f02b**

**From** Coinbase <no-reply@info.coinbase.com>
**Date** Mon 11/4/2024 9:23 PM
**To** pickf@hotmail.com <pickf@hotmail.com>

**coinbase**

# You sent 3.0000 POL via Polygon network

**To:**

0x9e35413524D96ee287B9522fFEbE609dcC82f02b

If this wasn't you, lock your account immediately. Then, change your password.

Lock my account

View transaction

© Coinbase 2024 | Coinbase Bermuda Service Limited
Park Place, 55 Par La Ville Road, Hamilton, HM11 Bermuda

 Outlook

---

**Your account is being reviewed**

---

**From** Coinbase <no-reply@coinbase.com>
**Date** Tue 11/5/2024 7:10 AM
**To** pickf@hotmail.com <pickf@hotmail.com>

### coinbase

## Your account is being reviewed

Account reviews usually take a few days. During this time, you won't able to trade crypto or withdraw funds from your portfolio.

As soon as the review is finished, we'll send you an email. Please watch your inbox for updates.

Sincerely,

The Coinbase team

This is a service message Privacy Policy.

© Coinbase 2024

 Outlook

---

**An Important Message from Coinbase**

---

**From** Coinbase <no-reply@coinbase.com>
**Date** Mon 11/11/2024 5:23 PM
**To** pickf@hotmail.com <pickf@hotmail.com>

Dear Thomas Joseph Pick,

To be the most trusted brand in our industry, it is important to understand how you and other customers use our service. Please help us achieve this by providing the additional information we requested.

Thank you for your time, understanding, and assistance. If you have questions about the nature of this request or have any difficulty providing the requested information, please reach out to our support portal. We are here to help

Respectfully, Coinbase

Click to get started

Get the latest Coinbase App for your phone

 

The path /device_confirmations/new is deprecated and no longer exists.

Coinbase  11-11-2024

Outlook

RE: What is my allocation?

**From** CelsiusCreditorAnswers <CelsiusCreditorAnswers@kirkland.com>
**Date** Tue 11/12/2024 11:44 PM
**To** pickf@hotmail.com <pickf@hotmail.com>

Thomas,

Celsius attempted to make a distribution to your Coinbase account.  Such attempt was unsuccessful, likely because your Coinbase account was under review.  Because the Debtors' agreement with Coinbase expired on November 9, 2024, the Post-Effective Date Debtors are working to transition creditors who did not successfully receive a distribution to Cash distribution partners.  Please monitor your email for further information.

Please note that the BTC and ETH held for your distribution will be converted at market prices as close as reasonably practicable to the expected Cash distribution.  As such, we cannot confirm what your Cash distribution will be at this time.  Approximately 3.76998991 BTC and 56.33768738 ETH are set aside for your distribution.

Thank you,

---

**KIRKLAND & ELLIS LLP**

---

**From:** tom p
**Sent:** Tuesday, November 12, 2024 2:22:33 AM (UTC-06:00) Central Time (US & Canada)
**To:** Celsius Creditor; CelsiusDistributions; tom p
**Subject:** What is my allocation?

Tuesday, 12 November 2024

Dear Kirkland;

I, Thomas Joseph Pick, am a Celsius Earn Creditor.
How much is my allocation?  How much Bitcoin and Ethereum has been set aside for my settlement?
I would like to know.

I had a working Coinbase account a few days ago.  I was able to send into my Coinbase account, and receive from my Coinbase account.
Then, all of a sudden, my account was "Under Review", and I was not able to Send and Receive funds.

Why?  I do not trust anyone in the Celsius chain, the all STINK!
Did Stretto order Coinbase to lock me out, just prior to 09 November 2024, so Stretto did not have to send me my assets in crypto?

How much am I getting back, and when?  Simon Dixon got his allocation back on short order many months ago.

I am an Earn Creditor.  I never took out a loan.  My settlement should be a simple matter.

But, then again, I am dealing with criminals, in a corrupt system.

Sincerely,

Thomas Joseph Pick
Celsius Earn Creditor
Email:  pickf@hotmail.com

 Outlook

Re: Fw: What happened at Coinbase?

**From** Celsius Distribution <celsiusdistribution@stretto.com>

**Date** Wed 11/13/2024 4:17 PM

**To** pickf@hotmail.com <pickf@hotmail.com>

**Cc** pickf@hotmail.com <pickf@hotmail.com>

Hello,

Thank you for your inquiry.

**After November 9, 2024, all creditors scheduled to receive their distributions through Coinbase, who are still pending receipt of an initial distribution through Coinbase, regardless of the status of their request to convert their distribution, will automatically be rerouted to a USD distribution partner.** Those creditors will receive further information about their USD distribution. Subsequent attempts to distribute converted claims in USD will be made approximately once per month by Celsius, as described in this notice.

We kindly ask for your patience in this matter and will be in touch with further information when it is available.

Regards,
Celsius Distribution Support

> On Fri, Nov 8 at 11:07 AM , THOMAS JOSEPH PICK <pickf@hotmail.com> wrote:
> **[External Email]**
> Friday, 08 November 2024
>
> Dear Stretto Distribution;
>
> How sneaky of you!  I notice you sent an email to my Alternate email account:
> tompick240@gmail.com
> I had earlier agreed that you delete this account and just use my Primary email account:
> pickf@hotmail.com
> You got my message and confirmed that this had been done, that Stretto had removed my Alternate email address and only my Primary email address of: pickf@hotmail.com remained.
> This way, my Primary email address would match the email address listed with Coinbase, and Stretto could send my first settlement to Coinbase.  Now you have intentionally messed things up!
>
> With both emails active, I can not receive my crypto distribution of BTC and ETH into my Coinbase account.
> My Coinbase account was active, open, and working a few days ago.  Now it is frozen and "Under Review".
>
> Why?  Because you sneaky bastards at Celsius Network reactivated my Alternate email address.
> This action freezes my Coinbase account.
> Celsius Network did this on purpose to screw me out of my life savings!  I hate their stinking guts!

In a few hours, it will be November 09, 2024. Then, without an open Coinbase account, Stretto will no longer send my first settlement in crypto BTC and ETH to Coinbase.

I have previously asked Stretto several times how much BTC and ETH has been set aside for me. Stretto never answered my question.
Don't try to low-ball me in a $42,000 payout for Bitcoin, when it is presently above $76,000 per Bitcoin.
And, this is just an example for the Bitcoin asset. I have many other assets Stretto needs to convert.

I am freaking out here, because of your chicanery.
Celsius Network sent the deceptive email to: tompick240@gmail.com   on Thursday, 07 November 2024 with a Get Support tab. Celsius Network did not send the email to my: pickf@hotmail.com email address.

It is bad enough, the cocksuckers at Ionic Digital are trying to steal all that asset also. Anything with the Celsius name, all the people STINK!

The squeaky wheels get the oil. Simon Dixon got his settlement a few weeks after 31 January 2024. A friend of mine got a low-ball bank-wire-transfer in $USD cash. Another friend received his first settlement in BTC and ETH sent into his Coinbase account. I know of several USA residents who got their first settlements through PayPal. My squeaky wheel needs oiling!

You say each distribution is individualized. Okay, but why is my first settlement taking so long? I am a simple Earn Creditor. I never took out a loan with Celsius.
I trusted Celsius CEO Alex Mashinsky, a Ukrainian/Israeli/America Ashkenazi Khazar fake Jew, with my life savings and now Stretto is trying to screw me out of all my assets.

Do you really want to keep up your stealing and lying? Do you want to go to the Lake of Fire with Burning Sulfur for Eternity after you die? This is the Choice you are making!

Sincerely,

Thomas Joseph Pick
Celsius Earn Creditor
Email:  pickf@hotmail.com

---

From: Celsius Distribution <celsiusdistribution@stretto.com>
**Sent:** Friday, November 8, 2024 10:19 PM
**To:** pickf@hotmail.com <pickf@hotmail.com>
**Subject:** Thank you for your inquiry

We strongly suggest you continue to review the Knowledge Base, as we are updating this often.
Due to the high volume of creditor inquiries to our support team, you may be able to receive answers to your questions more quickly by referencing the Knowledge Base.

**Stay Alert**
Please remain vigilant for phishing attempts. Celsius or their respective advisors will never contact you directly by phone, text message, or social media to request account or personal information absent an order or on-the-record instruction by the Court.

On February 29, 2024, the Celsius app was shut down, as a part of the winding down of its business operations, as detailed in the Plan of Reorganization. Creditors should reference their emails from Stretto with more details on their individual claim, as creditor recoveries are highly individualized and dependent on a variety of factors.

The latest updates on our Chapter 11 cases are available on cases.stretto.com/celsius or through Celsius' X account (formerly Twitter) @CelsiusNetwork.

Celsius Distribution Support

**From:** Coinbase <no-reply@coinbase.com>
**Sent:** Friday, November 15, 2024 5:24 PM
**To:** pickf@hotmail.com <pickf@hotmail.com>
**Subject:** An Important Message from Coinbase

Hi Thomas Joseph Pick,

A few days ago we sent you an email requesting more information about your
account for a routine compliance review. Please provide this information in the next
3 business days so we can continue to serve your account.
To get started, please log into your account or visit the following link.

Click to get started

If you have any questions about the nature of this request or need additional time
to provide the requested information, please visit https://support.coinbase.com for
assistance.

Get the latest Coinbase App for your phone

 

Terms of Service

© Coinbase 2024

The path /device_confirmations/new is deprecated and no longer exists.

Coinbase: Saturday, 16 November 2024

Outlook

---

Re: An Important Message from Coinbase

---

**From** tom p <pickf@hotmail.com>

**Date** Sat 11/16/2024 6:43 AM

**To** Coinbase <no-reply@coinbase.com>; tom p <pickf@hotmail.com>

Saturday, 16 November 2024

Dear Coinbase;

Unable to contact Coinbase and create a support ticket.
A few days ago, I started to answer your additional questions, then your website disappeared.

I click all over your website, of which I am logged in, and can not find help.
Now you say I only have 3 business days left to resolve my issue.
I need more time. Can you please provide me with more time as we work through my issue together?

I had a working Coinbase account. I was able to transfer into my Coinbase account and transfer out of my Coinbase account.
Stretto says they were unable to send my distribution into my Coinbase account.
My Coinbase account is now frozen. When I click on Send or Receive, it says, "Account under review."
This has been too many days now. I was supposed to get my BTC and ETH before Saturday, 09 November 2024.

What happened? Celsius tried to send me an email to my Alternate email account of: tompick240@gmail.com
This Alternate email was deleted from Stretto days before 09 November 2024. Stretto confirmed this in a reply to my request for deletion of the Alternate email.
Stretto sent their response to my Primary email address: pickf@hotmail.com
My Primary email address matches the Primary email address at Coinbase and Stretto. pickf@hotmail.com

Coinbase and Stretto need to work things out and get my BTC and ETH transferred into my Coinbase account.
I am a U.S.A. citizen passport holder. Retired, 72-years-old. I am a resident of Thailand.
Thailand is a country that allows Coinbase to operate as a wallet only. I am not allowed to use the Coinbase Exchange. I can not buy and sell crypto at Coinbase. I can only transfer funds in and out of my wallet at Coinbase.

Please resolve this issue. I want my: Stretto allocation, which was set aside for me (Thomas Joseph Pick) of:
Bitcoin = 3.76998991     and     Ethereum = 56.33768738
transferred from Stretto into my Coinbase account.
Kirkland and Ellis informed me of my allocation when I asked. In the past, I asked Stretto several times, but Stretto never responded.

Sincerely,

Thomas Joseph Pick

Celsius Earn Creditor
Primary email address: pickf@hotmail.com

 Outlook

---

**Undeliverable: Delivery Status Notification (Failure)**

**From** Mail Delivery Subsystem <mailer-daemon@googlemail.com>
**Date** Sat 11/16/2024 6:43 AM
**To**    no-reply@coinbase.com <no-reply@coinbase.com>

Error
Icon

## Address not found

Your message wasn't delivered to **no-reply@coinbase.com**
because the address couldn't be found, or is unable to receive
mail.

**LEARN MORE**

The response was:

```
The email account that you tried to reach does not exist. Please try double-checking the
recipient's email address for typos or unnecessary spaces. For more information, go to
https://support.google.com/mail/?p=NoSuchUser
```

 Outlook

---

### Re: 24777310

---

**From** emailcheck <emailcheck+noreply@coinbase.com>

**Date** Sat 11/16/2024 4:14 PM

**To** pickf@hotmail.com <pickf@hotmail.com>

---

Coinbase will not call you about this issue or initiate a ticket on your behalf. If you receive a call from someone claiming to be Coinbase, please hang up immediately. If you did not submit a ticket from help.coinbase.com yourself, please contact our support team for clarification. Additionally, if you would like to lock your account or report suspicious activity related to your account, please see how to secure your account here - https://help.coinbase.com/en/coinbase/privacy-and-security/account-compromised/my-account-was-compromised.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response.

# About This Site

Welcome to the Coinbase status page. We use this page to communicate any issues with our products including planned and unplanned outages.

| | |
|---|---|
| Coinbase - Website  ?    Operational | Coinbase - Mobile  ?    Operational |
| ⊞  Coinbase - Advanced Tra...    Operational | Coinbase - API  ?    Operational |
| Coinbase Wallet - Extension  ?    Operational | Coinbase Wallet - Mobile  ?    Operational |
| ⊟  Digital Currencies | ⊞  Payment Methods    Operational |

| | |
|---|---|
| Bitcoin | Operational |
| Bitcoin Cash | Operational |
| Ethereum | Operational |
| Ethereum Classic | Operational |
| Litecoin | Operational |
| 0x | Operational |

p1/2

Return to Coinbase.com

SUBSCRIBE TO UPDATES

Polygon - Delayed Sends & Receives

Subscribe

**Investigating** - We are aware that some users may be experiencing delayed sends and receives on the Polygon Network. Buys, Sells, and Fiat withdrawals/deposits are not affected. We are investigating this issue and will provide an update shortly. Rest assured, your funds are safe.

Nov 15, 2024 - 11:43 PST

Zcash - Delayed Withdrawals

Subscribe

**Update** - We are continuing to work on a fix for this issue.

Nov 11, 2024 - 12:09 PST

**Identified** - We are aware that some users may be experiencing delayed withdrawals for ZEC.  We have identified the issue and will provide an update shortly. Rest assured, your funds are safe.

Nov 10, 2024 - 11:03 PST

p 2/2