Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
Dan Latona (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF REIMBURSEMENT OF COOPERATING WITNESS EXPENSES

**PLEASE TAKE NOTICE** that, on February 28, 2023, the above-captioned debtors (collectively, the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") filed a *Motion Seeking Entry of an Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees and (II) Authorizing Reimbursement of Past and Future Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees and (III) Granting Related Relief* [Docket No. 2147] (the "Cooperating Witness Reimbursement Motion").[2]

**PLEASE TAKE FURTHER NOTICE** that, on September 21, 2023, the Court entered the *Order (I) Authorizing the Debtors to Enter into Witness Cooperation Agreements with Certain Current and Former Employees and (II) Authorizing Reimbursement of Past and Future*

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2] Capitalized terms used by not defined herein shall have the meanings ascribed to them in the Cooperating Witness Reimbursement Motion.

*Out-of-Pocket Expenses of Cooperating Witnesses, Including Attorney's Fees and (III) Granting Related Relief* [Docket No. 3515] (the "Cooperating Witness Reimbursement Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Cooperating Witness Reimbursement Order, the Post-Effective Date Debtors are authorized to pay Employee Counsel Expenses of a Cooperating Witness upon complying with certain procedures set forth in the Cooperating Witness Reimbursement Order.

**PLEASE TAKE FURTHER NOTICE** that by this Notice the Post-Effective Date Debtors provide notice of payment of $169,849.26 to Paul Hastings LLP, as counsel to Cooperating Witness Ron Deutsch, General Counsel of Celsius Network LLC. This amount does not exceed the Reimbursement Case Cap as provided in the Cooperating Witness Reimbursement Order.

**PLEASE TAKE FURTHER NOTICE** that in compliance with the Cooperating Witness Reimbursement Order, prior to filing this Notice the Post-Effective Date Debtors provided notice to the U.S. Trustee, who did not object. Pursuant to the Cooperating Witness Reimbursement Order, the Post-Effective Date Debtors hereby provide notice of such reimbursement with the Court, which will be promptly paid given that no objection was received from the U.S. Trustee.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  December 2, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:     (212) 446-4900<br>Email:            joshua.sussberg@kirkland.com<br><br>- and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:     (312) 862-2200<br>Email:            patrick.nash@kirkland.com<br>                       ross.kwasteniet@kirkland.com<br>                       chris.koenig@kirkland.com<br>                       dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |