**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) Case No. 22-10964 (MG) |
| Debtors. | ) ) (Jointly Administered) ) |

## AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On November 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **The Litigation Administrator's Seventh Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7868)

- **Seventh Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

- **The Litigation Administrator's Eighth Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7869)

- **Eighth Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

- **Notice of Commencement of Second Plan Distribution** (Docket No. 7871)

Furthermore, on November 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit C**, and via electronic mail on the service list attached hereto as **Exhibit D**:

- **The Litigation Administrator's Seventh Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7868)

- **Seventh Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on November 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit E**, and via electronic mail on the service list attached hereto as **Exhibit F**:

- **The Litigation Administrator's Eighth Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7869)

- **Eighth Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

Dated: December 2, 2024

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado      )
                       ) SS.
County of Denver       )

Subscribed and sworn before me this 2nd day of December 2024 by Alberto Romero Calderon.

*Kerrie Lynne Darby*
(Notary's official signature)

KERRIE LYNNE DARBY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234021580
MY COMMISSION EXPIRES JUN. 8, 2027

# Exhibit A

Document Ref: ZFHZY-IPRDL-ER5AF-FJRUT

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | NEW YORK | NY | 10022 |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE  FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | PO BOX 489 | | DIXON | CA | 95620 |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | 245 MAIN ST, SUITE 450 | WHITE PLAINS | NY | 10601 |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST, SUITE 2700 | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE  FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR, SUITE 5100 | CHICAGO | IL | 60606 |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | NEW YORK | NY | 10019 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE  FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | LUCAS.CURTIS@WHITECASE.COM KATHRYN.GUNDERSEN@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit C</u>**



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ADES, WILLIAM C | ON FILE |
| ALEKSANDAR MILORADOV | ON FILE |
| APOSTOLOS, ROBERT | ON FILE |
| ARIA AMIRIANFAR | ON FILE |
| BALTZ, JUSTIN | ON FILE |
| BARSTOW, NICOLE | ON FILE |
| BEGEMAN, JOHN BREVARD | ON FILE |
| BELL ROSE HOLDINGS | ON FILE |
| BERLAND, BOBBY | ON FILE |
| BILLSON, JESSE KENNETH | ON FILE |
| BOTROS, WAFAA | ON FILE |
| BRIAN BRYSON | ON FILE |
| BRIAN EDWARD CHILDS | ON FILE |
| BRYAN COURCHESNE | ON FILE |
| BURY, CLAYTON P | ON FILE |
| BUSHA ELANGO, RAVIN PRAKASH | ON FILE |
| BUTEAU, BERNARD RICHARD | ON FILE |
| CALBI JR, RICHARD | ON FILE |
| CANFIELD, TODD | ON FILE |
| CARVER III, WILLIAM JAMES | ON FILE |
| CHACE CLARK | ON FILE |
| CHAD BONNETT | ON FILE |
| CHAMBLESS, JILL | ON FILE |
| CHEATHAM, YURISA | ON FILE |
| CHEN, YIYUE | ON FILE |
| CHILIA, RYAN | ON FILE |
| CHRISTINZIN GAJARDO | ON FILE |
| CINDY CHEN | ON FILE |
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ON FILE |
| COPLIN, BENJAMIN | ON FILE |
| COZZENS, BENJAMIN | ON FILE |
| DEREK ELLIOTT | ON FILE |
| DIAMANTOPOULOS, TED | ON FILE |
| DIEHL, THOMAS CARL | ON FILE |
| DIZON, DEOGRACIAS | ON FILE |
| FIEDOR, RICHARD FRANCIS | ON FILE |
| FINELLI, MARK | ON FILE |
| FREDRICKSON, DAVID | ON FILE |
| FUNG, JASON | ON FILE |
| GIAMBRA, CAROLYN JOYCE | ON FILE |
| GIBBS, JOHN JR [JACK GIBBS] | ON FILE |
| GOMEZ, EVENCIO E | ON FILE |
| GREAT AMERICAN INSURANCE COMPANY | ON FILE |
| GREEN, ANDREW | ON FILE |
| GRIGGS, TYLER | ON FILE |
| GUARRIELLO, NARIA | ON FILE |
| HAJJ, ROLA | ON FILE |
| HAMER, JOHN | ON FILE |
| HANLON, MELISSA | ON FILE |
| HARDAWAY, ROBERT | ON FILE |
| HARRISON, TYLER | ON FILE |
| HERNANDEZ, ANA | ON FILE |
| IMMANUEL HERRMANN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Document Ref: ZFHZY-IPRDL-ER5AF-FJRUT



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ISRAELI, MICHAEL | ON FILE |
| ISSA, WIAS | ON FILE |
| IVERSEN, PAULA LYNN | ON FILE |
| JEFFREY PAUL DUPREX | ON FILE |
| JENNIFER HERREMA | ON FILE |
| JOSHUA BODA CRUZ | ON FILE |
| JOSHUA ROBERT GRAY | ON FILE |
| KRZYSZTOF BUKOWSKI | ON FILE |
| LANIE CATHERINE BASS | ON FILE |
| MADELON SETTLE CHOICE | ON FILE |
| MICHAEL BRADDOCK | ON FILE |
| MICHAEL BURKHOLDER | ON FILE |
| MICHAEL DOOGUE | ON FILE |
| MICHAEL GARRETSON | ON FILE |
| MIGUEL ALBARRAN | ON FILE |
| OMAYRA BATISTA | ON FILE |
| PATRICK BONAR | ON FILE |
| REBECCA CRUZ | ON FILE |
| RILEY BARTLETT | ON FILE |
| ROB BASNETT | ON FILE |
| ROBERT H CALLIS III | ON FILE |
| RYAN DECARO | ON FILE |
| SAID BEYDOUN | ON FILE |
| SANG KEUN CHI | ON FILE |
| SEAN BAXENDALE | ON FILE |
| SILVER, DAIVD | ON FILE |
| STEPHEN FERGUSON | ON FILE |
| TYLER DELISLE | ON FILE |
| WILLIAM ADES | ON FILE |
| WILLIAM FERNHOLZ | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 2

# **Exhibit D**

**STRETTO**

**Exhibit D**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| ADES, WILLIAM C | ON FILE |
| ALEKSANDAR MILORADOV | ON FILE |
| APOSTOLOS, ROBERT | ON FILE |
| BALTZ, JUSTIN | ON FILE |
| BARSTOW, NICOLE | ON FILE |
| BEGEMAN, JOHN BREVARD | ON FILE |
| BERLAND, BOBBY | ON FILE |
| BILLSON, JESSE KENNETH | ON FILE |
| BOTROS, WAFAA | ON FILE |
| BRYAN COURCHESNE | ON FILE |
| BURY, CLAYTON P | ON FILE |
| BUSHA ELANGO, RAVIN PRAKASH | ON FILE |
| BUTEAU, BERNARD RICHARD | ON FILE |
| CALBI JR, RICHARD | ON FILE |
| CANFIELD, TODD | ON FILE |
| CARVER III, WILLIAM JAMES | ON FILE |
| CHACE CLARK | ON FILE |
| CHAMBLESS, JILL | ON FILE |
| CHEATHAM, YURISA | ON FILE |
| CHEN, JASON | ON FILE |
| CHEN, YIYUE | ON FILE |
| CHILIA, RYAN | ON FILE |
| CHRISTINZIN GAJARDO | ON FILE |
| CINDY CHEN | ON FILE |
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ON FILE |
| COPLIN, BENJAMIN | ON FILE |
| COZZENS, BENJAMIN | ON FILE |
| DIAMANTOPOULOS, TED | ON FILE |
| DIEHL, THOMAS CARL | ON FILE |
| DIZON, DEOGRACIAS | ON FILE |
| FIEDOR, RICHARD FRANCIS | ON FILE |
| FINELLI, MARK | ON FILE |
| FREDRICKSON, DAVID | ON FILE |
| FUNG, JASON | ON FILE |
| GIAMBRA, CAROLYN JOYCE | ON FILE |
| GIBBS, JOHN JR [JACK GIBBS] | ON FILE |
| GOMEZ, EVENCIO E | ON FILE |
| GREAT AMERICAN INSURANCE COMPANY | ON FILE |
| GREEN, ANDREW | ON FILE |
| GRIGGS, TYLER | ON FILE |
| GUARRIELLO, NARIA | ON FILE |
| HAJJ, ROLA | ON FILE |
| HAMER, JOHN | ON FILE |
| HANLON, MELISSA | ON FILE |
| HARDAWAY, ROBERT | ON FILE |
| HARRISON, TYLER | ON FILE |
| HERNANDEZ, ANA | ON FILE |
| IMMANUEL HERRMANN | ON FILE |
| ISRAELI, MICHAEL | ON FILE |
| ISSA, WIAS | ON FILE |
| IVERSEN, PAULA LYNN | ON FILE |
| JOSHUA BODA CRUZ | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 2



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| JOSHUA ROBERT GRAY | ON FILE |
| KRZYSZTOF BUKOWSKI | ON FILE |
| MADELON SETTLE CHOICE | ON FILE |
| MICHAEL GARRETSON | ON FILE |
| MIGUEL ALBARRAN | ON FILE |
| OMAYRA BATISTA | ON FILE |
| RILEY BARTLETT | ON FILE |
| ROBERT H CALLIS III | ON FILE |
| SAID BEYDOUN | ON FILE |
| SANG KEUN CHI | ON FILE |
| SEAN BAXENDALE | ON FILE |
| SILVER, DAIVD | ON FILE |
| TIBOR DEAK | ON FILE |
| TYLER DELISLE | ON FILE |
| WILLIAM ADES | ON FILE |
| WILLIAM FERNHOLZ | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 2

# **Exhibit E**



**Exhibit E**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ABDUL R SHAHEIN | ON FILE |
| ABDUL R. SHAHEIN | ON FILE |
| ALBERT K LEE | ON FILE |
| ALBERT LEE | ON FILE |
| ALBERTO FELIPE PICHEL | ON FILE |
| ALEX ZUTTRE | ON FILE |
| ALLISON JUNETTE SPARKS | ON FILE |
| ALONZO SEXTON | ON FILE |
| AMIT DINESH PATEL | ON FILE |
| ANDREW SPATH | ON FILE |
| ANTHONY RODRIGUEZ | ON FILE |
| AURLANDER PHILLIPS JR. | ON FILE |
| BAS VERWEIJ | ON FILE |
| BONAZEBI SERVAIS | ON FILE |
| CHOW, NATHANAEL YONGTHYE | ON FILE |
| CHRIS VROOMAN | ON FILE |
| CHRISTINE YAN YEUNG | ON FILE |
| CHRISTOPHER BRIAN SULLIVAN | ON FILE |
| CHRISTOPHER URBISCI | ON FILE |
| CLAY JEREMIAH SCHILE | ON FILE |
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ON FILE |
| CORWIN JACK LINDEMAN | ON FILE |
| DANIEL LEE | ON FILE |
| D'BINION, ALFONSO | ON FILE |
| DBINION, SILVIA | ON FILE |
| DELIA GLISETTE TOLEDO | ON FILE |
| DIMITRY KIRSANOV | ON FILE |
| DUNCAN B. PLEXICO | ON FILE |
| ELIZABETH SHIN | ON FILE |
| FRESHKO, MICHAEL SCOTT | ON FILE |
| GREG KACZKOWSKI | ON FILE |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. [AS ASSIGNEE OF MITCHELL MOURE] | ON FILE |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. [AS ASSIGNEE OF MOURE, BRIAN] | ON FILE |
| JACOBS, SCOTT | ON FILE |
| JAMES WILSON | ON FILE |
| JESSE KLINGLER | ON FILE |
| JOE ROSA | ON FILE |
| JOEL YOUNG | ON FILE |
| JOHN C MATTOS | ON FILE |
| JOHN DZARAN 401K TRUST | ON FILE |
| JONATHAN KELLY | ON FILE |
| JONNAERT JEAN-LOUP | ON FILE |
| JORDAN SANDERS | ON FILE |
| JOSEPH MATTHEW NESPOLI | ON FILE |
| KAKISH, MURAD HANNA | ON FILE |
| KANG, DAVID M | ON FILE |
| KARALUS, DANIELLE | ON FILE |
| KARL, SAM | ON FILE |
| KEMENOSH, JOHN ROBERT | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 3



**Exhibit E**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| KERNUS, BRAD | ON FILE |
| KHOKAR, ABID | ON FILE |
| KHOO, HAN TIONG | ON FILE |
| KIA RUSSELL | ON FILE |
| KIM, PAUL | ON FILE |
| KIWON KANG | ON FILE |
| KOEN WILLEMS | ON FILE |
| KOMAROVSKIY, VALENTIN | ON FILE |
| KUBICEK, JOSEPH | ON FILE |
| KUNAL SETH | ON FILE |
| KWOCK, JAREMY LOWE | ON FILE |
| KYLE PRINGLE | ON FILE |
| LAWRENCE, GEOFFREY KURT | ON FILE |
| LEONENKO, OLEKSANDR | ON FILE |
| LIEBERMAN, JASON HERMAN | ON FILE |
| LOUIS MASSRY | ON FILE |
| MARCEL SANCHEZ | ON FILE |
| MARK PILIPCZUK | ON FILE |
| MASOOD RIZVI | ON FILE |
| MASSRY, LOUIS | ON FILE |
| MATHEKA, DISMAS | ON FILE |
| MATT NESPOLI | ON FILE |
| MAYELL, DAWN LEANN | ON FILE |
| MCCRADY, MICHAEL DAVID | ON FILE |
| MCEWAN, CHRISTOPHER JOHN | ON FILE |
| MCKEON, MARK | ON FILE |
| MEERYECK, WILLIAM | ON FILE |
| MENDEZ, GIOVANNI | ON FILE |
| MICHAEL DAVID MCCRADY | ON FILE |
| MICHAEL WEIST | ON FILE |
| MOSES, BRIAN DANIEL | ON FILE |
| MUMM, BRIAN | ON FILE |
| MURAD KAKISH | ON FILE |
| NATALE, ROBERT | ON FILE |
| NAVARONE SUMMERS | ON FILE |
| NGUYEN, CAROLYN | ON FILE |
| NGUYEN, RANDY THANH | ON FILE |
| NUNN, COREY DOUGLAS | ON FILE |
| ORNDORFF, KURT | ON FILE |
| OSTRYE, NATHAN T | ON FILE |
| PARK, KENT | ON FILE |
| PEAK ASSET MANAGEMENT LLC | ON FILE |
| PHILIP MCELROY | ON FILE |
| POPKIN, GREGG | ON FILE |
| POPKIN, GREGG ROBERT | ON FILE |
| PROFLUENT TRADING INC. | ON FILE |
| RAINEY, MICHAEL G | ON FILE |
| RATLIFF, ELIZABETH | ON FILE |
| RIEBELING, KYLE | ON FILE |
| ROBERT EDWARD HARDAWAY JR | ON FILE |
| RODRIGUEZ, CYNTHIA A | ON FILE |
| RUBIO, XAVIER | ON FILE |
| RUBIO, XAVIER | ON FILE |
| RUHLAND, JAMES HENRY | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 3



**Exhibit E**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| RYAN RICHARDS | ON FILE |
| RYAN UNDERWOOD | ON FILE |
| SADELER, GUILLAUME | ON FILE |
| SANJAY RATTAN | ON FILE |
| SEBASTIAN RIZZON | ON FILE |
| SEKEL, JOSEPH T | ON FILE |
| SERRUR INVESTMENT PARTNERS, LP [AS ASSIGNEE OF JONES, DYLAN] | ON FILE |
| SHANE A PHILIP | ON FILE |
| SMILOVITS, ISAAC | ON FILE |
| SOPHIE KELLER | ON FILE |
| STERNER, CHAD | ON FILE |
| STOLFUS, SHAWN | ON FILE |
| SULEYMANOV, CHINGIZ | ON FILE |
| SZETO, HERBERT | ON FILE |
| TERRANCE LADE | ON FILE |
| THOMAS MEREDITH | ON FILE |
| TIMOTHY JAMES REINER | ON FILE |
| TIMOTHY MORSE | ON FILE |
| TODD WALLACE | ON FILE |
| TOM KLEIN | ON FILE |
| TOOFAN, PAUL | ON FILE |
| TRUPTI JHAVERI | ON FILE |
| ULATOWSKI, JOAN ALICE | ON FILE |
| VALENTIN KOMAROVSKIY | ON FILE |
| VALENTIN VEYSMAN | ON FILE |
| VICTOR OLAUGHLEN | ON FILE |
| VINCENT RUSSELL | ON FILE |
| VUONG, DAVID | ON FILE |
| WANG, JIANGLING | ON FILE |
| WHITE, BRENNAN | ON FILE |
| WIERMAN, DUNCAN CRAIG | ON FILE |
| WILLIAMS, BRIAN | ON FILE |
| XAVIER RUBIO | ON FILE |
| XIAO JIANG | ON FILE |
| YEHUDA NAGAR | ON FILE |
| ZOLLNA, CHRISTOPHER | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 3

# **Exhibit F**



**Exhibit F**
Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| ALBERT K LEE | ON FILE |
| ALBERT LEE | ON FILE |
| ALONZO SEXTON | ON FILE |
| ANDREW SPATH | ON FILE |
| AURLANDER PHILLIPS JR. | ON FILE |
| CHOW, NATHANAEL YONGTHYE | ON FILE |
| CHRIS SULLIVAN | ON FILE |
| CHRIS VROOMAN | ON FILE |
| CHRISTOPHER BRIAN SULLIVAN | ON FILE |
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ON FILE |
| CORWIN JACK LINDEMAN | ON FILE |
| DANIEL LEE | ON FILE |
| D'BINION, ALFONSO | ON FILE |
| DBINION, SILVIA | ON FILE |
| DELIA GLISETTE TOLEDO | ON FILE |
| DIMITRY KIRSANOV | ON FILE |
| DUNCAN B. PLEXICO | ON FILE |
| ELIZABETH SHIN | ON FILE |
| FRESHKO, MICHAEL SCOTT | ON FILE |
| JACOBS, SCOTT | ON FILE |
| JAMES WILSON | ON FILE |
| JESSE KLINGLER | ON FILE |
| JOE ROSA | ON FILE |
| JOEL YOUNG | ON FILE |
| JOHN C MATTOS | ON FILE |
| JOHN DZARAN 401K TRUST | ON FILE |
| JONATHAN KELLY | ON FILE |
| JONNAERT JEAN-LOUP | ON FILE |
| JORDAN SANDERS | ON FILE |
| JOSEPH MATTHEW NESPOLI | ON FILE |
| KAKISH, MURAD HANNA | ON FILE |
| KANG, DAVID M | ON FILE |
| KARALUS, DANIELLE | ON FILE |
| KARL, SAM | ON FILE |
| KEMENOSH, JOHN ROBERT | ON FILE |
| KERNUS, BRAD | ON FILE |
| KHOKAR, ABID | ON FILE |
| KHOO, HAN TIONG | ON FILE |
| KIM, PAUL | ON FILE |
| KIWON KANG | ON FILE |
| KOMAROVSKIY, VALENTIN | ON FILE |
| KUBICEK, JOSEPH | ON FILE |
| KUNAL SETH | ON FILE |
| KWOCK, JAREMY LOWE | ON FILE |
| LAWRENCE, GEOFFREY KURT | ON FILE |
| LEONENKO, OLEKSANDR | ON FILE |
| LIEBERMAN, JASON HERMAN | ON FILE |
| MAILY HOANG | ON FILE |
| MARCEL SANCHEZ | ON FILE |
| MARK PILIPCZUK | ON FILE |
| MASSRY, LOUIS | ON FILE |
| MATHEKA, DISMAS | ON FILE |
| MATT NESPOLI | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)



**Exhibit F**
Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| MAYELL, DAWN LEANN | ON FILE |
| MCCRADY, MICHAEL DAVID | ON FILE |
| MCEWAN, CHRISTOPHER JOHN | ON FILE |
| MCKEON, MARK | ON FILE |
| MEERYECK, WILLIAM | ON FILE |
| MENDEZ, GIOVANNI | ON FILE |
| MICHAEL DAVID MCCRADY | ON FILE |
| MICHAEL WEIST | ON FILE |
| MOSES, BRIAN DANIEL | ON FILE |
| MUMM, BRIAN | ON FILE |
| MURAD KAKISH | ON FILE |
| NATALE, ROBERT | ON FILE |
| NAVARONE SUMMERS | ON FILE |
| NGUYEN, CAROLYN | ON FILE |
| NGUYEN, RANDY THANH | ON FILE |
| NUNN, COREY DOUGLAS | ON FILE |
| ORNDORFF, KURT | ON FILE |
| OSTRYE, NATHAN T | ON FILE |
| PARK, KENT | ON FILE |
| PEAK ASSET MANAGEMENT LLC | ON FILE |
| POPKIN, GREGG | ON FILE |
| POPKIN, GREGG ROBERT | ON FILE |
| PROFLUENT TRADING INC. | ON FILE |
| RAINEY, MICHAEL G | ON FILE |
| RATLIFF, ELIZABETH | ON FILE |
| RIEBELING, KYLE | ON FILE |
| RODRIGUEZ, CYNTHIA A | ON FILE |
| RUBIO, XAVIER | ON FILE |
| RUBIO, XAVIER | ON FILE |
| RUHLAND, JAMES HENRY | ON FILE |
| RYAN RICHARDS | ON FILE |
| RYAN UNDERWOOD | ON FILE |
| SADELER, GUILLAUME | ON FILE |
| SANJAY RATTAN | ON FILE |
| SEBASTIAN RIZZON | ON FILE |
| SEKEL, JOSEPH T | ON FILE |
| SERRUR INVESTMENT PARTNERS, LP [AS ASSIGNEE OF JONES, DYLAN] | ON FILE |
| SMILOVITS, ISAAC | ON FILE |
| STERNER, CHAD | ON FILE |
| STOLFUS, SHAWN | ON FILE |
| SULEYMANOV, CHINGIZ | ON FILE |
| SZETO, HERBERT | ON FILE |
| TERRANCE LADE | ON FILE |
| THOMAS MEREDITH | ON FILE |
| TIMOTHY JAMES REINER | ON FILE |
| TIMOTHY MORSE | ON FILE |
| TOM KLEIN | ON FILE |
| TOOFAN, PAUL | ON FILE |
| ULATOWSKI, JOAN ALICE | ON FILE |
| VUONG, DAVID | ON FILE |
| WANG, JIANGLING | ON FILE |
| WHITE, BRENNAN | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 2 of 3



**Exhibit F**

Served via Electronic Mail

| NAME | EMAIL |
|------|-------|
| WIERMAN, DUNCAN CRAIG | ON FILE |
| WILLIAMS, BRIAN | ON FILE |
| XAVIER RUBIO | ON FILE |
| XIAO JIANG | ON FILE |
| ZOLLNA, CHRISTOPHER | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 3 of 3