**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

<u>**AFFIDAVIT OF SERVICE**</u>

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **<u>Exhibit A</u>**, and via electronic mail on the service list attached hereto as **<u>Exhibit B</u>**:

- **Notice Regarding Celsius Claims Portal and Liquid Cryptocurrency Distributions Through Coinbase and PayPal** (Docket No. 7876)

- **The Litigation Administrator's Ninth Omnibus Objection to Certain Proofs of Claim (No Liability Claims)** (Docket No. 7877)

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on December 3, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **The Litigation Administrator's Ninth Omnibus Objection to Certain Proofs of Claim (No Liability Claims)** (Docket No. 7877)

- **Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

Dated: December 5, 2024

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado    )
                ) SS.
County of Denver    )

Subscribed and sworn before me this 5th day of December 2024 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

# **Exhibit A**

**STRETTO**

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | NEW YORK | NY | 10022 |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | PO BOX 489 | | DIXON | CA | 95620 |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | 245 MAIN ST, SUITE 450 | WHITE PLAINS | NY | 10601 |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST, SUITE 2700 | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCAYNE BLVD SUITE 4900 | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR, SUITE 5100 | CHICAGO | IL | 60606 |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | NEW YORK | NY | 10019 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

# **Exhibit B**

# STRETTO

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE  FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | LUCAS.CURTIS@WHITECASE.COM KATHRYN.GUNDERSEN@WHITECASE.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|------|---------|
| AMBER TRAN | ON FILE |
| DAVID JONATHAN MOORE | ON FILE |
| ERIN ROOSA | ON FILE |
| HALEY WALKER | ON FILE |
| ILANA KAMENETSKY | ON FILE |
| JEFF ANDERSON | ON FILE |
| JEFFREY WADE ANDERSON | ON FILE |
| KAYLA SIVILS | ON FILE |
| KOURTNIE WHITE | ON FILE |
| KRISTINA LAVALLEE | ON FILE |
| LILY SINKKONEN | ON FILE |
| MARILYN WARREN | ON FILE |
| MICHELA SMITH | ON FILE |
| NICOLAS DE LA PORTILLA | ON FILE |
| ODALYS PAREDES | ON FILE |
| SIDNEY R BOGANSKY | ON FILE |
| SUMMER LEGATE | ON FILE |
| SUZANNE WANG | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **<u>Exhibit D</u>**

Document Ref: OE3CH-XDPYX-HZCGW-DZKD3



**Exhibit D**

Served via Electronic Mail

| NAME | EMAIL |
|---|---|
| DAVID JONATHAN MOORE | ON FILE |
| ILANA KAMENETSKY | ON FILE |
| JEFF ANDERSON | ON FILE |
| JEFFREY WADE ANDERSON | ON FILE |
| KATHERINE PLINER | ON FILE |
| KRISTINA LAVALLEE | ON FILE |
| LILY SINKKONEN | ON FILE |
| MARILYN WARREN | ON FILE |
| NICOLAS DE LA PORTILLA | ON FILE |
| SIDNEY R BOGANSKY | ON FILE |