Joseph E. Sarachek (Bar # 2163228)
Zachary E. Mazur (Bar # 5706726)
**SARACHEK LAW FIRM**
670 White Plains Rd. - Penthouse
Scarsdale, New York 10583
Telephone:     (646) 403-9775
Facsimile:       (646) 861-4950

*Counsel to the Ad Hoc Committee of*
*Corporate Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES**

Appellant Ad Hoc Committee of Corporate Creditors, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the Record on Appeal in the appeal styled *Celsius Network LLC et al. v. United States Trustee et al.*, Case No. 1:24-cv-09278 (JSR) (S.D.N.Y. 2024):

| Docket No. | Description |
|---|---|
| 3972 | Findings of Fact, Conclusions of Law, and Order Signed on 11/9/2023 Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and its Debtor Affiliates |
| 4289 | Modified Plan / Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction) |
| 4866 | Motion Seeking Entry of an Order for a Rule 2004 Examination |
| 4911 | Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief |

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

| Docket No. | Description |
|---|---|
| 4912 | Affidavit of Laura Faller McNeil in Support of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief |
| 4913 | Notice of Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief |
| 4916 | Motion to Join 4911 |
| 4917 | Motion to Join 4911 |
| 4918 | Motion to Join 4911 |
| 4919 | Motion to Join 4911 |
| 4920 | Motion to Join 4911 |
| 4921 | Corrected Motion to Join 4911 (4919) |
| 4922 | Motion to Join 4911 |
| 4923 | Motion to Join 4911 |
| 4928 | Motion to Join 4911 |
| 4929 | Motion to Join 4911 |
| 4933 | Notice of Motion Seeking Entry of an Order for a Rule 2004 Examination |
| 4934 | Motion to Join 4911 |
| 4935 | Motion to Join 4911 |
| 4938 | Motion to Join 4911 |
| 4939 | Motion to Join 4911 |
| 4940 | Motion to Join 4911 |
| 4944 | Motion to Join 4911 |
| 4945 | Motion to Join 4911 |
| 4946 | Motion to Join 4911 |
| 4947 | Motion to Join 4911 |
| 4950 | Motion to Join 4911 |
| 4952 | Motion to Join 4911 |
| 4953 | Motion to Join 4911 |
| 4954 | Motion to Join 4911 |
| 4956 | Amended Motion to Join 4911 (4939) |
| 4958 | Motion to Join 4911 |
| 4959 | Motion to Join 4911 |
| 4961 | Motion to Join 4911 |
| 4963 | Motion to Join 4911 |
| 4964 | Motion to Join 4911 |
| 4966 | Motion to Join 4911 |
| 4967 | Motion to Join 4911 |
| 4968 | Motion to Join 4911 |
| 4971 | Motion to Join 4911 |
| 4972 | Motion to Join 4911 |

| Docket No. | Description |
|---|---|
| 4974 | Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors |
| 4976 | Declaration of Jeremy Tilsner in Support of the Post-Effective Date Debtors' Omnibus Objection to the Faller Creditors' (I) Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Motion for Discovery to Support Claims Made by Post-Effective Date Debtors in Regards to Equitable Treatment of Corporate Creditors |
| 4985 | Amended Motion to Join 4911 (4956, 4939) |
| 4988 | Notice of Adjournment of Hearing on Motion to Compel Plan Treatment |
| 4991 | Notice of Adjournment of Hearing on Motion to Compel Plan Treatment |
| 7535 | Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution |
| 7536 | Declaration of Christopher Ferraro, Plan Administrator, in Support of Post-Effective Date Debtors' (I) Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Objection to the Ad Hoc Group of Australian Corporate Creditors' Motion for a Liquid Cryptocurrency Distribution |
| 7537 | Declaration of Robert Campagna in Support of the Post-Effective Date Debtors' Supplemental Objection to the Faller Creditors' Motion Seeking Entry of an Order (I) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief |
| 7538 | Declaration of Roger Bartlett in Support of the Post-Effective Date Debtors' Objection to the Motion Seeking Entry of an Order (i) Approving Further Distribution Under the Plan of Reorganization for the Faller Creditors and (ii) Granting Related Relief |
| 7551 | Reply to Debtor's Supplemental Objection to the Faller Creditors's Motion Seeking Entry of an Order (I) Approving Further Distribution Under Plan of Reorganization for the Faller Creditors and (II) Granting Related Relief |
| 7552 | Transcript regarding Hearing Held on 6/28/2024 |
| 7565 | Transcript regarding Hearing Held on 07/29/2024 |
| 7569 | Transcript regarding Hearing Held on 07/29/2024 |
| 7572 | Letter Rule 2019 Verified Statement by Joseph E. Sarachek |
| 7586 | Stipulation / Joint Stipulation and Agreed Order Between the Post-Effective Date Debtors, Coinbase, the Litigation Administrator, and the Ad Hoc Committee of Corporate Creditors for Appointment of a Mediator |
| 7587 | Statement filed by Shara Claire Cornell on behalf of United States Trustee |
| 7588 | Joint Stipulation and Agreed Order signed on 8/8/2024 Between The Post-Effective Date Debtors, Coinbase, The Litigation Administrator, And the Ad Hoc Committee of Corporate Creditors For Appointment of a Mediator |
| 7592 | Statement / Notice of Upcoming Mediation Regarding Corporate Creditor Motion and Instructions to Participate |

| Docket No. | Description |
|---|---|
| 7652 | Transcript regarding Hearing Held on 08/27/2024 |
| 7660 | Statement / Post-Effective Date Debtors' Statement Relating to Selection of Coinbase and Determination of the 100 Corporate Creditor Limit for Liquid Cryptocurrency Distributions |
| 7661 | Motion to Authorize / Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief |
| 7662 | Statement Relating to the Selection of Coinbase as Distribution Agent for Liquid Cryptocurrency to Corporate and International Creditors |
| 7665 | Objection to Motion (7661) [Sean Xue] |
| 7666 | Objection /AMENDED Objection to Motion (7661, 7665) [Sean Xue] |
| 7667 | Objection to Motion (7661) [U.S. Trustee] |
| 7694 | Transcript of Hearing Held on 9/12/2024 |
| 7673 | Mediator's Final Report Settled |
| 7675 | Notice of Proposed Order / Notice of Filing of Revised Proposed Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief |
| 7677 | Statement / Post-Effective Date Debtors' Reply in Support of the Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief |
| 7694 | Transcript regarding Hearing Held on 09/12/2024 |
| 7726 | Memorandum Opinion, Signed on 10/3/2024, Granting in Part and Denying in Part Joint Motion of Post-Effective Date Debtors, the Ad Hoc Committee of Corporate Creditors, and Coinbase, Inc. and (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, (III) Denying Request for $1.5 Million Payment to Ad Hoc Committee of Corporate Creditors, and (IV) Approving Related Relief |
| 7728 | Order, Signed on 10/4/2024, (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief |
| 7747 | Order Signed on 10/4/2024 (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief |
| 7754 | Application for Final Professional Compensation for Sarachek Law Firm, Creditor's Attorney, period: 3/21/2024 to 10/11/2024, fee:$1661514.59, expenses: $593.92. |
| 7757 | Notice of Hearing on Fee Application of Sarachek Law Firm |
| 7786 | Objection to Motion (7754) [Sean Xue] |
| 7810 | Memorandum Opinion and Order, Signed on 11/12/2024, Approving in Part and Denying in Part the Final Fee Application of the Sarachek Law Firm |
| 7854 | Statement / Notice of Commencement of Supplemental Corporate Creditor Distributions |
| 7867 | Notice of Appeal |

## STATEMENT OF ISSUES ON APPEAL

The Ad Hoc Committee of Corporate Creditors respectfully states the following issues for appeal.

1. In the *Joint Motion Seeking Entry of an Order (I) Authorizing Supplemental Distribution to Eligible Corporate Creditors, (II) Approving Procedures for Supplemental Corporate Creditor Distributions, and (III) Granting Related Relief* [ECF 7661], the Post-Effective Date Debtors, jointly with the Ad Hoc Committee of Corporate Creditors, sought approval of a settlement agreement including, *inter alia*, a $1.5 million payment to the Committee for professional fees. Did the Bankruptcy Court err in approving the settlement in part and denying it in part, thereby changing an essential term of the agreement in violation of Bankruptcy Rule 9019(a)?

2. In the *Application for Final Professional Compensation for Sarachek Law Firm* [ECF 7754], counsel for the Ad Hoc Committee of Corporate Creditors accounted for the $1.5 million payment in the form of a fee application, as ordered by the Bankruptcy Court. Did the Bankruptcy Court err by denying the application in substantial part (a) by applying the doctrine of substantial contribution when the services rendered occurred post-confirmation of the chapter 11 plan or (b) by disregarding the Post-Effective Date Debtors' authority under the confirmed chapter 11 plan to make payments to professionals without Bankruptcy Court approval and their agreement under the settlement agreement to make the payment?

## RULE 8009(b) CERTIFICATION

All transcripts designated in the record above are already on file on the docket of this proceeding. As such, Appellant is not ordering a transcript.

Respectfully submitted on December 10, 2024.

                                                        **SARACHEK LAW FIRM**

                                                        /s/Joseph E. Sarachek
                                                        Joseph E. Sarachek (Bar # 2163228)
                                                        Zachary E. Mazur (Bar # 5706726)
                                                        SARACHEK LAW FIRM
                                                        670 White Plains Rd. - Penthouse
                                                        Scarsdale, New York 10583
                                                        joe@sarscheklawfirm.com
                                                        zachary@sarscheklawfirm.com

# CERTIFICATION OF SERVICE

1. I am of legal age and an employee of Sarachek Law Firm.

2. This document was served via this court's electronic-filing system.

3. Pursuant to Rule 8011(d)(1) Fed. Bankr. P., in addition, I caused the above document

to be served by the following means to the persons as listed below:

**By United States mail, postage fully prepaid (on 10-Dec-24)**:

    **SEE ATTACHMENT A BELOW**

**By direct email (as opposed to through the ECF System, on 10-Dec-24)**:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    **Sean Xue,** aceofangel2015@gmail.com


I declare under penalty of perjury that the foregoing is true and correct.
Executed on: December 10, 2024.


| Paul J. Combe | /s/ Paul J. Combe |
|---|---|
| Name of Declarant | Signature of Declarant |

## ATTACHMENT A: MAILING NOTICE LIST

**Office of the United States Trustee for the Southern District of New York**
Attn: Shara Cornell
1 Bowling Grn, Ste. 534
New York, New York 10004

**KIRKLAND & ELLIS LLP**
Attn: Joshua A. Sussberg, P.C.
601 Lexignton Avenue
New York, New York 10022

**KIRKLAND & ELLIS LLP**
Attn: Christopher S. Koenig, Patrick J. Nash, Jr., Ross M. Kwasteniet
333 West Wolf Point Plaza
Chicago, Illinois 60654

**WHITE & CASE LLP**
Attn: David M. Turetsky, Samuel P. Hershey, Joshua D. Weedman
1221 Avenue of the Americas
New York, New York 10020

**WHITE & CASE LLP**
Attn: Gregory F. Pesce
111 South Wacker Drive
Suite 5100
Chicago, Illinois 60606

**WHITE & CASE LLP**
Attn: Keith H. Wofford
Southeast Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Florida 33131

**WHITE & CASE LLP**
Attn: Aaron Colodny
555 South Flower Street
Suite 2700
Los Angeles, California 90071

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Attn: Thomas S. Kessler
One Liberty Plaza
New York, New York 10006