IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | | | |
|---|---|---|---|
| Name of Transferee: | **DS3 Investments Limited** | Name of Transferor: | **Marcos Holdings I LLC** |
| Name and Address where notices and payments to transferee should be sent: | **32 Elliott Square**<br><br>**London**<br><br>**NW3 3SU** | Last known address: | **c/o Attestor Limited**<br>**7 Seymour Street**<br>**W1H 7JW**<br>**London, United Kingdom** |
| Email: | gavin@ds3crypto.com | | |
| Phone: | 07748920644 | Claim No./Schedule: | **Schedule F Line 3.1.116781 – Docket No. 974 at 2889/5048** |
| | | Amount of Claim: | **40%** |

Local Form 138

Doc ID: 6da1f904a0e645bfcb9d746d5d238acd0a1de028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 11 / 06 / 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

Doc ID: 6da1f904a0e645bfcb9d746d5d238acd0a1de028

## EVIDENCE OF TRANSFER OF CLAIM

TO THE DEBTORS AND THE BANKRUPTCY COURT:

For value received, the sufficiency of which is hereby acknowledged, and pursuant to an Assignment of Claim, dated as of 5 November 2024, Marcos Holdings I LLC ("**Seller**") has unconditionally and irrevocably sold, transferred, and assigned to DS3 Investments Limited ("**Purchaser**") 40% of Seller's right, title, and interest in and to its "claim" or "claims" (as defined in 11 U.S.C. § 101(5)) (the "**Claim**") as set forth in the proof of claim filed as Claim Number/Schedule: Schedule F Line 3.1.116781 – Docket No. 974 at 2889/5048   against the debtor(s) in *re: Celsius Network LLC*. (Case No. 22-10964 (MG)) pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Seller hereby waives any objection to the transfer of 40% of the Claim on the books and records of the Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, or other applicable law. Seller acknowledges, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring 40% of the Claim to Purchaser and recognizing Purchaser as the 40% owner and holder of such Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 5 November 2024.

*[signature]*
_____
**By: Marcos Holdings I LLC**

3

Doc ID: 6da1f904a0e645bfcb9d746d5d238acd0a1de028