UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) ) ) | Case No. 22-10964 (MG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On or before November 25, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **Declaration of Daniel Weisman in Support of the Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7836)

- **Certificate of No Objection Regarding the Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7839)

Furthermore, on November 27, 2024, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on Jared Peter Febbroriello at a redacted address, pursuant to USPS forwarding instructions:

- **Certificate of No Objection Regarding the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7804)

- **Declaration of Daniel Weisman in Support of the Litigation Administrator's Fifth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7837)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on December 4, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on Jeffrey Ronald Sekinger at a redacted address, pursuant to USPS forwarding instructions:

- **Order Sustaining the Litigation Administrator's Fourth Omnibus Objection to Certain Inaccurately Supported Claims** (Docket No. 7852)

Dated: December 10, 2024

Pauline Aragon

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 10th day of December, 2024 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# Exhibit A



**Exhibit A**

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| CHRIS RUSTEEN | ON FILE |
| JEFFREY RONALD SEKINGER | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1