| | |
|---|---|
| Joshua A. Sussberg, P.C.<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | ) (Jointly Administered) |

**THIRTEENTH SUPPLEMENTAL NOTICE OF ADDITIONAL PHISHING ATTEMPTS**

**PLEASE TAKE NOTICE** that on December 10, 2024, the Post-Effective Date Debtors became aware that additional phishing emails[2] purporting to be from, among other things, "Celsius

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

[2]   On November 30, 2022, the Debtors filed the *Notice of Phishing Attempts* [Docket No. 1527] (the "Original Notice") to alert parties in interest of phishing emails sent to certain of the Debtors' account holders purporting to be restructuring associates at Kirkland & Ellis LLP, the Debtors' counsel, and requesting that account holders submit their wallet addresses and other account information to receive claim distributions. Copies of such emails are attached to the Original Notice as Exhibit A. Additionally, on December 13, 2022, the Debtors filed the *Supplemental Notice of Phishing Attempts* [Docket No. 1681] (the "First Supplemental Notice") to alert parties in interest of third-party reports of these and similar phishing emails targeting cryptocurrency users. Copies of such reports are attached to the First Supplemental Notice as Exhibit A. On January 22, 2023, the Debtors filed the *Second Supplemental Notice of Additional Phishing Attempts* [Docket No. 1904] (the "Second Supplemental Notice") to alert parties in interest of phishing texts and emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., the Debtors' claims agent ("Stretto"), and requesting that account holders submit their official personal identification, cryptocurrency wallet addresses, bank accounts, and contact information to receive claim distributions, and pay a purported "filing fee" and "tax fee." Copies of such

Stretto Distribution," "Celsius Official Distribution," and "Celsius Network LLC" were sent to account holders. These emails falsely notify account holders that they are eligible for a second or final distribution and prompts creditors to access a fraudulent portal to confirm certain details regarding their distribution, including connecting a wallet to receive such creditor's distribution in

---

texts and emails are attached to the Second Supplemental Notice as Exhibit A and Exhibit B, respectively. On February 6, 2023, the Debtors filed the *Third Supplemental Notice of Additional Phishing Attempts* [Docket No. 1992] (the "Third Supplemental Notice") to alert parties in interest of similar phishing emails sent to certain of the Debtors' account holders purporting to be a senior manager at Stretto, Inc., that contained a hyperlink to a *falsified* order (the "Falsified Order") purportedly from the United States Bankruptcy Court for the Southern District of New York (the "Court"). A copy of such emails, a redline showing the differences between the Falsified Order and the correct copy of the *Final Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 526], and a copy of the Falsified Order are attached to the Third Supplemental Notice as Exhibit A, Exhibit B, and Exhibit C, respectively. On February 15, 2023, the Debtors filed the *Fourth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2082] (the "Fourth Supplemental Notice") to alert parties in interest of phishing emails purporting to be from Stretto, Inc. and advertising an alleged opportunity to receive "NFT." A copy of such emails was attached to the Fourth Supplemental Notice as Exhibit A. On June 26, 2023, the Debtors filed the *Fifth Supplemental Notice of Additional Phishing Attempts* [Docket No. 2896] (the "Fifth Supplemental Notice") to alert parties in interest of phishing emails purporting to be "Celsius Customer Support" and claiming that account holders could "claim" or "withdraw their Tokens almost immediately" through a suspicious hyperlink. Copies of such emails are attached to the Fifth Supplemental Notice as Exhibit A. On August 1, 2023, the Debtors filed the *Sixth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3121] (the "Sixth Supplemental Notice") to alert parties in interest of phishing emails and texts purporting to be from the Debtors or Stretto claiming that account holders were eligible for withdrawal through a suspicious hyperlink. Copies of such emails and texts are attached to the Sixth Supplement Notice as Exhibit A. On August 10, 2023, the Debtors filed the *Seventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 3251] (the "Seventh Supplemental Notice") to alert parties in interest of phishing telephone calls from +1 (866) 463-5669 purporting to be from the Debtors and offering to facilitate the withdrawal of certain assets from the Debtors' platform. On September 5, 2023, the Debtors filed the *Eighth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3422] (the "Eighth Supplemental Notice") to alert parties in interest of a fraudulent "clone website" purportedly belong to Stretto that prompted users to "connect" their cryptocurrency wallets. A screenshot of the clone website is attached to the Eight Supplemental Notice as Exhibit A. On October 5, 2023, the Debtors filed the *Ninth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3722] (the "Ninth Supplemental Notice") to alert parties in interest of a phishing attempt that resulted in certain account holders receiving emails from support@celsius.network that contained a suspicious URL in the subject line. A copy of such email is attached to the Ninth Supplemental Notice as Exhibit A. On October 27, 2023, the Debtors filed the *Tenth Supplemental Notice of Additional Phishing Attempts* [Docket No. 3932] (the "Tenth Supplemental Notice") to alert parties in interest of phishing attempts purporting to be from the Debtors and claiming that the recipient account holder was eligible for withdrawal by accessing a withdrawal link button included in the email. A copy of such email is attached to the Tenth Supplemental Notice as Exhibit A. On December 7, 2023, the Debtors filed the *Eleventh Supplemental Notice of Additional Phishing Attempts* [Docket No. 4070] (the "Eleventh Supplemental Notice") to alert parties in interest of phishing emails purporting to be from the Debtors and prompting recipients to withdraw assets through a suspicious link. On October 4, 2024, the Post-Effective Date Debtors filed the *Twelfth Supplemental Notice of Additional Phishing Attempts* (the "Twelfth Supplement Notice," and together with the Original Notice and the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Supplemental Notice, collectively, the "Phishing Notices") to alert parties in interest of phishing emails purporting to be from the Post-Effective Date Debtors and prompting to recipients to withdraw assets through a suspicious link using a one-time password. A copy of such email is attached to the Twelfth Supplemental Notice as Exhibit A.

ETH.  The majority of these emails include "Pipefy" in the sender's email address or in a footer at the end of the applicable email.  Examples of these fraudulent emails and the fraudulent portals, if available, are attached hereto as **Exhibits A** through **C**.

**PLEASE TAKE FURTHER NOTICE** that these emails are ***not authorized messages*** from the Post-Effective Date Debtors or the Post-Effective Date Debtors' claim agent, Stretto, and are ***strongly suspected to be phishing scams** leading to a phishing site or malware designed to obtain account holders' personally identifiable information, account information, or financial assets*.

**PLEASE TAKE FURTHER NOTICE** that neither the Post-Effective Date Debtors nor their advisors will ***ever*** (i) ***request that you connect your wallet to receive your distribution*** or (ii) contact you by email, telephone call, text message, or otherwise to request account information or other personal information absent an (a) order by the Court or (b) on-the-record instruction from the Court.  In connection with the distribution of assets pursuant to the *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* [Docket No. 4289] (the "Plan") confirmed by the Court, the Debtors and the Post-Effective Date Debtors have provided detailed information regarding the applicable distribution procedures, which can be found on the court docket and the case website.  *See, e.g.*, *Notice of Schedule of Custody Users Entitled to Withdraw Certain Assets* [Docket No. 1958]; *Notice of Withdrawals Opening for Eligible Custody Users* [Docket No. 2176]; *Notice of Schedule of Postpetition Transferors Entitled to Withdraw Postpetition Transfers* [Docket No. 2667]; *Notice Regarding Commencement of Distribution of Cryptocurrency to Holders of Custody Claims* [Docket No. 4040]; *Notice to Account Holders Regarding Frequently Asked Questions About Celsius Distribution* [Docket No. 4220]; *Notice of Occurrence of Effective Date of Debtors'*

3

*Modified Chapter 11 Plan of Reorganization and Commencement of Distributions* [Docket No. 4298]; *Notice of Conclusion of In-Application Custody Withdrawals* [Docket No. 4335]; *Post-Effective Date Debtors' Response to Distribution Issues Raised by Corporate Creditors and Retail Borrowers* [Docket No. 4786]; *Notice of Data Security Incident* [Docket No. 4834]; *Plan Administrator's Update on Cash Distributions, Including Notice of Amendment to PayPal Distribution Services Agreement to Make Cash Distributions Through Hyperwallet Service* [Docket No. 7612]; *Notice of Deadline to Complete Onboarding at Coinbase and Optional Election to Convert Liquid Cryptocurrency and Receive a Cash Distribution* [Docket No. 7718]; and *Notice of Commencement of Second Plan Distribution* [Docket No. 7871] (collectively, the "Withdrawal Notices").³ Specifically, creditors eligible to receive a distribution through PayPal will receive claim codes via email that can be redeemed on PayPal or Venmo. The Post-Effective Date Debtors attempt distributions to creditors eligible to receive a distribution through Coinbase in a manner that does not require a creditor to connect their wallet through a third-party.

**PLEASE TAKE FURTHER NOTICE** that, in connection with the introduction of the Celsius Claims Portal, Celsius emailed certain account holders regarding how to access the Celsius Claims Portal. These emails were sent from **do-not-reply@claimsportal.celsius.network**. A complete list of trusted email addresses is posted and updated regularly on the Company's Knowledge Base site which can be accessed at https://celsiusdistribution.stretto.com/support/solutions/articles/153000147043-claim-distributions-overview. Account holders who have not redeemed their distribution and need assistance may submit an inquiry to the Post-Effective Date Debtors by following the directions

---

³ Capitalized terms used but not defined in this Notice shall have the meaning ascribed to them in the Plan, as applicable.

at: https://stretto-celsius.freshdesk.com/support/tickets/new or may contact the Post-Effective Date Debtors' counsel at CelsiusCreditorQuestions@kirkland.com.

**PLEASE TAKE FURTHER NOTICE** that, if you see any suspicious website domains or receive any uncorroborated email, text message, or telephone call purporting to be from the Post-Effective Date Debtors or their advisors claiming that withdrawals are available or requesting account information, personal information, or payment, we request that you please ***immediately*** contact the Post-Effective Date Debtors by submitting a Customer Care Ticket at https://celsiusdistribution.stretto.com/support/tickets/new and selecting the "I have a security concern" option in the form. Selecting "I have a security concern" will ensure your Customer Care Ticket is routed to the proper team. For non-urgent matters, please contact the Post-Effective Date Debtors' counsel at CelsiusCreditorQuestions@kirkland.com, the Post-Effective Date Debtors' claims agent at CelsiusInquiries@stretto.com, or the Litigation Administrator at celsiuslitigationadmin@m3-partners.com.

**PLEASE TAKE FURTHER NOTICE** that copies of the Phishing Notices, the Plan, the Withdrawal Notices, and all other documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Stretto at https://cases.stretto.com/Celsius.

[*Remainder of page left intentionally blank.*]

| | |
|---|---|
| New York, New York<br>Dated:  December 12, 2024 | */s/ Joshua A. Sussberg*<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:           joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>Dan Latona (admitted *pro hac vice*)<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:           patrick.nash@kirkland.com<br>                      ross.kwasteniet@kirkland.com<br>                      chris.koenig@kirkland.com<br>                      dan.latona@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |

## Exhibit A

### Email

From: **Celsius Stretto Distribution** <pipe301787872+YIzNVOFL@mail.pipefy.com>
Date: Tue, Dec 10, 2024 at 11:52 AM
Subject: Your final crypto distribution is ready
To: <pipe327433+qw-xqdhi@mail.pipefy.com>

Dear,

Your final crypto distribution is ready. Please complete the process using the secure link below:

[Finalize My Distribution]

This step will confirm your details and issue your remaining balance, fully in Ethereum. If you've received previous distributions, this will finalize your account.

Thank you,

**The Celsius Team**
This email is from ENERPRO powered by Pipefy.

### Fraudulent Portal



## Exhibit B

---------- Forwarded message ---------
From: **Celsius Official Distributions** <pipe304399018+vYCTnq6E@mail.pipefy.com>
Date: Thu, Dec 5, 2024 at 7:55 PM
Subject: Distribution Portal Open - Claim Your 60.4% Today
To: <officiel@celsius.network>

Dear Valued Creditor,

This notice serves to inform you of your eligibility for the second distribution phase relating to your Celsius Network claim.

DISTRIBUTION DETAILS:

- Distribution Rate: 60.4% of validated claim value (as established at Petition Date)
- Total Distribution Amount: $127 million (from Litigation Recovery Account)
- Currency: ETH (final amount determined by current market rates)

REQUIRED ACTION Please complete the following steps to receive your distribution:

1. Access the Creditor Portal via your secure credentials
2. Review and complete all distribution requirements as outlined in the portal

IMPORTANT NOTES:

- A portion of the recovery funds will be retained in reserve for pending eligible claims
- All distributions will be processed according to current ETH market valuations
- Eligibility verification is required prior to distribution

To proceed with your distribution claim, please access the secure portal: **CREDITOR PORTAL ACCESS**

For assistance, please contact our designated support team through official channels.

Regards, Celsius Network Claims Administration

CONFIDENTIALITY NOTICE: This is an automated communication. Please do not reply to this message.

This email is from BiContábil Contabilidade Consultiva powered by Pipefy.

**Fraudulent Portal**



3

### Exhibit C

From: **Celsius Network LLC** <pipe303145599+XrZ4t033@mail.pipefy.com>
Date: Fri, Dec 6, 2024, 12:31 AM
Subject: You are eligible to receive a second distribution from Celsius LLC
To: <do-not-reply@update.celsius.network>

You are eligible to receive a second distribution related to your Celsius claim. Each Eligible Creditor will receive approximately 60.4% of the value of their Claims as of the Petition Date. The distribution amount will be based on the current ETH price.

A total of $127 million is available for distribution to eligible creditors. The majority of this will be distributed in the second round, with a portion reserved for claims not yet eligible.

Please log in to your account on the portal to complete the process: **Portal Access Link**

If you have any questions, please contact us.
This email is from Imobiliária Investindo powered by Pipefy.