# STATEMENT OF CHIEF JUDGE MARTIN GLENN

Since early August 2024, I have been receiving treatment for illness. I have been in remission since the beginning of October. In early January 2025, I will begin the next phase of my treatment. As a result, until further notice, I am "off the wheel" for new cases filed under chapters 11 and 15, except for the assignment of new cases that relate to cases already on my docket which will be assigned to me.

As a result of my treatment, it is unlikely that I will hear arguments during January 2025. As always, I reserve the right to decide matters "on the papers" without argument. Beginning in February 2025, all hearings before me will be remote using Zoom for Government. (Please see my Chamber's Rules on the Court website for procedures to schedule Zoom hearings and to make eCourt Appearances.) It is unlikely that I will hear matters in my courtroom until April 2025. Most cases already calendared for hearings in January 2025 will be rescheduled; some may be decided on the papers, or in unusual circumstances, transferred to other judges for decision.

Parties are encouraged to file motions, objections to claims or other requests for relief in the ordinary course. Matters are most likely resolved in the order in which they are filed.

The time periods for service and filing of motions, answering papers and replies governed by Local Bankruptcy Rule 9006-1 shall be altered as follows:

1. Motions or requests for relief should be filed without hearing dates. Unless a scheduling order establishes other time periods, answering papers must be filed within 14 days after service of the moving papers. Reply papers, if any, must be filed within 7 days after service of answering papers.

2. After all papers are filed, the Court will determine whether to schedule argument or decide the matter on the papers. Counsel or the parties will be advised of hearing dates if matters are scheduled for argument.

3. Local Rule 9013-3, Certificate of No Objection, shall continue to apply if no answering papers are timely filed.

4. Requests for expedited decision may be made in a separate pleading which must state **IN BOLD** immediately below the case caption: **REQUEST FOR EXPEDITED DECISION**. The request must identify the matter and establish good cause for an expedited decision. The Court will decide whether to grant the request for an expedited decision. (Please don't abuse this procedure.)

5. Scheduling of trials and evidentiary hearings will be separately addressed in orders entered in those cases.

6. Any questions about scheduling should be directed to my Courtroom Deputy, Deanna Anderson, who can be reached by telephone at (212) 284-4037.