UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>Post Effective Date Debtors.[1] | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |

# REPORT OF MEDIATOR

The Honorable Lisa G. Beckerman was appointed as a mediator (the "Mediator") in connection with a potential dispute between a former executive of Celsius Network LLC (the "Former Executive") and Mohsin Y. Meghji as Litigation Administrator for Celsius Network LLC and its affiliated Post-Effective Date Debtors (the "Litigation Administrator," together with the Former Executive, the "Mediation Participants") pursuant to *Joint Stipulation and Agreed Order for Appointment of a Mediator*, dated August 28, 2024 [ECF No. 7647].

The Mediator reports that the Mediation Participants participated in the mediation in good faith and that the Mediation Participants reached a settlement of the potential dispute.

Dated: December 19, 2024
        New York, New York            */s/ Lisa G. Beckerman*
                                      THE HONORABLE LISA G. BECKERMAN
                                      UNITED STATES BANKRUPTCY JUDGE

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.