**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) Case No. 22-10964 (MG) |
| Debtors. | ) (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On December 23, 2024, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Adjournment of Hearing on January 14, 2025** (Docket No. 7893)

Dated: December 27, 2024

*Alberto Romero Calderon*
Alberto Romero Calderon

State of Colorado    )
                     ) SS.
County of Denver     )

Subscribed and sworn before me this 27th day of December 2024 by Alberto Romero Calderon.

*Danielle Harnden*
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

Document Ref: KXPPN-BCUHN-AIS62-IB82E    Page 2 of 11



# Exhibit A
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| ABDUL R SHAHEIN | | ON FILE | | | | |
| ALBERTO FELIPE PICHEL | | ON FILE | | | | |
| AMBER TRAN | | ON FILE | | | | |
| ARIA AMIRIANFAR | | ON FILE | | | | |
| BAS VERWEIJ | | ON FILE | | | | |
| BELL ROSE HOLDINGS | | ON FILE | | | | |
| BONAZEBI SERVAIS | | ON FILE | | | | |
| CHRISTINE YAN YEUNG | | ON FILE | | | | |
| CHRISTOPHER URBISCI | | ON FILE | | | | |
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ATTN: 392426 | 500 ROSS ST 154-0455 | | PITTSBURGH | PA | 15262 |
| DEREK ELLIOTT | | ON FILE | | | | |
| ELIZABETH SHIN | | ON FILE | | | | |
| ERIN ROOSA | | ON FILE | | | | |
| HALEY WALKER | | ON FILE | | | | |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. [AS ASSIGNEE OF MITCHELL MOURE] | C/O TREO ASSET MANAGEMENT | 675 THIRD AVE | 10TH FLOOR | NEW YORK | NY | 10017 |
| INVICTUS SPECIAL SITUATIONS MASTER FUND I, L.P. [AS ASSIGNEE OF MOURE, BRIAN] | C/O TREO ASSET MANAGEMENT | 675 THIRD AVE | 10TH FLOOR | NEW YORK | NY | 10017 |
| JENNIFER HERREMA | | ON FILE | | | | |
| KAYLA SIVILS | | ON FILE | | | | |
| KIA RUSSELL | | ON FILE | | | | |
| KOURTNIE WHITE | | ON FILE | | | | |
| KYLE PRINGLE | | ON FILE | | | | |
| LANIE CATHERINE BASS | | ON FILE | | | | |
| LOUIS MASSRY | | ON FILE | | | | |
| MASOOD RIZVI | | ON FILE | | | | |
| MICHAEL BRADDOCK | | ON FILE | | | | |
| MICHAEL BURKHOLDER | | ON FILE | | | | |
| MICHELA SMITH | | ON FILE | | | | |
| ODALYS PAREDES | | ON FILE | | | | |
| OMAYRA BATISTA | | ON FILE | | | | |
| ROB BASNETT | | ON FILE | | | | |
| ROBERT EDWARD HARDAWAY JR | | ON FILE | | | | |
| RYAN DECARO | | ON FILE | | | | |
| SHANE A PHILIP | | ON FILE | | | | |
| STEPHEN FERGUSON | | ON FILE | | | | |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 2

**Exhibit A**
Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| SUMMER LEGATE | | ON FILE | | | | |
| SUZANNE WANG | | ON FILE | | | | |
| VALENTIN VEYSMAN | | ON FILE | | | | |
| VICTOR OLAUGHLEN | | ON FILE | | | | |
| VINCENT RUSSELL | | ON FILE | | | | |
| YEHUDA NAGAR | | ON FILE | | | | |

# **Exhibit B**



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| ADES, WILLIAM C | | | ON FILE |
| ALBERT K LEE | | | ON FILE |
| ALBERT LEE | | | ON FILE |
| ALEKSANDAR MILORADOV | | | ON FILE |
| ALEX ZUTTRE | | | ON FILE |
| ALLISON JUNETTE SPARKS | | | ON FILE |
| ALONZO SEXTON | | | ON FILE |
| AMIT DINESH PATEL | | | ON FILE |
| ANDREW SPATH | | | ON FILE |
| ANTHONY RODRIGUEZ | | | ON FILE |
| APOSTOLOS, ROBERT | | | ON FILE |
| AURLANDER PHILLIPS JR. | | | ON FILE |
| BALTZ, JUSTIN | | | ON FILE |
| BARSTOW, NICOLE | | | ON FILE |
| BEGEMAN, JOHN BREVARD | | | ON FILE |
| BERLAND, BOBBY | | | ON FILE |
| BILLSON, JESSE KENNETH | | | ON FILE |
| BOTROS, WAFAA | | | ON FILE |
| BRIAN BRYSON | | | ON FILE |
| BRIAN EDWARD CHILDS | | | ON FILE |
| BRYAN COURCHESNE | | | ON FILE |
| BURY, CLAYTON P | | | ON FILE |
| BUSHA ELANGO, RAVIN PRAKASH | | | ON FILE |
| BUTEAU, BERNARD RICHARD | | | ON FILE |
| CALBI JR, RICHARD | | | ON FILE |
| CANFIELD, TODD | | | ON FILE |
| CARVER III, WILLIAM JAMES | | | ON FILE |
| CHACE CLARK | | | ON FILE |
| CHAD BONNETT | | | ON FILE |
| CHAMBLESS, JILL | | | ON FILE |
| CHEATHAM, YURISA | | | ON FILE |
| CHEN, JASON | | | ON FILE |
| CHEN, YIYUE | | | ON FILE |
| CHILIA, RYAN | | | ON FILE |
| CHOW, NATHANAEL YONGTHYE | | | ON FILE |
| CHRIS SULLIVAN | | | ON FILE |
| CHRIS VROOMAN | | | ON FILE |
| CHRISTINZIN GAJARDO | | | ON FILE |
| CHRISTOPHER BRIAN SULLIVAN | | | ON FILE |
| CINDY CHEN | | | ON FILE |
| CLAY JEREMIAH SCHILE | | | ON FILE |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: LUCAS G. CURTIS AND KATHRYN J. GUNDERSEN | LUCAS.CURTIS@WHITECASE.COM KATHRYN.GUNDERSEN@WHITECASE.COM |

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| CONTRARIAN FUNDS, LLC [AS ASSIGNEE OF TARSI, MICHAEL] | ATTN: ALPA JIMENEZ | | TRADECLAIMSGROUP@CONTRARIANCAPITAL.COM |
| COPLIN, BENJAMIN | | | ON FILE |
| CORWIN JACK LINDEMAN | | | ON FILE |
| COZZENS, BENJAMIN | | | ON FILE |
| DANIEL ELEAZEAR QUINONEZ | | | ON FILE |
| DANIEL LEE | | | ON FILE |
| DAVID JONATHAN MOORE | | | ON FILE |
| D'BINION, ALFONSO | | | ON FILE |
| DBINION, SILVIA | | | ON FILE |
| DELIA GLISETTE TOLEDO | | | ON FILE |
| DIAMANTOPOULOS, TED | | | ON FILE |
| DIEHL, THOMAS CARL | | | ON FILE |
| DIMITRY KIRSANOV | | | ON FILE |
| DIZON, DEOGRACIAS | | | ON FILE |
| DUNCAN B. PLEXICO | | | ON FILE |
| ELIZABETH SHIN | | | ON FILE |
| FIEDOR, RICHARD FRANCIS | | | ON FILE |
| FINELLI, MARK | | | ON FILE |
| FREDRICKSON, DAVID | | | ON FILE |
| FRESHKO, MICHAEL SCOTT | | | ON FILE |
| FUNG, JASON | | | ON FILE |
| GIAMBRA, CAROLYN JOYCE | | | ON FILE |
| GIBBS, JOHN JR [JACK GIBBS] | | | ON FILE |
| GOMEZ, EVENCIO E | | | ON FILE |
| GREAT AMERICAN INSURANCE COMPANY | C/O THE LAW OFFICES OF T. SCOTT LEO, P.C. | ATTN: T. SCOTT LEO | SLEO@LEOLAWPC.COM |
| GREEN, ANDREW | | | ON FILE |
| GREG KACZKOWSKI | | | ON FILE |
| GRIGGS, TYLER | | | ON FILE |
| GUARRIELLO, NARIA | | | ON FILE |
| HAJJ, ROLA | | | ON FILE |
| HAMER, JOHN | | | ON FILE |
| HANLON, MELISSA | | | ON FILE |
| HARDAWAY, ROBERT | | | ON FILE |
| HARRISON, TYLER | | | ON FILE |
| HERNANDEZ, ANA | | | ON FILE |
| ILANA KAMENETSKY | | | ON FILE |
| IMMANUEL HERRMANN | | | ON FILE |
| ISRAELI, MICHAEL | | | ON FILE |
| ISSA, WIAS | | | ON FILE |
| IVERSEN, PAULA LYNN | | | ON FILE |
| JACOBS, SCOTT | | | ON FILE |
| JAMES WILSON | | | ON FILE |
| JEFF ANDERSON | | | ON FILE |
| JEFFREY PAUL DUPREX | | | ON FILE |
| JEFFREY WADE ANDERSON | | | ON FILE |



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| JENNIFER HERREMA | | | ON FILE |
| JESSE KLINGLER | | | ON FILE |
| JOE ROSA | | | ON FILE |
| JOEL YOUNG | | | ON FILE |
| JOHN C MATTOS | | | ON FILE |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| JOHN DZARAN 401K TRUST | | | ON FILE |
| JONATHAN KELLY | | | ON FILE |
| JONNAERT JEAN-LOUP | | | ON FILE |
| JORDAN SANDERS | | | ON FILE |
| JOSEPH MATTHEW NESPOLI | | | ON FILE |
| JOSHUA BODA CRUZ | | | ON FILE |
| JOSHUA ROBERT GRAY | | | ON FILE |
| KAKISH, MURAD HANNA | | | ON FILE |
| KANG, DAVID M | | | ON FILE |
| KARALUS, DANIELLE | | | ON FILE |
| KARL, SAM | | | ON FILE |
| KEMENOSH, JOHN ROBERT | | | ON FILE |
| KERNUS, BRAD | | | ON FILE |
| KHOKAR, ABID | | | ON FILE |
| KHOO, HAN TIONG | | | ON FILE |
| KIM, PAUL | | | ON FILE |
| KIWON KANG | | | ON FILE |
| KOEN WILLEMS | | | ON FILE |
| KOMAROVSKIY, VALENTIN | | | ON FILE |
| KRISTINA LAVALLEE | | | ON FILE |
| KRZYSZTOF BUKOWSKI | | | ON FILE |
| KUBICEK, JOSEPH | | | ON FILE |
| KUNAL SETH | | | ON FILE |
| KWOCK, JAREMY LOWE | | | ON FILE |
| LAWRENCE, GEOFFREY KURT | | | ON FILE |
| LEONENKO, OLEKSANDR | | | ON FILE |
| LIEBERMAN, JASON HERMAN | | | ON FILE |
| LILY SINKKONEN | | | ON FILE |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |

**STRETTO**

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MADELON SETTLE CHOICE | | | ON FILE |
| MAILY HOANG | | | ON FILE |
| MARCEL SANCHEZ | | | ON FILE |
| MARILYN WARREN | | | ON FILE |
| MARK PILIPCZUK | | | ON FILE |
| MASSRY, LOUIS | | | ON FILE |
| MATHEKA, DISMAS | | | ON FILE |
| MATT NESPOLI | | | ON FILE |
| MAYELL, DAWN LEANN | | | ON FILE |
| MCCRADY, MICHAEL DAVID | | | ON FILE |
| MCEWAN, CHRISTOPHER JOHN | | | ON FILE |
| MCKEON, MARK | | | ON FILE |
| MEERYECK, WILLIAM | | | ON FILE |
| MENDEZ, GIOVANNI | | | ON FILE |
| MICHAEL DAVID MCCRADY | | | ON FILE |
| MICHAEL DOOGUE | | | ON FILE |
| MICHAEL GARRETSON | | | ON FILE |
| MICHAEL WEIST | | | ON FILE |
| MIGUEL ALBARRAN | | | ON FILE |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY, LUCAS G. CURTIS | SAM.HERSHEY@WHITECASE.COM LUCAS.CURTIS@WHITECASE.COM |
| MOSES, BRIAN DANIEL | | | ON FILE |
| MUMM, BRIAN | | | ON FILE |
| MURAD KAKISH | | | ON FILE |
| NATALE, ROBERT | | | ON FILE |
| NAVARONE SUMMERS | | | ON FILE |
| NGUYEN, CAROLYN | | | ON FILE |
| NGUYEN, RANDY THANH | | | ON FILE |
| NICOLAS DE LA PORTILLA | | | ON FILE |
| NUNN, COREY DOUGLAS | | | ON FILE |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| OMAYRA BATISTA | | | ON FILE |
| ORNDORFF, KURT | | | ON FILE |
| OSTRYE, NATHAN T | | | ON FILE |
| PARK, KENT | | | ON FILE |
| PATRICK BONAR | | | ON FILE |
| PEAK ASSET MANAGEMENT LLC | | | ON FILE |
| PHILIP MCELROY | | | ON FILE |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POPKIN, GREGG | | | ON FILE |



**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| POPKIN, GREGG ROBERT | | | ON FILE |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| PROFLUENT TRADING INC. | C/O MINTZ AND GOLD LLP | ATTN: ANDREW GOTTESMAN, AMIT SONDHI | GOTTESMAN@MINTZANDGOLD.COM SONDHI@MINTZANDGOLD.COM |
| RAINEY, MICHAEL G | | | ON FILE |
| RATLIFF, ELIZABETH | | | ON FILE |
| REBECCA CRUZ | | | ON FILE |
| RIEBELING, KYLE | | | ON FILE |
| RILEY BARTLETT | | | ON FILE |
| ROBERT H CALLIS III | | | ON FILE |
| RODRIGUEZ, CYNTHIA A | | | ON FILE |
| RUBIO, XAVIER | | | ON FILE |
| RUBIO, XAVIER | | | ON FILE |
| RUHLAND, JAMES HENRY | | | ON FILE |
| RYAN RICHARDS | | | ON FILE |
| RYAN UNDERWOOD | | | ON FILE |
| SADELER, GUILLAUME | | | ON FILE |
| SAID BEYDOUN | | | ON FILE |
| SANG KEUN CHI | | | ON FILE |
| SANJAY RATTAN | | | ON FILE |
| SEAN BAXENDALE | | | ON FILE |
| SEBASTIAN RIZZON | | | ON FILE |
| SEKEL, JOSEPH T | | | ON FILE |
| SERRUR INVESTMENT PARTNERS, LP [AS ASSIGNEE OF JONES, DYLAN] | | | EZRA@SERRURCO.COM |
| SIDNEY R BOGANSKY | | | ON FILE |
| SILVER, DAIVD | | | ON FILE |
| SMILOVITS, ISAAC | | | ON FILE |
| SOPHIE KELLER | | | ON FILE |
| STERNER, CHAD | | | ON FILE |
| STOLFUS, SHAWN | | | ON FILE |
| SULEYMANOV, CHINGIZ | | | ON FILE |
| SZETO, HERBERT | | | ON FILE |
| TERRANCE LADE | | | ON FILE |
| THOMAS MEREDITH | | | ON FILE |
| TIBOR DEAK | | | ON FILE |
| TIMOTHY JAMES REINER | | | ON FILE |
| TIMOTHY MORSE | | | ON FILE |
| TODD WALLACE | | | ON FILE |
| TOM KLEIN | | | ON FILE |
| TOOFAN, PAUL | | | ON FILE |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |
| TRUPTI JHAVERI | | | ON FILE |
| TYLER DELISLE | | | ON FILE |
| ULATOWSKI, JOAN ALICE | | | ON FILE |

**Exhibit B**
Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| VALENTIN KOMAROVSKIY | | | ON FILE |
| VALENTIN VEYSMAN | | | ON FILE |
| VICTOR OLAUGHLEN | | | ON FILE |
| VUONG, DAVID | | | ON FILE |
| WANG, JIANGLING | | | ON FILE |
| WHITE, BRENNAN | | | ON FILE |
| WIERMAN, DUNCAN CRAIG | | | ON FILE |
| WILLIAM ADES | | | ON FILE |
| WILLIAM FERNHOLZ | | | ON FILE |
| WILLIAMS, BRIAN | | | ON FILE |
| XAVIER RUBIO | | | ON FILE |
| XIAO JIANG | | | ON FILE |
| ZOLLNA, CHRISTOPHER | | | ON FILE |