I received notice about a Celsius distribution on 5th April.
Sending a SWIFT transfer generally takes 5-10 minutes.
Stretto first attempted to distribute to Thailand via a company that did not operate in Thailand at the time. (Coinbase).
271 days later the transfer has not been sent. My bank is ready since April 5th 2024.
Tomas Hetmer