RE Case # 22-10964, Celsius Network LLC

To: The Honorable Judge Martin Glenn

United States Bankruptcy Court
For the Southern District of New York
One Bowling Green
New York, NY 10004-1408



Letter #3

My name is Evan R Heck and I was mistakenly placed in the connivance class or some such thing
resulting in my getting about 5% of my deposits and no stock. Previously you directed Celsius to correct
this error for everyone and return the balance of the roughly 30% of deposits to me and issue the
mining stock. Celsius contacted me once on this matter to tell me they saw the letter I wrote to you,
then they disappeared as usual. No further contact. Celsius has made a 2nd distribution and that amount
was underpaid also.

Would you please instruct them to (A) communicate with the people that were not properly paid and (B)
issue the new redemption codes to correct the amounts I received?


Thank you kindly for your assistance in this manner.



Evan R Heck
2164 200th Street
St Corydon, IA 50060