UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                        :    Chapter 11
                                                              :
CELSIUS NETWORK LLC, *et al.*,                                :    Case No. 22-10964 (MG)
                                                              :
        Post-Effective Date Debtors.                        :    (Jointly Administered)
-------------------------------------------------------------X

## ORDER DIRECTING PARTIES TO MEDIATION

On January 7, 2025 and January 8, 2025, respectively, Christian Funck, Darius Gheorghe, David Heiliger, and Thomas Chernaik (collectively, the "Movants") and the post-effective date debtors in the above-captioned case (the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") filed letters (collectively, the "Letters") in accordance with the Court's *Order Denying Motion of Certain Retail Borrowers for Hearing and Other Relief* (ECF Doc. # 7808), which was entered on November 12, 2024. (*See* ECF Doc. # 7897 (Movants' letter); ECF Doc. # 7898 (Post-Effective Date Debtors' letter).) The Letters conveyed to the Court that, despite engaging in discussions, the parties have been unable to reach resolution of the issues raised in the Movants' *Motion for Hearing and Other Relief* (the "Motion," ECF Doc. # 7771), and their positions remain unchanged. (*See, e.g.*, ECF Doc. # 7898 at 1 (indicating that the parties "have not reached an agreement to resolve the issues and their positions remain the same as set forth in their respective papers").) The Movants further indicated that they are preparing to commence an adversary proceeding and requested that the Court consider mediation as a more cost-effective means of resolution. (*See* ECF Doc. # 7897 at 2.)

        **THEREFORE**, **IT IS HEREBY ORDERED** that:

        1.       The Post-Effective Date Debtors and the Movants are directed to enter into mediation to address the issues raised in the Motion.

2. The parties are to meet and confer over the selection of a mediator and a proposed mediation schedule. A joint update must be submitted no later than February 8, 2025 to inform the Court regarding the foregoing.

**IT IS SO ORDERED.**

Dated: January 8, 2025
New York, New York

                                                  **/s/ Martin Glenn**
                                                  MARTIN GLENN
                                        Chief United States Bankruptcy Judge