**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:     (212) 421-4100
Facsimile:     (212) 326-0806
Email: slieberman@pryorcashman.com
           msilverman@pryorcashman.com
           arichmond@pryorcashman.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Email: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Ronald Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:     (213) 620-7700
Facsimile:     (213) 452-2329
Email: rgorsich@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:     (312) 881-5400
Facsimile:     (312) 881-5450
Email: gregory.pesce@whitecase.com
           laura.baccash@whitecase.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
| | ) | |

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**NOTICE OF PRESENTMENT AND OPPORTUNITY FOR HEARING ON JOINT
STIPULATION AND AGREED ORDER BETWEEN THE LITIGATION
ADMINISTRATOR AND CLAIMANT DAVID K. O'REAR**

**PLEASE TAKE NOTICE** that Mohsin Y. Meghji, in his capacity as Litigation

Administrator of the above-captioned post-effective date debtors (the "Litigation Administrator"),

will present the *Joint Stipulation and Agreed Order Between the Litigation Administrator and*

*Claimant Marcel Sanchez* (the "Stipulation and Order") to the Honorable Martin Glenn, Chief

United States Bankruptcy Judge, for approval and signature on **January 24, 2025, at 12:00 p.m.,**

**prevailing Eastern Time,** (the "Presentment Date").

**PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the

Stipulation and Order shall: (a) be in writing; (b) conform to the Federal Rules of Bankruptcy

Procedure, the Local Bankruptcy Rules for the Southern District of New York, and all General

Orders applicable to chapter 11 cases in the United States Bankruptcy Court for the Southern

District of New York; (c) be filed electronically with the Court on the docket of *In re Celsius*

*Network LLC*, No. 22-10964 (MG) by registered users of the Court's electronic filing system and

in accordance with all General Orders applicable to chapter 11 cases in the United States

Bankruptcy Court for the Southern District of New York (which are available on the Court's

website at http://www.nysb.uscourts.gov); (d) be filed in accordance with the *Second Amended*

*Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures*

*and (II) Granting Related Relief* [Docket No. 2560] (the "Case Management Order"); and (e) be

served in accordance with the Case Management Order by **January 21, 2025, at 4:00 p.m.,**

**prevailing Eastern Time** (the "Objection Deadline"), to (i) Mohsin Y. Meghji, in his capacity as

Litigation Administrator of Celsius Network LLC and its affiliated Post-Effective Date Debtors

(the "Litigation Administrator"), (ii) the Post-Effective Date Debtors, and (iii) the United States

Trustee for the Southern District of New York with a copy to the Court's chambers.

**PLEASE TAKE FURTHER NOTICE** that if no objections or other responses are timely

filed and served by the Objection Deadline with respect to the Stipulation and Order, the Litigation

Administrator shall, on the Presentment Date, submit the Stipulation and Order to the Court, which

order the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court

will notify the moving and objecting parties of the date and time of the hearing and of the moving

parties' obligation to notify all other parties entitled to receive notice. The moving and objecting

parties are required to attend the hearing, and failure to attend in person or by counsel may result

in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these

Chapter 11 Cases may be obtained free of charge by visiting the website of Stretto at

https://cases.stretto.com/Celsius.  You may also obtain copies of all pleadings filed in these

Chapter 11 Cases by visiting the Court's website at http://www.nysb.uscourts.gov in accordance

with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

New York, New York
Dated: January 10, 2025

**WHITE & CASE LLP**
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Email: sam.hershey@whitecase.com

– and –

**WHITE & CASE LLP**
Ronald Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:     (213) 620-7700
Facsimile:     (213) 452-2329
Email: rgorsich@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:     (312) 881-5400
Facsimile:     (312) 881-5450
Email: gregory.pesce@whitecase.com
          laura.baccash@whitecase.com

*/s/ Seth H. Lieberman*
**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:     (212) 421-4100
Facsimile:     (212) 326-0806
Email: slieberman@pryorcashman.com
          msilverman@pryorcashman.com
          arichmond@pryorcashman.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*

4

**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:     (212) 421-4100
Facsimile:     (212) 326-0806
Email: slieberman@pryorcashman.com
          msilverman@pryorcashman.com
          arichmond@pryorcashman.com

– and –

**WHITE & CASE LLP**
Samuel P. Hershey
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Facsimile:     (212) 354-8113
Email: sam.hershey@whitecase.com

**WHITE & CASE LLP**
Ronald Gorsich (admitted *pro hac vice*)
555 South Flower Street, Suite 2700
Los Angeles, California 90071
Telephone:     (213) 620-7700
Facsimile:     (213) 452-2329
Email: rgorsich@whitecase.com

– and –

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:     (312) 881-5400
Facsimile:     (312) 881-5450
Email:  gregory.pesce@whitecase.com
            laura.baccash@whitecase.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
|  | ) |  |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |
|  | ) |  |

---

[1]  The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## JOINT STIPULATION AND AGREED ORDER BETWEEN THE LITIGATION ADMINISTRATOR AND CLAIMANT DAVID K. O'REAR

Mohsin Y. Meghji, as Litigation Administrator (the "Litigation Administrator") for Celsius Network LLC and its affiliated Post-Effective Date Debtors (the "Debtors"), and David K. O'Rear (the "Claimant" and together with the Litigation Administrator, the "Parties") have agreed to resolve a dispute regarding Claimant's proof of claim as set forth below and hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") and agree as follows:

### RECITALS

**WHEREAS**, on July 13, 2022 (the "Petition Date"), each of the Debtors filed a voluntary petition in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code.

**WHEREAS**, on November 9, 2023, the Bankruptcy Court entered an order [Dkt. No. 3972] confirming the modified joint chapter 11 plan of reorganization of the Debtors, which, among other things, vested the Litigation Administrator with leave, standing and authority to prosecute certain disputed claims belonging to the Debtors.

**WHEREAS**, on or about December 28, 2022, Claimant filed proof of claim number 17179 ("Claim No. 17179") against the Debtors.

**WHEREAS**, on October 4, 2024, the Litigation Administrator filed *The Litigation Administrator's Sixth Omnibus Objection to Certain Inaccurately Supported Claims* [Dkt. No. 7730] (the "Sixth Omnibus Claims Objection"), which included an objection to Claim No. 17179.

**WHEREAS**, the Litigation Administrator objected to Claim No. 17179 on the grounds that the Claimant failed to provide sufficient supporting documentation to constitute *prima facia* evidence of the validity and amount of the claim (the "Claim Dispute"), as more fully set forth in the Sixth Omnibus Claims Objection.

2

WHEREAS, the Parties desire to consensually resolve the Claim Dispute without the time, expense, and uncertainty attendant to litigation, through the entry of this Stipulation and Agreed Order.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON COURT APPROVAL HEREOF, IT IS HEREBY ORDERED THAT:**

1.      The foregoing recitals are incorporated herein by reference.

2.      Claim No. 17179 shall be modified and allowed in an amount equal to the amount under the corresponding heading labeled "Modified" as set forth for Claim No. 17179 on Schedule 1 of the Sixth Omnibus Claims Objection and attached hereto as **Exhibit A**.  Any amounts in excess of the amounts reflected under the heading labeled "Modified" are hereby disallowed and expunged.

3.      The Debtors' claims and noticing agent, Stretto, Inc., is authorized to update the claims register maintained in these chapter 11 cases in accordance with this Stipulation and Agreed Order.

4.      This Stipulation and Agreed Order represents the entire agreement by and between the Parties with respect to the subject matter hereof and supersedes all prior discussions, agreements, and understandings, both written and oral, between the Parties with respect thereto.

5.      This Stipulation and Agreed Order may be executed in identical counterparts, including by facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

6.      The terms and conditions of this Stipulation and Agreed Order shall be immediately effective and enforceable upon its entry.

7.      The Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Stipulation and Agreed Order.

*[Signature page to follow]*

**SO STIPULATED:**

Dated: January 10, 2025

*/s/ Seth H. Lieberman*
**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:     (212) 421-4100
Facsimile:      (212) 326-0806
Email: slieberman@pryorcashman.com
          msilverman@pryorcashman.com
          arichmond@pryorcashman.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*

*/s/ Monique D. Hayes*
**DGIM LAW, PLLC**
Monique D. Hayes
2875 NE 191st Street, Ste 705
Aventura, FL 33180
Telephone:     (786) 698-6303
Email: monique@dgimlaw.com

*Counsel to Claimant David K. O'Rear*

**IT IS SO ORDERED.**

 Dated: _____, 2025
 New York, New York

THE HONORABLE MARTIN GLENN
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Exhibit A**

| | CREDITOR(1) | DEBTOR | CLAIM # | ASSERTED | | MODIFIED | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | AMOUNT(2) | QUANTITY(3) | QUANTITY | BASIS FOR OBJECTION |
| 162 | O'REAR, DAVID K. [ADDRESS ON FILE] | All Debtors | 17179 | Earn: $149,583.17<br><br>Custody: $0.00<br><br>Withheld: $0.00<br><br>Collateral: $0.00<br><br>NonCrypto: $0.00 | Earn: BTC 3.58096775049744 ETH 38.3388485424341 LINK 202.8025462118081 LTC 101.577807025852<br><br>Custody: BTC 0.00238242951240195<br><br>Withheld: 0.00<br><br>Collateral: 0.00<br><br>NonCrypto: $0.00 | Earn: BTC 3.58096775049744 ETH 38.3388485424341 LINK 202.802546218081 LTC 101.577807025852<br><br>Custody: BTC 0.00238242951240195<br><br>Withheld: 0.00<br><br>Collateral: 0.00 | As set forth in paragraph 21 of the Objection, the Claim fails to provide sufficient supporting documentation to constitute prima facia evidence of the validity and amount of the claim. The Claim should be modified to reflect the amounts reflected in the Debtors' books and records. |

(1) As name appears on Proof of Claim.
(2) $0.00 amount could also represent a blank or unliquidated amount.
(3) 0.00 amount could also represent a blank or unliquidated amount.