**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Celsius Network LLC                                    CASE NO.: 22–10964–mg

Social Security/Taxpayer ID/Employer ID/Other Nos.:           CHAPTER: 11
87–1192148

---

# NOTICE OF TRANSMITTAL OF
# RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on November 26, 2024, document number 7867, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 24–cv–9278 assigned to the Honorable Jed S. Rakoff.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: January 16, 2025                                       Vito Genna
                                                              Clerk of the Court