# Notice Recipients

District/Off: 0208–1             User: admin               Date Created: 1/16/2025

Case: 22–10964–mg             Form ID: tranapl            Total: 2

**Recipients of Notice of Electronic Filing:**

aty         Mark Bruh          mark.bruh@usdoj.gov
aty         Zachary Evan Mazur       zachary@saracheklawfirm.com

                                                            TOTAL: 2