**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| CELSIUS NETWORK LLC, et al., | No. 22-10964 (MG) |
| Debtors | (Jointly Administered) |

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferor: | Name of Transferee: |
|---|---|
| **Amon Card Limited, assignee of Amon OU** | **Cherokee Debt Acquisition, LLC** |

| Name and Current Address of Transferor: | Name and Address where notices and payments to transferee should be sent: |
|---|---|
| **Amon Card Limited, assignee of Amon OU**<br>**Company No. 12619776**<br>**Flat 204, Foundry House**<br>**47 Morris Road**<br>**London, England, E14 6NJ** | **Cherokee Debt Acquisition, LLC**<br>**Attn: Vladimir Jelisavcic**<br>**Email: vjel@cherokeeacq.com**<br>**1384 Broadway, Suite 906**<br>**New York, NY 10018** |

| Claim No./Schedule | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 23431 | Amon Card Limited, assignee of Amon OU | as described on the Proof of Claim | Celsius Network LLC | 22-10964 |
| Schedule F Line (3.1.029497) | Amon Card Limited, assignee of Amon OU | as described on Schedule F (attached) | Celsius Network LLC | 22-10964 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Vladimir Jelisavcic_   Date: January 16, 2025
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

<u>Annex B</u>

TO:    U.S. Bankruptcy Court
         Southern District of New York ("<u>Bankruptcy Court</u>")

AND TO:    Celsius Network LLC ("<u>Debtor</u>")
             Case No. 22-10964 ("<u>Case</u>")

Proof of Claim #: 23431
Schedule F Line #: 3.1.029497

**AMON CARD LIMITED, ASSIGNEE OF AMON OU** ("<u>Seller</u>"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
Attn: Vladimir Jelisavcic
1384 Broadway, Suite 906
New York, NY 10018

its successors and assigns ("<u>Buyer</u>"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the claim; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on Debtor's schedules, in the principal amount as described on Schedule F, which represents <u>100</u>% of the total claim as described on Schedule F ("<u>Claim</u>") against Debtor in the Bankruptcy Court, or any other court with jurisdiction over Debtor's Case.

Seller hereby waives: (a) any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court; and (b) any notice or right to a hearing as may be imposed by Federal Rule of Bankruptcy Procedure 3001, the Bankruptcy Code, applicable local bankruptcy rules or other applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and will not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated January <u>16</u>, 2025.

| | |
|---|---|
| **AMON CARD LIMITED,** **ASSIGNEE OF AMON OU** | **CHEROKEE DEBT ACQUISITION, LLC** |
| *daniele izzo* | *Vladimir Jelisavcic* |
| By: daniele izzo (Jan 1, 2025 13:06 GMT+7) | By:_____ |
| Name:  Daniele Izzo | Name:  Vladimir Jelisavcic |
| Title:    CEO | Title:    Manager |

## Creditor Detail for AMON CARD LIMITED [AS ASSIGNEE OF OU, AMON], Claim No. 23431

**Creditor**
AMON CARD LIMITED [AS ASSIGNEE OF OU, AMON]

**Debtor**
All Debtors

**Schedule No.**

**Claim No.** 23431
**Date Filed** 02/06/2023

### Schedule Amount

| | |
|---|---|
| General Unsecured | |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | |

### Filed Claim Amount

| | |
|---|---|
| General Unsecured | Unliquidated |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | Unliquidated |

### Current Claim Amount

| | |
|---|---|
| General Unsecured | Unliquidated |
| Priority | |
| Secured | |
| Admin Priority | |
| **TOTAL** | |

**Claim Status** Proof of Claim

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

| 3.1.029497 | AMON OU | ADDRESS REDACTED | | | BCH 51.107310243269<br>BTC 21.1496863237507<br>DASH 24.5274209630138<br>ETH 73.4140320299746<br>LTC 162.712342547531<br>MATIC 5332.7586575057<br>MCDAI 5510.58535695649<br>SGB 2.08818986215897<br>USDC 50843.1565634968<br>USDT ERC20 28747.4785709624<br>XRP 34569.0525213862 | | |