# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: Celsius Network LLC　　　　　§　　Case No. 22-10964
　　　　　　　　　　　　　　　　　§　　Lead Case No. 22-10964
　　　　　　　　　　　　　　　　　§
　　　　　　　Debtor(s)　　　　　　§　　☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 12/31/2024　　　　　　　　Petition Date: 07/13/2022

Plan Confirmed Date: 11/09/2023　　　　　　　　Plan Effective Date: 01/31/2024

This Post-confirmation Report relates to:　◯ Reorganized Debtor
　　　　　　　　　　　　　　　　　　　　⦿ Other Authorized Party or Entity: Post-Effective Date Debtors
　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Joshua A. Sussberg　　　　　　　　　　　　Joshua A. Sussberg, P.C.
Signature of Responsible Party　　　　　　　　Printed Name of Responsible Party

01/21/2025
Date

　　　　　　　　　　　　　　　　　　　　　　601 Lexington Avenue, New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Celsius Network LLC                                                                                              Case No.  22-10964

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $11,555,855 | $338,230,132 |
| b. Non-cash securities transferred | $0 | $653,032,140 |
| c. Other non-cash property transferred | $219,160,893 | $2,789,463,717 |
| d. Total transferred (a+b+c) | $230,716,748 | $3,780,725,989 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $24,777 | $164,969,616 | $1,446,416 | $164,538,770 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
| i | RSM US LLP | Other | $0 | $1,279,378 | $918,322 | $918,322 |
| ii | KE Andrews | Other | $0 | $75,000 | $0 | $75,000 |
| iii | Stout | Other | $0 | $1,251,266 | $0 | $1,251,266 |
| iv | Akin Gump Strauss Hauer & Fe | Co-Counsel | $2,499 | $16,098,697 | $2,499 | $16,098,697 |
| v | Kirkland & Ellis | Lead Counsel | $0 | $74,041,850 | $501,217 | $74,041,850 |
| vi | Sontchi, LLC | Other | $1,050 | $73,822 | $3,150 | $73,822 |
| vii | A.M. Saccullo Legal, LLC | Other | $21,228 | $230,725 | $21,228 | $230,725 |
| viii | Latham & Watkins | Special Counsel | $0 | $10,506,738 | $0 | $10,506,738 |
| ix | Stretto | Other | $0 | $12,264,908 | $0 | $12,195,118 |
| x | Alvarez & Marsal | Financial Professional | $0 | $24,793,360 | $0 | $24,793,360 |
| xi | Centerview Partners | Financial Professional | $0 | $24,353,872 | $0 | $24,353,872 |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Celsius Network LLC    Case No. 22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Celsius Network LLC                                                                    Case No. 22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $8,898,442 | $246,682 | $8,898,442 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Andersen LLP | Other | $0 | $227,721 | $0 | $227,721 |
| | ii | Ernst & Young LLP | Other | $0 | $6,658,691 | $246,682 | $6,658,691 |
| | iii | Taylor Wessing LLP | Other | $0 | $190,757 | $0 | $190,757 |
| | iv | Jackson Lewis P.C. | Other | $0 | $20,562 | $0 | $20,562 |
| | v | FTI Consulting Technology LL | Other | $0 | $1,716,875 | $0 | $1,716,875 |
| | vi | Conyers Dill & Pearman | Other | $0 | $6,077 | $0 | $6,077 |

UST Form 11-PCR (12/01/2021)                                       4

Debtor's Name Celsius Network LLC                                              Case No. 22-10964

|   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|
| | vii | McCarthy Tetrault LLP | Other | $0 | $57,842 | $0 | $57,842 |
| | viii | Middlebrooks Shapiro, P.C. | Other | $0 | $19,295 | $0 | $19,295 |
| | ix | McMillan LLP | Other | $0 | $622 | $0 | $622 |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |

Debtor's Name Celsius Network LLC                                                                 Case No. 22-10964

|     |     |     |     |     |     |
| --- | --- | --- | --- | --- | --- |
| xlix |     |     |     |     |     |
| l    |     |     |     |     |     |
| li   |     |     |     |     |     |
| lii  |     |     |     |     |     |
| liii |     |     |     |     |     |
| liv  |     |     |     |     |     |
| lv   |     |     |     |     |     |
| lvi  |     |     |     |     |     |
| lvii |     |     |     |     |     |
| lviii|     |     |     |     |     |
| lix  |     |     |     |     |     |
| lx   |     |     |     |     |     |
| lxi  |     |     |     |     |     |
| lxii |     |     |     |     |     |
| lxiii|     |     |     |     |     |
| lxiv |     |     |     |     |     |
| lxv  |     |     |     |     |     |
| lxvi |     |     |     |     |     |
| lxvii|     |     |     |     |     |
| lxviii|    |     |     |     |     |
| lxix |     |     |     |     |     |
| lxx  |     |     |     |     |     |
| lxxi |     |     |     |     |     |
| lxxii|     |     |     |     |     |
| lxxiii|    |     |     |     |     |
| lxxiv|     |     |     |     |     |
| lxxv |     |     |     |     |     |
| lxxvi|     |     |     |     |     |
| lxxvii|    |     |     |     |     |
| lxxviii|   |     |     |     |     |
| lxxix|     |     |     |     |     |
| lxxx |     |     |     |     |     |
| lxxxi|     |     |     |     |     |
| lxxxii|    |     |     |     |     |
| lxxxiii|   |     |     |     |     |
| lxxxiv|    |     |     |     |     |
| lxxxv|     |     |     |     |     |
| lxxxvi|    |     |     |     |     |
| lxxxvi|    |     |     |     |     |
| lxxxvi|    |     |     |     |     |
| lxxxix|    |     |     |     |     |
| xc   |     |     |     |     |     |

Debtor's Name Celsius Network LLC                                      Case No. 22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $1,218,567 | $270,470,822 | $2,886,888 | $260,091,140 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $219,160,893 | $3,442,495,857 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                              Yes ○    No ●

    If yes, give date Final Decree was entered: _____

    If no, give date when the application for Final Decree is anticipated: Please refer to PCR global notes

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●    No ○

UST Form 11-PCR (12/01/2021)                                         7

| Debtor's Name Celsius Network LLC | Case No. 22-10964 |
|---|---|

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Christopher Ferraro | Christopher Ferraro |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrator | 01/21/2025 |
| Title | Date |

Debtor's Name Celsius Network LLC						Case No. 22-10964

[barcode]
Page 1

[barcode]
Other Page 1

[barcode]
Page 2 Minus Tables

[barcode]
Bankruptcy Table 1-50

Debtor's Name Celsius Network LLC                                              Case No. 22-10964


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

**Celsius Network LLC, et al.**                                              Case Number: 22-10964 (MG)
                                                         Reporting Period: Q4 FY24 (*October – December*)

## Notes to the Post Confirmation Report

**Notes to the PCR:**

On November 9, 2023, the Bankruptcy Court entered the *Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972], pursuant to which the Bankruptcy Court approved and confirmed the *Modified Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* (as may be further modified, amended, or supplemented from time to time the "Plan").[1] The Effective Date of the Plan occurred on January 31, 2024 [Docket No. 4298].

The Post-Confirmation Report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor is it intended to fully reconcile the consolidated financial statements prepared by the Post-Effective Date Debtors.  Information contained in the Post-Confirmation Report has been derived from the Post-Effective Date Debtors' books and records as of December 31, 2024.  The Post-Effective Date Debtors have prepared this quarterly report, which covers the period from October 1, 2024 through December 31, 2024, utilizing the best information presently available to them, which has been collected, maintained, and prepared in accordance with their reporting practices during their Chapter 11 Cases.  The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Post-Effective Date Debtors in the future.

The Post-Effective Date Debtors reserve all rights to amend or supplement this Post-Confirmation Report in all respects, as may be necessary or appropriate.  Nothing contained in this Post-Confirmation Report shall constitute a waiver of any of the Post-Effective Date Debtors' rights or an admission with respect to their Chapter 11 Cases.

**Notes to PCR Part 1:**
Total Cash Disbursements include Cash disbursements originating from the bank account of the relevant entity.  Non-Cash securities transferred represent equity distributions of MiningCo Common Stock made to Holders of Claims and is denominated in USD at a share price of $20.  Other non-Cash property transferred represents BTC and ETH distributed to creditors and is denominated in USD.  For initial distributions, BTC and ETH were valued using January 16, 2024 coin prices.  In Q4 2024, the company began its second round of distributions, which are valued using the BTC price of $95,836.23 (the weighted price at which the Post-Effective Date Debtors purchased the BTC as more fully detailed in the *Notice of Commencement of Second Plan Distribution* [Docket No. 7871]).  Part 1.c may include fiat amounts transferred during the relevant period as reflected in Part 3.

**Notes to PCR Part 3:**
The Post-Confirmation Report outlines distributions to various Holders of Claims, such as Administrative Claims, Secured Claims, Priority Claims, and General Unsecured Claims.  Pursuant to the Plan, the initial distribution of assets to Holders of Account Holder Claims commenced on January 31, 2024.  However, due to the ongoing reconciliation process for certain claim classes, the Post-Effective Date Debtors cannot accurately predict the total payments or Allowed Claims under the Plan.  This uncertainty stems from the volatile nature of asset prices and the challenge in forecasting future prices, which directly affect the proceeds

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Plan. On December 27, 2023, the Bankruptcy Court entered the *Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief* [Docket No. 4172]. The *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* is available at Docket No. 4289.

Celsius – Post Confirmation Report Global Notes

**Celsius Network LLC, et al.**  **Case Number: 22-10964 (MG)**
**Reporting Period: Q4 FY24 (*October – December*)**

available for distribution. Consequently, "$0" has been entered in certain columns of Part 3 where such information remains unknown, undetermined, or otherwise not applicable.

The Post-Effective Date Debtors previously inadvertently reported on-going distributions of NewCo Common Stock as recoveries to holders of Equity Interests. This error has been corrected in the current report, where such distributions are now reported as recoveries for holders of General Unsecured Claims in Part 3.

**Notes to PCR Part 4:**
This Post-Confirmation Report does not constitute a final report and any date of application for a final decree is currently unknown.