**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Pauline Aragon, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On January 10, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, pursuant to USPS forwarding instructions:

- **The Litigation Administrator's Seventh Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7868)

- **Seventh Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

Furthermore, on January 10, 2025, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit B**, pursuant to USPS forwarding instructions:

- **The Litigation Administrator's Eighth Omnibus Objection to Certain Proofs of Claim (Cross-debtor Duplicate Claims)** (Docket No. 7869)

- **Eighth Omnibus Claims Objection Notice of Objection to Your Proof of Claim and Deadline to File a Response With the Bankruptcy Court**

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (0143); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison St, Suite 209F, Hoboken, New Jersey 07030.

Furthermore, on January 14, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**, pursuant to USPS forwarding instructions:

- **Notice of Adjournment of Hearing on January 14, 2025** (Docket No. 7893)

Dated: January 22, 2025

_____
Pauline Aragon

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California,
County of Orange

Subscribed and sworn to (or affirmed) before me on this 22nd day of January, 2025 by Pauline Aragon, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

NAOMI RODRIGUEZ
Notary Public - California
Orange County
Commission # 2401472
My Comm. Expires Apr 20, 2026

# **<u>Exhibit A</u>**



# Exhibit A

Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| ADES, WILLIAM C | ON FILE |
| BRYAN COURCHESNE | ON FILE |
| MADELON SETTLE CHOICE | ON FILE |
| SANG KEUN CHI | ON FILE |
| WILLIAM ADES | ON FILE |

In re: Celsius Network LLC, *et al.*
Case No. 22-10964 (MG)

Page 1 of 1

# **Exhibit B**



**Exhibit B**
Served via First-Class Mail

| NAME | ADDRESS |
| --- | --- |
| JOHN DZARAN 401K TRUST | ON FILE |
| JORDAN SANDERS | ON FILE |
| KEMENOSH, JOHN ROBERT | ON FILE |
| MICHAEL WEIST | ON FILE |
| SULEYMANOV, CHINGIZ | ON FILE |
| THOMAS MEREDITH | ON FILE |

# **Exhibit C**



**Exhibit C**
Served via First-Class Mail

| NAME | ADDRESS |
|---|---|
| HALEY WALKER | ON FILE |
| KYLE PRINGLE | ON FILE |
| MICHAEL BURKHOLDER | ON FILE |
| OMAYRA BATISTA | ON FILE |