# Tab 2

Hello my name is collins oherein a creditor of celsius i am writing to the court because i have no one else to ask for help . its been almost a year now and i am yet to get my distribution which i am owed by celsius according to the approved plan . i am written countless emails to their distribution unit who is in charge of sending funds to creditor but i have been met with silence . i and my family have been severely affected by the funds we lost on celsius bankruptcy and now even more worst i have been miss treated by the people the court has assigned to help me receive what was due to me .  please i need help i do not know where to turn to i am unable to take care of my house hold due to the financial implication of the bankruptcy. The little i am being owed would go a long way in helping me . please i beg the court to help me talk to those in charge to please release my funds to me. I have done all they ask of me yet i am being kept in the dark on when, or if i will ever get my money back . please help
Thanks
Collins oherein