UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:** Celsius Network LLC, et al.
**Case No.:** 22-10964 (MG)

---

**Motion to Request Ruling on the Papers**

*(Related to Claim No. 22960)*

To the Honorable Chief Judge Martin Glenn:

I, **Cella Mlo**, respectfully request that the Court issue a ruling on the objection to my filed Claim No. 22960. All relevant documents are now on the record, including:

- My original response with supporting documentation
- A sur-reply addressing material misstatements in the Debtors' reply
- A Motion to Seal redacted personal documentation (filed May 1, 2025)
- Unredacted exhibits delivered to Chambers on May 9, 2025

This submission confirms that the record is now complete, and I have no further filings to submit.

As outlined in my sur-reply:

- The Litigation Administrator's reply cherry-picked out-of-context material while ignoring foundational evidence, including my signed offer letter, payroll documentation, and a full sequence of events surrounding my termination - all of which have been submitted into the record and corroborated through official documentation.
- The Debtors introduced a declaration from the company's CFO - a person who had absolutely no involvement in my hiring, termination, or consulting engagement. He did not supervise me, work with me, or interact with me. His declaration is irrelevant and lacks any firsthand knowledge of the basis of this claim. It appears intended solely to create the illusion of credibility while distracting from the core facts.
- The core issue - still unaddressed - is that I was terminated shortly after reporting alleged fraud and misconduct by a key executive to Celsius HR, without cause, severance, or final compensation. This pattern is consistent with retaliation following protected internal reporting.
- Following my termination, Celsius continued to request my assistance on projects, despite failing to compensate me for time or reimbursable expenses. These post-termination interactions, along with withheld compensation, form part of my unpaid and unacknowledged contributions.

Rather than addressing the claim on its merits, the Debtors sought to minimize and discredit it while avoiding the central evidence on record.

**The final sur-reply was submitted in accordance with court procedure, and its restricted status was determined by the Clerk or Court. I have complied fully with all submission and sealing requirements and respectfully request that the Court now rule on the existing record.**

**No further communications have been necessary, as the record is complete and fully compliant with the Court's procedures.**

I have no further filings to make, and believe the record is now complete and ready for decision.

Respectfully submitted,


**Cella Mlo**
442 Lorimer St, Suit D #5001
Brooklyn, NY 11206
Email: cellamlo35@gmail.com
Date: May 15, 2025