

**Matthew W. Silverman**
Partner

Direct Tel: 212-326-0824
MSilverman@pryorcashman.com

August 25, 2025

**Via Email and Efile**

Hon. Martin Glenn, Chief Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re: *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Respond to the Litigation Administrator's Omnibus Objection to the <u>Proofs of Claims of Cadwalader, Wickersham & Taft LLP</u>

Dear Hon. Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as <u>Exhibit 1</u> to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement with Cadwalader, Wickersham & Taft LLP ("<u>Cadwalader</u>"), we write to request confirmation of the extension of the deadline for Cadwalader to respond to the *Litigation Administrator's Omnibus Objection to the Proofs of Claims of Cadwalader, Wickersham & Taft LLP* [Docket No. 8182] to Monday, September 22, 2025 at 4:00 p.m. (prevailing Eastern Time).

Very truly yours,

/s/ *Matthew W. Silverman*

Matthew W. Silverman

cc: Casey Servais, Esq. – Counsel to Cadwalader, Wickersham & Taft LLP