

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806      pryorcashman.com

**Matthew W. Silverman**
Partner

Direct Tel: 212-326-0824
MSilverman@pryorcashman.com

October 1, 2025

**Via Email and Efile**

Hon. Martin Glenn, Chief Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 523
New York, NY 10004-1408

Re:   *In re Celsius Network LLC*, No. 22-10964 (MG) – Request to Extend Deadline to Respond to the Litigation Administrator's Omnibus Objection to the Proofs of Claims of Cadwalader, Wickersham & Taft LLP

Dear Hon. Chief Judge Glenn:

Pursuant to paragraph 27 of the *Case Management Procedures*, attached as Exhibit 1 to the *Second Amended Final Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief* [Docket No. 2560] and upon mutual agreement with Cadwalader, Wickersham & Taft LLP ("Cadwalader"), we write to request confirmation of the further extension of the deadline for Cadwalader to respond to the *Litigation Administrator's Omnibus Objection to the Proofs of Claims of Cadwalader, Wickersham & Taft LLP* [Docket No. 8182] to Monday, October 20, 2025 at 4:00 p.m. (prevailing Eastern Time).

Since the initial extension, the Litigation Administrator filed the *Joint Stipulation and Agreed Order Authorizing the Withdrawal of the Proofs of Claim of Cadwalader, Wickersham & Taft LLP* [Docket No. 8209], which was presented to the Court to be so-ordered on September 25, 2025.

Very truly yours,

/s/ *Matthew W. Silverman*

Matthew W. Silverman

cc:   Casey Servais, Esq. – Counsel to Cadwalader, Wickersham & Taft LLP