**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:  (212) 421-4100
Facsimile:  (212) 326-0806
Email: slieberman@pryorcashman.com
       msilverman@pryorcashman.com
       arichmond@pryorcashman.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE LITIGATION ADMINISTRATOR'S OMNIBUS OBJECTION TO THE PROOFS OF CLAIM OF CADWALADER, WICKERSHAM & TAFT LLP**

**PLEASE TAKE NOTICE** that, on August 8, 2025, Mohsin Y. Meghji, in his capacity as Litigation Administrator of Celsius Network LLC and its affiliated Post-Effective Date Debtors (the "Litigation Administrator"), filed *The Litigation Administrator's Omnibus Objection to the Proofs of Claim of Cadwalader, Wickersham & Taft LLP* [Dkt. No. 8182] (the "Objection").

---

[1] The Post-Effective Date Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 Cases is 1209 Orange Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, on September 10, 2025, the Litigation Administrator filed, upon notice of presentment, the *Joint Stipulation and Agreed Order Authorizing the Withdrawal of the Proofs of Claim of Cadwalader, Wickersham & Taft LLP* [Dkt. No. 8209-1] (the "Stipulation and Agreed Order").

**PLEASE TAKE FURTHER NOTICE** that, on October 2, 2025, the Bankruptcy Court so ordered the Stipulation and Agreed Order [Dkt. No. 8231].

**PLEASE TAKE FURTHER NOTICE** that, given the Cadwalader Claims (as defined in the Stipulation and Agreed Order) were withdrawn with prejudice, the Litigation Administrator hereby withdraws the Objection as moot.

New York, New York
Dated: October 8, 2025

*/s/ Seth H. Lieberman*
**PRYOR CASHMAN LLP**
Seth H. Lieberman
Matthew W. Silverman
Andrew S. Richmond
7 Times Square
New York, New York 10036
Telephone:    (212) 421-4100
Facsimile:    (212) 326-0806
Email: slieberman@pryorcashman.com
           msilverman@pryorcashman.com
           arichmond@pryorcashman.com

*Co-Counsel to Mohsin Y. Meghji as Litigation Administrator*