UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) <br> ) Case No. 22-10964 (MG) <br> ) <br> ) (Jointly Administered) <br> ) <br> ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | |
| Post-Effective Date Debtors. | |

## ORDER TO SHOW CAUSE WITH RESPECT TO EMERGENCY MOTION OF RUSKIN MOSCOU FALTISCHEK, P.C. TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

Upon the motion dated October 21, 2025 (the "Motion") of Ruskin Moscou Faltischek, P.C., as counsel of record to Alexander Mashinsky ("Mashinsky"), to withdraw as counsel to Mashinsky; and upon the Declaration of Thomas A. Telesca, Esq.; and sufficient cause appearing therefor, it is hereby;

**ORDERED**, that all persons having an interest in the above-captioned Chapter 11 cases show cause before the Honorable Martin Glenn, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004-1408 at a hearing, on the ___ day of October 2025 at _____ o'clock ___m. of that day or as soon thereafter as counsel may be heard (the "Hearing"), why an order should not be entered granting the Motion and authorizing Ruskin Moscou Faltischek, P.C. to withdraw as

---

[1] The post-effective date debtors in the Chapter 11 cases (prior to the Effective Date of the Plan, the "**Debtors**," and after the Effective Date, the "**Post-Effective Date Debtors**," as applicable), along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these Chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

counsel to Mashinsky and staying this matter for a suitable period to allow Mashinsky time to find substitute counsel; and it is further

**ORDERED**, that the Chapter 11 Cases are stayed as to Mashinsky pending the Hearing; and it is further

**ORDERED**, that the Hearing may be held by Zoom video through the Court's eCourt Appearances system. If you intend to appear at the Hearing, you must register with the Court by 12:00 pm at least two (2) business day prior to the Hearing. Instructions for registering with eCourt Appearances can be found at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may email Judge Glenn's courtroom deputy for instructions at (212) 284-4037; mg.chambers@nysb.uscourts.gov; and it is further

**ORDERED**, that service of this Order to Show Cause upon: (a) Mashinsky; (b) counsel to Mohsin Y. Meghji, as representative for the Post-Effective Date Debtors (c) the Office of the United States Trustee; (d) counsel to the Debtors; and (c) any persons who have filed a request for notice in the above captioned cases on or before October ____, 2025, by overnight mail and also by email to Mashinsky, and shall constitute good and sufficient service and notice of this Order to Show Cause and the Hearing; and it is further

**ORDERED**, that proof of service of this Order to Show Cause shall be filed by October ____, 2025; and it is further

**ORDERED**, that any objections to the relief requested in the Motion shall be filed by October ____, 2025 with the Clerk of the Court, and a copy of the objection delivered to Judge Glenn's Chambers; and it is further

2

**ORDERED**, that any objections to the relief requested must be in writing, state the standing of such objector to have its objection heard by this Court, set forth with particularity the legal and factual basis of the objection, and served through the Court's ECF filing system (except for service upon Mashinsky which shall be by overnight mail) upon: (i) counsel of record to the Mashinsky, Ruskin Moscou Faltischek, 1425 RXR Plaza, 15th Fl., Uniondale, New York 11556, Attn: Thomas A. Telesca, Esq.; (ii) Alexander Mashinsky, Register Number: 68096-510, FCI Fort Dix, Federal Correctional Institution, P.O. Box 2000, Joint Base MDL, NJ 08640, Attn: Incarcerated Records Coordinator; (iii) counsel to Mohsin Y. Meghji, as representative of the Post-Effective Date Debtors, White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020-1095, Attn: Samuel Hershey and David Turetsky; (iv) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722; Attn: William K. Harrington;  and (v) all persons having filed appearances or requests for notice in the Debtors' Chapter 11 Cases.

3