# EXHIBIT A

**RMF**
**RUSKIN MOSCOU FALTISCHEK** P.C.
*Counselors at Law*

Writer's Direct Dial:  (516) 663-6638
Writer's Direct Fax:  (516) 663-6838
Writer's E-Mail:  sgiugliano@rmfpc.com

August 24, 2023

By Email (alex@mashinsky.com)
Mr. Alex Mashinsky
140 E. 63rd Street, PH 4
New York, NY 10065

  **Re:** Representation in Celsius Network LLC, *et al.*; 22-10964 (MG) (Jointly Administered), U.S. Bankruptcy Court Southern District of New York

Dear Mr. Mashinsky:

  As part of our procedure in entering into new client relationships, we are pleased to present this engagement letter, which describes our services and the terms and conditions of the representation of Alex Mashinsky in the jointly administered chapter 11 bankruptcy cases commenced by Celsius Network LLC and its debtor affiliates in the U.S. Bankruptcy Court for the Southern District of New York, Case No. 22-10964 (MG) (the "Matter").  The Client shall only be Alex Mashinsky, not any other individual.

**Scope of the Firm's Representation**.

  You are engaging the Firm to represent Client in the Matter.  Specifically, you have asked the Firm to consider whether the Client should object to approval of the Disclosure Statement, and to assist in preparing and arguing an objection to confirmation of the Plan of Reorganization, as supplemented and amended, each in connection with the proposed equitable subordination of the Client's claim in the bankruptcy cases. You understand that by accepting the Engagement the Firm makes no guarantee of the outcome.  The Firm's services will be limited to the representation of Client in the Matter; our services will not extend to any other business, personal or legal affairs, or to any other aspect of your activities.  You understand and agree that the Firm's receipt or use of confidential or other information from you or from others in the course of this representation will not give rise to any expectation that we will render any other advice or services unless additional work shall have been agreed in writing (which may include an email).

1008894



Alex Mashinsky
August 24, 2023
Page 2

### Assignment of Firm Personnel.

I will be primarily responsible for the supervision of the Matter, but you are engaging the Firm, not me individually. As appropriate, I will draw upon the talents of other lawyers and non-lawyers within the firm. As appropriate, I will draw upon the talents of other lawyers and non-lawyers within the firm. I can be reached at (516) 663-6638 or via email at sgiugliano@rmfpc.com. My assistant Sarina Amiel may be reached at (516) 663-6568 or via email at samiel@rmfpc.com.

### Communication by Firm.

We will keep you informed of the status of the Matter and will consult with you when appropriate. Copies of significant correspondence and documents will be sent to you. In the event that you need to reach the Firm and the person sought is unavailable, please send an email or leave a message disclosing the nature and urgency of the call.

### Client Cooperation.

You understand that, in order for us to represent you effectively, it is necessary for you to assist and cooperate with the Firm. You agree to (1) make yourselves (including your employees if applicable) available to discuss issues as they arise; (2) attend and participate in meetings, preparation sessions, court proceedings and other activities in connection with the representation; and (3) provide complete and accurate information and documents to us on a timely basis, and update information as needed including providing the names of all additional parties involved in the Matter.

### Protection of Client Confidences – Modern Communication Devices.

We are always mindful of our central obligation to preserve the trust which our clients repose in us — their secrets and confidences. To that end it is important that we agree from the outset on what types of communications technology we will employ in the course of this Engagement. Unless you specifically direct us to the contrary, you agree that it is appropriate for us to use fax machines and e-mail, without any encryption or other special protections. In that regard, please specify an e-mail address, which you would like us to use in communicating with you. Please also notify the Firm if you have any other requests or requirements in connection with the methods of telecommunication, or persons to be included or copied in the circulation of documents relating to the Engagement.



Alex Mashinsky
August 24, 2023
Page 3

**Confidentiality of Information Obtained from Other Clients**.

You understand and agree that neither you nor any other person or entity will have any right or expectation of access or use of any information the Firm obtains during the representation of other clients.

**Waiver of Future Conflicts**:

Although the Firm is not currently aware of a conflict created by the proposed work on the Matter that would trigger the professional responsibility rules governing conflicts of interest at this time, the nature and scope of the Firm's work for other clients may give rise to conflicts of interest in the future.  The purpose of this letter is to explain how the Firm proposes to resolve future conflicts issues so that the Clients can decide whether or not to be represented by the Firm. It is possible that the Firm's present or future clients may be direct competitors of you or otherwise may have business or legal interests that are contrary to your interests. The Firm only seeks a waiver for work that is not substantially related to your Matter, and which will not involve any use of your confidential information.  Subject to those limitations, you agree that the Firm is and will remain free (i) to represent other clients adversely to you in negotiations, business transactions, or (ii) to undertake representation of any kind on behalf of or against third parties in cases or matters even though the Firm's client(s) in such cases or matters may be adverse to you (including in the Matter), and you agree not to seek to disqualify the Firm in any such matter.

The Firm may need to consult with or to secure a waiver from its other current or prospective clients who are or may become adverse to you.  In order to conduct such conflict checks, you agree that the Firm is and will be allowed to disclose to each such current or prospective client the fact that the Firm has or has had an attorney-client relationship with you.

Before agreeing to this waiver of conflicts of interest you should consider whether there is a material risk of adverse disclosure or use of confidential client information, or a material risk that the Firm will be less zealous or eager when representing you because of other adverse representations.  We believe that any risk to you is minimal to nonexistent in light of the protections and limitations contained in this letter. Although we are certainly willing to discuss potential amendments to this waiver that you would like us to consider, you should know that without a mutually acceptable waiver, we will not represent you in the Matter or in any other matter.

RUSKIN MOSCOU FALTISCHEK



Alex Mashinsky
August 24, 2023
Page 4

As you know, we have discussed this conflicts waiver and its potential implications with you by phone and we strongly urge you not to sign this waiver if you have any unanswered or unaddressed reservations or concerns. **We also recommend that you discuss this waiver with independent counsel of your choice.**

*Please note that countersigning this letter, and instructing us or continuing to instruct us on this Matter will constitute your full agreement to the terms set out above*.

**Fees and Expenses**.

You will be billed for our services for the actual time spent on the Matter by the Firm's attorneys.  Each attorney has an hourly rate at which his or her time is charged for matters of a particular type.  That rate is set by the Firm, taking into consideration the individual's professional background and other relevant factors.  These rates are revised from time to time.  The current hourly rates of professionals and paraprofessionals are as follows:  $400 to $715 for Partners and counsel, $235 to $410 for associates and $125 to $220 for legal assistants, law clerks and paraprofessionals.  I will be responsible for this Matter; my hourly billing rate is $595.

Rates for others (*e.g*., paralegals or clerks) who might also be called on will be reflected on the invoices issued to you.  Our invoices may also include our actual out of pocket costs, for payment on your behalf in connection with the Matter for ancillary services such as filing or other similar fees, court reporters, and amounts incurred on your behalf for travel expenses, including mileage and airfare, lodging, meal expenses, local travel and similar expenses.  Where the actual or anticipated costs of such costs exceeds **$500.00** we will act solely as your agent and you will be responsible for payment of those charges, even if they are billed to our firm.  When necessary or appropriate, you agree to pay such outside suppliers in advance.

We will bill you on a monthly basis and will expect to be paid within 30 days of the date of the invoice.  Billing for ancillary services may lag the rendering or use of those services by several months because of delays in the receipt of third-party bills and the posting of accounts.  We reserve the right to render statements more frequently during periods of unusually heavy activity on your case.  Payment of fees is **not** contingent on the result achieved.



Alex Mashinsky
August 24, 2023
Page 5

**Retainer**.

In order to commence work on the Matter, we require an initial retainer of $10,000.00. The retainer is *not* an estimate of the total fees. The retainer will be applied to the time charges outlined above. If and when the retainer is exhausted, our statements reflecting the time expended will show the charges incurred. As noted above, payment is due upon receipt. We have the right to request an additional amount once the retainer is reduced to $5,000.00. Should our charges on your matter be less than the retainer amount, the difference will be refunded to you.

**Advance Trial Fee Deposit**.

Although most matters settle, your matter may go to trial. Trials are typically time-intensive and expensive. Once we must begin preparing for your trial in earnest, we will require you to deposit with us some or all of the fees and costs that we anticipate to take your matter through to trial. The purpose of the advance trial fee deposit will be to assure payment of our trial-related services and expenses, which can mount rapidly. The amount of the advance trial fee deposit that we may require will be based on a number of factors, including, but not limited to, the amount of time that we expect to spend getting ready for trial, trying the case and attending to any anticipated post-trial proceedings. We will also take into account the amount of unapplied retainer that you may already have on deposit. You will be required to pay the advance trial fee deposit before we begin preparing for the trial of your case. By signing this engagement letter, you agree to pay the advance trial fee deposit for trial when we request it. Although we will continue sending you our regular monthly invoices, we will apply the advance trial fee towards the invoiced amounts. If the advance trial fee deposit is depleted, you may be required to replenish it, and in any event, you will be responsible for paying all fees and costs that the deposit is insufficient to cover. Any unearned portion of the deposit that remains at the conclusion of your Matter will be refunded to you.

If you do not provide us with an advance trial fee deposit when we request it, we may seek to withdraw from representing you in this matter. If we seek to withdraw, we will first notify you of our desire to withdraw, seek permission to withdraw from the court (if required), deliver to you all papers and property to which you are entitled, and refund to you any part of a retainer or other advances received that is in excess of the then-unpaid fees and/or expenses. We would also attempt to provide you with reasonable time to retain new counsel, and would take all other necessary steps to comply with applicable ethics laws and rules.



Alex Mashinsky
August 24, 2023
Page 6

**Termination of Representation**.

You may terminate this representation at any time, with or without cause. We also reserve the right to withdraw at any time to the fullest extent permitted by the applicable rules of professional responsibility. Any termination of our representation of you would be subject to such approval as may be required from any court(s) in which we are appearing on your behalf. In the event of termination by either of us, fees and costs for work performed prior to termination will still be payable to the extent permitted by law.

**Records Retention**.

Following any termination of representation, client files will be released only following delivery to the Firm of a signed release letter containing appropriate directions and payment of any outstanding fees. You will not be charged for the removal or transfer of electronically stored information ("ESI"). However, you will be charged for the reasonable costs of retrieval, assembly, copying and transfer of all files or materials in any format other than ESI.

We will retain the client files (or a copy) for the Matter for at least eight (8) years after completion or termination of our representation in the Matter, unless other arrangements have been made between the Firm and you in writing. Client files may be destroyed at any time after such eight-year retention period without further notice to you, unless you have made other arrangements with the Firm and confirmed those arrangements in writing.

**Governing Law**.

This engagement shall be governed by, and construed in accordance with, the laws of the State of New York, exclusive of the law of conflicts of law.

**Resolution of Disputes**.

If you should ever have any question or complaint about our representation, invoices, or any other aspect of your relationship with the Firm, please promptly discuss it with the partner or partners working on the matter or with the Firm's managing partner. If the issue is not resolved to your satisfaction in this way, please write to any of these individuals within 30 days so that the Firm may promptly review and resolve the matter. If we do not hear back from you within 30 days of the initial question or complaint, we will understand that it has been satisfactorily



Alex Mashinsky
August 23, 2023
Page 7

resolved. Any costs or legal expenses incurred by us in securing payment of an invoice about which you raised no question in writing within 30 days shall be paid by you.

Although the Firm thinks it unlikely, it is possible that a dispute may arise between the Firm and you regarding some aspect of the Engagement and the Firm's representation that cannot be resolved amicably through informal discussions. Should a dispute arise concerning our legal fees or costs which cannot be amicably resolved, either party may seek mediation or arbitration pursuant to the New York State Fee Dispute Resolution Program (22 N.Y.C.R.R. § 137). All disputes that have not otherwise been resolved shall be litigated only in the Supreme Court of the State of New York, County of Nassau, and you submit to the jurisdiction of that court.

**BY INITIALING AND SIGNING THIS LETTER, YOU AGREE TO WAIVE YOUR RIGHTS TO A JURY TRIAL IN ANY SUCH LITIGATION.** You acknowledge that, before agreeing to waive your rights to a jury trial, you have been afforded a reasonable opportunity to consult with independent legal counsel on the advisability of waiving a jury trial.

_____
*Client's initials*

### Binding Agreement.

This letter represents the entire agreement between you and the Firm with respect to this Matter. By signing below, you acknowledge that this letter has been carefully reviewed and its content understood by you and that you agree to be bound by all of its terms and conditions. Furthermore, you acknowledge that the Firm has made no representations or guarantees to you regarding the outcome of the Matter or the time necessary to resolve the Matter. No change or waiver of any of the provisions of this letter shall be binding on either you or on the Firm unless the change is in writing and signed by both you and the Firm.

If the foregoing accurately reflects our agreement, please confirm that by signing and returning the enclosed copy to me. Please do not hesitate to call me to discuss any questions you may have regarding this agreement. In addition, you have the right to consult other counsel to resolve your concerns. In conformance with the Firm's policy, we cannot commence work upon this engagement until we have received a copy of this letter countersigned by you and the retainer payment specified above.

RUSKIN MOSCOU FALTISCHEK



Alex Mashinsky
August 23, 2023
Page 8

Please note that your instructing us or continuing to instruct us on this matter will constitute your full acceptance of the terms set out above.

Thank you again for this opportunity to be of service to you; my colleagues and I look forward to working with you.

Sincerely,
RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
Sheryl P. Giugliano

Alex Mashinsky, has reviewed and agreed to the above terms of engagement of the Firm for the purposes and to the extent described in this letter.

_____
Alex Mashinsky
Date: 8/24/23



Alex Mashinsky
August 24, 2023
Page 9

## WIRE INSTRUCTIONS

| | |
|---|---|
| Receiving Bank: | Webster Bank |
| Bank Address: | Pearl River, New York 10965 |
| Routing/ABA #: | 221970443 |
| SWIFT: | STETUS33 |
| Account Name: | Ruskin Moscou Faltischek, PC Attorney Special Account 2 |
| Account Address: | 1425 RXR Plaza, East Tower, 15th Floor, Uniondale, New York 11556 |
| Account #: | 8311183744 |

## CREDIT CARD PAYMENT

Retainer only:   https://secure.lawpay.com/pages/ruskinmoscoufaltischek/trust