# EXHIBIT B

# RACHEL A. MORGENSTERN

| | |
|---|---|
| **From:** | Hughes, Corey (BOP) <c1hughes@bop.gov> |
| **Sent:** | Tuesday, October 7, 2025 12:13 PM |
| **To:** | RACHEL A. MORGENSTERN |
| **Subject:** | Request for an Attorney Visit, Alexander Mashinsky #68096-510 |
| **Attachments:** | Visiting Form.pdf |

**CAUTION:** This email originated from outside of the organization.

Good Morning,

I was forwarded your email in regard to an attorney visit for Mr. Alexander Mashinsky #68096-510. Attached is a visitation form that needs to be completed by all who intend to visit for approval.

Section 6: If you do not wish to provide your social security number and have a passport number, you can put that down. I just need one in that section.
Section 7: Just write your job title (ex. Attorney)
Also please provide a photographic copy of BAR #'s

If you wish you to visit, currently you will have to visit during normal visit hours which is Saturday and Sunday. (This coming weekend due to the Holiday on Monday October 13, the institution is offering normal visitation on Monday October 13th as well.)  For Visitation you are subject to passing a medical detector screening site, and any items you intend to bring along (paperwork that can fit in a briefcase) are subject to search, if you are not familiar with it

I can however set up a legal call Thursday or Friday this week (October 9th and October 10th) if need be, and this request is in relation to the Court Conference that is scheduled for next Tuesday October 14th if that would be easier. If you would like that option let me know, and we can schedule a time for either of those days from 9am-2pm EST.


Corey Hughes
Correctional Counselor
Unit 5841 (M-Z)
FCI Ft. Dix
Email: c1hughes@bop.gov

# RACHEL A. MORGENSTERN

| | |
|---|---|
| **From:** | RACHEL A. MORGENSTERN |
| **Sent:** | Monday, October 6, 2025 3:50 PM |
| **To:** | FTD-ExecAssistant-S (BOP) |
| **Cc:** | THOMAS TELESCA; JOHN A. DEMARO |
| **Subject:** | RE: Request for Attorney Visit - Inmate 68096-510 - Mashinsky - Time Sensitive |

Thank you

# Rachel A. Morgenstern
## Associate
p: 516-663-6537  f: 516-663-6737  e: rmorgenstern@rmfpc.com  w: www.rmfpc.com



**From:** FTD-ExecAssistant-S (BOP) <FTD-ExecAssistant-S@bop.gov>
**Sent:** Monday, October 6, 2025 3:46 PM
**To:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>
**Cc:** THOMAS TELESCA <ttelesca@rmfpc.com>; JOHN A. DEMARO <jdemaro@rmfpc.com>
**Subject:** Re: Request for Attorney Visit - Inmate 68096-510 - Mashinsky - Time Sensitive

**CAUTION:** This email originated from outside of the organization.

Hello,

I will follow up with the unit team.

Thank you

**From:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>
**Sent:** Monday, October 6, 2025 12:52 PM
**To:** FTD-ExecAssistant-S (BOP) <FTD-ExecAssistant-S@bop.gov>
**Cc:** THOMAS TELESCA <ttelesca@rmfpc.com>; JOHN A. DEMARO <jdemaro@rmfpc.com>
**Subject:** [EXTERNAL] RE: Request for Attorney Visit - Inmate 68096-510 - Mashinsky - Time Sensitive

Dear Warden:

1

We are following up on the below request to schedule to schedule a private attorney visit with Mr. Mashinsky to discuss matters related to an imminent court deadline. Please let us know the soonest possible date we can see Mr. Mashinsky for an attorney-client privileged visit so we may inform the Court and our adversaries. We appreciate your time and consideration.

Respectfully,

Rachel Morgenstern

## Rachel A. Morgenstern
Associate

**p**: 516-663-6537  **f**: 516-663-6737  **e**: rmorgenstern@rmfpc.com  **w**: www.rmfpc.com



1425 RXR Plaza
East Tower, 15th Floor
Uniondale NY 11556-1425

---

**From:** FTD-ExecAssistant-S (BOP) <FTD-ExecAssistant-S@bop.gov>
**Sent:** Tuesday, September 30, 2025 2:37 PM
**To:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>
**Cc:** THOMAS TELESCA <ttelesca@rmfpc.com>; JOHN A. DEMARO <jdemaro@rmfpc.com>
**Subject:** Re: Request for Attorney Visit - Inmate 68096-510 - Mashinsky - Time Sensitive

**CAUTION:** This email originated from outside of the organization.

Hello,

We have forwarded your request, and someone will be in contact with you soon.

Thank you

**From:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>
**Sent:** Tuesday, September 30, 2025 9:29 AM
**To:** FTD-ExecAssistant-S (BOP) <FTD-ExecAssistant-S@bop.gov>
**Cc:** THOMAS TELESCA <ttelesca@rmfpc.com>; JOHN A. DEMARO <jdemaro@rmfpc.com>
**Subject:** [EXTERNAL] Request for Attorney Visit - Inmate 68096-510 - Mashinsky - Time Sensitive

Dear Warden:

We are attorneys for Alexander Mashinsky, registry number 68096-510. We write to request your permission to schedule a private attorney visit with Mr. Mashinsky as soon as possible. Specifically, while reserving all attorney-client privilege, we wish to speak to Mr. Mashinsky about matters related to an imminent court deadline in the United States District Court for the Southern District of New York, where Mr. Mashinsky is currently a defendant.

On calling your facility, we were directed to make this request by email. Please let us know if there is anything else required to complete the request, or any additional information you need from us. Thank you for your help.

Sincerely,

Rachel Morgenstern

# Rachel A. Morgenstern
## Associate

p: 516-663-6537  f: 516-663-6737  e: rmorgenstern@rmfpc.com  w: www.rmfpc.com



1425 RXR Plaza
East Tower, 15th Floor
Uniondale NY 11556-1425

## RACHEL A. MORGENSTERN

| | |
|---|---|
| **From:** | RACHEL A. MORGENSTERN |
| **Sent:** | Thursday, October 9, 2025 6:21 PM |
| **To:** | Hughes, Corey (BOP) |
| **Cc:** | NORMAN CERULLO; THOMAS TELESCA; JOHN A. DEMARO |
| **Subject:** | RE: Request for an Attorney Visit, Alexander Mashinsky #68096-510 |

Mr. Hughes,

Thank you for offering to accommodate us and to help with paperwork. The best phone number to reach us would be 516-663-6635, which is my colleague Norm Cerullo's direct office number. We look forward to speaking with you and Mr. Mashinsky tomorrow.

Sincerely,

Rachel

# Rachel A. Morgenstern
## Associate

p: 516-663-6537  f: 516-663-6737  e: rmorgenstern@rmfpc.com  w: www.rmfpc.com



1425 RXR Plaza
East Tower, 15th Floor
Uniondale NY 11556-1425

**From:** Hughes, Corey (BOP) <c1hughes@bop.gov>
**Sent:** Thursday, October 9, 2025 6:53 AM
**To:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>
**Subject:** Re: Request for an Attorney Visit, Alexander Mashinsky #68096-510

**CAUTION:** This email originated from outside of the organization.

Friday October 10th at 1pm is good on my end, I will just need a good phone number to call. Once contact is made, I will then hand the phone over to Mr. Mashinsky. In regard to the visit, they should be able to accommodate that. If need be, you can always send paperwork to me that needs signed by him, and I can scan and send it back to you.

Corey Hughes
Correctional Counselor

Unit 5841 (M-Z)  
FCI Ft. Dix  
Email: c1hughes@bop.gov

---

**From:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>  
**Sent:** Tuesday, October 7, 2025 4:14 PM  
**To:** Hughes, Corey (BOP) <c1hughes@bop.gov>  
**Cc:** JOHN A. DEMARO <jdemaro@rmfpc.com>; THOMAS TELESCA <ttelesca@rmfpc.com>  
**Subject:** [EXTERNAL] RE: Request for an Attorney Visit, Alexander Mashinsky #68096-510

Good Afternoon,

Thank you for accommodating us and providing the required information and forms. We made this request in relation to an October 8th deadline to respond to court-ordered discovery demands. This morning we received a two week extension of that deadline and, to meet the new deadline, we need input from Mr. Mashinsky. For that reason, we would like to accept your offer to set up a legal call for Friday, October 10th at 1:00 pm.

We may also need Mr. Mashinsky's signature on these documents once they are in final form, in which case we will need to visit him next week. If we visit during normal visiting hours on Saturday or Sunday, may we have access to a private room where we can review the documents with Mr. Mashinsky while maintaining attorney-client privilege?

Thank you again for your time and consideration.

Sincerely,

Rachel Morgenstern

# Rachel A. Morgenstern
## Associate
**p**: 516-663-6537  **f**: 516-663-6737  **e**: rmorgenstern@rmfpc.com  **w**: www.rmfpc.com



RuskinMoscouFaltischek P.C.  
Counselors at Law

1425 RXR Plaza  
East Tower, 15th Floor  
Uniondale NY 11556-1425

---

**From:** Hughes, Corey (BOP) <c1hughes@bop.gov>  
**Sent:** Tuesday, October 7, 2025 12:13 PM  
**To:** RACHEL A. MORGENSTERN <rmorgenstern@rmfpc.com>  
**Subject:** Request for an Attorney Visit, Alexander Mashinsky #68096-510

**CAUTION:** This email originated from outside of the organization.

Good Morning,

I was forwarded your email in regard to an attorney visit for Mr. Alexander Mashinsky #68096-510. Attached is a visitation form that needs to be completed by all who intend to visit for approval.

Section 6: If you do not wish to provide your social security number and have a passport number, you can put that down. I just need one in that section.
Section 7: Just write your job title (ex. Attorney)
Also please provide a photographic copy of BAR #'s

If you wish you to visit, currently you will have to visit during normal visit hours which is Saturday and Sunday. (This coming weekend due to the Holiday on Monday October 13, the institution is offering normal visitation on Monday October 13th as well.)  For Visitation you are subject to passing a medical detector screening site, and any items you intend to bring along (paperwork that can fit in a briefcase) are subject to search, if you are not familiar with it

I can however set up a legal call Thursday or Friday this week (October 9th and October 10th) if need be, and this request is in relation to the Court Conference that is scheduled for next Tuesday October 14th if that would be easier. If you would like that option let me know, and we can schedule a time for either of those days from 9am-2pm EST.


Corey Hughes
Correctional Counselor
Unit 5841 (M-Z)
FCI Ft. Dix
Email: c1hughes@bop.gov

3