# UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In re: Celsius Network LLC § Case No. 22-10964
§
§ Lead Case No. 22-10964
§
Debtor(s) § ☒ Jointly Administered

## Post-confirmation Report                                                               Chapter 11

Quarter Ending Date: 09/30/2025                          Petition Date: 07/13/2022

Plan Confirmed Date: 11/09/2023                          Plan Effective Date: 01/31/2024

This Post-confirmation Report relates to:  ○ Reorganized Debtor

⦿ Other Authorized Party or Entity: Post-Effective Date Debtors
Name of Authorized Party or Entity

/s/ Joshua A. Sussberg                                    Joshua A. Sussberg, P.C.
Signature of Responsible Party                             Printed Name of Responsible Party

10/21/2025
Date

601 Lexington Avenue, New York, New York 10022
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                    1

Debtor's Name Celsius Network LLC                                                      Case No. 22-10964

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $35,557,677 | $529,240,162 |
| b. Non-cash securities transferred | $0 | $654,701,620 |
| c. Other non-cash property transferred | $182,428,682 | $3,089,355,798 |
| d. Total transferred (a+b+c) | $217,986,359 | $4,273,297,580 |

## Part 2: Preconfirmation Professional Fees and Expenses

|  |  |  |  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $0 | $164,969,616 | $0 | $164,606,060 |
|  | *Itemized Breakdown by Firm* | | | | | | |
|  |  | Firm Name | Role | | | | |
|  | i | A.M. Saccullo Legal, LLC | Other | $0 | $230,725 | $0 | $230,725 |
|  | ii | Akin Gump Strauss Hauer & Fe | Co-Counsel | $0 | $16,098,697 | $0 | $16,098,697 |
|  | iii | Alvarez & Marsal | Financial Professional | $0 | $24,793,360 | $0 | $24,793,360 |
|  | iv | Centerview Partners | Financial Professional | $0 | $24,353,872 | $0 | $24,353,872 |
|  | v | KE Andrews | Other | $0 | $75,000 | $0 | $75,000 |
|  | vi | Kirkland & Ellis | Lead Counsel | $0 | $74,041,850 | $0 | $74,041,850 |
|  | vii | Latham & Watkins | Special Counsel | $0 | $10,506,738 | $0 | $10,506,738 |
|  | viii | RSM US LLP | Other | $0 | $1,279,378 | $0 | $918,322 |
|  | ix | Sontchi, LLC | Other | $0 | $73,822 | $0 | $73,822 |
|  | x | Stout | Other | $0 | $1,251,266 | $0 | $1,251,266 |
|  | xi | Stretto | Other | $0 | $12,264,908 | $0 | $12,262,409 |
|  | xii | | | | | | |
|  | xiii | | | | | | |
|  | xiv | | | | | | |
|  | xv | | | | | | |
|  | xvi | | | | | | |
|  | xvii | | | | | | |
|  | xviii | | | | | | |
|  | xix | | | | | | |
|  | xx | | | | | | |
|  | xxi | | | | | | |
|  | xxii | | | | | | |
|  | xxiii | | | | | | |
|  | xxiv | | | | | | |
|  | xxv | | | | | | |
|  | xxvi | | | | | | |
|  | xxvii | | | | | | |
|  | xxviii | | | | | | |
|  | xxix | | | | | | |

Debtor's Name Celsius Network LLC                                                                                          Case No. 22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Celsius Network LLC                                                                                       Case No. 22-10964

|      |   |   |   |   |   |
|------|---|---|---|---|---|
| lxxii |   |   |   |   |   |
| lxxiii |   |   |   |   |   |
| lxxiv |   |   |   |   |   |
| lxxv |   |   |   |   |   |
| lxxvi |   |   |   |   |   |
| lxxvii |   |   |   |   |   |
| lxxviii |   |   |   |   |   |
| lxxix |   |   |   |   |   |
| lxxx |   |   |   |   |   |
| lxxxi |   |   |   |   |   |
| lxxxii |   |   |   |   |   |
| lxxxiii |   |   |   |   |   |
| lxxxiv |   |   |   |   |   |
| lxxxv |   |   |   |   |   |
| lxxxvi |   |   |   |   |   |
| lxxxvii |   |   |   |   |   |
| lxxxviii |   |   |   |   |   |
| lxxxix |   |   |   |   |   |
| xc |   |   |   |   |   |
| xci |   |   |   |   |   |
| xcii |   |   |   |   |   |
| xciii |   |   |   |   |   |
| xciv |   |   |   |   |   |
| xcv |   |   |   |   |   |
| xcvi |   |   |   |   |   |
| xcvii |   |   |   |   |   |
| xcviii |   |   |   |   |   |
| xcix |   |   |   |   |   |
| c |   |   |   |   |   |
| ci |   |   |   |   |   |

|    |                                                                                               |                  | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|----|-----------------------------------------------------------------------------------------------|------------------|------------------|---------------------|----------------------|-----------------|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor   *Aggregate Total* |                  | $0               | $8,898,442          | $0                   | $8,898,442      |
|    | *Itemized Breakdown by Firm*                                                                  |                  |                  |                     |                      |                 |
|    | Firm Name                                                                                     | Role             |                  |                     |                      |                 |
| i  | Andersen LLP                                                                                  | Other            | $0               | $227,721            | $0                   | $227,721        |
| ii | Conyers Dill & Pearman                                                                        | Other            | $0               | $6,077              | $0                   | $6,077          |
| iii| Ernst & Young LLP                                                                             | Other            | $0               | $6,658,691          | $0                   | $6,658,691      |
| iv | FTI Consulting Technology LLC                                                                 | Other            | $0               | $1,716,875          | $0                   | $1,716,875      |
| v  | Jackson Lewis P.C.                                                                            | Other            | $0               | $20,562             | $0                   | $20,562         |
| vi | McCarthy Tetrault LLP                                                                         | Other            | $0               | $57,842             | $0                   | $57,842         |

UST Form 11-PCR (12/01/2021)                                  4

Debtor's Name Celsius Network LLC                                                                 Case No. 22-10964

|   |        |                          |       |     |          |     |          |
|---|--------|--------------------------|-------|-----|----------|-----|----------|
|   | vii    | McMillan LLP             | Other | $0  | $622     | $0  | $622     |
|   | viii   | Middlebrooks Shapiro, P.C.| Other | $0  | $19,295  | $0  | $19,295  |
|   | ix     | Taylor Wessing LLP       | Other | $0  | $190,757 | $0  | $190,757 |
|   | x      |                          |       |     |          |     |          |
|   | xi     |                          |       |     |          |     |          |
|   | xii    |                          |       |     |          |     |          |
|   | xiii   |                          |       |     |          |     |          |
|   | xiv    |                          |       |     |          |     |          |
|   | xv     |                          |       |     |          |     |          |
|   | xvi    |                          |       |     |          |     |          |
|   | xvii   |                          |       |     |          |     |          |
|   | xviii  |                          |       |     |          |     |          |
|   | xix    |                          |       |     |          |     |          |
|   | xx     |                          |       |     |          |     |          |
|   | xxi    |                          |       |     |          |     |          |
|   | xxii   |                          |       |     |          |     |          |
|   | xxiii  |                          |       |     |          |     |          |
|   | xxiv   |                          |       |     |          |     |          |
|   | xxv    |                          |       |     |          |     |          |
|   | xxvi   |                          |       |     |          |     |          |
|   | xxvii  |                          |       |     |          |     |          |
|   | xxviii |                          |       |     |          |     |          |
|   | xxix   |                          |       |     |          |     |          |
|   | xxx    |                          |       |     |          |     |          |
|   | xxxi   |                          |       |     |          |     |          |
|   | xxxii  |                          |       |     |          |     |          |
|   | xxxiii |                          |       |     |          |     |          |
|   | xxxiv  |                          |       |     |          |     |          |
|   | xxxv   |                          |       |     |          |     |          |
|   | xxxvi  |                          |       |     |          |     |          |
|   | xxxvii |                          |       |     |          |     |          |
|   | xxxviii|                          |       |     |          |     |          |
|   | xxxix  |                          |       |     |          |     |          |
|   | xl     |                          |       |     |          |     |          |
|   | xli    |                          |       |     |          |     |          |
|   | xlii   |                          |       |     |          |     |          |
|   | xliii  |                          |       |     |          |     |          |
|   | xliv   |                          |       |     |          |     |          |
|   | xlv    |                          |       |     |          |     |          |
|   | xlvi   |                          |       |     |          |     |          |
|   | xlvii  |                          |       |     |          |     |          |
|   | xlviii |                          |       |     |          |     |          |

Debtor's Name Celsius Network LLC                                                                 Case No.  22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

Debtor's Name Celsius Network LLC                                                                              Case No.  22-10964

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $270,271,401 | $0 | $259,959,010 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $182,428,682 | $3,744,057,418 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                                                                  Yes ○   No ⦿
    If yes, give date Final Decree was entered: _____
    If no, give date when the application for Final Decree is anticipated:   Refer to PCR global notes
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?      Yes ⦿   No ○

Debtor's Name Celsius Network LLC                                                                    Case No. 22-10964

## Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Christopher Ferraro                                             Christopher Ferraro
Signature of Responsible Party                                      Printed Name of Responsible Party

Plan Administrator                                                  10/21/2025
Title                                                               Date

22-10964-mg    Doc 8245    Filed 10/21/25    Entered 10/21/25 22:51:22    Main Document
Pg 9 of 12

Debtor's Name Celsius Network LLC                                                                  Case No. 22-10964



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

Debtor's Name Celsius Network LLC  Case No. 22-10964


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page

**Celsius Network LLC, et al.**  Case Number: 22-10964 (MG)
Reporting Period: Q3 FY25 (*July – September*)

## Notes to the Post Confirmation Report

**Notes to the PCR:**

On November 9, 2023, the Bankruptcy Court entered the *Order Confirming the Modified Joint Chapter 11 Plan of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 3972], pursuant to which the Bankruptcy Court approved and confirmed the *Modified Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates* [Docket No. 4289] (as may be further modified, amended, or supplemented from time to time the "Plan").[1] The Effective Date of the Plan occurred on January 31, 2024 [Docket No. 4298].

The Post-Confirmation Report is unaudited and does not purport to represent financial statements prepared in accordance with GAAP nor is it intended to fully reconcile the consolidated financial statements prepared by the Post-Effective Date Debtors. Information contained in the Post-Confirmation Report has been derived from the Post-Effective Date Debtors' books and records as of September 30, 2025. The Post-Effective Date Debtors have prepared this quarterly report, which covers the period from July 1, 2025 through September 30, 2025 (the "Reporting Period"), utilizing the best information presently available to them, which has been collected, maintained, and prepared in accordance with their reporting practices during their Chapter 11 Cases. The results of operations and financial position contained herein are not necessarily indicative of results that may be expected for any other period or for the full year and may not necessarily reflect the consolidated results of operations and financial position of the Post-Effective Date Debtors in the future.

The Post-Effective Date Debtors reserve all rights to amend or supplement this Post-Confirmation Report in all respects, as may be necessary or appropriate. Nothing contained in this Post-Confirmation Report shall constitute a waiver of any of the Post-Effective Date Debtors' rights or an admission with respect to their Chapter 11 Cases.

**Notes to PCR Part 1:**

Total Cash Disbursements listed in Part 1.a include Cash disbursements originating from the bank account of the relevant entity. Non-Cash securities transferred represent equity distributions of MiningCo Common Stock made to Holders of Claims and are denominated in USD at a share price of $20. Other non-Cash property transferred represents BTC and ETH distributed to creditors denominated in USD based on January 16, 2024 coin prices pursuant to Plan, Art.I.A.90. In Q4 2024, the company began its second round of distributions. These distributions are valued using $95,836.23 as the BTC price, which is the weighted price at which the Post-Effective Date Debtors purchased BTC using funds from the Litigation Administrator as more fully detailed in the *Notice of Commencement of Second Plan Distribution* [Docket No. 7871]. In Q3 2025, the company began its third round of distributions.  These distributions are valued using $118,019.75 as the BTC price, which is the weighted price at which the Post-Effective Date Debtors purchased BTC using funds from the Litigation Administrator as more fully detailed in the *Notice of Commencement of Third Plan Distribution* [Docket No. 8188].

Of the $35,557,677.33 of total cash disbursements for the current quarter reflected in Part 1.a of the Celsius Network LLC PCR, $28,276,161.04 is related to the Litigation Administrator's disbursements, and $7,281,516.29 is attributable to the Plan Administrator's process.

---

[1] Capitalized terms not defined herein have the meanings ascribed to them in the Plan.  On December 27, 2023, the Bankruptcy Court entered the *Order (I) Approving the Implementation of the MiningCo Transaction and (II) Granting Related Relief* [Docket No. 4172]. The *Modified Joint Chapter 11 Plan of Reorganization of Celsius Network LLC and Its Debtor Affiliates (Conformed for MiningCo Transaction)* is available at Docket No. 4289.

Celsius – Post Confirmation Report Global Notes

**Celsius Network LLC, et al.** **Case Number: 22-10964 (MG)**
**Reporting Period: Q3 FY25 (*July – September*)**

Part 1.c may include fiat amounts transferred during the relevant period as reflected in Part 3.

**Notes to PCR Part 3:**
The Post-Confirmation Report outlines distributions to various Holders of Claims, such as Administrative Claims, Secured Claims, Priority Claims, and General Unsecured Claims. Pursuant to the Plan, the initial distribution of assets to Holders of Account Holder Claims commenced on January 31, 2024. However, due to the ongoing reconciliation process for certain claim classes, the Post-Effective Date Debtors cannot accurately predict the total payments or Allowed Claims under the Plan. This uncertainty stems from the volatile nature of asset prices and the challenge in forecasting future prices, which directly affect the proceeds available for distribution. Consequently, "$0" has been entered in certain columns of Part 3 where such information remains unknown, undetermined, or otherwise not applicable.

**Notes to PCR Part 4:**
This Post-Confirmation Report does not constitute a final report and any date of application for a final decree is currently unknown.