Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*,[1] | Case No. 22-10964 (MG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF DISTRIBUTION UPDATE PRESENTATION

**PLEASE TAKE NOTICE** that the above-captioned post-effective date debtors (the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") hereby file the presentation attached hereto as **Exhibit A** to provide the Court and creditors with updated information regarding the status of distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the

procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

New York, New York
Dated: December 17, 2025

/s/ Joshua A. Sussberg

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:               joshua.sussberg@kirkland.com

- and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:               patrick.nash@kirkland.com
                         ross.kwasteniet@kirkland.com
                         chris.koenig@kirkland.com

*Counsel to the Post-Effective Date Debtors*

## Exhibit A

**Presentation**



# Creditor Claim Distributions Status (November 30th, 2025)[1]

| Distribution Agent | Amount (in USD) Currently Eligible for Distribution on Account of Allowed Claims | Amount (in USD) Successfully Distributed | Percent of Value Successfully Distributed | Percent of Eligible Creditors Who Successfully Received a Distribution |
|---|---|---|---|---|
| *First, Second, and Corporate Supplemental Distributions* | | | | |
| Cash (Check / Wires / Hyperwallet) | $441 million | $419 million | 95.0% | 95.2% |
| Liquid Cryptocurrency (PayPal / Venmo / Coinbase) | $2,492 million | $2,486 million | 99.7% | |
| TOTAL: | $2,933 million | $2,905 million | 99.0% | 95.2% |
| *Third Distribution* | | | | |
| Cash (Check / Wires / Hyperwallet) | $26 million | $22 million | 84.7% | 85.6% |
| Liquid Cryptocurrency (PayPal / Venmo / Coinbase) | $173 million | $156 million | 90.2% | |
| TOTAL: | $199 million | $178 million | 89.5% | 85.6% |

---

[1] In prior presentations to the Court, the Post-Effective Date Debtors redlined this slide to reflect changes since the last distribution update.  This was not possible due to changes in the presentation of the data.