| | |
|---|---|
| Joshua A. Sussberg, P.C. | Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS LLP** | Ross M. Kwasteniet, P.C. (admitted *pro hac vice*) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Christopher S. Koenig |
| 601 Lexington Avenue | **KIRKLAND & ELLIS LLP** |
| New York, New York 10022 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone:  (212) 446-4800 | 333 West Wolf Point Plaza |
| Facsimile:  (212) 446-4900 | Chicago, Illinois 60654 |
| | Telephone:  (312) 862-2000 |
| | Facsimile:  (312) 862-2200 |

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) | Case No. 22-10964 (MG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF DISTRIBUTION UPDATE PRESENTATION**

**PLEASE TAKE NOTICE** that the above-captioned post-effective date debtors (the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") hereby file the presentation attached hereto as **Exhibit A** to provide the Court and creditors with updated information regarding the status of distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius. You may also obtain copies of any

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| New York, New York<br>Dated: March 6, 2025 | /s/ Joshua A. Sussberg<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:          joshua.sussberg@kirkland.com<br><br> - and -<br><br>Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)<br>Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)<br>Christopher S. Koenig<br>333 West Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                   ross.kwasteniet@kirkland.com<br>                   chris.koenig@kirkland.com<br><br>*Counsel to the Post-Effective Date Debtors* |

# Exhibit A

**Presentation**

# Creditor Claim Distributions Status (February 28th, 2026)[1]

| Distribution Agent | Amount (in USD) Currently Eligible for Distribution on Account of Allowed Claims | Amount (in USD) Successfully Distributed | Percent of Value Successfully Distributed | Percent of Eligible Creditors Who Successfully Received a Distribution |
|---|---|---|---|---|
| *First, Second, Third and Corporate Supplemental Distributions* | | | | |
| Cash (Check / Wires / Hyperwallet) | $473 million | $459 million | 97.0% | 94.96% |
| Liquid Cryptocurrency (PayPal / Venmo / Coinbase) | $2,665 million | $2,653 million | 99.5% | |
| TOTAL: | $3,137 million | $3,111 million | 99.2% | 94.96% |
| *Fourth Distribution* | | | | |
| Cash (Check / Wires / Hyperwallet) | $43 million | $38 million | 88.8% | 79.75% |
| Liquid Cryptocurrency (PayPal / Venmo / Coinbase) | $274 million | $230 million | 84.0% | |
| TOTAL: | $317 million | $269 million | 84.6% | 79.75% |

[1] In prior presentations to the Court, the Post-Effective Date Debtors redlined this slide to reflect changes since the last distribution update. This was not possible due to changes in the presentation of the data.

1