UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          : Chapter 11
                                                :
    Celsius Network, LLC                     : Case No. 22-10964 (MG)
                                                :
                                    Debtor(s)   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER TO SHOW CAUSE WHY MOTIONS SHOULD NOT BE WITHDRAWN FOR FAILURE TO PROSECUTE

A Motion for Mediation */Request for Mediation / Alternative Dispute Resolution* was filed by Tom Anusic on May 21, 2024 [Document number [4895]). An Order Denying Johan Bronge and Thomas Anusic's Motion for Clarification of Collateral Ownership was entered on May 31, 2024. [Document Number [4910]). Having reviewed the case management and electronic case filing system (CM/ECF) for the U.S. Bankruptcy Court for the Southern District of New York, and having concluded that the above referenced motion has been inactive for more than one year, It is hereby,

ORDERED, that the above referenced application will be terminated unless an objection to this Order to Show Cause is filed by March 24, 2026.


Dated:   March 17, 2026
      New York, New York


                                  _____/s/Martin Glenn_____
                                  U.S. Bankruptcy Court, SDNY
                                  Chief U.S. Bankruptcy Judge