Joshua A. Sussberg, P.C.
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200

*Counsel to the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CELSIUS NETWORK LLC, *et al.*,[1] | ) Case No. 22-10964 (MG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF FILING OF DISTRIBUTION UPDATE PRESENTATION

**PLEASE TAKE NOTICE** that the above-captioned post-effective date debtors (the "Post-Effective Date Debtors" and, prior to the Effective Date, the "Debtors") hereby file the presentation attached hereto as **Exhibit A** to provide the Court and creditors with updated information regarding the status of distributions under the Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the Presentation and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Stretto at http://www.cases.stretto.com/celsius.  You may also obtain copies of any

---

[1]  The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are:  Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450).  The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

pleadings by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the

procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

2

New York, New York
Dated: April 10, 2026

*/s/ Joshua A. Sussberg*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C.
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:              joshua.sussberg@kirkland.com

 - and -

Patrick J. Nash, Jr., P.C. (admitted *pro hac vice*)
Ross M. Kwasteniet, P.C. (admitted *pro hac vice*)
Christopher S. Koenig
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:       (312) 862-2000
Facsimile:       (312) 862-2200
Email:              patrick.nash@kirkland.com
                      ross.kwasteniet@kirkland.com
                      chris.koenig@kirkland.com

*Counsel to the Post-Effective Date Debtors*

**<u>Exhibit A</u>**

**Presentation**

# Creditor Claim Distributions Status ( ~~February 28th~~ March 31st, 2026)

| Distribution Agent | Amount (in USD) Currently Eligible for Distribution on Account of Allowed Claims | Amount (in USD) Successfully Distributed | Percent of Value Successfully Distributed | Percent of Eligible Creditors Who Successfully Received a Distribution |
|---|---|---|---|---|
| *First, Second, Third and Corporate Supplemental Distributions* | | | | |
| **Cash** (Check / Wires / Hyperwallet) | $~~473~~ 476 million | $~~459~~ 463 million | ~~97.0~~ 97.3% | ~~94.9~~ 97.2% |
| **Liquid Cryptocurrency** (PayPal / Venmo / Coinbase) | $~~2,665~~ 2,664 million[1] | $2,653 million | ~~99.5~~ 99.6% | |
| TOTAL: | $~~3,137~~ 3,140 million | $~~3,111~~ 3,116 million | 99.2% | ~~94.9~~ 97.2% |
| *Fourth Distribution* | | | | |
| **Cash** (Check / Wires / Hyperwallet) | $~~43~~ 44 million | $~~38~~ 40 million | ~~88.8~~ 91.4% | ~~79.8~~ 84.0% |
| **Liquid Cryptocurrency** (PayPal / Venmo / Coinbase) | $274 million | $~~230~~ 245 million | ~~84.0~~ 89.6% | |
| TOTAL: | $~~317 million~~ 318 million | $~~269~~ 285 million | ~~84.6~~ 89.9% | ~~79.8~~ 84.0% |

1.  The amount of Liquid Cryptocurrency currently eligible for distribution on account of Allowed Claims decreased due to certain creditors transitioning from a Liquid Cryptocurrency Distribution Agent to a Cash Distribution Agent.