**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| CELSIUS NETWORK LLC, et al.,[1] | ) | Case No. 22-10964 (MG) |
| Post-Effective Date Debtors. | ) | (Jointly Administered) |

# AFFIDAVIT OF SERVICE

I, Alberto Romero Calderon, depose and say that I am employed by Stretto, the claims and noticing agent for the Post-Effective Debtors in the above-captioned cases.

On August 31, 2026, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Plan Administrator's Ninth Status Report on Distributions** (Docket No. 8488)

Dated: September 2, 2026

Alberto Romero Calderon
Alberto Romero Calderon

State of Colorado )
) SS.
County of Arapahoe )

Subscribed and sworn before me this 2nd day of September 2026 by Alberto Romero Calderon.

Danielle Harnden
(Notary's official signature)

DANIELLE HARNDEN
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224038481
MY COMMISSION EXPIRES 2026-10-04

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Post-Effective Date Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

# Exhibit A

STRETTO

**Exhibit A**

Served via First-Class Mail

| NAME | ATTENTION | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | NEW YORK | NY | 10022 |
| AVERSARY PROCEEDING DEFENDANTS | C/O LOWENSTEIN SANDLER LLP | ATTN: DANIEL B. BESIKOF, ESQ. & BRITTANY M. CLARK, ESQ. | 1251 AVENUE OF THE AMERICAS 17 | NEW YORK | NY | 10020 |
| BADGERDAO | C/O SCOOLIDGE PETERS RUSSOTTI & FOX LLP | ATTN: PETER SCOOLIDGE | 2 PARK AVE 20TH FL | NEW YORK | NY | 10016 |
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, P.C. | ATTN: CHRISTINA J. HERRERA | 17 STATE ST STE 500 | NEW YORK | NY | 10004 |
| CHRISTOPHER MICK | | ON FILE | | | | |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: KATHRYN J. GUNDERSEN | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| COINHOUSE SAS | C/O PROSKAUER ROSE LLP | ATTN: BRIAN S. ROSEN | ELEVEN TIMES SQUARE | NEW YORK | NY | 10036 |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | 160 S 1ST ST | | DIXON | CA | 95620-3426 |
| FIREBLOCKS LTD. AND FIREBLOCKS, INC. | C/O COOLEY LLP | ATTN: BENJAMIN THOMSON | 110 N WACKER DR STE 4200 | CHICAGO | IL | 60606 |
| FIREBLOCKS LTD. AND FIREBLOCKS, INC. | C/O COOLEY LLP | ATTN: MICHAEL KLEIN, MICHAEL BERKOVITS, & HANNAH DUNCAN | 55 HUDSON YARDS | NEW YORK | NY | 10001 |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | 245 MAIN ST SUITE 450 | WHITE PLAINS | NY | 10601 |
| LITIGATION ADMINISTRATOR | C/O MARK MIGDAL & HAYDEN | ATTN:JOSHUA MIGDAL | 80 SW 8TH ST STE 1999 | MIAMI | FL | 33130 |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | 7 TIMES SQUARE | NEW YORK | NY | 10036-6569 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | 555 S FLOWER ST SUITE 2700 | LOS ANGELES | CA | 90071 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | SE FINANCIAL CENTER 200 S BISCA | MIAMI | FL | 33131 |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | 111 S WACKER DR SUITE 5100 | CHICAGO | IL | 60606 |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 |
| MR. JUAN PABLO CURA | C/O FRANKEL, RUBIN, KLEIN, PAYNE, & PUDLOWSKI, P.C. | ATTN: MAYER S. KLEIN | 231 S BEMISTON AVE STE 1111 | CLAYTON | MO | 63105 |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | 1 BOWLING GRN | STE 534 | NEW YORK | NY | 10004-1459 |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | 2020 K STREET, NW, SUITE 400 | WASHINGTON | DC | 20006-1806 |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | 787 SEVENTH AVENUE | NEW YORK | NY | 10019 |
| TIMOTHY MULLEY | C/O AKERMAN LLP | ATTN: LEAH SAIONTZ | 98 SE SEVENTH ST STE 1100 | MIAMI | FL | 33131 |
| TIMOTHY MULLEY | C/O AKERMAN LLP | ATTN: R. ADAM SWICK | 500 W 5TH ST STE1210 | AUSTIN | TX | 78701 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | 875 THIRD AVENUE | | NEW YORK | NY | 10022 |

# <u>Exhibit B</u>

STRETTO

**Exhibit B**

Served via Electronic Mail

| NAME | ATTENTION 1 | ATTENTION 2 | EMAIL |
|---|---|---|---|
| AD HOC GROUP OF WITHHOLD ACCOUNT HOLDERS | C/O TROUTMAN PEPPER HAMILTON SANDERS | ATTN: DEBORAH KOVSKY-APAP | DEBORAH.KOVSKY@TROUTMAN.COM |
| AVERSARY PROCEEDING DEFENDANTS | C/O LOWENSTEIN SANDLER LLP | ATTN: DANIEL B. BESIKOF, ESQ. & BRITTANY M. CLARK, ESQ. | DBESIKOF@LOWENSTEIN.COM BCLARK@LOWENSTEIN.COM |
| BADGERDAO | C/O SCOOLIDGE PETERS RUSSOTTI & FOX LLP | ATTN: PETER SCOOLIDGE | PETER@SPRFLLP.COM |
| BRESSLER DEFENDANTS | C/O BRESSLER, AMERY & ROSS, P.C. | ATTN: CHRISTINA J. HERRERA | CHERRERA@BRESSLER.COM |
| CHRISTOPHER MICK | | | ON FILE |
| CO-COUNSEL TO MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS | C/O WHITE & CASE LLP | ATTN: KATHRYN J. GUNDERSEN | KATHRYN.GUNDERSEN@WHITECASE.COM |
| COINHOUSE SAS | C/O PROSKAUER ROSE LLP | ATTN: BRIAN S. ROSEN | BROSEN@PROSKAUER.COM |
| DANIEL ELEAZEAR QUINONEZ | ATTN: JAIMEE A. JONES | | JRICHARDS@JJONESLAW.COM |
| FIREBLOCKS LTD. AND FIREBLOCKS, INC. | C/O COOLEY LLP | ATTN: BENJAMIN THOMSON | BTHOMSON@COOLEY.COM |
| FIREBLOCKS LTD. AND FIREBLOCKS, INC. | C/O COOLEY LLP | ATTN: MICHAEL KLEIN, MICHAEL BERKOVITS, & HANNAH DUNCAN | MKLEIN@COOLEY.COM MBERKOVITS@COOLEY.COM HDUNCAN@COOLEY.COM |
| JOHN DILLON | C/O PENACHIO MALARA, LLP | ATTN: ANNE PENACHIO | ANNE@PMLAWLLP.COM |
| LITIGATION ADMINISTRATOR | C/O MARK MIGDAL & HAYDEN | ATTN:JOSHUA MIGDAL | JOSH@MARKMIGAL.COM |
| LITIGATION OVERSIGHT COMMITTEE OF CELSIUS NETWORK LLC AND MOHSIN Y. MEGHJI SOLELY IN HIS CAPACITY AS THE LITIGATION ADMINISTRATOR | C/O PRYOR CASHMAN LLP | ATTN: SETH H. LIEBERMAN, RICHARD LEVY, JR., MATTHEW W. SILVERMAN, ANDREW S. RICHMOND | SLIEBERMAN@PRYORCASHMAN.COM RLEVY@PRYORCASHMAN.COM MSILVERMAN@PRYORCASHMAN.COM ARICHMOND@PRYORCASHMAN.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: AARON E. COLODNY | AARON.COLODNY@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: DAVID TURETSKY, SAMUEL HERSHEY, JOSHUA WEEDMAN, JADE YOO | DAVID.TURETSKY@WHITECASE.COM SAM.HERSHEY@WHITECASE.COM MCOSBNY@WHITECASE.COM JDISANTI@WHITECASE.COM JWEEDMAN@WHITECASE.COM JADE.YOO@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: KEITH H. WOFFORD | KWOFFORD@WHITECASE.COM |
| LITIGATION OVERSIGHT COMMITTEE, MEGHJI, BRIC & IONIC DIGITAL INC. | C/O WHITE & CASE LLP | ATTN: MICHAEL C. ANDOLINA & GREGORY F. PESCE | MANDOLINA@WHITECASE.COM GREGORY.PESCE@WHITECASE.COM JDISANTI@WHITECASE.COM MCO@WHITECASE.COM |
| MOHSIN Y. MEGHJI AS LITIGATION ADMINISTRATOR | C/O WHITE & CASE LLP | ATTN: SAMUEL P. HERSHEY | SAM.HERSHEY@WHITECASE.COM |
| MR. JUAN PABLO CURA | C/O FRANKEL, RUBIN, KLEIN, PAYNE, & PUDLOWSKI, P.C. | ATTN: MAYER S. KLEIN | MKLEIN@FRANKELRUBIN.COM |
| OFFICE OF THE US TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | ATTN: SHARA CORNELL, MARK BRUH, & BRIAN S. MASUMOTO | | USTPREGION02.NYECF@USDOJ.GOV SHARA.CORNELL@USDOJ.GOV |
| PLAID INC. | C/O QUARLES & BRADY LLP | ATTN: LAUREN C. BOLCAR | LAUREN.BOLCAR@QUARLES.COM |
| POST-EFFECTIVE DATE DEBTORS, BY AND THROUGH BRIC | C/O WILLKIE FARR & GALLAGHER LLP | ATTN: STUART R. LOMBARDI, JEFFREY B. KORN, JORDAN C. WALL | SLOMBARDI@WILLKIE.COM JKORN@WILLKIE.COM JWALL@WILLKIE.COM |
| TIMOTHY MULLEY | C/O AKERMAN LLP | ATTN: LEAH SAIONTZ | LEAH.SAIONTZ@AKERMAN.COM |
| TIMOTHY MULLEY | C/O AKERMAN LLP | ATTN: R. ADAM SWICK | ADAM.SWICK@AKERMAN.COM |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | ATTN: DEBORAH KOVSKY-APAP | | DEBORAH.KOVSKY@TROUTMAN.COM |